# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Aug 16, 2022 10:12AM

MARKCUS KITCHENS, JR.

Rcpt. No: 20001243    Trans. Date: Aug 16, 2022 10:12AM    Cashier ID: #ST

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $402.00 |

Total Due:            $402.00
Total Tendered:       $402.00
Total Cash Received:    $0.00
Cash Change Amount:     $0.00

**Comments**: NEW CASE

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.