## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES MEDICAL LICENSING EXAMINATION and NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendants. | Civil Action No. 2:22-CV-03301-JMY |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Jared D. Bayer, Esquire, Cozen O'Connor, on behalf of National Board of Medical Examiners in the above captioned matter.

                                        Respectfully submitted,

                                        COZEN O'CONNOR

Dated: November 21, 2022           */s/ Jared Bayer*
                                                      Jared D. Bayer, Esquire
                                                      Attorney ID No. 201211
                                                      One Liberty Place
                                                      1650 Market Street, Suite 2800
                                                      Philadelphia, PA  19103
                                                      (P) 215-665-4127
                                                      (F) 215-701-2427
                                                      jbayer@cozen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that true and correct copy of the foregoing Entry of Appearance that was served on November 21, 2022, by first class mail with a courtesy copy by email to:

Dr. Markcus Kitchens
625 Hampton Way, #2
Richmond, KY 40475
markwanz@gmail.com

*Pro se plaintiff*

/s/ Jared D. Bayer
Jared D. Bayer