| | |
|---|---|
| **From:** | Markcus Kitchens <kitchens.markcus@gmail.com> |
| **Sent:** | Monday, December 5, 2022 10:25 PM |
| **To:** | PAED Documents |
| **Subject:** | KITCHENS, M. v. UNITED STATES MEDICAL LICENSING EXAMINATION, Case NO: 2:22-CV-03301-JMY |
| **Attachments:** | 2022-1128 Response MTD.pdf; 07. 2022-1205 Response to MTD.pdf; 000 Combined Exhibits.pdf |

CAUTION - EXTERNAL:


Good Evening,

Please find attached the undersigned's Response to the Defendant, National Board of Medical Examiners's Motion to Dismiss. There are three attachments, "07. 2022-1205 Response to MTD" is the Plaintiff's Response to the Motion to Dismiss with exhibits enclosed, labelled, and bates stamped. "2022-1128 Response to MTD" is the Plaintiff's Response without the exhibits attached. "000 Combined Exhibits" is the labelled and bates stamped exhibits referenced in the Plaintiff's Response.

Should you need the exhibits sent separately, please let me know and I will be happy to forward same. Thank you.

Regards,

Dr. Markcus Kitchens, JR.



CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.