IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES MEDICAL LICENSING EXAMINATION and NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendants. | Civil Action No. 2:22-CV-03301-JMY |

## CORPORATE DISCLOSURE STATEMENT

Defendant National Board of Medical Examiners ("NBME") is a non-profit corporation. NBME has no parent corporation and has issued no stock.

Plaintiff has also named the United States Medical Licensing Examination ("USMLE") as a defendant. The USMLE is not a corporation or any other type of legal entity. It does not have a parent corporation and no publicly held corporation owns any USMLE stock.

                                                    Respectfully submitted,

                                                    */s/ Jared D. Bayer*
                                                    Jared D. Bayer
                                                    Cozen O'Connor
                                                    One Liberty Place
                                                    1650 Market Street, Suite 2800
                                                    Philadelphia, PA 19103
                                                    Telephone: 215-665-4127

                                                    Caroline M. Mew (to seek *pro hac* admission)
                                                    Perkins Coie LLP
                                                    CMew@perkinscoie.com
                                                    700 Thirteenth Street, N.W., Suite 800
                                                    Washington, D.C. 20005-3960
                                                    Telephone:    202-654-6200
                                                      *Attorneys for Defendants*

Dated:  December 12, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Disclosure Statement was served on December 12, 2022, by first class mail with a courtesy copy by email to:

>Dr. Markcus Kitchens
>625 Hampton Way, #2
>Richmond, KY 40475
>markwanz@gmail.com
>
>*Pro se plaintiff*

>>*/s/ Jared D. Bayer*
>>Jared D. Bayer