IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KITCHENS | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| USMLE | : | No.: 2:22-cv-03301-JMY |
| | : | |

ORDER

AND NOW, this         day of                         20      , it is hereby

ORDERED that the application of Caroline M. Mew                    , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐     GRANTED.[1]

☐     DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:22-cv-3301

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Caroline M. Mew** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number (ECF payment), for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| North Carolina | 08/21/1999 | 26454 |
| District of Columbia | 05/08/2000 | 467354 |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Please see attached | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for **Defendants**

(Applicant's Signature) *[signed: Caroline Mew]*

Date: 12/13/22

Name of Applicant's Firm: Perkins Coie LLP

Address: 700 13th St. NW, Suite 800 Washington, DC 20005-3960

Telephone Number: 202-654-1767

Email Address: CMew@perkinscoie.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/13/22

(Applicant's Signature) *[signed: Caroline Mew]*

04/20

Federal Jurisdictions Where Caroline M. Mew Is Currently Admitted To Practice

| Court | Admission Date |
|---|---|
| U.S. District Court for the Middle District of N.C. | May 29, 2001 |
| U.S. Court of Appeals for the Federal Circuit | July 24, 2001 |
| U.S. District Court for the District of Columbia | June 3, 2002 |
| United States Supreme Court | August 4, 2003 |
| U.S. Court of Appeals for the Fourth Circuit | February 9, 2004 |
| U.S. Court of Appeals for the D.C. Circuit | October 15, 2012 |
| U.S. Court of Federal Claims | November 21, 2014 |
| U.S. Court of Appeals for the First Circuit  Bar No. 1173142 | December 16, 2015 |
| U.S. District Court for the Eastern District of Michigan | October 6, 2017 |
| U.S. Court of Appeals for the Third Circuit | January 22, 2020 |
| U.S. District Court for the Western District of N.C. | November 10, 2020 |
| U.S. District Court for the Eastern District of N.C. | November 17, 2020 |

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Caroline M. Mew to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Jared Bayer | *Jared Bayer* (signature) | 3/15/06 | 201211 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cozen O'Connor
One Liberty Place, 1650 Market Street, Suite 2800
Philadelphia, PA 19103  (215) 665-4127

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/23/22
(Date)

*Jared Bayer* (signature)
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KITCHENS | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| USMLE et al. | : | No.: 2:22-cv-03301-JMY |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Caroline M. Mew**,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

By first class mail to:

Dr. Markcus Kitchens
625 Hampton Way #2
Richmond, KY 40475

*/s/ Jared Bayer*
(Signature of Attorney)
**Jared D. Bayer**
(Name of Attorney)
**NBME**
(Name of Moving Party)

12/23/22
(Date)