# -IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARKUS KITCHENS, JR., | : | |
| | : | No. 22-cv-3301-JMY |
| v. | : | |
| | : | |
| UNITED STATES MEDICAL | : | |
| LICENSING EXAMINATION, | : | |

**ORDER**

AND NOW, this 3rd day of January, 2023, it is hereby ORDERED that the Application for Admission Pro Hac Vice of Caroline M. Mew, Esquire, (ECF No. 10) to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.[1]

BY THE COURT:

/s/ *John Milton Younge*
Judge John Milton Younge

---

[1] This Court's Local Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website at: NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov).