# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DR. MARKUS KITCHENS, JR.**, | : |
| *Plaintiff* | : Case No.  22-cv-3301-JMY |
| v. | : |
| **UNITED STATES MEDICAL LICENSING EXAMINATION**, | : |
| *Defendant* | : |

## ORDER

**AND NOW**, this 19th day of January, 2023, it is hereby **ORDERED** that the initial pretrial conference in the above-captioned matter, scheduled for February 15, 2023 at 2:00 P.M. is **CANCELED**.

BY THE COURT:

/s/ *John Milton Younge*
_____
Judge John Milton Younge