**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KITCHENS** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **UNITED STATES MEDICAL LICENSING EXAMINATION** | : | NO.: 22-cv-3301 |

**O R D E R**

**AND NOW**, this **24th** day of **JANUARY 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable John M. Younge to the Honorable John F. Murphy for further proceedings.

        FOR THE COURT:

        JUAN R. SÁNCHEZ
        **Chief Judge**

        ATTEST:

        _/s/George Wylesol_____
        **GEORGE WYLESOL**
        **Clerk of Court**