UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR. )<br>       PLAINTIFF )<br> )<br>v. )<br> )<br>UNITED STATES MEDICAL LICENSING EXAMINATION, )<br>       ET. AL )<br>       DEFENDANTS )<br> ) | CIVIL ACTION NO.:<br>2:22-CV-03301-JMY |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

AND NOW, this ____ day of _____, 2023, upon consideration of Plaintiff's Motion for Preliminary Injunction, Defendant's Opposition thereto, and the evidence presented at the hearing before this Court held on _____, 2023, and based upon the Findings of Fact and Conclusions of Law entered herewith, it is HEREBY ORDERED as follows:

1. Plaintiff's Motion is hereby GRANTED;

2. Defendant National Board of Medical Examiners, its officers, agents, servants, employees and attorneys, and all other persons in active concert or participation with them, are hereby ENJOINED and RESTRAINED from failing to provide Plaintiff Dr. Markcus Kitchens with one hundred percent (100%) extended testing time (double time) for the United States Medical Licensing Examination ("USMLE") Step 1, Step 2 CK, and Step 3 examinations; and

3. Defendant National Board of Medical Examiners is further hereby ordered to EXPUNGE Plaintiff Dr. Markcus Kitchens' Examination Transcript in its entirety.

4. This Order shall remain in effect until the final hearing on the merits, or further Order of this Court.

5. There being no risk of monetary harm to Defendant, Plaintiff is not required to provide security or the issuance of this Order.

BY THE COURT:

_____
Hon. John F. Murphy
United States District Judge