# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DR. MARKCUS KITCHENS, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3301 |
| | : | |
| **UNITED STATES MEDICAL** | : | |
| **LICENSING EXAMINATION** | : | |

## **ORDER**

**AND NOW**, this 9th day of February 2023, upon considering random reassignment (DI 18), and Plaintiff's pending Motion for preliminary injunction (DI 20), it is **ORDERED** we will hold a videoconference via Microsoft Teams on **February 15, 2023** at **10:00 A.M.**, and we will send a videoconference link by e-mail to all parties and counsel of record.

_/s/ John F. Murphy_
**MURPHY, J.**