UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARKCUS KITCHENS, JR. | ) | |
| PLAINTIFF | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 2:22-CV-03301-JMY |
| | ) | |
| UNITED STATES MEDICAL LICENSING EXAMINATION, | ) | |
| ET. AL | ) | |
| DEFENDANTS | ) | |
| | ) | |

---

## NOTICE OF SUPPLEMENTAL FILING

---

Comes the Plaintiff, Dr. Markcus Kitchens (hereinafter "Dr. Kitchens"), and hereby provides Notice of the Supplemental Filing of Exhibits 1 and 2 to the Motion for Preliminary Injunction filed on February 9, 2023.

Respectfully submitted,

*/s/ Dr. Markcus Kitchens*
Dr. Markcus Kitchens
625 Hampton Way, #2
Richmond, KY 40475
T: (423) 314-4096
markzwanz@gmail.com
***Pro Se Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a true and accurate copy of the foregoing was filed electronically via the Pacer system and served to the following on February 12, 2023.

Jared D. Bayer
Cozen O'Connor
One Liberty Place
1650 Market Street, Ste. 2800
Philadelphia, PA 19103
T: (215) 665-4127
***Counsel for Defendant***
***National Board of Medical Examiners***

Caroline M. Mew
Perkins Coie LLP
700 Thirteenth Street, N.W., Ste. 800
Washington, D.C. 20005-3960
T: (202) 654-6200
E: CMew@perkinscoie.com
***Counsel for Defendant***



**PEACE OF MIND**
Counseling

## Report of Attention Deficit Hyperactivity Disorder Evaluation
## (Confidential Information)

**IDENTIFYING INFORMATION**
Patient Name:  Markcus Kitchens
Patient DOB:  ████████
Chronological Age: 31 years, 0 months
Appointment Dates: 2/7/23 (Intake Interview), 2/8/23 (Testing)
Gender: Male
Provider: Christina G. Bacon, LPP

**ASSESSMENT PROCEDURES**
Clinical Interview
Record review
Behavioral Observations
DIVA-2
Achenbach System of Empirically Based Assessment- self-report
Achenbach System of Empirically Based Assessment- spouse's report
Achenbach System of Empirically Based Assessment- mother's report
MOXO- Distracted Continuous Performance Test (d-CPT)

**REFERRAL QUESTION**
Dr. Kitchens is a 31-year-old male who requested an ADHD assessment. He explained that while he had been treated for ADHD for years, he was unable to use the current diagnosis and would need another assessment for confirmation.

**CHIEF COMPLAINT & CURRENT SYMPTOMS**
Upon the clinical interview with Dr. Kitchens, he indicated that he felt worried about the extreme difficulty he has had taking an exam without accommodations. He explained that he was diagnosed with ADHD as a young child (approximately 1st or 2nd grade) with difficulty with attending, following directions, completing tasks, and using impulse control. He reported that while he was treated with behavioral management of the symptoms, his mother would not agree to medication management of his symptoms. Dr. Kitchens reported that he had previously been assessed in Lexington, but was unsure where and did not have a copy of his report. He has been seen by a nurse practitioner for the past six months and has been prescribed Adderall 20mg twice per day to manage his symptoms.

**EXHIBIT**

**1**

He explained the negative impact of his symptoms on his daily life and particularly taking tests. Dr. Kitchens struggles with executive functioning, including working memory, focusing on the task at hand, managing his time efficiently, impulse control, resuming tasks once interrupted, and tolerating stress. He noted that maintained structure and multiple whiteboards, notes, and reminders in all areas of his home. He reported that even with the scaffolding he has created, he still forgets a task or loses track of time. Dr. Kitchens explained that distractibility is such an issue for him, he uses noise-canceling headphones, has covered the window in his office, and removes all distractors from his space when working.

## PSYCHIATRIC HISTORY AND TREATMENT

Dr. Kitchens participated in an ADHD assessment in 2013 which resulted in a diagnosis of Attention Deficit Hyperactivity Disorder, Combined presentation. At that time, he was prescribed medication to manage his symptoms. He continued taking medication aside from a break while studying abroad, where he followed local laws regarding the medication. Dr. Kitchens regularly meets with Tina Holbrook, Nurse Practitioner for medication management of his symptoms.

## CURRENT MEDICATIONS

Propranolol
Adderall 20 mg, twice per day

## MEDICAL HISTORY

No relevant medical issues.

## FAMILY HISTORY/LIVING SITUATION

Dr. Kitchens grew up in Chatanooga, TN where he lived with his mother and brother. He explained that his mother ensured he had structure to allow him to be successful. His mother enrolled him in tutoring, extra-curricular activities, and unofficial accommodations while in school. He currently lives with his wife in Richmond, Kentucky.

## EDUCATIONAL/OCCUPATIONAL HISTORY

Markcus graduated high school from Tyner Academy and then Berea College with undergraduate degrees in pre-medicine and music. He attended the Medical University of Lublin, beginning in 2016. Dr. Kitchens was actively involved in his education and participated in student groups. He explained that he was successful in rounds, interacting with the patients, and managing hands-on work.

He started a Master's Degree in Healthcare Administration at Capella University but has taken a leave of absence due to an inability to follow through and stay on task without strict guidelines and structure to ensure the completion of tasks. He plans to resume studying for his Master's Degree after the completion of board exams.

## SOCIAL HISTORY

Dr. Kitchens explained that while he has made friends, he often struggles with the fear that he will upset others based on his tendency to be verbose, and mistakenly interrupt others. He reported that his desire to fit in and connect with others has motivated him to learn and practice social skills, but he recognizes he still has the tendency to be intrusive with others.

MK000002

**BEHAVIORAL OBSERVATIONS**

Dr. Kitchens was assessed over two one-hour sessions. He attended the telehealth appointments and participated appropriately throughout. Markcus appeared well-groomed and dressed appropriately for the weather and assessment. He demonstrated adequate hearing and vision for the testing as evidenced by answering questions and by following visual and verbal instructions.

During the clinical semi-structured interview, Dr. Kitchens was pleasant and open to answering questions about his experiences and symptoms. While he endorsed most of the symptoms, he required many words to describe his symptoms and displayed associative speech, as often seen with ADHD. He openly discussed the similarities and differences in his experience in childhood and adulthood. Markcus demonstrated excellent effort, and therefore, the current results are believed to be an accurate reflection of his functioning.

While taking the twenty-minute MOXO-dCPT, Dr. Kitchens displayed difficulty sitting still as evidenced by twisting in his chair, shaking his hands, and fidgeting in his seat. He was verbose throughout all sessions and often apologized for interrupting the examiner. Further, he showed the examiner the scaffolding he has set in place in his home to improve his ability to function. He had removed all visual distractors and implemented schedules, routines, and physical supports in his home. This demonstrated a desire to succeed in this endeavor and the use of coping strategies along with medication management of his symptoms.

**RESULTS**

Diagnostic Interview for ADHD in Adults-2 (DIVA-2)

During the semi-structured interview, Dr. Kitchens answered a series of questions focused on the specific behaviors related to ADHD. The DIVA-2 is a thorough evaluation of the diagnostic criteria for ADHD in adulthood. It is divided into domains focusing on criteria for inattention and hyperactivity during both adulthood and childhood. The DIVA-2 also assesses how these symptoms affect specific areas of life (i.e., work, relationships, social contacts, free time, self-confidence, and self-image).

Dr. Kitchens actively participated in this interview and answered all questions with relevant examples. He endorsed all nine criteria for inattention related to ADHD. He endorsed the following symptoms as being problematic in his life since childhood: failing to give close attention to details, difficulty sustaining attention in tasks, does not seem to listen when spoken to directly, failing to follow through on instructions, difficulty organizing tasks and activities, avoiding, disliking, or is reluctant to engage in tasks that require sustained mental effort, loses things necessary for tasks or activities, easily distracted by extraneous stimuli, and forgetful in daily activities.

He endorsed all nine symptoms related to hyperactivity in ADHD. Dr. Kitchens endorsed the following symptoms as being problematic in his life regularly: fidgeting with hands or feet or squirming in his seat, often standing when sitting is expected, feeling restless, finding it difficult to relax in leisure activities, often on the go, talking excessively, giving the answer before questions have been completed, difficulty waiting his turn, and interrupting the activities of others due to impatience.

Dr. Kitchens reported that these symptoms affect multiple facets of his life including work, social relationships, self-confidence, and self-image. Despite Dr. Kitchens successfully completing medical



school, the symptoms have had a great impact on his work and education. His difficulty completing the board exams seems directly linked to his symptoms of ADHD. The impact on his self-image seems to be causing distress and more pressure to pass the exams. He explained uncertainty based on negative comments of others, negative self-image due to experiences of failure, and being distressed by the symptoms.

Achenbach System of Empirically Based Assessment (ASEBA) - Self-Report
ASEBA has been proven effective for differential diagnosis and recognizing behavioral trends and critical items. It has been shown to be highly reliable, valid, and normed with age and gender. The Adult Self-Report for Ages 18-59 (ASR 18-59) was completed by Markcus, to obtain his perception of his adaptive functioning and problems.

On the ASR/18-59 - Adaptive Functioning Scale Scores, Markcus's scores on the Friends, Spouse/Partner, and Family syndromes were in the normal range. Markcus's score on the Job syndrome was in the clinical range below the 3rd percentile. Markcus's score on the Education syndrome was in the borderline clinical range (3rd to 7th percentile). Markcus's score on the Mean Adaptive scale was in the normal range. Markcus's score on the Personal Strengths scale was in the normal range.

Markcus reported using no tobacco in the past 6 months. It was reported that Markcus had not been drunk. Markcus reported using no drugs for non-medical purposes during the past 6 months. On the Substance Use scales, Markcus's scores on all rated scales were in the normal range. Markcus's Mean Substance Use score was in the normal range for self-reports by men aged 31.

On the ASR 18-59 problem scales, Markcus's Internalizing Problems, Externalizing Problems, and Total Problems scores were all in the clinical range above the 90th percentile for men aged 31. Markcus's scores on the Withdrawn, Somatic Complaints, Thought Problems, Aggressive Behavior, and Rule-Breaking Behavior syndromes were in the normal range. Markcus's score on Attention Problems syndrome was in the borderline clinical range (93rd to 97th percentile). Markcus's scores on the Anxious/Depressed and Intrusive syndromes were in the clinical range above the 97th percentile. These results indicate that Markcus reported more problems than are typically reported for men aged 31, particularly problems of Anxious / Depressed, Attention Problems, and Intrusive nature. Markcus's scores on the Critical Items are listed in the box below. The sum of Markcus's scores on the Critical Items was in the borderline clinical range (93rd to 97th percentile).

On the ASR/18-59 - DSM-Oriented Scales, Markcus's scores on the Somatic Problems, Avoidant Personality Problems, and Antisocial Personality scales were in the normal range. Markcus's scores on the Depressive Problems, Anxiety Problems, and AD/H Problems scales were in the clinical range above the 97th percentile. These results indicate that the DSM should be consulted to determine whether Markcus meets the diagnostic criteria for Depressive Problems, Anxiety Problems, and AD/H Problems. On the Attention Deficit/Hyperactivity subscales, Markcus's scores on all rated scales were in the clinical range above the 97th percentile.

MK000004

## Attention Problems Subscales
### Inattention (I) Hyperactivity-Impulsivity (H-I)

| I | AD/H Problems | H-I | | I | AD/H Problems | H-I |
|---|---|---|---|---|---|---|
| 2 | 1. Forgetful | - | | - | 89. Rushes Into | 2 |
| 2 | 8. Concentrate | - | | 1 | 105. Disorganized | - |
| - | 10. SitStill | 2 | | 2 | 108. LosesThings | - |
| - | 36. Accidents | 0 | | - | 115. Fidgety | 2 |
| - | 41. Impulsive | 2 | | - | 118. Impatient | 2 |
| 2 | 59. FailsToFinish | - | | 2 | 119. PoorAtDetails | - |
| 1 | 61. PoorWork | - | | | | |

| I | AD/H Problems | H-I |
|---|---|---|
| 12 | Raw Score | 10 |
| 76 | T-Score | 75 |
| >97 | Percentile | >97 |

Borderline = 93rd-97th Percentile
Clinical = >97th Percentile

### Achenbach System of Empirically Based Assessment (ASEBA) - Spouse's Report

The Adult Behavior Checklist for Ages 18-59 (ABCL 18-59) was completed by Amelia Kitchens, Markcus's spouse, to obtain Amelia Kitchens's perception of Markcus's adaptive functioning, substance use, and problems. On the ABCL/18-59 - Adaptive Functioning Scale Scores, Markcus's scores on all rated scales were in the normal range. Markcus's score on the Personal Strengths scale was in the normal range.

Amelia Kitchens reported that Markcus used no tobacco in the past 6 months. Amelia Kitchens reported that Markcus had not been drunk. Amelia Kitchens reported that Markcus used no drugs for non-medical purposes during the past 6 months. On the Substance Use scales, Markcus's scores on all rated scales were in the normal range. Markcus's Mean Substance Use score was in the normal range for men aged 31.

On Markcus's ABCL 18-59 problem scales for men aged 31, the Internalizing Problems scale score was in the clinical range above the 90th percentile, the Externalizing Problems scale score was in the normal range, the Total Problems scale score was in the clinical range above the 90th percentile. His scores on the Withdrawn, Somatic Complaints, Aggressive Behavior, and Rule-Breaking Behavior syndromes were in the normal range. His scores on Thought Problems, Attention Problems, and Intrusive syndromes were in the borderline clinical range (93rd to 97th percentile). His score on the Anxious / Depressed syndrome was in the clinical range above the 97th percentile. These results indicate that Amelia Kitchens reported more problems than are typically reported for men aged 31, particularly problems of Anxious / Depressed, Thought Problems, Attention Problems, and Intrusive nature.

On the ABCL/18-59 - DSM-Oriented Scales, Markcus's scores on the Somatic Problems, Avoidant Personality Problems, and Antisocial Personality scales were in the normal range. Markcus's scores on the Anxiety Problems and AD/H Problems scales were in the clinical range above the 97th percentile.



These results indicate that the DSM should be consulted to determine whether Markcus meets the diagnostic criteria for Anxiety Problems and AD/H Problems. Markcus's score on the Depressive Problems scale was in the borderline clinical range (93rd to 97th percentile). Markcus's score in the borderline clinical range suggests that the DSM should be consulted to determine whether Markcus might meet diagnostic criteria for disorders characterized by problems included on that scale. On the Attention Deficit/Hyperactivity subscales, Markcus's score on the Inattention Problems Subscale scale was in the clinical range above the 97th percentile. Markcus's score on the Hyperactivity-Impulsivity scale was in the borderline clinical range (93rd to 97th percentile).

### Attention Problems Subscales
#### Inattention (I) Hyperactivity-Impulsivity (H-I)

| I | AD/H Problems | H-I | | I | AD/H Problems | H-I |
|---|---|---|---|---|---|---|
| 2 | 1.   Forgetful | - | | 1 | 61.   PoorWork | - |
| 2 | 8.   Concentrate | - | | - | 89.   RushesInto | 1 |
| - | 10.   SitStill | 2 | | 1 | 105.   Disorganized | - |
| - | 36.   Accidents | 0 | | 2 | 108.   LosesThings | - |
| - | 41.   Impulsive | 2 | | - | 115.   Fidgety | 2 |
| 2 | 59.   FailsToFinish | - | | - | 118.   Impatient | 1 |
| | | | | 1 | 119.   PoorAtDetails | - |

| I | AD/H Problems | H-I |
|---|---|---|
| 11 | Raw Score | 8 |
| 73 | T-Score | 69 |
| >97 | Percentile | 97 |

Borderline = 93rd-97th Percentile

Clinical = >97th Percentile

### MOXO d-CPT

MOXO d-CPT is a continuous performance test that is highly effective in the measurement of Attentiveness, Timeliness, Impulsivity, and Hyper-reactivity. This computerized assessment tool has shown a 90% sensitivity in the recognition of symptoms of ADHD, with reliable test-retest results.

The MOXO d-CPT lasts approximately twenty minutes and measures four different areas related to ADHD. The Attentiveness scale measures the participant's ability to respond correctly and remain focused. Timeliness measures the ability to respond quickly and accurately. The Impulsivity scale measures the tendency to respond hastily, without evaluating the situation. Hyperactivity measures difficulty in regulating motor skills.

According to the norm comparison table in the MOXO test, Markcus presented a deviation outside the normal range on the Attention, Timeliness, Impulsiveness, and Hyper-Reactivity scales. Each scale is measured with a z-score, compared to same-age peers. The z-score for Attention (-15.20), Timeliness (-5.07), Impulsiveness (-4.05), and Hyper-Reactivity (-8.05) illustrate the expectation of impairment in these areas. Each deficit is rated in either low, medium, high, or extreme severity. His scores represented an extreme level of deficit on all four scales. This level of deficit would noticeably affect his ability to

attend to important information, answer questions in a timely manner,  evaluate and respond quickly and accurately, and regulate motor responses.

Dr. Kitchens's baseline results demonstrated decreased performance in attentiveness and timeliness, where his impulsivity improved as the test progressed. Visual distractors decreased his performance in timeliness but showed an increase in hyper-reactivity. Auditory distractors did not affect his performance. A combination of auditory and visual distractors resulted in a decrease in his timeliness and an improvement in hyper-reactivity. When presented with all auditory and visual distractors at once, his performance was not affected.

According to the norm comparison table in the MOXO test, a deviation from the norm is detected in Dr. Kitchens's tests. This deviation could indicate attention difficulties and along with other findings, the existence of ADHD.

**SUMMARY & INTERPRETATION**
Dr. Kitchens demonstrated excellent effort during testing; therefore, his test results are considered an accurate reflection of his current functioning.

Markcus has shown similar behaviors in his home and during the evaluation. His focus on achievement and motivation to manage his symptoms seem to have prevented him from experiencing more negative outcomes.

During the DIVA-2 semi-structured interview, Dr. Kitchens actively participated and endorsed nine symptoms related to the Inattentive presentation of ADHD and nine symptoms related to the Impulsive/Hyperactive presentation of ADHD. According to the DSM-5-TR, three symptoms of either Inattention or Impulsive/Hyperactive are needed to diagnose each presentation, or three from both to diagnose a combined presentation. He exceeds the number of symptoms for diagnosis of ADHD, Combined presentation. As noted earlier, Markcus's behavior has been seen since childhood, diagnosed by multiple practitioners, and has been provided medication for the disorder since 2013. Further, ADHD is known to be a lifelong neurodevelopmental disorder. According to Russell Barkley, Ph.D., significant impairment persists in 50-89 percent of adults who were diagnosed as children.

The Achenbach System of Empirically Based Assessments indicated similar answers between Dr. Kitchens and his wife. This indicates that he and his wife see similar behaviors. Both Dr. Kitchens and his wife rated his Inattentive symptoms above the 97th percentile. Dr. Kitchens rated Impulsivity above the 97th percentile while his wife rated it at the 97th percentile.

On a computerized measure of sustained attention, timeliness, impulsivity, and hyper-reactivity, he produced atypical z-scores in all four scales. These deviations are consistent with attention difficulties related to ADHD.

Dr. Kitchens presented consistent behavior throughout the assessment. His behavior during the observation and semi-structured interview were consistent with the reports of his behavior on the Achenbach System of Empirically Based Assessments. Further, his performance on the MOXO d-CPT indicates consistency with ADHD.

Markcus has been diligently focused on learning coping skills to manage symptoms including organization, routine, structure, reminders, and removal of distractions. Unfortunately, despite creatively managing some aspects of his environment and symptoms, he continues to experience significant difficulties with the symptoms of restlessness, distraction, forgetfulness, losing items, managing time, and focusing.

**DIAGNOSTIC IMPRESSIONS**
Attention-Deficit Hyperactivity Disorder, Combined Presentation

**RECOMMENDATIONS FOR CARE**
1.) It is recommended that Markcus continue to participate in medication management and/or therapy to provide support regarding his current symptoms of ADHD.
 2.) Dr. Kitchens is recommended to seek accommodations when taking tests, such as board exams. Some recommendations for possible accommodations include, but are not limited to
   a) The allowance of extra time for test completion, double time would be recommended
   b) The allowance of extra breaks to move during testing
   c) The ability to wear noise-canceling headphones or earplugs to decrease the audio distractions in the exam room
   d) The option to break the test into smaller time periods, over multiple days
3.) It is recommended that Dr. Kitchens engage in regular physical and mental self-care activities that bring him enjoyment. Ensuring consistent schedules including regular time to go to bed and wake, ensuring proper daily water intake and nutrition, and engaging in regular social activities can provide significant benefits to mental health.
4.) Markcus is encouraged to seek information related to managing ADHD symptoms from reputable sources such as reliable podcasts (CHADD, ADDitude Magazine, etc.) and books (i.e., "Taking Charge of Adult ADHD" by Russell Barkley, Ph.D.).

Thank you for allowing us to be a part of your care. Should you have any questions or concerns, please do not hesitate to contact me at underline christina@peaceofmindky.com

*Christina D Bacon, LPP*
Christina G. Bacon, LPP



**WHITE HOUSE CLINICS**

# Authorization for Release of Protected Health Information

Patient Name : Markcus A Kitchens _____   Date of Birth: ██████

Phone: ██████

---

**I request that my protected health information (PHI) be** ☑ **disclosed to** ☐ **obtained from:**          ☑ Disclosure to patient

Recipient Name:  Dr. Markcus Kitchens _____

Address:  625 Hampton Way Apt 2 _____   City:  Richmond _____   State: KY   Zip:  40475 _____

E-mail Address: ██████ _____          Phone: ██████

Fax: (healthcare provider only): _____

---

**I authorize the following PHI to be released from my medical record(s):**

☑ All Records Pertinent to Continuing Primary Care covering the period of healthcare from:  08/01/2012  to  01/31/2023

*(Please use specific dates)*

*I understand that my protected health information may include information related to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health service and treatment for drug and alcohol abuse.*

**Or Specify:**  Date Range: 08/01/2012 to 01/31/2023
- ☐ Exclude specific records (*please specify*) _____
- ☑ ONLY White House Clinics records
- ☑ Records Regarding Treatment of Specific Illness, Condition, or Injury (*please specify*)  See other
- ☑ All Pharmacy Records
- ☑ Specific Records Regarding Behavioral Health Treatment: ☑ Treatment Plans  ☑ Initial Eval  ☑ Progress Notes
      Specific Dates:  08/01/2012 to 01/31/2023   Reviewed and Approvedby: _____
- ☐ Other: (*please specify*) _____

**Purpose for Requesting Information:** ☐ Legal  ☐ Insurance ☑ Personal  ☐ Continuation of Care  ☐ Other (*please specify*):

_____

---

**Disclosure Format (Paper is default if not marked.):**
☐ Paper (within 10 days)   ☐ Fax ☑ Secure E-mail  ☐ CD (within 3 business days) ☐ Patient Portal ☐Other *(please specify)*:

_____

---

**By signing this authorization form, I confirm I have been made aware of the rights and conditions listed on the back of this form:**

*(signature)* _____          01/31/2023 _____
Patient or Authorized Representative                 Signature Date

Markcus A Kitchens _____
Print Name                                  Relationship to Patient (*if other than self*)

_____                         _____
Witness Signature (*Verified by*)              Witness Signature Date

| | | | | |
|---|---|---|---|---|
| ☐ | Richmond Location: | 401 Highland Park Drive, Richmond, Kentucky 40475 | Phone: (859) 626-7700 | Fax: (859) 626-7703 |
| ☑ | Berea Location: | 104 Legacy Drive, Berea, Kentucky 40403 | Phone: (859) 986-2323 | Fax: (859) 986-7728 |
| ☐ | Berea Primary Care Location: | 305 Estill Street, Berea, Kentucky 40403 | Phone: (859) 985-1415 | Fax: |
| ☐ | McKee Location: | 1010 Main Street South, McKee, Kentucky 40447 | Phone: (606) 287-7014 | Fax: |
| ☐ | Irvine Location: | 30 Stacy Lane Road, Irvine, Kentucky 40336 | Phone: (606) 723-0665 | Fax: |
| ☐ | Mt. Vernon Location: | 116 Progress Drive, Mt. Vernon, Kentucky 40456 | Phone: (606) 256-2143 | Fax: |
| ☐ | Paint Lick Location: | 480 Main Street, Paint Lick, Kentucky 40461 | Phone: (859) 925-2444 | Fax: |
| ☐ | Lancaster Location: | 89 Farra Drive, Lancaster, Kentucky 40444 | Phone: (859) 792-2153 | Fax: |

*This is a 2-sided form

**EXHIBIT 2**

## Immunizations Summary Report

### White House Clinics
### 1010 Main Street South

### Mc Kee, KY 404477089

Patient: Markcus Kitchens
Date of Birth:
Report Date: 01/31/2023
Address: 238 Mercelus Dr APT 2
Berea, KY 40403

### Immunization Allergies

| Allergy | Status |
|---|---|
| Egg Allergy | No |
| Neomycin Allergy | No |
| Latex Allergy | No |
| Gelatin Allergy | No |

Immunizations:

| Vaccine Group | Dose | Vaccine Status | Date Administered | Vaccine Name | Vaccine Brand |
|---|---|---|---|---|---|
| DTaP | 1 | Administered | 03/16/1992 | DTaP | |
| DTaP | 2 | Administered | 05/26/1992 | DTaP | |
| DTaP | 3 | Administered | 07/28/1992 | DTaP | |
| DTaP | 4 | Administered | 05/26/1993 | DTaP | |
| DTaP | 5 | Administered | 02/28/1996 | DTaP | |
| Hep A | 6 | Administered | 04/01/2013 | hep A (ped/adol, 2 dose) | |
| Hep B | 7 | Administered | 11/17/1992 | hep B (ped/adol, 3 dose) | |
| Hep B | 8 | Administered | 12/16/1992 | hep B (ped/adol, 3 dose) | |
| Hep B | 9 | Administered | 03/18/1994 | hep B (ped/adol, 3 dose) | |
| HiB | 10 | Administered | 03/16/1992 | HIB - unspecified | |
| HIB | 11 | Administered | 05/26/1992 | HIB - unspecified | |
| HIB | 12 | Administered | 07/28/1992 | HIB - unspecified | |
| HIB | 13 | Administered | 05/26/1993 | HIB - unspecified | |
| Meningococcal | 14 | Administered | 04/07/2009 | MCV4 | |
| MMR | 15 | Administered | 05/26/1993 | MMR | |
| MMR | 16 | Administered | 02/28/1996 | MMR | |
| Polio | 17 | Administered | 03/16/1992 | OPV | |
| Polio | 18 | Administered | 05/26/1992 | OPV | |
| Polio | 19 | Administered | 05/26/1993 | OPV | |
| Polio | 20 | Administered | 02/28/1996 | OPV | |
| Polio | 21 | Administered | 04/01/2013 | polio, inactivated (IPV) | |
| Tdap | 22 | Administered | 04/07/2009 | Tdap (Adacel) | |
| Typhoid | 23 | Administered | 06/01/2012 | Typhoid, parenteral | |
| Yellow fever | 24 | Administered | 04/01/2013 | Yellow fever | |

MK000010



**WHITE HOUSE**
C L I N I C S

| | |
|---|---|
| Patient: | Markcus Kitchens |
| Date of Birth: | ▇▇▇▇ |
| Date: | 01/31/2023 1:06 PM |
| Present for: | Chart Update |

## Active Medications
**Medications prescribed prior to this visit**

| Medication | RX elsewhere | Directions |
|---|---|---|
| loperamide 2 mg capsule | Y | take 2 capsule by oral route after 1st loose stool, followed by 1 capsule after each subsequent loose stool not to exceed 16 mg/day |
| ondansetron 4 mg disintegrating tablet | Y | take 1 tablet by oral route  every 6 hours for 2 days and place on top of the tongue where it will dissolve, then swallow |

MK000011



**WHITE HOUSE**
C L I N I C S

PATIENT:          Markcus  Kitchens
DATE OF BIRTH:    ███████
DATE:             05/25/2018 04:18 PM
HISTORIAN:        self
VISIT TYPE:       Office Visit
PROVIDER:         Vicki Hackman, MD

This 26 year old male presents for discuss service dog.

## History of Present Illness:

1. discuss service dog
 back from Poland 5/11/2018
GGM passed so back a little early;
going back in the fall;
moving to chicago

had vomiting and diarrhea and seen in ER SJB;
6 episodes of vomiting;
given IV fluids
was Wednesday;
completely back to himself;
got to get more rest;

says his stress level has always been bad
getting ready to move to northern illinois;
dogs he has
Brandy is emotional service animal
Lexie is certified 11/15/2018
neither could go to Poland due to travel;

stayed here with his wife; now they are moving; ;

has paperwork
stress level always peaks; and making himself sick
was seeing colleen when he was in college here;
not taking any antidepressants
says he should still be on adderall; I sent him to lexington for evaluation;
has not been on it for awhile
taking some OTC medication bid that is to help with concentration;

has appt tuesday with cardiologists ;
Kitchens, Markcus  Z. 000000056088 ██████   05/25/2018 04:18 PM 1/4

had been having palpitations and wore a holter

SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is *English.
EDUCATION/EMPLOYMENT/OCCUPATION

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | Store manager 1 y | | | |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Currently single.
ALCOHOL
There is no history of alcohol use.
TOBACCO
Smoking status: Never smoker.

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| no/never | | Never smoker | | | |

## Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

VITAL SIGNS

HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 4:38 PM | 5.0 | 11.00 | 180.34 | 05/25/2018 | 0 | |

WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | Weight % | BMI kg/m2 | BMI % | BSA m2 |
|---|---|---|---|---|---|---|---|---|
| 4:38 PM | 140.20 | | 63.594 | dressed with shoes | | 19.55 | 0 | |

BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 4:38 PM | 118/82 | sitting | right | arm | manual | adult |

TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 4:38 PM | 97.80 | 36.56 | oral | 7S | | 18 |

Kitchens, Markcus  Z. 000000056088              05/25/2018 04:18 PM 2/4

MK000013

PULSE OXIMETRY/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|-------------------|-------------------|--------|----------|--------|--------|-------|-----------------|--------------|
| 4:38 PM | 99 | | | | | | | | |

MEASURED BY

| Time | Measured by |
|------|-------------|
| 4:38 PM | Hazel Bray, CMA |

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| General Exam | Comments | tall thin in NAD |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|-------|---------|--------|------|----------------|--------|------------------------|--------|
| PHQ-9 completed | | | | Mild depression | 7 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Attention-deficit hyperactivity disorder, unspecified type (F90.9). |
| | Plan Orders | Referrals: Mental Health Counselor. Evaluate and treat. |
| 2. | Assessment | Anxiety (F41.9). |
| 3. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following procedure(s) completed today PHQ-9 completed.. |

| Status | Ordered | Order | Timeframe | actComments |
|--------|---------|-------|-----------|-------------|
| ordered | 05/25/2018 | Referrals: Mental Health Counselor. Evaluate and treat | | please evaulate and give opinon about the need for emotional service dogs; |

## Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---------|------------|------------|-------------|---------|
| | loperamide 2 mg capsule | take 2 capsule by oral route after 1st loose stool, followed by 1 capsule after each subsequent loose stool not to exceed 16 mg/day | | |
| | ondansetron 4 mg disintegrating tablet | take 1 tablet by oral route every 6 hours for 2 days and place on top of the tongue where it will dissolve, then | | |

Kitchens, Markcus  Z. 000000056088 ▮▮▮▮▮▮  05/25/2018 04:18 PM 3/4

MK000014

*Provider:  Vicki Hackman MD 05/25/2018 05:05 PM*

*Vicki L. Hackman MD.*

*Document generated by*:  Vicki Hackman 05/25/2018 05:05 PM

Electronically signed by Vicki Hackman MD on 05/27/2018 12:11 PM



**WHITE HOUSE**
C L I N I C S

| | |
|---|---|
| PATIENT: | Markcus Kitchens |
| DATE OF BIRTH. | ■■■■■ |
| DATE: | 07/26/2017 09:21 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Office Visit |
| PROVIDER: | Vicki Hackman, MD |

This 25 year old male presents for med refill.

## History of Present Illness:
1. med refill
last seen 2/2016;
finished 1st year of med school; working with daniel lee in richond and leaves in september to go back;   has 1 more year there at basic science and 2 y of clinical ;
on adderal since 2014;
says he was focusing better on adderall;

## Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:30 AM | 100/62 | 73 | 18 | 97.50 | 5.0 | 11.00 | 180.34 | 140.00 | | 63.503 | | 19.53 | 0 | | 98 |

MEASURED BY

| Time | Measured by |
|---|---|
| 9:30 AM | Hazel Bray, CMA |

MK000016

## Physical Exam

| Exam | Findings | Details |
|------|----------|---------|
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Assessment/Plan

| # | Detail Type | Description |
|---|-------------|-------------|
| 1. | Assessment | Attention and concentration deficit (R41.840). |
|  | Provider Plan | is asking me to write an rx for adderall;  he is leaving for poland in september;  He says poland does not prescribe adderall for ADHD but was told if he had an MD here to write a letter, he could get it there.  I told him I could not do that but I could refer him to a specialist for evaluation and get their opinion about him needing the medication.   He was not happy with this; says he was seeing colleen and then Dr David was writing his rx and he brought in a bottle dated 2016 as last rx. |
|  | Plan Orders | Referrals: Psychiatry. Evaluate and treat. |

| Status | Ordered | Order | Timeframe | actComments |
|--------|---------|-------|-----------|-------------|
| ordered | 07/26/2017 | Referrals: Psychiatry. Evaluate and treat |  | needs evaluated for ADHD;  is going overseas in september and has been on adderall in past;  please evaluate ; needs recommendations and treatment |

Provider:  Vicki Hackman MD 07/26/2017 10:00 AM

*Vicki T. Hackman MD.*

Document generated by:  Vicki Hackman 07/26/2017 10:00 AM

Kitchens, Markcus  Z. 000000056088 ▇▇▇▇  07/26/2017 09:21 AM 2/3

MK000017

Electronically signed by Vicki Hackman MD on 07/26/2017 12:59 PM

MK000018



**WHITE HOUSE**
C L I N I C S

| | |
|---|---|
| PATIENT: | Markcus  Kitchens |
| DATE OF BIRTH: | ███████ |
| DATE: | 02/15/2016 09:24 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Office Visit |
| PROVIDER: | Vicki Hackman, MD |

This 24 year old male presents for School PE and ROS.

## History of Present Illness:

1. School PE
sayshe is here for medical school physical; was here 2014 for same thing with colleen ambrose

going to Hope Medial,
going to study abroad Medical school in Poland
lives in berea;
finished college 2014.

reviewed forms with patinet;
recently had PPD but not in the past;  always negative PPD:
2. ROS

## PAST MEDICAL/SURGICAL HISTORY  (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| ADD | | | | |
| wisdom teeth removal | | | | |

## Family History  (Detailed)
Patient reports there is no relevant family history.
## SOCIAL HISTORY  (Detailed)
Tobacco use reviewed.
Preferred language is *English.

Kitchens, Markcus  Z. 000000056088 ██████  02/15/2016 09:24 AM 1/4

## EDUCATION/EMPLOYMENT/OCCUPATION

The patient has a(n) college education.

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | Store manager 1 y | | | |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT

Currently single.

ALCOHOL

There is no history of alcohol use.

## Social History:

Tobacco use reviewed.

Reviewed, no changes. Last detailed document date: 02/15/2016.

## Allergies

No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:29 AM | 96/54 | 66 | 12 | 97.70 | 5.0 | 11.00 | 180.34 | 139.00 | 63.049 | | 19.39 | 0 | | 98 |

| Source | Oxygen | O2 Ambient | Measured |
|---|---|---|---|
| RA | | | |

MEASURED BY

| Time | Measured by |
|---|---|
| 9:29 AM | Linda Mills, CMA |

MK000020

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Ears | * | Canal - Right: excess cerumen, Left: excess cerumen. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nasopharynx | Normal | Lips/teeth/gums - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. No abdominal tenderness. No hepatic enlargement. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Immunizations

Immunizations reviewed this visit.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment Plan Orders | Encounter for general adult medical examination without abnormal findings (Z00.00). CBC with Diff to be performed Today, CMP to be performed Today and SED rate, automated to be performed Today. |
| 2. | Assessment Plan Orders | Screening for Hep C (Z11.59). Hep B Surface Ab, Qual (499) to be performed Today, Hep B Surface Ag to be performed Today and Hep C AB W/ Ref to Hep C Virus RNA, Quan, R-T PCR (914388) to be performed Today. |
| 3. | Assessment Plan Orders | Screening for HIV (human immunodeficiency virus) (Z11.4). HIV Ab to be performed Today. |
| 4. | Assessment Plan Orders | Encounter for screening for respiratory tuberculosis (Z11.1). Further diagnostic evaluations ordered today include(s) XRAY, CHEST (2 VIEWS) to be performed. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 02/15/2016 | CBC with Diff | Today | |
| ordered | 02/15/2016 | CMP | Today | |
| ordered | 02/15/2016 | SED rate, automated | Today | |
| ordered | 02/15/2016 | XRAY, CHEST (2 VIEWS) | | |
| ordered | 02/15/2016 | HIV Ab | Today | |
| ordered | 02/15/2016 | Hep C AB W/ Ref to Hep C Virus RNA, | Today | |

MK000021

| | | Quan, R-T PCR (914388) | | |
|---|---|---|---|---|
| ordered | 02/15/2016 | Hep B Surface Ab, Qual (499) | Today | |
| ordered | 02/15/2016 | Hep B Surface Ag | Today | |

## Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| | Adderall 20 mg tablet | take 1 tablet by oral route every day before breakfast | | 02/15/2016 |

*Provider:  Vicki Hackman MD 02/15/2016 10:10 AM*
*Document generated by:*  Vicki Hackman 02/15/2016 10:10 AM

Electronically signed by Vicki Hackman MD on 02/15/2016 09:11 PM

MK000022



**WHITE HOUSE**
C L I N I C S

| | |
|---|---|
| PATIENT: | Markcus  Kitchen |
| DATE OF BIRTH: | ███████ |
| DATE: | 07/08/2014 1:07 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Office Visit |
| PROVIDER: | Colleen  Ambrose APRN |

**Chief Complaint**
1. physical

**History of Present Illness**
This 22 year old male presents with:
**1. physical**
Mr. Kitchen presents today for a PE clearance to attend medical school. His PMH consists of ADD which is treated by meds. only surgery has been removal of his wisdom teeth.
He is otherwise healthy.

**Past Medical/Surgical History**

| Condition | Year | Procedure/Surgery | Year |
|---|---|---|---|
| ADD | | | |
| wisdom teeth removal | | | |

**Family History**
Patient reports there is no relevant family history.

**Social History**
Primary language is *English.
**Marital Status / Family / Social Support:**
Currently single.
**Tobacco:**
Smoking status: Never smoker.

| Use Status | Total Pk Yrs | Type | Per Day | Years Used | Pack Years | Year Quit |
|---|---|---|---|---|---|---|
| never | | | | | | |

| Tried To Quit | Longest Tob Free | | Relapse Reason | | Passive Exposure |
|---|---|---|---|---|---|
| | | | | | |

**Alcohol:**
There is no history of alcohol use.
**Social History**
Reviewed, no changes.  Last detailed document date: 07/08/2014.

**Allergies**
No known allergies.
Reviewed. No changes.

**Review of Systems**
**Constitutional:**
Negative for fever, night sweats, weight gain and weight loss.

**HEENT:**
Negative for hearing loss and sore throat.
Negative for eye pain and vision changes.

**Respiratory:**
Negative for chronic cough, cough and known TB exposure.

**Cardiovascular:**
Negative for chest pain and edema.

**Gastrointestinal:**
Negative for abdominal pain, blood in stool, change in stool pattern, constipation, nausea and vomiting.

**Genitourinary:**
Negative for dysuria.

**Neuro/Psychiatric:**
Negative for anxiety and depression.
Negative for extremity weakness, memory impairment, numbness in extremities and seizures.

**Musculoskeletal:**
Negative for back pain, joint pain and muscle weakness.

**Hematology:**
Negative for easy bleeding.

**Immunology:**
Positive for:
- Seasonal allergies.

**Vital Signs**

| Ht Ft | Ht In | Wt Lb | Wt Oz | Wt Kg | BMI kg/m2 | BMI% |
|-------|-------|-------|-------|-------|-----------|------|
| 5.0 | 11.00 | 135.00 | | 61.235 | 18.83 | |

| BP mm/Hg | Pulse/min | Resp/min | Temp F | Head Circ In |
|----------|-----------|----------|--------|--------------|
| 104/74 | 82 | 12 | 98.8 | |

| Pulse Ox Rest % | Pulse Ox Amb % | O2 LPM | BSA m2 |
|-----------------|----------------|--------|--------|
| 99 | | | |

**Measured By**
Time
1:14 PM  Regina Cox, CMA

**Physical Exam**
**Constitutional:**
Well developed.
**Eyes:**
Right
PERRLA.
Left
PERRLA.
**Ears:**
Right
Normal tympanic membrane. Hearing grossly intact.
Left

MK000024

Normal tympanic membrane. Hearing grossly intact.
**Nose / Mouth / Throat:**
External Nose: is unremarkable
Lips/Teeth/Gums: Normal teeth and gums
Tonsils: No tonsillar hypertrophy or exudates
Oropharynx: No pharyngeal erythema or exudates or mucosal lesion

**Neck / Thyroid:**
No thyromegaly or thyroid nodules detected.

**Respiratory:**
Lungs clear to auscultation.
**Cardiovascular:**
Extra Sounds: None.
Rate and Rhythm: Heart rate is regular. Rhythm is regular.
No edema is present.
**Vascular:**
Pulses
Dorsalis pedis pulses: normal. Capillary refill is: less than 2 seconds.
Varicosities are absent
**Abdomen:**
There is no abdominal tenderness.
No hepatic enlargement.
No splenic enlargement.
**Integumentary:**
No impressive skin lesions present.
**Musculoskeletal:**
Normal range of motion, muscle strength, and stability in all extremities with no pain on inspection
**Extremities:**
Dorsalis pedis pulses: normal.
Monofilament exam is normal.
No edema is present.
No ulceration present.
No cyanosis.
No calf tenderness. Varicosities are absent
Toenails: Normal.
**Neurological:**
Memory: Intact .
Cranial nerves: grossly intact
Sensory: No sensory loss .
Deep Tendon Reflexes: DTR's preserved and symmetric .
**Psychiatric:**
The patient is oriented to time, place, person, and situation.
The patient demonstrates the appropriate mood and affect.


**Assessment/ Plan**
**Well adult exam** (V70.0)
Comments:
 Advise him to get PPD placed as we cannot find one. He can contact his school and see if they need one. He has a negative TB risk assessment..He will call his school to see if they need a TB skin test
**ADD (attention deficit disorder)** (314.00)
advised he will have to find a local provider to treat his ADD there.


**Medications (added, continued or stopped this visit)**


**Continued:**


**Prescribed Elsewhere:**
Medication Name                                                                    Reason
Adderall 20 mg tablet                          take 1 tablet by oral route  every day before breakfast

MK000025

**Provider: Colleen Ambrose APRN 07/09/2014 2:21 PM**

**Document generated by: Colleen Ambrose 07/09/2014 2:21 PM**

305 Estill Street
Berea, KY 404031742
(859)985-1415

Electronically signed by Colleen Ambrose APRN on 07/10/2014 11:10 AM

MK000026