IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DR. MARKCUS KITCHENS, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3301 |
| | : | |
| **UNITED STATES MEDICAL** | : | |
| **LICENSING EXAMINATION** | : | |

# ORDER

**AND NOW**, this 15th day of February 2023, following our videoconference with the parties today, it is **ORDERED**:

1. Plaintiff shall make himself available for a deposition no later than **February 20, 2023**;

2. Defendant shall respond to Plaintiff's Motion for preliminary injunction (DI 20) no later than **February 21, 2023**;

3. Plaintiff may reply to Defendant's response if he wishes by **February 23, 2023**;

4. We will hold a Preliminary Injunction Hearing by videoconference via Microsoft Teams on **February 24, 2023** at **10:00 A.M.**, and we will send a videoconference link by e-mail to all parties and counsel of record;

5. The parties will confer no later than **February 23, 2023** regarding the plan for the hearing (including the identities of any witnesses who will appear at the hearing and order of presentation). Defendant will then notify chambers via e-mail (Murphy_Chambers@paed.uscourts.gov) of the expected witness list and any other expectations for the hearing;

6. All documentary evidence discussed at the hearing must have been previously filed on ECF in connection with the parties' briefing, and should be referred to by docket

number during the hearing so that the Court can easily retrieve it;[1] and

   7. At the hearing, each side will be afforded the opportunity to make opening remarks; then Plaintiff will have the opportunity to introduce testimony and evidence; then Defendant will have the same opportunity; then Plaintiff may offer rebuttal, if any; then closing remarks.  Witnesses will be sworn.

                         /s/ John F. Murphy
                         MURPHY, J.

---

[1] There was some discussion on the hearing today about information that Plaintiff provided to Defendant that was not on the docket.  If that information is something Plaintiff wishes to rely upon, it must be filed with the Court by ECF.  The parties are reminded to take care to redact irrelevant personal identifying information.