# EXHIBIT 4

[Elisea Hewitson - January  06, 2022]
Examinee: Kitchens, Markcus Zwanz
USMLE ID: 1-077-051-9
Exam: Step 1

 --------------- Original Message ---------------
From: M Z [markzwanz@gmail.com]
Sent: 1/5/2022, 9:46 AM
To: disabilityservices@nbme.org
Subject: Re: Testing Accommodations- Markcus Kitchens (USMLE ID: 1-077-051-9)

Attached are 3 separate pdf files containing documentation that completes my Request.

Best Regards.

Dr. M. Kitchens Jr.


> On Jan 5, 2022, at 9:18 AM, disabilityservices@nbme.org wrote:
>
> Dear Markcus,
>
> Thank you for emailing NBME Disability Services. Please note that we are unable to access encrypted documentation or iCloud drive files. Please resubmit your documentation attached directly to the email as a PDF. Once we receive your request form and supporting documentation, your case will be assigned to a specialist and we will confirm receipt via email.
>
> Sincerely,
>
> Disability Services
> NBME
> 3750 Market Street
> Philadelphia, PA 19104-3102
> TEL: 215-590-9700
> FAX: 215-590-9422
> Email: disabilityservices@nbme.org <mailto:disabilityservices@nbme.org>
>
> This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.
>
> --------------- Original Message ---------------
> From: M Z [markzwanz@gmail.com]
> Sent: 1/5/2022, 9:10 AM
> To: disabilityservices@nbme.org
> Subject: Testing Accommodations- Markcus Kitchens (USMLE ID: 1-077-051-9)
>
> Dear NBME Disability Service,
>

> Attached to this email are all components requested in the application for USMLE Step 1 Accommodations. If you have any further questions, please do not hesitate to ask. Thank you and I look forward to hearing back from you soon!
>
> Best Regards,
>
> Markcus Kitchens
>
> Click to Download
>  <https://urldefense.proofpoint.com/v2/url?u=https-3A__www.icloud.com_attachment_-3Fu-3Dhttps-253A-252F-252Fcvws.icloud-2Dcontent.com-252FB-252FAUTXBLMTTn0mIG8lShhjeREI6JgVAeAHWeLrXjYxSU8u7g9h013VhNBf-252F-2524-257Bf-257D-253Fo-253DAr5s-5FRNA5Hy7W-5FmF6Nr45Q3NE71GJ9qna2ueJkRrDW-2Du-2526v-253D1-2526x-253D3-2526a-253DCAogmqXci0XJeRNK1eOy5heg9gWRtSOpNqdmsKnreYk-5Fa8QSeBCvls7U4i8Yr6bJqOwvIgEAKgkC6AMA-5F1jP7WJSBAjomBVaBNWE0F9qJuhbr-5FnA-5FjcRVcFyrjRyzK-5FGTPI-5F-2DSPgWqiEe-2DnmatgEYYH4AWjkciZ3WwGh8VB8kdLOCub326EijQHX013Nq9SaYjo8xQQ-2DQpk9UDZMtw-2526e-253D1643983819-2526fl-253D-2526r-253D5212F1CD-2DF8B3-2D49E5-2D963B-2D0E31AC4BC0D0-2D1-2526k-253D-2524-257Buk-257D-2526ckc-253Dcom.apple.largeattachment-2526ckz-253DAC483131-2D6286-2D4AF1-2D8DBE-2D432EAE4EBCA8-2526p-253D33-2526s-253DA1XgK1plLvcbYn93Axtz69f8oMw-26uk-3DHZzzrNINtmrxqKvkQ5-2Dyw-26f-3DMarkcus-2520Kitchens-2520Accommodation-2520Application-2520Complete-2520.pdf-26sz-3D172901733&d=DwMFAg&c=Sc1uBXQx8UHNGkEdB9Phpg&r=IuRMFiBdO8iDPdxYKpKW06eCa6JW5ZlkFLSZPHPF8fQ&m=96f3kNog8d2-925BrrTYNpqbWYEO7ny3hilxDf6sh2I6UzAte4QdxePw0XTJ1hxh&s=VwtkQt5pRwj3LC-K-GHcuhAAlVDXbIYJPe-gHriT41U&e=>Markcus Kitchens Accommodation Application Complete .pdf
> 172.9 MB
> This is an external email. Do not click on links or open attachments unless you trust the sender.
> This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.
>
>
>
>
> ref:_00D46pfBg._5004w2GTToP:ref