# EXHIBIT 5

[Elisea Hewitson - January 10, 2022]
Examinee: Kitchens, Markcus Zwanz
USMLE ID: 1-077-051-9
Exam: Step 1

--------------- Original Message ---------------
From: Markcus Kitchens [markzwanz@gmail.com]
Sent: 1/8/2022, 8:35 AM
To: disabilityservices@nbme.org
Subject: Re: USMLE Step 1      USMLE ID#: 1-077-051-9

Dear Elisea,

I'm a Medical Graduate and do not have the access to my alma-matar for them to complete the CPTA form. I'm not sure why all of these steps are necessary if I have provided NBME with legal documentation from my Physician, alone with medication list dating back over 4+ years concerning my disabilities. As a US citizen, this seems to be completely unjust and prejudice to us with disabilities to go through such task in order to have a fair chance at the exams. With that being said, All medical documentation from my physician with his contact information regarding my disabilities has been submitted, along with my documents of my CBSE with accommodations. Thank you and I looking forwarding to your reply.

Regards,

Thank you,

Markcus Kitchens Jr., M.D.

Email:Markzwanz@gmail.com


Sent from my iPad

> On Jan 6, 2022, at 12:59 PM, disabilityservices@nbme.org wrote:
>
> ?ref:_00D46pfBg._5004w2GTToP:ref
>
> RE: Step 1       USMLE ID#: 1-077-051-9
>
> Dear Markcus Zwanz Kitchens:
>
> The National Board of Medical Examiners (NBME) processes requests for test accommodations on behalf of the United States Medical Licensing Examination (USMLE) program.  We have received your request for test accommodations for the USMLE Step 1.
>
> Before we can begin to review your request, please do the following:
>
> -   Have the appropriate official at your medical school complete a USMLE Certification of Prior Test Accommodations (CPTA) form (available at http://www.usmle.org/test-accommodations/forms.html).
>

> -    Please provide a copy of the American Association of Medical Colleges (AAMC) report of your scores for all administrations of the MCAT examination that you have taken (you should be able to access your MCAT scores from the AAMC's website, if you do not already have them available).
>
> -    Please provide a copy of your Comprehensive Basic Science Exam (CBSE), as per your appointment confirmation from Prometric that you submitted.
>
> -    Regarding your diagnosis of ADHD, please submit a comprehensive report of evaluation, if you have had any formal neuropsychological or psychoeducational testing done, as described in the USMLE Guidelines to Request Test Accommodations (https://www.usmle.org/test-accommodations/guidelines.html#guidelines-adhd).  If you have not already done so, I strongly encourage you to review the USMLE Guidelines to Request Test Accommodations, which include specific guidelines for requesting on the basis of ADHD, and page 1 of the USMLE Request for Test Accommodations form for information on how to document a functional impairment.
>
> -     Regarding your diagnosis of Anxiety, please refer to the USMLE Guidelines to Request Test Accommodations (https://www.usmle.org/test-accommodations/guidelines.html#guidelines-psych-disorders) and submit a report of evaluation or treatment summary completed within the past six months to establish the extent of current impairment and need for accommodations at the present time.
>
> Once we receive the above documentation, we will review your request. If necessary, we may contact you to request additional information.
>
> All written correspondence regarding your request, including the decision letter, will be sent to you electronically via email. When our review is complete, you will receive an email from us with the decision letter attached as a pdf document.
>
> If you have any questions about the review process, please feel free to contact me at (215) 590-9700 or reply to this e-mail.
>
> Sincerely,
>
> Elisea
> Senior Disability Services Specialist
> National Board of Medical Examiners
> 3750 Market Street
> Philadelphia, PA 19104-3102
> 215-590-9700
> disabilityservices@nbme.org
>
> This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.
>

This is an external email. Do not click on links or open attachments unless you trust the sender.