# EXHIBIT 8


**Northwestern Medicine**

| | | |
|---|---|---|
| NM Dermatology | Kitchens, Markcus | |
| 1850 GATEWAY DRIVE | MRN: ▮▮▮▮▮, DOB: ▮▮▮▮▮, Sex: M | |
| SYCAMORE IL 60178-3192 | Visit date: 10/5/2020 | |

**10/05/2020 - Office Visit in NM Dermatology (continued)**

**Provider Progress Notes (continued)**

| Prompt | Yes/No | Diagnosis | Comments | Date |
|---|---|---|---|---|
| No relevant medical history. | | | | |

No Known Allergies

PAST MEDICAL HISTORY:
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ADHD | 2013 |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • WISDOM TOOTH EXTRACTION<br>All 4 | | 2009 |

FAMILY HISTORY:
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |

SOCIAL HISTORY:
**Social History**

Tobacco Use
- Smoking status:  Never Smoker
- Smokeless tobacco:  Never Used

Substance Use Topics
- Alcohol use:  Never
    Frequency:  Never

Occupation: medial student

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • busPIRone 5 mg tablet | Take 1 tablet by mouth 2 (two) times daily as needed for other (Anxiety). | 60 tablet | 2 |
| • dextroamphetamine-amphetamine 15 mg tablet | Take 1 tablet by mouth daily. TK 1 T PO BID | 60 tablet | 0 |
| • MEN'S MULTI-VITAMIN ORAL | Take by mouth. | | |

No current facility-administered medications on file prior to visit.