# EXHIBIT 9

PULSE OXIMETRY/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|
| 4:38 PM | 99 | | | | | | | |

MEASURED BY

| Time | Measured by |
|---|---|
| 4:38 PM | Hazel Bray, CMA |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | tall thin in NAD |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| PHQ-9 completed | | | | Mild depression | 7 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Attention-deficit hyperactivity disorder, unspecified type (F90.9). |
| | Plan Orders | Referrals: Mental Health Counselor. Evaluate and treat. |
| 2. | Assessment | Anxiety (F41.9). |
| 3. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following procedure(s) completed today PHQ-9 completed.. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 05/25/2018 | Referrals: Mental Health Counselor. Evaluate and treat | | please evaulate and give opinon about the need for emotional service dogs; |

## Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| | loperamide 2 mg capsule | take 2 capsule by oral route after 1st loose stool, followed by 1 capsule after each subsequent loose stool not to exceed 16 mg/day | | |
| | ondansetron 4 mg disintegrating tablet | take 1 tablet by oral route every 6 hours for 2 days and place on top of the tongue where it will dissolve, then | | |

Kitchens, Markcus Z. ▓▓▓▓▓ ▓▓▓▓▓ 05/25/2018 04:18 PM 3/4

swallow

Provider: Vicki Hackman MD 05/25/2018 05:05 PM

*Vicki L. Hackman MD.*

Document generated by: Vicki Hackman 05/25/2018 05:05 PM

Electronically signed by Vicki Hackman MD on 05/27/2018 12:11 PM