# EXHIBIT 10



**WHITE HOUSE CLINICS**

PATIENT: Markcus Kitchens
DATE OF BIRTH: ███████
DATE: 07/26/2017 09:21 AM
HISTORIAN: self
VISIT TYPE: Office Visit
PROVIDER: Vicki Hackman, MD

This 25 year old male presents for med refill.

## History of Present Illness:
1. med refill
last seen 2/2016;
finished 1st year of med school; working with daniel lee in richond and leaves in september to go back;  has 1 more year there at basic science and 2 y of clinical ;
on adderal since 2014;
says he was focusing better on adderall;

## Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:30 AM | 100/62 | 73 | 18 | 97.50 | 5.0 | 11.00 | 180.34 | 140.00 | | 63.503 | | 19.53 | 0 | | 98 |

MEASURED BY

| Time | Measured by |
|---|---|
| 9:30 AM | Hazel Bray, CMA |

Kitchens, Markcus Z. ███████  ███████ 07/26/2017 09:21 AM 1/3

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Attention and concentration deficit (R41.840). |
|  | Provider Plan | is asking me to write an rx for adderall;  he is leaving for poland in september; He says poland does not prescribe adderall for ADHD but was told if he had an MD here to write a letter, he could get it there.  I told him I could not do that but I could refer him to a specialist for evaluation and get their opinion about him needing the medication.  He was not happy with this; says he was seeing colleen and then Dr David was writing his rx and he brought in a bottle dated 2016 as last rx. |
|  | Plan Orders | Referrals: Psychiatry. Evaluate and treat. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 07/26/2017 | Referrals: Psychiatry. Evaluate and treat |  | needs evaluated for ADHD;  is going overseas in september and has been on adderall in past;  please evaluate ; needs recommendations and treatment |

Provider: Vicki Hackman MD 07/26/2017 10:00 AM

*Vicki L. Hackman MD.*

Document generated by: Vicki Hackman 07/26/2017 10:00 AM
Kitchens, Markcus Z.                              07/26/2017 09:21 AM 2/3