# EXHIBIT 13

United States Medical Licensing Examination® (USMLE®)
# Certification of Prior Test Accommodations (CPTA)

To be completed and signed by medical school official responsible for student disability services.

**Applicant Name:** _____  **USMLE ID#:** __ -__ __ __-__ __ __-__

I certify that _____ has officially approved and continuously
                      Name of School

provided the following accommodations for the above applicant beginning on _____
                                                                                                       Date (Month/Year)

1. Accommodation(s) provided for **computer-based, written, or other assessments**:

   Reason for accommodation(s): _____

If student is requesting accommodations for **Step 3**:

2. Accommodation(s) provided for **clinical education settings (e.g., ambulatory, inpatient, laboratory-based clinical work)**:

   Reason for accommodation(s): _____

Name of School Official:_____   Title:_____
                       Print Name of Official                                Title of Official

Signature of Official:_____   Date:_____

Telephone Number: (_____)_____

> E-mail or fax completed form to:
> Disability Services
> NBME
> Telephone: (215) 590-9700
> Fax: (215) 590-9422
> E-mail: disabilityservices@nbme.org

**Please Note:** This form is not a Request for Test Accommodations. Go to https://www.usmle.org/step-exams/test-accommodations for detailed information and instructions on submitting a request for accommodations.

CPTA 6.17.2022