# EXHIBIT 19

--------------- Original Message ---------------
**From:** Markcus Kitchens [markzwanz@gmail.com]
**Sent:** 9/7/2022, 7:02 PM
**To:** disabilityservices@nbme.org
**Subject:** Re: USMLE Step 1 [Highly Confidential] ref:_00D46pfBg._5004w2SJqBU:ref

Release hold

Markcus Kitchens Jr., M.D.

# Email:Markzwanz@gmail.com

Sent from my iPad

> On Sep 2, 2022, at 1:23 PM, disabilityservices@nbme.org wrote:
>
> Dear Markcus Kitchens,
>
> National Board of Medical Examiners (NBME) processes requests for test accommodations on behalf of the United States Medical Licensing Examination (USMLE) program. If you would like for us to continue processing your request for test accommodations on the USMLE Step 1, you must submit additional documentation for our review.  Alternatively, we can release the hold on your scheduling permit for a standard time examination.
>
> You have requested additional break time and 50% additional test time on the basis of Attention-Deficit/Hyperactivity Disorder (ADHD) diagnosed in 2013 and Test Anxiety diagnosed in 2018. Received in support of your request was duplicate copies of documentation that was previously carefully and thoroughly reviewed with your initial request for test accommodations for Step 1 submitted in January 2022; submitted documentation includes an October 27, 2020 Appointment Confirmation e-mail for the NBME Subject Examination Program, an October 5, 2020 Office Visit in NM Dermatology, and a July 26, 2017 Office Visit Note signed by Vicki Hackman, M.D. We thoroughly reviewed your initial January 2022 submission and explained our decision to you in a detailed letter dated February 8, 2022.
>
> To reiterate the information Jennifer provided to you in her August 31, 2022 e-mail, you will need to send in new documentation to support your current request. We strongly encourage you to review the USMLE Guidelines for Requesting Test Accommodations (https://www.usmle.org/step-exams/test-accommodations/guidelines) as we now have specific guidelines for requesting on the basis of neurodevelopmental disorders such as ADHD.
>
> We will continue processing your request as soon as we receive a response from you indicating whether you would like for us to release the hold on your scheduling permit for a standard examination, or wait for additional documentation to continue processing your request for break time and additional test time.  Please contact your Disability Services Specialist, Jennifer, by email to notify her of how you would like to proceed.
>
> Sincerely,
>
> Lucia McGeehan, Ph.D.
> Manager, Examinee Accommodations
> Disability Services
> (she/her/hers)
>
> T  +1 215-590-9700
> F  +1 215-590-9422
> E  disabilityservices@nbme.org
> W nbme.org
>
> 3750 Market Street, Philadelphia PA 19104, USA

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

**This is an external email. Do not click on links or open attachments unless you trust the sender.**