# EXHIBIT 3

 **Educational Commission for Foreign Medical Graduates**

Search ...



Home / Programs / ERAS / Overview

## ERAS Support Services   Menu ⌄

# Overview

The Association of American Medical Colleges (AAMC) developed the Electronic Residency Application Service® (ERAS®)  to allow medical school students and graduates to apply electronically for residency positions in accredited U.S. programs of graduate medical education. Since ERAS was established in 1996, ECFMG has served as the designated Dean's office for students and graduates of international medical schools, assisting these individuals with the MyERAS application process for first- and second-year (PGY-1 and PGY-2) residency positions.

## Introduction to the ERAS Residency Application Process

As your designated Dean's office, ECFMG is your primary contact for assistance and information throughout the MyERAS application process. It is

important to know that ECFMG and AAMC are **not** associated with other services seeking to assist you with the MyERAS application process for a fee.

**IMPORTANT NOTE**: If you are a student or graduate of a U.S. medical school, accredited by the Liaison Committee on Medical Education (LCME) or the American Osteopathic Association (AOA), you must apply for residency positions through the Dean's office at your medical school. If you are a student or graduate of a Canadian medical school, the Canadian Resident Matching Service (CaRMS) ⬀ acts as your Dean's office for the purpose of applying to positions in the United States.

**Your pursuit of a residency position involves three separate organizations:**

## ERAS Support Services at ECFMG:

- Serves as the designated Dean's office for international medical students/graduates (IMGs) using ERAS.
- Issues ERAS Tokens and tracks receipt of certain supporting documents by ECFMG via ECFMG's On-line Applicant Status and Information System (OASIS).
- Collects, uploads, and transmits supporting documents to your MyERAS application.
- Transmits ECFMG Status Report to your MyERAS application.
- Transmits United States Medical Licening Examination® (USMLE®) transcript, if requested, to your MyERAS application.

Obtain a Residency Token

## AAMC's ERAS

[www.aamc.org/eras](www.aamc.org/eras) ⬈

- Maintains the [MyERAS website](MyERAS website) ⬈, where you can register with ERAS and complete residency applications.
- Publishes the [list of ERAS participating specialties and programs](list of ERAS participating specialties and programs) ⬈ on the AAMC ERAS website. You cannot use ERAS to apply to programs that do not participate in ERAS; **ERAS will not forward supporting documents to such programs.**

ERAS Support Services at ECFMG strongly encourages you to read the AAMC publication, *[Roadmap to Residency](Roadmap to Residency)* ⬈, which provides an overview of U.S. graduate medical education recruitment processes.

## National Resident Matching Program® (NRMP®, or The Match®):

[www.nrmp.org](www.nrmp.org) ⬈

- Collects the preferences of applicants and program directors for available residency positions.
- Matches applicants with available positions. **You must register directly with the NRMP to participate in this season's Match.** (Registering at MyERAS **does not** register you with the NRMP Match.)
- Requires that you have met the [examination requirements for ECFMG Certification](examination requirements for ECFMG Certification), and that your passing examination results and satisfactory completion of these requirements are available in time to participate in the Match.
- If you are not matched to a position through the Match, you may be eligible to participate in the NRMP's [Supplemental Offer and Acceptance](Supplemental Offer and Acceptance)

Program (SOAP) ☑.

ERAS Support Services at ECFMG also strongly encourages you to read the biennial NRMP Program Director Survey ☑. This publication provides insight into the factors program directors use in selecting applicants for an interview and in ranking applicants for their programs. Additionally, you are encouraged to read the NRMP Main Residency Match: Match Results by Specialty and State ☑, which details the number of positions secured by IMGs through the Match by specialty and by state.

**IMPORTANT NOTE: It is important to know that programs may participate in ERAS but not in the Match. The reverse holds true; programs may participate in the Match but not in ERAS. You can research this information on your own using AMA's FREIDA™ ☑ and the list of ERAS-participating programs ☑.**

Back to top ↑

# Important Dates

**February 1:** NRMP ☑ Rank Order List entry begins at 12:00 p.m.

**Presidents' Day Holiday:** ERAS Support Services will be closed on February 20.

**March 1:** NRMP ☑ Registration/Withdrawal and Rank

# Quick Links

Announcements

AAMC ☑

MyERAS ☑

NRMP ☑

Residency Explorer ☑

Tools for Residency Applicants ☑

Order List Deadline at 9:00 p.m.

**NRMP Match Week:** March 13 through March 17.

*All times shown are Eastern Time in the United States.*

Policies and Procedures Regarding Irregular Behavior

IMG Performance in 2022 Match ⊡

Charting Outcomes in the Match for IMGs, a report by NRMP ⧉

# Portals

OASIS

# Stay Connected

Sign up for *The ECFMG Reporter*

Contact ERAS Support Services

[Last update: June 28, 2022]

Terms | Privacy | Site Map | Careers | Contact Us | Intealth | FAIMER | Employee Login

 

® Registered in the US Patent and Trademark Office. Copyright © 1996-2023 by the Educational Commission for Foreign Medical Graduates. All rights reserved.