# EXHIBIT 4




DEFENDANT'S EXHIBIT MK-17

# Register for MyERAS® for Residency

How to identify your Designated Dean's Office and get your ERAS® token.

To access MyERAS®, first contact your Designated Dean's Office; they will issue you an ERAS token, which is a one-time access code used to register on MyERAS.

## Get Your Token

Each Designated Dean's Office establishes their own token distribution procedures for residency applicants using ERAS.

- US Medical School Graduates (USMGs) - Contact your medical school of graduation.
- Canadian Medical Graduates – Contact CaRMS
- International Medical Graduates (IMGs)- contact the ERAS Support Services at ECFMG.

## Register on MyERAS

- After obtaining your token from your Designated Dean's Office, you will register in the MyERAS application. Use the checklist and worksheet to determine what type of information you will need to gather to complete your application.
- Applicants should make sure they are using an ERAS token for the correct MyERAS season. The system will not allow applicants to use an ERAS token from a previous season to register.
- An ERAS token can only be used once to register. Be sure to enter all information accurately.
- Applicants need an AAMC account in order to register your ERAS token. If an applicant does not have an AAMC account from a previous ERAS season or use of another AAMC service, they will need to create an account.
- 3rd Year medical school tokens will only allow applicants to update the personal information section and upload Letter of Recommendations (LoR) in preparation for the

following season. The rest of the application material will become active the following season.

**Note:** *Registration with ERAS does not register you for any established Match. ERAS is a separate entity and does not provide matching services. If you intend to participate in a Match, you must contact that organization for registration, eligibility and participation information (AOA, Military, NRMP, San Francisco or Urology).*

# How to register for MyERAS

1. Go to the [MyERAS website](#).
2. Sign-in with AAMC Account or register for an AAMC account, if login credentials do not exist.
3. Enter a valid ERAS token and select *Continue*.
4. Review and accept the MyERAS terms and conditions.
5. Complete Medical School Graduation Information, review and agree to the AAMC Policy Notice and select *Continue*.
6. Review your information and select *Continue*, if correct.
7. If given the option to import application material from a previous season, select the appropriate residency or fellowship application or Letter of Recommendation(s) to be imported.

- Step 1: Select an available residency or fellowship application to import and select *Continue*.
  **Note:** *Applicants will only have access to their most recent residency and fellowship application (ERAS 2016 application season and onwards) that was certified and submitted prior to the season ending.*
- Step 2: Select the LoR(s) from the table to import and select *Continue*.
  **Note:** *LoR entry information and viewing rights will be consistent with the original and cannot be changed; however, the letter author does maintain the right to upload a new version of the LoR.*
- Step 3: Verify the selections for Application Data and LoRs, and select *Confirm* Import when ready.
  **Note:** *If you opt to skip the step or cancel the import for either application data or LoR(s), you may access steps to import in the History Tab. Find out more information below in the History section of the user guide.*

# About ERAS®



The Electronic Residency Application Service (ERAS®) streamlines the residency application process for applicants, their Designated Dean's Offices, Letter of Recommendation (LoR)...

Learn More



655 K Street, NW, Suite 100 Washington, DC, 20001-2399

202-828-0400

© 2023 AAMC