# EXHIBIT 6

 Educational Commission for Foreign Medical Graduates

Search ...



# News

# Deadline Reminder: Application for Pathways for ECFMG Certification for 2023 Match

January 24, 2023

International medical students and graduates participating in the National Resident Matching Program® (NRMP®) 2023 Main Residency Match® (The Match®) must meet the following requirements by the NRMP Rank Order List Certification deadline on March 1, 2023, in order for ECFMG to verify to the NRMP that they have met the examination requirements for ECFMG Certification:

Search N

Search News

## Categories

Select C

## Date

Select M

- Have passing results available on the Step 1 and Step 2 Clinical Knowledge (CK) components of the United States Medical Licensing Examination® (USMLE®) that are valid for ECFMG Certification; AND
- Meet the clinical and communication skills requirements for ECFMG Certification, which can be achieved by either:
    - Completing an ECFMG Pathway, OR
    - Having a passing performance on the former Step 2 Clinical Skills (CS) component of USMLE that is valid for ECFMG Certification.

**If you are applying to a Pathway, your application must be submitted no later than January 31, 2023,** to ensure the application is processed and approved by ECFMG in time for you to participate in the 2023 Match. To apply to a Pathway, or to check the status of your application after it has been submitted, log in to the [Application for Pathways for ECFMG Certification for 2023 Match](#) using your USMLE/ECFMG ID and On-line Services password.

Please also refer to the [Requirements for ECFMG Certification for 2023 Match](#) section of the ECFMG website, including the web page specific to the Pathway to which you are applying, for additional deadlines related to the submission of required documentation and to taking the Occupational English Test (OET) Medicine, which is required of all Pathways applicants.

We encourage you to review the detailed information available on ECFMG's website and to track the status of your requests on-line prior to contacting us. To track the status of:

- Pathways applications, log in to the Application for Pathways for ECFMG Certification for 2023 Match, as described above;
- USMLE applications, credentials verifications, and other items related to ECFMG Certification, log in to the On-line Applicant Status and Information System (OASIS).

Categories: 2023 Match, ECFMG Certification, ERAS 2023, General, Pathways, U.S. Graduate Medical Education

Back to top ↑

← Next | Intealth™ Selects Ronald R. Blanck, DO, MACP, as Interim FAIMER® President

Intealth™ CEO William W. Pinsky, MD, Announces Retirement Date | Previous →

Terms | Privacy | Site Map | Careers | Contact Us | Intealth | FAIMER | Employee Login

  

® Registered in the US Patent and Trademark Office.
Copyright © 1996-2023 by the Educational Commission for Foreign Medical Graduates. All rights reserved.