# EXHIBIT 7

# 2023 Main Residency Match Applicants Calendar

## Registration

**SEP 15   12:00 PM EDT**

### Registration Opens

Match Registration opens and you can create your R3 account. NRMP and ERAS are two separate organizations and you must register for both services. Standard Registration is available until January 31, 2023. 2023 Main Residency Match Calendar PDF

**JAN 31   11:59 PM EST**

### Standard Registration Deadline

Applicant Standard Registration Deadline for the Match and SOAP. There is a $50 additional fee for late registration after January 31. View all Match fees.

## Ranking

**FEB 01   12:00 PM EST**

### Ranking Opens

Login to R3 to build and edit your Rank Order List. Medical schools begin verifying student/graduate graduation credentials. Support Guide: Enter and Certify a Rank Order List for Applicants

**MAR 01   09:00 PM EST**

### Rank Order List Certification Deadline

Medical school student/graduate graduation credentials verification deadline.

### Registration Deadline

Applicant late registration for the Match and SOAP and Match withdrawal deadline.

## Match Week

**MAR 13   10:00 AM EDT**

### Applicant match status available

Applicants learn if they matched (by email and R3 system). 2023 Match Week and SOAP Schedule PDF

### Supplemental Offer and Acceptance Program (SOAP) Begins

SOAP-eligible unmatched and partially matched applicants can access the *List of Unfilled Programs* in the R3 system. Applicants and their representatives cannot communicate with a program until contacted by that program.

**11:00 AM EDT**

### SOAP applicants can start preparing applications in the AAMC ERAS® system

Contact myeras@aamc.org for questions about SOAP applications.

**MAR 14   08:00 AM EDT**

### Programs begin reviewing SOAP applications

AAMS ERAS opens the Program Director Work Station (PDWS) for programs to begin reviewing SOAP applications. Programs may contact applicants upon receipt of an application and begin interviewing. Contact myeras@aamc.org for questions about SOAP applications.

**MAR 16   09:00 AM – 11:00 AM EDT**

### SOAP Round 1

9:00 am EDT: Applicants receive Round 1 offers by logging in to R3 system. 11:00 am EDT: Applicant deadline to accept/reject Round 1 offers. *List of Unfilled Programs* updated in R3 system.

**12:00 PM – 02:00 PM EDT**

## SOAP Round 2

12:00 pm EDT: Applicants receive Round 2 offers. 2:00 pm EDT: Applicant deadline to accept/reject Round 2 offers. *List of Unfilled Programs* updated in R3 system.

**03:00 PM – 05:00 PM EDT**

## SOAP Round 3

3:00 pm EDT: Applicants receive Round 3 offers. 5:00 pm EDT: Applicant deadline to accept/reject Round 3 offers. *List of Unfilled Programs* updated in R3 system.

**06:00 PM – 08:00 PM EDT**

## SOAP Round 4

6:00 pm EDT: Applicants receive Round 4 offers. 8:00 pm EDT: Applicant deadline to accept/reject Round 4 offers.

**09:00 PM EDT**

## SOAP Ends

SOAP ends with the posting of the final *List of Unfilled Programs* in the R3 system. The *List* is updated to include unfilled programs not participating in SOAP. Applicants can begin contacting all remaining unfilled programs. Programs can update the *List of Unfilled Programs* as positions are filled.

**MAR 17   12:00 PM EDT**

## Match Day

Applicant Match results available (by email and within the R3 system). Medical school Match Day ceremonies. *Advance Data Tables* available on www.nrmp.org.