# EXHIBIT 9

## Page 1

```
             UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF PENNSYLVANIA
                   ----------------

DR. MARKCUS KITCHENS, JR.,   )
         Plaintiff,          )
vs.                          ) Civil Action No.
                             ) 2:22-cv-03301-JFM
NATIONAL BOARD OF MEDICAL    )
EXAMINERS,                   )
         Defendants.         )
-----------------------------)


              REPORTER'S TRANSCRIPT
                 DEPOSITION OF
              DR. MARKCUS KITCHENS, JR.
              FRIDAY, FEBRUARY 17, 2023
              REMOTE VIDEO TELECONFERENCE

                   9:01 a.m. PST
                       to
                   2:31 p.m. PST

Stenographically Reported by: Burgundy B. Ryan, RPR,
CSR No. 11373 / Pages 1-211
```

## Page 2

```
               A P P E A R A N C E S

ON BEHALF OF THE DEFENDANT:
     PERKINS COIE, LLP
     By:  BOB BURGOYNE, Esquire
     700 Thirteenth Street, NW
     Suite 800
     Washington, D.C. 20005
     202.654.6200
     rburgoyne@perkinscoie.com

ON BEHALF OF THE PLAINTIFF:
     DR. MARKCUS KITCHENS, JR.,
     Acting in Propria Persona
     Markzwanz@gmail.com

ALSO PRESENT:
     MALCOLM COOKE, Technician
     Planet Depos
```

## Page 3

I N D E X

|  | | PAGE |
|---|---|---|
| EXAMINATION BY MR. BURGOYNE | | 7 |

--o0o--

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 01 | Initial Request for STEP 1 Accommodation | 48 |
| 02 | Email Thread | 86 |
| 03 | Second Request for STEP 1 Accommodation | 108 |
| 04 | Subsequent Request for STEP 1 Accommodation | 136 |
| 05 | First Amended Complaint | 141 |
| 06 | Affidavit of Alyssa Hanna | 151 |
| 07 | Motion for Preliminary Injunction | 156 |
| 08 | Plaintiff's Memorandum in Support of Motion for Preliminary Injunction | 159 |
| 09 | Declaration of Markcus Kitchens, Jr. | 178 |
| 10 | Notice of Supplemental Filing | 191 |
| 11 | Declaration of Missie King | 198 |
| 12 | Medical Records | 119 |
| 13 | Diagnostic Interview | 111 |
| 14 | Letter from The Department of Medicine | -- |
| 15 | Email dated 2/10/2023 | 199 |
| 16 | AAMC Document "How to Apply for Residency Positions" | 201 |

## Page 4

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| 17 | AAMC Document "Register for MyERAS for Residency" | 202 |
| 18 | AAMC Document "ERAS 2023 Residency Timeline" | 204 |
| 19 | ECFMG Document | 205 |
| 20 | ECFMG Document "Deadline Reminder" | 207 |
| 21 | ECFMG Document "Requirements for ECFMG Certification" | 210 |
| 22 | Multi-page Document re: "USMLE website" | 103 |
| 23 | Conners CPT-3 Assessment Report | 175 |
| 24 | 3/11/2022 Letter from Regard Law Group | 168 |

--o0o--

**25**

1  A. I started -- yes. So August, but official
2  start date was, I think I have in there, it should have
3  been October.
4  Q. Okay. I just got that date from one of your
5  filings so I'm not --
6  A. Okay. So, yes. So August, yes, that is when I
7  was accepted.
8  Q. Okay. And then you received your M.D. degree
9  from that institution in January 2021?
10 A. Yes.
11 Q. Have you received any other degrees apart from
12 your B.A. degree and your M.D. degree?
13 A. No, I have not.
14 Q. Have you enrolled in any other coursework or
15 graduate programs?
16 A. Yes. Capella University.
17 Q. And is that an online or --
18 A. Yes.
19 Q. -- in person? It's online?
20 A. This is correct.
21 Q. And when did you enroll in that?
22 A. I enrolled in that after I graduated medical
23 school. So I think this was -- actually 2020 -- was it
24 2022 I think actually, so this past year. But let me --
25 but I need to probably clarify that though.

**26**

1  Q. Sure. Go ahead.
2  A. Okay. I don't have it -- I don't have it right
3  in front of me. Sorry.
4  Q. Okay. No, that is fine. You mean you were
5  just going to clarify the date?
6  A. Yes, sir, just the date.
7  Q. Okay. Okay. No, that is fine. Not that
8  important.
9       How many -- how many -- well, I apologize.
10 What type of courses are you taking through Capella
11 University?
12 A. Well currently I'm not taking any courses.
13 Q. Okay. What -- what type of program are you
14 enrolled in?
15 A. I was enrolled in the health care
16 administration, master's of health care
17 administration.
18 Q. And how long does that program last in order
19 for you to get a master's degree?
20 A. It's self-paced.
21 Q. So --
22 A. So there is no -- literally they have different
23 programs where you have self-pace and also structured
24 pace, and I have the un -- I went with the unpaced for
25 myself so I have until whenever I complete all of the

**27**

1  courses.
2  Q. Okay. And if you were going to take that
3  program in the standard amount of time, do you know how
4  long it would take to -- to get the master's degree?
5  A. I -- I want to say that less than two years
6  probably two years for that master's program.
7  Q. And why did you decide to begin that program?
8  A. Well I decided to begin that program because
9  while I wasn't going to be able to go to -- for
10 medical -- for residency because of the taking the exams
11 of -- the struggles that I had with those and also
12 knowing that -- that student loans was going to be
13 kicking in, when as a medical student, I mean, you can
14 imagine how many student loans I have. So by enrolling
15 in another program, it would show that I am still a
16 student so those loans would be deferred.
17 Q. Okay.
18 A. That was really the main focus of going into
19 that master's program.
20 Q. Who do you have loans with, are those
21 government loans, U.S. government loans or private
22 banks?
23 A. Yes. U.S. loan.
24 Q. U.S. government loans?
25 A. Yes.

**28**

1  Q. And are you able to get loans as a -- a student
2  attending a foreign medical school you were able to get
3  the U.S. loans?
4  A. Yes, I am. The medical university of Lublin
5  accreditation with the United States is -- is one that
6  has become strong over -- I think they have to have a
7  minimum of like 10 to 15 years of being accredited with
8  the United States before they can apply for those
9  particular loans -- to get those accreditations. And
10 yes, you apply straight through like you would applying
11 for a U.S. school.
12 Q. Okay. Help me understand a little bit more
13 about just your experience going to medical school in
14 Poland. Was that in person? Did you go to Poland to
15 attend classes?
16 A. Yes, absolutely. And they were very strict on
17 attendance.
18 Q. Okay.
19 A. Very -- very structured, which is one thing
20 I -- I -- really helped me a lot to actually help me
21 make it through.
22 Q. Okay. And where did you do your clinical
23 rotations?
24 A. I did my clinical rotations at Jackson Park
25 Hospital in Chicago and also at Brentwood Hospital in

---

Page 29

1    Shreveport, Louisiana.
2    Q. Could you spell Brentwood for us?
3    A. Yes. B-r-e-n-t-w-o-o-d.
4    Q. Okay. And that was in Shreveport?
5    A. Yes.
6    Q. Have you done any clinical rotations as part of
7  your medical education at any other institutions?
8    A. Yes. Mayo Clinic. I had an internship
9  there.
10   Q. What type of internship and when was that?
11   A. That was a family medicine internship that I
12 applied for and received and that was in 2000 -- let's
13 see, I got 2018. 2018.
14   Q. Did you participate --
15   A. But, Bob, I would like to get back with you
16 specifically on that date, though, but I think it was
17 the year of 2018.
18   Q. Okay. Was that --
19   A. July -- excuse me -- July of 2018. I do know
20 July for sure.
21   Q. Okay. So July 2018 you did an internship at
22 the Mayo Clinic. Was that in connection with your time
23 at Jackson Park Hospital?
24   A. No.
25   Q. Totally unrelated?

Page 30

1    A. Completely unrelated.
2    Q. Okay.
3    A. So every -- every year -- so as a medical
4  student at the University of Lublin, you -- during the
5  summertime you have to do so many weeks of -- and hours
6  of your -- what we would call a clerkship or during the
7  summertime so that you're not just forgetting everything
8  that you've learned, and so that was one of my -- one of
9  my clerkships.
10   Q. Okay. And you say that was in family medicine.
11 What would you --
12   A. Yes.
13   Q. -- do as part of that clerkship? Walk us
14 through some of the activities you would do as part of
15 the clerkship.
16   A. Yeah. So basically we would round with the
17 physician. We would come in in the morning time and we
18 would -- well myself, because no one else there was
19 related to my school, and I would round with -- with the
20 attending and also with the -- with the residents, the
21 Mayo Clinic residents, and working with patients, going
22 to seminars that the Mayo Clinic provided every -- every
23 week for -- for the residents and any of the high school
24 students or medical students who was clerkshipping
25 there. And -- and basically throughout the day we had

Page 31

1  to be a doctor. You know, you're -- you're doing notes,
2  you're learning how to do notes effectively, you are
3  learning how to do your differential diagnoses, all of
4  those different things which I --
5    Q. Okay.
6    A. -- did very well on and got good praises for.
7    Q. Okay. And did you get positive feedback from
8  patients do you know?
9    A. Yes.
10   Q. Okay.
11   A. I have -- I have been known to have good --
12 well, beyond good for one -- with physician/patient
13 interaction.
14   Q. Okay.
15   A. Making sure that they feel heard and, you know,
16 treated.
17   Q. Okay. So at this point, July 2018, you had
18 completed your second year of medical school?
19   A. Yes. I -- I was -- I had -- that was my
20 first -- yes, that was my second -- yes, end of my
21 second year.
22   Q. Okay. All right. Other than the Mayo Clinic,
23 Brentwood and Jackson Park, did you do clinical
24 rotations at any other institutions?
25   A. No.

Page 32

1    Q. Okay. So you've never done rotations at Johns
2  Hopkins or University of Maryland or any other
3  schools?
4    A. John Hopkins, no. I have never worked at John
5  Hopkins or anything like that. Oh, excuse me. Wait a
6  second. I did my -- my first clerkship that I did after
7  my freshman year of M.D. 1 was with Baptist Health here
8  in Richmond.
9    Q. Okay.
10   A. Sorry about that.
11   Q. Baptist Health. And that is somewhere you did
12 a clerkship after your first year of medical school and
13 that is an institution, a hospital in Richmond,
14 Kentucky?
15   A. There is pretty big chain here in Kentucky so
16 they are everywhere in Kentucky. But yes.
17   Q. Okay. And is that a complete list of the
18 institutions where you've done rotations or
19 internships?
20   A. That is a complete list there.
21   Q. Okay. And did you get positive feedback from
22 all of those rotations?
23   A. Yes.
24   Q. Okay. When you were in medical school you were
25 the president of your medical school class --

**Page 77**

1    A.  I don't recall any emails from them. The only
2  thing I do know is that I sent in -- I sent
3  communications in for the accommodations and then I got
4  my -- then I received this.
5    Q.  Okay. Did you get any communications from your
6  medical school telling you that they were going to give
7  you permission to test with extra time?
8    A.  My medical school -- I think from that email
9  when I sent it to them, I don't recall if I actually got
10 an email back or not from them. Because, again, when I
11 applied for this, I was already stateside whereas the
12 university is in Poland. It was all communicating via
13 email, et cetera. Yeah.
14   Q.  Okay. And you were able to coordinate with
15 your university just by email?
16   A.  I was able to communicate with them via email
17 for this recommendation, yes.
18   Q.  Okay. And it says extended time here. It
19 doesn't say how much extended time. How much extended
20 time did you have on this exam?
21   A.  I had 100 percent more time over one -- over
22 one day.
23   Q.  Okay.
24   A.  I didn't for the -- I just asked for
25 accommodations of extra -- of 100 percent more time and

**Page 78**

1  that's what I was given. At the time I didn't even
2  actually know that I could get it over the two days,
3  because if that was the case, I would have done that.
4  Because even if you need more time, if it's an
5  eight-hour exam, if I'm asking for 100 percent, we're
6  looking at 16 hours. How realistic is that?
7    Q.  Yeah.
8    A.  Not even for the person who's working there.
9  But they did -- one thing I will say is you can see --
10 ah. You can see they have an exam time there of when
11 they started, but -- so the way it worked -- what I
12 remember specifically is that if you apply for
13 accommodations, I had to wait -- aha, yes, I had to wait
14 before I had to talk with -- I had to -- I applied for
15 it and then I had to talk with someone here in the
16 U.S.A. and the Prometric Center had to find a specific
17 day that I would be able to take the exam because they
18 have to make specific accommodations for who is going to
19 work, who is going to be there that entire day. So it
20 was the entire day of that -- that work shift.
21   Q.  Okay. Now, this is December 10th, 2020. At
22 this point you have been in medical school for over
23 three years; is that right?
24   A.  For this one here, this was --
25   Q.  In fact four years.

**Page 79**

1    A.  This was right before I graduated, Bob. I
2  graduated --
3    Q.  Okay.
4    A.  -- in 2021 of January.
5    Q.  So at this point you've had all your basic
6  science courses and at this point, you're -- you've
7  learned everything you're going to learn at medical
8  school that will help you take this exam; is that
9  right?
10   A.  And I had been also studying consistently for
11 this exam.
12   Q.  Okay. And --
13   A.  But one thing I -- but, you know, one thing
14 about this particular -- but, yes. That's it.
15   Q.  Okay.
16   A.  And we were actually getting ready to move as
17 well because my wife and I both graduated that same time
18 then.
19   Q.  Okay.
20   A.  And we were getting ready to move from Illinois
21 back down to Kentucky.
22   Q.  Okay. And do you recall that when you sent in
23 that Prometric form saying that you had gotten extended
24 time that NBME asked you to send their score report from
25 that test administration?

**Page 80**

1    A.  I don't recall -- I don't remember that.
2    Q.  All right. Well let me show you the report
3  that -- I will represent to you that that did happen
4  and --
5    A.  Okay.
6    Q.  -- we will see in a minute in emails. But do
7  you recognize this document as the score report from
8  your December 2020 --
9    A.  Was that emailed -- was that emailed to me? I
10 think this is the first time I'm seeing this.
11   Q.  Well let's go back. Actually --
12   A.  Did I send that to you?
13   Q.  You sent this score report to us.
14   A.  I sent this? Bob, are you sure that I sent
15 this to you?
16   Q.  Hold on.
17   A.  Because I don't think I --
18   Q.  All right. You will see right here, that being
19 said, all medication has been blah, blah, blah. I'm
20 enclosing my documents from my CBSE examination. And
21 you will see here, NBME had contacted you. I apologize
22 here.
23   A.  Okay. And that's what I sent to --
24   Q.  You see right this line I have got my cursor
25 on? Please provide a copy of your comprehensive basic

Page 81

1 science exam as per your appointment confirmation from
2 Prometric that you submitted.
3     A.   Yes, yes.
4     Q.   All right.
5     A.   And -- but if you could scroll back up to that
6 particular score there, because --
7     Q.   I will scroll back.
8     A.   -- one thing that I want to make clear on, as I
9 was saying beforehand about this particular --
10 particular score here, as I was saying before, we
11 were -- we were just getting ready to graduate and we
12 was also in the point of moving, and for this particular
13 exam, even though I went in and took the CBSE
14 examination, I can take this exam as many times as I
15 want to and I know that. It has an unlimited amount of
16 chance. We had family, everybody was there helping us
17 pack up and move, I knew this score was going to be bad
18 anyway, and so the importance of that exam, even though
19 I was studying for it, does not accurately reflect my
20 level of knowledge or expertise in certain areas by this
21 particular examination. So I'm glad you brought that
22 up.
23     Q.   All right. Because by this point you just told
24 me you were studying a lot, you had taken all of your
25 medical school classes, and this is an exam that will

Page 82

1 give you a sense of how you're going to perform on STEP
2 1; isn't that right, Markcus?
3     A.   No, it is not correct, Bob. This particular
4 examination, and it's even on your website saying that
5 this is not a score that is indicative to how you will
6 perform on the USMLE.
7         This particular exam also, Bob, is
8 completely -- even though they may be what they -- I
9 think people said they were -- they were written by NBME
10 or they were like retired questions or something like
11 this, I don't know how true that is, but they are not
12 as -- I don't know if you have ever seen a sample of the
13 CBSE or of the -- or of the average -- or of the USMLE
14 STEP 1 and STEP 2 examinations. It is a completely
15 longer question being asked on the USMLE than it is on
16 the CBSE. And, yes, it might be a margin, but even when
17 I -- when I spoke with the NBME, they even affirmed that
18 it does not give a indication of what you would score on
19 your exam because there are so many --
20     Q.   All right.
21     A.   -- other variants that can be in play there.
22     Q.   Okay. I mean you see what I inartfully
23 highlighted here where it says, this will give you a
24 sense of your likely performance on STEP 1?
25     A.   Right. So it would give a sense of my likely

Page 83

1 chance, yes, I do.
2     Q.   Okay.
3     A.   I can read that, yes.
4     Q.   Okay.
5     A.   But it was also in their same argument that
6 they said that it's likely but it doesn't mean that's
7 what you are going to get. So thank you. Yeah.
8     Q.   All right. So in all events, the bottom line
9 is when you took this exam, having concluded all of your
10 medical school programs and having studied a lot for the
11 exam, you scored a 156 and the minimum passing score on
12 STEP 1 at that time was 194?
13     A.   And, again, we have to understand that there
14 was different variables that was in place that I even --
15 what I just mentioned before. I knew that I could take
16 this exam 1,001, times and it doesn't reflect anything
17 on my medical transcript, with my university, with my
18 residency program. I had family and such that was in
19 town. I went in there because I just took -- I paid the
20 money so I could hurry up and take the examination and
21 then also get back to my family so that we can move me
22 across the country the very next day.
23     Q.   Okay. You obviously took it seriously because
24 you were studying hard and you went to the trouble to
25 get extra testing time, so you are not suggesting that

Page 84

1 you didn't approach this seriously, are you?
2     A.   I'm -- what I'm saying to you -- even though I
3 have studied hard, Bob --
4     Q.   Yeah.
5     A.   -- as I mentioned before, I had other pressures
6 that -- pressures that were there and so those things
7 were more important than me sitting down for this exam
8 because, again, I know that this has nothing to do with
9 my medical transcript at all. This was only for my
10 benefit to see. And I could also do this at home as
11 well.
12     Q.   Okay.
13     A.   The price doesn't change.
14     Q.   Did you take any other subject matter exams at
15 Prometric Centers?
16     A.   Like in the past or like in general?
17     Q.   Yeah, in general.
18     A.   Oh, yes. Yes. In general, yes. My MCAT was
19 at -- both times was at the --
20     Q.   I'm sorry, Markcus. I mean subject matter
21 exams like the CBSE, any similar exams like that, shelf
22 exams?
23     A.   No, we didn't have to -- some schools require
24 those shelf exams, some schools do not. To my
25 recollection, I don't remember taking another one

---

**Page 97**

1   Q. Okay. All right. And then you say, "I'm not
2   sure why all of these steps are necessary if I provided
3   NBME with legal documentation from my physician" alone,
4   and I think you meant "along, with medication lists
5   dating back over four-and-a-half years concerning my
6   disabilities. As a U.S. citizen this seems to be
7   completely unjust and prejudice to us with disabilities
8   to go through such a task in order to have a fair chance
9   at the exams."
10      And is this a note you prepared, Markcus?
11   A. Yes, this is a note that I did prepare. All
12   emails is what -- that we have in exchange to from this
13   board on were sent by me. Um -- um, one thing I will
14   say is absolutely that is -- that is -- I think you've
15   spoken with me a lot, even on this call, that is exactly
16   the way I feel. That should be just. That I know if it
17   was me as a physician and a patient came to me and told
18   me about a diagnosis that they have had or a treatment
19   that they have been given and I decide that, no, I'm not
20   going to treat them with that because, you know, they
21   didn't show me enough information and then something
22   happens to that patient, I'm liable to be sued and lose
23   my license. So, no, I don't think that having all of
24   these particular documents that they -- like specific
25   documents, excuse me, and the details of those documents

---

**Page 98**

1   is necessary.
2   Q. Okay.
3   A. But I provided what I could that was relevant
4   that was --
5   Q. Yeah.
6   A. -- what they was wanting to the best of my
7   ability.
8   Q. Okay. Well you have since come up and obtained
9   a lot of the documentation that they requested at that
10  time, haven't you? Haven't you over the course of the
11  last two months come up with additional medical
12  documentation, statements from professors, those kinds
13  of things, the type of documentation they asked you to
14  provide on the front end?
15  A. Right. So when -- when -- when we talk about
16  documentation that I've had now, as we talked about
17  before when we talk about the evaluation, Bob, that's
18  been -- I've already explained, you know, I tried to
19  look for different providers. I have to find providers
20  that is going to be inside of my network for my
21  insurance. And then when I notice that, you know,
22  everyone is turning it down, I have to now figure out
23  how I'm going to pay for an evaluation. I don't know if
24  you know this or not, but the average going for an
25  evaluation for ADHD is $1300. So as a -- as a student,

---

**Page 99**

1   as a person who is applying for a thousand dollar
2   medical exam for STEP 1, which is a thousand dollars for
3   me but half of that is for someone who went into the
4   United States, a school in the U.S., that's now more
5   money that I'm trying to find, and if you don't have it
6   at that point and you have other documentation that is
7   stating that you have this particular diagnosis and that
8   you have had it before, it makes it very hard to justify
9   spending almost $1300 to do that. I mean, from a --
10  from a person to person, I mean that makes a lot of
11  sense to me.
12  Q. Yeah. Well we will look -- we will also look
13  at other documentation you've provided to the court
14  but --
15  A. Well --
16  Q. -- that you didn't provide to NBME at the time
17  you submitted your request. And I'll show that to you.
18  A. The only thing is -- the only thing is about
19  the other documentation that you -- that I -- you know,
20  I can think of is maybe even the affidavit or -- or
21  whatnot would be for my professors or whatnot for the
22  unofficial transcript -- I mean for the unofficial
23  accommodations. But again, at that time I didn't think
24  that that would even be acceptable if it wasn't written
25  down on a paper until after I started doing so much

---

**Page 100**

1   research and knowing even more about my rights.
2   Q. Okay.
3   A. So that was out of ignorance of not knowing.
4   Q. Okay. Markcus, you went to the NBME website,
5   didn't you, and you reviewed their guidelines for
6   requesting accommodations?
7   A. It's been so long ago. I know that I went to
8   their website and looked for the PDF form, downloaded
9   it, and filled it out.
10  Q. Okay. And did you review the guidelines for
11  the type of documentation you should submit?
12  A. I just honestly filled out the form that was on
13  there to the best of my ability and to send in proof
14  that they were -- that they were asking from that form,
15  I guess, and that's what I was doing. But even by going
16  with the guidelines on -- for the application there,
17  again, I submitted everything that I could that was
18  relevant and that was close to what they were asking
19  for.
20  Q. Okay. Well, I appreciate all of that. I don't
21  want to -- I don't want to cut off your answer, but the
22  question is basically a straightforward yes or no, did
23  you review the guidelines that NBME has posted on its
24  website that tell examinees how to apply for
25  accommodations?

**Page 101**

1  A. I don't recall, Bob.
2  Q. Okay. All right. And what is here is these
3  are just repeat emails that get folded into the next
4  one.
5      All right. Here is you thanking Alyssa for her
6  feedback.
7  A. Yes. I mean, I'm not --
8  Q. A voicemail message just checking on the
9  status.
10 A. That sounds like me.
11 Q. Said it was in process. You asked for a status
12 update.
13 A. What was those dates, Bob, on when I called in
14 for a status update?
15 Q. Here's one on February 1st.
16 A. That sounds about why I probably emailed them
17 on the 5th.
18 Q. Who did you email on the 5th?
19 A. What -- you just said that I sent in certain
20 documents on the 5th, but I called -- you said that I
21 called in on the 1st asking for a checkup?
22 Q. These are all just sequential.
23 A. Right.
24 Q. So this is January 18th you left a voicemail
25 asking about status.

**Page 102**

1  A. Right. And that's what I was trying to explain
2  earlier because you were asking me why I would have sent
3  in those documents on the 5th of February, and that is
4  when I telling you I possibly called into them and they
5  asked for the status, they called me back possibly, I
6  don't know.
7  Q. Okay.
8  A. But that sounds plausible.
9  Q. Now, the date that you're referring to, you are
10 referring to February, I think you mean January 5th
11 which was the date of the first email which we looked at
12 and which is the email which you attached your
13 accommodations request form to.
14 A. That was January 5th or February 5th?
15 Q. That is January 5th.
16 A. You could be correct, I just -- yes, okay.
17 Thank you.
18 Q. All right.
19 A. Yes, sir.
20 Q. So January 5th you send in your documentation,
21 it's the first record NBME has of getting anything from
22 you in writing. At this point we are now into February.
23 You're asking about the status of your request, and you
24 eventually get a -- you are asking here again the
25 status, and then you get an email from them telling you

**Page 103**

1  that decision has been made, and that's on February 9th,
2  2022, last page of Exhibit MK-2.
3      Do you see that where they are telling you --
4  A. Yes.
5  Q. -- here's your decision letter?
6  A. Yes.
7  Q. Okay. And that decision letter denied your
8  request for accommodations; is that right?
9  A. Yes.
10 Q. Okay. All right. Let's go, Markcus, to --
11 and, Malcolm, if you could pull up MK-22.
12     IT TECHNICIAN: All right. That should be on
13 screen now.
14     (Whereupon, Kitchens Exhibit MK-22 was marked for
15         identification.)
16     MR. BURGOYNE: Perfect. Am I able to
17 control -- good.
18 By MR. BURGOYNE:
19 Q. All right. Markcus, I'll represent to you that
20 Exhibit MK-22 is a multi-page document which contains
21 screenshots found on the USMLE website that tells
22 examinees how to apply for accommodations and the
23 specific type of documentation they should provide.
24 Looking at this now, is this something you've reviewed
25 previously in connection with your request for

**Page 104**

1  accommodations on the STEP exams?
2  A. I don't recall.
3  Q. Okay. Do you see here where it asks candidates
4  to review the guidelines carefully? You don't recall
5  whether you reviewed them at all?
6  A. No, I do not recall.
7  Q. Okay.
8  A. I do know that I went to the website and I
9  hit -- looked for the form and filled out the form,
10 yes.
11 Q. Have you seen this form before? This is the
12 form that was referenced on the form that you completed
13 that NBME asks candidates to submit from their medical
14 schools confirming if the student had received any
15 accommodations?
16 A. It does not look familiar to me.
17 Q. Okay. So you don't recall ever clicking on
18 this and thinking about whether you should submit this
19 to your medical school?
20 A. No. That does not look familiar to me at
21 all.
22 Q. All right. All right. Here are the specific
23 guidelines on how to request accommodations. Is this
24 something else that you don't recall ever seeing?
25 A. Is this something else that I don't recall?

149
when we were -- or Cynthia Reed, I don't remember specifically right now, and we were talking about the medication earlier, yes --
Q. Correct.
A. -- that would have fell upon those accommodations.
Q. Okay. But they said you weren't looking for accommodations, you were looking for medications; isn't that right?
A. Again, their recommendation was that I have the accommodations. But, again, I did say that I didn't want the official accommodations for the very reasons that I've explained.
Q. Okay. All right. So in all events, you did not receive extended time on all of the examinations that you took at Berea College.
A. Any exam that I would have -- that I wanted to request for that I felt the need that I needed the request for, yes, I did.
Q. Okay. On paragraph 22 you state that you were accepted to the Medical University of Lublin in Poland in October -- on October 2015; correct?
A. Yes.
Q. All right. And then in the next paragraph you say, "At all times during classroom teaching

150
Dr. Kitchens received testing accommodations of time plus 100 percent during examinations." Now that's the paragraph right after you are referring to medical school. Are you saying in this paragraph that you received 100 percent extra testing time on all of the exams you took in medical school?
A. No, that's not -- that's not what I was referring to there. What I was referring to in this particular instance was more so with my undergraduate.
Q. Okay. So is this just a repetition of what you said in the paragraph we just looked at?
A. I wouldn't say that it was a repetition of it, but I would say that this statement is true.
Q. Okay. 20 says -- 20 actually addresses your undergraduate testing and you say there that you got extended time on all examinations administered, and you've explained what you meant by that was, if you asked for it, you got it. Is that an accurate description?
A. Yes.
Q. Okay. And then you transition and you start talking about going to medical school and in paragraphs 22 and 23 you talk about your medical school experience. Then we go to 24 and you say, "At all times during classroom teaching you got extended time on exams." And

151
now, just to be clear, you are saying this doesn't refer to medical school?
A. No, that does not refer to the medical school. What -- for -- for medical school it was different. If I did need more time, those particular professors were more open to those who had to do retakes there so...
Q. Okay. It looks like at page 8 -- this is the verification and you signed this declaration and you said everything in it was true and accurate to the best of your knowledge and belief. Is that your signature?
A. That is. Everything in there is true to the best of my knowledge and my belief.
Q. Okay. And it was notarized by Amelia Kitchens. Is that your wife?
A. Yes.
Q. Okay. All right. Let's go to MK-6, which is the affidavit of Alyssa Hanna.
(Whereupon, Kitchens Exhibit MK-6 was marked for identification.)
THE WITNESS: I did want to make note, Bob, that I still have not received any of these documents in the mail.
MR. BURGOYNE: Yeah, I apologize. I can't control Federal Express and I have not gotten an answer from my office services as to why that document didn't

152
get delivered as promised. My apologies. I'm glad we have them online like this. And I don't know why you didn't receive the email version that I sent either, but separate question.
By MR. BURGOYNE:
Q. This is an affidavit of Alyssa Hanna. Who is Alyssa Hanna?
A. Dr. Alyssa Hanna was one of my biology professors. I had her for two different courses actually. Biology -- modern biology and also my botany professor at Berea College. And she was one of the professors that noticed, actually, me struggling in class. Before I even asked for accommodations or extra time, she actually came to me because she stated to me that, Markcus, you know the information, but your exam score does not reflect the knowledge that I know that you have because your interest in the course and the topics are very keen, you are always active in class, et cetera. And so what she allowed for me to do and what she suggested was to have -- do all of my exams one-on-one in her office and I took as much time as I needed to take those exams and I did just fine.
Q. Okay. Does she live in Berea?
A. No, she does not.
Q. Where does she live?

Page 153

1  A. I think it's Virginia. It's probably at the
2  bottom somewhere in here. I think -- I put her address
3  on there I think. But it was -- it's either Virginia or
4  West Virginia, one of the two.
5  Q. Okay. Did you call her --
6  A. But I had her --
7  Q. Did you call her up and ask her to provide this
8  affidavit?
9  A. Yes, I did.
10  Q. And who drafted the affidavit?
11  A. I did. All work done for this law case, I did
12  the work.
13  Q. Okay. And had you or your wife spoken to
14  Dr. Hanna at any point after you graduated from college
15  and before getting this affidavit?
16  A. My wife doesn't know Dr. Hanna. I didn't even
17  know my wife at the time. And my wife has never even
18  met her or even spoken to Dr. Alyssa Hanna.
19  Q. Well I hope she has spoken to her because she
20  is the affiant on her, she signed --
21  A. Well -- well, no. Well, no, not in -- I'm
22  saying -- I think, 'cuz see, I guess -- and I apologize
23  for that. I would like to that clarify that for -- for
24  the record, is that she -- because when we are asking
25  who types these things up and knowing that my wife is a

Page 154

1  lawyer, it kind of gives me the sense that we feel that
2  someone else did the work for me and so I want it to be
3  known that I've done that work, but my wife did speak
4  with her when having her sign these documents.
5  Q. Okay.
6  A. So, yeah, I did the work.
7  Q. Why is she referred to as doctor? What's the
8  degree that she has that causes her to be a doctor?
9  A. She has her Ph.D.
10  Q. She has a Ph.D?
11     And when you submitted accommodation requests
12  to the National Board of Medical Examiners in 2022, did
13  you submit any documentation from Dr. Hanna at that
14  time?
15  A. No. I learned about doing affidavits and those
16  things from this lawsuit. Again, I did a lot of
17  research and that's one thing that I saw that because,
18  again, as I said at the beginning, I didn't really know
19  to submit those things because it was unofficial but --
20  Q. All right.
21  A. -- since it did happen I wanted to get her her
22  affidavit to say that, yes, I agree to these things,
23  that Dr. Kitchens did receive these statements that I --
24  you know, these accommodations that I gave him.
25  Q. Okay. She says in here that you were given 100

Page 155

1  percent extra testing time and that would have been,
2  what, 12, 13 years ago?
3  A. Can you scroll to that number on the document,
4  please.
5  Q. Yeah. Sorry. My fault.
6  A. That is okay.
7  Q. All right. So 2010 and 2011 you had classes
8  with her and she reports that you were given 100 percent
9  extra testing time?
10  A. Yes.
11  Q. All right.
12  A. She -- I had as much time as I needed to take
13  the exam.
14  Q. Okay. Where did this 100 percent figure come
15  up? Did you give that information to her in connection
16  with preparing the affidavit?
17  A. Well, I would say that the 100 percent time
18  is -- the reason that we put that number there is
19  because we can't actually say, well, I gave him 25
20  percent or I gave him 50 percent or 100 percent when the
21  matter was that she allowed me to take that exam until I
22  finished it. So 100 percent made more accurate
23  description of the time I had to take the exam.
24  Q. Okay. And it just happens to be the amount of
25  time you're seeking on the STEP 1 exam?

Page 156

1  A. Again, the reason that is there is because I
2  had all the time that I needed to take it.
3  Q. Have you contacted anyone else from Berea about
4  providing any documentation to you regarding your
5  accommodations?
6  A. Yes, I have actually. I have not -- I heard
7  back from one other professor but they have yet to read
8  the affidavit or been obliged to be able to meet so that
9  we can sign it. So that's why I didn't provide it.
10  Q. Okay. Let's look at MK-7, please, which is
11  your motion for preliminary injunction.
12     (Whereupon, Kitchens Exhibit MK-7 was marked for
13             identification.)
14  By MR. BURGOYNE:
15  Q. And again I'll just ask you the same question,
16  and I won't repeat it after this, but is this a document
17  that you prepared?
18  A. Yes.
19  Q. Okay. And likewise, it's a document that to
20  the extent it reflects legal research, it reflects legal
21  research that you did?
22  A. Yes.
23  Q. Let me just make sure, Markcus, that I
24  understand. On page 2 of this document, which is your
25  motion for a preliminary injunction, you explained to

Page 157

1  the court why it is you think you need emergency
2  relief -- injunctive relief and you discuss the
3  irreparable harm that you say you're going to suffer?
4  A. Okay. Yes.
5  Q. All right. And it says here you can't enroll
6  in the match until you take and pass STEP 1 and STEP 2
7  and that you have to do that by April 16th.
8  A. That is a typo.
9  Q. Okay. What should that date be?
10 A. That should be April 12th. I -- again, I
11 looked at that number wrong. According to the NBME's
12 website on the 13th of April is when they actually start
13 doing the delayed gradings score reports so up until
14 June the 18th I think it was and so they suggest doing
15 it before April 12th.
16 Q. Okay.
17 A. On or before April 12th, which I discussed.
18 Q. All right.
19 A. So...
20 Q. And here you refer to the 2023 NRMP. Is that a
21 reference to the 2023 match program that the NRMP
22 conducts?
23 A. Yes.
24 Q. Right here?
25 A. Yes. Exactly.

Page 158

1  Q. Okay. So to be sure we are clear, the
2  irreparable harm you claim that you are going to suffer
3  if you can't take STEP 1 and STEP 2 CK by April 12th is
4  your inability to participate in the 2023 NRMP match?
5  A. That's -- that's just the tip of the iceberg,
6  Bob. So being able -- that's just another tool that I
7  have to go through. But the irreparable harm that comes
8  along with this is the delay, the delay of being
9  outside. It has now been -- will be two years. If I
10 don't participate in this -- this match season this
11 year, it will be two years I will have been out of
12 medical school two years not practicing medicine
13 efficiently in the hospital which dramatically decreases
14 my -- my chances of matching ever.
15     And not only that, it also -- being able to
16 take those exams by a certain time would also show that
17 there would be a decrease also in duration or my stamina
18 -- stamina to be able to continue to -- to study for
19 these things.
20     Not only that, but this -- these particular
21 scores that I have, especially with my expungement of my
22 records, is that they will follow me forever. I would
23 not be able to -- to practice in certain states. I
24 won't be able to -- to even practice or even apply to
25 over 20 plus residency -- 20 plus programs, if not even

Page 159

1  more, because of this. So, yes, it is definitely -- the
2  irreparable harm will follow me forever. That --
3  Q. I'm just trying, Markcus -- I apologize. All
4  those points you just made are fine, I don't want to cut
5  you off from making them, you've made them in your
6  papers. I'm just trying to make sure we have a clean,
7  concise answer as to what it is that requires the court
8  to conduct an emergency proceeding in order to decide
9  your preliminary injunction motion. What is it that
10 you're trying to make sure happens, and what you are
11 saying is you are going to suffer irreparable harm if
12 you cannot participate in the 2023 match program; is
13 that correct?
14 A. This is correct. This is part of this, yes.
15 Q. Okay. And the match program is conducted every
16 year so there will be a 2024 match as well?
17 A. Yes.
18 Q. Okay. All right. Let's look at MK-8.
19     (Whereupon, Kitchens Exhibit MK-8 was marked for
20         identification.)
21 By MR. BURGOYNE:
22 Q. And this is your legal memorandum in support of
23 the preliminary injunction motion. And is this a
24 document that you also researched, prepared, and typed
25 up?

Page 160

1  A. Bob, you said you weren't going to ask me that
2  again. But yes.
3  Q. Okay. That is the last time I'll ask you.
4  A. I don't believe it at this point.
5  Q. I don't blame you.
6  A. Yes. Is that something that you ask all
7  plaintiffs that are -- or is it because of the quality
8  of the document?
9  Q. The quality is good. You know, the occasional
10 typo, but yeah, no, the quality is good.
11 A. Yeah, because I -- I just wanted to know if
12 that was something you ask all, you know, pro se
13 plaintiffs if they did that.
14 Q. Yeah.
15 A. So that's a yes. Okay.
16 Q. Yeah. I ask -- if there are other pro se
17 plaintiffs I will ask them similar questions, yes.
18     All right. Let's look at page 2 of this
19 document. Let me get this a little smaller.
20     All right. On the background session, Markcus,
21 you see where the hand is here?
22 A. Can you zoom in, please.
23 Q. At the age of seven he was evaluated by his
24 pediatrician -- I will zoom in for you.
25 A. Yes. Yes, I'm familiar what you're -- where

173
1  Q. Okay. Let's look -- now let's go back to MK-8,
2  and let's look -- all right.
3      We talked earlier, Markcus, and you said there
4  was a typo and that what you had to do was take the STEP
5  exams prior to April 12th. This document it looks like
6  you're saying you got to take the STEP exams by March
7  6th. What is the significance of March 6th date?
8  **A. And this is the same exact document that we had**
9  **above?**
10  Q. Your other document I think was your Complaint,
11  your Amended Complaint.
12  **A. Right. And -- and -- and which particular**
13  **document is this?**
14  Q. This is the memorandum in support of your
15  motion for a preliminary injunction?
16  **A. Okay. Well then that should be -- that is a**
17  **typo there.**
18  Q. I apologize. The other document was the motion
19  for a preliminary injunction. That's the one where you
20  said April 12th.
21  **A. Yes.**
22  Q. And this is your memorandum -- this is your
23  memorandum of law in support of your motion and it says
24  you have to take the exams by March 6th. So what is the
25  correct day by which you think you need to take the step

174
1  exams?
2  **A. The correct date is April 12th.**
3  Q. Okay.
4  **A. That is a typo on my end. Thank you.**
5  Q. And it's your understanding you need to take
6  both STEP 1 and STEP 2 CK prior to April 12th?
7  **A. Yes.**
8  Q. Okay. Are there any other exams that you have
9  to take in order to participate in the 2023 match other
10  than the two STEP exams?
11  **A. No.**
12  Q. Markcus, in this part of your brief you start
13  discussing someone named Mrs. Holbrook and you refer to
14  the honors continuous performance test, third edition?
15  **A. Uh-huh.**
16  Q. Who is Mrs. Holbrook?
17  **A. She is a psychologist who did my evaluation and**
18  **who -- that she -- yes, she did my -- my evaluation.**
19  Q. I see you refer to her as Mrs. Is she a
20  psychologist or is she something else? You refer to her
21  as nurse practitioner actually.
22  **A. No. Nurse practitioner, that was Tina, that is**
23  **my other -- that is my actual psychiatrist nurse**
24  **practitioner. That is Tina. Oh, wait. Yes, that is --**
25  **yes, that is Tina. Wow. Sorry. I'm checking out a**

175
1  **little bit. Yes, that is Tina. That is Tina. Excuse**
2  **me.**
3  Q. Okay. So Tina is the one who administered the
4  Conners CPT 3 to you?
5  **A. Yes.**
6  Q. All right. And then you refer here to her
7  stating something in her affidavit. Do you see the
8  reference here in the second line to her affidavit?
9  **A. Yes.**
10  Q. Okay. Let's go to that Exhibit E if --
11  Malcolm, if you can push up -- pull up MK-23?
12  **A. It should be the Conners, yes.**
13      (Whereupon, Kitchens Exhibit MK-23 was marked for
14              identification.)
15  By MR. BURGOYNE:
16  Q. Okay. So this is what exhibit -- you know, you
17  refer to Exhibit E there. You will see this document
18  has Exhibit E on it?
19  **A. Yes.**
20  Q. And you'll agree with me, this is not an
21  affidavit?
22  **A. Sorry. That is a typo then.**
23  Q. Well I just wondered, did she prepare an
24  affidavit at any point?
25  **A. No, I did not provide an affidavit for Tina.**

176
1  Q. Okay.
2  **A. One man show here, Bob. Sorry.**
3  Q. That is all right. I just want to make sure.
4  **A. Yes, sir. I appreciate that.**
5  Q. I want to make sure because your document says
6  you were giving the court an affidavit and there was
7  none there. All right?
8      Where was this CPT assessment administered?
9  **A. It was administered at Baptist Health**
10  **Hospital.**
11  Q. Okay. And how long did it take for you to take
12  this assessment?
13  **A. I think the assessment was about 30 minutes.**
14  Q. Okay. And this was February 3rd, 2023?
15  **A. Yes.**
16  Q. And this was before you went and had the
17  evaluation with Dr. Bacon?
18  **A. Yes.**
19  Q. Okay. All right. Now let's go back to MK-8.
20      And in the same paragraph here you state that
21  "Mrs. Holbrook tested him using accepted standard
22  testing instruments and applied generally accepted
23  diagnostic standards to diagnose Dr. Kitchens' reading
24  and attention disabilities."
25  **A. Yes, I --**

189
1  And were you able to read any of those other questions,
2  that other 120 questions, were you able to read those
3  questions?
4     A.  I would say to some degree I was able to -- to
5  look at those.
6     Q.  Okay.  Well so would it be accurate to say you
7  were able to read to some degree all 320 questions?
8     A.  I wouldn't say all 200 -- all 320 questions,
9  Bob.  What I would say is that out of the 320 questions,
10 200 of them I know for a fact that I was able to -- to
11 read for sure at some degree.  I think that would be
12 accurate to say.
13    Q.  Okay.  And how would you describe the extent to
14 which you were able to read the other 120 questions?
15    A.  I would have to -- I would have to either -- if
16 I didn't -- wasn't -- had time to read over it, I would
17 have to pick an answer choice, whether it was C or
18 something that I looked in there and -- and felt that,
19 you know, it was probably not the right answer if I
20 didn't think it was C that I had never heard of
21 before.
22    Q.  Okay.  But to what extent were you able to read
23 those other questions?  I know -- I understand what
24 you're saying about --
25    A.  Very limited.

190
1     Q.  Very limited, okay.
2     A.  I'm sorry, Brooke.
3     Q.  Paragraph 53 you're discussing your clinical
4  rotations and you say all of those were completed at
5  Jackson Park Hospital in Brentwood.  But I think this
6  morning you referenced -- or earlier today you
7  referenced Mayo and Baptist Health?
8     A.  So there is a difference between clinical
9  rotations and clerkships.
10    Q.  Okay.
11    A.  Clerkships is during the summertime that we --
12 that we said was required doing between the summers of
13 your first year and after your second year.  The reason
14 being is so that you start to get those clinical
15 experience.  When you are in your third year and going
16 into your fourth year, that is no longer required
17 because you are in a hospital all of the time anyway so
18 that is why it's not considered part of a clinical
19 rotation per my official transcript.
20    Q.  Okay.  So -- so whatever you did at Mayo you
21 would describe as a clerkship?
22    A.  Right.  So like an internship.
23    Q.  Okay.
24    A.  Yes.
25    Q.  And the same at Baptist Health, that was also a

191
1  clerkship or internship?
2     A.  Correct.
3     Q.  Okay.  How is everybody holding up?  Do you
4  want to take one more break or do you want to plug
5  through it?
6     A.  How much time do you expect, Bob, from here?
7  It's five o'clock.
8     Q.  I hope to be done by 5:30?
9     A.  That sounds good to me.  I would like to take a
10 break.  I actually need one.
11    Q.  Okay.  Let's take a quick break.  Five minutes
12 we'll be back.
13    A.  Thank you.
14          (Recess.)
15          MR. BURGOYNE:  All right.  Let's finish up
16 here.  Let's look at MK-10, please.
17    (Whereupon, Kitchens Exhibit MK-10 was marked for
18          identification.)
19 By MR. BURGOYNE:
20    Q.  And this is a supplemental filing you made,
21 Markcus, and you'll see it is the additional evaluation
22 report that you obtained.  And this was a report you
23 obtained on February 7th; is that correct?
24    A.  Correct.
25    Q.  And you obtained this from Peace of Mind

192
1  Counseling and from someone named Christina Bacon who --
2     A.  Yes.
3     Q.  -- is a licensed -- what is her title, LPP?
4     A.  Yes, that's -- yes, that's Dr. Bacon there.
5     Q.  Okay.  All right.  And she refers here to
6  having done a record review.  What records did you take
7  to her to review?
8     A.  The records that you guys have.
9     Q.  Okay.  The ones you submitted in support of
10 your accommodation request?
11    A.  Yes.
12    Q.  Okay.  And did you also give her the records
13 from 2013 from Berea College?
14    A.  All -- all records pertaining to my ADHD I sent
15 to her.
16    Q.  Okay.  And in fact, was this something you did
17 remotely similar to the way we are doing this
18 deposition?
19    A.  Right.  Yes, I did.
20    Q.  And it looks like there was an intake interview
21 on the 7th and then testing was done on the 8th.  Were
22 both of those sessions remotely?
23    A.  Yes.  It was the only way that she would be
24 able to -- to get me into her schedule.
25    Q.  Okay.

Page 197

1  Q. Okay. All right. And you asked them to give
2  you all the documents they had that reflected treatment
3  plans, initial evaluations, and progress notes?
4  A. Yes, sir. And all of that information, Bob,
5  nothing changed, just because of the time frame that I
6  haven't been to that -- to that particular hospital in
7  years. But I was trying to find the, you know, the
8  documentation of who that therapist was in Lexington and
9  still could not find it.
10 Q. Okay. And we don't need to go through it, but
11 the documents that follow this page, is that a complete
12 set of all the medical records you obtained from White
13 House Clinic?
14 A. If you can -- I -- I don't want to say that it
15 is or it isn't without seeing first.
16 Q. Okay. I'll show them to you. Here's just a
17 vaccine information.
18 A. If it's vaccine then it probably is
19 everything.
20 Q. Then here is a chart where you --
21 A. Yes, that should be everything then because
22 that's when I was -- keep going.
23 Q. This is when -- this is when you actually came
24 in to discuss the service dog?
25 A. I think that might be everything.

Page 198

1  Q. Okay. All right. Let's go to MK-11.
2  (Whereupon, Kitchens Exhibit MK-11 was marked for
3          identification.)
4  By MR. BURGOYNE:
5  Q. And this is the declaration that your mother
6  signed in this lawsuit; is that correct?
7  A. Yep. Can I see her signature at the bottom?
8  But no, yep, that's cool.
9  Q. Okay.
10 A. Yeah, we're good. I know this.
11 Q. All right. And right after I told you I wasn't
12 going to ask you again, but the contents of this, is
13 this information you prepared for your mother and then
14 asked her to review and sign?
15 A. Yes, sir.
16 Q. Your mother is not a medical provider, is she?
17 Is she a doctor or any type of health care
18 professional?
19 A. No.
20 Q. Okay. And I ask because the footnote here made
21 it sound like maybe she was.
22 A. Oh, no. The footnote -- the reason I put the
23 footnote there because that was the medication. I
24 wanted to give a reference to the judge to cite it what
25 ritalin was. And that is a form of ADHD medication that

Page 199

1  she declined.
2  Q. Okay. Do you know if your pediatrician is
3  still alive and practicing, the one you discuss here in
4  paragraph 10?
5  A. They have long so retired.
6  Q. Okay.
7  A. Yes. Dr. -- Dr. -- because that was my
8  physician. He actually delivered me so...
9  Q. Okay.
10 A. And he and his wife were both physicians. They
11 ran their own clinic so...
12 Q. Let's look quickly at MK-15.
13 (Whereupon, Kitchens Exhibit MK-15 was marked for
14          identification.)
15 By MR. BURGOYNE:
16 Q. And do you recognize this, Markcus, as the
17 email you sent me reflecting information you got from
18 the AAMC?
19 A. Yes. That was an unofficial email that I sent
20 to you for your courtesy.
21 Q. Okay. And AAMC is the Association of American
22 Medical Colleges; is that correct?
23 A. Clarification. Clarification. Are we -- are
24 we able to use emails, things that we have sent each
25 other in emails as part of exhibits?

Page 200

1  Q. Well, we're able to use documents that we share
2  with each other. I don't ordinarily attach emails that
3  I've exchanged with somebody but just the contents of a
4  document that you provided.
5  A. Got 'ya. Because I was just -- I just wanted
6  to clarify that because I sent that as a courtesy copy
7  to you for your record which is why I didn't actually
8  file it with the courts. But okay. Thank you.
9  Q. Okay. Yeah, I assume this is what you were
10 relying on when you stated that you could apply to the
11 match up until May 31st.
12 A. Yes.
13 Q. What is the status of your residency process?
14    Do you have an online account with --
15 A. Yes, I do.
16 Q. -- with ERAS?
17 A. Yes, I do.
18 Q. And ERAS stands for Electronic Residency
19 Application Service; is that correct?
20 A. Yes.
21 Q. And AAMC operates that service?
22 A. Yes.
23 Q. To your understanding?
24 A. Yes, I -- yep.
25 Q. Okay. Let's go to MK-16.

**201**

1  (Whereupon, Kitchens Exhibit MK-16 was marked for
2            identification.)
3  By MR. BURGOYNE:
4      Q.  This is a document from AAMC's website that
5  talks about how to apply for residency positions.  Have
6  you ever visited AAMC's website?
7      A.  Yes.
8      Q.  Okay.  And you've gone there looking for
9  information on applying to residency programs?
10     A.  Yes.  And saw the timeline.
11     Q.  Okay.  If you look, if we scroll down a little
12  bit here, it says, as part of your ERAS application
13  you've got to have all of these -- your portfolio will
14  include an application or CV, letters of recommendation,
15  personal statement, medical school transcripts, medical
16  student performance evaluation, and licensing exam
17  transcript.  Which of these do you have in final form
18  right now?
19     A.  I have all of those documents except for the
20  last, the licensing exam transcript from the USMLE STEP
21  1 and STEP 2.
22     Q.  And are they part of your ERAS portfolio right
23  now?  Have you downloaded any of those documents yet?
24     A.  No.  I'm -- I'm not downloading anything on
25  there at the moment.

**202**

1      Q.  Okay.
2      A.  Until after -- after the hearing.
3      Q.  Okay.  Now this -- this document says that your
4  medical school is responsible for the last three
5  components but -- or the -- yeah, the last three.  Is it
6  your statement though that you've already got your
7  transcript and your evaluation from your medical
8  school?
9      A.  I have all of that.  I have my official
10  transcripts, evaluations.  The licensing exam transcript
11  I do not have.  Yeah.
12     Q.  Okay.
13     A.  But I'm also -- if it has to be electronically
14  uploaded from the school to actually do it, then I would
15  have that done.
16     Q.  All right.  Let's go to MK-17.
17  (Whereupon, Kitchens Exhibit MK-17 was marked for
18            identification.)
19  By MR. BURGOYNE:
20     Q.  You'll see this is an additional document that
21  talks about registering for MyERAS for residency.  Is
22  this a document you've reviewed before?
23     A.  Yes.  And you have to get your token that you
24  pay for, and you can even pay for it to go for the next
25  year, et cetera.  Yes.

**203**

1      Q.  Okay.  Now as I understand what they are saying
2  here, it looks like you have to have a token in order to
3  begin your ERAS account; is that correct?
4      A.  So -- right.  Which I have already -- I begin
5  that last -- in the fall.
6      Q.  Okay.  Do you have -- have you acquired an ERAS
7  token?
8      A.  I got MyERAS -- wait.  I need to clarify if I
9  have MyERAS token or not.  But I think that I did
10  purchase MyERAS token because I know I have already
11  registered my -- MyERAS.
12     Q.  It looks like you have to get this from ECFMG,
13  your token.
14     A.  This is correct.
15     Q.  And you don't recall whether you have a token
16  right now from ECFMG?
17     A.  I -- I think that I do.
18     Q.  Okay.  And it looks like you have to have that
19  token before you can initiate your MyERAS application;
20  is that correct?
21     A.  I'm not sure about if you have to have a token
22  before you can register.  You can register -- before you
23  can -- so you can always register, but you have to have
24  a token before you can actually apply to a residency
25  program.

**204**

1      Q.  Okay.  Let's go to MK-18.
2  (Whereupon, Kitchens Exhibit MK-18 was marked for
3            identification.)
4  By MR. BURGOYNE:
5      Q.  And do you recognize this timeline for applying
6  to residency programs from the AAMC website?
7      A.  I have seen that and that was the reason that I
8  called and -- and was verified.
9      Q.  Okay.  And so this is a -- this is a timeline
10  that applies to you because you are an international
11  medical graduate; is that correct?
12     A.  I -- I'm not sure if it's just because I'm an
13  IMG, even though I know it does say that up there, but
14  I'm not -- I'm not familiar with seeing on their website
15  the IMG part.  I just know that this document looks
16  different from their actual website from what I've
17  seen.
18     Q.  Okay.
19     A.  And on the website it -- I don't remember
20  seeing IMG specifically, other than their specific
21  timelines, and that's why I made sure I called first and
22  got that --
23     Q.  Okay.
24     A.  -- in writing.
25     Q.  Okay.  And if you participate in ERAS 2023, is