UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR.     )<br>       PLAINTIFF     )<br>     )<br>v.     )<br>     )<br>UNITED STATES MEDICAL LICENSING EXAMINATION,     )<br>       ET. AL     )<br>       DEFENDANTS     )<br>     ) | CIVIL ACTION NO.:<br>2:22-CV-03301-JMY |

## NOTICE OF SUPPLEMENTAL FILING

Comes the Plaintiff, Dr. Markcus Kitchens (hereinafter "Dr. Kitchens"), and hereby provides Notice of the Supplemental Filing of Exhibit 1 to the Reply in Support of the Motion for Preliminary Injunction filed on February 23, 2023.

           Respectfully submitted,

           */s/ Dr. Markcus Kitchens*
           Dr. Markcus Kitchens
           625 Hampton Way, #2
           Richmond, KY 40475
           T: (423) 314-4096
           markzwanz@gmail.com
           ***Pro Se Plaintiff***

## **CERTIFICATE OF SERVICE**

      It is hereby certified that a true and accurate copy of the foregoing was filed electronically via the Pacer system and served to the following on February 23, 2023.

Jared D. Bayer
Cozen O'Connor
One Liberty Place
1650 Market Street, Ste. 2800
Philadelphia, PA 19103
T: (215) 665-4127
***Counsel for Defendant***
***National Board of Medical Examiners***

Caroline M. Mew
Perkins Coie LLP
700 Thirteenth Street, N.W., Ste. 800
Washington, D.C. 20005-3960
T: (202) 654-6200
E: CMew@perkinscoie.com
***Counsel for Defendant***