

## Payment Services

### Transaction Approved

Your payment has been approved. Your payment confirmation number is **AF0A5A20FC0B**. Please make a note of this number for your records.

Click the button below to continue.

**YOU ARE NOT DONE YET! YOU MUST CLICK THE CONTINUE BUTTON BELOW IN ORDER TO COMPLETE YOUR SERVICE REQUEST.**



® Registered in the U.S. Patent and Trademark Office.
Copyright © 2001-2013, 2015-2019 Educational Commission for Foreign Medical Graduates. All rights reserved.
Terms | Privacy

**ECFMG® EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES**

Phone (215) 386-5900
M–F, 9:00 a.m.–4:00 p.m.
Eastern Time in the U.S.

**On-line Services**

| USMLE/ECFMG ID: | Name: |
|---|---|
| 1-077-051-9 | Markcus Zwanz Kitchens Jr. |

OASIS Home > ERAS® Residency Token Request

- **ERAS® Token Request**
- Go To OASIS
- Logout

### ERAS® 2023 Token Request Information

| ERAS® 2023 Token: | 002113263418EC |
|---|---|
| Request Date: | 23 Feb 2023 |
| Issue Date: | 23 Feb 2023 |

ECFMG's records indicate that you participated in ERAS 2022. If you submitted a medical school transcript, Medical Student Performance Evaluation (MSPE) or photograph for the ERAS 2022 season, ERAS Support Services at ECFMG will reuse these documents for the ERAS 2023 season.

**NOTE**: If you do not see the Upload MSPE and Upload Transcript options, this means your medical school participates in the ECFMG Medical School Web Portal (EMSWP) ERAS Program which requires the school to upload supporting documents directly to ECFMG for ERAS. You must contact your medical school to request the submission of these documents.

Please use your Token to register with MyERAS. After you create or log in to your AAMC account, you will be prompted to register your Token.

**IMPORTANT NOTES:**

**If you plan to participate in the 2023 NRMP Match, which will be held in March 2023, then you must register with the NRMP.**

**In addition, to be eligible to participate in the 2023 NRMP Match, NRMP requires that you have met the examination requirements for ECFMG Certification and that your passing examination results and satisfactory completion of these requirements are available by the NRMP Rank Order List (ROL) Certification deadline.** See the Timeline page on the ECFMG website for the relevant deadlines.

On September 7, you may begin to apply to your selected programs using MyERAS. Programs will not have access to review applications until September 28. Applications submitted September 7 through September 28 will appear to programs as submitted on September 28. All dates are calculated using Eastern Time in the United States. You are responsible for monitoring the status of your ERAS application through MyERAS.

# ECFMG — EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES

Phone (215) 386-5900
M–F, 9:00 a.m.–4:00 p.m.
Eastern Time in the U.S.

## On-line Services

| USMLE/ECFMG ID: | Name: |
|---|---|
| 1-077-051-9 | Markcus Zwanz Kitchens Jr. |

OASIS Home > ERAS® Residency Token Request

- **ERAS® Token Request**
- Go To OASIS
- Logout

### ERAS® 2023 Token Request Information

| ERAS® 2023 Token: | 0021132■■■■■■ |
| Request Date: | 23 Feb 2023 |
| Issue Date: | 23 Feb 2023 |

ECFMG's records indicate that you participated in ERAS 2022. If you submitted a medical school transcript, Medical Student Performance Evaluation (MSPE) or photograph from the ERAS 2022 season, ERAS Support Services at ECFMG will reuse these documents for the ERAS 2023 season.

**NOTE**: If you do not see the Upload MSPE and Upload Transcript options, this means your medical school participates in the ECFMG Medical School Web Portal (EMSWP) ERAS Program which requires the school to upload supporting documents directly to ECFMG for ERAS. You must contact your medical school to request the submission of these documents.

Please use your Token to register with MyERAS. After you create or log in to your AAMC account, you will be prompted to register your Token.

**IMPORTANT NOTES:**

**If you plan to participate in the 2023 NRMP Match, which will be held in March 2023, then you must register with the NRMP.**

**In addition, to be eligible to participate in the 2023 NRMP Match, NRMP requires that you have met the examination requirements for ECFMG Certification and that your passing examination results and satisfactory completion of these requirements are available by the NRMP Rank Order List (ROL) Certification deadline.** See the Timeline page on the ECFMG website for the relevant deadlines.

On September 7, you may begin to apply to your selected programs using MyERAS. Programs will not have access to review applications until September 28. Applications submitted September 7 through September 28 will appear to programs as submitted on September 28. All dates are calculated using Eastern Time in the United States. You are responsible for monitoring the status of your ERAS application through MyERAS.

® Registered in the U.S. Patent and Trademark Office.
Copyright © 2001-2023 Educational Commission for Foreign Medical Graduates. All rights reserved.
Terms | Privacy







## Token Information Entry — ERAS 2023 Season

**AAMC ID** ▮▮▮▮▮▮
markzwanz@gmail.com

### You have successfully registered with MyERAS

Please note your user name. You will use it to access all AAMC applications. Click "Continue" to proceed to the MyERAS Dashboard.

It is recommended that you print this page for your records.

**AAMC ID:** ▮▮▮▮▮▮

**User Name:** KITCHENSM

**Name:** Markcus Kitchens Jr.

PRINT | CONTINUE

