UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DR. MARKCUS KITCHENS, JR.                         )
           PLAINTIFF                                )
                                                 )          CIVIL ACTION NO.:
v.                                                )                2:22-CV-03301-JMY
                                                 )
UNITED STATES MEDICAL LICENSING EXAMINATION, )
           ET. AL                                  )
                DEFENDANTS                       )
                                                 )

---

## NOTICE OF SUBPOENA

---

      NOTICE IS HEREBY GIVEN that the Plaintiff, Dr. Markcus Kitchens, pro se, hereby provides notice that he will serve the attached Subpoena upon CHRISTINA BACON, LPP, a nonparty to this litigation, for expert witness testimony. The testimony is scheduled to take place during the evidentiary hearing scheduled at 10:00 a.m. on Friday, February 24, 2023, via Teams. Said testimony shall be taken for all purposes permitted under the Federal Rules of Civil Procedure. The Subpoena is attached hereto.

                                    Respectfully submitted,

                                    */s/ Dr. Markcus Kitchens*
                                    Dr. Markcus Kitchens
                                    625 Hampton Way, #2
                                    Richmond, KY 40475
                                    T: (423) 314-4096
                                    markzwanz@gmail.com
                                    ***Pro Se Plaintiff***

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was filed electronically via the Pacer system and served to the following on February 23, 2023.

Jared D. Bayer
Cozen O'Connor
One Liberty Place
1650 Market Street, Ste. 2800
Philadelphia, PA 19103
T: (215) 665-4127
***Counsel for Defendant***
***National Board of Medical Examiners***

Caroline M. Mew
Perkins Coie LLP
700 Thirteenth Street, N.W., Ste. 800
Washington, D.C. 20005-3960
T: (202) 654-6200
E: CMew@perkinscoie.com
***Counsel for Defendant***