UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

George Wylesol                                                                                 Clerk's Office
Clerk of Court                                                                                 215-597-7704

3/16/2023

MARKCUS KITCHENS, JR
625 HAMPTON WAY #2
RICHMOND, KY 40475

          RE:    KITCHENS V UNITED STATES MEDICAL LICENSING EXAMINATION
                 C.A. NO. 22-3301

Dear Mr. Kitchens:

Enclosed and returned to you for retention in your file are the discovery documents that you submitted to us for filing in the above matter. They are being returned since Local Civil Rule 26.1 amended on June 10, 1983, obviated the need for filing discovery documents.

Sincerely,

George Wylesol
Clerk of Court

By: s/Robert Fehrle
    Robert Fehrle, Deputy Clerk

Enclosure

retent.frm