UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR.<br>   PLAINTIFF<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br>   DEFENDANT | )<br>)<br>) CIVIL ACTION NO.:<br>)  2:22-CV-03301-JMY<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

  Comes the Plaintiff, Dr. Markcus Kitchens Jr. pro se, and hereby gives notice that he propounded his First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions on the Defendant, National Board of Medical Examiners, via electronic mail, this the 16th day of March, 2023.

                Respectfully submitted,

                */s/ Dr. Markcus Kitchens*
                Dr. Markcus Kitchens
                625 Hampton Way, #2
                Richmond, KY 40475
                T: (423) 314-4096
                markzwanz@gmail.com
                ***Pro Se Plaintiff***

## CERTIFICATE OF SERVICE

  It is hereby certified that a true and accurate copy of the foregoing was filed electronically via the Pacer system and served to the following on January 31, 2023.

Jared D. Bayer
Cozen O'Connor
One Liberty Place
1650 Market Street, Ste. 2800
Philadelphia, PA 19103
T: (215) 665-4127
***Counsel for Defendant***
***National Board of Medical Examiners***

Caroline M. Mew
Perkins Coie LLP
700 Thirteenth Street, N.W., Ste. 800
Washington, D.C. 20005-3960
T: (202) 654-6200
E: CMew@perkinscoie.com
***Counsel for Defendant***

                */s/ Dr. Markcus Kitchens*
                Dr. Markcus Kitchens