# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DR. MARKCUS KITCHENS, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3301 |
| | : | |
| **UNITED STATES MEDICAL** | : | |
| **LICENSING EXAMINATION** | : | |

# **ORDER**

**AND NOW**, this 24th day of April 2023, upon considering defendant's letter (DI 41) responsive to paragraph 6 in our March 13, 2023 Order (DI 34), it is **ORDERED** we will hold a videoconference over Microsoft Teams on **April 24, 2023** at **2:00 P.M.** and will send a videoconference link by e-mail to all counsel and parties of record.

_____
**MURPHY, J.**