IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DR. MARKCUS KITCHENS, JR.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-3301 |
| | : | |
| **UNITED STATES MEDICAL** | : | |
| **LICENSING EXAMINATION** | : | |

# ORDER

AND NOW, this 24th day of April 2023, upon review of the letters filed by the parties detailing their proposed motions for summary judgment (DI 41, 43) and pursuant to the status videoconference held today with all parties, it is **ORDERED**:

1. We **DENY** both parties leave to file motions for summary judgment — with leave to re-raise the proposed issues at or after trial — in view of the nature of the issues; the extremely short timetable for trial; and the lack of potential for simplification of the trial;

2. No later than **May 8, 2023**, defendant shall assemble and file the parties' integrated joint pretrial memorandum; and,

3. We will hold a pretrial videoconference over Microsoft Teams on **May 12, 2023** at **1:30 P.M.** and will send a videoconference link by e-mail to all counsel and parties of record.

_____
MURPHY, J.