IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARKCUS KITCHENS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3301 |
| | : | |
| UNITED STATES MEDICAL | : | |
| LICENSING EXAMINATION | : | |

## ORDER

**AND NOW**, this 27th day of April 2023, it is **ORDERED** the parties shall file briefs, no longer than ten pages, on or before **May 5, 2023**, on the question of whether, under the ADA and any other applicable authority, expungement is a remedy that (1) we have legal authority to order in this case; and, if so, (2) is appropriate in this case.

**MURPHY, J.**