IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARKCUS KITCHENS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3301 |
| | : | |
| UNITED STATES MEDICAL | : | |
| LICENSING EXAMINATION | : | |

# ORDER

**AND NOW**, this 3rd day of May 2023, upon considering plaintiff's letter request seeking leave of the court to bring in an expert witness on the issue of expungement (DI 49), and noting that it is not immediately apparent that leave is required for what is proposed, it is **ORDERED** defendant shall file a letter, no later than **May 4, 2023**, in response to plaintiff's letter (DI 49) indicating what objections, if any, defendant may have to the proposed witness appearing at trial.[1] We remind plaintiff that, when seeking relief from the court, he should certify that he discussed the proposal with defendant's counsel and state defendant's position on the proposed relief.

_____
MURPHY, J.

---

[1] Evidentiary objections are, of course, preserved.