UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR.<br>    PLAINTIFF<br><br>v.<br><br>UNITED STATES MEDICAL LICENSING EXAMINATION,<br>    ET. AL<br>        DEFENDANTS | CIVIL ACTION NO.:<br>2:22-CV-03301-JMY |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

AND NOW, this ____ day of _____, 2023, upon consideration of Plaintiff's Motion to Compel Discovery, and any response and reply thereto, it is HEREBY ORDERED as follows:

1. Plaintiff's Motion is hereby GRANTED; and

2. Defendant National Board of Medical Examiners is further hereby ordered to serve complete Answers and Responses, including the requested documents, on Plaintiff no later than seven (7) days after the filing of this Order. If Defendant is unable to locate responsive documents after a good faith inquiry and attempt to do so, Defendant shall state in its Answers and Responses.

BY THE COURT:

_____
Hon. John F. Murphy
United States District Judge