IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR. | : CIVIL ACTION |
| | : |
| v. | : NO. 22-3301 |
| | : |
| UNITED STATES MEDICAL | : |
| LICENSING EXAMINATION | : |

# ORDER

**AND NOW**, this 4th day of May 2023, upon considering plaintiff's letter request seeking leave of the court to bring in an expert witness on the issue of expungement (DI 49), and defendant's letter response (DI 51), it is **ORDERED** that we have nothing to add at this time and Dr. Kitchens is free to proceed as defendant has agreed.

_____
**MURPHY, J.**