# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARKCUS KITCHENS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3301 |
| | : | |
| UNITED STATES MEDICAL | : | |
| LICENSING EXAMINATION | : | |

## ORDER

**AND NOW**, this 5th day of May 2023, upon considering plaintiff's motion to compel discovery (DI 52), it is **ORDERED** defendant shall respond to plaintiff's motion to compel discovery (DI 52) no later than **May 9, 2023**.

_____
**MURPHY, J.**