# EXHIBIT A

United States Medical Licensing Examination® (USMLE®)

## REQUEST FOR TEST ACCOMMODATIONS
*Use this form if you are requesting accommodations on the USMLE for the first time.*

**The National Board of Medical Examiners® (NBME®) processes requests for test accommodations on behalf of the USMLE program**

If you have a documented disability covered under the Americans with Disabilities Act (ADA), you must notify the USMLE in writing <u>each time</u> you apply for a Step examination for which you require test accommodations. Submitting this form constitutes your official notification.

- Review the USMLE Guidelines for Test Accommodations at www.usmle.org/test-accommodations/ for a detailed description of how to document a need for accommodations.

- Complete all sections of this request form; submit the form and all required documentation to Disability Services. In order to begin processing your request, you must have a completed registration for the USMLE Step exam for which you are requesting accommodations.

- NBME will acknowledge receipt of your request by e-mail and audit your submission for completeness. If you do not receive an e-mail acknowledgement within two business days of submitting your request, please contact Disability Services at 215-590-9700 or disabilityservices@nbme.org. You may be asked to submit additional documentation to complete your request.

- **Requests are processed in the order in which they are received. Processing cannot begin until sufficient information is received by NBME and your Step exam registration is complete. Allow at least 60 business days for processing of your request.**

- The outcome of our review will not be released via telephone. All official communications regarding your request will be made in writing. If you wish to modify or withdraw a request for test accommodations, contact Disability Services by e-mail at disabilityservices@nbme.org or by telephone at 215-590-9700.

As explained in the Guidelines to Request Test Accommodations (www.usmle.org/test-accommodations/), you MUST provide supporting documentation verifying your current functional impairment.

<u>Submit</u> the following with this form:

✓ A <u>personal statement</u> describing your disability and its impact on your daily life and educational functioning.
✓ A completed <u>Certification of Prior Test Accommodations</u> form if you received test accommodations in medical school/residency.
✓ A <u>complete and comprehensive evaluation</u> from a qualified professional documenting your disability.

✓ <u>Supporting documentation</u> such as academic records; score transcripts for previous standardized exams; verification of prior academic/test accommodations; relevant medical records; previous psycho-educational evaluations; faculty or supervisor feedback; job performance evaluations; clerkship/clinical course evaluations; etc.

**USMLE® Request for Test Accommodations**

## Section A: Exam Information

Place a check next to the examination(s) for which you are **currently registered** *and* requesting test accommodations: (Check all that apply)

☒ Step 1

☐ Step 2 CK (Clinical Knowledge)

☐ Step 3*

*Please be aware that additional test time for Step 3 may involve 3 to 5 days of testing, depending on the requested accommodation (See Section C2).

## Section B: Biographical Information
Please type or print.

**B1.** Name: _Kitchens_ (Last)   _Markus_ (First)   _Z_ (Middle Initial)

**B2.** Date of Birth: [redacted]

**B3.** USMLE #: [redacted] (required)

**B4.** Address: _625 Hampton Way #2_ (Street)
_Richmond_ (City)   _KY_ (State/Province)   _40475_ (Zip/Postal Code)
_USA_ (Country)
_423-314-4096_ (Preferred Telephone Number)
_MarkZwanz@gmail.com_ (E-mail address)

**B5.** Medical School Name: _Medical University of Lublin_
Country of Medical School: _Poland_   Date of Medical School Graduation: _01/21_

USMLE® Request for Test Accommodations

## Section C: Accommodations Information

**C1.** Do you require wheelchair access at the examination facility? ☐ Yes ☒ No
If yes, please indicate the number of inches required from the bottom of the table to the floor: _____

**C2.**   **Step 1, Step 2 CK, or Step 3** (computer-based examinations)

Check the appropriate box to indicate the accommodations you are requesting for the exam(s) for which you are currently registered:

**STEP 1: Check ONLY ONE box**
**Additional Break Time**
☐ Additional break time **over 1 day**
☒ Additional break time **over 2 days**

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) **over 2 days**
☐ 50% Additional test time (Time and 1/2) **over 2 days**
☒ 100% Additional test time (Double time) **over 2 days**

☐ Additional break time and 50% Additional test time (Time and 1/2) **over 2 days**

**STEP 2 CK: Check ONLY ONE box**
**Additional Break Time**
☐ Additional break time **over 2 days**

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) **over 2 days**
☐ 50% Additional test time (Time and 1/2) **over 2 days**
☐ 100% Additional test time (Double time) **over 2 days**

☐ Additional break time and 50% Additional test time (Time and 1/2) **over 2 days**

**STEP 3: Check ONLY ONE box**
**Additional Break Time**
☐ Additional break time **over 4 days**

**Additional Testing Time**
☐ 25% Additional test time (Time and 1/4) **over 3 days**
☐ 50% Additional test time (Time and 1/2) **over 4 days**
☐ 100% Additional test time (Double time) **over 5 days**

☐ Additional break time and 50% Additional test time (Time and 1/2) **over 4 days**

**Describe** any other accommodation(s) you are requesting for **Step 1, Step 2 CK, or Step 3**.

_____
_____
_____
_____

**USMLE® Request for Test Accommodations**

## Section D: Information About Your Impairment

**D1.** List the **specific DSM/ICD diagnostic code(s) and disability** for which you are requesting accommodations and report the year that it was **first** diagnosed.

| DIAGNOSTIC CODE | DISABILITY | YEAR DIAGNOSED |
|---|---|---|
| F90.9 | ADHD | 2013 |
| F41.9 | Test Anxiety | 2018 |
| | | |
| | | |
| | | |

**D2. Personal Statement**

📎 Attach a signed and dated personal statement describing your impairment(s) and how a major life activity is substantially limited. The personal statement is your opportunity to tell us how your physical or mental impairment(s) substantially limits your current functioning in a major life activity and how the standard examination conditions are insufficient for your needs. In your own words, describe the impact of your disability on your daily life (do not confine your statement to standardized test performance) and provide a rationale for why the specific accommodation(s) you are requesting are necessary in the context of this examination.

## Section E: Accommodation History

**E1. Standardized Examinations**

📎 Attach copies of your score report(s) for any previous standardized examination taken.

📎 If accommodations were provided, attach official documentation from each testing agency confirming the test accommodations they provided.

List the accommodations received for previous standardized examinations such as college, graduate, or professional school admissions tests and professional licensure or certification examinations (if no accommodations were provided, write NONE).

| | DATE(S) ADMINISTERED | ACCOMMODATION(S) PROVIDED |
|---|---|---|
| ❏ SAT®, ACT® | | None (wasn't diagnosed) |
| ❏ MCAT® | | None (didn't know I could) |
| ❏ GRE® | | |
| ❏ GMAT® | | |
| ❏ LSAT® | | |
| ❏ DAT® | | |
| ❏ COMLEX® | | |
| ❏ Other (specify) | | |

USMLE® Request for Test Accommodations

### E2. Postsecondary Education

List each school and all formal accommodations you receive/received, and the dates accommodations were provided:

📎 Attach copies of official records from each school(s) confirming the accommodations they provided.

📎 If you receive/received accommodations in <u>medical school and/or residency</u>, have the appropriate official at your medical school/residency complete the <u>USMLE Certification of Prior Test Accommodations</u> form available at www.usmle.org/test-accommodations/forms.html.

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| Medical/Graduate/ Professional School | | |
| Undergraduate School | Berea College | |

### E3. Primary and Secondary School

List each school and all formal accommodations you received, and the dates accommodations were provided:

📎 Attach copies of official records from each school listed confirming the accommodations they provided.

| SCHOOL | ACCOMMODATIONS PROVIDED | DATES PROVIDED |
|---|---|---|
| High School | Tyner Academy | N/A | Wasn't diagnosed yet |
| Middle School | Tyner Middle Academy | N/A | Wasn't diagnosed yet |
| Elementary School | Best T. Shepherd | N/A | Wasn't diagnosed yet |

USMLE® Request for Test Accommodations

## Section F: Certification and Authorization

To the best of my knowledge and belief, the information recorded on this request form is true and accurate. I understand that my request for accommodations, including this form and all supporting documentation, must be received by the NBME sufficiently in advance of my anticipated test date in order to provide adequate time to evaluate and process my request.

I acknowledge and agree that any information submitted by me or on my behalf may be used by the USMLE program for the following purposes:
- Evaluating my eligibility for accommodations. When appropriate, my information may be disclosed to qualified independent reviewers for this purpose.
- Conducting research. Any disclosure of my information by the USMLE program will not contain information that could be used to identify me individually; information that is presented in research publications will be reported only in the aggregate.

I authorize the National Board of Medical Examiners (NBME) to contact the entities identified in this request form, and the professionals identified in the documentation I am submitting in connection with it, to obtain further information. I authorize such entities and professionals to provide NBME with all requested further information.

I further understand that the USMLE reserves the right to take action, as described in the Bulletin of Information, if it determines that false information or false statements have been presented on this request form or in connection with my request for test accommodations.

Name (print): _Markcus Kitchens Jr_

Signature: _M. K._  Date: _10-13-21_

**Submitting Your Completed Request Form and Supporting Documentation:**
(Do Not Send duplicate documents and Do Not Send by multiple methods as this will delay processing)

- **Due to business restrictions in Philadelphia because of COVID-19 please submit your request form and supporting documentation via E-mail or Fax.**
- **Requests sent to us via mail may be delayed.**
- **E-mail**: Maximum file size is 15 MB (including text in body of email, headers and all attachments). Files larger than 15 MB may require separate emails. All attachments must be in PDF format. Please scan your documents into as few PDF's as possible. Photographs of Personal Items may be in digital format such as JPEGs/JPGs. We are not able to access embedded links.
- **Fax or Mail**: Submit your completed request form and supporting documents to the address below once you register for your exam.
- DO NOT bind, staple, paper clip, or tab documents as this may delay processing.

Disability Services
NBME
3750 Market Street
Philadelphia, PA 19104-3190
Telephone: (215) 590-9700
Facsimile: (215) 590-9422
E-mail: disabilityservices@nbme.org

To Whom It May Concern:

My name is Markcus Kitchens, Jr. and I'm in the process of registering for the USMLE Step 1 Examination. I am writing this letter to request accommodations, specifically extended time, due to being diagnosed Attention-Deficit Hyperactivity Disorder and severe test anxiety.

Pursuant to Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act (ADA), a person may be considered disabled if he 1) has a physical or mental condition that substantially limits one or more major life activity(ies); 2) has a record of such physical or mental condition; and/or 3) is regarded as having such an impairment. For students with documented disabilities, reasonable accommodations are adjustments that allows for qualified students to have an equal opportunity to succeed without barrier(s).

As an individual with ADHD and severe test anxiety, standardized exams have often presented challenges to my capacity as a student as well as a professional. When exam scores are used as a metric for whether a candidate is qualified, for a person like myself, it reflects my ability to take an exam rather than my comprehensive understanding of the material. In order to better reflect my abilities, I am requesting additional time to complete the exam. The additional time will maximize my ability to achieve my highest quality of work by decreasing my anxiety, and increase my focus. While in university, I never had the need to file an official documentation for my situation due to my professors willingness to take my exams one on one with extended time. Included in my application is a letter from my primary care physician outlining the severity of my symptoms and need for extended time an. Also, in the application you will notice my current medication list for my ADHD and Test Anxiety.

Thank you and I look forward to hearing from you soon!


Regards,

Markcus Kitchens


Northwestern Medicine

April 22, 2020

Markcus Kitchens
806 Fotis Dr.
Apt #1
Dekalb IL 60115

To whom it may concern ;

This is to certify that Marcus kitchens is my patient, he has significant anxiety and is under my treatment. I will suggest exam coordinators to provide him some relaxation allowed in the rules so that it will be easier on him to undergo the exam.

If you have any questions please do not hesitate to call me

Thank you for including us as members of your health care team.

Sincerely,

Ghori S. Khan, MD

1850 GATEWAY DRIVE
SYCAMORE IL 60178-3192
Phone: 815-758-8671
Fax: 815-756-4892

Page 1 of 1

NBME000202

 | NM Dermatology<br>1850 GATEWAY DRIVE<br>SYCAMORE IL 60178-3192 | Kitchens, Markcus<br>MRN: 111012222959, DOB: , Sex: M<br>Visit date: 10/5/2020

## 10/05/2020 - Office Visit in NM Dermatology (continued)

**Provider Progress Notes (continued)**

| Prompt | Yes/No | Diagnosis | Comments | Date |
|---|---|---|---|---|
| No relevant medical history. | | | | |

No Known Allergies

PAST MEDICAL HISTORY:
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ADHD | 2013 |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • WISDOM TOOTH EXTRACTION<br>  All 4 | | 2009 |

FAMILY HISTORY:
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |

SOCIAL HISTORY:
**Social History**

Tobacco Use
- Smoking status:      Never Smoker
- Smokeless tobacco:   Never Used

Substance Use Topics
- Alcohol use:         Never
    Frequency:         Never

Occupation: medial student

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • busPIRone 5 mg tablet | Take 1 tablet by mouth 2 (two) times daily as needed for other (Anxiety). | 60 tablet | 2 |
| • dextroamphetamine-amphetamine 15 mg tablet | Take 1 tablet by mouth daily. TK 1 T PO BID | 60 tablet | 0 |
| • MEN'S MULTI-VITAMIN ORAL | Take by mouth. | | |

No current facility-administered medications on file prior to visit.

## PULSE OXIMETRY/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min | Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|---|
| 4:38 PM | 99 | | | | | | | | |

## MEASURED BY

| Time | Measured by |
|---|---|
| 4:38 PM | Hazel Bray, CMA |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | tall thin in NAD |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| PHQ-9 completed | | | | Mild depression | 7 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Attention-deficit hyperactivity disorder, unspecified type (F90.9). |
|  | Plan Orders | Referrals: Mental Health Counselor. Evaluate and treat. |
| 2. | Assessment | Anxiety (F41.9). |
| 3. | Other Orders | Orders not associated to today's assessments. |
|  | Plan Orders | The patient had the following procedure(s) completed today PHQ-9 completed.. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 05/25/2018 | Referrals: Mental Health Counselor. Evaluate and treat | | please evaulate and give opinon about the need for emotional service dogs; |

## Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| | loperamide 2 mg capsule | take 2 capsule by oral route after 1st loose stool, followed by 1 capsule after each subsequent loose stool not to exceed 16 mg/day | | |
| | ondansetron 4 mg disintegrating tablet | take 1 tablet by oral route every 6 hours for 2 days and place on top of the tongue where it will dissolve, then | | |

Kitchens, Markcus Z. 000000056088          05/25/2018 04:18 PM 3/4

NBME000204

swallow

Provider: Vicki Hackman MD 05/25/2018 05:05 PM

*Vicki L. Hackman MD.*

Document generated by: Vicki Hackman 05/25/2018 05:05 PM

Electronically signed by Vicki Hackman MD on 05/27/2018 12:11 PM


WHITE HOUSE CLINICS

PATIENT: Markcus Kitchens
DATE OF BIRTH:
DATE: 07/26/2017 09:21 AM
HISTORIAN: self
VISIT TYPE: Office Visit
PROVIDER: Vicki Hackman, MD

This 25 year old male presents for med refill.

## History of Present Illness:
1. med refill
last seen 2/2016;
finished 1st year of med school; working with daniel lee in richond and leaves in september to go back;  has 1 more year there at basic science and 2 y of clinical ;
on adderal since 2014;
says he was focusing better on adderall;

## Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:30 AM | 100/62 | 73 | 18 | 97.50 | 5.0 | 11.00 | 180.34 | 140.00 | | 63.503 | | 19.53 | 0 | | 98 |

MEASURED BY

| Time | Measured by |
|---|---|
| 9:30 AM | Hazel Bray, CMA |

Kitchens, Markcus Z. 000000056088      07/26/2017 09:21 AM 1/3

NBME000206

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Attention and concentration deficit (R41.840). |
|    | Provider Plan | is asking me to write an rx for adderall; he is leaving for poland in september; He says poland does not prescribe adderall for ADHD but was told if he had an MD here to write a letter, he could get it there. I told him I could not do that but I could refer him to a specialist for evaluation and get their opinion about him needing the medication. He was not happy with this; says he was seeing colleen and then Dr David was writing his rx and he brought in a bottle dated 2016 as last rx. |
|    | Plan Orders | Referrals: Psychiatry. Evaluate and treat. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 07/26/2017 | Referrals: Psychiatry. Evaluate and treat | | needs evaluated for ADHD; is going overseas in september and has been on adderall in past; please evaluate ; needs recommendations and treatment |

Provider: Vicki Hackman MD 07/26/2017 10:00 AM

*Vicki L. Hackman MD.*

Document generated by: Vicki Hackman 07/26/2017 10:00 AM
Kitchens, Markcus Z. 000000056088 07/26/2017 09:21 AM 2/3

**From:** donotreply@prometric.com
**Subject:** Appointment Confirmation
**Date:** Oct 27, 2020 at 10:48:28 AM
**To:** markzwanz@gmail.com

| | | |
|---|---|---|
| To: | Markcus Zwanz KITCHENS 2<br>2 ILLINOIS 11111<br>UNITED STATES | **North America** |
| Date: | 27 Oct 2020 | |

Subject: Confirmation of computer-based **Comprehensive Basic Science,#0000000094927214**

Your appointment for the computer-based **Comprehensive Basic Science** is confirmed  Please find the confirmation details that follow:

| | | | |
|---|---|---|---|
| Confirmation: | **0000000094927214** | Prometric Test Center: | **# 3201** |
| Program: | **NBME Subject Examination Program** | | **De Kalb - Sycamore** |
| Exam Code: | **CBSCI** | | **1830 Mediterranean Dr** |
| | **Comprehensive Basic Science** | | **Suite 201** |
| Exam Date: | **10 Dec 2020** | | **Sycamore ILLINOIS 60178** |
| Exam Time: | **08:00** | | **UNITED STATES** |

**TEST ACCOMMODATIONS**

  Extended Time

**GLOBAL TEST CENTER SECURITY PROCEDURES**

Prometric takes our role of providing a secure test environment seriously  During the check-in process, we inspect any and all eyeglasses, jewelry and other accessories to look for camera devices that could be used to capture exam content

- You will be required to remove your eyeglasses for close visual inspection  These inspections will take a few seconds and will be done at check-in and again upon return from breaks before you enter the testing room to ensure you do not violate any security protocol
- Jewelry outside of wedding and engagement rings is prohibited  Please do not wear other jewelry to the test center  Hair accessories, ties and bowties are subject to inspection  Please refrain from using ornate clips, combs, barrettes, headbands, tie clips, cuff links and other accessories as you may be prohibited from wearing them into the testing room and asked to store them in your locker  Violation of security protocol may result in the confiscation of prohibited devices and termination of your exam

**IDENTIFICATION POLICY**

You must bring your Scheduling Permit, or present it electronically (e g , via Smartphone), to the test center, along with your required identification in order to take your exam  Review your Scheduling Permit for complete details  *This email is NOT your Scheduling Permit
To access your Scheduling Permit, go to http://examinee nbme org/documents/mss  We strongly encourage you to print your Scheduling Permit at least several days in advance of your scheduled appointment to avoid any problems accessing or printing your permit on test day

Important Note: In order to be admitted to the exam on test day, your name as it appears on your Scheduling Permit must EXACTLY MATCH the name on the identification you plan to present at the testing center on test day  If the name listed on your permit is misspelled or differs from your name as it appears on your identification, immediately contact your institution  In order to receive a revised scheduling permit your institution MUST submit your name change or correction more than 7 business days prior to your scheduled test date

**RESCHEDULE / CANCEL POLICY**

If you need to change (e g , reschedule, cancel, change test center location) your appointment, you must go to http://www prometric com/MSS

The date that you change your appointment, using Eastern Standard Time in the United States, will determine whether you pay an appointment change fee and the amount of this fee:

- If you change your appointment 15 or more days before (but not including) the first day of your scheduled test date, there is no fee
- If you change your appointment fewer than 15 days but more than 5 days before (but not including) the first day of your scheduled test date, the fee is $30 US Dollars (USD)
- If you change your appointment 5 or fewer days before (but not including) the first day of your scheduled test date, the fee is $63 00 USD

NOTE: If you do not test as scheduled, your eligibility will be terminated and you must submit a new application

**DRIVING DIRECTIONS**

I-88 W (signs for I 88 South Toll way/Aurora/I-294)  Take the Peace Rd  exit toward IL-38  Turn right on to Peace Rd  Turn left at the light on Bethany  Turn right onto Mediterrean Dr  The destination will be on the right, in the same parking lot as Cadence Health, we are in the front of the building

**ADDITIONAL INFORMATION**

- TEST DAY ARRIVAL: Report to the test center 30 minutes before your scheduled appointment for check-in procedures  If you arrive later than your scheduled appointment, you may not be admitted  If you arrive more than 30 minutes after your scheduled appointment, you will not be admitted to the testing center
Though the site provides noise reducing headphones, you are encouraged to bring your own cordless soft-foam earplugs (subject to inspection)
IF CENTER NOT ABLE TO TEST: In the event that the test center becomes unavailable on your scheduled test date, we will attempt to notify you in advance and schedule you for a different time and/or center  However, on occasion, we may need to reschedule your appointment at the last minute  We strongly encourage you to check your voicemail and email prior to leaving for your appointment on test day, particularly during inclement weather  You may also call the test center directly or go to www prometric com to ch eck for weather-related closings

TEST CENTER REGULATIONS: For a full listing of Prometric Testing Center Regulations and other FAQ's please visit the Prometric website at http://www prometric com/TestTakers/FAQs /default htm
There is a 15 minute scheduled/authorized break between sections two and three  You are encouraged to take a break at this time  During the authorized break, you are permitted to access your locker

You are advised not to take a personal break at any other time during the examination  If you must use the restroom, you may do so  However, you may not access your locker  Accessing electronic devices, such as cell phones, books, or study materials from your locker is prohibited  If you must obtain medicine or a food/drink item, notify Prometric staff before doing so  If Prometric staff are not notified and observe you accessing personal belongings you may be reported for irregular behavior  You are not permitted to make n otes on your note board prior to starting your test  You are not permitted to leave the test center area at any time that your test is in session unless the test center is evacuated because of an emergency situation  In the event the test center is evacuated, you may not access personal belongings or discuss examination content with other test takers  You are required to review and follow the Prometric test center regulations that are provided to you to read during the check-in process


Important Guidelines for testing During COVID-19

https://prometric-4562417 hs-sites com/?hs_preview=KhVSEZiH-30068366739

**PERSONAL DATA COLLECTION & PROCESSING**

You have consented to the collection and processing of your Personal Data, and biometrics, where required by your Test Sponsor

Sincerely,

**North America**
Prometric
www prometric com

NBME000209

# SUBJECT EXAMINATION PROGRAM

## COMPREHENSIVE BASIC SCIENCE EXAMINATION

### SCORE REPORT



**ID:**
**Name:** KITCHENS Markcus Zwanz
759060 - Medical University of Lublin

**Test Date: December 10, 2020**

## YOUR PERFORMANCE

**Your CBSE Score**

# 156

Because the Comprehensive Basic Science Examination (CBSE) and the United States Medical Licensing Examination® (USMLE®) Step 1 cover very similar content, CBSE performance can be used in conjunction with other information to assess readiness for Step 1. Your CBSE score represents an estimate of your performance on Step 1 if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CBSE is not a guarantee of your future performance on Step 1. Many factors, including changing levels of knowledge and testing conditions, may result in a Step 1 score that is higher or lower than your estimated score.

## YOUR PERFORMANCE COMPARED TO OTHER EXAMINEES

The chart below represents the distribution of Step 1 scores for examinees from US and Canadian medical schools taking Step 1 for the first time between January 1, 2018 and December 31, 2018. Reported scores range from 1-300 with a mean of 231 and a standard deviation of 20.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your CBSE score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

**Your CBSE score +/- SEE: 148 – 164**

NBME000210

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

SCORE REPORT



**ID:**
**Name:** KITCHENS Markcus Zwanz
**759060 - Medical University of Lublin**

**Test Date:** December 10, 2020

## YOUR RELATIVE STRENGTHS AND WEAKNESSES

The boxes below indicate areas of relatively lower or higher performance in each content area within the CBSE examination. The percentage range of items in each content area on the CBSE examination is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME® recommends reviewing all content areas if retaking the test.

**Strengths and Weaknesses Relative to Your Overall Performance on This Exam**

A GREEN box in the "Higher" column indicates that your performance in that area was higher than your overall CBSE performance shown on page 1. A GREEN box in the "Same" column indicates that your performance in that area was similar to or the same as your overall CBSE performance. A GREEN box in the "Lower" column indicates that your performance in that area was lower than your overall CBSE performance.

**Strengths and Weaknesses Relative to a Step 1 Comparison Group**

A BLUE box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 1 for the first time (the same comparison group shown on page 1). A BLUE box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A BLUE box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

| Performance by Physician Task | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Applying Foundational Science Concepts | (52 - 62%) | | ■ | | ■ | | |
| Diagnosis | (20 - 31%) | | ■ | | ■ | | |
| Management | (7 - 12%) | | ■ | | ■ | | |

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

SCORE REPORT



**ID:**  
**Name:** KITCHENS Markcus Zwanz  
**759060 - Medical University of Lublin**

**Test Date:** December 10, 2020

|  |  | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| **Performance by System** | **(% Items Per Test)** | Lo | S | Hi | Lo | Av | Hi |
| General Principles | (13 - 19%) |  | ■ |  | ■ |  |  |
| Behavioral Health and Nervous Systems/Special Senses | (9 - 13%) |  | ■ |  | ■ |  |  |
| Reproductive & Endocrine Systems | (9 - 13%) |  | ■ |  | ■ |  |  |
| Respiratory and Renal/Urinary Systems | (9 - 13%) |  |  | ■ | ■ |  |  |
| Blood & Lymphoreticular and Immune Systems | (7 - 11%) |  | ■ |  | ■ |  |  |
| Multisystem Processes & Disorders | (7 - 11%) |  | ■ |  | ■ |  |  |
| Cardiovascular System | (6 - 10%) | ■ |  |  | ■ |  |  |
| Musculoskeletal, Skin, & Subcutaneous Tissue | (6 - 10%) |  | ■ |  | ■ |  |  |
| Gastrointestinal System | (5 - 9%) |  | ■ |  | ■ |  |  |
| Biostatistics & Epidemiology/Population Health | (5 - 7%) |  | ■ |  | ■ |  |  |

|  |  | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| **Performance by Discipline** | **(% Items Per Test)** | Lo | S | Hi | Lo | Av | Hi |
| Pathology | (45 - 58%) |  | ■ |  | ■ |  |  |
| Physiology | (26 - 34%) |  | ■ |  | ■ |  |  |
| Pharmacology | (16 - 23%) |  | ■ |  | ■ |  |  |
| Microbiology & Immunology | (15 - 22%) |  | ■ |  | ■ |  |  |
| Biochemistry and Nutrition | (9 - 16%) |  | ■ |  | ■ |  |  |
| Gross Anatomy & Embryology | (8 - 15%) |  | ■ |  | ■ |  |  |
| Histology & Cell Biology | (9 - 13%) |  | ■ |  | ■ |  |  |
| Behavioral Sciences | (8 - 12%) |  |  | ■ | ■ |  |  |

NBME000212

# SUBJECT EXAMINATION PROGRAM

COMPREHENSIVE BASIC SCIENCE EXAMINATION

SCORE REPORT



## SUPPLEMENTAL INFORMATION: UNDERSTANDING THE CONTENT AREAS

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on Step 1, can be found in the information materials on the USMLE website (https://www.usmle.org). Please contact the Subject Examination team at subjectexams@nbme.org if you have additional questions.

| Physician Task | (% Items Per Test) |
|---|---|
| Applying Foundational Science Concepts | (52 - 62%) |
| Diagnosis | (20 - 31%) |
| Management | (7 - 12%) |

| System | (% Items Per Test) |
|---|---|
| General Principles | (13 - 19%) |
| Behavioral Health and Nervous Systems/Special Senses | (9 - 13%) |
| Reproductive & Endocrine Systems | (9 - 13%) |
| Respiratory and Renal/Urinary Systems | (9 - 13%) |
| Blood & Lymphoreticular and Immune Systems | (7 - 11%) |
| Multisystem Processes & Disorders | (7 - 11%) |
| Cardiovascular System | (6 - 10%) |
| Musculoskeletal, Skin, & Subcutaneous Tissue | (6 - 10%) |
| Gastrointestinal System | (5 - 9%) |
| Biostatistics & Epidemiology/Population Health | (5 - 7%) |

| Discipline | (% Items Per Test) |
|---|---|
| Pathology | (45 - 58%) |
| Physiology | (26 - 34%) |
| Pharmacology | (16 - 23%) |
| Microbiology & Immunology | (15 - 22%) |
| Biochemistry and Nutrition | (9 - 16%) |
| Gross Anatomy & Embryology | (8 - 15%) |
| Histology & Cell Biology | (9 - 13%) |
| Behavioral Sciences | (8 - 12%) |