# EXHIBIT D

# Timing Review

**Exam: STEP1**
**Base Scheduling ID: 04432007**
**Candidate ID:** ▮
**Name: Kitchens, Markcus Zwanz**
**Site: 1113**

Note: Table does not show restarts or other activities (including survey) after exam day ends.

Exam Date: 2022-02-25
Day: 1
Allotted Day Time: 08:00:00
Allotted Break Time: 00:45:00
End of Session Displayed: At 16:23:09

| Block | Type | Start Time | End Time* | Allotted Time | Unused Block Time | Elapsed Day Time | Available Break Time at End | Elapsed Day Time at End | End Cause |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tutorial | 08:27:14 | 08:27:32 | 00:15:00 | 00:14:42 | 00:00:17 | 00:45:00 | 00:00:17 | Normal |
| 2 | MCQ Block | 08:27:47 | 09:27:23 | 01:00:00 | 00:00:24 | 00:59:36 | 00:59:22 | 01:00:08 | Normal |
| 3 | MCQ Block | 09:27:33 | 10:27:33 | 01:00:00 | 00:00:00 | 01:00:00 | 00:59:31 | 02:00:18 | Normal |
|   | Break | 10:27:38 | 10:36:26 |   |   | 00:08:48 | 00:50:38 | 02:09:12 |   |
| 4 | MCQ Block | 10:36:30 | 11:36:30 | 01:00:00 | 00:00:00 | 01:00:00 | 00:50:35 | 03:09:15 | Normal |
| 5 | MCQ Block | 11:37:06 | 12:32:49 | 01:00:00 | 00:04:17 | 00:55:43 | 00:49:59 | 04:05:34 | Normal |
|   | Break | 12:32:53 | 12:50:08 |   |   | 00:17:14 | 00:36:54 | 04:22:53 |   |
| 6 | MCQ Block | 12:50:11 | 13:50:11 | 01:00:00 | 00:00:00 | 01:00:00 | 00:36:50 | 05:22:56 | Normal |
|   | Break | 13:50:25 | 14:05:43 |   |   | 00:15:17 | 00:21:19 | 05:38:29 |   |
| 7 | MCQ Block | 14:05:46 | 15:05:46 | 01:00:00 | 00:00:00 | 01:00:00 | 00:21:16 | 06:38:32 | Normal |
|   | Break | 15:05:51 | 15:20:56 |   |   | 00:15:05 | 00:06:07 | 06:53:41 |   |
| 8 | MCQ Block | 15:20:59 | 16:20:32 | 01:00:00 | 00:00:27 | 00:59:33 | 00:06:04 | 07:53:18 | Normal |

*Note: End Time **for restarts is the point at which the exam** is restarted, before the CIN is entered. FREDv1 defined end time as the point at which the CIN was successfully entered.

NBME000293

# Timing Review

**Exam: STEP1**
**Base Scheduling ID: 04479677**
**Candidate ID:**
**Name: Kitchens, Markcus Zwanz**
**Site: 0007**

Note: Table does not show restarts or other activities (including survey) after exam day ends.

Exam Date: 2022-05-09
Day: 1
Allotted Day Time: 08:00:00
Allotted Break Time: 00:45:00
End of Session Displayed: At 15:08:48

| Block | Type | Start Time | End Time* | Allotted Time | Unused Block Time | Elapsed Day Time | Available Break Time at End | Elapsed Day Time at End | End Cause |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tutorial | 07:42:53 | 07:46:33 | 00:15:00 | 00:11:20 | 00:03:39 | 00:45:00 | 00:03:39 | Normal |
| 2 | MCQ Block | 07:46:57 | 08:46:57 | 01:00:00 | 00:00:00 | 01:00:00 | 00:55:50 | 01:04:04 | Normal |
| 3 | MCQ Block | 08:47:08 | 09:47:08 | 01:00:00 | 00:00:00 | 01:00:00 | 00:55:41 | 02:04:14 | Normal |
|   | Break | 09:47:15 | 10:01:22 |   |   | 00:14:07 | 00:41:27 | 02:18:29 |   |
| 4 | MCQ Block | 10:01:25 | 10:58:55 | 01:00:00 | 00:02:30 | 00:57:29 | 00:41:23 | 03:16:02 | Normal |
| 5 | MCQ Block | 10:59:27 | 11:55:14 | 01:00:00 | 00:04:13 | 00:55:46 | 00:43:17 | 04:12:20 | Normal |
|   | Break | 11:55:19 | 12:15:57 |   |   | 00:20:37 | 00:26:43 | 04:33:04 |   |
| 6 | MCQ Block | 12:16:00 | 13:15:28 | 01:00:00 | 00:00:32 | 00:59:27 | 00:26:40 | 05:32:35 | Normal |
| 7 | MCQ Block | 13:16:01 | 14:09:17 | 01:00:00 | 00:06:44 | 00:53:15 | 00:26:35 | 06:26:23 | Normal |
| 8 | MCQ Block | 14:09:51 | 15:07:04 | 01:00:00 | 00:02:47 | 00:57:13 | 00:32:41 | 07:24:11 | Normal |

*Note: End Time **for restarts is the point at which the exam** is restarted, before the CIN is entered. FREDv1 defined end time as the point at which the CIN was successfully entered.

NBME000294

# Timing Review

**Exam: STEP2**
**Base Scheduling ID: 04503792**
**Candidate ID:** ▮
**Name: Kitchens, Markcus Zwanz**
**Site: 0018**

Note: Table does not show restarts or other activities (including survey) after exam day ends.

Exam Date: 2022-05-28
Day: 1
Allotted Day Time: 09:00:00
Allotted Break Time: 00:45:00
End of Session Displayed: At 15:40:55

| Block | Type | Start Time | End Time* | Allotted Time | Unused Block Time | Elapsed Day Time | Available Break Time at End | Elapsed Day Time at End | End Cause |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tutorial | 07:41:42 | 07:42:11 | 00:15:00 | 00:14:32 | 00:00:27 | 00:45:00 | 00:00:27 | Normal |
| 2 | MCQ Block | 07:42:41 | 08:38:29 | 01:00:00 | 00:04:11 | 00:55:48 | 00:58:57 | 00:56:46 | Normal |
| 3 | MCQ Block | 08:38:39 | 09:37:34 | 01:00:00 | 00:01:04 | 00:58:55 | 01:02:54 | 01:55:51 | Normal |
|  | Break | 09:38:06 | 09:39:08 |  |  | 00:01:02 | 01:02:20 | 01:57:25 |  |
| 4 | MCQ Block | 09:39:11 | 10:34:46 | 01:00:00 | 00:04:25 | 00:55:34 | 01:02:17 | 02:53:03 | Normal |
|  | Break | 10:34:51 | 10:56:13 |  |  | 00:21:21 | 00:45:11 | 03:14:29 |  |
| 5 | MCQ Block | 10:56:16 | 11:52:41 | 01:00:00 | 00:03:35 | 00:56:24 | 00:45:08 | 04:10:57 | Normal |
| 6 | MCQ Block | 11:53:02 | 12:48:32 | 01:00:00 | 00:04:30 | 00:55:29 | 00:48:17 | 05:06:49 | Normal |
| 7 | MCQ Block | 12:49:02 | 13:44:11 | 01:00:00 | 00:04:51 | 00:55:09 | 00:52:13 | 06:02:28 | Normal |
|  | Break | 13:44:15 | 14:00:30 |  |  | 00:16:14 | 00:40:41 | 06:18:46 |  |
| 8 | MCQ Block | 14:00:33 | 14:49:57 | 01:00:00 | 00:10:36 | 00:49:23 | 00:40:38 | 07:08:13 | Normal |
| 9 | MCQ Block | 14:50:10 | 15:40:26 | 01:00:00 | 00:09:43 | 00:50:17 | 00:50:56 | 07:58:43 | Normal |

*Note: End Time **for restarts is the point at which the exam** is restarted, before the CIN is entered. FREDv1 defined end time as the point at which the CIN was successfully entered.

NBME000295
file:///C:/Users/bsandcroft/AppData/Local/Microsoft/Windows/INetCache/Content.Outlook/1GEFJQVT/00183c80.612.CODA.XML_20230411121335142...   1/1

# Timing Review

**Exam: STEP2**
**Base Scheduling ID: 04516021**
**Candidate ID:** ▮▮▮▮▮▮
**Name: Kitchens, Markcus Zwanz**
**Site: 1104**

Note: Table does not show restarts or other activities (including survey) after exam day ends.

Exam Date: 2022-06-29
Day: 1
Allotted Day Time: 09:00:00
Allotted Break Time: 00:45:00
End of Session Displayed: At 16:01:05

| Block | Type | Start Time | End Time* | Allotted Time | Unused Block Time | Elapsed Day Time | Available Break Time at End | Elapsed Day Time at End | End Cause |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tutorial | 07:25:19 | 07:25:39 | 00:15:00 | 00:14:40 | 00:00:19 | 00:45:00 | 00:00:19 | Normal |
| 2 | MCQ Block | 07:26:09 | 08:26:09 | 01:00:00 | 00:00:00 | 01:00:00 | 00:59:05 | 01:00:49 | Normal |
|   | Break | 08:26:36 | 08:27:48 |   |   | 00:01:12 | 00:57:27 | 01:02:28 |   |
| 3 | MCQ Block | 08:27:51 | 09:25:59 | 01:00:00 | 00:01:52 | 00:58:07 | 00:57:24 | 02:00:39 | Normal |
|   | Break | 09:26:02 | 09:38:55 |   |   | 00:12:52 | 00:46:17 | 02:13:35 |   |
| 4 | MCQ Block | 09:38:58 | 10:38:58 | 01:00:00 | 00:00:00 | 00:59:59 | 00:46:13 | 03:13:38 | Normal |
| 5 | MCQ Block | 10:39:37 | 11:39:19 | 01:00:00 | 00:00:18 | 00:59:41 | 00:45:35 | 04:13:58 | Normal |
|   | Break | 11:39:33 | 11:53:26 |   |   | 00:13:53 | 00:31:42 | 04:28:06 |   |
| 6 | MCQ Block | 11:53:29 | 12:49:33 | 01:00:00 | 00:03:56 | 00:56:03 | 00:31:39 | 05:24:13 | Normal |
| 7 | MCQ Block | 12:50:09 | 13:49:36 | 01:00:00 | 00:00:33 | 00:59:26 | 00:34:54 | 06:24:16 | Normal |
|   | Break | 13:50:00 | 14:01:05 |   |   | 00:11:04 | 00:23:54 | 06:35:44 |   |
| 8 | MCQ Block | 14:01:08 | 15:01:08 | 01:00:00 | 00:00:00 | 01:00:00 | 00:23:51 | 07:35:48 | Normal |
| 9 | MCQ Block | 15:01:40 | 15:59:29 | 01:00:00 | 00:02:11 | 00:57:49 | 00:23:20 | 08:34:09 | Normal |

*Note: End Time **for restarts is the point at which the exam** is restarted, before the CIN is entered. FREDv1 defined end time as the point at which the CIN was successfully entered.

# Timing Review

**Exam: STEP1**
**Base Scheduling ID: 04557010**
**Candidate ID:** ▇▇▇▇▇▇
**Name: Kitchens, Markcus Zwanz**
**Site: 1104**

Note: Table does not show restarts or other activities (including survey) after exam day ends.

Exam Date: 2022-09-29
Day: 1
Allotted Day Time: 08:00:00
Allotted Break Time: 00:45:00
End of Session Displayed: At 15:09:39

| Block | Type | Start Time | End Time* | Allotted Time | Unused Block Time | Elapsed Day Time | Available Break Time at End | Elapsed Day Time at End | End Cause |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tutorial | 07:27:38 | 07:28:28 | 00:15:00 | 00:14:10 | 00:00:49 | 00:45:00 | 00:00:49 | Normal |
| 2 | MCQ Block | 07:28:43 | 08:28:16 | 01:00:00 | 00:00:26 | 00:59:33 | 00:58:51 | 01:00:37 | Normal |
| 3 | MCQ Block | 08:28:27 | 09:25:33 | 01:00:00 | 00:02:54 | 00:57:05 | 00:59:02 | 01:57:54 | Normal |
|   | Break | 09:25:36 | 09:28:40 |   |   | 00:03:03 | 00:58:46 | 02:01:00 |   |
| 4 | MCQ Block | 09:28:43 | 10:28:43 | 01:00:00 | 00:00:00 | 00:59:59 | 00:58:42 | 03:01:04 | Normal |
| 5 | MCQ Block | 10:29:21 | 11:28:45 | 01:00:00 | 00:00:36 | 00:59:23 | 00:58:05 | 04:01:05 | Normal |
|   | Break | 11:28:53 | 11:49:37 |   |   | 00:20:44 | 00:37:45 | 04:21:58 |   |
| 6 | MCQ Block | 11:49:40 | 12:49:31 | 01:00:00 | 00:00:09 | 00:59:50 | 00:37:41 | 05:21:51 | Normal |
| 7 | MCQ Block | 12:50:07 | 13:50:07 | 01:00:00 | 00:00:00 | 01:00:00 | 00:37:10 | 06:22:27 | Normal |
|   | Break | 13:50:18 | 14:06:52 |   |   | 00:16:33 | 00:20:27 | 06:39:12 |   |
| 8 | MCQ Block | 14:06:55 | 15:06:55 | 01:00:00 | 00:00:00 | 01:00:00 | 00:20:23 | 07:39:16 | Normal |

*Note: End Time **for restarts is the point at which the exam** is restarted, before the CIN is entered. FREDv1 defined end time as the point at which the CIN was successfully entered.

NBME000297