# EXHIBIT F

| Student Name | | | | School Name/Address |
|---|---|---|---|---|
| Kitchens, Marcus Z. | | | Hamilton County Schools | Tyner High Academy |
| Social Security No.: | Grade 12 | Gender M | Chattanooga, TN 37421 | 6836 Tyner Road |
| Birth Place | Date Of Birth | | Enter Date: | Chattanooga, TN 37421 |
| | | | Graduated: 05/15/10 | Tel: 423-855-2635   Fax: |
| Parent Guardian Missie Jackson | | | Class Of: 2010 | |

| Crs ID | Course Title | Gr | Ab | Credit | Crs ID | Course Title | Gr | Ab | Credit |
|---|---|---|---|---|---|---|---|---|---|
| Tyner Middle Academy Grd 08  5/2006 | | | | | Tyner High School Grd 11 12/2008 | | | | |
| 103021 | SPANISH 1 | 88 | | 1.000 | 103217 | AP BIOLOGY | 88 | | 1.000 |
| 103102 | ALGEBRA 1 | 83 | | 1.000 | 105506 | INTRO NU | 90 | | 1.000 |
| 103202 | PHYS SCI | 83 | | 1.000 | 109310 | House/Direct Study | P | | 0.500 |
| 105701 | CMS | 84 | | 0.500 | 133003 | ENG 11 AS | 86 | | 0.500 |
| Crd Att: 3.500  Cmp: 3.500  Cumulative NGA: 84.571 | | | | | 133405 | H US HIST AS | 86 | | 0.500 |
| Cumulative GPA: 2.286 | | | | | Crd Att: 3.500  Cmp: 3.500  Cumulative NGA: 88.000 | | | | |
| | | | | | Cumulative GPA: 3.000 | | | | |
| Tyner High School Grd 09 12/2006 | | | | | | | | | |
| 103022 | Spanish 2 | 80 | | 1.000 | Tyner High School Grd 11  5/2009 | | | | |
| 103210 | Biol 1 | 82 | | 1.000 | 103126 | Pre Cal | 92 | | 1.000 |
| 103303 | Wellness | 88 | | 1.000 | 103217 | AP BIOLOGY | 91 | | 1.000 |
| 103410 | WLD GEOG | 84 | | 1.000 | 105504 | HLTH CAR'R | 85 | | 1.000 |
| 109350 | ACS | 94 | | 0.500 | 109310 | House/Direct Study | P | | 0.500 |
| Crd Att: 4.500  Cmp: 4.500  Cumulative NGA: 84.667 | | | | | 133003 | ENG 11 AS | 91 | | 0.500 |
| Cumulative GPA: 2.444 | | | | | 133405 | H US HIST AS | 91 | | 0.500 |
| | | | | | Crd Att: 4.500  Cmp: 4.500  Cumulative NGA: 89.750 | | | | |
| Tyner High School Grd 09  5/2007 | | | | | Cumulative GPA: 3.000 | | | | |
| 103001 | ENG 9 | 85 | | 1.000 | | | | | |
| 103710 | Keyboarding* | 70 | | 1.000 | Tyner High School Grd 12 12/2009 | | | | |
| 105763 | MED CONC | 86 | | 1.000 | 103013 | ENG 12 COMP AP | 88 | | 1.000 |
| 109350 | ACS | 100 | | 0.500 | 103407 | Govt | 85 | | 0.500 |
| 133108 | H GEOM | 95 | | 1.000 | 103431 | Econ | 87 | | 0.500 |
| Crd Att: 4.500  Cmp: 4.500  Cumulative NGA: 85.778 | | | | | 109360 | SEN PROJ | P | | 0.500 |
| Cumulative GPA: 2.889 | | | | | 119350 | ACT Prep | 76 | | 1.000 |
| | | | | | Crd Att: 3.500  Cmp: 3.500  Cumulative NGA: 83.333 | | | | |
| Tyner High School Grd 10 12/2007 | | | | | Cumulative GPA: 2.667 | | | | |
| 103301 | PE 1 | 94 | | 1.000 | | | | | |
| 109310 | House/Direct Study | P | | 0.500 | Tyner High School Grd 12  5/2010 | | | | |
| 133002 | ENG 10 WS | 81 | | 0.500 | 103014 | ENG 12 LIT AP | 98 | | 1.000 |
| 133103 | HR ALG 2 | 85 | | 1.000 | 103197 | Bridge Math | 93 | | 1.000 |
| 133221 | H CHEM 1 | 83 | | 1.000 | 105501 | CLIN INTRN | 92 | | 2.000 |
| 133401 | H WLD HIS WS | 81 | | 0.500 | 109380 | SEN PROJ | P | | 0.500 |
| Crd Att: 4.500  Cmp: 4.500  Cumulative NGA: 85.750 | | | | | Crd Att: 4.500  Cmp: 4.500  Cumulative NGA: 93.750 | | | | |
| Cumulative GPA: 2.750 | | | | | Cumulative GPA: 3.500 | | | | |
| Tyner High School Grd 10  5/2008 | | | | | | | | | |
| 103224 | CHEM 2 | 75 | | 1.000 | | | | | |
| 103501 | Art 1 | 88 | | 1.000 | | | | | |
| 105620 | Leadership Skills | 89 | | 1.000 | | | | | |
| 109310 | House/Direct Study | P | | 0.500 | | | | | |
| 133002 | ENG 10 WS | 87 | | 0.500 | | | | | |
| 133401 | H WLD HIS WS | 90 | | 0.500 | | | | | |
| Crd Att: 4.500  Cmp: 4.500  Cumulative NGA: 85.125 | | | | | | | | | |
| Cumulative GPA: 2.750 | | | | | | | | | |

**NGA Summary**
Cumulative NGA:  86.797   Class rank is 45 of 135

**GPA Summary**
Cumulative GPA:  2.812

**Testing Information**

Test History

| GATEWAY ALGEBRA | | | | Mastery | |
|---|---|---|---|---|---|
| GTW ALG | SCOR | : | 40 | Pass | 05/03/06 |
| GTW ALG | PS | : | | Pass | 05/03/06 |
| GATEWAY BIOLOGY | | | | Mastery | |
| GTW BIO | SCOR | : | 40 | Pass | 12/07/06 |
| GTW BIO | PS | : | | Pass | 12/07/06 |
| GATEWAY ENGLISH 10 | | | | Mastery | |
| ENG 10 | SCOR | : | 44 | Pass | 05/07/08 |
| ENG 10 | PS | : | | Pass | 05/07/08 |
| ACT TEST | | | | Mastery | |
| COMP | RAW | : | 14 | | 12/13/08 |
| ENGLISH | RAW | : | 18 | | 12/13/08 |
| MATH | RAW | : | 15 | | 12/13/08 |
| READING | RAW | : | 13 | | 12/13/08 |
| SCIENCE | RAW | : | 10 | | 12/13/08 |
| ACT TEST | | | | Mastery | |
| COMP | RAW | : | 18 | | 04/04/09 |
| ENGLISH | RAW | : | 16 | | 04/04/09 |
| MATH | RAW | : | 19 | | 04/04/09 |
| READING | RAW | : | 15 | | 04/04/09 |
| SCIENCE | RAW | : | 20 | | 04/04/09 |

Grading Scale: S=Satisfactory, N=Needs Improvement, P=Pass, F=Fail          A=93-100, B=85-92, C=75-84, D=70-74, F=0-69 (GPA unweighted on 4.0 scale)

Comments:

RECORDS MANAGER
HAMILTON COUNTY SCHOOLS
1161 W. 40TH STREET
CHATTANOOGA, TN 37409

Kitchens001204

| Student Name | | |
|---|---|---|
| Kitchens, Markcus Z. | | |
| Social Security No.: | Grade | Gender |
| | 12 | M |
| Birth Place | Date Of Birth | |

| Parent Guardian |
|---|
| Missie Jackson |

Hamilton County Schools
Chattanooga, TN 37421
Page 2 of 2

Enter Date:
Graduated: 05/15/10
Class Of: 2010

School Name/Address
Tyner High Academy
6836 Tyner Road
Chattanooga, TN 37421
Tel: 423-855-2635   Fax:

ACT TEST            Mastery

| | | | |
|---|---|---|---|
| COMP | RAW | : 16 | 02/06/10 |
| ENGLISH | RAW | : 17 | 02/06/10 |
| MATH | RAW | : 16 | 02/06/10 |
| READING | RAW | : 14 | 02/06/10 |
| SCIENCE | RAW | : 16 | 02/06/10 |

Grading Scale: S=Satisfactory, N=Needs Improvement, P=Pass, F=Fail

A=93-100, B=85-92, C=75-84, D=70-74, F=0-69 (GPA unweighted on 4.0 scale)

THIS DOCUMENT IS A PHOTO COPY
FROM MICROFILM OF THE ORIGINAL
SCHOOL RECORD ON FILE IN THE RECORDS OFFICE
HAMILTON COUNTY SCHOOLS

DATE 3-17-2023
BY [signature]

Transcript is unofficial unless signed by a school official
Principal/Designee
Signature

Date: 05/25/10

Kitchens001205