# **EXHIBIT G**

SSN: ███   Date of Birth: ███   Date Issued: 24-MAR-2023
OFFL

Record of: Markcus Zwanz Kitchens, Jr.
Level: Undergraduate

Page: 2

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|
| Institution Information continued: | | | | | | |
| GSTR | 310 | Understandings of Christianity | 1.00 | C- | 1.70 | |
| HIS | 162 | American History Since 1865 | 1.00 | F | 0.00 | E |
| MUA | 328P | Piano | 0.50 | A | 2.00 | |
| MUS | 222 | Materials of Music II | 0.50 | B | 1.50 | |
| MUS | 223 | Aural Harmony II | 0.50 | B+ | 1.65 | |
| | | Ehrs: 3.75 GPA-Hrs: 4.00 QPts: 10.85 GPA: 2.71 | | | | |
| Sum 12-1st 4 Wk | | | | | | |
| MUS | 211 | Travel to Ghana: Afr Mus (AFR) | 1.00 | A- | 3.70 | |
| | | Ehrs: 1.00 GPA-Hrs: 1.00 QPts: 3.70 GPA: 3.70 | | | | |
| Fall 2012 | | | | | | |
| AFR | 138 | Black Music Ensemble (MUS 135) | 0.25 | A | 1.00 | I |
| BIO | 113 | Experimental Zoology | 1.00 | D | 1.00 | |
| CHM | 131 | Accelerated General Chemistry | 1.00 | C- | 1.70 | |
| CNV | 100 | Convocation | 0.25 | CA | 1.00 | I |
| MUA | 335P | Piano | 0.25 | B- | 0.67 | |
| PHY | 217 | General Physics I with Algebra | 1.00 | D | 1.00 | |
| | | Ehrs: 3.50 GPA-Hrs: 3.75 QPts: 6.37 GPA: 1.70 | | | | |
| Spring 2013 | | | | | | |
| AFR | 138 | Black Music Ensemble (MUS 135) | 0.25 | A | 1.00 | I |
| BIO | 222 | Microbiology | 0.00 | WF | 0.00 | |
| CFS | 207 | Family Relations (WGS) | 1.00 | C+ | 2.30 | |
| CHM | 221 | Organic Chemistry I | 1.00 | D | 1.00 | |
| CNV | 100 | Convocation | 0.25 | CA | 1.00 | I |
| MUA | 337P | Piano | 0.25 | A- | 0.92 | |
| | | Ehrs: 2.50 GPA-Hrs: 2.75 QPts: 6.22 GPA: 2.26 | | | | |
| Sum 8 Wk-13 | | | | | | |
| AST | 204 | Yoga (PED) | 0.25 | A+ | 1.00 | |
| | | Ehrs: 0.25 GPA-Hrs: 0.25 QPts: 1.00 GPA: 4.00 | | | | |
| ****************** CONTINUED ON NEXT COLUMN ****************** | | | | | | |

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|
| Institution Information continued: | | | | | | |
| Fall 2013 | | | | | | |
| CNV | 100 | Convocation | 0.25 | CA | 1.00 | I |
| HIS | 162 | American History Since 1865 | 1.00 | B | 3.00 | I |
| MUS | 131 | Concert Choir | 0.25 | A | 1.00 | I |
| MUS | 320 | Materials of Music III | 0.50 | C | 1.00 | |
| MUS | 321 | Aural & Keyboard Harmony III | 0.50 | B | 1.50 | |
| MUS | 337 | Conducting | 1.00 | B | 3.00 | |
| | | Ehrs: 3.25 GPA-Hrs: 3.50 QPts: 10.50 GPA: 3.00 | | | | |
| Spring 2014 | | | | | | |
| ARH | 230 | Topics in Latin American Art | 1.00 | C | 2.00 | |
| CNV | 100 | Convocation | 0.25 | CA | 1.00 | I |
| MUS | 131 | Concert Choir | 0.25 | A | 1.00 | I |
| MUS | 135 | Black Music Ensemble (AFR 138) | 0.25 | A | 1.00 | I |
| MUS | 322 | Materials of Music IV | 0.50 | B | 1.50 | |
| MUS | 323 | Aural & Keyboard Harmony IV | 0.50 | C+ | 1.15 | |
| MUS | 400 | Senior Seminar: Research | 1.00 | B | 3.00 | |
| REL | 109 | Intro to Christian Thought | 1.00 | D+ | 1.30 | |
| | | Ehrs: 4.50 GPA-Hrs: 4.75 QPts: 11.95 GPA: 2.51 | | | | |
| Sum 14 8 Wk | | | | | | |
| GSTR | 410 | Sem-Contemporary Global Issues | 1.00 | C | 2.00 | |
| | | Ehrs: 1.00 GPA-Hrs: 1.00 QPts: 2.00 GPA: 2.00 | | | | |
| Sum 14-2nd 4 Wk | | | | | | |
| COM | 112 | Nonviolent Communication (PSJ) | 1.00 | C+ | 2.30 | |
| | | Ehrs: 1.00 GPA-Hrs: 1.00 QPts: 2.30 GPA: 2.30 | | | | |

****************** TRANSCRIPT TOTALS ******************

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 32.75 | 34.75 | 91.22 | 2.62 |
| TOTAL TRANSFER | 1.50 | 0.00 | 0.00 | 0.00 |
| OVERALL | 34.25 | 34.75 | 91.22 | 2.62 |

****************** END OF TRANSCRIPT ******************

Amanda Seyer
Interim Registrar

NBMEBEREA0001
Judy Ginter, Registrar

```
      SSN:                          Date of Birth:                   Date Issued: 24-MAR-2023
                                                                                          OFFL
  Record of: Markcus Zwanz Kitchens, Jr.                                         Page:   1
             *** WARNING ***
             --No Address--

  Issued To: Re: Case No. 2-22-CV-0331-JFM

  Course Level: Undergraduate

Current Program                                SUBJ  NO.         COURSE TITLE          CRED GRD    PTS R
Bachelor of Arts                               _____
        Major : Music                          Institution Information continued:
Maj/Concentration : General Curriculum
                                               Spring 2011
Degrees Awarded Bachelor of Arts 01-SEP-2014   CNV  100    Convocation                   0.25 CA    1.00 I
Primary Degree                                 GSTR 210    Writing Sem II:Ident&Diversity 1.00 B    3.00
        Program : Bachelor of Arts             MAT  115    College Algebra with Modeling 1.00 C    2.00
        Major : Music                          MUA  105CP  Collaborative Piano           0.25 A    1.00
Maj/Concentration : General Curriculum         MUA  105V   Voice                         0.25 A-   0.92
                                               MUS  131    Concert Choir                 0.25 A    1.00 I
SUBJ  NO.       COURSE TITLE      CRED GRD  PTS R  MUS 135 Black Music Ensemble (AFR 138) 0.25 A   1.00 I
_____   PEH 100 Int to Lifetime Hlt & Wellness 0.50 C+  1.15
TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:       SPN 101 Introduction to Spanish I      1.00 D+  1.30
                                                      Ehrs:  4.50 GPA-Hrs: 4.75  QPts: 12.37 GPA: 2.60
Fall 2013            Eastern Kentucky Univ
                                               Sum I of 2011
MUS  330     Music History I         0.75 T   MUS  128    The Complete Performer        1.50 A-   5.55
  Ehrs:  0.75 GPA-Hrs: 0.00 QPts:  0.00 GPA: 0.00    Ehrs: 1.50 GPA-Hrs: 1.50  QPts: 5.55 GPA: 3.70

Spring 2014          Eastern Kentucky Univ    Fall 2011
                                               CHM  101    Foundations of Chemistry     1.00 D    1.00
MUS  331     Music History II        0.75 T   CNV  100    Convocation                   0.25 CA   1.00 I
  Ehrs:  0.75 GPA-Hrs: 0.00 QPts:  0.00 GPA: 0.00  MUA 105G Guitar: Classical/Electric   0.25 B    0.75
                                               MUA  325P   Piano                         0.25 A-   0.92
INSTITUTION CREDIT:                            MUS  131    Concert Choir                 0.25 A    1.00 I
                                               MUS  135    Black Music Ensemble (AFR 138) 0.25 A   1.00 I
Fall 2010                                      MUS  220    Materials of Music I          0.50 C+   1.15
AFR  138    Black Music Ensemble(MUS 135) 0.25 A  1.00 I MUS 221 Aural Harmony I         0.50 B-   1.35
BIO  110    Modern Biology           1.00 C+  2.30  PED 227  Movement for the Stage      0.25 A-   0.92
CNV  100    Convocation              0.25 CA  1.00 I SPN 102 Introduction to Spanish II  1.00 WP   0.00
GSTR 110    Writing Sem I:Critical Think 1.00 B 3.00    Ehrs: 3.25 GPA-Hrs: 3.50 QPts: 9.10 GPA: 2.60
MAT  012    Elementary Algebra II    1.00 SC  0.00
MUS  103    Class Voice              0.25 A   1.00   Spring 2012
MUS  131    Concert Choir            0.25 A   1.00 I AFR 138 Black Music Ensemble(MUS 135) 0.25 A  1.00 I
  Ehrs: 2.75 GPA-Hrs: 3.00  QPts: 9.30 GPA: 3.10  BIO 114 Botany                          1.00 C    2.00
******************** CONTINUED ON NEXT COLUMN ****  CNV 100 Convocation                   0.25 CA   1.00 I
                                                  ***************** CONTINUED ON PAGE 2 ****************
```

Amanda Jejew
Interim Registrar

NBMEBEREA0002
Judy Ginter, Registrar