# EXHIBIT H



# MEDICAL UNIVERSITY OF LUBLIN
## ENGLISH LANGUAGE DIVISION
## OF THE MEDICAL FACULTY

Ul. Chodźki 19                                                                              20-093 Lublin

tel.
+ 48 81:
448 63 10

fax
+ 48 81:
448 63 11

## OFFICIAL TRANSCRIPT OF GRADES

**Date Issued:** August 4, 2021
**Student Name:** Markcus Zwanz Kitchens Jr.
**Address:** Mercellus Dr 238 #2
Berea 40403
KY, USA

**Date of Birth:**
**Social Security Number:**
**Year of Enrollment:** 2016
**Date of Graduation:** January 8, 2021
**Degree received:** physician/MD

**Grade Point Computation:**

| | | |
|---|---|---|
| A | = | 4.00 |
| A- | = | 3.67 |
| B+ | = | 3.33 |
| B | = | 3.00 |
| C | = | 2.00 |
| F | = | 0.00 |

**Other Marks:**
N = the course continues
P = pass
W = withdrew
X = course in progress
R = repeated course
GPS = grade points
GPA = grade point average
GRD HRS = graded hours
EX = exempted

Grades N, P are not used for computing grade-point average.

**Conversion Scale:**
The grades given have been converted from the Polish numerical grading scale: 5.0=A, 4.5=A-, 4.0=B+, 3.5=B, 3.0=C, 2.0=F. Generally, an A reflects 90% or above, B reflects 80% or above, C is 70% or above of the possible points. Below 70% is failing.

**Length of Academic Period:**
A semester is nineteen weeks. The hours stated next to the course are the hours spent both in lecture and laboratory class.



Page 1 of 4

Kitchens001199



# MEDICAL UNIVERSITY OF LUBLIN
### ENGLISH LANGUAGE DIVISION
### OF THE MEDICAL FACULTY

Ul. Chodźki 19                                     20-093 Lublin

tel.
 + 48 81:
    448 63 10

fax
 + 48 81:
    448 63 11

Student's Name: **Markcus Zwanz Kitchens Jr.**

**YEAR I & II (SEMESTERS I-IV)**
Premed courses accepted on the basis of transcript from Berea College, KY, USA.

**(FALL) 2016/2017: YEAR III / SEMESTER V**

| COURSE TITLE | HOURS | GRADE |
|---|---|---|
| Human Anatomy I | 100 | C |
| Histology with Embryology I | 100 | C |
| Biochemistry and Molecular Biology I | 75 | C |
| Human Physiology I | 70 | C |
| Biostatistics | 30 | B |
| Genetics | 70 | C |
| Polish | 30 | B+ |
| Ethics | 30 | A |
| Medical Psychology | 30 | B+ |
| Simulation-Based Behavioral Science | 50 | C |
| ALS/BLS | 30 | B |
| Health and Safety | 4 | P |
| Epidemiology | 25 | C |
| Hygiene and Nutrition | 15 | A- |
| Public Health | 30 | A |
| Parasitology | 15 | B |

**TOTAL HRS: 704**
**GRADED HRS: 700**
**GPS: 1,699.85**
**GPA: 2.43**

**(SPRING) 2016/2017: YEAR III / SEMESTER VI**

| COURSE TITLES | HOURS | GRADE |
|---|---|---|
| Human Anatomy II | 95 | C |
| Histology with Embryology II | 50 | B |
| Biochemistry and Molecular Biology II | 75 | F |
| Human Physiology II | 65 | C |
| History of Medicine | 10 | C |
| Medical Sociology | 20 | A |
| Polish | 30 | B+ |
| Immunology | 35 | A |
| Cell and Neoplasm Biology | 30 | B+ |
| Physical Basis of Medicine | 60 | B |
| Integrated Basic Science | 31 | B |

**TOTAL HRS: 501**
**GRADED HRS: 501**
**GPS: 1,182.8**
**GPA: 2.36**



Page 2 of 4

Kitchens001200



# MEDICAL UNIVERSITY OF LUBLIN
## ENGLISH LANGUAGE DIVISION
### OF THE MEDICAL FACULTY

Ul. Chodźki 19                                                                 20-093 Lublin

tel.
+ 48 81:
    448 63 10

fax
+ 48 81:
    448 63 11

Student's Name: **Markcus Zwanz Kitchens Jr.**

### (FALL) 2017/2018: YEAR IV / SEMESTER VII

| COURSE TITLE | HOURS | GRADE |
|---|---|---|
| Clinical Anatomy with Surgery and Radiology | 20 | B+ |
| Basic Clinical Skills | 15 | A |
| Laboratory Diagnostics | 70 | C |
| Clinical Immunology | 55 | A |
| Pharmacology with Toxicology I | 60 | C |
| Medical Microbiology I | 35 | B |
| Pathophysiology | 90 | A- |
| Pathomorphology I | 70 | C |
| Polish | 30 | A- |
| Biochemistry and Molecular Biology II [R] | 75 | C |

**TOTAL HRS: 520**
**GRADED HRS: 520**
**GPS: 1,442**
**GPA: 2.78**

### (SPRING) 2017/2018: YEAR IV / SEMESTER VIII

| COURSE TITLE | HOURS | GRADE |
|---|---|---|
| Introduction to Clinical Medicine | 30 | B+ |
| Neuropharmacology | 40 | C |
| Physical Diagnosis | 90 | A |
| Pharmacology with Toxicology II | 60 | C |
| Medical Microbiology II | 35 | C |
| Pathomorphology II | 100 | C |

**TOTAL HRS: 355**
**GRADED HRS: 355**
**GPS: 929.9**
**GPA: 2.62**

Total for 4 semesters:

**TOTAL HRS: 2,080**
**GRADED HRS: 2,076**
**GPS: 5,254.55**
**GPA: 2.54**



Page 3 of 4

Kitchens001201



# MEDICAL UNIVERSITY OF LUBLIN
## ENGLISH LANGUAGE DIVISION
### OF THE MEDICAL FACULTY

Ul. Chodźki 19             20-093 Lublin

tel. + 48 81: 448 63 10

fax + 48 81: 448 63 11

**Student's Name:** Markcus Zwanz Kitchens Jr.

### 2018/2019: YEAR V / SEMESTER IX

| COURSE TITLE | WEEKS | GRADE |
|---|---|---|
| Neurology | 3 weeks | B+ |
| Forensic Medicine | 1 week | A- |
| Ophthalmology | 2 weeks | B |
| Anesthesiology | 2 weeks | B |
| Infectious Diseases | 2 weeks | C |
| Oncology | 2 weeks | A |
| Dermatology | 2 weeks | B+ |
| Orthopedics/Rehabilitation | 2 weeks | A |
| ENT | 2 weeks | B+ |
| ER | 2 weeks | A |
| Anesthesiology – choice elective | 2 weeks | A |
| Neurology – choice elective | 5 weeks | A |

### 2019/2020: YEAR V / SEMESTER X

| COURSE TITLE | WEEKS | GRADE |
|---|---|---|
| *Jackson Park Hospital, IL, USA* | | |
| Family Medicine | 6 weeks | A |
| *LSU Brentwood Hospital, LA, USA* | | |
| Psychiatry | 6 weeks | A |
| *Jackson Park Hospital, IL, USA* | | |
| Internal Medicine | 12 weeks | A |

### 2019/2020: YEAR VI / SEMESTER XI

| COURSE TITLE | WEEKS | GRADE |
|---|---|---|
| *Jackson Park Hospital, IL, USA* | | |
| Internal Medicine – choice elective | 12 weeks | A |
| Radiology/Nuclear medicine | 3 weeks | A |
| Neurosurgery – choice elective | 12 weeks | A |
| OB./GYN. | 6 weeks | A |

### 2020/2021: YEAR VI / SEMESTER XI/XII

| COURSE TITLE | WEEKS | GRADE |
|---|---|---|
| *Jackson Park Hospital, IL, USA* | | |
| Pediatrics | 6 weeks | A |
| Surgery | 12 weeks | A |
| Pediatrics Family Medicine | 3 weeks | A |

**All clinical semesters:**
**TOTAL HRS: 3,875**
**GRADED HRS: 3,875**
**GPS: 14,942.7**
**GPA: 3.86**

Medical University of Lublin
VICE-DEAN of Faculty of Medicine
dr hab. Tomasz Blicharski, MD, Ph.D

Page 4 of 4

Kitchens001202