# EXHIBIT A

### Dr. Markcus Kitchens, Jr. v. National Board of Medical Examiners
### Case No. 2:22-cv-03301-JFM

### Joint Exhibit Designations

The following are designations made by both parties of exhibits they may present at trial. In designating an exhibit, neither party concedes any evidentiary objections to the introduction or use of any exhibit listed below by either party, which will depend, among other things, on any proposed use of the exhibit at trial.

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
| | Kitchens001206 | Hamilton County Schools Transcript (Grades 1-5) |
| | Kitchens001207 | Hamilton County Schools Transcript (Grades 6-8) |
| | Kitchens001204-1205 | Hamilton County Schools Transcript (Grades 8-12) |
| | NBMEBEREA0001-0003 | Berea College Transcript |
| | Kitchens001199-1202<br><br>ECFMG0047-50 | Medical University of Lublin Transcript |
| | Kitchens001080-1081 | Capella University Transcript |
| | NBME000061 - 000078 | NBME 2023 Training Guide Disability Assessment Analyst |
| | NBME000160 - 000194 | USMLE 2022 Bulletin of Information |
| | NBME000273 - 000276<br><br>Kitchens1057-1060 | USMLE Step 1 Score Report for Feb. 25, 2022 |

- 2 -

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
|  | NBME000277 - 000280<br><br>Kitchens1061-1076 | USMLE Step 1 Score Report for May 9, 2022 |
|  | NBME000281-000284<br><br>Kitchens1073-1076 | USMLE Step 1 Score Report for Sept. 29, 2022 |
|  | NBME000285-000288<br><br>Kitchens1065-1068 | USMLE Step 2 CK Score Report for May 28, 2022 |
|  | NBME000289-000292<br><br>Kitchens1069-1072 | USMLE Step 2 CK Score Report for June 29, 2022 |
|  | NBME000293 | Timing Review for Feb. 25, 2022 Step 1 Exam |
|  | NBME000294 | Timing Review for May 9, 2022 Step 1 Exam |
|  | NBME000295 | Timing Review for May 28, 2022 Step 2 Exam |
|  | NBME000296 | Timing Review for June 29, 2022 Step 2 Exam |
|  | NBME000297 | Timing Review for Sept 29, 2022 Step 1 Exam |
|  | NBME000317-000322<br><br>NBME000379-000385 (w/out examinee ID) | Outcome File, Feb. 25, 2022 Step 1 |
|  | NBME000323 - 000328<br><br>NBME000386-392 (w/out examinee ID) | Outcome File, May 9, 2022 Step 1 |

| **Exhibit Number** | **Document Marking** | **Document Description** |
|---|---|---|
| | NBME000329 - 000334<br><br>NBME000393-399 (w/out examinee ID) | Outcome File, Sept. 9, 2022 Step 1 |
| | NBME000335 - 000341<br><br>NBME000400-406 (w/out examinee ID) | Outcome File, May 28, 2022 Step 2 CK |
| | NBME000342 - 000348<br><br>NBME000407-413 (w/out examinee ID) | Outcome File, June 29, 2022 Step 2 CK |
| | NBME000349 - 000350 | Composite Committee Actions Regarding Expunged Records |
| | Dkt. 25 (pp. 130-163) | FSMB, State Specific Requirements for Initial Medical Licensure |

## Dr. Kitchens Exhibit Designations

The following are Plaintiff's designations of exhibits it may introduce at trial. In designating an exhibit, Dr. Kitchens does not concede any evidentiary objections to the introduction of, or use of, any exhibit listed below by Defendant NBME, which will depend, among other things, on any proposed use of the Exhibit at trial.

This list may be subject to change pursuant to the Court's Order dated May 5, 2023 requiring Defendant NMBE respond to Plaintiff's Motion to Compel by May 9, 2023.

| EXHIBIT CHART ||
| Number | Exhibit |
|---|---|
| | D.E. 15 First Amended Complaint |
| | D.E. 20.1 Declaration of Dr. Kitchens |
| | D.E. 25 40-44 Declaration of Missie King |
| | Kitchens9-15 Retake Policy MUL |
| | Kitchens1042 – 1056 Application for Accommodations dated 10/31/2021 |
| | Kitchens1057 February 25, 2022 Step 1 Score Report |
| | Kitchens1061 May 9, 2022 Step 1 Score Report |
| | Kitchens1065 May 28, 2022 Step 2 Score Report |
| | Kitchens1069 June 29, 2022 Step 2 Score Report |
| | Kitchens1073 September 29, 2022 Step 1 Score Report |
| | Kitchens1078-1079 Amazon Screenshot |
| | Kitchens1080-1081 Capella Transcript |
| | Kitchens1082 Berea College Disability Services Progress Note |
| | Kitchens1083-1101 Berea College-White House Clinic Medical Records |
| | Kitchens1108-1128 Baptist Health Medical Records |
| | Kitchens1135-1190 Baptist Health Medical Records |
| | Kitchens1191 MUL Dean's Letter |
| | Kitchens1199-1202 Official Transcript MUL (English) |
| | Kitchens1204-1205 High School Report Card |
| | Kitchens1206 Elementary School Report Card |
| | Kitchens1207 Middle School Report Card |
| | Kitchens1208-1209 SAIL Program |
| | NBMEWHC14-28 White House Clinic Medical Records |
| | NBMEWHC49-58 White House Clinic Medical Records |
| | NBMEWHC60-62 White House Clinic Medical Records |
| | NBMEBEREA1-3 Berea College Transcript |
| | NBMEBEREA6 KASPER Report |
| | NBMEBEREA8 KASPER Report |
| | NBMEBEREA10-24 Berea College Health Services Medical Records |
| | NBMEBACON5 ADHD Assessment Questionnaire |
| | NBMEBACON22-26 Peace of Mind Medical Records |
| | NBMEBACON28-35 Connors CPT-3 |
| | NBMEBACON37-49 MOXO Report |
| | NBMEBACON51-67 DIVA-2 Interview Report |
| | NBMEBACON70-81 ABCL Scale Scores |
| | NBMEBACON82-89 ADHD Assessment |
| | NBMEBACON204-207 Bacon Curriculum Vitae |
| | NBME61-77 NBME Disability Assessment Analyst Training Guide |

|   |   |
|---|---|
|   | NBME82-83 Disability Assessment Analyst I |
|   | NBME85-86 Disability Assessment Analyst II |
|   | NBME88-90 Disability Services Specialist |
|   | NBME105-106 What to Submit |
|   | NBME113-114 Evaluation Report |
|   | NBME118-119 Relevant Objective Records |
|   | NBME154-159 Blank Application Form |
|   | NBME170 Quick Facts: Scoring and Score Reporting |
|   | NBME171 Quick Facts: Irregular Behavior |
|   | NBME172 Mission Statement |
|   | NBME186-191 Scoring and Score Reporting |
|   | NBME210 CBSE Score 12/10/2020 |
|   | NBME216-217 Accommodation Rejection Letter |
|   | NBME218-231 Accommodation Application dated 8/30/22 |
|   | NBME238-239 TAR Report |
|   | NBME243 TAR Report |
|   | NBME258 TAR Report |
|   | NBME260 TAR Report |
|   | NBME270 CBSSA Report 2/14/2022 |
|   | NBME293-297 Timing Review |
|   | NBME317-348 Exam Answers Chart |
|   | NBME349-350 Composite Committee Actions Regarding Expunged Records |
|   | Affidavit Dr. Hanna |
|   | ADHD DSM-5 |
|   | MCAT Score 4/5/2014 |
|   | D.E. 25 MK112-113 University of Tennessee Knoxville Residency Criteria |
|   | D.E. 25 MK120-123 University of Kentucky Residency Criteria |
|   | D.E. 25 MK126-127 University of Colorado Boulder Residency Criteria |
|   | D.E. 25 MK132 FSMB State Specific Requirements for Initial Medical Licensure |
|   | D.E. 25 MK139 FSMB State Specific Requirements for Initial Medical Licensure |
|   | D.E. 25 MK156 FSMB State Specific Requirements for Initial Medical Licensure |
|   | D.E. 25 MK130-163 FSMB State Specific Requirements for Initial Medical Licensure |
|   | D.E. 28 MK13 CBSSA 3/21/22 |
|   | D.E. 28 MK15 CBSSA 4/1/22 |
|   | CBSSA 3/3/23 |
|   | D.E. 28 MK48-49 Example Questions |
|   | D.E. 28 MK41-59 COVID-19 and Prometric Test Center Closures |
|   | Defendant's Answers to Interrogatories |
|   | Defendant's Responses to Requests for Production of Documents |

Dr. Markcus Kitchens, Jr. v. National Board of Medical Examiners
Case No. 2:22-cv-03301-JFM

NBME Exhibit Designations

The following are NBME's designations of exhibits it may possibly introduce at trial. In designating an exhibit, NBME does not concede any evidentiary objections to the introduction or use of any exhibit listed below by Plaintiff, which will depend, among other things, on any proposed use of the exhibit at trial.

| Exhibit Number | Document Marking | Document Description |
| --- | --- | --- |
| | Dkt. 1 | Complaint (8/16/2022) |
| | Dkt. 15 | First Amended Complaint and Exhibits (1/18/2023) |
| | Dkt. 20-1 | Declaration of Dr. Markcus Kitchens in Support of Plaintiff's Motion for Preliminary Injunction |
| | Dkt. 25 (pp. 40-44) | Declaration of Missie King in Support of Plaintiff's Motion for Preliminary Injunction |
| | Dkt. 25 (pp. 57-64) | Conners CPT3 |
| | Dkt. 22 (pp. 3-10) | Ex. 1 to Plaintiff's Motion for Preliminary Injunction Peace of Mind Counseling Report |
| | Dkt. 22 (pp. 11-28) | Exhibit 2 to Plaintiff's Motion for Preliminary Injunction - White House Clinics Medical Records |
| | NBMEBEREA0009 Kitchens001082 | Berea College Disability Services Progress Note from Jan. 10, 2013 |
| | NBMEBEREA0012 - 0013 Kitchens001083 | Berea College Health Services Record from Jan. 11, 2013 |

- 2 -

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
| | NBMEBEREA0014<br><br>Kitchens001084 | Berea College Health Services Record from Feb. 7, 2013 |
| | NBMEBEREA0016 - 0017<br><br>Kitchens001085 | Berea College Health Services Record from Aug. 5, 2013 |
| | NBMEBEREA0018 - 0019 | Berea College Health Services Record from Sept. 5, 2013 |
| | NBMEBEREA0024 - 0026 | Berea College Health Services Record from June 19, 2014 |
| | NBMEWHC0012 | White House Clinics List of Services |
| | NBMEWHC0025-0028<br><br>Kitchens001087-1090 | White House Clinics Medical Records<br><br>July 8, 2014 - Visit with Colleen Ambrose APRN |
| | NBMEWHC0021 - 0024<br><br>Kitchens001091-1094 | White House Clinics Medical Records<br><br>February 15, 2016 - Visit with Vicki Hackman, MD |
| | NBMEWHC0018 - 0020<br><br>Kitchens001095-1097 | White House Clinics Medical Records<br><br>July 26, 2017 - Visit with Vicki Hackman, MD |
| | NBMEWHC0014-0017<br><br>Kitchens001098-1101 | White House Clinics Medical Records<br><br>May 25, 2018 - Visit with Vicki Hackman, MD |
| | Kitchens001102 | April 22, 2020 Letter from Ghori S. Khan, MD |

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
|  | Kitchens001110-1113 | August 5, 2021 Progress Notes from Arthur G. Yin |
|  | Kitchens001114-1117 | February 10, 2022 Progress Notes from Arthur G. Yin |
|  | Kitchens001118-1119 | February 11, 2022 After Visit Summary from Arthur G. Yin |
|  | Kitchens001120-1123 | April 28, 2022 Progress Notes from Arthur G. Yin |
|  | Kitchens001135-1141 | August 25, 2022 Progress Notes from Tina Holbrook |
|  | Kitchens001142-1149 | September 22, 2022 Progress Notes from Tina Holbrook |
|  | Kitchens001150-1155 | November 14, 2022 Progress Notes from Tina Holbrook |
|  | Kitchens001156-1157 | November 16, 2022 After Visit Summary from Arthur G. Yin |
|  | Kitchens001162-1167 | January 10, 2023 Progress Notes from Tina Holbrook |
|  | Kitchens001168-1169 | February 3, 2023 After Visit Summary from Tina Holbrook |
|  | Kitchens001170-1171 | February 3, 2023 After Visit Summary from Tina Holbrook |
|  | Kitchens001172 - 001178 | February 6, 2023 Progress Notes from Tina Holbrook |
|  | Kitchens001183 - 001188 | March 24, 2023 Progress Notes from Kristine Baula |
|  | NBMEBAPT00001-0026 | March 24, 2023 Office Visit Records |

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
|  | NBMEBAPT0027 - 0038 | March 21, 2023 Refill Request Records |
|  | NBMEBAPT0039 - 0118 | February 6, 2023, Telephone Records |
|  | NBMEBAPT0119-129 | February 2, 2023 Telephone Records |
|  | NBMEBAPT0130 - 0152 | January 10, 2023 Telemedicine Records |
|  | NBMEBAPT0153 - 0176 | November 14, 2022 Telemedicine Records |
|  | NBMEBAPT0177-0188 | November 9, 2022 Refill Records |
|  | NBMEBAPT0189 - 0222 | September 22, 2022 Office Visit Records |
|  | NBMEBAPT0223 - 0261 | August 25, 2022 Office Visit Records |
|  | Kitchens001206 | Hamilton County Schools Transcript (Grades 1-5) |
|  | Kitchens001207 | Hamilton County Schools Transcript (Grades 6-8) |
|  | Kitchens001204-1205 | Hamilton County Schools Transcript (Grades 8-12) |
|  | NBMEBEREA0001-0003 | Berea College Transcript |
|  | Kitchens001199-1202<br><br>ECFMG0047-50 | Medical University of Lublin Transcript |
|  | Kitchens001080-1081 | Capella University Transcript |

- 4 -

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
|  | NBMEBACON0001 | Declaration of Authenticity by Christina Bacon, LLP |
|  | NBMEBACON0005 | Peace of Mind Counseling, ADHD Assessment Questionnaire |
|  | NBMEBACON0026 | Peace of Mind, Psychological Evaluation, February 7, 2023 |
|  | NBMEBACON0028 - 0035 | Conners CPT 3, Continuous Performance Test 3rd Edition |
|  | NBMEBACON0037 | Peace of Mind Counseling, Psychological Evaluation, February 8, 2023 |
|  | NBMEBACON0039 - 0044 | Scale Scores, February 6, 2023 (Amelia Kitchens) |
|  | NBMEBACON0045 - 0044 | Moxo d-CPT Report, Computerized ADHD Evaluation, August 2, 2023 |
|  | NBMEBACON0051 - 0069 | DIVA 2.0, Diagnostic Interview for ADHD in Adults |
|  | NBMEBACON0070 - 0075 | Scale Scores, February 6, 2023 (Markcus Kitchens) |
|  | NBMEBACON0076 - 0081 | Scale Scores, February 6, 2023 (Missie King) |
|  | NBMEBACON0127 | Peace of Mind Counseling, Reasoning for not using ASEBA |
|  | NBMEBACON0147-154 | Report of ADHD Evaluation |
|  | NBME000306 | Moxo CPT Demo Video |
|  | NBME000030 - 000035 | CV for Lucia C. McGeehan, Ph.D, NCSP |

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
| | NBME000036-000043 | CV for Daniel Jurich, Ph.D. |
| | NBME000016-000029 | CV for Timothy S. Allen, M.D. |
| | NBME000001 - 000014 | CV for Michael Gordon, Ph.D. |
| | NBME000044 - 000060 | USMLE: General Overview, March 24, 2023 |
| | NBME000061 - 000078 | NBME 2023 Training Guide Disability Assessment Analyst |
| | NBME000160 - 000194 | USMLE 2022 Bulletin of Information |
| | Dkt. 26-2 (pp. 2-6) | USMLE Website, Test Accommodations |
| | NBME000351-378 | USMLE Website, General Guidelines to Request Test Accommodationss |
| | Dkt. 26-14 (p. 2) | Certification of Prior Test Accommodations Form |
| | NBME000195 - 000213 | January 2022 Request for Test Accommodations and documents |
| | NBME000214 - 000215 | Jan. 8, 2022 Email from Markcus Kitchens to NBME Disability Services ; January 6, 2022 email from Disability Services to Markcus Kitchens |
| | NBME000216 - 000217 | February 8, 2022 letter from NBME |
| | NBME000218 - 000231 | August 2022 Request for Test Accommodations and documents |
| | NBME000233 | Jan. 5, 2022 Email from Markcus Kitchens to NBME Disability Services |

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
| | NBME000234 - 000235 | Jan. 5, 2022 Email from NBME Disability Services to Markcus Kitchens |
| | NBME000236 - 000237 | Jan. 5, 2022 Email from Markcus Kitchens to NBME Disability Services |
| | NBME000238 | Jan. 6, 2022 Email from NBME Disability Services to Markcus Kitchens |
| | NBME000239 - 000240 | Jan. 8, 2022 Email from Markcus Kitchens to NBME Disability Services |
| | NBME000243 - 000245 | Jan. 10, 2022 Email from NBME Disability Services to Markcus Kitchens |
| | NBME000255 | Feb. 9, 2022 Email from NBME Disability Services to Markcus Kitchens |
| | NBME000257 | Aug. 22, 2022 Email from NBME Disability Services to Markcus Kitchens |
| | NBME000258 - 000259 | Aug. 30, 2022 Email from NBME Disability Services to Markcus Kitchens |
| | NBME000260 - 000261 (Dkt. 26-18 pp. 2-3) | Aug. 30, 2022 Email from Markcus Kitchens to NBME Disability Services |
| | NBME000262 | Aug. 31, 2022 Email from NBME Disability Services to Markcus Kitchens |
| | NBME000263 - 000264 (Dkt. 26-19 pp. 2-3) | Sept. 2, 2022 Email from NBME Disability Services to Markcus Kitchens |
| | NBME000265 - 000266 (Dkt. 26-20 pp. 2-3) | Sept. 7, 2022 Email from Markcus Kitchens to NBME Disability Services |

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
| | NBME000267 | Sept. 8, 2022 Email from NBME Disability Services to Markcus Kitchens |
| | NBME000273 - 000276 | USMLE Step 1 Score Report for Feb. 25, 2022 |
| | NBME000277 - 000280 | USMLE Step 1 Score Report for May 9, 2022 |
| | NBME000281- 000284 | USMLE Step 1 Score Report for Sept. 29, 2022 |
| | NBME000285- 000288 | USMLE Step 2 CK Score Report for May 28, 2022 |
| | NBME000289- 000292 | USMLE Step 2 CK Score Report for June 29, 2022 |
| | NBME000293 | Timing Review for Feb. 25, 2022 Step 1 Exam |
| | NBME000294 | Timing Review for May 9, 2022 Step 1 Exam |
| | NBME000295 | Timing Review for May 28, 2022 Step 2 Exam |
| | NBME000296 | Timing Review for June 29, 2022 Step 2 Exam |
| | NBME000297 | Timing Review for Sept 29, 2022 Step 1 Exam |
| | NBME000317-000322<br><br>NBME000379-000385 (w/out examinee ID) | Outcome File, Feb. 25, 2022 Step 1 |
| | NBME000323 - 000328<br><br>NBME000386-392 (w/out examinee ID) | Outcome File, May 9, 2022 Step 1 |

- 9 -

| **Exhibit Number** | **Document Marking** | **Document Description** |
|---|---|---|
| | NBME000329 - 000334<br><br>NBME000393-399 (w/out examinee ID) | Outcome File, Sept. 9, 2022 Step 1 |
| | NBME000335 - 000341<br><br>NBME000400-406 (w/out examinee ID) | Outcome File, May 28, 2022 Step 2 CK |
| | NBME000342 - 000348<br><br>NBME000407-413 (w/out examinee ID) | Outcome File, June 29, 2022 Step 2 CK |
| | NBME000349 - 000350 | Composite Committee Actions Regarding Expunged Records |
| | NBMEECFMG0051 - 0055 | Nov. 9, 2021 Email from ECFMG to Markcus Kitchens; October 22, 2021 email from Markcus Kitchens to ECFMG |
| | NBMEECFMG0056-0057 | Nov. 9, 2021 emails between Markcus Kitchens and ECFMG |
| | NBMEECFMG0061-64 | November-December 2021 emails between Markcus Kitchens and ECFMG |
| | NBME000268 - 000270 | March 11, 2022 Letter from Amelia Kitchens, Esq. of Regard Law Group to NBME |
| | NBME000271 | March 17, 2022 Letter from NBME to Amelia Kitchens, Esq. |
| | NBMEECFMG0073 - 0076 | Mar. 22, 2022 Email from ECFMG to Markcus Kitchens |

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
| | NBMEECFMG0090 - 0091 | Sept. 21, 2022 Email from Score Recheck ECFMG to Markcus Kitchens |
| | NBME000272 | October 3, 2022 Letter from Amelia Kitchens, Esq. to Educational Commission for Foreign Medical Graduates |
| | NBMEECFMG0092 - 0093 | Oct. 5, 2022 Email from Amelia Kitchens, Esq. and attached letter dated October 3, 2022 |
| | NBMEECFMG0019 | ECFMG Applicant Call Log |
| | NBMEECFMG0094 | Declaration of Authenticity by Francine Halushka Kayz |
| | NBME000298 | CXONE Recording, Provided on February 22, 2023 |
| | Dkt. 26-29 (pp. 2-5) | Informal Transcript of Dr. Markcus Kitchens September 30, 2022 call to NBME |
| | NBME000299-000305 | ECFMG Update on Pathways: Important Information for 2023 Applicants; Using the Pathways for the 2024 Match |
| | Dkt. 26-23 (pp. 2-3) | How to Apply for Residency Positions |
| | Kitchens001203 | Residency Personal Statement Draft |
| | Dkt. 26-25 (pp. 2-4) | Register for MyERAS for Residency |
| | Dkt. 26-28 (pp. 2-3) | 2023 Main Residency Match Applicants Calendar |
| | Dkt. 28 (p. 41) | Notice Regarding COVID-19 and Prometric Test Center Closures |
| | Dkt. 28 (p. 42) | Prometric Extends Testing Sites Closures Due to Coronavirus |
| | Dkt. 25 (pp. 130-163) | FSMB, State Specific Requirements for Initial Medical Licensure |

| Exhibit Number | Document Marking | Document Description |
|---|---|---|
| | | Plaintiff's Responses to Defendant's Requests for Admissions |
| | | Plaintiff's Answers to Defendant's Interrogatories |
| | | Plaintiff's Responses to Defendant's Requests for Production of Documents |