# EXHIBIT A

1. The University student is obliged to:

    1) Follow the student's oath,
    2) Follow the Statute of the University, the Regulations Act of the University, Student Code of Ethics and other common laws and internal regulations of the school,
    3) Follow the good practices of the academic community,
    4) Attend the didactic and organisation activities, get credits and pass exams on time, do practices/internships and fulfil other didactic duties specified in the plan of studies,
    5) Complete the semester no later than until the last day of the make-up examination session,
    6) Present the doctor's certificate, issued by the Specialist Medical Centre, at the Dean's office stating that there are no counter-indications for the student to study at a certain Faculty in case the validity of the certificate of the candidate has expired,
    7) Present the doctor's certification, issued on the basis of regarding the ability to perform work where there is the possibility of transferring the infection or disease to other people, on the basis of health and epidemiology examination,
    8) Follow the code of ethics of medical profession,
    9) Keep the information about the patients and collected through the course of studies a secret, abide the rules of conduct with acquired information and data, in particular within the framework of its protection against third parties, unjustified modification or destruction, illegal publication or acquisition. The student is obliged to use information and data only for the purpose related to the course of studies,
    10) Wear badges with clips in the area of the organizational units of the University, containing the following information: the name of the University, name and the surname of the student, major and department,
    11) Show respect towards the employees of the University and follow the rules of cooperation and show tolerance towards other people,
    12) Take care of the good name of the University,
    13) Pay the liabilities on time,
    14) Evaluation of didactic activities in all forms which are conducted at MUL, including the work of academic staff, dean's offices,
    15) Sign the education agreement.

2 The student is obliged to inform the Dean's office about the change of the last name, address, and the Students' Welfare Department about the change of the financial status if it might affect granting financial support.
3 The student is obliged to declare in Students' Welfare Department that they do not get financial assistance for more than one major.
4 Students are not allowed to pursue political propaganda at the University or spread any political materials/information.

§ 19

1. A student takes a disciplinary responsibility for shameful behaviour unworthy of the student of the University or for breaking the rules of the University. The Disciplinary Responsibility is defined in the Higher Education Act, executive regulations on the basis of the Act and in the Statute of the University and the Regulation Act of the Student Union.
2. Documents concerning the disciplinary proceedings and the decision on the punishment are included in the student's file.

**IV. THE RULES AND MODE OF COMPLETING THE SEMESTER/YEAR**

§ 20
1. A semester and a year are the grading periods at the University.
2. A student has to get a pass by the end of the semester/year, according to the division of the academic year, in order to get a credit for the semester/year. In justified circumstances, upon a student's request, the Dean may change the semester termination date.
3. Getting a credit for the semester/year is conditioned by:
    a) achieving educational progress reflected through obtaining a pass with grade as well as positive results from all exams included in curriculum, with assigned ECTS credits,
    b) obtaining passing scores,
    c) completing medical student clerkships included in the program of studies.
4. Students undertake clerkships in clinical hospitals, healthcare institutions, and other places. At their request, a student may do clerkships at any other Polish hospital on conditions that it is recognized by the Dean and its authorities allow them to do clerkships free of charge. In justified circumstances, a student may be allowed to do medical clerkship abroad.
5. In order to get a promotion for the next semester/year, non-stationary students have to fulfil all the financial liabilities towards the University.

§ 21
1. An exam or a pass with grade (with assigned ECTS points) is a test of student's knowledge of the information included in the curriculum.
2. A passing score confirms the satisfactory fulfilment of course requirements and is based on student's class attendance and mid-semester grades.
3. Student cannot receive a passing score for the subject if he/she missed more than one class without excuse of scheduled hours in the form of seminars, labs or practical classes. In the case of absences with excuse in the form of seminars, labs or practical classes, the content of classes the student missed shall be made up according to the schedule given by the instructor.
4. In the case of excused absences supported with the certification of the Dean or Vice-Rector for Academic Affairs, such an absence is not included in the limit of scheduled hours as referred to in sec. 3, all missed work covered by the classes during excused absences shall be made up according to the schedule settled by the student with the instructor.

§ 22
1. The detailed organization of classes in the unit is specified by the internal rules and regulations of organizational units of the University.
2. Internal rules and regulations should remain in accordance with the binding Rules and Regulations of studies.
3. The heads of the departments are obliged to publish internal rules and regulations on the website of the department.

§ 23
1. A student is allowed to take up an exam on condition they get a passing score from the class, i.e. confirmation of all educational results within given subject/module.
2. Having been granted a missing pass after the set date of the exam, a student takes up an exam from a given subject. This exam is treated as an exam passed in the first make-up term. Entry § 26 sec. 7 shall apply mutatis mutandis.
3. The following scale of grades is adopted for credits and exams:

- Very good        (5)

Kitchens000010

|   |   |
|---|---|
| - Better than good | (4.5) |
| - Good | (4.0) |
| - Quite good | (3.5) |
| - Satisfactory | (3) |
| - Unsatisfactory | (2) |

To underline the outstanding performance and knowledge of a student, the teacher may award them with an 'excellent' (5) mark in the chart.

§ 24

1. Exams at the University are conducted by:
    a) Academic teachers with the title of a professor or habilitated doctor,
    b) Lecturers for the foreign languages classes,
    c) Didactic teachers - on the basis of the Dean's decision.
2. A credit for classes/ courses is given by the person conducting the classes/ course. This person also draws up the protocol in the Virtual Campus. In some justified circumstances, the exam and the pass can be executed by a different person or a commission/ board. It is the Dean who makes the decision about it.
   In case of courses conducted by more than one person, the exam shall be conducted by the person chosen by the Head of the Department. A grade of each exam/pass, in accordance with the actual date of the exam/pass, shall be signed into the protocol of grades and the end-of-term chart of student's accomplishments.
3. The pass of practical classes and internships is conducted/supervised by the counselor appointed by the Dean, once the student finishes all courses scheduled in the plan of studies and curricula and/or program of internship. It is recorded by the supervisor in the protocol. The credit for the internship can also be granted on the basis of student's attendance in research camp, other internships/practices or a certified work experience document if it relates to the practical teaching program. The Dean, upon the student's written request, can organise an individual course of completion of the practices/internships.
4. The method of computing the average grade used to grant the Rector's scholarships for the best students is specified in the appendix to the Rules and Regulations pertaining to awarding financial support to students and PhD students.
5. Exam results and pass with grade results will be available to students via the Virtual Campus the following day after it was registered by the teachers.
6. It is allowed to publish the results connected with education process of a student/ PhD student, in electronic form or information displayed in a showcase in the organizational unit of the University, in a manner agreed between the teacher and students. The published information may contain the album number of the student/ PhD student and the grade.

§ 25

1. Exams take place during the end-of-term examination sessions, except for the last two years of studies of M.D. Program and the last year of DDS Program, during which, after the end of classes from a given subject, the exams and passes with grades take place before the examination session in a semester in which the subject is conducted.
2. The provision of sec.1 shall apply accordingly to all other years of all faculties with the consent of the head of the unit.
3. The final year students are allowed to retake one exam from one class, with the permission of the Dean and the examiner, if the exam result may affect the mark on the end-of-studies diploma, however, both grades are taken into consideration in calculating the student's average.

Kitchens000011

4. In particular cases, at the student's request, the Dean may set an individual dates for exams, even beyond the end-of-term examination session.
5. A student, on the terms set by the head of the department, may take the exam in the 'zero' term, before the examination session– If the student gets an unsatisfactory grade, they are allowed to take the exam in the first term. The information about the date of the "zero" exam should be passed in the written form to the appropriate Dean's Office.

§ 26

1. A student cannot have more than 5 exams during the summer examination session and not more than 3 in the winter session. Moreover, the student can only take one exam a day and only one pass ending with a grade, a day, however, this does not apply to students of the last two years of M.D. Program and the last year of DDS Program.
2. The information concerning the form and the scope of the exam shall be provided by the lecturers at the beginning of the semester when the classes/course start and not later than during the first class and shall be published on the internet website of the unit.
3. The purpose of the exam is to verify if the student acquired the educational purposes as well as knowledge, skills and social competencies as stated in the syllabus. The student is informed about the criteria of evaluation before approaching the exam, additionally, the student has the right to have an insight into his/her paper within 7 days from the release of examination results. If the exam is conducted in the form of a test , there is one set of questions for all students taking it at the same time.
4. The exam may consist of 2 parts:
   1. practical,
   2. theoretical.
   
   If passing the practical exam allows the student admission to the theoretical exam, failing the practical exam during the examination period disqualifies the student from taking the exam in the first term. If passing the theoretical exam allows the student admission to the practical exam, failing the theoretical exam during the examination period disqualifies the student from taking the exam in the first term.
5. Oral exam is conducted in the presence of at least two academic teachers, one of whom is an observer.
6. The heads of the units announce the dates of the exams, including retakes to students on the internet website of the unit at least 3 weeks before the date of the exam.
7. If a student does not appear at the exam, it is recorded in the protocol as 'absent'. A justification ought to be handed in or sent to the Dean's office within 3 days from the exam date. In case of unexcused absence, the Dean writes unsatisfactory mark (fail). After receiving Dean's approval, the examiner sets a new date. The same rules apply to pass, make up and commission exams.
8. Exam results are available online on the Virtual Campus within up to 7 days but no later than 3 days before the make-up exam.
9. Should the student get an unsatisfactory mark during the exam/pass, they have the right to take up a make-up exam/pass from every failed class/course.
   Should the student fail the make-up exam/pass, they can take up a second make-up exam, which can take place in the regular form or in the form of commission exam if conditions specified in § 27 sec. 1 occur. The date of the second make-up exam can be scheduled within the period of exam session or at the date specified by § 29 sec. 2.
10. The same rules apply to "Pass with a grade" exams.

§ 27

Kitchens000012

1. A student who questions the fairness of an examination or the grade received, has the right to apply to the Dean in writing, within seven days following the exam date, for an examination by a commission to be conducted on the first or second retake. The decision of granting the permission to attend the commission exam is taken by the Dean, after having considered the student's application. The person conducting classes in the given subject also has the right to request a commission exam. If necessary, an examination by a commission may be ordered by the Dean on his/her own initiative.
2. If the commission examination is scheduled as a first retake, the second retake is not allowed to be taken.
3. The Board/Commission conducting the commission exam is appointed by the Dean within 7 days from the date of the student's official letter. The Board consists of:
   1) The Dean of the given Faculty as the Chairperson of the Board,
   2) The person who had previously evaluated the student and, in case of circumstances disabling them from attending the exam, a specialist in the given or related field of science,
   3) a professor or habilitated doctor - a specialist in the given or related field of science,
   4) the tutor of the year or their representative.

   Upon the student's request, the exam may be conducted in the presence of a representative of the Student Union or a person delegated by the Union on their behalf as an observer. The grade from the commission exam is signed into the protocol and the chart by the Chair of the Commission/Board.
4. The Commission exam ought to take place not sooner than 7 days and not later than 14 days after the student's official letter has been submitted.
5. The Dean specifies the date and location of the oral Commission Exam.
6. The range of the topics/issues tested during the exam should not differ from the topics presented to the students at the beginning of the semester.

§ 28

1. After the end-of-term examination session or the student practice/internship, if it takes place after the exam session, the student is promoted to the next semester/year of studies. The detailed course and date are to be specified by the Dean.
2. The student is obliged to pass all the credits and exams from particular academic year in order to progress to the next academic year before the date specified in §18, sec. 1, item 5.
3. The Dean makes the following decisions concerning students who did not get a credit for the last semester/year and haven't fulfilled the term allowing them to continue studies:
   1) Granting a conditional entry to the next semester/year,
   2) Retaking the failed subject/course, continuing studies on the next semester,
   3) Retaking more than one failed subject/course without the right to continue studies on the next semester,
   4) Elimination from the list of students.

   Decisions that are referred to in items 1, 2, 3 are issued by the Dean upon student's written request, submitted no later than 3 days after receiving the results.

§ 29

1. A student who did not manage to pass the exam or a student who didn't receive a credit from the subject which does not end with an exam, may receive the Dean's permission to continue studies with a conditional entry to the next semester/year.

2. This permission is granted if a student has not used up all allowed terms of taking exams, under condition that the student fulfils the condition highlighted in the Dean's decision within 30 days after the retake session.

### § 30

1. The repeated classes are completed in all forms included in the plan and curriculum, except for the passed practical classes.
2. In case of failing a multi-semester course, the student is obliged to repeat the given semester of the course.
3. In case of failing the final exam from a repeated course, but obtaining a pass from all semesters of a given course, the student is obliged to repeat its last semester.
4. Failing a repeated course is equivalent to removing the student from the student list.
5. The student repeating more than one course without the right to continue studies at a higher semester is obliged to take the classes in accordance with new curricula and plans of studies and is obliged to catch up all curriculum differences within the given time and on the basis of organizational abilities of the University specified within the Dean's decision.

### § 31

1. A student may be given a permission to retake more than one subject/module, as specified in § 28 sec. 3 item 1). Yet, it is possible not more than:
    1) Twice during the homogenous studies,
    2) Once during the first degree studies,
    3) Once during the second degree studies.
2. The rule applied in sec. 1 will not be applied in random circumstances, especially a long-term illness.

### § 32

1. The student is obliged to pay the fees for:
    1) Repeating a course,
    2) Extracurricular courses, including courses complementing didactic goals necessary to undertake second degree studies on a particular study major;
    3) Courses conducted in a foreign language.

### § 33

1. The Dean crosses the student out of the list of students if:
    1) They do not take up studies,
    2) They resign from studies (resignation confirmed in writing and handed in at the Dean's office)
    3) They do not hand the diploma dissertation or take the diploma examination in due time,
    4) Get a disciplinary punishment and are expelled from the University.
2. The Dean can cross the student out of the list of students if:
    1) There is a confirmed lack of academic progress,
    2) The students does not obtain a credit/pass for the semester/year in the given time,
    3) The student does not pay all the liabilities to the University,
    The decision of the Dean mentioned in the section 1 and 2 may be appealed against to the Rector, within 14 days of the receipt of the decision about elimination from the list of students. The Rector's decision is final.
3. A student cannot commence studies if they:
    1) do not take the oath within 14 days from the date of the matriculation,

2) refuse to sign the Education Agreement,
3) fail to submit declaration concerning undertaking of studies after the termination of a leave of absence before the first day of the semester.

4. A lack of academic progress is observed when a student is absent from classes without excuse for more than 30 consecutive calendar days, and in case of non-stationary students – at three consecutive sessions.

§ 34

1. The expelled student is obliged to pay all the liabilities to the University, including settling the payment of the fees and returning the student ID and name tag.
2. Once the student has fulfilled all their duties concerning the University, the High School certificate and other original documents are returned to the student and acknowledged by them.
3. The expelled student may be given, upon his/her request, a document confirming the state of their studies (e.g. a transcript).
4. The documents certifying the decision about the student's removal are added to the student's file.

§ 35

1. A readmission of a person who has resigned or has been crossed out of the list of students may be accepted to the first year of studies through the general recruitment process.
2. A student who has finished at least the first year of studies and later quit or was expelled, has the right to resume studies. It is possible within 3 years from the date of the first day of the semester when they were eliminated from the list of students, except for sec. 5.
3. The decision concerning resuming the studies is made by the Dean, who determines the framework and date of making up curriculum differences. The obligation to make up curricular differences does not refer to the student who completed the last semester of studies, which is referred to § 45 Rules and Regulations.
4. A decision to resume studies can be granted only once.
5. The permission to resume studies is not granted in case of:
    1) Student's conviction with a lawful decision of the court for a crime punished with restriction of freedom or imprisonment or in case the student being expelled from the University due to the decision of the Disciplinary Board,
    2) Crossing the student out of the list of students after using all possibilities that are referred to in § 31.
    3) Crossing the student out of the list of students after the student fails to pass the repeating subject.
6. The student can appeal from the Dean's decision to the Rector.

## V. AWARDS AND DISTINCTIONS

§ 36

1. Students can be granted:
    1) scholarship for learning achievements awarded by the Minister,
    2) the Rector's scholarship for the best students,