# EXHIBIT B

## SAIL- Supportive Alternative Individualized Learning

### Mission:
Provide a supportive learning environment that is safe and respectful so that students are able to engage academically, build relationships, and achieve personal success.

### Philosophy:
In alignment with the Newtown Public Schools Strategic Plan, we believe that all students are unique and have value; that honesty, integrity, respect and open communication build trusting relationships; educating students is a shared responsibility and families play a critical influence in each child's development and higher expectations contribute to students' confidence, resiliency, and overall well-being.

### Program:
SAIL is a specialized program that is student-centered and uses an inquiry-based approach to teaching and learning. The program works to capitalize on students' strengths by using technology, hands-on activities, 1:1 instruction, counseling, and community building. High quality, K-12 instruction will follow the Newtown Public Schools curriculum unless modified as indicated by the goals and objectives of an IEP. All efforts are made to align the pace of distirct-wide curriculum and instruction as students begin a transition back to their home school. The goal is to re-engage students to be successful within the traditional school setting.

Using a restorative practices approach, staff will work collaboratively to support students in the following ways:
- Listening, asking questions, and understanding student needs
- Connecting with students on an individual basis and establishing trusting relationships
- Helping students to cope, self-regulate and problem solve effectively
- Helping students take responsibility for their actions and make positive choices

Students will have the opportunity to take advantage of multiple learning pathways and resources including, but not limited to culinary, greenhouse and school garden, Project Adventure, therapeutic art and music, and health and wellness.

### Staffing
Certified special education teacher
Certified social worker
Full time paraprofessional
BCBA (consultation and services available)
Appropriate Pupil Personnel Staff (school psych,OT, PT, SLP, etc.)

**Profile of students:**
Students who have not been successful in the traditional school setting due to but not limited to the following:
-social, emotional, behavioral needs
-school refusal
-attendance issues
-the need for a more flexible, hands-on learning environment
-the need for enhanced academic support in a setting with a smaller student to teacher ratio

**Protocol for placement:**

-PPT recommendation for referral

Referral includes:
- Functional Behavioral Assessments (FBAs)
- Behavioral Intervention Plan (BIP)
- SRBI interventions (All Tiers)
- Data (including assessments, progress monitoring, observations)
- Comprehensive psycho-educational evaluations
- Any other information that provides an understanding of the student's academic and social/emotional needs (e.g., medical records and history, report cards, discipline, attendance)
- Most recent IEP or 504 plan

**Building Community Partnerships**

- Neighboring districts
- EdAdvance
- Resiliency Center
- Community Center
- NYA-

Kitchens001209