# EXHIBIT C

# The Department of Medicine

## Internal Medicine Applicant Criteria

Dear Doctor,

**Thank you** for your interest in the Internal Medicine Residency Program at The University Graduate School of Medicine.

For the 2022-2023 interviewing season, we will be participating in the Electronic Residency Application Service (ERAs). We have formally agreed to not accept applications outside the ERAs system. Please do not mail applications to us through the postal system - we will **not** be able to process them. To apply to our program, simply go to the ERAs web site and follow the directions. The Educational Commission for Foreign Medical Graduates (ECFMG) has agreed to be the contact agency for all international medical graduates. They will assist you with any questions you may have regarding ERAs. If you are a foreign medical graduate, you will be required to go through this program.

We also participate in the National Resident Matching Program (NRMP) so we have agreed to **only** accept applicants who are participating in the NRMP. <u>**We do not offer positions outside the NRMP.**</u> We have 13 positions available for PGY-1 residents. **At this time our program does not have any vacancies for 2nd & 3rd year residents.**

We review all applications sent to us through ERAs. In the 2021-2022 application season, we received almost 2,000 applications for our 13 positions & filled through ERAS. Our requirements are:

1. We do require **passing** the USMLE/COMLEX exams on the **first attempt** (both Step 1 and Step 2) and **one year** of prior U.S. training, which can include any research work.

2. We require applicants **be within 5 years following graduation from medical school.**

3. **All scores and testing must be completed before an applicant will be considered for interview (we understand that graduation from medical school must take place before you can receive your ECFMG certificate).**

4. Please keep in mind that The University of Tennessee Medical Center/Knoxville does **not** sponsor the H-1 VISA. We do currently have International Medical Graduates in our program (14) - all are either citizens of the U.S. or on a J-1 Visa.

**EXHIBIT J**

MK000112

5. **Sorry, but due to legal matters (patient confidentiality, malpractice, etc), The University of Tennessee Medical Center or UT Graduate School of Medicine does not allow observerships or externships.**

**Please note that we do not deviate from these rules - we really do mean no more than 5 years following graduation from medical school, one full year of prior U.S. training and all tests must be passed on the first attempt.**

To find out more, please visit UT Graduate School of Medicine, Department of Medicine.

**Again, thank you for your inquiry.** We feel we have an excellent program to offer you. Deadline for receipt of applications will be December 1, 2022.

Daphne Norwood, MD
Interim Program Director, Internal Medicine Residency
University of Tennessee Graduate School of Medicine
The University of Tennessee Medical Center at Knoxville

*Description of the Program* (.pdf)

# The Department of Medicine

Faculty

Faculty by Divisions

Residency Program

Cardiovascular Disease Fellowship

Interventional Cardiology Fellowship

Hematology/Oncology Fellowship

Pulmonary Disease/Critical Care Medicine Fellowship

Transitional Year Program

Medical Student Education

Research

Clinical Trials

Scholarly Activity

MK000113



# Applicants

Internal Medicine / Residency Programs / Categorical / Applicants

## Two Tracks, 27 Total Positions

Our program has two tracks to which you can apply and match. All 27 positions are filled through the National Resident Matching Program (NRMP). All applications are through the Electronic Residency Application Service (ERAS).

**Categorical**

21 positions per year



EXHIBIT K

MK000120

Program ID: 1848140C0

**Primary Care**
Six positions per year
Program ID: 1848140M0

## In This Section

> Applicants

    Interview

    Why UK Internal Medicine?

    Explore UK HealthCare

    Explore Lexington, KY

---

# Welcome from the Department Chair - Darwin Conwell, MD



UK_Chair Welcome_Final_070822

ProsperN.G

02:18

# Current Residents: Why UK?



*Madison Tackett, MD: [I]t felt like home to me!...UK is such an important medical hub for the region. I truly feel like I am making a difference for rural people while also learning in a rich academic setting.*

## Selection

We select candidates to interview based on their complete application and seek a class that lives the values of this program.

- Collegiality and teamwork—we care for one another
- The richness of human differences—we all have unique paths
- Connection to our complex patients—including the underserved and rural Kentucky

## Additional Program Requirements

Our application review relies on the Medical School Performance Evaluation, Internal Medicine Standard Evaluation Letter from your clerkships, personal statement, and three letters of recommendation. We expect a first-time passing score on Step 1. We generally prefer a United States Medical Licensing Exam (USMLE) Step 2 score around the mean.

USMLE is preferred to the Comprehensive Osteopathic Medical Licensing Examination (COMLEX), although we do consider both.

## International Students

For international medical graduates, you must be Educational Commission for Foreign Medical Graduates (ECFMG)-certified by June 30 of the year you plan to start residency. We consider applicants who are

MK000122

less than three years out from medical school graduation or those who have been actively practicing clinical medicine.

UK only sponsors J-1 Visas, and the Office of Graduate Medical Education (not the department of medicine) makes all resident-related visa decisions.

# Graduate Profiles



*Meredith McAdams, MD: UK provided me with many great mentors in both the clinical and research realms...I do not believe I would have been as successful in my fellowship as I was if not for my residency training experience at UK.*

## Benefits

For information about stipends, vacation, health insurance, and more, please visit the Graduate Medical Education page **here**.

Internal Medicine

MK000123

## Department of Medicine — Internal Medicine Residency Program

School of Medicine

# Information for Applicants

Thank you for your interest in the University of Colorado School of Medicine Internal Medicine Residency Training Program! Browse the tabs below for information on how to apply, requirements, eligibility and selection, interview dates, and international medical graduates.

### Electronic Residency Application Service

How to Apply | Requirements, Eligibility and Selection | Interview Dates | International Medical Graduates

# Requirements, Eligibility, and Selection

### Our approach to selecting applicants:

- We take a holistic approach to review applications. We take into account the following characteristics: diverse life experiences, medical school performance (with a focus on clerkships and in particular the medicine clerkship and medicine sub-internship), community involvement and engagement, scholarly work, and demonstration of leadership qualities.
- We will not accept any applications sent to us in ERAS after 4pm on Thursday, October 6th, 2022.
- We do not have a set USMLE or COMLEX cut-off score; however, most of our applicants score above 225 on USMLE Step 1. We expect that individuals have passed the exams in their first attempt and performed competitively. We do accept COMLEX scores in lieu of USMLE. The minimum required COMLEX score is 600.
    - USMLE Step 2 scores are not required at the time of application but must be completed before starting residency.
- We strongly recommend having one month of clinical experience in a U.S. healthcare system. Tele-rotations do count as clinical experience; however, we do not count observerships or research as clinical experience.

### Requirements:

- We will accept only applications submitted to us electronically through ERAS. If you are an international medical graduate, you must apply to our program through an ECFMG office.
    - We **are** utilizing the supplemental application for the AY22-23 application cycle
- We require a chairman's letter and three letters of recommendation, which is a total of 4 letters.
    - Chairman's letter is optional for preliminary applicants.
    - For those applying after serving in the armed forces after medical school graduation, we require a chairman's letter from your time at medical school and strongly suggest one of your letters of recommendation be from your current commanding officer.
- Residents in our program must be a U.S. citizen, lawful permanent resident, refugee, asylee, or possess the appropriate documentation to allow a resident to legally train at the University of Colorado School of Medicine.
- Residents in our program must be vaccinated against COVID19 in addition to all standard vaccine series required to work in a medical environment.
- International Medical Graduates must be ECFMG (Educational Commission for Foreign Medical Graduates) certified at the time of your application or far enough along in the application process that you will receive certification no later than February 1 of the year in which you plan to match.

EXHIBIT L

MK000126

## Entry Requirements:

*The Department of Medicine at the University of Colorado does not discriminate with regard to age, sex, race, religion, national origin, disability, or Veteran status.*

- Certification by the National Board of Medical Examiners (NBME), the National Board of Osteopathic Medicine (NBOME), or the Educational Commission for Foreign Medical Graduates (ECFMG) is required.

- International medical graduates must hold a valid ECFMG (Educational Commission for Foreign Medical Graduates) certificate, or have a full, unrestricted license to practice medicine in a U.S. licensing jurisdiction, or have completed a Fifth Pathway program provided by an LCME-accredited medical school.

The University of Colorado School of Medicine recognizes that housestaff enrolled in its program are trainees, not employees. As such, applicants also must be able to meet the conditions of the school's Houseofficer Training Agreement. Specifically, they must:

- Be a U.S. citizen or hold a valid U.S. resident alien card

- Possess (or be eligible to obtain) all three of the following:
  - Valid passport
  - Valid 1-94 card (obtained upon entry to the U.S.) that indicates D/S J-1 (Duration of Status for J-1 visa);
  - J-1 visa or H1B visa sponsorship from the ECFMG to train at the University of Colorado School of Medicine in the Department of Medicine.

- Eligible for a physician training license as granted by the Colorado Medical Board.

- In accordance with the CU GME USMLE, COMLEX, and LMCC Examination Policy, applicants must have successfully completed the USMLE Step 1 and USMLE Step 2 (CK and CS) examinations, or the COMLEX Level 1 and COMLEX Level 2 examinations, as evidenced by obtaining a passing grade for the examinations prior to starting a residency.

## Selection Criteria:

- We look for ability, aptitude, academic credentials, communication skills, and personal qualities such as motivation and integrity, and the ability to function within parameters expected of a practitioner in the specialty.

- To determine the appropriate level of education for individuals wishing to transfer from another training program, the program director must receive written verification of previous educational experiences and a statement regarding the performance evaluation of the transferring resident prior to acceptance into the program.

- We will review and select applicants in a manner consistent with provisions of equal opportunity employment and will not discriminate with regard to sex, race, age, religion, color, national origin, disability, or any other applicable legally protected status.

- We participate in the National Resident Matching Program (NRMP).