# EXHIBIT D





EXHIBIT
**JX-25**

## USMLE STEP 3

Overview

Step 3 Application

Critical Announcements

Step 3 FAQ

Home  /  USMLE Step 3  /  State Specific Requirements for Initial Medical Licensure

# STATE SPECIFIC REQUIREMENTS FOR INITIAL MEDICAL LICENSURE

*FSMB reviews and updates this information annually and/or at the request of a board. We strongly encourage you to use this as a guide and to contact the board for the most recent information. Contact information for all boards is available at:* ***https://www.fsmb.org/contact-a-state-medical-board/***

AL AK AZ AR CA CO CT DE DC FL GA GU HI ID IL IN IA KS KY LA ME MD MA MI
MN MS MO MT NE NV NH NJ NM NY NC ND MP OH OK OR PA PR RI AS SC SD TN
TX UT VT VI VA WA WV WI WY

## Alabama

✔ Accepts FCVS



EXHIBIT

M

MK000128



- No limit on COMLEX

**Minimum Postgraduate Training Required**
- 1 year ACGME training for US grads
- 3 years ACGME training for IMG's

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to successfully complete all USMLE Steps
- No limit on COMLEX (if board certified by one of the ABMS approved boards can complete all parts in 10 years)

# Alaska

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 2 attempts per USMLE Step
- 2 attempts per COMLEX Level

**Minimum Postgraduate Training Required**
- 2 years
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE
- 10 years for MD/PhD candidates
- 7 years to complete COMLEX

# Arizona Medical

↑

MK000129



**Number of attempts at Licensing Exam**
- No limit on USMLE

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE if initial licensure
- No limit if already licensed

# Arizona Osteopathic

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- Contact the board for information

**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- Contact the board for information

# Arkansas

✔ Accepts FCVS

**Number of attempts at Licensing Exam**



MK000130



**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG unless currently enrolled in training program through University of Arkansas for Medical Sciences.

**Time Limit for Completing Licensing Examination Sequence**
- No limit on USMLE or COMLEX

# California Medical

✓ Limited acceptance of FCVS

**Number of attempts at Licensing Exam**
- 4 attempts at USMLE Step 3

**Minimum Postgraduate Training Required**
- 1 year
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- Passing scores on a written/computerized exam shall be valid for a period of 10 years from the month of the examination

# California Osteopathic

✓ Limited Acceptance of FCVS

**Number of attempts at Licensing Exam**



**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- No limit on COMLEX

# Colorado

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- No limit on USMLE
- No information available on COMLEX

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years from first sitting to complete USMLE or COMLEX
- 10 years for MD/PhD or DO/PhD candidates

# Connecticut

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- No limit on USMLE



**Minimum Postgraduate Training Required**
- 2 years

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE
- No limit on COMLEX

# Delaware

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- No more than 6 attempts to pass each step

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE

# Washington, DC

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at USMLE Step 3; After which one additional year of postgraduate training is required.
- No limit on COMLEX



MK000133



**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE; No limit on COMLEX

# Florida Medical

✔ Highly recommends FCVS

**Number of attempts at Licensing Exam**
- No limit on USMLE

**Minimum Postgraduate Training Required**
- 1 year
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- No limit on USMLE

# Florida Osteopathic

✔ Highly recommends FCVS

**Number of attempts at Licensing Exam**
- Contact the board for information

**Minimum Postgraduate Training Required**
- 1 year in an AOA-approved program

MK000134



# Georgia

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts per USMLE Step
- No limit on COMLEX

**Minimum Postgraduate Training Required**
- 1 year
- 1 year if IMG is on list
- 3 years IMG if not on list

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE
- 9 years to complete USMLE if in MD/PhD program
- No limit on COMLEX

# Guam

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- No information at this time

**Minimum Postgraduate Training Required**
- No information at this time

**Time Limit for Completing Licensing Examination Sequence**



MK000135



# Hawaii

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- No limit on USMLE or COMLEX

**Minimum Postgraduate Training Required**
- 1 year
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- No limit on USMLE or COMLEX

# Idaho

✓ Accepts FCVS
✓ Requires Uniform Application

**Number of attempts at Licensing Exam**
- Failure to pass USMLE after 2 attempts may lead to Board interview or evaluation
- No limit on COMLEX

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG (can be licensed after 2 years if in good standing with Idaho residency training program, and has signed an agreement to complete residency in Idaho)

**Time Limit for Completing Licensing Examination Sequence**
- No limit on USMLE or COMLEX



MK000136



# Illinois

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- 5 attempts at all USMLE Steps combined
- 5 attempts at COMLEX Levels combined

**Minimum Postgraduate Training Required**
- 24 months of training

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE
- No limit on COMLEX

# Indiana

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts per USMLE Step
- 5 attempts per COMLEX Level

**Minimum Postgraduate Training Required**
- 1 year
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 10 years to complete USMLE



MK000137



---

# Iowa

✔ Accepts FCVS
✔ Utilizes Uniform Application

**Number of attempts at Licensing Exam**
- 6 attempts at both USMLE Step 1 and 2
- 3 attempts at USMLE Step 3
- 6 attempts at both COMLEX Levels 1 and 2
- 3 attempts at COMLEX Level 3
- 3 years of approved postgraduate training required if outside the attempt limit.

**Minimum Postgraduate Training Required**
- 1 year
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 10 years to complete USMLE or COMLEX
- 10 years for MD/PhD or DO/PhD candidates. Note: Board certification by ABMS or AOA is required if the applicant has not met the specified time period.

---

# Kansas

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3+ attempts at USMLE Step 3 or COMLEX Level 3

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG (minimum 2 years in an ACGME approved program)



MK000138



- 10 years to complete COMLE or COMLEX

# Kentucky

✓ Requires FCVS

**Number of attempts at Licensing Exam**
- Step or Level 1-4 attempts
- Step or Level 2 CK-4 attempts
- Step or Level 2 CS-4 attempts
- Step or Level 3-4 attempts

**Minimum Postgraduate Training Required**
- 2 years

**Time Limit for Completing Licensing Examination Sequence**
- No limit on USMLE or COMLEX

# Louisiana

✓ Requires FCVS

**Number of attempts at Licensing Exam**
- No limit at USMLE Step 1 or COMLEX Level 1
- 4 attempts each at USMLE Steps 2 and 3 or COMLEX Levels 2 and 3

**Minimum Postgraduate Training Required**
- 2 years



# Maine Medical

✓ Requires FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at USMLE Step 3. More than 3 attempts requires a request for a waiver.

**Minimum Postgraduate Training Required**
- US/Canadian medical school graduates who graduated after July 1, 2004 must complete 3 years of ACGME accredited postgraduate training. (Those who graduated before July 1, 2004 are only required to complete 2 years of ACGME accredited PGT.) IMGs 3 years of ACGME accredited.

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete exam sequence (NBME, USMLE, and FLEX) More than 7 years requires a waiver.

# Maine Osteopathic

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each Step/Level

**Minimum Postgraduate Training Required**
- 1 year in AOA approved program

**Time Limit for Completing Licensing Examination Sequence**
- No limit on COMLEX



MK000140



# Maryland

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- Unlimited attempts at each USMLE Step or COMLEX Level

**Minimum Postgraduate Training Required**
- 1 year
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- No time limit. There are additional requirements if an applicant fails an exam 3 or more times (See Health Occupations Article, Section 14–307(g))

# Massachusetts

✓ Requires FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at USMLE Step 3 or COMLEX (See Board Regulations 243 CMR 2.02 (3)(b).)

**Minimum Postgraduate Training Required**
- Prior to January 2014, 2 years for domestic graduates and 2 years for IMGs.
- After January 2014, 2 years for domestic graduates and 3 years for IMGs.

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE or COMLEX. May request a waiver under specific conditions. (See Board Regulations 243 CMR 2.02 (3)(c)(2).)



MK000141



# Michigan Medical

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each USMLE Step

**Minimum Postgraduate Training Required**
- 2 years

**Time Limit for Completing Licensing Examination Sequence**
- Must pass all Steps of the USMLE within 7 years from the date of first passing any Step of the exam.  Must pass Step 3 within 4 years of the first attempt at Step 3 or must complete 1 year of post-graduate training before making additional attempts at Step 3.

# Michigan Osteopathic

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 6 attempts total for each examination

**Minimum Postgraduate Training Required**
- 1 year in AOA approved program

**Time Limit for Completing Licensing Examination Sequence**
- Pass all components of the COMLEX-USA within 7 years from the date you first passed any component of the COMLEX-USA





# Minnesota

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each USMLE Step, 4 attempts allowed if current license in another State and current certification by specialty board of ABMS, AOABPE, RCPSC, CFPC.
- 3 attempts at each COMLEX Level.

**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- USMLE or COMLEX Step or Level 3 must be passed within 5 years of Step or Level 2 or before the end of residency training.

# Mississippi

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each Step
- No limit on COMLEX

**Minimum Postgraduate Training Required**
- 1 year
- 1-3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE
- No limit on COMLEX



MK000143



# Missouri

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at USMLE Step 3
- 3 attempts on COMLEX

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE (waived for MD/PhD candidates)
- No limit on COMLEX

# Montana

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- If an applicant fails to pass the first attempt at USMLE Step III, the applicant may be reexamined no more than five additional times.
- No limit on COMLEX

**Minimum Postgraduate Training Required**
- Completion of an approved residency program
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE (exceptions possible for MD/PhD candidates)



MK000144



---

# Nebraska

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- 4 attempts+ at each USMLE Step
- 4 attempts+ at each COMLEX Level

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 10 years to complete USMLE or COMLEX beginning with date first Step/Level is passed.

---

# Nevada Medical

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- Must pass all 3 Steps of USMLE in not more than a total of 9 attempts and must pass Step 3 in not more than a total of 3 attempts

**Minimum Postgraduate Training Required**
- 3 years. An unlimited license may be granted to currently enrolled residents in a post graduate training program in the U.S. or Canada, that have completed at least 24 months of progressive post graduate training and meet all requirements for an unlimited license in the state of Nevada, including having passed all 3 steps of USMLE within the time period allowed by NAC 630.080 and commit in writing to the Nevada State Board of Medical





**Time Limit for Completing Licensing Examination Sequence**
- MD must pass all Steps of the exam within 7 years after the date on which the applicant first passes any Step of the exam; PhD must pass all Steps of the exam within 10 years after the date on which the applicant first passes any Step of the exam.

# Nevada Osteopathic

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- No limit on COMLEX

**Minimum Postgraduate Training Required**
- 3 years for full license OR 2 years if resident signs commitment to practice in NV

**Time Limit for Completing Licensing Examination Sequence**
- No limit on COMLEX

# New Hampshire

✔ Requires FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each USMLE Step or COMLEX Level

**Minimum Postgraduate Training Required**
- 2 years



# New Jersey

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 5 attempts at USMLE Step 3
- No information available on COMLEX

**Minimum Postgraduate Training Required**
- US and IMG graduates who graduated after July 1, 2003 must complete 2 years of postgraduate training and have signed a contract for a 3rd year in an accredited program. At least 2 of the years must be in the same field. Graduates prior to July 1, 2003: 1 year; 3 years IMG.

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE
- No information available on COMLEX

# New Mexico Medical

✓ Highly recommends FCVS

**Number of attempts at Licensing Exam**
- 6 attempts per USMLE Step

**Minimum Postgraduate Training Required**
- 2 years

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE



# New Mexico Osteopathic

✔ Highly recommends FCVS

**Number of attempts at Licensing Exam**
- No limit on COMLEX

**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- Within 7 years of having passed the first level

# New York

✔ Accepts FCVS for domestic graduates
✔ IMGs-FCVS required

**Number of attempts at Licensing Exam**
- No limit on USMLE or COMLEX

**Minimum Postgraduate Training Required**
- Domestic 1 year
- IMG 3 years

**Time Limit for Completing Licensing Examination Sequence**
- No limit on USMLE or COMLEX



MK000148



## North Carolina

✓ Accepts FCVS
✓ Requires FCVS for Physicians with an established FCVS Profile and for IMG's (unless eligible for an Expedited License)

**Number of attempts at Licensing Exam**
- 3 attempts per USMLE Step
- 3 attempts per COMLEX Level

**Minimum Postgraduate Training Required**
- 1 year
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- No time limit for passing all 3 steps

## North Dakota

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each USMLE Step or COMLEX Level

**Minimum Postgraduate Training Required**
- 1 year
- 30 months IMG of ACGME accredited training

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE or COMLEX





# Northern Mariana Islands

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- No information available at this time

**Minimum Postgraduate Training Required**
- No information available at this time

**Time Limit for Completing Licensing Examination Sequence**
- No information available at this time

---

# Ohio

✓ Requires FCVS

**Number of attempts at Licensing Exam**
- An applicant for licensure has a total of 5 attempts (or 5 times to fail) a USMLE Step or COMLEX Level. The applicant must have passed on the 6th attempt.

**Minimum Postgraduate Training Required**
- 1 year
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 10 years to complete USMLE or COMLEX (possible waiver good cause if over 10 years)



MK000150



# Oklahoma Medical

✓ Accept FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each USMLE Step (Step 2 = CK & CS)

**Minimum Postgraduate Training Required**
- 1 year
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 10 years to complete USMLE

# Oklahoma Osteopathic

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- Contact the board for information

**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- No limit on COMLEX

MK000151



# Oregon

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at USMLE step 3/COMLEX level 3. 4th attempt after additional 1 year postgraduate training. Waiver of attempt requirement may be available if ABMS/AOA certified.

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE or COMLEX

---

# Pennsylvania Medical

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- No more than 4 attempts at each Step or Step Component

**Minimum Postgraduate Training Required**
- 2 years

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE





# Pennsylvania Osteopathic

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- No limit on COMLEX

**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- No limit on COMLEX

# Puerto Rico

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- No limit on USMLE

**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- USMLE Step 3 shall be passed within 7 years of the date of passing Step 1.

MK000153



# Rhode Island

✔ Requires FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each USMLE Step
- 3 attempts at each COMLEX Level

**Minimum Postgraduate Training Required**
- 2 years
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE
- No information available on COMLEX

# American Samoa

**Number of attempts at Licensing Exam**
- No information available at this time

**Minimum Postgraduate Training Required**
- No information available at this time

**Time Limit for Completing Licensing Examination Sequence**
- No information available at this time

MK000154



# South Carolina

✓ Requires FCVS

**Number of attempts at Licensing Exam**
- 4 attempts per USMLE Step and COMLEX Level

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 10 years to complete USMLE or COMLEX

# South Dakota

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- Allowed 3 attempts, must pass on third, for the USMLE or COMLEX examination

**Minimum Postgraduate Training Required**
- Successful completion of residency program

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE or COMLEX
- 10 years for Dual Program Degree MD-PhD Applicant



MK000155



# Tennessee Medical

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- Applicants who fails any step of the USMLE or FLEX more than (3) times must show ABMS board certification & proof of meeting requirements for Maintenance of Certification to be considered for licensure.

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- All three steps must be taken and passed within ten (10) years of the first successful step, unless you qualify under an exception.

# Tennessee Osteopathic

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts

**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- No limit on COMLEX



MK000156



# Texas

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each USMLE Step or COMLEX Level. (Exceptions may apply for applicants who held a Texas Physician in Training permit on or before September 1, 2005 or who have been licensed in good standing in another state for 5 years. See **TMB website** for more information.)

**Minimum Postgraduate Training Required**
- 1 year
- 2 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years+ to complete the USMLE or COMLEX. (Exceptions may apply for applicants who are especially board certified or who completed combined MD/PhD programs, or who exceed the time limit but are willing to accept a limited license to practice exclusively in an MUA or HPSA. See **TMB website** for more information.)

# Utah Medical

✓ Requires FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at USMLE Step 3

**Minimum Postgraduate Training Required**
- 2 years completed - OR - 1 year of training complete, with a second year in the state of Utah in progress

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE
- 10 years for MD/PhD candidates



MK000157



## Utah Osteopathic

✔ Requires FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each COMLEX Level

**Minimum Postgraduate Training Required**
- 2 years completed OR 1 year of training complete, with a second year in the state of Utah in progress

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete COMLEX
- 10 years for DO/PhD candidates

## Vermont Medical

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at USMLE Step 3

**Minimum Postgraduate Training Required**
- 2 years
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 7 years to complete USMLE





# Vermont Osteopathic

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- No information available at this time

**Minimum Postgraduate Training Required**
- 1 year rotating internship or 3 year residency program

**Time Limit for Completing Licensing Examination Sequence**
- No information available at this time

# Virgin Islands

✔ Requires FCVS

**Number of attempts at Licensing Exam**
- Must take SPEX (only given in May and November) and an oral exam. 2 attempts

**Minimum Postgraduate Training Required**
- 6 months required after 2 attempts for SPEX exam

**Time Limit for Completing Licensing Examination Sequence**
- 3 years to pass the 2 attempts allowed for re-examination. 1 year limitation to take the oral exam after passing written.

MK000159



# Virginia

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- No limit on USMLE

**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- 10 years to complete USMLE; Greater than 10 years if candidate is ABMS certified.

# Washington Medical

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at USMLE Step 3

**Minimum Postgraduate Training Required**
- 2 years

**Time Limit for Completing Licensing Examination Sequence**
- 7 years+ to complete USMLE

MK000160



# Washington Osteopathic

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts on COMLEX

**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- No limit on COMLEX

# West Virginia Medical

✓ Accepts FCVS

**Number of attempts at Licensing Exam**
- 6 attempts per USMLE Step or Step component

**Minimum Postgraduate Training Required**
- 1 year
- 3 years IMG

**Time Limit for Completing Licensing Examination Sequence**
- 10 years to complete USMLE





# West Virginia Osteopathic

**Number of attempts at Licensing Exam**
- No limit on COMLEX

**Minimum Postgraduate Training Required**
- 1 year

**Time Limit for Completing Licensing Examination Sequence**
- No limit on COMLEX

# Wisconsin

✔ Accepts FCVS

**Number of attempts at Licensing Exam**
- 3 attempts at each USMLE step/COMLEX level

**Minimum Postgraduate Training Required**
- 2 years

**Time Limit for Completing Licensing Examination Sequence**
- USMLE Step 3 shall be passed within 10 years of the date of passing Step 1
- N/A on COMLEX





# Wyoming

✓ Requires FCVS

**Number of attempts at Licensing Exam**
- 7 total attempts on USMLE or COMLEX in 7 years

**Minimum Postgraduate Training Required**
- 2 years (1 year if applicant has current certification by an ABMS or AOABOS/BOC specialty board, or continuous licensure in good standing in 1 or more states and/or D.C. for the preceding 5 years.)

**Time Limit for Completing Licensing Examination Sequence**
- 7 years (8 years if in combined DO or MD/PhD program)

↑

MK000163