# EXHIBIT F

**Composite Committee Actions Regarding Expunged Records**



On motion made, seconded and passed, the Composite Committee approved the following recommendation: it is recognized that circumstances may occur in connection with the computer delivery of USMLE which will prevent an examinee from completing his/her examination or which will result in an examinee receiving less than the standard amount of testing time, or which will result in some or all of an examinee=s responses being unavailable for scoring.  When such circumstances occur for reasons related to the computer delivery system and are through no fault of the examinee, an option available to such examinees will be to reschedule and take another administration of the Step in question; and, in the event that the examinee elects this option,

**EXHIBIT JX-24**

the administration affected by such circumstances will be omitted from the USMLE transcript and limitations regarding the frequency of reexamination will not be applicable to the rescheduled examination.

NBME000350