# EXHIBIT A

# Joanne Senoga, MD, PhD, MPH

720-965-9463♦jsenoga44@gmail.com

## Professional Summary

Public Health physician scientist with specialized expertise in Infection Prevention and Control, a niche in Multi Drug Resistance Organism but also interested in public health informatics. Expert in development of equitable and inclusive interventions that address health disparities.

## CORE COMPETENCIES

- ❖ Population Health analysis ♦ Survey Methodology ♦ Teaching ♦ Research/Data Analysis ♦ Editor/Abstract Reviewer
- ♦ Antimicrobial Stewardship ♦ HIV PrEP/ STI Prevention♦ Strategic Partnership Development ♦ Infectious Disease/CD
- ❖ Public Health Informatics ♦ Infection Control ♦ Medical Epidemiologist ♦ Medical chart review ♦ Health equity and outcomes review

## CERTIFICATIONS AND LICENSES

**Protecting Human Research Participants (PHRP) certificate**, Walden University, February 2018
**Education for Commission Foreign Medical Graduates (ECFMG)**- 2022-2024
**Federation of State Medical Boards**
**Illinois Physician Temporary License**
**Cardiopulmonary Resuscitation,** American Red Cross, January 2010 – 2020
**Advanced Clinical Life Support (ACLS) - 2019-2021**

## EXPERIENCES AND ACHIEVEMENTS

**Hektoen Institute of Medicine- Illinois Department of Public Health Infection Prevention and Control Consultant**
**December 13, 2021- March 31, 2022**
Aided Illinois health care facilities to implement best practices for infection prevention and control, with emphasis on facilities with high COVID 19 outbreak indexes. Performed comprehensive onsite and detailed remote facility-specific assessments and provided detailed and implementable recommendations, technical assistance, education, and follow up to facilities to address identified infection control gaps, all based upon established infection control principles and practices.

Utilized Nursing Home/ LTC CDC Infection Control Assessment Report in partnership with staff at targeted facilities to develop and monitor an improvement plan those addresses identified gaps in infection control. Served as a resource to local health departments to increase their infection prevention capacity through mentoring, education, and training in best practices. The contractor will be expected to have extensive interaction with an array of health care facilities and collaboration with multiple key stakeholders including local health departments, as well as work closely with the Illinois Department of Public Health (IDPH) Division of Patient Safety and Quality and CDC

**OSF Little Company of Mary, Infection Control Epidemiologist**
**May 2020 – December 2020**
Surveillance Hospital Acquired Infections and COVID-19, Enter Database through the NHSN Database (CDC) and knowledge of REDCAPs.  Intervene with recommendations and Educate health care workers on preventative measures. Decrease HAI and COVID control by measuring monthly outcomes. Weekly updates to leadership to ensure project completion within the Patient Centered Outcomes Research (PCOR) service line, institution, and external collaborators.

- Develop, implement, and participate in written and oral educational curricula dealing with nosocomial infection control for Health personnel and students on clinical rotations. Actively participate in continuing medical education programs
- Assist other departments, agencies, and personnel, including medical staff, to develop appropriate patient care protocols and guidelines, and education programs dealing with infection control.
- Be available to provide consultative services in infection control for all Health personnel, including physicians and department heads, as well as infection control practitioners and other professionals locally and nationally. This includes assisting with discharge planning of patients with infections as requested by various units, case managers or receiving institutions, and teaching family members who will provide care.
- Assess the risk of infection posed by manufactured equipment and patient care items and provide infection control input, as necessary, in decisions regarding purchasing. This may include coordinating or assisting in clinical trials and evaluations which require communication with management and department heads.
- Collaborate with materials management personnel regarding optimal methods of cleaning, disinfection, and sterilization of patient care equipment.
- Coordinate with employee health Services, as it pertains to infection control, development, and implementation of protocols for the prevention and management of exposures and infections in personnel.
- Counsel employees regarding risk and prevention of disease after exposures, and in association with pregnancy.
- Contribute infection control information to healthcare literature, including newsletters and media outlets.
- Education Competencies: Utilize feedback from educational efforts, such as posttests or attendee evaluations, to improve subsequent curricula.

**SMASH USMLE Tutor**
I helped students feel confident and well-prepared for the exams to help them succeed in their medical careers.
- Developing a personalized study plan for each student based on their strengths and weaknesses.
- Conducting one-on-one tutoring sessions with students to review material and answer questions.
- Providing feedback on practice tests and identifying areas where the student needs improvement.
- Offering tips and strategies for taking the USMLE exams, including time management and test-taking skills.
- Helping students manage stress and anxiety related to the exams.
- Staying up to date with changes to the USMLE exams and adjusting teaching methods accordingly.

**Jackson Park Hospital- January 2019-January 2020. Infection Control Practitioner. Medical Student 2016-2019**

Principal Investigator researching and identifying consultative relationships with allied organizations to provide technical and administrative leadership in research design and implementation.  Oversee, monitor, and review all aspects and phases of the mental health outreach program through oversight of the executive administration, correspondence with funders and internal and external collaborators, ensuring timelines and deliverables are met, and dissemination of research findings to advance and maintain the program.

*Professional Experience, continued*

---

- ❖ Manage study protocols conceptualization, ethical review, instrument development, data analysis, and dissemination
- ❖ Review and analyze for data variables related to Mental Health epidemiological, operational, and implementation science research
- ❖ Research external collaborators in securing funding raising capital of Existing or Potential Epidemics:
- ❖ Under the direction of the Epidemiologist, independently in his/her absence, direct and carry out investigation of outbreaks and other infection control problems using appropriate epidemiologic methodology.
- ❖ Plan and participate in ongoing applied research, in conjunction with the Epidemiologist and other members of the
- ❖ Infection Control Unit, to include study design, data analysis, writing reports or publications and presentations.
- ❖ Investigate and aid in post-exposure follow-up for employees and patients. Coordinate appropriate follow-up of employees through Employee Health Service.
- ❖ Epidemic investigation competencies: Utilize nosocomial infection surveillance data to identify infection rates above that expected from random variation or when a cluster of infections may be linked temporally, geographically, or by common exposure.
- ❖ Implement logical interventions based on the route(s) of transmission of the known or suspected infectious agent to interrupt further transmission and assess the impact of these interventions based on further incidence of infection.
- ❖ As needed - perform appropriate environmental sampling to identify medications, solutions, materials, processes, disinfectants, etc., which may serve as the reservoir of infection, or which may contribute to transmission.
- ❖ As needed - coordinate among unit staff, physicians, EHS, Microbiology Laboratory to collect appropriate cultures from patients and/or employees to assess colonization status and attack rate.
- ❖ As needed – utilize molecular subtyping data developed by the Infection Control Microbiologist to identify the relatedness of infecting microbial strains. Interpret molecular subtyping in the context of other epidemiologic data to help clarify the source(s) of infection and potential transmission scenarios. Tailor interventions as warranted.
- ❖ Sepsis data chart review

**Key Projects/Initiatives:** A formative assessment regarding Mental Health Access in South Side Chicago. A pilot study called IMARA (Informed, Motivated, Aware, and Responsible about AIDS) is a family-based HIV prevention program that helps African American teenagers, and their mothers work together to address risk behavior, improve parent-teen communication, and practice conflict resolution. IMARA aims to reduce the incidence of HIV in black female populations through strengthening family relationships and reducing sexual behavior that places young women at risk for STIs and HIV. Decreasing Sepsis Mortality using SOFA screening in underserved urban hospital in Chicago. Program evaluation of Cook County Illinois and Harrison County, Texas on HIV PrEP distribution

**Key Projects/Initiatives:** *90/90/90 initiative to End the HIV pandemic.*

---

## HONORS AND AWARDS

*Professional Experience, continued*

---

**2019-2021**         National Society Leadership and Success (NSLS) - Social Change/Community Service Committee

---

## MENTORING AND TEACHING

**Walden University, Health Sciences**, Instructor, Epidemiology, Infection Control: Analytic Skills for Programs and Policies
>Instructor, Methods in Analysis of Large Population Surveys
>Instructor, Statistical Methods for Sample Surveys
>Instructor, HIV in Women, Children and Adolescent
>Instructor, Issues in Survey Research Design

---

## RELATED AWARDS & RESEARCH EXPERIENCE

**Principal Investigator**, Walden University, Minneapolis, Minnesota (March 2018 – Present)
- Formative assessment of HIV risk and size estimation using census and enumeration methods among African American Women in South Chicago, October 2017 - September 2019
- the use of record systems to track early warning indicators of severe COVID-19 and Sepsis, May 2020– Present

---

## EDUCATION & TRAINING

**Walden University, Minneapolis, Minnesota.  PhD Diploma in process**
- **Doctor of Philosophy**, Public Health- Epidemiology, January 2017 - December 2022
    **Special Emphasis:** Grant & Funding, Quantitative methodology, Health Promotion and Community Outreach
    **Capstone Thesis:** Social Political and Economic determinants of Health; Using HIV PrEP distributions as a proxy into structural determinants of health and racism as a public health disparity outcome.

**Walden University, Minneapolis, Minnesota: MPH Diploma**
- **Master of Public Health**, Epidemiology, January 2014 – May 2017
    **Special Emphasis:**  Infectious Disease / Health Policy, Vaccine
    **Research Thesis:** Increasing HPV uptake in 11–13-year-old girls in South Side Chicago 2017

**Caribbean Medical University- Medical Degree Diploma**
- **Doctor of Medicine**, August 2014- 2021

---

## MEMBERSHIP AFFILIATION & COMMITTEE LEADERSHIP

**Membership Recruitment,** American Public Health Association, Washington, DC, 2014 – Present
**Student Leader, SAEM** Abstract and Research Reviewer, Illinois Chapter, 2019 – Present
**Member,** Society of Academic Emergency Medicine 2018 - Present
**Member,** American College of Physicians, American College of Emergency Physicians, American Medical Association, Council State Territorial Epidemiologist, Society of Academic Emergency Medicine (Equity and

Inclusion committee, Research Committee), American Family Physicians, Association for Profession in Infection Control and Epidemiology, Society of Healthcare Epidemiology of America

## SOFTWARE & TECHNICAL SKILLS

- **MS Office Core Products:** Word, Excel, Project, SharePoint, Zoom, Power Point, Access, Outlook, and Skype
- **Server Tools**: MySQL, Active Directory, Citrix, Epic
- **Technical Skills:** Point of Sales POS machine, Survey Monkey and Google Docs
- **Analytical Software (API'S):** Excel Pivot Tables, Access Databases, BI, NSSP Biosense platform, SAS beginner level, R beginner level, SPSS intermediate, and Google Analytics
- **Social Media Management:** Twitter, Instagram, Facebook, LinkedIn, Snapchat, and Pinterest
- **Internet Browsers:** Internet Explorer, Mozilla Firefox, and Chrome
- **Systems:** Windows, Mac OS X, Apple iOS, and Android, EPIC, EMR's