UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR.     )<br>       PLAINTIFF     )<br>     )<br>v.     )<br>     )<br>UNITED STATES MEDICAL LICENSING EXAMINATION,     )<br>    ET. AL     )<br>      DEFENDANTS     )<br>     ) | CIVIL ACTION NO.:<br>2:22-CV-03301 |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS**

Plaintiff, Dr. Markcus Kitchens, Jr., *pro se*, pursuant to this Court's scheduling orders and the Local Rules of the United States District Court for the Eastern District of Pennsylvania, submit the following objections set forth to Defendant's Deposition Designations. Plaintiff reserves the right to amend or modify any of the objections set forth on the basis of any stipulation entered into by the parties; corrections, revisions or other modifications to the underlying exhibits; and any ruling from the Court impacting admissibility.

Plaintiff objects to the introduction of deposition designations entered for the purpose of mischaracterizing testimony, misleading the Court, or are otherwise impermissible. Unless otherwise noted, Plaintiff reserves all other objections to admissibility including, but not limited to, objections based on lack of foundation, hearsay and relevance.

Respectfully submitted,

*/s/ Dr. Markcus Kitchens*
Dr. Markcus Kitchens
625 Hampton Way, #2
Richmond, KY 40475
T: (423) 314-4096
markzwanz@gmail.com
***Pro Se Plaintiff***

## CERTIFICATE OF SERVICE

      It is hereby certified that a true and accurate copy of the foregoing was filed electronically via the Pacer system and served to the following on May 11, 2023.

Jared D. Bayer
Cozen O'Connor
One Liberty Place
1650 Market Street, Ste. 2800
Philadelphia, PA 19103
T: (215) 665-4127
***Counsel for Defendant***
***National Board of Medical Examiners***

Caroline M. Mew
Perkins Coie LLP
700 Thirteenth Street, N.W., Ste. 800
Washington, D.C. 20005-3960
T: (202) 654-6200
E: CMew@perkinscoie.com
***Counsel for Defendant***

                                                  */s/ Dr. Markcus Kitchens*
                                                  Dr. Markcus Kitchens
                                                  ***Pro Se Plaintiff***