**AMENDED EXHIBIT A**

    The following are Plaintiff's designations of exhibits it may introduce at trial. In designating an exhibit, Dr. Kitchens does not concede any evidentiary objections to the introduction of, or use of, any exhibit listed below by Defendant NBME, which will depend, among other things, on any proposed use of the Exhibit at trial.

| EXHIBIT CHART ||
|---|---|
| **Exhibit Number** | **Document Description** |
| PX01 | D.E. 15 First Amended Complaint |
| PX02 | Kitchens1042 – 1056 Application for Accommodations dated 10/31/2021 |
| PX03 | NBME218-231 Accommodation Application dated 8/30/22 |
| PX04 | NBME216-217 Accommodation Rejection Letter 2/8/22 |
| PX05 | Kitchens1082 Berea College Disability Services Progress Note |
| PX06 | NBMEWHC62-63 Berea College Health Services 1.11.13 |
| PX07 | NBMEWHC61 Berea College Health Services 2.7.13 |
| PX08 | NBMEWHC60 Berea College Health Services 3.21.13 |
| PX09 | NBMEWHC58-59 Berea College Health Services 8.5.13 |
| PX10 | NBMEWHC56-57 Berea College Health Services 9.5.13 |
| PX11 | NBMEWHC54-55 Berea College Health Services 3.20.14 |
| PX12 | NBMEWHC53 Berea College Health Services 4.28.14 |
| PX13 | NBMEWHC51-52 Berea College Health Services 5.23.14 |
| PX14 | NBMEWHC49-50 Berea College Health Services 6.19.14 |
| PX15 | NBMEWHC25-28 White House Clinic Medical Record 7.8.14 |
| PX16 | NBMEWHC21-24 White House Clinic Medical Record 2.15.16 |
| PX17 | NBMEWHC18-20 White House Clinic Medical Record 7.26.17 |
| PX18 | NBMEWHC14-17 White House Clinic Medical Record 5.25.18 |
| PX19 | Kitchens1108-1109 Baptist Health Medical Records 3/23/21 |
| PX20 | Kitchens1110-1113 Baptist Health Medical Records 8/5/21 |
| PX21 | NBMEBACON5 ADHD Assessment Questionnaire |
| PX22 | NBMEBACON22-23 PHQ-9 |
| PX23 | NBMEBACON24-25 GAD-7 |
| PX24 | NBMEBACON26 Psychological Evaluation |
| PX25 | NBMEBACON51-69 DIVA-2 Interview Report |
| PX26 | NBMEBACON28-35 Connors CPT-3 |
| PX27 | NBMEBACON37-49 MOXO Report |
| PX28 | NBMEBACON70-75 ASR Report |
| PX29 | NBMEBACON70-81 ABCL Scale Scores |
| PX30 | NBMEBACON82-89 ADHD Assessment |
| PX31 | NBMEBACON204-207 Bacon Curriculum Vitae |
| PX32 | Kitchens1114-1117 Baptist Health Medical Records 2/10/22 |
| PX33 | Kitchens1118-1119 Baptist Health Medical Records 2/11/22 |
| PX34 | Kitchens1120-1123 Baptist Health Medical Records 4/28/22 |
| PX35 | Kitchens1124-1128 Baptist Health Medical Records 6/22/22 |
| PX36 | Kitchens1135-1141 Baptist Health Holbrook Initial Evaluation 8/25/22 |
| PX37 | Kitchens1142-1145, 1148-1149 Baptist Health Medical Records 9/22/22 |
| PX38 | Kitchens1146-1147 Baptist Health Medical Records 10/4/22 |

| | |
|---|---|
| PX39 | Kitchens1150-1155 Baptist Health Medical Records 11/14/22 |
| PX40 | Kitchens1156-1157 Baptist Health Medical Records 11/16/22 |
| PX41 | Kitchens1158-1161 Baptist Health Medical Records 11/19/22 |
| PX42 | Kitchens1162-1167 Baptist Health Medical Records 1/10/23 |
| PX43 | Kitchens1168-1171 Baptist Health Medical Records 2/3/23 |
| PX44 | Kitchens1172-1178 Baptist Health Medical Records 2/6-7/23 |
| PX45 | Kitchens1179-1182 Baptist Health Medical Records 3/12/23 |
| PX46 | Kitchens1183-1190 Baptist Health Medical Records 3/24/23 |
| PX47 | Baptist Health Medical Records 4/16/23 |
| PX48 | ADHD DSM-5 |
| PX49 | Generalized Anxiety DSM-5 |
| PX50 | NBMEBEREA6 KASPER Report |
| PX51 | NBMEBEREA8 KASPER Report |
| PX52 | NBME210 CBSE Score 12/10/2020 |
| PX53 | NBME270 CBSSA Report 2/14/2022 |
| PX54 | CBSSA Report 3/21/22 |
| PX55 | D.E. 28 MK15 CBSSA 4/1/22 |
| PX56 | CBSSA 3/3/23 |
| PX57 | Kitchens1102 LF Dr. G. Khan 4/22/20 |
| PX58 | MCAT 4/5/14 |
| PX59 | NBME238-239 TAR Report |
| PX60 | NBME243 TAR Report |
| PX61 | NBME258 TAR Report |
| PX62 | NBME260 TAR Report |
| PX63 | NBME251 Call Log 2/10/22 |
| PX64 | NBME82-83 Disability Assessment Analyst I |
| PX65 | NBME85-86 Disability Assessment Analyst II |
| PX66 | NBME88-90 Disability Services Specialist |
| PX67 | NBME105-106 What to Submit |
| PX68 | NBME113-114 Evaluation Report |
| PX69 | NBME118-119 Relevant Objective Records |
| PX70 | NBME154-159 Blank Application Form |
| PX71 | NBME186-191 Scoring and Score Reporting |
| PX72 | NBME172 Mission Statement |
| PX73 | Kitchens9-15 Retake Policy MUL |
| PX74 | NBME349-350 Composite Committee Actions Regarding Expunged Records |
| PX75 | NBME414 NBME Processing Accommodations |
| PX76 | D.E. 28 MK48-49 Example Questions |
| PX77 | Kitchens1191 MUL Dean's Letter |
| PX78 | D.E. 25 MK112-113 University of Tennessee Knoxville Residency Criteria |
| PX79 | D.E. 25 MK120-123 University of Kentucky Residency Criteria |
| PX80 | D.E. 25 MK126-127 University of Colorado Boulder Residency Criteria |
| PX81 | D.E.28 MK50 IM Residency Map |
| PX82 | Kitchens1208-1209 SAIL Program |
| PX83 | D.E. 28 MK32-36 COVID-19 and Prometric Test Center Closures |
| PX84 | Impact of USMLE STEP 1 Study |
| PX85 | Unemployment and Early Cause-Specific Mortality Study |
| PX86 | Combined 2019-2022 Report Stats |
| PX87 | USMLE Median STEP 1 Score by Specialty |

| | |
|---|---|
| PX88 | Photographs of MK Office |
| PX89 | Defendant's Answers to Interrogatories |
| PX90 | Defendant's Responses to Requests for Production of Documents |