UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARKCUS KITCHENS, JR. | ) | |
|     PLAINTIFF | ) | |
| | ) | CIVIL ACTION NO.: |
| v. | ) | 2:22-CV-03301-JMY |
| | ) | |
| UNITED STATES MEDICAL LICENSING EXAMINATION, | ) | |
|     ET. AL | ) | |
|     DEFENDANTS | ) | |
| | ) | |

**TRIAL EXHIBIT CHART**

| Exhibit | Description | Stip. | Offered | Object. | Admit/Denied |
|---|---|---|---|---|---|
| PX05 | Berea College Disability Services Progress Note 1/10/2013 | | Plaintiff | None | Admit |
| PX02 | Application for Accommodation 10/31/2021 | | Plaintiff | None | Admit |
| PX26 | Connors CPT-3 2/3/2023 | | Plaintiff | None | Admit |
| PX03 | Application for Accommodation 8/30/2022 | | Plaintiff | Objection: Leading | Admit |
| PX57 | Letter from Dr. Ghori Khan 4/20/2022 | | Plaintiff | Objection: Foundation | Admit |
| PX75 | NBME Flowchart | | Plaintiff | None | Admit |
| ~~PX79~~ | UK Residency Website | | ~~Plaintiff~~ | Objection: Hearsay | Denied |
| PX84 | Impact of USMLE Step 1 Study | | Plaintiff | Objection: Hearsay | Admit |
| JX01 | Elementary School Transcript | Y | Plaintiff | None | Admit |
| JX02 | Middle School Transcript | Y | Plaintiff | None | Admit |
| JX03 | High School Transcript | Y | Plaintiff | None | Admit |
| | | | | | |
| | | | | | |

1