<div align="right">
Dr. Markcus Kitchens Jr.<br>
Markzwanz@gmail.com<br>
T: +1 (423) 314-4096
</div>

May 22, 2023

*VIA Email*

The Honorable John F. Murphy
United States District Court for the Eastern District of Pennsylvania 601 Market Street, Rm. 3809
Philadelphia, PA 19106

    **Re: Kitchens v. National Board of Medical Examiners, No. 2:22-cv-03301**

Dear Judge Murthy,

I hope this letter finds you in good health and high spirits. I am writing to respectfully request your consideration and, if possible, an expedited ruling on the merits of my case regarding the disability accommodations I sought during my application process. I apologize if this request is out of order, and I fully understand and respect the protocol and procedures of the court.

  I write to you today to share my concerns regarding the timing of the ruling. As you are aware, the timing of the ruling on whether there was a disability during my application for accommodations holds significant implications for my future career prospects. If this part of your ruling delayed and I am unable to take the STEP exams until the middle of the fall, it will result in residency programs overlooking my application entirely. I now understand why you ask during the pre-trial conference if you should separate the two ruling. If you do this and potentially rule in my favor, it will allow me to take the STEP exams now with accommodations and obtain the scores before the Residency programs begin reviewing the applications starting in September 2023. This will also allow me to be able to show the hard work I've given to tireless studying over the past 4 months. Given the high stakes involved, I humbly request your understanding in expediting the ruling on the merits of this aspect of my case.

  Once again, I apologize if my request for an expedited ruling is inappropriate or outside the bounds of court procedure. I genuinely seek your guidance and assistance in finding a just and timely resolution without undue hindrance.

  Thank you for your attention to this matter.

<div style="margin-left: 50%;">
Respectfully submitted<br>
*/s/ Dr. Markcus Kitchens*<br>
Dr. Markcus Kitchens<br>
***Pro Se Plaintiff***
</div>