**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DR. MARKCUS KITCHENS, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  22-3301** |
| | : | |
| **NATIONAL BOARD OF MEDICAL** | : | |
| **EXAMINERS** | : | |

# <u>ORDER</u>

**AND NOW**, this 22nd day of May 2023, upon considering Plaintiff's Letter (DI 72)

requesting an expedited ruling, it is **ORDERED** Defendant shall file a responsive letter no later

than **May 25, 2023**, after having met and conferred with Dr. Kitchens.


**MURPHY, J.**