# EXHIBIT B

# Mew, Caroline (WDC)

| | |
|---|---|
| **From:** | Mew, Caroline (WDC) |
| **Sent:** | Friday, May 19, 2023 10:22 AM |
| **To:** | M Z |
| **Subject:** | FW: 22-cv-3301 Kitchens v. Medical Licensing - Transcript cost estimate/process where parties are splitting the cost of the transcript |

Hello Markcus,

Please see below and let me know if you want to do the 14-day transcript or 30-day transcript. We should order today given the deadlines.

Thanks,
Caroline

---

**From:** Lynn Gligor <Lynn_Gligor@paed.uscourts.gov>
**Sent:** Friday, May 19, 2023 10:14 AM
**To:** Alisa Ross <Alisa_Ross@paed.uscourts.gov>; Mew, Caroline (WDC) <CMew@perkinscoie.com>
**Cc:** M Z <markzwanz@gmail.com>; PAEDml_TranscriptRequest <PAEDml_TranscriptRequest@paed.uscourts.gov>
**Subject:** RE: 22-cv-3301 Kitchens v. Medical Licensing - Transcript cost estimate/process where parties are splitting the cost of the transcript

Good morning Lisa, Ms. Mew and Dr. Kitchens,
The 14 day estimate for the total would be about $4,644, so each side would pay $2,322.
The 30 day estimate for the total would be about $4,104, so each side would pay $2,052.
When you decide the timeframe just let me know and I will send you a Transcript Purchase Order form for you to sign and date.
I don't need a down payment, you can just pay me when the transcript is delivered.
Thanks and have a great day,
Lynn

---

**From:** Alisa Ross <Alisa_Ross@paed.uscourts.gov>
**Sent:** Friday, May 19, 2023 10:00 AM
**To:** Mew, Caroline (WDC) <CMew@perkinscoie.com>
**Cc:** M Z <markzwanz@gmail.com>; PAEDml_TranscriptRequest <PAEDml_TranscriptRequest@paed.uscourts.gov>; Lynn Gligor <Lynn_Gligor@paed.uscourts.gov>
**Subject:** RE: 22-cv-3301 Kitchens v. Medical Licensing - Transcript cost estimate/process where parties are splitting the cost of the transcript

Good morning.

We have been advised that the hearing referenced in the above-noted matter was recorded by Official Court Reporter, Lynn Gligor.

Please reach out to her directly via telephone at 267-299-7251 or via email at: Lynn_gligor@paed.uscourts.gov to move forward with this order.

We have copied the court reporter on this email so that she will be aware that you will be reaching out to her for assistance.

*Please **REPLY TO ALL** when responding to this email so that the first available clerk can assist you.*

Thank you,



**Transcript Processing Department**
United States District Court
Eastern District of Pennsylvania

PAEDml_TranscriptRequest@paed.uscourts.gov

---

**From:** Mew, Caroline (WDC) <CMew@perkinscoie.com>
**Sent:** Friday, May 19, 2023 9:50 AM
**To:** PAEDml_TranscriptRequest <PAEDml_TranscriptRequest@paed.uscourts.gov>
**Cc:** M Z <markzwanz@gmail.com>
**Subject:** Transcript cost estimate/process where parties are splitting the cost of the transcript

**CAUTION - EXTERNAL:**

Good morning,

The parties have been ordered to order the complete trial transcript in Case No. 22-3301. The trial was held from May 15-19, 2023, and the court reporter was Lynn Gilgor. Before an order is submitted, would you please provide the following information:

(1)  Would you please estimate the cost of the transcript under (a) 14-day delivery and (b) 30-day delivery; and

(2)  Would you please advise on how we should handle the order form and payment where the parties are splitting the cost of the transcript.

Plaintiff, Markcus Kitchens, is copied on this message.

Thank you,
Caroline Mew
Counsel for NBME

**Caroline Mew | Perkins Coie LLP**
**PARTNER**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1767
E. CMew@perkinscoie.com



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

# Mew, Caroline (WDC)

| | |
|---|---|
| **From:** | Mew, Caroline (WDC) |
| **Sent:** | Monday, May 22, 2023 9:35 AM |
| **To:** | M Z |
| **Subject:** | FW: Trial transcripts |

Hello Markcus,

What is your preference for proceeding? Please note that, if we go with the 30-day transcript, I may need to request an additional adjustment to the briefing schedule (in addition to pushing back the deadlines generally in light of the transcript scheduling) because I will be out of the office the week of July 23.

Also, please confirm that you agree to a request on behalf of the parties to strike the exhibits at Dkt. 65, which you filed last Monday. This filing includes exhibits that were not introduced into evidence as well as many documents containing your DOB. I can send an email to chambers on behalf of the parties.

Thanks,
Caroline

**From:** Lynn Gligor <Lynn_Gligor@paed.uscourts.gov>
**Sent:** Monday, May 22, 2023 8:51 AM
**To:** M Z <markzwanz@gmail.com>; Mew, Caroline (WDC) <CMew@perkinscoie.com>
**Subject:** Trial transcripts

Good morning, Dr. Kitchens and Ms. Mew,
Have you decided on a time frame? I need to know so I can work it into my schedule.
Thank you and have a great day,
Lynn

# Mew, Caroline (WDC)

| | |
|---|---|
| **From:** | Mew, Caroline (WDC) |
| **Sent:** | Monday, May 22, 2023 10:52 AM |
| **To:** | M Z; Lynn Gligor |
| **Cc:** | Alisa Ross; PAEDml_TranscriptRequest |
| **Subject:** | RE: 22-cv-3301 Kitchens v. Medical Licensing - Transcript cost estimate/process where parties are splitting the cost of the transcript |

NBME also agrees to the 14-day timeframe.

---

**From:** M Z <markzwanz@gmail.com>
**Sent:** Monday, May 22, 2023 10:49 AM
**To:** Lynn Gligor <Lynn_Gligor@paed.uscourts.gov>
**Cc:** Alisa Ross <Alisa_Ross@paed.uscourts.gov>; Mew, Caroline (WDC) <CMew@perkinscoie.com>; PAEDml_TranscriptRequest <PAEDml_TranscriptRequest@paed.uscourts.gov>
**Subject:** Re: 22-cv-3301 Kitchens v. Medical Licensing - Transcript cost estimate/process where parties are splitting the cost of the transcript

Good Morning Ms. Gligor,

I apologize for the delay and thank you for your email. I will agree to the 14 day transcript delivery. I think this will be best given the time frame.

Best Regards,

Dr. Markcus Kitchens Jr.

Legal Disclaimer:
The information contained in this message is intended only for the recipient, and may otherwise be privileged and confidential. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify me by replying to the message and deleting it from your computer.

> On May 19, 2023, at 10:13 AM, Lynn Gligor <Lynn_Gligor@paed.uscourts.gov> wrote:
>
> Good morning Lisa, Ms. Mew and Dr. Kitchens,
> The 14 day estimate for the total would be about $4,644, so each side would pay $2,322.
> The 30 day estimate for the total would be about $4,104, so each side would pay $2,052.
> When you decide the timeframe just let me know and I will send you a Transcript Purchase Order form for you to sign and date.
> I will send the invoice with the transcript and the invoice will have the price for you to pay only.
> I don't need a down payment, you can just pay me when the transcript is delivered.
> Thanks and have a great day,
> Lynn
>
> **From:** Alisa Ross <Alisa_Ross@paed.uscourts.gov>
> **Sent:** Friday, May 19, 2023 10:00 AM

1

**To:** Mew, Caroline (WDC) <CMew@perkinscoie.com>
**Cc:** M Z <markzwanz@gmail.com>; PAEDml_TranscriptRequest <PAEDml_TranscriptRequest@paed.uscourts.gov>; Lynn Gligor <Lynn_Gligor@paed.uscourts.gov>
**Subject:** RE: 22-cv-3301 Kitchens v. Medical Licensing - Transcript cost estimate/process where parties are splitting the cost of the transcript

Good morning.

We have been advised that the hearing referenced in the above-noted matter was recorded by Official Court Reporter, Lynn Gligor.

Please reach out to her directly via telephone at 267-299-7251 or via email at:Lynn_gligor@paed.uscourts.gov to move forward with this order.

We have copied the court reporter on this email so that she will be aware that you will be reaching out to her for assistance.

***Please REPLY TO ALL when responding to this email so that the first available clerk can assist you.***

Thank you,

<image001.png>
*Transcript Processing Department*
United States District Court
Eastern District of Pennsylvania

PAEDml_TranscriptRequest@paed.uscourts.gov

---

**From:** Mew, Caroline (WDC) <CMew@perkinscoie.com>
**Sent:** Friday, May 19, 2023 9:50 AM
**To:** PAEDml_TranscriptRequest <PAEDml_TranscriptRequest@paed.uscourts.gov>
**Cc:** M Z <markzwanz@gmail.com>
**Subject:** Transcript cost estimate/process where parties are splitting the cost of the transcript

**CAUTION - EXTERNAL:**

Good morning,

The parties have been ordered to order the complete trial transcript in Case No. 22-3301. The trial was held from May 15-19, 2023, and the court reporter was Lynn Gilgor. Before an order is submitted, would you please provide the following information:

(1)  Would you please estimate the cost of the transcript under (a) 14-day delivery and (b) 30-day delivery; and

(2)  Would you please advise on how we should handle the order form and payment where the parties are splitting the cost of the transcript.

Plaintiff, Markcus Kitchens, is copied on this message.

Thank you,
Caroline Mew
Counsel for NBME

**Caroline Mew | Perkins Coie LLP**
PARTNER
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1767
E. CMew@perkinscoie.com

<image002.png>

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.