# EXHIBIT C



# 2023 Main Residency Match® Calendar

The Match is managed in the NRMP's Registration, Ranking, and Results (R3) system

| | 2022 |
|---|---|
| **SEP 15** | **12:00 p.m. ET**: Registration opens |
| **OCT 1** | **8:00 a.m. ET**: Medical schools begin uploading rising seniors |
| | **2023** |
| **JAN 31** | **11:59 p.m. ET**: Applicant Standard Registration Deadline ($50 additional fee for late registration) <br><br> **11:59 p.m. ET**: Programs: quota change, withdrawal, creation of joint advanced/preliminary program tracks, and SOAP participation status deadlines |
| **FEB 1** | **12:00 p.m. ET**: Ranking opens for applicants and programs <br><br> Medical schools begin verifying student/graduate graduation credentials |
| **MAR 1** | **9:00 p.m. ET**: Rank Order List Certification Deadline for applicants and programs <br><br> • Applicant late registration and Match withdrawal deadline <br> • Medical school student/graduate graduation credentials verification deadline <br> • Institutional official change approvals deadline <br> • Program reversion deadline |
| **MAR 13** | **Match Week** <br><br> **9:30 a.m. ET**: Medical school *Unmatched Applicants* report available (embargoed until 10:00 a.m. ET) <br><br> **10:00 a.m. ET**: Applicant match status and program fill status available (by email and R3 system) <br><br> **Supplemental Offer and Acceptance Program® (SOAP®) begins** <br><br> **11:00 a.m. ET**: SOAP applicants can start preparing applications in the AAMC ERAS® system. |

| | |
|---|---|
| **Mar 16** | **8:00 a.m. ET:** Confidential *Advance Data Tables* report available to medical schools, programs, and institutions<br><br>Medical school confidential Match results reports and Match notification letters available<br><br>**9:00 a.m. ET: SOAP Rounds begin**<br><br>**2:00 p.m. ET:** Program *Confidential Roster of Matched Applicants* report available *(*by email and R3 system*)*<br><br>**9:00 p.m. ET: SOAP ends with posting of final *List of Unfilled Programs* in the R3 system** |
| **Mar 17** | **Match Day**<br><br>**12:00 p.m. ET: Medical school Match Day ceremonies**<br><br>**12:00 p.m. ET: Applicant Match results available** (by email and R3 system)<br><br>- *Advance Data Tables* available at **www.nrmp.org**<br>- Program *Match Results by Ranked Applicant* and *SOAP Programs Preferred Applicants* reports available |
| **Jun 30** | **11:59 p.m. ET:** Deadline to download Match reports. The 2023 Main Residency Match closes and reports are no longer available in R3 system |