# EXHIBIT D

 **Students & Residents**

# ERAS® 2024 Residency Timeline for International Medical Graduates (IMG)

Review a timeline for applying for residency positions as an International Medical Graduate (IMG) using the ERAS® platform for the 2024 application season.

| Date | Activity |
| --- | --- |
| May 31, 2023 | ERAS 2023 season ends at 5 p.m. ET. |
| June 7, 2023 | ERAS 2024 season begins at 9 a.m. ET. |
| June 28, 2023 | ECFMG will release tokens to IMG residency applicants. |
| Sept. 6, 2023 | Residency applicants may begin submitting MyERAS® applications to programs at 9 a.m. ET. |
| Sept. 27, 2023 | Residency programs may begin reviewing MyERAS applications in the PDWS at 9 a.m. ET. |
| May 31, 2024 | ERAS 2024 season ends at 5 p.m. ET. |



655 K Street, NW, Suite 100 Washington, DC, 20001-2399

202-828-0400

© 2023 AAMC