IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 2:22-CV-03301-JFM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**TRIAL DEPOSITION DESIGNATIONS**

Pursuant to the Court's May 18, 2023 Order (Dkt. 71), plaintiff and defendant hereby file their deposition designations, counter-designations, and objections, in the Transcript of Christina Bacon, LPP (April 13, 2023).

Testimony designated by both parties is highlighted in pink.

Testimony designated solely by plaintiff is highlighted in green.

Testimony designated solely by defendant is highlighted in yellow.

Objections are shown in comments, at 12:7-9, 13:3-5, and 59:6-8.

The parties are also filing herewith exhibits CB-1, CB-2, CB-6, and CB-7, as referenced in the deposition designations, and they request that these documents be added to the trial record.

Dated:  June 1, 2023          Respectfully submitted,

/s/ *Dr. Markcus Kitchens (with permission)*
625 Hampton Way, #2
Richmond, KY 40475
(423) 314-4096
markzwanz@gmail.com

Pro se Plaintiff

162338918.1

- 2 -

/s/ Caroline M. Mew
Caroline M. Mew - *admitted pro hac vice*
Perkins Coie LLC
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel:  202-654-1767
Fax: 202-654-6211
cmew@perkinscoie.com

Jared D. Bayer
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: 215-665-4127
Fax: 215-701-2427
Attorneys for National Board of Medical Examiners

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, a true and correct copy of the foregoing document and attachments was served by electronic mail on the following:

Dr. Markcus Kitchens Jr.
625 Hampton Way, #2
Richmond, KY 40475
markzwanz@gmail.com

/s/ Caroline M. Mew
Caroline M. Mew

162338918.1