

# Transcript of Christina Bacon, LPP

**Date:** April 13, 2023
**Case:** Kitchens, Jr. -v- National Board of Medical Examiners

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

1           IN THE UNITED STATES DISTRICT COURT

2        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3  ------------------------------X

4  DR. MARKCUS KITCHENS, JR.,    :

5              Plaintiff,    :

6       v.             :  Case No.

7  NATIONAL BOARD OF MEDICAL    :  2:22-CV-03301-JFM

8  EXAMINERS,            :

9              Defendant.    :

10  ------------------------------X

11

12    Videotaped Deposition of CHRISTINA BACON, LPP

13            Conducted Virtually

14              Berea, Kentucky

15         Thursday, April 13, 2023

16             8:57 a.m. ET

17

18

19

20

21

22

23  Job No. 487997

24  Pages 1 - 78

25  Reported by:  Jacquelyn C. Jarboe, RPR

1          Deposition of CHRISTINA BACON, LPP,

2     conducted virtually.

3

4

5

6

7          Pursuant to Notice of Deposition

8     Subpoena, before Jacquelyn C. Jarboe, Registered

9     Professional Reporter and Notary Public in and for

10    the State of Maryland, who officiated in

11    administering the oath to the witness.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              A P P E A R A N C E S

2

3    ON BEHALF OF PLAINTIFF, MARKCUS KITCHENS, JR.:

4         DR. MARKCUS KITCHENS, JR.

5         Acting in Propria Persona

6         625 Hampton Way, No. 2

7         Richmond, Kentucky 40475

8

9    ON BEHALF OF DEFENDANT, NATIONAL BOARD OF

10   MEDICAL EXAMINERS:

11        CAROLINE M. MEW, ESQUIRE

12        PERKINS COIE LLC

13        700 13th Street, Northwest

14        Suite 800

15        Washington, D.C. 20005

16        (202) 654-1767

17

18   ALSO PRESENT:

19        MANITA JOSEPH, Videographer

20        MICHAEL PIETANZA, AV Technician

21

22

23

24

25
```

1               C O N T E N T S

2     EXAMINATION OF CHRISTINA BACON, LPP          PAGE

3          By Ms. Mew                             6

4          By Dr. Kitchens                        61

5

6

7               E X H I B I T S

8          (Attached to the Transcript)

9     DEFENDANT'S EXHIBIT                          PAGE

10    Exhibit CB-1  Report of Attention Deficit

11                 Hyperactivity Disorder

12                 Evaluation                     25

13    Exhibit CB-2  Psychological Evaluation      32

14    Exhibit CB-4  ABCL/18-59 - Adaptive

15                 Functioning Scale Scores       36

16    Exhibit CB-6  MOXO d-CPT Report             43

17    Exhibit CB-7  Curriculum Vitae              76

18    Exhibit CB-9  Notice of Deposition Subpoena 59

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 08:57:41 |
| 2 | THE VIDEOGRAPHER:  Here begins media | 08:56:19 |
| 3 | number 1 in the videotaped deposition of Christina | 08:56:21 |
| 4 | Bacon, LPP, in the matter of Kitchens, Jr. v. | 08:56:25 |
| 5 | National Board of Medical Examiners, in the United | 08:56:32 |
| 6 | States District Court for the Eastern District of | 08:56:37 |
| 7 | Pennsylvania, Case Number 2:22-CV-03301-JFM. | 08:56:41 |
| 8 | Today's date is April 13, 2023.  The | 08:56:56 |
| 9 | time on the video monitor is 8:57 a.m.  The remote | 08:57:01 |
| 10 | videographer today is Manita Joseph, representing | 08:57:08 |
| 11 | Planet Depos.  All parties of this video deposition | 08:57:12 |
| 12 | are attending remotely. | 08:57:15 |
| 13 | Would counsel please voice-identify | 08:57:17 |
| 14 | themselves and state whom they represent. | 08:57:18 |
| 15 | MS. MEW:  Caroline Mew, counsel for the | 08:57:24 |
| 16 | National Board of Medical Examiners. | 08:57:26 |
| 17 | DR. KITCHENS:  Dr. Markcus Kitchens, pro | 08:57:28 |
| 18 | se, plaintiff. | 08:57:30 |
| 19 | THE VIDEOGRAPHER:  The court reporter | 08:57:34 |
| 20 | today is Jacquelyn Jarboe, representing Planet | 08:57:35 |
| 21 | Depos.  The witness will now be sworn in. | 08:57:38 |
| 22 | Whereupon, | 08:57:41 |
| 23 | CHRISTINA BACON, LPP | 08:57:41 |
| 24 | being first duly sworn or affirmed to testify to | 08:57:41 |
| 25 | the truth, the whole truth, and nothing but the | 08:57:41 |

| | | |
|---|---|---|
| 1 | truth, was examined and testified as follows: | 08:57:41 |
| 2 | EXAMINATION BY COUNSEL FOR DEFENDANT | 08:57:59 |
| 3 | NATIONAL BOARD OF MEDICAL EXAMINERS | 08:57:59 |
| 4 | BY MS. MEW: | 08:58:00 |
| 5 | Q    Good morning, Ms. Bacon. | 08:58:01 |
| 6 | A    Good morning. | 08:58:03 |
| 7 | Q    So, we met also remotely during the | 08:58:04 |
| 8 | preliminary injunction hearing.  It's nice to see | 08:58:06 |
| 9 | you again and I do appreciate your time this | 08:58:11 |
| 10 | morning. | 08:58:13 |
| 11 | A    Thank you. | 08:58:14 |
| 12 | Q    This is a deposition.  I will be asking | 08:58:15 |
| 13 | you questions, and my questions and your answers | 08:58:16 |
| 14 | will be recorded by the court reporter and also by | 08:58:20 |
| 15 | the videographer.  Do you understand that? | 08:58:22 |
| 16 | A    I do. | 08:58:25 |
| 17 | Q    And then my questions and your answers | 08:58:25 |
| 18 | will eventually be captured in a written | 08:58:28 |
| 19 | transcript.  Do you understand that as well? | 08:58:31 |
| 20 | A    I do, yes. | 08:58:32 |
| 21 | Q    And do you understand that you are under | 08:58:35 |
| 22 | oath today and are required to testify truthfully? | 08:58:37 |
| 23 | A    Yes. | 08:58:39 |
| 24 | Q    Have you been deposed before? | 08:58:40 |
| 25 | A    No. | 08:58:42 |

|   |   |   |
|---|---|---|
| 1 | Q     Other than the hearing we had in | 08:58:47 |
| 2 | February, have you testified at trial before? | 08:58:48 |
| 3 | A     No. | 08:58:50 |
| 4 | Q     Are you on any medications that would | 08:58:53 |
| 5 | impact your ability to understand my questions or | 08:58:54 |
| 6 | to testify fully and truthfully in this deposition | 08:58:56 |
| 7 | today? | 08:58:59 |
| 8 | A     I am not. | 08:59:00 |
| 9 | Q     Is there any other reason that you are | 08:59:03 |
| 10 | aware of that would limit your ability to testify | 08:59:04 |
| 11 | fully and truthfully in this deposition today? | 08:59:07 |
| 12 | A     No. | 08:59:11 |
| 13 | Q     If I ask a question that you do not hear | 08:59:15 |
| 14 | clearly or that you do not understand, will you | 08:59:17 |
| 15 | please say so, so that I can ask the question again | 08:59:20 |
| 16 | or ask it in a different way? | 08:59:23 |
| 17 | A     Yes. | 08:59:26 |
| 18 | Q     And this has already gotten off to, I | 08:59:28 |
| 19 | think, a good cadence, but if I ask a question will | 08:59:30 |
| 20 | you do your best to wait until I finish asking my | 08:59:33 |
| 21 | question before you answer? | 08:59:36 |
| 22 | A     Yes. | 08:59:37 |
| 23 | Q     And you're also doing a great job of this | 08:59:38 |
| 24 | so far, but will you make it a point to answer | 08:59:42 |
| 25 | questions with clear words rather than, for | 08:59:44 |

| 1 | example, just nodding your head or saying something | 08:59:44 |
| 2 | like "uh-huh" or something more vague? | 08:59:44 |
| 3 | A    Yes, I will. | 08:59:51 |
| 4 | Q    And I'll try to keep my eye out for that | 08:59:52 |
| 5 | as well.  Or my ear out, I should say. | 08:59:56 |
| 6 | If at any point you need a break, just | 09:00:00 |
| 7 | let me know, and we can take a break.  The only | 09:00:03 |
| 8 | thing I will say is if there's a question pending | 09:00:06 |
| 9 | I'd like to have that question answered, and then | 09:00:08 |
| 10 | we can take the break after that.  But just let me | 09:00:11 |
| 11 | know if at any point you need a break. | 09:00:13 |
| 12 | A    Okay. | 09:00:16 |
| 13 | Q    So, as you know, we're taking this | 09:00:17 |
| 14 | deposition remotely and you and I are not in the | 09:00:18 |
| 15 | same room and the court reporter is not in the same | 09:00:21 |
| 16 | room with either one of us.  Do you waive any | 09:00:21 |
| 17 | objection you might have to not having the court | 09:00:23 |
| 18 | reporter in the same room with you while you're | 09:00:26 |
| 19 | testifying? | 09:00:29 |
| 20 | A    No.  That's okay with me, I don't -- can | 09:00:29 |
| 21 | you ask that question again. | 09:00:35 |
| 22 | Q    Let me ask it again. | 09:00:37 |
| 23 | A    Okay. | 09:00:38 |
| 24 | Q    Do you waive any objection you might have | 09:00:38 |
| 25 | to not having the court reporter in the same room | 09:00:40 |

| | | |
|---|---|---|
| 1 | with you while testifying? | 09:00:42 |
| 2 | I'll ask it so it's not a double | 09:00:47 |
| 3 | negative. | 09:00:49 |
| 4 | A    Thank you. | 09:00:50 |
| 5 | Q    Is it okay with you that the court | 09:00:51 |
| 6 | reporter is not in the same room with you while | 09:00:52 |
| 7 | you're testifying? | 09:00:55 |
| 8 | A    Yes, yes.  The double negative was -- | 09:00:56 |
| 9 | Q    I got you.  Thank you. | 09:00:59 |
| 10 | And so where are you physically located | 09:01:00 |
| 11 | right now? | 09:01:02 |
| 12 | A    Berea, Kentucky. | 09:01:03 |
| 13 | Q    And are you on a private internet | 09:01:05 |
| 14 | connection and not public WIFI? | 09:01:07 |
| 15 | A    I am. | 09:01:08 |
| 16 | Q    You are on a private internet connection? | 09:01:10 |
| 17 | A    I am on a private internet, secured, you | 09:01:12 |
| 18 | know, connection. | 09:01:16 |
| 19 | Q    Have you shared the link to joining this | 09:01:17 |
| 20 | deposition with anyone else? | 09:01:19 |
| 21 | A    No. | 09:01:20 |
| 22 | Q    Do you understand that only the court | 09:01:22 |
| 23 | reporter and videographer can record this | 09:01:24 |
| 24 | deposition, you may not take a sound or other | 09:01:27 |
| 25 | recording of the deposition? | 09:01:29 |

| | | |
|---|---|---|
| 1 | A    Yes. | 09:01:31 |
| 2 | Q    Is there anyone else in the room with | 09:01:34 |
| 3 | you? | 09:01:36 |
| 4 | A    No. | 09:01:36 |
| 5 | Q    Do you agree not to communicate with Dr. | 09:01:38 |
| 6 | Kitchens during the deposition about the deposition | 09:01:40 |
| 7 | or the questions that I'm asking, other than what | 09:01:43 |
| 8 | is discussed on the record before the court | 09:01:46 |
| 9 | reporter? | 09:01:48 |
| 10 | A    I do. | 09:01:48 |
| 11 | Q    And this would include any written | 09:01:52 |
| 12 | communications or communications by text or email. | 09:01:53 |
| 13 | Do you agree? | 09:01:55 |
| 14 | A    I agree. | 09:01:57 |
| 15 | Q    I want to back up.  You received a | 09:02:00 |
| 16 | subpoena for documents from the National Board of | 09:02:02 |
| 17 | Medical Examiners in this lawsuit; is that correct? | 09:02:05 |
| 18 | A    Yes. | 09:02:08 |
| 19 | Q    And you provided documents to me in | 09:02:09 |
| 20 | response to that subpoena, correct? | 09:02:12 |
| 21 | A    I did. | 09:02:13 |
| 22 | Q    And to confirm, are the documents that | 09:02:15 |
| 23 | you provided true and correct copies of records | 09:02:17 |
| 24 | that you keep in the ordinary course of your | 09:02:19 |
| 25 | business? | 09:02:22 |

| 1 | A | They're everything that I have, yes. | 09:02:23 |

1    A    They're everything that I have, yes.    09:02:23

2    Q    Okay.  Do I understand correctly that you    09:02:25

3    did not withhold any documents?    09:02:28

4    A    Yes, you understood that correctly.    09:02:32

5    Q    And this is a technical question, but I    09:02:35

6    just want to repeat it so we have it for the    09:02:37

7    record.  Are the documents true and correct copies    09:02:40

8    of records that you keep in the ordinary course of    09:02:42

9    your business?    09:02:44

10    A    Yes.    09:02:44

11    Q    And I just again wanted to double-check.    09:02:46

12    Did you take any kind of interview notes when you    09:02:48

13    were meeting with Dr. Kitchens other than what was    09:02:52

14    in the documents produced to us?    09:02:55

15    A    No, it is part of my -- part of my job, I    09:02:56

16    do not take interview notes.    09:03:02

17    Q    Okay.    09:03:04

18    A    Written.  You have what I -- you have    09:03:04

19    what I took.    09:03:06

20    Q    Understood.  Thank you.    09:03:07

21         What specialized training do you have    09:03:13

22    around the diagnosis of ADHD?    09:03:15

23    A    Can you clarify what you mean by that?    09:03:21

24    Q    What training do you have -- I'll ask it    09:03:24

25    more generally.  What training do you have in the    09:03:27

| | |
|---|---|
| 1 | diagnosis of ADHD? | 09:03:29 |
| 2 | A   As part of my training as a master's | 09:03:32 |
| 3 | clinician, I am trained, I was trained in diagnosis | 09:03:37 |
| 4 | and -- the DSM diagnosis, and I use the DSM to | 09:03:42 |
| 5 | diagnose all disorders.  So, ADHD would be among | 09:03:52 |
| 6 | that. | 09:03:56 |
| 7 | Q   Have you taken any specialized classes or | 09:04:04 |
| 8 | other training on ADHD specifically? | 09:04:07 |
| 9 | A   No. | 09:04:10 |
| 10 | Q   Have you published any articles on ADHD? | 09:04:12 |
| 11 | A   No. | 09:04:17 |
| 12 | Q   And I want to back up so the record is | 09:04:17 |
| 13 | clear.  When I'm referring to ADHD, that is | 09:04:19 |
| 14 | attention deficit hyperactivity disorder.  Do you | 09:04:22 |
| 15 | agree? | 09:04:26 |
| 16 | A   Yes. | 09:04:26 |
| 17 | Q   Have you published any books on ADHD? | 09:04:28 |
| 18 | A   No. | 09:04:30 |
| 19 | Q   I understand from the preliminary | 09:04:34 |
| 20 | injunction hearing that you began performing ADHD | 09:04:35 |
| 21 | assessments in September of 2022; is that correct? | 09:04:39 |
| 22 | A   Yes. | 09:04:42 |
| 23 | Q   And you are not a specialist in ADHD; is | 09:04:45 |
| 24 | that correct? | 09:04:48 |
| 25 | A   To my knowledge, there's not a | 09:04:51 |

| | | |
|---|---|---|
| 1 | certification for psychology professionals that -- | 09:04:54 |
| 2 | so, I'm not sure what that is asking. | 09:04:59 |
| 3 | Q    I'll ask it a different way.  Do you | 09:05:02 |
| 4 | consider yourself a specialist in ADHD? | 09:05:04 |
| 5 | A    No. | 09:05:07 |
| 6 | Q    At the hearing you testified that you | 09:05:10 |
| 7 | have conducted 16 ADHD evaluations, and I think -- | 09:05:12 |
| 8 | was that correct at the time of the hearing? | 09:05:17 |
| 9 | A    I stand by what I said.  I'm not sure, | 09:05:20 |
| 10 | I'm not in front of the numbers right now. | 09:05:23 |
| 11 | Q    Sure.  Can you tell me as of today, do | 09:05:25 |
| 12 | you have a general idea of how many ADHD | 09:05:27 |
| 13 | evaluations you have conducted? | 09:05:30 |
| 14 | A    I have not continued to conduct the | 09:05:34 |
| 15 | assessments since the last -- since our hearing, I | 09:05:37 |
| 16 | have not conducted any new assessments. | 09:05:40 |
| 17 | Q    Understood.  How many adults have you | 09:05:46 |
| 18 | assessed for ADHD? | 09:05:49 |
| 19 | A    I'd have to look at my numbers.  I could | 09:05:50 |
| 20 | estimate if you want.  So, I won't do that. | 09:05:54 |
| 21 | Q    Do you assess children and adults for | 09:06:00 |
| 22 | ADHD? | 09:06:03 |
| 23 | A    Yes. | 09:06:04 |
| 24 | Q    You don't have to estimate numbers, but | 09:06:08 |
| 25 | do you have a general sense of how much of your | 09:06:10 |

| | | |
|---|---|---|
| 1 | practice in ADHD involves working with children | 09:06:13 |
| 2 | versus working with adults? | 09:06:16 |
| 3 |     A    Without an estimation, I can say that I | 09:06:21 |
| 4 | have more adults assessed than children. | 09:06:24 |
| 5 |     Q    Is there a particular protocol you follow | 09:06:32 |
| 6 | when conducting an ADHD evaluation? | 09:06:34 |
| 7 |     A    Yes. | 09:06:37 |
| 8 |     Q    And what is that? | 09:06:37 |
| 9 |     A    According to the APA, we are required to | 09:06:40 |
| 10 | have a semi-structured interview.  And I use the | 09:06:45 |
| 11 | Achenbach System of Empirically Based Assessments, | 09:06:56 |
| 12 | and there's a computerized assessment that is | 09:07:03 |
| 13 | given. | 09:07:08 |
| 14 |     Q    When you refer to the APA, what are you | 09:07:14 |
| 15 | referring to? | 09:07:17 |
| 16 |     A    I'm referring to the American | 09:07:18 |
| 17 | Psychological Association. | 09:07:19 |
| 18 |     Q    And any specific requirement of the | 09:07:26 |
| 19 | American Psychological Association that you're | 09:07:28 |
| 20 | referring to? | 09:07:33 |
| 21 |     A    No, it is -- I'm following what I | 09:07:34 |
| 22 | understand to be the practice for assessing, for | 09:07:37 |
| 23 | assessments. | 09:07:43 |
| 24 |     Q    And when you reference a semi-structured | 09:07:44 |
| 25 | interview, what are you referring to? | 09:07:49 |

| | | |
|---|---|---|
| 1 | A    I'm referring to -- it's in the records | 09:07:51 |
| 2 | that you have, the DIVA 2.0.  And that is where we | 09:07:54 |
| 3 | discuss symptoms, history, and there are -- there's | 09:07:58 |
| 4 | lists of specific symptoms.  And that's what I'm | 09:08:10 |
| 5 | referring to.  And how those -- and then it goes on | 09:08:19 |
| 6 | to look at how those interfere with the day-to-day | 09:08:21 |
| 7 | life. | 09:08:25 |
| 8 | Q    Do you conduct any interview apart from | 09:08:36 |
| 9 | the DIVA? | 09:08:40 |
| 10 | A    When we -- we have general interview | 09:08:43 |
| 11 | conversations, yes, but that is during the regular | 09:08:46 |
| 12 | part of the assessment.  During the -- generally, | 09:08:52 |
| 13 | during the computerized -- the appointment that we | 09:09:00 |
| 14 | do, the computerized assessment, that doesn't take | 09:09:04 |
| 15 | the full hour, so I use the other part of the hour | 09:09:08 |
| 16 | to continue with the interview. | 09:09:11 |
| 17 | Q    And that part of the interview you do not | 09:09:17 |
| 18 | take notes of; is that correct? | 09:09:23 |
| 19 | A    No, I do not. | 09:09:27 |
| 20 | Q    You do not take notes from the general | 09:09:28 |
| 21 | interview time? | 09:09:30 |
| 22 | A    Those are in my records, those are in | 09:09:31 |
| 23 | the -- in the records that I sent to you. | 09:09:33 |
| 24 | Q    Okay.  I think my extra question might | 09:09:36 |
| 25 | have -- let's try this again. | 09:09:40 |

1        So, you said that apart from the DIVA and    09:09:44

2   the structured clinical interview you conduct      09:09:47

3   general conversation during the assessment, say,   09:09:51

4   after the computerized assessment and you have     09:09:55

5   extra time, you continue to converse with the      09:09:59

6   patient; is that correct?                          09:10:03

7        A    Yes.                                     09:10:05

8        Q    And do you consider that part of your    09:10:06

9   evaluation?                                        09:10:08

10       A    Yes.                                     09:10:10

11       Q    Do you take notes from what you discuss  09:10:11

12  with your clients during that time?                09:10:15

13       A    I put that in the assessment report.     09:10:17

14       Q    And when you refer to the computerized   09:10:32

15  assessment, is that the M-O-X-O?                   09:10:37

16       A    Yes.                                     09:10:40

17       Q    And do you call it the M-O-X-O or the    09:10:40

18  MOXO?                                              09:10:44

19       A    I call it the MOXO just for ease.        09:10:45

20       Q    I will do so as well, it's much easier.  09:10:48

21            How much time do you typically spent with 09:10:53

22  a patient when you're evaluating for ADHD?          09:10:56

23       A    The semi-structured interview appointment 09:11:01

24  is approximately an hour.  The MOXO appointment is  09:11:03

25  approximately an hour.  So, 53 minutes is how long  09:11:10

| | | |
|---|---|---|
| 1 | it has to be.  And there's a little variation in | 09:11:17 |
| 2 | there.  And then when we meet to go over the | 09:11:22 |
| 3 | results, I generally meet for an hour. | 09:11:29 |
| 4 | Q    Do I understand correctly that you follow | 09:11:38 |
| 5 | this same general protocol in all of your ADHD | 09:11:41 |
| 6 | evaluations? | 09:11:44 |
| 7 | A    Except for with Dr. Kitchens, we did not | 09:11:48 |
| 8 | have the hour of going over the assessment results. | 09:11:56 |
| 9 | I sent the report. | 09:12:01 |
| 10 | Q    Are there any other assessments that you | 09:12:10 |
| 11 | have used for ADHD evaluations? | 09:12:12 |
| 12 | A    We use screeners that let me know whether | 09:12:14 |
| 13 | a person is a good candidate sometimes.  It's the | 09:12:19 |
| 14 | ASRS-v1.1.  And that is the adult symptom rating | 09:12:24 |
| 15 | scale, or adult ADHD symptom rating scale if you | 09:12:34 |
| 16 | looked that up.  And I have a general -- it's a | 09:12:41 |
| 17 | questionnaire that you saw in the record of getting | 09:12:46 |
| 18 | kind of a background information from anybody who | 09:12:51 |
| 19 | wants to do an assessment. | 09:12:54 |
| 20 | Q    Anything else? | 09:13:00 |
| 21 | A    No. | 09:13:04 |
| 22 | Q    And you did not use the screener, the | 09:13:08 |
| 23 | ASRS, with Dr. Kitchens, correct? | 09:13:12 |
| 24 | A    We would -- I would have to look in the | 09:13:18 |
| 25 | chart to know. | 09:13:20 |

1      Q    Okay.  What type of background documents    09:13:21

2   do you typically ask for when you're evaluating for   09:13:25

3   ADHD?                                                 09:13:28

4      A    So, generally we have -- well, so for the    09:13:29

5   most part, the people I have done assessments for     09:13:38

6   are established clients, thus far have been           09:13:45

7   established clients that we have different            09:13:51

8   documentation for.  So, I haven't had to require a    09:13:57

9   lot of background information.                        09:14:03

10            I ask for the -- with the ASEBA, it asks    09:14:10

11   for history, I ask for history from the clients.     09:14:15

12      Q    And when you refer to history, do you       09:14:24

13   mean history as reported by the client --            09:14:27

14      A    Yes.                                         09:14:29

15      Q    -- or --                                     09:14:30

16      A    Yes.                                         09:14:32

17      Q    Do you keep abreast of research relating    09:14:48

18   to ADHD?                                             09:14:50

19      A    I do.                                        09:14:51

20      Q    What are some research articles relating    09:14:53

21   to ADHD that you have recently reviewed?            09:14:56

22      A    I don't have them in front of me, I'm       09:14:58

23   sorry.                                               09:15:00

24      Q    So, you can't remember the names of any     09:15:03

25   of the articles?                                     09:15:06

| | | |
|---|---|---|
| 1 | A    I can't remember the name of any article. | 09:15:08 |
| 2 | I can remember Russell Barkley, Ph.D., in his book, | 09:15:09 |
| 3 | treating -- how to treat ADH -- adult AD -- | 09:15:18 |
| 4 | treating ADHD, adult ADHD, maybe.  But Russell | 09:15:21 |
| 5 | Barkley. | 09:15:25 |
| 6 | Q    So, do you consider Dr. Barkley to be an | 09:15:31 |
| 7 | informative source for ADHD information? | 09:15:38 |
| 8 | A    Yes. | 09:15:40 |
| 9 | Q    Are there any other practitioners in the | 09:15:41 |
| 10 | field of ADHD whom you find particularly | 09:15:43 |
| 11 | influential? | 09:15:46 |
| 12 | A    Not off the top of my head. | 09:15:51 |
| 13 | Q    Do you follow the Diagnostic and | 09:16:04 |
| 14 | Statistical Manual of Disorders, or DSM, in your | 09:16:05 |
| 15 | practice? | 09:16:11 |
| 16 | A    I do. | 09:16:11 |
| 17 | Q    And what is the current edition of the | 09:16:12 |
| 18 | DSM? | 09:16:14 |
| 19 | A    The DSM-5-TR. | 09:16:15 |
| 20 | Q    What are the essential elements of an | 09:16:19 |
| 21 | ADHD diagnosis according to the DSM? | 09:16:23 |
| 22 | A    Would you like me to read it? | 09:16:26 |
| 23 | Q    No, I'm asking for your general | 09:16:28 |
| 24 | understanding. | 09:16:30 |
| 25 | A    I would need to have it in front of me in | 09:16:35 |

| | | |
|---|---|---|
| 1 | order to give the list. | 09:16:38 |
| 2 | Q   Do you agree that the DSM requires there | 09:16:50 |
| 3 | to be a persistent pattern of inattention and/or | 09:16:53 |
| 4 | hyperactivity? | 09:16:57 |
| 5 | A   Yes. | 09:17:02 |
| 6 | Q   Do you agree that several of the | 09:17:04 |
| 7 | inattentive or hyperactive impulsive symptoms must | 09:17:06 |
| 8 | be present before 20 -- let me start again. | 09:17:11 |
| 9 | Do you agree that several of the | 09:17:15 |
| 10 | inattentive or hyperactive impulsive symptoms must | 09:17:18 |
| 11 | be present prior to 12 years of age? | 09:17:19 |
| 12 | A   Yes. | 09:17:22 |
| 13 | Q   Do you agree that several of the | 09:17:24 |
| 14 | inattentive or hyperactive impulsive symptoms must | 09:17:26 |
| 15 | be present in two or more settings? | 09:17:30 |
| 16 | A   Yes. | 09:17:32 |
| 17 | Q   Do you agree that the inattention and/or | 09:17:35 |
| 18 | hyperactivity has to interfere with functioning or | 09:17:39 |
| 19 | development? | 09:17:44 |
| 20 | A   Yes. | 09:17:45 |
| 21 | Q   Do you agree that there must be clear | 09:17:45 |
| 22 | evidence that the symptoms of ADHD interfere with | 09:17:47 |
| 23 | or reduce the quality of social, academic, or | 09:17:50 |
| 24 | occupational functioning? | 09:17:55 |
| 25 | A   Yes. | 09:17:57 |

1    Q    There's a distinction between                    09:17:59

2   experiencing symptoms of ADHD and having an            09:18:01

3   impairment from ADHD, correct?                         09:18:03

4    A    Say that again, please.                          09:18:09

5    Q    There's a distinction between                    09:18:11

6   experiencing symptoms of ADHD and having impairment    09:18:14

7   from ADHD?                                             09:18:18

8    A    Yes.                                             09:18:20

9    Q    For an ADHD diagnosis, the DSM-5-TR              09:18:25

10  requires not just symptoms but evidence of             09:18:30

11  clinically significant impairment in current           09:18:33

12  functioning; is that correct?                          09:18:37

13   A    Yes.                                             09:18:38

14   Q    Is it your opinion that Dr. Kitchens is          09:18:40

15  experiencing clinically significant impairment in      09:18:43

16  his current functioning due to ADHD symptoms?          09:18:46

17   A    It is, yes.                                      09:18:50

18   Q    And in what settings?                            09:18:50

19   A    In the settings as reported for his work;        09:18:53

20  in the setting when talking to me during our           09:18:57

21  assessment; and reported that there's in the           09:19:04

22  setting of with social interactions.  So, that was     09:19:13

23  three things as far as I could see, at least.          09:19:23

24   Q    And what is the evidence of this                 09:19:28

25  impairment outside of Dr. Kitchens' self-report?       09:19:31

| | | |
|---|---|---|
| 1 | A       The interview interactions that I had | 09:19:34 |
| 2 | with him.  My own observations. | 09:19:38 |
| 3 | Q       Anything else? | 09:19:48 |
| 4 | A       I would have to look at the -- at the | 09:19:54 |
| 5 | information from the chart. | 09:20:00 |
| 6 | Q       When you refer to the chart, are you | 09:20:06 |
| 7 | referring to your written evaluation? | 09:20:08 |
| 8 | A       The doc -- yes, the written evaluation, | 09:20:10 |
| 9 | the documentation that you have. | 09:20:13 |
| 10 | Q       Is failure to pass a test like the | 09:20:38 |
| 11 | national medical licensing examination alone | 09:20:42 |
| 12 | evidence that someone has ADHD? | 09:20:45 |
| 13 | A       No. | 09:20:47 |
| 14 | Q       Are you familiar with symptom validity | 09:20:56 |
| 15 | assessments? | 09:20:59 |
| 16 | A       Yes. | 09:20:59 |
| 17 | Q       And what are symptom validity | 09:21:00 |
| 18 | assessments? | 09:21:02 |
| 19 | A       I want to back up and say clarify, in | 09:21:08 |
| 20 | what order, in what way you mean that, in general, | 09:21:11 |
| 21 | or what you mean by -- | 09:21:14 |
| 22 | Q       Yes. | 09:21:20 |
| 23 | A       -- that? | 09:21:21 |
| 24 | Q       Sorry, I didn't mean to talk over you. | 09:21:22 |
| 25 | A       I apologize, too.  What did you mean by | 09:21:24 |

| | |
|---|---|
| 1 | that, yeah. | 09:21:25 |
| 2 | Q    In general, what do you -- how would you | 09:21:26 |
| 3 | describe a symptom validity assessment? | 09:21:27 |
| 4 | A    In general, I would say that there are | 09:21:30 |
| 5 | assessments that have -- that test the validity of | 09:21:33 |
| 6 | the responses, and they -- they have a scale for | 09:21:37 |
| 7 | that, they have a way to measure that. | 09:21:46 |
| 8 | Q    What are some examples of symptom | 09:21:51 |
| 9 | validity assessments? | 09:22:02 |
| 10 | A    I don't know off the top of my head. | 09:22:03 |
| 11 | Q    Do you think it is important to include a | 09:22:13 |
| 12 | symptom validity assessment as part of a ADHD | 09:22:15 |
| 13 | evaluation? | 09:22:17 |
| 14 | A    Yes. | 09:22:17 |
| 15 | Q    Did you administer any standalone symptom | 09:22:23 |
| 16 | validity assessment to Dr. Kitchens? | 09:22:25 |
| 17 | A    The MOXO has a symptom validity. | 09:22:28 |
| 18 | Q    Anything other than what is part of the | 09:22:34 |
| 19 | MOXO itself? | 09:22:38 |
| 20 | A    No. | 09:22:39 |
| 21 | Q    I meant to ask this at the outset, but | 09:22:51 |
| 22 | did you do anything to prepare for the deposition? | 09:22:53 |
| 23 | A    No. | 09:22:56 |
| 24 | Q    So, you did not look back over your | 09:22:58 |
| 25 | records? | 09:23:00 |

| | | |
|---|---|---|
| 1 | A    I have eight clients a day. | 09:23:01 |
| 2 | Q    Understand. | 09:23:05 |
| 3 |      When did you have your first appointment | 09:23:10 |
| 4 | with Dr. Kitchens? | 09:23:11 |
| 5 | A    I would have to look at the chart to look | 09:23:13 |
| 6 | at the date. | 09:23:15 |
| 7 | Q    If I represent to you that your report | 09:23:24 |
| 8 | indicates February 7th and February 8th appointment | 09:23:25 |
| 9 | dates, does that sound correct to you? | 09:23:30 |
| 10 | A    That sounds correct, but I would have | 09:23:32 |
| 11 | to -- I would have to look at a calendar.  But yes, | 09:23:33 |
| 12 | that sounds correct. | 09:23:36 |
| 13 | Q    Before February 7th, had you ever met | 09:23:38 |
| 14 | Dr. Kitchens. | 09:23:41 |
| 15 | A    I don't know what day that February 7th | 09:23:49 |
| 16 | is on.  On one day before, or a day before, we had | 09:23:51 |
| 17 | talked on the phone when he called to ask for | 09:23:57 |
| 18 | the -- to be assessed. | 09:23:59 |
| 19 | Q    You didn't have any prior treatment | 09:24:04 |
| 20 | relationship with him; is that correct? | 09:24:06 |
| 21 | A    Correct. | 09:24:07 |
| 22 | Q    And have you had any ongoing treatment | 09:24:08 |
| 23 | relationship with him after your evaluation? | 09:24:12 |
| 24 | A    I have not.  Since our last court | 09:24:15 |
| 25 | hearing, I should say. | 09:24:21 |

| | | |
|---|---|---|
| 1 | Q    I understand.  But no, I -- and just to | 09:24:23 |
| 2 | clarify, I'm asking, have you had any ongoing | 09:24:24 |
| 3 | treatment relationship with him after your | 09:24:26 |
| 4 | evaluation? | 09:24:29 |
| 5 | A    I have -- no, no. | 09:24:31 |
| 6 | Q    You're not treating him for ADHD; is that | 09:24:33 |
| 7 | correct? | 09:24:35 |
| 8 | A    Correct. | 09:24:36 |
| 9 | Q    And you haven't conducted any further | 09:24:39 |
| 10 | evaluation of him other than what was in your prior | 09:24:41 |
| 11 | report? | 09:24:46 |
| 12 | A    Exactly.  You have all communication that | 09:24:47 |
| 13 | I had with him. | 09:24:49 |
| 14 | Q    I understand. | 09:24:50 |
| 15 | MS. MEW:  I'd like to ask the technician | 09:24:57 |
| 16 | to pull up CB-1. | 09:24:59 |
| 17 | Michael, just checking that you heard | 09:25:25 |
| 18 | that. | 09:25:26 |
| 19 | AV TECHNICIAN:  I'm sorry, which document | 09:25:30 |
| 20 | did you want me to pull up? | 09:25:32 |
| 21 | MS. MEW:  Can you pull up Exhibit CB-1, | 09:25:38 |
| 22 | please. | 09:25:41 |
| 23 | (Defendant's Exhibit CB-1 was marked for | 09:25:46 |
| 24 | identification and is attached to the transcript.) | 09:25:46 |
| 25 | MS. MEW:  And Michael, if you could | 09:25:46 |

| | | |
|---|---|---|
| 1 | please just -- actually, let me ask it this way? | 09:25:47 |
| 2 | Q   Ms. Bacon, I just want you to have a | 09:25:51 |
| 3 | chance to -- we're going to flip through | 09:25:53 |
| 4 | electronically this and see if you recognize this | 09:25:56 |
| 5 | as the report that you prepared.  So, if you | 09:25:58 |
| 6 | could -- I will let you ask Michael to scroll down | 09:25:59 |
| 7 | when you're ready so you have a chance to eyeball | 09:26:06 |
| 8 | it. | 09:26:09 |
| 9 | Are you ready to have it scrolled down? | 09:26:36 |
| 10 | A   Are you asking me? | 09:26:38 |
| 11 | Q   Yes, I'm sorry, I want to just give | 09:26:39 |
| 12 | you -- this is all a bit awkward when it's on the | 09:26:41 |
| 13 | screen.  So, I just want to make sure that you have | 09:26:44 |
| 14 | a chance to see it.  So, we can scroll -- | 09:26:47 |
| 15 | A   I can see it, yes. | 09:26:54 |
| 16 | Q   Okay. | 09:26:54 |
| 17 | MS. MEW:  You can keep scrolling. | 09:26:54 |
| 18 | Q   And may we keep scrolling down, | 09:26:55 |
| 19 | Ms. Bacon? | 09:26:57 |
| 20 | A   Absolutely. | 09:26:58 |
| 21 | Q   Okay. | 09:26:58 |
| 22 | MS. MEW:  You can just scroll through now | 09:26:59 |
| 23 | to the end, please, Michael. | 09:27:01 |
| 24 | Q   Ms. Bacon, do you recognize this | 09:27:14 |
| 25 | document? | 09:27:16 |

| | | |
|---|---|---|
| 1 | A    Yes. | 09:27:16 |
| 2 | Q    Is CB-1 a true and correct copy of the | 09:27:18 |
| 3 | evaluation report you prepared for Dr. Kitchens? | 09:27:21 |
| 4 | A    Yes. | 09:27:27 |
| 5 | Q    And Dr. Kitchens sought out your | 09:27:28 |
| 6 | evaluation to support his request for testing | 09:27:30 |
| 7 | accommodations; is that correct? | 09:27:32 |
| 8 | A    Yes.  Well -- yes, yes, sorry. | 09:27:35 |
| 9 | MS. MEW:  And if I could ask Michael to | 09:27:41 |
| 10 | scroll back up to the first page of CB-1. | 09:27:43 |
| 11 | Q    You list on this first page under the | 09:27:52 |
| 12 | heading assessment procedures a number of items. | 09:27:54 |
| 13 | Why do you list these assessment procedures in your | 09:28:01 |
| 14 | report? | 09:28:04 |
| 15 | A    I list these to explain what I have done | 09:28:04 |
| 16 | as part of the procedure. | 09:28:11 |
| 17 | Q    Do you think it is important to list | 09:28:21 |
| 18 | these assessment procedures as part of your report? | 09:28:23 |
| 19 | A    Yes. | 09:28:27 |
| 20 | Q    And what purpose does it serve? | 09:28:38 |
| 21 | A    I mean, I guess at the onset it gives the | 09:28:49 |
| 22 | list of the procedures, the assessment procedures. | 09:28:51 |
| 23 | Q    When you prepare one of these -- well, | 09:29:01 |
| 24 | let me ask this a different way. | 09:29:03 |
| 25 | Was it your understanding that this | 09:29:05 |

| | | |
|---|---|---|
| 1 | report would be reviewed and relied upon by others? | 09:29:07 |
| 2 | A    Yes. | 09:29:19 |
| 3 | Q    Do you think it is important for -- let | 09:29:19 |
| 4 | me start again. | 09:29:21 |
| 5 | Was it your understanding that this | 09:29:23 |
| 6 | report might be submitted to the National Board of | 09:29:24 |
| 7 | Medical Examiners in support of an accommodation | 09:29:27 |
| 8 | request? | 09:29:31 |
| 9 | A    I didn't -- I mean -- give me just a | 09:29:40 |
| 10 | minute.  I'm not sure that I knew the name of who | 09:29:46 |
| 11 | it was going to.  I would have to look at my record | 09:29:50 |
| 12 | to know that.  But I did understand that it would | 09:29:54 |
| 13 | be used in a way to request accommodations. | 09:29:58 |
| 14 | Q    Is it your standard practice to list all | 09:30:16 |
| 15 | of the assessment procedures that you use in your | 09:30:17 |
| 16 | evaluation in this section of your report? | 09:30:22 |
| 17 | A    Yes. | 09:30:24 |
| 18 | Q    One thing you list under assessment | 09:30:28 |
| 19 | procedures is record review. | 09:30:30 |
| 20 | A    I see that. | 09:30:34 |
| 21 | Q    Thank you.  You agree that it is | 09:30:36 |
| 22 | important to review records as part of an ADHD | 09:30:38 |
| 23 | assessment, correct? | 09:30:42 |
| 24 | A    Yes. | 09:30:44 |
| 25 | Q    Do those records include educational | 09:30:44 |

| | | |
|---|---|---|
| 1 | records such as school transcripts, standardized | 09:30:49 |
| 2 | test scores, or report cards? | 09:30:53 |
| 3 | A     Can you ask the question again, how you | 09:30:58 |
| 4 | said that? | 09:31:00 |
| 5 | Q     The records that you review as part of an | 09:31:05 |
| 6 | ADHD assessment, could those records include | 09:31:09 |
| 7 | educational records such as school transcripts, | 09:31:12 |
| 8 | report cards, or standardized test scores. | 09:31:15 |
| 9 | A     They could. | 09:31:19 |
| 10 | Q     Could records include reports of prior | 09:31:26 |
| 11 | ADHD assessments? | 09:31:28 |
| 12 | A     Yes, they could. | 09:31:34 |
| 13 | Q     Do you ever review those types of records | 09:31:35 |
| 14 | for other individuals you evaluate for ADHD? | 09:31:37 |
| 15 | A     If they are available. | 09:31:40 |
| 16 | Q     Did you review any educational records | 09:31:45 |
| 17 | for Dr. Kitchens as part of your evaluation? | 09:31:48 |
| 18 | A     I'd have to look at the record to see. | 09:31:53 |
| 19 | You have all of the records that I have. | 09:31:55 |
| 20 | Q     If you reviewed a particular record, | 09:32:05 |
| 21 | would it be discussed in your report? | 09:32:07 |
| 22 | A     In general, I would say -- well, I would | 09:32:18 |
| 23 | have to look -- I would have to look at the report. | 09:32:23 |
| 24 | Q     Okay.  If we could look to page 2 of | 09:32:25 |
| 25 | CB-1.  The second header on this page states | 09:32:31 |

| | | |
|---|---|---|
| 1 | current medications.  Do you see where I am? | 09:32:42 |
| 2 | A    Yes. | 09:32:44 |
| 3 | Q    And it lists propanolol, am I pronouncing | 09:32:47 |
| 4 | that correctly? | 09:32:55 |
| 5 | A    Propanolol is how its -- | 09:32:55 |
| 6 | Q    Propanolol, thank you.  And Adderall.  Is | 09:32:59 |
| 7 | that correct? | 09:33:02 |
| 8 | A    That's correct. | 09:33:02 |
| 9 | Q    What is propanolol? | 09:33:03 |
| 10 | A    I'm not a medical doctor, so I'm not sure | 09:33:08 |
| 11 | that I can answer that question. | 09:33:12 |
| 12 | Q    From just your general understanding, do | 09:33:13 |
| 13 | you have any idea what it's used to treat? | 09:33:15 |
| 14 | A    I have not looked it up myself, I've only | 09:33:21 |
| 15 | heard it through clients' explanations.  So I | 09:33:24 |
| 16 | cannot attest to that on the record, or for sure. | 09:33:30 |
| 17 | Q    I understand.  Did you ask Dr. Kitchens | 09:33:34 |
| 18 | what he was taking this medication for? | 09:33:35 |
| 19 | A    I'm sorry, I don't remember. | 09:33:41 |
| 20 | Q    What is Adderall? | 09:33:43 |
| 21 | A    It's a medication generally used to treat | 09:33:47 |
| 22 | ADHD.  A stimulant. | 09:33:50 |
| 23 | Q    Do I understand correctly that | 09:34:01 |
| 24 | Dr. Kitchens informed you that these are his | 09:34:03 |
| 25 | current medications? | 09:34:04 |

| | | |
|---|---|---|
| 1 | A    Yes. | 09:34:08 |
| 2 | Q    Did you see any records of his | 09:34:10 |
| 3 | medications, a prescription note, or a bottle, or | 09:34:13 |
| 4 | anything like that? | 09:34:17 |
| 5 | A    I don't remember.  I would have to look | 09:34:20 |
| 6 | at the record.  If the -- I would stand by what is | 09:34:27 |
| 7 | in -- if I have the record. | 09:34:30 |
| 8 | Q    Okay.  Does the fact that someone has | 09:34:34 |
| 9 | been prescribed Adderall indicate that someone has | 09:34:36 |
| 10 | ADHD? | 09:34:40 |
| 11 | A    Generally.  But a doctor has diagnosed | 09:34:45 |
| 12 | it, I don't -- that's all the information I would | 09:34:53 |
| 13 | have, yeah. | 09:34:58 |
| 14 | Q    Let me ask it a different way.  Or let me | 09:35:05 |
| 15 | put it this way.  I understand from your response | 09:35:12 |
| 16 | that the fact that someone has been prescribed | 09:35:14 |
| 17 | Adderall informs you that someone has diagnosed him | 09:35:17 |
| 18 | with ADHD; is that correct? | 09:35:21 |
| 19 | A    It informs me that a doctor believes that | 09:35:27 |
| 20 | they have a need for ADH -- for the ADHD | 09:35:32 |
| 21 | medication. | 09:35:35 |
| 22 | Q    You conducted your evaluation over two | 09:35:38 |
| 23 | days, correct? | 09:35:40 |
| 24 | A    Correct. | 09:35:41 |
| 25 | Q    And I think we talked about this a little | 09:35:43 |

| | | |
|---|---|---|
| 1 | bit earlier.  On the first day of your evaluation | 09:35:45 |
| 2 | you conducted a semi-structured clinical interview | 09:35:48 |
| 3 | and went through the DIVA 2.0, correct? | 09:35:51 |
| 4 | A     Correct. | 09:35:55 |
| 5 | MS. MEW:  We can take down CB-1.  And if | 09:36:10 |
| 6 | you could please pull up CB-2. | 09:36:12 |
| 7 | (Defendant's Exhibit CB-2 was arked for | 09:36:18 |
| 8 | identification and is attached to the transcript.) | 09:36:18 |
| 9 | Q     Do you recognize this document, | 09:36:43 |
| 10 | Ms. Bacon? | 09:36:45 |
| 11 | A     Yes. | 09:36:46 |
| 12 | Q     Are you able to read it on the screen? | 09:36:47 |
| 13 | A     Yes. | 09:36:50 |
| 14 | Q     And what is this document? | 09:36:50 |
| 15 | A     This is the -- I would -- it's the note | 09:36:53 |
| 16 | that Therapy Notes requires us to put in to | 09:37:03 |
| 17 | document our time.  It's -- as you can see at the | 09:37:09 |
| 18 | top, it's Psychological Evaluation with the service | 09:37:15 |
| 19 | code 96130.  That's the -- | 09:37:17 |
| 20 | Q     Go ahead, I didn't me to interrupt. | 09:37:24 |
| 21 | A     Sorry, I -- I'm sorry, it was -- the | 09:37:25 |
| 22 | service code is the CPT code, so -- the 96130. | 09:37:27 |
| 23 | This just indicates that we did a psychological | 09:37:36 |
| 24 | evaluation. | 09:37:40 |
| 25 | Q     Did you fill out this psychological | 09:37:43 |

1    evaluation report as part of your regularly                09:37:46

2    conducted activities?                                       09:37:47

3         A    Yes.                                              09:37:52

4         Q    And this is a true and correct copy of           09:37:52

5    this psychological evaluation report?                       09:37:54

6         A    Yes.                                              09:37:58

7         Q    If you look at the last header on this            09:38:12

8    page, additional comments, it states, "The client          09:38:15

9    has a history of ADHD diagnosis and treatment since         09:38:23

10   early childhood."  Do you see that?                         09:38:26

11        A    Yes.                                              09:38:31

12        Q    Did you base this comment on something            09:38:32

13   that Dr. Kitchens told you?                                 09:38:33

14        A    Yes.                                              09:38:36

15        Q    You did not see any record showing that           09:38:39

16   Dr. Kitchens was diagnosed with ADHD in early               09:38:41

17   childhood, correct?                                         09:38:44

18        A    Correct.                                          09:38:46

19        Q    And you did not see any record showing            09:38:48

20   that Dr. Kitchens was treated for ADHD in early             09:38:50

21   childhood, correct?                                         09:38:53

22        A    Correct.                                          09:38:55

23        Q    And I apologize if I asked this question          09:39:04

24   earlier, but the DIVA 2.0 report, that is based on          09:39:06

25   the patient's self-report to you, correct?                  09:39:10

1    A    Correct.                                        09:39:13

2    Q    The patient is describing his -- what he        09:39:14

3  feels are his symptoms of ADHD?                        09:39:18

4    A    The symptoms and the impairment in life.        09:39:24

5    Q    As described by the patient, correct?           09:39:30

6    A    Yes.                                            09:39:33

7    Q    What is the Achenbach System of                 09:39:40

8  Empirically Based Assessment?                          09:39:42

9    A    That is empirically based assessment for        09:39:48

10  a variety of diagnoses.                               09:39:54

11        MS. MEW:  And, Michael, you can take down       09:40:20

12  CB-2.                                                 09:40:21

13    Q    And can you describe, what is the process      09:40:22

14  for the ASEBA?                                        09:40:25

15    A    The general process is that the client         09:40:27

16  and one other person at least, one other person       09:40:33

17  in -- who is close with them currently answers a      09:40:39

18  list of questions.  There's approximately 115 or      09:40:49

19  more questions with specific behaviors, symptoms of   09:40:57

20  a variety of mental health disorders.  It looks       09:41:08

21  at -- it has a specific ADHD scale that it looks      09:41:17

22  directly at the symptoms as listed in the DSM-5-TR,   09:41:22

23  and it gives scales and then a written report from    09:41:29

24  the computerized -- it -- well, it compiles the       09:41:42

25  information from, so I don't have to do the           09:41:51

```
1   handwritten scoring.                              09:41:54

2       Q    And I saw you produced the scales.  Do   09:41:59

3   the questions and answers -- do the questions and 09:42:04

4   answers exist as a document in your system?       09:42:09

5       A    They don't.  I feel sure they exist.  I  09:42:15

6   don't have them.                                  09:42:25

7       Q    Dr. Kitchens filled out one of these     09:42:41

8   ASEBA questionnaires as part of your evaluation,  09:42:44

9   correct?                                          09:42:47

10      A    Correct.                                 09:42:48

11      Q    And you discuss the report, the results  09:42:49

12  of his ASEBA questionnaire in your evaluation,    09:42:55

13  correct?                                          09:42:59

14      A    Correct.                                 09:43:00

15      Q    And Dr. Kitchens' spouse, Amelia         09:43:01

16  Kitchens, filled out one of the ASEBA            09:43:06

17  questionnaires as well, correct?                  09:43:12

18      A    Correct.                                 09:43:14

19      Q    And you discuss Amelia Kitchens' report  09:43:15

20  in your evaluation, correct?                      09:43:23

21      A    Correct.                                 09:43:25

22      Q    Dr. Kitchens mother, Missie King, also   09:43:27

23  filled out an ASEBA questionnaire, correct?       09:43:30

24      A    Correct.                                 09:43:34

25      Q    And you received her responses?          09:43:35
```

| | | |
|---|---|---|
| 1 | A    Yes. | 09:43:38 |
| 2 | MS. MEW:  Michael, if you could please | 09:43:47 |
| 3 | pull up CB-4. | 09:43:48 |
| 4 | (Defendant's Exhibit CB-4 was marked for | 09:43:52 |
| 5 | identification and is attached to the transcript.) | 09:43:52 |
| 6 | Q    If you could scroll through this, | 09:44:04 |
| 7 | Michael, and give Ms. Bacon a chance just to see | 09:44:06 |
| 8 | what's here. | 09:44:12 |
| 9 | Do you recognize this document, | 09:44:35 |
| 10 | Ms. Bacon? | 09:44:37 |
| 11 | A    I do, yes. | 09:44:38 |
| 12 | MS. MEW:  If we could go back to the | 09:44:39 |
| 13 | first page, please. | 09:44:41 |
| 14 | Q    Are these the scale scores from Ms. King? | 09:44:48 |
| 15 | A    According to the document, it says | 09:44:55 |
| 16 | informant, Missie King. | 09:44:58 |
| 17 | Q    If we turn to page 2 -- | 09:45:03 |
| 18 | MS. MEW:  Michael, can you turn to page | 09:45:13 |
| 19 | 2, please. | 09:45:15 |
| 20 | Q    Ms. King did not report a clinical level | 09:45:30 |
| 21 | of problems with attention, correct? | 09:45:32 |
| 22 | A    Correct. | 09:45:38 |
| 23 | MS. MEW:  And if we could please turn to | 09:45:42 |
| 24 | page 3.  I'm sorry, page 4. | 09:45:44 |
| 25 | Q    Ms. King did not report a clinical level | 09:45:56 |

```
1    of ADHD problems, correct?                          09:45:58
2         A    Correct.                                  09:46:07
3         Q    For all of the categories of Ms. King's   09:46:07
4    report, the reports are in the normal range,        09:46:12
5    correct?                                             09:46:14
6         A    Correct.                                  09:46:17
7         Q    You did not list Ms. King's ASEBA report  09:46:23
8    under your assessment procedures in your evaluation 09:46:31
9    report, correct?                                     09:46:36
10        A    Correct.                                  09:46:37
11        Q    But you did, in fact, administer this     09:46:37
12   assessment to Ms. King?                              09:46:40
13        A    Before I understood that they do not live 09:46:42
14   together, I misunderstood that when we first spoke,  09:46:46
15   I believed that they lived together.  And because    09:46:50
16   this test asks for information specifically during   09:46:56
17   the last six months.  Once I did the second          09:47:00
18   interview and realized when I got this that they     09:47:05
19   don't live together and therefore she doesn't have   09:47:10
20   close interaction with him during the last six       09:47:13
21   months, therefore this test was not valid.           09:47:17
22             I did -- as you saw in the report, I       09:47:21
23   already had it written down in the assessment        09:47:23
24   procedures, because I had started the report as I    09:47:26
25   was -- as you saw.  But that was why I didn't        09:47:28
```

1   include it, because it was not valid after all.        09:47:33

2       Q      Would Ms. King be a useful informant for    09:47:37

3   Dr. Kitchens' childhood symptoms and impairment of     09:47:41

4   ADHD?                                                  09:47:44

5       A      Yes, but this test asks for current         09:47:47

6   questions, the questions are worded as current.        09:47:49

7   And so she didn't know -- yes, if we could -- it       09:47:53

8   sounds like, from what -- at the last hearing, that    09:47:57

9   she has a good understanding of his childhood.  So,    09:48:02

10  but this isn't asking about childhood symptoms.        09:48:07

11          MS. MEW:  And we can take this document        09:48:11

12  down.                                                  09:48:13

13      Q      Slightly different question.  Did you       09:48:17

14  discuss with Ms. King -- did you have any              09:48:20

15  discussions with Ms. King as part of your             09:48:25

16  evaluation?                                            09:48:27

17      A      No.                                         09:48:27

18      Q      So, you did not seek any kind of            09:48:28

19  collateral information from her about Dr. Kitchens'    09:48:30

20  report of childhood symptoms or impairment?           09:48:34

21      A      I did not.                                  09:48:39

22      Q      There are other assessments that you        09:48:50

23  administered to Dr. Kitchens that you did not list     09:48:52

24  under your assessment procedures, correct?            09:48:55

25      A      Not that I know of as you say that.         09:49:01

1    Q    Did you administer a PHQ-9 form?                    09:49:05

2    A    Oh.  Yes.                                           09:49:09

3    Q    Did you administer a GAD-7 form?                    09:49:12

4    A    Back up, I should -- if it's in the                 09:49:16

5    chart, then yes.  As standard procedure, when I          09:49:18

6    open any contact with anyone that is immediately        09:49:22

7    sent to them.  So, its standard procedure.              09:49:29

8    Q    But you did not rely on those assessments          09:49:34

9    as part of your evaluation?                             09:49:40

10   A    No.                                                09:49:41

11   Q    Is it important to conduct a differential          09:49:50

12   diagnosis as part of an ADHD assessment?                09:49:52

13   A    Yes.                                               09:49:54

14   Q    And the DSM requires this, correct?                09:49:56

15   A    Yes.                                               09:50:01

16   Q    Did you conduct a differential diagnosis           09:50:02

17   as part of your ADHD evaluation of Dr. Kitchens?        09:50:04

18   A    As you see on the ASEBA, there are the             09:50:07

19   different scales, and each -- if you go to the page     09:50:10

20   that stays DSM-oriented scales, each of those          09:50:15

21   scales, if you look at the questions listed and the    09:50:22

22   number by them, those are direct symptoms as listed    09:50:29

23   in the DSM-5-TR.                                        09:50:35

24   Q    Did you rule out that -- did you rule out          09:50:46

25   that the symptoms you attributed to ADHD are not       09:50:53

1   attributable to any other mental disorder?                    09:50:59

2        A    I would need to look at the report to see           09:51:06

3   the diagnosis.                                                09:51:09

4             MS. MEW:  Michael, can we please pull up            09:51:15

5   CB-1.  Thank you.                                             09:51:19

6        Q    Ms. Bacon, if you'd like, you could ask            09:51:31

7   to turn to a particular page, or would you like us            09:51:33

8   to scroll down until you get to --                            09:51:35

9        A    Page 8.  So, I put attention deficit                09:51:39

10  hyperactivity disorder, combined presentation.                09:51:49

11            MS. MEW:  Michael, you can take CB-1                09:52:18

12  down.                                                         09:52:20

13       Q    You administered the MOXO to                        09:52:26

14  Dr. Kitchens, correct?                                        09:52:28

15       A    Correct.                                            09:52:29

16       Q    And the MOXO is a continuous performance            09:52:30

17  test, or CPT?                                                 09:52:33

18       A    Yes, it's actually a d-CPT, which is a              09:52:34

19  distracted CPT.                                               09:52:38

20       Q    Can you explain to me how this test                 09:52:44

21  works.                                                        09:52:46

22       A    Yes.  This test works -- it's                       09:52:47

23  computerized, and the client is given the                     09:52:51

24  instructions to watch for a certain picture, and              09:52:55

25  they are supposed to click every time they see it.            09:53:06

1    And they are given a variety of pictures similar or          09:53:09
2    different and they are then supposed to continue to          09:53:16
3    focus and click on the picture when they see the             09:53:21
4    picture only.  There are sounds that come up and             09:53:26
5    visual distractors.                                          09:53:30
6         Q    What is it a picture of, what are you              09:53:34
7    looking for a picture of?                                    09:53:36
8         A    It is -- for the adults it is a picture            09:53:39
9    of a -- I believe an ace of hearts, it's a playing           09:53:42
10   card.  So, sometimes it shows that, sometimes it's,          09:53:50
11   I believe, of the hearts, sometimes it will show             09:53:57
12   the diamonds.  And it will be similar, but what              09:54:00
13   it's looking at -- so, it's looking at the -- if             09:54:05
14   you see that specific picture.                               09:54:09
15        Q    And it takes about 20 minutes to take the          09:54:16
16   MOXO?                                                        09:54:18
17        A    20, 25.  It depends.                               09:54:24
18        Q    The MOXO is not a reading test, correct?           09:54:27
19        A    No.                                                09:54:30
20        Q    Not -- and it's not a test of reading             09:54:34
21   fluency?                                                     09:54:38
22        A    No.                                                09:54:38
23        Q    And the individual taking the MOXO,               09:54:39
24   they're not asked substantive questions that                09:54:43
25   they're answering, they're looking at these                 09:54:46

| | | |
|---|---|---|
| 1 | pictures and responding to what they see, correct? | 09:54:48 |
| 2 | A   It is simply a test of continual | 09:54:51 |
| 3 | performance. | 09:54:55 |
| 4 | Q   CPT test results themselves are not | 09:55:08 |
| 5 | diagnostic of ADHD, correct? | 09:55:11 |
| 6 | A   Correct. | 09:55:13 |
| 7 | DR. KITCHENS:  Excuse me.  Caroline? | 09:55:28 |
| 8 | MS. MEW:  Yes. | 09:55:30 |
| 9 | DR. KITCHENS:  For the court reporter, | 09:55:31 |
| 10 | this is Dr. Markcus Kitchens speaking.  We've been | 09:55:32 |
| 11 | going through an hour now.  Do you think that we | 09:55:36 |
| 12 | can take a five-minute break and give Ms. Bacon a | 09:55:38 |
| 13 | break? | 09:55:43 |
| 14 | MS. MEW:  Of course. | 09:55:44 |
| 15 | DR. KITCHENS:  Thank you. | 09:55:45 |
| 16 | THE VIDEOGRAPHER:  Stand by for video. | 09:55:46 |
| 17 | We are going off the record.  The time is 9:55 a.m. | 09:55:48 |
| 18 | (Recess taken from 9:55 a.m. to 10:01 | 09:55:59 |
| 19 | a.m.) | 09:55:59 |
| 20 | THE VIDEOGRAPHER:  We're back on the | 10:01:23 |
| 21 | record.  The time is 10:01 a.m. | 10:01:24 |
| 22 | BY MS. MEW: | 10:01:30 |
| 23 | Q   Ms. Bacon, before the break we were | 10:01:31 |
| 24 | talking about the MOXO. | 10:01:32 |
| 25 | MS. MEW:  Can we pull up CB-6, please, | 10:01:38 |

```
1    Michael.                                              10:01:40

2            (Defendant's Exhibit CB-6 was marked for      10:02:01

3    identification and is attached to the transcript.)    10:02:01

4            MS. MEW:  And, Michael, if you could just     10:02:01

5    click through each page.                               10:02:03

6    BY MS. MEW:                                            10:02:34

7        Q     Ms. Bacon, do you recognize this as the      10:02:34

8    MOXO d-CPT report for the test that Dr. Kitchens       10:02:38

9    took?                                                  10:02:41

10       A     Yes.                                         10:02:47

11       Q     If you look at the first box toward the      10:02:48

12   top of the page, it states, medication, none.  Do     10:02:50

13   you see that?                                          10:02:53

14       A     I do.                                        10:02:53

15       Q     Did you ask Dr. Kitchens not to take his     10:02:55

16   medications on the day he took the MOXO?               10:02:58

17       A     No.                                          10:03:02

18       Q     How would this field for medications,        10:03:06

19   none, be completed?                                    10:03:07

20       A     By mistake on my part.                       10:03:12

21       Q     Do you know whether Dr. Kitchens took        10:03:16

22   Adderall on the day that he took the MOXO test?        10:03:18

23       A     No.  Well, I wasn't there with him, so --    10:03:33

24       Q     Did you ask him if he had taken Adderall     10:03:37

25   on the day he took this test?                          10:03:39
```

```
1        A      I don't remember.                          10:03:42

2        Q      And did you ask him if he had taken        10:03:46

3   propanolol on the day he took this test?              10:03:48

4        A      I don't remember.                          10:03:52

5        Q      But you think that this statement, none,   10:03:55

6   is a mistake?                                          10:03:56

7        A      No, I only mean that it could be a         10:03:58

8   mistake if he did have it and I didn't put it on      10:04:00

9   there.  He could also have not taken it.  I don't     10:04:03

10  know, because I wasn't with him.  I don't remember.   10:04:08

11       Q      I believe you mentioned earlier that the   10:04:18

12  MOXO has some type of symptom validity element to     10:04:20

13  this particular test.                                 10:04:24

14       A      Uh-huh.                                    10:04:25

15       Q      And again, you can ask Michael to flip     10:04:26

16  through to any page, but can you show me where in     10:04:29

17  this report the results of that embedded symptom      10:04:32

18  validity test show up in here?                        10:04:35

19           THE WITNESS:  Scroll to the next page,        10:04:39

20  let me see.  And if you can scroll down.  Go on --    10:04:41

21  can you go down to the next page, and on down to      10:04:54

22  maybe page 4.                                         10:05:00

23       A      So, on my end it has -- there's a green    10:05:08

24  light system that on my end that I see.  It's not     10:05:17

25  printed on here directly.  There is in general,       10:05:23
```

1    there's a summary.  If it was not valid, under that          10:05:32
2    statement in the summary it would say it's not             10:05:36
3    valid.  But it doesn't -- it doesn't have it              10:05:41
4    directly on here.                                10:05:45
5         Q    Understood.                            10:05:48
6              MS. MEW:  We can take this document down.       10:05:51
7    And let's pull up the evaluation report again,            10:05:59
8    please.  That's CB-1.  If we could go to page 3,           10:06:01
9    please.  And then if you could please scroll down         10:06:16
10   to the bottom of page.  And actually, if you could         10:06:29
11   show the bottom of 3 going into page 4, that             10:06:32
12   paragraph.                                    10:06:36
13        Q    Ms. Bacon, in the paragraph that carries       10:06:43
14   over from page 3 to 4, can you see that on your           10:06:47
15   screen?                                      10:06:51
16        A    I can.                              10:06:52
17        Q    Okay.  The second sentence states,            10:06:53
18   "Despite Dr. Kitchens successfully completing            10:06:55
19   medical school, the symptoms have had a great            10:07:00
20   impact on his work and education."  And this is a          10:07:02
21   reference to the symptoms of ADHD, correct?             10:07:06
22        A    Correct.                             10:07:09
23        Q    What is the basis for your opinion that        10:07:11
24   the symptoms of ADHD have had a great impact on          10:07:14
25   Dr. Kitchens' work and education?                    10:07:17

| | | |
|---|---|---|
| 1 | A    From our interview, when we discussed the | 10:07:21 |
| 2 | impact that he had of the different ways he had to | 10:07:25 |
| 3 | work to accommodate his symptoms that went above | 10:07:30 |
| 4 | what someone without ADHD would have to do to | 10:07:35 |
| 5 | accommodate. | 10:07:38 |
| 6 | Q    Do you have, are you aware of any | 10:07:53 |
| 7 | objective evidence showing that Dr. Kitchens | 10:07:55 |
| 8 | experiences impairment in work? | 10:07:59 |
| 9 | A    What do you mean by objective? | 10:08:07 |
| 10 | Q    Anything other than what Dr. Kitchens | 10:08:10 |
| 11 | told you. | 10:08:12 |
| 12 | A    I'm not sure how I would get that. | 10:08:22 |
| 13 | Q    Did you review any work evaluations? | 10:08:26 |
| 14 | A    No. | 10:08:30 |
| 15 | Q    Did you ask to see any type of work | 10:08:32 |
| 16 | evaluations for Dr. Kitchens? | 10:08:37 |
| 17 | A    No. | 10:08:39 |
| 18 | Q    Are you aware of his general employment | 10:08:39 |
| 19 | history? | 10:08:41 |
| 20 | A    No. | 10:08:41 |
| 21 | Q    Do you know if Dr. Kitchens participated | 10:08:45 |
| 22 | in any internships during medical school? | 10:08:47 |
| 23 | A    I don't remember.  It would be in the | 10:08:52 |
| 24 | report. | 10:08:57 |
| 25 | Q    Do you know how he performed in those | 10:09:01 |

| | | |
|---|---|---|
| 1 | internships? | 10:09:03 |
| 2 | A    I don't remember. | 10:09:04 |
| 3 | Q    But if he told you something that you | 10:09:06 |
| 4 | thought was important to your evaluation, would you | 10:09:10 |
| 5 | have discussed it in your report? | 10:09:13 |
| 6 | A    I would have, yes. | 10:09:14 |
| 7 | Q    Do you know if Dr. Kitchens participated | 10:09:16 |
| 8 | in clinical rotations when he was in medical | 10:09:17 |
| 9 | school? | 10:09:20 |
| 10 | A    I'm not sure that I am clear on what | 10:09:26 |
| 11 | clinical rotations are, as a nonmedical | 10:09:28 |
| 12 | professional. | 10:09:31 |
| 13 | Q    Sure, I understand. | 10:09:32 |
| 14 | Do you know what jobs Dr. Kitchens has | 10:09:39 |
| 15 | worked in? | 10:09:40 |
| 16 | A    No, not off the top of my head. | 10:09:42 |
| 17 | Q    Is that something that you would have | 10:09:45 |
| 18 | discussed with him? | 10:09:47 |
| 19 | A    That is -- if it's in -- if I know it, | 10:09:53 |
| 20 | it's in the report.  I don't, it's -- I don't know | 10:09:57 |
| 21 | off the top of my head. | 10:10:02 |
| 22 | Q    Staying in this same paragraph, looking | 10:10:08 |
| 23 | now on page 4, you write, "His difficulty | 10:10:11 |
| 24 | completing the board exams seems directly linked to | 10:10:19 |
| 25 | his symptoms of ADHD."  Is this reference to the | 10:10:24 |

1    board exams or reference to the United States    10:10:32

2    Medical Licensing Examination?    10:10:36

3        A    At the time that I wrote that, I did not    10:10:39

4    know the full name of what it was.  I knew that it    10:10:41

5    was exams and I knew the general term "board    10:10:47

6    exams," but I did not know the extent.    10:10:52

7        Q    I understand.  You're referring -- are    10:10:56

8    you referring to the exams he needs to take to be    10:10:58

9    licensed to practice medicine?    10:11:01

10        A    Yes.    10:11:06

11        Q    Okay.  Did Dr. Kitchens inform you that    10:11:07

12    he was having difficulty completing the USMLE    10:11:33

13    examinations, or board examinations?    10:11:39

14        A    We discussed the need for accommodations    10:11:42

15    in order to complete -- to -- in order -- well,    10:11:49

16    accommodations.  I don't know that I was aware of    10:11:57

17    the specific tests.  I could have been told, but I    10:12:00

18    don't remember that.    10:12:13

19        Q    And when you're referring to completing    10:12:26

20    the board exams, do you mean finishing the exams    10:12:28

21    within the standard time frames, is that what    10:12:34

22    you're referring to, or just overcoming passing the    10:12:38

23    board exams generally?    10:12:42

24        A    I'm referring to completing the board    10:12:48

25    exams without the symptoms of ADHD negatively    10:12:56

1    impacting his performance.                               10:13:03

2         Q    Did Dr. Kitchens tell you that he ran out      10:13:24

3    of time taking these tests?                              10:13:28

4         A    Not that I remember.  Not that I               10:13:36

5    remember.  If he did, it's in the -- I would have        10:13:38

6    recorded that, I would think.                            10:13:46

7         Q    What is the basis for your opinion that        10:13:59

8    Dr. Kitchens' difficulty completing the board exams      10:14:01

9    seems directly linked to his symptoms of ADHD?           10:14:04

10        A    So, based on the explanation of symptoms,      10:14:15

11   based on -- so, during the MOXO the client is on         10:14:19

12   the computer taking the exam, or the test, but I am      10:14:27

13   also on a different device watching.  The symptoms       10:14:36

14   that he reported fit with what I observed during         10:14:44

15   the assessment.                                          10:14:50

16        Q    And what did you observe?                      10:14:54

17        A    I observed that he had difficulty sitting      10:14:56

18   still during the tests.  That he was actively            10:15:01

19   engaged, but struggling to stay on task, struggling      10:15:07

20   to stay on task.  And I saw that when he would make      10:15:18

21   a mistake he would -- he got progressively more          10:15:21

22   what appeared to be distressed by his symptoms when      10:15:39

23   he was taking the test, as I would say evidenced by      10:15:43

24   wringing his hands, rocking, kind of blowing, you        10:15:51

25   know, really showing symptoms of physical               10:16:01

1    expression of ADHD symptoms during my observation.          10:16:09

2    Which matched what he reported to me verbally               10:16:18

3    through the DIVA and what matched what he and his           10:16:22

4    wife reported through the ASEBA, they were all             10:16:29

5    matching.                                                   10:16:36

6              So, that's where my statement came from,         10:16:43

7    was my observation, his report, his MOXO test, his         10:16:45

8    ASEBA, and his wife's report.                              10:16:52

9         Q    Are there reasons other than ADHD               10:17:43

10   symptoms that someone may not be able to complete a        10:17:46

11   licensing examination?                                     10:17:49

12        A    Yes.                                             10:17:55

13        Q    Someone could be underprepared?                 10:17:56

14        A    I suppose they could be.                        10:18:03

15        Q    They could be having a bad day?                 10:18:05

16        A    In theory, I'm sure.                            10:18:09

17        Q    The material could be very challenging?         10:18:11

18        A    Yes.                                             10:18:20

19        Q    You did not conduct any type of                 10:18:22

20   educational assessment of Dr. Kitchens, correct?           10:18:24

21        A    Correct.                                         10:18:27

22        Q    You did not measure his IQ?                     10:18:28

23        A    I did not.                                       10:18:31

24        Q    And you did not measure his academic            10:18:32

25   skills, such as reading fluency?                           10:18:35

1           A      I did not.                                   10:18:38

2           Q      We touched on this a little bit earlier,     10:18:48

3    but just so that I'm clear, did you discuss the            10:18:50

4    USMLE examinations with Dr. Kitchens as part of            10:18:52

5    your evaluation?                                           10:18:57

6           A      I don't remember.                            10:19:02

7           Q      So, do you know which examinations he may    10:19:11

8    have taken?                                                10:19:13

9           A      No.                                          10:19:15

10          Q      Or what his results were?                    10:19:16

11          A      No.                                          10:19:18

12          Q      Did he provide you with score reports of     10:19:19

13   any type?                                                  10:19:21

14          A      If he did, it would be in the -- in the      10:19:29

15   chart.                                                     10:19:33

16          Q      Since I represent to you that I didn't       10:19:37

17   receive from you any copies of his USMLE test score        10:19:39

18   reports, we can safely conclude that he did not            10:19:43

19   provide you with copies of those?                          10:19:46

20          A      If you don't have it, I don't have it.       10:19:47

21          Q      Okay.                                        10:19:49

22          MS. MEW:  Let's scroll down to page 7,              10:19:55

23   please, in CB-1.                                           10:20:19

24          Q      Looking at the summary and interpretation    10:20:27

25   section.   Third paragraph down, you conclude that         10:20:30

| | |
|---|---|
| 1 | "Dr. Kitchens exceeds the number of symptoms for | 10:20:49 |
| 2 | diagnosis of ADHD combined presentation under the | 10:20:53 |
| 3 | DSM," correct? | 10:20:57 |
| 4 | A    Correct. | 10:20:58 |
| 5 | Q    And this was based on Dr. Kitchens' | 10:20:58 |
| 6 | report of those symptoms, correct? | 10:21:01 |
| 7 | A    Correct. | 10:21:03 |
| 8 | Q    You also state on page 7, as noted | 10:21:08 |
| 9 | earlier, "Markcus's behavior has been seen since | 10:21:11 |
| 10 | childhood, diagnosed by multiple practitioners, and | 10:21:15 |
| 11 | has been provided medication for the disorder since | 10:21:18 |
| 12 | 2013."  Do you see where that is? | 10:21:21 |
| 13 | A    Yes. | 10:21:25 |
| 14 | Q    This was also based on what Dr. Kitchens | 10:21:28 |
| 15 | reported to you, correct? | 10:21:31 |
| 16 | A    Yes. | 10:21:34 |
| 17 | Q    You diagnosed Dr. Kitchens with ADHD | 10:21:45 |
| 18 | combined presentation, correct? | 10:21:49 |
| 19 | A    Correct. | 10:21:52 |
| 20 | MS. MEW:  And you can take down CB-1 for | 10:21:52 |
| 21 | right now, thank you. | 10:21:54 |
| 22 | Q    You did not diagnose him with any other | 10:21:58 |
| 23 | disorder, correct? | 10:22:01 |
| 24 | A    If it is not on the report, then correct. | 10:22:02 |
| 25 | Q    You did not diagnose Dr. Kitchens with a | 10:22:08 |

| | | |
|---|---|---|
| 1 | learning disorder? | 10:22:10 |
| 2 | A    No. | 10:22:11 |
| 3 | Q    You did not diagnose Dr. Kitchens with | 10:22:12 |
| 4 | anxiety? | 10:22:15 |
| 5 | A    If it is not on there, I did not. | 10:22:17 |
| 6 | MS. MEW:  Actually, my apologies. | 10:22:28 |
| 7 | Michael, if you wouldn't mind pulling up CB-1 | 10:22:29 |
| 8 | again, it might be helpful to reference it.  Will | 10:22:35 |
| 9 | you please scroll to the last page, page 8. | 10:22:39 |
| 10 | Q    You recommended that Dr. Kitchens receive | 10:22:52 |
| 11 | accommodations when taking tests, including the | 10:22:54 |
| 12 | USMLE, correct? | 10:22:57 |
| 13 | A    I said when taking tests such as board | 10:23:00 |
| 14 | exams.  I did not know the name of the test. | 10:23:03 |
| 15 | Q    All right, that's fine, that doesn't | 10:23:06 |
| 16 | matter.  You recommended that Dr. Kitchens receive | 10:23:08 |
| 17 | accommodations when taking tests, including the | 10:23:12 |
| 18 | board exams, correct? | 10:23:15 |
| 19 | A    Correct. | 10:23:17 |
| 20 | Q    And you understand the board exams to be | 10:23:17 |
| 21 | his medical licensing examinations? | 10:23:18 |
| 22 | A    I understood that they were examinations. | 10:23:22 |
| 23 | I did not -- I do not understand necessarily the | 10:23:25 |
| 24 | full steps of what they are.  But in general, I | 10:23:27 |
| 25 | understand that they are board exams. | 10:23:30 |

| | | |
|---|---|---|
| 1 | Q     Okay.  And you recommended that he | 10:23:33 |
| 2 | receive extra time, and specifically double time; | 10:23:37 |
| 3 | is that correct? | 10:23:43 |
| 4 | A     That is correct. | 10:23:44 |
| 5 | Q     Do you know how long the exams that you | 10:23:50 |
| 6 | refer to as board exams are? | 10:23:53 |
| 7 | A     I don't know off the top of my head. | 10:24:07 |
| 8 | Q     Let me ask, is it fair to say that you | 10:24:12 |
| 9 | were not providing a specific recommendation with | 10:24:14 |
| 10 | respect to step 1 of the USMLE? | 10:24:16 |
| 11 | A     I was giving a general recommendation. | 10:24:23 |
| 12 | Q     And you were not making a recommendation | 10:24:26 |
| 13 | specific to step 2 CK of the USMLE? | 10:24:28 |
| 14 | THE WITNESS:  I apologize, I -- I'm | 10:24:33 |
| 15 | sorry, the -- okay.  Are you still there? | 10:24:39 |
| 16 | MS. MEW:  Yeah, have you lost your -- can | 10:24:44 |
| 17 | we go off the record for just a minute. | 10:24:49 |
| 18 | THE VIDEOGRAPHER:  Stand by.  We are | 10:24:53 |
| 19 | going off the record.  The team is 10:24 a.m. | 10:24:54 |
| 20 | (Off the record discussion.) | 10:25:24 |
| 21 | THE VIDEOGRAPHER:  We're back on the | 10:26:24 |
| 22 | record.  The time is 10:26 a.m. | 10:26:25 |
| 23 | BY MS. MEW: | 10:26:30 |
| 24 | Q     And just for my own benefit, I'll ask the | 10:26:31 |
| 25 | court reporter to please repeat the last question | 10:26:34 |

| | | |
|---|---|---|
| 1 | that I asked. | 10:26:36 |
| 2 | (The reporter read the pending question | 10:27:02 |
| 3 | as follows: | 10:27:02 |
| 4 | "Q    And you were not making a | 10:27:02 |
| 5 | recommendation specific to step 2 CK of the | 10:27:02 |
| 6 | USMLE?") | 10:27:02 |
| 7 | A    Do I answer that now? | 10:27:03 |
| 8 | Q    Yes. | 10:27:06 |
| 9 | A    I was giving a general recommendation. | 10:27:06 |
| 10 | Q    And I might be asking a question I | 10:27:14 |
| 11 | already asked again, but just to put this in | 10:27:16 |
| 12 | perspective, do you know how long step 1 of the | 10:27:18 |
| 13 | USMLE is? | 10:27:21 |
| 14 | A    I don't remember. | 10:27:24 |
| 15 | Q    Do you know how long step 2 CK of the | 10:27:27 |
| 16 | USMLE is? | 10:27:30 |
| 17 | A    Not off the top of my head. | 10:27:32 |
| 18 | Q    Do you think that at some point you had | 10:27:34 |
| 19 | this information? | 10:27:38 |
| 20 | A    I could have, but I don't -- if I did, I | 10:27:40 |
| 21 | don't remember it. | 10:27:42 |
| 22 | Q    If you thought that it was important to | 10:27:52 |
| 23 | your recommendation, would you have discussed it in | 10:27:54 |
| 24 | your report? | 10:27:56 |
| 25 | A    If the time of the test was important? | 10:27:59 |

| | | |
|---|---|---|
| 1 | Q    Yes. | 10:28:07 |
| 2 | A    If I was making a specific | 10:28:14 |
| 3 | recommendation, I would have. | 10:28:16 |
| 4 | Q    But you were not making a specific | 10:28:18 |
| 5 | recommendation for step 1 or step 2 CK of the | 10:28:20 |
| 6 | USMLE? | 10:28:24 |
| 7 | A    I was making a recommendation, just a | 10:28:26 |
| 8 | general recommendation when taking tests such as | 10:28:28 |
| 9 | board exams as written in my report. | 10:28:33 |
| 10 | Q    Do you know how the USMLE is | 10:28:36 |
| 11 | administered? | 10:28:38 |
| 12 | A    I've never taken the exam. | 10:28:46 |
| 13 | Q    I understand.  So, you don't know if it's | 10:28:47 |
| 14 | a paper and pencil test or a computerized test? | 10:28:49 |
| 15 | A    Correct. | 10:28:54 |
| 16 | Q    And do you have any idea what the | 10:28:54 |
| 17 | questions on the test look like? | 10:28:56 |
| 18 | A    I am not a medical professional, so -- | 10:28:57 |
| 19 | Q    Okay.  And do you have any idea of how | 10:29:01 |
| 20 | long the test day itself is? | 10:29:03 |
| 21 | A    No, not as far as I can remember. | 10:29:06 |
| 22 | Q    Did you look up the type of | 10:29:17 |
| 23 | accommodations that are generally available on the | 10:29:19 |
| 24 | USMLE examination to prepare your accommodation | 10:29:22 |
| 25 | recommendations? | 10:29:27 |

```
 1        A     No.                                      10:29:28

 2        Q     Did Dr. Kitchens provide you with a copy 10:29:33

 3   of NBME's documentation guidelines for            10:29:37

 4   accommodation requests for you to use in preparing 10:29:40

 5   your report and recommendations?                   10:29:42

 6        A     As far as I know, no.  If he did, it     10:29:46

 7   would be in the report.  Or in the chart that I    10:29:48

 8   sent you.                                           10:29:51

 9        Q     In the documents you sent me?            10:29:51

10        A     The documentation that you sent me, yes. 10:29:53

11        Q     In your recommendations you also         10:30:02

12   recommend allowance of extra breaks to move during 10:30:04

13   testing.  Do you see that?                          10:30:06

14        A     Uh-huh.                                  10:30:09

15        Q     Is this also a general recommendation and 10:30:09

16   not specific to the USMLE?                          10:30:09

17        A     Yes.                                     10:30:12

18        Q     So, I take it you do not know how much    10:30:14

19   break time examinees get under standard            10:30:19

20   administration of the USMLE?                        10:30:22

21        A     No.                                      10:30:24

22        Q     And you don't know how Dr. Kitchens has   10:30:25

23   used that break time in his prior test attempts?    10:30:28

24        A     Correct.                                 10:30:32

25        Q     What do you know about Dr. Kitchens'      10:30:37
```

Transcript of Christina Bacon, LPP
Conducted on April 13, 2023                                    58

| | | |
|---|---|---|
| 1 | history of taking standardized tests? | 10:30:40 |
| 2 | A    I don't know what that question is | 10:30:49 |
| 3 | asking. | 10:30:51 |
| 4 | Q    Do you know if he took the ACT exam? | 10:30:53 |
| 5 | Well, let me scratch that. | 10:30:56 |
| 6 | Do you know what the ACT exam is? | 10:30:58 |
| 7 | A    Yes. | 10:31:01 |
| 8 | Q    Do you know if Dr. Kitchens took that | 10:31:05 |
| 9 | exam? | 10:31:07 |
| 10 | A    No.  I don't know. | 10:31:07 |
| 11 | Q    Do you know if he has ever received | 10:31:08 |
| 12 | accommodations on any other standardized test? | 10:31:10 |
| 13 | A    We would have to look at the report | 10:31:16 |
| 14 | that -- of the information given, provided.  I | 10:31:23 |
| 15 | don't -- I don't know off the top of my head. | 10:31:27 |
| 16 | Q    Do you know if he took the medical | 10:31:37 |
| 17 | college admission test? | 10:31:39 |
| 18 | A    I -- I don't know.  I would -- well, I | 10:31:47 |
| 19 | don't know. | 10:31:51 |
| 20 | Q    Or whether he received accommodations on | 10:31:52 |
| 21 | that test? | 10:31:54 |
| 22 | A    I don't know. | 10:31:55 |
| 23 | Q    Or how he performed? | 10:31:55 |
| 24 | A    I can only make assumptions that I have. | 10:31:58 |
| 25 | No, I don't know. | 10:32:01 |

Transcript of Christina Bacon, LPP
Conducted on April 13, 2023                          59

| | | |
|---|---|---|
| 1 | Q    Are you familiar with the standards for | 10:32:05 |
| 2 | disability under the Americans with Disabilities | 10:32:07 |
| 3 | Act? | 10:32:08 |
| 4 | A    I understand that there is one.  I don't | 10:32:12 |
| 5 | know that I could list it for you. | 10:32:13 |
| 6 | Q    Are you applying those standards when you | 10:32:16 |
| 7 | are making your report and recommendation? | 10:32:19 |
| 8 | A    Not specifically.  I didn't -- I did not | 10:32:22 |
| 9 | reference them while I was making the | 10:32:25 |
| 10 | recommendations. | 10:32:27 |
| 11 | Q    Are you referencing them generally? | 10:32:28 |
| 12 | A    I don't know.  I don't know what you're | 10:32:39 |
| 13 | asking, I'm sorry. | 10:32:40 |
| 14 | Q    Sure.  Did you make any -- did you draw | 10:32:41 |
| 15 | any conclusions based on whether Dr. Kitchens is | 10:32:45 |
| 16 | disabled within the opinion of the ADA? | 10:32:48 |
| 17 | A    I made the recommendations based on the | 10:32:54 |
| 18 | diagnosis from the DSM-5-TR. | 10:32:57 |
| 19 | Q    Okay. | 10:33:01 |
| 20 | MS. MEW:  If we could take down CB-1, | 10:33:12 |
| 21 | please, and just quickly pull up CB-9. | 10:33:14 |
| 22 | (Defendant's Exhibit CB-9 was marked for | 10:33:25 |
| 23 | identification and is attached to the transcript.) | 10:33:25 |
| 24 | MS. MEW:  And if you could just quickly | 10:33:31 |
| 25 | scroll through that. | 10:33:33 |

1      Q    Ms. Bacon, I just wanted to ask if you          10:33:47

2    recognized this notice of deposition and subpoena.       10:33:51

3      A    Yes.                                              10:33:54

4      Q    And you're appearing today pursuant to           10:33:54

5    that notice and subpoena correct?                        10:33:58

6      A    Correct.                                          10:34:01

7           MS. MEW:  I may be done or almost done.           10:34:01

8    And I want to be mindful of your time, Ms. Bacon,        10:34:03

9    but if we could take just a five-minute break so I       10:34:07

10   can just check over and see if I have any other          10:34:09

11   questions.                                               10:34:12

12          THE WITNESS:  Thank you.                          10:34:12

13          MS. MEW:  I would appreciate it.  Thank           10:34:12

14   you.                                                     10:34:15

15          THE VIDEOGRAPHER:  Stand by for video.            10:34:16

16   We're going off the record.  The time is 10:34 a.m.      10:34:17

17          (Recess taken from 10:34 a.m. to 10:41            10:34:53

18   a.m.)                                                    10:34:53

19          THE VIDEOGRAPHER:  We're back on the              10:41:57

20   record.  The time is 10:41 a.m.                          10:41:58

21          MS. MEW:  Ms. Bacon, you're still on             10:42:06

22   mute.                                                    10:42:10

23          THE WITNESS:  Thank you.                          10:42:11

24          MS. MEW:  Sure.                                   10:42:11

25   BY MS. MEW:                                              10:42:12

| | |
|---|---|
| 1 | Q    Did Dr. Kitchens know that you were | 10:42:13 |
| 2 | observing him when he was taking the MOXO? | 10:42:15 |
| 3 | A    Yes. | 10:42:17 |
| 4 | MS. MEW:  I do not have any further | 10:42:18 |
| 5 | questions. | 10:42:19 |
| 6 | DR. KITCHENS:  Okay.  It's my turn now, | 10:42:24 |
| 7 | right, correct, to ask any questions I might have? | 10:42:27 |
| 8 | All right. | 10:42:31 |
| 9 | EXAMINATION BY COUNSEL FOR | 10:42:31 |
| 10 | PLAINTIFF, MARKCUS KITCHENS, JR. | 10:42:31 |
| 11 | BY DR. KITCHENS: | 10:42:32 |
| 12 | Q    Hi, Ms. Bacon.  How are you doing this | 10:42:33 |
| 13 | morning? | 10:42:35 |
| 14 | A    I'm fine, thanks. | 10:42:36 |
| 15 | Q    Good, good.  I just wanted to have a | 10:42:37 |
| 16 | couple of follow-up questions for you, okay? | 10:42:40 |
| 17 | A    Yes. | 10:42:42 |
| 18 | Q    So, can you talk to me a little bit about | 10:42:44 |
| 19 | your training, how long you have been evaluating | 10:42:46 |
| 20 | for ADHD. | 10:42:50 |
| 21 | A    I have been working as a clinician since | 10:42:52 |
| 22 | 2003. | 10:43:00 |
| 23 | Q    Okay.  And when we talk about ADHD | 10:43:00 |
| 24 | specifically, is there a particular degree that you | 10:43:03 |
| 25 | can specialize in, say, ADHD, or I am an ADHD | 10:43:07 |

1   specialist?                                                          10:43:13

2        A     Not as far as I know.                                     10:43:15

3        Q     Okay.  When you were evaluating me, where                 10:43:17

4   was I located?                                                       10:43:22

5        A     At your home.                                             10:43:24

6        Q     Do you remember specifically where in my                  10:43:26

7   home?                                                                10:43:28

8        A     In your office, as far as I understood.                   10:43:29

9        Q     Yes.  And can you please describe what                    10:43:32

10  you observed in my office, in my office space, when                  10:43:35

11  doing my evaluation?                                                 10:43:45

12       A     I observed -- you showed me around to                     10:43:46

13  show me the different things that you had done to                    10:43:48

14  accommodate yourself to focus, as in the dark                        10:43:51

15  curtains over your window to prevent you from being                  10:43:59

16  distracted by the outside, the whiteboards on the                    10:44:02

17  back that had your schedule or reminders.                            10:44:09

18            I know that you would put -- you                           10:44:14

19  explained that you put your phone on, like, do not                   10:44:17

20  disturb, so that you weren't distracted by phone                     10:44:20

21  calls during our conversations or -- I know that --                  10:44:23

22  and, you know, just the -- you had the treadmill in                  10:44:29

23  the back that you said that, you know, you would                     10:44:33

24  study whenever, to have movement while you were                      10:44:34

25  concentrating.                                                       10:44:37

| | | |
|---|---|---|
| 1 | Q     Thank you. | 10:44:39 |
| 2 | Do you remember or recall different | 10:44:40 |
| 3 | techniques that I did to limit noise? | 10:44:45 |
| 4 | A     Yes.  I know that you said that you used | 10:44:55 |
| 5 | noise canceling headphones or some kind of | 10:44:57 |
| 6 | headphone.  I know there are different kinds. | 10:44:59 |
| 7 | Q     With these things that you've just stated | 10:45:02 |
| 8 | that I did to keep myself focused, would you say | 10:45:04 |
| 9 | that this is outside of the norm? | 10:45:07 |
| 10 | A     Outside of the norm from -- | 10:45:14 |
| 11 | Q     For someone that does not have ADHD. | 10:45:16 |
| 12 | A     Yes, I would say that that is | 10:45:20 |
| 13 | accommodations, yes.  So, that's outside the norm | 10:45:22 |
| 14 | of a person without ADHD. | 10:45:27 |
| 15 | Q     Okay, thank you. | 10:45:29 |
| 16 | We talked a little bit about the history | 10:45:33 |
| 17 | when you were speaking with Ms. Mew.  Do you recall | 10:45:36 |
| 18 | me ever sending you medical records? | 10:45:43 |
| 19 | A     You did send medical records. | 10:45:45 |
| 20 | Q     Was those medical records -- what do you | 10:45:49 |
| 21 | remember entailed in those medical records? | 10:45:52 |
| 22 | A     I remember they had history. | 10:45:58 |
| 23 | Q     Uh-huh.  And -- | 10:46:02 |
| 24 | A     I don't know that I could adequately give | 10:46:04 |
| 25 | a good description of all of them. | 10:46:08 |

| | | |
|---|---|---|
| 1 | Q      Would you say that those medical records | 10:46:12 |
| 2 | that I sent to you were medical records from | 10:46:14 |
| 3 | several different physicians or medical providers? | 10:46:18 |
| 4 | A      Yes. | 10:46:23 |
| 5 | Q      And do you recall the medications of | 10:46:25 |
| 6 | Adderall and propanolol being part of those medical | 10:46:32 |
| 7 | records? | 10:46:36 |
| 8 | A      Yes.  I would -- if they were on the list | 10:46:40 |
| 9 | that I put, then yes. | 10:46:44 |
| 10 | Q      Okay, thank you. | 10:46:48 |
| 11 | And for -- so, this particular exam that | 10:46:50 |
| 12 | you gave that you conducted with me, the MOXO, is | 10:46:58 |
| 13 | there a way for you to know whether or not a person | 10:47:02 |
| 14 | is faking their symptoms, or trying to cheat the | 10:47:07 |
| 15 | system, or malingering? | 10:47:11 |
| 16 | A      The -- on the MOXO, the ability test part | 10:47:17 |
| 17 | of it, if it detects that the person is not -- is | 10:47:22 |
| 18 | faking, then -- or malingering, my understanding of | 10:47:28 |
| 19 | the validity test is that it says -- you know, | 10:47:35 |
| 20 | again, in the green light system, the green, | 10:47:37 |
| 21 | yellow, red, that it would indicate it does not -- | 10:47:41 |
| 22 | it is not a valid test. | 10:47:45 |
| 23 | Q      And what light did you receive when I was | 10:47:49 |
| 24 | doing my exam? | 10:47:51 |
| 25 | A      Green.  Which indicates valid. | 10:47:53 |

| | | |
|---|---|---|
| 1 | Q    Okay.  When you are doing an evaluation | 10:47:56 |
| 2 | on an adult in their thirties, would you typically | 10:48:01 |
| 3 | ask for a high school transcript for doing an ADHD | 10:48:07 |
| 4 | evaluation? | 10:48:11 |
| 5 | A    No. | 10:48:11 |
| 6 | Q    Would you normally ask for a past test, | 10:48:12 |
| 7 | testing transcript -- | 10:48:20 |
| 8 | A    No. | 10:48:22 |
| 9 | Q    -- for an adult? | 10:48:22 |
| 10 | Would you ask them for evaluations from | 10:48:25 |
| 11 | their work if you were evaluating them for adult | 10:48:27 |
| 12 | ADHD? | 10:48:32 |
| 13 | A    No. | 10:48:34 |
| 14 | Q    I want to go back to the medications, the | 10:48:41 |
| 15 | propanolol and for the Adderall.  Are you -- when | 10:48:44 |
| 16 | it comes down to Adderall, if a person is on | 10:48:51 |
| 17 | Adderall, what is the most common diagnosis that a | 10:48:55 |
| 18 | person would have for a physician to prescribe for | 10:49:00 |
| 19 | someone to be taking Adderall? | 10:49:05 |
| 20 | A    As a nonphysician, when someone comes | 10:49:10 |
| 21 | into my office with a prescription of Adderall, it | 10:49:14 |
| 22 | is generally ADHD. | 10:49:21 |
| 23 | Q    Now, are you under the understanding -- | 10:49:24 |
| 24 | and I know that you're not a practicing physician, | 10:49:28 |
| 25 | but are you aware that there are several different | 10:49:31 |

| | | |
|---|---|---|
| 1 | other types of stimulants outside of Adderall used | 10:49:34 |
| 2 | for other disorders such as narcolepsy? | 10:49:38 |
| 3 | A   Yes. | 10:49:41 |
| 4 | Q   Okay.  When you are doing -- you talked | 10:49:43 |
| 5 | about on CB-2, on her -- on Ms. Mew's image or | 10:49:47 |
| 6 | document CB-2, the psychological evaluation, in | 10:49:54 |
| 7 | your additional comments, when you are -- when a | 10:49:58 |
| 8 | person has decreased documentation of having ADHD, | 10:50:02 |
| 9 | do you think that that means that they do not have | 10:50:08 |
| 10 | it, just because they don't have documentation? | 10:50:11 |
| 11 | A   See, when you reference CB-2, do I need | 10:50:18 |
| 12 | to see that? | 10:50:21 |
| 13 | Q   Well, no.  So, my question to you is if a | 10:50:24 |
| 14 | patient comes to you and they don't have -- and | 10:50:27 |
| 15 | they're in their thirties and they don't have | 10:50:31 |
| 16 | medical records from when they were a child, does | 10:50:34 |
| 17 | that mean that they do not have ADHD in your | 10:50:36 |
| 18 | opinion? | 10:50:40 |
| 19 | A   Not necessarily. | 10:50:41 |
| 20 | Q   Does it mean that they don't have the | 10:50:43 |
| 21 | symptoms, signs and symptoms of ADHD? | 10:50:46 |
| 22 | A   No. | 10:50:48 |
| 23 | Q   You -- excuse me one second. | 10:50:58 |
| 24 | On the ABS -- on the ASEBA questionnaire | 10:51:02 |
| 25 | that was conducted also by Amelia Kitchens, my | 10:51:07 |

1    wife, and my mother, is it normal for -- is it          10:51:14

2    normal for you to ask a parent for an evaluation        10:51:18

3    for an adult ADHD evaluation?                           10:51:23

4         A    Only if I believe the parent lives with       10:51:28

5    the client.  And as I indicated before, I              10:51:33

6    mistakenly believed when I asked for that that your     10:51:38

7    mother lived with you.  So, that was my mistake.        10:51:42

8         Q    Okay.                                         10:51:48

9         A    Because the assessment is for current         10:51:53

10   symptoms.                                               10:51:55

11        Q    Right.  So, we talked about the MOXO          10:51:58

12   earlier and we talked about, you were asked about       10:52:02

13   what these particular cards do and also asked about     10:52:08

14   that you tested me for reading.  Would it be in         10:52:13

15   your understanding that the MOXO tests the              10:52:19

16   individual or your patient for attention?               10:52:21

17        A    Yes.                                          10:52:25

18        Q    Would you say that it assesses your           10:52:27

19   patients for concentration?                             10:52:30

20        A    So, the -- on the indices, it's the          10:52:37

21   attention, timeliness, impulsivity, and                 10:52:41

22   hyperreactivity.  And part of the attentiveness, it     10:52:46

23   explains -- and I don't know that it uses the word      10:52:53

24   "concentration," but it is in there for -- as part      10:52:55

25   of attentiveness.                                       10:53:01

1      Q     So, in your own words, you would agree          10:53:03

2  that it would test for concentration?                     10:53:05

3      A     Yes.                                             10:53:09

4      Q     Okay.  I know that it's been a little --         10:53:14

5  a while ago since we took that exam.  When we              10:53:20

6  were -- do you recall when you sent me the                 10:53:25

7  documentation and I reviewed it that I was -- or           10:53:31

8  what would you describe my -- my presentation when         10:53:38

9  I saw the results of this -- of this evaluation            10:53:43

10 from you?  Would you say that I was surprised, not         10:53:47

11 surprised?  You can elaborate.                             10:53:55

12     A     To the best of my memory, it was similar         10:53:59

13 to previous tests that you had taken in the past.          10:54:07

14     Q     Okay.                                            10:54:13

15          DR. KITCHENS:  Let's see here.  Can we            10:54:29

16 pull up CB-1 and go to page 3, please.  It's page 3        10:54:30

17 under results.  Yes.  And scroll down just a little        10:54:53

18 bit more as well.  See at the bottom here -- thank         10:55:03

19 you, there, that's fine.                                   10:55:10

20     Q     Do you see the last paragraph saying that        10:55:13

21 it affected multiple facets of his life, including         10:55:20

22 work and social life?  When you are doing an               10:55:20

23 evaluation for ADHD, is it common for an evaluator         10:55:25

24 to rely heavily on the details of what the patient         10:55:30

25 is giving them?                                            10:55:34

| | | |
|---|---|---|
| 1 | A    Yes. | 10:55:35 |
| 2 | Q    And any diagnoses or evaluations that you | 10:55:35 |
| 3 | have conducted in your years of experience, that | 10:55:42 |
| 4 | you rely heavily on the presentation and words of | 10:55:45 |
| 5 | your client, of the patient? | 10:55:54 |
| 6 | A    Yes. | 10:55:58 |
| 7 | Q    Okay. | 10:56:10 |
| 8 | DR. KITCHENS:  Let's see here.  Can we go | 10:56:13 |
| 9 | to page -- scroll down to page 4, please.  Yes, | 10:56:14 |
| 10 | thank you. | 10:56:20 |
| 11 | Q    You talked earlier, Ms. Bacon, about | 10:56:23 |
| 12 | stressful environments.  Can you explain, or in | 10:56:28 |
| 13 | your own words how would you describe the reaction | 10:56:31 |
| 14 | of stress on a person who has ADHD, how can it | 10:56:37 |
| 15 | affect them? | 10:56:43 |
| 16 | A    In general, a person with ADHD in a | 10:56:46 |
| 17 | stressful situation has exacerbated symptoms. | 10:56:51 |
| 18 | Q    Okay.  And would you say that it can | 10:56:56 |
| 19 | cause a person to be distracted when reading? | 10:57:00 |
| 20 | A    If that person has inattentive type or | 10:57:10 |
| 21 | combined presentation ADHD. | 10:57:14 |
| 22 | DR. KITCHENS:  Can we please go to CB -- | 10:57:29 |
| 23 | so, page 7, please. | 10:57:32 |
| 24 | AV TECHNICIAN:  I'm sorry, could you | 10:57:39 |
| 25 | repeat the CB number. | 10:57:40 |

| | | |
|---|---|---|
| 1 | DR. KITCHENS:  Yes, sorry.  Same, CB-1, | 10:57:43 |
| 2 | page 7, please.  CB-1, page 7.  Thank you. | 10:57:46 |
| 3 | Q    So, on here, let's see, you said that I | 10:57:56 |
| 4 | exceeded expectations for ADHD.  What do you mean | 10:58:02 |
| 5 | by I exceed the expectations for ADHD? | 10:58:10 |
| 6 | A    What I mean, I say exceed expectations -- | 10:58:15 |
| 7 | I'm going to go to that line so I can see how I | 10:58:20 |
| 8 | worded that. | 10:58:23 |
| 9 | Q    Take your time. | 10:58:25 |
| 10 | A    Exceeds the number of symptoms for | 10:58:29 |
| 11 | diagnosis. | 10:58:32 |
| 12 | And what I mean by that is there is a | 10:58:33 |
| 13 | list of multiple options of symptoms, and the | 10:58:37 |
| 14 | requirement is to have at least three out of the | 10:58:44 |
| 15 | entire list.  It can be a different combination of | 10:58:47 |
| 16 | three per person in the inattentive type and at | 10:58:51 |
| 17 | least three in the hyperactive type. | 10:58:58 |
| 18 | If you do have inattentive ADHD, you can | 10:59:00 |
| 19 | have -- you have to have at least three symptoms of | 10:59:03 |
| 20 | the inattentive type, you can have no symptoms, or | 10:59:06 |
| 21 | you can have two symptoms of hyperactivity type. | 10:59:10 |
| 22 | And vice versa.  If you have hyperactivity type, or | 10:59:15 |
| 23 | hyperactive impulsive type, then you could have -- | 10:59:21 |
| 24 | you have to have three of those. | 10:59:26 |
| 25 | And what I mean by this is in order to | 10:59:27 |

| | | |
|---|---|---|
| 1 | have the combined presentation, you have to have at | 10:59:30 |
| 2 | least three of the inattentive type and three of | 10:59:32 |
| 3 | the hyperactive impulsive type.  You exceeded that, | 10:59:36 |
| 4 | because you had more than three.  When you have -- | 10:59:41 |
| 5 | you had more than three symptoms of each to equal | 10:59:44 |
| 6 | to the combined presentation. | 10:59:48 |
| 7 | Q     And would it be your opinion that this | 10:59:51 |
| 8 | evaluation is valid? | 10:59:53 |
| 9 | A     Yes. | 10:59:58 |
| 10 | Q     Thank you. | 11:00:05 |
| 11 | DR. KITCHENS:  Can we go down to CB-1, | 11:00:07 |
| 12 | page 8, please.  Thank you. | 11:00:10 |
| 13 | Q     Do you see where it says recommendations | 11:00:13 |
| 14 | of care.  We were talking a little bit earlier | 11:00:15 |
| 15 | about you recommend for accommodations when taking | 11:00:19 |
| 16 | tests such as the medical boards.  When you say | 11:00:25 |
| 17 | tests, do you mean testing in general? | 11:00:31 |
| 18 | A     Yes. | 11:00:36 |
| 19 | Q     Okay.  So, if I was taking -- say, I was | 11:00:36 |
| 20 | in high school with this evaluation, would you make | 11:00:41 |
| 21 | the recommendation for me to have accommodations on | 11:00:43 |
| 22 | the ACT exam? | 11:00:48 |
| 23 | A     Yes. | 11:00:50 |
| 24 | Q     On a high school examination? | 11:00:51 |
| 25 | A     If you were in high school -- | 11:00:56 |

| | | |
|---|---|---|
| 1 | Q    Yes. | 11:00:58 |
| 2 | A    -- with these results, then yes, these -- | 11:00:59 |
| 3 | yes. | 11:01:04 |
| 4 | Q    Okay.  Would you make this same | 11:01:05 |
| 5 | recommendation in my college courses?  If I was | 11:01:06 |
| 6 | still in college, would you make these, the same | 11:01:09 |
| 7 | recommendation for accommodations on my | 11:01:12 |
| 8 | examinations? | 11:01:14 |
| 9 | A    If we did this assessment when you were | 11:01:15 |
| 10 | in college with the same results, I would have | 11:01:17 |
| 11 | recommended extended time. | 11:01:20 |
| 12 | Q    And in medical school, would you make | 11:01:23 |
| 13 | this same recommendation, if we did the evaluation | 11:01:25 |
| 14 | while I was in medical school? | 11:01:28 |
| 15 | A    Yes, if we did the recommendation, if we | 11:01:31 |
| 16 | did the assessment, same results, during medical | 11:01:33 |
| 17 | school, I would have recommended the same thing. | 11:01:36 |
| 18 | Q    Okay. | 11:01:40 |
| 19 | DR. KITCHENS:  All right, one second, | 11:01:45 |
| 20 | please.  You can take down the CB-1, please. | 11:01:46 |
| 21 | Q    Ms. Bacon, are you aware that there are | 11:01:56 |
| 22 | certain ethnic groups that tend to have ADHD but | 11:02:00 |
| 23 | are predominantly undiagnosed? | 11:02:06 |
| 24 | A    Yes. | 11:02:11 |
| 25 | Q    Okay.  Thank you. | 11:02:15 |

1         When you are doing an evaluation on a        11:02:20

2  person for ADHD, how far back in the evaluation or   11:02:22

3  the history do you go, meaning when they're      11:02:28

4  explaining to you when their symptoms first      11:02:32

5  started?                                         11:02:35

6     A    Sure.  We -- part of the DIVA in the      11:02:36

7  semi-structured interview is to ask about childhood  11:02:42

8  symptoms.  It breaks it down into the overall     11:02:45

9  symptoms.  It gives examples of adulthood and     11:02:51

10  childhood, which is one of the reasons I like the   11:02:55

11  assessment, because it really correlates the two,   11:02:58

12  the symptoms, and we can look at history.        11:03:02

13     Q    When you were evaluating me while taking   11:03:07

14  this exam, when you were observing me, what did you  11:03:11

15  observe from my body language?                 11:03:16

16     A    I observed that -- which do you mean,    11:03:20

17  during the MOXO, do you mean during the --       11:03:26

18     Q    Yes.                               11:03:28

19     A    Okay.  During the MOXO, as I stated     11:03:29

20  earlier, I noticed that you were moving a lot,    11:03:32

21  having a lot of -- it appeared as distress for, you  11:03:37

22  know, staying in the seat, moving, wringing your   11:03:44

23  hands, and -- but I did see that you stayed looking  11:03:50

24  at the test, and I could tell from that that you   11:03:54

25  were working on the test.                    11:03:58

| | | |
|---|---|---|
| 1 | Q    And would you say that because of that | 11:04:02 |
| 2 | stress that it would -- because of that stress that | 11:04:05 |
| 3 | it could have affected -- that that stress could | 11:04:11 |
| 4 | have affected my -- the score on the MOXO, the | 11:04:14 |
| 5 | stress? | 11:04:19 |
| 6 | A    I don't know that I understand the | 11:04:25 |
| 7 | question.  Can you ask that again. | 11:04:27 |
| 8 | Q    Yes.  So, I guess what I am -- let me | 11:04:29 |
| 9 | restate this. | 11:04:33 |
| 10 | Could the stress levels in this -- in an | 11:04:34 |
| 11 | environment of an exam affect the outcomes due to | 11:04:39 |
| 12 | ADHD?  Stress levels. | 11:04:43 |
| 13 | A    Yes.  Yes. | 11:04:51 |
| 14 | Q    Okay.  In your opinion, when you were -- | 11:04:58 |
| 15 | when we had our clinical interview, did you feel | 11:05:10 |
| 16 | that I -- did I talk over you excessively? | 11:05:16 |
| 17 | A    Well, there were some -- there were | 11:05:23 |
| 18 | several, like, times that we were talking and it | 11:05:26 |
| 19 | was as an impulsive type of talk, it wasn't -- my | 11:05:30 |
| 20 | interpretation wasn't in a rude or controlling | 11:05:36 |
| 21 | manner, it felt like an impulsive, oh, I need to | 11:05:42 |
| 22 | say this and -- type of conversation.  If -- I | 11:05:47 |
| 23 | don't know that I answered your question. | 11:05:52 |
| 24 | Q    Yes.  And would you say that impulsive | 11:05:54 |
| 25 | would be a part of signs and symptoms of ADHD? | 11:05:58 |

| | | |
|---|---|---|
| 1 | A    It can be if the person has high | 11:06:08 |
| 2 | presentation or hyperactive impulsive type. | 11:06:10 |
| 3 | Q    Okay.  In your opinion, during our | 11:06:14 |
| 4 | clinical interview did I seem like I was always on | 11:06:16 |
| 5 | the go, like I needed to move around or these type | 11:06:23 |
| 6 | of things, always on the go? | 11:06:27 |
| 7 | A    Yes, it seemed like you had a lot of | 11:06:29 |
| 8 | physical energy based on the conversations that we | 11:06:32 |
| 9 | had, the interactions, the physical observations, | 11:06:35 |
| 10 | you know, hand movements, physical movements. | 11:06:40 |
| 11 | Q    In your opinion, was I aware that -- when | 11:06:44 |
| 12 | you were interrupted, was I aware that I | 11:06:50 |
| 13 | interrupted you?  And if so, what was the reaction, | 11:06:53 |
| 14 | or if not? | 11:06:56 |
| 15 | A    To the best of my memory, you apologized | 11:06:59 |
| 16 | and were very polite about it. | 11:07:02 |
| 17 | Q    Is this something that is common for a | 11:07:06 |
| 18 | person who has ADHD? | 11:07:09 |
| 19 | A    Yes. | 11:07:10 |
| 20 | DR. KITCHENS:  Thank you.  Okay.  Sorry. | 11:07:36 |
| 21 | Okay, I think I don't have any more questions. | 11:07:36 |
| 22 | Thank you, Ms. Bacon. | 11:07:38 |
| 23 | THE WITNESS:  Thank you. | 11:07:41 |
| 24 | THE VIDEOGRAPHER:  Counsel, do you have | 11:07:53 |
| 25 | any further questions? | 11:07:54 |

| | | |
|---|---|---|
| 1 | MS. MEW:  You know, just in the interest | 11:07:55 |
| 2 | of completeness, can we pull up CB-7. | 11:07:56 |
| 3 | (Defendant's Exhibit CB-7 was marked for | 11:08:06 |
| 4 | identification and is attached to the transcript.) | 11:08:06 |
| 5 | BY MS. MEW: | 11:08:13 |
| 6 | Q    Ms. Bacon, I can't remember if I showed | 11:08:14 |
| 7 | you this before. | 11:08:16 |
| 8 | MS. MEW:  But if we could just scroll | 11:08:16 |
| 9 | through quickly, Michael. | 11:08:18 |
| 10 | Q    Ms. Bacon, is this a true and correct | 11:08:29 |
| 11 | copy of your current CV? | 11:08:32 |
| 12 | A    Yes. | 11:08:34 |
| 13 | MS. MEW:  Thank you.  I don't have any | 11:08:36 |
| 14 | other questions. | 11:08:37 |
| 15 | THE VIDEOGRAPHER:  This marks the end of | 11:08:43 |
| 16 | the deposition of Christina Bacon, LPP.  We are | 11:08:44 |
| 17 | going off the record at 11:08 a.m. | 11:08:49 |
| 18 | (Off the video record.) | 11:08:52 |
| 19 | DR. KITCHENS:  Thank you very much for | 11:08:57 |
| 20 | your time, Ms. Bacon. | 11:09:00 |
| 21 | THE WITNESS:  Thank you. | 11:09:00 |
| 22 | THE REPORTER:  Counsel, could I get | 11:09:00 |
| 23 | orders, please. | 11:09:06 |
| 24 | MS. MEW:  Yes.  I would like a standard | 11:09:07 |
| 25 | transcript order. | 11:09:09 |

1        THE REPORTER:  All right.  And Dr.          11:09:13

2    Kitchens?                                       11:09:14

3        DR. KITCHENS:  Yes, I would like a          11:09:15

4    standard, email please.  And compressed, if you 11:09:16

5    have -- if that's not asking too much.          11:09:20

6    (Off the record at 11:09 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          CERTIFICATE OF REPORTER - NOTARY PUBLIC

 2              I, Jacquelyn C. Jarboe, Registered

 3      Professional Reporter, the officer before whom the

 4      foregoing deposition was taken, do hereby certify

 5      that the foregoing transcript is a true and correct

 6      record of the testimony given; that said testimony

 7      was taken by me stenographically and thereafter

 8      reduced to typewriting by me; that reading and

 9      signing was not requested; and that I am neither

10      counsel for, related to, nor employed by any of the

11      parties to this case and have no interest,

12      financial or otherwise, in its outcome.

13              IN WITNESS WHEREOF, I have hereunto set

14      my hand and affixed my notarial seal this 17th day

15      of April, 2023.

16

17

18      My commission expires:

19      August 21, 2026

20

21      Jacquelyn E. Jarboe

22      _____

23      NOTARY PUBLIC IN AND FOR THE

24      STATE OF MARYLAND

25
```

## A

**abcl**
4:14
**ability**
7:5, 7:10,
64:16
**able**
32:12, 50:10
**about**
10:6, 31:25,
38:10, 38:19,
41:15, 42:24,
57:25, 61:18,
61:23, 63:16,
66:5, 67:11,
67:12, 67:13,
69:11, 71:15,
73:7, 75:16
**above**
46:3
**abreast**
18:17
**abs**
66:24
**absolutely**
26:20
**academic**
20:23, 50:24
**accommodate**
46:3, 46:5,
62:14
**accommodation**
28:7, 56:24,
57:4
**accommodations**
27:7, 28:13,
48:14, 48:16,
53:11, 53:17,
56:23, 58:12,
58:20, 63:13,
71:15, 71:21,
72:7
**according**
14:9, 19:21,
36:15
**ace**
41:9

**achenbach**
14:11, 34:7
**act**
58:4, 58:6,
59:3, 71:22
**acting**
3:5
**actively**
49:18
**activities**
33:2
**actually**
26:1, 40:18,
45:10, 53:6
**ad**
19:3
**ada**
59:16
**adaptive**
4:14
**adderall**
30:6, 30:20,
31:9, 31:17,
43:22, 43:24,
64:6, 65:15,
65:16, 65:17,
65:19, 65:21,
66:1
**additional**
33:8, 66:7
**adequately**
63:24
**adh**
19:3, 31:20
**adhd**
11:22, 12:1,
12:5, 12:8,
12:10, 12:13,
12:17, 12:20,
12:23, 13:4,
13:7, 13:12,
13:18, 13:22,
14:1, 14:6,
16:22, 17:5,
17:11, 17:15,
18:3, 18:18,
18:21, 19:4,
19:7, 19:10,

19:21, 20:22,
21:2, 21:3,
21:6, 21:7,
21:9, 21:16,
22:12, 23:12,
25:6, 28:22,
29:6, 29:11,
29:14, 30:22,
31:10, 31:18,
31:20, 33:9,
33:16, 33:20,
34:3, 34:21,
37:1, 38:4,
39:12, 39:17,
39:25, 42:5,
45:21, 45:24,
46:4, 47:25,
48:25, 49:9,
50:1, 50:9,
52:2, 52:17,
61:20, 61:23,
61:25, 63:11,
63:14, 65:3,
65:12, 65:22,
66:8, 66:17,
66:21, 67:3,
68:23, 69:14,
69:16, 69:21,
70:4, 70:5,
70:18, 72:22,
73:2, 74:12,
74:25, 75:18
**administer**
23:15, 37:11,
39:1, 39:3
**administered**
38:23, 40:13,
56:11
**administering**
2:11
**administration**
57:20
**admission**
58:17
**adult**
17:14, 17:15,
19:3, 19:4,
65:2, 65:9,

65:11, 67:3
**adulthood**
73:9
**adults**
13:17, 13:21,
14:2, 14:4, 41:8
**affect**
69:15, 74:11
**affected**
68:21, 74:3,
74:4
**affirmed**
5:24
**affixed**
78:14
**after**
8:10, 16:4,
24:23, 25:3,
38:1
**again**
6:9, 7:15,
8:21, 8:22,
11:11, 15:25,
20:8, 21:4,
28:4, 29:3,
44:15, 45:7,
53:8, 55:11,
64:20, 74:7
**age**
20:11
**ago**
68:5
**agree**
10:5, 10:13,
10:14, 12:15,
20:2, 20:6,
20:9, 20:13,
20:17, 20:21,
28:21, 68:1
**ahead**
32:20
**all**
5:11, 12:5,
17:5, 25:12,
26:12, 28:14,
29:19, 31:12,
37:3, 38:1,
50:4, 53:15,

61:8, 63:25,
72:19, 77:1
**allowance**
57:12
**almost**
60:7
**alone**
22:11
**already**
7:18, 37:23,
55:11
**also**
3:18, 6:7,
6:14, 7:23,
35:22, 44:9,
49:13, 52:8,
52:14, 57:11,
57:15, 66:25,
67:13
**always**
75:4, 75:6
**amelia**
35:15, 35:19,
66:25
**american**
14:16, 14:19
**americans**
59:2
**among**
12:5
**answer**
7:21, 7:24,
30:11, 55:7
**answered**
8:9, 74:23
**answering**
41:25
**answers**
6:13, 6:17,
34:17, 35:3,
35:4
**anxiety**
53:4
**any**
7:4, 7:9, 8:6,
8:11, 8:16,
8:24, 10:11,
11:3, 11:12,

12:7, 12:10,
12:17, 13:16,
14:18, 15:8,
17:10, 18:24,
19:1, 19:9,
23:15, 24:19,
24:22, 25:2,
25:9, 29:16,
30:13, 31:2,
33:15, 33:19,
38:14, 38:18,
39:6, 40:1,
44:16, 46:6,
46:13, 46:15,
46:22, 50:19,
51:13, 51:17,
52:22, 56:16,
56:19, 58:12,
59:14, 59:15,
60:10, 61:4,
61:7, 69:2,
75:21, 75:25,
76:13, 78:10
**anybody**
17:18
**anyone**
9:20, 10:2,
39:6
**anything**
17:20, 22:3,
23:18, 23:22,
31:4, 46:10
**apa**
14:9, 14:14
**apart**
15:8, 16:1
**apologies**
53:6
**apologize**
22:25, 33:23,
54:14
**apologized**
75:15
**appeared**
49:22, 73:21
**appearing**
60:4
**applying**
59:6

**appointment**
15:13, 16:23,
16:24, 24:3,
24:8
**appreciate**
6:9, 60:13
**approximately**
16:24, 16:25,
34:18
**april**
1:15, 5:8,
78:15
**arked**
32:7
**around**
11:22, 62:12,
75:5
**article**
19:1
**articles**
12:10, 18:20,
18:25
**aseba**
18:10, 34:14,
35:8, 35:12,
35:16, 35:23,
37:7, 39:18,
50:4, 50:8,
66:24
**asked**
33:23, 41:24,
55:1, 55:11,
67:6, 67:12,
67:13
**asking**
6:12, 7:20,
10:7, 13:2,
19:23, 25:2,
26:10, 38:10,
55:10, 58:3,
59:13, 77:5
**asks**
18:10, 37:16,
38:5
**asrs**
17:23
**asrs-v**
17:14

**assess**
13:21
**assessed**
13:18, 14:4,
24:18
**assesses**
67:18
**assessing**
14:22
**assessment**
14:12, 15:12,
15:14, 16:3,
16:4, 16:13,
16:15, 17:8,
17:19, 21:21,
23:3, 23:12,
23:16, 27:12,
27:13, 27:18,
27:22, 28:15,
28:18, 28:23,
29:6, 34:8,
34:9, 37:8,
37:12, 37:23,
38:24, 39:12,
49:15, 50:20,
67:9, 72:9,
72:16, 73:11
**assessments**
12:21, 13:15,
13:16, 14:11,
14:23, 17:10,
18:5, 22:15,
22:18, 23:5,
23:9, 29:11,
38:22, 39:8
**association**
14:17, 14:19
**assumptions**
58:24
**attached**
4:8, 25:24,
32:8, 36:5,
43:3, 59:23,
76:4
**attempts**
57:23
**attending**
5:12

**attention**
4:10, 12:14,
36:21, 40:9,
67:16, 67:21
**attentiveness**
67:22, 67:25
**attest**
30:16
**attributable**
40:1
**attributed**
39:25
**august**
78:19
**av**
3:20, 25:19,
69:24
**available**
29:15, 56:23
**aware**
7:10, 46:6,
46:18, 48:16,
65:25, 72:21,
75:11, 75:12
**awkward**
26:12

**B**

**back**
10:15, 12:12,
22:19, 23:24,
27:10, 36:12,
39:4, 42:20,
54:21, 60:19,
62:17, 62:23,
65:14, 73:2
**background**
17:18, 18:1,
18:9
**bacon**
1:12, 2:1, 4:2,
5:4, 5:23, 6:5,
26:2, 26:19,
26:24, 32:10,
36:7, 36:10,
40:6, 42:12,
42:23, 43:7,
45:13, 60:1,

60:8, 60:21,
61:12, 69:11,
72:21, 75:22,
76:6, 76:10,
76:16, 76:20
**bad**
50:15
**barkley**
19:2, 19:5,
19:6
**base**
33:12
**based**
14:11, 33:24,
34:8, 34:9,
49:10, 49:11,
52:5, 52:14,
59:15, 59:17,
75:8
**basis**
45:23, 49:7
**because**
37:15, 37:24,
38:1, 44:10,
66:10, 67:9,
71:4, 73:11,
74:1, 74:2
**been**
6:24, 18:6,
31:9, 31:16,
42:10, 48:17,
52:9, 52:11,
61:19, 61:21,
68:4
**before**
2:8, 6:24, 7:2,
7:21, 10:8,
20:8, 24:13,
24:16, 37:13,
42:23, 67:5,
76:7, 78:3
**began**
12:20
**begins**
5:2
**behalf**
3:3, 3:9
**behavior**
52:9

**behaviors**
34:19
**being**
5:24, 62:15,
64:6
**believe**
41:9, 41:11,
44:11, 67:4
**believed**
37:15, 67:6
**believes**
31:19
**benefit**
54:24
**berea**
1:14, 9:12
**best**
7:20, 68:12,
75:15
**between**
21:1, 21:5
**bit**
26:12, 32:1,
51:2, 61:18,
63:16, 68:18,
71:14
**blowing**
49:24
**board**
1:7, 3:9, 5:5,
5:16, 6:3,
10:16, 28:6,
47:24, 48:1,
48:5, 48:13,
48:20, 48:23,
48:24, 49:8,
53:13, 53:18,
53:20, 53:25,
54:6, 56:9
**boards**
71:16
**body**
73:15
**book**
19:2
**books**
12:17
**bottle**
31:3

**bottom**
45:10, 45:11,
68:18
**box**
43:11
**break**
8:6, 8:7, 8:10,
8:11, 42:12,
42:13, 42:23,
57:19, 57:23,
60:9
**breaks**
57:12, 73:8
**business**
10:25, 11:9

**C**

**cadence**
7:19
**calendar**
24:11
**call**
16:17, 16:19
**called**
24:17
**calls**
62:21
**came**
50:6
**can't**
18:24, 19:1,
76:6
**canceling**
63:5
**candidate**
17:13
**cannot**
30:16
**captured**
6:18
**card**
41:10
**cards**
29:2, 29:8,
67:13
**care**
71:14
**caroline**
3:11, 5:15,

| | | | |
|---|---|---|---|
| 42:7 | chance | 49:11, 67:5, | communication |
| **carries** | 26:3, 26:7, | 69:5 | 25:12 |
| 45:13 | 26:14, 36:7 | **clients** | **communications** |
| **case** | **chart** | 16:12, 18:6, | 10:12 |
| 1:6, 5:7, 78:11 | 17:25, 22:5, | 18:7, 18:11, | **compiles** |
| **categories** | 22:6, 24:5, | 24:1, 30:15 | 34:24 |
| 37:3 | 39:5, 51:15, | **clinical** | **complete** |
| **cause** | 57:7 | 16:2, 32:2, | 48:15, 50:10 |
| 69:19 | **cheat** | 36:20, 36:25, | **completed** |
| **cb** | 64:14 | 47:8, 47:11, | 43:19 |
| 69:22, 69:25 | **check** | 74:15, 75:4 | **completeness** |
| **cb-1** | 60:10 | **clinically** | 76:2 |
| 4:10, 25:16, | **checking** | 21:11, 21:15 | **completing** |
| 25:21, 25:23, | 25:17 | **clinician** | 45:18, 47:24, |
| 27:2, 27:10, | **child** | 12:3, 61:21 | 48:12, 48:19, |
| 29:25, 32:5, | 66:16 | **close** | 48:24, 49:8 |
| 40:5, 40:11, | **childhood** | 34:17, 37:20 | **compressed** |
| 45:8, 51:23, | 33:10, 33:17, | **code** | 77:4 |
| 52:20, 53:7, | 33:21, 38:3, | 32:19, 32:22 | **computer** |
| 59:20, 68:16, | 38:9, 38:10, | **coie** | 49:12 |
| 70:1, 70:2, | 38:20, 52:10, | 3:12 | **computerized** |
| 71:11, 72:20 | 73:7, 73:10 | **collateral** | 14:12, 15:13, |
| **cb-2** | **children** | 38:19 | 15:14, 16:4, |
| 4:13, 32:6, | 13:21, 14:1, | **college** | 16:14, 34:24, |
| 32:7, 34:12, | 14:4 | 58:17, 72:5, | 40:23, 56:14 |
| 66:5, 66:6, | **christina** | 72:6, 72:10 | **concentrating** |
| 66:11 | 1:12, 2:1, 4:2, | **combination** | 62:25 |
| **cb-4** | 5:3, 5:23, 76:16 | 70:15 | **concentration** |
| 4:14, 36:3, | **ck** | **combined** | 67:19, 67:24, |
| 36:4 | 54:13, 55:5, | 40:10, 52:2, | 68:2 |
| **cb-6** | 55:15, 56:5 | 52:18, 69:21, | **conclude** |
| 4:16, 42:25, | **clarify** | 71:1, 71:6 | 51:18, 51:25 |
| 43:2 | 11:23, 22:19, | **come** | **conclusions** |
| **cb-7** | 25:2 | 41:4 | 59:15 |
| 4:17, 76:2, | **classes** | **comes** | **conduct** |
| 76:3 | 12:7 | 65:16, 65:20, | 13:14, 15:8, |
| **cb-9** | **clear** | 66:14 | 16:2, 39:11, |
| 4:18, 59:21, | 7:25, 12:13, | **comment** | 39:16, 50:19 |
| 59:22 | 20:21, 47:10, | 33:12 | **conducted** |
| **certain** | 51:3 | **comments** | 1:13, 2:2, |
| 40:24, 72:22 | **clearly** | 33:8, 66:7 | 13:7, 13:13, |
| **certificate** | 7:14 | **commission** | 13:16, 25:9, |
| 78:1 | **click** | 78:18 | 31:22, 32:2, |
| **certification** | 40:25, 41:3, | **common** | 33:2, 64:12, |
| 13:1 | 43:5 | 65:17, 68:23, | 66:25, 69:3 |
| **certify** | **client** | 75:17 | **conducting** |
| 78:4 | 18:13, 33:8, | **communicate** | 14:6 |
| **challenging** | 34:15, 40:23, | 10:5 | **confirm** |
| 50:17 | | | 10:22 |

connection
9:14, 9:16,
9:18
consider
13:4, 16:8,
19:6
contact
39:6
continual
42:2
continue
15:16, 16:5,
41:2
continued
13:14
continuous
40:16
controlling
74:20
conversation
16:3, 74:22
conversations
15:11, 62:21,
75:8
converse
16:5
copies
10:23, 11:7,
51:17, 51:19
copy
27:2, 33:4,
57:2, 76:11
correct
10:17, 10:20,
10:23, 11:7,
12:21, 12:24,
13:8, 15:18,
16:6, 17:23,
21:3, 21:12,
24:9, 24:10,
24:12, 24:20,
24:21, 25:7,
25:8, 27:2,
27:7, 28:23,
30:7, 30:8,
31:18, 31:23,
31:24, 32:3,
32:4, 33:4,

33:17, 33:18,
33:21, 33:22,
33:25, 34:1,
34:5, 35:9,
35:10, 35:13,
35:14, 35:17,
35:18, 35:20,
35:21, 35:23,
35:24, 36:21,
36:22, 37:1,
37:2, 37:5,
37:6, 37:9,
37:10, 38:24,
39:14, 40:14,
40:15, 41:18,
42:1, 42:5,
42:6, 45:21,
45:22, 50:20,
50:21, 52:3,
52:4, 52:6,
52:7, 52:15,
52:18, 52:19,
52:23, 52:24,
53:12, 53:18,
53:19, 54:3,
54:4, 56:15,
57:24, 60:5,
60:6, 61:7,
76:10, 78:5
correctly
11:2, 11:4,
17:4, 30:4,
30:23
correlates
73:11
could
13:19, 21:23,
25:25, 26:6,
27:9, 29:6,
29:9, 29:10,
29:12, 29:24,
32:6, 36:2,
36:6, 36:12,
36:23, 38:7,
40:6, 43:4,
44:7, 44:9,
45:8, 45:9,
45:10, 48:17,

50:13, 50:14,
50:15, 50:17,
55:20, 59:5,
59:20, 59:24,
60:9, 63:24,
69:24, 70:23,
73:24, 74:3,
74:10, 76:8,
76:22
counsel
5:13, 5:15,
6:2, 61:9,
75:24, 76:22,
78:10
couple
61:16
course
10:24, 11:8,
42:14
courses
72:5
court
1:1, 5:6, 5:19,
6:14, 8:15,
8:17, 8:25, 9:5,
9:22, 10:8,
24:24, 42:9,
54:25
cpt
32:22, 40:17,
40:19, 42:4
current
19:17, 21:11,
21:16, 30:1,
30:25, 38:5,
38:6, 67:9,
76:11
currently
34:17
curriculum
4:17
curtains
62:15
cv
76:11

D

d-cpt
4:16, 40:18,

43:8
dark
62:14
date
5:8, 24:6
dates
24:9
day
24:1, 24:15,
24:16, 32:1,
43:16, 43:22,
43:25, 44:3,
50:15, 56:20,
78:14
day-to-day
15:6
days
31:23
decreased
66:8
defendant
1:9, 3:9, 6:2
defendant's
4:9, 25:23,
32:7, 36:4,
43:2, 59:22,
76:3
deficit
4:10, 12:14,
40:9
degree
61:24
depends
41:17
depos
5:11, 5:21
deposed
6:24
deposition
1:12, 2:1, 2:7,
4:18, 5:3, 5:11,
6:12, 7:6, 7:11,
8:14, 9:20,
9:24, 9:25,
10:6, 23:22,
60:2, 76:16,
78:4
describe
23:3, 34:13,

62:9, 68:8,
69:13
**described**
34:5
**describing**
34:2
**description**
63:25
**despite**
45:18
**details**
68:24
**detects**
64:17
**development**
20:19
**device**
49:13
**diagnose**
12:5, 52:22,
52:25, 53:3
**diagnosed**
31:11, 31:17,
33:16, 52:10,
52:17
**diagnoses**
34:10, 69:2
**diagnosis**
11:22, 12:1,
12:3, 12:4,
19:21, 21:9,
33:9, 39:12,
39:16, 40:3,
52:2, 59:18,
65:17, 70:11
**diagnostic**
19:13, 42:5
**diamonds**
41:12
**different**
7:16, 13:3,
18:7, 27:24,
31:14, 38:13,
39:19, 41:2,
46:2, 49:13,
62:13, 63:2,
63:6, 64:3,
65:25, 70:15

**differential**
39:11, 39:16
**difficulty**
47:23, 48:12,
49:8, 49:17
**direct**
39:22
**directly**
34:22, 44:25,
45:4, 47:24,
49:9
**disabilities**
59:2
**disability**
59:2
**disabled**
59:16
**discuss**
15:3, 16:11,
35:11, 35:19,
38:14, 51:3
**discussed**
10:8, 29:21,
46:1, 47:5,
47:18, 48:14,
55:23
**discussion**
54:20
**discussions**
38:15
**disorder**
4:11, 12:14,
40:1, 40:10,
52:11, 52:23,
53:1
**disorders**
12:5, 19:14,
34:20, 66:2
**distinction**
21:1, 21:5
**distracted**
40:19, 62:16,
62:20, 69:19
**distractors**
41:5
**distress**
73:21
**distressed**
49:22

**district**
1:1, 1:2, 5:6
**disturb**
62:20
**diva**
15:2, 15:9,
16:1, 32:3,
33:24, 50:3,
73:6
**doc**
22:8
**doctor**
30:10, 31:11,
31:19
**document**
25:19, 26:25,
32:9, 32:14,
32:17, 35:4,
36:9, 36:15,
38:11, 45:6,
66:6
**documentation**
18:8, 22:9,
57:3, 57:10,
66:8, 66:10,
68:7
**documents**
10:16, 10:19,
10:22, 11:3,
11:7, 11:14,
18:1, 57:9
**doing**
7:23, 61:12,
62:11, 64:24,
65:1, 65:3,
66:4, 68:22,
73:1
**done**
18:5, 27:15,
60:7, 62:13
**double**
9:2, 9:8, 54:2
**double-check**
11:11
**down**
26:6, 26:9,
26:18, 32:5,
34:11, 37:23,

38:12, 40:8,
40:12, 44:20,
44:21, 45:6,
45:9, 51:22,
51:25, 52:20,
59:20, 65:16,
68:17, 69:9,
71:11, 72:20,
73:8
**dr**
1:4, 3:4, 4:4,
5:17, 10:5,
11:13, 17:7,
17:23, 19:6,
21:14, 21:25,
23:16, 24:4,
24:14, 27:3,
27:5, 29:17,
30:17, 30:24,
33:13, 33:16,
33:20, 35:7,
35:15, 35:22,
38:3, 38:19,
38:23, 39:17,
40:14, 42:7,
42:9, 42:10,
42:15, 43:8,
43:15, 43:21,
45:18, 45:25,
46:7, 46:10,
46:16, 46:21,
47:7, 47:14,
48:11, 49:2,
49:8, 50:20,
51:4, 52:1,
52:5, 52:14,
52:17, 52:25,
53:3, 53:10,
53:16, 57:2,
57:22, 57:25,
58:8, 59:15,
61:1, 61:6,
61:11, 68:15,
69:8, 69:22,
70:1, 71:11,
72:19, 75:20,
76:19, 77:1,
77:3

draw
59:14
dsm
12:4, 19:14,
19:18, 19:21,
20:2, 39:14,
52:3
dsm-5-tr
19:19, 21:9,
34:22, 39:23,
59:18
dsm-oriented
39:20
due
21:16, 74:11
duly
5:24
during
6:7, 10:6,
15:11, 15:12,
15:13, 16:3,
16:12, 21:20,
37:16, 37:20,
46:22, 49:11,
49:14, 49:18,
50:1, 57:12,
62:21, 72:16,
73:17, 73:19,
75:3

**E**

each
39:19, 39:20,
43:5, 71:5
ear
8:5
earlier
32:1, 33:24,
44:11, 51:2,
52:9, 67:12,
69:11, 71:14,
73:20
early
33:10, 33:16,
33:20
ease
16:19
easier
16:20

eastern
1:2, 5:6
edition
19:17
education
45:20, 45:25
educational
28:25, 29:7,
29:16, 50:20
eight
24:1
either
8:16
elaborate
68:11
electronically
26:4
element
44:12
elements
19:20
else
9:20, 10:2,
17:20, 22:3
email
10:12, 77:4
embedded
44:17
empirically
14:11, 34:8,
34:9
employed
78:10
employment
46:18
end
26:23, 44:23,
44:24, 76:15
energy
75:8
engaged
49:19
entailed
63:21
entire
70:15
environment
74:11

environments
69:12
equal
71:5
esquire
3:11
essential
19:20
established
18:6, 18:7
estimate
13:20, 13:24
estimation
14:3
et
1:16
ethnic
72:22
evaluate
29:14
evaluating
16:22, 18:2,
61:19, 62:3,
65:11, 73:13
evaluation
4:12, 4:13,
14:6, 16:9,
22:7, 22:8,
23:13, 24:23,
25:4, 25:10,
27:3, 27:6,
28:16, 29:17,
31:22, 32:1,
32:18, 32:24,
33:1, 33:5,
35:8, 35:12,
35:20, 37:8,
38:16, 39:9,
39:17, 45:7,
47:4, 51:5,
62:11, 65:1,
65:4, 66:6,
67:2, 67:3,
68:9, 68:23,
71:8, 71:20,
72:13, 73:1,
73:2
evaluations
13:7, 13:13,

17:6, 17:11,
46:13, 46:16,
65:10, 69:2
evaluator
68:23
eventually
6:18
ever
24:13, 29:13,
58:11, 63:18
every
40:25
everything
11:1
evidence
20:22, 21:10,
21:24, 22:12,
46:7
evidenced
49:23
exacerbated
69:17
exactly
25:12
exam
49:12, 56:12,
58:4, 58:6,
58:9, 64:11,
64:24, 68:5,
71:22, 73:14,
74:11
examination
4:2, 6:2,
22:11, 48:2,
50:11, 56:24,
61:9, 71:24
examinations
48:13, 51:4,
51:7, 53:21,
53:22, 72:8
examined
6:1
examinees
57:19
examiners
1:8, 3:10, 5:5,
5:16, 6:3,
10:17, 28:7

example
8:1
examples
23:8, 73:9
exams
47:24, 48:1,
48:5, 48:6,
48:8, 48:20,
48:23, 48:25,
49:8, 53:14,
53:18, 53:20,
53:25, 54:5,
54:6, 56:9
exceed
70:5, 70:6
exceeded
70:4, 71:3
exceeds
52:1, 70:10
except
17:7
excessively
74:16
excuse
42:7, 66:23
exhibit
4:9, 4:10,
4:13, 4:14,
4:16, 4:17,
4:18, 25:21,
25:23, 32:7,
36:4, 43:2,
59:22, 76:3
exist
35:4, 35:5
expectations
70:4, 70:5,
70:6
experience
69:3
experiences
46:8
experiencing
21:2, 21:6,
21:15
expires
78:18
explain
27:15, 40:20,

69:12
explained
62:19
explaining
73:4
explains
67:23
explanation
49:10
explanations
30:15
expression
50:1
extended
72:11
extent
48:6
extra
15:24, 16:5,
54:2, 57:12
eye
8:4
eyeball
26:7

**F**

facets
68:21
fact
31:8, 31:16,
37:11
failure
22:10
fair
54:8
faking
64:14, 64:18
familiar
22:14, 59:1
far
7:24, 18:6,
21:23, 56:21,
57:6, 62:2,
62:8, 73:2
february
7:2, 24:8,
24:13, 24:15
feel
35:5, 74:15

feels
34:3
felt
74:21
field
19:10, 43:18
fill
32:25
filled
35:7, 35:16,
35:23
financial
78:12
find
19:10
fine
53:15, 61:14,
68:19
finish
7:20
finishing
48:20
first
5:24, 24:3,
27:10, 27:11,
32:1, 36:13,
37:14, 43:11,
73:4
fit
49:14
five-minute
42:12, 60:9
flip
26:3, 44:15
fluency
41:21, 50:25
focus
41:3, 62:14
focused
63:8
follow
14:5, 17:4,
19:13
follow-up
61:16
following
14:21
follows
6:1, 55:3

foregoing
78:4, 78:5
form
39:1, 39:3
frames
48:21
front
13:10, 18:22,
19:25
full
15:15, 48:4,
53:24
fully
7:6, 7:11
functioning
4:15, 20:18,
20:24, 21:12,
21:16
further
25:9, 61:4,
75:25

**G**

gad-7
39:3
gave
64:12
general
13:12, 13:25,
15:10, 15:20,
16:3, 17:5,
17:16, 19:23,
22:20, 23:2,
23:4, 29:22,
30:12, 34:15,
44:25, 46:18,
48:5, 53:24,
54:11, 55:9,
56:8, 57:15,
69:16, 71:17
generally
11:25, 15:12,
17:3, 18:4,
30:21, 31:11,
48:23, 56:23,
59:11, 65:22
getting
17:17

| | | | |
|---|---|---|---|
| **give**<br>20:1, 26:11,<br>28:9, 36:7,<br>42:12, 63:24 | **H** | hereunto<br>78:13 | 45:24, 46:2 |
| | **hampton**<br>3:6 | **hi**<br>61:12 | **impacting**<br>49:1 |
| **given**<br>14:13, 40:23,<br>41:1, 58:14,<br>78:6 | **hand**<br>75:10, 78:14 | **high**<br>65:3, 71:20,<br>71:24, 71:25,<br>75:1 | **impairment**<br>21:3, 21:6,<br>21:11, 21:15,<br>21:25, 34:4,<br>38:3, 38:20,<br>46:8 |
| **gives**<br>27:21, 34:23,<br>73:9 | **hands**<br>49:24, 73:23 | **history**<br>15:3, 18:11,<br>18:12, 18:13,<br>33:9, 46:19,<br>58:1, 63:16,<br>63:22, 73:3,<br>73:12 | **important**<br>23:11, 27:17,<br>28:3, 28:22,<br>39:11, 47:4,<br>55:22, 55:25 |
| **giving**<br>54:11, 55:9,<br>68:25 | **handwritten**<br>35:1 | | **impulsive**<br>20:7, 20:10,<br>20:14, 70:23,<br>71:3, 74:19,<br>74:21, 74:24,<br>75:2 |
| **go**<br>17:2, 32:20,<br>36:12, 39:19,<br>44:20, 44:21,<br>45:8, 54:17,<br>65:14, 68:16,<br>69:8, 69:22,<br>70:7, 71:11,<br>73:3, 75:5, 75:6 | **head**<br>8:1, 19:12,<br>23:10, 47:16,<br>47:21, 54:7,<br>55:17, 58:15 | **home**<br>62:5, 62:7 | |
| | **header**<br>29:25, 33:7 | **hour**<br>15:15, 16:24,<br>16:25, 17:3,<br>17:8, 42:11 | **impulsivity**<br>67:21 |
| **goes**<br>15:5 | **heading**<br>27:12 | **hyperactive**<br>20:7, 20:10,<br>20:14, 70:17,<br>70:23, 71:3,<br>75:2 | **inattention**<br>20:3, 20:17 |
| **going**<br>17:8, 26:3,<br>28:11, 42:11,<br>42:17, 45:11,<br>54:19, 60:16,<br>70:7, 76:17 | **headphone**<br>63:6 | | **inattentive**<br>20:7, 20:10,<br>20:14, 69:20,<br>70:16, 70:18,<br>70:20, 71:2 |
| | **headphones**<br>63:5 | **hyperactivity**<br>4:11, 12:14,<br>20:4, 20:18,<br>40:10, 70:21,<br>70:22 | **include**<br>10:11, 23:11,<br>28:25, 29:6,<br>29:10, 38:1 |
| **good**<br>6:5, 6:6, 7:19,<br>17:13, 38:9,<br>61:15, 63:25 | **health**<br>34:20 | | |
| | **hear**<br>7:13 | **hyperreactivity**<br>67:22 | **including**<br>53:11, 53:17,<br>68:21 |
| **gotten**<br>7:18 | **heard**<br>25:17, 30:15 | **I** | **indicate**<br>31:9, 64:21 |
| **great**<br>7:23, 45:19,<br>45:24 | **hearing**<br>6:8, 7:1,<br>12:20, 13:6,<br>13:8, 13:15,<br>24:25, 38:8 | **idea**<br>13:12, 30:13,<br>56:16, 56:19 | **indicated**<br>67:5 |
| **green**<br>44:23, 64:20,<br>64:25 | **hearts**<br>41:9, 41:11 | **identification**<br>25:24, 32:8,<br>36:5, 43:3,<br>59:23, 76:4 | **indicates**<br>24:8, 32:23,<br>64:25 |
| **groups**<br>72:22 | **heavily**<br>68:24, 69:4 | **image**<br>66:5 | **indices**<br>67:20 |
| **guess**<br>27:21, 74:8 | **helpful**<br>53:8 | **immediately**<br>39:6 | **individual**<br>41:23, 67:16 |
| **guidelines**<br>57:3 | **here**<br>5:2, 36:8,<br>44:18, 44:25,<br>45:4, 68:15,<br>68:18, 69:8,<br>70:3 | **impact**<br>7:5, 45:20, | **individuals**<br>29:14 |
| | **hereby**<br>78:4 | | |

influential
19:11
inform
48:11
informant
36:16, 38:2
information
17:18, 18:9,
19:7, 22:5,
31:12, 34:25,
37:16, 38:19,
55:19, 58:14
informative
19:7
informed
30:24
informs
31:17, 31:19
injunction
6:8, 12:20
instructions
40:24
interaction
37:20
interactions
21:22, 22:1,
75:9
interest
76:1, 78:11
interfere
15:6, 20:18,
20:22
internet
9:13, 9:16,
9:17
internships
46:22, 47:1
interpretation
51:24, 74:20
interrupt
32:20
interrupted
75:12, 75:13
interview
11:12, 11:16,
14:10, 14:25,
15:8, 15:10,
15:16, 15:17,

15:21, 16:2,
16:23, 22:1,
32:2, 37:18,
46:1, 73:7,
74:15, 75:4
involves
14:1
iq
50:22
items
27:12
itself
23:19, 56:20

**J**

jacquelyn
1:25, 2:8,
5:20, 78:2
jarboe
1:25, 2:8,
5:20, 78:2
job
1:23, 7:23,
11:15
jobs
47:14
joining
9:19
joseph
3:19, 5:10
jr
1:4, 3:3, 3:4,
5:4, 61:10

**K**

keep
8:4, 10:24,
11:8, 18:17,
26:17, 26:18,
63:8
kentucky
1:14, 3:7, 9:12
kind
11:12, 17:18,
38:18, 49:24,
63:5
kinds
63:6

king
35:22, 36:14,
36:16, 36:20,
36:25, 37:12,
38:2, 38:14,
38:15
king's
37:3, 37:7
kitchens
1:4, 3:3, 3:4,
4:4, 5:4, 5:17,
10:6, 11:13,
17:7, 17:23,
21:14, 21:25,
23:16, 24:4,
24:14, 27:3,
27:5, 29:17,
30:17, 30:24,
33:13, 33:16,
33:20, 35:7,
35:15, 35:16,
35:19, 35:22,
38:3, 38:19,
38:23, 39:17,
40:14, 42:7,
42:9, 42:10,
42:15, 43:8,
43:15, 43:21,
45:18, 45:25,
46:7, 46:10,
46:16, 46:21,
47:7, 47:14,
48:11, 49:2,
49:8, 50:20,
51:4, 52:1,
52:5, 52:14,
52:17, 52:25,
53:3, 53:10,
53:16, 57:2,
57:22, 57:25,
58:8, 59:15,
61:1, 61:6,
61:10, 61:11,
66:25, 68:15,
69:8, 69:22,
70:1, 71:11,
72:19, 75:20,
76:19, 77:2,

77:3
knew
28:10, 48:4,
48:5
know
8:7, 8:11,
8:13, 9:18,
17:12, 17:25,
23:10, 24:15,
28:12, 38:7,
38:25, 43:21,
44:10, 46:21,
46:25, 47:7,
47:14, 47:19,
47:20, 48:4,
48:6, 48:16,
49:25, 51:7,
53:14, 54:5,
54:7, 55:12,
55:15, 56:10,
56:13, 57:6,
57:18, 57:22,
57:25, 58:2,
58:4, 58:6,
58:8, 58:10,
58:11, 58:15,
58:16, 58:18,
58:19, 58:22,
58:25, 59:5,
59:12, 61:1,
62:2, 62:18,
62:21, 62:22,
62:23, 63:4,
63:6, 63:24,
64:13, 64:19,
65:24, 67:23,
68:4, 73:22,
74:6, 74:23,
75:10, 76:1
knowledge
12:25

**L**

language
73:15
last
13:15, 24:24,
33:7, 37:17,

37:20, 38:8,
53:9, 54:25,
68:20
**lawsuit**
10:17
**learning**
53:1
**least**
21:23, 34:16,
70:14, 70:17,
70:19, 71:2
**let's**
15:25, 45:7,
51:22, 68:15,
69:8, 70:3
**level**
36:20, 36:25
**levels**
74:10, 74:12
**licensed**
48:9
**licensing**
22:11, 48:2,
50:11, 53:21
**life**
15:7, 34:4,
68:21, 68:22
**light**
44:24, 64:20,
64:23
**limit**
7:10, 63:3
**line**
70:7
**link**
9:19
**linked**
47:24, 49:9
**list**
20:1, 27:11,
27:13, 27:15,
27:17, 27:22,
28:14, 28:18,
34:18, 37:7,
38:23, 59:5,
64:8, 70:13,
70:15
**listed**
34:22, 39:21,

39:22
**lists**
15:4, 30:3
**little**
17:1, 31:25,
51:2, 61:18,
63:16, 68:4,
68:17, 71:14
**live**
37:13, 37:19
**lived**
37:15, 67:7
**lives**
67:4
**llc**
3:12
**located**
9:10, 62:4
**long**
16:25, 54:5,
55:12, 55:15,
56:20, 61:19
**look**
13:19, 15:6,
17:24, 22:4,
23:24, 24:5,
24:11, 28:11,
29:18, 29:23,
29:24, 31:5,
33:7, 39:21,
40:2, 43:11,
56:17, 56:22,
58:13, 73:12
**looked**
17:16, 30:14
**looking**
41:7, 41:13,
41:25, 47:22,
51:24, 73:23
**looks**
34:20, 34:21
**lost**
54:16
**lot**
18:9, 73:20,
73:21, 75:7
**lpp**
1:12, 2:1, 4:2,

5:4, 5:23, 76:16

**M**

**m-o-x-o**
16:15, 16:17
**made**
59:17
**make**
7:24, 26:13,
49:20, 58:24,
59:14, 71:20,
72:4, 72:6,
72:12
**making**
54:12, 55:4,
56:2, 56:4,
56:7, 59:7, 59:9
**malingering**
64:15, 64:18
**manita**
3:19, 5:10
**manner**
74:21
**manual**
19:14
**many**
13:12, 13:17
**markcus**
1:4, 3:3, 3:4,
5:17, 42:10,
61:10
**markcus's**
52:9
**marked**
25:23, 36:4,
43:2, 59:22,
76:3
**marks**
76:15
**maryland**
2:10, 78:24
**master's**
12:2
**matched**
50:2, 50:3
**matching**
50:5
**material**
50:17

**matter**
5:4, 53:16
**maybe**
19:4, 44:22
**mean**
11:23, 18:13,
22:20, 22:21,
22:24, 22:25,
27:21, 28:9,
44:7, 46:9,
48:20, 66:17,
66:20, 70:4,
70:6, 70:12,
70:25, 71:17,
73:16, 73:17
**meaning**
73:3
**means**
66:9
**meant**
23:21
**measure**
23:7, 50:22,
50:24
**media**
5:2
**medical**
1:7, 3:10, 5:5,
5:16, 6:3,
10:17, 22:11,
28:7, 30:10,
45:19, 46:22,
47:8, 48:2,
53:21, 56:18,
58:16, 63:18,
63:19, 63:20,
63:21, 64:1,
64:2, 64:3,
64:6, 66:16,
71:16, 72:12,
72:14, 72:16
**medication**
30:18, 30:21,
31:21, 43:12,
52:11
**medications**
7:4, 30:1,
30:25, 31:3,

43:16, 43:18,
64:5, 65:14
**medicine**
48:9
**meet**
17:2, 17:3
**meeting**
11:13
**memory**
68:12, 75:15
**mental**
34:20, 40:1
**mentioned**
44:11
**met**
6:7, 24:13
**mew**
3:11, 4:3,
5:15, 6:4,
25:15, 25:21,
25:25, 26:17,
26:22, 27:9,
32:5, 34:11,
36:2, 36:12,
36:18, 36:23,
38:11, 40:4,
40:11, 42:8,
42:14, 42:22,
42:25, 43:4,
43:6, 45:6,
51:22, 52:20,
53:6, 54:16,
54:23, 59:20,
59:24, 60:7,
60:13, 60:21,
60:24, 60:25,
61:4, 63:17,
76:1, 76:5,
76:8, 76:13,
76:24
**mew's**
66:5
**michael**
3:20, 25:17,
25:25, 26:6,
26:23, 27:9,
34:11, 36:2,
36:7, 36:18,

40:4, 40:11,
43:1, 43:4,
44:15, 53:7,
76:9
**might**
8:17, 8:24,
15:24, 28:6,
53:8, 55:10,
61:7
**mind**
53:7
**mindful**
60:8
**minute**
28:10, 54:17
**minutes**
16:25, 41:15
**missie**
35:22, 36:16
**mistake**
43:20, 44:6,
44:8, 49:21,
67:7
**mistakenly**
67:6
**misunderstood**
37:14
**monitor**
5:9
**months**
37:17, 37:21
**more**
8:2, 11:25,
14:4, 20:15,
34:19, 49:21,
68:18, 71:4,
71:5, 75:21
**morning**
6:5, 6:6, 6:10,
61:13
**most**
18:5, 65:17
**mother**
35:22, 67:1,
67:7
**move**
57:12, 75:5
**movement**
62:24

**movements**
75:10
**moving**
73:20, 73:22
**moxo**
4:16, 16:18,
16:19, 16:24,
23:17, 23:19,
40:13, 40:16,
41:16, 41:18,
41:23, 42:24,
43:8, 43:16,
43:22, 44:12,
49:11, 50:7,
61:2, 64:12,
64:16, 67:11,
67:15, 73:17,
73:19, 74:4
**much**
13:25, 16:20,
16:21, 57:18,
76:19, 77:5
**multiple**
52:10, 68:21,
70:13
**must**
20:7, 20:10,
20:14, 20:21
**mute**
60:22
**myself**
30:14, 63:8

**N**

**name**
19:1, 28:10,
48:4, 53:14
**names**
18:24
**narcolepsy**
66:2
**national**
1:7, 3:9, 5:5,
5:16, 6:3,
10:16, 22:11,
28:6
**nbme's**
57:3

**necessarily**
53:23, 66:19
**need**
8:6, 8:11,
19:25, 31:20,
40:2, 48:14,
66:11, 74:21
**needed**
75:5
**needs**
48:8
**negative**
9:3, 9:8
**negatively**
48:25
**neither**
78:9
**never**
56:12
**new**
13:16
**next**
44:19, 44:21
**nice**
6:8
**nodding**
8:1
**noise**
63:3, 63:5
**none**
43:12, 43:19,
44:5
**nonmedical**
47:11
**nonphysician**
65:20
**norm**
63:9, 63:10,
63:13
**normal**
37:4, 67:1,
67:2
**normally**
65:6
**northwest**
3:13
**notarial**
78:14

| | | | |
|---|---|---|---|
| **notary** | **office** | **open** | 63:9, 63:10, |
| 2:9, 78:1, | 62:8, 62:10, | 39:6 | 63:13, 66:1 |
| 78:23 | 65:21 | **opinion** | **over** |
| **note** | **officer** | 21:14, 45:23, | 17:2, 17:8, |
| 31:3, 32:15 | 78:3 | 49:7, 59:16, | 22:24, 23:24, |
| **noted** | **officiated** | 66:18, 71:7, | 31:22, 45:14, |
| 52:8 | 2:10 | 74:14, 75:3, | 60:10, 62:15, |
| **notes** | **oh** | 75:11 | 74:16 |
| 11:12, 11:16, | 39:2, 74:21 | **options** | **overall** |
| 15:18, 15:20, | **okay** | 70:13 | 73:8 |
| 16:11, 32:16 | 8:12, 8:20, | **order** | **overcoming** |
| **nothing** | 8:23, 9:5, 11:2, | 20:1, 22:20, | 48:22 |
| 5:25 | 11:17, 15:24, | 48:15, 70:25, | **own** |
| **notice** | 18:1, 26:16, | 76:25 | 22:2, 54:24, |
| 2:7, 4:18, | 26:21, 29:24, | **orders** | 68:1, 69:13 |
| 60:2, 60:5 | 31:8, 45:17, | 76:23 | **P** |
| **noticed** | 48:11, 51:21, | **ordinary** | **page** |
| 73:20 | 54:1, 54:15, | 10:24, 11:8 | 4:2, 4:9, |
| **number** | 56:19, 59:19, | **other** | 27:10, 27:11, |
| 5:3, 5:7, | 61:6, 61:16, | 7:1, 7:9, 9:24, | 29:24, 29:25, |
| 27:12, 39:22, | 61:23, 62:3, | 10:7, 11:13, | 33:8, 36:13, |
| 52:1, 69:25, | 63:15, 64:10, | 12:8, 15:15, | 36:17, 36:18, |
| 70:10 | 65:1, 66:4, | 17:10, 19:9, | 36:24, 39:19, |
| **numbers** | 67:8, 68:4, | 23:18, 25:10, | 40:7, 40:9, |
| 13:10, 13:19, | 68:14, 69:7, | 29:14, 34:16, | 43:5, 43:12, |
| 13:24 | 69:18, 71:19, | 38:22, 40:1, | 44:16, 44:19, |
| **O** | 72:4, 72:18, | 46:10, 50:9, | 44:21, 44:22, |
| **oath** | 72:25, 73:19, | 52:22, 58:12, | 45:8, 45:10, |
| 2:11, 6:22 | 74:14, 75:3, | 60:10, 66:1, | 45:11, 45:14, |
| **objection** | 75:20, 75:21 | 66:2, 76:14 | 47:23, 51:22, |
| 8:17, 8:24 | **once** | **others** | 52:8, 53:9, |
| **objective** | 37:17 | 28:1 | 68:16, 69:9, |
| 46:7, 46:9 | **one** | **otherwise** | 69:23, 70:2, |
| **observation** | 8:16, 24:16, | 78:12 | 71:12 |
| 50:1, 50:7 | 27:23, 28:18, | **out** | **pages** |
| **observations** | 34:16, 35:7, | 8:4, 8:5, 27:5, | 1:24 |
| 22:2, 75:9 | 35:16, 59:4, | 32:25, 35:7, | **paper** |
| **observe** | 66:23, 72:19, | 35:16, 35:23, | 56:14 |
| 49:16, 73:15 | 73:10 | 39:24, 49:2, | **paragraph** |
| **observed** | **ongoing** | 70:14 | 45:12, 45:13, |
| 49:14, 49:17, | 24:22, 25:2 | **outcome** | 47:22, 51:25, |
| 62:10, 62:12, | **only** | 78:12 | 68:20 |
| 73:16 | 8:7, 9:22, | **outcomes** | **parent** |
| **observing** | 30:14, 41:4, | 74:11 | 67:2, 67:4 |
| 61:2, 73:14 | 44:7, 58:24, | **outset** | **part** |
| **occupational** | 67:4 | 23:21 | 11:15, 12:2, |
| 20:24 | **onset** | **outside** | 15:12, 15:15, |
| | 27:21 | 21:25, 62:16, | |

15:17, 16:8,
18:5, 23:12,
23:18, 27:16,
27:18, 28:22,
29:5, 29:17,
33:1, 35:8,
38:15, 39:9,
39:12, 39:17,
43:20, 51:4,
64:6, 64:16,
67:22, 67:24,
73:6, 74:25
**participated**
46:21, 47:7
**particular**
14:5, 29:20,
40:7, 44:13,
61:24, 64:11,
67:13
**particularly**
19:10
**parties**
5:11, 78:11
**pass**
22:10
**passing**
48:22
**past**
65:6, 68:13
**patient**
16:6, 16:22,
34:2, 34:5,
66:14, 67:16,
68:24, 69:5
**patient's**
33:25
**patients**
67:19
**pattern**
20:3
**pencil**
56:14
**pending**
8:8, 55:2
**pennsylvania**
1:2, 5:7
**people**
18:5

**performance**
40:16, 42:3,
49:1
**performed**
46:25, 58:23
**performing**
12:20
**perkins**
3:12
**persistent**
20:3
**person**
17:13, 34:16,
63:14, 64:13,
64:17, 65:16,
65:18, 66:8,
69:14, 69:16,
69:19, 69:20,
70:16, 73:2,
75:1, 75:18
**persona**
3:5
**perspective**
55:12
**ph**
19:2
**phone**
24:17, 62:19,
62:20
**phq-9**
39:1
**physical**
49:25, 75:8,
75:9, 75:10
**physically**
9:10
**physician**
65:18, 65:24
**physicians**
64:3
**picture**
40:24, 41:3,
41:4, 41:6,
41:7, 41:8,
41:14
**pictures**
41:1, 42:1
**pietanza**
3:20

**plaintiff**
1:5, 3:3, 5:18,
61:10
**planet**
5:11, 5:20
**playing**
41:9
**please**
5:13, 7:15,
21:4, 25:22,
26:1, 26:23,
32:6, 36:2,
36:13, 36:19,
36:23, 40:4,
42:25, 45:8,
45:9, 51:23,
53:9, 54:25,
59:21, 62:9,
68:16, 69:9,
69:22, 69:23,
70:2, 71:12,
72:20, 76:23,
77:4
**point**
7:24, 8:6,
8:11, 55:18
**polite**
75:16
**practice**
14:1, 14:22,
19:15, 28:14,
48:9
**practicing**
65:24
**practitioners**
19:9, 52:10
**predominantly**
72:23
**preliminary**
6:8, 12:19
**prepare**
23:22, 27:23,
56:24
**prepared**
26:5, 27:3
**preparing**
57:4
**prescribe**
65:18

**prescribed**
31:9, 31:16
**prescription**
31:3, 65:21
**present**
3:18, 20:8,
20:11, 20:15
**presentation**
40:10, 52:2,
52:18, 68:8,
69:4, 69:21,
71:1, 71:6, 75:2
**prevent**
62:15
**previous**
68:13
**printed**
44:25
**prior**
20:11, 24:19,
25:10, 29:10,
57:23
**private**
9:13, 9:16,
9:17
**pro**
5:17
**problems**
36:21, 37:1
**procedure**
27:16, 39:5,
39:7
**procedures**
27:12, 27:13,
27:18, 27:22,
28:15, 28:19,
37:8, 37:24,
38:24
**process**
34:13, 34:15
**produced**
11:14, 35:2
**professional**
2:9, 47:12,
56:18, 78:3
**professionals**
13:1
**progressively**
49:21

pronouncing
30:3
propanolol
30:3, 30:5,
30:6, 30:9,
44:3, 64:6,
65:15
propria
3:5
protocol
14:5, 17:5
provide
51:12, 51:19,
57:2
provided
10:19, 10:23,
52:11, 58:14
providers
64:3
providing
54:9
psychological
4:13, 14:17,
14:19, 32:18,
32:23, 32:25,
33:5, 66:6
psychology
13:1
public
2:9, 9:14,
78:1, 78:23
published
12:10, 12:17
pull
25:16, 25:20,
25:21, 32:6,
36:3, 40:4,
42:25, 45:7,
59:21, 68:16,
76:2
pulling
53:7
purpose
27:20
pursuant
2:7, 60:4
put
16:13, 31:15,

32:16, 40:9,
44:8, 55:11,
62:18, 62:19,
64:9

## Q

quality
20:23
question
7:13, 7:15,
7:19, 7:21, 8:8,
8:9, 8:21, 11:5,
15:24, 29:3,
30:11, 33:23,
38:13, 54:25,
55:2, 55:10,
58:2, 66:13,
74:7, 74:23
questionnaire
17:17, 35:12,
35:23, 66:24
questionnaires
35:8, 35:17
questions
6:13, 6:17,
7:5, 7:25, 10:7,
34:18, 34:19,
35:3, 38:6,
39:21, 41:24,
56:17, 60:11,
61:5, 61:7,
61:16, 75:21,
75:25, 76:14
quickly
59:21, 59:24,
76:9

## R

ran
49:2
range
37:4
rather
7:25
rating
17:14, 17:15
reaction
69:13, 75:13

read
19:22, 32:12,
55:2
reading
41:18, 41:20,
50:25, 67:14,
69:19, 78:8
ready
26:7, 26:9
realized
37:18
really
49:25, 73:11
reason
7:9
reasons
50:9, 73:10
recall
63:2, 63:17,
64:5, 68:6
receive
51:17, 53:10,
53:16, 54:2,
64:23
received
10:15, 35:25,
58:11, 58:20
recently
18:21
recess
42:18, 60:17
recognize
26:4, 26:24,
32:9, 36:9, 43:7
recognized
60:2
recommend
57:12, 71:15
recommendation
54:9, 54:11,
54:12, 55:5,
55:9, 55:23,
56:3, 56:5,
56:7, 56:8,
57:15, 59:7,
71:21, 72:5,
72:7, 72:13,
72:15

recommendations
56:25, 57:5,
57:11, 59:10,
59:17, 71:13
recommended
53:10, 53:16,
54:1, 72:11,
72:17
record
9:23, 10:8,
11:7, 12:12,
17:17, 28:11,
28:19, 29:18,
29:20, 30:16,
31:6, 31:7,
33:15, 33:19,
42:17, 42:21,
54:17, 54:19,
54:20, 54:22,
60:16, 60:20,
76:17, 76:18,
77:6, 78:6
recorded
6:14, 49:6
recording
9:25
records
10:23, 11:8,
15:1, 15:22,
15:23, 23:25,
28:22, 28:25,
29:1, 29:5,
29:6, 29:7,
29:10, 29:13,
29:16, 29:19,
31:2, 63:18,
63:19, 63:20,
63:21, 64:1,
64:2, 64:7,
66:16
red
64:21
reduce
20:23
reduced
78:8
refer
14:14, 16:14,

18:12, 22:6,
54:6
**reference**
14:24, 45:21,
47:25, 48:1,
53:8, 59:9,
66:11
**referencing**
59:11
**referring**
12:13, 14:15,
14:16, 14:20,
14:25, 15:1,
15:5, 22:7,
48:7, 48:8,
48:19, 48:22,
48:24
**registered**
2:8, 78:2
**regular**
15:11
**regularly**
33:1
**related**
78:10
**relating**
18:17, 18:20
**relationship**
24:20, 24:23,
25:3
**relied**
28:1
**rely**
39:8, 68:24,
69:4
**remember**
18:24, 19:1,
19:2, 30:19,
31:5, 44:1,
44:4, 44:10,
46:23, 47:2,
48:18, 49:4,
49:5, 51:6,
55:14, 55:21,
56:21, 62:6,
63:2, 63:21,
63:22, 76:6
**reminders**
62:17

**remote**
5:9
**remotely**
5:12, 6:7, 8:14
**repeat**
11:6, 54:25,
69:25
**report**
4:10, 4:16,
16:13, 17:9,
24:7, 25:11,
26:5, 27:3,
27:14, 27:18,
28:1, 28:6,
28:16, 29:2,
29:8, 29:21,
29:23, 33:1,
33:5, 33:24,
34:23, 35:11,
35:19, 36:20,
36:25, 37:4,
37:7, 37:9,
37:22, 37:24,
38:20, 40:2,
43:8, 44:17,
45:7, 46:24,
47:5, 47:20,
50:7, 50:8,
52:6, 52:24,
55:24, 56:9,
57:5, 57:7,
58:13, 59:7
**reported**
1:25, 18:13,
21:19, 21:21,
49:14, 50:2,
50:4, 52:15
**reporter**
2:9, 5:19,
6:14, 8:15,
8:18, 8:25, 9:6,
9:23, 10:9,
42:9, 54:25,
55:2, 76:22,
77:1, 78:1, 78:3
**reports**
29:10, 37:4,
51:12, 51:18

**represent**
5:14, 24:7,
51:16
**representing**
5:10, 5:20
**request**
27:6, 28:8,
28:13
**requested**
78:9
**requests**
57:4
**require**
18:8
**required**
6:22, 14:9
**requirement**
14:18, 70:14
**requires**
20:2, 21:10,
32:16, 39:14
**research**
18:17, 18:20
**respect**
54:10
**responding**
42:1
**response**
10:20, 31:15
**responses**
23:6, 35:25
**restate**
74:9
**results**
17:3, 17:8,
35:11, 42:4,
44:17, 51:10,
68:9, 68:17,
72:2, 72:10,
72:16
**review**
28:19, 28:22,
29:5, 29:13,
29:16, 46:13
**reviewed**
18:21, 28:1,
29:20, 68:7
**richmond**
3:7

**right**
9:11, 13:10,
52:21, 53:15,
61:7, 61:8,
67:11, 72:19,
77:1
**rocking**
49:24
**room**
8:15, 8:16,
8:18, 8:25, 9:6,
10:2
**rotations**
47:8, 47:11
**rpr**
1:25
**rude**
74:20
**rule**
39:24
**russell**
19:2, 19:4

**S**

**safely**
51:18
**said**
13:9, 16:1,
29:4, 53:13,
62:23, 63:4,
70:3, 78:6
**same**
8:15, 8:18,
8:25, 9:6, 17:5,
47:22, 70:1,
72:4, 72:6,
72:10, 72:13,
72:16, 72:17
**saw**
17:17, 35:2,
37:22, 37:25,
49:20, 68:9
**say**
7:15, 8:5, 8:8,
14:3, 16:3,
21:4, 22:19,
23:4, 24:25,
29:22, 38:25,

45:2, 49:23,
54:8, 61:25,
63:8, 63:12,
64:1, 67:18,
68:10, 69:18,
70:6, 71:16,
71:19, 74:1,
74:22, 74:24
**saying**
8:1, 68:20
**says**
36:15, 64:19,
71:13
**scale**
4:15, 17:15,
23:6, 34:21,
36:14
**scales**
34:23, 35:2,
39:19, 39:20,
39:21
**schedule**
62:17
**school**
29:1, 29:7,
45:19, 46:22,
47:9, 65:3,
71:20, 71:24,
71:25, 72:12,
72:14, 72:17
**score**
51:12, 51:17,
74:4
**scores**
4:15, 29:2,
29:8, 36:14
**scoring**
35:1
**scratch**
58:5
**screen**
26:13, 32:12,
45:15
**screener**
17:22
**screeners**
17:12
**scroll**
26:6, 26:14,

26:22, 27:10,
36:6, 40:8,
44:19, 44:20,
45:9, 51:22,
53:9, 59:25,
68:17, 69:9,
76:8
**scrolled**
26:9
**scrolling**
26:17, 26:18
**se**
5:18
**seal**
78:14
**seat**
73:22
**second**
29:25, 37:17,
45:17, 66:23,
72:19
**section**
28:16, 51:25
**secured**
9:17
**see**
6:8, 21:23,
26:4, 26:14,
26:15, 28:20,
29:18, 30:1,
31:2, 32:17,
33:10, 33:15,
33:19, 36:7,
39:18, 40:2,
40:25, 41:3,
41:14, 42:1,
43:13, 44:20,
44:24, 45:14,
46:15, 52:12,
57:13, 60:10,
66:11, 66:12,
68:15, 68:18,
68:20, 69:8,
70:3, 70:7,
71:13, 73:23
**seek**
38:18
**seem**
75:4

**seemed**
75:7
**seems**
47:24, 49:9
**seen**
52:9
**self-report**
21:25, 33:25
**semi-structured**
14:10, 14:24,
16:23, 32:2,
73:7
**send**
63:19
**sending**
63:18
**sense**
13:25
**sent**
15:23, 17:9,
39:7, 57:8,
57:9, 57:10,
64:2, 68:6
**sentence**
45:17
**september**
12:21
**serve**
27:20
**service**
32:18, 32:22
**set**
78:13
**setting**
21:20, 21:22
**settings**
20:15, 21:18,
21:19
**several**
20:6, 20:9,
20:13, 64:3,
65:25, 74:18
**shared**
9:19
**should**
8:5, 24:25,
39:4
**show**
41:11, 44:16,

44:18, 45:11,
62:13
**showed**
62:12, 76:6
**showing**
33:15, 33:19,
46:7, 49:25
**shows**
41:10
**signature-5tm1q**
78:21
**significant**
21:11, 21:15
**signing**
78:9
**signs**
66:21, 74:25
**similar**
41:1, 41:12,
68:12
**simply**
42:2
**since**
13:15, 24:24,
33:9, 51:16,
52:9, 52:11,
61:21, 68:5
**sitting**
49:17
**situation**
69:17
**six**
37:17, 37:20
**skills**
50:25
**slightly**
38:13
**social**
20:23, 21:22,
68:22
**some**
18:20, 23:8,
44:12, 55:18,
63:5, 74:17
**someone**
22:12, 31:8,
31:9, 31:16,
31:17, 46:4,

50:10, 50:13,
63:11, 65:19,
65:20
**something**
8:1, 8:2,
33:12, 47:3,
47:17, 75:17
**sometimes**
17:13, 41:10,
41:11
**sorry**
18:23, 22:24,
25:19, 26:11,
27:8, 30:19,
32:21, 36:24,
54:15, 59:13,
69:24, 70:1,
75:20
**sought**
27:5
**sound**
9:24, 24:9
**sounds**
24:10, 24:12,
38:8, 41:4
**source**
19:7
**space**
62:10
**speaking**
42:10, 63:17
**specialist**
12:23, 13:4,
62:1
**specialize**
61:25
**specialized**
11:21, 12:7
**specific**
14:18, 15:4,
34:19, 34:21,
41:14, 48:17,
54:9, 54:13,
55:5, 56:2,
56:4, 57:16
**specifically**
12:8, 37:16,
54:2, 59:8,

61:24, 62:6
**spent**
16:21
**spoke**
37:14
**spouse**
35:15
**stand**
13:9, 31:6,
42:16, 54:18,
60:15
**standalone**
23:15
**standard**
28:14, 39:5,
39:7, 48:21,
57:19, 76:24,
77:4
**standardized**
29:1, 29:8,
58:1, 58:12
**standards**
59:1, 59:6
**start**
20:8, 28:4
**started**
37:24, 73:5
**state**
2:10, 5:14,
52:8, 78:24
**stated**
63:7, 73:19
**statement**
44:5, 45:2,
50:6
**states**
1:1, 5:6,
29:25, 33:8,
43:12, 45:17,
48:1
**statistical**
19:14
**stay**
49:19, 49:20
**stayed**
73:23
**staying**
47:22, 73:22

**stays**
39:20
**stenographically**
78:7
**step**
54:10, 54:13,
55:5, 55:12,
55:15, 56:5
**steps**
53:24
**still**
49:18, 54:15,
60:21, 72:6
**stimulant**
30:22
**stimulants**
66:1
**street**
3:13
**stress**
69:14, 74:2,
74:3, 74:5,
74:10, 74:12
**stressful**
69:12, 69:17
**structured**
16:2
**struggling**
49:19
**study**
62:24
**submitted**
28:6
**subpoena**
2:8, 4:18,
10:16, 10:20,
60:2, 60:5
**substantive**
41:24
**successfully**
45:18
**suite**
3:14
**summary**
45:1, 45:2,
51:24
**support**
27:6, 28:7

**suppose**
50:14
**supposed**
40:25, 41:2
**sure**
13:2, 13:9,
13:11, 26:13,
28:10, 30:10,
30:16, 35:5,
46:12, 47:10,
47:13, 50:16,
59:14, 60:24,
73:6
**surprised**
68:10, 68:11
**sworn**
5:21, 5:24
**symptom**
17:14, 17:15,
22:14, 22:17,
23:3, 23:8,
23:12, 23:15,
23:17, 44:12,
44:17
**symptoms**
15:3, 15:4,
20:7, 20:10,
20:14, 20:22,
21:2, 21:6,
21:10, 21:16,
34:3, 34:4,
34:19, 34:22,
38:3, 38:10,
38:20, 39:22,
39:25, 45:19,
45:21, 45:24,
46:3, 47:25,
48:25, 49:9,
49:10, 49:13,
49:22, 49:25,
50:1, 50:10,
52:1, 52:6,
64:14, 66:21,
67:10, 69:17,
70:10, 70:13,
70:19, 70:20,
70:21, 71:5,
73:4, 73:8,

| | | | |
|---|---|---|---|
| 73:9, 73:12,<br>74:25<br>**system**<br>14:11, 34:7,<br>35:4, 44:24,<br>64:15, 64:20 | **talking**<br>21:20, 42:24,<br>71:14, 74:18<br>**task**<br>49:19, 49:20<br>**team**<br>54:19 | 7:6, 7:10<br>**testifying**<br>8:19, 9:1, 9:7<br>**testimony**<br>78:6<br>**testing** | **things**<br>21:23, 62:13,<br>63:7, 75:6<br>**think**<br>7:19, 13:7,<br>15:24, 23:11, |

**T**

| **take** | **technical** | 27:6, 57:13, | 27:17, 28:3, |
|---|---|---|---|
| 8:7, 8:10,<br>9:24, 11:12,<br>11:16, 15:14,<br>15:18, 15:20,<br>16:11, 32:5,<br>34:11, 38:11,<br>40:11, 41:15,<br>42:12, 43:15,<br>45:6, 48:8,<br>52:20, 57:18,<br>59:20, 60:9,<br>70:9, 72:20 | 11:5<br>**technician**<br>3:20, 25:15,<br>25:19, 69:24<br>**techniques**<br>63:3<br>**tell**<br>13:11, 49:2,<br>73:24<br>**tend**<br>72:22<br>**term**<br>48:5 | 65:7, 71:17<br>**tests**<br>48:17, 49:3,<br>49:18, 53:11,<br>53:13, 53:17,<br>56:8, 58:1,<br>67:15, 68:13,<br>71:16, 71:17<br>**text**<br>10:12<br>**th**<br>3:13, 78:14 | 31:25, 42:11,<br>44:5, 49:6,<br>55:18, 66:9,<br>75:21<br>**third**<br>51:25<br>**thirties**<br>65:2, 66:15<br>**thought**<br>47:4, 55:22<br>**three**<br>21:23, 70:14, |
| **taken**<br>12:7, 42:18,<br>43:24, 44:2,<br>44:9, 51:8,<br>56:12, 60:17,<br>68:13, 78:4,<br>78:7 | **test**<br>22:10, 23:5,<br>29:2, 29:8,<br>37:16, 37:21,<br>38:5, 40:17,<br>40:20, 40:22, | **thank**<br>6:11, 9:4, 9:9,<br>11:20, 28:21,<br>30:6, 40:5,<br>42:15, 52:21,<br>60:12, 60:13, | 70:16, 70:17,<br>70:19, 70:24,<br>71:2, 71:4, 71:5<br>**through**<br>26:3, 26:22,<br>30:15, 32:3, |
| **takes**<br>41:15<br>**taking**<br>8:13, 30:18,<br>41:23, 49:3,<br>49:12, 49:23,<br>53:11, 53:13,<br>53:17, 56:8,<br>58:1, 61:2,<br>65:19, 71:15,<br>71:19, 73:13 | 41:18, 41:20,<br>42:2, 42:4,<br>43:8, 43:22,<br>43:25, 44:3,<br>44:13, 44:18,<br>49:12, 49:23,<br>50:7, 51:17,<br>53:14, 55:25,<br>56:14, 56:17,<br>56:20, 57:23,<br>58:12, 58:17,<br>58:21, 64:16,<br>64:19, 64:22,<br>65:6, 68:2,<br>73:24, 73:25 | 60:23, 63:1,<br>63:15, 64:10,<br>68:18, 69:10,<br>70:2, 71:10,<br>71:12, 72:25,<br>75:20, 75:22,<br>75:23, 76:13,<br>76:19, 76:21<br>**thanks**<br>61:14<br>**themselves**<br>5:14, 42:4<br>**theory**<br>50:16 | 36:6, 42:11,<br>43:5, 44:16,<br>50:3, 50:4,<br>59:25, 76:9<br>**thursday**<br>1:15<br>**time**<br>5:9, 6:9, 13:8,<br>15:21, 16:5,<br>16:12, 16:21,<br>32:17, 40:25,<br>42:17, 42:21,<br>49:3, 54:2, |
| **talk**<br>22:24, 61:18,<br>61:23, 74:16,<br>74:19 | **tested**<br>67:14<br>**testified**<br>6:1, 7:2, 13:6 | **therapy**<br>32:16<br>**thereafter**<br>78:7 | 54:22, 55:25,<br>57:19, 57:23,<br>60:8, 60:16,<br>60:20, 70:9, |
| **talked**<br>24:17, 31:25,<br>63:16, 66:4,<br>67:11, 67:12,<br>69:11 | **testify**<br>5:24, 6:22, | **therefore**<br>37:19, 37:21<br>**thing**<br>8:8, 28:18,<br>72:17 | 72:11, 76:20<br>**timeliness**<br>67:21<br>**times**<br>74:18 |

**today**
5:10, 5:20,
6:22, 7:7, 7:11,
13:11, 60:4
**today's**
5:8
**together**
37:14, 37:15,
37:19
**told**
33:13, 46:11,
47:3, 48:17
**took**
11:19, 43:9,
43:16, 43:21,
43:22, 43:25,
44:3, 58:4,
58:8, 58:16,
68:5
**top**
19:12, 23:10,
32:18, 43:12,
47:16, 47:21,
54:7, 55:17,
58:15
**touched**
51:2
**toward**
43:11
**trained**
12:3
**training**
11:21, 11:24,
11:25, 12:2,
12:8, 61:19
**transcript**
4:8, 6:19,
25:24, 32:8,
36:5, 43:3,
59:23, 65:3,
65:7, 76:4,
76:25, 78:5
**transcripts**
29:1, 29:7
**treadmill**
62:22
**treat**
19:3, 30:13,

30:21
**treated**
33:20
**treating**
19:3, 19:4,
25:6
**treatment**
24:19, 24:22,
25:3, 33:9
**trial**
7:2
**true**
10:23, 11:7,
27:2, 33:4,
76:10, 78:5
**truth**
5:25, 6:1
**truthfully**
6:22, 7:6, 7:11
**try**
8:4, 15:25
**trying**
64:14
**turn**
36:17, 36:18,
36:23, 40:7,
61:6
**two**
20:15, 31:22,
70:21, 73:11
**type**
18:1, 44:12,
46:15, 50:19,
51:13, 56:22,
69:20, 70:16,
70:17, 70:20,
70:21, 70:22,
70:23, 71:2,
71:3, 74:19,
74:22, 75:2,
75:5
**types**
29:13, 66:1
**typewriting**
78:8
**typically**
16:21, 18:2,
65:2

**U**

**uh-huh**
8:2, 44:14,
57:14, 63:23
**under**
6:21, 27:11,
28:18, 37:8,
38:24, 45:1,
52:2, 57:19,
59:2, 65:23,
68:17
**underprepared**
50:13
**understand**
6:15, 6:19,
6:21, 7:5, 7:14,
9:22, 11:2,
12:19, 14:22,
17:4, 24:2,
25:1, 25:14,
28:12, 30:17,
30:23, 31:15,
47:13, 48:7,
53:20, 53:23,
53:25, 56:13,
59:4, 74:6
**understanding**
19:24, 27:25,
28:5, 30:12,
38:9, 64:18,
65:23, 67:15
**understood**
11:4, 11:20,
13:17, 37:13,
45:5, 53:22,
62:8
**undiagnosed**
72:23
**united**
1:1, 5:5, 48:1
**until**
7:20, 40:8
**use**
12:4, 14:10,
15:15, 17:12,
17:22, 28:15,
57:4

**useful**
38:2
**uses**
67:23
**usmle**
48:12, 51:4,
51:17, 53:12,
54:10, 54:13,
55:6, 55:13,
55:16, 56:6,
56:10, 56:24,
57:16, 57:20

**V**

**vague**
8:2
**valid**
37:21, 38:1,
45:1, 45:3,
64:22, 64:25,
71:8
**validity**
22:14, 22:17,
23:3, 23:5,
23:9, 23:12,
23:16, 23:17,
44:12, 44:18,
64:19
**variation**
17:1
**variety**
34:10, 34:20,
41:1
**verbally**
50:2
**versa**
70:22
**versus**
14:2
**vice**
70:22
**video**
5:9, 5:11,
42:16, 60:15,
76:18
**videographer**
3:19, 5:2,
5:10, 5:19,

6:15, 9:23,
42:16, 42:20,
54:18, 54:21,
60:15, 60:19,
75:24, 76:15
**videotaped**
1:12, 5:3
**virtually**
1:13, 2:2
**visual**
41:5
**vitae**
4:17
**voice-identify**
5:13

### W

**wait**
7:20
**waive**
8:16, 8:24
**want**
10:15, 11:6,
12:12, 13:20,
22:19, 25:20,
26:2, 26:11,
26:13, 60:8,
65:14
**wanted**
11:11, 60:1,
61:15
**wants**
17:19
**washington**
3:15
**watch**
40:24
**watching**
49:13
**way**
3:6, 7:16,
13:3, 22:20,
23:7, 26:1,
27:24, 28:13,
31:14, 31:15,
64:13
**ways**
46:2

**we're**
8:13, 26:3,
42:20, 54:21,
60:16, 60:19
**we've**
42:10
**went**
32:3, 46:3
**weren't**
62:20
**whenever**
62:24
**whereof**
78:13
**whereupon**
5:22
**whether**
17:12, 43:21,
58:20, 59:15,
64:13
**whiteboards**
62:16
**whole**
5:25
**wife**
50:4, 67:1
**wife's**
50:8
**wifi**
9:14
**window**
62:15
**withhold**
11:3
**within**
48:21, 59:16
**without**
14:3, 46:4,
48:25, 63:14
**witness**
2:11, 5:21,
44:19, 54:14,
60:12, 60:23,
75:23, 76:21,
78:13
**word**
67:23
**worded**
38:6, 70:8

**words**
7:25, 68:1,
69:4, 69:13
**work**
21:19, 45:20,
45:25, 46:3,
46:8, 46:13,
46:15, 65:11,
68:22
**worked**
47:15
**working**
14:1, 14:2,
61:21, 73:25
**works**
40:21, 40:22
**wouldn't**
53:7
**wringing**
49:24, 73:22
**write**
47:23
**written**
6:18, 10:11,
11:18, 22:7,
22:8, 34:23,
37:23, 56:9
**wrote**
48:3

### Y

**yeah**
23:1, 31:13,
54:16
**years**
20:11, 69:3
**yellow**
64:21
**yourself**
13:4, 62:14

### 0

**01**
42:18, 42:21
**03301**
1:7, 5:7
**08**
76:17

**09**
77:6

### 1

**1.1**
17:14
**10**
42:18, 42:21,
54:19, 54:22,
60:16, 60:17,
60:20
**11**
76:17, 77:6
**115**
34:18
**12**
20:11
**13**
1:15, 3:13, 5:8
**16**
13:7
**17**
78:14
**1767**
3:16
**18**
4:14

### 2

**2.0**
15:2, 32:3,
33:24
**20**
20:8, 41:15,
41:17
**20005**
3:15
**2003**
61:22
**2013**
52:12
**202**
3:16
**2022**
12:21
**2023**
1:15, 5:8,
78:15

**2026**
78:19
**21**
78:19
**22**
1:7, 5:7
**24**
54:19
**25**
4:12, 41:17
**26**
54:22
**2:-cv--jfm**
1:7, 5:7

**3**

**32**
4:13
**34**
60:16, 60:17
**36**
4:15

**4**

**40475**
3:7
**41**
60:17, 60:20
**43**
4:16
**487997**
1:23

**5**

**53**
16:25
**55**
42:17, 42:18
**57**
1:16, 5:9
**59**
4:14, 4:18

**6**

**61**
4:4
**625**
3:6

**654**
3:16

**7**

**700**
3:13
**76**
4:17
**78**
1:24
**7th**
24:8, 24:13,
24:15

**8**

**8**
1:16, 5:9
**800**
3:14
**8th**
24:8

**9**

**9**
42:17, 42:18
**96130**
32:19, 32:22