# Psychological Evaluation



Peace of Mind Counseling
Clinician: Christina Bacon, LPP
Patient: Markcus Z Kitchens, DOB ▮▮▮▮

Date and Time: February 7, 2023 3:45PM
Service Code: 96130
Location: Telehealth
Participants: Client only

## Requesting Party

The client requested the assessment for ADHD based on his history of diagnosis and the need for accommodations when taking the medical exam for his occupation.

## Purpose of Evaluation

The client participated in the semi-structured clinical interview and the DIVA 2.0.

## Procedures

60 minutes        Clinical Interview

## Total Time Spent

60 minutes

## Diagnosis

F90.2     Attention-Deficit/Hyperactivity Disorder, Combined presentation

## Additional Comments

The client has a history of ADHD diagnosis and treatment since early childhood. The assessment is going to be used to support the argument for accommodations for testing.

Report released to: not released
Follow-up appointment: Follow-up appointment scheduled for February 8, 2023

Christina Bacon, LPP, Licensed Psychological Practitioner, License #247601 signed this note and declared this information to be accurate and complete on February 8, 2023 at 11:14PM.

Doc #10