




DEFENDANT'S EXHIBIT **CB-6**

# MOXO™ d-CPT Report
## Computerized ADHD Evaluation

**Patient name:** Markcus Kitchens
**Patient Code:** 2143266
**Patient ID:**
**Date of Birth:** [redacted]
**Gender:** Male

**Test ID:** 2143303  **Test date:** 08-02-2023 15:42
**Test Age:** 31  **Medication:** None

## Norm Comparison

**A — Attentiveness:** The ability to respond correctly and remain focused
**T — Timeliness:** The ability to respond quickly and accurately
**I — Impulsiveness:** The tendency to respond hasty, before evaluating the situation
**H — Hyper-Reactivity:** A difficulty in regulation of motor responses

### Norm Comparison In Z Score

| | A | T | I | H |
|---|---|---|---|---|
| 1 Good performance — Higher norm range | | | | |
| 2 Standard performance — Middle norm range | | | | |
| 3 Weak performance — Low norm range | | | | |
| 4 Difficulty in performance — Outside norm range | -15.20 | -5.07 | -4.05 | -8.05 |

### Severity Table

| | A | T | I | H |
|---|---|---|---|---|
| 4 Extreme severity | 4 | 4 | 4 | 4 |
| 3 High severity | | | | |
| 2 Medium severity | | | | |
| 1 Low severity | | | | |

Christina Bacon • 1503 Lexington Road • 8593538568 • christina@peaceofmindky.com • https://peaceofmindky.com

The MOXO test is designed to support clinical assessment. Results of the test should be used only by qualified professionals as a clinical decision support tool and should not be the sole basis for diagnosis. Neuro-Technology Solutions, Ltd. V12.3.5

1

- Medical Confidential -



Doc #16







NEURO TECH Solutions

MOXO

## Four Indices Performance Graph

**Test 1**

**Basic-1** Baseline stage

**Visual-1** Performance under minor visual distractors

**Visual-2** Performance under major visual distractors

**Audio-1** Performance under minor audio distractors

**Audio-2** Performance under major audio distractors

**Combo-1** Performance under minor combined distractors

**Combo-2** Performance under major combined distractors

**Basic-2** Sustained Performance - same as baseline stage

### Performance graph

The performance graph displays individual performance throughout the test as described in the four indices. This chart also displays how the different distractors influence the patient's results throughout the test. The graph reflects the reliability and validity of the performance.

 

## Performance Graph Summary

**Sustained performance** — Changes in the patient's performance from beginning to end.

**Visual** — The effects of visual distractors on the patient's performance.

**Auditory** — The effects of auditory distractors on the patient's performance.

**Combined** — The effects of combined distractors on the patient's performance.

**Distraction load** — Comparison between the patient's performance in the presence of few distractors and many distractors.

### Test 1

|  | A | T | I | H |
|---|---|---|---|---|
| Sustained performance | Decrease | Decrease | Increase | No change |
| Visual | No change | Decrease | No change | Increase |
| Auditory | No change | No change | No change | No change |
| Combined | No change | Decrease | No change | Increase |
| Distraction load | No change | No change | No change | No change |

Christina Bacon • 1503 Lexington Road • 8593538568 • christina@peaceofmindky.com • https://peaceofmindky.com

 The MOXO test is designed to support clinical assessment. Results of the test should be used only by qualified professionals as a clinical decision support tool and should not be the sole basis for diagnosis. Neuro-Technology Solutions, Ltd. V12.3.5

- Medical Confidential -

 

## Report Summary

### Background information

No Background found

### Test 1 Observation

No Observation found

### Summary

**According to the norm comparison table in the MOXO test, a deviation from the norm detected in Markcus Kitchens's tests. This deviation could indicate attention difficulties and along with other findings, the existence of ADHD.**

**Summary of Markcus Kitchens's base line results:**
Markcus Kitchens's performance in regards to sustained performance had increased in metric I and decreased in A, T. No change was observed in metric H.
Under the presence of visual distractors, Markcus Kitchens's performance had increased in metric H and decreased in T. No change was observed in metrics A, I.
Under the presence of audio distractors unchanged performance was observed
Under the presence of combined distractors, Markcus Kitchens's performance had increased in metric H and decreased in T. No change was observed in metrics A, I.
Under the presence of high distractor load unchanged performance was observed

Observer name: _____   Signature _____

**Christina Bacon** • 1503 Lexington Road • 8593538568 • christina@peaceofmindky.com • https://peaceofmindky.com



The MOXO test is designed to support clinical assessment. Results of the test should be used only by qualified professionals as a clinical decision support tool and should not be the sole basis for diagnosis. Neuro-Technology Solutions, Ltd. V12.3.5

- Medical Confidential -

4

 

## The Four MOXO Measurements

## Attentiveness

Attentiveness reflects the patient's ability to correctly evaluate and respond to a stimulus, according to instructions. Patients who experience difficulties in this area have problems paying attention to their environment, or to specific details when required to do so. To an onlooker, a person who appears not to be paying attention can seem somewhat unfocused and detached. However, such patients face intense difficulties in their daily life such as following teachers in class, understanding more complex instructions, keeping track of small changes in their surroundings, avoiding calculation errors and much more.

## Timeliness

Timeliness reflects the patient's ability to respond correctly within the time-frame allotted for a task. Whilst a person with timing issues may be able to evaluate their environment correctly, they may falter when asked to react in a timely manner to environmental changes. Examples of this are performing tasks requiring a quick and immediate response, as well as staying on schedule. Such tasks might include answering questions under time pressure (even when the material is familiar). Timing problems display similar characteristics to attention problems: A time gap is formed when attempting to perform a task to completion. Since it is difficult to keep track, a gap in the (study) material is formed. As the task continues, this gap increases until eventually; people faced with this type of difficulty lose a sense of continuity along with their ability to stay on top of the task.

## Impulsiveness

Impulsiveness is the tendency to respond at a point in time which is defined as 'forbidden'. A person with a tendency to be impulsive might act without considering the situation at hand or the possible outcomes of such behavior. Such conduct can take place even when a person fully understands the more problematic and undesirable outcomes of impulsive behavior. In many cases, impulsiveness might cause people to trigger monitoring processes only after their initial response. Typical features of impulsiveness include difficulty in waiting for a turn or engaging in dangerous behavior without considering the consequences.

## Hyper-Reactivity

Hyperactivity is difficulty in efficient regulation of motoric output and in refraining from unnecessary or undesirable actions (movement, over talking etc.). In other words, hyper-reactive behavior will be accompanied by excessive responses that are defined as incorrect and unwanted. Often people who exhibit hyperactivity are aware of the undesirable outcomes of their behavior and yet they still face the difficult challenge of abstaining from such actions.

Christina Bacon • 1503 Lexington Road • 8593538568 • christina@peaceofmindky.com • https://peaceofmindky.com

 The MOXO test is designed to support clinical assessment. Results of the test should be used only by qualified professionals as a clinical decision support tool and should not be the sole basis for diagnosis. Neuro-Technology Solutions, Ltd. V12.3.5

- Medical Confidential -

**From:** **Christina Bacon** christina@peaceofmindky.com 📎
**Subject:** MOXO CPT
**Date:** February 8, 2023 at 3:58 PM
**To:** kitchens.markcus@gmail.com

results



PEACE OF MIND
Counseling

Christina Bacon, LPP
Peace of Mind Counseling, LLC
1503 Lexington Rd.
Richmond, KY 40475
(859) 353-8568

markcus
MOXO.pdf

Doc #16A