

DEFENDANT'S EXHIBIT CB-7

# Christina Bacon

Berea, KY 40403
christina.bacon2009@gmail.com
859-302-1768

Twenty years of experience providing therapy to children, adolescents, and adults in various therapeutic settings has given me a breadth of experience and knowledge. Core competencies include behavioral concerns, learning disorders, anxiety and mood disorders, stress management, relational issues, trauma, and parenting concerns. In-depth experience in administration, scoring, and interpretation of psychological assessments. I strive to provide excellent client care to underserved populations by assisting, mentoring, and celebrating their goal achievements in overall wellness.

## Professional Specialties

- Behavioral Health
- Individual / Group Therapy
- Crisis Intervention
- Parenting
- Developmental Delays
- Assisting parents to navigate school interactions and interventions
- Cognitive Behavior Therapy
- Trauma-focused Cognitive Behavior Therapy
- Working with LGBTQ Community
- Program Development/Coordination

- Eye Movement Desensitization and Reprocessing
- Partnerships within the community
- Experienced in Telehealth
- Mood and Anxiety Disorder
- Expertise in DSM-V TR Diagnosis
- Treatment Analysis/Planning
- Document Research/Review
- Parent-Child Interaction Therapy
- Trauma Play
- Play Therapy Techniques
- PTSD/Trauma/Abuse
- Relationship/Family Issues

## Professional License

**Licensed Psychological Practitioner #247601**

May 2019 to present

Licensed to work independently, without clinical supervision.

## Work Experience

**Therapist**
Peace of Mind Counseling - Richmond, KY
June 2022 to present

As a therapist with Peace of Mind Counseling, I am responsible for maintaining a diverse caseload, building rapport, and developing appropriate community relationships. While I work with all ages and situations, my therapeutic focus has been on individuals and families with trauma histories.

- Identify various needs and refer clients to appropriate community resources (e.g. targeted case managers, psychiatrists, medical professionals, etc.)
- Maintain extensive and appropriate documentation
- Developed relationships with area schools to allow regular contact and referrals
- Initiated communication with various community outreach organizations
- Assessment and implementation of behavioral management plans

Kentucky Mental Health Care - Louisville, KY
August 2020 to June 2022

As a therapist with Kentucky Mental Health Care, I was responsible for maintaining a large and diverse caseload, building rapport, and developing appropriate community relationships. While I worked with all ages and situations, my therapeutic focus has been on individuals and families with trauma histories.

- Identify various needs and refer clients to appropriate community resources (e.g. targeted case managers, psychiatrists, medical professionals, etc.)
- Maintain extensive and appropriate documentation
- Developed relationships with area schools to allow regular contact and referrals
- Initiated communication with various community outreach organizations
- Assessment and implementation of behavioral management plans
- Provide feedback and assistance related to safety and reporting issues

Parsons Counseling - Berea, KY
August 2016 to July 2020

As a therapist with Parsons Counseling, I was responsible for maintaining a large and diverse caseload, building rapport, and developing appropriate community relationships. While I work with all ages and situations, my therapeutic focus has been on individuals and families with trauma histories.

- Identify various needs and refer clients to appropriate community resources (e.g. targeted case managers, psychiatrists, medical professionals, etc.)
- Maintain extensive and appropriate documentation
- Developed relationships with area schools to allow regular contact and referrals
- Initiated communication with various community outreach organizations
- Assessment and implementation of behavioral management plans
- Mentor and support associate-level clinicians
- Provide feedback and assistance related to safety and reporting issues
- Deliver guidance related to ethical concerns
- Established a relationship with the local chapter of the Gay, Lesbian, and Straight Education Network (GLSEN)

**Treatment Director**
The Bair Foundation - Lexington, KY
August 2013 to October 2016

I focused on providing effective therapy for the children in my care and helped to ensure a safe environment in which to live. I was responsible for the direct treatment of the children and the training of the families licensed under the company.

- Identified various needs and referred clients to appropriate community resources (e.g. targeted case managers, psychiatrists, medical professionals, etc.)
- Trained foster parents to recognize and interact appropriately when children presented trauma symptoms • Completed extensive treatment plans for foster children
- Assisted foster families to develop conducive environments for children in care
- Assessment and implementation of behavioral management plans
- Foster home inspections and reviews
- Ensured compliance with state and federal regulations
- Collaboration with the local Cabinet for Health and Family Services and the Department of Juvenile Justice • Maintained extensive and appropriate documentation
- Developed relationships with area schools to allow regular contacts
- Initiated communication with various community outreach organizations
- Mentored and supported company case managers
- Provided feedback and assistance related to safety and reporting issues
- Delivered guidance related to ethical concerns

**Program Director**
Bluegrass Regional MH/MR Board, Inc
September 2005 to October 2011

Along with the responsibilities listed as a Therapist for this program, I assumed additional administrative duties. Administrative duties included but were not limited to the administrative supervision of employees, hiring therapists and assistants to the program, and assignment of new clients to therapists based on levels of need and expertise.

- Identified various needs and referred clients to appropriate community resources (e.g. targeted case managers, psychiatrists, medical professionals, etc.)
- Large and diverse caseload
- Responsibility for finances of the individual program
- Served as Early Childhood Specialist – working with children three years and younger
- Assisted daycares in assessing environmental and behavioral concerns
- Provided behavioral management training for daycare workers
- Managed after-school group therapy with children labeled Severely Emotional Disturbed • Provided guardianship evaluations in Lincoln County, Kentucky
- Completed assessments for involuntary commitment to hospitalizations
- Developed and implemented a summer camp focused on reading and self-esteem, in collaboration with the local school system
- Maintained extensive and appropriate documentation
- Developed relationships with area schools to allow regular contact and referrals
- Initiated communication with various community outreach organizations
- Mentored and supported colleagues
- Provided feedback and assistance related to safety and reporting issues
- Delivered guidance related to ethical concerns

**Therapist**
Bluegrass Regional MH/MR Board, Inc - Stanford, KY
May 2003 to September 2005

While working in the Intensive Outpatient Program for Children and Families, I focused on individual and group therapy, teaching parenting skills, implementing behavior modification as well as educating and assisting teachers in its use.

- Identified various needs and referred clients to appropriate community resources (e.g. targeted case managers, psychiatrists, medical professionals, etc.)
- In-home treatment
- Behavioral skill development within a group setting
- Social and coping skill development within a group setting
- Created and administered parenting classes
- Assisted with the development and implementation of Individual Education Plans (IEPs) and 504 Plans
- Performed intellectual assessments
- Maintained extensive and appropriate documentation
- Developed relationships with area schools to allow regular contact and referrals
- Initiated communication with various community outreach organizations

## Education

**Master's in Clinical Psychology**
Eastern Kentucky University - Richmond, KY
May 2003

**Bachelor of Science in Psychology**
Eastern Kentucky University - Richmond, KY
May 2001

## Groups

**Kentucky Psychological Association**
October 2018 to Present

**American Psychological Association**
January 2023 to Present