IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR., <br><br>   Plaintiff, <br><br> v. <br><br> NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br>   Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:22-CV-03301-JFM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## TRIAL EXHIBIT LIST

Plaintiff and Defendant hereby submit the following final trial exhibit list.

| Exhibit Number | Document Marking | Document Description | Date Admitted |
|---|---|---|---|
| JX1 | Kitchens001206 | Hamilton County Schools Transcript (Grades 1-5) | 5/15/2023 |
| JX2 | Kitchens001207 | Hamilton County Schools Transcript (Grades 6-8) | 5/15/2023 |
| JX3 | Kitchens001204-1205 | Hamilton County Schools Transcript (Grades 8-12) | 5/15/2023 |
| JX4 | NBMEBEREA0001-0003 | Berea College Transcript | 5/16/2023 |
| JX5 | Kitchens001199-1202 | Medical University of Lublin Transcript | 5/16/2023 |
| JX7 | NBME000061 - 000078 | NBME 2023 Training Guide Disability Assessment Analyst | 5/17/2023 |
| JX8 | NBME000160 - 000194 | USMLE 2022 Bulletin of Information | 5/17/2023 |

162260951.3

- 2 -

| Exhibit Number | Document Marking | Document Description | Date Admitted |
|---|---|---|---|
| JX9 | Kitchens001057-1060 | USMLE Step 1 Score Report for Feb. 25, 2022 | 5/16/2023 |
| JX10 | Kitchens001061-1076 | USMLE Step 1 Score Report for May 9, 2022 | 5/16/2023 |
| JX11 | Kitchens001073-1076 | USMLE Step 1 Score Report for Sept. 29, 2022 | 5/16/2023 |
| JX12 | Kitchens001065-1068 | USMLE Step 2 CK Score Report for May 28, 2022 | 5/16/2023 |
| JX13 | Kitchens001069-1072 | USMLE Step 2 CK Score Report for June 29, 2022 | 5/16/2023 |
| JX14 | NBME000293 | Timing Review for Feb. 25, 2022 Step 1 Exam | 5/16/2023 |
| JX15 | NBME000294 | Timing Review for May 9, 2022 Step 1 Exam | 5/18/2023 |
| JX16 | NBME000295 | Timing Review for May 28, 2022 Step 2 Exam | 5/18/2023 |
| JX17 | NBME000296 | Timing Review for June 29, 2022 Step 2 Exam | 5/18/2023 |
| JX18 | NBME000297 | Timing Review for Sept 29, 2022 Step 1 Exam | 5/18/2023 |
| JX19 | NBME000379-000385 | Outcome File, Feb. 25, 2022 Step 1 | 5/18/2023 |
| JX20 | NBME000386-392 | Outcome File, May 9, 2022 Step 1 | 5/18/2023 |
| JX21 | NBME000393-399 | Outcome File, Sept. 29, 2022 Step 1 | 5/18/2023 |
| JX22 | NBME000400-406 | Outcome File, May 28, 2022 Step 2 CK | 5/18/2023 |

162260951.3

| Exhibit Number | Document Marking | Document Description | Date Admitted |
|---|---|---|---|
| JX23 | NBME000407-413 | Outcome File, June 29, 2022 Step 2 CK | 5/18/2023 |
| JX25 | Dkt. 25 (pp. 130-165) | FSMB, State Specific Requirements for Initial Medical Licensure | 5/18/2023 |
| PX02 | PX0009-PX0023 | Application for Accommodations dated 10/31/2021 | 5/15/2023 |
| PX03 | NBME000218-231 | Application for Accommodations dated 8/30/22 | 5/15/2023 |
| PX04 | NBME000216-217 | NBME Letter to M. Kitchens dated 2/8/22 | 5/16/2023 |
| PX05 | PX0040 | Berea College Disability Services Progress Note 1/10/13 | 5/15/2023 |
| PX06 | NBMEWHC0062-63 | Berea College Health Services Note 1/11/13 | 5/16/2023 |
| PX09 | NBMEWHC0058-59 | Berea College Health Services Note 8/5/13 | 5/16/2023 |
| PX11 | NBMEWHC0054-55 | Berea College Health Services Note 3/20/14 | 5/16/2023 |
| PX16 | NBMEWHC0021-24 | White House Clinics Medical Record 2/15/16 | 5/16/2023 |
| PX19 | PX0071-72 | Baptist Health Medical Records 3/23/21 | 5/16/2023 |
| PX26 | NBMEBACON0028-35 | Connors CPT-3 | 5/15/2023 |

162260951.3

| Exhibit Number | Document Marking | Document Description | Date Admitted |
|---|---|---|---|
| PX27 | NBMEBACON0045-49 | MOXO d-CPT Report | 5/16/2023 |
| PX30 | NBMEBACON0082-89 | Report of Attention Deficit Hyperactivity Disorder Evaluation (February 2023) | 5/16/2023 |
| PX37 | PX0167-172 | Baptist Health Medical Records 9/22/22 | 5/16/2023 |
| PX46 | PX0208-213 | Baptist Health Medical Records 3/24/23 | 5/16/2023 |
| PX48 | PX0216-223 | ADHD DSM-5 | 5/16/2023 |
| PX49 | PX0224-228 | Generalized Anxiety DSM-5 | 5/18/2023 |
| PX52 | NBME000210-213 | CBSE Score 12/10/2020 | 5/16/2023 |
| PX53 | PX0235-241 | CBSSA Report 2/14/2022 | 5/16/2023 |
| PX54 | PX0242-245 | CBSSA Report 3/21/22 | 5/16/2023 |
| PX55 | PX0244-248 | CBSSA Report 4/1/22 | 5/17/2023 |
| PX57 | PX0257 | Letter From Dr. G. Khan dated 4/22/20 | 5/15/2023 |
| PX69 | NBME000118-119 | Excerpt from General Guidelines for Requesting Test Accommodations | 5/17/2023 |
| PX75 | NBME000414 | NBME Processing Accommodations | 5/15/2023 |
| PX76 | PX0302-303 | Example CBSSA Questions | 5/16/2023 |
| PX84 | PX0329-341 | Impact of USMLE STEP 1 Study | 5/15/2023 |

162260951.3

| Exhibit Number | Document Marking | Document Description | Date Admitted |
|---|---|---|---|
| DX3 | Dkt. 20-1 | Declaration of Dr. Markcus Kitchens in Support of Plaintiff's Motion for Preliminary Injunction | 5/16/2023 |
| DX4 | Dkt. 25 (pp. 40-44) | Declaration of Missie King in Support of Plaintiff's Motion for Preliminary Injunction | 5/16/2023 |
| DX7 | Dkt. 22 (pp. 11-28) | Exhibit 2 to Plaintiff's Motion for Preliminary Injunction - White House Clinics Medical Records | 5/16/2023 |
| DX28 | Kitchens001162-1167 | Baptist Health Medical Record 1/10/23 | 5/17/2023 |
| DX35 | NBMEBAPT0039 - 0118 | Baptist Health Medical Record 2/6/23 | 5/17/2023 |
| DX57 | NBME000016-000029 | CV for Timothy S. Allen, M.D. | 5/18/2023 |
| DX58 | NBME000001 - 000014 | CV for Michael Gordon, Ph.D. | 5/17/2023 |
| DX60 | Dkt. 26-2 (pp. 2-6) | USMLE Website, Test Accommodations | 5/17/2023 |
| DX61 | NBME000351-378 | USMLE Website, General Guidelines to Request Test Accommodations | 5/17/2023 |
| DX62 | Dkt. 26-14 (p. 2) | Certification of Prior Test Accommodations Form | 5/17/2023 |
| DX69 | NBME000236 - 000237 | Jan. 5, 2022 Email from Markcus Kitchens to NBME Disability Services | 5/16/2023 |

162260951.3

| Exhibit Number | Document Marking | Document Description | Date Admitted |
|---|---|---|---|
| DX70 | NBME000238 | Jan. 6, 2022 Email from NBME Disability Services to Markcus Kitchens | 5/17/2023 |
| DX71 | NBME000239 - 000240 | Jan. 8, 2022 Email from Markcus Kitchens to NBME Disability Services | 5/16/2023 |
| DX75 | NBME000258 - 000259 | Aug. 30, 2022 Email from NBME Disability Services to Markcus Kitchens | 5/17/2023 |
| DX76 | NBME000260 - 000261 | Aug. 30, 2022 Email from Markcus Kitchens to NBME Disability Services | 5/17/2023 |
| DX78 | NBME000263 - 000264 | Sept. 2, 2022 Email from NBME Disability Services to Markcus Kitchens | 5/16/2023 |
| DX79 | NBME000265 - 000266 | Sept. 7, 2022 Email from Markcus Kitchens to NBME Disability Services | 5/16/2023 |
| DX81 | NBMEECFMG0051 - 0055 | Nov. 9, 2021 Email from ECFMG to Markcus Kitchens; October 22, 2021 email from Markcus Kitchens to ECFMG | 5/16/2023 |
| DX84 | NBME000268 - 000270 | March 11, 2022 Letter from Amelia Kitchens, Esq. of Regard Law Group to NBME | 5/16/2023 |
| DX87 | NBMEECFMG0090 - 0091 | Sept. 21, 2022 Email from Score Recheck ECFMG to Markcus Kitchens | 5/17/2023 |
| DX89 | NBMEECFMG0092 - 0093 | Oct. 5, 2022 Email from Amelia Kitchens, Esq. and attached letter dated October 3, 2022 | 5/16/2023 |

162260951.3

| Exhibit Number | Document Marking | Document Description | Date Admitted |
|---|---|---|---|
| DX93 | Dkt. 26-29 (pp. 2-5) | Informal Transcript of Dr. Markcus Kitchens September 30, 2022 call to NBME | 5/17/2023 |

Dated:  June 1, 2023

Respectfully submitted,

/s/ *Dr. Markcus Kitchens (with permission)*
625 Hampton Way, #2
Richmond, KY 40475
(423) 314-4096
markzwanz@gmail.com

Pro se Plaintiff

/s/ Caroline M. Mew
Caroline M. Mew - *admitted pro hac vice*
Perkins Coie LLC
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel:  202-654-1767
Fax: 202-654-6211
cmew@perkinscoie.com

Jared D. Bayer
Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel: 215-665-4127
Fax: 215-701-2427

Attorneys for National Board of Medical Examiners

- 7 -

162260951.3

- 8 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, a true and correct copy of the foregoing document and attachments was served by electronic mail on the following:

Dr. Markcus Kitchens Jr.
625 Hampton Way, #2
Richmond, KY 40475
markzwanz@gmail.com

/s/ Caroline M. Mew
Caroline M. Mew

- 8 -

162260951.3