**EXHIBIT JX-1**

# HAMILTON COUNTY SCHOOLS
## PERMANENT CUMULATIVE RECORD
### CHATTANOOGA, TENNESSEE

IMMUNIZATIONS — yellow form
VERIFIED ✓ KB 8-30-01
DATE 08.04.95

LEGAL NAME: Kitchens (Last), Markcus (First), Zwanz (Middle)   SEX: Male   RACE: Black

HOME ADDRESS: [redacted] (Number and Street), Chattanooga (City), Tennessee (State), [redacted] (Zip Code)

BIRTH DATE: [redacted]   PLACE OF BIRTH: [redacted]   BIRTH CERTIFICATE NO.: [redacted]

PERSON WITH WHOM CHILD LIVES: [redacted]   RELATIONSHIP: Mother

INDICATE LEVEL FOR MATH, ENGLISH, READING IF PLACEMENT IS OTHER THAN ON ASSIGNED GRADE LEVEL.
ABOVE GRADE LEVEL: ___
BELOW GRADE LEVEL: ___
INDIV. INSTRUCTION: Sail (Reading)
ACCELER. PROGRAM: ___
NON-COMPETITIVE: ___

SEE ENCLOSED CHECKLISTS FOR GRADES PRE K-K

| SUBJECT | GRADE / YEAR | GRADE 1 / YEAR 98-99 | GRADE 2 / YEAR 99-00 | GRADE 3 / YEAR 00-01 | GRADE 4 / YEAR 01-02 | GRADE 5 / YEAR 02-03 | GRADE 6 / YEAR 03-04 | GRADE 7 / YEAR 04-05 |
|---|---|---|---|---|---|---|---|---|
| Mathematics | | S S S S | 95 86 80 83 | 82 63 67 72 | 53 78 58 71 | 68 85 85 85 | | |
| Reading | | N N U N | 85 78 77 75 | 67 71 43 77 | 67 70 72 70 | 84 85 88 84 | | |
| English | | / / S S | 91 83 75 80 | 70 69 56 68 | 87 84 75 85 | 82 83 85 85 | | |
| Spelling | | / N U S | 93 86 83 90 | 75 73 63 74 | 60 60 74 87 | 89 85 85 91 | | |
| Social Studies | | S S S S | S S S S | N N S N | 82 77 89 83 | 86 89 83 82 | | |
| Science/Health | | S S S S | S S S S | N N S- N | 85 75 63 89 | 80 83 75 82 | | |
| Art | | S S S S | S S S S | S S S S | | S S S S | | |
| Music | | S S S S | S S S S | S S S S | S S S S | S S S S | | |
| Penmanship | | N S S S | S S S S | S S S S | S+ S+ S+ S+ | S S S S | | |
| Physical Education | | S S S S | S S S S | S S S- S | S S S S | S S S S | | |
| Other | | | | | | | | |
| Conduct | | S S S S | S S S S | S N U U | S- N N N | S S S S | | |
| Present (K) 177 | | 38 42 44 50 | 43 45 43 46 | 45 48 43 43 | 40 42 44 43 | 49 40 47 43 | | |
| Absent 3 | | 2 0 3 1 | 2 0 0 0 | 0 0 0 3 | 1 3 1 1 | 0 0 1 0 | | |
| Tardy 0 | | 0 1 0 0 | 0 0 0 0 | 0 0 0 0 | 0 0 0 0 | 0 1 0 0 | | |
| Assigned To Grade | First | 2nd | 3rd | 4th | 5th | 6 | 7 | 8 |
| Teacher's Name | Paschel | J Smith | Morton | LaCraft | O'Brien | Harris | Turner | Cruise |
| School | Rivermont | Rivermont | Rivermont | Rivermont | Rivermont | Shepherd | TMA | TMA |

Kitchens001206