# MIDDLE SCHOOL PERMANENT RECORD — HAMILTON COUNTY DEPARTMENT OF EDUCATION — CHATTANOOGA TN

**Name:** Markcus Iuans Kitchens
**Social Security Number:** [redacted]
**Date of Birth:** [redacted]
**Parent or Guardian Name and Address:** [redacted]

**Name of School & Address:** Tyner Middle Academy
**Date of Withdrawal:** _____  **Reason:** _____
**Transcripts Sent:** _____

---

**Student Name:** Kitchens, Markcus  **Grade:** 06
**Student ID:** [redacted]  **SSN:** [redacted]  **Yr:** 2003/3004

### Year 1

| Title | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | YR AVG |
|---|---|---|---|---|---|
| INS MUS 6 | 94 | 97 | 96 | 100 | 97 |
| LNG ART 6 | 70 | 76 | 70 | 78 | 74 |
| MATH 6 | 85 | 80 | 88 | 80 | 83 |
| SCI 6 | 85 | 89 | 93 | 80 | 87 |
| SO STU 6 | 78 | 70 | 71 | 77 | 74 |
| EXT TIME | | | | | |
| MA EXPLORE | | | S | S | |

*Promoted 7th*

---

**Student Name:** Kitchens, Markcus  **Grade:** 07
**Student ID:** [redacted]  **School Year:** 2004-2005

### Year 2

| Title | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | YR AVG |
|---|---|---|---|---|---|
| LNG ART 7 | 78 | 79 | 78 | 84 | 80 |
| SPAN 7 | 95 | | | | 95 |
| GEOG 7 | 81 | 87 | 86 | 81 | 84 |
| MATH 7 | 79 | 94 | 90 | 86 | 87 |
| SCI 7 | 79 | 83 | 87 | 90 | 85 |
| EXT TIME | | | | | |
| PHYS ED 7 | | 93 | | 93 | |
| MA EXPLORE | | | S | | |
| AIDE | | | | | |
| ACT PER | | | | | |
| COMP TCH 7 | | | | | |

*Promoted 8th*

---

**Student Name:** Kitchens, Markcus  **Grade:** 08
**Student ID:** [redacted]  **SSN:** [redacted]  **Yr:** 2005/2006

| Title | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | YR AVG | |
|---|---|---|---|---|---|---|
| LNG ART 8 | 77 | 80 | 83 | 82 | 81 | |
| PHYS SCIE | 84 | 86 | 83 | 76 | 82 | HS Credit |
| AM HIST 8 | 79 | 82 | 86 | 88 | 84 | |
| ALGEBRA | 73 | 89 | 82 | 72 | 79 | HS Credit |
| ACT PER | | | | | | |
| AIDE | S | | | | 0 | |
| COMP TCH 8 | | 89 | | | 89 | |
| SPANISH 8 | | | 89 | 88 | 89 | HS Credit |
| MA EXPLORE | | | | S | 0 | |

*½ Credit CMS*

*Promoted*

---

### Year 4 or Writing Assessment Scores

**TCAP – WRITING ASSESSMENT** 2/2006
KITCHENS, MARKCUS Z
MITCHELL BRENDA  **SCORE:** 4
SSN: [redacted]  **SEX:** M
GRADE: 08
330 HAMILTON COUNTY SCHOOLS
239 TYNER MIDDLE ACADEMY

EXHIBIT JX-2

(Put TC/  H123A  ms06 59  Kitchens001207