**Student Name:** Kitchens, Markcus Z.
**Social Security No.:** [redacted]
**Grade:** 12
**Gender:** M
**Birth Place:** [redacted]
**Date Of Birth:** [redacted]
**Parent Guardian:** Missie Jackson

**Hamilton County Schools**
Chattanooga, TN 37421

**Enter Date:**
**Graduated:** 05/15/10
**Class Of:** 2010

**School Name/Address:**
Tyner High Academy
6836 Tyner Road
Chattanooga, TN 37421
Tel: 423-855-2635   Fax:

| Crs ID | Course Title | Gr | Ab | Credit |
|---|---|---|---|---|
| Tyner Middle Academy Grd 08  5/2006 | | | | |
| 103021 | SPANISH 1 | 88 | | 1.000 |
| 103102 | ALGEBRA 1 | 83 | | 1.000 |
| 103202 | PHYS SCI | 83 | | 1.000 |
| 105701 | CMS | 84 | | 0.500 |
| Crd Att: 3.500  Cmp: 3.500 | | | Cumulative NGA: 84.571 | |
| | | | Cumulative GPA: 2.286 | |
| Tyner High School Grd 09  12/2006 | | | | |
| 103022 | Spanish 2 | 80 | | 1.000 |
| 103210 | Biol 1 | 82 | | 1.000 |
| 103303 | Wellness | 88 | | 1.000 |
| 103410 | WLD GEOG | 84 | | 1.000 |
| 109350 | ACS | 94 | | 0.500 |
| Crd Att: 4.500  Cmp: 4.500 | | | Cumulative NGA: 84.667 | |
| | | | Cumulative GPA: 2.444 | |
| Tyner High School Grd 09  5/2007 | | | | |
| 103001 | ENG 9 | 85 | | 1.000 |
| 103710 | Keyboarding* | 70 | | 1.000 |
| 105763 | MED CONC | 86 | | 1.000 |
| 109350 | ACS | 100 | | 0.500 |
| 133108 | H GEOM | 95 | | 1.000 |
| Crd Att: 4.500  Cmp: 4.500 | | | Cumulative NGA: 85.778 | |
| | | | Cumulative GPA: 2.889 | |
| Tyner High School Grd 10  12/2007 | | | | |
| 103301 | PE 1 | 94 | | 1.000 |
| 109310 | House/Direct Study | P | | 0.500 |
| 133002 | ENG 10 WS | 81 | | 0.500 |
| 133103 | HR ALG 2 | 85 | | 1.000 |
| 133221 | H CHEM 1 | 83 | | 1.000 |
| 133401 | H WLD HIS WS | 81 | | 0.500 |
| Crd Att: 4.500  Cmp: 4.500 | | | Cumulative NGA: 85.750 | |
| | | | Cumulative GPA: 2.750 | |
| Tyner High School Grd 10  5/2008 | | | | |
| 103224 | CHEM 2 | 75 | | 1.000 |
| 103501 | Art 1 | 88 | | 1.000 |
| 105620 | Leadership Skills | 89 | | 1.000 |
| 109310 | House/Direct Study | P | | 0.500 |
| 133002 | ENG 10 WS | 87 | | 0.500 |
| 133401 | H WLD HIS WS | 90 | | 0.500 |
| Crd Att: 4.500  Cmp: 4.500 | | | Cumulative NGA: 85.125 | |
| | | | Cumulative GPA: 2.750 | |

| Crs ID | Course Title | Gr | Ab | Credit |
|---|---|---|---|---|
| Tyner High School Grd 11  12/2008 | | | | |
| 103217 | AP BIOLOGY | 88 | | 1.000 |
| 105506 | INTRO NU | 90 | | 1.000 |
| 109310 | House/Direct Study | P | | 0.500 |
| 133003 | ENG 11 AS | 86 | | 0.500 |
| 133405 | H US HIST AS | 88 | | 0.500 |
| Crd Att: 3.500  Cmp: 3.500 | | | Cumulative NGA: 88.000 | |
| | | | Cumulative GPA: 3.000 | |
| Tyner High School Grd 11  5/2009 | | | | |
| 103126 | Pre Cal | 92 | | 1.000 |
| 103217 | AP BIOLOGY | 91 | | 1.000 |
| 105504 | HLTH CAR'R | 85 | | 1.000 |
| 109310 | House/Direct Study | P | | 0.500 |
| 133003 | ENG 11 AS | 91 | | 0.500 |
| 133405 | H US HIST AS | 91 | | 0.500 |
| Crd Att: 4.500  Cmp: 4.500 | | | Cumulative NGA: 89.750 | |
| | | | Cumulative GPA: 3.000 | |
| Tyner High School Grd 12  12/2009 | | | | |
| 103013 | ENG 12 COMP AP | 88 | | 1.000 |
| 103407 | Govt | 85 | | 0.500 |
| 103431 | Econ | 87 | | 0.500 |
| 109360 | SEN PROJ | P | | 0.500 |
| 119350 | ACT Prep | 76 | | 1.000 |
| Crd Att: 3.500  Cmp: 3.500 | | | Cumulative NGA: 83.333 | |
| | | | Cumulative GPA: 2.667 | |
| Tyner High School Grd 12  5/2010 | | | | |
| 103014 | ENG 12 LIT AP | 98 | | 1.000 |
| 103197 | Bridge Math | 93 | | 1.000 |
| 105501 | CLIN INTRN | 92 | | 2.000 |
| 109360 | SEN PROJ | P | | 0.500 |
| Crd Att: 4.500  Cmp: 4.500 | | | Cumulative NGA: 93.750 | |
| | | | Cumulative GPA: 3.500 | |

### NGA Summary
Cumulative NGA: 86.797   Class rank is 45 of 135

### GPA Summary
Cumulative GPA: 2.812

### Testing Information

**Test History**

| GATEWAY ALGEBRA | | | Mastery | |
|---|---|---|---|---|
| GTW ALG | SCOR | : 40 | Pass | 05/03/06 |
| GTW ALG | PS | : | Pass | 05/03/06 |

| GATEWAY BIOLOGY | | | Mastery | |
|---|---|---|---|---|
| GTW BIO | SCOR | : 40 | Pass | 12/07/06 |
| GTW BIO | PS | : | Pass | 12/07/06 |

| GATEWAY ENGLISH 10 | | | Mastery | |
|---|---|---|---|---|
| ENG 10 | SCOR | : 44 | Pass | 05/07/08 |
| ENG 10 | PS | : | Pass | 05/07/08 |

| ACT TEST | | | Mastery | |
|---|---|---|---|---|
| COMP | RAW | : 14 | | 12/13/08 |
| ENGLISH | RAW | : 18 | | 12/13/08 |
| MATH | RAW | : 15 | | 12/13/08 |
| READING | RAW | : 13 | | 12/13/08 |
| SCIENCE | RAW | : 10 | | 12/13/08 |

| ACT TEST | | | Mastery | |
|---|---|---|---|---|
| COMP | RAW | : 18 | | 04/04/09 |
| ENGLISH | RAW | : 16 | | 04/04/09 |
| MATH | RAW | : 19 | | 04/04/09 |
| READING | RAW | : 15 | | 04/04/09 |
| SCIENCE | RAW | : 20 | | 04/04/09 |

Grading Scale: S=Satisfactory, N=Needs Improvement, P=Pass, F=Fail       A=93-100, B=85-92, C=75-84, D=70-74, F=0-69 (GPA unweighted on 4.0 scale)

Comments:

RECORDS MANAGER
HAMILTON COUNTY SCHOOLS
1161 W. 40TH STREET
CHATTANOOGA, TN 37409

**EXHIBIT JX-3**

Kitchens001204

**Student Name:** Kitchens, Markcus Z.
**Social Security No.:** [redacted]
**Grade:** 12
**Gender:** M
**Birth Place:** [redacted]
**Date Of Birth:** [redacted]
**Parent Guardian:** Missie Jackson

Hamilton County Schools
Chattanooga, TN 37421
Page 2 of 2

**Enter Date:**
**Graduated:** 05/15/10
**Class Of:** 2010

**School Name/Address**
Tyner High Academy
6836 Tyner Road
Chattanooga, TN 37421
Tel: 423-855-2635   Fax:

| ACT TEST | | | Mastery | |
|---|---|---|---|---|
| COMP | RAW | : 16 | | 02/06/10 |
| ENGLISH | RAW | : 17 | | 02/06/10 |
| MATH | RAW | : 16 | | 02/06/10 |
| READING | RAW | : 14 | | 02/06/10 |
| SCIENCE | RAW | : 16 | | 02/06/10 |

Grading Scale: S=Satisfactory, N=Needs Improvement, P=Pass, F=Fail

A=93-100, B=85-92, C=75-84, D=70-74, F=0-69 (GPA unweighted on 4.0 scale)

THIS DOCUMENT IS A PHOTO COPY
FROM MICROFILM OF THE ORIGINAL
SCHOOL RECORD ON FILE IN THE RECORDS OFFICE
HAMILTON COUNTY SCHOOLS

DATE 3-17-2023
BY [signature]

Transcript is unofficial unless signed by a school official
Principal/Designee Signature _____ Date: 05/25/10

Kitchens001205