EXHIBIT JX-4

```
SSN:                                                              Date of Birth:                         Date Issued: 24-MAR-2023
Record of: Markcus Zwanz Kitchens, Jr.                                                                                      OFFL
    Level: Undergraduate                                                                                         Page:  2

SUBJ NO.          COURSE TITLE              CRED GRD     PTS R   SUBJ NO.          COURSE TITLE              CRED GRD     PTS R

Institution Information continued:                               Institution Information continued:
GSTR 310   Understandings of Christianity   1.00 C-      1.70    Fall 2013
HIS  162   American History Since 1865      1.00 F       0.00 E  CNV  100   Convocation                      0.25 CA      1.00 I
MUA  328P  Piano                            0.50 A       2.00    HIS  162   American History Since 1865      1.00 B       3.00 I
MUS  222   Materials of Music II            0.50 B       1.50    MUS  131   Concert Choir                    0.25 A       1.00 I
MUS  223   Aural Harmony II                 0.50 B+      1.65    MUS  320   Materials of Music III           0.50 C       1.50
    Ehrs: 3.75 GPA-Hrs: 4.00  QPts:        10.85 GPA:    2.71    MUS  321   Aural & Keyboard Harmony III     0.50 B       1.50
                                                                 MUS  337   Conducting                       1.00 B       3.00
Sum 12-1st 4 Wk                                                      Ehrs:  3.25 GPA-Hrs: 3.50  QPts:       10.50 GPA:    3.00
MUS  211   Travel to Ghana: Afr Mus (AFR)   1.00 A-      3.70
    Ehrs: 1.00 GPA-Hrs: 1.00  QPts:         3.70 GPA:    3.70    Spring 2014
                                                                 ARH  230   Topics in Latin American Art     1.00 C       2.00
Fall 2012                                                        CNV  100   Convocation                      0.25 CA      1.00 I
AFR  138   Black Music Ensemble(MUS 135)    0.25 A       1.00 I  MUS  131   Concert Choir                    0.25 A       1.00 I
BIO  113   Experimental Zoology             1.00 D       1.00    MUS  135   Black Music Ensemble (AFR 138)   0.25 A       1.00 I
CHM  131   Accelerated General Chemistry    1.00 C-      1.70    MUS  322   Materials of Music IV            0.50 B       1.50
CNV  100   Convocation                      0.25 CA      1.00 I  MUS  323   Aural & Keyboard Harmony IV      0.50 C+      1.15
MUA  335P  Piano                            0.25 B-      0.67    MUS  400   Senior Seminar:Research          1.00 B       3.00
PHY  217   General Physics I with Algebra   1.00 D       1.00    REL  109   Intro to Christian Thought       1.00 D+      1.30
    Ehrs: 3.50 GPA-Hrs: 3.75  QPts:         6.37 GPA:    1.70        Ehrs:  4.50 GPA-Hrs: 4.75  QPts:       11.95 GPA:    2.51

Spring 2013                                                      Sum 14 8 Wk
AFR  138   Black Music Ensemble(MUS 135)    0.25 A       1.00 I  GSTR 410   Sem-Contemporary Global Issues   1.00 C       2.00
BIO  222   Microbiology                     0.00 WF      0.00        Ehrs:  1.00 GPA-Hrs: 1.00  QPts:        2.00 GPA:    2.00
CFS  207   Family Relations (WGS)           1.00 C+      2.30
CHM  221   Organic Chemistry I              1.00 D       1.00    Sum 14-2nd 4 Wk
CNV  100   Convocation                      0.25 CA      1.00 I  COM  112   Nonviolent Communication (PSJ)   1.00 C+      2.30
MUA  337P  Piano                            0.25 A-      0.92        Ehrs:  1.00 GPA-Hrs: 1.00  QPts:        2.30 GPA:    2.30
    Ehrs: 2.50 GPA-Hrs: 2.75  QPts:         6.22 GPA:    2.26    ************* TRANSCRIPT TOTALS ************
                                                                            Earned Hrs  GPA Hrs  Points      GPA
Sum 8 Wk-13                                                      TOTAL INSTITUTION   32.75   34.75   91.22    2.62
AST  204   Yoga (PED)                       0.25 A+      1.00    TOTAL TRANSFER       1.50    0.00    0.00    0.00
    Ehrs: 0.25 GPA-Hrs: 0.25  QPts:         1.00 GPA:    4.00    OVERALL             34.25   34.75   91.22    2.62
**************** CONTINUED ON NEXT COLUMN ********************   ************** END OF TRANSCRIPT **************
```

NBMEBEREA0001
Judy Ginter, Interim Registrar

```
SSN:                                      Date of Birth:              Date Issued: 24-MAR-2023
                                                                                        OFFL
Record of: Markcus Zwanz Kitchens, Jr.
           *** WARNING ***                                            Page: 1
           --No Address--

Issued To: Re: Case No.  2-22-CV-0331-JFM

Course Level: Undergraduate

Current Program
Bachelor of Arts
    Major : Music
Maj/Concentration : General Curriculum

Degrees Awarded Bachelor of Arts  01-SEP-2014
Primary Degree
     Program : Bachelor of Arts
       Major : Music
Maj/Concentration : General Curriculum

SUBJ NO.           COURSE TITLE              CRED GRD   PTS R

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

Fall 2013       Eastern Kentucky Univ
MUS  330   Music History I                    0.75 T
Ehrs:  0.75 GPA-Hrs:  0.00 QPts:  0.00 GPA: 0.00

Spring 2014     Eastern Kentucky Univ
MUS  331   Music History II                   0.75 T
Ehrs:  0.75 GPA-Hrs:  0.00 QPts:  0.00 GPA: 0.00

INSTITUTION CREDIT:

Fall 2010
AFR  138   Black Music Ensemble(MUS 135)     0.25 A     1.00 I
BIO  110   Modern Biology                    1.00 C+    2.30
CNV  100   Convocation                       0.25 CA    1.00 I
GSTR 110   Writing Sem I:Critical Think      1.00 B     3.00
MAT  012   Elementary Algebra II             1.00 SC    0.00
MUS  103   Class Voice                       0.25 A     1.00
MUS  131   Concert Choir                     0.25 A     1.00
     Ehrs:  2.75 GPA-Hrs: 3.00 QPts: 9.30 GPA: 3.10
************* CONTINUED ON NEXT COLUMN *******************

SUBJ NO.           COURSE TITLE              CRED GRD   PTS R

Institution Information continued:

Spring 2011
CNV  100   Convocation                       0.25 CA    1.00 I
GSTR 210   Writing Sem II:Ident&Diversity    1.00 B     3.00
MAT  115   College Algebra with Modeling     1.00 C     2.00
MUA  105CP Collaborative Piano               0.25 A     1.00
MUA  105V  Voice                             0.25 A-    0.92
MUS  131   Concert Choir                     0.25 A     1.00 I
MUS  135   Black Music Ensemble (AFR 138)    0.25 A     1.00 I
PEH  100   Int to Lifetime Hlt & Wellness    0.50 C+    1.15
SPN  101   Introduction to Spanish I         1.00 D+    1.30
     Ehrs: 4.50 GPA-Hrs: 4.75 QPts: 12.37 GPA: 2.60

Sum I of 2011
MUS  128   The Complete Performer            1.50 A-    5.55
     Ehrs: 1.50 GPA-Hrs: 1.50 QPts: 5.55 GPA: 3.70

Fall 2011
CHM  101   Foundations of Chemistry          1.00 D     1.00
CNV  100   Convocation                       0.25 CA    1.00 I
MUA  105G  Guitar: Classical/Electric        0.25 B     0.75
MUA  325P  Piano                             0.25 A-    0.92
MUS  131   Concert Choir                     0.25 A     1.00 I
MUS  135   Black Music Ensemble (AFR 138)    0.25 A     1.00 I
MUS  220   Materials of Music I              0.50 C+    1.15
MUS  221   Aural Harmony I                   0.50 B-    1.35
PED  227   Movement for the Stage            0.25 A-    0.92
SPN  102   Introduction to Spanish II        1.00 WP    0.00
     Ehrs: 3.25 GPA-Hrs: 3.50 QPts: 9.10 GPA: 2.60

Spring 2012
AFR  138   Black Music Ensemble(MUS 135)     0.25 A     1.00 I
BIO  114   Botany                            1.00 C     2.00
CNV  100   Convocation                       0.25 CA    1.00 I
************* CONTINUED ON PAGE 2 ********************
```

NBMEBEREA0002
Amanda Seyer, Interim Registrar
Judy Ginter, Registrar

# BEREA COLLEGE

Office of the Registrar         CPO 2168         Berea, KY 40404

## TRANSCRIPT GUIDE

GRADES: Since September 1982, completed course grades are recorded as **A, B, C, D, F, S, and U**. As of September 2003, plus and minus will be used in the calculation of GPA's. **CP** indicates satisfactory work, but that the work is continued into another term. **SC** indicates work has been satisfactorily completed. **CA** indicates convocation grade of A. **CF** indicates convocation grade of F. Convocation is calculated in the GPA but no credit is awarded. **I** under Grade denotes incomplete work in a course at the end of a term. **N** is a temporary grade that indicates no grade was submitted for the student in the course. **W** indicates that a course was dropped early in the term. For courses dropped later in the term, **WP** indicates Withdrew Passing, and **WF**, Withdrew Failing. An **E** in the **R** column denotes that grade is excluded from calculation of the Grade Point Average (GPA); an **I** denotes inclusion in the GPA. **EX** indicates advanced standing examination. An A = 4 grade points, A- = 3.7, B+ = 3.3, B = 3, B- = 2.7, C+ = 2.3, C = 2, C- = 1.7, D+ = 1.3, D = 1, D- = .07 grade points in computing the GPA.

CALENDAR: Prior to September 1970, Berea was on the semester system. Beginning September 1970, Berea used a 4-1-4 academic calendar consisting of a four-month Fall Term, a one-month Short Term in January, a four-month Spring Term, and a Summer Term. In August 2010, Berea moved to an academic year composed of two fifteen-week terms (fall and spring) followed by two summer sessions (one four-week term followed by one eight-week term). In September 2011, the summer calendar changed to two successive four-week terms and a concurrent eight-week term. Beginning in May 2019, the summer calendar contains two sessions, one four-week term followed by one seven-week term.

CREDIT: One (1) credit is equivalent to 4 semester hours or 6 quarter hours. A minimum of 32 course credits are required for graduation; 34 in nursing. Students enrolled in three course credits are considered full-time.

TRANSCRIPT: The signature is white. Transcripts are printed on security paper. If photocopied, the legend COPY will appear in the background. The party to which the transcript is issued is indicated in the upper left corner. Berea College cannot guarantee the authenticity of any transcripts not issued <u>directly</u> to the receiving party.

GOOD STANDING: A student is in good standing unless otherwise indicated on the transcript.

ACCREDITATION: Berea College is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools. It is accredited by the National League for Nursing for the preparation of nurses and by the Kentucky Department of Education and National Council for Accreditation of Teacher Education for the preparation of elementary and secondary teachers. The Didactic Program in Dietetics (DPD) is approved by the American Dietetics Association. The bachelor's degree is the highest degree approved.

MEMBERSHIPS: Berea College is an institutional member of the Association of American Colleges, the Appalachian College Association, and the American Association of Colleges of Teacher Education. Women graduates are eligible for membership in the American Association of University Women.

HONORS: Honors graduates are indicated by: *Summa cum laude*, grade point average of 3.9 and above; *Magna cum laude*, 3.75 to 3.899; and *Cum laude*, 3.6 to 3.749.

**TO TEST FOR AUTHENTICITY**: Translucent globe icons *MUST* be visible from both sides when held toward a light source. The face of this transcript is printed on blue SCRIP-SAFE® paper.

**ADDITIONAL TESTS**: The institutional name and the word COPY appear on alternate rows as a latent image. When this paper is touched by fresh liquid bleach, an authentic document will stain brown. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (859) 985-3094. ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE!

191565         SCRIP-SAFE® Security Products, Inc. Cincinnati, OH

NBMEBEREA0003