

# United States Medical Licensing Examination®

# Step 2 CK Score Report

FOR EXAMINEE USE ONLY. THIRD-PARTY USERS OF USMLE® SCORES SHOULD RELY SOLELY ON OFFICIAL TRANSCRIPTS RECEIVED DIRECTLY FROM THE EXAMINEE'S USMLE REGISTRATION ENTITY.

**NAME:** Kitchens, Markcus Zwanz

**USMLE ID:** ▇▇▇▇▇▇▇▇

**TEST DATE:** May 28, 2022

## Your Performance

**Test Result**
FAIL

**Test Score**
169

## Your Performance Compared to Other Examinees

The chart below represents the distribution of scores for examinees from LCME-accredited US/Canadian medical schools taking Step 2 CK for the first time between July 1, 2020 and June 30, 2021. Reported scores range from 1-300 with a mean of 246 and a standard deviation of 15.



If you tested repeatedly under the same conditions on a different set of items covering the same content, without learning or forgetting, your score would fall within one standard error of the estimate (SEE) of your current score two-thirds of the time. The SEE on this exam is 8 points.

*Your score +/- SEE: 161 – 177*

**EXHIBIT JX-12**

Kitchens001065

# United States Medical Licensing Examination®
# Step 2 CK Score Report

FOR EXAMINEE USE ONLY. THIRD-PARTY USERS OF USMLE® SCORES SHOULD RELY SOLELY ON OFFICIAL TRANSCRIPTS RECEIVED DIRECTLY FROM THE EXAMINEE'S USMLE REGISTRATION ENTITY.

**NAME:** Kitchens, Markcus Zwanz
**USMLE ID:** ▮▮▮▮▮▮▮▮▮▮
**TEST DATE:** May 28, 2022

## Your Relative Strengths and Weaknesses

The boxes below indicate areas of relatively lower or higher performance in each content area within the Step 2 CK examination. A box in the "Higher" column indicates that your performance in that area was higher than your overall Step 2 CK performance shown on page 1. A box in the "Same" column indicates that your performance in that area was similar to or the same as your overall Step 2 CK performance. A box in the "Lower" column indicates that your performance in that area was lower than your overall Step 2 CK performance. The percentage range of items from each content area on the Step 2 CK examination is indicated below.

This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, USMLE recommends reviewing all content areas if retaking the test.

### Performance by Physician Task Relative to Your Overall Step 2 CK Performance

|  | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| PC: Diagnosis | (34 - 46%) |  | ■ |  |
| PC: Pharmacotherapy, Interventions & Management | (26 - 38%) |  | ■ |  |
| PC: Health Maint, Prevention & Surveillance | (8 - 12%) |  | ■ |  |
| Ethics/Professionalism | (5 - 7%) |  | ■ |  |
| Systems-Based Practice/Patient Safety | (5 - 7%) |  | ■ |  |

Abbreviation: PC, Patient Care.

Kitchens001066

# United States Medical Licensing Examination®

# Step 2 CK Score Report

FOR EXAMINEE USE ONLY. THIRD-PARTY USERS OF USMLE® SCORES SHOULD RELY SOLELY ON OFFICIAL TRANSCRIPTS RECEIVED DIRECTLY FROM THE EXAMINEE'S USMLE REGISTRATION ENTITY.

**NAME:** Kitchens, Markcus Zwanz
**USMLE ID:** ▮▮▮▮▮▮▮▮▮
**TEST DATE:** May 28, 2022

## Performance by System Relative to Your Overall Step 2 CK Performance

| | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| Cardiovascular System | (8 - 10%) | | ■ | |
| Gastrointestinal System | (7 - 9%) | | ■ | |
| Respiratory System | (7 - 9%) | | ■ | |
| Musculoskeletal Sys/Skin & Subcutaneous Tissue | (6 - 10%) | | ■ | |
| Behavioral Health | (6 - 8%) | | ■ | |
| Nervous System & Special Senses | (6 - 8%) | | ■ | |
| Blood & Lymphoreticular System | (4 - 6%) | | ■ | |
| Endocrine System | (4 - 6%) | | ■ | |
| Female Reproductive & Breast | (4 - 6%) | | ■ | |
| Multisystem Processes & Disorders | (4 - 6%) | | ■ | |
| Pregnancy, Childbirth & the Puerperium | (4 - 6%) | | ■ | |
| Renal & Urinary System & Male Reproductive | (4 - 6%) | | ■ | |
| Immune System | (3 - 5%) | | ■ | |

## Performance by Discipline Relative to Your Overall Step 2 CK Performance

| | (% Items Per Test) | Lower | Same | Higher |
|---|---|---|---|---|
| Medicine | (50 - 60%) | | ■ | |
| Surgery | (25 - 30%) | | ■ | |
| Pediatrics | (20 - 25%) | | ■ | |
| Obstetrics & Gynecology | (10 - 20%) | | ■ | |
| Psychiatry | (10 - 15%) | ■ | | |

# United States Medical Licensing Examination®
# Step 2 CK Score Report

## Supplemental Information: Understanding the Content Areas

The information below is a visual representation of the content weighting on this examination that may be informative in guiding remediation. Descriptions of the topics covered in these content areas, as well as other topics covered on USMLE Step 2 CK, can be found in the information materials on the USMLE website (https://www.usmle.org). Please use the contact form on the USMLE website if you have additional questions (https://www.usmle.org/contact/).

| Physician Task | (% Items Per Test) |
|---|---|
| PC: Diagnosis | (34 - 46%) |
| PC: Pharmacotherapy, Interventions & Management | (26 - 38%) |
| PC: Health Maint, Prevention & Surveillance | (8 - 12%) |
| Ethics/Professionalism | (5 - 7%) |
| Systems-Based Practice/Patient Safety | (5 - 7%) |

Abbreviation: PC, Patient Care.

| System | (% Items Per Test) |
|---|---|
| Cardiovascular System | (8 - 10%) |
| Gastrointestinal System | (7 - 9%) |
| Respiratory System | (7 - 9%) |
| Musculoskeletal Sys/Skin & Subcutaneous Tissue | (6 - 10%) |
| Behavioral Health | (6 - 8%) |
| Nervous System & Special Senses | (6 - 8%) |
| Blood & Lymphoreticular System | (4 - 6%) |
| Endocrine System | (4 - 6%) |
| Female Reproductive & Breast | (4 - 6%) |
| Multisystem Processes & Disorders | (4 - 6%) |
| Pregnancy, Childbirth & the Puerperium | (4 - 6%) |
| Renal & Urinary System & Male Reproductive | (4 - 6%) |
| Immune System | (3 - 5%) |

| Discipline | (% Items Per Test) |
|---|---|
| Medicine | (50 - 60%) |
| Surgery | (25 - 30%) |
| Pediatrics | (20 - 25%) |
| Obstetrics & Gynecology | (10 - 20%) |
| Psychiatry | (10 - 15%) |

Kitchens001068