# Timing Review

**Exam: STEP1**
**Base Scheduling ID: 04479677**
**Candidate ID:** ▮▮▮▮▮▮▮▮
**Name: Kitchens, Markcus Zwanz**
**Site: 0007**

Note: Table does not show restarts or other activities (including survey) after exam day ends.

Exam Date: 2022-05-09
Day: 1
Allotted Day Time: 08:00:00
Allotted Break Time: 00:45:00
End of Session Displayed: At 15:08:48

| Block | Type | Start Time | End Time* | Allotted Time | Unused Block Time | Elapsed Day Time | Available Break Time at End | Elapsed Day Time at End | End Cause |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Tutorial | 07:42:53 | 07:46:33 | 00:15:00 | 00:11:20 | 00:03:39 | 00:45:00 | 00:03:39 | Normal |
| 2 | MCQ Block | 07:46:57 | 08:46:57 | 01:00:00 | 00:00:00 | 01:00:00 | 00:55:50 | 01:04:04 | Normal |
| 3 | MCQ Block | 08:47:08 | 09:47:08 | 01:00:00 | 00:00:00 | 01:00:00 | 00:55:41 | 02:04:14 | Normal |
|   | Break | 09:47:15 | 10:01:22 |   |   | 00:14:07 | 00:41:27 | 02:18:29 |   |
| 4 | MCQ Block | 10:01:25 | 10:58:55 | 01:00:00 | 00:02:30 | 00:57:29 | 00:41:23 | 03:16:02 | Normal |
| 5 | MCQ Block | 10:59:27 | 11:55:14 | 01:00:00 | 00:04:13 | 00:55:46 | 00:43:17 | 04:12:20 | Normal |
|   | Break | 11:55:19 | 12:15:57 |   |   | 00:20:37 | 00:26:43 | 04:33:04 |   |
| 6 | MCQ Block | 12:16:00 | 13:15:28 | 01:00:00 | 00:00:32 | 00:59:27 | 00:26:40 | 05:32:35 | Normal |
| 7 | MCQ Block | 13:16:01 | 14:09:17 | 01:00:00 | 00:06:44 | 00:53:15 | 00:26:35 | 06:26:23 | Normal |
| 8 | MCQ Block | 14:09:51 | 15:07:04 | 01:00:00 | 00:02:47 | 00:57:13 | 00:32:41 | 07:24:11 | Normal |

*Note: End Time for restarts is the point at which the exam is restarted, before the CIN is entered. FREDv1 defined end time as the point at which the CIN was successfully entered.

**EXHIBIT JX-15**

NBME000294