| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 25-Feb-22 | 2 | 1 | 1.00 | C | 98.100 |
| STEP1 | 25-Feb-22 | 2 | 2 | 0.00 | D | 42.800 |
| STEP1 | 25-Feb-22 | 2 | 3 | 0.00 | D | 220.300 |
| STEP1 | 25-Feb-22 | 2 | 4 | 0.00 | A | 26.000 |
| STEP1 | 25-Feb-22 | 2 | 5 | 0.00 | B | 136.300 |
| STEP1 | 25-Feb-22 | 2 | 6 | 0.00 | E | 38.300 |
| STEP1 | 25-Feb-22 | 2 | 7 | 1.00 | F | 131.700 |
| STEP1 | 25-Feb-22 | 2 | 8 | 1.00 | C | 75.100 |
| STEP1 | 25-Feb-22 | 2 | 9 | 1.00 | D | 25.600 |
| STEP1 | 25-Feb-22 | 2 | 10 | 0.00 | B | 193.500 |
| STEP1 | 25-Feb-22 | 2 | 11 | 1.00 | A | 10.600 |
| STEP1 | 25-Feb-22 | 2 | 12 | 0.00 | C | 110.900 |
| STEP1 | 25-Feb-22 | 2 | 13 | 1.00 | D | 19.100 |
| STEP1 | 25-Feb-22 | 2 | 14 | 0.00 | C | 20.100 |
| STEP1 | 25-Feb-22 | 2 | 15 | 0.00 | A | 114.800 |
| STEP1 | 25-Feb-22 | 2 | 16 | 0.00 | E | 29.200 |
| STEP1 | 25-Feb-22 | 2 | 17 | 0.00 | B | 42.200 |
| STEP1 | 25-Feb-22 | 2 | 18 | 0.00 | E | 98.000 |
| STEP1 | 25-Feb-22 | 2 | 19 | 0.00 | D | 100.200 |
| STEP1 | 25-Feb-22 | 2 | 20 | 0.00 | A | 40.700 |
| STEP1 | 25-Feb-22 | 2 | 21 | 1.00 | C | 70.600 |
| STEP1 | 25-Feb-22 | 2 | 22 | 1.00 | B | 81.100 |
| STEP1 | 25-Feb-22 | 2 | 23 | 0.00 | E | 58.400 |
| STEP1 | 25-Feb-22 | 2 | 24 | 1.00 | B | 60.500 |
| STEP1 | 25-Feb-22 | 2 | 25 | 0.00 | D | 44.300 |
| STEP1 | 25-Feb-22 | 2 | 26 | 1.00 | C | 67.800 |
| STEP1 | 25-Feb-22 | 2 | 27 | 1.00 | B | 186.400 |
| STEP1 | 25-Feb-22 | 2 | 28 | 0.00 | D | 89.400 |
| STEP1 | 25-Feb-22 | 2 | 29 | 0.00 | C | 254.600 |
| STEP1 | 25-Feb-22 | 2 | 30 | 0.00 | C | 66.000 |
| STEP1 | 25-Feb-22 | 2 | 31 | 1.00 | C | 102.000 |
| STEP1 | 25-Feb-22 | 2 | 32 | 1.00 | C | 117.500 |
| STEP1 | 25-Feb-22 | 2 | 33 | 0.00 | C | 68.800 |
| STEP1 | 25-Feb-22 | 2 | 34 | 0.00 | A | 161.500 |
| STEP1 | 25-Feb-22 | 2 | 35 | 0.00 | A | 63.500 |
| STEP1 | 25-Feb-22 | 2 | 36 | 0.00 | B | 74.200 |
| STEP1 | 25-Feb-22 | 2 | 37 | 1.00 | D | 52.100 |
| STEP1 | 25-Feb-22 | 2 | 38 | 1.00 | E | 43.200 |
| STEP1 | 25-Feb-22 | 2 | 39 | 1.00 | C | 88.900 |
| STEP1 | 25-Feb-22 | 2 | 40 | 0.00 | D | 237.200 |
| STEP1 | 25-Feb-22 | 3 | 1 | 0.00 | C | 231.900 |
| STEP1 | 25-Feb-22 | 3 | 2 | 0.00 | A | 110.300 |
| STEP1 | 25-Feb-22 | 3 | 3 | 1.00 | C | 50.800 |
| STEP1 | 25-Feb-22 | 3 | 4 | 1.00 | B | 179.500 |
| STEP1 | 25-Feb-22 | 3 | 5 | 1.00 | E | 126.700 |
| STEP1 | 25-Feb-22 | 3 | 6 | 1.00 | D | 50.300 |

**EXHIBIT JX-19**

NBME000379

| EXAM  | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|-------|-----------|------------------------:|--------------:|------:|------|------:|
| STEP1 | 25-Feb-22 | 3  | 7  | 0.00 | B | 15.100 |
| STEP1 | 25-Feb-22 | 3  | 8  | 1.00 | C | 17.100 |
| STEP1 | 25-Feb-22 | 3  | 9  | 0.00 | E | 210.900 |
| STEP1 | 25-Feb-22 | 3  | 10 | 0.00 | A | 11.500 |
| STEP1 | 25-Feb-22 | 3  | 11 | 0.00 | E | 39.400 |
| STEP1 | 25-Feb-22 | 3  | 12 | 0.00 | B | 61.000 |
| STEP1 | 25-Feb-22 | 3  | 13 | 1.00 | E | 149.600 |
| STEP1 | 25-Feb-22 | 3  | 14 | 0.00 | E | 160.200 |
| STEP1 | 25-Feb-22 | 3  | 15 | 1.00 | A | 81.000 |
| STEP1 | 25-Feb-22 | 3  | 16 | 0.00 | C | 71.800 |
| STEP1 | 25-Feb-22 | 3  | 17 | 1.00 | C | 14.600 |
| STEP1 | 25-Feb-22 | 3  | 18 | 0.00 | D | 158.300 |
| STEP1 | 25-Feb-22 | 3  | 19 | 0.00 | C | 185.000 |
| STEP1 | 25-Feb-22 | 3  | 20 | 0.00 | C | 26.600 |
| STEP1 | 25-Feb-22 | 3  | 21 | 1.00 | E | 119.400 |
| STEP1 | 25-Feb-22 | 3  | 22 | 1.00 | C | 19.100 |
| STEP1 | 25-Feb-22 | 3  | 23 | 0.00 | A | 245.900 |
| STEP1 | 25-Feb-22 | 3  | 24 | 0.00 | C | 49.400 |
| STEP1 | 25-Feb-22 | 3  | 25 | 0.00 | C | 48.700 |
| STEP1 | 25-Feb-22 | 3  | 26 | 0.00 | B | 147.100 |
| STEP1 | 25-Feb-22 | 3  | 27 | 1.00 | B | 93.000 |
| STEP1 | 25-Feb-22 | 3  | 28 | 0.00 | B | 61.000 |
| STEP1 | 25-Feb-22 | 3  | 29 | 0.00 | D | 64.500 |
| STEP1 | 25-Feb-22 | 3  | 30 | 1.00 | B | 155.700 |
| STEP1 | 25-Feb-22 | 3  | 31 | 1.00 | A | 28.100 |
| STEP1 | 25-Feb-22 | 3  | 32 | 1.00 | E | 62.400 |
| STEP1 | 25-Feb-22 | 3  | 33 | 0.00 | E | 33.800 |
| STEP1 | 25-Feb-22 | 3  | 34 | 0.00 | C | 48.800 |
| STEP1 | 25-Feb-22 | 3  | 35 | 0.00 | E | 46.500 |
| STEP1 | 25-Feb-22 | 3  | 36 | 0.00 | C | 118.200 |
| STEP1 | 25-Feb-22 | 3  | 37 | 1.00 | F | 100.000 |
| STEP1 | 25-Feb-22 | 3  | 38 | 1.00 | E | 47.800 |
| STEP1 | 25-Feb-22 | 3  | 39 | 0.00 | D | 50.300 |
| STEP1 | 25-Feb-22 | 3  | 40 | 0.00 | C | 95.900 |
| STEP1 | 25-Feb-22 | 4  | 1  | 1.00 | D | 29.200 |
| STEP1 | 25-Feb-22 | 4  | 2  | 1.00 | F | 37.300 |
| STEP1 | 25-Feb-22 | 4  | 3  | 0.00 | D | 84.400 |
| STEP1 | 25-Feb-22 | 4  | 4  | 0.00 | E | 42.300 |
| STEP1 | 25-Feb-22 | 4  | 5  | 1.00 | B | 109.000 |
| STEP1 | 25-Feb-22 | 4  | 6  | 1.00 | F | 77.900 |
| STEP1 | 25-Feb-22 | 4  | 7  | 0.00 | E | 82.800 |
| STEP1 | 25-Feb-22 | 4  | 8  | 0.00 | A | 83.000 |
| STEP1 | 25-Feb-22 | 4  | 9  | 1.00 | D | 53.500 |
| STEP1 | 25-Feb-22 | 4  | 10 | 0.00 | B | 39.800 |
| STEP1 | 25-Feb-22 | 4  | 11 | 0.00 | A | 155.300 |
| STEP1 | 25-Feb-22 | 4  | 12 | 1.00 | E | 24.700 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 25-Feb-22 | 4 | 13 | 1.00 | E | 143.900 |
| STEP1 | 25-Feb-22 | 4 | 14 | 1.00 | C | 100.800 |
| STEP1 | 25-Feb-22 | 4 | 15 | 0.00 | D | 130.300 |
| STEP1 | 25-Feb-22 | 4 | 16 | 0.00 | A | 66.000 |
| STEP1 | 25-Feb-22 | 4 | 17 | 0.00 | B | 88.600 |
| STEP1 | 25-Feb-22 | 4 | 18 | 1.00 | B | 132.800 |
| STEP1 | 25-Feb-22 | 4 | 19 | 0.00 | D | 86.500 |
| STEP1 | 25-Feb-22 | 4 | 20 | 1.00 | D | 89.600 |
| STEP1 | 25-Feb-22 | 4 | 21 | 1.00 | B | 160.200 |
| STEP1 | 25-Feb-22 | 4 | 22 | 0.00 | E | 162.900 |
| STEP1 | 25-Feb-22 | 4 | 23 | 1.00 | C | 81.400 |
| STEP1 | 25-Feb-22 | 4 | 24 | 1.00 | E | 37.100 |
| STEP1 | 25-Feb-22 | 4 | 25 | 0.00 | D | 67.500 |
| STEP1 | 25-Feb-22 | 4 | 26 | 0.00 | C | 143.600 |
| STEP1 | 25-Feb-22 | 4 | 27 | 0.00 | D | 79.400 |
| STEP1 | 25-Feb-22 | 4 | 28 | 0.00 | A | 64.400 |
| STEP1 | 25-Feb-22 | 4 | 29 | 1.00 | A | 58.900 |
| STEP1 | 25-Feb-22 | 4 | 30 | 0.00 | D | 199.400 |
| STEP1 | 25-Feb-22 | 4 | 31 | 0.00 | C | 85.700 |
| STEP1 | 25-Feb-22 | 4 | 32 | 0.00 | B | 80.900 |
| STEP1 | 25-Feb-22 | 4 | 33 | 1.00 | E | 81.200 |
| STEP1 | 25-Feb-22 | 4 | 34 | 1.00 | E | 165.900 |
| STEP1 | 25-Feb-22 | 4 | 35 | 1.00 | C | 63.200 |
| STEP1 | 25-Feb-22 | 4 | 36 | 0.00 | F | 146.100 |
| STEP1 | 25-Feb-22 | 4 | 37 | 1.00 | E | 24.200 |
| STEP1 | 25-Feb-22 | 4 | 38 | 0.00 | B | 106.900 |
| STEP1 | 25-Feb-22 | 4 | 39 | 0.00 | C | 54.700 |
| STEP1 | 25-Feb-22 | 4 | 40 | 1.00 | A | 65.500 |
| STEP1 | 25-Feb-22 | 5 | 1 | 1.00 | E | 153.500 |
| STEP1 | 25-Feb-22 | 5 | 2 | 0.00 | B | 141.100 |
| STEP1 | 25-Feb-22 | 5 | 3 | 1.00 | D | 17.000 |
| STEP1 | 25-Feb-22 | 5 | 4 | 1.00 | D | 10.500 |
| STEP1 | 25-Feb-22 | 5 | 5 | 1.00 | A | 44.300 |
| STEP1 | 25-Feb-22 | 5 | 6 | 0.00 | E | 43.800 |
| STEP1 | 25-Feb-22 | 5 | 7 | 1.00 | B | 77.400 |
| STEP1 | 25-Feb-22 | 5 | 8 | 1.00 | F | 72.400 |
| STEP1 | 25-Feb-22 | 5 | 9 | 1.00 | A | 107.800 |
| STEP1 | 25-Feb-22 | 5 | 10 | 1.00 | C | 31.100 |
| STEP1 | 25-Feb-22 | 5 | 11 | 0.00 | C | 71.500 |
| STEP1 | 25-Feb-22 | 5 | 12 | 0.00 | A | 37.100 |
| STEP1 | 25-Feb-22 | 5 | 13 | 1.00 | E | 21.600 |
| STEP1 | 25-Feb-22 | 5 | 14 | 0.00 | D | 49.200 |
| STEP1 | 25-Feb-22 | 5 | 15 | 1.00 | A | 37.200 |
| STEP1 | 25-Feb-22 | 5 | 16 | 1.00 | B | 100.800 |
| STEP1 | 25-Feb-22 | 5 | 17 | 0.00 | A | 247.900 |
| STEP1 | 25-Feb-22 | 5 | 18 | 1.00 | B | 170.500 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 25-Feb-22 | 5 | 19 | 1.00 | B | 44.800 |
| STEP1 | 25-Feb-22 | 5 | 20 | 0.00 | B | 76.600 |
| STEP1 | 25-Feb-22 | 5 | 21 | 1.00 | B | 91.500 |
| STEP1 | 25-Feb-22 | 5 | 22 | 1.00 | E | 70.400 |
| STEP1 | 25-Feb-22 | 5 | 23 | 1.00 | E | 21.100 |
| STEP1 | 25-Feb-22 | 5 | 24 | 1.00 | A | 40.800 |
| STEP1 | 25-Feb-22 | 5 | 25 | 0.00 | D | 55.400 |
| STEP1 | 25-Feb-22 | 5 | 26 | 0.00 | E | 54.400 |
| STEP1 | 25-Feb-22 | 5 | 27 | 1.00 | A | 36.800 |
| STEP1 | 25-Feb-22 | 5 | 28 | 0.00 | C | 41.300 |
| STEP1 | 25-Feb-22 | 5 | 29 | 0.00 | B | 139.400 |
| STEP1 | 25-Feb-22 | 5 | 30 | 0.00 | C | 186.200 |
| STEP1 | 25-Feb-22 | 5 | 31 | 0.00 | E | 96.800 |
| STEP1 | 25-Feb-22 | 5 | 32 | 0.00 | G | 60.800 |
| STEP1 | 25-Feb-22 | 5 | 33 | 0.00 | A | 21.100 |
| STEP1 | 25-Feb-22 | 5 | 34 | 0.00 | A | 121.300 |
| STEP1 | 25-Feb-22 | 5 | 35 | 1.00 | B | 180.200 |
| STEP1 | 25-Feb-22 | 5 | 36 | 1.00 | C | 161.100 |
| STEP1 | 25-Feb-22 | 5 | 37 | 1.00 | G | 35.200 |
| STEP1 | 25-Feb-22 | 5 | 38 | 0.00 | B | 294.500 |
| STEP1 | 25-Feb-22 | 5 | 39 | 0.00 | B | 33.800 |
| STEP1 | 25-Feb-22 | 5 | 40 | 0.00 | D | 30.100 |
| STEP1 | 25-Feb-22 | 6 | 1 | 1.00 | E | 133.300 |
| STEP1 | 25-Feb-22 | 6 | 2 | 1.00 | D | 12.500 |
| STEP1 | 25-Feb-22 | 6 | 3 | 1.00 | A | 34.200 |
| STEP1 | 25-Feb-22 | 6 | 4 | 1.00 | E | 40.700 |
| STEP1 | 25-Feb-22 | 6 | 5 | 0.00 | C | 89.300 |
| STEP1 | 25-Feb-22 | 6 | 6 | 1.00 | D | 70.400 |
| STEP1 | 25-Feb-22 | 6 | 7 | 0.00 | E | 37.200 |
| STEP1 | 25-Feb-22 | 6 | 8 | 0.00 | C | 163.900 |
| STEP1 | 25-Feb-22 | 6 | 9 | 0.00 | B | 67.400 |
| STEP1 | 25-Feb-22 | 6 | 10 | 1.00 | A | 299.500 |
| STEP1 | 25-Feb-22 | 6 | 11 | 1.00 | C | 70.300 |
| STEP1 | 25-Feb-22 | 6 | 12 | 0.00 | D | 96.000 |
| STEP1 | 25-Feb-22 | 6 | 13 | 0.00 | B | 78.700 |
| STEP1 | 25-Feb-22 | 6 | 14 | 0.00 | C | 226.000 |
| STEP1 | 25-Feb-22 | 6 | 15 | 1.00 | D | 82.600 |
| STEP1 | 25-Feb-22 | 6 | 16 | 0.00 | A | 61.400 |
| STEP1 | 25-Feb-22 | 6 | 17 | 1.00 | D | 99.700 |
| STEP1 | 25-Feb-22 | 6 | 18 | 0.00 | A | 74.700 |
| STEP1 | 25-Feb-22 | 6 | 19 | 0.00 | B | 164.000 |
| STEP1 | 25-Feb-22 | 6 | 20 | 0.00 | D | 51.800 |
| STEP1 | 25-Feb-22 | 6 | 21 | 0.00 | A | 64.000 |
| STEP1 | 25-Feb-22 | 6 | 22 | 0.00 | D | 175.200 |
| STEP1 | 25-Feb-22 | 6 | 23 | 1.00 | E | 65.200 |
| STEP1 | 25-Feb-22 | 6 | 24 | 1.00 | E | 47.800 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 25-Feb-22 | 6 | 25 | 1.00 | D | 38.700 |
| STEP1 | 25-Feb-22 | 6 | 26 | 0.00 | A | 100.100 |
| STEP1 | 25-Feb-22 | 6 | 27 | 0.00 | D | 100.400 |
| STEP1 | 25-Feb-22 | 6 | 28 | 0.00 | A | 67.600 |
| STEP1 | 25-Feb-22 | 6 | 29 | 1.00 | C | 158.000 |
| STEP1 | 25-Feb-22 | 6 | 30 | 1.00 | A | 101.500 |
| STEP1 | 25-Feb-22 | 6 | 31 | 1.00 | F | 118.200 |
| STEP1 | 25-Feb-22 | 6 | 32 | 1.00 | C | 87.900 |
| STEP1 | 25-Feb-22 | 6 | 33 | 1.00 | D | 76.900 |
| STEP1 | 25-Feb-22 | 6 | 34 | 0.00 | E | 45.800 |
| STEP1 | 25-Feb-22 | 6 | 35 | 1.00 | B | 16.500 |
| STEP1 | 25-Feb-22 | 6 | 36 | 1.00 | D | 124.700 |
| STEP1 | 25-Feb-22 | 6 | 37 | 0.00 | D | 53.700 |
| STEP1 | 25-Feb-22 | 6 | 38 | 0.00 | F | 123.500 |
| STEP1 | 25-Feb-22 | 6 | 39 | 1.00 | E | 12.100 |
| STEP1 | 25-Feb-22 | 6 | 40 | 0.00 | D | 56.300 |
| STEP1 | 25-Feb-22 | 7 | 1 | 0.00 | B | 137.700 |
| STEP1 | 25-Feb-22 | 7 | 2 | 0.00 | D | 212.100 |
| STEP1 | 25-Feb-22 | 7 | 3 | 0.00 | C | 67.400 |
| STEP1 | 25-Feb-22 | 7 | 4 | 1.00 | A | 109.100 |
| STEP1 | 25-Feb-22 | 7 | 5 | 1.00 | C | 119.700 |
| STEP1 | 25-Feb-22 | 7 | 6 | 0.00 | B | 47.300 |
| STEP1 | 25-Feb-22 | 7 | 7 | 0.00 | A | 143.000 |
| STEP1 | 25-Feb-22 | 7 | 8 | 1.00 | A | 98.300 |
| STEP1 | 25-Feb-22 | 7 | 9 | 0.00 | E | 104.800 |
| STEP1 | 25-Feb-22 | 7 | 10 | 0.00 | A | 230.000 |
| STEP1 | 25-Feb-22 | 7 | 11 | 1.00 | A | 33.300 |
| STEP1 | 25-Feb-22 | 7 | 12 | 1.00 | B | 103.000 |
| STEP1 | 25-Feb-22 | 7 | 13 | 0.00 | B | 58.400 |
| STEP1 | 25-Feb-22 | 7 | 14 | 0.00 | A | 59.400 |
| STEP1 | 25-Feb-22 | 7 | 15 | 0.00 | C | 122.000 |
| STEP1 | 25-Feb-22 | 7 | 16 | 0.00 | C | 78.600 |
| STEP1 | 25-Feb-22 | 7 | 17 | 1.00 | A | 79.100 |
| STEP1 | 25-Feb-22 | 7 | 18 | 0.00 | D | 146.200 |
| STEP1 | 25-Feb-22 | 7 | 19 | 0.00 | D | 96.300 |
| STEP1 | 25-Feb-22 | 7 | 20 | 0.00 | B | 91.200 |
| STEP1 | 25-Feb-22 | 7 | 21 | 0.00 | A | 12.000 |
| STEP1 | 25-Feb-22 | 7 | 22 | 0.00 | A | 50.800 |
| STEP1 | 25-Feb-22 | 7 | 23 | 1.00 | E | 57.200 |
| STEP1 | 25-Feb-22 | 7 | 24 | 0.00 | C | 58.900 |
| STEP1 | 25-Feb-22 | 7 | 25 | 0.00 | B | 161.500 |
| STEP1 | 25-Feb-22 | 7 | 26 | 0.00 | C | 24.200 |
| STEP1 | 25-Feb-22 | 7 | 27 | 1.00 | A | 58.800 |
| STEP1 | 25-Feb-22 | 7 | 28 | 1.00 | E | 83.600 |
| STEP1 | 25-Feb-22 | 7 | 29 | 0.00 | B | 127.500 |
| STEP1 | 25-Feb-22 | 7 | 30 | 0.00 | D | 99.600 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 25-Feb-22 | 7 | 31 | 0.00 | C | 64.300 |
| STEP1 | 25-Feb-22 | 7 | 32 | 0.00 | B | 46.700 |
| STEP1 | 25-Feb-22 | 7 | 33 | 0.00 | E | 189.100 |
| STEP1 | 25-Feb-22 | 7 | 34 | 1.00 | B | 34.600 |
| STEP1 | 25-Feb-22 | 7 | 35 | 1.00 | D | 80.400 |
| STEP1 | 25-Feb-22 | 7 | 36 | 1.00 | A | 91.600 |
| STEP1 | 25-Feb-22 | 7 | 37 | 1.00 | E | 73.200 |
| STEP1 | 25-Feb-22 | 7 | 38 | 0.00 | E | 7.500 |
| STEP1 | 25-Feb-22 | 7 | 39 | 1.00 | B | 39.200 |
| STEP1 | 25-Feb-22 | 7 | 40 | 0.00 | B | 91.500 |
| STEP1 | 25-Feb-22 | 8 | 1 | 0.00 | A | 46.300 |
| STEP1 | 25-Feb-22 | 8 | 2 | 1.00 | E | 89.600 |
| STEP1 | 25-Feb-22 | 8 | 3 | 1.00 | C | 88.700 |
| STEP1 | 25-Feb-22 | 8 | 4 | 0.00 | A | 50.800 |
| STEP1 | 25-Feb-22 | 8 | 5 | 1.00 | C | 142.600 |
| STEP1 | 25-Feb-22 | 8 | 6 | 1.00 | B | 140.600 |
| STEP1 | 25-Feb-22 | 8 | 7 | 1.00 | B | 11.000 |
| STEP1 | 25-Feb-22 | 8 | 8 | 0.00 | A | 152.700 |
| STEP1 | 25-Feb-22 | 8 | 9 | 0.00 | A | 25.100 |
| STEP1 | 25-Feb-22 | 8 | 10 | 1.00 | C | 76.100 |
| STEP1 | 25-Feb-22 | 8 | 11 | 1.00 | B | 38.400 |
| STEP1 | 25-Feb-22 | 8 | 12 | 1.00 | A | 176.600 |
| STEP1 | 25-Feb-22 | 8 | 13 | 0.00 | A | 54.300 |
| STEP1 | 25-Feb-22 | 8 | 14 | 1.00 | D | 43.700 |
| STEP1 | 25-Feb-22 | 8 | 15 | 0.00 | B | 160.400 |
| STEP1 | 25-Feb-22 | 8 | 16 | 1.00 | B | 58.300 |
| STEP1 | 25-Feb-22 | 8 | 17 | 0.00 | A | 25.100 |
| STEP1 | 25-Feb-22 | 8 | 18 | 1.00 | B | 109.100 |
| STEP1 | 25-Feb-22 | 8 | 19 | 0.00 | E | 15.000 |
| STEP1 | 25-Feb-22 | 8 | 20 | 0.00 | C | 33.200 |
| STEP1 | 25-Feb-22 | 8 | 21 | 0.00 | B | 57.300 |
| STEP1 | 25-Feb-22 | 8 | 22 | 0.00 | D | 182.900 |
| STEP1 | 25-Feb-22 | 8 | 23 | 0.00 | D | 36.200 |
| STEP1 | 25-Feb-22 | 8 | 24 | 1.00 | E | 198.700 |
| STEP1 | 25-Feb-22 | 8 | 25 | 0.00 | A | 17.100 |
| STEP1 | 25-Feb-22 | 8 | 26 | 0.00 | B | 40.700 |
| STEP1 | 25-Feb-22 | 8 | 27 | 0.00 | B | 75.600 |
| STEP1 | 25-Feb-22 | 8 | 28 | 0.00 | B | 139.200 |
| STEP1 | 25-Feb-22 | 8 | 29 | 0.00 | A | 73.400 |
| STEP1 | 25-Feb-22 | 8 | 30 | 0.00 | E | 184.800 |
| STEP1 | 25-Feb-22 | 8 | 31 | 1.00 | D | 21.600 |
| STEP1 | 25-Feb-22 | 8 | 32 | 0.00 | A | 15.500 |
| STEP1 | 25-Feb-22 | 8 | 33 | 1.00 | D | 97.100 |
| STEP1 | 25-Feb-22 | 8 | 34 | 1.00 | B | 120.600 |
| STEP1 | 25-Feb-22 | 8 | 35 | 0.00 | D | 169.000 |
| STEP1 | 25-Feb-22 | 8 | 36 | 0.00 | D | 127.900 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 25-Feb-22 | 8 | 37 | 0.00 | C | 58.400 |
| STEP1 | 25-Feb-22 | 8 | 38 | 0.00 | D | 189.700 |
| STEP1 | 25-Feb-22 | 8 | 39 | 1.00 | E | 46.300 |
| STEP1 | 25-Feb-22 | 8 | 40 | 0.00 | E | 170.100 |

NBME000385