| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|------|-----------|-------------------------|---------------|-------|------|-------|
| STEP1 | 9-May-22 | 2 | 1 | 0.00 | D | 75.300 |
| STEP1 | 9-May-22 | 2 | 2 | 1.00 | B | 48.300 |
| STEP1 | 9-May-22 | 2 | 3 | 0.00 | C | 62.200 |
| STEP1 | 9-May-22 | 2 | 4 | 1.00 | D | 154.100 |
| STEP1 | 9-May-22 | 2 | 5 | 1.00 | F | 176.800 |
| STEP1 | 9-May-22 | 2 | 6 | 0.00 | B | 161.000 |
| STEP1 | 9-May-22 | 2 | 7 | 0.00 | E | 110.500 |
| STEP1 | 9-May-22 | 2 | 8 | 0.00 | E | 110.200 |
| STEP1 | 9-May-22 | 2 | 9 | 1.00 | E | 47.100 |
| STEP1 | 9-May-22 | 2 | 10 | 1.00 | D | 64.200 |
| STEP1 | 9-May-22 | 2 | 11 | 1.00 | C | 89.000 |
| STEP1 | 9-May-22 | 2 | 12 | 0.00 | C | 147.700 |
| STEP1 | 9-May-22 | 2 | 13 | 0.00 | A | 35.600 |
| STEP1 | 9-May-22 | 2 | 14 | 0.00 | D | 59.200 |
| STEP1 | 9-May-22 | 2 | 15 | 0.00 | D | 147.900 |
| STEP1 | 9-May-22 | 2 | 16 | 1.00 | B | 47.600 |
| STEP1 | 9-May-22 | 2 | 17 | 1.00 | D | 87.300 |
| STEP1 | 9-May-22 | 2 | 18 | 1.00 | C | 55.800 |
| STEP1 | 9-May-22 | 2 | 19 | 0.00 | D | 88.900 |
| STEP1 | 9-May-22 | 2 | 20 | 1.00 | A | 85.900 |
| STEP1 | 9-May-22 | 2 | 21 | 0.00 | E | 129.400 |
| STEP1 | 9-May-22 | 2 | 22 | 0.00 | E | 77.300 |
| STEP1 | 9-May-22 | 2 | 23 | 1.00 | E | 79.200 |
| STEP1 | 9-May-22 | 2 | 24 | 0.00 | D | 65.800 |
| STEP1 | 9-May-22 | 2 | 25 | 1.00 | E | 144.600 |
| STEP1 | 9-May-22 | 2 | 26 | 0.00 | E | 143.300 |
| STEP1 | 9-May-22 | 2 | 27 | 1.00 | A | 52.700 |
| STEP1 | 9-May-22 | 2 | 28 | 0.00 | B | 108.300 |
| STEP1 | 9-May-22 | 2 | 29 | 0.00 | C | 139.600 |
| STEP1 | 9-May-22 | 2 | 30 | 1.00 | A | 94.400 |
| STEP1 | 9-May-22 | 2 | 31 | 0.00 | A | 120.900 |
| STEP1 | 9-May-22 | 2 | 32 | 0.00 | D | 48.100 |
| STEP1 | 9-May-22 | 2 | 33 | 0.00 | E | 24.100 |
| STEP1 | 9-May-22 | 2 | 34 | 0.00 | B | 32.100 |
| STEP1 | 9-May-22 | 2 | 35 | 0.00 | A | 48.600 |
| STEP1 | 9-May-22 | 2 | 36 | 1.00 | C | 77.300 |
| STEP1 | 9-May-22 | 2 | 37 | 0.00 | F | 51.700 |
| STEP1 | 9-May-22 | 2 | 38 | 0.00 | B | 62.200 |
| STEP1 | 9-May-22 | 2 | 39 | 1.00 | D | 83.800 |
| STEP1 | 9-May-22 | 2 | 40 | 1.00 | E | 153.700 |
| STEP1 | 9-May-22 | 3 | 1 | 1.00 | B | 34.100 |
| STEP1 | 9-May-22 | 3 | 2 | 0.00 | A | 69.800 |
| STEP1 | 9-May-22 | 3 | 3 | 1.00 | E | 68.200 |
| STEP1 | 9-May-22 | 3 | 4 | 1.00 | E | 124.200 |
| STEP1 | 9-May-22 | 3 | 5 | 0.00 | A | 124.500 |
| STEP1 | 9-May-22 | 3 | 6 | 1.00 | A | 86.300 |

**EXHIBIT**
**JX-20**

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|------|-----------|-------------------------|---------------|-------|------|-------|
| STEP1 | 9-May-22 | 3 | 7 | 0.00 | D | 164.700 |
| STEP1 | 9-May-22 | 3 | 8 | 1.00 | B | 81.400 |
| STEP1 | 9-May-22 | 3 | 9 | 0.00 | A | 78.300 |
| STEP1 | 9-May-22 | 3 | 10 | 0.00 | E | 30.600 |
| STEP1 | 9-May-22 | 3 | 11 | 0.00 | C | 116.900 |
| STEP1 | 9-May-22 | 3 | 12 | 1.00 | B | 86.700 |
| STEP1 | 9-May-22 | 3 | 13 | 0.00 | C | 88.100 |
| STEP1 | 9-May-22 | 3 | 14 | 1.00 | E | 82.800 |
| STEP1 | 9-May-22 | 3 | 15 | 0.00 | A | 126.700 |
| STEP1 | 9-May-22 | 3 | 16 | 1.00 | B | 59.700 |
| STEP1 | 9-May-22 | 3 | 17 | 0.00 | C | 108.500 |
| STEP1 | 9-May-22 | 3 | 18 | 1.00 | C | 67.700 |
| STEP1 | 9-May-22 | 3 | 19 | 0.00 | D | 60.800 |
| STEP1 | 9-May-22 | 3 | 20 | 1.00 | D | 69.300 |
| STEP1 | 9-May-22 | 3 | 21 | 0.00 | E | 43.700 |
| STEP1 | 9-May-22 | 3 | 22 | 1.00 | A | 65.300 |
| STEP1 | 9-May-22 | 3 | 23 | 1.00 | A | 138.600 |
| STEP1 | 9-May-22 | 3 | 24 | 0.00 | B | 121.200 |
| STEP1 | 9-May-22 | 3 | 25 | 0.00 | E | 105.500 |
| STEP1 | 9-May-22 | 3 | 26 | 0.00 | A | 107.400 |
| STEP1 | 9-May-22 | 3 | 27 | 1.00 | B | 40.200 |
| STEP1 | 9-May-22 | 3 | 28 | 0.00 | C | 127.000 |
| STEP1 | 9-May-22 | 3 | 29 | 1.00 | B | 48.200 |
| STEP1 | 9-May-22 | 3 | 30 | 1.00 | D | 136.800 |
| STEP1 | 9-May-22 | 3 | 31 | 0.00 | A | 79.900 |
| STEP1 | 9-May-22 | 3 | 32 | 0.00 | E | 143.100 |
| STEP1 | 9-May-22 | 3 | 33 | 0.00 | E | 132.200 |
| STEP1 | 9-May-22 | 3 | 34 | 0.00 | B | 172.600 |
| STEP1 | 9-May-22 | 3 | 35 | 1.00 | B | 53.300 |
| STEP1 | 9-May-22 | 3 | 36 | 0.00 | H | 87.900 |
| STEP1 | 9-May-22 | 3 | 37 | 1.00 | E | 64.200 |
| STEP1 | 9-May-22 | 3 | 38 | 1.00 | B | 45.700 |
| STEP1 | 9-May-22 | 3 | 39 | 0.00 | C | 22.000 |
| STEP1 | 9-May-22 | 3 | 40 | 0.00 | A | 117.500 |
| STEP1 | 9-May-22 | 4 | 1 | 0.00 | F | 136.900 |
| STEP1 | 9-May-22 | 4 | 2 | 0.00 | F | 99.900 |
| STEP1 | 9-May-22 | 4 | 3 | 1.00 | C | 50.700 |
| STEP1 | 9-May-22 | 4 | 4 | 0.00 | D | 43.100 |
| STEP1 | 9-May-22 | 4 | 5 | 1.00 | B | 43.700 |
| STEP1 | 9-May-22 | 4 | 6 | 1.00 | C | 102.400 |
| STEP1 | 9-May-22 | 4 | 7 | 1.00 | C | 134.600 |
| STEP1 | 9-May-22 | 4 | 8 | 0.00 | C | 49.700 |
| STEP1 | 9-May-22 | 4 | 9 | 1.00 | E | 84.800 |
| STEP1 | 9-May-22 | 4 | 10 | 0.00 | E | 92.200 |
| STEP1 | 9-May-22 | 4 | 11 | 0.00 | C | 98.600 |
| STEP1 | 9-May-22 | 4 | 12 | 1.00 | A | 73.300 |

NBME000387

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|------|-----------|-------------------------|---------------|-------|------|-------|
| STEP1 | 9-May-22 | 4 | 13 | 0.00 | D | 93.100 |
| STEP1 | 9-May-22 | 4 | 14 | 0.00 | C | 60.700 |
| STEP1 | 9-May-22 | 4 | 15 | 0.00 | C | 34.200 |
| STEP1 | 9-May-22 | 4 | 16 | 1.00 | D | 74.800 |
| STEP1 | 9-May-22 | 4 | 17 | 1.00 | D | 77.900 |
| STEP1 | 9-May-22 | 4 | 18 | 0.00 | E | 100.900 |
| STEP1 | 9-May-22 | 4 | 19 | 0.00 | C | 102.400 |
| STEP1 | 9-May-22 | 4 | 20 | 0.00 | C | 112.900 |
| STEP1 | 9-May-22 | 4 | 21 | 0.00 | E | 77.800 |
| STEP1 | 9-May-22 | 4 | 22 | 0.00 | D | 86.400 |
| STEP1 | 9-May-22 | 4 | 23 | 0.00 | D | 36.100 |
| STEP1 | 9-May-22 | 4 | 24 | 0.00 | E | 55.700 |
| STEP1 | 9-May-22 | 4 | 25 | 1.00 | A | 81.400 |
| STEP1 | 9-May-22 | 4 | 26 | 0.00 | A | 62.700 |
| STEP1 | 9-May-22 | 4 | 27 | 0.00 | B | 88.900 |
| STEP1 | 9-May-22 | 4 | 28 | 0.00 | C | 146.000 |
| STEP1 | 9-May-22 | 4 | 29 | 1.00 | E | 94.200 |
| STEP1 | 9-May-22 | 4 | 30 | 0.00 | E | 61.600 |
| STEP1 | 9-May-22 | 4 | 31 | 1.00 | C | 85.300 |
| STEP1 | 9-May-22 | 4 | 32 | 0.00 | C | 76.300 |
| STEP1 | 9-May-22 | 4 | 33 | 1.00 | B | 53.200 |
| STEP1 | 9-May-22 | 4 | 34 | 0.00 | A | 112.500 |
| STEP1 | 9-May-22 | 4 | 35 | 0.00 | C | 102.500 |
| STEP1 | 9-May-22 | 4 | 36 | 0.00 | D | 100.800 |
| STEP1 | 9-May-22 | 4 | 37 | 0.00 | E | 85.400 |
| STEP1 | 9-May-22 | 4 | 38 | 0.00 | C | 137.000 |
| STEP1 | 9-May-22 | 4 | 39 | 1.00 | A | 102.300 |
| STEP1 | 9-May-22 | 4 | 40 | 0.00 | C | 119.800 |
| STEP1 | 9-May-22 | 5 | 1 | 0.00 | A | 47.600 |
| STEP1 | 9-May-22 | 5 | 2 | 1.00 | E | 68.700 |
| STEP1 | 9-May-22 | 5 | 3 | 1.00 | D | 97.500 |
| STEP1 | 9-May-22 | 5 | 4 | 0.00 | D | 73.300 |
| STEP1 | 9-May-22 | 5 | 5 | 0.00 | D | 40.200 |
| STEP1 | 9-May-22 | 5 | 6 | 0.00 | B | 109.400 |
| STEP1 | 9-May-22 | 5 | 7 | 0.00 | E | 55.300 |
| STEP1 | 9-May-22 | 5 | 8 | 0.00 | A | 69.800 |
| STEP1 | 9-May-22 | 5 | 9 | 0.00 | E | 92.300 |
| STEP1 | 9-May-22 | 5 | 10 | 1.00 | E | 99.000 |
| STEP1 | 9-May-22 | 5 | 11 | 0.00 | B | 72.300 |
| STEP1 | 9-May-22 | 5 | 12 | 1.00 | B | 82.000 |
| STEP1 | 9-May-22 | 5 | 13 | 1.00 | D | 95.400 |
| STEP1 | 9-May-22 | 5 | 14 | 0.00 | B | 86.400 |
| STEP1 | 9-May-22 | 5 | 15 | 0.00 | D | 36.100 |
| STEP1 | 9-May-22 | 5 | 16 | 1.00 | C | 114.100 |
| STEP1 | 9-May-22 | 5 | 17 | 1.00 | D | 23.600 |
| STEP1 | 9-May-22 | 5 | 18 | 1.00 | D | 88.300 |

NBME000388

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 9-May-22 | 5 | 19 | 0.00 | D | 99.800 |
| STEP1 | 9-May-22 | 5 | 20 | 0.00 | C | 69.300 |
| STEP1 | 9-May-22 | 5 | 21 | 0.00 | C | 61.200 |
| STEP1 | 9-May-22 | 5 | 22 | 1.00 | A | 69.700 |
| STEP1 | 9-May-22 | 5 | 23 | 0.00 | D | 104.400 |
| STEP1 | 9-May-22 | 5 | 24 | 1.00 | D | 114.900 |
| STEP1 | 9-May-22 | 5 | 25 | 1.00 | B | 46.700 |
| STEP1 | 9-May-22 | 5 | 26 | 1.00 | E | 52.200 |
| STEP1 | 9-May-22 | 5 | 27 | 0.00 | B | 60.700 |
| STEP1 | 9-May-22 | 5 | 28 | 0.00 | E | 119.200 |
| STEP1 | 9-May-22 | 5 | 29 | 1.00 | D | 120.900 |
| STEP1 | 9-May-22 | 5 | 30 | 0.00 | B | 74.800 |
| STEP1 | 9-May-22 | 5 | 31 | 0.00 | E | 94.900 |
| STEP1 | 9-May-22 | 5 | 32 | 0.00 | B | 52.200 |
| STEP1 | 9-May-22 | 5 | 33 | 0.00 | C | 122.800 |
| STEP1 | 9-May-22 | 5 | 34 | 0.00 | B | 109.500 |
| STEP1 | 9-May-22 | 5 | 35 | 0.00 | A | 91.400 |
| STEP1 | 9-May-22 | 5 | 36 | 0.00 | B | 117.400 |
| STEP1 | 9-May-22 | 5 | 37 | 1.00 | D | 78.800 |
| STEP1 | 9-May-22 | 5 | 38 | 1.00 | D | 80.300 |
| STEP1 | 9-May-22 | 5 | 39 | 0.00 | D | 85.300 |
| STEP1 | 9-May-22 | 5 | 40 | 0.00 | D | 152.700 |
| STEP1 | 9-May-22 | 6 | 1 | 1.00 | A | 54.700 |
| STEP1 | 9-May-22 | 6 | 2 | 0.00 | B | 92.100 |
| STEP1 | 9-May-22 | 6 | 3 | 0.00 | A | 57.700 |
| STEP1 | 9-May-22 | 6 | 4 | 0.00 | E | 55.100 |
| STEP1 | 9-May-22 | 6 | 5 | 0.00 | D | 114.400 |
| STEP1 | 9-May-22 | 6 | 6 | 1.00 | A | 33.000 |
| STEP1 | 9-May-22 | 6 | 7 | 1.00 | B | 35.100 |
| STEP1 | 9-May-22 | 6 | 8 | 0.00 | B | 69.700 |
| STEP1 | 9-May-22 | 6 | 9 | 0.00 | B | 56.700 |
| STEP1 | 9-May-22 | 6 | 10 | 0.00 | B | 187.300 |
| STEP1 | 9-May-22 | 6 | 11 | 0.00 | B | 47.100 |
| STEP1 | 9-May-22 | 6 | 12 | 0.00 | B | 103.500 |
| STEP1 | 9-May-22 | 6 | 13 | 1.00 | E | 68.700 |
| STEP1 | 9-May-22 | 6 | 14 | 1.00 | E | 67.800 |
| STEP1 | 9-May-22 | 6 | 15 | 1.00 | D | 90.900 |
| STEP1 | 9-May-22 | 6 | 16 | 0.00 | A | 62.100 |
| STEP1 | 9-May-22 | 6 | 17 | 0.00 | E | 67.200 |
| STEP1 | 9-May-22 | 6 | 18 | 0.00 | A | 100.800 |
| STEP1 | 9-May-22 | 6 | 19 | 1.00 | E | 96.400 |
| STEP1 | 9-May-22 | 6 | 20 | 0.00 | B | 137.000 |
| STEP1 | 9-May-22 | 6 | 21 | 1.00 | D | 33.500 |
| STEP1 | 9-May-22 | 6 | 22 | 0.00 | C | 66.300 |
| STEP1 | 9-May-22 | 6 | 23 | 0.00 | E | 54.700 |
| STEP1 | 9-May-22 | 6 | 24 | 1.00 | E | 88.800 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|------|-----------|--------------------------|---------------|-------|------|-------|
| STEP1 | 9-May-22 | 6 | 25 | 0.00 | B | 102.000 |
| STEP1 | 9-May-22 | 6 | 26 | 1.00 | D | 85.300 |
| STEP1 | 9-May-22 | 6 | 27 | 0.00 | C | 161.000 |
| STEP1 | 9-May-22 | 6 | 28 | 0.00 | E | 137.100 |
| STEP1 | 9-May-22 | 6 | 29 | 1.00 | A | 99.900 |
| STEP1 | 9-May-22 | 6 | 30 | 0.00 | A | 84.300 |
| STEP1 | 9-May-22 | 6 | 31 | 0.00 | C | 92.400 |
| STEP1 | 9-May-22 | 6 | 32 | 1.00 | D | 121.500 |
| STEP1 | 9-May-22 | 6 | 33 | 0.00 | B | 83.400 |
| STEP1 | 9-May-22 | 6 | 34 | 0.00 | C | 104.000 |
| STEP1 | 9-May-22 | 6 | 35 | 0.00 | E | 160.200 |
| STEP1 | 9-May-22 | 6 | 36 | 0.00 | B | 48.100 |
| STEP1 | 9-May-22 | 6 | 37 | 1.00 | E | 146.400 |
| STEP1 | 9-May-22 | 6 | 38 | 1.00 | C | 143.800 |
| STEP1 | 9-May-22 | 6 | 39 | 1.00 | C | 107.400 |
| STEP1 | 9-May-22 | 6 | 40 | 0.00 | E | 36.600 |
| STEP1 | 9-May-22 | 7 | 1 | 0.00 | D | 66.200 |
| STEP1 | 9-May-22 | 7 | 2 | 1.00 | B | 74.300 |
| STEP1 | 9-May-22 | 7 | 3 | 1.00 | C | 100.300 |
| STEP1 | 9-May-22 | 7 | 4 | 0.00 | E | 127.000 |
| STEP1 | 9-May-22 | 7 | 5 | 0.00 | E | 58.700 |
| STEP1 | 9-May-22 | 7 | 6 | 0.00 | B | 44.100 |
| STEP1 | 9-May-22 | 7 | 7 | 1.00 | B | 63.200 |
| STEP1 | 9-May-22 | 7 | 8 | 0.00 | B | 88.800 |
| STEP1 | 9-May-22 | 7 | 9 | 0.00 | D | 71.700 |
| STEP1 | 9-May-22 | 7 | 10 | 0.00 | C | 86.800 |
| STEP1 | 9-May-22 | 7 | 11 | 0.00 | A | 92.900 |
| STEP1 | 9-May-22 | 7 | 12 | 0.00 | C | 29.100 |
| STEP1 | 9-May-22 | 7 | 13 | 0.00 | D | 71.000 |
| STEP1 | 9-May-22 | 7 | 14 | 1.00 | C | 86.200 |
| STEP1 | 9-May-22 | 7 | 15 | 0.00 | B | 84.900 |
| STEP1 | 9-May-22 | 7 | 16 | 0.00 | C | 99.900 |
| STEP1 | 9-May-22 | 7 | 17 | 1.00 | C | 89.200 |
| STEP1 | 9-May-22 | 7 | 18 | 1.00 | A | 107.600 |
| STEP1 | 9-May-22 | 7 | 19 | 0.00 | D | 31.100 |
| STEP1 | 9-May-22 | 7 | 20 | 1.00 | A | 85.300 |
| STEP1 | 9-May-22 | 7 | 21 | 1.00 | A | 121.400 |
| STEP1 | 9-May-22 | 7 | 22 | 1.00 | E | 45.100 |
| STEP1 | 9-May-22 | 7 | 23 | 0.00 | D | 76.300 |
| STEP1 | 9-May-22 | 7 | 24 | 1.00 | B | 14.500 |
| STEP1 | 9-May-22 | 7 | 25 | 1.00 | A | 60.700 |
| STEP1 | 9-May-22 | 7 | 26 | 0.00 | A | 166.700 |
| STEP1 | 9-May-22 | 7 | 27 | 1.00 | B | 61.200 |
| STEP1 | 9-May-22 | 7 | 28 | 1.00 | A | 52.700 |
| STEP1 | 9-May-22 | 7 | 29 | 0.00 | C | 104.400 |
| STEP1 | 9-May-22 | 7 | 30 | 0.00 | C | 103.700 |

NBME000390

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|------|-----------|------------------------:|--------------:|-------|------|------:|
| STEP1 | 9-May-22 | 7 | 31 | 0.00 | C | 96.300 |
| STEP1 | 9-May-22 | 7 | 32 | 1.00 | C | 63.200 |
| STEP1 | 9-May-22 | 7 | 33 | 1.00 | D | 67.200 |
| STEP1 | 9-May-22 | 7 | 34 | 1.00 | C | 114.700 |
| STEP1 | 9-May-22 | 7 | 35 | 0.00 | F | 20.100 |
| STEP1 | 9-May-22 | 7 | 36 | 0.00 | C | 147.700 |
| STEP1 | 9-May-22 | 7 | 37 | 1.00 | D | 34.000 |
| STEP1 | 9-May-22 | 7 | 38 | 0.00 | B | 117.000 |
| STEP1 | 9-May-22 | 7 | 39 | 1.00 | B | 86.900 |
| STEP1 | 9-May-22 | 7 | 40 | 1.00 | D | 78.300 |
| STEP1 | 9-May-22 | 8 | 1 | 0.00 | C | 150.400 |
| STEP1 | 9-May-22 | 8 | 2 | 0.00 | E | 37.100 |
| STEP1 | 9-May-22 | 8 | 3 | 1.00 | C | 56.700 |
| STEP1 | 9-May-22 | 8 | 4 | 0.00 | A | 185.700 |
| STEP1 | 9-May-22 | 8 | 5 | 0.00 | F | 169.400 |
| STEP1 | 9-May-22 | 8 | 6 | 1.00 | B | 134.500 |
| STEP1 | 9-May-22 | 8 | 7 | 0.00 | D | 109.300 |
| STEP1 | 9-May-22 | 8 | 8 | 1.00 | E | 42.700 |
| STEP1 | 9-May-22 | 8 | 9 | 1.00 | F | 43.600 |
| STEP1 | 9-May-22 | 8 | 10 | 1.00 | C | 86.100 |
| STEP1 | 9-May-22 | 8 | 11 | 0.00 | D | 199.200 |
| STEP1 | 9-May-22 | 8 | 12 | 0.00 | A | 129.500 |
| STEP1 | 9-May-22 | 8 | 13 | 0.00 | E | 46.600 |
| STEP1 | 9-May-22 | 8 | 14 | 0.00 | C | 39.100 |
| STEP1 | 9-May-22 | 8 | 15 | 0.00 | D | 177.900 |
| STEP1 | 9-May-22 | 8 | 16 | 1.00 | D | 49.700 |
| STEP1 | 9-May-22 | 8 | 17 | 0.00 | E | 42.100 |
| STEP1 | 9-May-22 | 8 | 18 | 0.00 | C | 69.000 |
| STEP1 | 9-May-22 | 8 | 19 | 0.00 | D | 92.200 |
| STEP1 | 9-May-22 | 8 | 20 | 1.00 | B | 26.600 |
| STEP1 | 9-May-22 | 8 | 21 | 0.00 | B | 32.200 |
| STEP1 | 9-May-22 | 8 | 22 | 1.00 | E | 61.700 |
| STEP1 | 9-May-22 | 8 | 23 | 1.00 | C | 256.200 |
| STEP1 | 9-May-22 | 8 | 24 | 0.00 | D | 50.700 |
| STEP1 | 9-May-22 | 8 | 25 | 0.00 | B | 38.600 |
| STEP1 | 9-May-22 | 8 | 26 | 1.00 | B | 60.700 |
| STEP1 | 9-May-22 | 8 | 27 | 0.00 | A | 49.200 |
| STEP1 | 9-May-22 | 8 | 28 | 1.00 | E | 83.400 |
| STEP1 | 9-May-22 | 8 | 29 | 1.00 | E | 52.200 |
| STEP1 | 9-May-22 | 8 | 30 | 1.00 | A | 34.600 |
| STEP1 | 9-May-22 | 8 | 31 | 0.00 | B | 87.000 |
| STEP1 | 9-May-22 | 8 | 32 | 0.00 | E | 33.100 |
| STEP1 | 9-May-22 | 8 | 33 | 0.00 | A | 70.800 |
| STEP1 | 9-May-22 | 8 | 34 | 1.00 | E | 54.700 |
| STEP1 | 9-May-22 | 8 | 35 | 0.00 | E | 47.100 |
| STEP1 | 9-May-22 | 8 | 36 | 0.00 | D | 121.800 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|------|-----------|------------------------:|--------------:|------:|------|------:|
| STEP1 | 9-May-22 | 8 | 37 | 1.00 | B | 130.400 |
| STEP1 | 9-May-22 | 8 | 38 | 1.00 | C | 180.400 |
| STEP1 | 9-May-22 | 8 | 39 | 1.00 | H | 55.200 |
| STEP1 | 9-May-22 | 8 | 40 | 0.00 | D | 38.600 |

NBME000392