| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 29-Sep-22 | 2 | 1 | 0.00 | D | 173.400 |
| STEP1 | 29-Sep-22 | 2 | 2 | 0.00 | D | 72.100 |
| STEP1 | 29-Sep-22 | 2 | 3 | 1.00 | A | 157.100 |
| STEP1 | 29-Sep-22 | 2 | 4 | 0.00 | D | 36.100 |
| STEP1 | 29-Sep-22 | 2 | 5 | 1.00 | E | 50.200 |
| STEP1 | 29-Sep-22 | 2 | 6 | 1.00 | E | 179.600 |
| STEP1 | 29-Sep-22 | 2 | 7 | 0.00 | A | 52.800 |
| STEP1 | 29-Sep-22 | 2 | 8 | 1.00 | E | 189.300 |
| STEP1 | 29-Sep-22 | 2 | 9 | 0.00 | C | 120.100 |
| STEP1 | 29-Sep-22 | 2 | 10 | 1.00 | A | 73.000 |
| STEP1 | 29-Sep-22 | 2 | 11 | 1.00 | D | 91.100 |
| STEP1 | 29-Sep-22 | 2 | 12 | 1.00 | C | 95.000 |
| STEP1 | 29-Sep-22 | 2 | 13 | 0.00 | C | 73.900 |
| STEP1 | 29-Sep-22 | 2 | 14 | 1.00 | D | 63.800 |
| STEP1 | 29-Sep-22 | 2 | 15 | 1.00 | D | 45.700 |
| STEP1 | 29-Sep-22 | 2 | 16 | 0.00 | E | 52.800 |
| STEP1 | 29-Sep-22 | 2 | 17 | 0.00 | B | 41.800 |
| STEP1 | 29-Sep-22 | 2 | 18 | 0.00 | E | 137.200 |
| STEP1 | 29-Sep-22 | 2 | 19 | 1.00 | B | 69.300 |
| STEP1 | 29-Sep-22 | 2 | 20 | 0.00 | E | 59.800 |
| STEP1 | 29-Sep-22 | 2 | 21 | 1.00 | A | 63.800 |
| STEP1 | 29-Sep-22 | 2 | 22 | 1.00 | B | 113.300 |
| STEP1 | 29-Sep-22 | 2 | 23 | 0.00 | B | 75.800 |
| STEP1 | 29-Sep-22 | 2 | 24 | 0.00 | A | 110.000 |
| STEP1 | 29-Sep-22 | 2 | 25 | 1.00 | A | 99.800 |
| STEP1 | 29-Sep-22 | 2 | 26 | 0.00 | B | 47.700 |
| STEP1 | 29-Sep-22 | 2 | 27 | 1.00 | C | 83.000 |
| STEP1 | 29-Sep-22 | 2 | 28 | 0.00 | A | 31.100 |
| STEP1 | 29-Sep-22 | 2 | 29 | 1.00 | B | 41.700 |
| STEP1 | 29-Sep-22 | 2 | 30 | 1.00 | B | 108.000 |
| STEP1 | 29-Sep-22 | 2 | 31 | 0.00 | E | 93.000 |
| STEP1 | 29-Sep-22 | 2 | 32 | 0.00 | A | 45.200 |
| STEP1 | 29-Sep-22 | 2 | 33 | 0.00 | A | 69.000 |
| STEP1 | 29-Sep-22 | 2 | 34 | 0.00 | B | 140.500 |
| STEP1 | 29-Sep-22 | 2 | 35 | 0.00 | E | 111.100 |
| STEP1 | 29-Sep-22 | 2 | 36 | 1.00 | C | 59.900 |
| STEP1 | 29-Sep-22 | 2 | 37 | 0.00 | A | 121.500 |
| STEP1 | 29-Sep-22 | 2 | 38 | 1.00 | E | 30.100 |
| STEP1 | 29-Sep-22 | 2 | 39 | 1.00 | F | 184.100 |
| STEP1 | 29-Sep-22 | 2 | 40 | 1.00 | B | 94.100 |
| STEP1 | 29-Sep-22 | 3 | 1 | 0.00 | B | 97.400 |
| STEP1 | 29-Sep-22 | 3 | 2 | 1.00 | B | 60.300 |
| STEP1 | 29-Sep-22 | 3 | 3 | 1.00 | C | 64.300 |
| STEP1 | 29-Sep-22 | 3 | 4 | 0.00 | E | 57.300 |
| STEP1 | 29-Sep-22 | 3 | 5 | 1.00 | E | 39.100 |
| STEP1 | 29-Sep-22 | 3 | 6 | 0.00 | C | 69.300 |

EXHIBIT
JX-21

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 29-Sep-22 | 3 | 7 | 0.00 | D | 163.900 |
| STEP1 | 29-Sep-22 | 3 | 8 | 1.00 | E | 42.200 |
| STEP1 | 29-Sep-22 | 3 | 9 | 0.00 | D | 36.100 |
| STEP1 | 29-Sep-22 | 3 | 10 | 0.00 | E | 58.200 |
| STEP1 | 29-Sep-22 | 3 | 11 | 1.00 | D | 68.900 |
| STEP1 | 29-Sep-22 | 3 | 12 | 0.00 | C | 28.200 |
| STEP1 | 29-Sep-22 | 3 | 13 | 0.00 | C | 105.100 |
| STEP1 | 29-Sep-22 | 3 | 14 | 0.00 | E | 130.900 |
| STEP1 | 29-Sep-22 | 3 | 15 | 1.00 | A | 146.700 |
| STEP1 | 29-Sep-22 | 3 | 16 | 1.00 | E | 60.800 |
| STEP1 | 29-Sep-22 | 3 | 17 | 1.00 | A | 26.600 |
| STEP1 | 29-Sep-22 | 3 | 18 | 0.00 | C | 57.300 |
| STEP1 | 29-Sep-22 | 3 | 19 | 0.00 | A | 93.400 |
| STEP1 | 29-Sep-22 | 3 | 20 | 1.00 | E | 142.200 |
| STEP1 | 29-Sep-22 | 3 | 21 | 0.00 | D | 67.000 |
| STEP1 | 29-Sep-22 | 3 | 22 | 1.00 | D | 74.400 |
| STEP1 | 29-Sep-22 | 3 | 23 | 0.00 | C | 117.800 |
| STEP1 | 29-Sep-22 | 3 | 24 | 1.00 | B | 24.600 |
| STEP1 | 29-Sep-22 | 3 | 25 | 0.00 | B | 136.100 |
| STEP1 | 29-Sep-22 | 3 | 26 | 1.00 | B | 33.600 |
| STEP1 | 29-Sep-22 | 3 | 27 | 1.00 | D | 80.900 |
| STEP1 | 29-Sep-22 | 3 | 28 | 1.00 | A | 80.100 |
| STEP1 | 29-Sep-22 | 3 | 29 | 0.00 | E | 55.400 |
| STEP1 | 29-Sep-22 | 3 | 30 | 1.00 | D | 89.300 |
| STEP1 | 29-Sep-22 | 3 | 31 | 1.00 | D | 196.500 |
| STEP1 | 29-Sep-22 | 3 | 32 | 1.00 | F | 53.800 |
| STEP1 | 29-Sep-22 | 3 | 33 | 0.00 | D | 122.800 |
| STEP1 | 29-Sep-22 | 3 | 34 | 0.00 | A | 39.100 |
| STEP1 | 29-Sep-22 | 3 | 35 | 1.00 | C | 104.900 |
| STEP1 | 29-Sep-22 | 3 | 36 | 0.00 | A | 19.600 |
| STEP1 | 29-Sep-22 | 3 | 37 | 1.00 | C | 59.800 |
| STEP1 | 29-Sep-22 | 3 | 38 | 0.00 | F | 233.800 |
| STEP1 | 29-Sep-22 | 3 | 39 | 0.00 | A | 154.300 |
| STEP1 | 29-Sep-22 | 3 | 40 | 0.00 | E | 124.100 |
| STEP1 | 29-Sep-22 | 4 | 1 | 1.00 | D | 48.200 |
| STEP1 | 29-Sep-22 | 4 | 2 | 0.00 | A | 98.700 |
| STEP1 | 29-Sep-22 | 4 | 3 | 0.00 | D | 33.700 |
| STEP1 | 29-Sep-22 | 4 | 4 | 1.00 | A | 51.300 |
| STEP1 | 29-Sep-22 | 4 | 5 | 0.00 | D | 132.600 |
| STEP1 | 29-Sep-22 | 4 | 6 | 1.00 | C | 30.100 |
| STEP1 | 29-Sep-22 | 4 | 7 | 0.00 | A | 41.200 |
| STEP1 | 29-Sep-22 | 4 | 8 | 1.00 | E | 95.500 |
| STEP1 | 29-Sep-22 | 4 | 9 | 0.00 | E | 139.600 |
| STEP1 | 29-Sep-22 | 4 | 10 | 1.00 | B | 64.300 |
| STEP1 | 29-Sep-22 | 4 | 11 | 0.00 | B | 60.900 |
| STEP1 | 29-Sep-22 | 4 | 12 | 1.00 | A | 27.100 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 29-Sep-22 | 4 | 13 | 0.00 | D | 53.800 |
| STEP1 | 29-Sep-22 | 4 | 14 | 0.00 | D | 213.200 |
| STEP1 | 29-Sep-22 | 4 | 15 | 0.00 | B | 49.800 |
| STEP1 | 29-Sep-22 | 4 | 16 | 1.00 | D | 48.300 |
| STEP1 | 29-Sep-22 | 4 | 17 | 0.00 | C | 189.900 |
| STEP1 | 29-Sep-22 | 4 | 18 | 1.00 | C | 84.100 |
| STEP1 | 29-Sep-22 | 4 | 19 | 1.00 | B | 66.400 |
| STEP1 | 29-Sep-22 | 4 | 20 | 0.00 | B | 37.700 |
| STEP1 | 29-Sep-22 | 4 | 21 | 0.00 | C | 135.100 |
| STEP1 | 29-Sep-22 | 4 | 22 | 0.00 | D | 51.300 |
| STEP1 | 29-Sep-22 | 4 | 23 | 1.00 | B | 276.300 |
| STEP1 | 29-Sep-22 | 4 | 24 | 1.00 | D | 228.100 |
| STEP1 | 29-Sep-22 | 4 | 25 | 0.00 | D | 74.100 |
| STEP1 | 29-Sep-22 | 4 | 26 | 0.00 | B | 60.900 |
| STEP1 | 29-Sep-22 | 4 | 27 | 1.00 | B | 135.400 |
| STEP1 | 29-Sep-22 | 4 | 28 | 1.00 | D | 65.300 |
| STEP1 | 29-Sep-22 | 4 | 29 | 0.00 | E | 112.800 |
| STEP1 | 29-Sep-22 | 4 | 30 | 1.00 | C | 86.700 |
| STEP1 | 29-Sep-22 | 4 | 31 | 1.00 | C | 75.500 |
| STEP1 | 29-Sep-22 | 4 | 32 | 0.00 | E | 117.000 |
| STEP1 | 29-Sep-22 | 4 | 33 | 1.00 | D | 65.300 |
| STEP1 | 29-Sep-22 | 4 | 34 | 1.00 | E | 58.300 |
| STEP1 | 29-Sep-22 | 4 | 35 | 1.00 | A | 102.500 |
| STEP1 | 29-Sep-22 | 4 | 36 | 1.00 | B | 129.700 |
| STEP1 | 29-Sep-22 | 4 | 37 | 1.00 | A | 39.800 |
| STEP1 | 29-Sep-22 | 4 | 38 | 1.00 | A | 118.100 |
| STEP1 | 29-Sep-22 | 4 | 39 | 1.00 | D | 60.700 |
| STEP1 | 29-Sep-22 | 4 | 40 | 0.00 | E | 31.600 |
| STEP1 | 29-Sep-22 | 5 | 1 | 1.00 | D | 68.300 |
| STEP1 | 29-Sep-22 | 5 | 2 | 0.00 | F | 28.100 |
| STEP1 | 29-Sep-22 | 5 | 3 | 0.00 | A | 79.500 |
| STEP1 | 29-Sep-22 | 5 | 4 | 0.00 | A | 57.700 |
| STEP1 | 29-Sep-22 | 5 | 5 | 1.00 | B | 107.200 |
| STEP1 | 29-Sep-22 | 5 | 6 | 0.00 | C | 125.900 |
| STEP1 | 29-Sep-22 | 5 | 7 | 0.00 | D | 47.200 |
| STEP1 | 29-Sep-22 | 5 | 8 | 0.00 | D | 39.200 |
| STEP1 | 29-Sep-22 | 5 | 9 | 0.00 | C | 21.100 |
| STEP1 | 29-Sep-22 | 5 | 10 | 0.00 | A | 138.200 |
| STEP1 | 29-Sep-22 | 5 | 11 | 0.00 | B | 136.300 |
| STEP1 | 29-Sep-22 | 5 | 12 | 1.00 | E | 71.400 |
| STEP1 | 29-Sep-22 | 5 | 13 | 0.00 | B | 111.100 |
| STEP1 | 29-Sep-22 | 5 | 14 | 1.00 | A | 56.700 |
| STEP1 | 29-Sep-22 | 5 | 15 | 1.00 | B | 86.700 |
| STEP1 | 29-Sep-22 | 5 | 16 | 0.00 | B | 60.900 |
| STEP1 | 29-Sep-22 | 5 | 17 | 1.00 | E | 82.500 |
| STEP1 | 29-Sep-22 | 5 | 18 | 1.00 | D | 94.600 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 29-Sep-22 | 5 | 19 | 0.00 | A | 63.800 |
| STEP1 | 29-Sep-22 | 5 | 20 | 0.00 | B | 102.800 |
| STEP1 | 29-Sep-22 | 5 | 21 | 1.00 | D | 103.800 |
| STEP1 | 29-Sep-22 | 5 | 22 | 0.00 | C | 79.300 |
| STEP1 | 29-Sep-22 | 5 | 23 | 0.00 | D | 34.600 |
| STEP1 | 29-Sep-22 | 5 | 24 | 1.00 | B | 68.700 |
| STEP1 | 29-Sep-22 | 5 | 25 | 0.00 | C | 84.400 |
| STEP1 | 29-Sep-22 | 5 | 26 | 0.00 | C | 106.600 |
| STEP1 | 29-Sep-22 | 5 | 27 | 0.00 | E | 149.200 |
| STEP1 | 29-Sep-22 | 5 | 28 | 0.00 | C | 85.900 |
| STEP1 | 29-Sep-22 | 5 | 29 | 0.00 | E | 149.600 |
| STEP1 | 29-Sep-22 | 5 | 30 | 1.00 | B | 229.000 |
| STEP1 | 29-Sep-22 | 5 | 31 | 1.00 | C | 73.300 |
| STEP1 | 29-Sep-22 | 5 | 32 | 1.00 | B | 61.300 |
| STEP1 | 29-Sep-22 | 5 | 33 | 1.00 | B | 179.300 |
| STEP1 | 29-Sep-22 | 5 | 34 | 1.00 | A | 41.100 |
| STEP1 | 29-Sep-22 | 5 | 35 | 0.00 | D | 40.700 |
| STEP1 | 29-Sep-22 | 5 | 36 | 0.00 | D | 125.500 |
| STEP1 | 29-Sep-22 | 5 | 37 | 0.00 | C | 67.400 |
| STEP1 | 29-Sep-22 | 5 | 38 | 0.00 | B | 43.700 |
| STEP1 | 29-Sep-22 | 5 | 39 | 0.00 | E | 183.200 |
| STEP1 | 29-Sep-22 | 5 | 40 | 1.00 | C | 67.400 |
| STEP1 | 29-Sep-22 | 6 | 1 | 1.00 | C | 180.600 |
| STEP1 | 29-Sep-22 | 6 | 2 | 0.00 | D | 59.800 |
| STEP1 | 29-Sep-22 | 6 | 3 | 1.00 | C | 67.800 |
| STEP1 | 29-Sep-22 | 6 | 4 | 0.00 | A | 193.800 |
| STEP1 | 29-Sep-22 | 6 | 5 | 0.00 | E | 227.000 |
| STEP1 | 29-Sep-22 | 6 | 6 | 0.00 | C | 64.800 |
| STEP1 | 29-Sep-22 | 6 | 7 | 0.00 | E | 24.700 |
| STEP1 | 29-Sep-22 | 6 | 8 | 0.00 | C | 76.000 |
| STEP1 | 29-Sep-22 | 6 | 9 | 1.00 | F | 48.600 |
| STEP1 | 29-Sep-22 | 6 | 10 | 0.00 | D | 127.400 |
| STEP1 | 29-Sep-22 | 6 | 11 | 1.00 | A | 48.700 |
| STEP1 | 29-Sep-22 | 6 | 12 | 0.00 | B | 124.200 |
| STEP1 | 29-Sep-22 | 6 | 13 | 1.00 | A | 61.700 |
| STEP1 | 29-Sep-22 | 6 | 14 | 1.00 | D | 96.500 |
| STEP1 | 29-Sep-22 | 6 | 15 | 0.00 | D | 136.200 |
| STEP1 | 29-Sep-22 | 6 | 16 | 1.00 | B | 130.800 |
| STEP1 | 29-Sep-22 | 6 | 17 | 0.00 | C | 118.400 |
| STEP1 | 29-Sep-22 | 6 | 18 | 0.00 | C | 161.100 |
| STEP1 | 29-Sep-22 | 6 | 19 | 1.00 | C | 54.200 |
| STEP1 | 29-Sep-22 | 6 | 20 | 0.00 | C | 39.700 |
| STEP1 | 29-Sep-22 | 6 | 21 | 0.00 | C | 14.500 |
| STEP1 | 29-Sep-22 | 6 | 22 | 1.00 | B | 97.400 |
| STEP1 | 29-Sep-22 | 6 | 23 | 0.00 | D | 66.300 |
| STEP1 | 29-Sep-22 | 6 | 24 | 0.00 | C | 65.900 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 29-Sep-22 | 6 | 25 | 1.00 | A | 49.600 |
| STEP1 | 29-Sep-22 | 6 | 26 | 0.00 | B | 35.700 |
| STEP1 | 29-Sep-22 | 6 | 27 | 0.00 | D | 258.900 |
| STEP1 | 29-Sep-22 | 6 | 28 | 1.00 | E | 69.400 |
| STEP1 | 29-Sep-22 | 6 | 29 | 0.00 | B | 81.400 |
| STEP1 | 29-Sep-22 | 6 | 30 | 0.00 | B | 60.400 |
| STEP1 | 29-Sep-22 | 6 | 31 | 0.00 | G | 40.600 |
| STEP1 | 29-Sep-22 | 6 | 32 | 0.00 | D | 56.800 |
| STEP1 | 29-Sep-22 | 6 | 33 | 0.00 | A | 103.900 |
| STEP1 | 29-Sep-22 | 6 | 34 | 0.00 | D | 36.600 |
| STEP1 | 29-Sep-22 | 6 | 35 | 1.00 | E | 40.800 |
| STEP1 | 29-Sep-22 | 6 | 36 | 1.00 | E | 49.800 |
| STEP1 | 29-Sep-22 | 6 | 37 | 0.00 | D | 101.100 |
| STEP1 | 29-Sep-22 | 6 | 38 | 0.00 | D | 141.900 |
| STEP1 | 29-Sep-22 | 6 | 39 | 0.00 | A | 102.400 |
| STEP1 | 29-Sep-22 | 6 | 40 | 0.00 | C | 61.800 |
| STEP1 | 29-Sep-22 | 7 | 1 | 1.00 | D | 235.900 |
| STEP1 | 29-Sep-22 | 7 | 2 | 0.00 | B | 35.200 |
| STEP1 | 29-Sep-22 | 7 | 3 | 1.00 | C | 155.600 |
| STEP1 | 29-Sep-22 | 7 | 4 | 1.00 | E | 232.900 |
| STEP1 | 29-Sep-22 | 7 | 5 | 0.00 | B | 105.900 |
| STEP1 | 29-Sep-22 | 7 | 6 | 1.00 | C | 59.300 |
| STEP1 | 29-Sep-22 | 7 | 7 | 0.00 | B | 47.700 |
| STEP1 | 29-Sep-22 | 7 | 8 | 1.00 | D | 50.600 |
| STEP1 | 29-Sep-22 | 7 | 9 | 0.00 | D | 114.300 |
| STEP1 | 29-Sep-22 | 7 | 10 | 1.00 | G | 17.000 |
| STEP1 | 29-Sep-22 | 7 | 11 | 0.00 | D | 213.000 |
| STEP1 | 29-Sep-22 | 7 | 12 | 0.00 | E | 19.000 |
| STEP1 | 29-Sep-22 | 7 | 13 | 1.00 | F | 81.100 |
| STEP1 | 29-Sep-22 | 7 | 14 | 0.00 | E | 93.900 |
| STEP1 | 29-Sep-22 | 7 | 15 | 0.00 | A | 76.900 |
| STEP1 | 29-Sep-22 | 7 | 16 | 0.00 | D | 81.900 |
| STEP1 | 29-Sep-22 | 7 | 17 | 1.00 | A | 60.900 |
| STEP1 | 29-Sep-22 | 7 | 18 | 1.00 | B | 64.200 |
| STEP1 | 29-Sep-22 | 7 | 19 | 0.00 | E | 78.800 |
| STEP1 | 29-Sep-22 | 7 | 20 | 0.00 | B | 57.600 |
| STEP1 | 29-Sep-22 | 7 | 21 | 0.00 | C | 78.400 |
| STEP1 | 29-Sep-22 | 7 | 22 | 0.00 | B | 30.600 |
| STEP1 | 29-Sep-22 | 7 | 23 | 0.00 | E | 21.600 |
| STEP1 | 29-Sep-22 | 7 | 24 | 0.00 | B | 24.100 |
| STEP1 | 29-Sep-22 | 7 | 25 | 0.00 | A | 193.600 |
| STEP1 | 29-Sep-22 | 7 | 26 | 0.00 | C | 60.000 |
| STEP1 | 29-Sep-22 | 7 | 27 | 1.00 | E | 182.000 |
| STEP1 | 29-Sep-22 | 7 | 28 | 1.00 | B | 52.800 |
| STEP1 | 29-Sep-22 | 7 | 29 | 1.00 | E | 28.100 |
| STEP1 | 29-Sep-22 | 7 | 30 | 1.00 | F | 88.400 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 29-Sep-22 | 7 | 31 | 1.00 | D | 71.200 |
| STEP1 | 29-Sep-22 | 7 | 32 | 0.00 | D | 54.800 |
| STEP1 | 29-Sep-22 | 7 | 33 | 1.00 | C | 96.900 |
| STEP1 | 29-Sep-22 | 7 | 34 | 0.00 | D | 171.200 |
| STEP1 | 29-Sep-22 | 7 | 35 | 0.00 | E | 76.500 |
| STEP1 | 29-Sep-22 | 7 | 36 | 1.00 | C | 74.400 |
| STEP1 | 29-Sep-22 | 7 | 37 | 0.00 | C | 239.200 |
| STEP1 | 29-Sep-22 | 7 | 38 | 0.00 | B | 97.500 |
| STEP1 | 29-Sep-22 | 7 | 39 | 1.00 | E | 31.800 |
| STEP1 | 29-Sep-22 | 7 | 40 | 0.00 | E | 34.600 |
| STEP1 | 29-Sep-22 | 8 | 1 | 0.00 | E | 96.900 |
| STEP1 | 29-Sep-22 | 8 | 2 | 0.00 | C | 25.100 |
| STEP1 | 29-Sep-22 | 8 | 3 | 0.00 | E | 41.700 |
| STEP1 | 29-Sep-22 | 8 | 4 | 1.00 | B | 44.200 |
| STEP1 | 29-Sep-22 | 8 | 5 | 1.00 | C | 56.800 |
| STEP1 | 29-Sep-22 | 8 | 6 | 0.00 | C | 42.800 |
| STEP1 | 29-Sep-22 | 8 | 7 | 1.00 | B | 51.200 |
| STEP1 | 29-Sep-22 | 8 | 8 | 1.00 | B | 78.900 |
| STEP1 | 29-Sep-22 | 8 | 9 | 1.00 | E | 146.300 |
| STEP1 | 29-Sep-22 | 8 | 10 | 0.00 | D | 59.700 |
| STEP1 | 29-Sep-22 | 8 | 11 | 0.00 | C | 61.300 |
| STEP1 | 29-Sep-22 | 8 | 12 | 0.00 | E | 88.700 |
| STEP1 | 29-Sep-22 | 8 | 13 | 1.00 | B | 52.300 |
| STEP1 | 29-Sep-22 | 8 | 14 | 0.00 | D | 44.700 |
| STEP1 | 29-Sep-22 | 8 | 15 | 0.00 | C | 204.000 |
| STEP1 | 29-Sep-22 | 8 | 16 | 0.00 | E | 48.200 |
| STEP1 | 29-Sep-22 | 8 | 17 | 1.00 | E | 56.200 |
| STEP1 | 29-Sep-22 | 8 | 18 | 1.00 | C | 65.800 |
| STEP1 | 29-Sep-22 | 8 | 19 | 0.00 | B | 273.200 |
| STEP1 | 29-Sep-22 | 8 | 20 | 1.00 | D | 112.100 |
| STEP1 | 29-Sep-22 | 8 | 21 | 0.00 | D | 67.400 |
| STEP1 | 29-Sep-22 | 8 | 22 | 0.00 | B | 53.200 |
| STEP1 | 29-Sep-22 | 8 | 23 | 0.00 | C | 58.200 |
| STEP1 | 29-Sep-22 | 8 | 24 | 1.00 | C | 61.400 |
| STEP1 | 29-Sep-22 | 8 | 25 | 0.00 | D | 211.000 |
| STEP1 | 29-Sep-22 | 8 | 26 | 0.00 | C | 66.400 |
| STEP1 | 29-Sep-22 | 8 | 27 | 0.00 | C | 100.100 |
| STEP1 | 29-Sep-22 | 8 | 28 | 0.00 | D | 202.100 |
| STEP1 | 29-Sep-22 | 8 | 29 | 0.00 | D | 86.500 |
| STEP1 | 29-Sep-22 | 8 | 30 | 1.00 | C | 39.700 |
| STEP1 | 29-Sep-22 | 8 | 31 | 1.00 | D | 109.700 |
| STEP1 | 29-Sep-22 | 8 | 32 | 0.00 | F | 164.300 |
| STEP1 | 29-Sep-22 | 8 | 33 | 0.00 | A | 81.800 |
| STEP1 | 29-Sep-22 | 8 | 34 | 1.00 | D | 50.700 |
| STEP1 | 29-Sep-22 | 8 | 35 | 0.00 | C | 121.300 |
| STEP1 | 29-Sep-22 | 8 | 36 | 0.00 | A | 124.000 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP1 | 29-Sep-22 | 8 | 37 | 0.00 | F | 88.000 |
| STEP1 | 29-Sep-22 | 8 | 38 | 0.00 | E | 143.300 |
| STEP1 | 29-Sep-22 | 8 | 39 | 0.00 | A | 62.900 |
| STEP1 | 29-Sep-22 | 8 | 40 | 0.00 | E | 47.300 |

NBME000399