| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 28-May-22 | 2 | 1 | 1.00 | D | 54.700 |
| STEP2 | 28-May-22 | 2 | 2 | 0.00 | A | 78.300 |
| STEP2 | 28-May-22 | 2 | 3 | 1.00 | B | 50.700 |
| STEP2 | 28-May-22 | 2 | 4 | 1.00 | B | 70.300 |
| STEP2 | 28-May-22 | 2 | 5 | 1.00 | C | 53.700 |
| STEP2 | 28-May-22 | 2 | 6 | 0.00 | A | 52.700 |
| STEP2 | 28-May-22 | 2 | 7 | 1.00 | C | 94.800 |
| STEP2 | 28-May-22 | 2 | 8 | 0.00 | B | 61.700 |
| STEP2 | 28-May-22 | 2 | 9 | 0.00 | B | 93.200 |
| STEP2 | 28-May-22 | 2 | 10 | 1.00 | C | 93.400 |
| STEP2 | 28-May-22 | 2 | 11 | 1.00 | D | 57.100 |
| STEP2 | 28-May-22 | 2 | 12 | 1.00 | E | 79.200 |
| STEP2 | 28-May-22 | 2 | 13 | 0.00 | D | 236.000 |
| STEP2 | 28-May-22 | 2 | 14 | 0.00 | D | 74.700 |
| STEP2 | 28-May-22 | 2 | 15 | 1.00 | F | 148.100 |
| STEP2 | 28-May-22 | 2 | 16 | 0.00 | E | 65.200 |
| STEP2 | 28-May-22 | 2 | 17 | 1.00 | A | 113.900 |
| STEP2 | 28-May-22 | 2 | 18 | 0.00 | D | 80.800 |
| STEP2 | 28-May-22 | 2 | 19 | 1.00 | C | 39.600 |
| STEP2 | 28-May-22 | 2 | 20 | 1.00 | A | 123.000 |
| STEP2 | 28-May-22 | 2 | 21 | 0.00 | E | 83.700 |
| STEP2 | 28-May-22 | 2 | 22 | 1.00 | D | 73.200 |
| STEP2 | 28-May-22 | 2 | 23 | 0.00 | D | 56.700 |
| STEP2 | 28-May-22 | 2 | 24 | 0.00 | B | 69.200 |
| STEP2 | 28-May-22 | 2 | 25 | 0.00 | D | 102.800 |
| STEP2 | 28-May-22 | 2 | 26 | 1.00 | A | 43.100 |
| STEP2 | 28-May-22 | 2 | 27 | 0.00 | E | 99.300 |
| STEP2 | 28-May-22 | 2 | 28 | 0.00 | D | 92.800 |
| STEP2 | 28-May-22 | 2 | 29 | 0.00 | A | 54.200 |
| STEP2 | 28-May-22 | 2 | 30 | 1.00 | E | 124.800 |
| STEP2 | 28-May-22 | 2 | 31 | 0.00 | E | 73.200 |
| STEP2 | 28-May-22 | 2 | 32 | 0.00 | E | 82.600 |
| STEP2 | 28-May-22 | 2 | 33 | 0.00 | D | 58.700 |
| STEP2 | 28-May-22 | 2 | 34 | 0.00 | C | 91.700 |
| STEP2 | 28-May-22 | 2 | 35 | 1.00 | A | 64.300 |
| STEP2 | 28-May-22 | 2 | 36 | 1.00 | C | 78.200 |
| STEP2 | 28-May-22 | 2 | 37 | 0.00 | D | 100.400 |
| STEP2 | 28-May-22 | 2 | 38 | 0.00 | B | 101.300 |
| STEP2 | 28-May-22 | 2 | 39 | 0.00 | E | 69.800 |
| STEP2 | 28-May-22 | 2 | 40 | 0.00 | B | 93.800 |
| STEP2 | 28-May-22 | 3 | 1 | 0.00 | F | 223.200 |
| STEP2 | 28-May-22 | 3 | 2 | 1.00 | E | 93.200 |
| STEP2 | 28-May-22 | 3 | 3 | 0.00 | E | 74.700 |
| STEP2 | 28-May-22 | 3 | 4 | 0.00 | B | 86.700 |
| STEP2 | 28-May-22 | 3 | 5 | 0.00 | E | 90.800 |
| STEP2 | 28-May-22 | 3 | 6 | 0.00 | C | 44.700 |

**EXHIBIT JX-22**

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 28-May-22 | 3 | 7 | 1.00 | E | 72.100 |
| STEP2 | 28-May-22 | 3 | 8 | 1.00 | B | 77.100 |
| STEP2 | 28-May-22 | 3 | 9 | 1.00 | A | 63.200 |
| STEP2 | 28-May-22 | 3 | 10 | 0.00 | D | 73.200 |
| STEP2 | 28-May-22 | 3 | 11 | 0.00 | E | 50.100 |
| STEP2 | 28-May-22 | 3 | 12 | 0.00 | C | 50.200 |
| STEP2 | 28-May-22 | 3 | 13 | 0.00 | B | 146.600 |
| STEP2 | 28-May-22 | 3 | 14 | 1.00 | C | 80.300 |
| STEP2 | 28-May-22 | 3 | 15 | 0.00 | C | 54.700 |
| STEP2 | 28-May-22 | 3 | 16 | 0.00 | C | 113.400 |
| STEP2 | 28-May-22 | 3 | 17 | 0.00 | D | 71.200 |
| STEP2 | 28-May-22 | 3 | 18 | 0.00 | I | 73.300 |
| STEP2 | 28-May-22 | 3 | 19 | 0.00 | D | 76.200 |
| STEP2 | 28-May-22 | 3 | 20 | 0.00 | G | 114.400 |
| STEP2 | 28-May-22 | 3 | 21 | 1.00 | D | 89.200 |
| STEP2 | 28-May-22 | 3 | 22 | 1.00 | D | 68.300 |
| STEP2 | 28-May-22 | 3 | 23 | 1.00 | E | 153.500 |
| STEP2 | 28-May-22 | 3 | 24 | 1.00 | C | 94.300 |
| STEP2 | 28-May-22 | 3 | 25 | 0.00 | D | 99.300 |
| STEP2 | 28-May-22 | 3 | 26 | 1.00 | D | 109.600 |
| STEP2 | 28-May-22 | 3 | 27 | 1.00 | C | 65.700 |
| STEP2 | 28-May-22 | 3 | 28 | 0.00 | A | 88.200 |
| STEP2 | 28-May-22 | 3 | 29 | 0.00 | E | 128.500 |
| STEP2 | 28-May-22 | 3 | 30 | 0.00 | D | 95.900 |
| STEP2 | 28-May-22 | 3 | 31 | 1.00 | D | 77.800 |
| STEP2 | 28-May-22 | 3 | 32 | 1.00 | E | 72.700 |
| STEP2 | 28-May-22 | 3 | 33 | 0.00 | A | 89.700 |
| STEP2 | 28-May-22 | 3 | 34 | 0.00 | E | 59.300 |
| STEP2 | 28-May-22 | 3 | 35 | 1.00 | C | 75.300 |
| STEP2 | 28-May-22 | 3 | 36 | 1.00 | G | 79.700 |
| STEP2 | 28-May-22 | 3 | 37 | 0.00 | A | 47.100 |
| STEP2 | 28-May-22 | 3 | 38 | 0.00 | C | 73.400 |
| STEP2 | 28-May-22 | 3 | 39 | 0.00 | F | 70.700 |
| STEP2 | 28-May-22 | 3 | 40 | 0.00 | A | 152.600 |
| STEP2 | 28-May-22 | 4 | 1 | 0.00 | D | 78.200 |
| STEP2 | 28-May-22 | 4 | 2 | 0.00 | C | 26.600 |
| STEP2 | 28-May-22 | 4 | 3 | 0.00 | B | 76.800 |
| STEP2 | 28-May-22 | 4 | 4 | 0.00 | B | 80.800 |
| STEP2 | 28-May-22 | 4 | 5 | 0.00 | D | 62.200 |
| STEP2 | 28-May-22 | 4 | 6 | 0.00 | E | 66.100 |
| STEP2 | 28-May-22 | 4 | 7 | 0.00 | C | 62.700 |
| STEP2 | 28-May-22 | 4 | 8 | 0.00 | D | 158.400 |
| STEP2 | 28-May-22 | 4 | 9 | 0.00 | B | 34.500 |
| STEP2 | 28-May-22 | 4 | 10 | 0.00 | E | 62.100 |
| STEP2 | 28-May-22 | 4 | 11 | 1.00 | E | 55.200 |
| STEP2 | 28-May-22 | 4 | 12 | 0.00 | E | 180.200 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 28-May-22 | 4 | 13 | 0.00 | A | 104.500 |
| STEP2 | 28-May-22 | 4 | 14 | 0.00 | E | 76.300 |
| STEP2 | 28-May-22 | 4 | 15 | 0.00 | D | 96.900 |
| STEP2 | 28-May-22 | 4 | 16 | 1.00 | B | 89.800 |
| STEP2 | 28-May-22 | 4 | 17 | 1.00 | B | 58.200 |
| STEP2 | 28-May-22 | 4 | 18 | 0.00 | B | 130.900 |
| STEP2 | 28-May-22 | 4 | 19 | 0.00 | A | 114.800 |
| STEP2 | 28-May-22 | 4 | 20 | 0.00 | D | 74.300 |
| STEP2 | 28-May-22 | 4 | 21 | 0.00 | A | 74.700 |
| STEP2 | 28-May-22 | 4 | 22 | 0.00 | E | 61.600 |
| STEP2 | 28-May-22 | 4 | 23 | 1.00 | D | 126.900 |
| STEP2 | 28-May-22 | 4 | 24 | 1.00 | C | 89.800 |
| STEP2 | 28-May-22 | 4 | 25 | 1.00 | D | 57.700 |
| STEP2 | 28-May-22 | 4 | 26 | 1.00 | B | 71.200 |
| STEP2 | 28-May-22 | 4 | 27 | 1.00 | B | 40.600 |
| STEP2 | 28-May-22 | 4 | 28 | 1.00 | B | 85.300 |
| STEP2 | 28-May-22 | 4 | 29 | 0.00 | A | 44.200 |
| STEP2 | 28-May-22 | 4 | 30 | 1.00 | B | 92.700 |
| STEP2 | 28-May-22 | 4 | 31 | 0.00 | B | 81.300 |
| STEP2 | 28-May-22 | 4 | 32 | 0.00 | E | 45.700 |
| STEP2 | 28-May-22 | 4 | 33 | 0.00 | E | 98.300 |
| STEP2 | 28-May-22 | 4 | 34 | 0.00 | D | 48.100 |
| STEP2 | 28-May-22 | 4 | 35 | 1.00 | A | 168.100 |
| STEP2 | 28-May-22 | 4 | 36 | 1.00 | A | 52.600 |
| STEP2 | 28-May-22 | 4 | 37 | 0.00 | B | 101.500 |
| STEP2 | 28-May-22 | 4 | 38 | 0.00 | B | 72.700 |
| STEP2 | 28-May-22 | 4 | 39 | 1.00 | D | 132.200 |
| STEP2 | 28-May-22 | 4 | 40 | 1.00 | C | 84.900 |
| STEP2 | 28-May-22 | 5 | 1 | 1.00 | E | 145.700 |
| STEP2 | 28-May-22 | 5 | 2 | 1.00 | E | 52.100 |
| STEP2 | 28-May-22 | 5 | 3 | 0.00 | E | 161.600 |
| STEP2 | 28-May-22 | 5 | 4 | 0.00 | D | 61.800 |
| STEP2 | 28-May-22 | 5 | 5 | 0.00 | B | 61.200 |
| STEP2 | 28-May-22 | 5 | 6 | 0.00 | C | 83.300 |
| STEP2 | 28-May-22 | 5 | 7 | 0.00 | C | 123.500 |
| STEP2 | 28-May-22 | 5 | 8 | 0.00 | D | 134.600 |
| STEP2 | 28-May-22 | 5 | 9 | 1.00 | E | 49.600 |
| STEP2 | 28-May-22 | 5 | 10 | 1.00 | E | 94.800 |
| STEP2 | 28-May-22 | 5 | 11 | 0.00 | C | 19.600 |
| STEP2 | 28-May-22 | 5 | 12 | 0.00 | F | 41.600 |
| STEP2 | 28-May-22 | 5 | 13 | 0.00 | B | 56.200 |
| STEP2 | 28-May-22 | 5 | 14 | 1.00 | D | 105.300 |
| STEP2 | 28-May-22 | 5 | 15 | 1.00 | A | 80.800 |
| STEP2 | 28-May-22 | 5 | 16 | 0.00 | A | 109.200 |
| STEP2 | 28-May-22 | 5 | 17 | 1.00 | C | 102.800 |
| STEP2 | 28-May-22 | 5 | 18 | 0.00 | C | 57.100 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 28-May-22 | 5 | 19 | 0.00 | C | 49.700 |
| STEP2 | 28-May-22 | 5 | 20 | 0.00 | A | 46.600 |
| STEP2 | 28-May-22 | 5 | 21 | 1.00 | E | 86.800 |
| STEP2 | 28-May-22 | 5 | 22 | 0.00 | C | 80.300 |
| STEP2 | 28-May-22 | 5 | 23 | 1.00 | C | 34.100 |
| STEP2 | 28-May-22 | 5 | 24 | 0.00 | B | 86.800 |
| STEP2 | 28-May-22 | 5 | 25 | 0.00 | A | 125.200 |
| STEP2 | 28-May-22 | 5 | 26 | 1.00 | A | 49.700 |
| STEP2 | 28-May-22 | 5 | 27 | 1.00 | B | 78.700 |
| STEP2 | 28-May-22 | 5 | 28 | 0.00 | D | 52.200 |
| STEP2 | 28-May-22 | 5 | 29 | 0.00 | A | 118.000 |
| STEP2 | 28-May-22 | 5 | 30 | 1.00 | C | 60.900 |
| STEP2 | 28-May-22 | 5 | 31 | 0.00 | E | 96.500 |
| STEP2 | 28-May-22 | 5 | 32 | 0.00 | A | 61.700 |
| STEP2 | 28-May-22 | 5 | 33 | 1.00 | A | 82.400 |
| STEP2 | 28-May-22 | 5 | 34 | 0.00 | D | 70.200 |
| STEP2 | 28-May-22 | 5 | 35 | 0.00 | D | 151.700 |
| STEP2 | 28-May-22 | 5 | 36 | 1.00 | A | 80.300 |
| STEP2 | 28-May-22 | 5 | 37 | 1.00 | D | 36.600 |
| STEP2 | 28-May-22 | 5 | 38 | 0.00 | D | 139.300 |
| STEP2 | 28-May-22 | 5 | 39 | 1.00 | D | 77.800 |
| STEP2 | 28-May-22 | 5 | 40 | 0.00 | D | 165.400 |
| STEP2 | 28-May-22 | 6 | 1 | 0.00 | B | 74.700 |
| STEP2 | 28-May-22 | 6 | 2 | 1.00 | C | 66.300 |
| STEP2 | 28-May-22 | 6 | 3 | 0.00 | D | 129.900 |
| STEP2 | 28-May-22 | 6 | 4 | 1.00 | E | 97.400 |
| STEP2 | 28-May-22 | 6 | 5 | 0.00 | A | 51.100 |
| STEP2 | 28-May-22 | 6 | 6 | 0.00 | C | 110.400 |
| STEP2 | 28-May-22 | 6 | 7 | 1.00 | E | 61.800 |
| STEP2 | 28-May-22 | 6 | 8 | 0.00 | A | 43.200 |
| STEP2 | 28-May-22 | 6 | 9 | 1.00 | E | 125.600 |
| STEP2 | 28-May-22 | 6 | 10 | 0.00 | F | 58.200 |
| STEP2 | 28-May-22 | 6 | 11 | 1.00 | E | 63.700 |
| STEP2 | 28-May-22 | 6 | 12 | 1.00 | A | 96.900 |
| STEP2 | 28-May-22 | 6 | 13 | 0.00 | E | 88.300 |
| STEP2 | 28-May-22 | 6 | 14 | 0.00 | A | 79.300 |
| STEP2 | 28-May-22 | 6 | 15 | 0.00 | E | 49.200 |
| STEP2 | 28-May-22 | 6 | 16 | 0.00 | D | 142.900 |
| STEP2 | 28-May-22 | 6 | 17 | 0.00 | C | 56.600 |
| STEP2 | 28-May-22 | 6 | 18 | 1.00 | A | 83.800 |
| STEP2 | 28-May-22 | 6 | 19 | 0.00 | A | 88.700 |
| STEP2 | 28-May-22 | 6 | 20 | 0.00 | A | 108.800 |
| STEP2 | 28-May-22 | 6 | 21 | 0.00 | C | 70.700 |
| STEP2 | 28-May-22 | 6 | 22 | 0.00 | C | 51.600 |
| STEP2 | 28-May-22 | 6 | 23 | 0.00 | C | 68.800 |
| STEP2 | 28-May-22 | 6 | 24 | 0.00 | D | 62.700 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 28-May-22 | 6 | 25 | 0.00 | C | 55.800 |
| STEP2 | 28-May-22 | 6 | 26 | 0.00 | C | 51.700 |
| STEP2 | 28-May-22 | 6 | 27 | 0.00 | D | 116.900 |
| STEP2 | 28-May-22 | 6 | 28 | 1.00 | A | 77.800 |
| STEP2 | 28-May-22 | 6 | 29 | 1.00 | B | 99.200 |
| STEP2 | 28-May-22 | 6 | 30 | 1.00 | B | 73.200 |
| STEP2 | 28-May-22 | 6 | 31 | 0.00 | F | 96.200 |
| STEP2 | 28-May-22 | 6 | 32 | 1.00 | D | 75.300 |
| STEP2 | 28-May-22 | 6 | 33 | 0.00 | C | 89.700 |
| STEP2 | 28-May-22 | 6 | 34 | 0.00 | D | 63.100 |
| STEP2 | 28-May-22 | 6 | 35 | 0.00 | F | 74.200 |
| STEP2 | 28-May-22 | 6 | 36 | 1.00 | E | 158.400 |
| STEP2 | 28-May-22 | 6 | 37 | 0.00 | B | 54.700 |
| STEP2 | 28-May-22 | 6 | 38 | 1.00 | A | 99.400 |
| STEP2 | 28-May-22 | 6 | 39 | 0.00 | C | 110.700 |
| STEP2 | 28-May-22 | 6 | 40 | 0.00 | D | 86.200 |
| STEP2 | 28-May-22 | 7 | 1 | 0.00 | C | 94.200 |
| STEP2 | 28-May-22 | 7 | 2 | 0.00 | A | 49.200 |
| STEP2 | 28-May-22 | 7 | 3 | 1.00 | A | 53.100 |
| STEP2 | 28-May-22 | 7 | 4 | 1.00 | D | 48.600 |
| STEP2 | 28-May-22 | 7 | 5 | 0.00 | D | 107.300 |
| STEP2 | 28-May-22 | 7 | 6 | 0.00 | C | 63.100 |
| STEP2 | 28-May-22 | 7 | 7 | 1.00 | D | 87.700 |
| STEP2 | 28-May-22 | 7 | 8 | 0.00 | C | 140.500 |
| STEP2 | 28-May-22 | 7 | 9 | 0.00 | B | 62.700 |
| STEP2 | 28-May-22 | 7 | 10 | 0.00 | C | 108.300 |
| STEP2 | 28-May-22 | 7 | 11 | 0.00 | A | 101.200 |
| STEP2 | 28-May-22 | 7 | 12 | 0.00 | A | 106.900 |
| STEP2 | 28-May-22 | 7 | 13 | 0.00 | D | 65.700 |
| STEP2 | 28-May-22 | 7 | 14 | 0.00 | A | 75.700 |
| STEP2 | 28-May-22 | 7 | 15 | 0.00 | A | 28.600 |
| STEP2 | 28-May-22 | 7 | 16 | 0.00 | A | 65.700 |
| STEP2 | 28-May-22 | 7 | 17 | 0.00 | B | 62.300 |
| STEP2 | 28-May-22 | 7 | 18 | 0.00 | A | 73.600 |
| STEP2 | 28-May-22 | 7 | 19 | 0.00 | B | 55.600 |
| STEP2 | 28-May-22 | 7 | 20 | 0.00 | E | 75.200 |
| STEP2 | 28-May-22 | 7 | 21 | 1.00 | A | 74.600 |
| STEP2 | 28-May-22 | 7 | 22 | 1.00 | C | 99.900 |
| STEP2 | 28-May-22 | 7 | 23 | 1.00 | D | 69.600 |
| STEP2 | 28-May-22 | 7 | 24 | 1.00 | B | 74.200 |
| STEP2 | 28-May-22 | 7 | 25 | 0.00 | B | 79.200 |
| STEP2 | 28-May-22 | 7 | 26 | 0.00 | D | 46.600 |
| STEP2 | 28-May-22 | 7 | 27 | 0.00 | D | 191.600 |
| STEP2 | 28-May-22 | 7 | 28 | 0.00 | E | 81.200 |
| STEP2 | 28-May-22 | 7 | 29 | 1.00 | D | 75.200 |
| STEP2 | 28-May-22 | 7 | 30 | 0.00 | D | 91.800 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 28-May-22 | 7 | 31 | 1.00 | C | 58.800 |
| STEP2 | 28-May-22 | 7 | 32 | 1.00 | C | 85.200 |
| STEP2 | 28-May-22 | 7 | 33 | 0.00 | B | 160.500 |
| STEP2 | 28-May-22 | 7 | 34 | 0.00 | D | 255.300 |
| STEP2 | 28-May-22 | 7 | 35 | 0.00 | A | 106.400 |
| STEP2 | 28-May-22 | 7 | 36 | 0.00 | B | 31.100 |
| STEP2 | 28-May-22 | 7 | 37 | 0.00 | E | 119.000 |
| STEP2 | 28-May-22 | 7 | 38 | 0.00 | E | 65.200 |
| STEP2 | 28-May-22 | 8 | 1 | 0.00 | D | 69.300 |
| STEP2 | 28-May-22 | 8 | 2 | 1.00 | E | 58.600 |
| STEP2 | 28-May-22 | 8 | 3 | 1.00 | B | 59.200 |
| STEP2 | 28-May-22 | 8 | 4 | 0.00 | D | 113.900 |
| STEP2 | 28-May-22 | 8 | 5 | 0.00 | D | 79.300 |
| STEP2 | 28-May-22 | 8 | 6 | 0.00 | C | 40.000 |
| STEP2 | 28-May-22 | 8 | 7 | 1.00 | C | 115.500 |
| STEP2 | 28-May-22 | 8 | 8 | 1.00 | B | 56.700 |
| STEP2 | 28-May-22 | 8 | 9 | 1.00 | A | 53.600 |
| STEP2 | 28-May-22 | 8 | 10 | 0.00 | E | 58.200 |
| STEP2 | 28-May-22 | 8 | 11 | 1.00 | B | 67.100 |
| STEP2 | 28-May-22 | 8 | 12 | 0.00 | E | 105.400 |
| STEP2 | 28-May-22 | 8 | 13 | 0.00 | E | 71.700 |
| STEP2 | 28-May-22 | 8 | 14 | 0.00 | B | 89.300 |
| STEP2 | 28-May-22 | 8 | 15 | 1.00 | E | 76.700 |
| STEP2 | 28-May-22 | 8 | 16 | 1.00 | C | 112.800 |
| STEP2 | 28-May-22 | 8 | 17 | 1.00 | B | 45.600 |
| STEP2 | 28-May-22 | 8 | 18 | 0.00 | D | 96.800 |
| STEP2 | 28-May-22 | 8 | 19 | 0.00 | D | 74.200 |
| STEP2 | 28-May-22 | 8 | 20 | 0.00 | C | 146.300 |
| STEP2 | 28-May-22 | 8 | 21 | 0.00 | E | 120.400 |
| STEP2 | 28-May-22 | 8 | 22 | 0.00 | E | 26.500 |
| STEP2 | 28-May-22 | 8 | 23 | 0.00 | E | 78.800 |
| STEP2 | 28-May-22 | 8 | 24 | 0.00 | C | 45.600 |
| STEP2 | 28-May-22 | 8 | 25 | 1.00 | B | 129.400 |
| STEP2 | 28-May-22 | 8 | 26 | 1.00 | A | 43.100 |
| STEP2 | 28-May-22 | 8 | 27 | 0.00 | A | 35.600 |
| STEP2 | 28-May-22 | 8 | 28 | 1.00 | C | 81.700 |
| STEP2 | 28-May-22 | 8 | 29 | 0.00 | D | 86.300 |
| STEP2 | 28-May-22 | 8 | 30 | 0.00 | E | 43.600 |
| STEP2 | 28-May-22 | 8 | 31 | 0.00 | A | 65.200 |
| STEP2 | 28-May-22 | 8 | 32 | 0.00 | E | 100.200 |
| STEP2 | 28-May-22 | 8 | 33 | 1.00 | D | 94.700 |
| STEP2 | 28-May-22 | 8 | 34 | 0.00 | D | 70.700 |
| STEP2 | 28-May-22 | 8 | 35 | 0.00 | B | 116.300 |
| STEP2 | 28-May-22 | 8 | 36 | 1.00 | A | 68.200 |
| STEP2 | 28-May-22 | 8 | 37 | 0.00 | B | 91.800 |
| STEP2 | 28-May-22 | 8 | 38 | 1.00 | E | 67.600 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 28-May-22 | 9 | 1 | 1.00 | C | 48.600 |
| STEP2 | 28-May-22 | 9 | 2 | 0.00 | A | 78.700 |
| STEP2 | 28-May-22 | 9 | 3 | 0.00 | D | 59.700 |
| STEP2 | 28-May-22 | 9 | 4 | 1.00 | A | 48.200 |
| STEP2 | 28-May-22 | 9 | 5 | 0.00 | A | 73.700 |
| STEP2 | 28-May-22 | 9 | 6 | 0.00 | D | 89.200 |
| STEP2 | 28-May-22 | 9 | 7 | 1.00 | D | 67.200 |
| STEP2 | 28-May-22 | 9 | 8 | 1.00 | E | 61.200 |
| STEP2 | 28-May-22 | 9 | 9 | 0.00 | D | 112.600 |
| STEP2 | 28-May-22 | 9 | 10 | 0.00 | E | 73.700 |
| STEP2 | 28-May-22 | 9 | 11 | 0.00 | A | 155.600 |
| STEP2 | 28-May-22 | 9 | 12 | 0.00 | B | 88.700 |
| STEP2 | 28-May-22 | 9 | 13 | 0.00 | E | 105.800 |
| STEP2 | 28-May-22 | 9 | 14 | 0.00 | E | 44.600 |
| STEP2 | 28-May-22 | 9 | 15 | 1.00 | D | 41.100 |
| STEP2 | 28-May-22 | 9 | 16 | 1.00 | A | 94.200 |
| STEP2 | 28-May-22 | 9 | 17 | 1.00 | D | 100.800 |
| STEP2 | 28-May-22 | 9 | 18 | 0.00 | A | 60.700 |
| STEP2 | 28-May-22 | 9 | 19 | 0.00 | C | 100.300 |
| STEP2 | 28-May-22 | 9 | 20 | 0.00 | B | 106.800 |
| STEP2 | 28-May-22 | 9 | 21 | 0.00 | D | 75.300 |
| STEP2 | 28-May-22 | 9 | 22 | 0.00 | E | 85.200 |
| STEP2 | 28-May-22 | 9 | 23 | 0.00 | A | 75.300 |
| STEP2 | 28-May-22 | 9 | 24 | 0.00 | A | 49.700 |
| STEP2 | 28-May-22 | 9 | 25 | 1.00 | E | 26.600 |
| STEP2 | 28-May-22 | 9 | 26 | 1.00 | D | 160.700 |
| STEP2 | 28-May-22 | 9 | 27 | 1.00 | D | 42.200 |
| STEP2 | 28-May-22 | 9 | 28 | 0.00 | C | 37.600 |
| STEP2 | 28-May-22 | 9 | 29 | 0.00 | C | 29.000 |
| STEP2 | 28-May-22 | 9 | 30 | 1.00 | A | 134.400 |
| STEP2 | 28-May-22 | 9 | 31 | 0.00 | E | 51.200 |
| STEP2 | 28-May-22 | 9 | 32 | 0.00 | B | 76.200 |
| STEP2 | 28-May-22 | 9 | 33 | 1.00 | C | 48.700 |
| STEP2 | 28-May-22 | 9 | 34 | 0.00 | D | 75.800 |
| STEP2 | 28-May-22 | 9 | 35 | 0.00 | D | 91.200 |
| STEP2 | 28-May-22 | 9 | 36 | 0.00 | C | 29.100 |
| STEP2 | 28-May-22 | 9 | 37 | 1.00 | C | 62.200 |
| STEP2 | 28-May-22 | 9 | 38 | 0.00 | E | 88.700 |
| STEP2 | 28-May-22 | 9 | 39 | 1.00 | A | 106.900 |
| STEP2 | 28-May-22 | 9 | 40 | 0.00 | D | 51.700 |