| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 29-Jun-22 | 2 | 1 | 0.00 | A | 37.100 |
| STEP2 | 29-Jun-22 | 2 | 2 | 0.00 | D | 112.900 |
| STEP2 | 29-Jun-22 | 2 | 3 | 1.00 | C | 40.600 |
| STEP2 | 29-Jun-22 | 2 | 4 | 0.00 | E | 119.700 |
| STEP2 | 29-Jun-22 | 2 | 5 | 0.00 | B | 44.600 |
| STEP2 | 29-Jun-22 | 2 | 6 | 0.00 | A | 67.200 |
| STEP2 | 29-Jun-22 | 2 | 7 | 0.00 | A | 42.200 |
| STEP2 | 29-Jun-22 | 2 | 8 | 0.00 | D | 47.700 |
| STEP2 | 29-Jun-22 | 2 | 9 | 0.00 | A | 99.800 |
| STEP2 | 29-Jun-22 | 2 | 10 | 1.00 | C | 52.600 |
| STEP2 | 29-Jun-22 | 2 | 11 | 1.00 | B | 87.800 |
| STEP2 | 29-Jun-22 | 2 | 12 | 0.00 | D | 69.800 |
| STEP2 | 29-Jun-22 | 2 | 13 | 1.00 | D | 143.300 |
| STEP2 | 29-Jun-22 | 2 | 14 | 0.00 | D | 85.700 |
| STEP2 | 29-Jun-22 | 2 | 15 | 0.00 | B | 113.600 |
| STEP2 | 29-Jun-22 | 2 | 16 | 0.00 | B | 99.300 |
| STEP2 | 29-Jun-22 | 2 | 17 | 0.00 | B | 86.900 |
| STEP2 | 29-Jun-22 | 2 | 18 | 0.00 | C | 56.200 |
| STEP2 | 29-Jun-22 | 2 | 19 | 1.00 | C | 73.700 |
| STEP2 | 29-Jun-22 | 2 | 20 | 0.00 | E | 70.800 |
| STEP2 | 29-Jun-22 | 2 | 21 | 1.00 | D | 156.900 |
| STEP2 | 29-Jun-22 | 2 | 22 | 1.00 | H | 133.900 |
| STEP2 | 29-Jun-22 | 2 | 23 | 0.00 | E | 44.200 |
| STEP2 | 29-Jun-22 | 2 | 24 | 1.00 | B | 100.900 |
| STEP2 | 29-Jun-22 | 2 | 25 | 1.00 | D | 128.500 |
| STEP2 | 29-Jun-22 | 2 | 26 | 0.00 | E | 176.200 |
| STEP2 | 29-Jun-22 | 2 | 27 | 1.00 | E | 68.700 |
| STEP2 | 29-Jun-22 | 2 | 28 | 0.00 | A | 154.500 |
| STEP2 | 29-Jun-22 | 2 | 29 | 1.00 | B | 36.100 |
| STEP2 | 29-Jun-22 | 2 | 30 | 0.00 | B | 113.800 |
| STEP2 | 29-Jun-22 | 2 | 31 | 1.00 | A | 202.000 |
| STEP2 | 29-Jun-22 | 2 | 32 | 1.00 | E | 125.000 |
| STEP2 | 29-Jun-22 | 2 | 33 | 0.00 | C | 92.800 |
| STEP2 | 29-Jun-22 | 2 | 34 | 1.00 | D | 127.000 |
| STEP2 | 29-Jun-22 | 2 | 35 | 1.00 | C | 87.200 |
| STEP2 | 29-Jun-22 | 2 | 36 | 1.00 | B | 75.700 |
| STEP2 | 29-Jun-22 | 2 | 37 | 0.00 | D | 24.600 |
| STEP2 | 29-Jun-22 | 2 | 38 | 0.00 | C | 83.300 |
| STEP2 | 29-Jun-22 | 2 | 39 | 0.00 | B | 73.100 |
| STEP2 | 29-Jun-22 | 2 | 40 | 1.00 | E | 33.600 |
| STEP2 | 29-Jun-22 | 3 | 1 | 1.00 | B | 77.700 |
| STEP2 | 29-Jun-22 | 3 | 2 | 0.00 | B | 40.200 |
| STEP2 | 29-Jun-22 | 3 | 3 | 1.00 | C | 186.400 |
| STEP2 | 29-Jun-22 | 3 | 4 | 1.00 | E | 33.100 |
| STEP2 | 29-Jun-22 | 3 | 5 | 1.00 | D | 132.000 |
| STEP2 | 29-Jun-22 | 3 | 6 | 0.00 | B | 130.000 |

EXHIBIT
**JX-23**

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 29-Jun-22 | 3 | 7 | 0.00 | A | 73.700 |
| STEP2 | 29-Jun-22 | 3 | 8 | 0.00 | E | 81.000 |
| STEP2 | 29-Jun-22 | 3 | 9 | 1.00 | B | 46.800 |
| STEP2 | 29-Jun-22 | 3 | 10 | 0.00 | D | 29.100 |
| STEP2 | 29-Jun-22 | 3 | 11 | 0.00 | B | 67.400 |
| STEP2 | 29-Jun-22 | 3 | 12 | 0.00 | E | 132.400 |
| STEP2 | 29-Jun-22 | 3 | 13 | 1.00 | E | 82.900 |
| STEP2 | 29-Jun-22 | 3 | 14 | 1.00 | A | 70.400 |
| STEP2 | 29-Jun-22 | 3 | 15 | 0.00 | C | 45.200 |
| STEP2 | 29-Jun-22 | 3 | 16 | 1.00 | E | 46.600 |
| STEP2 | 29-Jun-22 | 3 | 17 | 0.00 | C | 117.400 |
| STEP2 | 29-Jun-22 | 3 | 18 | 0.00 | B | 135.200 |
| STEP2 | 29-Jun-22 | 3 | 19 | 0.00 | E | 37.600 |
| STEP2 | 29-Jun-22 | 3 | 20 | 1.00 | A | 68.000 |
| STEP2 | 29-Jun-22 | 3 | 21 | 1.00 | C | 87.300 |
| STEP2 | 29-Jun-22 | 3 | 22 | 0.00 | B | 54.900 |
| STEP2 | 29-Jun-22 | 3 | 23 | 1.00 | B | 77.000 |
| STEP2 | 29-Jun-22 | 3 | 24 | 0.00 | A | 141.200 |
| STEP2 | 29-Jun-22 | 3 | 25 | 0.00 | A | 53.200 |
| STEP2 | 29-Jun-22 | 3 | 26 | 1.00 | E | 55.600 |
| STEP2 | 29-Jun-22 | 3 | 27 | 1.00 | E | 92.800 |
| STEP2 | 29-Jun-22 | 3 | 28 | 1.00 | D | 71.800 |
| STEP2 | 29-Jun-22 | 3 | 29 | 0.00 | A | 122.800 |
| STEP2 | 29-Jun-22 | 3 | 30 | 0.00 | A | 62.100 |
| STEP2 | 29-Jun-22 | 3 | 31 | 1.00 | D | 117.400 |
| STEP2 | 29-Jun-22 | 3 | 32 | 0.00 | A | 95.400 |
| STEP2 | 29-Jun-22 | 3 | 33 | 1.00 | D | 180.100 |
| STEP2 | 29-Jun-22 | 3 | 34 | 1.00 | E | 71.500 |
| STEP2 | 29-Jun-22 | 3 | 35 | 1.00 | B | 92.900 |
| STEP2 | 29-Jun-22 | 3 | 36 | 0.00 | D | 117.500 |
| STEP2 | 29-Jun-22 | 3 | 37 | 0.00 | D | 62.600 |
| STEP2 | 29-Jun-22 | 3 | 38 | 0.00 | C | 33.200 |
| STEP2 | 29-Jun-22 | 3 | 39 | 0.00 | A | 133.400 |
| STEP2 | 29-Jun-22 | 3 | 40 | 0.00 | F | 121.400 |
| STEP2 | 29-Jun-22 | 4 | 1 | 1.00 | C | 82.300 |
| STEP2 | 29-Jun-22 | 4 | 2 | 1.00 | E | 92.900 |
| STEP2 | 29-Jun-22 | 4 | 3 | 0.00 | C | 39.600 |
| STEP2 | 29-Jun-22 | 4 | 4 | 0.00 | D | 58.200 |
| STEP2 | 29-Jun-22 | 4 | 5 | 1.00 | C | 48.200 |
| STEP2 | 29-Jun-22 | 4 | 6 | 0.00 | D | 149.900 |
| STEP2 | 29-Jun-22 | 4 | 7 | 0.00 | C | 134.800 |
| STEP2 | 29-Jun-22 | 4 | 8 | 0.00 | B | 71.300 |
| STEP2 | 29-Jun-22 | 4 | 9 | 1.00 | A | 105.800 |
| STEP2 | 29-Jun-22 | 4 | 10 | 1.00 | D | 32.700 |
| STEP2 | 29-Jun-22 | 4 | 11 | 0.00 | A | 58.300 |
| STEP2 | 29-Jun-22 | 4 | 12 | 0.00 | B | 162.200 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 29-Jun-22 | 4 | 13 | 0.00 | D | 105.700 |
| STEP2 | 29-Jun-22 | 4 | 14 | 1.00 | E | 115.000 |
| STEP2 | 29-Jun-22 | 4 | 15 | 0.00 | A | 137.800 |
| STEP2 | 29-Jun-22 | 4 | 16 | 0.00 | C | 125.500 |
| STEP2 | 29-Jun-22 | 4 | 17 | 1.00 | F | 125.100 |
| STEP2 | 29-Jun-22 | 4 | 18 | 1.00 | C | 95.600 |
| STEP2 | 29-Jun-22 | 4 | 19 | 0.00 | F | 73.800 |
| STEP2 | 29-Jun-22 | 4 | 20 | 0.00 | C | 49.700 |
| STEP2 | 29-Jun-22 | 4 | 21 | 1.00 | B | 77.900 |
| STEP2 | 29-Jun-22 | 4 | 22 | 1.00 | C | 97.600 |
| STEP2 | 29-Jun-22 | 4 | 23 | 1.00 | B | 115.800 |
| STEP2 | 29-Jun-22 | 4 | 24 | 0.00 | C | 123.300 |
| STEP2 | 29-Jun-22 | 4 | 25 | 0.00 | B | 131.500 |
| STEP2 | 29-Jun-22 | 4 | 26 | 0.00 | D | 103.300 |
| STEP2 | 29-Jun-22 | 4 | 27 | 0.00 | E | 105.900 |
| STEP2 | 29-Jun-22 | 4 | 28 | 1.00 | D | 103.700 |
| STEP2 | 29-Jun-22 | 4 | 29 | 0.00 | E | 74.500 |
| STEP2 | 29-Jun-22 | 4 | 30 | 1.00 | D | 117.700 |
| STEP2 | 29-Jun-22 | 4 | 31 | 0.00 | D | 47.700 |
| STEP2 | 29-Jun-22 | 4 | 32 | 0.00 | E | 125.200 |
| STEP2 | 29-Jun-22 | 4 | 33 | 0.00 | D | 72.900 |
| STEP2 | 29-Jun-22 | 4 | 34 | 1.00 | D | 71.800 |
| STEP2 | 29-Jun-22 | 4 | 35 | 1.00 | B | 80.200 |
| STEP2 | 29-Jun-22 | 4 | 36 | 0.00 | B | 59.700 |
| STEP2 | 29-Jun-22 | 4 | 37 | 0.00 | A | 55.800 |
| STEP2 | 29-Jun-22 | 4 | 38 | 0.00 | E | 77.800 |
| STEP2 | 29-Jun-22 | 4 | 39 | 1.00 | C | 49.100 |
| STEP2 | 29-Jun-22 | 4 | 40 | 0.00 | A | 35.500 |
| STEP2 | 29-Jun-22 | 5 | 1 | 1.00 | D | 98.100 |
| STEP2 | 29-Jun-22 | 5 | 2 | 1.00 | B | 94.800 |
| STEP2 | 29-Jun-22 | 5 | 3 | 0.00 | B | 81.200 |
| STEP2 | 29-Jun-22 | 5 | 4 | 0.00 | C | 98.000 |
| STEP2 | 29-Jun-22 | 5 | 5 | 0.00 | C | 107.400 |
| STEP2 | 29-Jun-22 | 5 | 6 | 1.00 | E | 53.700 |
| STEP2 | 29-Jun-22 | 5 | 7 | 0.00 | B | 60.200 |
| STEP2 | 29-Jun-22 | 5 | 8 | 1.00 | A | 46.000 |
| STEP2 | 29-Jun-22 | 5 | 9 | 0.00 | C | 112.700 |
| STEP2 | 29-Jun-22 | 5 | 10 | 0.00 | A | 119.700 |
| STEP2 | 29-Jun-22 | 5 | 11 | 0.00 | A | 53.500 |
| STEP2 | 29-Jun-22 | 5 | 12 | 1.00 | A | 64.400 |
| STEP2 | 29-Jun-22 | 5 | 13 | 0.00 | A | 100.600 |
| STEP2 | 29-Jun-22 | 5 | 14 | 1.00 | B | 103.800 |
| STEP2 | 29-Jun-22 | 5 | 15 | 0.00 | B | 105.400 |
| STEP2 | 29-Jun-22 | 5 | 16 | 1.00 | E | 50.700 |
| STEP2 | 29-Jun-22 | 5 | 17 | 0.00 | F | 87.400 |
| STEP2 | 29-Jun-22 | 5 | 18 | 1.00 | F | 89.200 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 29-Jun-22 | 5 | 19 | 1.00 | G | 64.700 |
| STEP2 | 29-Jun-22 | 5 | 20 | 0.00 | A | 78.900 |
| STEP2 | 29-Jun-22 | 5 | 21 | 0.00 | E | 92.700 |
| STEP2 | 29-Jun-22 | 5 | 22 | 1.00 | A | 36.600 |
| STEP2 | 29-Jun-22 | 5 | 23 | 1.00 | A | 142.500 |
| STEP2 | 29-Jun-22 | 5 | 24 | 1.00 | E | 130.200 |
| STEP2 | 29-Jun-22 | 5 | 25 | 1.00 | A | 97.000 |
| STEP2 | 29-Jun-22 | 5 | 26 | 0.00 | C | 112.100 |
| STEP2 | 29-Jun-22 | 5 | 27 | 0.00 | F | 63.400 |
| STEP2 | 29-Jun-22 | 5 | 28 | 0.00 | B | 175.600 |
| STEP2 | 29-Jun-22 | 5 | 29 | 0.00 | C | 81.600 |
| STEP2 | 29-Jun-22 | 5 | 30 | 0.00 | D | 109.900 |
| STEP2 | 29-Jun-22 | 5 | 31 | 1.00 | D | 106.500 |
| STEP2 | 29-Jun-22 | 5 | 32 | 1.00 | B | 30.100 |
| STEP2 | 29-Jun-22 | 5 | 33 | 1.00 | D | 71.900 |
| STEP2 | 29-Jun-22 | 5 | 34 | 0.00 | E | 60.800 |
| STEP2 | 29-Jun-22 | 5 | 35 | 1.00 | E | 90.000 |
| STEP2 | 29-Jun-22 | 5 | 36 | 0.00 | B | 82.600 |
| STEP2 | 29-Jun-22 | 5 | 37 | 0.00 | C | 98.000 |
| STEP2 | 29-Jun-22 | 5 | 38 | 1.00 | C | 106.900 |
| STEP2 | 29-Jun-22 | 5 | 39 | 0.00 | A | 111.100 |
| STEP2 | 29-Jun-22 | 5 | 40 | 1.00 | A | 103.700 |
| STEP2 | 29-Jun-22 | 6 | 1 | 1.00 | C | 100.700 |
| STEP2 | 29-Jun-22 | 6 | 2 | 0.00 | C | 111.600 |
| STEP2 | 29-Jun-22 | 6 | 3 | 0.00 | D | 79.300 |
| STEP2 | 29-Jun-22 | 6 | 4 | 0.00 | C | 94.900 |
| STEP2 | 29-Jun-22 | 6 | 5 | 0.00 | D | 85.800 |
| STEP2 | 29-Jun-22 | 6 | 6 | 1.00 | B | 123.600 |
| STEP2 | 29-Jun-22 | 6 | 7 | 0.00 | D | 47.200 |
| STEP2 | 29-Jun-22 | 6 | 8 | 1.00 | B | 114.300 |
| STEP2 | 29-Jun-22 | 6 | 9 | 0.00 | B | 99.800 |
| STEP2 | 29-Jun-22 | 6 | 10 | 1.00 | D | 62.800 |
| STEP2 | 29-Jun-22 | 6 | 11 | 1.00 | A | 25.100 |
| STEP2 | 29-Jun-22 | 6 | 12 | 1.00 | D | 54.400 |
| STEP2 | 29-Jun-22 | 6 | 13 | 0.00 | E | 77.500 |
| STEP2 | 29-Jun-22 | 6 | 14 | 0.00 | A | 91.300 |
| STEP2 | 29-Jun-22 | 6 | 15 | 0.00 | D | 94.900 |
| STEP2 | 29-Jun-22 | 6 | 16 | 1.00 | A | 109.600 |
| STEP2 | 29-Jun-22 | 6 | 17 | 1.00 | B | 71.300 |
| STEP2 | 29-Jun-22 | 6 | 18 | 1.00 | B | 45.600 |
| STEP2 | 29-Jun-22 | 6 | 19 | 0.00 | D | 72.400 |
| STEP2 | 29-Jun-22 | 6 | 20 | 0.00 | A | 61.200 |
| STEP2 | 29-Jun-22 | 6 | 21 | 1.00 | F | 70.300 |
| STEP2 | 29-Jun-22 | 6 | 22 | 0.00 | E | 108.000 |
| STEP2 | 29-Jun-22 | 6 | 23 | 1.00 | A | 82.000 |
| STEP2 | 29-Jun-22 | 6 | 24 | 0.00 | E | 62.500 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 29-Jun-22 | 6 | 25 | 0.00 | E | 77.500 |
| STEP2 | 29-Jun-22 | 6 | 26 | 0.00 | B | 63.300 |
| STEP2 | 29-Jun-22 | 6 | 27 | 1.00 | C | 97.600 |
| STEP2 | 29-Jun-22 | 6 | 28 | 1.00 | B | 35.700 |
| STEP2 | 29-Jun-22 | 6 | 29 | 0.00 | E | 67.800 |
| STEP2 | 29-Jun-22 | 6 | 30 | 1.00 | D | 136.300 |
| STEP2 | 29-Jun-22 | 6 | 31 | 0.00 | C | 76.800 |
| STEP2 | 29-Jun-22 | 6 | 32 | 0.00 | E | 205.500 |
| STEP2 | 29-Jun-22 | 6 | 33 | 1.00 | A | 83.400 |
| STEP2 | 29-Jun-22 | 6 | 34 | 1.00 | E | 73.500 |
| STEP2 | 29-Jun-22 | 6 | 35 | 0.00 | E | 94.500 |
| STEP2 | 29-Jun-22 | 6 | 36 | 1.00 | F | 86.000 |
| STEP2 | 29-Jun-22 | 6 | 37 | 0.00 | B | 110.000 |
| STEP2 | 29-Jun-22 | 6 | 38 | 0.00 | C | 200.000 |
| STEP2 | 29-Jun-22 | 7 | 1 | 0.00 | A | 80.900 |
| STEP2 | 29-Jun-22 | 7 | 2 | 1.00 | B | 60.800 |
| STEP2 | 29-Jun-22 | 7 | 3 | 0.00 | C | 93.200 |
| STEP2 | 29-Jun-22 | 7 | 4 | 0.00 | B | 155.500 |
| STEP2 | 29-Jun-22 | 7 | 5 | 1.00 | D | 92.800 |
| STEP2 | 29-Jun-22 | 7 | 6 | 0.00 | B | 128.600 |
| STEP2 | 29-Jun-22 | 7 | 7 | 1.00 | B | 114.500 |
| STEP2 | 29-Jun-22 | 7 | 8 | 0.00 | A | 37.600 |
| STEP2 | 29-Jun-22 | 7 | 9 | 1.00 | A | 115.200 |
| STEP2 | 29-Jun-22 | 7 | 10 | 1.00 | C | 93.400 |
| STEP2 | 29-Jun-22 | 7 | 11 | 0.00 | E | 76.800 |
| STEP2 | 29-Jun-22 | 7 | 12 | 1.00 | C | 143.400 |
| STEP2 | 29-Jun-22 | 7 | 13 | 0.00 | A | 69.400 |
| STEP2 | 29-Jun-22 | 7 | 14 | 1.00 | A | 52.700 |
| STEP2 | 29-Jun-22 | 7 | 15 | 0.00 | D | 83.500 |
| STEP2 | 29-Jun-22 | 7 | 16 | 0.00 | E | 65.700 |
| STEP2 | 29-Jun-22 | 7 | 17 | 0.00 | C | 146.500 |
| STEP2 | 29-Jun-22 | 7 | 18 | 0.00 | A | 86.300 |
| STEP2 | 29-Jun-22 | 7 | 19 | 0.00 | A | 84.800 |
| STEP2 | 29-Jun-22 | 7 | 20 | 0.00 | I | 110.000 |
| STEP2 | 29-Jun-22 | 7 | 21 | 1.00 | D | 92.700 |
| STEP2 | 29-Jun-22 | 7 | 22 | 0.00 | E | 88.800 |
| STEP2 | 29-Jun-22 | 7 | 23 | 0.00 | B | 135.300 |
| STEP2 | 29-Jun-22 | 7 | 24 | 1.00 | C | 39.300 |
| STEP2 | 29-Jun-22 | 7 | 25 | 1.00 | D | 52.800 |
| STEP2 | 29-Jun-22 | 7 | 26 | 0.00 | C | 114.900 |
| STEP2 | 29-Jun-22 | 7 | 27 | 1.00 | C | 33.100 |
| STEP2 | 29-Jun-22 | 7 | 28 | 0.00 | D | 77.900 |
| STEP2 | 29-Jun-22 | 7 | 29 | 1.00 | C | 110.000 |
| STEP2 | 29-Jun-22 | 7 | 30 | 0.00 | C | 64.000 |
| STEP2 | 29-Jun-22 | 7 | 31 | 1.00 | B | 135.200 |
| STEP2 | 29-Jun-22 | 7 | 32 | 1.00 | A | 125.000 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 29-Jun-22 | 7 | 33 | 1.00 | E | 48.700 |
| STEP2 | 29-Jun-22 | 7 | 34 | 1.00 | D | 79.800 |
| STEP2 | 29-Jun-22 | 7 | 35 | 0.00 | A | 51.700 |
| STEP2 | 29-Jun-22 | 7 | 36 | 0.00 | A | 55.700 |
| STEP2 | 29-Jun-22 | 7 | 37 | 0.00 | A | 86.400 |
| STEP2 | 29-Jun-22 | 7 | 38 | 1.00 | D | 101.700 |
| STEP2 | 29-Jun-22 | 7 | 39 | 0.00 | B | 76.100 |
| STEP2 | 29-Jun-22 | 7 | 40 | 0.00 | E | 95.800 |
| STEP2 | 29-Jun-22 | 8 | 1 | 1.00 | C | 64.200 |
| STEP2 | 29-Jun-22 | 8 | 2 | 1.00 | D | 79.700 |
| STEP2 | 29-Jun-22 | 8 | 3 | 1.00 | D | 91.000 |
| STEP2 | 29-Jun-22 | 8 | 4 | 0.00 | A | 89.400 |
| STEP2 | 29-Jun-22 | 8 | 5 | 0.00 | C | 109.900 |
| STEP2 | 29-Jun-22 | 8 | 6 | 0.00 | B | 196.700 |
| STEP2 | 29-Jun-22 | 8 | 7 | 1.00 | D | 60.200 |
| STEP2 | 29-Jun-22 | 8 | 8 | 0.00 | C | 168.500 |
| STEP2 | 29-Jun-22 | 8 | 9 | 0.00 | E | 66.500 |
| STEP2 | 29-Jun-22 | 8 | 10 | 0.00 | A | 116.000 |
| STEP2 | 29-Jun-22 | 8 | 11 | 0.00 | D | 135.400 |
| STEP2 | 29-Jun-22 | 8 | 12 | 0.00 | E | 70.400 |
| STEP2 | 29-Jun-22 | 8 | 13 | 1.00 | B | 152.300 |
| STEP2 | 29-Jun-22 | 8 | 14 | 0.00 | D | 104.900 |
| STEP2 | 29-Jun-22 | 8 | 15 | 0.00 | D | 132.800 |
| STEP2 | 29-Jun-22 | 8 | 16 | 0.00 | D | 87.900 |
| STEP2 | 29-Jun-22 | 8 | 17 | 1.00 | B | 75.300 |
| STEP2 | 29-Jun-22 | 8 | 18 | 0.00 | A | 93.800 |
| STEP2 | 29-Jun-22 | 8 | 19 | 0.00 | B | 49.700 |
| STEP2 | 29-Jun-22 | 8 | 20 | 1.00 | E | 90.800 |
| STEP2 | 29-Jun-22 | 8 | 21 | 1.00 | C | 71.000 |
| STEP2 | 29-Jun-22 | 8 | 22 | 1.00 | D | 71.900 |
| STEP2 | 29-Jun-22 | 8 | 23 | 0.00 | E | 74.400 |
| STEP2 | 29-Jun-22 | 8 | 24 | 0.00 | D | 90.400 |
| STEP2 | 29-Jun-22 | 8 | 25 | 0.00 | E | 146.900 |
| STEP2 | 29-Jun-22 | 8 | 26 | 0.00 | A | 76.500 |
| STEP2 | 29-Jun-22 | 8 | 27 | 1.00 | E | 90.300 |
| STEP2 | 29-Jun-22 | 8 | 28 | 1.00 | A | 114.600 |
| STEP2 | 29-Jun-22 | 8 | 29 | 1.00 | B | 87.000 |
| STEP2 | 29-Jun-22 | 8 | 30 | 1.00 | B | 77.000 |
| STEP2 | 29-Jun-22 | 8 | 31 | 0.00 | A | 111.800 |
| STEP2 | 29-Jun-22 | 8 | 32 | 0.00 | D | 55.700 |
| STEP2 | 29-Jun-22 | 8 | 33 | 1.00 | B | 88.200 |
| STEP2 | 29-Jun-22 | 8 | 34 | 1.00 | D | 75.300 |
| STEP2 | 29-Jun-22 | 8 | 35 | 0.00 | D | 78.100 |
| STEP2 | 29-Jun-22 | 8 | 36 | 0.00 | A | 69.300 |
| STEP2 | 29-Jun-22 | 8 | 37 | 0.00 | D | 49.100 |
| STEP2 | 29-Jun-22 | 8 | 38 | 0.00 | E | 127.700 |

| EXAM | TEST_DATE | SECTION_ENCOUNTER_ORDER | ITEM_SEQUENCE | score | resp | ITIME |
|---|---|---|---|---|---|---|
| STEP2 | 29-Jun-22 | 9 | 1 | 0.00 | C | 41.700 |
| STEP2 | 29-Jun-22 | 9 | 2 | 0.00 | A | 83.200 |
| STEP2 | 29-Jun-22 | 9 | 3 | 1.00 | E | 87.900 |
| STEP2 | 29-Jun-22 | 9 | 4 | 1.00 | E | 96.000 |
| STEP2 | 29-Jun-22 | 9 | 5 | 0.00 | A | 35.500 |
| STEP2 | 29-Jun-22 | 9 | 6 | 1.00 | C | 78.600 |
| STEP2 | 29-Jun-22 | 9 | 7 | 0.00 | E | 63.700 |
| STEP2 | 29-Jun-22 | 9 | 8 | 0.00 | C | 83.500 |
| STEP2 | 29-Jun-22 | 9 | 9 | 0.00 | B | 99.400 |
| STEP2 | 29-Jun-22 | 9 | 10 | 0.00 | A | 87.800 |
| STEP2 | 29-Jun-22 | 9 | 11 | 0.00 | C | 99.600 |
| STEP2 | 29-Jun-22 | 9 | 12 | 0.00 | E | 55.600 |
| STEP2 | 29-Jun-22 | 9 | 13 | 1.00 | A | 89.800 |
| STEP2 | 29-Jun-22 | 9 | 14 | 0.00 | B | 129.200 |
| STEP2 | 29-Jun-22 | 9 | 15 | 0.00 | A | 91.000 |
| STEP2 | 29-Jun-22 | 9 | 16 | 0.00 | D | 47.200 |
| STEP2 | 29-Jun-22 | 9 | 17 | 0.00 | E | 145.600 |
| STEP2 | 29-Jun-22 | 9 | 18 | 1.00 | B | 45.100 |
| STEP2 | 29-Jun-22 | 9 | 19 | 0.00 | B | 99.400 |
| STEP2 | 29-Jun-22 | 9 | 20 | 0.00 | C | 111.200 |
| STEP2 | 29-Jun-22 | 9 | 21 | 1.00 | D | 138.100 |
| STEP2 | 29-Jun-22 | 9 | 22 | 1.00 | C | 74.800 |
| STEP2 | 29-Jun-22 | 9 | 23 | 1.00 | B | 138.200 |
| STEP2 | 29-Jun-22 | 9 | 24 | 0.00 | A | 88.000 |
| STEP2 | 29-Jun-22 | 9 | 25 | 0.00 | B | 51.300 |
| STEP2 | 29-Jun-22 | 9 | 26 | 0.00 | D | 158.700 |
| STEP2 | 29-Jun-22 | 9 | 27 | 0.00 | A | 82.700 |
| STEP2 | 29-Jun-22 | 9 | 28 | 1.00 | D | 82.700 |
| STEP2 | 29-Jun-22 | 9 | 29 | 1.00 | F | 45.700 |
| STEP2 | 29-Jun-22 | 9 | 30 | 1.00 | E | 83.800 |
| STEP2 | 29-Jun-22 | 9 | 31 | 1.00 | D | 50.300 |
| STEP2 | 29-Jun-22 | 9 | 32 | 0.00 | D | 142.500 |
| STEP2 | 29-Jun-22 | 9 | 33 | 1.00 | B | 53.700 |
| STEP2 | 29-Jun-22 | 9 | 34 | 1.00 | E | 77.800 |
| STEP2 | 29-Jun-22 | 9 | 35 | 0.00 | D | 77.200 |
| STEP2 | 29-Jun-22 | 9 | 36 | 1.00 | B | 42.200 |
| STEP2 | 29-Jun-22 | 9 | 37 | 0.00 | D | 76.500 |
| STEP2 | 29-Jun-22 | 9 | 38 | 0.00 | D | 129.500 |
| STEP2 | 29-Jun-22 | 9 | 39 | 0.00 | D | 85.400 |
| STEP2 | 29-Jun-22 | 9 | 40 | 1.00 | C | 111.500 |

NBME000413