BEREA COLLEGE DISABILITY SERVICES PROGRESS NOTE

Name: Markus Kitchens            Date: 1/10/13

Markus referred to me by Sue Reimondo PhD after reporting to her that he feels he has symptoms of ADD/ADHD. Spent some time in diagnostic interview and learned that he reports had symptoms dating back to 1st grade, at which time it was suggested he be retained. He reports his mom refused this, became hypervigilant and by his description micro managed him in a positive way with structure, predictability and high involvement with her and with extra curricular activities.

He reports this went well and he had no problems with functioning up until recently. He reports he is not on academic probation—but over the past few semesters has gotten one F, one D "and B's and C's are now the rule not A's and B's"

At this point in the discussion, he revealed that his wish is not for accommodations—but for medication. I referred him to staff MD at this point—explained to him my role, and asked him to return if his request for medication from staff MD did not successfully resolve his concerns—so that I could do further assessment at that time.

_____          1/10/13
Cynthia Reed, MSW, LCSW                  Date
Disability Services Coordinator

EXHIBIT
PX05

PX0040