

**Name:** Markcus Z Kitchens  **DOB:** ▇▇▇▇  **Student ID:** B00636106
(M)
**Diagnosis:** Attention deficit disorder Without mention of hyperactivity

---

**Berea College Health Service**
Berea, KY 404030001
(859)985-3212

Markcus Z Kitchens (M) [1134]                          Note Date: 01/11/2013 03:19 PM
Pt. Phone: (423)314-4096        DOB: ▇▇▇▇ (Age 20) SSN: ▇▇▇▇

**Summary of note:** Attention deficit disorder Without mention of hyperactivity
**Allergies:** (None)
**Current Medications:** (None)

**Intake:**

| BP | Height | Weight | Temp | Pulse | Respiratory Rate |
|---|---|---|---|---|---|
| 117/67 | 71.5" | 140 lbs |  | 62 |  |

19.3

Patient saw Cindy and they discussed patient possibly goin on Adderall.
- Entered by Miriam David, MD on Jan-11-2013 03:49 PM

**Subjective:**
STates he has more problems with studying/homework than with focusing in class. More problems with tests than with homework.
- Entered by Miriam David, MD on Jan-11-2013 03:49 PM

**Objective:**
No exam. His BP is fine. His wt is noted- -apparently is a paternal trait to b 'skinny'.
- Entered by Miriam David, MD on Jan-11-2013 03:49 PM

**Assessment:**
1)Attention deficit disorder Without mention of hyperactivity - 314.00

Probable
- Entered by Miriam David, MD on Jan-11-2013 03:49 PM

**Plan:**
Office or other outpatient visit for the evaluation and management of an establi

1. Start Adderall 20mg, Qam #30, nrf. He may adjust this as needed, ie, 1/2 in am, 1/2 at noon, or maybe even as late as 4pm whichever seems to work better for him.
2. Check back with Cindy also about this issue.
3. RTO to see me in 30 days.
- Entered by Miriam David, MD on Jan-11-2013 03:49 PM

Signed by: Miriam David, MD on Jan-11-2013 03:49 PM
Signed by: Miriam David, MD on Jan-11-2013 03:49 PM

*Locked by: Miriam David, MD on Jan-11-2013 03:49 PM*

This document has been signed electronically.

EXHIBIT
PX06

052

**Name:** Markcus Z Kitchens **DOB:** ▮ (M) **Student ID:** B00636106
**Diagnosis:** Attention deficit disorder Without mention of hyperactivity