(047)

**Name:** Markcus Z Kitchens (M) **DOB:** ▉ **Student ID:** B00636106
**Diagnosis:** Attention deficit disorder Without mention of hyperactivity

---

**Berea College Health Service**
**Berea, KY 404030001**
**(859)985-3212**

Markcus Z Kitchens (M) [1134]       Note Date: 08/05/2013 01:03 PM
Pt. Phone: (423)314-4096    DOB: ▉   (Age 21)  SSN: ▉

**Summary of note:** Attention deficit disorder Without mention of hyperactivity
**Allergies:** No known drug allergies -
**Current Medications:** (None)

**Intake:**

| BP | Height | Weight | Temp | Pulse | Respiratory Rate |
|---|---|---|---|---|---|
| 106/64 | 71" | 139 lbs | | 54 | |

19.4

Signed by: Glynda Glontz on Aug-05-2013 at 01:03 PM

Was once prescribed Adderall and wants it back, never went and got the rx so has never taken it..
- Entered by Miriam David, MD on Aug-05-2013 02:44 PM

**Subjective:**
Is applying to med school, taking MCAT and thinks this will help him focus on his future. He saw Cindy R. last semester who concurred that he does have ADD. Has no explantion why he didn't use it in the past. Does not smoke or use illegal drugs.
- Entered by Miriam David, MD on Aug-05-2013 02:44 PM

**Objective:**
Lungs: clear. CV- -RRR <60BPM. Abd: NT, no HSM. Extrem: no edema.
- Entered by Miriam David, MD on Aug-05-2013 02:44 PM

**Assessment:**
1) Attention deficit disorder Without mention of hyperactivity - 314.00

**Plan:**
Office or other outpatient visit for the evaluation and management of an establi
**RX:** amphetamine-dextroamphetamine 20 mg tablet [Adderall] Take 1 Tablet every morning Take one tablet in the AM Qty 30. No Refills.

1. Will start Adderall and see how he does for 1 mon.
2. RTO 1 mo.
 - Entered by Miriam David, MD on Aug-05-2013 02:44 PM

Signed by: Miriam David, MD on Aug-05-2013 02:44 PM

Locked by: Miriam David, MD on Aug-05-2013 02:44 PM

This document has been signed electronically.

EXHIBIT PX09

PX0045                                                                  NBMEWHC0058

(048)

**Name:** Markcus Z Kitchens  **DOB:** ▮▮▮▮  **Student ID:** B00636106
(M)
**Diagnosis:** Attention deficit disorder Without mention of hyperactivity

---

This document has been signed electronically.

2 of 2