
(043)

| Name: | Markcus Z Kitchens (M) | DOB: | | Student ID: B00636106 |
| --- | --- | --- | --- | --- |
| Diagnosis: | Attention deficit disorder Without mention of hyperactivity | | | |

**Berea College Health Service**
**Berea, KY 404030001**
**(859)985-3212**

Markcus Z Kitchens (M) [1134]                                    Note Date: 03/20/2014 02:10 PM
Pt. Phone: (423)314-4096        DOB:           (Age 22) SSN:

**Summary of note:** Attention deficit disorder Without mention of hyperactivity
**Allergies:** No known drug allergies -
**Current Medications:** (None)

**Intake:**

| BP | Height | Weight | Temp | Pulse | Respiratory Rate |
| --- | --- | --- | --- | --- | --- |
| 114/76 | 71" | 136 lbs | | 94 | |

19

Signed by: Glynda Glontz on Mar-20-2014 at 02:10 PM

Refills. 2. Wants to talk about sugar problems??
- Entered by Miriam David, MD on Mar-20-2014 02:30 PM

**Subjective:**
Several folks think he might have diabetes or that he is hypoglycemic. At end of day sometimes 'gives out.' Dirnks a lot everyday- -carrys water around. He does not think he is diabetic. Is very active....schedule is full; will take MCAT in 10 days.
- Entered by Miriam David, MD on Mar-20-2014 02:30 PM

**Objective:**
2 hr PP= 86.
- Entered by Miriam David, MD on Mar-20-2014 02:30 PM

**Assessment:**
1) Attention deficit disorder Without mention of hyperactivity - 314.00

**Plan:**
Office or other outpatient visit for the evaluation and management of an establi; Glucose, blood by glucose monitoring device(s) cleared by the FDA specifically f
**RX:** amphetamine-dextroamphetamine 20 mg tablet [Amphetamine Salt Combo] Take 1 Tablet as directed Take one tablet in AM Qty 30. No Refills.

1. I don't think this young man has DM.
2. I did RF his stimulant. KASPER entered in chart.
3. RTO in 1 mon.
- Entered by Miriam David, MD on Mar-20-2014 02:30 PM

**Nurse Notes:**
**Glucose by Finger Puncture**

This document has been signed electronically.

EXHIBIT PX11

(044)

**Name:** Markcus Z Kitchens **DOB:** ███ **Student ID:** B00636106
(M)
**Diagnosis:** Attention deficit disorder Without mention of hyperactivity

---

Patient is 2 hours post prandial.

**Glucose by finger puncture  Normal (nondiabetic fasting =70 - 100 mg/dL) :86 mg/dL**

Signed by: Glynda Clontz on Mar-20-2014 at 02:22 PM

Signed by: Miriam David, MD on Mar-20-2014 02:30 PM

*Locked by: Miriam David, MD on Mar-20-2014 02:30 PM*