


010

| | |
|---|---|
| PATIENT: | Markcus Kitchens |
| DATE OF BIRTH: | ███ |
| DATE: | 02/15/2016 09:24 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Office Visit |
| PROVIDER: | Vicki Hackman, MD |

This 24 year old male presents for School PE and ROS.

**History of Present Illness:**
1. School PE
 sayshe is here for medical school physical; was here 2014 for same thing with colleen ambrose

going to Hope Medial,
going to study abroad Medical school in Poland
lives in berea;
finished college 2014.

reviewed forms with patinet;
recently had PPD but not in the past; always negative PPD:
2. ROS

**PAST MEDICAL/SURGICAL HISTORY** (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| ADD | | | | |
| wisdom teeth removal | | | | |

**Family History** (Detailed)
Patient reports there is no relevant family history.
SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is *English.

Kitchens, Markcus Z. 000000056088   02/15/2016 09:24 AM 1/4

EXHIBIT PX16

PX0060

NBMEWHC0021

EDUCATION/EMPLOYMENT/OCCUPATION
The patient has a(n) college education.

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | Store manager 1 y | | | |

(011)

MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Currently single.
ALCOHOL
There is no history of alcohol use.

## Social History:
Tobacco use reviewed.
Reviewed, no changes. Last detailed document date: 02/15/2016.

## Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:29 AM | 96/54 | 66 | 12 | 97.70 | 5.0 | 11.00 | 180.34 | 139.00 | 63.049 | | 19.39 | 0 | | 98 |

| Source | Oxygen | O2 Ambient | Measured |
|---|---|---|---|
| RA | | | |

MEASURED BY

| Time | Measured by |
|---|---|
| 9:29 AM | Linda Mills, CMA |



## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Ears | * | Canal - Right: excess cerumen, Left: excess cerumen. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nasopharynx | Normal | Lips/teeth/gums - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. No abdominal tenderness. No hepatic enlargement. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Immunizations

Immunizations reviewed this visit.

### Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Encounter for general adult medical examination without abnormal findings (Z00.00). |
|  | Plan Orders | CBC with Diff to be performed Today, CMP to be performed Today and SED rate, automated to be performed Today. |
| 2. | Assessment | Screening for Hep C (Z11.59). |
|  | Plan Orders | Hep B Surface Ab, Qual (499) to be performed Today, Hep B Surface Ag to be performed Today and Hep C AB W/ Ref to Hep C Virus RNA, Quan, R-T PCR (914388) to be performed Today. |
| 3. | Assessment | Screening for HIV (human immunodeficiency virus) (Z11.4). |
|  | Plan Orders | HIV Ab to be performed Today. |
| 4. | Assessment | Encounter for screening for respiratory tuberculosis (Z11.1). |
|  | Plan Orders | Further diagnostic evaluations ordered today include(s) XRAY, CHEST (2 VIEWS) to be performed. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 02/15/2016 | CBC with Diff | Today | |
| ordered | 02/15/2016 | CMP | Today | |
| ordered | 02/15/2016 | SED rate, automated | Today | |
| ordered | 02/15/2016 | XRAY, CHEST (2 VIEWS) | | |
| ordered | 02/15/2016 | HIV Ab | Today | |
| ordered | 02/15/2016 | Hep C AB W/ Ref to Hep C Virus RNA, | Today | |

Kitchens, Markcus Z. 000000056088          02/15/2016 09:24 AM 3/4

013

| ordered | 02/15/2016 | Quan, R-T PCR (914388) | |
|---|---|---|---|
| ordered | 02/15/2016 | Hep B Surface Ab, Qual (499) | Today |
| ordered | 02/15/2016 | Hep B Surface Ag | Today |

## Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| | Adderall 20 mg tablet | take 1 tablet by oral route every day before breakfast | | 02/15/2016 |

*Provider: Vicki Hackman MD 02/15/2016 10:10 AM*
*Document generated by: Vicki Hackman 02/15/2016 10:10 AM*

Electronically signed by Vicki Hackman MD on 02/15/2016 09:11 PM

Kitchens, Markcus Z. 000000056088    02/15/2016 09:24 AM 4/4

PX0063    NBMEWHC0024