Name: Markcus Kitchens | DOB: ▇▇▇▇▇▇ | MRN: 8912785729 | PCP: Arthur G Yin, MD | Legal Name: Markcus Kitchens



AFTER VISIT SUMMARY
**Markcus Kitchens**   MRN: 8912785729

📅 3/23/2021   1:15 PM   📍 BAPTIST HEALTH MEDICAL GROUP PRIMARY CARE 859-624-6366

---

**Instructions**  from Arthur G Yin, MD



**Today's medication changes**

➡ START taking:
   **propranolol** (INDERAL)

❌ STOP taking:
   **busPIRone** 5 MG tablet (BUSPAR)

Accurate as of March 23, 2021 11:59 PM.
Review your updated medication list below.

🛒 **Pick up these medications at WALGREENS DRUG STORE #19411 - RICHMOND, KY - 654 UNIVERSITY SHOPPING CENTER AT UNIVERSITY SHOPING CNTR & LANCASTER - 859-623-7326 PH - 859-626-9679 FX**

amphetamine-dextroamphetamine • propranolol

Address:   654 UNIVERSITY SHOPPING CENTER, RICHMOND KY 40475-2614
Phone:     859-623-7326

---

**Today's Visit**

You saw Arthur G Yin, MD on Tuesday March 23, 2021. The following issue was addressed: Anxiety.

| | | | |
|---|---|---|---|
| ❤ Blood Pressure<br>122/80 | 🧍 BMI<br>19.94 | ⚖ Weight<br>143 lb | 📏 Height<br>71" |
| 🌡 Temperature<br>99.3 °F | 💓 Pulse<br>79 | 🫁 Oxygen Saturation<br>99% | |

**What's Next**
You currently have no upcoming appointments scheduled.

**Opioid Resource**
If you or someone you know needs information on substance abuse, please visit
https://www.findhelpnowky.org/ for listings of facilities and resources across Kentucky.

---

**COVID-19 Vaccination Information**
**Why Get Vaccinated?**
Building defenses against COVID-19 is a team effort, and you are a key part of that team. Getting the COVID-19 vaccine adds one more layer of protection for you, your coworkers, and family. Here are ways you can build people's confidence in the COVID-19 vaccines in your community and at home.
- Get vaccinated and enroll in the v-safe text messaging program to help CDC monitor vaccine safety.
- Tell others why you are getting vaccinated and encourage them to get vaccinated. Share your success story.
- Learn how to have conversations about COVID-19 vaccine with coworkers, family, and friends.
- https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html

**How do I schedule an appointment for a vaccine?**
https://www.vaccines.gov/ helps you find locations that carry COVID-19 vaccines and their contact information. Because every location handles appointments differently, you will need to schedule your appointment directly with the location you choose.

PX0071

EXHIBIT
PX19

**Your Medication List** as of March 23, 2021 11:59 PM

 Always use your most recent med list.

| | |
|---|---|
| **amphetamine-dextroamphetamine** 15 MG tablet<br>Commonly known as: **ADDERALL** | Take 1 tablet by mouth 2 (Two) Times a Day. |
| **propranolol** 20 MG tablet<br>Commonly known as: **INDERAL**<br>Started by: Arthur G Yin, MD<br>START | Take 1 tablet by mouth 3 (Three) Times a Day. |

## Patient Experience

Thank you for choosing Baptist Health. You may receive a survey following your visit. Please take a moment to share what went well, where we need improvement, and which staff members deserve recognition. We value your input.

## Access to Your Information

At Baptist Health, we believe that sharing information builds trust and better relationships. We believe that you should be able to see your results in MyChart as soon as they are available. However, this means that you may see results even before your healthcare provider has reviewed them. Some test results may be hard to understand and may show a mild or serious disease or condition. You may choose to view your results immediately, or you may prefer to wait until your provider's office contacts you. Waiting will allow your provider to discuss your results in detail and provide important education about your condition. If you have not heard within a few days, you may want to contact your provider's office before viewing the results on your own.

**PX0072**