

# CONNERS CPT3
## Continuous Performance Test 3rd Edition
C. Keith Conners, Ph.D.

# Assessment Report

| | |
|---|---|
| Name/ID: | MARKCUS KITCHENS |
| Age: | 31 |
| Gender: | Male |
| Birth Date: | ■■■■ |
| Administration Date: | February 3, 2023 |
| Normative Option: | Gender Specific norms |
| Input Device: | Keyboard |
| Assessor's Name: | |
| Medication/Notes: | |

This Assessment Report is intended for use by qualified assessors only, and is not to be shown or presented to the respondent or any other unqualified individuals or used as the sole basis for clinical diagnosis or intervention. Administrators are cautioned against drawing unsupported interpretations. To obtain a comprehensive view of the individual, information from this report should be combined with information gathered from other psychometric measures, interviews, observations, and available records. This report is based on an algorithm that produces the most common interpretations of the obtained scores. Additional interpretive information is found in the *Conners CPT 3 Manual* (published by MHS).



Copyright © 2014 Multi-Health Systems Inc. All rights reserved.
P.O. Box 950, North Tonawanda, NY 14120-0950
3770 Victoria Park Ave., Toronto, ON M2H 3M6

**EXHIBIT PX26**

Doc #12
PX0102

NBMEBACON0028

# Introduction



The Conners Continuous Performance Test 3rd Edition (Conners CPT 3™) assesses attention-related problems in individuals aged 8 years and older. During the 14-minute, 360-trial administration, respondents are required to respond when any letter appears, except the non-target letter "X." By indexing the respondent's performance in areas of inattentiveness, impulsivity, sustained attention, and vigilance, the Conners CPT 3 can be a useful adjunct to the process of diagnosing Attention-Deficit/Hyperactivity Disorder (ADHD), as well as other psychological and neurological conditions related to attention.

# Validity of Administration

The Conners CPT 3 performs a validity check based on the number of hits and omission errors committed, as well as a self-diagnostic check of the accuracy of the timing of each administration. If there is an insufficient number of hits to compute scores, and/or if the omission error rate exceeds 25%, these issues will be noted. Also, the program will issue a warning message noting that the administration was invalid if a timing issue is detected.

There was no indication of any validity issues; the current administration should be considered valid.

# Response Style Analysis

The variable $C$ represents an individual's natural response style in tasks that involve a speed-accuracy trade-off. Based on his or her score on this variable, a respondent can be classified as having one of the following three response styles: a **conservative** style (T-score $\geq$ 60) of responding that emphasizes accuracy over speed; a **liberal** style (T-score $\leq$ 40) of responding that emphasizes speed over accuracy; or a **balanced** style (T-score = 41–59) of responding that is sensitive to both speed and accuracy. Based on MARKCUS's responses, he has a conservative style of responding that emphasizes accuracy over speed (T-score = 60). This response style is often associated with slower reaction times, more omission errors (failure to respond to targets), and fewer commission errors (incorrect responses to non-targets). The influence of MARKCUS's conservative response style on other Conners CPT 3 scores should be taken into consideration throughout the interpretation process.

# T-score Guidelines

The guidelines in the following table apply to all T-scores in this report.

| Guidelines | | | |
|---|---|---|---|
| T-score | For Hit Reaction Time (HRT) | T-score | For all other variables |
| 70+ | Atypically Slow | 70+ | Very Elevated |
| 60-69 | Slow | 60-69 | Elevated |
| 55-59 | A Little Slow | 55-59 | High Average |
| 45-54 | Average | 45-54 | Average |
| 40-44 | A Little Fast | < 45 | Low |
| < 40 | Atypically Fast | | |

# Overview of Conners CPT 3 Scores

**MHS**

This section provides an overview of MARKCUS's Conners CPT 3 scores.



| Variable Type | Measure | T-score | Guideline | Interpretation |
|---|---|---|---|---|
| Detectability | d' | 73 | Very Elevated | Pronounced difficulty differentiating targets from non-targets. |
| Error Type | Omissions | 90 | Very Elevated | Very high rate of missed targets. |
| Error Type | Commissions | 64 | Elevated | High rate of incorrect responses to non-targets. |
| Error Type | Perseverations | 71 | Very Elevated | Very high rate of random, repetitive, or anticipatory responses. |
| Reaction Time Statistics | HRT | 90 | Atypically Slow | Very slow mean response speed. |
| Reaction Time Statistics | HRT SD | 90 | Very Elevated | Very high inconsistency in reaction times. |
| Reaction Time Statistics | Variability | 78 | Very Elevated | Very high variability in reaction time consistency. |
| Reaction Time Statistics | HRT Block Change | 64 | Elevated | Substantial reduction in response speed in later blocks. |
| Reaction Time Statistics | HRT ISI Change | 90 | Very Elevated | Very substantial reduction in response speed at longer ISIs. |

Summary: Relative to the normative sample, MARKCUS was less able to differentiate targets from non-targets, made more omission errors, made more commission errors, made more perseverative errors, responded more slowly, displayed less consistency in response speed, displayed more variability in response speed, displayed more of a reduction in response speed in later blocks and displayed more of a reduction in response speed at longer ISIs.

Overall, MARKCUS has a total of 9 atypical T-scores, which is associated with a very high likelihood of having a disorder characterized by attention deficits, such as ADHD. Note that other psychological and/or neurological conditions with symptoms of impaired attention can also lead to atypical scores on the Conners CPT 3.

MARKCUS's profile of scores and response pattern indicates that he may have issues related to:
• Inattentiveness (Strong Indication)  • Sustained Attention (Some Indication)  • Vigilance (Some Indication)

Ver. 1.1
Copyright © 2014 Multi-Health Systems Inc. All rights reserved.
3
2/3/2023
Conners CPT 3 Report: MARKCUS KITCHENS
PX0104
NBMEBACON0030

## Measures of Inattentiveness



This section summarizes MARKCUS's scores on the inattentiveness measures and provides information about how he compares to the normative group. Indicators of inattentiveness on the Conners CPT 3 are poor Detectability (d'), a high percentage of Omissions and Commissions, a slow Hit Reaction Time (HRT), as well as high levels of inconsistency in response speed (Hit Reaction Time Standard Deviation [HRT SD] and Variability).



| | Detectability (d') | Omissions | Commissions | HRT | HRT SD | Variability |
|---|---|---|---|---|---|---|
| T-score | 73 | 90 | 64 | 90 | 90 | 78 |
| Guideline | Very Elevated | Very Elevated | Elevated | Atypically Slow | Very Elevated | Very Elevated |

Detectability (d') measures the respondent's ability to differentiate non-targets (i.e., the letter X) from targets (i.e., all other letters). MARKCUS's T-score is 73 and falls in the **Very Elevated** range. This result means that his ability to discriminate non-targets from targets was very poor when compared to the normative group. Poor ability to differentiate non-targets from targets is an indicator of inattentiveness.

Omissions result from a failure to respond to targets. MARKCUS's T-score is 90 and falls in the **Very Elevated** range. This result means that he missed a much higher percentage of targets when compared to the normative group. Failure to respond to targets is an indicator of inattentiveness.

Commissions are made when responses are given to non-targets. MARKCUS's T-score is 64 and falls in the **Elevated** range. This result means that he responded to a higher percentage of non-targets when compared to the normative group. A high level of commission errors may be related to inattentiveness and/or impulsivity. The combination of MARKCUS's slow response times (see HRT, below) and high commission errors is an indicator of inattentiveness.

HRT is the mean response speed of correct responses for the whole administration. MARKCUS's T-score is 90 and falls in the **Atypically Slow** range. This result means that his response speed was much slower than the normative group's response speed. This may indicate that MARKCUS was not processing targets efficiently. Note that HRT may also be affected by response style; MARKCUS's conservative response style may have contributed to the slower response speed. See the *Response Style Analysis* section of this report for more interpretive information.

HRT SD is a measure of response speed consistency during the entire administration. MARKCUS's T-score is 90 and falls in the **Very Elevated** range. This result means that his response speed was much less consistent than the normative group. This suggests that MARKCUS was more inattentive and processed stimuli less efficiently during some portions of the administration.

Variability, like HRT SD, is a measure of response speed consistency; however, Variability is a "within respondent" measure; that is, the amount of variability that MARKCUS showed in 18 separate segments of the administration in relation to his own overall HRT SD. MARKCUS's T-score is 78 and falls in the **Very Elevated** range. This result means his response speed variability was much higher when compared to the normative group. High response speed variability indicates that MARKCUS's attention and information processing efficiency varied throughout the administration.

MARKCUS's scores on these measures strongly suggest that he may have problems with inattentiveness.

# Measures of Impulsivity



This section summarizes MARKCUS's scores on the impulsivity measures and provides information about how he compares to the normative group. Indicators of impulsivity on the Conners CPT 3 include a faster than normal Hit Reaction Time (HRT) in addition to a higher than average rate of Commissions and/or Perseverations.



| | HRT | Commissions | Perseverations |
|---|---|---|---|
| T-score | 90 | 64 | 71 |
| Guideline | Atypically Slow | Elevated | Very Elevated |

HRT is the mean response speed of correct responses for the whole administration. MARKCUS's T-score is 90 and falls in the **Atypically Slow** range. This result means that his response speed was much slower than the normative group's response speed. This may indicate that MARKCUS was not processing targets efficiently. A slower than normal HRT is often related to inattentiveness rather than impulsivity. See the *Measures of Inattentiveness* section of this report for more interpretative information.

Commissions are made when responses are given to non-targets. MARKCUS's T-score is 64 and falls in the **Elevated** range. This result means that he responded to a higher percentage of non-targets when compared to the normative group. Commission errors may be related to impulsivity and/or inattentiveness. The combination of MARKCUS's slow response times (see HRT, above) and high commission errors is an indicator of inattentiveness rather than impulsivity.

Perseverations are random or anticipatory responses. MARKCUS's T-score is 71 and falls in the **Very Elevated** range. This result means that he made many more perseverative errors when compared to the normative group. Because MARKCUS's response speed (see HRT, above) was slow, his perseverations are unlikely to be related to impulsivity.

MARKCUS's scores on these measures do not indicate a problem with impulsivity.

# Measures of Sustained Attention



This section summarizes MARKCUS's scores on the sustained attention measures. Sustained attention is defined as the respondent's ability to maintain attention as the administration progresses. A decrease in sustained attention across time is captured by atypical slowing in the respondent's Hit Reaction Times (HRT; as indicated by the variable HRT Block Change), as well as by increases in Omissions and Commissions in later blocks of the administration.

## Hit Reaction Time by Block

## HRT Block Change



| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 | T-score | 64 |
|---|---|---|---|---|---|---|---|---|
| HRT (ms) | 770 | 768 | 1163 | 920 | 979 | 994 | Guideline | Elevated |
| HRT SD (ms) | 336 | 418 | 604 | 555 | 525 | 745 | | |

Note. ms = milliseconds; SD = Standard Deviation.

## Omissions by Block

## Commissions by Block




| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| Omissions (%) | 6 | 13 | 21 | 13 | 19 | 10 |

| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| Commissions (%) | 67 | 50 | 58 | 50 | 58 | 50 |

Note. No statistically significant differences were found in error rates between blocks.

HRT Block Change indicates the change in mean response speed across blocks. MARKCUS's T-score is 64 and falls in the Elevated range. This result means that he had a substantial reduction in response speed in later blocks. In terms of error rates, MARKCUS's omission and commission errors did not increase significantly across multiple adjacent blocks. MARKCUS's profile of scores on these measures indicates some support for a problem with sustained attention.



## Measures of Vigilance

This section summarizes MARKCUS's scores on the vigilance measures. Vigilance relates to the respondent's performance at varying levels of stimulus frequency (inter-stimulus intervals; ISIs), and is defined by the respondent's ability to maintain performance level even when the task rate is slow. This construct is captured by changes in the respondent's Hit Reaction Times (HRT), as indicated by the variable HRT ISI Change, as well as the observed pattern of Omissions and Commissions at various ISIs.

### Hit Reaction Time by ISI



|  | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ■ HRT (ms) | 569 | 838 | 1274 |
| I HRT SD (ms) | 179 | 431 | 650 |

### HRT ISI Change



|  |  |
|---|---|
| T-score | 90 |
| Guideline | Very Elevated |

Note. ms = milliseconds; SD = Standard Deviation.

### Omissions by ISI



|  | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ○ Omissions (%) | 26 | 10 | 4 |

### Commissions by ISI



|  | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ● Commissions (%) | 63 | 50 | 54 |

Note. No statistically significant differences were found in error rates between ISIs.

HRT ISI Change indicates the change in mean response speed at various ISIs. MARKCUS's T-score is 90 and falls in the Very Elevated range. This result means that he had a very substantial reduction in response speeds at longer ISIs. There was no statistically significant increase in error rates across all three ISI levels. MARKCUS's profile of scores on these measures indicates some support for a problem with maintaining vigilance; that is, he had some problems with performance on trials with longer intervals between stimuli.

# Glossary



### Response Style
$C$ is a signal detection statistic that measures an individual's natural response style in tasks involving a speed-versus-accuracy trade-off. Based on his or her score on this variable, a respondent can be classified as having one of the following three response styles: a *conservative* style that emphasizes accuracy over speed; a *liberal* style that emphasizes speed over accuracy; or a *balanced* style that is biased neither to speed nor accuracy. Response style can affect scores such as Commissions and Hit Reaction Time (HRT), and should be taken into consideration during interpretation.

### Detectability (d')
d-prime ($d'$) is a measure of how well the respondent discriminates non-targets (i.e., the letter X) from targets (i.e., all other letters). This variable is also a signal detection statistic that measures the difference between the signal (targets) and noise (non-targets) distributions. In general, the greater the difference between the signal and noise distributions, the better the ability to distinguish non-targets and targets. On the Conners CPT 3, $d'$ is reverse-scored so that higher raw score and $T$-score values indicate worse performance (i.e., poorer discrimination).

### Omissions (%)
Omissions are missed targets. High omission error rates indicate that the respondent was not responding to the target stimuli due to a specific reason (e.g., difficulty focusing). Omission errors are generally an indicator of inattentiveness.

### Commissions (%)
Commissions are incorrect responses to non-targets. Depending on the respondent's HRT, high commission error rates may indicate either inattentiveness or impulsivity. If high commission error rates are coupled with slow reaction times, then the respondent was likely inattentive to the stimulus type being presented and thus responded to a high rate of non-targets. If high commission error rates are combined with fast reaction times, the respondent was likely rushing to respond and failed to control his or her impulses when responding to the non-targets. In the latter case, high commission error rates would reflect impulsivity rather than inattentiveness.

### Perseverations (%)
Perseverations are responses that are made in less than 100 milliseconds following the presentation of a stimulus. Normal expectations of physiological ability to respond make it virtually impossible for a respondent to perceive and react to a stimulus so quickly. Perseverations are usually either slow responses to a preceding stimulus, a random response, an anticipatory response, or a repeated response without consideration of the task requirements. Perseverations may be related to impulsivity or an extremely liberal response style. Perseverations are, therefore, likely the result of anticipatory, repetitive, or impulsive responding.

### Hit Reaction Time (HRT)
HRT is the mean response speed, measured in milliseconds, for all non-perseverative responses made during the entire administration. An atypically slow HRT may indicate inattentiveness (especially when error rates are high), but it may also be the results of a very conservative response style. Alternatively, a very fast HRT, when combined with high commission error rates, may indicate impulsivity.

### Hit Reaction Time Standard Deviation (HRT SD)
HRT SD measures the consistency of response speed to targets for the entire administration. A high HRT SD indicates greater inconsistency in response speed. Response speed inconsistency is sometimes indicative of inattentiveness, suggesting that the respondent was less engaged and processed stimuli less efficiently during some parts of the administration.

### Variability
Variability, like HRT SD, is a measure of response speed consistency; however, Variability is a "within respondent" measure (i.e., the amount of variability the respondent showed in 18 separate sub-blocks of the administration in relation to his or her overall HRT SD score). Although Variability is a different measure than HRT SD, the two measures typically produce comparable results and are both related to inattentiveness. High response speed variability indicates that the respondent's attention and processing efficiency varied throughout the administration.

### Hit Reaction Time Block Change (HRT Block Change)
HRT Block Change is the slope of change in HRT across the six blocks of the administration. A positive slope indicates decelerating reaction times as the administration progressed, while a negative slope indicates accelerating reaction times. If reaction times slow down, as indicated by a higher HRT Block Change score, the respondent's information processing efficiency declines, and a loss of sustained attention is indicated.

### Omissions by Block
Omissions by Block (raw score only) is the rate of the respondent's missed targets in each of the six blocks. An increase in omission error rate in later blocks indicates a loss of sustained attention.

### Commissions by Block
Commissions by Block (raw score only) is the rate of the respondent's incorrect responses to non-targets in each of the six blocks. An increase in commission error rate in later blocks indicates a loss of sustained attention.

### Hit Reaction Time Inter-Stimulus Intervals Change (HRT ISI Change)
HRT ISI Change is the slope of change in reaction time across the three ISIs (1, 2, and 4 seconds). A positive slope indicates decelerating HRT at longer intervals; whereas, a negative slope indicates accelerating HRT at longer intervals. A higher HRT ISI Change score means that the respondent's information processing efficiency declined with longer pauses between stimuli, and a loss of vigilance is indicated. A significant change in response speed at the different ISIs may indicate that the respondent was having trouble adjusting to changing task demands. Sometimes, this finding relates to activation/arousal needs; some respondents may be more efficient in a busier/more stimulating environment (e.g., during the 1-second ISI) than in a less active environment where the stimuli are presented less frequently (e.g., during the 4-second ISI), or vice-versa.

### Omissions by ISI
Omissions by ISI (raw score only) is the rate of missed targets in each of the three ISI trial types. An increase in omission error rate on trials with longer ISIs indicates a loss of vigilance.

### Commissions by ISI
Commissions by ISI (raw score only) is the rate of incorrect responses to non-targets in each of the three ISI trial types. An increase in commission error rates on trials with longer ISI indicates a loss of vigilance.