Name: Markcus Kitchens | DOB: ▮▮▮▮▮ | MRN: 8912785729 | PCP: Arthur G Yin, MD | Legal Name: Markcus Kitchens

## Progress Notes
### Tina Holbrook at 02/05/23 2245

Author: Tina Holbrook  Service: —  Author Type: Nurse Practitioner
Filed: 02/05/23 2245  Encounter Date: 9/22/2022  Status: Addendum
Editor: Tina Holbrook (Nurse Practitioner)
Related Notes: Original Note by Tina Holbrook (Nurse Practitioner) filed at 09/22/22 0956

Subjective

Markcus Kitchens is a 30 y.o. male who presents today for follow up

**Chief Complaint:**  Anxiety and depression

**History of Present Illness:**
History of Present Illness
Markcus Kitchens presents today for medication management follow-up.  Reports that he has been doing well overall continues to study for upcoming exam that is required to obtain certification in order to start residency.  Feels that he continues to be overwhelmed with the pressure of passing these exams.  Has been studying full time since last visit, test is scheduled for next week.  Feels that overall anxiety and depression is well controlled with medication.  Admits that he has always been driven to complete goals, but feels that medication has allowed him to better verbalize and display emotions.  Wife is a huge support for him.  Has history of ADHD, he does complain of continued symptoms associated with ADHD.  Has been on current dose of Adderall for several years.  Verbalizes that he does not take medications on the weekends or when he does not have to complete mentally challenging tasks.  Has tried several interventions at home such as using headphones that block out noise, especially lighting and soothing sound machines.  Has also tried OTC Active Mind supplement that he has found can be beneficial at times.  Sleeping well at night, but denies sleeping excessive amounts. Denies any SI/HI or A/V hallucinations.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Past Medical History:**
History reviewed. No pertinent past medical history.

**Social History:**
**Social History**

Socioeconomic History
 • Marital status:             Married
Tobacco Use
 • Smoking status:             Never Smoker
 • Smokeless tobacco:          Never Used
Substance and Sexual Activity
 • Alcohol use:                Never
 • Drug use:                   Never
 • Sexual activity:            Yes
     Partners:                 Female

**Family History:**
History reviewed. No pertinent family history.

**Past Surgical History:**
**Past Surgical History:**
Procedure                                      Laterality        Date
 • WISDOM TOOTH EXTRACTION                     N/A

**Problem List:**
**Patient Active Problem List**
Diagnosis
 • Anxiety
 • Attention deficit disorder

EXHIBIT
PX37

**PX0167**

**Allergy:**
No Known Allergies

**Current Medications:**
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • FLUoxetine (PROzac) 10 MG capsule | Take 1 capsule by mouth Daily for 60 days. | 30 capsule | 1 |
| • propranolol (INDERAL) 20 MG tablet | Take 1 tablet by mouth 3 (Three) Times a Day. | 270 tablet | 3 |
| • amphetamine-dextroamphetamine (Adderall) 20 MG tablet | Take 1 tablet by mouth 2 (Two) Times a Day for 30 days. | 60 tablet | 0 |

No current facility-administered medications for this visit.

**Review of Symptoms:**
Review of Systems
Constitutional: Positive for activity change. Negative for appetite change, fatigue, unexpected weight gain and unexpected weight loss.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Psychiatric/Behavioral: Positive for decreased concentration, sleep disturbance, depressed mood and stress. Negative for suicidal ideas. The patient is not nervous/anxious.

**Physical Exam:**
<u>Physical Exam</u>
Vitals reviewed.
<u>Constitutional</u>:
   General: He is not in acute distress.
   Appearance: Normal appearance.
<u>Neurological</u>:
   Mental Status: He is alert.
   Gait: Gait normal.
**Vitals:**
Blood pressure 110/72, pulse 54, height 180.3 cm (71"), weight 65.8 kg (145 lb).

**Mental Status Exam:**
Hygiene:  good
Cooperation:  Cooperative
Eye Contact:  Good
Psychomotor Behavior:  Appropriate
Affect:  Appropriate
Mood: sad, depressed and anxious
Hopelessness: Denies
Speech:  Normal
Thought Process:  Goal directed and Linear
Thought Content:  Mood congruent
Suicidal:  None
Homicidal:  None
Hallucinations:  None
Delusion:  None
Memory:  Intact
Orientation:  Person, Place, Time and Situation
Reliability:  good
Insight:  Good
Judgement:  Good
Impulse Control:  Good

**Lab Results:**
**Office Visit on 08/25/2022**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • Report Summary | 08/25/2022 | FINAL | | Final |

   Comment:
   ================================================================
   *TOXASSURE COMP DRUG ANALYSIS,UR*
   ================================================================
   Test                    Result      Flag    Units
   *Drug Absent but Declared for Prescription Verification*
     Amphetamine           Not Detected UNEXPECTED ng/mg creat
     Propranolol           Not Detected UNEXPECTED
   ================================================================
   Test            Result     Flag   Units     Ref Range

**PX0168**

```
Creatinine       25      mg/dL    >=20
================================================================
```
Declared Medications:
The flagging and interpretation on this report are based on the
following declared medications.  Unexpected results may arise from
inaccuracies in the declared medications.
**Note: The testing scope of this panel includes these medications:
Amphetamine (Amphetamine-Dextroamphetamin
             e)
Propranolol
```
================================================================
```
For clinical consultation, please call (866) 593-0157.
```
================================================================
```

**EKG Results:**
No orders to display

Assessment & Plan

**Problems Addressed this Visit**

  Mental Health
    **Attention deficit disorder**
      Relevant Medications
        FLUoxetine (PROzac) 10 MG capsule
        amphetamine-dextroamphetamine (Adderall) 20 MG tablet

**Other Visit Diagnoses**
    **Generalized anxiety disorder**   -  Primary
      Relevant Medications
        FLUoxetine (PROzac) 10 MG capsule
        amphetamine-dextroamphetamine (Adderall) 20 MG tablet

    **MDD (major depressive disorder), recurrent, in partial remission (HCC)**
      Relevant Medications
        FLUoxetine (PROzac) 10 MG capsule
        amphetamine-dextroamphetamine (Adderall) 20 MG tablet

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Generalized anxiety disorder**   -  Primary | ICD-10-CM: F41.1<br>ICD-9-CM: 300.02 | |
| **Attention deficit disorder, unspecified hyperactivity presence** | ICD-10-CM: F98.8<br>ICD-9-CM: 314.00 | |
| **MDD (major depressive disorder), recurrent, in partial remission (HCC)** | ICD-10-CM: F33.41<br>ICD-9-CM: 296.35 | |

**Visit Diagnoses:**

| | | ICD-10-CM | ICD-9-CM |
|---|---|---|---|
| 1. | **Generalized anxiety disorder** | **F41.1** | **300.02** |
| 2. | Attention deficit disorder, unspecified hyperactivity presence | F98.8 | 314.00 |
| 3. | MDD (major depressive disorder), recurrent, in partial remission (HCC) | F33.41 | 296.35 |

-Reviewed previous available documentation and most recent available labs. KASPER reviewed and is appropriate. Patient counseled on use of controlled substances.

-Discussed importance of counseling to decrease anxiety like symptoms. Discussed coping mechanisms to decrease stress and anxiety: relaxation techniques, guided imagery, music therapy, staying active, support groups, diversional activities and avoid aggravating factors.
Discussed different coping mechanisms to better control depression.

-The benefits of a healthy diet and exercise were discussed with patient, especially the positive effects they have on mental health. Patient encouraged to consider lifestyle modification regarding diet and exercise patterns to maximize results of mental health treatment.

PX0169

Encouraged patient to practice good sleep hygiene.  Discussed going to bed at the same time and getting up at the same time every day. Consider a quiet activity, such as reading, part of your nighttime routine. Make your bedroom a dark, comfortable place where it is easy to fall asleep. Avoid or limit caffeine consumption. Limit screen use, especially two hours prior to bed (this includes watching TV, using smartphone, tablet or computer).

We will continue Fluoxetine as previously prescribed as he feels an overall improvement in mood. Discussed ADHD symptoms, will increase Adderall to help better manage symptoms of ADHD (focus, concentration, racing thoughts and distractibility).
-Continue fluoxetine 10 mg daily for anxiety and depression
-Increase Adderall from 15 mg to 20 mg twice daily for ADHD symptoms -Continue Propranolol 20 mg three times daily for anxiety as previously prescribed.

**GOALS:**
**Short Term Goals:** Patient will be compliant with medication, and patient will have no significant medication related side effects.  Patient will be engaged in psychotherapy as indicated.  Patient will report subjective improvement of symptoms.
**Long term goals:** To stabilize mood and treat/improve subjective symptoms, the patient will stay out of the hospital, the patient will be at an optimal level of functioning, and the patient will take all medications as prescribed.
The patient/guardian verbalized understanding and agreement with goals that were mutually set.

**TREATMENT PLAN**: Continue supportive psychotherapy efforts and medications as indicated for patient's diagnosis.  Pharmacological and Non-Pharmacological treatment options discussed during today's visit. Patient/Guardian acknowledged and verbally consented with current treatment plan and was educated on the importance of compliance with treatment and follow-up appointments.

**MEDICATION ISSUES**:
Discussed medication options and treatment plan of prescribed medication as well as the risks, benefits, any black box warnings, and side effects including potential falls, possible impaired driving, and metabolic adversities among others. Patient is agreeable to call the office with any worsening of symptoms or onset of side effects, or if any concerns or questions arise.  The contact information for the office is made available to the patient. Patient is agreeable to call 911 or go to the nearest ER should they begin having any SI/HI, or if any urgent concerns arise. No medication side effects or related complaints today.

**MEDS ORDERED DURING VISIT:**
**New Medications Ordered This Visit**
Medications
- FLUoxetine (PROzac) 10 MG capsule
    Sig: Take 1 capsule by mouth Daily for 60 days.
    Dispense:  30 capsule
    Refill:  1
- amphetamine-dextroamphetamine (Adderall) 20 MG tablet
    Sig: Take 1 tablet by mouth 2 (Two) Times a Day for 30 days.
    Dispense:  60 tablet
    Refill:  0

**FOLLOW UP:**
Return in about 8 weeks (around 11/17/2022).

*Tina Holbrook APRN FNP-C PMHNP-BC*

This document has been electronically signed by *Tina Holbrook, APRN*
September 22, 2022 09:55 EDT

**Please note that portions of this note were completed with a voice recognition program. Efforts were made to edit dictation, but occasionally words are mistranscribed.**

**PX0170**

Name: Markcus Kitchens | DOB: ▮▮▮▮ | MRN: 8912785729 | PCP: Arthur G Yin, MD | Legal Name: Markcus Kitchens

AFTER VISIT SUMMARY                          **BAPTIST HEALTH**

**Markcus Kitchens**   MRN: 8912785729

 9/22/2022  8:30 AM    BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND 859-544-8171

### Instructions  from Tina Holbrook, APRN

#### Today's medication changes

➡ START taking:
**amphetamine-dextroamphetamine** (Adderall)
This replaces a similar medication. See the full medication list for instructions.

❌ STOP taking:
**amphetamine-dextroamphetamine** 15 MG tablet (ADDERALL)
Replaced by a similar medication.

Accurate as of September 22, 2022 11:59 PM.
Review your updated medication list below.

#### Pick up these medications at MEIJER PHARMACY #258 - RICHMOND, KY - 2013 LANTERN RIDGE DR - 859-575-5064 PH - 859-575-5065 FX

amphetamine-dextroamphetamine • FLUoxetine
Address:  2013 LANTERN RIDGE DR, RICHMOND KY 40475
Phone:    859-575-5064

 **Return in about 8 weeks**
(around 11/17/2022).

### Today's Visit

You saw Tina Holbrook, APRN on Thursday September 22, 2022. The following issue was addressed: Generalized anxiety disorder.

 Blood Pressure
110/72

 BMI
20.22

 Weight
145 lb

 Height
71"

♡ Pulse
54

### What's Next

**APR 24 2023**   Medicine Check with Tina Holbrook, APRN
Monday April 24 9:30 AM (Arrive by 9:00 AM)

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421
859-544-8171

### Opioid Resource

If you or someone you know needs information on substance abuse, please visit
https://www.findhelpnowky.org/ for listings of facilities and resources across Kentucky.

---

**COVID-19 Vaccination Information**
**Why Get Vaccinated?**

Building defenses against COVID-19 is a team effort, and you are a key part of that team. Getting the COVID-19 vaccine adds one more layer of protection for you, your coworkers, and family. Here are ways you can build people's confidence in the COVID-19 vaccines in your community and at home.

- Get vaccinated and enroll in the v-safe text messaging program to help CDC monitor vaccine safety.
- Tell others why you are getting vaccinated and encourage them to get vaccinated. Share your success story.
- Learn how to have conversations about COVID-19 vaccine with coworkers, family, and friends.
- https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html

**How do I schedule an appointment for a vaccine?**

https://www.vaccines.gov/ helps you find locations that carry COVID-19 vaccines and their contact information. Because every location handles appointments differently, you will need to schedule your appointment directly with the location you choose.

**PX0171**

## Your Medication List as of September 22, 2022 11:59 PM

ⓘ Always use your most recent med list.

| | | |
|---|---|---|
| START → | **amphetamine-dextroamphetamine** 20 MG tablet<br>Commonly known as: **Adderall**<br>Started by: Tina Holbrook, APRN | Take 1 tablet by mouth 2 (Two) Times a Day for 30 days.<br>Replaces: **amphetamine-dextroamphetamine 15 MG tablet** |
| | **FLUoxetine** 10 MG capsule<br>Commonly known as: **PROzac** | Take 1 capsule by mouth Daily for 60 days. |
| | **propranolol** 20 MG tablet<br>Commonly known as: **INDERAL** | Take 1 tablet by mouth 3 (Three) Times a Day. |

## Patient Experience

Thank you for choosing Baptist Health. You may receive a survey following your visit. Please take a moment to share what went well, where we need improvement, and which staff members deserve recognition. We value your input.

## Access to Your Information

At Baptist Health, we believe that sharing information builds trust and better relationships. We believe that you should be able to see your results in MyChart as soon as they are available. However, this means that you may see results even before your healthcare provider has reviewed them. Some test results may be hard to understand and may show a mild or serious disease or condition. You may choose to view your results immediately, or you may prefer to wait until your provider's office contacts you. Waiting will allow your provider to discuss your results in detail and provide important education about your condition. If you have not heard within a few days, you may want to contact your provider's office before viewing the results on your own.

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

**PX0172**