Name: Markcus Kitchens | DOB: ▮▮▮▮ | MRN: 8912785729 | PCP: Arthur G Yin, MD | Legal Name: Markcus Kitchens

Progress Notes
Kristine Baula at 03/24/23 1114

Author: Kristine Baula          Service: —                      Author Type: Physician
Filed: 03/24/23 1114            Encounter Date: 3/24/2023       Status: Signed
Editor: Kristine Baula (Physician)



| Office Note |
|---|

**Name:** Markcus Kitchens
**DOB:** ▮▮▮▮
**MRN:** 8912785729

**Chief Complaint**
**Anxiety**

| Subjective |
|---|

**History of Present Illness:** Markcus Kitchens presents to BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND for medication follow-up. This is my first time meeting with Markcus. He was previously seen by Tina Holbrook, APRN for management of ADHD and anxiety. He was last seen by her on 2/06/23, and at that time he was maintained on Adderall 20 mg BID for ADHD and propranolol 20 mg TID as needed for anxiety. He also takes L-theanine. He was referred to me after he contacted the clinic on 3/21 requesting an emergent appt due to increased anxiety. Pt has a current lawsuit again the National Board of Medical Examiners as he was denied ADA accommodations when testing for medical boards and has failed multiple times, delaying his entry into residency. Markcus scored 13 on PHQ-9 and 13 on GAD-7 today.

On interview, pt reports that his anxiety has been gradually increasing over the past couple of months, and he believes that it is now "peaking". He had been taking an L-theanine supplement twice a day which was helping at first, but now his anxiety has become overwhelming. He feels a sense of tightness in his body, and has been picking at the skin around his fingernail unconsciously. Motivation has decreased, and he endorses anhedonia over the past week. He has been experiencing intrusive, negative thoughts like "I'm a failure" and feelings of guilt, and sometimes bursts into tears, which is not typical behavior for him. He sometimes feels hopeless, particularly when he is having these intrusive thoughts. He states that his lawsuit has been a major stressor for him. It is now nearing its end, and although pt is anticipating good results, he is still worried about them. He is the oldest of 21 grandkids and has always felt some pressure to succeed and be a good role model for the younger grandkids.

Pt was previously on Prozac 10 mg daily for mood. He is unsure if it was effective, as he only took it sporadically and never had a dose titration. He tolerated it without issue in the past, and is open to a re-trial with commitment to take it daily. Pt believes that his ADHD symptoms are adequately managed with current dose of Adderall. He is able to focus well when taking it twice a day, but does not take it on days where he is not working and is not needing to focus on anything. He denies side effects. Sleep is fair, and he occasionally takes 3 mg melatonin if he wants to sleep very well. Appetite and weight are fairly stable, although pt has noticed that he has been craving sweets and sodas much more than normal recently. He has also found himself making impulse purchases to cheer himself up.

Pt reports that he had been seeing psychologist Christina Bacon for re-evaluation of ADHD after he was accused in court of malingering, and evaluation was supportive of underlying diagnosis of ADHD. Pt will be sending results via MyChart.

Pt adamantly and convincingly denies any thoughts of suicide or homicide. He does not exhibit any overt signs of psychosis.

**Review of Systems:**
Review of Systems
Constitutional: Positive for appetite change **(craving sweets more than usual)**. Negative for fatigue, fever, unexpected weight gain and unexpected weight loss.
Psychiatric/Behavioral: Positive for dysphoric mood and stress. Negative for decreased concentration, self-injury, sleep disturbance and suicidal ideas. The patient is nervous/anxious.

**PX0208**

**Past Medical History**: No past medical history on file.

**Past Surgical History:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • WISDOM TOOTH EXTRACTION | N/A | |

**Medications:**

Current Outpatient Medications:
• amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet, Take 1 tablet by mouth 2 (Two) Times a Day., Disp: 60 tablet, Rfl: 0
• meloxicam (MOBIC) 7.5 MG tablet, Take 1 tablet by mouth Daily., Disp: , Rfl:
• methylPREDNISolone (MEDROL) 4 MG dose pack, Take as directed on package instructions., Disp: 21 each, Rfl: 0
• multivitamin with minerals tablet tablet, Take 1 tablet by mouth Daily., Disp: , Rfl:
• propranolol (INDERAL) 20 MG tablet, Take 1 tablet by mouth 3 (Three) Times a Day., Disp: 270 tablet, Rfl: 3

**Allergies:**
No Known Allergies

**Family History:** No family history on file.

**Social History**:
**Social History**

Socioeconomic History
 • Marital status:        Married
Tobacco Use
 • Smoking status:        Never
 • Smokeless tobacco:     Never
Vaping Use
 • Vaping Use:            Never used
Substance and Sexual Activity
 • Alcohol use:           Never
 • Drug use:              Never
 • Sexual activity:       Yes
      Partners:           Female

| Objective |
|---|

**Vital Signs:**
BP 112/72  | Pulse 76  | Ht 180.3 cm (71")  | Wt 65.8 kg (145 lb)  | BMI 20.22 kg/m²

**PHQ-9 Score:**
PHQ-9 Total Score: 13

**GAD-7**
Feeling nervous, anxious or on edge: More than half the days
Not being able to stop or control worrying: More than half the days
Worrying too much about different things: More than half the days
Trouble Relaxing: More than half the days
Being so restless that it is hard to sit still: More than half the days
Feeling afraid as if something awful might happen: More than half the days
Becoming easily annoyed or irritable: Several days
GAD 7 Total Score: 13
If you checked any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat difficult

**Mental Status Exam:**
Hygiene:  good
Cooperation: Cooperative
Eye Contact:  Good
Psychomotor Behavior:  Appropriate
Affect:  Full range, mildly anxious
Mood: anxious and "down"
Speech:  Talkative but non-pressured, normal volume and rate
Thought Process:  Tangential
Thought Content:  Mood congruent
Suicidal:  None
Homicidal:  None
Hallucinations:  Not demonstrated today

Delusion:  None
Memory:  Intact
Orientation:  Person, Place, Time and Situation
Reliability:  good
Insight:  Good
Judgement:  Good
Impulse Control:  Fair
Physical/Medical Issues:  No
Gait: steady and stable

**Current Medications:**
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet | Take 1 tablet by mouth 2 (Two) Times a Day. | 60 tablet | 0 |
| • meloxicam (MOBIC) 7.5 MG tablet | Take 1 tablet by mouth Daily. | | |
| • methylPREDNISolone (MEDROL) 4 MG dose pack | Take as directed on package instructions. | 21 each | 0 |
| • multivitamin with minerals tablet | Take 1 tablet by mouth Daily. | | |
| • propranolol (INDERAL) 20 MG tablet | Take 1 tablet by mouth 3 (Three) Times a Day. | 270 tablet | 3 |

No current facility-administered medications for this visit.

**Physical Exam**
Constitutional:
   General: He is not in acute distress.
   Appearance: Normal appearance. He is normal weight. He is not ill-appearing.
HENT:
   Head: Normocephalic and atraumatic.
Eyes:
   General: No scleral icterus.
   Extraocular Movements: Extraocular movements intact.
   Conjunctiva/sclera: Conjunctivae normal.
Pulmonary:
   Effort: Pulmonary effort is normal.
Neurological:
   General: No focal deficit present.
   Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
   Behavior: Behavior normal.
   Thought Content: Thought content normal.
   Judgment: Judgment normal.

---
Assessment and Plan
---

| | Diagnosis | Plan |
|---|---|---|
| **1.** | **Generalized anxiety disorder** | **FLUoxetine (PROzac) 20 MG capsule** |
| 2. | Moderate episode of recurrent major depressive disorder (HCC) | FLUoxetine (PROzac) 20 MG capsule |
| 3. | Attention deficit disorder, unspecified hyperactivity presence | amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet |

Markcus presents to clinic for medication follow-up. He endorses increasing anxiety as well as depressive symptoms such as anhedonia, poor motivation, intermittent hopelessness, excessive guilt, and appetite changes over the past couple of months. Main stressor is his ongoing lawsuit, which is approaching its final stages. PHQ-9 and GAD-7 scores today are consistent with moderate depression and anxiety. Pt was previously on Prozac, but was inconsistent in taking it and dose was likely subtherapeutic for anxiety. He would benefit from a retrial at a higher dose to target mood, with future titration if needed.

- Start Prozac 20 mg daily for anxiety and depression. Pt was previously prescribed Prozac 10 mg but was inconsistent with taking it, denied side effects. Pt counseled about medication compliance, and voices intent to take his medication daily as prescribed.
- Continue Adderall 20 mg BID for ADHD. Refill sent today.
- Continue propranolol 20 mg TID as needed for anxiety.

**PX0210**

- Pt to send results of recent psychological evaluation via MyChart.
- Return to clinic in 1 month for medication follow-up with Tina Holbrook, APRN.

**TREATMENT PLAN/GOALS**: Continue supportive psychotherapy efforts and medications as indicated. Treatment and medication options discussed during today's visit. Patient acknowleged and verbally consented to continue with current treatment plan and was educated on the importance of compliance with treatment and follow-up appointments.

**DEPRESSION:**
Patient screened positive for depression based on a PHQ-9 score of 13 on 3/24/2023. Follow-up recommendations include: Prescribed antidepressant medication treatment and Suicide Risk Assessment performed.

**MEDICATION ISSUES**:
We discussed risks, benefits, and side effects of the above medications and the patient was agreeable with the plan. Patient was educated on the importance of compliance with treatment and follow-up appointments. Patient is agreeable to call the office with any worsening of symptoms or onset of side effects. Patient is agreeable to call 911 or go to the nearest ER should he/she begin having SI/HI.

Counseled patient regarding multimodal approach with healthy nutrition, healthy sleep, regular physical activity, social activities, counseling, and medications.

Coping skills reviewed and encouraged positive framing of thoughts

KASPER reviewed via PDMP - last fill of Adderall 20 mg #60 on 1/10/23. Pt does not take when he is not working. No concerns.

**MEDS ORDERED DURING VISIT:**
**New Medications Ordered This Visit**
Medications
- amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet
    Sig: Take 1 tablet by mouth 2 (Two) Times a Day.
    Dispense:  60 tablet
    Refill:  0
- FLUoxetine (PROzac) 20 MG capsule
    Sig: Take 1 capsule by mouth Daily.
    Dispense:  30 capsule
    Refill:  1

**Follow Up**
Return in about 1 month (around 4/24/2023).

Patient was given instructions and counseling regarding his condition or for health maintenance advice. Please see specific information pulled into the AVS if appropriate.

*[Signature: Kristine Baula, MD]*

This document has been electronically signed by *Kristine M Baula, MD*
March 24, 2023 09:50 EDT

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

**PX0211**

Name: Markcus Kitchens | DOB: ▮▮▮▮▮▮▮ | MRN: 8912785729 | PCP: Arthur G Yin, MD | Legal Name: Markcus Kitchens

# AFTER VISIT SUMMARY     BAPTIST HEALTH®

**Markcus Kitchens**   MRN: 8912785729
🗓 3/24/2023 10:00 AM   📍 BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND   859-544-8171

---

**Instructions** from Kristine Baula, MD

### 💊 Today's medication changes

➡ **START taking:**
  FLUoxetine (PROzac)

❌ **STOP taking:**
  meloxicam 7 5 MG tablet (MOBIC)
  methylPREDNISolone 4 MG dose pack (MEDROL)

Accurate as of March 24, 2023 11:59 PM
Review your updated medication list below.

🛒 **Pick up these medications at MEIJER PHARMACY #258 - RICHMOND, KY - 2013 LANTERN RIDGE DR - 859-575-5064 PH - 859-575-5065 FX**
  amphetamine-dextroamphetamine • FLUoxetine
  Address:  2013 LANTERN RIDGE DR, RICHMOND KY 40475
  Phone:    859-575-5064

📅 **Return in about 1 month**
  (around 4/24/2023)

---

## Today's Visit

You saw Kristine Baula, MD on Friday March 24, 2023   The following issue was addressed: Generalized anxiety disorder

| Blood Pressure | BMI | Weight | Height |
|---|---|---|---|
| 112/72 | 20.22 | 145 lb | 71 |

Pulse
76

---

## What's Next

**APR 24 2023**   Medicine Check with Tina Holbrook, APRN
Monday April 24 9:30 AM (Arrive by 9:00 AM)

BAPTIST HEALTH MEDICAL GROUP
BEHAVIORAL HEALTH RICHMOND
789 EASTERN BYPASS
STE 23
RICHMOND KY 40475-2421
859-544-8171

---

## Opioid Resource

If you or someone you know needs information on substance abuse, please visit
https://www.findhelpnowky.org/ for listings of facilities and resources across Kentucky

---

### COVID-19 Vaccination Information
#### Why Get Vaccinated?

Building defenses against COVID-19 is a team effort, and you are a key part of that team  Getting the COVID-19 vaccine adds one more layer of protection for you, your coworkers, and family  Here are ways you can build people's confidence in the COVID-19 vaccines in your community and at home
- Get vaccinated and enroll in the v-safe text messaging program to help CDC monitor vaccine safety
- Tell others why you are getting vaccinated and encourage them to get vaccinated  Share your success story
- Learn how to have conversations about COVID-19 vaccine with coworkers, family, and friends
- https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html

#### How do I schedule an appointment for a vaccine?

https://www.vaccines.gov/ helps you find locations that carry COVID-19 vaccines and their contact information  Because every location handles appointments differently, you will need to schedule your appointment directly with the location you choose

**PX0212**

**Your Medication List** as of March 24, 2023 11:59 PM

ⓘ Always use your most recent med list

| | |
|---|---|
| **amphetamine-dextroamphetamine** 20 MG tablet<br>Commonly known as: **ADDERALL** | Take 1 tablet by mouth 2 (Two) Times a Day |
| ▶ START **FLUoxetine** 20 MG capsule<br>Commonly known as: **PROzac**<br>Started by: Kristine M Baula, MD | Take 1 capsule by mouth Daily |
| **multivitamin with minerals** tablet tablet | |
| **propranolol** 20 MG tablet<br>Commonly known as: **INDERAL** | Take 1 tablet by mouth 3 (Three) Times a Day |

## Patient Experience

Thank you for choosing Baptist Health  You may receive a survey following your visit  Please take a moment to share what went well, where we need improvement, and which staff members deserve recognition  We value your input

## Access to Your Information

At Baptist Health, we believe that sharing information builds trust and better relationships  We believe that you should be able to see your results in MyChart as soon as they are available  However, this means that you may see results even before your healthcare provider has reviewed them  Some test results may be hard to understand and may show a mild or serious disease or condition  You may choose to view your results immediately, or you may prefer to wait until your provider's office contacts you  Waiting will allow your provider to discuss your results in detail and provide important education about your condition  If you have not heard within a few days, you may want to contact your provider's office before viewing the results on your own

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

**PX0213**