# National Board of Medical Examiners®
## NBME® Comprehensive Basic Science Self-Assessment (CBSSA) Score Report

**NAME:** Kitchens, Markcus Zwanz  **TEST DATE:** 2/14/2022

### Your Performance

## Assessment Score: 212

### Your Performance Compared to Step 1 Examinees

The chart below represents the distribution of scores for recent examinees from US and Canadian medical schools taking Step 1 for the first time. Reported Step 1 scores range from 1-300 with a mean of 232 and a standard deviation of 19.



Your Score

Minimum Passing Score

Mean Step 1 Score

Expected Step 1 score range

**Your previous scores:**
02/14/2022 - 212
09/13/2021 - 143
07/12/2021 - 151

EXHIBIT PX53

Because the Comprehensive Basic Science Self-Assessment (CBSSA) and United States Medical Licensing Examination® (USMLE®) Step 1 cover very similar content, CBSSA performance can be used in conjunction with other information to assess readiness for Step 1. Your CBSSA score represents an estimate of your performance on the USMLE Step 1 if you had taken both exams under the same conditions and with the same level of knowledge. Estimated performance based on taking CBSSA is not a guarantee of your future performance on Step 1. Many factors, including changing levels of knowledge and testing

conditions, may result in a Step 1 score that is higher or lower than your estimated score.

We anticipate that your actual performance on Step 1 will fall in the range from **202-228** about two-thirds of the time. This range is based on students who took CBSSA within one week before taking Step 1.

Longitudinal performance is provided for exams purchased on or after March 24, 2021. The test dates listed within this score report reflect the exam's completion date.

A PDF version of your score report will be available within 4 hours of completing your exam. There may be longer delays during maintenance periods. To review your score before then, log in to MyNBME, click on the registration ID associated with this assessment, then click Review Your Results Interactively.

# National Board of Medical Examiners®

## NBME® Comprehensive Basic Science Self-Assessment (CBSSA) Score Report

**NAME:** Kitchens, Markcus Zwanz     **TEST DATE:** 2/14/2022

### Your Strengths and Weaknesses

The boxes below indicate areas of relatively lower or higher performance in each content area within this examination. The percentage range of items in each content area on CBSSA is indicated below. This information can be used to identify areas of strength and weakness to guide future study. Because the exam is highly integrative, NBME recommends reviewing all content areas if retaking the test.

**Strengths and Weaknesses Relative to Your Overall Performance on this exam:** An orange box in the "Higher" column indicates that your performance in that area was higher than your overall examination performance shown on page 1. An orange box in the "Same" column indicates that your performance in that area was similar to or the same as your overall examination performance. An orange box in the "Lower" column indicates that your performance in that area was lower than your overall examination performance.

**Strengths and Weaknesses Relative to a Step 1 Comparison Group:** A blue box in the "Higher" column indicates that your performance in that area was higher than the average performance of recent examinees from US and Canadian medical schools taking Step 1 for the first time (comparison group). A blue box in the "Average" column indicates that your performance in that area was average relative to the performance of the comparison group. A blue box in the "Lower" column indicates that your performance in that area was lower than the average performance of the comparison group.

## Performance by Physician Task

| | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|
| (% Items Per Test) | Lo | S | Hi | Lo | Av | Hi |
| **MK: Applying Foundational Science Concepts** (68-75%) | | ■ | | ■ | | |
| **PC: Diagnosis** (18-25%) | | ■ | | | ■ | |
| **PBLI: Evidence-Based Medicine** (6-6%) | | ■ | | ■ | | |

# National Board of Medical Examiners®

## NBME® Comprehensive Basic Science Self-Assessment (CBSSA) Score Report

**NAME:** Kitchens, Markcus Zwanz         **TEST DATE:** 2/14/2022

## Performance by System

| System | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| General Principles | (14-14%) | | S | | Lo | | |
| Reproductive & Endocrine Systems | (13-13%) | | S | | | Av | |
| Behavioral Health & Nervous Systems/Special Senses | (11-12%) | | | Hi | | Av | |
| Respiratory and Renal/Urinary Systems | (12-12%) | | S | | Lo | | |
| Blood & Lymphoreticular and Immune Systems | (10-10%) | | S | | | Av | |
| Multisystem Processes & Disorders | (9-9%) | | S | | | Av | |
| Musculoskeletal, Skin, & Subcutaneous Tissue | (9-9%) | Lo | | | Lo | | |
| Cardiovascular System | (8-8%) | | S | | Lo | | |
| Gastrointestinal System | (7-7%) | | S | | | Av | |
| Biostatistics & Epidemiology/Population Health | (6-6%) | | S | | | Av | |

# National Board of Medical Examiners®

## NBME® Comprehensive Basic Science Self-Assessment (CBSSA) Score Report

**NAME:** Kitchens, Markcus Zwanz    **TEST DATE:** 2/14/2022

## Performance by Discipline

| Discipline | (% Items Per Test) | Lower, Same, Higher than Your Overall Performance | | | Lower, Average, Higher than Comparison Group | | |
|---|---|---|---|---|---|---|---|
| | | Lo | S | Hi | Lo | Av | Hi |
| Pathology | (46-49%) | ■ | | | ■ | | |
| Physiology | (27-31%) | | ■ | | ■ | | |
| Pharmacology | (17-18%) | | ■ | | ■ | | |
| Biochemistry & Nutrition | (14-18%) | | ■ | | ■ | | |
| Microbiology | (13-14%) | | ■ | | ■ | | |
| Gross Anatomy & Embryology | (12-14%) | | ■ | | | ■ | |
| Histology & Cell Biology | (9-12%) | | ■ | | ■ | | |
| Behavioral Sciences | (8-9%) | | ■ | | | ■ | |
| Genetics | (6-6%) | | ■ | | | ■ | |

To review the answer key, log in to MyNBME, click on the registration ID associated with this assessment, then click Review Your Results Interactively.

**PX0240**



**PX0241**