# NBME® SELF-ASSESSMENTS

## COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT

### EXAMINEE PERFORMANCE REPORT



| Name: Kitchens, Markcus Zwanz | Test Date: 4/1/2022 |

## Total Equated Percent Correct Score: 69%

The chart below represents the performance of a 2020 national cohort of students from LCME-accredited medical schools. Your total equated percent correct (EPC) score on this CBSSA exam is shown along with a range that corresponds to low passing performance (above but near the minimum passing score) on the United States Medical Licensing Examination® (USMLE®) Step 1.

**Based on your performance on this CBSSA, your estimated probability of passing Step 1 if you test within a week is 97%.**



### Interpreting Your Overall Results:

- **Readiness for Step 1:** Since CBSSA and Step 1 cover very similar content, CBSSA performance can be used in conjunction with other information to assess readiness for Step 1.
- **Your CBSSA equated percent correct score** represents the percentage of the content that you have mastered. It has been statistically adjusted to account for slight variations in exam form difficulty and may be slightly lower or higher than the actual percentage of questions you answered correctly on this specific form.
- **Your estimated probability of passing Step 1** can range from 1 to 99% and is calculated using a statistical model based on examinees who tested within one week of taking Step 1 for the first time. If you tested more than a week before you are scheduled to take it, your estimated probability may be different.
- **Many factors (e.g., changing levels of knowledge) may impact your performance on Step 1,** so your estimated probability is not a guarantee of your future Step 1 performance.
- **Your likely score range** indicates how much your score could change if you tested again without learning or forgetting. Under those conditions, your CBSSA score would fall within 4 points of your current score two-thirds of the time.
- **A PDF version of your report** is typically available within 4 hours. To review your score before then, log in to MyNBME, click on the registration ID associated with this assessment, then click Review Your Results Interactively.

EXHIBIT
PX55

# NBME® SELF-ASSESSMENTS

## COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT



**PX0245**

**EXAMINEE PERFORMANCE REPORT**

Name:  Kitchens, Markcus Zwanz                                                                                          Test Date: 4/1/2022

## Interpreting Your Content Area Results:

- **Your equated percent correct (EPC) scores** indicate the percentage of the content that you have mastered. EPC scores may be slighty lower or higher than the actual percentage of questions you answered correctly on this specific exam form because they are statistically adjusted to account for slight variations in exam form difficulty.
- **The comparison group average EPC score** represents the estimated performance of the 2020 cohort of Step 1 first-takers from LCME-accredited medical schools on CBSSA.
- **The green boxes** indicate whether your performance was statistically lower, about the same, or statistically higher than the performance of the comparison group after taking into account the precision of each content area score. Content area EPC scores are less precise than total test EPC scores, so small differences in content area scores should not be overinterpreted.
- **You may use this report to identify areas of strength and weakness**. Keep in mind that some content areas are more difficult than others, and some comprise larger portions of the exam.
- **The percentage of questions contributing to each content area** stays in the same range as shown in the column labeled % of Items across CBSSA, CBSE (Comprehensive Basic Science Examination), and Step 1 exam forms. The percentages may not add up to 100%.

|  | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower  Same  Higher | % of Items |
|---|---|---|---|---|
| **Performance by Physician Task** | | | | |
| MK: Applying Foundational Science Concepts | 64 | 79 | Lower | 60-70% |
| PC: Diagnosis | 82 | 83 | Same | 20-25% |
| PBLI: Evidence-Based Medicine | 67 | 80 | Lower | 4-6% |

**NBME® SELF-ASSESSMENTS**

COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT

EXAMINEE PERFORMANCE REPORT



Name:  Kitchens, Markcus Zwanz                                                                 Test Date: 4/1/2022

| | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower  Same  Higher | % of Items |
|---|---|---|---|---|
| **Performance by System** | | | | |
| General Principles | 54 | 78 | Lower | 12-16% |
| Behavioral Health & Nervous Systems/Special Senses | 78 | 80 | Same | 9-13% |
| Reproductive & Endocrine Systems | 62 | 81 | Lower | 9-13% |
| Respiratory and Renal/Urinary Systems | 69 | 79 | Lower | 9-13% |
| Blood & Lymphoreticular and Immune Systems | 77 | 81 | Same | 7-11% |
| Multisystem Processes & Disorders | 74 | 82 | Lower | 6-10% |
| Musculoskeletal, Skin, & Subcutaneous Tissue | 85 | 82 | Same | 6-10% |
| Cardiovascular System | 54 | 79 | Lower | 5-9% |
| Gastrointestinal System | 67 | 80 | Lower | 5-9% |
| Biostatistics & Epidemiology/Population Health | 67 | 80 | Lower | 4-6% |

# NBME® SELF-ASSESSMENTS

COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENT

EXAMINEE PERFORMANCE REPORT



Name:  Kitchens, Markcus Zwanz                                                               Test Date: 4/1/2022

| | Your EPC Score | Comparison Group Average EPC Score | Score Comparison: Lower  Same  Higher | % of Items |
|---|---|---|---|---|
| **Performance by Discipline** | | | | |
| Pathology | **70** | 81 | Lower | 44-52% |
| Physiology | **67** | 80 | Lower | 25-35% |
| Microbiology & Immunology | **59** | 81 | Lower | 16-26% |
| Biochemistry & Nutrition | **58** | 81 | Lower | 14-24% |
| Pharmacology | **79** | 83 | Same | 15-22% |
| Gross Anatomy & Embryology | **76** | 76 | Same | 11-15% |
| Behavioral Sciences | **94** | 87 | Higher | 8-13% |
| Histology & Cell Biology | **58** | 78 | Lower | 8-13% |
| Genetics | **64** | 80 | Lower | 5-9% |

**PX0248**



**PX0249**