Share Your Thoughts with USMLE. Learn more >



Home   -   Step Exams   -   Test Accommodations

# Guidelines

## General Guidelines to Request Test Accommodations

The following general guidelines are applicable to all disabilities and are provided to assist you in documenting a need for test accommodations based on an impairment that substantially limits one or more major life activities.

## Requests for accommodations must include the following:

| | |
|---|---|
| ⌄ | **1. A completed and signed Request for Test Accommodations form** |
| ⌄ | **2. A personal statement** |
| ⌄ | **3. A report of professional evaluation and/or appropriate records from a qualified evaluator/treating professional** |
| ⌃ | **4. Relevant objective records of impaired functioning** |

- Objective records of functioning should be submitted to document the real-world current impact of the disability and demonstrate how a major life activity relevant to the setting and context of the specific examination is substantially limited.
- Examples of supporting documentation include but are not limited to:
  - Prior clinical evaluations, diagnostic reports, treatment and/or educational plans, or other relevant medical records.
  - Written feedback from teachers or supervisors.

PX0277



NBME000118

- Official academic records and transcripts.
- Official score reports for nationally normed standardized tests (e.g., SAT, ACT, MCAT, LSAT, GRE, GMAT, professional licensing or certifying exams, etc.).
- Performance evaluations from training programs, military service, or employment settings (e.g., part-time/full-time volunteer/paid jobs, clerkship/internship/residency, etc.).
- Official records verifying approved accommodations from schools or other testing agencies listing the specific accommodations approved and dates that they were provided.

## Additional Guidelines for Specific Impairments

| | |
|---|---|
| ⌄ | **Specific Learning Disorders** |
| ⌄ | **Attention-Deficit/Hyperactivity Disorder (ADHD)** |
| ⌄ | **Visual Impairments** |
| ⌄ | **Hearing Impairments** |
| ⌄ | **Psychiatric Disorders** |

In This Section                                                                 +

## and complete

- Ensure that the documents you send are legible, particularly when submitted in electronic form (e.g., PDF files must be easily readable).

- Reports and correspondence from professionals must be typewritten on official letterhead, dated, and signed by the professional. Handwritten or unsigned letters from physicians or evaluators will not be accepted.