Updated 11/28/22

**NBME Disability Services Processing**
**New Requests for USMLE and SPEX Test Accommodations (Telework)**
*NOTE: This reflects the typical flow of processing; there may be variations in procedures for some scenarios*

