

# Authorization for Release of Protected Health Information

Patient Name: Markcus A Kitchens                                    Date of Birth: ▮▮▮▮
Phone: ▮▮▮▮

I request that my protected health information (PHI) be ☑ disclosed to ☐ obtained from:    ☑ Disclosure to patient
Recipient Name: Dr. Markcus Kitchens

Address: 625 Hampton Way Apt 2    City: Richmond    State: KY    Zip: 40475
E-mail Address: ▮▮▮▮    Phone: ▮▮▮▮
Fax: (healthcare provider only): _____

I authorize the following PHI to be released from my medical record(s):

☑ All Records Pertinent to Continuing Primary Care covering the period of healthcare from: 08/01/2012 to 01/31/2023
(Please use specific dates)

I understand that my protected health information may include information related to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health service and treatment for drug and alcohol abuse.

Or Specify: Date Range: 08/01/2012 to 01/31/2023
☐ Exclude specific records (please specify) _____
☑ ONLY White House Clinics records
☑ Records Regarding Treatment of Specific Illness, Condition, or Injury (please specify) See other
☑ All Pharmacy Records
☑ Specific Records Regarding Behavioral Health Treatment:    ☑ Treatment Plans    ☑ Initial Eval    ☑ Progress Notes
   Specific Dates: 08/01/2012 to 01/31/2023    Reviewed and Approved by: _____
☐ Other: (please specify) _____

Purpose for Requesting Information: ☐ Legal  ☐ Insurance  ☑ Personal  ☐ Continuation of Care  ☐ Other (please specify):
_____

Disclosure Format (Paper is default if not marked.):
☐ Paper (within 10 days)    ☐ Fax    ☑ Secure E-mail    ☐ CD (within 3 business days)    ☐ Patient Portal    ☐ Other (please specify):

By signing this authorization form, I confirm I have been made aware of the rights and conditions listed on the back of this form:

_[signature]_                                           01/31/2023
Patient or Authorized Representative                    Signature Date

Markcus A Kitchens
Print Name                                              Relationship to Patient (if other than self)

_____                                             _____
Witness Signature (Verified by)                         Witness Signature Date

|   | Location | Address | Phone | Fax |
|---|---|---|---|---|
| ☐ | Richmond Location: | 401 Highland Park Drive, Richmond, Kentucky 40475 | Phone: (859) 626-7700 | Fax: (859) 626-7703 |
| ☑ | Berea Location: | 104 Legacy Drive, Berea, Kentucky 40403 | Phone: (859) 986-2323 | Fax: (859) 986-7728 |
| ☐ | Berea Primary Care Location: | 305 Estill Street, Berea, Kentucky 40403 | Phone: (859) 985-1415 | Fax: |
| ☐ | McKee Location: | 1010 Main Street South, McKee, Kentucky 40447 | Phone: (606) 287-7014 | Fax: |
| ☐ | Irvine Location: | 30 Stacy Lane Road, Irvine, Kentucky 40336 | Phone: (606) 723-0665 | Fax: |
| ☐ | Mt. Vernon Location: | 116 Progress Drive, Mt. Vernon, Kentucky 40456 | Phone: (606) 256-2143 | Fax: |
| ☐ | Paint Lick Location: | 480 Main Street, Paint Lick, Kentucky 40461 | Phone: (859) 925-2444 | Fax: |
| ☐ | Lancaster Location: | 89 Farra Drive, Lancaster, Kentucky 40444 | Phone: (859) 792-2153 | Fax: |

*This is a 2-sided form

**DEFENDANT'S EXHIBIT 7**

07/2020

MK000009

# Immunizations Summary Report

**White House Clinics**
1010 Main Street South

Mc Kee, KY 404477089

Patient: Markcus Kitchens
Date of Birth: 
Report Date: 01/31/2023
Address: 238 Marcelus Dr APT 2
Berea, KY 40403

## Immunization Allergies

| Allergy | Status |
|---|---|
| Egg Allergy | No |
| Neomycin Allergy | No |
| Latex Allergy | No |
| Gelatin Allergy | No |

Immunizations:

| Vaccine Group | Dose | Vaccine Status | Date Administered | Vaccine Name | Vaccine Brand |
|---|---|---|---|---|---|
| DTaP | 1 | Administered | 03/16/1992 | DTaP | |
| DTaP | 2 | Administered | 05/26/1992 | DTaP | |
| DTaP | 3 | Administered | 07/28/1992 | DTaP | |
| DTaP | 4 | Administered | 05/26/1993 | DTaP | |
| DTaP | 5 | Administered | 02/28/1996 | DTaP | |
| Hep A | 6 | Administered | 04/01/2013 | hep A (ped/adol, 2 dose) | |
| Hep B | 7 | Administered | 11/17/1992 | hep B (ped/adol, 3 dose) | |
| Hep B | 8 | Administered | 12/16/1992 | hep B (ped/adol, 3 dose) | |
| Hep B | 9 | Administered | 03/18/1994 | hep B (ped/adol, 3 dose) | |
| HIB | 10 | Administered | 03/16/1992 | HIB - unspecified | |
| HIB | 11 | Administered | 05/26/1992 | HIB - unspecified | |
| HIB | 12 | Administered | 07/28/1992 | HIB - unspecified | |
| HIB | 13 | Administered | 05/26/1993 | HIB - unspecified | |
| Meningococcal | 14 | Administered | 04/07/2009 | MCV4 | |
| MMR | 15 | Administered | 05/26/1993 | MMR | |
| MMR | 16 | Administered | 02/28/1996 | MMR | |
| Polio | 17 | Administered | 03/16/1992 | OPV | |
| Polio | 18 | Administered | 05/26/1992 | OPV | |
| Polio | 19 | Administered | 05/26/1993 | OPV | |
| Polio | 20 | Administered | 02/28/1996 | OPV | |
| Polio | 21 | Administered | 04/01/2013 | polio, inactivated (IPV) | |
| Tdap | 22 | Administered | 04/07/2009 | Tdap (Adacel) | |
| Typhoid | 23 | Administered | 06/01/2012 | Typhoid, parenteral | |
| Yellow fever | 24 | Administered | 04/01/2013 | Yellow fever | |



Patient: Markcus Kitchens
Date of Birth:
Date: 01/31/2023 1:06 PM
Present for: Chart Update

## Active Medications
**Medications prescribed prior to this visit**

| Medication | RX elsewhere | Directions |
|---|---|---|
| loperamide 2 mg capsule | Y | take 2 capsule by oral route after 1st loose stool, followed by 1 capsule after each subsequent loose stool not to exceed 16 mg/day |
| ondansetron 4 mg disintegrating tablet | Y | take 1 tablet by oral route every 6 hours for 2 days and place on top of the tongue where it will dissolve, then swallow |


## WHITE HOUSE CLINICS

| | |
|---|---|
| PATIENT: | Markcus Kitchens |
| DATE OF BIRTH: | |
| DATE: | 05/25/2018 04:18 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Office Visit |
| PROVIDER: | Vicki Hackman, MD |

This 26 year old male presents for discuss service dog.

## History of Present Illness:
1. discuss service dog
 back from Poland 5/11/2018
GGM passed so back a little early;
going back in the fall;
moving to chicago

had vomiting and diarrhea and seen in ER SJB;
6 episodes of vomiting;
given IV fluids
was Wednesday;
completely back to himself;
got to get more rest;

says his stress level has always been bad
getting ready to move to northen illinois;
dogs he has
Brandy is emotional service animal
Lexie is certified 11/15/2018
neither could go to Poland due to travel;

stayed here with his wife; now they are moving; ;

has paperwork
stress level always peaks; and making himself sick
was seeing colleen when he was in college here;
not taking any antidepressants
says he should still be on adderall; I sent him to lexington for evaluation;
has not been on it for awhile
taking some OTC medication bid that is to help with concentration;

has appt tuesday with cardiologists ;

Kitchens, Markcus  Z. 000000056088           05/25/2018 04:18 PM 1/4

MK000012

had been having palpitations and wore a holter

## SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is *English.
EDUCATION/EMPLOYMENT/OCCUPATION

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
|  | Store manager 1 y |  |  |  |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Currently single.
ALCOHOL
There is no history of alcohol use.
TOBACCO
Smoking status: Never smoker.

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| no/never |  | Never smoker |  |  |  |

## Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES |  |  |  |

Reviewed, no changes.

## VITAL SIGNS

### HEIGHT

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 4:38 PM | 5.0 | 11.00 | 180.34 | 05/25/2018 | 0 |  |

### WEIGHT/BSA/BMI

| Time | lb | oz | kg | Context | Weight % | BMI kg/m2 | BMI % | BSA m2 |
|---|---|---|---|---|---|---|---|---|
| 4:38 PM | 140.20 |  | 63.594 | dressed with shoes |  | 19.55 | 0 |  |

### BLOOD PRESSURE

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 4:38 PM | 118/82 | sitting | right | arm | manual | adult |

### TEMPERATURE/PULSE/RESPIRATION

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/min |
|---|---|---|---|---|---|---|
| 4:38 PM | 97.80 | 36.56 | oral | 75 |  | 18 |

Kitchens, Markcus Z. 000000056088            05/25/2018 04:18 PM 2/4

MK000013

## PULSE OXIMETRY/FIO2

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|---|---|---|---|---|---|---|---|---|
| 4:38 PM | 99 | | | | | | | |

## MEASURED BY

| Time | Measured by |
|---|---|
| 4:38 PM | Hazel Bray, CMA |

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| General Exam | Comments | tall thin in NAD |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|---|---|---|---|---|---|---|---|
| PHQ-9 completed | | | | Mild depression | 7 | | |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Attention-deficit hyperactivity disorder, unspecified type (F90.9). |
| | Plan Orders | Referrals: Mental Health Counselor. Evaluate and treat. |
| 2. | Assessment | Anxiety (F41.9). |
| 3. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following procedure(s) completed today PHQ-9 completed.. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 05/25/2018 | Referrals: Mental Health Counselor. Evaluate and treat | | please evaulate and give opinon about the need for emotional service dogs; |

## Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| | loperamide 2 mg capsule | take 2 capsule by oral route after 1st loose stool, followed by 1 capsule after each subsequent loose stool not to exceed 16 mg/day | | |
| | ondansetron 4 mg disintegrating tablet | take 1 tablet by oral route every 6 hours for 2 days and place on top of the tongue where it will dissolve, then | | |

Kitchens, Markcus Z. 000000056088     05/25/2018 04:18 PM 3/4

MK000014

Provider: Vicki Hackman MD 05/25/2018 05:05 PM

*Vicki T. Hackman MD.*

Document generated by: Vicki Hackman 05/25/2018 05:05 PM

Electronically signed by Vicki Hackman MD on 05/27/2018 12:11 PM

Kitchens, Markcus Z. 000000056088 ▬ 05/25/2018 04:18 PM 4/4

MK000015



**WHITE HOUSE CLINICS**

PATIENT: Markcus Kitchens
DATE OF BIRTH: ▮
DATE: 07/26/2017 09:21 AM
HISTORIAN: self
VISIT TYPE: Office Visit
PROVIDER: Vicki Hackman, MD

This 25 year old male presents for med refill.

## History of Present Illness:
1. med refill
last seen 2/2016;
finished 1st year of med school; working with daniel lee in richond and leaves in september to go back; has 1 more year there at basic science and 2 y of clinical;
on adderal since 2014;
says he was focusing better on adderall;

## Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

## VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:30 AM | 100/62 | 73 | 18 | 97.50 | 5.0 | 11.00 | 180.34 | 140.00 | | 63.503 | | 19.53 | 0 | | 98 |

MEASURED BY

| Time | Measured by |
|---|---|
| 9:30 AM | Hazel Bray, CMA |

Kitchens, Markcus Z. 000000056088 ▮ 07/26/2017 09:21 AM 1/3

MK000016

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Attention and concentration deficit (R41.840). |
| | Provider Plan | is asking me to write an rx for adderall; he is leaving for poland in september; He says poland does not prescribe adderall for ADHD but was told if he had an MD here to write a letter, he could get it there. I told him I could not do that but I could refer him to a specialist for evaluation and get their opinion about him needing the medication. He was not happy with this; says he was seeing colleen and then Dr David was writing his rx and he brought in a bottle dated 2016 as last rx. |
| | Plan Orders | Referrals: Psychiatry. Evaluate and treat. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 07/26/2017 | Referrals: Psychiatry. Evaluate and treat | | needs evaluated for ADHD; is going overseas in september and has been on adderall in past; please evaluate ; needs recommendations and treatment |

*Provider:* Vicki Hackman MD 07/26/2017 10:00 AM

*Vicki L. Hackman MD.*

*Document generated by:* Vicki Hackman 07/26/2017 10:00 AM
Kitchens, Markcus Z. 000000056088          07/26/2017 09:21 AM 2/3

MK000017

Electronically signed by Vicki Hackman MD on 07/26/2017 12:59 PM

Kitchens, Markcus Z. 000000056088 ▆▆▆▆▆▆ 07/26/2017 09:21 AM 3/3

MK000018



## WHITE HOUSE CLINICS

PATIENT: Markcus Kitchens
DATE OF BIRTH:
DATE: 02/15/2016 09:24 AM
HISTORIAN: self
VISIT TYPE: Office Visit
PROVIDER: Vicki Hackman, MD

This 24 year old male presents for School PE and ROS.

## History of Present Illness:
1. School PE
sayshe is here for medical school physical; was here 2014 for same thing with colleen ambrose

going to Hope Medial,
going to study abroad Medical school in Poland
lives in berea;
finished college 2014.

reviewed forms with patinet;
recently had PPD but not in the past; always negative PPD:
2. ROS

## PAST MEDICAL/SURGICAL HISTORY (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| ADD | | | | |
| wisdom teeth removal | | | | |

## Family History (Detailed)
Patient reports there is no relevant family history.
SOCIAL HISTORY (Detailed)
Tobacco use reviewed.
Preferred language is *English.

Kitchens, Markcus Z. 000000056088    02/15/2016 09:24 AM 1/4

MK000019

EDUCATION/EMPLOYMENT/OCCUPATION
The patient has a(n) college education.

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | Store manager 1 y | | | |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Currently single.

ALCOHOL
There is no history of alcohol use.

Social History:
Tobacco use reviewed.
Reviewed, no changes. Last detailed document date: 02/15/2016.

Allergies
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

VITAL SIGNS

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:29 AM | 96/54 | 66 | 12 | 97.70 | 5.0 | 11.00 | 180.34 | 139.00 | 63.049 | | 19.39 | 0 | | 98 |

| Source | Oxygen | O2 Ambient | Measured |
|---|---|---|---|
| RA | | | |

MEASURED BY

| Time | Measured by |
|---|---|
| 9:29 AM | Linda Mills, CMA |

Kitchens, Markcus  Z. 000000056088    02/15/2016 09:24 AM 2/4

MK000020

## Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Ears | * | Canal - Right: excess cerumen, Left: excess cerumen. |
| Ears | Normal | Inspection - Right: Normal, Left: Normal. |
| Nasopharynx | Normal | Lips/teeth/gums - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. No abdominal tenderness. No hepatic enlargement. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

## Immunizations

Immunizations reviewed this visit.

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Encounter for general adult medical examination without abnormal findings (Z00.00). |
|  | Plan Orders | CBC with Diff to be performed Today, CMP to be performed Today and SED rate, automated to be performed Today. |
| 2. | Assessment | Screening for Hep C (Z11.59). |
|  | Plan Orders | Hep B Surface Ab, Qual (499) to be performed Today, Hep B Surface Ag to be performed Today and Hep C AB W/ Ref to Hep C Virus RNA, Quan, R-T PCR (914388) to be performed Today. |
| 3. | Assessment | Screening for HIV (human immunodeficiency virus) (Z11.4). |
|  | Plan Orders | HIV Ab to be performed Today. |
| 4. | Assessment | Encounter for screening for respiratory tuberculosis (Z11.1). |
|  | Plan Orders | Further diagnostic evaluations ordered today include(s) XRAY, CHEST (2 VIEWS) to be performed. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 02/15/2016 | CBC with Diff | Today | |
| ordered | 02/15/2016 | CMP | Today | |
| ordered | 02/15/2016 | SED rate, automated | Today | |
| ordered | 02/15/2016 | XRAY, CHEST (2 VIEWS) | | |
| ordered | 02/15/2016 | HIV Ab | Today | |
| ordered | 02/15/2016 | Hep C AB W/ Ref to Hep C Virus RNA, | Today | |

Kitchens, Markcus Z. 000000056088     02/15/2016 09:24 AM 3/4

MK000021

| | | Quan, R-T PCR (914388) | |
|---|---|---|---|
| ordered | 02/15/2016 | Hep B Surface Ab, Qual (499) | Today |
| ordered | 02/15/2016 | Hep B Surface Ag | Today |

## Medications *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
| | Adderall 20 mg tablet | take 1 tablet by oral route every day before breakfast | | 02/15/2016 |

*Provider:* Vicki Hackman MD 02/15/2016 10:10 AM
*Document generated by:* Vicki Hackman 02/15/2016 10:10 AM

Electronically signed by Vicki Hackman MD on 02/15/2016 09:11 PM

Case 2:22-cv-03301-JFM Document 72-51 Filed 02/22/23 Page 44 of 218

Kitchens, Markcus Z. 000000056088 02/15/2016 09:24 AM 4/4

MK000022



# WHITE HOUSE CLINICS

| | |
|---|---|
| **PATIENT:** | Markcus Kitchen |
| **DATE OF BIRTH:** | |
| **DATE:** | 07/08/2014 1:07 PM |
| **HISTORIAN:** | self |
| **VISIT TYPE:** | Office Visit |
| **PROVIDER:** | Colleen Ambrose APRN |

## Chief Complaint
1. physical

## History of Present Illness
This 22 year old male presents with:
**1. physical**
Mr. Kitchen presents today for a PE clearance to attend medical school. His PMH consists of ADD which is treated by meds. only surgery has been removal of his wisdom teeth.
He is otherwise healthy.

## Past Medical/Surgical History
| Condition | Year | Procedure/Surgery | Year |
|---|---|---|---|
| ADD | | | |
| | | wisdom teeth removal | |

## Family History
Patient reports there is no relevant family history.

## Social History
Primary language is *English.
**Marital Status / Family / Social Support:**
Currently single.
**Tobacco:**
Smoking status: Never smoker.

| Use Status | Total Pk Yrs | Type | Per Day | Years Used | Pack Years | Year Quit |
|---|---|---|---|---|---|---|
| never | | | | | | |

| Tried To Quit | Longest Tob Free | Relapse Reason | Passive Exposure |
|---|---|---|---|
| | | | |

**Alcohol:**
There is no history of alcohol use.
**Social History**
Reviewed, no changes. Last detailed document date: 07/08/2014.

## Allergies
No known allergies.
Reviewed. No changes.

MK000023

## Review of Systems
**Constitutional:**
Negative for fever, night sweats, weight gain and weight loss.

**HEENT:**
Negative for hearing loss and sore throat.
Negative for eye pain and vision changes.

**Respiratory:**
Negative for chronic cough, cough and known TB exposure.

**Cardiovascular:**
Negative for chest pain and edema.

**Gastrointestinal:**
Negative for abdominal pain, blood in stool, change in stool pattern, constipation, nausea and vomiting.

**Genitourinary:**
Negative for dysuria.

**Neuro/Psychiatric:**
Negative for anxiety and depression.
Negative for extremity weakness, memory impairment, numbness in extremities and seizures.

**Musculoskeletal:**
Negative for back pain, joint pain and muscle weakness.

**Hematology:**
Negative for easy bleeding.

**Immunology:**
Positive for:
- Seasonal allergies.


## Vital Signs

| Ht Ft | Ht In | Wt Lb | Wt Oz | Wt Kg | BMI kg/m2 | BMI% |
|---|---|---|---|---|---|---|
| 5.0 | 11.00 | 135.00 | | 61.235 | 18.83 | |

| BP mm/Hg | Pulse/min | Resp/min | Temp F | Head Circ In |
|---|---|---|---|---|
| 104/74 | 82 | 12 | 98.8 | |

| Pulse Ox Rest % | Pulse Ox Amb % | O2 LPM | BSA m2 |
|---|---|---|---|
| 99 | | | |


**Measured By**
Time
1:14 PM  Regina Cox, CMA


## Physical Exam
**Constitutional:**
Well developed.
**Eyes:**
Right
PERRLA.
Left
PERRLA.
**Ears:**
Right
Normal tympanic membrane. Hearing grossly intact.
Left

MK000024

Normal tympanic membrane. Hearing grossly intact.

**Nose / Mouth / Throat:**
External Nose: is unremarkable
Lips/Teeth/Gums: Normal teeth and gums
Tonsils: No tonsillar hypertrophy or exudates
Oropharynx: No pharyngeal erythema or exudates or mucosal lesion

**Neck / Thyroid:**
No thyromegaly or thyroid nodules detected.

**Respiratory:**
Lungs clear to auscultation.

**Cardiovascular:**
Extra Sounds: None.
Rate and Rhythm: Heart rate is regular. Rhythm is regular.
No edema is present.

**Vascular:**
Pulses
Dorsalis pedis pulses: normal. Capillary refill is: less than 2 seconds.
Varicosities are absent

**Abdomen:**
There is no abdominal tenderness.
No hepatic enlargement.
No splenic enlargement.

**Integumentary:**
No impressive skin lesions present.

**Musculoskeletal:**
Normal range of motion, muscle strength, and stability in all extremities with no pain on inspection

**Extremities:**
Dorsalis pedis pulses: normal.
Monofilament exam is normal.
No edema is present.
No ulceration present.
No cyanosis.
No calf tenderness. Varicosities are absent
Toenails: Normal.

**Neurological:**
Memory: Intact .
Cranial nerves: grossly intact
Sensory: No sensory loss .
Deep Tendon Reflexes: DTR's preserved and symmetric .

**Psychiatric:**
The patient is oriented to time, place, person, and situation.
The patient demonstrates the appropriate mood and affect.

**Assessment/ Plan**
**Well adult exam** (V70.0)
Comments:
Advise him to get PPD placed as we cannot find one. He can contact his school and see if they need one. He has a negative TB risk assessment..He will call his school to see if they need a TB skin test
**ADD (attention deficit disorder)** (314.00)
advised he will have to find a local provider to treat his ADD there.

**Medications (added, continued or stopped this visit)**

**Continued:**

**Prescribed Elsewhere:**

| Medication Name | Reason |
|---|---|
| Adderall 20 mg tablet | take 1 tablet by oral route every day before breakfast |

MK000025

Provider: Colleen Ambrose APRN 07/09/2014 2:21 PM

Document generated by: Colleen Ambrose 07/09/2014 2:21 PM

305 Estill Street
Berea, KY 404031742
(859)985-1415

Electronically signed by Colleen Ambrose APRN on 07/10/2014 11:10 AM