Name: Markcus Kitchens | ▇▇▇▇▇▇ | MRN: 8912785729 | PCP: Arthur G Yin, MD | Legal Name: Markcus Kitchens

## Progress Notes
### Tina Holbrook at 01/10/23 1034

| | | |
|---|---|---|
| Author: Tina Holbrook | Service: — | Author Type: Nurse Practitioner |
| Filed: 01/10/23 1034 | Encounter Date: 1/10/2023 | Status: Signed |
| Editor: Tina Holbrook (Nurse Practitioner) | | |

This provider is located at The Baptist Health Medical Group, Behavioral Health ,Suite 23, 789 Eastern Bypass in Richmond, Kentucky 40475, using a secure MyChart Video Visit through *EPIC.* Patient is being seen remotely via telehealth at their home address in Kentucky 40475, and stated they are in a secure environment for this session. The patient's condition being diagnosed/treated is appropriate for telemedicine. The provider identified herself as well as her credentials. The patient, and/or patients guardian, consent to be seen remotely, and when consent is given they understand that the consent allows for patient identifiable information to be sent to a third party as needed.   They may refuse to be seen remotely at any time. The electronic data is encrypted and password protected, and the patient and/or guardian has been advised of the potential risks to privacy not withstanding such measures.

You have chosen to receive care through a telehealth visit.  Do you consent to use a video/audio connection for your medical care today? Yes


Subjective

Markcus Kitchens is a 30 y.o. male who presents today for follow up

**Chief Complaint:**   Anxiety, depression and ADHD

**History of Present Illness:**
History of Present Illness
Markcus Kitchens presents today via MyChart video visit for medication management follow-up.  Reports that he is doing well overall, says that he is currently getting over a sinus infection.  Verbalizes that he recently went on a 5-day cruise with his family and feels that this was a good experience and stress relief for him.  He continues to be in the lawsuit with the medical testing board.  Has missed residency deadlines so component has been postponed.  Says that he has been more accepting and positive about current situation.  Has been interviewing for different positions that require MD without the clinical component.  Says that he and his wife have considered transitioning to Atlanta, where his uncle owns a law firm and his wife could work at this firm.  Reports that he stopped taking Prozac about 2 weeks after last visit (November) and feels that he has been managing overall symptoms of depression and anxiety well on his own.  Feels that overall ADHD symptoms are controlled with current regimen.  Says that he does not take Adderall every day as he does not feel he needs to take medication when sustained mental effort is not required.  Sleeping about an average of 7 hours per night.  Reports appetite is good.  Denies any adverse effects of current medication regimen. Denies any SI/HI or A/V hallucinations.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.


**Past Medical History:**
History reviewed. No pertinent past medical history.

**Social History:**
**Social History**

Socioeconomic History
 • Marital status:           Married
Tobacco Use
 • Smoking status:          Never
 • Smokeless tobacco:       Never
Substance and Sexual Activity
 • Alcohol use:             Never
 • Drug use:                Never
 • Sexual activity:         Yes
     Partners:              Female

**Family History:**
History reviewed. No pertinent family history.



Kitchens001162

**Past Surgical History:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • WISDOM TOOTH EXTRACTION | N/A | |

**Problem List:**
**Patient Active Problem List**
Diagnosis
- Anxiety
- Attention deficit disorder

**Allergy:**
No Known Allergies

**Current Medications:**
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet | Take 1 tablet by mouth 2 (Two) Times a Day. | 60 tablet | 0 |
| • propranolol (INDERAL) 20 MG tablet | Take 1 tablet by mouth 3 (Three) Times a Day. | 270 tablet | 3 |

No current facility-administered medications for this visit.

**Review of Symptoms:**
Review of Systems
Constitutional: Negative for activity change, appetite change, fatigue, unexpected weight gain and unexpected weight loss.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Psychiatric/Behavioral: Positive for decreased concentration and depressed mood. Negative for sleep disturbance. The patient is nervous/anxious.

**Physical Exam:**
**Physical Exam**
Constitutional:
   General: He is not in acute distress.
   Appearance: Normal appearance.
Neurological:
   Mental Status: He is alert.
**Vitals:**
There were no vitals taken for this visit. There is no height or weight on file to calculate BMI.
Due to extenuating circumstances and possible current health risks associated with the patient being present in a clinical setting (with current health restrictions in place in regards to possible COVID 19 transmission/exposure), the patient was seen remotely today via a MyChart Video Visit through EPIC. Unable to obtain vital signs due to nature of remote visit.

**Mental Status Exam:**
Hygiene:   appears good
Cooperation:  Cooperative
Eye Contact:  UTA
Psychomotor Behavior:  Appropriate
Affect:  Appropriate
Mood: normal
Hopelessness: Denies
Speech:  Normal
Thought Process:  Goal directed and Linear
Thought Content:  Mood congruent
Suicidal:  None
Homicidal:  None
Hallucinations:  None
Delusion:  None
Memory:  Intact
Orientation:  Person, Place, Time and Situation
Reliability:  good
Insight:  Fair
Judgement:  Good
Impulse Control:  Good

**Lab Results:**
**Office Visit on 08/25/2022**

Kitchens001163

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • Report Summary Comment: | 08/25/2022 | FINAL | | Final |

```
==================================================================
TOXASSURE COMP DRUG ANALYSIS,UR
==================================================================
Test              Result     Flag     Units
Drug Absent but Declared for Prescription Verification
  Amphetamine           Not Detected UNEXPECTED ng/mg creat
  Propranolol           Not Detected UNEXPECTED
==================================================================
Test           Result  Flag  Units    Ref Range
  Creatinine     25          mg/dL    >=20
==================================================================
Declared Medications:
The flagging and interpretation on this report are based on the
following declared medications.  Unexpected results may arise from
inaccuracies in the declared medications.
  **Note: The testing scope of this panel includes these medications:
  Amphetamine (Amphetamine-Dextroamphetamin
              e)
  Propranolol
==================================================================
For clinical consultation, please call (866) 593-0157.
==================================================================
```

**EKG Results:**
No orders to display


Assessment & Plan

**Problems Addressed this Visit**

  Mental Health
  **Attention deficit disorder**
    Relevant Medications
      amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Attention deficit disorder, unspecified hyperactivity presence** | ICD-10-CM: F98.8<br>ICD-9-CM: 314.00 | |

**Visit Diagnoses:**

| | | ICD-10-CM | ICD-9-CM |
|---|---|---|---|
| 1. | Attention deficit disorder, unspecified hyperactivity presence | F98.8 | 314.00 |

-Reviewed previous available documentation and most recent available labs. KASPER reviewed and is appropriate. UDS on file from 8/25/22 is appropriate. Signed controlled substance agreement on file. Patient counseled on use of controlled substances.

-Discussed importance of counseling to decrease anxiety like symptoms. Discussed coping mechanisms to decrease stress and anxiety: relaxation techniques, guided imagery, music therapy, staying active, support groups, diversional activities and avoid aggravating factors.
Discussed different coping mechanisms to better control depression.

-The benefits of a healthy diet and exercise were discussed with patient, especially the positive effects they have on mental health. Patient encouraged to consider lifestyle modification regarding diet and exercise patterns to maximize results of mental health treatment.

Encouraged patient to practice good sleep hygiene.  Discussed going to bed at the same time and getting up at the same time every day. Consider a quiet activity, such as reading, part of your nighttime routine. Make your bedroom a dark, comfortable place where it is easy to fall asleep. Avoid or limit caffeine consumption. Limit screen use, especially two hours prior to bed (this includes watching TV, using smartphone, tablet or computer).

Discussed medication regimen and plan of care.  He is agreeable to continue with Adderall at current dose

Kitchens001164

as he feels medication is beneficial in controlling ADHD symptoms.  Has stopped taking Prozac as he feels that he is able to use coping skills/techniques to manage symptoms associated with anxiety and depression.  Says that the symptoms have been more situational and now that he has come to terms with current situation he is better able to manage the symptoms.  Continues to take propranolol that has been helpful with anxiety as well.  Denies any adverse effects of current medication regimen.  Denies any SI/HI.

-Refill Adderall 20 mg twice daily for ADHD symptoms
-Continue Propranolol 20 mg three times daily for anxiety as previously prescribed.

**GOALS:**
**Short Term Goals:** Patient will be compliant with medication, and patient will have no significant medication related side effects.  Patient will be engaged in psychotherapy as indicated.  Patient will report subjective improvement of symptoms.
**Long term goals:** To stabilize mood and treat/improve subjective symptoms, the patient will stay out of the hospital, the patient will be at an optimal level of functioning, and the patient will take all medications as prescribed.
The patient/guardian verbalized understanding and agreement with goals that were mutually set.

**TREATMENT PLAN**: Continue supportive psychotherapy efforts and medications as indicated for patient's diagnosis.  Pharmacological and Non-Pharmacological treatment options discussed during today's visit.  Patient/Guardian acknowledged and verbally consented with current treatment plan and was educated on the importance of compliance with treatment and follow-up appointments.

**MEDICATION ISSUES**:
Discussed medication options and treatment plan of prescribed medication as well as the risks, benefits, any black box warnings, and side effects including potential falls, possible impaired driving, and metabolic adversities among others. Patient is agreeable to call the office with any worsening of symptoms or onset of side effects, or if any concerns or questions arise.  The contact information for the office is made available to the patient. Patient is agreeable to call 911 or go to the nearest ER should they begin having any SI/HI, or if any urgent concerns arise. No medication side effects or related complaints today.

**MEDS ORDERED DURING VISIT:**
**New Medications Ordered This Visit**
Medications
- amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet
    Sig: Take 1 tablet by mouth 2 (Two) Times a Day.
    Dispense:  60 tablet
    Refill:  0


**FOLLOW UP:**
Return in about 3 months (around 4/10/2023) for Recheck, Video visit.

I spent 30 minutes caring for Markcus on this date of service. This time includes time spent by me in the following activities: preparing for the visit, obtaining and/or reviewing a separately obtained history, performing a medically appropriate examination and/or evaluation, counseling and educating the patient/family/caregiver, ordering medications, tests, or procedures and documenting information in the medical record.

*Tina Holbrook APRN FNP-C PMHNP-BC*

This document has been electronically signed by *Tina Holbrook, APRN*
January 10, 2023 10:34 EST

**Please note that portions of this note were completed with a voice recognition program. Efforts were made to edit dictation, but occasionally words are mistranscribed.**

Kitchens001165

Name: Markcus Kitchens | ▓▓▓▓▓▓▓ | MRN: 8912785729 | PCP: Arthur G Yin, MD | Legal Name: Markcus Kitchens

# AFTER VISIT SUMMARY


BAPTIST HEALTH

**Marckus Kitchens**  MRN: 8912785729
🗓 1/10/2023 10:00 AM  📍 BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND 859-544-8171

---

### Instructions from Tina Holbrook, APRN

**Today's medication changes**

- 🔄 **CHANGE how you take:**
  amphetamine-dextroamphetamine (ADDERALL)

- ❌ **STOP taking:**
  FLUoxetine 10 MG capsule (PROzac)

Accurate as of January 10, 2023 11:59 PM
Review your updated medication list below.

**Pick up these medications at MEIJER PHARMACY #258 - RICHMOND, KY - 2013 LANTERN RIDGE DR - 859-575-5064 PH - 859-575-5065 FX**

amphetamine-dextroamphetamine
Address:   2013 LANTERN RIDGE DR, RICHMOND KY 40475
Phone:     859-575-5064

**Return in about 3 months**
(around 4/10/2023) for Recheck, Video visit

---

### Today's Visit
You saw Tina Holbrook, APRN on Tuesday January 10, 2023

### What's Next

**APR 24 2023**  Medicine Check with Tina Holbrook, APRN
Monday April 24 9:30 AM (Arrive by 9:00 AM)

BAPTIST HEALTH MEDICAL GROUP
BEHAVIORAL HEALTH RICHMOND
789 EASTERN BYPASS
STE 23
RICHMOND KY 40475-2421
859-544-8171

### Opioid Resource
If you or someone you know needs information on substance abuse, please visit
https://www.findhelpnowky.org/ for listings of facilities and resources across Kentucky

---

**COVID-19 Vaccination Information**
**Why Get Vaccinated?**
Building defenses against COVID-19 is a team effort, and you are a key part of that team  Getting the COVID-19 vaccine adds one more layer of protection for you, your coworkers, and family  Here are ways you can build people's confidence in the COVID-19 vaccines in your community and at home
- Get vaccinated and enroll in the v-safe text messaging program to help CDC monitor vaccine safety
- Tell others why you are getting vaccinated and encourage them to get vaccinated  Share your success story
- Learn how to have conversations about COVID-19 vaccine with coworkers, family, and friends
- https://www.cdc.gov/coronavirus/2019-ncov/vaccines/index.html

**How do I schedule an appointment for a vaccine?**
https://www.vaccines.gov/ helps you find locations that carry COVID-19 vaccines and their contact information  Because every location handles appointments differently, you will need to schedule your appointment directly with the location you choose

Kitchens001166

**Your Medication List** as of January 10, 2023 11:59 PM

 Always use your most recent med list

| | | |
|---|---|---|
| CHANGE | **amphetamine-dextroamphetamine** 20 MG tablet<br>Commonly known as: **ADDERALL**<br>Changed by: Tina Holbrook, APRN | Take 1 tablet by mouth 2 (Two) Times a Day<br>What changed: **See the new instructions.** |
| | **propranolol** 20 MG tablet<br>Commonly known as: **INDERAL** | Take 1 tablet by mouth 3 (Three) Times a Day |

## Patient Experience

Thank you for choosing Baptist Health  You may receive a survey following your visit  Please take a moment to share what went well, where we need improvement, and which staff members deserve recognition  We value your input

## Access to Your Information

At Baptist Health, we believe that sharing information builds trust and better relationships  We believe that you should be able to see your results in MyChart as soon as they are available  However, this means that you may see results even before your healthcare provider has reviewed them  Some test results may be hard to understand and may show a mild or serious disease or condition  You may choose to view your results immediately, or you may prefer to wait until your provider's office contacts you  Waiting will allow your provider to discuss your results in detail and provide important education about your condition  If you have not heard within a few days, you may want to contact your provider's office before viewing the results on your own

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

Kitchens001167