**BAPTIST HEALTH**

| | | |
|---|---|---|
| BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH 789 EASTERN BYPASS STE 23 RICHMOND KY 40475-2421 | Kitchens, Markcus MRN: 8912785729, Visit date: 2/6/2023 | Sex: M |

---

## 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND

### Visit Information

#### Nursing Assessment

No Nursing Assessment available for this encounter.

---

**Markcus Kitchens**
**2/6/2023   Telephone**
**MRN: 8912785729**

Description: **31 year old male**
Provider: **Holbrook, Tina, APRN**
Department: **MGE BEHAV HLTH RIC**

---

## 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND
### OASIS Summary

### Demographics/General Information

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Kitchens, Markcus | 8912785729 | Male | |
| **Attending Physician** | | **Attending Physician NPI (M0018)** | |
| Unknown or Not Available | | — | |
| **Patient Street Address** | | **Patient Telephone Number** | |
| | | — | |

### Additional Demographics

| SSN (M0064): | Medicare Number (M0063): **NA - No Medicare** | Medicaid Number (M0065): **NA - No Medicaid** |
|---|---|---|

---

## 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND
### (continued)

### Patient as-of Visit (group 1 of 2)

#### Active Coverages as of 2/6/2023

**ANTHEM MEDICAID**

| Plan: ANTHEM MEDICAID | Group: KYMCDWP0 | Member: XTF732302565 |
|---|---|---|
| Effective from: 4/1/2022 | Subscriber: KITCHENS,MARKCUS | Subscriber ID: XTF732302565 |
| Guarantor: KITCHENS,MARKCUS | | |

---

## 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND
### (continued)

### History as of 2/6/2023

#### Medical History as of 2/6/2023

Medical last reviewed by Holbrook, Tina, APRN on 2/6/2023
None

#### Surgical History as of 2/6/2023

Surgical last reviewed by Holbrook, Tina, APRN on 2/6/2023

##### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| WISDOM TOOTH EXTRACTION | N/A | — | — | Patient |

#### Family History as of 2/6/2023

<div style="border:2px solid black">

**DEFENDANT'S EXHIBIT**

## 35

</div>


**BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ██████ Sex: M
Visit date: 2/6/2023

---

**02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Patient as-of Visit (group 1 of 2) (continued)**

### Family History as of 2/6/2023

**E-cigarette/Vaping**

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | Never User |
| Start Date | |
| Passive Exposure | No |
| Quit Date | |
| Counseling Given | No |
| Comments | |

**E-cigarette/Vaping Substances**

| Questions | Responses |
|---|---|
| Nicotine | No |
| THC | No |
| CBD | No |
| Flavoring | No |
| Other | |

**E-cigarette/Vaping Devices**

| Questions | Responses |
|---|---|
| Disposable | No |
| Pre-filled or Refillable Cartridge | No |
| Refillable Tank | No |
| Pre-filled Pod | No |
| Other | |

### Substance & Sexuality History as of 2/6/2023

#### Tobacco Use as of 2/6/2023

**Tobacco Use last reviewed by Holbrook, Tina, APRN on 2/6/2023**

| Smoking Status | Smoking Start Date | Quit Date | Smoking Frequency |
|---|---|---|---|
| Never | — | — | |
| **Smokeless Status** | **Smokeless Type** | **Smokeless Quit Date** | |
| Never | — | — | |
| **Source** | | | |
| — | | | |

#### Alcohol Use as of 2/6/2023

**Alcohol Use last reviewed by Fleming, Raquel, CMA on 2/6/2023**

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

#### Drug Use as of 2/6/2023

**Drug Use last reviewed by Fleming, Raquel, CMA on 2/6/2023**

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|

NBMEBAPT0040



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ████████ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

### Patient as-of Visit (group 1 of 2) (continued)

| | | | | |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 2/6/2023

#### Sexual Activity last reviewed by Fleming, Raquel, CMA on 2/6/2023

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Yes | — | Female | — | Provider |

### Socioeconomic History as of 2/6/2023

#### Socioeconomic as of 2/6/2023

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

### Allergies as of 2/6/2023

Allergies last reviewed by Holbrook, Tina, APRN on 2/6/2023 1028
No Known Allergies

### Immunizations as of 2/6/2023

Immunizations last reviewed by Clark, Courtney, MA on 3/23/2021 1337

#### COVID-19 (MODERNA) BIVALENT BOOSTER 12+YRS *[last edited by Malicote, Natasha L, CMA on 11/19/2022 0935]*

| | | |
|---|---|---|
| Administered on: 9/22/2022 | Dose: 0.5 mL | Site: Left deltoid |
| Route: Intramuscular | CVX code: 229 | |
| Manufacturer: MODERNA US INC | Lot number: AS7140C | Location: MEIJER258 |

#### COVID-19 (PFIZER) PURPLE CAP *[automatically reconciled from Kentucky Immunization Registry (KYIR) on 4/28/2022 0919]*

| | | |
|---|---|---|
| Administered on: 3/25/2021 | Dose: 0.3 mL | Site: Left arm |
| Route: Intramuscular | CVX code: 208 | |
| Manufacturer: PFIZER-BIONTECH | Lot number: ER8Z30 | External: Auto Reconciled From Outside Source |
| Location: 19411 | | |

#### COVID-19 (PFIZER) PURPLE CAP *[automatically reconciled from Kentucky Immunization Registry (KYIR) on 4/28/2022 0919]*

| | | |
|---|---|---|
| Administered on: 4/15/2021 | Dose: 0.3 mL | Site: Left arm |
| Route: Intramuscular | CVX code: 208 | |
| Manufacturer: PFIZER-BIONTECH | Lot number: EL3302 | External: Auto Reconciled From Outside Source |
| Location: 19411 | | |

#### COVID-19 (PFIZER) PURPLE CAP *[automatically reconciled from Kentucky Immunization Registry (KYIR) on 4/28/2022 0919]*

| | | |
|---|---|---|
| Administered on: 11/29/2021 | Dose: 0.3 mL | Site: Left deltoid |
| Route: Intramuscular | CVX code: 208 | |
| Manufacturer: PFIZER-BIONTECH | Lot number: FE3590 | External: Auto Reconciled From Outside Source |
| Location: MEIJER258 | | |

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

### 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**DTaP 5** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 5/26/1992 | CVX code: 106 |
|---|---|

**DTaP 5** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 2/28/1996 | CVX code: 106 |
|---|---|

**DTaP 5** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 5/26/1993 | CVX code: 106 |
|---|---|

**DTaP 5** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 3/16/1992 | CVX code: 106 |
|---|---|

**DTaP 5** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 7/28/1992 | CVX code: 106 |
|---|---|

**Hep A, 2 Dose** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 4/1/2013 | CVX code: 83 |
|---|---|

**Hep B, Adolescent or Pediatric** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 3/18/1994 | CVX code: 08 |
|---|---|

**Hep B, Adolescent or Pediatric** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 11/17/1992 | CVX code: 08 |
|---|---|

**Hep B, Adolescent or Pediatric** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 12/16/1992 | CVX code: 08 |
|---|---|

**Hepatitis A** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

| Administered on: 2/9/2012 | CVX code: 52 |
|---|---|

    **Previous revisions**

        **Hepatitis A** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

| Administered on: 2/9/2012 | CVX code: 52 |
|---|---|

**Hepatitis A** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

| Administered on: 4/7/2009 | CVX code: 52 |
|---|---|

    **Previous revisions**

        **Hepatitis A** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

| Administered on: 4/7/2009 | CVX code: 52 |
|---|---|

**Hib (HbOC)** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 5/26/1993 | CVX code: 47 |
|---|---|

**Hib (HbOC)** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 3/16/1992 | CVX code: 47 |
|---|---|

**Hib (HbOC)** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*





## 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

Administered on: 7/28/1992 CVX code: 47

**Hib (HbOC)** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 5/26/1992 CVX code: 47

**IPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

Administered on: 4/1/2013 CVX code: 10

**Previous revisions**

**IPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

Administered on: 4/1/2013 CVX code: 10

**IPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1337]*

Administered on: 4/1/2013 CVX code: 10

**MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

Administered on: 5/26/1993 CVX code: 03

**Previous revisions**

**MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

Administered on: 5/26/1993 CVX code: 03

**MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 5/26/1993 CVX code: 03

**MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

Administered on: 2/28/1996 CVX code: 03

**Previous revisions**

**MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

Administered on: 2/28/1996 CVX code: 03

**MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 2/28/1996 CVX code: 03

**Meningococcal MCV4P (Menactra)** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 4/7/2009 CVX code: 114

**OPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 5/26/1993 CVX code: 02

**OPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 3/16/1992 CVX code: 02

**OPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 5/26/1992 CVX code: 02

**OPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,
Visit date: 2/6/2023

Sex: M

## 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

Administered on: 2/28/1996          CVX code: 02

**Tdap** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

Administered on: 4/7/2009          CVX code: 115
**Previous revisions**

**Tdap** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

Administered on: 4/7/2009          CVX code: 115

**Tdap** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 4/7/2009          CVX code: 115

**Tdap** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

Administered on: 5/20/2019          CVX code: 115

**Typhoid, Unspecified** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 6/1/2012          CVX code: 91

**Yellow Fever** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 4/1/2013          CVX code: 37

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Clark, Courtney, MA | 03/23/2021 1337 |
| Clark, Courtney, MA | 03/23/2021 1337 |

 **BAPTIST HEALTH**

| | BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH 789 EASTERN BYPASS STE 23 RICHMOND KY 40475-2421 | Kitchens, Markcus MRN: 8912785729, ▮▮▮▮▮▮ Sex: M Visit date: 2/6/2023 |
|---|---|---|

### 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

#### Patient as-of Visit (group 2 of 2)

**Problem List** as of 2/6/2023

Problems last reviewed by Holbrook, Tina, APRN on 2/6/2023 1028

**Anxiety** *[last edited by Yin, Arthur G, MD on 2/10/2022 1529]*

| Diagnosis: **Anxiety** | Noted on: **03/23/2021** | Chronic: **No** |
|---|---|---|

**Previous Revisions**

**Test anxiety** *[last edited by Yin, Arthur G, MD on 3/23/2021 1403]*

| Diagnosis: **Test anxiety** | Noted on: **03/23/2021** | Chronic: **No** |
|---|---|---|

**Anxiety** *[last edited by Yin, Arthur G, MD on 3/23/2021 1347]*

| Diagnosis: **Anxiety** | Noted on: **03/23/2021** | Chronic: **No** |
|---|---|---|

**Attention deficit disorder** *[last edited by Yin, Arthur G, MD on 3/23/2021 1347]*

| Diagnosis: **Attention deficit disorder** | Noted on: **03/23/2021** | Chronic: **No** |
|---|---|---|

**Bilateral impacted cerumen** *[last edited by Yin, Arthur G, MD on 2/10/2022 1519]*

This problem has been resolved.

| Diagnosis: **Bilateral impacted cerumen** Chronic: **No** | Noted on: **08/05/2021** | Resolved on: **2/10/2022** |
|---|---|---|

**Previous Revisions**

**Bilateral impacted cerumen** *[last edited by Yin, Arthur G, MD on 8/5/2021 1038]*

| Diagnosis: **Bilateral impacted cerumen** | Noted on: **08/05/2021** | Chronic: **No** |
|---|---|---|

#### Problem List Review History

| User | Reviewed On |
|---|---|
| Holbrook, Tina, APRN | 02/06/2023 1028 |
| Holbrook, Tina, APRN | 02/06/2023 1024 |
| Holbrook, Tina, APRN | 02/06/2023 1013 |
| Holbrook, Tina, APRN | 02/06/2023 1010 |
| Holbrook, Tina, APRN | 01/10/2023 1034 |
| Holbrook, Tina, APRN | 01/10/2023 1034 |
| Holbrook, Tina, APRN | 01/10/2023 1020 |
| Holbrook, Tina, APRN | 01/10/2023 1017 |
| Holbrook, Tina, APRN | 01/10/2023 1013 |
| Patel, Ashish M, MD | 11/19/2022 1008 |
| Holbrook, Tina, APRN | 11/14/2022 0910 |
| Holbrook, Tina, APRN | 11/14/2022 0905 |
| Holbrook, Tina, APRN | 09/22/2022 0955 |
| Holbrook, Tina, APRN | 09/05/2022 2009 |
| Yin, Arthur G, MD | 08/05/2021 0925 |

#### Current & Discharge Medications as of Visit

**Medication List**

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,                    Sex: M
Visit date: 2/6/2023

---

### 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Current & Discharge Medications as of Visit (continued)**

**Active at the End of Visit**

**propranolol (INDERAL) 20 MG tablet**

| | |
|---|---|
| Instructions: Take 1 tablet by mouth 3 (Three) Times a Day. | |
| Authorized by: Yin, Arthur G, MD | Ordered on: 2/10/2022 |
| Start date: 2/10/2022 | Quantity: 270 tablet |
| Refill: 3 refills by 2/10/2023 | |

**amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet**

| | |
|---|---|
| Discontinued by: Baula, Kristine, MD | Discontinued on: 3/24/2023 |
| Reason for discontinuation: Reorder | |
| Instructions: Take 1 tablet by mouth 2 (Two) Times a Day. | |
| Authorized by: Holbrook, Tina, APRN | Ordered on: 1/10/2023 |
| Start date: 1/10/2023 | End date: 3/24/2023 |
| Quantity: 60 tablet | Refill: No refills remaining |

**meloxicam (MOBIC) 7.5 MG tablet**

| | |
|---|---|
| Discontinued by: Baula, Kristine, MD | Discontinued on: 3/24/2023 |
| Instructions: Take 1 tablet by mouth Daily. | |
| Entered by: Fleming, Raquel, CMA | Entered on: 2/6/2023 |
| Start date: 12/1/2022 | End date: 3/24/2023 |
| Action: Patient not taking | |

**multivitamin with minerals tablet tablet**

| | |
|---|---|
| Instructions: Take 1 tablet by mouth Daily. | |
| Entered by: Fleming, Raquel, CMA | Entered on: 2/6/2023 |

**Stopped in Visit**

None

---

### 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 2/6/2023

There are no MTPs to display.

---



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,  Sex: M
Visit date: 2/6/2023

### 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**ED Events**

None



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729,
Sex: M
Visit date: 2/6/2023

| 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued) |
|---|

| 02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued) |
|---|

**Clinical Notes**

**Telephone Encounter**

### Holbrook, Tina, APRN at 2/6/2023 1609

| Author: Holbrook, Tina, APRN | Service: — | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 02/06/23 1611 | Encounter Date: 2/6/2023 | Creation Time: 02/06/23 1609 |
| Status: Signed | Editor: Holbrook, Tina, APRN (Nurse Practitioner) | |

Please let him know that I have consulted with Dr. Martin on the letter he is requesting. Letter completed and placed in MyChart.

Electronically signed by Holbrook, Tina, APRN at 02/06/23 1611

### Fleming, Raquel, CMA at 2/6/2023 1621

| Author: Fleming, Raquel, CMA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 02/06/23 1626 | Encounter Date: 2/6/2023 | Creation Time: 02/06/23 1621 |
| Status: Signed | Editor: Fleming, Raquel, CMA (Medical Assistant) | |

SPOKE TO PATIENT HE SAID IT IS NOT AS DETAILED AS IT SHOULD BE. HE SAID IT ALSO NEEDS TO INCLUDE ACCOMODATION'S 100 PERCENT OF TIME PLUS 100%. AT THE CLINIC YOU USE CONNOR AS A TOOL AND PUT A SUMMARY THAT WAS OBSERVED FROM THERE IS WHAT HE NEED. HE SAID THIS LETTER IS TO VAGUE

Electronically signed by Fleming, Raquel, CMA at 02/06/23 1626

### Holbrook, Tina, APRN at 2/6/2023 1654

| Author: Holbrook, Tina, APRN | Service: — | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 02/06/23 1654 | Encounter Date: 2/6/2023 | Creation Time: 02/06/23 1654 |
| Status: Signed | Editor: Holbrook, Tina, APRN (Nurse Practitioner) | |

Again, I consulted with Dr. Martin about details that could be included in letter. Copy of CPT given for him to submit. He can call MindPsi at 859 624-2454 and schedule for the psychological evaluation discussed. This will further assess more specific needs for accommodations.

Electronically signed by Holbrook, Tina, APRN at 02/06/23 1654

### Fleming, Raquel, CMA at 2/6/2023 1657

| Author: Fleming, Raquel, CMA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 02/06/23 1657 | Encounter Date: 2/6/2023 | Creation Time: 02/06/23 1657 |
| Status: Signed | Editor: Fleming, Raquel, CMA (Medical Assistant) | |

Can you please talk to patient?

Electronically signed by Fleming, Raquel, CMA at 02/06/23 1657

### Holbrook, Tina, APRN at 2/6/2023 1737

| Author: Holbrook, Tina, APRN | Service: — | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 02/06/23 1737 | Encounter Date: 2/6/2023 | Creation Time: 02/06/23 1737 |
| Status: Signed | Editor: Holbrook, Tina, APRN (Nurse Practitioner) | |

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,        Sex: M
Visit date: 2/6/2023

---

**02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Clinical Notes (continued)**

Thanks

    Electronically signed by Holbrook, Tina, APRN at 02/06/23 1737

---

**Fleming, Raquel, CMA at 2/7/2023 0901**

| | | |
|---|---|---|
| Author: **Fleming, Raquel, CMA** | Service: **—** | Author Type: **Medical Assistant** |
| Filed: **02/07/23 0902** | Encounter Date: **2/6/2023** | Creation Time: **02/07/23 0901** |
| Status: **Signed** | Editor: **Fleming, Raquel, CMA (Medical Assistant)** | |

Patient called in states he had a missed call from this office. Lisa had called him to give next appointment that was scheduled 04/11/23 arrival 09:45am.

    Electronically signed by Fleming, Raquel, CMA at 02/07/23 0902

---

**02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

# Instructions for After Discharge

**Patient Instructions**

  None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body
- Sudden confusion, difficulty speaking or trouble understanding
- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause
- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:
**American Stroke Association**
**1-888-4-STROKE**
**www.strokeassociation.org**

**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:

---



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, █████████ Sex: M
Visit date: 2/6/2023

**02/06/2023 - Telephone in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Quit Now Kentucky**
1-800-QUIT-NOW
https://kentucky.quitlogix.org/en-US/

If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!
- Call or text 988 to speak to someone.



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ▮▮▮▮▮ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Holbrook, Tina, APRN | Holbrook, Tina, APRN |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND | 789 EASTERN BYPASS STE 23 Richmond KY 40475-2421 | 859-544-8171 | 859-544-8197 |

#### Follow-up and Dispositions

- Return for Next scheduled follow up in April for medication management.

#### Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN** |

#### Clinical Impression/Visit Diagnoses

Visit diagnosis: ADHD (attention deficit hyperactivity disorder), inattentive type

| **Markcus Kitchens** | Description: **31 year old male** |
|---|---|
| **2/6/2023 10:00 AM   Office Visit** | Provider: **Holbrook, Tina, APRN** |
| **MRN: 8912785729** | Department: **MGE BEHAV HLTH RIC** |

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND
## OASIS Summary

### Demographics/General Information

| Patient Name (M0040) | Patient ID (M0020) | Gender (M0069) | Birth Date (M0066) |
|---|---|---|---|
| Kitchens, Markcus | 8912785729 | Male | ▮▮▮▮ |
| **Attending Physician** | | **Attending Physician NPI (M0018)** | |
| Unknown or Not Available | | — | |
| **Patient Street Address** | | **Patient Telephone Number** | |
| — | | | |

### Additional Demographics

| SSN (M0064): ▮▮▮▮ | Medicare Number (M0063): NA - No Medicare | Medicaid Number (M0065): NA - No Medicaid |
|---|---|---|

### Physical Assessment - Vitals

| Chief Complaint |
|---|
|  |

#### Blood Pressure

| BP (Location) | Blood Pressure (Lying) | Blood Pressure (Sitting) | Blood Pressure (Standing) |
|---|---|---|---|
| | | 104/68 | |

#### Pulse

| Pulse (Rhythm) | Pulse (Apical) | Pulse (Radial) |
|---|---|---|
| | | 59 |



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND OASIS Summary (continued)

**Physical Assessment - Vitals (continued)**

### Pulse Oximetry

### Weight/Height

| Weight | Height | BMI | BSA |
|---|---|---|---|
| 64.9 kg (143 lb) (actual) | 180.3 cm (71") | 19.94 kg/m² | 1.83 m² |

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Appointment Information**

| **MEDICINE CHECK** | **Completed** |
|---|---|
| 2/6/2023 10:00 AM | Copay Due: $0.00 |

| Time | Provider | Department | Length |
|---|---|---|---|
| 10:00 AM | | | 30 min |

| Arrival Time: | 9:35 AM | | Enc Form Number: | 32568364 |
|---|---|---|---|---|

Notes:
CONF 945 ARR

History

| | | | | | |
|---|---|---|---|---|---|
| Rescheduled: | 2/1/2023 10:34 AM | By: | Ison, Kandice, RegSched Rep | | ES |
| Change Notes: | 2/3/2023 9:31 AM | By: | Hill, Megan, RegSched Rep | | ES |
| Change Notes: | 2/3/2023 9:53 AM | By: | Hill, Megan, RegSched Rep | | ES |
| Change Notes: | 2/3/2023 9:56 AM | By: | Hill, Megan, RegSched Rep | | ES |
| Confirmed: | 2/3/2023 10:42 AM | By: | Hill, Megan, RegSched Rep | | ES |
| Checked In: | 2/6/2023 9:35 AM | By: | Hill, Megan, RegSched Rep | | ES |
| Remove Arr.: | 2/6/2023 9:39 AM | By: | Fleming, Raquel, CMA | | MR |
| Checked Out: | 2/6/2023 10:34 AM | By: | Hill, Megan, RegSched Rep | | ES |

**Patient as-of Visit (group 1 of 2)**

**Active Coverages** as of 2/6/2023

**ANTHEM MEDICAID**

| Plan: ANTHEM MEDICAID | Group: KYMCDWP0 | Member: XTF732302565 |
|---|---|---|
| Effective from: 4/1/2022 | Subscriber: KITCHENS,MARKCUS | Subscriber ID: XTF732302565 |
| Guarantor: KITCHENS,MARKCUS | | |

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**History** as of 2/6/2023

**Medical History** as of 2/6/2023

**Medical last reviewed by Holbrook, Tina, APRN on 2/6/2023**
None

**Surgical History** as of 2/6/2023

NBMEBAPT0052

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

### 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

Surgical last reviewed by Holbrook, Tina, APRN on 2/6/2023

#### Past Surgical History

| Procedure | Laterality | Date | Comments | Source |
|---|---|---|---|---|
| WISDOM TOOTH EXTRACTION | N/A | — | — | Patient |

**Family History** as of 2/6/2023

**Family History as of 2/6/2023**

#### E-cigarette/Vaping

| Questions | Responses |
|---|---|
| E-cigarette/Vaping Use | Never User |
| Start Date | |
| Passive Exposure | No |
| Quit Date | |
| Counseling Given | No |
| Comments | |

#### E-cigarette/Vaping Substances

| Questions | Responses |
|---|---|
| Nicotine | No |
| THC | No |
| CBD | No |
| Flavoring | No |
| Other | |

#### E-cigarette/Vaping Devices

| Questions | Responses |
|---|---|
| Disposable | No |
| Pre-filled or Refillable Cartridge | No |
| Refillable Tank | No |
| Pre-filled Pod | No |
| Other | |

**Substance & Sexuality History** as of 2/6/2023

**Tobacco Use as of 2/6/2023**

Tobacco Use last reviewed by Holbrook, Tina, APRN on 2/6/2023

| Smoking Status | Smoking Start Date | Quit Date | Smoking Frequency |
|---|---|---|---|
| Never | — | — | |

| Smokeless Status | Smokeless Type | Smokeless Quit Date | |
|---|---|---|---|
| Never | — | — | |

| Source | | | |
|---|---|---|---|
| — | | | |

**Alcohol Use as of 2/6/2023**

Alcohol Use last reviewed by Fleming, Raquel, CMA on 2/6/2023



| BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH 789 EASTERN BYPASS STE 23 RICHMOND KY 40475-2421 | Kitchens, Markous MRN: 8912785729, ███████ Sex: M Visit date: 2/6/2023 |

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

### Patient as-of Visit (group 1 of 2) (continued)

| Alcohol Use | Drinks/Week | Alcohol/Week | Comments | Source |
|---|---|---|---|---|
| Never | | — | — | Provider |

### Drug Use as of 2/6/2023

Drug Use last reviewed by Fleming, Raquel, CMA on 2/6/2023

| Drug Use | Types | Frequency | Comments | Source |
|---|---|---|---|---|
| Never | — | — | — | Provider |

### Sexual Activity as of 2/6/2023

Sexual Activity last reviewed by Fleming, Raquel, CMA on 2/6/2023

| Sexually Active | Birth Control | Partners | Comments | Source |
|---|---|---|---|---|
| Yes | — | Female | — | Provider |

### Socioeconomic History as of 2/6/2023

Socioeconomic as of 2/6/2023

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

### Allergies as of 2/6/2023

Allergies last reviewed by Holbrook, Tina, APRN on 2/6/2023 1028
No Known Allergies

### Immunizations as of 2/6/2023

Immunizations last reviewed by Clark, Courtney, MA on 3/23/2021 1337

**COVID-19 (MODERNA) BIVALENT BOOSTER 12+YRS** *[last edited by Malicote, Natasha L, CMA on 11/19/2022 0935]*

| Administered on: 9/22/2022 | Dose: 0.5 mL | Site: Left deltoid |
|---|---|---|
| Route: Intramuscular | CVX code: 229 | |
| Manufacturer: MODERNA US INC | Lot number: AS7140C | Location: MEIJER258 |

**COVID-19 (PFIZER) PURPLE CAP** *[automatically reconciled from Kentucky Immunization Registry (KYIR) on 4/28/2022 0919]*

| Administered on: 3/25/2021 | Dose: 0.3 mL | Site: Left arm |
|---|---|---|
| Route: Intramuscular | CVX code: 208 | |
| Manufacturer: PFIZER-BIONTECH | Lot number: ER8Z30 | External: Auto Reconciled From Outside Source |
| Location: 19411 | | |

**COVID-19 (PFIZER) PURPLE CAP** *[automatically reconciled from Kentucky Immunization Registry (KYIR) on 4/28/2022 0919]*

| Administered on: 4/15/2021 | Dose: 0.3 mL | Site: Left arm |
|---|---|---|
| Route: Intramuscular | CVX code: 208 | |
| Manufacturer: PFIZER-BIONTECH | Lot number: EL3302 | External: Auto Reconciled From Outside |


BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH 789 EASTERN BYPASS STE 23 RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ▮▮▮▮▮▮ Sex: M
Visit date: 2/6/2023

---

### 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

Source

Location: 19411

**COVID-19 (PFIZER) PURPLE CAP** *[automatically reconciled from Kentucky Immunization Registry (KYIR) on 4/28/2022 0919]*

| | | |
|---|---|---|
| Administered on: 11/29/2021 | Dose: 0.3 mL | Site: Left deltoid |
| Route: Intramuscular | CVX code: 208 | |
| Manufacturer: PFIZER-BIONTECH | Lot number: FE3590 | External: Auto Reconciled From Outside Source |

Location: MEIJER258

**DTaP 5** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 5/26/1992 CVX code: 106

**DTaP 5** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 2/28/1996 CVX code: 106

**DTaP 5** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 5/26/1993 CVX code: 106

**DTaP 5** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 3/16/1992 CVX code: 106

**DTaP 5** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 7/28/1992 CVX code: 106

**Hep A, 2 Dose** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 4/1/2013 CVX code: 83

**Hep B, Adolescent or Pediatric** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 3/18/1994 CVX code: 08

**Hep B, Adolescent or Pediatric** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 11/17/1992 CVX code: 08

**Hep B, Adolescent or Pediatric** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

Administered on: 12/16/1992 CVX code: 08

**Hepatitis A** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

Administered on: 2/9/2012 CVX code: 52
**Previous revisions**

   **Hepatitis A** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

     Administered on: 2/9/2012 CVX code: 52

**Hepatitis A** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

Administered on: 4/7/2009 CVX code: 52
**Previous revisions**

   **Hepatitis A** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

     Administered on: 4/7/2009 CVX code: 52

---

NBMEBAPT0055



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729, ▮▮▮▮▮▮▮▮ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**Hib (HbOC)** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 5/26/1993 | CVX code: 47 |
|---|---|

**Hib (HbOC)** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 3/16/1992 | CVX code: 47 |
|---|---|

**Hib (HbOC)** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 7/28/1992 | CVX code: 47 |
|---|---|

**Hib (HbOC)** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 5/26/1992 | CVX code: 47 |
|---|---|

**IPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

| Administered on: 4/1/2013 | CVX code: 10 |
|---|---|

    **Previous revisions**

    **IPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

| Administered on: 4/1/2013 | CVX code: 10 |
|---|---|

    **IPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1337]*

| Administered on: 4/1/2013 | CVX code: 10 |
|---|---|

**MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

| Administered on: 5/26/1993 | CVX code: 03 |
|---|---|

    **Previous revisions**

    **MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

| Administered on: 5/26/1993 | CVX code: 03 |
|---|---|

    **MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 5/26/1993 | CVX code: 03 |
|---|---|

**MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

| Administered on: 2/28/1996 | CVX code: 03 |
|---|---|

    **Previous revisions**

    **MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

| Administered on: 2/28/1996 | CVX code: 03 |
|---|---|

    **MMR** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 2/28/1996 | CVX code: 03 |
|---|---|

**Meningococcal MCV4P (Menactra)** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 4/7/2009 | CVX code: 114 |
|---|---|

**OPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 5/26/1993 | CVX code: 02 |
|---|---|



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████  Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Patient as-of Visit (group 1 of 2) (continued)**

**OPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 3/16/1992 | CVX code: 02 |
|---|---|

**OPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 5/26/1992 | CVX code: 02 |
|---|---|

**OPV** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 2/28/1996 | CVX code: 02 |
|---|---|

**Tdap** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

| Administered on: 4/7/2009 | CVX code: 115 |
|---|---|

    **Previous revisions**

    **Tdap** *[last edited by Clark, Courtney, MA on 3/23/2021 1458]*

| Administered on: 4/7/2009 | CVX code: 115 |
|---|---|

    **Tdap** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 4/7/2009 | CVX code: 115 |
|---|---|

**Tdap** *[last edited by Clark, Courtney, MA on 3/23/2021 1459]*

| Administered on: 5/20/2019 | CVX code: 115 |
|---|---|

**Typhoid, Unspecified** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 6/1/2012 | CVX code: 91 |
|---|---|

**Yellow Fever** *[last edited by Clark, Courtney, MA on 3/23/2021 1336]*

| Administered on: 4/1/2013 | CVX code: 37 |
|---|---|

**Immunization Review History**

| User | Reviewed On |
|---|---|
| Clark, Courtney, MA | 03/23/2021 1337 |
| Clark, Courtney, MA | 03/23/2021 1337 |

 **BAPTIST HEALTH**

| | BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH 789 EASTERN BYPASS STE 23 RICHMOND KY 40475-2421 | Kitchens, Markous MRN: 8912785729, ███████ Sex: M Visit date: 2/6/2023 |

---

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

### Patient as-of Visit (group 2 of 2)

#### Problem List as of 2/6/2023

Problems last reviewed by Holbrook, Tina, APRN on 2/6/2023 1028

**Anxiety** *[last edited by Yin, Arthur G, MD on 2/10/2022 1529]*

| Diagnosis: Anxiety | Noted on: 03/23/2021 | Chronic: No |

**Previous Revisions**

**Test anxiety** *[last edited by Yin, Arthur G, MD on 3/23/2021 1403]*

| Diagnosis: Test anxiety | Noted on: 03/23/2021 | Chronic: No |

**Anxiety** *[last edited by Yin, Arthur G, MD on 3/23/2021 1347]*

| Diagnosis: Anxiety | Noted on: 03/23/2021 | Chronic: No |

**Attention deficit disorder** *[last edited by Yin, Arthur G, MD on 3/23/2021 1347]*

| Diagnosis: Attention deficit disorder | Noted on: 03/23/2021 | Chronic: No |

**Bilateral impacted cerumen** *[last edited by Yin, Arthur G, MD on 2/10/2022 1519]*

This problem has been resolved.

| Diagnosis: Bilateral impacted cerumen Chronic: No | Noted on: 08/05/2021 | Resolved on: 2/10/2022 |

**Previous Revisions**

**Bilateral impacted cerumen** *[last edited by Yin, Arthur G, MD on 8/5/2021 1038]*

| Diagnosis: Bilateral impacted cerumen | Noted on: 08/05/2021 | Chronic: No |

#### Problem List Review History

| User | Reviewed On |
|---|---|
| Holbrook, Tina, APRN | 02/06/2023 1028 |
| Holbrook, Tina, APRN | 02/06/2023 1024 |
| Holbrook, Tina, APRN | 02/06/2023 1013 |
| Holbrook, Tina, APRN | 02/06/2023 1010 |
| Holbrook, Tina, APRN | 01/10/2023 1034 |
| Holbrook, Tina, APRN | 01/10/2023 1034 |
| Holbrook, Tina, APRN | 01/10/2023 1020 |
| Holbrook, Tina, APRN | 01/10/2023 1017 |
| Holbrook, Tina, APRN | 01/10/2023 1013 |
| Patel, Ashish M, MD | 11/19/2022 1008 |
| Holbrook, Tina, APRN | 11/14/2022 0910 |
| Holbrook, Tina, APRN | 11/14/2022 0905 |
| Holbrook, Tina, APRN | 09/22/2022 0955 |
| Holbrook, Tina, APRN | 09/05/2022 2009 |
| Yin, Arthur G, MD | 08/05/2021 0925 |

#### Current & Discharge Medications as of Visit

##### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

---

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

---

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Current & Discharge Medications as of Visit (continued)**

### Active at the End of Visit

#### propranolol (INDERAL) 20 MG tablet

Instructions: Take 1 tablet by mouth 3 (Three) Times a Day.
Authorized by: Yin, Arthur G, MD
Start date: 2/10/2022
Refill: 3 refills by 2/10/2023

Ordered on: 2/10/2022
Quantity: 270 tablet

#### amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet

Discontinued by: Baula, Kristine, MD
Reason for discontinuation: Reorder
Instructions: Take 1 tablet by mouth 2 (Two) Times a Day.
Authorized by: Holbrook, Tina, APRN
Start date: 1/10/2023
Quantity: 60 tablet

Discontinued on: 3/24/2023

Ordered on: 1/10/2023
End date: 3/24/2023
Refill: No refills remaining

#### meloxicam (MOBIC) 7.5 MG tablet

Discontinued by: Baula, Kristine, MD
Instructions: Take 1 tablet by mouth Daily.
Entered by: Fleming, Raquel, CMA
Start date: 12/1/2022
Action: Patient not taking

Discontinued on: 3/24/2023

Entered on: 2/6/2023
End date: 3/24/2023

#### multivitamin with minerals tablet tablet

Instructions: Take 1 tablet by mouth Daily.
Entered by: Fleming, Raquel, CMA

Entered on: 2/6/2023

### Stopped in Visit

None

---

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND
## Specialty MTP Audit Snapshot

**Medication Therapy Problems** Showing updates made on or before 2/6/2023

There are no MTPs to display.

---

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

### 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**ED Events**

None



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ▮▮▮▮▮▮▮  Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

### Clinical Notes

#### Progress Notes

**Holbrook, Tina, APRN at 2/6/2023 1000**

| | | |
|---|---|---|
| Author: Holbrook, Tina, APRN | Service: — | Author Type: Nurse Practitioner |
| Filed: 02/07/23 1018 | Encounter Date: 2/6/2023 | Creation Time: 02/05/23 2241 |
| Status: Signed | Editor: Holbrook, Tina, APRN (Nurse Practitioner) | |

Subjective
Markcus Kitchens is a 31 y.o. male who presents today for follow up

**Chief Complaint:**  Anxiety and depression

**History of Present Illness:**
History of Present Illness
Markcus Kitchens presents today requesting a letter with current diagnosis as well as accommodations needed in relation to diagnosis.  Verbalizes that he has a current lawsuit and needs to file an injunctive relief that is due today.  Says that his lawsuit is against the National Board of Medical Examiners as he has history of ADHD that was diagnosed in childhood, but was denied ADA accommodations when testing for medical boards.  Verbalizes that this testing procedure has caused issue with starting a residency program.  He has been unable to apply or start a residency program due to 3 failed attempts at passing the medical board testing that is required for residency.  Denies any past psychological evaluations to determine accommodations needed.  He does say that he was evaluated by a psychologist during college, but declined any type of accommodation.  Reports added stressor as he needs to have this lawsuit reviewed by judge that will enable him to obtain the accommodations he needs for testing.  Says that he has until May 31 to get both of the tests completed in order to start residency.  Says that he needs to wait until the judge's decision before scheduling these tests. Does admit to increased anxiety and depressed mood at times due to current situation, but feels as though he is handling the situation well.  Continues to feel that ADHD symptoms are adequately controlled with current medication regimen.  PHQ-9 total score: 11, GAD-7 total score: 18.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Past Medical History:**
History reviewed. No pertinent past medical history.

**Social History:**
Social History

| Socioeconomic History | |
|---|---|
| • Marital status: | Married |
| **Tobacco Use** | |
| • Smoking status: | Never |
| • Smokeless tobacco: | Never |
| **Vaping Use** | |
| • Vaping Use: | Never used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Never |



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,            Sex: M
Visit date: 2/6/2023

| 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued) |
|---|

**Clinical Notes (continued)**

- Drug use:                    Never
- Sexual activity:             Yes
     Partners:                 Female

**Family History:**
History reviewed. No pertinent family history.

**Past Surgical History:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • WISDOM TOOTH EXTRACTION | N/A | |

**Problem List:**
Patient Active Problem List

| Diagnosis |
|---|
| • Anxiety |
| • Attention deficit disorder |

**Allergy:**
No Known Allergies

**Current Medications:**
Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet | Take 1 tablet by mouth 2 (Two) Times a Day. | 60 tablet | 0 |
| • meloxicam (MOBIC) 7.5 MG tablet | Take 1 tablet by mouth Daily. | | |
| • multivitamin with minerals tablet tablet | Take 1 tablet by mouth Daily. | | |
| • propranolol (INDERAL) 20 MG tablet | Take 1 tablet by mouth 3 (Three) Times a Day. | 270 tablet | 3 |

No current facility-administered medications for this visit.

**Review of Symptoms:**
Review of Systems
Constitutional: Positive for activity change. Negative for appetite change, fatigue, unexpected weight gain and unexpected weight loss.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Psychiatric/Behavioral: Positive for decreased concentration, sleep disturbance, depressed mood and stress. Negative

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,　███████ Sex: M
Visit date: 2/6/2023

---

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

---

**Clinical Notes (continued)**

---

for suicidal ideas. The patient is not nervous/anxious.

**Physical Exam:**
**Physical Exam**
Vitals reviewed.
Constitutional:
   General: He is not in acute distress.
   Appearance: Normal appearance.
Neurological:
   Mental Status: He is alert.
   Gait: Gait normal.

**Vitals:**
Blood pressure 104/68, pulse 59, height 180.3 cm (71"), weight 64.9 kg (143 lb).

**Mental Status Exam:**
Hygiene:  good
Cooperation:  Cooperative
Eye Contact:  Good
Psychomotor Behavior:  Appropriate
Affect:  Appropriate
Mood: sad, depressed and anxious
Hopelessness: Denies
Speech:  Normal
Thought Process:  Goal directed and Linear
Thought Content:  Mood congruent
Suicidal:  None
Homicidal:  None
Hallucinations:  None
Delusion:  None
Memory:  Intact
Orientation:  Person, Place, Time and Situation
Reliability:  good
Insight:  Good
Judgement:  Good
Impulse Control:  Good

**Lab Results:**
**Office Visit on 08/25/2022**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • Report Summary | 08/25/2022 | FINAL | | Final |
| *Comment:* | | | | |

=================================================================
*TOXASSURE COMP DRUG ANALYSIS,UR*
=================================================================

| *Test* | *Result* | *Flag* | *Units* |
|---|---|---|---|
| *Drug Absent but Declared for Prescription Verification* | | | |
|   *Amphetamine* | *Not Detected* | *UNEXPECTED* | *ng/mg creat* |
|   *Propranolol* | *Not Detected* | *UNEXPECTED* | |



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markus
MRN: 8912785729, █████████ Sex: M
Visit date: 2/6/2023

| 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued) |
|---|

**Clinical Notes (continued)**

=================================================================
| Test | Result | Flag | Units | Ref Range |
|------|--------|------|-------|-----------|
| Creatinine | 25 | | mg/dL | >=20 |
=================================================================

*Declared Medications:*
*The flagging and interpretation on this report are based on the*
*following declared medications.  Unexpected results may arise from*
*inaccuracies in the declared medications.*
*\*\*Note: The testing scope of this panel includes these medications:*
*Amphetamine (Amphetamine-Dextroamphetamin*
   *e)*

*Propranolol*

=================================================================
*For clinical consultation, please call (866) 593-0157.*
=================================================================

**EKG Results:**
**No orders to display**

Assessment & Plan
**Problems Addressed this Visit**
 None
**Visit Diagnoses**
 **ADHD (attention deficit hyperactivity disorder), inattentive type** - Primary

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **ADHD (attention deficit hyperactivity disorder), inattentive type** - Primary | ICD-10-CM: F90.0<br>ICD-9-CM: 314.00 | |

**Visit Diagnoses:**

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| 1.   **ADHD (attention deficit hyperactivity disorder), inattentive type** | **F90.0** | **314.00** |

-CPT completed on 2/3/2023, he has a total of 9 atypical T-scores which is associated with a very high likelihood of having a disorder characterized by attention deficits, such as ADHD.  His profile of scores and response pattern indicates that he may have issues related to inattentiveness (strong indication), sustained attention (some indication) and vigilance (some indication).

Discussed plan of care and later needed to present for lawsuit.  Discussed that a letter with current diagnosis can be provided, but any other details will need to be discussed with collaborating physician.  He did obtain an office CPT, copy provided as this is a tool that he can present verifying ADHD diagnosis.  Encouraged him to make an

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729,                    Sex: M
Visit date: 2/6/2023

---

### 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Clinical Notes (continued)**

appointment for psychological testing as this evaluation is more detailed and will recommend accommodations that may be needed.  This evaluation will also rule out other psychological and/or neurological conditions that could potentially cause symptoms of impaired attention, leading to atypical scores on the Conners CPT 3. Reports that current medication regimen works well to control ADHD symptoms.  Will continue with current medication regimen as previously prescribed.

-Continue Adderall 20 mg twice daily for ADHD symptoms
-Continue Propranolol 20 mg three times daily for anxiety as previously prescribed by Dr. Yin.

**GOALS:**
**Short Term Goals:** Patient will be compliant with medication, and patient will have no significant medication related side effects.  Patient will be engaged in psychotherapy as indicated.  Patient will report subjective improvement of symptoms.
**Long term goals:** To stabilize mood and treat/improve subjective symptoms, the patient will stay out of the hospital, the patient will be at an optimal level of functioning, and the patient will take all medications as prescribed.
The patient/guardian verbalized understanding and agreement with goals that were mutually set.

**TREATMENT PLAN**: Continue supportive psychotherapy efforts and medications as indicated for patient's diagnosis. Pharmacological and Non-Pharmacological treatment options discussed during today's visit. Patient/Guardian acknowledged and verbally consented with current treatment plan and was educated on the importance of compliance with treatment and follow-up appointments.

**MEDICATION ISSUES**:
Discussed medication options and treatment plan of prescribed medication as well as the risks, benefits, any black box warnings, and side effects including potential falls, possible impaired driving, and metabolic adversities among others. Patient is agreeable to call the office with any worsening of symptoms or onset of side effects, or if any concerns or questions arise.  The contact information for the office is made available to the patient. Patient is agreeable to call 911 or go to the nearest ER should they begin having any SI/HI, or if any urgent concerns arise. No medication side effects or related complaints today.

**MEDS ORDERED DURING VISIT:**
No orders of the defined types were placed in this encounter.

**FOLLOW UP:**
Return for Next scheduled follow up in April for medication management.

*Tina Holbrook* APRN FNP-C PMHNP-BC

This document has been electronically signed by *Tina Holbrook, APRN*
February 7, 2023 10:18 EST

**Please note that portions of this note were completed with a voice recognition program. Efforts were made to edit dictation, but occasionally words are mistranscribed.**

---



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,          Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Clinical Notes (continued)**

Electronically signed by Holbrook, Tina, APRN at 02/07/23 1018

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,                    Sex: M
Visit date: 2/6/2023

---

### 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Flowsheets**

#### AMB PSYCH VITALS

| Row Name | 02/06/23 0936 |
|---|---|
| Measurements | |
| Weight | 64.9 kg (143 lb)  -RF at 02/06/23 0939 |
| Height | 180.3 cm (71")  -RF at 02/06/23 0939 |
| BP | 104/68  -RF at 02/06/23 0939 |
| Pulse | 59  -RF at 02/06/23 0939 |

#### Anxiety GAD - 7

| Row Name | 02/06/23 0941 |
|---|---|
| Over the last two weeks, how often have you been bothered by the following problems? | |
| Feeling nervous, anxious or on edge | Nearly every day -RF at 02/06/23 0943 |
| Not being able to stop or control worrying | More than half the days -RF at 02/06/23 0943 |
| Worrying too much about different things | Nearly every day -RF at 02/06/23 0943 |
| Trouble Relaxing | Nearly every day -RF at 02/06/23 0943 |
| Being so restless that it is hard to sit still | Nearly every day -RF at 02/06/23 0943 |
| Becoming easily annoyed or irritable | Several days -RF at 02/06/23 0943 |
| Feeling afraid as if something awful might happen | Nearly every day -RF at 02/06/23 0943 |
| GAD 7 Total Score | 18 -RF at 02/06/23 0943 |
| If you checked any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with other people | Very difficult -RF at 02/06/23 0943 |

#### Outbreak Screen

| Row Name | 02/06/23 0935 |
|---|---|
| COVID-19 Outbreak Screening | |
| Do you currently have a new onset of the following | No -MH at 02/06/23 0935 |

---

NBMEBAPT0067



BAPTIST HEALTH MEDICAL          Kitchens, Markus
GROUP BEHAVIORAL                MRN: 8912785729, ██████ Sex: M
HEALTH                         Visit date: 2/6/2023
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| symptoms? | |
| In the last 10 days, have you had contact with anyone who is ill, has shown any of the symptoms listed above and/or has been diagnosed with Covid-19? This includes any immediate household member but excludes any patients with whom you have | No  -MH at 02/06/23 0935 |

**Mpox Outbreak Screening**

| | |
|---|---|
| In the last 21 days, have you been in close physical contact with anyone who is suspected or known to have the Mpox virus? | No  -MH at 02/06/23 0935 |

**Extended Care Facility Screening**

| | |
|---|---|
| Have you been a resident in a Long Term Care, Skilled Nursing, Nursing Home Facility or hospitalized outside of the United States within the past 12 months? | No  -MH at 02/06/23 0935 |

**PHQ-9 Depression Scale**

| Row Name | 02/06/23 0941 |
|---|---|
| PHQ-2/PHQ-9: Depression Screening | |
| Little Interest or Pleasure in Doing Things | 1-->several days - RF at 02/06/23 0941 |
| Feeling Down, Depressed or Hopeless | 1-->several days - RF at 02/06/23 0941 |
| PHQ-2 Total Score | 2  -RF at 02/06/23 0941 |
| Trouble Falling or Staying Asleep, or Sleeping Too Much | 1-->several days - RF at 02/06/23 0941 |
| Feeling Tired or | 1-->several days - |

 **BAPTIST HEALTH**

| | | |
|---|---|---|
| BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH 789 EASTERN BYPASS STE 23 RICHMOND KY 40475-2421 | Kitchens, Markcus MRN: 8912785729, ▓▓▓▓▓▓ Visit date: 2/6/2023 | Sex: M |

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Flowsheets (continued)**

| | |
|---|---|
| Having Little Energy | RF at 02/06/23 0941 |
| Poor Appetite or Overeating | 0-->not at all  -RF at 02/06/23 0941 |
| Feeling Bad about Yourself - or that You are a Failure or Have Let Yourself or Your Family Down | 3-->nearly every day  -RF at 02/06/23 0941 |
| Trouble Concentrating on Things, Such as Reading the Newspaper or Watching Television | 2-->more than half the days  -RF at 02/06/23 0941 |
| Moving or Speaking So Slowly that Other People Could Have Noticed? Or the Opposite - Being So Fidgety | 2-->more than half the days  -RF at 02/06/23 0941 |
| Thoughts that You Would be Better Off Dead or of Hurting Yourself in Some Way | 0-->not at all  -RF at 02/06/23 0941 |
| PHQ-9: Brief Depression Severity Measure Score | 11  -RF at 02/06/23 0941 |
| If You Checked Off Any Problems, How Difficult Have These Problems Made It For You to Do Your Work, Take Care of Things at Home, or Get Along with Other People? | somewhat difficult  -RF at 02/06/23 0941 |

**User Key**                                        (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| RF | Fleming, Raquel, CMA | 06/16/21 - | Medical Assistant | — |
| MH | Hill, Megan, RegSched Rep | 12/30/21 - | Staff | — |

**Letters**

**Letter by Holbrook, Tina, APRN on 2/6/2023**

Status: Sent



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

---

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

### Letters (continued)

Letter body:



789 EASTERN BYPASS
STE 23
RICHMOND KY 40475-2421
Phone: 859-544-8171
Fax: 859-544-8197

To Whom It May Concern,

Markcus Kitchens (████████ has been a patient of this clinic since 8/25/22. He has current diagnosis of ADHD, predominantly inattentive type. Any reasonable accomodations should be implemented.

Sincerely,

*Tina Holbrook* APRN FNP-C PMHNP-BC

Tina Holbrook, PMHNP

---

### Messages

**Your Recent Visit**

| From | To | Sent and Delivered |
|---|---|---|
| Tina Holbrook, APRN<br>Last Read in MyChart<br>Not Read | Markcus Kitchens | 2/7/2023 10:18 AM |

Hi Mr. Kitchens,

Thank you for letting us care for you during your recent visit on 2/6/2023. Please review your After Visit Summary for any pertinent instructions that may have been included by your medical provider. You can review your After Visit Summary by clicking the Visits button and then the 'View After Visit Summary' link under the applicable past visit.

Sincerely,
Baptist Health Medical Group

---

**Appointment Reminder - Upcoming Visit**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic | Markcus Kitchens | 2/4/2023 7:17 AM |

---

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ▮▮▮▮▮▮▮ Sex: M
Visit date: 2/6/2023

| 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued) |
|---|

**Messages (continued)**

Last Read in MyChart
2/6/2023 11:58 AM by Markcus Kitchens

Appointment Information

789 Eastern Bypass
Ste 23
Richmond,  KY 40475-2421
**Provider:**     Tina Holbrook, APRN
**Date:**         2/06/23
**Appt Time:**    10:00 AM
**Visit Type:**    Medicine Check

There are 2 questionnaires available for your appointment.

epichttp://questionnairelist[View your available questionnaires]

Please click epichttp://appointments[here] to view more details about your appointment and check in online.

As part of our continued efforts to provide a safe environment for our patients and staff, we are offering eCheck-In via the MyChart mobile app or on a desktop. You can review and update your information, make co-payments and sign documents online up to 7 days prior to your appointment.

We ask that you arrive at least 15 minutes before your scheduled appointment.

Your safety is our first priority. If you are experiencing COVID symptoms, please call the office to discuss next steps.  You may also access COVID related care using an E-Visit **epichttp://evisit[here]** or an Urgent Care video visit option **epichttp://ondemandtelehealth[here]** through Baptist Health MyChart.

All patients and visitors will be asked to arrive wearing a mask.  Baptist Health currently has visitor restrictions in place. Please visit our website at www.BaptistHealth.com for the most up to date guidelines.

Thank you for choosing Baptist Health for your healthcare needs.

**Appointment Reminder**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic | Markcus Kitchens | 2/2/2023  7:12 AM |

Last Read in MyChart
2/6/2023  4:20 PM by Markcus Kitchens

Appointment Information



BAPTIST HEALTH MEDICAL          Kitchens, Markcus
GROUP BEHAVIORAL                 MRN: 8912785729,          Sex: M
HEALTH                          Visit date: 2/6/2023
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

| 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued) |
|---|

**Messages (continued)**

789 Eastern Bypass
Ste 23
Richmond,  KY 40475-2421
**Provider:**    Tina Holbrook, APRN
**Date:**        2/06/23
**Appt Time:**   10:00 AM
**Visit Type:**   Medicine Check

There are 2 questionnaires available for your appointment.

epichttp://questionnairelist[View your available questionnaires]

Please click epichttp://appointments[here] to view more details about your appointment and check in online.

As part of our continued efforts to provide a safe environment for our patients and staff, we are offering eCheck-In via the MyChart mobile app or on a desktop. You can review and update your information, make co-payments and sign documents online up to 7 days prior to your appointment.

We ask that you arrive at least 15 minutes before your scheduled appointment.

Your safety is our first priority. If you are experiencing COVID symptoms, please call the office to discuss next steps.  You may also access COVID related care using an E-Visit **epichttp://evisit[here]** or an Urgent Care video visit option **epichttp://ondemandtelehealth[here]** through Baptist Health MyChart.

All patients and visitors will be asked to arrive wearing a mask.  Baptist Health currently has visitor restrictions in place. Please visit our website at www.BaptistHealth.com for the most up to date guidelines.

Thank you for choosing Baptist Health for your healthcare needs.

---

**Appointment Rescheduled**

| From | To | Sent and Delivered |
|---|---|---|
| Mychart, Generic | Markcus Kitchens | 2/1/2023 10:34 AM |
| Last Read in MyChart | | |
| 2/6/2023  5:24 PM by Markcus Kitchens | | |

Appointment information:


789 Eastern Bypass
Ste 23
Richmond,  KY 40475-2421


Visit Type: Medicine Check



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729,          Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Messages (continued)**

Date: 2/6/2023
Dept:
Location: 789 Eastern Bypass
Ste 23
Richmond,  KY 40475-2421
Provider: Holbrook, Tina, APRN
Time: 10:00 AM EST
Length: 30

Appt Status: Scheduled

Appt Instructions:


Thank you for trusting Baptist Health with your healthcare needs.

As part of our continued efforts to provide a safe environment for our patients and staff, we are offering eCheck-in via MyChart mobile app or desktop. You can review and update information and documents online up to 7 days prior to your appointment.

Your safety is our first priority. If you are experiencing COVID symptoms, please call the office to discuss next steps. You may also access COVID related care using an evisit or an Urgent Care video visit option available through Baptist Health MyChart.  More information regarding virtual care options can be found on our website at:
https://www.baptisthealth.com/services/baptist-health-virtual-care



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ▮▮▮▮ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in **BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND** (continued)

### Documents

**BEHAVIORAL HEALTH - SCAN - Scan on 2/3/2023 1125: WHITE HOUSE CLINIC MEDICAL RECORDS 2/3/23**

Scan (below)

---

**WHITE HOUSE CLINICS**

**Authorization for Release of Protected Health Information**

Patient Name : _Markcus A Kitchens_     Date of Birth: ▮▮▮▮

Phone: _(423) 314-4096_

I request that my protected health information (PHI) be ☑ disclosed to ☐ obtained from:    ☑ Disclosure to patient
Recipient Name: _Dr. Markcus Kitchens_

Address: _625 Hampton Way Apt 2_    City: _Richmond_    State: _KY_   Zip: _40475_

E-mail Address: _Kitchens.Markcus@gmail.com_    Phone: _(423) 314-4096_

Fax: (healthcare provider only):

I authorize the following PHI to be released from my medical record(s):

☑ All Records Pertinent to Continuing Primary Care covering the period of healthcare from: _08/01/2012_ to _01/31/2023_
                                                                   (Please use specific dates)

*I understand that my protected health information may include information related to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health service and treatment for drug and alcohol abuse.*

Or Specify: Date Range: 08/01/2012 to 01/31/2023
☐ Exclude specific records (please specify)
☑ ONLY White House Clinics records
☑ Records Regarding Treatment of specific illness, Condition, or injury (please specify) _See other_
☑ All Pharmacy Records
☑ Specific Records Regarding Behavioral Health Treatment: ☑ Treatment Plans   ☑ Initial Eval   ☑ Progress Notes
       Specific Dates: _08/01/2012 to 01/31/2023_    Reviewed and Approved by: _____
☐ Other: (please specify) _____

Purpose for Requesting Information: ☐ Legal   ☐ Insurance   ☑ Personal   ☐ Continuation of Care   ☐ Other (please specify):

Disclosure Format (Paper is default if not marked.):
☐ Paper (within 10 days)    ☐ Fax ☑ Secure E-mail   ☐ CD (within 3 business days) ☐ Patient Portal ☐ Other (please specify):

By signing this authorization form, I confirm I have been made aware of the rights and conditions listed on the back of this form:

_[signature]_            _01/31/2023_
Patient or Authorized Representative        Signature Date

_Markcus A Kitchens_
Print Name                               Relationship to Patient (if other than self)

Witness Signature (Verified by)                  Witness Signature Date

| Location | Address | Phone | Fax |
|---|---|---|---|
| ☐ Richmond Location: | 401 Highland Park Drive, Richmond, Kentucky 40475 | Phone: (859) 626-7700 | Fax: (859) 626-7703 |
| ☑ Berea Location: | 104 Legacy Drive, Berea, Kentucky 40403 | Phone: (859) 986-2323 | Fax: (859) 986-7728 |
| ☐ Berea Primary Care Location: | 305 Estill Street, Berea, Kentucky 40403 | Phone: (859) 985-1415 | Fax: (859) 986-6752 |
| ☐ McKee Location: | 1010 Main Street South, McKee, Kentucky 40447 | Phone: (606) 287-7014 | Fax: (606) 287-3323 |
| ☐ Irvine Location: | 30 Stacy Lane Road, Irvine, Kentucky 40336 | Phone: (606) 723-0665 | Fax: (606) 723-0680 |
| ☐ Mt. Vernon Location: | 110 Progress Drive, Mt. Vernon, Kentucky 40456 | Phone: (606) 256-2143 | Fax: (606) 256-9762 |
| ☐ Paint Lick Location: | 480 Main Street, Paint Lick, Kentucky 40461 | Phone: (859) 925-2444 | Fax: (859) 925-2334 |
| ☐ Lancaster Location: | 89 Farra Drive, Lancaster, Kentucky 40444 | Phone: (859) 792-2153 | Fax: (859) 458-4038 |

*This is a 2-sided form                                           07/2020

---

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729,
Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

### Documents (continued)

**Immunizations Summary Report**

White House Clinics
1010 Main Street South

Mc Kee, KY 404477089

Patient: Markous Kitchens
Date of Birth:
Report Date: 01/31/2023
Address: 238 Marcellus Dr APT 2
Berea, KY 40403

#### Immunization Allergies

| Allergy | Status |
|---|---|
| Egg Allergy | No |
| Neomycin Allergy | No |
| Latex Allergy | No |
| Gelatin Allergy | No |

Immunizations:

| Vaccine Group | Dose | Vaccine Status | Date Administered | Vaccine Name | Vaccine Brand |
|---|---|---|---|---|---|
| DTaP | 1 | Administered | 03/16/1992 | DTaP | |
| DTaP | 2 | Administered | 05/26/1992 | DTaP | |
| DTaP | 3 | Administered | 07/28/1992 | DTaP | |
| DTaP | 4 | Administered | 05/26/1993 | DTaP | |
| DTaP | 5 | Administered | 02/28/1996 | DTaP | |
| Hep A | 6 | Administered | 04/01/2013 | hep A (ped/adol, 2 dose) | |
| Hep B | 7 | Administered | 11/17/1992 | hep B (ped/adol, 3 dose) | |
| Hep B | 8 | Administered | 12/16/1992 | hep B (ped/adol, 3 dose) | |
| Hep B | 9 | Administered | 03/18/1994 | hep B (ped/adol, 3 dose) | |
| HIB | 10 | Administered | 03/16/1992 | HIB - unspecified | |
| HIB | 11 | Administered | 05/26/1992 | HIB - unspecified | |
| HIB | 12 | Administered | 07/28/1992 | HIB - unspecified | |
| HIB | 13 | Administered | 05/26/1993 | HIB - unspecified | |
| Meningococcal | 14 | Administered | 04/07/2009 | MCV4 | |
| MMR | 15 | Administered | 05/26/1993 | MMR | |
| MMR | 16 | Administered | 02/28/1996 | MMR | |
| Polio | 17 | Administered | 03/16/1992 | OPV | |
| Polio | 18 | Administered | 05/26/1992 | OPV | |
| Polio | 19 | Administered | 05/26/1993 | OPV | |
| Polio | 20 | Administered | 02/28/1996 | OPV | |
| Polio | 21 | Administered | 04/01/2013 | polio, inactivated (IPV) | |
| Tdap | 22 | Administered | 04/07/2009 | Tdap (Adacel) | |
| Typhoid | 23 | Administered | 06/01/2012 | Typhoid, parenteral | |
| Yellow fever | 24 | Administered | 04/01/2013 | Yellow fever | |

V 1 5101 15

Page 1 of 1

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, █████ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

 WHITE HOUSE
C L I N I C S

Patient:             Markcus Kitchens
Date of Birth:       █████
Date:                01/31/2023 1:06 PM
Present for:         Chart Update

### Active Medications
Medications prescribed prior to this visit

| Medication | RX elsewhere | Directions |
|---|---|---|
| loperamide 2 mg capsule | Y | take 2 capsule by oral route after 1st loose stool, followed by 1 capsule after each subsequent loose stool not to exceed 16 mg/day |
| ondansetron 4 mg disintegrating tablet | Y | take 1 tablet by oral route every 6 hours for 2 days and place on top of the tongue where it will dissolve, then swallow |

Kitchens, Markcus Z  000000056088 ████████/31/2023 01:06 PM Page: 1/1

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

 WHITE HOUSE
C L I N I C S

PATIENT: Markcus Kitchens
DATE OF BIRTH: ██████
DATE: 05/25/2018 04:18 PM
HISTORIAN: self
VISIT TYPE: Office Visit
PROVIDER: Vicki Hackman, MD

This 26 year old male presents for discuss service dog.

**History of Present Illness:**
1. discuss service dog
 back from Poland 5/11/2018
GGM passed so back a little early;
going back in the fall;
moving to chicago

had vomiting and diarrhea and seen in ER SJB;
6 episodes of vomiting;
given IV fuids
was Wednesday;
completely back to himself;
got to get more rest;

says his stress level has always been bad
getting ready to move to northen illinois;
dogs he has
Brandy is emotional service animal
Lexie is certified 11/15/2018
neither could go to Poland due to travel;

stayed here with his wife; now they are moving; ;

has paperwork
stress level always peaks; and making himself sick
was seeing colleen when he was in college here;
not taking any antidepressants
says he should still be on adderall; i sent him to lexington for evaluation;
has not been on it for awhile
taking some OTC medication bid that is to help with concentration;

has appt tuesday with cardiologists ;
Kitchens, Markcus Z. 000000056088 █████████ 5/25/2018 04:18 PM 1/4



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH

789 EASTERN BYPASS STE 23

RICHMOND KY 40475-2421

Kitchens, Markeus

MRN: 8912785729,

Sex: M

Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

had been having palpitations and wore a holter

**SOCIAL HISTORY** (Detailed)
Tobacco use reviewed.
Preferred language is *English.
EDUCATION/EMPLOYMENT/OCCUPATION

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | Store manager 1 y | | | |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Currently single.
ALCOHOL
There is no history of alcohol use.
TOBACCO
Smoking status: Never smoker.

| Use Status | Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|---|
| no/never | | Never smoker | | | |

**Allergies**
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

**VITAL SIGNS**

**HEIGHT**

| Time | ft | in | cm | Last Measured | Height Position | % |
|---|---|---|---|---|---|---|
| 4:38 PM | 5.0 | 11.00 | 180.34 | 05/25/2018 | 0 | |

**WEIGHT/BSA/BMI**

| Time | lb | oz | kg | Context | Weight % | BMI kg/m2 | BMI % | BSA m2 |
|---|---|---|---|---|---|---|---|---|
| 4:38 PM | 140.20 | | 63.594 | dressed with shoes | | 19.55 | 0 | |

**BLOOD PRESSURE**

| Time | BP mm/Hg | Position | Side | Site | Method | Cuff Size |
|---|---|---|---|---|---|---|
| 4:38 PM | 118/82 | siting | right | arm | manual | adult |

**TEMPERATURE/PULSE/RESPIRATION**

| Time | Temp F | Temp C | Temp Site | Pulse/min | Pattern | Resp/ min |
|---|---|---|---|---|---|---|
| 4:38 PM | 97.80 | 36.56 | oral | 75 | | 18 |

Kitchens, Markeus Z. 000000056088       05/25/2018 04:18 PM 2/4

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,
Visit date: 2/6/2023

Sex: M

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

### Documents (continued)

**PULSE OXIMETRY/FIO2**

| Time | Pulse Ox (Rest %) | Pulse Ox (Amb %) | O2 Sat | O2 L/Min Timing | FiO2 % | L/min | Delivery Method | Finger Probe |
|------|------|------|------|------|------|------|------|------|
| 4:38 PM | 99 | | | | | | | |

**MEASURED BY**

| Time | Measured by |
|------|------|
| 4:38 PM | Hazel Bray, CMA |

**Physical Exam**

| Exam | Findings | Details |
|------|------|------|
| General Exam | Comments | tall thin in NAD |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

### Completed Orders (this encounter)

| Order | Details | Reason | Side | Interpretation | Result | Initial Treatment Date | Region |
|------|------|------|------|------|------|------|------|
| PHQ-9 completed | | | | Mild depression | 7 | | |

### Assessment/Plan

| # | Detail Type | Description |
|------|------|------|
| 1. | Assessment | Attention-deficit hyperactivity disorder, unspecified type (F90.9).. |
| | Plan Orders | Referral: Mental Health Counselor. Evaluate and treat. |
| 2. | Assessment | Anxiety (F41.9). |
| 3. | Other Orders | Orders not associated to today's assessments. |
| | Plan Orders | The patient had the following procedure(s) completed today PHQ-9 completed.. |

| Status | Ordered | Order | Timeframe | actComments |
|------|------|------|------|------|
| ordered | 05/25/2018 | Referral: Mental Health Counselor. Evaluate and treat | | please evaulate and give opinon about the need for emotional service dogs; |

### Medications (Added, Continued or Stopped this visit)

| Started | Medication | Directions | Instruction | Stopped |
|------|------|------|------|------|
| | loperamide 2 mg capsule | take 2 capsule by oral route after 1st loose stool, followed by 1 capsule after each subsequent loose stool not to exceed 16 mg/day | | |
| | ondansetron 4 mg disintegrating tablet | take 1 tablet by oral route every 6 hours for 2 days and place on top of the tongue where it will dissolve, then | | |

Kitchens, Markcus  Z. 000000056088              05/25/2018 04:18 PM 3/4

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,                    Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

swallow

*Provider: Vicki Hackman MD 05/25/2018 05:05 PM*

*Vicki L Hackman MD.*

*Document generated by:* Vicki Hackman 05/25/2018 05:05 PM

Electronically signed by Vicki Hackman MD on 05/27/2018 12:11 PM

Kitchens, Markcus  Z. 000000056088          5/25/2018 04:18 PM 4/4

 BAPTIST HEALTH | BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH 789 EASTERN BYPASS STE 23 RICHMOND KY 40475-2421 | Kitchens, Markcus MRN: 8912785729, ▮ Sex: M Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**



| PATIENT: | Markcus Kitchens |
| DATE OF BIRTH: | |
| DATE: | 07/25/2017 09:21 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Office Visit |
| PROVIDER: | Vicki Hackman, MD |

This 25 year old male presents for med refill.

**History of Present Illness:**
1. med refill
last seen 2/2016;
finished 1st year of med school; working with daniel lee in richond and leaves in september to go back;  has 1 more year there at basic science and 2 y of clinical ;
on adderal since 2014;
says he was focusing better on adderall;

**Allergies**
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
| NO KNOWN ALLERGIES | | | |
Reviewed, no changes

**VITAL SIGNS**

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt oz | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:30 AM | 100/62 | 73 | 18 | 97.50 | 5.0 | 11.00 | 180.34 | 140.00 | | 63.503 | | 19.53 | 0 | | 98 |

**MEASURED BY**

| Time | Measured by |
| 9:30 AM | Hazel Bray, CMA |

Kitchens, Markcus Z. C00000056088 ▮ 07/26/2017 09:21 AM 1/3

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ██████████  Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

### Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. |

### Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Attention and concentration deficit (R41.840), |
| | Provider Plan | is asking me to write an rx for adderall; he is leaving for poland in september, He says poland does not prescribe adderall for ADHD but was told if he had an MD here to write a letter, he could get it there. I told him I could not do that but I could refer him to a specialist for evaluation and get their opinion about him needing the medication. He was not happy with this; says he was seeing colleen and then Dr David was writing his rx and he brought in a bottle dated 2016 as last rx. |
| | Plan Orders | Referrals: Psychiatry. Evaluate and treat. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 07/26/2017 | Referrals: Psychiatry. Evaluate and treat | | needs evaluated for ADHD; is going overseas in september and has been on adderall in past; please evaluate ; needs recommendations and treatment |

*Provider: Vicki Hackman MD 07/26/2017 10:00 AM*

*Vicki L Hackman MD.*

*Document generated by: Vicki Hackman 07/26/2017 10:00 AM*
Kitchens, Markcus Z. 000000056088 ██████ 07/26/2017 09:21 AM 2/3

 BAPTIST HEALTH®

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ▮▮▮▮  Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

Electronically signed by Vicki Hackman MD on 07/26/2017 12:59 PM

Kitchens, Markcus Z. 000000056088 ▮▮▮▮ 07/26/2017 09:21 AM 3/3



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,
Visit date: 2/6/2023

Sex: M

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**



WHITE HOUSE
C L I N I C S

PATIENT:          Markcus Kitchens
DATE OF BIRTH:
DATE:             02/15/2016 09:24 AM
HISTORIAN:        self
VISIT TYPE:       Office Visit
PROVIDER:         Vicki Hackman, MD

This 24 year old male presents for School PE and ROS.

**History of Present Illness:**
1. School PE
sayshe is here for medical school physical; was here 2014 for same thing with colleen ambrose

going to Hope Medial,
going to study abroad Medical school in Poland
lives in berea;
finished college 2014.

reviewed forms with patinet;
recently had PPD but not in the past;  always negative PPD;
2. ROS

**PAST MEDICAL/SURGICAL HISTORY** (Detailed)

| Disease/disorder | Onset Date | Management | Date | Comments |
|---|---|---|---|---|
| ADD | | | | |
| wisdom teeth removal | | | | |

**Family History** (Detailed)
Patient reports there is no relevant family history.
**SOCIAL HISTORY** (Detailed)
Tobacco use reviewed.
Preferred language is *English.

Kitchens, Markcus Z. 000000056089            2/15/2016 09:24 AM 1/4

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,
Visit date: 2/6/2023
Sex: M

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

EDUCATION/EMPLOYMENT/OCCUPATION
The patient has a(n) college education.

| Employment | History | Status | Retired | Restrictions |
|---|---|---|---|---|
| | Store manager 1 y | | | |

MARITAL STATUS/FAMILY/SOCIAL SUPPORT
Currently single.

ALCOHOL
There is no history of alcohol use.

**Social History:**
Tobacco use reviewed.
Reviewed, no changes. Last detailed document date: 02/15/2016.

**Allergies**
No known allergies.

| Ingredient | Reaction | Medication Name | Comment |
|---|---|---|---|
| NO KNOWN ALLERGIES | | | |

Reviewed, no changes.

**VITAL SIGNS**

| Time | BP mm/Hg | Pulse /min | Resp /min | Temp F | Ht ft | Ht in | Ht cm | Wt lb | Wt kg | Weight % | BMI kg/m2 | BMI % | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9:29 AM | 96/54 | 66 | 12 | 97.70 | 5.0 | 11.00 | 180.34 | 139.00 | 63.049 | | 19.39 | 0 | | 98 |

| Source | Oxygen | O2 Ambient | Measured |
|---|---|---|---|
| RA | | | |

MEASURED BY

| Time | Measured by |
|---|---|
| 9:29 AM | Linda Mills, CMA |

Kitchens, Markcus Z. 000000056088        02/15/2016 09:24 AM 2/4

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,               Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

### Documents (continued)

#### Physical Exam

| Exam | Findings | Details |
|---|---|---|
| Ears | * | Canal - Right: excess cerumen, Left: excess cerumen. |
| Ears | Normal | Inspection - Right: Normal. Left: Normal. |
| Nasopharynx | Normal | Lips/teeth/gums - Normal. Oropharynx - Normal. |
| Neck Exam | Normal | Inspection - Normal. Palpation - Normal. Thyroid gland - Normal. |
| Lymph Detail | Normal | No cervical or supraclavicular adenopathy. |
| Respiratory | Normal | Inspection - Normal. Auscultation - Normal. Effort - Normal. |
| Cardiovascular | Normal | Regular rate and rhythm. No murmurs, gallops, or rubs. |
| Abdomen | Normal | Inspection - Normal. Auscultation - Normal. No abdominal tenderness. No hepatic enlargement. |
| Musculoskeletal | Normal | Visual overview of all four extremities is normal. |
| Extremity | Normal | No edema. |
| Neurological | Normal | Memory - Normal. Cranial nerves - Cranial nerves II through XII grossly intact. |
| Psychiatric | Normal | Orientation - Oriented to time, place, person & situation. Appropriate mood and affect. Normal insight. Normal judgment. |

#### Immunizations

Immunizations reviewed this visit.

#### Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Encounter for general adult medical examination without abnormal findings (Z00.00). |
| | Plan Orders | CBC with Diff to be performed Today. CMP to be performed Today and SED rate, automated to be performed Today. |
| 2. | Assessment | Screening for Hep C (Z11.59). |
| | Plan Orders | Hep B Surface Ab, Qual (499) to be performed Today, Hep B Surface Ag to be performed Today and Hep C AB W/ Ref to Hep C Virus RNA, Quan, R-T PCR (914388) to be performed Today. |
| 3. | Assessment | Screening for HIV (human immunodeficiency virus) (Z11.4). |
| | Plan Orders | HIV Ab to be performed Today. |
| 4. | Assessment | Encounter for screening for respiratory tuberculosis (Z11.1). |
| | Plan Orders | Further diagnostic evaluations ordered today include(s) XRAY, CHEST (2 VIEWS) to be performed. |

| Status | Ordered | Order | Timeframe | actComments |
|---|---|---|---|---|
| ordered | 02/15/2016 | CBC with Diff | Today | |
| ordered | 02/15/2016 | CMP | Today | |
| ordered | 02/15/2016 | SED rate, automated | Today | |
| ordered | 02/15/2016 | XRAY, CHEST (2 VIEWS) | | |
| ordered | 02/15/2016 | HIV Ab | Today | |
| ordered | 02/15/2016 | Hep C AB W/ Ref to Hep C Virus RNA, | Today | |

Kitchens, Markcus Z. 000000056088            02/15/2016 09:24 AM 3/4

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

|  |  | Quan, R-T PCR (914388) |  |  |
|---|---|---|---|---|
| ordered | 02/15/2016 | Hep B Surface Ab, Qual (499) | Today | |
| ordered | 02/15/2016 | Hep B Surface Ag | Today | |

**Medications** *(Added, Continued or Stopped this visit)*

| Started | Medication | Directions | Instruction | Stopped |
|---|---|---|---|---|
|  | Adderall 20 mg tablet | take 1 tablet by oral route every day before breakfast |  | 02/15/2016 |

*Provider: Vicki Hackman MD 02/15/2016 10:10 AM*
*Document generated by: Vicki Hackman 02/15/2016 10:10 AM*

Electronically signed by Vicki Hackman MD on 02/15/2016 09:11 PM

Kitchens, Markcus Z. 000000056088 ███████ 02/15/2016 09:24 AM 4/4



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND
(continued)**

**Documents (continued)**



**WHITE HOUSE**
C L I N I C S

| | |
|---|---|
| PATIENT: | Markus Kitchen |
| DATE OF BIRTH: | ███████ |
| DATE: | 07/08/2014 1:07 PM |
| HISTORIAN: | self |
| VISIT TYPE: | Office Visit |
| PROVIDER: | Colleen Ambrose APRN |

**Chief Complaint**
1. physical

**History of Present Illness**
This 22 year old male presents with:
**1. physical**
Mr. Kitchen presents today for a PE clearance to attend medical school. His PMH consists of ADD which is treated by meds. only surgery has been removal of his wisdom teeth.
He is otherwise healthy.

**Past Medical/Surgical History**
| Condition | Year | Procedure/Surgery | Year |
|---|---|---|---|
| ADD | | | |
| wisdom teeth removal | | | |

**Family History**
Patient reports there is no relevant family history.

**Social History**
Primary language is *English.
**Marital Status / Family / Social Support:**
Currently single.
**Tobacco:**
Smoking status: Never smoker.

| Use Status | Total Pk Yrs | Type | Per Day | Years Used | Pack Years | Year Quit |
|---|---|---|---|---|---|---|
| never | | | | | | |

| Tried To Quit | Longest Tob Free | Relapse Reason | Passive Exposure |
|---|---|---|---|
| | | | |

**Alcohol:**
There is no history of alcohol use.
**Social History**
Reviewed, no changes. Last detailed document date: 07/08/2014

**Allergies**
No known allergies.
Reviewed. No changes.

NBMEBAPT0088



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729, ▮▮▮▮▮  Sex: M
Visit date: 2/6/2023

---

### 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

---

**Review of Systems**
**Constitutional:**
Negative for fever, night sweats, weight gain and weight loss.

**HEENT:**
Negative for hearing loss and sore throat.
Negative for eye pain and vision changes.

**Respiratory:**
Negative for chronic cough, cough and known TB exposure.

**Cardiovascular:**
Negative for chest pain and edema.

**Gastrointestinal:**
Negative for abdominal pain, blood in stool, change in stool pattern, constipation, nausea and vomiting.

**Genitourinary:**
Negative for dysuria.

**Neuro/Psychiatric:**
Negative for anxiety and depression.
Negative for extremity weakness, memory impairment, numbness in extremities and seizures.

**Musculoskeletal:**
Negative for back pain, joint pain and muscle weakness.

**Hematology:**
Negative for easy bleeding.

**Immunology:**
Positive for:
- Seasonal allergies.

**Vital Signs**

| Ht Ft | Ht In | Wt Lb | Wt Oz | Wt Kg | BMI kg/m2 | BMI% |
|-------|-------|-------|-------|-------|-----------|------|
| 5.0 | 11.00 | 135.00 | | 61.235 | 18.83 | |

| BP mmHg | Pulse/min | Resp/min | Temp F | Head Circ In |
|---------|-----------|----------|--------|--------------|
| 104/74 | 82 | 12 | 98.8 | |

| Pulse Ox Rest % | Pulse Ox Amb % | O2 LPM | BSA m2 |
|-----------------|----------------|--------|--------|
| 99 | | | |

**Measured By**
Time
1:14 PM  Regina Cox, CMA

**Physical Exam**
**Constitutional:**
Well developed.
**Eyes:**
Right
PERRLA.
Left
PERRLA.
**Ears:**
Right
Normal tympanic membrane. Hearing grossly intact.
Left



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729, ▮▮▮▮▮ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

Normal tympanic membrane. Hearing grossly intact.
**Nose / Mouth / Throat:**
External Nose: is unremarkable
Lips/Teeth/Gums: Normal teeth and gums
Tonsils: No tonsillar hypertrophy or exudates
Oropharynx:  No pharyngeal erythema or exudates or mucosal lesion

**Neck / Thyroid:**
No thyromegaly or thyroid nodules detected.

**Respiratory:**
 Lungs clear to auscultation.
**Cardiovascular:**
Extra Sounds:  None.
Rate and Rhythm:  Heart rate is regular.  Rhythm is regular.
No edema is present.
**Vascular:**
Pulses
Dorsalis pedis pulses: normal. Capillary refill is: less than 2 seconds.
Varicosities are absent
**Abdomen:**
There is no abdominal tenderness.
No hepatic enlargement.
No splenic enlargement.
**Integumentary:**
No impressive skin lesions present.
**Musculoskeletal:**
Normal range of motion, muscle strength, and stability in all extremities with no pain on inspection.
**Extremities:**
Dorsalis pedis pulses: normal.
Monofilament exam is normal.
No edema is present.
No ulceration present.
No cyanosis.
No calf tenderness. Varicosities are absent
Toenails:  Normal.
**Neurological:**
Memory:  Intact .
Cranial nerves:  grossly intact
Sensory:  No sensory loss .
Deep Tendon Reflexes: DTR's preserved and symmetric .
**Psychiatric:**
The patient is oriented to time, place, person, and situation.
The patient demonstrates the appropriate mood and affect.


**Assessment/ Plan**
**Well adult exam (V70.0)**
**Comments:**
 Advise him to get PPD placed as we cannot find one. He can contact his school and see if they need one. He has a
negative TB risk assessment. He will call his school to see if they need a TB skin test
**ADD (attention deficit disorder) (314.00)**
advised he will have to find a local provider to treat his ADD there.


**Medications (added, continued or stopped this visit)**


**Continued:**


**Prescribed Elsewhere:**
Medication Name                                                              Reason
Adderall 20 mg tablet                        take 1 tablet by oral route  every day before breakfast



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,
Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

Provider: Colleen Ambrose APRN 07/09/2014 2:21 PM

Document generated by: Colleen Ambrose 07/09/2014 2:21 PM

305 Estill Street
Berea, KY 404031742
(859)985-1415

Electronically signed by Colleen Ambrose APRN on 07/10/2014 11:10 AM



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729,          Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

## Documents (continued)



BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markus
MRN: 8912785729, ▮ Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

Electronically Signed By: Hackman, Vicki MD 05/24/2018 01:15:11 PM



*KentuckyOne Health*
EMERGENCY PROVIDER RECORD
♦ Syncope / Near-Syncope ♦

AAA / AMI / TIA / Tachybradia / GI Bleed

ROS

PAST HX

SOCIAL HX

FAMILY HX



## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

☐ Nursing Assessment Reviewed ☐ Initial Vital Signs Reviewed ☐ Telemetry
BP 117/63 HR 85 RR 18 Temp 98.3
Pulse Ox 97% RA ___ O₂ Interp ___nml ___hypoxic ___

### PHYSICAL EXAM

EXAM LIMITED BY: ___

General Appearance
- ___appears well
- ___alert
- ___mild / moderate / severe distress ___
- ___anxious / lethargic ___

HEENT
- ___head atraumatic
- ___nml eye inspection
- ___PERRL
- ___nml ENT inspection
- ___pharynx nml
- ___tenderness / swelling / ecchymosis ___
- ___scleral icterus / pale conjunctivae ___
- ___unequal pupils R ___mm L ___mm
- ___nasal septal hematoma ___
- ___pharyngeal erythema / exudate ___
- ___hemotympanum (R / L) ___
- ___dental decay ___
- [illegible handwriting]

NECK / BACK
- ___neck supple
- ___non-tender
- ___no carotid bruit
- ___cerv. lymphadenopathy ___
- ___carotid bruit (R / L) ___
- ___neck / back tenderness ___

RESPIRATORY
- ___no resp. distress
- ___breath sounds nml
- ___no pleuritic chest pain
- ___respiratory distress ___
- ___wheezes / rales / rhonchi (R / L) ___

CVS
- ___reg. rate & rhythm
- ___heart sounds nml
- ___pulses full / equal
- ___irregularly irregular rhythm ___
- ___extrasystoles (occasional / frequent) ___
- ___tachycardia / bradycardia ___
- ___JVD present ___
- ___murmur grade ___ /6 sys / dias ___
- ___gallop (S3 / S4) ___
- ___decreased pulse (R / L) ___

ABDOMEN / GI
- ___non-tender
- ___no organomegaly
- ___tenderness ___
  generalized RUQ LUQ RLQ LLQ ___
- ___hepatomegaly ___
- ___splenomegaly ___
- ___bruit ___

RECTAL
- ___heme neg stool
- ___heme positive stool trace ___

EXTREMITIES
- ___non-tender
- ___nml ROM
- ___no pedal edema
- ___pedal edema (R / L) ___
- ___calf tenderness (R / L) ___
- ___Homan's sign / cords (R / L) ___

NEURO
- ___GCS ___

*higher functions*
- ___alert
- ___oriented x4
- ___no signs of acute CVA
- ___nml speech / cognition
- ___disoriented to: person place time situation
- ___abnml response to commands ___
  no response eyes open slow inappropriate
- ___aphasia expressive / receptive ___
- ___speech / cognition abnormalities ___
- ___abnml response to pain ___
  withdraw flexor extensor none

*cranial nerves*
- ___nml (2-12)
- ___EOM palsy (R / L) ___
- ___facial droop (R / L) ___
- ___tongue deviation (to R / L) ___

*cerebellar*
- ___nml as tested
- ___abnml Romberg test ___
- ___abnml finger-nose-finger (R / L) ___
- ___abnml gait ___

*sensorimotor*
- ___no motor deficit
- ___sensation nml
- ___weakness ___
- ___sensory deficit ___
- ___pronator drift (R / L) ___
- ___abnml reflexes ___
- ___clonus (R / L) ___
- ___tremor ___

PSYCH
- ___mood / affect nml
- ___cooperative, interactive
- ___depressed mood / flat affect ___
- ___irritable / restless / combative ___

SKIN
- ___color nml, no rash
- ___warm, dry
- ___intact
- ___cyanosis / diaphoresis / pallor ___
- ___skin rash / embolic lesions ___
- ___pressure ulcer: location ___
  depth / stage: 1 2 3 4 ___

PROGRESS ☐ see additional template # 94 S/o ___
Time ___ unchanged improved re-examined

Syncope - 45 Pg 2 of 4 MR-199 Rev. 09/15

T-SYSTEM © 2014 - 2015 T-System, Inc.

KITCHENS JR, MARKCUS ZWANZ
BK0001908603 TALBOT, TIMOTHY S
DOB: [redacted] M 26
BZ00195205 05/23/18



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

---

Initial visit unless marked:
☐ subsequent ☐ sequelae

**XRAYS / CT**

CXR
Interpretation: Interpreted by ED provider unless noted otherwise
___ nml / NAD ___ no infiltrates ___ nml bone size ___ nml mediastinum
abnml _____

Head CT / MRI
Interpretation: Interpreted by ED provider unless noted otherwise
___ nml / NAD
abnml _____

**LABS** *Normal lab value ranges are included on the original lab report

| CBC | Chemistries | CKMB | UA |
|---|---|---|---|
| nml / abnl | normal except | CPK | normal except |
| WBC | Glucose | D-Dimer | |
| Hgb | Na | NR | |
| Hct | K | PT / PTT | |
| Platelets | BUN | | Preg Test + |
| | Creat | | |

ABG on ___
RA / ___ L O₂ pH ___ pCO₂ ___ HCO₃ ___ pO₂ ___ COHb ___
Pulse Ox ___ % on RA / ___ l O₂ Interp: nml / hypoxic Time ___

**EKG**

RHYTHM STRIP Rate: ___ Rhythm: NSR
EKG Interpreted by ED provider unless noted otherwise
nml / AMD ___ nml just / old ___ old site ___ nml QRS ___ nml STΔ
Rate ___ Rhythm: NSR sinus arch A-fib
___ Rhythm: NSR ___ ST T ___ RISTB
not / changed from: ___ repeat EKG: unchanged ___

Postural Vitals:
lying: BP ___ HR ___
sitting: BP ___ HR ___
standing: BP ___ HR ___

**PROGRESS - Continued**

☐ see additional complex @ ___ Sta ___
Time ___ unchanged ___ improved ___ re-examined
_____
_____

• CVA - t-PA given ___
• AMI - EKG / ASA / Thrombolytics / Heparin ___
• A-Fib / A-Flutter - ≥ 18 y / rate anticoagulant / risk assess ___
• BP Screen - ≥ 18 y / screening / follow up documented ___
___ measure exclusions: refined / see eligible / not indicated / contraindicated / not available.
☐ patient ambulating / mentating at pre-event baseline
Discharge Vis: BP ___ HR ___ RR ___ Temp ___
___ Discussed with Dr. ___ Time: ___
___ will see patient in ED / bequod office
Concerned patient / family regarding ___ Additional history from ___
us / red results diagnosis need for follow-up / family caretaker paramedics
___ prior records reviewed ___ holding orders written
☐ Rx given ___ / buprenorphine ___
CRITICAL CARE (excluding time for other separate services)
TIME ___ ☐ 30-74 min ☐ 75-104 min ___ min

**CLINICAL IMPRESSION**

U/G
• CVA: (specify nml / known)
Infarct: thrombotic embolic
occlusion, risk type
artery involved:
(R / L) ___
Hemorrhage:
intracerebral subarachnoid
cortical intraventricular
SAH brainstem cerebellar
motor involved:
(R / L) ___
TIA: acute recent multiple :
risk syndrome
carotid ACA MCA PCA
a. fossa vertebrobasilar
lacunar mono sensory
Seizure: generalized focal
complex partial absence
status epilepticus :
w/hx of epilepsy idiopathic
due to drug:
: rec.onal good poor

CV / Resp
• Acute MI: STEMI NSTEMI
anterior inferior lateral post
Arrhythmia: PAC's PJC's PVT's
sinus brady sinus tachy
sick sinus syndrome
sinoatrial pauses
• A-fib paroxysmal chronic
• A-flutter typical atypical
PSVT
AV block: 1° 2° 3°
nodal rhythm idioventricular
V tach V flutter torsades
Endocarditis chni
Indication molastic

Present On Admission: diabetes / UTI w/ foley ___

**CLINICAL IMPRESSION (right col)**

Aortic dissection: thoracic abd
Aortic aneurysm: thoracic abd
w/ rupture
Pulm embolism w/ cor pulmonale
Other ___
Dehydration
Drug reaction, adverse: ___
GI Bleed: w/ hemorrhoids
hematochezia
melena occult blood
Hyperventilation syndrome
Hypoglycemia: w/ coma
w/ diabetes Type 1 Type 2
Hypocalcemia arrhythmic
idiopathic post-procedure
Hypovolemia
Substance abuse:
w/ intoxication dependence
withdrawal delirium
perceptual disturbance
Syncope: vasovagal orthostatic
near-syncope
Stend / Syncytione
Dizziness
Hypoxemia
Nausea / Vomiting / Diarrhea
Weakness

Disposition Time: ___ L 31.5
DISPOSITION: ☐ Home L / advised ☐ OBS ☐ deceased ___
☐ AMA (see AMA template 373) ☐ transferred ___
CONDITION: ☐ unchanged ☑ improved ☐ stable ___
___ Pt is hypotensive / hypoglycemic & referred to PCP for BP evaluation in one week
Care coordinated via ___ MD / DO / MLP Time ___
☐ I have reviewed the chart and agree with the documentation as recorded by the MLP including the admission, treatment plan and disposition.
☐ I personally evaluated and managed the patient in conjunction with the MLP and agree with the management and disposition of the patient.

___ NPPA ___ (Date/Time) IDX # ___
___ ___ 7/43/18 ___ 3786?
___ MDDO ___ (Date/Time) IDX # ___
☐ Template Complete ☐ See Addendum (Outdated / Template #) ___
Synapse - 48 Pg 3 of 4 MR-109 Rev. 09/15 • Appendix Hereen

KITCHENS JR, MARKOUS ZHANZ
8912783729 TALBOT, TIMOTHY S
DOB ___ M 26
02/06/2023 ___ 10/25/18

SYNAPSE © 2014 - 2015 T-System, Inc.



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

---

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

*For documentation purposes only:*

| CHADS₂ Score: | Pts |
|---|---|
| __congestive heart failure | 1 |
| __hypertension | 1 |
| __age ≥ 75 yr | 1 |
| __diabetes mellitus | 1 |
| __prior stroke or TIA or thromboembolism | 2 |

Low: 0pt  Mod: 1pt  High: 2 or >

Gage, BF et al. Validation of Clinical Classification Schemes for Predicting Stroke. JAMA 2001;285(22):2864-2870

### Disposition Decision

Decision made at __ __ __ __     Lek Dept. #: __ __ __ __ __

**Basis For Discharge Decision:**

| at condition: | stable   improved   unchanged |
| | ambulatory   active |
| | drinking fluids   eating |
| | pain controlled |

| in room: | stable   improved   unchanged |
| | alert, oriented |

| post exam/lab: | no abnml   no serious abnml |
| | min abnml   mod abnml |

| social support: | adequate   good   excellent |

| follow-up: | available   arranged   discussed w/ physician |

**Basis For Admit Decision:**

| in pt/int: | further evaluation | IV hydration |
| | add'l testing | IV medication |
| | monitoring | IV antibiotics |
| | telemetry | culture results |
| | pain control | surgery / intensive care |

**PROGRESS - Continued**

☐ see additional template # 94-574

Pt re____ __ __ __     unchanged   improved   re-examined

☐ I have reviewed the chart and agree with the documentation as recorded by the P.A., including the assessment, treatment plan, and disposition.
☐ I personally evaluated and examined the patient in conformation with the MLP and agree with the management and disposition of the patient.

____ MD/PA _____ (Date/Time) DX #____

____ MD/DO _____ (Date/Time) DX #____

☐ Template Complete   ☐ See Addendum (Charted) / Template #____

KITCHENS ,JR,MARKCUS ZKWNZ
BKQ04120502 M 6M
DOB:█ H :26:
8Z60195/05        05/23/18

J-SYSTEM © 2004 - 2015 T-System, Inc.   T-SYSTEM's version 40.3691


**BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729, ███████  Sex: M
Visit date: 2/6/2023

---

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

---

ED Nursing Record
* Final Report *

Kitchens JR, Markous Zwanz - BZ00195205

| | |
|---|---|
| Result Type: | ED Nursing Record |
| Result Date: | May 23, 2018 12:13 EDT |
| Result Status: | Auth (Verified) |
| Result Title: | BBK Triage ED |
| Performed or Dictated: | Schwarz, Sherry R on May 23, 2018 12:13 EDT |
| Verified By: | Schwarz, Sherry R on May 23, 2018 12:13 EDT |
| Encounter Info: | BK0001908603, BBK SAINT JOSEPH, Emergency, 5/23/2018 - 5/23/2018 |

**\* Final Report \***

BBK Triage ED Entered On: 5/23/2018 12:19 EDT
Performed On: 5/23/2018 12:13 EDT by Schwarz, Sherry R

**Triage Assessment**
*Triage Date/Time :*  5/23/2018 12:13 EDT

Schwarz, Sherry R - 5/23/2018 12:13 EDT

*DCP GENERIC CODE*
*Tracking Acuity :*  2 - Emergent BBK
*Tracking Group :*  BBK St. Joseph

Schwarz, Sherry R - 5/23/2018 12:13 EDT

*ED Visit Reason :*  N and/or V
*Primary Care Provider :*  HACKMAN, VICKI
*Accompanied By :*  No One
*Arrival Mode :*  Private vehicle
*Chief Complaint :*  PT. PRESENTS TO ER REPORTS HE WAS AT THE HEART CENTER TODAY BECAUSE OF
TACHYCARDIA, REPORTS HE ALMOST PASSED OUT. C/O N/V/D REPORTS 6 EPISODES OF VOMITING AND TWO
EPISODES OF DIARRHEA. DENIES FEVER, REPORTS HAS BEEN OUT OF THE COUNTRY RETURNED HOME TWO
WEEKS AGO

Schwarz, Sherry R - 5/23/2018 12:13 EDT

*Health History ED Grid*
*Alcohol Use :*  No
*Caffeine Use :*  Yes
*Substance Abuse :*  No
*Tobacco Use :*  No
*Asthma/COPD :*  No
*Cancer :*  No
*CVA/TIA :*  No
*Mental Illness :*  No
*Dementia :*  No
*Diabetes :*  No
*General Cardiac :*  No
*GI Medical History :*  No
*Gyn Hx :*  No

| | | |
|---|---|---|
| Printed by: | Ramsey, Sabrina A, Him Clerk | Page 1 of 3 |
| Printed on: | 5/24/2018 10:36 EDT | (Continued) |

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markus
MRN: 8912785729, Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

---

ED Nursing Record
* Final Report *

Kitchens JR, Markens Zwanz - BZ00195205

Heart Attack : No
Heart Failure : No
High Blood Pressure : No
High Cholesterol : No
Liver Disease : No
Renal : No
Seizure : No
Surgical History : No
Thyroid Disease : No
AIDS/HIV : No
MRSA : No
Tuberculosis : No
VRE : No
Other Medical History : Yes, hx pneumonia
Pathway Planning : No

Schwarz, Sherry R - 5/23/2018 12:13 EDT

Temp : 98.9 Deg F(Converted to: 37.2 Deg C)
Temp Route : Oral/Mouth
Systolic Blood Pressure : 117 mmHg
Diastolic Blood Pressure : 63 mmHg
Pulse Rate : 86 bpm
Respiratory Rate : 18 Breaths/Min
Oxygen Saturation : 100 %
Pain Symptoms : No
Height/Weight Med Rec : Open
Medication Profile, Med Rec : Open
Allergy Profile, Med Rec : Open
Workman's Compensation : No
Preferred Communication Mode : Verbal
Languages : English
Child/Parent Domestic Concerns : None
Threats of Suicide : No

Schwarz, Sherry R - 5/23/2018 12:13 EDT

Height and Weight
Height Source : Stated
Height Entry Format : Imperial
Height, Inches : 71 Inch(Converted to: 5 ft 11 Inch, 180.34 cm)
Clinical Height : 180.34 cm
Weight Source : Stated
Type of Weight Measurement Est : Imperial
Weight, est lb : 145 lb
Estimated Clinical Dosing Weight : 65.91 kg
Ideal Body Weight : 74 kg
Body Surface Area Estimated : 1.82 m2
Body Mass Index Estimated : 20.27 kg/m2

Schwarz, Sherry R - 5/23/2018 12:13 EDT

Medication List ED
Medications Reviewed : Yes
Source of Information : Patient

Schwarz, Sherry R - 5/23/2018 12:13 EDT

Medication List

(As Of: 5/23/2018 12:19:27 EDT)

Printed by:    Ramsey, Sabrina A, Him Clerk                    Page 2 of 3
Printed on:    5/24/2018 10:36 EDT                             (Continued)

---



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ▮▮▮▮▮  Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

ED Nursing Record                                          Kitchens JR, Markcus Zwanz - BZ00195205
* Final Report *

Allergy Profile
                                                              (As Of: 5/23/2018 12:19:27 EDT)
Allergies [Active]
No Known Allergies              *Estimated Onset Date:* Unspecified ; *Created By:* AGEE,
                                MELISSA K; *Reaction Status:* Active ; *Category:* Drug ;
                                *Substance:* No Known Allergies ; *Type:* Allergy ; *Updated By:*
                                AGEE, MELISSA K; *Reviewed Date:* 1/29/2015 12:05 EST

Signature Line
Request for Electronic Authentication By:

Schwarz, Sherry R Electronically Authenticated On: 05/23/2018 12:13 PM

Printed by:   Ramsey, Sabrina A, Him Clerk                    Page 3 of 3
Printed on:   5/24/2018 10:36 EDT                             (End of Report)



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markus
MRN: 8912785729,                    Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

Berea Hospital Emergency Department

Patient ID: BK0001590985
Patient Name: KITCHENS,MARKCUS  Age: 20  Sex: M
Registration Date: 08/30/2012 1649
Chief Complaint:
Medical Record Number: BZ00195285
Time Seen by clinician: 17:14

The patient arrived via private automobile.
The patient's condition upon arrival was fair.

HPI: The patient presents with pain to the left lower rib cage  that occurred approximately 2 weeks prior to arrival. There are no reported additional injuries which occurred at the same time.  There has been no difficulty in breathing. There has been no radiation of the pain.  There has been no abdominal pain.  There is no known previous injury to the affected area. He denies injury, he states that when a rub over the area you can hear a pop. He also states that he has to strain to have a bowel movement and doesn't have regular bowel movements.

PMH: Negative for significant medical problems contributing to this complaint.
PRIOR SURGERY: No previous significant surgical procedures.

CURRENT MEDICATIONS: See chart.
ALLERGIES: See chart.

PFSH: The patient lives with their family. The patient lives in the local area.  The patient is a non-smoker. The patient has no history of alcohol abuse.  There is no family history that is pertinent to the present complaint.

REVIEW OF SYSTEMS: See HPI for pertinent systems.
All other systems negative; except as noted.
 PHYSICAL EXAM: Vital Signs: See chart.  The patient is alert and cooperative.
The patient is in no respiratory distress.
NECK: Supple, nontender, no lymphadenopathy.
CHEST: No tenderness.  No crepitus.  There is no subcutaneous emphysema.
LUNGS: Clear to auscultation and breath sounds equal.
HEART: Regular rate and rhythm, No murmurs, gallops or rubs.
ABDOMEN: No distension. Normal bowel sounds.  No bruits present.  No tenderness.  No guarding.  No rebound.  No mass is palpable.  There is no hepatosplenomegaly.  There is no tenderness over McBurney's point.  No flank tenderness.
BACK: No significant vertebral tenderness or spasm.
NEUROLOGICAL: Alert and cooperative. Sensory and motor functions intact.
The patient appears to have no other significant injury.

DIFFERENTIAL DIAGNOSIS: Rib strain or fracture, splenomegaly, Constipation

X-RAY(2): ABDOMEN, FLAT AND UPRIGHT:  no acute per EDMD.

INTERVENTION:
COUNSELING: The patient was/were counseled about the nature of the problem, and appropriate follow-up was discussed.

DIAGNOSIS: Constipation, 564.00

Gas Pain, 787.3

PRESCRIBED MEDICATIONS:
Docusate 100 mg Capsule, Disp:  30 (thirty),  1 cap(s) by mouth daily, Refills:  0 (zero).

Date:                    Thu Aug 30, 2012          Medical Records Copy          KITCHENS, JR,MARKCUS  En
                                                   Page 1 of 2                    BK0001590985      WILDER., LUKE
                                                                                  003.          M  20.
                                                                                  BZ00195285-      08/30/12.


BAPTIST HEALTH

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

Patient ID:  BK0001660086
Patient Name:    KITCHENS,MARKCUS

Magnesium Citrate, Disp:  1 (one) bottle(s),  1 bottle by mouth, single dose, for constipation,  Refills: 0 (zero).
Mylicon 125 mg Tablet, Disp:  60 (sixty),  1 tab(s) by mouth 4 times a day after meals, Refills: 0 (zero).

DISPOSITION:
DISCHARGED: The patient was discharged home at 18:34.  The patient was alone when discharged from the
Emergency Department.  The patient's condition upon discharge was stable.
FOLLOW-UP: The patient was advised to call for a follow-up appointment with the patient's personal physician in 1-2
days or sooner if symptoms worsen.

Colby Newsome PAC

I certify that the physician assistant or ARNP performed the services as delegated.

        Luke Wilder, M.D.

        Thu Aug 30, 2012 18:34

Requested Sign For: WILDER, LUKE JUSTIN



                              Medical Records Copy
Date:            Thu Aug 30, 2012            Page 2 of 2

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729,  Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

Page 1 of 2

Kitchens, Markous Z
238 Marcalus Dr
Berea, KY, 40403
Person #: 280206
Sex: M
DOB:

Ordering: Hackman, Vicki    Performing N: QuestDiag    Location: Medical PPC
Tests Ordered : CBC with Diff (NG005C09), CMP (NG322000), SED rate, automated (NG0052:15), HIV Ab (N0093850), Hep C AB W/ Ref to H
ep C Virus RNA, Quan, R-T PCR (9143BI) (NG999244), Hep B Surface Ab, Qual (499) (NG006395), Hep B Surface Ag (NG006510)

### HIV 1/2 ANTIGEN/ANTIBODY,FOURTH GENERATION W/RFL (Collection Date: 02/15/2016 11:08, Status: Preliminary)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| HIV AG/AB, 4TH GEN | | | | | |

### HEPATITIS C AB W/REFL TO HCV RNA, QN, PCR (Collection Date: 02/15/2016 11:08, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| HEPATITIS C ANTIBODY | NON-REACTIVE | | N | NON-REACTIVE | |
| SIGNAL TO CUT-OFF | 0.08 | | N | <1.00 | |

### HEPATITIS B SURFACE ANTIBODY QL (Collection Date: 02/15/2016 11:08, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| HEPATITIS B SURFACE ANTIBODY QL | REACTIVE | | A | NON-REACTIVE | |

### HEPATITIS B SURFACE ANTIGEN W/REFL CONFIRM (Collection Date: 02/15/2016 11:08, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| HEPATITIS B SURFACE ANTIGEN | NON-REACTIVE | | N | NON-REACTIVE | |

### CBC (INCLUDES DIFF/PLT) (Collection Date: 02/15/2016 11:08, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 4.4 | Thousand/uL | N | 3.8-10.8 | |
| RED BLOOD CELL COUNT | 4.67 | Million/uL | N | 4.20-5.80 | |
| HEMOGLOBIN | 14.9 | g/dL | N | 13.2-17.1 | |
| HEMATOCRIT | 44.3 | % | N | 38.5-50.0 | |
| MCV | 94.8 | fL | N | 80.0-100.0 | |
| MCH | 32.0 | pg | N | 27.0-33.0 | |
| MCHC | 33.7 | g/dL | N | 32.0-36.0 | |
| RDW | 13.7 | % | N | 11.0-15.0 | |
| PLATELET COUNT | 212 | Thousand/uL | N | 140-400 | |
| ABSOLUTE LYMPHOCYTES | 2035 | cells/uL | N | 850-3900 | |
| ABSOLUTE MONOCYTES | 361 | cells/uL | N | 200-950 | |
| ABSOLUTE EOSINOPHILS | 48 | cells/uL | N | 15-500 | |
| ABSOLUTE BASOPHILS | 26 | cells/uL | N | 0-200 | |
| NEUTROPHILS | 44.3 | % | N | | |
| LYMPHOCYTES | 45.8 | % | N | | |
| MONOCYTES | 8.2 | % | N | | |
| EOSINOPHILS | 1.1 | % | N | | |
| BASOPHILS | 0.6 | % | N | | |
| ABSOLUTE NEUTROPHILS | 1949 | cells/uL | N | 1500-7800 | |
| MPV | 8.4 | fL | N | 7.5-11.5 | |

Patient: Kitchens, Markous Z, DOB:

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markous
MRN: 8912785729,　　　　　　Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

Page 2 of 2

SED RATE BY MODIFIED WESTERGREN (Collection Date: 02/15/2016 11:08, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | 1 | mm/h | N | < OR = 15 | |

COMPREHENSIVE METABOLIC PANEL (Collection Date: 02/15/2016 11:08, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ALBUMIN | 4.6 | g/dL | N | 3.6-5.1 | |
| ALBUMIN/GLOBULIN RATIO | 2.1 | (calc) | N | 1.0-2.5 | |
| ALKALINE PHOSPHATASE | 53 | U/L | N | 40-115 | |
| ALT | 10 | U/L | N | 9-46 | |
| AST | 18 | U/L | N | 10-40 | |
| BILIRUBIN, TOTAL | 0.7 | mg/dL | N | 0.2-1.2 | |
| BUN/CREATININE RATIO | 11 | (calc) | N | 6-22 | |
| CALCIUM | 9.5 | mg/dL | N | 8.6-10.2 | |
| CARBON DIOXIDE | 28 | mmol/L | N | 19-30 | |
| CHLORIDE | 104 | mmol/L | N | 98-110 | |
| CREATININE | 1.21 | mg/dL | N | 0.60-1.35 | |
| eGFR AFRICAN AMERICAN | 97 | mL/min/1.73m2 | N | > OR = 60 | |
| eGFR NON-AFR. AMERICAN | 83 | mL/min/1.73m2 | N | > OR = 60 | |
| GLOBULIN | 2.2 | g/dL (calc) | N | 1.9-3.7 | |
| GLUCOSE | 66 | mg/dL | N | 65-99 | |
| | | | | | Fasting reference interval |
| POTASSIUM | 4.3 | mmol/L | N | 3.5-5.3 | |
| PROTEIN, TOTAL | 6.8 | g/dL | N | 6.1-8.1 | |
| SODIUM | 140 | mmol/L | N | 133-146 | |
| UREA NITROGEN (BUN) | 13 | mg/dL | N | 7-25 | |

Patient: Kitchens, Markous Z, DOB



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,
Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

XRAY Abdomen Series w Chest          Kitchens JR, Markcus – BZ00195205

\* Final Report \*

| | |
|---|---|
| Result type: | XRAY Abdomen Series w Chest |
| Result date: | 30 August 2012 18:50 EDT |
| Result status: | Auth (Verified) |
| Result title: | ABD ACUTE W/CHEST |
| Performed or Dictated: | HANBA -UNKNOWN, PERSONNEL on 30 August 2012 18:50 EDT |
| Verified by: | HANBA -UNKNOWN, PERSONNEL on 30 August 2012 18:50 EDT |
| Encounter info: | BK0001590985, BBK SAINT JOSEPH, Emergency, 8/30/2012 - 8/30/2012 |
| Contributor system: | BBK_MT_RAD_ORU |

\* Final Report \*

**ABD ACUTE W/CHEST**
St. Joseph Berea Radiology
305 Estill Street
Berea, Kentucky 40403
859-986-6550

```
PATIENT IDENTIFICATION:    KITCHENS,MARKCUS JR  (Male - 01/26/1993)
 ACCOUNT / UNIT NUMBER:  BK0001590985 / BZ00195205
 RADIOLOGY NUMBER:
 PATIENT LOCATION:  ER
 ADMIT DATE / TIME:  08/30/12 1649
 DISCHARGE DATE / TIME:
 ORDER NUMBER/EXAM/DATE/TIME:  0830-0042   RADIOLOGY ABD ACUTE W/CHEST 08/30/12
1742
 ORDERING PHYSICIAN:   WILDER, LUKE
 PRIMARY CARE PHYSICIAN:   DAVID,MIRIAM
 DICTATED:  08/30/12 1850 by HANEY, BARRY
 TRANSCRIBED:  08/30/12 1850 by
 CC:  DAVID,MIRIAM; HANEY,BARRY; WILDER, LUKE
```

REPORT STATUS - Draft (Preliminary) or Signed:  Signed

ACUTE ABDOMINAL SERIES

HISTORY: Abdominal pain.

COMPARISON: None.

FINDINGS: The lungs are adequately expanded with no apparent infiltrate,
pleural effusion or lung mass identified. Heart size appears normal. The
mediastinal and bony structures appear unremarkable. No free air is
identified beneath the hemidiaphragms. A nonspecific bowel gas pattern
is identified with gaseous distention of the stomach, segments of small

| | |
|---|---|
| Printed by: | Bumell, Gina |
| Printed on: | 8/31/2012 9:17 EDT |

Page 1 of 2
(Continued)

 **BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ██████ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

XRAY Abdomen Series w Chest          Kitchens JR, Markcus - BZ00195205

* Final Report *

bowel, and colon with a moderate amount of fecal material within the
colon and rectum. No specific findings are identified at this time to
suggest mechanical bowel obstruction. No other apparent acute
abnormality is identified on this limited examination of the abdomen and
pelvis.

IMPRESSION:
1. No evidence for active or acute pulmonary disease.
2. Nonspecific bowel gas pattern.
3. No specific findings for mechanical bowel obstruction can be
identified on this exam at this time.

Electronically authenticated by: HANEY,BARRY <<Signature on File>> 08/30/12 1851

Status:   Signed

Completed Action List:
* Perform by  on 30 August 2012 18:50 EDT
* VERIFY by  on 30 August 2012 18:50 EDT
* Order by WILDER, LUKE JUSTIN

Printed by:    Burnell, Gina
Printed on:    8/31/2012 9:17 EDT

Page 2 of 2
(End of Report)



**BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markus
MRN: 8912785729,
Visit date: 2/6/2023

Sex: M

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

St. Joseph Berea Radiology
305 Estill Street
Berea, Kentucky 40403
859-986-6650

PATIENT IDENTIFICATION: KITCHENS,MARKCUS JR
ACCOUNT / UNIT NUMBER: BK0001590985 / BZ00195205
RADIOLOGY NUMBER:
PATIENT LOCATION: ER
ADMIT DATE / TIME: 08/30/12 1649
DISCHARGE DATE / TIME:
ORDER NUMBER/EXAM/DATE/TIME: 0830-0042 RADIOLOGY ABD ACUTE W/CHEST 08/30/12 1742
ORDERING PHYSICIAN: WILDER, LUKE
PRIMARY CARE PHYSICIAN: DAVID,MIRIAM
DICTATED: 08/30/12 1850 by HANEY, BARRY
TRANSCRIBED: 08/30/12 1850 by
CC: DAVID,MIRIAM; HANEY,BARRY; WILDER, LUKE

**REPORT STATUS - Draft (Preliminary) or Signed:** Signed

ACUTE ABDOMINAL SERIES

HISTORY: Abdominal pain.

COMPARISON: None.

FINDINGS: The lungs are adequately expanded with no apparent infiltrate, pleural effusion or lung mass identified. Heart size appears normal. The mediastinal and bony structures appear unremarkable. No free air is identified beneath the hemidiaphragms. A nonspecific bowel gas pattern is identified with gaseous distention of the stomach, segments of small bowel, and colon with a moderate amount of fecal material within the colon and rectum. No specific findings are identified at this time to suggest mechanical bowel obstruction. No other apparent acute abnormality is identified on this limited examination of the abdomen and pelvis.

IMPRESSION:
1. No evidence for active or acute pulmonary disease.
2. Nonspecific bowel gas pattern.
3. No specific findings for mechanical bowel obstruction can be identified on this exam at this time.

Electronically authenticated by: HANEY,BARRY <<Signature on File>> 08/30/12 1851

**Status:** Signed

AUG 3 1 2012

REPT #: 0830-0090          Additional copy          1 of 1



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH 789 EASTERN BYPASS STE 23 RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, █████████ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

---

White House Clinics
1010 Main Street South
Mc Kee, KY, 404477089
Phone #: (855) 942-7787

Kitchens, Markcus Z
238 Marcelus Dr
APT 2
Berea, KY, 40403
Person #: 280206 , MRN: 56088
Sex: M
DOB: ███████

Order Date: 02/15/2016
Order #: PRO3753755

Ordering: Hackman, Vicki        Performing #: QuestDiag        Location: Medical BPC

Tests Ordered : CBC with Diff (N6005009), CMP (NG322000), Hep B Surface Ab, Qual (499) (N6006395), Hep B Surface Ag (NG00651 0), Hep C AB W/ Ref to Hep C Virus RNA, Quan, R-T PCR (914388) (NG999244), HIV Ab (NG083850), SED rate, automated (NG005215)

**HIV 1/2 ANTIGEN/ANTIBODY,FOURTH GENERATION W/RFL (Collection Date: 02/15/2016 11:08, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| HIV AG/AB, 4TH GEN | NON-REACTIVE | | | NON-REACTIVE | A Nonreactive HIV Ag/Ab result does not exclude HIV infection since the time frame for seroconversion is variable. If acute HIV infection is suspected, a HIV-1 RNA Qualitative TMA test is recommended. |

PLEASE NOTE: This information has been disclosed to
you
from records whose confidentiality may be protected
by
state law. If your state requires such protection,
then
the state law prohibits you from making any further
disclosure of the information without the specific
written consent of the person to whom it pertains,
or
as otherwise permitted by law. A general
authorization
for the release of medical or other information is
NOT
sufficient for this purpose.

The performance of this assay has not been
clinically
validated in patients less than 2 years old.

For additional information please refer to
http://education.questdiagnostics.com/faq/FAQ106
(This link is being provided for informational/
educational purposes only.)

**HEPATITIS C AB W/REFL TO HCV RNA, QN, PCR (Collection Date: 02/15/2016 11:08, Status: Final)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| HEPATITIS C ANTIBODY | NON-REACTIVE | | | NON-REACTIVE | |
| SIGNAL TO CUT-OFF | 0.03 | | | <1.00 | |

Patient: Kitchens, Markcus Z, DOB: █████



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████  Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

HEPATITIS B SURFACE ANTIBODY QL (Collection Date: 02/15/2016 11:08, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| HEPATITIS B SURFACE ANTIBODY QL | REACTIVE | | A | NON-REACTIVE | |

HEPATITIS B SURFACE ANTIGEN W/REFL CONFIRM (Collection Date: 02/15/2016 11:08, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| HEPATITIS B SURFACE ANTIGEN | NON-REACTIVE | | | NON-REACTIVE | |

CBC (INCLUDES DIFF/PLT) (Collection Date: 02/15/2016 11:08, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| WHITE BLOOD CELL COUNT | 4.4 | Thousand/uL | | 3.8-10.8 | |
| RED BLOOD CELL COUNT | 4.67 | Million/uL | | 4.20-5.80 | |
| HEMOGLOBIN | 14.9 | g/dL | | 13.2-17.1 | |
| HEMATOCRIT | 44.3 | % | | 38.5-50.0 | |
| MCV | 94.8 | fL | | 80.0-100.0 | |
| MCH | 32.0 | pg | | 27.0-33.0 | |
| MCHC | 33.7 | g/dL | | 32.0-36.0 | |
| RDW | 13.7 | % | | 11.0-15.0 | |
| PLATELET COUNT | 232 | Thousand/uL | | 140-400 | |
| ABSOLUTE LYMPHOCYTES | 2015 | cells/uL | | 850-3900 | |
| ABSOLUTE MONOCYTES | 361 | cells/uL | | 200-950 | |
| ABSOLUTE EOSINOPHILS | 48 | cells/uL | | 15-500 | |
| ABSOLUTE BASOPHILS | 26 | cells/uL | | 0-200 | |
| NEUTROPHILS | 44.3 | % | | | |
| LYMPHOCYTES | 45.8 | % | | | |
| MONOCYTES | 8.2 | % | | | |
| EOSINOPHILS | 1.1 | % | | | |
| BASOPHILS | 0.6 | % | | | |
| ABSOLUTE NEUTROPHILS | 1949 | cells/uL | | 1500-7800 | |
| MPV | 8.4 | fL | | 7.5-11.5 | |

SED RATE BY MODIFIED WESTERGREN (Collection Date: 02/15/2016 11:08, Status: Final)

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| SED RATE BY MODIFIED WESTERGREN | 1 | mm/h | | < OR = 15 | |

COMPREHENSIVE METABOLIC PANEL (Collection Date: 02/15/2016 11:08, Status: Final)

Patient: Kitchens, Markcus Z, DOB: ███████

BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

| Component | Result | Units | Flag | Range | Comment |
|---|---|---|---|---|---|
| ALBUMIN | 4.6 | g/dL | | 3.6-5.1 | |
| ALBUMIN/GLOBULIN RATIO | 2.1 | (calc) | | 1.0-2.5 | |
| ALKALINE PHOSPHATASE | 53 | U/L | | 40-115 | |
| ALT | 10 | U/L | | 9-46 | |
| AST | 18 | U/L | | 10-40 | |
| BILIRUBIN, TOTAL | 0.7 | mg/dL | | 0.2-1.2 | |
| BUN/CREATININE RATIO | 11 | (calc) | | 6-22 | |
| CALCIUM | 9.5 | mg/dL | | 8.6-10.3 | |
| CARBON DIOXIDE | 28 | mmol/L | | 19-30 | |
| CHLORIDE | 104 | mmol/L | | 98-110 | |
| CREATININE | 1.21 | mg/dL | | 0.60-1.35 | |
| eGFR AFRICAN AMERICAN | 97 | mL/min/1.73m2 | | > OR = 60 | |
| eGFR NON-AFR. AMERICAN | 83 | mL/min/1.73m2 | | > OR = 60 | |
| GLOBULIN | 2.2 | g/dL (calc) | | 1.9-3.7 | |
| GLUCOSE | 66 | mg/dL | | 65-99 | Fasting reference interval |
| POTASSIUM | 4.3 | mmol/L | | 3.5-5.3 | |
| PROTEIN, TOTAL | 6.8 | g/dL | | 6.1-8.1 | |
| SODIUM | 140 | mmol/L | | 135-146 | |
| UREA NITROGEN (BUN) | 13 | mg/dL | | 7-25 | |

Patient: Kitchens, Markcus Z, DOB: ███████

 BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,
Visit date: 2/6/2023

Sex: M

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

### BEHAVIORAL HEALTH - SCAN - Scan on 2/3/2023 1234: CPT TEST

Scan (below)



# CONNERS CPT3™
## Continuous Performance Test 3rd Edition™
### C. Keith Conners, Ph.D.

# Assessment Report

| | |
|---|---|
| **Name/ID:** | MARKCUS KITCHENS |
| Age: | 31 |
| Gender: | Male |
| Birth Date: | |
| Administration Date: | February 3, 2023 |
| Normative Option: | Gender Specific norms |
| Input Device: | Keyboard |
| Assessor's Name: | |
| Medication/Notes: | |

This Assessment Report is intended for use by qualified assessors only, and is not to be shown or presented to the respondent or any other unqualified individuals or used as the sole basis for clinical diagnosis or intervention. Administrators are cautioned against drawing unsupported interpretations. To obtain a comprehensive view of the individual, information from this report should be combined with information gathered from other psychometric measures, interviews, observations, and available records. This report is based on an algorithm that produces the most common interpretation of the obtained scores. Additional interpretive information is found in the *Conners CPT 3 Manual* (published by MHS).

 **MHS**

Copyright © 2014 Multi-Health Systems Inc. All rights reserved.
P.O. Box 950, North Tonawanda, NY 14120-0950
3770 Victoria Park Ave., Toronto, ON M2H 3M6


**BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,          Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**

### Introduction

🗓 **MHS**

The Conners Continuous Performance Test 3rd Edition (Conners CPT 3™) assesses attention-related problems in individuals aged 8 years and older. During the 14-minute, 360-trial administration, respondents are required to respond when any letter appears, except the non-target letter "X." By indexing the respondent's performance in areas of inattentiveness, impulsivity, sustained attention, and vigilance, the Conners CPT 3 can be a useful adjunct to the process of diagnosing Attention-Deficit/Hyperactivity Disorder (ADHD), as well as other psychological and neurological conditions related to attention.

### Validity of Administration

The Conners CPT 3 performs a validity check based on the number of hits and omission errors committed, as well as a self-diagnostic check of the accuracy of the timing of each administration. If there is an insufficient number of hits to compute scores, and/or if the omission error rate exceeds 25%, these issues will be noted. Also, the program will issue a warning message noting that the administration was invalid if a timing issue is detected.

There was no indication of any validity issues; the current administration should be considered valid.

### Response Style Analysis

The variable *C* represents an individual's natural response style in tasks that involve a speed-accuracy trade-off. Based on his or her score on this variable, a respondent can be classified as having one of the following three response styles: a conservative style (T-score ≥ 60) of responding that emphasizes accuracy over speed; a liberal style (T-score ≤ 40) of responding that emphasizes speed over accuracy; or a balanced style (T-score = 41-59) of responding that is sensitive to both speed and accuracy. Based on MARKCUS's responses, he has a conservative style of responding that emphasizes accuracy over speed (T-score = 60). This response style is often associated with slower reaction times, more omission errors (failure to respond to targets), and fewer commission errors (incorrect responses to non-targets). The influence of MARKCUS's conservative response style on other Conners CPT 3 scores should be taken into consideration throughout the interpretation process.

### T-score Guidelines

The guidelines in the following table apply to all T-scores in this report.

| Guidelines | | | |
|---|---|---|---|
| T-score | For Hit Reaction Time (HRT) | T-score | For all other variables |
| 70+ | Atypically Slow | 70+ | Very Elevated |
| 60-69 | Slow | 80-89 | Elevated |
| 55-59 | A Little Slow | 55-59 | High Average |
| 45-54 | Average | 45-54 | Average |
| 40-44 | A Little Fast | < 45 | Low |
| < 40 | Atypically Fast | | |

Ver. 1.1
Copyright © 2014 Multi-Health Systems Inc. All rights reserved.
2
2/3/2023
Conners CPT 3 Report: MARKCUS KITCHENS

**BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,          Sex: M
Visit date: 2/6/2023

---

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

---



## Overview of Conners CPT 3 Scores ⧽          ▤▤ MHS

This section provides an overview of MARKCUS's Conners CPT 3 scores.

| Variable Type | Measure | T-score | Guideline | Interpretation |
|---|---|---|---|---|
| Detectability | d' | 73 | Very Elevated | Pronounced difficulty differentiating targets from non-targets. |
| Error Type | Omissions | 90 | Very Elevated | Very high rate of missed targets. |
| | Commissions | 64 | Elevated | High rate of incorrect responses to non-targets. |
| | Perseverations | 71 | Very Elevated | Very high rate of random, repetitive, or anticipatory responses. |
| Reaction Time Statistics | HRT | 90 | Atypically Slow | Very slow mean response speed. |
| | HRT SD | 90 | Very Elevated | Very high inconsistency in reaction times. |
| | Variability | 78 | Very Elevated | Very high variability in reaction time consistency. |
| | HRT Block Change | 64 | Elevated | Substantial reduction in response speed in later blocks. |
| | HRT ISI Change | 90 | Very Elevated | Very substantial reduction in response speed at longer ISIs. |

**Summary:** Relative to the normative sample, MARKCUS was less able to differentiate targets from non-targets, made more omission errors, made more commission errors, made more perseverative errors, responded more slowly, displayed less consistency in response speed, displayed more variability in response speed, displayed more of a reduction in response speed in later blocks and displayed more of a reduction in response speed at longer ISIs.

Overall, MARKCUS has a total of 9 atypical T-scores, which is associated with a very high likelihood of having a disorder characterized by attention deficits, such as ADHD. Note that other psychological and/or neurological conditions with symptoms of impaired attention can also lead to atypical scores on the Conners CPT 3.

MARKCUS's profile of scores and response pattern indicates that he may have issues related to:
• Inattentiveness (Strong Indication)  • Sustained Attention (Some Indication)  • Vigilance (Some Indication)

Ver. 1.1
Copyright © 2014 Multi-Health Systems Inc. All rights reserved.          3          Conners CPT 3 Report: MARKCUS KITCHENS          2/2/2023

---



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,    Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**



### Measures of Inattentiveness                    ⊞ MHS

This section summarizes MARKCUS's scores on the inattentiveness measures and provides information about how he compares to the normative group. Indicators of inattentiveness on the Conners CPT 3 are poor Detectability (d'), a high percentage of Omissions and Commissions, a slow Hit Reaction Time (HRT), as well as high levels of inconsistency in response speed (Hit Reaction Time Standard Deviation [HRT SD] and Variability).

| | Detectability (d') | Omissions | Commissions | HRT | HRT SD | Variability |
|---|---|---|---|---|---|---|
| T-score | 73 | 90 | 64 | 90 | 90 | 78 |
| Guideline | Very Elevated | Very Elevated | Elevated | Atypically Slow | Very Elevated | Very Elevated |

Detectability (d') measures the respondent's ability to differentiate non-targets (i.e., the letter X) from targets (i.e., all other letters). MARKCUS's T-score is 73 and falls in the Very Elevated range. This result means that his ability to discriminate non-targets from targets was very poor when compared to the normative group. Poor ability to differentiate non-targets from targets is an indicator of inattentiveness.

Omissions result from a failure to respond to targets. MARKCUS's T-score is 90 and falls in the Very Elevated range. This result means that he missed a much higher percentage of targets when compared to the normative group. Failure to respond to targets is an indicator of inattentiveness.

Commissions are made when responses are given to non-targets. MARKCUS's T-score is 64 and falls in the Elevated range. This result means that he responded to a higher percentage of non-targets when compared to the normative group. A high level of commission errors may be related to inattentiveness and/or impulsivity. The combination of MARKCUS's slow response times (see HRT, below) and high commission errors is an indicator of inattentiveness.

HRT is the mean response speed of correct responses for the whole administration. MARKCUS's T-score is 90 and falls in the Atypically Slow range. This result means that his response speed was much slower than the normative group's response speed. This may indicate that MARKCUS was not processing targets efficiently. Note that HRT may also be affected by response style; MARKCUS's conservative response style may have contributed to the slower response speed. See the *Response Style Analysis* section of this report for more interpretive information.

HRT SD is a measure of response speed consistency during the entire administration. MARKCUS's T-score is 90 and falls in the Very Elevated range. This result means that his response speed was much less consistent than the normative group. This suggests that MARKCUS was more inattentive and processed stimuli less efficiently during some portions of the administration.

Variability, like HRT SD, is a measure of response speed consistency; however, Variability is a "within respondent" measure; that is, the amount of variability that MARKCUS showed in 18 separate segments of the administration in relation to his own overall HRT SD. MARKCUS's T-score is 78 and falls in the Very Elevated range. This result means his response speed variability was much higher when compared to the normative group. High response speed variability indicates that MARKCUS's attention and information processing efficiency varied throughout the administration.

MARKCUS's scores on these measures strongly suggest that he may have problems with inattentiveness.

Ver. 1.1
Copyright © 2014 Multi-Health Systems Inc. All rights reserved.                    4                    Conners CPT 3 Report: MARKCUS KITCHENS

2/3/2023



BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**



This section summarizes MARKCUS's scores on the impulsivity measures and provides information about how he compares to the normative group. Indicators of impulsivity on the Conners CPT 3 include a faster than normal Hit Reaction Time (HRT) in addition to a higher than average rate of Commissions and/or Perseverations.



| | HRT | Commissions | Perseverations |
|---|---|---|---|
| T-score | 90 | 64 | 71 |
| Guideline | Atypically Slow | Elevated | Very Elevated |

HRT is the mean response speed of correct responses for the whole administration. MARKCUS's T-score is 90 and falls in the Atypically Slow range. This result means that his response speed was much slower than the normative group's response speed. This may indicate that MARKCUS was not processing targets efficiently. A slower than normal HRT is often related to inattentiveness rather than impulsivity. See the *Measures of Inattentiveness* section of this report for more interpretative information.

Commissions are made when responses are given to non-targets. MARKCUS's T-score is 64 and falls in the Elevated range. This result means that he responded to a higher percentage of non-targets when compared to the normative group. Commission errors may be related to impulsivity and/or inattentiveness. The combination of MARKCUS's slow response times (see HRT, above) and high commission errors is an indicator of inattentiveness rather than impulsivity.

Perseverations are random or anticipatory responses. MARKCUS's T-score is 71 and falls in the Very Elevated range. This result means that he made many more perseverative errors when compared to the normative group. Because MARKCUS's response speed (see HRT, above) was slow, his perseverations are unlikely to be related to impulsivity.

MARKCUS's scores on these measures do not indicate a problem with impulsivity.

Ver. 1.1
Copyright © 2014 Multi-Health Systems Inc. All rights reserved.

5

2/6/2023

Conners CPT 3 Report: MARKCUS KITCHENS

BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH
789 EASTERN BYPASS STE 23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,      Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Documents (continued)**

## Measures of Sustained Attention      ≋MHS

This section summarizes MARKCUS's scores on the sustained attention measures. Sustained attention is defined as the respondent's ability to maintain attention as the administration progresses. A decrease in sustained attention across time is captured by atypical slowing in the respondent's Hit Reaction Times (HRT; as indicated by the variable HRT Block Change), as well as by increases in Omissions and Commissions in later blocks of the administration.



| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 | | T-score | |
|---|---|---|---|---|---|---|---|---|---|
| ■ HRT (ms) | 770 | 768 | 1163 | 920 | 979 | 994 | T-score | 64 | |
| I HRT SD (ms) | 336 | 416 | 604 | 555 | 525 | 745 | Guideline | Elevated | |

Note. ms = milliseconds; SD = Standard Deviation.



| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| O Omissions (%) | 6 | 13 | 21 | 13 | 19 | 10 |

| | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 |
|---|---|---|---|---|---|---|
| ● Commissions (%) | 67 | 50 | 58 | 50 | 58 | 50 |

Note. No statistically significant differences were found in error rates between blocks.

HRT Block Change indicates the change in mean response speed across blocks. MARKCUS's T-score is 64 and falls in the Elevated range. This result means that he had a substantial reduction in response speed in later blocks. In terms of error rates, MARKCUS's omission and commission errors did not increase significantly across multiple adjacent blocks. MARKCUS's profile of scores on these measures indicates some support for a problem with sustained attention.

**BAPTIST HEALTH**

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729, ███████ Sex: M
Visit date: 2/6/2023

## 02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)

**Documents (continued)**



## Measures of Vigilance ⧈MHS

This section summarizes MARKCUS's scores on the vigilance measures. Vigilance relates to the respondent's performance at varying levels of stimulus frequency (inter-stimulus intervals; ISIs), and is defined by the respondent's ability to maintain performance level even when the task rate is slow. This construct is captured by changes in the respondent's Hit Reaction Times (HRT), as indicated by the variable HRT ISI Change, as well as the observed pattern of Omissions and Commissions at various ISIs.

### Hit Reaction Time by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ■ HRT (ms) | 569 | 838 | 1274 |
| I HRT SD (ms) | 179 | 431 | 650 |

Note. ms = milliseconds; SD = Standard Deviation.

### HRT ISI Change



| | | |
|---|---|---|
| T-score | 90 | |
| Guideline | Very Elevated | |

### Omissions by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| O Omissions (%) | 26 | 10 | 4 |

Note. No statistically significant differences were found in error rates between ISIs.

### Commissions by ISI



| | 1-second ISI | 2-second ISI | 4-second ISI |
|---|---|---|---|
| ● Commissions (%) | 63 | 50 | 54 |

HRT ISI Change indicates the change in mean response speed at various ISIs. MARKCUS's T-score is 90 and falls in the Very Elevated range. This result means that he had a very substantial reduction in response speeds at longer ISIs. There was no statistically significant increase in error rates across all three ISI levels. MARKCUS's profile of scores on these measures indicates some support for a problem with maintaining vigilance; that is, he had some problems with performance on trials with longer intervals between stimuli.

BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markkus
MRN: 8912785729,
Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

Documents (continued)



**MHS**

### Response Style

C is a signal detection statistic that measures an individual's natural response style in tasks involving a speed-versus-accuracy trade-off. Based on his or her score on this variable, a respondent can be classified as having one of the following three response styles: a *conservative* style that emphasizes accuracy over speed; a *liberal* style that emphasizes speed over accuracy; or a *balanced* style that is biased neither to speed nor accuracy. Response style can affect scores such as Commissions and Hit Reaction Time (HRT), and should be taken into consideration during interpretation.

### Detectability (d')

d-prime (d') is a measure of how well the respondent discriminates non-targets (i.e., the letter X) from targets (i.e., all other letters). This variable is also a signal detection statistic that measures the difference between the signal (targets) and noise (non-targets) distributions. In general, the greater the difference between the signal and noise distributions, the better the ability to distinguish non-targets and targets. On the Conners CPT 3, d' is reverse-scored so that higher raw score and T-score values indicate worse performance (i.e., poorer discrimination).

### Omissions (%)

Omissions are missed targets. High omission error rates indicate that the respondent was not responding to the target stimuli due to a specific reason (e.g., difficulty focusing). Omission errors are generally an indicator of inattentiveness.

### Commissions (%)

Commissions are incorrect responses to non-targets. Depending on the respondent's HRT, high commission error rates may indicate either inattentiveness or impulsivity. If high commission error rates are coupled with slow reaction times, then the respondent was likely inattentive to the stimulus type being presented and thus responded to a high rate of non-targets. If high commission error rates are combined with fast reaction times, the respondent was likely rushing to respond and failed to control his or her impulses when responding to the non-targets. In the latter case, high commission error rates would reflect impulsivity rather than inattentiveness.

### Perseverations (%)

Perseverations are responses that are made in less than 100 milliseconds following the presentation of a stimulus. Normal expectations of physiological ability to respond make it virtually impossible for a respondent to perceive and react to a stimulus so quickly. Perseverations are usually either slow responses to a preceding stimulus, a random response, an anticipatory response, or a repeated response without consideration of the task requirements. Perseverations may be related to impulsivity or an extremely liberal response style. Perseverations are, therefore, likely the result of anticipatory, repetitive, or impulsive responding.

### Hit Reaction Time (HRT)

HRT is the mean response speed, measured in milliseconds, for all non-perseverative responses made during the entire administration. An atypically slow HRT may indicate inattentiveness (especially when error rates are high), but it may also be the results of a very conservative response style. Alternatively, a very fast HRT, when combined with high commission error rates, may indicate impulsivity.

### Hit Reaction Time Standard Deviation (HRT SD)

HRT SD measures the consistency of response speed to targets for the entire administration. A high HRT SD indicates greater inconsistency in

response speed. Response speed inconsistency is sometimes indicative of inattentiveness, suggesting that the respondent was less engaged and processed stimuli less efficiently during some parts of the administration.

### Variability

Variability, like HRT SD, is a measure of response speed consistency; however, Variability is a "within respondent" measure (i.e., the amount of variability the respondent showed in 18 separate sub-blocks of the administration in relation to his or her overall HRT SD score). Although Variability is a different measure than HRT SD, the two measures typically produce comparable results and are both related to inattentiveness. High response speed variability indicates that the respondent's attention and processing efficiency varied throughout the administration.

### Hit Reaction Time Block Change (HRT Block Change)

HRT Block Change is the slope of change in HRT across the six blocks of the administration. A positive slope indicates decelerating reaction times as the administration progressed, while a negative slope indicates accelerating reaction times. If reaction times slow down, as indicated by a higher HRT Block Change score, the respondent's information processing efficiency declines, and a loss of sustained attention is indicated.

### Omissions by Block

Omissions by Block (raw score only) is the rate of the respondent's missed targets in each of the six blocks. An increase in omission error rate in later blocks indicates a loss of sustained attention.

### Commissions by Block

Commissions by Block (raw score only) is the rate of the respondent's incorrect responses to non-targets in each of the six blocks. An increase in commission error rate in later blocks indicates a loss of sustained attention.

### Hit Reaction Time Inter-Stimulus Intervals Change (HRT ISI Change)

HRT ISI Change is the slope of change in reaction time across the three ISIs (1, 2, and 4 seconds). A positive slope indicates decelerating HRT at longer intervals, whereas, a negative slope indicates accelerating HRT at longer intervals. A higher HRT ISI Change score means that the respondent's information processing efficiency declined with longer pauses between stimuli, and a loss of vigilance is indicated. A significant change in response speed at the different ISIs may indicate that the respondent was having trouble adjusting to changing task demands. Sometimes, this finding relates to activation/arousal needs; some respondents may be more efficient in a busier/more stimulating environment (e.g., during the 1-second ISI) than in a less active environment where the stimuli are presented less frequently (e.g., during the 4-second ISI), or vice-versa.

### Omissions by ISI

Omissions by ISI (raw score only) is the rate of missed targets in each of the three ISI trial types. An increase in omission error rate on trials with longer ISIs indicates a loss of vigilance.

### Commissions by ISI

Commissions by ISI (raw score only) is the rate of incorrect responses to non-targets in each of the three ISI trial types. An increase in commission error rates on trials with longer ISI indicates a loss of vigilance.

# Instructions for After Discharge



BAPTIST HEALTH MEDICAL
GROUP BEHAVIORAL
HEALTH
789 EASTERN BYPASS STE
23
RICHMOND KY 40475-2421

Kitchens, Markcus
MRN: 8912785729,  Sex: M
Visit date: 2/6/2023

**02/06/2023 - Office Visit in BAPTIST HEALTH MEDICAL GROUP BEHAVIORAL HEALTH RICHMOND (continued)**

**Patient Instructions**

None

- Call **911** or have someone take you to the Emergency Department if you have any of the following:
- Sudden numbness or weakness of your face, arm or leg especially on one side of the body
- Sudden confusion, difficulty speaking or trouble understanding
- Changes in your vision or loss of sight in one eye
- Sudden severe headache with no known cause
- Sudden dizziness, trouble walking, loss of balance or coordination

It is important to seek emergency care right away if you have further stroke symptoms. If you get emergency help quickly, the powerful clot-dissolving medicines can reduce the disabilities caused by a stroke.

For more information:
**American Stroke Association**
**1-888-4-STROKE**
**www.strokeassociation.org**


**IF YOU SMOKE OR USE TOBACCO PLEASE READ THE FOLLOWING:**
**Why is smoking bad for me?**
Smoking increases the risk of heart disease, lung disease, vascular disease, stroke, and cancer. If you smoke, **STOP!**

For more information:
**Quit Now Kentucky**
1-800-QUIT-NOW
https://kentucky.quitlogix.org/en-US/


If you feel like life is too tough and are thinking of suicide or injuring yourself, get help right away!
- Call or text 988 to speak to someone.