4/14/2023

# Curriculum Vitae
## Timothy S. Allen, M.D., DFAPA

**Business Address**:

    St Joseph Office Park
    1401 Harrodsburg Rd Suite B-488
    Lexington, KY 40504
    Work: (859) 277-7423
    FAX: (859) 278-9256
    E-mail: timothyallenmd@outlook.com

**Certifications:**

American Board of Psychiatry and Neurology
    Diplomate in General Psychiatry-   Number 52427   05/2003 recert 05/2013
    Diplomate in Forensic Psychiatry-  Number 1470    03/2005 recert 05/2013
    Diplomate in Brain Injury Medicine- Number 164   09/2020

**Current Employment:**

    Private Practice in Forensic Psychiatry      01/2014-present

    Lexington TMS- Medical Director      04/2021-present

    UK Department of Psychiatry
        Director of Forensic Services
        Part Time Associate Clinical Professor      01/2011-present
        Full Time Associate Clinical Professor      07/2009-12/10
        Full Time Assistant Professor      07/2003-07/09

Duties include inpatient and outpatient assessment and treatment in a wide variety of psychiatric illness including, but not limited to: Mood Disorders, Substance Abuse (Intoxication, Withdrawal, Detoxification, Long-Term Treatment), Anxiety Disorders, Neurocognitive Disorders, and Trauma-related Disorders

    KY Correctional Psychiatric Center- part-time
        Staff Psychiatrist: Court-Appointed Evaluator of Competency to Stand Trial
            and Criminal Responsibility      07/2003-present
Saint Joseph Hospital
    Consulting Psychiatrist      01/2014-9/1/2022

DEFENDANT'S EXHIBIT 57

NBME000016

4/14/2023

<u>Psychiatric Consultant-</u>

|  |  |
|---|---|
| Corrections Corporation of America | 01/2005-12/2007 |
| Federal Medical Center, Lexington, KY | 01/2013-05/2018 |
| Big Sandy Primary Care Clinics | 02/2019-present |

<u>Americans with Disabilities Act Consultant</u>     Since

|  |  |
|---|---|
| Chartered Financial Analyst Institute | 01/2005 |
| Texas Bar Examiners | 01/2005 |
| Virginia Bar Examiners | 01/2005 |
| New York Bar Examiners | 01/2005 |
| Louisiana Bar Examiners | 01/2008 |
| Missouri Bar Examiners | 01/2013 |
| North Carolina Bar Examiners | 01/2014 |
| Pennsylvania Bar Examiners | 01/2014 |
| Delaware Bar Examiners | 01/2014 |
| Law School Admissions Council | 01/2015 |
| Indiana Bar Examiners | 01/2018 |
| Ohio Bar Examiners | 01/2018 |
| District of Columbia Bar Examiners | 01/2018 |
| Florida Bar Examiners | 01/2018 |
| National Board of Medical Examiners | 01/2020 |
| Nebraska Bar Examiners | 01/2021 |
| South Carolina Bar Examiners | 01/2021 |

**Past Employment**

International American University Medical School- Vieux Fort, St. Lucia
| Psychiatry Clerkship Director | 01/2012-12/2015 |
|---|---|
| Chair of Psychiatry | 12/2015-05/2019 |

St. Claire Regional Medical Center
| St. Claire Counseling- Staff Psychiatrist | 01/2011-01/2014 |
|---|---|

Greenwell Springs Hospital, LA
| On-Call Physician | 09/2002-06/2003 |
|---|---|

VA Medical Center, New Orleans, LA
| Fee-Basis Psychiatrist | 01/2003-06/2003 |
|---|---|

Eastern State Hospital, Lexington, KY
| Officer on Duty | 10/1999-06/2002 |
|---|---|

4/14/2023

## Post-Doctoral Training:

<u>Tulane University, New Orleans</u>
    Forensic Psychiatry Fellowship          07/2002-06/2003
<u>University of Kentucky</u>
    Chief Resident-General Psychiatry       07/2001-06/2002
    General Psychiatry Residency          07/1999-06/2002
<u>Tulane University</u>
    Preliminary Medicine Internship        07/1998-06/1999

## Higher Education:

| | | |
|---|---|---|
| University of Kentucky, Lexington, KY | MD | 08/1994-05/1998 |
| University of Louisville- Political Science | BA | 08/1992-05/1994 |
| University of North Carolina at Chapel Hill | | 08/1990-05/1992 |

## Medical Licensure:

| | | |
|---|---|---|
| Kentucky | 35132 | 07/1999-present |
| West Virginia | 30688 | 08/2021-present |
| Tennessee | 64293 | 08/2021-present |
| Oklahoma | 40123 | 08/2022-present |
| Louisiana | 026118 (voluntarily not renewed) | 06/1999-05/2000 and 06/2002-05/2004 |
| Federal DEA License | BA6438483 | 07/2000-present |

## Membership:

American Psychiatric Association                    01/1999-present
    Fellow                                                 01/2009
    Distinguished Fellow                        01/2019
Kentucky Medical Psychiatric Association      01/1999-present
American Academy of Psychiatry and the Law  01/2003-present
American Neuropsychiatric Association        01/2019-present

## Committee Responsibilities:

American Academy of Psychiatry and the Law
    <u>Neuropsychiatry Committee</u>-          10/2008-present
        Committee Co-Chair           10/2017-10/2021
    <u>Suicidology Committee</u>-              10/2018-present
    <u>Reviewer APPL Journal</u>              01/2012-present
    <u>Computer Committee</u>-                10/2003-10/2004

Saint Joseph Hospital- Lexington, KY
    <u>Ethics Committee</u>                       01/2017-07/28/2022

4/14/2023

| | |
|---|---|
| UK Office of the Provost | |
|     <u>Threat Assessment Team</u> | 01/2010-12/2012 |
| | |
| UK College of Medicine | |
|     <u>Curriculum Committee</u> | 06/2005-06/2008 |
|     <u>Clinical Performance Exam Committee</u> | 06/2004-06/2010 |
|     <u>UK President's Methamphetamine Task Force</u> | 01/2006-12/2008 |
|     <u>Graduate Medical Education Self-Study Committee</u>- | |
|         Committee to prepare UK for LCME accreditation | 2001 |
| | |
| Kentucky Correctional Psychiatric Center | |
|     <u>Chair, Pharmacy and Therapeutics Committee</u> | 01/2004- 12/2007 |
| | |
| UK Department of Psychology | |
|     <u>Associate Member of Graduate Faculty</u> | 08/2008-06/2011 |
|     <u>Dissertation Committee</u>: Myriam Sollman M.S.:  Feigned ADHD | 05/2008 |
|     <u>Dissertation Committee</u>: Karen Derefinko M.S.:  Psychopathy | 05/2008 |

## **Honors**

| | |
|---|---|
| Distinguished Fellow of the American Psychiatric Assoc. | 01/2019 |
| Tagalie Heister Scholarship Mentor Award | 05/2014, 05/2017 |
| UK Psychiatry Chairman's Award | 05/2013 |
| UK Psychiatry Outstanding Outpatient Supervisor Award | 05/2013 |
| Fellow of the American Psychiatric Association | 01/2009 |
| Abraham Flexner Master Educator Award | |
|     Curriculum Development | 05/2005 |
|     Outstanding Teaching or Mentorship | 05/2007 |
| Abraham Wikler Outstanding Resident Award | 05/2002 |
| Jansen Excellence in Psychiatry Award | 05/2002 |

## **Research, Publications and Book Chapters/Contributions**

Ranseen, J.D. & Allen, T. *Disability Evaluation for Accommodation on Licensing Exams Based on the ADA: Why Do Clinicians Fail to Adopt a Forensic Perspective?* Psychol. Inj. and Law (2019). https://doi.org/10.1007/s12207-019-09342-0

Granacher RP (2015), *Traumatic Brain Injury: Methods for Clinical and Forensic Neuropsychiatric Assessment 3rd ed.,* CRC Press (Contributor)

Perry B, Neltner M, Allen T. *A Paradox of Bias: Racial Differences in Forensic Psychiatric Diagnosis and Determinations of Criminal Responsibility*. Race and Social Problems. Dec 2013 Vol 5 Issue 4 pp 239-249

4/14/2023

Botts S, Lockwood A, Allen T (2009). Generalized Anxiety Disorder, Panic Disorder and Social Anxiety. In Chisholm-Burns et al (Ed.) *Pharmacotherapy Principles and Practice, 2nd ed.* McGraw-Hill. (Chapter co-author)

Walker C, Thomas J, Allen TS. *Treating Impulsivity, Irritability, and Aggression of Antisocial Personality Disorder with Quetiapine*. Review Series: Psychiatry, Issue 1/2005

Lile JA, Stoops WW, Allen TS, Glaser PE, Hays LR, Rush CR. *Baclofen Does Not Alter The Reinforcing, Subjects-Rated Or Cardiovascular Effects of Intranasal Cocaine in Humans* Psychopharmacology (Berl). 2004 Feb;171(4):441-9. Epub 2003 Sep 19

Walker C, Thomas J, Allen TS. *Treating Impulsivity, Irritability, and Aggression of Antisocial Personality Disorder with Quetiapine*. International Journal of Offender Therapy and Comparative Criminology Vol 47, Iss 5 October 2003

**National and International Presentations**

Guljarani C, Stevens K, Allen T *Systemic Issues in Tele-Mental Health Administration* Panel, International Association of the Law and Mental Health Congress, Lyon France 7/04/2022

Allen T, Holzer J, Datta V, Fozdar M, Wortzel H. *Forensic Assessment of Functional Neurologic Syndrome Disorder.* AAPL Annual Meeting, Baltimore, MD 10/25/2019

Fozdar M, Allen T. *Navigating the Intersection of Dementia and the Law*. Panel, International Association of the Law and Mental Health Congress, Rome, Italy 7/24/2019

Fozdar M, Allen T, et al *Forensic Aspects of Subcortical Dementia: A Primer*. Panel, AAPL 47th Annual Meeting 2016, Portland, OR, 10/24/16

Marasa L, Shraberg D, Allen T. *Malingering: A Result of Trauma or Civil Litigation?* Poster AAPL 47th Annual Meeting 2016, Portland, OR, 10/24/16

Wortzel H, Allen T, et al. *TBI Update: International Collaboration on mTBI and DSM-5.* Panel, AAPL 46th Annual Meeting 2015, Ft. Lauderdale, FL, 10/25/2015

Beehler B, Allen T, et al. *Screening Tests in Predicting Competency*. Poster Presentation, AAPL 46th Annual Meeting, Ft. Lauderdale, FL, 10/24/2015

Fozdar M, Allen T et al *New Frontiers in Frontotemporal Dementia: Forensic Relevance* Workshop, AAPL 46th Annual Meeting 2015, Ft. Lauderdale, FL, 10/22/15

Reynolds A, Allen T. *Interrelationships Among Crime, Aggressive Behavior, and TBI.* Poster presentation. AAPL 44th Annual Meeting 2013, San Diego, CA, 10/26/13

4/14/2023

Holzer J, Granacher R, Wortzel H, Allen T, Dingmann P. *Forensic Psychiatric Issues in Combat-Related TBI and PTSD.* AAPL 43rd Annual Meeting 2012, Montreal, PQ, Canada, 10/28/12.

Fozdar M, Granacher R, Wortzel H, Allen T. *Traumatic Brain Injury and Sociopathy: How, What and Where?* AAPL 42nd Annual Meeting 2011, Boston, MA 10/11

Allen TS, Granacher R, Fozdar M, Wortzel H, Holtzer J. *Neurotoxin Exposure in Forensic Assessment.* Workshop, AAPL 41st Annual Meeting 2010, Tucson AZ, 10/10

Neltner M, Jones T, Allen TS *Racial Disparity: Diagnosis and Criminal Responsibility*, Poster Presentation, AAPL 40th Annual Meeting, Baltimore, MD, 10/09

Neltner M, Jones T, Allen TS *Traumatic Brain Injury and Violence: A Chart Review*, Paper Presentation, AAPL 40th Annual Meeting, Baltimore, MD, 10/09

Granacher RP, Allen TS, et al *Neuroimaging in Forensic Psychiatry: Uses and Misuses*. Workshop, AAPL 40th Annual Meeting, Baltimore, MD, 10/09.

Houchin T, Ranseen J, Allen TS, Heister T. *SPECT Scannning for the Detection of Mild Traumatic Brain Injury.* Poster presentation. AAPL 37th Annual Meeting., Chicago IL, 10/06.

Allen TS, Newman A, Thompson JW Jr. *Telemedicine in Forensic Psychiatry- Applications and Acceptance.* Research in Progress Presentation at American Academy of Psychiatry and the Law (AAPL) 36th Annual Meeting, Montreal Canada 10/05

Katz DA, Sprang R, Allen TS, Sistrunk S. *Making Telepsychiatry Work For You.* Workshop at APA annual meeting, May 22, 2003

Thomas J, Allen TS. *Use of Quetiapine to Target Hostility, Impulsivity, and Aggression in Severe Antisocial Personality Disorder in an Inpatient Forensic Psychiatric Facility*. Poster presentation National Commission on Correctional Healthcare, Nashville TN, 11/02

Allen TS, Hays LR, Rush CR. *A Neurobehavioral Analysis of the Effects of Cocaine in Humans: Effects of Sibutramine and Methlyphenidate-* double blind trial comparing the self-reported euphoric effects of the three drugs. Poster presentation at AAAP Annual Meeting 12/01

Allen TS, Hays LR. *Valproic Acid for Gamma-HydroxyButyrate Dependence;* Poster Presentation at American Academy Of Addiction Psychiatry (AAAP) Annual Meeting, 12/00

4/14/2023

**Invited Regional and National Lectures:**

    Tulane French Quarter Festival Forensic Symposium- New Orleans, LA
        *Matricide: Murder in the French Quarter*    04/2003

    35th Annual Family Practice Board Review- Lexington, KY
        *I've Got Nerves,* a review of anxiety disorders and treatment    11/2003
        02/2004
        05/2004

    KPMA 30th Annual Advances in Clinical Psychiatry and Psychopharmacology Louisville, KY
        *Detecting Malingering in your Practice*    03/2004
        *The Insanity Defense*    03/2004

    36th Annual Family Practice Board Review- Lexington, KY
        *Geriatric Depression* - a review of mechanisms and treatment    11/2004
        02/2005
        05/2005

    Tulane French Quarter Festival Forensic Symposium- New Orleans, LA
        Forensic Psychiatry and Athletics
        *Boxing: Brain Injury and Self-Destructive Behavior*    04/2006

    30th Anniversary Pretrial Officers Conference- Covington, KY
        *Psychiatric Disorders in the Criminal Context*    06/2006

    38th Annual Family Practice Board Review- Lexington, KY
        *Psychosis in the Primary Care Setting*    11/2006
        02/2007

    Tulane French Quarter Festival Forensic Symposium- New Orleans, LA
        Post Katrina- Lessons Learned Post Disaster:
        *Neurobiology of Stress and Trauma*    04/2007

    Tulane French Quarter Festival Forensic Symposium- New Orleans, LA
        Great Men Sick Minds:
        *Adolf Hitler: From Painter to Furher*    04/2008

    KPMA 35th Annual Advances in Clinical Psychiatry and Psychopharmacology
        Louisville, KY
        *Informed Consent*    03/2009

    Tulane French Quarter Festival Forensic Symposium- New Orleans, LA
        The Many Faces of Antisocial Personality Disorder
        *The Man with No Heart and Half a Brain*    04/2009

4/14/2023

| | |
|---|---|
| 40th Annual Family Practice Board Review- Lexington, KY | |
|     *Psychosis in the Primary Care Setting* | 2/12/2010 |
| | 5/14/2010 |
| | |
| Kentucky Psychological Association Annual Meeting | 11/2009 |
|     Invited Lecturer- | |
|     *Everything You Ever Wanted To Know About Psychopharmacology* | |
| | |
| Tulane French Quarter Festival Forensic Symposium- New Orleans, LA | |
|     Back to Basics- A Forensic Primer | |
|     *Psychiatric Malpractice* | 04/2010 |
| | |
| Tulane Forensic Symposium- New Orleans, LA | |
|     Hot Topics in Forensic Psychiatry | |
|     *Boundary Issues in Clinical Practice* | 04/2011 |
| | |
| Tulane Forensic Symposium- New Orleans, LA | |
|     Update on Criminal Forensic Behavioral Health: From | |
|         Eye Witness Testimony to the Death Penalty | |
|     *Syndromal Defenses: Battered Woman Syndrome and* | |
|     *the Twinkie Defense* | 04/2012 |
| | |
| International American University, College of Medicine, St. Lucia | 09/2012 |
|     *Insanity Defense in the U.S. and the Caribbean* | |
| Kentucky Psychological Association Annual Meeting | 11/2012 |
|     Invited Lecturer- | |
|     *Psychopharmacology Update 2012* | |
| | |
| Tulane Forensic Symposium- New Orleans, LA | |
|     Notorious: Lessons from the Darker Side of Forensic Psychiatry | |
|     *Whack Job: The Lizzie Borden Murders* | 04/2013 |
| | |
| Tulane Forensic Symposium- New Orleans, LA | |
|     Forensic Psychiatry: From Sexual Sadism to Maternal/Fetal Rights | |
|     *"Torture Porn" and the History of What Scares Us* | 04/2014 |
| | |
| Kentucky Workers' Compensation Education Association | |
|     *Overcoming Psychological Barriers to Functional Restoration* | 12/11/14 |
| | |
| International American University, College of Medicine, St. Lucia | 11/2014 |
|     *Professionalism in Medicine*- Faculty Development Seminar | |
|     *Informed Consent and Medical Malpractice*- Grand Rounds Lecture | |

| | |
|---|---|
| Tulane Forensic Symposium- New Orleans, LA<br>　　　Difficult Topics in Forensic Mental Health<br>　　　*Media Frenzy: Sexual Assault in the News* | 04/2015 |
| Kentucky Bar Association Annual Convention<br>　　　*Client Control/Client Management* | 06/2015 |
| Tulane Forensic Symposium- New Orleans, LA<br>　　　*The Cult of Personality- Josef Stalin to Kim Jung Un* | 04/2016 |
| Tulane Forensic Symposium- New Orleans, LA<br>　　　*Weight Loss at What Cost?* | 04/2017 |
| Tulane Forensic Symposium- New Orleans, LA<br>　　　*Forensic Aspects of Persistent Complex Bereavement Disorder* | 04/2018 |
| University of Louisville- Resident Lecture Series<br>　　　*Civil Forensic Psychiatry* | 05/2018 |
| LSAC Consultants Meeting, Newtown PA<br>　　　*Cognitive Effects of Antiepileptics and Benzodiazepines.* | 7/25/2018 |
| Tulane Forensic Symposium- New Orleans, LA<br>　　　*Sexual Harassment in the #metoo Era* (with J Bundrick, M.D.) | 4/13/2019 |
| 16th Annual Kentucky Workers' Comp Conference<br>　　　*Forensic Psychiatry Assessment* | 4/17/2019 |
| University of Louisville- Resident Lecture Series<br>　　　*Forensic Psychiatry Careers* | 04/09/2020 |
| National Board of Medical Examiners<br>　　　*Cognitive Effects of Psychiatric Medications* | 07/20/2020 |
| Pennsylvania Board of Bar Examiners<br>　　　*Anxiety in ADA Accommodation* | 12/04/2020 |
| Tulane Forensic Symposium<br>　　　*Cannibalism and Criminal Responsibility* | 12/05/2020 |
| University of Louisville Psychiatry Residency<br>　　　*Private Forensic Psychiatry* | 03-05/2022 |
| Tulane Forensic Symposium<br>　　　Chester Scrignar Invited Lecture: *ADA Test Accommodation* | 04/12/2022 |
| Kentucky Worker's Compensation Education Association | 12/15/2022 |

NBME000024

4/14/2023

## University of Kentucky Lectures

    Grand Rounds Presentations:
        UK Dept of Internal Medicine                                         12/2009
        *A Psychopharmacology Update*

        UK Dept of Psychiatry
        *The Man with No Heart and Half a Brain*             02/2012
        *Hitler: A psychobiography*                                 04/2009
        *Insanity: A Defense?*                                           11/2003

        UK Dept of Neurology
        *Informed Consent in the Practice of Medicine*         03/2005

    UK Psychiatry Medical Student Clinical Clerkship
        Insanity Mock Trial, monthly                              2005-10
        Director's Conference, weekly                             2003-05
        *Jeffery Dahmer and the Insanity Defense,* monthly       2003-07
        Psychopharmacology, bimonthly                           2001-02

    UK Psychiatry Residency Lecture Series
        Foresnic Psychiatry- 4 lectures                         11-12/2022
        Forensic Psychiatry- 4 lectures                         11-12/2021
        Psychiatric Malpractice                                      04/2020
        Forensic Psychiatry- 5 lectures                         10-11/2019
        Forensic Psychiatry and Risk Assessment         07/2018
        Child Forensic Assessment                                03/2018
        Suicide Risk Assessment                                   07/2017
        Historical Analysis of The Insanity Defense     07/2017
        Forensic Psychiatry Primer                              11/2016
        Neurocognitive Disorders                                 09/2016
        Forensics in Clinical Practice/Medical Malpractice   08/2016
        Legal Issues in Child Psychiatry                   08/2015
        Forensic Psychiatry Primer                              08/2015
        Suicide Risk Assessment                                   10/2014
        Neurocognitive Disorders                                 08/2014
        Medical Malpractice                                          11/2013
        Malingering Detection                                       11/2013
        Recovered Memories                                         11/2013
        Culture, Psychiatry, and DSM 5                      10/2013
        Forensic Primer                                                07/2013
        Competency to Make Medical Decisions            11/2012
        Malingered Mental Illness                                10/2012
        Recovered Memories, Forensic Implications- 2 lectures    05/2012
        Child Testimony in Court                                02/2012

4/14/2023

| | |
|---|---|
| Psychopharmacology Series- 5 lectures | 10-12/2011 |
| Primer of Forensic Psychiatry | 07/2011 |
| Competency to Stand Trial | 09/2010 |
| Psychiatric Malpractice | 09/2010 |
| Anxiety Disorders- Pharmacology | 08/2010 |
| Journal Club- Star*D Trial | 11/2009 |
| Journal Club- CATIE trial | 09/2009 |
| Informed Consent | 08/2009 |
| Anxiety Disorders- Diagnosis and Treatment | 08/2009 |
| Repressed Memories and Satanic Abuse | 04/2009 |
| Expert Witness Testimony | 01/2009 |
| Morbidity and Mortality Conference- anticoagulation | 05/2008 |
| Outpatient Forensic Issues | 07/2008 |
| Medical Students Teaching | 03/2008 |
| Psychopharmacology Series- 6 lectures | 09-10/2007 |
| Testimony by children- pitfalls | 08/2007 |
| Expert Witness Testimony | 08/2007 |
| Medicolegal Primer for Interns | 08/2007 |
| Medical Student Teaching | 05/2007 |
| Pharmacology of Mood Stabilizers | 09/2006 |
| Pharmacology of Depression | 09/2006 |
| Forensic Issues in Psychiatry | 09/2006 |
| Medical Malpractice | 05/2006 |
| Forensic Psychiatric Evaluations | 05/2006 |
| Child Custody Evaluations and Law | 05/2006 |
| Juvenile Offender Law | 06/2006 |
| Child Testimony in Court | 11/2005 |
| Expert Witness Testimony | 11/2005 |
| Repressed Memories | 05/2005 |
| Child Testimony in Court | 05/2005 |
| Right to Refuse Medical Treatment | 06/2005 |
| Pharmacology of Antidepressants | 09/2004 |
| Forensic Issues in Psychiatry | 08/2004 |
| Supportive Psychotherapy of Personality D/O- 4 lectures | 11/2003 |
| Forensic Issues in Psychiatry | 09/2003 |
| Detection of Malingering | 08/2003 |
| Medical Cross Coverage | 07/2002 |
| Pharmacology of Antipsychotics | 08/2001 |
| Personality Disorders | 08/2001 |
| Medical Cross Coverage | 07/2001 |

UK Palliative Care Program

| | |
|---|---|
| Psychopharmacology Update | 04/2016 |
| Cortical vs Subcortical Dementia | 04/2017 |
| ICU Psychosis | 05/2018 |
| Psychopharmacology Update | 04/18/2019 |

NBME000026

4/14/2023

| | |
|---|---|
| Research in Psychopharmacology | 04/22/2020 |

**UK Internal Medicine Residency Lecture Series**
    Psychotic Disorders     06/2005
    Major Depression     11/2005

**UK Family Medicine Residency Lecture Series**
    Anxiety Disorders     01/2011
    Psychopharmacology     03/2015

**UK Neurology Residency Lecture Series**
    Antipsychotic Pharmacology     05/2010

**UK Masters in Social Work Program**
    Basic Psychopharmacology     03/2001

**UK Physician's Assistant Program: Lecture Series Coordinator,**
    Psychotic Disorders
    Personality Disorders     12/2001

**UK College of Medicine**
    Neuroanatomy Course: Psychotic Disorders     04/2001

    Pathology Course: Forensic Psychiatry, Mood Disorders I and II     2003-2010
        Forensic Psychiatry     2013-21
        Somatoform Disorders     2018-21

**UK College of Law**
    Criminal Law Course- Insanity Defense     11/2009

    19th Biennial FAMILY LAW INSTITUTE – 2014
    *Everything You Wanted To Know About Mental Illness*     05/2014

**UK College of Pharmacy**
    Mood Disorders     03/2009
         03/2006
         02/2005
         02/2004

## Teaching Responsibilities

<u>UK Forensic Psychiatry Residency Rotation Director-</u>     05/2009-present
    Civil Forensic Evaluation Clinic

<u>UK Adult Telepsychiatry Clinic Director</u>
    Federal Medical Center- Lexington     01/2011-12/2018
    Big Sandy Health Care     02/2019-present

4/14/2023

| | | |
|---|---|---|
| UK Medical School Psychiatry Clerkship Director- | | 08/2003-06/2010 |

Psychiatry Resident Supervisor-

| | |
|---|---|
| Vincent Blanche, M.D. | 06/2003-05/04 |
| Kalyn Lane, M.D. | 06/2003-05/04 |
| Beth Housman, M.D. | 06/2005-05/06 |
| Tyler Jones, M.D | 06/2005-05/07 |
| Matt Neltner, M.D. | 06/2007-05/08 |
| Pixie Yung, M.D. | 06/2008-05/09 |
| Elizabeth Hay M.D. and Caaithry Jayaramen, M.D. | 06/2009-05/10 |
| Brooke Beehler, D.O. and Janeali Mehdi, M.D. | 06/2010-05/11 |
| Lynn Jacobson, M.D. | 06/2012-05/13 |
| Janani Venugopalakrishnan, M.D. | 06/2013-05/14 |
| James Hawthorne, M.D. | 06/2013-05/14 |
| Matthew Meek, MD | 06/2013-05/14 |
| Casey Berson, MD | 06/2014-05/15 |
| Emilee Bailey-Offill, DO | 06/2014-05/15 |
| Brooke Beehler D.O. | 06/2014-05/15 |
| Lauren Marasa M.D. | 06/2015-05/18 |
| Wes Tindel, M.D. | 06/2020-05/22 |

Mock Oral Board Examiner                                    06/2003-05/08

**Media Interviews**

| | | |
|---|---|---|
| WTVQ-36 | Virginia Tech Shooting | 04/2007 |
| WTVQ-36 | "The Mind of a Pedophile" | 11/2007 |
| ForensicMag.com | | June/July 2008 |

  Douglas Page "Forensic Psychiatry: Policing the Intersection of Mental Health and the Law"

| | | |
|---|---|---|
| WRFL Radio | Mental Illness in Lexington and Gun Ownership | 03/06/13 |
| WUKY Radio | Munchausen's Syndrome and Social Media | 06/18/14 |
| WTVQ-36 | Virginia TV Crew Shooting | 09/2015 |
| TechRepublic | | 05/06/2020 |

  Macy Bayern, "Rural America Is in The Midst Of A Mental Health Crisis. Tech Could Help Some Patients See A Way Forward."

**Community Activities**

| | |
|---|---|
| Lexington Youth Soccer Association | |
|  Volunteer Coach | 2003-05 |
| | 2011-16 |
| YMCA | |
| Volunteer Basketball and Soccer Coach | 2007-09 |

4/14/2023

<u>Dixie Youth Basketball</u>
Volunteer Coach                                              2009-10

<u>Crossroads Church Youth Basketball</u>
Volunteer Coach                                              2014-15

**<u>Forensic Case Experience</u>**

Expert witness testimony provided in civil and criminal hearings, depositions, or trials in Kentucky, Indiana, Louisiana, Tennessee, Ohio, Oklahoma, Illinois, Colorado, North Carolina, and West Virginia. Areas of expertise and testimony include:

- Traumatic Brain Injury
- Substance Abuse and Its Cognitive Effects
- Medical Malpractice
- Standard of Care
- Suicide
- Informed Consent
- Worker's Compensation
- Medical Licensure Review
- Fitness for Duty
- Dangerousness Assessment
- Competency to Stand Trial
- Criminal Responsibility
- Employer Consultation- Workplace Violence
- Post-Traumatic Stress Disorder
- Accommodation for Standardized Examinations (ADA)
- Testamentary Capacity

**<u>Professional Interests in Psychiatry</u>**

- Traumatic Brain Injury and its sequelae
- Informed Consent
- Psychopharmacology of Antipsychotics
- Medical Student/Resident Education
- Telemedicine and it applications in psychiatry
- Repetitive Transcranial Magnetic Stimulation