# *VITA*
## Michael Gordon, Ph.D.

**Education**

| | |
|---|---|
| Amherst College | 1970-74 B.A. magna cum laude |
| Amherst, Massachusetts | Major: Psychology |
| | Minor: Spanish Literature |
| | |
| The Ohio State University | 1974-77 Ph.D. |
| Major: Clinical Child Psychology | Minor: Developmental Psychology |

(Doctoral Dissertation:  The Assessment of Impulsivity and Mediating Behaviors in Hyperactive and Nonhyperactive Boys Performing on DRL.)

**Present Positions**

Professor Emeritus, Department of Psychiatry, SUNY Upstate Medical University at Syracuse, New York.

ADA consultant to multiple testing organizations (including the NBME, NY State Board of Law Examiners, CFA Institute, Florida Board of Law Examiners, and others)

Faculty to Project Advance for Syracuse University

**Past Editorial Positions and Professional Awards**

Associate Editor, The ADHD Report
Reviewer, Journal of Learning Disabilities
Reviewer, Archives of Clinical Neuropsychology
Reviewer, Journal of Attention Disorders
Reviewer, Perceptual and Motor Skills



DEFENDANT'S
EXHIBIT
**58**

Inductee, CHADD Hall of Fame
Winner, Keith Conners' Award for Scientific Contribution to the Field of ADHD

**Professional Affiliations**

Member, American Psychological Association
Member, Central New York Psychological Association
Member, Society for Behavioral Pediatrics
Member, Sigma XI Research Society
Member, Central New York Association for Learning Disabilities
Member, Council for Exceptional Children
Member, International Neuropsychological Society
Member, Society for Research in Child and Adolescent Psychopathology

**Certification**

State of New York, Certification Number 5965
Member, National Register of Health Care Providers in Psychology

**Internship**

Department of Psychiatry, Division of Clinical Psychology
        (Clinical Child specialization), SUNY Upstate Medical Center, Syracuse, New
        York.

**Past Employment**

Staff Psychologist, Psychiatric Services, St. Joseph's Hospital Health Center,
        Syracuse, New York.

**Research Grants**

"The Testing of the Gordon Diagnostic System" funded by Clinical Diagnostics, Inc.,
1983 - 1986.

"The Development of Gordon's Measure of Impulsivity for Clinical, Educational and
Research Applications" funded by the New York State Division of Research Resources,
1980 - 1987.

"The Psychosocial Effects of Short Stature" funded by the New York State Health
Research Council (co-investigator with Robert A. Richman, M.D.),
1978 - 1980.

"Study on the long term outcomes of very low birth weight infants at school age" funded

NBME000002

3

by the Robert Wood Johnson Foundation (co-investigator with Steven Gross, M.D.), 1987 - 1988.

"Pediatric survey of relationship disturbance in low birth weight infants" funded by the March of Dimes (co-investigator with Barbara Fiese, Ph.D. and Martin Irwin, M.D.), 1991-1992.

"Advancing ADHD Diagnosis via Standardized Observations" funded by the National Institute of Child Development (co-investigator with Stephanie McConaughy, Ph.D.), 2003-2007.

## Publications

Sorenson, C.A. & Gordon, M.  (1975).  Effects of 6-hydroxydopamine on shock-elicited aggression, emotionality and maternal behavior in female rats.  *Pharmacology, Biochemistry and Behavior*, *3*, 331-335.

Gittis, A.G. & Gordon, M.  (1979).  Developmental analysis of behavioral dysfunction in rats with septal lesions. *Journal of Comparative and Physiological Psychology*, 94-106.

Gordon, M.  (1981).  The assessment of impulsivity and mediating behaviors in hyperactive and nonhyperactive boys.  *Journal of Abnormal Child Psychology*, *7*, 317-326.

Gordon, M. & Oshman, H.  (1981).  Rorschach indices of children classified as hyperactive.  *Perceptual and Motor Skills*, *52*, 703-707.

Gordon, M., Crouthamel, C., Post, E.M., & Richman, R.A. (1981).  Identifying the academic and emotional difficulties associated with short stature.  *Pediatric Research*, *15*, 411.

Gordon, M.  (1982).  The egocentric placement of Bender Figure A.  *Perceptual and Motor Skills*, *54*, 1241-1242.

Gordon, M. & Tegtmeyer, P.F.  (1982).  The Egocentricity Index and self-esteem in children.  *Perceptual and Motor Skills*, *55*, 225-227.

Gordon, M.  (1983).  Responses of internalizing and externalizing children to clinical interview questions. *American Journal of Child Psychiatry*, *22,* 444-446.

Gordon, M., Crouthamel, C., Post, E.M., & Richman, R.A. (1982).  Psychological aspects of constitutional short stature: Social competence, behavior problems, self-esteem and family functioning. *Journal of Pediatrics*, *101*, 477-480.

NBME000003

4

Gordon, M., Post, E.M., Crouthamel, C., & Richman, R.A. (1984).  Do children with
   constitutional growth delay really have more learning problems? *Journal of Learning
   Disabilities*, *17,* 291- 293.

Gordon, M.  (1982).  Rorschach Scoring Program *(RSCORE)*. Tampa:  Psychological
   Assessment Resources.

Gordon, M., Greenberg, R.P., & Gerton, M.  (1983).  Wechsler discrepancies and the
   Rorschach Experience Balance. *Journal of Clinical Psychology*, *39*, 775-779.

Tegtmeyer, P.F. & Gordon, M.  (1983).  The interpretation of white-space responses in
   children's Rorschach protocols.  *Perceptual and Motor Skills, 57*, 611-616.

Gordon, M. & Tegtmeyer, P.F.  (1983).  Oral-dependent content in children's Rorschach
   protocols.  *Perceptual and Motor Skills*, *57*, 1163-1168.

Greenberg, R.P. & Gordon, M.  (1983). Examiner sex and children's Rorschach
   productivity.  *Psychological Reports*, *53*, 355-357.

Gordon, M. (1983).  *The Gordon Diagnostic System*.  DeWitt, NY:  Gordon Systems.

Gordon, M., McClure, F.D., & Post, E.M.  (1983).  *Interpretive guide to the Gordon
   Diagnostic System*.  DeWitt, NY:  Gordon Systems, Inc.

Gordon, M., McClure, F.D., & Post, E.M.  (1983).  *Instruction Manual for the Gordon
   Diagnostic System*.  Denver: Clinical Diagnostics, Inc.

McClure, F.D. & Gordon, M.  (1985).  Performance of disturbed hyperactive and
   nonhyperactive children on an objective measure of hyperactivity.  *Journal of
   Abnormal Child Psychology*, *12*, 561-572.

Gordon, M. (1986).  Microprocessor-based assessment of Attention Deficit Disorders.
   *Pharmacology Bulletin*, *22*, 288-290.

Richman, R.A., Gordon, M., Tegtmeyer, P., Crouthamel, C., &  Post, E.M. (1986).
   Academic and emotional difficulties associated with constitutional short stature. In B.
   Stabler & L. Underwood  (Eds.), *Growing Up Short: Psychosocial Aspects of Growth
   Delay.*  New York: Lawrence Erlbaum Associates, Inc.

Gordon, M. (1987).  How is a computerized attention test used in the diagnosis of
   Attention Deficit Disorder?  In J. Loney (Ed.), *The Young Hyperactive Child:
   Answers to Questions about Diagnosis, Prognosis, and Treatment* (pp.53-64) New
   York:  Haworth Press.

NBME000004

Gordon, M. (1987).  Errors of omission and commission: A response to Milich and colleagues regarding the Gordon Diagnostic System.  *Psychopharmacology Bulletin*, *23(2),* 325-328.

Gordon, M.  & Mettelman, B.B. (1988).  The assessment of attention: I. Standardization and reliability of a behavior-based measure. *Journal of Clinical Psychology*, *44,* 682-690.

Gordon, M., DiNiro, D., & Mettelman, B.B.  (1988).  The effect upon outcome of nuances in selection criteria for ADHD/Hyperactivity.  *Psychological Reports*, *62*, 539-544.

Gordon, M. (1989).  Classroom management techniques for ADHD children.  *Chadder, 3(1)*, 3-4.

Gordon, M., DiNiro, D., Mettelman, B.B., Tallmadge, J. (1989).  Observations of test behavior, quantitative scores, and teacher ratings. *Journal of Psychoeducational Assessment, 7*, 141-147.

Gordon, M., Thomason, D. & Cooper, S. (1990).  To what extent does attention affect K-ABC scores? *Psychology in the Schools*, *27*, 144-147.

Bauermeister, J.J., Berrios, V, Jimenez, AI.I., Acevedo, L. &  Gordon, M. (1990).  Some issues and instruments for the assessment of Attention Deficit Hyperactivity Disorder in Puerto Rican children.  *Journal of Clinical Child Psychology*, *19*, 9-16.

Post, E.M., Burko, M.S., & Gordon, M.  (1990).  Single-component  microcomputer driven-assessment of attention.  *Behavior Research Methods, Instruments, & Computers, 22*, 297-301.

Gordon, M., Thomason, D., Cooper, S., & Ivers, C. (1991).  Non-medical treatment of ADHD/Hyperactivity: The attention training system.  *Journal of School Psychology*, *29*, 151-159.

Gordon, M. (1991).  *ADHD/Hyperactivity: A consumer's guide for parents and teachers*.  Syracuse: GSI Publications.

Gordon, M. (1991).  *Jumpin' Johnny get back to work!: A child's guide to ADHD/Hyperactivity*.  Syracuse: GSI Publications.

Gordon, M. (1992).  *My brother's a world-class pain: A sibling's guide to ADHD/Hyperactivity*. Syracuse: GSI Publications.

NBME000005

Gordon, M. (1992).  *I would if I could: A teenager's guide to ADHD/Hyperactivity*. Syracuse: GSI Publications.

Gordon, M. (1991).  *Jumpin' Johnny get back to work!: A child's guide to ADHD/Hyperactivity* [video].  Syracuse: GSI Publications.

Gordon, M. (1995).  *I'd rather be with a real mom who loves me: A story for foster children.* Syracuse: GSI Publications.

Gordon, M. (1995). *How to operate an ADHD clinic or subspecialty practice.* Syracuse: GSI Publications.

Gordon, M. & McClure, F. (1995). *The down and dirty guide to adult ADD.* Syracuse: GSI Publications.

Irwin, M., Kline, P. & Gordon, M.  (1991).  Adapting milieu therapy to short-term psychiatric hospitalization of children.  *Child Psychiatry and Human Development*, *21*, 103-201.

Gordon, M. (1993).  ADHD: Assessment techniques and differential diagnosis. In: *Pathways to Progress: Proceedings of the CH.A.D.D. Fourth Annual Conference*. Fairfax, VA: Caset Associates.

Gordon, M. (1993). Do computerized measures of attention have a legitimate role in ADHD evaluations? *The ADHD Report, 1(6),* 5-6.

Gordon, M., Mettelman, B.B., & Martin, I.  (1994).  Sustained attention and grade retention.  *Perceptual and Motor Skills*, *78*, 555-560.

Jerome, L.J., Gordon, M., & Hustler, P. (1994). A comparison of American and Canadian teachers' knowledge and attitudes towards Attention Deficit Hyperactivity Disorder (ADHD). *Canadian Journal of Psychiatry*, *39*, 563-567.

Gordon, M. (1995). *How to operate an ADHD clinic or subspecialty practice*. Syracuse, NY: GSI Publications.

Fischer, M., Newby, R.F., & Gordon. M. (1995). Who are the false negatives on continuous performance tests? *Journal of Clinical Child Psychology*, *24(4),* 427-433.

Gordon, M. (1995). ADD: Certainly not a fad, but it can be overdiagnosed. *Attention, 2(2)*, 20-22.

Gordon, M. (1996). Must ADHD be an equal opportunity disorder? *The ADHD Report*, *4(2),* 1-3.

NBME000006

Gordon, M. (1996). Running an ADHD clinic or subspecialty practice. *The Independent Practitioner, 16(2)*, 80-83.

Gordon, M. & Irwin, M. (1997). *ADD/ADHD: A no-nonsense guide for the primary care physician*. Syracuse: GSI Publications.

Murphy, K. & Gordon, M. (1997). ADHD as a basis for test accommodations: A primer for clinicians. *The ADHD Report*, *5(1),* 10-11.

Aylward, G.P. & Gordon, M. (1997). Relationships between continuous performance task scores and other cognitive measures: Causality or commonality? *Assessment*, *4(4),* 325-336.

Gordon, M., Barkley, R.A., & Murphy, K. R. (1997). ADHD on trial. *The ADHD Report*, *5(4),* 1-4.

Gordon, M. (1997). ADHD in cyberspace. *The ADHD Report*, *5(4),* 4-6.

Gordon, M. & Keiser, S., Editors. (1998). *Accommodations in higher education under the Americans with Disabilities Act (ADA): A No-nonsense guide for clinicians, educators, administrators, and lawyers.* NY: Guilford Publications and GSI Publications.

Gordon, M. & Barkley, R.A. (1998). Psychological testing and observational measures. Chapter in: R.A. Barkley (Ed.), *Attention Deficit Hyperactivity Disorders: A Handbook for Clinicians -- Second Edition*. Guilford Publications.

Murphy, K. R. and Gordon, M. (1998). The assessment of ADHD in adults. A chapter in: R.A. Barkley (Ed), *Attention Deficit Hyperactivity Disorders: A Handbook for Clinicians -- Second Edition*. Guilford Publications.

Goldstein, S., Barkley, R. A., & Gordon, M. (1998). Clarification on ADHD (Letter to the editor). *The APA Monitor*, *29(10),* 5.

Gordon, M., Murphy, K., & Keiser, S. (1998). Attention Deficit Hyperactivity Disorder (ADHD) and test accommodations. *The Bar Examiner*, *67(4),* 26-36.

Gordon, M. (1999). Clinical grand rounds: "So you're telling me . . . ." *ADHD Report*, *7(3),* 11-13.

Gordon, M., Lewandowski, L., and Keiser, S. (1999). The LD label for relatively well-functioning students: A critical analysis. *Journal of Learning Disabilities, 32(6),* 485-490.

NBME000007

Gordon, M. (1999). Attention deficit hyperactivity disorder: Diagnosis and management in the USA. *Journal of the Royal Society of Medicine*, *92(22),* 1-3.

Gordon, M. and Barkley, R.A. (1999). Is all inattention ADD/ADHD? *The ADHD Report*, *7(5),* 1-8.

Gordon, M. and Barkley, R.A. (1999). A reply to Brown. *The ADHD Report, 7(6),* 7-8.

Murphy, K., Gordon, M., and Barkley, R. (2000). To what extent are ADHD symptoms common? A re-analysis of standardization data from a DSM-IV checklist. *The ADHD Report*, *8(3),* 1-4.

Gordon, M. (2000). College students and the diagnosis of Attention Deficit Hyperactivity Disorder (Letter to the editor). *Journal of American College Health*, *49*, 46-47.

Gordon, M. and Murphy, K. (2001). Judging the impact of time limits and distractions on past test performance: A survey of ADHD, clinic-referred, and normal adults. *The ADHD Report, 9(3),* 1-5.

Lawrence L., Codding, R., Gordon, M., Marcoe, M., Needham, L., and Rentas, J. (2000). Self-Reported LD and ADHD Symptoms in College Students. *The ADHD Report*, *8(6),* pp. 1-4.

Fiese, B. H., Poehlmann, J., Irwin, M., Gordon, M., Curry-Bleggi, E. (2001). A pediatric screening instrument to detect problematic infant-parent interactions: Initial reliability and validity in a sample of high- and low-risk infants. *Infant Mental Health Journal*, *22(4),* 463-478.

Gordon, M., Lewandowksi, L., Murphy, K. & Dempsey, K. (2002). ADA-based accommodations in higher education: A survey of clinicians about documentation requirements and diagnostic standards. *Journal of Learning Disabilities, 35(4),* 357-363.

Barkley, R. & Gordon, M. (2002). Research on comorbidity, adaptive functioning, and cognitive impairments in Adults with ADHD: Implications for clinical practice. A chapter in: S. Goldstein and A.T.Ellison *Clinician's Guide to Adult ADHD: Assessment and Intervention.* London: Academic Press.

Gordon, M., Goldstein, S., Barkley, R., & Murphy, K. (2003). Response to Nadeau on the subject of ADHD in Women [letter to the editor]. *Psychology Monitor, 34(4),* p. 10.

Goldstein, S. & Gordon,M. (2003). Gender Issues and ADHD: Sorting Fact from Fiction. *ADHD Report, 11(4),* 7-16.

Antshel, K. and Gordon, M. (2003). Evaluating and managing ADHD [letter to the editor]. *International Journal of Therapy and Rehabilitation, 10*, 428.

Canu, W. and Gordon, M. (2005). Mother Nature as treatment for ADHD: Overstating the benefits of green. *American Journal of Public Health, 95(3),* 371.

Kleinmann, A., Lewandowski, L., Sheffield, R. & Gordon, M. (2005). Processing speed and ADHD. *ADHD Report*, *13(1),* 6-8.

Lovett, B.J. and Gordon, M. (2005). Discrepancies as a basis for the assessment of learning disabilities and ADHD. *ADHD Report, 13(3),* 1-4.

Gordon, M., Antshel, K, Faraone, S., Barkley, R.A., Lewandowski, L., Hudziak, J., Biederman, J., and Cunningham, C. (2006). Symptoms versus impairment: The case for respecting DSM-IV's criterion D. *Journal of Attention Disorders*, *11(3),* 465-475.

Gordon, M. & Barkley, R.A. (2006). Psychological Testing and Observational Measures. Chapter in: R.A. Barkley (Ed.). *Attention Deficit Hyperactivity Disorders: A Handbook for Clinicians -- Third Edition*. New York: Guilford Publications.

Murphy, K. R. and Gordon, M. (2006). The assessment of ADHD in adults.  A chapter in: R.A. Barkley (Ed). *Attention Deficit Hyperactivity Disorders: A Handbook for Clinicians -- Third Edition*. New York: Guilford Publications.

Antshel, K. M., Phillips, M. H., Gordon, M., Barkley, R. A., & Faraone, S. V. (2006). Is ADHD a valid disorder in children with intellectual delays? *Clinical Psychology Review, 26,* 555-572.

Lewandowski, L., Lovett, B., Parolin, R., Gordon, M. & Codding, R. S. (2007). Extended time accommodations and the mathematics performance of students with and without ADHD. *Journal of Psychoeducational Assessment, 25,* 17-28.

Gathje, R., Lewandowski, J., & Gordon, M. (2008). The role of impairment in the diagnosis of ADHD. *Journal of Attention Disorders, 11,* 529-537.

Lewandowski, L., Lovett, B., Codding, R., & Gordon, M. (2008). Symptoms of ADHD and academic concerns in college students with and without ADHD diagnoses. *Journal of Attention Disorders, 12,*156-161.

Gordon, M., Antshel, K.M., Seigers, D., & Lewandowski, L. (2008, March). Missed appointments over the course of child psychiatric treatment. Poster session presented at the 20th Annual Research Conference of the Research and Training Center for Children's Mental Health. Tampa, FL.

Lewandowski, L., Lovett, B., & Gordon, M. (2009).  Measurement of symptom severity
and impairment. In S. Goldstein & J. Naglieri (Eds.), *The measurement of clinical
impairment in psychiatric diagnosis.*

Lovett, B., Gordon, M. & Lewandowski, L. (2009).   Legal and ethical ramifications of
considering impairment in clinical diagnosis. In S. Goldstein & J. Naglieri (Eds.), *The*
measurement of clinical impairment in psychiatric diagnosis.

Gordon, M., Antshel, K.M., & Lewandowski, L. (2009, March). The Price of
Collaboration: Predictors of Hours Spent in Collateral Contacts. Poster session
presented at the 22nd Annual Research Conference of the Research and Training
Center for Children's Mental Health. Tampa, FL.

Gordon, M. & McClure, F. (2009). *The down and dirty guide to adult ADHD (second
edition).* Syracuse: GSI Publications.

Gordon, M. (2009).  *ADHD on Trial: Courtroom clashes over the meaning of
"Disability."* New York: Praeger Publishers.

Gordon, M., Antshel, K., & Lewandowski, L. (2010). The cost of collaboration:
Predictors of hours spent in collateral contacts. *Psychiatric Services*, 61 (5), 440-442.

Gordon, M., Antshel, K., Lewandowski, L., & Sieigers, D. (2010). Predictors of missed
appointments over the course of child mental health treatment. *Psychiatric Services*,
61 (7), 657-659.

McConaughy, S.H., Volpe, R. J., Antshel, K. M., Gordon, M., & Eiraldi, R.B. (2011).
Academic and social impairments of elementary school children with Attention
Deficit/Hyperactivity Disorder, *School Psychology Review*, 40 , 200-225.

Gordon, M. (2012). How to Optimize the Use of Outside Consultants for ADA
Documentation Reviews. *The Bar Examiner*, 81(3) 17-24.

Lewandowski, L., Hendricks, K. & Gordon, M.  (In press) Test-taking performance of
high school students with ADHD. *Journal of Attention Disorders*.

Lewandowski, L., Gathje, R.A., Lovell, B,. and Gordon, M. (2013). Test-taking skills
with college studens with and without ADHD. *Journal of Psychoeducational
Assessment* 31(1) 41 –52.

Gordon, M., Lewandowski, L., and Lovett, B. (2014). The Assessment of ADHD in the
Context of ADA Accommodations. Chapter in: R.A. Barkley (Ed.). *Attention Deficit
Hyperactivity Disorders: A Handbook for Clinicians -- Fourth Edition*. New York:

NBME000010

Guilford Publications.

## Paper Presentations (selected)

Gordon, M., Greenberg, R.P., & Gerton, M.  (1982).  *The Rorschach Experience Balance and WAIS Verbal Performance Discrepancies.*  Presented at the Meeting of the Society for Personality Assessment, Tampa.

Greenberg, R.P. & Gordon, M.  (1982).  *Effects of examiner on children's Rorschach productivity*.  Paper presented at the Multi-Ethnic Conference on Assessment, Tampa.

Gordon, M. & McClure, F.D.  (1983).  *The objective assessment of hyperactivity.*  Paper presented at the Annual Meeting of the American Psychological Association, Anaheim.

Gordon, M.  (1983).  *The evaluation of hyperactivity and attentional problems in school-aged children*.  Workshop presented at the Annual Meeting of the New York State Association of School Psychologists, Syracuse.

Gordon, M.  (1984).  *Evaluating Attention Deficit Disorders in clinical populations*.  Paper presented at the 35th Annual Meeting of the American Association of Psychiatric Services for Children, Washington.

Gordon, M. & McClure, F.D.  (1984).  *The relationship between Rorschach Human Movement and an objective measure of impulsivity.*  Paper presented at the Annual Meeting of the Society for Personality Assessment, Tampa.

Gordon, M. & McClure, F.D.  (1984).  *The evaluation of Attention Deficit Disorders by objective techniques*.  Paper presented at the National Association of School Psychologists 1984 Convention, Philadelphia.

Gordon, M. & McClure, F.D.  (1984).  *Cost-effective assessment of Attention Deficit Disorders*.  Paper presented at the National Association of Elementary School Principals Annual Convention, New Orleans.

Gordon, M. & Abrams, P.  (1984).  *The Rorschach protocols of adolescent firesetters*.  Paper presented at the International Rorschach Congress, Barcelona.

Gordon, M. & McClure, F.D.  (1984).  *Assessment of Attention Deficit Disorders using the Gordon Diagnostic System*.  Paper presented at the American Psychological Association Annual Convention, Toronto.

Gordon, M. (1985). *The objective assessment of ADD/Hyperactivity:  The GDS Pilot Project on Staten Island.*  Paper presented at the Second Annual Special Education Institute sponsored by the New York City Board of Education, New York.

Gordon, M. & Meichenbaum, D. (1985).  *The objective assessment and effective treatment of ADD/Hyperactivity*.  Workshop series presented in Denver, Tampa, Atlanta, and Washington.

Gordon, M.  (1985).  *Review of current research on the Gordon Diagnostic System*. Paper presented at a symposium on the Gordon Diagnostic System at the American Psychological Association Annual Meeting, Los Angeles.

Gordon, M. (1986).  *The assessment of attention: current research.*  Symposium presented at the American Psychological Association Annual Meeting, Washington, D.C.

Gordon, M. (1987).  *School-based evaluations for attention deficits.*  Cumberland County Schools, Cumberland, MD.

Gordon, M. & Mettelman, B. (1987).  *Behavior-based assessment of ADD/Hyperactivity: Standardization of the Gordon Diagnostic  System.*  Presented at the American Psychological Association Annual Meeting, New York, NY.

Gordon, M., Mammen, O., DiNiro, D., & Mettelman, B. (1988).  *Source-dependent subtypes of ADHD/Hyperactivity*.  Paper presented at the Annual Meeting of the Society for Behav- ioral Pediatrics, Washington, D.C.

Gordon, M., DiNiro, D., Mettelman, B., & Tallmadge, J.  (1988).  *Quantitative Scores, Observations of Test Behavior, and Behavior Problem Checklists*.  Paper presented at the Annual Meeting of the American Psychological Association, Atlanta, GA.

Gordon, M., Mammen, O., DiNiro, D., & Mettelman, B. (1989).  *Source-Dependent Subtypes of ADHD: Implications for research criteria and the diagnostic process.* Paper presented at the Society for Research in Child and Adolescent Psychiatry, Miami, FL.

Gordon, M. (1989).  *Classroom management of the ADD student*.  Invited keynote address presented at the First Annual Conference on Attention Deficit Disorders, Orlando, FL.

Gordon, M., Thomason, D., & Cooper, S. (1989).  *To what extent do IQ tests measure attentiveness?*  Paper presented at the Annual Meeting of the American Psychological Association, New Orleans, LA.

Gordon, M., Mettelman, B.B., & DiNiro, D.D.  (1989).  *Are continuous performance tests valid in the diagnosis of  ADHD/Hyperactivity?*  Paper presented at the Annual Meeting of the American Psychological Association, New Orleans, LA.

Irwin, M., Gordon, M., & Mettelman, B. (1989).  *Concurrent validity of the DSM-III-R Criteria for ADHD/Hyperactivity.*  Paper presented at the Annual Meeting of the American Psychological Association, New Orleans, LA.

Tallmadge, J.T., Paternite, C.E., & Gordon, M. (1989).  *Hyperactivity and aggression in parent-child interactions: Test of a two-factor theory.*  Paper presented at the Annual Meeting of the Society for Research in Child Development, Kansas City, MO.

Gordon, M., Mettelman, B., & Irwin, M.  (1989).  *Cluster analysis of instruments used in the diagnosis of ADHD.*  Paper presented at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, NY.

Gordon, M. & Irwin, M. (1989).  *The practicalities of establishing a specialty ADHD clinic.*  Workshop presented at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, New York, NY.

Gordon, M., Thomason, D., & Cooper, S. (1990).  *Non-medical treatment of ADHD/Hyperactivity: The Attention Training System.*  Paper presented at the Annual Meeting of the American Psychological Association, Boston.

Gordon, M.,  Mettelman, B.B., & Irwin, M. (1990).  *The impact of comorbidity on ADHD laboratory measures.*  Paper presented at the Annual Meeting of the American Psychological Association, Boston.

Gordon, M. & Irwin, M. (1990).  *The practicalities of establishing a specialty ADHD clinic.*  Workshop presented at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Chicago, IL.

Gordon, M., Mettelman, B.B., & Irwin, M. (1991).  *The relationship between paternal psychopathology and behavior ratings of children referred for ADHD.*  Paper presented at the Annual Meeting of the Society for Research in Child and Adolescent Psychopathology, Amsterdam.

Irwin, M., Fiese, B.H., Gordon, M., Poehlmann, J., & Levy, S. (1991). *Pediatric Infant Parent Exam: Screening Technique to Detect Relationship Disturbances.*  Paper presented at the annual meeting of the American Academy of Child and Adolescent Psychiatry, San  Francisco.

Gordon, M. & Mettelman, B.B.  (1994, June).  *Gender differences in ADHD referrals: IQ, laboratory measures, and behavior ratings.*  Paper presented at the annual

meeting of the Society for Research in Child and Adolescent Psychopathology, London.

Gordon, M. & Mettelman, B.B.  (1994, June).  *The impact of parental psychopathology on parent and teacher ratings of child behavior*.  Paper presented at the annual meeting of the Society for Research in Child and Adolescent Psychopathology, London.

Aylward, G., Verhulst, S., Bell, S. & Gordon, M. (1995). *The relationship between computerized CPT scores and measures of intelligence, achievement, memory, learning, and visual-motor functioning.* Paper presented at the Annual Meeting of the Academy of Child and Adolescent Psychiatry, New Orleans.

Gordon, M. Lewandowski, L., Clonan, S., & Malone, K. (1996*). Standardization of the Auditory Vigilance Task.* Paper presented at the Eighth Annual International Conference of CH.A.D.D., Chicago.

Gordon, M. (1998). *ADHD & LD: What are they and how are they diagnosed?* Workshop presented at the National Conference of Bar Examiners 1998 Seminar on Bar Admissions, Chicago, IL.

Gordon, M. (1998). *Emerging trends in mental disability cases*. Paper presented at the National Employment Law Institute=s Americans with Disabilities Act Briefing, Chicago, IL.

Gordon, M. (1998). *Neuropsychologists and the ADA.* Workshop presented at the National Academy of Neuropsychology. Washington, DC.

Gordon, M. (1998). *Should high functioning individuals with LD/ADHD get accommodations?* Symposium presented at the annual meeting of the American Academy of Child and Adolescent Psychiatry, Anaheim, CA.

Gordon, M (1999). *Diagnosis and management of ADHD in the US*. Paper presented at the Royal Society of Medicine joint meeting of the section of pediatrics and the faculty of child psychiatry of the Royal College of Psychiatrists. London, England.

Gordon, M. (2000). *On the assessment of impairment.* University of Massachusetts Memorial Medical Center Grand Rounds, Worcester, MA.

Gordon, M. (2004). *ADA Documentation and ADHD*. National Conference of Bar Examiners National Meeting, New Orleans, LA.

Gordon, M. (2006).  *The assessment of impairment*.  Paper presented at the Royal Society of Medicine Conference on Child Behaviour Disorders. London, England.

NBME000014