United States Medical Licensing Examination® (USMLE®)
**Certification of Prior Test Accommodations (CPTA)**

To be completed and signed by medical school official responsible for student disability services.

**Applicant Name:** _____ **USMLE ID#:** __-__ __-__ __-__

I certify that _____ has officially approved and continuously
Name of School

provided the following accommodations for the above applicant beginning on _____
Date (Month/Year)

1. Accommodation(s) provided for **computer-based, written, or other assessments**:




   Reason for accommodation(s): _____

If student is requesting accommodations for **Step 3**:

2. Accommodation(s) provided for **clinical education settings (e.g., ambulatory, inpatient, laboratory-based clinical work)**:




   Reason for accommodation(s): _____

Name of School Official:_____   Title:_____
Print Name of Official            Title of Official

Signature of Official:_____   Date:_____

Telephone Number: (_____)_____

| E-mail or fax completed form to: |
| Disability Services |
| NBME |
| Telephone: (215) 590-9700 |
| Fax: (215) 590-9422 |
| E-mail: disabilityservices@nbme.org |

**Please Note:** This form is not a Request for Test Accommodations. Go to https://www.usmle.org/step-exams/test-accommodations for detailed information and instructions on submitting a request for accommodations.

CPTA 6.17.2022



DEFENDANT'S EXHIBIT 62