----------------- Original Message --------------------------
From: disabilityservices@nbme.org
Sent: 8/30/2022 4:01:56 PM
To: markzwanz@gmail.com
BCC: disabilityservices@nbme.org
Subject : RE: RE: USMLE Step 1  - ref:_00D46pfBg._5004w2SJqBU:ref

----------------- Attachments --------------------------------

-------------------- Email Body ------------------------------


RE: Step 1                              USMLE ID#: ███████

Dear Markcus Zwanz Kitchens:

The National Board of Medical Examiners (NBME) processes requests for test accommodations on behalf of the United States Medical Licensing Examination (USMLE) program.  We have received your request for test accommodations for the USMLE Step 1.

Before we can begin to process your request, you must do the following:

- Please provide new (documentation that we have not already reviewed), substantive documentation to support your request for additional testing time (1.5x) and additional break time. The documentation that was submitted was documentation we had reviewed previously. Ultimately, it is up to each examinee to determine what documentation they have available and would like to submit for our review. Generally, the more information that we have, the more informed decision we can make. Please feel free to share your previous decision letter with your treatment provider(s) or others if you feel they may be able to assist you in obtaining additional supporting information.

Once we are in receipt of new supporting documentation that we have not already reviewed, we will begin to process your request and submitted documentation. If necessary, we may contact you to request additional information.

All written correspondence regarding your request, including the decision letter, will be sent to you electronically via email. When our review is complete, you will receive an email from us with the decision letter attached as a pdf document.

If you have any questions about the review process, please feel free to contact me at (215) 590-9700 or reply to this e-mail.

Sincerely,

Jennifer

Disability Services Specialist

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
215-590-9700
disabilityservices@nbme.org

DEFENDANT'S
EXHIBIT
75

NBME000258

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

NBME000259