**From:** Info <Info@ECFMG.org>
**Sent:** Tuesday, November 9, 2021 10:26 AM
**To:** markzwanz@gmail.com
**Subject:** ▬▬▬▬

Dear Doctor,

I am writing in response to your email below.

Please be advised that the process to request that your current USMLE® Step 1 application be amended to include testing accommodations are as follows:

Please send an email to info@ecfmg.org, put the name "Dana" in the subject line and submit a signed, written request in the form of a letter as a **PDF attachment** with the following information:

- Your name
- USMLE/ ECFMG ID number
- A statement that you would like to reapply with Testing Accommodations and that you would like us to cancel the current registration.
- The specific USMLE Step Exam concerned (USMLE Step 1 and/or USMLE Step 2CK)
- Your Handwritten signature

You must also contact Disability Services at the National Board of Medical Examiners (NBME®) to apply and submit documentation in support of your application. Please visit https://www.usmle.org/step-exams/test-accommodations for more information about the guidelines, qualifications and application procedure for requesting testing accommodations.

You may also contact NBME Disability Services directly at:

*Disability Services*
*National Board of Medical Examiners*
3750 Market Street
Philadelphia, PA 19104-3102
*Telephone: (215) 590-9700*
*Facsimile: (215) 590-9422*
*e-mail:* disabilityservices@nbme.org

Regards,

**Malik Al-Jumuah**
Advisor



Educational Commission for Foreign Medical Graduates
3624 Market Street │Philadelphia, PA 19104-2685
Email: info@ecfmg.org │Phone:215.386.5900 │Facsimile:215.386.9196

Find us on Facebook

**From:** M Z <markzwanz@gmail.com>
**Sent:** Friday, October 22, 2021 1:12 PM
**To:** Info <Info@ECFMG.org>; ECFMG Online Services <OnlineServices@ECFMG.org>
**Subject:** Request for Accommodations (USMLE/ECFMG ID No. ▬▬▬▬)



DEFENDANT'S EXHIBIT 81

**External Email. Please Proceed with Caution.**

To Whom This Concern,

I am writing to you today to request changing my current testing application to one with testing accommodations for my approved USMLE Step 1 application. I have Attention Deficit Hyperactivity Disorder and Testing anxiety that requires me to take more time during testing. I have attached several documents to this supporting diagnosis and reasoning for requesting Testing Accommodations. Thank You in advance.

Regards,

Dr. M. Kitchens Jr.

NBMEECFMG0052



# Fax

**Recipient:** Markcus Kitchens

**Recipient's Company/Department:**

**Sender:** INTERNAL MEDICINE/ Dr. Khan

**Sender's Phone/Email:** 815-758-8671   Fax: 815-756-4890

**Subject:** Markcus Kitchens 1-26-92

**Recipient's Phone:**

**Recipient's Fax:** markzwanz@gmail.com

**Date:** 4-23-20

**Number of pages (including cover):** 2

This facsimile transmission is intended for the use of the Individual to whom it is addressed and may contain health Information that is privileged and confidential. Any unauthorized use, disclosure, distribution, dissemination, copying or retransmission of this communication by anyone other than the Intended recipient is strictly prohibited. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you have received this transmission in error, please contact us immediately and we will arrange for its return at our expense. Thank you.

NBMEECFMG0053



April 22, 2020

Markcus Kitchens
806 Fotis Dr.
Apt #1
Dekalb IL 60115

To whom it may concern ;

This is to certify that Marcus kitchens is my patient, he has significant anxiety and is under my treatment. I will suggest exam coordinators to provide him some relaxation allowed in the rules so that it will be easier on him to undergo the exam.

If you have any questions please do not hesitate to call me

Thank you for including us as members of your health care team.

Sincerely,

Ghori S. Khan, MD

1850 GATEWAY DRIVE
SYCAMORE IL 60178-3192
Phone: 815-758-8671
Fax: 815-756-4892

Page 1 of 1

NBMEECFMG0054

 NM Dermatology  Kitchens, Markcus
1850 GATEWAY DRIVE  MRN: 111012222959, DOB:  Sex: M
SYCAMORE IL 60178-3192  Visit date: 10/5/2020

**10/05/2020 - Office Visit in NM Dermatology (continued)**

**Provider Progress Notes (continued)**

| Prompt | Yes/No | Diagnosis | Comments | Date |
|---|---|---|---|---|
| No relevant medical history. | | | | |

No Known Allergies

## PAST MEDICAL HISTORY:
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • ADHD | 2013 |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • WISDOM TOOTH EXTRACTION<br>All 4 | | 2009 |

## FAMILY HISTORY:
**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • No Known Problems | Mother | |
| • No Known Problems | Father | |
| • No Known Problems | Sister | |
| • No Known Problems | Brother | |

## SOCIAL HISTORY:
**Social History**

Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:      Never Used

Substance Use Topics
- Alcohol use:                  Never
    Frequency:                  Never

Occupation: medial student

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • busPIRone 5 mg tablet | Take 1 tablet by mouth 2 (two) times daily as needed for other (Anxiety). | 60 tablet | 2 |
| • dextroamphetamine-amphetamine 15 mg tablet | Take 1 tablet by mouth daily. TK 1 T PO BID | 60 tablet | 0 |
| • MEN'S MULTI-VITAMIN ORAL | Take by mouth. | | |

No current facility-administered medications on file prior to visit.