| | |
|---|---|
| From | Score Recheck <scorerecheck@ECFMG.org> |
| Sent | Wed 9/21/22 2:29:42 PM |
| To | "markzwanz@gmail.com" <markzwanz@gmail.com> |
| Subject | ▮▮▮▮▮▮▮ Score Recheck Outcome |
| Attachments | Step 2 CK Score Recheck Letter ▮▮▮▮▮▮.pdf |

Dear Doctor:

Please find attached your completed score recheck.

If you have any questions, please contact Applicant Information Services at **(215) 386.5900** or info@ecfmg.org. Do not reply to this email.

**ECFMG** – *A Member of Intealth*
scorerecheck@ecfmg.org
ST

DEFENDANT'S EXHIBIT 87

NBMEECFMG0090



| | EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES | 3624 Market Street<br>Philadelphia PA 19104-2685 USA<br>215-386-5900 \| 215-386-6327 Fax<br>www.ecfmg.org |
|---|---|---|

**USMLE®/ECFMG® Identification Number:** ▇▇▇▇▇▇

Use this number on all correspondence.

September 21, 2022

Dear Doctor:

In accordance with your recent request, we have rechecked the responses from your examination. The result of the recheck process confirms that your score is accurate as originally reported.

| ***EXAMINATION*** | ***TEST DATE*** |
|---|---|
| USMLE Step 2 CK | 06/29/2022 |

Many quality assurance measures are used to ensure the validity of all scores and that the correct score is reported for each examinee. Because of these elaborate techniques, the possibility of a score change is extremely remote. We are confident that the score you received is an accurate and valid representation of your performance on this examination.

I hope this information addresses your concerns.

Sincerely,

Jessica Yarrison
Supervisor
Certification Program & Services