1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

   DR. MARKCUS KITCHENS, JR.,   :  CIVIL CASE NUMBER
4               PLAINTIFF       :
                                :
5       VERSUS                  :  22-3301
                                :
6   UNITED STATES MEDICAL       :
   LICENSING EXAMINATION,       :
7               DEFENDANTS      :
   _____

8

                             MAY 15, 2023
9                            VIA MICROSOFT TEAMS
                             PHILADELPHIA, PA 19106
10

11  _____
      BEFORE THE HONORABLE JOHN F. MURPHY, J.
12  _____

                             BENCH TRIAL - DAY 1
13

   APPEARANCES:
14

   DR. MARKCUS KITCHENS, JR.
15  PRO SE
   625 HAMPTON WAY, #2
16  RICHMOND, KY 40475

17

18               LYNN GLIGOR, RMR
                OFFICIAL COURT REPORTER
19           ROOM 2609 U. S. COURTHOUSE
                601 MARKET STREET
20           PHILADELPHIA, PA 19106
                (856)649-4774

21

22  PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
   TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
23

24

25

1    CONTINUED APPEARANCES:

2    CAROLINE M. MEW, ESQUIRE
     PERKINS, COIE, LLP
3    700-13TH STREET NW, SUITE 600
     WASHINGTON, DC 20005
4
     COUNSEL FOR THE DEFENDANT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   THE COURT:  GOOD MORNING, EVERYONE.

2                   DR. KITCHENS:  GOOD MORNING, YOUR HONOR.

3                   MS. MEW:  GOOD MORNING, YOUR HONOR.

4                   THE COURT:  LET'S SEE, I BELIEVE WE HAVE

5       A REPORTER ON THE LINE.  LYNN, ARE YOU THERE?

6                   COURT REPORTER:  YES, I AM HERE, JUDGE.

7       GOOD MORNING.

8                   THE COURT:  GOOD MORNING.

9                   LET ME CALL THE CASE, THIS IS 22-CV-3301,

10      IT'S DR. MARKCUS KITCHENS, JR. VERSUS NATIONAL BOARD OF

11      MEDICAL EXAMINERS.

12                  LET ME HAVE -- DR. KITCHENS, COULD YOU

13      PLEASE INTRODUCE YOURSELF AND ANYONE ELSE YOU WOULD LIKE

14      TO INTRODUCE AT THIS TIME.

15                  AND THEN I WILL GO TO THE DEFENDANT.

16                  DR. KITCHENS:  YES.  GOOD MORNING, YOUR

17      HONOR.  DR. MARKCUS KITCHENS, AND I WOULD LIKE TO

18      INTRODUCE DR. CHRISTOPHER PULLINS.

19                  THE COURT:  OKAY.  VERY WELL.

20                  HI, DR. PULLINS.

21                  DR. PULLINS:  GOOD MORNING.

22                  THE COURT:  NOW, MS. MEW, WOULD YOU

23      PLEASE INTRODUCE YOURSELF AND ANYONE YOU HAVE WITH YOU.

24                  MS. MEW:  GOOD MORNING, YOUR HONOR,

25      CAROLINE MEW FOR THE NATIONAL BOARD OF MEDICAL

1   EXAMINERS.  AND IN MY OFFICE IS PARALEGAL CHRISTINE

2   MARSTILL.  AND THEN WE ARE JOINED THIS MORNING WITH

3   LINDA GADSBY, WHO IS GENERAL COUNSEL FOR THE NATIONAL

4   BOARD OF MEDICAL EXAMINERS, AND SUZANNE WILLIAMS, WHO IS

5   ALSO IN-HOUSE COUNSEL FOR THE NATIONAL BOARD OF MEDICAL

6   EXAMINERS.

7               THE COURT:  GOOD MORNING, EVERYONE.

8               ALL PRESENT:  GOOD MORNING, YOUR HONOR.

9               THE COURT:  DR. KITCHENS, GO AHEAD.

10              DR. KITCHENS:  I'M SORRY, YOUR HONOR.  I

11  WOULD LIKE -- IN THE PRESENCE WITH ME HERE IS MY WIFE,

12  AMELIA KITCHENS.

13              THE COURT:  VERY GOOD.  AND THEN LET'S

14  SEE, I SEE A COUPLE OF PEOPLE ON LINE.

15              DR. KITCHENS, ARE THEY WITH YOU?

16              DR. KITCHENS:  YES, MISSIE KING IS HERE,

17  AND I'M NOT SURE WHO ELSE.

18              THE COURT:  ALL RIGHT.  NOW, AT THE

19  PRETRIAL CONFERENCE DEFENDANT ASKED FOR WITNESS

20  SEQUESTRATION.  SO FOR FACT WITNESSES WHO HAVE NOT YET

21  TESTIFIED, THEY SHOULD NOT LISTEN IN ON THE PROCEEDINGS

22  OR TESTIMONY OF OTHER WITNESSES.  THEY ARE WELCOME TO

23  LISTEN TO OPENING STATEMENTS, BUT FOR -- IF YOU HAVE,

24  DR. KITCHENS, A FACT WITNESS WHO IS GOING TO TESTIFY,

25  THEY SHOULD NOT LISTEN IN ON ANYTHING OTHER THAN THE

1    OPENING STATEMENTS UNTIL THEY TESTIFY, OKAY?

2                    DR. KITCHENS:  YES, SIR, THAT IS

3    UNDERSTOOD.

4                    THE COURT:  ALL RIGHT.  ONE OTHER

5    PRELIMINARY POINT, AND I WILL TURN IT OVER TO YOU ALL TO

6    SEE IF YOU HAVE ANY QUESTIONS FOR ME THIS MORNING.  BUT

7    ONE PRELIMINARY POINT I JUST WANTED TO MAKE IS WE ARE

8    DOING THIS BENCH TRIAL BY VIDEO, WHICH HAVING DONE AT A

9    PRELIMINARY INJUNCTION HEARING IN THIS MATTER, THIS

10   GROUP OF PEOPLE SEEM PRETTY EFFECTIVE AT GETTING

11   EVERYTHING DONE EFFICIENTLY AND USING THIS FORMAT WELL,

12   WHICH IS GREAT, BUT I DO WANT TO REMIND EVERYONE THAT WE

13   ARE ATTEMPTING TO SIMULATE A COURTROOM LIKE ENVIRONMENT.

14   SO IT'S EXPECTED THAT THE THE DECORUM OF A COURTROOM

15   WILL APPLY HERE.  ONLY ONE PERSON SHOULD SPEAK AT A

16   TIME.  SO WE EXPECT EVERYONE TO MAINTAIN A GOOD DECORUM.

17   IF SOMEONE NEEDS TO INTERPOSE AN OBJECTION IN COURT, YOU

18   WANT STAND UP TO GET A SIGNAL.  ON VIDEO, YOU MIGHT JUST

19   HAVE TO INTERRUPT AND SAY "OBJECTION," THAT'S FINE.  WE

20   WILL ALL HAVE AN UNDERSTANDING WITH EACH OTHER THAT WE

21   ARE WORKING WITH THE VIDEO FORMAT AS BEST WE CAN, OKAY?

22                    DR. KITCHENS:  UNDERSTOOD.

23                    THE COURT:  OKAY.  BEFORE WE GET GOING

24   WITH PRESUMABLY OPENING STATEMENTS, DR. KITCHENS OR MS.

25   MEW, DO EITHER OF YOU HAVE ANYTHING FOR ME?

1                    MS. MEW:  I DO, YOUR HONOR.

2                    DR. KITCHENS, I DIDN'T KNOW IF YOU HAD

3        ANY IF YOU WANTED TO GO FIRST.

4                    DR. KITCHENS:  YOU CAN, GO AHEAD.

5                    MS. MEW:  OKAY.  I JUST WANTED TO FOLLOW

6        UP AND MAYBE CLARIFY A FEW THINGS AFTER A BUNCH OF

7        ISSUES THAT CAME UP IN OUR PRETRIAL CONFERENCE, YOUR

8        HONOR.

9                        FIRST, I WANT TO CLARIFY THAT I

10       UNDERSTAND THE MARCHING ORDERS GOING FORWARD.  SO WHEN

11       DR. KITCHENS TESTIFIES, HE IS ALLOWED TO TESTIFY IN

12       NARRATIVE FORM.  IT'S MY UNDERSTANDING THAT I CAN RAISE

13       EVIDENTIARY OBJECTIONS AT THAT TIME, BUT I CAN ALSO

14       RESERVE MY OBJECTIONS FOR EITHER A BREAK IN THE

15       TESTIMONY OR AFTER THE FACT IN WRITING.

16                    THE COURT:  YES.  WELL, I WOULD SAY LET'S

17       DO IT DURING THE TRIAL, ONLY BECAUSE I AM FINE IF DR.

18       KITCHENS IS EXPLAINING SOMETHING IN NARRATIVE FORMAT,

19       AND YOU WANT TO INTERPOSE -- YOU WANT TO RAISE AN

20       OBJECTION AT THE NEXT BREAK, THAT WILL ACTUALLY HELP US

21       IN TWO WAYS.  ONE, IT WILL ALLOW DR. KITCHENS TO GET

22       THROUGH HIS TESTIMONY IN A COMPACT WAY, ESPECIALLY WITH

23       THE VIDEO FORMAT; AND TWO, IT WILL STILL GIVE YOU THE

24       OPPORTUNITY TO OBJECT AND DR. KITCHENS A CHANCE TO

25       ADDRESS THAT OBJECTION.  SO EITHER DURING TESTIMONY, IF

```
1       IT WORKS, OR AT A BREAK IS GOING TO BE FINE AS WELL.   I

2       AM NOT GOING TO HOLD YOU -- YOU DON'T HAVE TO MAKE YOUR

3       OBJECTION AT THE MOMENT.   LET'S DO THE OBJECTIONS ON THE

4       RECORD DURING THE TRIAL RATHER THAN IN WRITING, OKAY?

5                   MS. MEW:   YOUR HONOR, I WOULD JUST LIKE

6       TO RAISE AN ISSUE WITH THAT, BECAUSE THE TESTIMONY DOES

7       GET LONG AND I WILL BE LISTENING TO IT FOR SUBSTANCE AS

8       WELL, SO I WILL HAVE TO KEEP TRACK OF CROSS EXAMINATION

9       AS WELL AS ANY OTHER EVIDENTIARY ISSUES THAT ARE COMING

10      WHAT COULD BE A A VERY LONG LINE OF DISCUSSION.

11                  SO AGAIN, IF THE TRADE OFF BETWEEN HIM

12      HAVING TO POSE QUESTIONS AND ANSWERS WHICH WOULD ALLOW

13      AN OBJECTION TO THE QUESTION, AND THEN TO FOCUS ON THE

14      ANSWERS I THINK -- I AM NOT SURE THAT IT'S A FAIR TRADE

15      OFF, YOUR HONOR, AND IT MIGHT ALLOW FOR SOME THINGS TO

16      GET MISSED.

17                  THE COURT:   I HEAR YOU, BUT I ALSO -- IN

18      ALMOST ALL SITUATIONS WHEN THERE IS AN OBJECTION, THERE

19      SOMETIMES NEEDS TO BE AN OPPORTUNITY TO HEAR IT IN A

20      DISCUSSION.

21                  WELL, LET'S DO THIS, LET'S -- I AM GOING

22      TO STICK WITH WHAT I SAID.   WE WILL TRY TO DO THE

23      OBJECTIONS AT THE MOMENT OR AT A BREAK.   IF YOU GET

24      CAUGHT IN A BIND, I'M NOT GOING TO FORECLOSE YOU FROM

25      MAKING AN OBJECTION LATER, BUT I WILL JUST WARN YOU NOW
```

1    THAT IF IT PUTS ME IN A SITUATION WHERE YOU MAKE AN

2    OBJECTION LATER AND I REALLY NEED TO HEAR FROM DR.

3    KITCHENS ON THAT OBJECTION, I'M GOING TO HAVE TO FIGURE

4    OUT SOME WAY OF DOING THAT.  OKAY?

5              MS. MEW:  OKAY.  I UNDERSTAND YOUR RULING

6    ON THAT.

7              AND THEN JUST SO UNDERSTAND, THIS -- THAT

8    ONLY APPLIES TO WHEN DR. KITCHENS IS GIVING HIS

9    NARRATIVE TESTIMONY, WE ARE OTHERWISE PROCEEDING IN THE

10   ORDINARY COURSE WHERE WE WOULD HAVE OBJECTED AT THE

11   TIME?

12             THE COURT:  CORRECT.  OBJECTIONS SHOULD

13   BE INTERPOSED BETWEEN -- AFTER THE QUESTIONS, THAT'S

14   RIGHT.

15             MS. MEW:  OKAY.

16             AND I JUST WANT TO MAKE SURE I UNDERSTAND

17   TOO.  WE HAD DEPOSITION DESIGNATIONS FOR ONE WITNESS.

18   AND WE WILL BE FILING THOSE AND ANY OBJECTIONS AT THE

19   CONCLUSION OF THE TRIAL, IS THAT CORRECT?

20             THE COURT:  YES, IF YOU ARE READY TO DO

21   THEM AT THE END OF THE TRIAL, THAT'S FINE.  I CAN ALSO

22   SET A DEADLINE.  IF YOU ARE ALL BUSY, IF YOU NEED A WEEK

23   TO PULL THAT TOGETHER, THAT'S FINE.

24             MS. MEW:  THANK YOU, YOUR HONOR.

25             AND THE EXPECTATION IS THAT AT THE END OF

1    TRIAL THERE WILL BE A RULING FROM THE BENCH, BUT WE BE

2    WILL FILING PROPOSED FINDINGS OF FACTS AND CONCLUSIONS

3    OF LAW?

4                    THE COURT:  THAT'S MY EXPECTATION THAT WE

5    WOULD HAVE POST TRIAL BRIEFING.  AND THE REASON FOR THAT

6    IS THERE ARE -- WE WERE NOT ABLE TO REACH UNITY ON

7    EXACTLY WHAT LEGAL QUESTIONS ARE.  THEY ARE VERY SIMILAR

8    WHAT IS PROPOSED, BUT THEY ARE SLIGHTLY DIFFERENT.  SO I

9    DON'T WANT -- IN ORDER FOR ME TO RULE FROM THE BENCH, I

10   WOULD HAVE TO RESOLVE THOSE DISPUTES DURING THE TRIAL OR

11   HAVE THEM ALREADY RESOLVED ALREADY, WHICH I AM NOT GOING

12   TO DO.  WE WILL DO THAT POST TRIAL.

13                    AND AT THE END OF THE TRIAL WE WILL

14   DISCUSS THE SCHEDULE FOR THAT.

15                    MS. MEW:  THANK YOU, YOUR HONOR.

16                    AND I DON'T MEAN THIS TO BE A VERY LONG A

17   LAUNDRY LIST, BUT JUST A FEW OTHER THINGS.

18                    WITH EXHIBITS, OUR PARALEGAL WILL HELP

19   STREAMLINE THINGS.  THE PARTIES ACTUALLY HAD I THINK

20   VERY FEW OBJECTIONS TO SORT OF THE BULK OF THE EXHIBITS

21   HERE, AND I KNOW YOU HAD MENTIONED IN THE PRETRIAL GOING

22   THROUGH THE AUTHENTICATION AND FOUNDATION PROCESS AND

23   INTRODUCING EXHIBITS.  BUT I AM ALSO WONDERING IF WE

24   MIGHT BE ABLE TO STREAMLINE THAT WITH RESPECT TO SOME OR

25   WHERE IF IT'S DISCUSSED AND THEN WE CAN DISCUSS IT AT

1   THE END OF THE DAY WHAT CAME OUT IN TESTIMONY.  BUT IF

2   THERE IS A SPECIFIC OBJECTION, THAT THAT SHOULD BE

3   RAISED AT THE TIME THE EXHIBIT IS FIRST PUBLISHED.

4                DOES THAT MAKE SENSE?

5                THE COURT:  IT DOES.

6                MS. MEW:  IF DR. KITCHENS AGREES, OF

7   COURSE.

8                THE COURT:  YEAH, WELL, SO BY ALL MEANS

9   ANY EXHIBITS YOU CAN AGREE ON TO MOVE THEM IN JOINTLY IS

10  WONDERFUL, AND WITHOUT OBJECTION IT IS GREAT.  AND I'M

11  NOT GOING TO STAND ON PRINCIPLE AND MAKE YOU LAY A

12  FOUNDATION FOR AN EXHIBIT YOU BOTH WANT ADMITTED, THAT'S

13  -- I AM NOT WORRIED ABOUT THAT.  SO ANY AGREEMENTS ARE

14  FINE BY ME.

15                OTHERWISE, YEAH, YOU WOULD JUST PROCEED

16  IN THE USUAL COURSE OF INTRODUCING THE EXHIBIT WITH THE

17  WITNESS AND MOVE FOR ITS ADMISSION.  IF YOU FORGET AND

18  YOU MOVE LATER, THAT'S OKAY, BUT LET'S TRY TO GET THAT

19  ALL IN THE RECORD IN THE CASE.

20                AND AN OBJECTION SHOULD BE INTERPOSED

21  PREFERABLY AT THE TIME, BUT AT LEAST DURING THIS TRIAL

22  SO YOU HAVE THE OPPORTUNITY TO CURE IT.  JUST A SIMPLE

23  EXAMPLE IS IF YOU ARE ASKING A WITNESS SOME QUESTIONS

24  ABOUT A DOCUMENT AND THERE'S AN OBJECTION ON JUST

25  FOUNDATION GROUNDS, THAT'S A PERFECT OPPORTUNITY TO ASK

1    THE WITNESS A FEW MORE QUESTIONS.  SO IT'S GOOD TO DO

2    THAT AS WE ARE GOING.

3               MS. MEW:  THANK YOU, YOUR HONOR.

4               AND JUST ON THE POINT ABOUT EXHIBITS.  WE

5    ARE STILL TRYING TO FIGURE OUT -- WE JUST RECEIVED THE

6    COPIES OF PLAINTIFF'S EXHIBITS ON SATURDAY MORNING, AND

7    THERE ARE STILL SOME ISSUES WITH CERTAIN INCOMPLETE

8    PAGES, AND IT WAS A BIT OF A RUSH TO GET ON TOP OF IT.

9    SO I JUST WANT TO MAKE SURE THAT WE CAN EITHER SEE THE

10   FULL DOCUMENT OR -- IF SOME OF THOSE TYPES OF ISSUES ARE

11   BROUGHT UP.

12              THERE WERE ALSO SOME NEW DOCUMENTS THAT

13   WERE NOT PREVIOUSLY PRODUCED TO US THAT WERE PART OF

14   THIS SATURDAY COLLECTION, SO WE CAN, I GUESS, ADDRESS

15   THOSE AS THEY COME UP.

16              THE COURT:  YES.  SO ANYTHING -- I SORT

17   OF HAVE TWO CONCERNS.  ONE IS, ANYTHING THAT ONE OF YOU

18   SHOWS TO A WITNESS THE OTHER SIDE OUGHT TO HAVE THAT

19   COMPLETE DOCUMENT.  IF IT NEEDS TO BE SENT AND WE WOULD

20   NEED TO TAKE A LITTLE BREAK SO YOU CAN E-MAIL IT, THAT'S

21   FINE.  BUT IF YOU ARE USING A DOCUMENT, THE OTHER SIDE

22   NEEDS TO HAVE A COPY OF THAT.  THAT'S ONE CONCERN.

23              THE SECOND CONCERN IS IF YOU MOVE FOR

24   ADMISSION OF SOMETHING, I NEED TO KNOW WHAT IT IS.  SO

25   IF YOU GET -- IF WE GET CAUGHT IN A SITUATION WHERE

1   THERE IS A DISPUTE OVER MOVING AN EXHIBIT INTO EVIDENCE

2   AND WE ARE NOT ALL ON THE SAME PAGE AS TO WHAT IT IS, WE

3   WILL HAVE TO RESOLVE THAT BY SHARING IT AMONGST

4   OURSELVES AND THEN I CAN MAKE A RULING.

5             MS. MEW:  THANK YOU, YOUR HONOR.

6             THE COURT:  GO AHEAD, DR. KITCHENS.

7             DR. KITCHENS:  YES, YOUR HONOR, FOR THE

8   THOSE EXHIBITS THAT I THINK MS. MEW IS PROBABLY SPEAKING

9   OF, I DID SEND IN ALL OF THOSE PARTICULAR PAGES, AND I

10  THINK THOSE ARE THE ONES THAT I FILED.  AND I THINK I

11  SENT YOU OVER, MS. MEW, A COURTESY COPY OF THOSE.

12            MS. MEW:  YOU DID.  YOU SENT ME A COPY OF

13  YOUR EXHIBIT.  I THINK MY ONLY POINT -- I AM PREVIEWING

14  THIS A LITTLE BIT, BECAUSE I THINK WE ARE GOING TO HAVE

15  TO DEAL WITH IT WHEN THE EXHIBIT COMES UP BECAUSE I

16  CAN'T DO A LAUNDRY LIST.  THERE'S STILL SOME THAT DON'T

17  APPEAR TO BE COMPLETE, AND THEN AS I SAID, YOU JUST SENT

18  NEW DOCUMENTS ON SATURDAY THAT WERE NOT PRODUCED IN

19  DISCOVERY WERE NOT PREVIOUSLY ON ANY EXHIBIT

20  DESIGNATIONS.  SO AGAIN, I WILL RESERVE ANY OBJECTIONS

21  ON THAT, BUT I AM JUST MENTIONING THAT THAT IS AN ISSUE.

22            AND THEN JUST ONE OTHER POINT, YOUR

23  HONOR, AND I PROMISE THIS IS MY LAST CLARIFICATION

24  QUESTION.

25            SO I UNDERSTAND THAT DR. KITCHENS'S WIFE

```
1    IS PARTICIPATING IN THIS PROCEEDING TO HELP HIM WITH

2    EXHIBITS.  AND WHEN WE WERE DISCUSSING THIS ON FRIDAY, I

3    REALIZED I WAS NOT SURE IF THIS WAS ALREADY IN THE

4    RECORD.  BUT DR. KITCHENS'S WIFE IS A LAWYER, AND I KNOW

5    THAT SHE HAS BEEN APPROVED TO HELP WITH SORT OF THE

6    PROCESS WITH THE EXHIBITS.

7              I THINK WE WOULD OBJECT TO THE EXTENT

8    THAT IF HIS WIFE IS PARTICIPATING IN THIS PROCEEDING IN

9    ANY OTHER CAPACITY BESIDES PULLING UP EXHIBITS WITHOUT

10   ENTERING AN APPEARANCE AND ACTUALLY REPRESENTING DR.

11   KITCHENS ON THE RECORD.

12             THE COURT:  SURE, THAT'S FINE, YOU CAN

13   MAKE THAT OBJECTION.  THAT'S SOMETHING I WAS AWARE OF

14   AND SENSITIVE TO, AS I AM SURE DR. KITCHENS AND HIS WIFE

15   ARE.  SO IT'S FINE TO MAKE THAT OBJECTION.  I HOPE WE

16   ARE ALL ON THE SAME PAGE ABOUT THAT, BUT I HEAR WHAT YOU

17   SAID.

18             THE COURT:  ANY OTHER QUESTIONS BEFORE WE

19   GET GOING?

20             DR. KITCHENS:  YES.  ONE THING THAT I DO

21   HAVE, YOUR HONOR, IS THAT I WOULD LIKE TO JUST MAKE IT

22   AWARE TO THE COURT AND TO APOLOGIZE IN ADVANCE IF I TEND

23   TO WALK A LITTLE BIT OVER SOMEONE.  I WAS GIVEN

24   INFORMATION THIS MORNING OF A LONGTIME FRIEND WHO PASSED

25   AWAY THIS MORNING, AROUND 2 O'CLOCK THIS MORNING.  SO I
```

1    WOULD LIKE TO RIGHT NOW APOLOGIZE IN ADVANCE FOR THAT IF

2    I AM NOT ON THE TOP OF MY GAME.

3                    THE COURT:  MY CONDOLENCES.  I AM VERY

4    SORRY TO HEAR THAT.

5                    AND IT'S ALWAYS -- THE Q AND A FORMAT OF

6    A TRIAL IS ALWAYS A CHALLENGE, VIDEO ADDS AN ADDITIONAL

7    CHALLENGE.  WE WILL JUST ALL TRY TO REMAIN PATIENT WITH

8    EACH OTHER, BEARING IN MIND, AT LEAST FROM MY POINT OF

9    VIEW, WHAT IS SUPER IMPORTANT IS CLARITY FOR THE RECORD,

10   BECAUSE, YOU KNOW, WE HAVE LYNN WHO IS TRANSCRIBING

11   THIS, WRITING THIS DOWN.  AND IF WE TALK OVER EACH

12   OTHER, IT'S GOING TO MAKE IT HARD TO UNDERSTAND WHAT WAS

13   SAID ON THE RECORD.  SO ANY TIME THERE IS THE

14   OPPORTUNITY TO TAKE AN EXTRA BREATH AND BE PATIENT WITH

15   YOUR WORDS, IT'S GOING TO HELP EVERYBODY.

16                   DR. KITCHENS:  UNDERSTOOD, YOUR HONOR.

17   THANK YOU.

18                   THE COURT:  YES.  I THINK WE HAVE BEEN

19   WORKING TOGETHER ON THE CASE LONG ENOUGH, I HOPE YOU

20   KNOW THIS.  I AM NEVER GOING TO STOP YOU FROM SAYING

21   WHAT YOU NEED TO SAY, IT JUST HAS TO HAPPEN IN THE RIGHT

22   ORDER WITH NO ONE TALKING OVER EACH OTHER.

23                   DR. KITCHENS:  SOUNDS GOOD.

24                   THE COURT:  OKAY.  NOW, ARE WE READY FOR

25   OPENINGS?

```
1                    MS. MEW:  YES, THANK YOU, YOUR HONOR.  I
2      APPRECIATE YOUR PATIENCE.
3                    THE COURT:  OKAY.
4                    DR. KITCHENS, THE FLOOR IS YOURS.
5                    DR. KITCHENS:  OKAY.  GOOD MORNING, YOUR
6      HONOR.
7                    AND IF IT PLEASES THE COURT, I AM HERE
8      TODAY TO A PROFOUND SENSE OF GRIEVANCE, AS I HAVE BEEN
9      SUBJECTED TO AN UNJUST TREATMENT AND DISCRIMINATION BY
10     THE INSTITUTION THAT SHOULD EXEMPLIFY FAIRNESS AND
11     PROGRESS AND INCLUSIVITY AND ITS SERVICE TO OTHERS.
12                   FROM THE EARLIEST MOMENTS OF MY MEMORY, I
13     HAVE CARRIED THE -- THIS INNATE PASSION TO WANT TO HEAL
14     AND TO ASSIST THOSE IN NEED.  UNFORTUNATELY, THIS
15     CHERISHED DREAM OF MINE OF BECOMING A LICENSED MEDICAL
16     PRACTITIONER HAS BEEN ESSENTIALLY SHATTERED DUE TO THE
17     ACTIONS BY THE NATIONAL BOARD OF MEDICAL EXAMINERS.
18                   AND THIS CASE EXTENDS BEYOND A MERE
19     EXAMINATION OR A SINGULAR SCORE.  IT DELVES INTO A CORE
20     PRINCIPLE THAT EVERY INDIVIDUAL POSSESSES AN INHERENT
21     RIGHT TO PURSUE THEIR CHOSEN PROFESSION FREE FROM
22     DISCRIMINATION BASED ON THEIR DISABILITIES, BOTH
23     PRESENTLY AND IN THE FUTURE.
24                   WHILE I BEAR A MENTAL IMPAIRMENT THAT
25     SIGNIFICANTLY RESTRICTS MY MAJOR ASPECTS OF MY LIFE,
```

1    THIS DOES NOT DIMINISH MY ABILITY TO UNDERMINE BY

2    DIVERSE AND MY ABLENESS TO BE ABLE TO FULFILL MY

3    ASPIRATIONS OF BECOMING A LICENSED PHYSICIAN.

4                    THROUGHOUT MY LIFE, I HAVE RELENTLESSLY

5    ADAPTED, ACCOMMODATED AND SURMOUNTED TO THE CHALLENGES

6    THAT POINTS TO MY DISABILITY.  BUT REGRETTABLY, THE NBME

7    HAS DENIED ME REASONABLE ACCOMMODATIONS ESSENTIAL FOR

8    UNDERTAKING THE EXAMINATIONS AND PROGRESSING ALONG THE

9    PATH TOWARDS BECOMING A LICENSED CLINICAL PHYSICIAN.

10   INSTEAD OF FULFILLING THEIR OBLIGATIONS, THE NBME SEEKS

11   REFUGE, AND IN PART A DUTY, IN IMPOSING ARBITRARY AND

12   DISCRIMINATORY CRITERIA THAT COULD EFFECTIVELY AND

13   INDEFINITELY OBSTRUCT MY INTERESTS INTO CLINICAL

14   PRACTICE.

15                    YOUR HONOR, I IMPLORE YOU TO RECOGNIZE

16   THE INHERENT HUMAN ELEMENT WITHIN THIS CASE.  I AM NOT

17   JUST MERELY AN ABSTRACTION OF A DOCUMENT OR A PIECE OF

18   PAPER, BUT I AM A LIVING, BREATHING INDIVIDUAL WITH

19   GENUINE HOPES, DREAMS AND ASPIRATIONS.  THE JOURNEY I

20   HAVE UNDERTAKEN TO REACH THIS JUNCTION HAS BEEN RIDDLED

21   WITH COUNTLESS OBSTACLES THAT I HAVE MANAGED TO

22   OVERCOME.  IT IS PROFOUNDLY DISHEARTENING TO CONTEMPLATE

23   THE PERSPECTIVE OF BEING BARRED FROM PURSUING MY PASSION

24   DUE TO ACTIONS PORTRAYED TO ME BY THE NBME.

25                    THE FORTHCOMING EVIDENCE WILL CLEARLY

1    DEMONSTRATE THAT DESPITE PRESENTING COMPREHENSIVE

2    DOCUMENTATION VERIFYING MY DISABILITY AND NECESSITY FOR

3    REASONABLE ACCOMMODATIONS, THE NBME CALLOUSLY REFUSED TO

4    AFFORD ME THE OPPORTUNITY TO BE ASSESSED ON THE MERITS

5    OF MY SKILLS AND COMPETENCE.  IT IS CRUCIAL TO RECOGNIZE

6    THAT MY MENTAL IMPAIRMENT JUST DOES NOT DELAY FOR ME OR

7    THE UNDERSTANDING OF MY IDENTIFICATION NOR RESTRICT MY

8    POTENTIAL TO EXCEL AS A PHYSICIAN.

9                   WHEN I COME TO LOOK AT THE THINGS THAT

10   ARE GOING ON AND WAS DISCRIMINATED AGAINST, IT IS

11   APPROPRIATE FOR THE ACCOMMODATIONS IN PLACE.  I AM FULLY

12   CAPABLE AND RESOLUTE IN MY DETERMINATION TO BECOME A

13   PASSIONATE AND ACCOMPLISHED PHYSICIAN.  THE

14   RESPONSIBILITY OF DETERMINING MY DISABILITY, INCLUDING

15   THE EXTENT OF IT, DOES NOT LIE WITHIN THE JURISDICTION

16   OF THE NATIONAL BOARD OF MEDICAL EXAMINERS.

17                   IT IS ESSENTIAL TO RECOGNIZE THAT THE

18   AMERICANS WITH DISABILITIES AMENDMENT ACT ENACTED BY

19   CONGRESS IN 2008 AND THE DEPARTMENT OF JUSTICE HAVE

20   UNEQUIVOCALLY STIPULATED THAT THE DETERMINATION OF AN

21   INDIVIDUAL'S DISABILITY SHOULD BE INTERPRETED

22   EXPANSIVELY.  THE EVIDENCE AT HAND SUBSTANTIATES THIS

23   CLAIM, BOTH MY PREVIOUS APPLICATIONS SUBMITTED TO THE

24   NBME ALONG WITH THE ACCOMPANYING DOCUMENTATION VIVIDLY

25   ILLUSTRATES THE SEVERITY OF MY ADHD AND ANXIETY, MEETING

1    THE CRITERIA ESTABLISHED BY THE ADA FOR CLASSIFICATION

2    AS A DISABILITY.

3                   CONSEQUENTLY, I BECAME ELIGIBLE FOR THIS

4    ACCOMMODATIONS IN JANUARY WHEN I APPLIED IN AUGUST 2022,

5    AND PERSISTENTLY REMAINED ELIGIBLE AS I STAND BEFORE YOU

6    TODAY.

7                   I PRESENT A SINGULAR CLAIM AGAINST THE

8    MDME, THEIR VIOLATION OF THE AMERICANS WITH DISABILITIES

9    ACT THROUGH THEIR FAILURE TO PROVIDE APPROPRIATE

10   ACCOMMODATIONS FOR MY DISABILITY.  THROUGH THIS CLAIM, I

11   RESPECTFULLY REQUEST THAT THIS ESTEEMED COURT RECTIFY

12   THE NBME'S WRONGFUL ACTIONS BY GRANTING MY PLEA FOR

13   REASONABLE ACCOMMODATIONS, SPECIFICALLY DOUBLE TIME AND

14   BY EXPUNGING MY EXAMINATION TRANSCRIPT THAT INACCURATELY

15   REFLECTS MY PROFICIENCY IN THE FIELD OF MEDICINE, AN

16   ENORMOUS RECORD THAT WOULD FOLLOW ME BASICALLY FOR THE

17   DURATION OF MY CAREER.

18                   AS I AM FULLY AWARE OF THIS UNPRECEDENTED

19   NATURE OF THE RELIEF SOUGHT, I ACKNOWLEDGE THE PROFOUND

20   SIGNIFICANCE ATTACHED TO IT.  THOUGH THE LANGUAGE

21   ARTICULATED IN TITLE III STRICTLY CONFINES THE

22   AVAILABILITY REMEDIES TO INJUNCTIVE RELIEF.

23                   YOUR HONOR, INJUNCTIVE RELIEF SERVES AS A

24   FORMITTABLE TOOL FOR WHICH THE LEGAL SYSTEM CAN

25   SAFEGUARD THE RIGHTS AND INTERESTS OF THE PUBLIC,

1    INCLUDING MY OWN.

2                    THIS CRUCIAL REMEDY HAS GIVEN ME AND HAS

3    THE CAPACITY TO PREVENT IRREPARABLE HARM AND INSURES THE

4    EQUITABLE DISPENSATION OF JUSTICE.  IT IS SELF-EVIDENT

5    THAT THE DECISION THAT YOU ARE POSED TO RENDER WILL

6    VIBRATE FAR BEYOND MY INDIVIDUAL CIRCUMSTANCES

7    RESONATING WITH EXAMINEES NATIONWIDE.  BY EXPUNGING MY

8    DISCRIMINATORY EXAMINATION TRANSCRIPT, YOU WILL NOT ONLY

9    SAFEGUARD MY EXISTING RIGHTS, BUT ALSO FORTIFY MY FUTURE

10   RIGHTS UNDER THE ADA.

11                    THIS WOULD ALLOW ME TO DEMONSTRATE MY

12   APTITUDE BASED ON MY KNOWLEDGE RATHER THAN BEING

13   UNFAIRLY JUDGED BY MY DISABILITY.  IT IS IMPORTANT TO

14   UNDERSCORE THAT IT IS NOT AN ATTEMPT TO HAVE A SECOND

15   BITE AT THE APPLE, BUT RATHER TO SEEK THE FIRST

16   OPPORTUNITY THAT WAS WRONGFULLY DENIED TO ME FROM THE

17   OUTSET.

18                    YOUR HONOR, I AM AN AFRICAN AMERICAN

19   MALE.  I WAS HAVING AN UPBRINGING THAT TOOK PLACE IN A

20   SINGLE PARENT HOUSEHOLD UNDER THE CARE OF MY TEENAGED

21   MOTHER WHILE MY FATHER REMAINED INCARCERATED FOR THE

22   MAJORITY OF MY FORMATIVE YEARS.  FOR AN EXTENDED PERIOD

23   OF MY TIME, MY FAMILY CAME TOGETHER AND OVERCAME THIS

24   STATISTICAL REPRESENTATION OF ADVERSITY.

25                    ALTHOUGH MY MOTHER HAD ME EVALUATED AS A

1    CHILD, SHE MADE THE DECISION TO DECLINE THE MEDICATION

2    DUE TO THE CONCERNS REGARDING THE SIDE EFFECTS

3    ASSOCIATED WITH MY PEDIATRICIAN'S RECOMMENDED

4    PRESCRIPTION.

5                INSTEAD, MY MOTHER, ALONGSIDE OF

6    SUPPORTIVE FAMILY MEMBERS, DILIGENTLY PROVIDED ME WITH

7    STRUCTURE ASSISTANCE AT HOME AND EMBRACED PERSONALIZED

8    TUTORING, TAILORED GUIDANCE AND STUDY HABITS THAT

9    ENABLED ME TO START AND TO CHART ALTERNATIVE PATHWAYS

10   TOWARDS ACADEMIC ACHIEVEMENT.

11               AT EACH STAGE OF MY EDUCATIONAL JOURNEY,

12   I HAVE RECEIVED ACCOMMODATIONS TO ADDRESS MY NEEDS.  IN

13   ELEMENTARY SCHOOL, I WAS ENROLLED IN THE SAIL PROGRAM,

14   WHICH IS AN INDIVIDUALIZED PROGRAM FOR READING, WHERE

15   TEACHERS PROVIDED THIS INDIVIDUALIZED INSTRUCTION BY

16   SITTING ME SEPARATELY FROM MY PEERS AND ARRANGING THAT

17   IT WOULD BE SUBSTANTIALLY DIFFERENTIATED THROUGHOUT THIS

18   TRIAL.

19               DURING MY MIDDLE SCHOOL YEARS, I BEGAN

20   IMPLEMENTING TIME-MANAGEMENT STRATEGIES AND PROACTIVELY

21   ENGAGED IN ADVANCED STUDY TECHNIQUES.

22               MY HIGH SCHOOL.  AND IN HIGH SCHOOL, I

23   CONSCIOUSLY REMOVED MYSELF FROM DISTRACTING

24   ENVIRONMENTS, UTILIZED ALARMS TO PROMPT COMPLETIONS OF

25   DAILY TASKS AND EVEN RESORTED TO PHOTOGRAPHING THE

1    PLACEMENT OF SOME OF MY BELONGINGS IN AN AIDE FOR ME TO

2    REMEMBER WHERE THINGS COULD BE.

3                        AS A COLLEGE STUDENT, CERTAIN PROFESSORS

4    GRANTED ME THE OPPORTUNITY TO TAKE STANDARDIZED EXAMS

5    WITHIN THEIR OFFICE, FREE OF TIME CONSTRAINTS, AND

6    PERMITTED ME TO WEAR EAR PLUGS DURING TESTING ALONGSIDE

7    MY PEERS.

8                        IT WAS NOT UNTIL MY COLLEGE YEARS THAT I

9    UNDERWENT A RE-EVALUATION LEADING TO A SUBSEQUENT

10   DIAGNOSIS OF ADHD.  THIS DIAGNOSIS WAS REAFFIRMED ONCE

11   AGAIN DURING MY TIME AS A MEDICAL STUDENT.  RECEIVING A

12   DIAGNOSIS OF ADHD TO ME FELT LIKE AN ILLUMINATING SIGN

13   WAS ABOVE MY HEAD BROADCASTING TO THE WORLD THAT

14   SOMETHING WAS INHERENTLY FLAWED ABOUT ME.  IT SEEMED TO

15   IMPLY THAT BEING DISABLED EQUATED ME TO BEING

16   INTELLECTUALLY INFERIOR TO MY COUNTERPARTS AND THAT

17   WITHOUT ACCOMMODATIONS, MY ACHIEVEMENTS WOULD HAVE BEEN

18   UNATTAINABLE.

19                        DESPITE BEING OFFERED OFFICIAL

20   ACCOMMODATIONS BY THE COLLEGE, I DECIDED TO TAKE THE

21   MEDICATION IN THE ATTEMPT TO MITIGATE THE CHALLENGES I

22   FACED WITHOUT THE SCRUTINY OF OTHER PROFESSORS AND OTHER

23   PEOPLE KNOWING ABOUT MY DISABILITY.

24                        DURING MY TENURE AS A MEDICAL STUDENT, I

25   ENCOUNTERED SIGNIFICANT DIFFICULTIES.  I EXPERIENCED

1    FAILING NEARLY EVERY EXAMINATION ON MY INITIAL ATTEMPTS.

2    BUT HOWEVER, THESE FAILURES WERE NOT INDICATIVE OF THE

3    LACK OF COMPREHENSION OR KNOWLEDGE.  RATHER THEY STEM

4    FROM THE FERMENTABLE HURDLES PRESENTED BY MY DISABILITY

5    WITHIN THAT PARTICULAR ACADEMIC ENVIRONMENT.

6            NEVERTHELESS, AS I PERSEVERED THROUGH

7    SUBSEQUENT RETAKES ON THOSE PARTICULAR EXAMINATIONS, I

8    WAS NOT GRANTED ADDITIONAL TIME TO COMPLETE THOSE EXAMS

9    AND PROVIDED WITH THE CONDUCIVE DISTRACTION FREE SPACE.

10           AS I ATTESTED DURING MY DEPOSITION, BY

11   THE TIME I REGISTERED FOR THE CBSE, MY EDUCATIONAL

12   INSTITUTION, HAVING REVIEWED SIMILAR DOCUMENTATION

13   SHARED WITH THE NATIONAL BOARD OF MEDICAL EXAMINERS,

14   ACKNOWLEDGED THE NECESSITY FOR OFFICIAL ACCOMMODATIONS

15   AND DUALLY PROVIDED ME THOSE ACCOMMODATIONS.

16           THE EVIDENCE PRESENTED THROUGHOUT THIS

17   TRIAL IS GOING TO ILLUMINATE THE DISHEARTENING REALITY

18   WITHIN THE AFRICAN AMERICAN DIASPORA WHEREIN AFRICAN

19   AMERICAN MEN IN PARTICULAR POSE AN INHERENT DISTRUST

20   TOWARDS THE AMERICAN MEDICAL SYSTEM.  THIS DISTRUST

21   STEMS FROM A DEEPLY ENRICHED HISTORY OF NON CONSENSUAL

22   EXPERIMENTS CONDUCTED ON AFRICAN AMERICANS IN THE PAST.

23           ALTHOUGH MEASURES HAVE BEEN IMPLEMENTED

24   TO RECTIFY SUCH ADHEARSABLE AND REACTABLE ACTS FOR THE

25   GREATER GOOD.  THE LINGERING THOUGHT IS ALWAYS PRESENT

1    IN THE BACK OF THOSE INDIVIDUAL'S HEADS.

2                    FURTHERMORE, THE EVIDENCE WILL REVEAL

3    THAT THE NBME'S POLICIES REGARDING THE APPROVAL OF

4    ACCOMMODATIONS MAY APPEAR TO BE IMPARTIAL ON THE SURFACE

5    BUT, HOWEVER, UPON A CLOSER LOOK AT THE EXAMINATION, IT

6    BECOMES EVIDENT THAT THESE POLICIES INADVERTENTLY

7    PERPETUATED THESE DISCRIMINATIONS DUE TO FAILURE TO

8    INTEGRATE CULTURAL PERCEPTIONS.  THE PRIMARY OBJECTIVE

9    OF THE ADA IS TO ELIMINATE DISCRIMINATION BASED ON

10   DISABILITIES.

11                   ACCORDING TO THE ADA, AN INDIVIDUAL IS

12   CONSIDERED DISABLED IF THEY HAVE A MENTAL IMPAIRMENT

13   THAT SIGNIFICANTLY RESTRICTS A MAJOR LIFE ACTIVITY, AND

14   THEY SHOULD BE AFFORDED EQUAL OPPORTUNITY TO PARTICIPATE

15   ON PAR WITH THEIR NEUROTYPICAL COUNTERPARTS.  THIS

16   DETRIMENTAL IMPACT CAUSED BY THE DECISIONS MADE BY THE

17   NBME IS NOT PERSPECTIVE, BUT RATHER CURRENT AND

18   ENDURING, AS THE EVIDENCE PRESENTED TODAY WILL

19   UNEQUIVOCALLY DEMONSTRATE.

20                   AS THE EVIDENCE WILL ALSO SHOW, THE

21   MEDICAL DIAGNOSES OF ADHD AND ANXIETY ARE RECOGNIZED

22   IMPAIRMENTS UNDER THE ADA.  AND THESE IMPAIRMENTS IMPOSE

23   SIGNIFICANT LIMITATIONS ON MY ABILITY TO ENGAGE IN MAJOR

24   LIFE ACTIVITIES.

25                   ADDITIONALLY, IT WILL BECOME EVIDENT THAT

1    WITHOUT THE INTERVENTION OF THIS COURT, THE PERMANENT

2    NATURE OF THE EXAMINATION TRANSCRIPT WILL SUBJECT ME TO

3    PERPETUAL DISCRIMINATION BY NUMEROUS RESIDENCY

4    PROGRAMMING AND STATE LICENSING BOARDS THROUGHOUT THE

5    NATION.

6              AND IN FURTHER SUPPORT OF MY CLAIMS,

7    DURING THE COURSE OF THIS TRIAL, YOU WILL HEAR TESTIMONY

8    FROM MY MOTHER, MS. KING.  SHE WILL PROVIDE A FIRSTHAND

9    ACCOUNT OF THE SUBSTANTIAL AMOUNT OF TIME I DEDICATED TO

10   STUDYING THROUGHOUT MY ACADEMIC JOURNEY, MY ADAPTEDNESS

11   TO HAVING THESE SELF-ACCOMMODATIONS, AND THE MARKED

12   DIFFERENCE I EXPERIENCED UPON RECEIVING ACCOMMODATIONS

13   AND PROPER MEDICATION MANAGEMENT AS WELL AS THE HARMS I

14   HAVE ALREADY ENDURED AND THE ENDURING HARM I WILL SUFFER

15   WITHOUT THE HELP OF THIS COURT.

16             THROUGHOUT THE COURSE OF THIS TRIAL, YOU

17   WILL ALSO HAVE OPPORTUNITIES TO HEAR TESTIMONY FROM

18   EXPERT WITNESSES WHO HAVE PROVIDED CRITICAL INSIGHT INTO

19   VARIOUS ASPECTS OF MY CASE.  ONE, DR. CHRISTOPHER

20   PULLINS, AN ESTEEMED DEPARTMENT CHAIR OF FAMILY MEDICINE

21   AT THE MAYO CLINIC WILL TESTIFY REGARDING THE VALIDITY

22   OF MY DIAGNOSES, THE STANDARD OF CARE FOR MANAGING ADHD,

23   HIS PROFESSIONAL OPINION ON THE INFORMATION CONTAINED

24   WITHIN MY MEDICAL RECORDS, THE CULTURAL BIASES THAT ARE

25   PREVALENT WITHIN THE AFRICAN AMERICAN COMMUNITY

1    REGARDING MENTAL HEALTH TREATMENT, AND THE SUBSTANTIAL

2    HARMS I AM LIKELY TO ENDURE WITHOUT THE PROVISION AND

3    TEST ACCOMMODATIONS AND THE EXPUNGEMENT OF MY

4    EXAMINATION TRANSCRIPT MOVING FORWARD.

5                    DR. JONATHAN SHEPHERD, A HIGHLY REGARDED

6    PSYCHIATRIST AT THE HOPE MEDICAL SYSTEMS, WILL SHARE HIS

7    EXPERTISE ON THE STANDARD OF CARE FOLLOWED BY

8    PSYCHIATRIST AND EVALUATIONS OF ADHD AND ANXIETY FOR THE

9    CRITERIA THAT WILL BE OUTLINED IN THE DSM5TR AND THE

10   CLINICAL ASSESSMENTS AS WELL.

11                   AND FURTHERMORE, DR. JOANNE SENOGA, A

12   RECENTLY GRADUATED MEDICAL STUDENT WHO IS TO BE SET TO

13   COMMENCE HER RESIDENCY IN THE UPCOMING WEEKS, WILL

14   PROVIDE TESTIMONY REGARDING THE VIGOROUS MATCH PROGRAM.

15   AND I WOULD LIKE TO SAY THAT SHE IS NOT NECESSARILY A

16   GENERAL OR RECENTLY GRADUATED, BECAUSE SHE ACTUALLY

17   GRADUATED SEVERAL YEARS AGO.  BUT SHE WAS RECENTLY

18   PROVIDED INTO -- ACCEPTED INTO A RESIDENCY PROGRAM AND

19   GOING THROUGH THE MATCH PROGRAM SEVERAL DIFFERENT TIMES,

20   AND -- WHICH MAKES HER A KEY FACT WITNESS FOR THIS

21   PARTICULAR CASE, AND HOW A FAILED ATTEMPT, EVEN ONE

22   FAILED ATTEMPT, ON THE -- ON MY APPLICATION AND MY

23   TRANSCRIPT CAN HINDER ME MOVING FORWARD.

24                   THROUGHOUT THE COMBINED EXPERTISE OF

25   THESE WITNESSES, YOU WILL GAIN A COMPREHENSIVE

1    UNDERSTANDING OF THE MEDICAL AND CULTURAL DIMENSIONS OF

2    MY CASE, SHEDDING LIGHT ON THE POTENTIAL INJUSTICES I

3    FACED WITHOUT THE NECESSARY ACCOMMODATIONS AND THE

4    EXPUNGEMENT OF MY EXAM TRANSCRIPT.  THE EVIDENCE

5    PRESENTED THROUGHOUT THIS LITIGATION WILL UNEQUIVOCALLY

6    DEMONSTRATE THAT THE NBME HAS FAILED IN THEIR DUTY TO

7    UPHOLD THEIR OBLIGATIONS TOWARDS ME AS A DISABLED

8    INDIVIDUAL.  THE NBME HAS GAINED A WORLDWIDE RECOGNITION

9    FOR THEIR RECURRENT DENIAL OF ACCOMMODATIONS TO DISABLED

10    CANDIDATES, RELYING SOLELY ON RECOMMENDATIONS OF

11    INTERNAL ANALYSTS WHO ASSUMES THE ROLES OF JUDGE, JURY

12    AND EXECUTIONER WHEN EVALUATING APPLICATIONS.

13                DESPITE THE MULTITUDE OF SUPPORTING

14    EVIDENCE IN A LIFELONG TIME OF GETTING ACCOMMODATIONS, A

15    DECADES WORTH OF EVALUATIONS OF A PREFORMED DISABILITY,

16    AMONG SEVERAL DIFFERENT MEDICAL INSTITUTIONS AND

17    PHYSICIANS, AND INTENSIVE MEDICAL RECORD, A LETTER FROM

18    MY TREATING PHYSICIAN, AND DOCUMENTATION OF RECEIVING

19    OFFICIAL ACCOMMODATIONS ON OTHER HIGH STAKES

20    STANDARDIZED EXAMS, THE NBME CONSISTENTLY PORTRAYED ME

21    AS NOTHING BUT A SUBPAR STUDENT ATTEMPTING TO EXPLOIT MY

22    MEDICAL EDUCATION TO GAIN AN ADVANTAGE OF TESTING

23    ACCOMMODATIONS.

24                THEIR STANCE REMAINS UNWAVERING,

25    ASSERTING THAT THERE IS REALLY NO AMOUNT OF ADDITIONAL

1    DOCUMENTATION THAT I CAN PROVIDE EVEN IN THE FUTURE

2    THAT ALTER THEIR POSITION ON THIS CASE.

3                    IN SUMMARY, MY CLAIMS FIND AMPLE SUPPORT

4    IN OFFICIAL MEDICAL DOCUMENTATION SUBMITTED WITH MY

5    APPLICATIONS AND PRESENTED BEFORE THIS HONORABLE COURT.

6    THE RECURRING AND WRONGFUL PATTERN OF CONDUCT

7    DEMONSTRATED BY THE NBME IN BREACHING THEIR OBLIGATIONS

8    IN ACCOMMODATING MY DISABILITY IS EVIDENT AND

9    UNDENIABLE.

10                    YOUR HONOR, I RESPECTFULLY STAND BEFORE

11   YOU TODAY ON THIS MICROSOFT TEAMS PLATFORM AS NOT JUST A

12   PLAINTIFF SEEKING JUSTICE, BUT AS A RESOLUTE ADVOCATE

13   FOR PRINCIPALS OF FAIRNESS AND EQUALITY THAT UNDERPIN

14   OUR SOCIETY.  I IMPLORE YOU, JUDGE MURPHY, TO RECOGNIZE

15   THE PROFOUND IMPLICATIONS YOUR RULING WILL HAVE NOT ONLY

16   ON MY LIFE, BUT FOR THE COUNTLESS EXAMINEES WHO FACE

17   SIMILAR STRUGGLES IN THE FUTURE.

18                    THROUGHOUT THIS TRIAL, THE EVIDENCE HAS

19   LAID BARE THE PERVASIVE HARM CAUSED BY DISCRIMINATION,

20   LEAVING SCARS ON THE VERY FABRIC OF OUR COLLECTIVE

21   ASPIRATIONS.  IN THIS COURTROOM WHERE THE RULE OF LAW

22   REIGNS SUPREME, I PLACE MY FAITH IN THE POWER OF YOUR

23   DECISION TO BE A BASTIAN OF RIGHTEOUSNESS AND A BEACON

24   OF HOPE.  THE AGONY ETCHED INTO MY SOLE THAT HAS

25   SHATTERED DREAMS AND HAS STIFLED MY ASPIRATIONS HAVE ALL

1    BEEN LAID BARE BEFORE YOU AND THIS COURT TO WITNESS.

2               IT IS IN MY UNWAVERING CONVICTION THAT

3    THIS SACRED PLACE, COURTROOM, CAN BECOME A SANCTUARY FOR

4    FAIRNESS WHERE NO PERSON IS CONDEMNED TO SUFFER THE

5    LIFELONG CONSEQUENCES OF DISCRIMINATION.

6               LASTLY, YOUR HONOR, I BESEECH YOU TO

7    RECOGNIZE THAT ALLOWING THE NBME TO PERSIST IN THEIR

8    DISCRIMINATORY PRACTICES WOULD INFLICT IRREPARABLE HARM

9    UPON ME AS A DISABLED MEDICAL GRADUATE.  IT IS WITHIN

10   YOUR PURVIEW TO PREVENT THIS INJUSTICE FROM TAKING HOLD,

11   AND TO ENSURE THAT THE SPIRITS MOVING HERE IN THE

12   INHERENT WORTH OF EVERY INDIVIDUAL ARE UPHELD.  WITH A

13   STROKE OF YOUR PEN, YOU HAVE THE POWER TO AFFIRM NOT

14   JUST ONE, BUT IRRESPECTIVE OF THEIR RACE, RELIGION AND

15   DISABILITY SHOULD EVER BE RELEGATED TO THE MARGINS OF

16   OUR SOCIETY.  IN YOUR RULING, IT WILL RESONATE FAR

17   BEYOND THE CONFINES OF THIS COURTROOM, BEYOND A CATALYST

18   FOR AND BECOMING A CATALYST FOR THE COLLECTIVE AWAKING,

19   HEALING THE WOUNDS OF DISCRIMINATION AND PAVING THE WAY

20   FOR A FUTURE WHERE INCLUSIVITY KNOWS NO BOUNDS.  YOUR

21   DECISION CARRIES THE POTENTIAL TO UPLIFT THE SPIRIT OF

22   HUMANITY, REINFORCING THE UNYIELDING PURSUIT OF

23   EQUALITY.

24               AND I EXPRESS A SINCERE GRATITUDE TO YOU,

25   YOUR HONOR, FOR YOUR ATTENTION AND CONSIDERATION, AND I

```
1        PRAY THAT YOUR WISDOM WILL GUIDE YOU IN RENDERING A

2        VERDICT THAT ALIGNS WITH THE PRINCIPLES OF JUST,

3        COMPASSION AND THE BELIEF IN THE INHERENT DIGNITY OF

4        EVERY INDIVIDUAL.

5                    THANK YOU, YOUR HONOR.

6                    THE COURT:  THANK YOU, DR. KITCHENS.

7                    MS. MEW, ARE YOU READY FOR YOUR OPENING?

8                    MS. MEW:  YES, THANK YOU, YOUR HONOR.

9                    I AM GOING TO TAKE A SLIGHTLY DIFFERENT

10       APPROACH, SINCE THIS IS A BENCH TRIAL AND I HAVE A

11       RELATIVELY BRIEF OPENING STATEMENT.

12                   IT WOULD CERTAINLY BE MUCH EASIER, AND

13       FAR LESS EXPENSIVE FOR NBME TO SIMPLY AGREE TO PROVIDE

14       DR. KITCHENS WITH EXTRA TESTING TIME.  BUT AS THE SECOND

15       CIRCUIT RECOGNIZED IN POWELL VERSUS NBME, THE USMLE

16       EXAMS PLAY AN IMPORTANT ROLE IN INSURING THAT

17       PROSPECTIVE PHYSICIANS HAVE THE NECESSARY SKILLS TO MEET

18       APPLICABLE LICENSURE REQUIREMENTS.  AND NBME HAS A DUTY

19       TO INSURE THAT THE EXAMINATIONS ARE FAIRLY ADMINISTERED

20       TO ALL EXAMINEES.

21                   THE EVIDENCE WILL SHOW THAT NBME DOES

22       GRANT TESTING ACCOMODATIONS TO EXAMINEES WHO DEMONSTRATE

23       THEY HAVE A DISABILITY WITHIN THE MEANING OF THE ADA.

24       THOUSANDS OF EXAMINEES WITH DISABILITIES RECEIVE

25       ACCOMMODATIONS EVERY YEAR.  AND JUST LAST, THE SAME YEAR
```

1    THAT DR. KITCHENS REQUESTED ACCOMMODATIONS FROM NBME,

2    NBME APPROVED APPROXIMATELY 85 PERCENT OF THE

3    ACCOMMODATION REQUESTS IT RECEIVED IN WHOLE OR IN PART.

4    IT HAS AN ENTIRE SECTION OF ITS OPERATIONS THAT ARE

5    DEVOTED TO REVIEWING THESE REQUESTS AND THEN MAKING THE

6    NECESSARY ARRANGEMENTS TO ALLOW DISABLED EXAMINEES TO

7    HAVE THE ACCOMMODATIONS THEY NEED.

8             BUT GIVEN THE IMPORTANT DECISIONS THAT

9    ARE EFFECTED BY USMLE RESULTS NBME DOES GIVE DUE CARE IN

10   REVIEWING EACH ACCOMMODATION REQUEST.  IT DOES SAY TO

11   INSURE THAT THE PROVISION OF ACCOMMODATIONS IS WARRANTED

12   AND TO PROTECT THE INTEGRITY OF TEST RESULTS AND THE

13   FAIRNESS OF THE PROCESS FOR ALL EXAMINEES.

14            DR. KITCHENS SUBMITTED TWO ACCOMMODATION

15   REQUESTS TO NBME, BOTH IN 2022.  THE FIRST SUBMITTED IN

16   JANUARY OF 2022, SOUGHT 100 PERCENT OF EXTRA TIME OF THE

17   STEP 1 OF THE USMLE.  THE SECOND, WHICH WAS SENT IN

18   AUGUST OF 2022, SOUGHT 50 PERCENT EXTRA TIME AND EXTRA

19   BREAKS ON STEP 1.

20            DR. KITCHENS RELIED ON THE SAME HANDFUL

21   OF DOCUMENTS TO SUPPORT EACH REQUEST.  NONE OF WHICH

22   SUBSTANTIATED THE ADHD OR THE SO-CALLED TEST ANXIETY

23   DIAGNOSES HE CLAIMED ON HIS ACCOMODATION REQUEST FORM,

24   NOR PROVIDED ANY INFORMATION DEMONSTRATING THAT HE IS

25   EXPERIENCING ANY FUNCTIONAL LIMITATIONS, MUCH LESS A

1        SUBSTANTIAL LIMITATION COMPARED TO MOST PEOPLE.

2                    AND TO BE CLEAR, YOUR HONOR, THIS IS NOT

3        AN ISSUE ABOUT THE VOLUME OF DOCUMENTS SUBMITTED, IT'S A

4        ABOUT THE QUALITY OF INFORMATION THAT IS PROVIDED IN

5        THOSE DOCUMENTS.  INDEED, THERE IS A WEALTH OF

6        INFORMATION THAT COULD HAVE SIMPLY BEEN PROVIDED IN DR.

7        KITCHENS'S PERSONAL STATEMENT.  SOME OF THE SAME ISSUES

8        THAT HE HAS JUST OUTLAID IN HIS OPENING STATEMENT COULD

9        HAVE BEEN PUT IN HIS PERSONAL STATEMENT TO NBME.  THOSE

10       WERE WHAT THE INSTRUCTIONS HAD ASKED HIM TO DO, TO TALK

11       ABOUT HIS SYMPTOMS, TO TALK ABOUT HIS FUNCTIONAL

12       IMPAIRMENTS.  HE DID NOT DO SO.

13                    AS FAR AS HIS MEDICAL RECORDS, HE DIDN'T

14       EVEN PROVIDE COMPLETE COPIES OF THE LIMITED RECORDS HE

15       SUBMITTED.  INCLUDING, FOR EXAMPLE, PAGE NINE OF A 2020

16       DERMATOLOGY RECORD TO SUPPOSEDLY SUBSTANTIATE 2013

17       DIAGNOSIS OF ADHD.

18                    DR. KITCHENS HAD MULTIPLE OPPORTUNITIES

19       TO PROVIDE MEANINGFUL INFORMATION TO NBME IN SUPPORT OF

20       HIS ACCOMMODATION REQUEST.  NBME EMPLOYEES URGED HIM

21       MULTIPLE TIMES TO REVIEW THE INSTRUCTIONS AND THE

22       DOCUMENTATION GUIDELINES THAT WOULD HELP HIM TO SUBMIT

23       USEFUL DOCUMENTATION, BUT HE DECLINED TO SUBMIT THE TYPE

24       OF INFORMATION REQUESTED, INFORMATION THAT WOULD HAVE

25       BEEN HELPFUL, POTENTIALLY, TO HIS CASE.  HE DID NOT EVEN

1      PREPARE, AGAIN, A DESCRIPTIVE PERSONAL STATEMENT.

2                      DR. KITCHENS CANNOT SHOW THAT NBME

3      VIOLATED THE ADA WHEN IT DENIED HIS REQUEST FOR

4      ACCOMMODATIONS ON TWO ADMINISTRATIONS OF THE STEP 1 EXAM

5      IN 2022.

6                      NOW, ONLY IN THIS LAWSUIT DR. KITCHENS IS

7      NOT RELYING ON THE SPARSE RECORD THAT HE ACTUALLY

8      SUBMITTED TO NBME IN SUPPORT OF HIS TWO ACCOMMODATION

9      REQUESTS, RATHER DURING THE COURSE OF THE LAWSUIT HE HAS

10     OBTAINED OR PERHAPS HE ALREADY HAD NUMEROUS DOCUMENTS,

11     INCLUDING MEDICAL RECORDS AND SCHOOL RECORDS THAT HE

12     NEVER PROVIDED TO NBME IN SUPPORT OF EITHER OF HIS

13     TESTING ACCOMMODATION REQUESTS.

14                     HE'S ALSO OBTAINED FOR THE FIRST TIME A

15     PSYCHOLOGICAL EVALUATION THAT IS INTENDED TO ADDRESS

16     WHETHER HE HAS ADHD, OBTAINING A REPORT FROM MS. BACON

17     THAT WAS PREPARED IN 2023 AND ALSO NOT PROVIDED TO NBME

18     IN SUPPORT OF EITHER OF THE TESTING REQUESTS.

19                     HE HAS PROVIDED FOR THE FIRST TIME A

20     PERSONAL STATEMENT IN HIS TESTIMONY TO THE COURT AND HIS

21     PRIOR COURT DECLARATION DISCUSSING HIS EDUCATIONAL

22     BACKGROUND AND WHAT HE PERCEIVES TO BE HIS SYSTEMS AND

23     IMPAIRMENTS.  HE HAS PROVIDED INFORMATION FROM HIS

24     MOTHER WHO WILL BE TESTIFYING TODAY, INCLUDING AN

25     ASSERTION THAT ONLY CAME OUT DURING THE COURSE OF

1   LITIGATION THAT HE WAS EVALUATED FOR AND DIAGNOSED FOR

2   ADHD IN ELEMENTARY SCHOOL.  ALTHOUGH, I WILL ADMIT, THAT

3   NO DOCUMENTATION HAS EVER BEEN PROVIDED TO SUPPORT THAT

4   ASSERTION.

5            DR. KITCHENS'S ABILITY TO OBTAIN AND

6   PROVIDE THESE AND OTHER RECORDS IN THESE EXPEDITED

7   LITIGATION PROCEEDINGS CONTRADICTS ANY ARGUMENT THAT HE

8   WAS UNABLE TO PROVIDE NBME WITH THIS TYPE OF INFORMATION

9   IN SUPPORT OF HIS ACTUAL TESTING ACCOMMODATION REQUEST

10  OR THAT IT WAS UNFAIR TO THINK THAT HE COULD DO SO.

11           INDEED, THIS IS PRECISELY THE TYPE OF

12  DOCUMENTATION AND INFORMATION THAT IS USEFUL IN

13  ASSESSING WHETHER SOMEONE HAS AN IMPAIRMENT AND WHETHER

14  THAT IMPAIRMENT SUBSTANTIALLY LIMITS THEM IN A MAJOR

15  LIFE ACTIVITY COMPARED TO MOST PEOPLE, SUCH THAT THE

16  PERSON NEEDS ACCOMMODATIONS IN ORDER TO ACCESS THE TEST.

17           UNFORTUNATELY, HOWEVER, IT TURNS OUT THAT

18  THIS NEW DOCUMENTATION STILL DOES NOT DEMONSTRATE THAT

19  DR. KITCHENS IS DISABLED WITHIN THE MEANING OF THE ADA.

20           DR. KITCHENS NOW HAS A DIAGNOSIS OF ADHD

21  IN HIS RECORDS, AND HE IS RECEIVING PRESCRIPTIONS

22  STIMULANT MEDICATION.  HE HAS ALSO BEEN TREATED FOR

23  ANXIETY, AND MOST RECENTLY ARISING FROM SITUATIONAL

24  STRESSORS RESULTING FROM THIS LAWSUIT, BUT HIS MEDICAL

25  RECORDS STILL DO NOT SHOW THAT HE HAS FUNCTIONAL

1    LIMITATIONS THAT WOULD SUPPORT A FINDING, AGAIN, OF THE

2    KEY ISSUE THAT HE IS SUBSTANTIALLY LIMITED COMPARED TO

3    MOST PEOPLE IN ANY MAJOR LIFE ACTIVITY THAT IS RELEVANT

4    TO TAKING THE USMLE, OR THAT HE NEEDS 100 PERCENT EXTRA

5    TESTING TIME IN ORDER TO TAKE THE TEST IN A SUCCESSFUL

6    MANNER.

7                    DR. KITCHENS HAS CHOSEN TO DEVELOP A

8    RECORD IN COURT, RATHER TO PRESENT INFORMATION TO NBME.

9    IN TERMS OF HIS REQUESTED RELIEF, ALTHOUGH WE THINK THAT

10   THE ISSUE IS VERY STRAIGHTFORWARD AS A LEGAL MATTER AND

11   THAT EXPUNGEMENT IS NOT AVAILABLE AS A REMEDY UNDER

12   TITLE III OF THE ADA.  WE WILL NOT BE ENGAGING IN

13   ADDITIONAL LEGAL ARGUMENT FOR THE PURPOSES OF THIS

14   OPENING STATEMENT.

15                   SUFFICE IT TO SAY THAT EVEN IF THIS

16   REMAINS AN OPEN QUESTION, IT IS READILY APPARENT THAT

17   EXPUNGEMENT IS NOT AN APPROPRIATE REMEDY IN THE FACTS OF

18   THIS CASE.  AS DISCUSSED, DR. KITCHENS FAILED TO

19   ADEQUATELY SUPPORT HIS REQUEST FOR ACCOMMODATIONS ON THE

20   TWO ADMINISTRATIONS OF THE STEP 1 EXAM IN 2022.  AND

21   NBME DID NOT VIOLATE THE ADA IN DENYING THESE REQUEST.

22   THEREFORE, HE IS NOT ENTITLED TO ANY RELIEF WITH RESPECT

23   TO THOSE TWO TEST ADMINISTRATIONS.

24                   DR. KITCHENS ALSO CHOSE TO MOVE AHEAD AND

25   TEST UNDER STANDARD CONDITIONS AFTER HIS REQUESTS WERE

```
1    DENIED WITHOUT SEEKING PREVENTIVE RELIEF AT THAT TIME

2    BEFORE HE TESTED.  AND HE NEVER SOUGHT ANY

3    ACCOMMODATIONS AT ALL ON THE THIRD ADMINISTRATION, THE

4    STEP 1 THAT HE TOOK OR ON TWO STEP -- 2CK EXAMINATIONS

5    THAT HE ALSO TOOK IN 2022.  THEREFORE, IT'S ABUNDANTLY

6    APPARENT THAT EXPUNGEMENT WOULD NOT BE APPROPRIATE ON

7    THOSE TESTS WHERE HE DID NOT EVEN SEEK ACCOMMODATIONS.

8                    NBME ACKNOWLEDGES THAT DR. KITCHENS FEELS

9    SIGNIFICANT PRESSURE HAVING ONLY ONE MORE ATTEMPT TO

10   PASS THE STEP 1 EXAM.  THE RECORD, HOWEVER, DOES NOT

11   SUPPORT HIS CLAIM THAT HE IS DISABLED AND NEEDS

12   ACCOMMODATIONS TO ACCESS THE TEST.  HE HAS FAILED TO

13   SHOW THAT HE IS ENTITLED TO ACCOMMODATIONS ON ANY FUTURE

14   ADMINISTRATION OF THE USMLE.

15                    THANK YOU, YOUR HONOR.

16                    THE COURT:  THANK YOU, MS. MEW.

17                    ALL RIGHT, SO NOW WE WILL BEGIN, DR.

18   KITCHENS, YOUR CASE IN CHIEF.  SO IT IS YOUR OPPORTUNITY

19   TO PRESENT WITNESSES AND QUESTION THEM AND SO FORTH.

20                    ARE YOU READY TO BEGIN?

21                    DR. KITCHENS:  YES, YOUR HONOR, I AM

22   READY TO BEGIN.

23                    THE COURT:  ALL RIGHT.  YOU MAY CALL YOUR

24   FIRST WITNESS.

25                    DR. KITCHENS:  I WOULD LIKE TO CALL MY
```

```
1     FIRST WITNESS, DOCTOR CHRISTOPHER PULLINS.

2                    THE COURT:  LYNN, WOULD YOU PLEASE SWEAR

3     IN THE WITNESS?

4                    THE COURT REPORTER:  SURE.

5                    CAN YOU PLEASE RAISE YOUR RIGHT HAND?

6                    (PLAINTIFF WITNESS, CHRISTOPHER PULLINS,

7     IS SWORN.)

8                    THE COURT REPORTER:  CAN YOU PLEASE STATE

9     AND SPELL YOUR NAME FOR THE RECORD?

10                    THE WITNESS:  CHRISTOPHER,

11    C-H-R-I-S-T-O-P-H-E-R, PULLINS, P-U-L-L-I-N-S.

12                    THE COURT:  DR. KITCHENS, YOU MAY

13    PROCEED.

14                    DR. KITCHENS:  THANK YOU SO MUCH, YOUR

15    HONOR.

16                    DIRECT EXAMINATION

17    BY DR. KITCHENS:

18    Q.     GOOD MORNING, DR. PULLINS.  HOW ARE YOU THIS

19    MORNING?

20    A.     GOOD MORNING.  I'M DOING WELL.

21    Q.     GOOD.  DR. PULLINS, AT ANY POINT GOING FORWARD,

22    IF THERE IS A QUESTION THAT I GIVE OR THAT I ASK YOU

23    THAT YOU MAY NEED A LITTLE BIT MORE CLARIFICATION ON,

24    PLEASE DO NOT HESITATE TO ASK ME TO CLARIFY, OKAY?

25    A.     OKAY.
```

1    Q.      SO DR. PULLINS, IS THERE ANY REASON THAT YOU

2    WILL BE ABLE TO TESTIFY ACCURATELY TO THE BEST OF YOUR

3    ABILITY THIS MORNING?

4    A.      CAN YOU REPHRASE?  I'M SORRY.

5    Q.      YES.

6               IF FOR WHATEVER REASON I ASK A QUESTION

7    THAT YOU NEED ME TO CLARIFY OR IF THERE IS A REASON WHY

8    YOU ARE NOT ABLE TO GIVE AN ACCURATE DESCRIPTION OR

9    ACCURATE ANSWER, YOU MAY -- WOULD YOU AGREE TO

10   ACKNOWLEDGE THAT?

11   A.      YES.

12   Q.      OKAY.  DR. PULLINS, DID I ASK YOU TO REVIEW ANY

13   MATERIAL RELATED TO THIS COURT CASE TODAY?

14   A.      YES.

15   Q.      DID YOU REVIEW THOSE MATERIALS?

16   A.      I DID.

17   Q.      SO ARE YOU PREPARED TODAY TO TELL US WHAT YOU

18   DID, HOW YOU DID IT AND WHAT CONCLUSIONS YOU REACHED?

19   A.      YES.

20   Q.      DR. PULLINS.  ARE YOU BEING PAID FOR YOUR

21   TESTIMONY TODAY?

22   A.      I AM NOT.

23   Q.      HOW MANY TIMES HAVE YOU TESTIFIED IN COURT AS AN

24   EXPERT WITNESS?

25   A.      THIS WILL BE MY FIRST TIME.

1   Q.      OKAY.  DR. PULLINS, HOW WELL WOULD YOU SAY THAT

2   YOU KNOW THE PLAINTIFF, MYSELF?

3   A.      FAIRLY WELL.  PROBABLY SINCE 2018, 2019.

4   Q.      OKAY.  YES.

5           MOVING ON HERE.  SO ACCORDING TO YOUR

6   C.V., IT SAYS THAT YOU WORK AT MAYO CLINIC, IS THAT

7   CORRECT?

8   A.      YES, THAT IS CORRECT.

9   Q.      AND HOW LONG HAVE YOU WORKED THERE?

10  A.      SINCE 2013.

11  Q.      HOW LONG HAVE YOU HELD AN ACTIVE LICENSE TO

12  PRACTICE MEDICINE IN THE UNITED STATES OF AMERICA?

13  A.      FOR 20 YEARS.

14  Q.      FOR WHATEVER REASON, HAVE YOU EVER HAD YOUR

15  MEDICAL LICENSE REVOKED?

16  A.      I HAVE NOT.

17  Q.      HAVE YOU AUTHORIZED OR CO-AUTHORIZED ANY

18  AUTHORED ANY TYPES OF PEER REVIEW ARTICLES?

19  A.      YES, I HAVE.

20  Q.      CAN YOU TELL US A LITTLE BIT ABOUT WHAT TYPE OF

21  ARTICLES WERE THEY?

22  A.      SO I DO A LOT OF RESEARCH SURROUNDING

23  PARTICULARLY AFRICAN AMERICAN COMMUNITY, TRYING TO WORK

24  WITH THE PARTICIPATION AND RETENTION OF AFRICAN

25  AMERICANS IN RESEARCH, AND ALSO DOING A LOT OF WORK WITH

```
1    COMMUNITY LITERACY, INCREASING THAT.  SO THE JOURNALS
2    THAT I HAVE WORKED ON HAVE BEEN BASED OFF OF WORKING
3    WITH THOSE COMMUNITIES AND ACTUALLY LOOKING AT THE
4    PRE-IMPOSED IMPLEMENTATION OF DIFFERENT STRATEGIES TO
5    HELP INCREASE THOSE.
6    Q.      OKAY.  THANK YOU.
7                 ARE YOU A MEMBER OF ANY OTHER TYPES OF
8    PROFESSIONAL MEDICAL ASSOCIATIONS?
9    A.      I AM A MEMBER OF THE AMERICAN ACADEMY OF FAMILY
10   MEDICINE.  AND THEN I AM BOARD CERTIFIED THROUGH ABFM AS
11   WELL.
12   Q.      DR. PULLINS, CAN YOU TELL THE COURT TODAY SOME
13   OF YOUR -- WHAT YOUR DAILY DUTIES LOOK LIKE IN YOUR
14   CURRENT PLACE OF EMPLOYMENT?
15   A.      YES.  SO IN ADDITION TO PATIENT CARE, AS CHAIR
16   OF THE DEPARTMENT, I OVERSEE 35 CLINICIANS AND I AM
17   RESPONSIBLE FOR THE DAILY OPERATIONS UNDER THE SHIELDS
18   OF RESEARCH, EDUCATION AND PATIENT CARE.
19   Q.      GOT YOU.
20                 SO AM I HEARING THAT YOU OVERLOOK OTHER
21   PHYSICIANS AND THEIR POTENTIAL ADVICE AS THE CHAIR OF
22   THE DEPARTMENT AND GIVE ADVICE AS THE CHAIR OF THE
23   DEPARTMENT?
24   A.      YES.
25   Q.      DO YOU PROVIDE -- IN YOUR CAPACITY, DO YOU
```

1    PROVIDE ADHD EVALUATIONS AS PART OF YOUR DUTIES?

2    A.    YES.

3    Q.    SO IF A PATIENT NEEDED AN EVALUATION FOR ADHD,

4    HOW WOULD YOU GO ABOUT COMING UP WITH A TREATMENT PLAN

5    AND DIAGNOSING OF THIS PATIENT?

6    A.    SO THE PATIENT COMES IN WITH CONCERNS ABOUT

7    INATTENTIVENESS, IMPULSIVITY, HYPERACTIVITY, THOSE KINDS

8    OF THINGS.  FIRST WE OBVIOUSLY GET AN DETAILED HISTORY

9    ON GOING BACK SOMETIMES AS EARLY AS CHILDHOOD UP TO

10   PRESENT, DEPENDING ON THE AGE OF THE PATIENT.  AND

11   FINDING OUT HOW IT EFFECTED THEIR QUALITY OF LIFE, HOW

12   IT EFFECTED NOT JUST AT SCHOOL, BUT EVEN AT HOME.

13          SO I TAKE A COMPREHENSIVE EVALUATION OF

14   WHAT IS GOING ON.  HAVE THEY BEEN TREATED IN PAST, HAVE

15   THEY BEEN EVALUATED FOR THIS IN THE PAST, IS THERE

16   SOMETHING IN THE CHARTS CHARTING THAT WOULD ALSO HAVE

17   SOME EVIDENCE THAT THEY HAVE ALREADY DEALT WITH THIS IN

18   THE PAST.

19          DEPENDING ON THE SEVERITY, WE WOULD

20   DECIDE ON WHAT THE BEST TREATMENT PLAN, IF WE AGREE THAT

21   THAT IS WHAT THE PROPER DIAGNOSIS WAS.

22   Q.    GOT YOU.  UNDERSTOOD.

23          SO HOW IMPORTANT IS IT FOR YOU TO GET AN

24   ACCURATE TESTIMONY OR THE TESTIMONY OF YOUR PATIENT WHEN

25   DIAGNOSING THEM WITH ANY TYPES OF MENTAL HEALTH

```
 1    DISPARITY?

 2                    MS. MEWS:  YOUR HONOR, I WAS ON MUTE

 3    BEFORE.  I WANT TO LODGE AN OBJECTION.  I AM NOT SURE IF

 4    WE WERE STILL DOING VOIR DIRE.  I AM NOT SURE HOW

 5    DR. PULLINS IS BEING OFFERED.

 6                    IS HE BEING OFFERED AS AN EXPERT WITNESS?

 7    AND IF SO, I WOULD LIKE TO HEAR WHAT THAT OFFER IS AND

 8    HAVE A CHANCE TO RESPOND BEFORE HE CONTINUES WITH THIS.

 9                    THE COURT:  SURE.

10                    DR. KITCHENS.

11                    DR. KITCHENS:  YES, YOUR HONOR, I AM

12    ACTUALLY GETTING THERE.

13                    THE COURT:  OKAY.  CONTINUE.

14    BY DR. KITCHENS:

15    Q.      SO DR. PULLINS, HOW IMPORTANT IS IT TO GET

16    FIRSTHAND HISTORY TAKING FROM THE ACTUAL PATIENT ITSELF

17    WHEN THEY COME UP TO YOU?

18                    MS. MEW:  SORRY, DR. KITCHENS, I DIDN'T

19    MEAN TO TALK OVER YOU.

20                    THE COURT:  MS. MEW, GO AHEAD.

21                    MS. MEW:  YOUR HONOR, I AM GOING TO RENEW

22    MY OBJECTION.  I DON'T THINK THAT THESE QUESTIONS GO TO

23    HIS QUALIFICATIONS OR THE UNDERSTANDING WHAT THE SCOPE

24    OF HIS TESTIMONY IS GOING TO BE.  SO AGAIN, IF WE COULD

25    JUST ESTABLISH THAT SO THAT WE CAN MAKE OUR RECORD, I
```

```
1     WOULD --

2                     THE COURT:  DR. KITCHENS, ARE YOU

3     PLANNING ON MAKING AN OFFER OF DR. PULLINS AS AN EXPERT

4     IN A PARTICULAR FIELD?

5                     DR. KITCHENS:  YES, SIR.  AS I WAS

6     ACTUALLY ABOUT TO SAY NEXT, IS YOUR HONOR, AT THIS TIME

7     I WOULD LOOK TO TENDER DR. CHRISTOPHER PULLINS AS AN

8     EXPERT IN FAMILY MEDICINE.

9                     MS. MEW:  YOUR HONOR, MAY I ASK --

10                    THE COURT:  MS. MEW, YOU MAY GO AHEAD.

11                         CROSS-EXAMINATION

12    BY MS. MEW:

13    Q.        GOOD MORNING, DR. PULLINS, MY NAME IS CAROLINE

14    MEW.  I AM AN ATTORNEY FOR THE NATIONAL BOARD OF MEDICAL

15    EXAMINERS.

16                    I UNDERSTAND THAT YOU ARE A FAMILY

17    MEDICINE PHYSICIAN?

18    A.        THAT'S CORRECT.

19    Q.        HAVE YOU WRITTEN ANY ARTICLES ON ADHD?

20    A.        I HAVE NOT.

21    Q.        IT'S MY UNDERSTANDING FROM PRIOR DISCLOSURES IN

22    THIS MATTER THAT IT IS YOUR PRACTICE WHEN SOMEONE COMES

23    TO YOU EXPLAINING THE SYMPTOMS OF ADHD THAT YOU REFER

24    THEM OUT FOR AN EVALUATION, IS THAT CORRECT?

25    A.        IF THEY HAVE NOT HAD A PREVIOUS DIAGNOSIS AND
```

1     IT'S A NEW DIAGNOSIS, YES, I WILL GET THE CONSULTATION

2     FROM MY BEHAVIORAL HEALTH SPECIALISTS.

3     Q.      BUT DO YOU ALSO DIAGNOSE CASES YOURSELF?

4     A.      I HAVE.  IT'S WITHIN THE PURVIEW OF ME TO DO

5     THAT, YES.

6     Q.      HOW OFTEN DO YOU EVALUATE INDIVIDUALS FOR ADHD?

7     A.      I CAN'T GIVE YOU A PARTICULAR NUMBER, BUT IN

8     20 YEARS OF PRACTICE, I HAVE DONE IT BEFORE.

9     Q.      WITHIN THE PAST FIVE YEARS, HOW MANY INDIVIDUALS

10    HAVE YOU EVALUATED FOR ADHD?

11    A.      I COULD NOT GIVE YOU A PARTICULAR NUMBER.

12    Q.      WITHIN THE PAST YEAR.  HOW MANY INDIVIDUALS HAVE

13    YOU EVALUATED FOR ADHD?

14    A.      FIVE, LET'S SAY.

15    Q.      DO YOU INTEND TO OFFER AN OPINION ON WHETHER DR.

16    KITCHENS HAS BEEN PROPERLY DIAGNOSED WITH ADHD?

17    A.      I AM.

18    Q.      DO YOU INTEND TO OFFER AN OPINION ON WHETHER HE

19    IS SUBSTANTIALLY LIMITED?

20    A.      I AM.

21    Q.      DO YOU INTEND TO OFFER TESTIMONY WITH RESPECT TO

22    WHETHER DR. KITCHENS WAS PROPERLY DIAGNOSED WITH

23    ANXIETY?

24    A.      I AM.

25    Q.      HOW MANY INDIVIDUALS HAVE YOU EVALUATED FOR

```
1      ANXIETY IN THE LAST YEAR?

2      A.      MORE THAN 30.

3      Q.      HAVE YOU WRITTEN ANY ARTICLES ON ANXIETY?

4      A.      I HAVE NOT.

5      Q.      ARE THERE ANY OTHER TOPICS THAT YOU ARE

6      ANTICIPATING TESTIFYING TO TODAY?

7      A.      I AM NOT.

8              MS. MEW:  YOUR HONOR, WE OBJECT TO DR.

9      PULLINS'S TESTIMONY UNDER RULES 701 AND 702, AND ALSO ON

10     THE BASIS THAT I THINK THAT THE SCOPE OF HIS TESTIMONY

11     IS DIFFERENT THAN WHAT WAS DISCLOSED TO US BOTH IN THE

12     INITIAL EXPERT WITNESS DISCLOSURES AND AS RECENTLY AS

13     THE JOINT PRETRIAL STATEMENT.  I DON'T THINK IT WAS EVER

14     DISCLOSED THAT DR. PULLINS WAS ACTUALLY GOING TO BE

15     OFFERING AN OPINION ON DR. KITCHENS'S ACTUAL CASE.

16             BUT IN ANY EVENT, I DON'T THINK THAT HE

17     HAS THE QUALIFICATIONS AND FIT TO HIS TESTIMONY THAT

18     JUSTIFIES HIM SERVING AS AN A EXPERT WITNESS.  AND TO

19     THE EXTENT THAT HE IS OFFERING -- I THINK WE WILL

20     WITHHOLD THE OBJECTION TO THE EXTENT THE TESTIMONY GOES

21     INTO ANY OTHER TOPICS.

22             THE COURT:  OKAY.  I AM OVERRULING THE

23     OBJECTIONS.  THE TENDER IS ACCEPTED, AND DR. KITCHENS,

24     YOU CAN PROCEED WITH YOUR QUESTIONING.

25             DR. KITCHENS:  THANK YOU, YOUR HONOR.
```

1    BY DR. KITCHENS:

2    Q.      CONTINUING ON, DR. PULLINS, CAN YOU DESCRIBE FOR

3    THE COURT TODAY THE GENERAL PROCESS YOU WOULD TAKE WHEN

4    YOU ARE ASSESSING A PATIENT'S CHIEF COMPLAINT?

5    A.      YES.  SO THE CHIEF COMPLAINT IS NORMALLY

6    SOMETHING THAT WHEN A PATIENT CALLS IN FOR AN

7    APPOINTMENT OR DURING THE NURSING PROCESS, THEY HAVE

8    BROUGHT UP TO THE ATTENTION THE MAIN ISSUE OF WHY THEY

9    ARE COMING IN FOR AN OFFICE VISIT.  AND THAT WILL DIRECT

10   THE -- WHAT TAKES PLACE DURING THAT PATIENT ENCOUNTER.

11   Q.      GOT YOU.

12           AND THE QUESTION I WAS TRYING TO ASK YOU

13   EARLIER WAS HOW IMPORTANT IS THE PATIENT'S PERSONAL

14   INTAKE STATEMENT WHEN THEY ARE EXPLAINING TO YOU ABOUT

15   THEIR CHIEF COMPLAINT, HOW IMPORTANT IS IT?

16   A.      WELL, IT'S IMPORTANT BECAUSE FROM A CLINICIAN'S

17   SIDE, IT ALREADY PUTS INTO MOTION THE PARTICULAR

18   QUESTIONS, THE DIFFERENTIAL DIAGNOSIS THAT YOU ARE GOING

19   TO GO INTO THE ROOM CONSIDERING BASED OFF OF THAT

20   STATEMENT.

21   Q.      AND DR. PULLINS, AS A FAMILY MEDICINE PHYSICIAN,

22   DO YOU TEND TO TREAT CHILDREN MORE OR ADULTS MORE?

23   A.      IN MY CURRENT PRACTICE WE PREDOMINANTLY TREAT

24   ADULTS.  WE DO HAVE SOME ADOLESCENTS AND YOUNGER

25   CHILDREN, BUT FOR THE MAJORITY I WOULD SAY ADULTS.

1    Q.       OKAY.  AND ARE YOU FAMILIAR WITH THE DSM5TR?

2    A.       YES, I AM FAMILIAR WITH THE DSM5TR.

3    Q.       AND DO YOU TEND TO USE THE DSM5TR GENERALLY IN

4    YOUR DAILY PRACTICES AS A FAMILY MEDICINE PHYSICIAN?

5    A.       SO ALTHOUGH I AM FAMILIAR WITH IT, IT'S A

6    REFERENCE BOOK, SO IT IS NOT SOMETHING THAT I UTILIZE ON

7    ANY DAILY BASIS.

8    Q.       THANK YOU.

9             SO ARE PHYSICIANS, ESPECIALLY IN THE

10   FAMILY MEDICINE FIELD, ARE THEY TAUGHT TO KNOW HOW TO

11   ASSESS AND EVALUATE A PATIENT WHO IS ACTUALLY SEEKING

12   MEDICAL TREATMENT?

13   A.       YES, THEY ARE.

14   Q.       AND ARE THEY ALSO TAUGHT TO KNOW HOW TO ASSESS

15   PATIENTS WHO ARE SEEKING MENTAL HEALTH?

16   A.       YES, THEY ARE.

17   Q.       OKAY.  SO ONE THING I WOULD SAY HERE THAT I

18   WOULD LIKE TO ASK, AND IT'S REALLY IMPORTANT HERE, DR.

19   PULLINS, FOR YOU TO REALLY GIVE AN INSIGHT TO THE COURT

20   HERE IS, ARE YOU TRAINED AND ARE PHYSICIANS TRAINED TO

21   KNOW AND TO BE ABLE TO DETERMINE WHETHER OR NOT A

22   PATIENT IS FAKING THE SYMPTOMS OF THEIR CHIEF COMPLAINT?

23   A.       YES, THAT IS PART OF OUR TRAINING.

24   Q.       AND HOW -- AND WHAT TOOLS DO YOU TYPICALLY USE

25   TO HELP YOU KNOW IF A PATIENT IS ACTUALLY FAKING, AND

1    THEY ARE PROBABLY DRUG SEEKING?

2    A.        SO THERE ARE CERTAIN -- EVEN IN OUR PHYSICAL

3    EXAMS THAT THERE IS SOMETHING CALLED WADDELL SIGNS, AND

4    THEY ARE DIFFERENT TECHNIQUES THAT ARE USED WHEN A

5    PATIENT MAYBE COMPLAINING OF, FOR EXAMPLE, PAIN AND THE

6    PAIN IS OUT OF PROPORTION TO THEIR COMPLAINT.  AND SO

7    THERE ARE CERTAIN TECHNIQUES THAT WE WILL USE FOR THAT.

8                   AS FAR AS DRUG SEEKING, MOST STATES HAVE

9    A MEDICAL MONITORING SYSTEM THAT WE HAVE THE DATABASE

10   ACCESS TO, AND WE CAN LOOK AND SEE WHAT THE HISTORY OF A

11   PATIENT'S PRESCRIPTION WRITINGS HAVE BEEN.  ALSO, IF A

12   PATIENT, IF THEY COME IN AND THEY ARE ASKING FOR A

13   PARTICULAR NAME OF A MEDICATION IN PARTICULAR AND THEY

14   ARE HESITANT TO TRY ANYTHING ELSE THAT IS OFFERED, THOSE

15   ARE ALL EXAMPLES.

16   Q.        SO A PATIENT'S MEDICAL RECORDS OF THAT

17   PARTICULAR MEDICATION, IS IT -- ARE YOU SAYING THAT

18   THAT'S IMPORTANT?

19   A.        YES, IT IS.

20   Q.        AND CAN YOU GIVE A LITTLE BIT MORE INFORMATION

21   ON WHY IS THAT MEDICAL RECORD IMPORTANT?

22   A.        WELL, FOR EXAMPLE, WHEN PATIENTS COME IN AND

23   FILL OUT THEIR PROBLEM LIST PRIOR TO A VISIT, SOMETIMES

24   THEY MAY NEGLECT TO PUT A DIAGNOSIS.  AND BY LOOKING AT

25   A MEDICATION LIST, I CAN SEE AND GET AN IDEA WHAT THEY

1    HAVE BEEN TREATED FOR, AND I MAY ASK, FOR EXAMPLE, WHY

2    DO YOU HAVE THIS BETABLOCKER ON YOUR LIST?  DO YOU HAVE

3    A HISTORY OF HIGH BLOOD PRESSURE, AND THEY MAY SAY,

4    YEAH, I DO.  SO THE MEDICATION LIST IS PART OF THE

5    HISTORY AND INFORMATION GATHERING PROCESS.

6    Q.        AND WITH THAT MEDICAL RECORD THAT YOU WOULD HAVE

7    RECEIVED FROM THEIR TREATING PHYSICIAN OR THAT THEY

8    WOULD HAVE BROUGHT TO YOU, ARE THERE REASONS FOR YOU TO

9    DOUBT THE VALIDITY OF THOSSE OFFICIAL MEDICAL RECORDS?

10                MS. MEW:  YOUR HONOR, I OBJECT TO THIS

11   AND TO THIS LINE OF QUESTIONING.  AGAIN, I THINK WHAT

12   DR. KITCHENS IS ASKING DR. PULLINS IS ABOUT HIS PERSONAL

13   PRACTICES.  I DON'T THINK THAT HE HAS LAID ANY

14   FOUNDATION THAT DR. PULLINS IS FAMILIAR WITH THE

15   PRACTICES OF ANY OTHER PHYSICIANS, BUT THAT THERE IS

16   ANYTHING ABOUT WHAT DR. PULLINS IS DOING IS THEREFORE

17   RELEVANT TO THIS CASE.

18                DR. KITCHENS:  YOUR HONOR, THIS IS

19   INFORMATION THAT IS COMMON PRACTICE BETWEEN ALL

20   PHYSICIANS.  AND THIS IS BUILDING THE FOUNDATION FOR

21   LATER QUESTIONING.  AND IT'S ACTUALLY VERY RELEVANT TO

22   THIS CASE WHEN THERE IS THE QUESTIONING OF WHAT

23   DOCUMENTS WERE SUBMITTED FOR MY ACCOMMODATIONS.

24                MS. MEW:  YOUR HONOR, I DON'T THINK THERE

25   HAS BEEN FEELING, AGAIN, THAT DR. PULLINS IS FAMILIAR

```
 1     WITH THE PRACTICES OF ANY OTHER PHYSICIANS, OTHER THAN

 2     HIMSELF.  AND I THINK WE NEED THAT KIND OF A SHOWING IN

 3     ORDER FOR THIS TESTIMONY TO BE BOTH EXPERT TESTIMONY OF

 4     ANY TYPE AND ALSO TO HAVE ANY KIND OF BEARING ON THIS

 5     CASE.

 6                    THE COURT:  WELL, I DID HEAR, AT LEAST

 7     ONE ANSWER, ABOUT OTHER DOCTORS WHO DR. PULLINS

 8     SUPERVISES, I THINK, AND OTHER BACKGROUND ANSWERS --

 9     OTHER ANSWER ABOUT HIS BACKGROUND.

10                    THE OBJECTION IS NOTED.  I'M GOING TO

11     OVERRULE IT NOW AND SEE WHERE THE QUESTION GOES.

12     BY DR. KITCHENS:

13     Q.     DR. PULLINS, SO IF A PATIENT COMES TO YOU AND

14     THEY ARE SEEKING TREATMENT AND/OR THEY ARE SEEKING

15     MEDICATION, WOULD YOU AUTOMATICALLY -- HOW WOULD YOU

16     DETERMINE -- LET ME REPHRASE THAT.

17                    ARE PATIENTS WHO ASK FOR MEDICATIONS

18     AUTOMATICALLY CONSIDERED DRUG SEEKING?

19                    MS. MEW:  SAME OBJECTION, YOUR HONOR, AND

20     ALSO --

21                    THE COURT:  OVERRULED.

22     BY DR. KITCHENS:

23     Q.     DR. PULLINS?

24     A.     NO.

25     Q.     WHY IS THAT?
```

1    A.       I THINK BEING ON MEDICATION IS A NORMAL PART OF

2    LIFE.  AND SO I WOULD -- IF ANOTHER CLINICIAN HAD MADE

3    THE DIAGNOSIS AND HAD A PATIENT ON IT, AGAIN, I WOULD

4    REVIEW THE HISTORY, MAKE SURE THAT I ALSO AGREED THAT

5    THAT ASSESSMENT WAS CORRECT.  BUT I WOULD NOT

6    NECESSARILY AUTOMATICALLY JUMP TO THE CONCLUSION THAT

7    THEY WERE DRUG SEEKING.

8    Q.       THANK YOU, DR. PULLINS.

9              DR. KITCHENS:  YOUR HONOR, I WOULD LIKE

10   TO HAVE AN EXHIBIT BROUGHT IN, EXHIBIT PX05 OF THE

11   DISABILITY SERVICES.  AND WITH YOUR PERMISSION, I CAN

12   SHARE THE SCREEN?

13             THE COURT:  YES, OF COURSE, GO AHEAD.

14             DR. KITCHENS:  OKAY.

15   BY DR. KITCHENS:

16   Q.       LET'S SEE HERE.

17   A.       I CAN SEE THE EXHIBIT.

18   Q.       PERFECT.  I WAS NOT SURE IF YOU COULD OR NOT.

19             THE COURT:  IT'S IMPORTANT THAT EVERYONE

20   ELSE CAN, INCLUDING THE WITNESS AND MS. MEW.  CAN EVERY

21   SEE IT?

22             THE WITNESS:  I CAN SEE IT.

23             THE COURT:  OKAY.  GO AHEAD, DR.

24   KITCHENS.

25   BY DR. KITCHENS:

1    Q.      DO YOU SEE THIS DOCUMENT HERE ON THE SCREEN?

2    A.      YES, I DO SEE IT.

3    Q.      AND WHAT IS THE TITLE OF THIS DOCUMENT?

4    A.       BEREA COLLEGE DISABILITY SERVICES PROGRESS

5    NOTE.

6    Q.      DR. PULLINS, WHAT THIS DOCUMENT IS A DOCUMENT

7    THAT WAS FROM DISABILITY SERVICES FROM MS. CYNTHIA REED

8    AS YOU CAN SEE DOWN HERE AND RECOMMENDATION FOR AN

9    EVALUATION THAT WAS GIVEN TO HER.  AND AS YOU CAN SEE

10   HERE BY SUE RAMONDO, WHICH WAS ALSO ANOTHER PRACTITIONER

11   WHO EVALUATED THE PLAINTIFF BY LOOKING --

12              MS. MEW:  OBJECTION, YOUR HONOR, HE IS

13   TESTIFYING TO THE DOCUMENT.

14              THE COURT:  JUST A REMINDER, DR.

15   KITCHENS, YOU WANT TO ASK THE WITNESS OPEN-ENDED

16   QUESTIONS.

17              DR. KITCHENS:  YES, I'M SORRY, YOUR

18   HONOR.

19   BY DR. KITCHENS:

20   Q.      DR. PULLINS, CAN YOU READ THIS NOTE, PLEASE?

21   A.      YES, IT'S IN REFERENCE TO MARKCUS KITCHENS DATED

22   JANUARY 10TH OF 2013.  IT STATES THE FOLLOWING:

23   MARKCUS REFERRED TO ME BY SUE RAMONDO, PH.D. AFTER

24   REPORTING TO HER THAT HE FEELS HE HAS SYMPTOMS OF

25   ADD/ADHD.  SPENT SOME TIME IN DIAGNOSTIC INTERVIEW AND

1        LEARNED THAT HE REPORTS HE HAD SYMPTOMS DATING BACK TO

2        FIRST GRADE, AT WHICH TIME IT WAS SUGGESTED THAT HE BE

3        RETAINED.  HE REPORTS HIS MOM REFUSED THIS, BECAME

4        HYPERVIGILANT, AND BY HIS DESCRIPTION MICROMANAGED HIM

5        IN A POSITIVE WAY WITH STRUCTURE, PREDICTABILITY AND

6        HIGH INVOLVEMENT WITH HER AND WITH HER CURRICULAR

7        ACTIVITIES.

8                    HE REPORTS THIS WENT WELL, AND HE HAD NO

9        PROBLEMS WITH FUNCTIONING UP UNTIL RECENTLY.  HE REPORTS

10       HE IS NOW ON ACADEMIC PROBATION, BUT OVER THE PAST FEW

11       SEMESTERS HAS GOTTEN ONE F, ONE D AND B'S AND C'S ARE

12       NOW THE RULE, NOT A'S AND B'S.

13                   AT THIS POINT IN THE DISCUSSION HE

14       REVEALED THAT HIS WISH IS NOT FOR ACCOMMODATIONS BUT FOR

15       MEDICATION.  I REFERRED HIM TO STAFF MB AT THIS POINT,

16       EXPLAINED TO HIM MY ROLE, AND ASKED HIM TO RETURN AT HIS

17       REQUEST FOR MEDICATION.  FROM STAFF MD DID NOT

18       SUCCESSFULLY RESOLVE HIS CONCERNS, SO THAT I CAN DO

19       FURTHER ASSESSMENT AT THAT TIME.

20       Q.      THANK YOU, DR. PULLINS.

21                   IN READING THIS EXHIBIT THAT I HAVE

22       PULLED UP HERE, WOULD YOU CONSIDER THIS FILE OR THIS

23       MEDICAL DOCUMENT TO BE ABNORMAL?

24                   MS. MEW:  OBJECTION, YOUR HONOR.

25                   THE COURT:  OVERRULED.

1    BY DR. KITCHENS:

2    Q.       AND DR. PULLINS, WHY WOULD YOU SAY THAT THIS

3    DOCUMENT IS NOT ABNORMAL?

4    A.       IT DESCRIBES -- GIVES HISTORY WHICH SETS THE

5    BACKGROUND OF WHY YOU WERE COMING TO THEIR OFFICE.  IT

6    ALSO TALKED -- GIVES THE WHOLE HISTORICAL BACKGROUND OF

7    HOW THIS ACTUALLY MANIFESTS ITSELF AS FAR AS THE

8    ACADEMIC PERFORMANCE AND ALSO JUST TALKS ABOUT WHAT THE

9    WISH OF THE PATIENT ACTUALLY WAS IN REGARDS TO THE TYPE

10   OF TREATMENT THEY WERE INTERESTED IN.

11   Q.       WOULD YOU CONSIDER THIS PATIENT OR AS WE CAN SEE

12   THE NAME HERE, MARKCUS KITCHENS, TO BE DRUG SEEKING FROM

13   WHAT YOU READ ON HERE ON THE SCREEN?

14   A.       I DO NOT.

15                 DR. KITCHENS:  YOUR HONOR, THANK YOU.

16   I'M GOING TO --

17                 THE COURT:  DR. KITCHENS, WOULD YOU MIND

18   IF I INTERPOSED A QUESTION AS A FOLLOW UP?

19                 DR. KITCHENS:  YES, SIR.

20                 THE COURT:  MY QUESTION IS JUST FOR DR.

21   PULLINS, I THINK YOU ANSWERED THE LAST QUESTION "NO."

22   MY QUESTION IS, WHY, COULD YOU EXPLAIN YOUR ANSWER?

23                 THE WITNESS:  YES, SO I REVIEW RECORDS ON

24   A DAILY BASIS, SO THERE IS NOTHING ABNORMAL ABOUT THE

25   CONTENT OF THIS PARTICULAR DOCUMENT THAT I SEE IN FRONT

```
 1     OF ME.  IT'S WHAT I NORMALLY SEE ON MY DAILY BASIS.

 2                    THE COURT:  THANK YOU.

 3                    DR. KITCHENS:  YOUR HONOR, I WOULD LIKE

 4     TO ENTER THIS EXHIBIT, EXHIBIT 2 INTO THE RECORD.

 5                    MS. MEWS:  JUST A PROCEDURAL QUESTION.

 6                    COULD WE JUST KEEP THE EXISTING EXHIBIT

 7     NUMBERS AS OPPOSED TO RENUMBERING TRIAL EXHIBITS?  THAT

 8     WAY THEY WOULD BE LABELED AND THE RECORD WOULD BE MORE

 9     CLEARER.

10                    THE COURT:  I ABSOLUTELY AGREE.

11                    DR. KITCHENS:  OKAY.  SORRY, ABOUT THAT.

12                    THE COURT:  BUT MS. MEW, DO YOU HAVE ANY

13     OBJECTION TO PX5 BEING ADMITTED?

14                    MS. MEW:  NO, YOUR HONOR.

15                    THE COURT:  IT WILL BE ADMITTED.

16                    (PLAINTIFF EXHIBIT 5 IS ADMITTED INTO

17     EVIDENCE.)

18     BY DR. KITCHENS:

19     Q.     DR. PULLINS, HOW DO YOU DETERMINE HOW MANY

20     MEDICATION TO PRESCRIBE TO A NEW PATIENT OR TO ONE OF

21     YOUR PATIENTS WITH A NEW DIAGNOSIS OF ADHD?

22     A.     SO IT WOULD DEPEND ON THE AGE OF THE PATIENT, IT

23     MAY DEPEND ON THE BODY WEIGHT OF THE PATIENT, THEIR

24     HISTORY OF DRUG ALLERGIES, THOSE ARE ALL THINGS THAT I

25     WOULD TAKE INTO CONSIDERATION.  IT'S COMMON PRACTICE
```

1    USED FOR MOST MEDICATIONS TO START AT THE LOWEST DOSE

2    AND THEN ADVANCE AS TOLERATED.

3    Q.    GOT YOU.  UNDERSTOOD.

4              SO DR. PULLINS -- ONE SECOND.  I'M

5    PULLING UP THE EXHIBIT HERE, ONE SECOND.  LET'S SEE, IT

6    SHOULD BE -- YES, ONE SECOND.  HERE WE ARE.

7              SO DR. PULLINS, CAN YOU SEE HERE ON THE

8    SCREEN THIS DOCUMENT HERE?

9    A.    YES, I CAN.

10   Q.    DO YOU SEE -- CAN YOU DESCRIBE WHAT YOU ARE

11   SEEING HERE ON THE SCREEN, WHAT TYPE OF DOCUMENT THIS IS

12   OR THE NAME OF THE DOCUMENT?

13             THE COURT:  DR. KITCHENS, BEFORE THE

14   WITNESS ANSWERS, CAN YOU IDENTIFY THE DOCUMENT BY ITS

15   NUMBER?

16             DR. KITCHENS:  YES, SIR, I'M SORRY.  THIS

17   IS PX02.

18             THE COURT:  THANK YOU.  SORRY TO

19   INTERRUPT.  GO AHEAD.

20             MS. MEW:  ACTUALLY WHILE WE ARE

21   INTERRUPTED TOO, YOUR HONOR, COULD WE PAGE THROUGH THE

22   ENTIRE EXHIBIT?

23             THE COURT:  THAT'S A GOOD IDEA.

24             DR. KITCHENS, COULD YOU FLIP US THROUGH

25   THE EXHIBIT?

1          DR. KITCHENS:  YES, SIR.  I CAN DO THAT.

2     IS THAT ALL RIGHT WITH YOU, YOUR HONOR?

3               THE COURT:  IT WAS.

4               DR. KITCHENS:  I'M SORRY, MS. MEW.

5               THE COURT:  WE ARE JUST IDENTIFYING THE

6     DOCUMENT.  I DON'T KNOW, MS. MEW, IF YOU HAVE A QUESTION

7     ABOUT THAT?

8               MS. MEW:  NO, NOT YET, YOUR HONOR.

9               THE COURT:  OKAY.  SORRY, PROCEED, DR.

10    KITCHENS.

11    BY DR. KITCHENS:

12    Q.     OKAY.  SO DR. PULLINS, YOU RECENTLY MENTIONED

13    THAT -- YOU RECENTLY MENTIONED THAT YOU WOULD START AT A

14    LOWER DOSAGE FOR YOUR PATIENTS AND THEN YOU WOULD ASSESS

15    THEM AND THEN INCREASE AS YOU GO.  IS THAT A CORRECT

16    REPRESENTATION OF WHAT YOU JUST STATED?

17    A.     THAT'S CORRECT.

18    Q.     AND DR. PULLINS, DO YOU SEE HERE THIS PARTICULAR

19    DRUG HERE, THIS MEDICATION?

20    A.     I DO.

21    Q.     AND DR. PULLINS, CAN YOU SAY -- CAN YOU CONFIRM

22    WHERE THIS MEDICATION IS LOCATED ON THIS PARTICULAR

23    MEDICAL RECORD?

24    A.     UNDER CURRENT OUTPATIENT MEDICATIONS.

25    Q.     AND WOULD YOU -- WHAT WOULD YOU SAY IN YOUR

1   EXPERIENCE OF THE DOSAGE OF 15 MILLIGRAMS TWICE A DAY,

2   WOULD YOU CONSIDER THAT IN THE RANGE OF SMALL, MEDIUM,

3   LARGE AMOUNT OF A MEDICATION FOR THIS PARTICULAR

4   MEDICATION?

5   A.      AT A TOTAL OF 30 MILLIGRAMS IN A 24-HOUR PERIOD,

6   I WOULD RATE THAT ON THE HIGHER END FOR THE RANGE, THE

7   MAXIMUM RANGE ON THAT MEDICATION.

8   Q.      AND DR. PULLINS, CAN YOU EXPLAIN WHAT THIS

9   MEDICATION IS NORMALLY USED FOR?

10   A.      YES, SO DEXTROAMPHETAMINE-AMPHETAMINE IS A

11   NEUROSTIMULANT THAT IS PRIMARILY USED FOR THE TREATMENT

12   OF ADHD AND ADA.

13   Q.      SO IF A PERSON HAS A, AS YOU JUST STATED,

14   30 MILLIGRAMS OF THIS PARTICULAR MEDICATION USED FOR THE

15   TREATMENT OF ADHD, HOW WOULD YOU RATE THE SEVERITY OF

16   THE DIAGNOSES OF THAT PARTICULAR -- OF ADHD THAT IT'S

17   USED FOR?

18   A.      I WOULD RATE IT ANYWHERE BETWEEN MODERATE AND

19   SEVERE.

20   Q.      OKAY.  THANK YOU.

21           FOR THE RECORD, I WOULD LIKE TO ADMIT

22   THIS RECORD INTO THE RECORD, THIS DOCUMENT -- EXHIBIT

23   INTO THE RECORD WHICH IS PX02.

24           MS. MEW:  YOUR HONOR, I DON'T HAVE ANY

25   OBJECTION TO THE ADMISSIBILITY, BUT IT WOULD BE GOOD TO

 1   JUST ESTABLISH WHAT THE RECORD IS.

 2                 THE COURT:  WELL, ONE THING I WAS GOING

 3   TO ADD IF NOBODY ELSE DID IS THE TESTIMONY THAT WE JUST

 4   HEARD WAS IN REGARD TO WHAT I BELIEVE IS PAGE 9 OF PX02.

 5                 ARE WE ALL AGREED THAT WAS PAGE 9 WE WERE

 6   LOOKING AT?

 7                 MS. MEW:  YES, YOUR HONOR.

 8                 DR. KITCHENS:  YES.

 9                 THE COURT:  THAT'S ONE THING I WANTED TO

10   MAKE SURE.

11                 NOW, I UNDERSTAND DR. KITCHENS IS MOVING

12   FOR THE ADMITTANCE OF PX02, THE ENTIRE DOCUMENT.

13                 MS. MEW, DO YOU HAVE ANY OBJECTION?

14                 MS. MEW:  NO, YOUR HONOR, THAT'S FINE.

15                 THE COURT:  ALL RIGHT.  IT WILL BE

16   ADMITTED.

17                 (PLAINTIFF EXHIBIT 02 IS ADMITTED INTO

18   EVIDENCE.)

19   BY DR. KITCHENS:

20   Q.     SO DR. PULLINS, AFTER REVIEWING ALL OF THE

21   RELEVANT DOCUMENTATION THAT WAS SUBMITTED WITH MY

22   REQUEST TO THE NBME, WOULD YOU -- SORRY, THE COMPUTER IS

23   GLITCHING HERE.  I'M NOT SURE WHAT -- YES.

24                 THE COURT:  WE CAN STILL HEAR YOU, DR.

25   KITCHENS.

```
 1                    DR. KITCHENS:  OKAY, FINE.

 2      BY DR. KITCHENS:

 3      Q.      SO AFTER REVIEWING THE DOCUMENTS THAT WERE GIVEN

 4      TO YOU WHEN SUBMITTED FOR THE NBME FOR REASONABLE

 5      ACCOMMODATIONS, WHAT DID YOU CONCLUDE WERE THE ACTIVE

 6      DIAGNOSES OF DR. KITCHENS, OF MYSELF?

 7                    MS. MEW:  OBJECTION, YOUR HONOR.  THERE

 8      IS NO FOUNDATION.  I DON'T KNOW WHAT DOCUMENTATION HE IS

 9      REFERRING TO.

10                    THE COURT:  I ACTUALLY -- I WAS ABOUT TO

11      ASK THE SAME QUESTION.

12                    DR. KITCHENS, IF YOU ARE GOING TO ASK A

13      QUESTION ON DOCUMENTATION, IT'S IMPORTANT FOR THE RECORD

14      IF ANY NO OTHER REASON TO BE SPECIFIC.

15                    DR. KITCHENS:  YES, SIR.

16                    THE COURT:  AGAIN, IF, FOR EXAMPLE, IT'S

17      ONE OF THE EXHIBITS WE JUST DID OR A DIFFERENT EXHIBIT,

18      YOU SHOULD REFER TO THAT.

19                    DR. KITCHENS:  OKAY, WILL DO.

20      BY DR. KITCHENS:

21      Q.      DR. PULLINS, FOR INSTANCE, THE DOCUMENT THAT WE

22      JUST REVIEWED WITH THE TWO MEDICATIONS THAT WERE LISTED

23      THERE.  AND AFTER REVIEWING THAT -- THOSE PARTICULAR

24      DOCUMENTS, WHAT WOULD YOU HAVE CONCLUDED AS TO THOSE

25      DIAGNOSES?
```

1    A.      SO BASED ON THE MEDICATION, THE

2    DEXTROAMPHETAMINE-AMPHETAMINE AND THE BUSPIRONE, THOSE

3    ARE BOTH USED PURPOSELY FOR A CERTAIN CONDITION.  AND SO

4    AGAIN AS I SAID BEFORE, THE

5    DEXTROAMPHETAMINE-AMPHETAMINE ON THE LIST WOULD LEAD ME

6    TO BELIEVE THAT THE PATIENT WAS BEING TREATED FOR ADD OR

7    ADHD.  AND BUSPIRONE IS A MEDICATION COMMONLY USED FOR

8    ANXIETY.  SO I WOULD COME TO THE CONCLUSION THAT EITHER

9    A GENERALIZED ANXIETY DISORDER PLUS ADHD WOULD BE THE

10    CONCLUSION I CAME TO IN REVIEWING THE DOCUMENT.

11    Q.      THANK YOU, DR. PULLINS.

12              AS A FAMILY MEDICINE PRACTITIONER, CAN

13    YOU DIAGNOSE THESE PATIENTS, AS WE HAVE SAID EARLIER --

14    I'M SORRY, AS YOU STATED EARLIER THAT YOU CAN DIAGNOSE

15    PATIENTS WITH ADHD.

16              ARE THERE CERTAIN TOOLS THAT YOU MIGHT

17    USE TO HELP WITH YOUR DIAGNOSES?

18    A.      YES.  THERE ARE SEVERAL TOOLS.  I THINK EACH

19    MEDICAL FACILITIES MAY USE DIFFERENT ONES, BUT THESE ARE

20    ALL VALIDATED TOOLS, AND THAT'S THE KEY.  WHEN YOU ARE

21    USING A TOOL TO DIAGNOSE ANYTHING, YOU WANT TO MAKE SURE

22    IT'S A VALIDATED TOOL.

23              SO, FOR EXAMPLE, THE CONNERS RATING

24    SYSTEM IS ONE THAT WE USE.  THERE IS ALSO AN ADULT

25    SELF-REPORTING SCALE THAT ARE USED.  AND THOSE CAN BE

1     GIVEN NOT ONLY TO THE PATIENT, BUT YOU CAN ALSO GIVE IT

2     TO SOMEONE ELSE WHO HAS A GOOD KNOWLEDGE OF AN

3     INDIVIDUAL.  SO WHETHER IT'S A TEACHER, WHETHER IT'S AN

4     EMPLOYER, THEY CAN USE IT IN DIFFERENT SITUATIONS.  AND

5     SO THAT'S WHAT WE USE, IT HELPS US GIVE A BETTER

6     LIKELIHOOD WHAT THE DIAGNOSIS IS.

7     Q.      OKAY.  AND DR. PULLINS, CAN YOU IDENTIFY THIS

8     PARTICULAR DOCUMENT HERE?

9     A.      YES.  THIS IS A CONNERS SCALE REPORT HERE.

10    Q.      WHO IS THE PATIENT?

11    A.      MARKCUS KITCHENS.

12    Q.      YES.

13            AND BY DOING THIS, WHEN YOU -- YOU SAID

14    EARLIER THAT YOU DIAGNOSE PATIENTS WITH ADHD AND TIMES

15    YOU WOULD SEND THEM OUT FOR AN EVALUATION.  AND BY DOING

16    SO, THIS PARTICULAR TOOL HERE YOU WOULD USE -- WHAT IS

17    THIS TOOL ACTUALLY USED FOR ITSELF?

18    A.      YES.  SO WHEN WE LOOK AT ADD VERSUS ADHD, THIS

19    HELPS US DECIDE IS THE PATIENT ONLY SUFFERING FROM

20    INATTENTIVENESS OR DO THEY ALSO HAVE HYPERACTIVITY.  SO

21    THIS FORM HELPS TO DECIDE ON IS IT BOTH OR JUST ONE OR

22    THE OTHER.  AND SO THAT'S WHAT WE USE THIS FOR.  THE

23    HIGHER THE NUMBER IS IT USUALLY HAS A MORE PROFOUND

24    IMPACT ON THE QUALITY OF LIFE AND THEIR ABILITY TO

25    FUNCTION NORMALLY.  AND SO WE TAKE THAT INFORMATION AND

1      WE CAN DECIDE ON WHETHER THIS IS SOMETHING THAT WE NEED

2      TO CONSIDER JUST A NONMEDICATION APPROACH OR A

3      COMBINATION APPROACH.

4      Q.       OKAY.

5                       THE COURT:  DR. KITCHENS, FOR THE SAKE OF

6      THE RECORD, I WOULD JUST -- CAN WE ALL AGREE FOR

7      IDENTIFICATION THAT WHAT WE ARE LOOKING AT IS IDENTIFIED

8      AS PX26?

9                       MS. MEW:  YES.

10                      DR. KITCHENS:  YES.

11                      THE COURT:  IT'S HELPFUL WHEN YOU BRING

12     UP AN EXHIBIT, BECAUSE THE VIDEO OF COURSE IS NOT

13     RECORDED.  SO DR. KITCHENS WHEN YOU BRING UP A NEW

14     EXHIBIT, ALWAYS TRY TO SAY VERBALLY FOR IDENTIFICATION

15     PURPOSES THIS EXHIBIT NUMBER.

16                      DR. KITCHENS:  WILL DO.

17                      THE COURT:  THANK YOU.

18                      DR. KITCHENS:  YES, YOUR HONOR.

19     BY DR. KITCHENS:

20     Q.      DR. PULLINS, CAN YOU READ THE LAST LINE

21     INDICATED HERE ON THIS DOCUMENT?

22     A.       YES.  INATTENTIVENESS, STRONG INDICATION,

23     SUSTAINED ATTENTION, SOME INDICATION, VIGILANCE, SOME

24     INDICATION.

25     Q.       OKAY.  THANK YOU.

1               DR. KITCHENS:  I WOULD LIKE TO PUT INTO

2     THE RECORD EXHIBIT PX26, PAGE -- THE ENTIRE DOCUMENT.

3               MS. MEW:  NO OBJECTION.

4               THE COURT:  IT WILL BE ADMITTED.

5               (PLAINTIFF EXHIBIT 26 IS ADMITTED INTO

6     EVIDENCE.)

7               DR. KITCHENS:  OKAY.  THANK YOU.

8     BY DR. KITCHENS:

9     Q.     I AM TRYING TO STOP SHARING THE SCREEN HERE.

10              SO, MOVING ON, DR. PULLINS, SO WITH ADHD,

11    WOULD IT BE -- IS ADHD CURABLE?

12    A.     IT IS NOT CURABLE.

13    Q.     BUT IS IT MANAGEABLE?

14    A.     YES, IT'S MANAGEABLE.  IT'S TREATABLE, YES.

15    Q.     SO BY THIS PARTICULAR MEDICATION -- OR I'M

16    SORRY, WITH THE DIAGNOSES OF ADHD, AS A FAMILY MEDICINE

17    PHYSICIAN, HOW DO YOU DETERMINE WHETHER OR NOT THE

18    TREATMENT PLAN THAT YOU HAVE GIVEN FOR THEM -- SO LET ME

19    REPHRASE THAT.

20              HOW DO DETERMINE THE TREATMENT PLAN FOR

21    THAT PARTICULAR PATIENT?

22    A.     SO IF THIS IS A NEW START THAT WE ARE REFERRING

23    TO, NORMALLY WHAT WE WILL DO IN OUR PRACTICE IS ACTUALLY

24    AGAIN GET OUR BEHAVIORAL SPECIALIST INVOLVED TO CONFIRM

25    THE SUSPICION.  AND IF THEY DO, THEN WE GO AHEAD AND

1    PRESCRIBE MEDICATION, IF THAT'S INDICATING.

2    Q.      GOT YOU.  OKAY.  THANK YOU.

3              JUST MOVING ON HERE.  AND DR. PULLINS, I

4    WOULD LIKE TO ASK YOU, IF A PATIENT HAS A LONG FORMAL

5    HISTORY OF A CERTAIN PRESCRIPTION FOR A PARTICULAR DRUG

6    SUCH AS ADDERALL, WOULD YOU FEEL COMFORTABLE TO CONTINUE

7    TO PRESCRIBE THAT MEDICATION IF IT'S DEEMED BENFICIAL

8    FOR THE PATIENT?

9    A.      YES.  SO THIS IS DIFFERENT THAN WHEN I WAS

10   SPEAKING ABOUT THE NEW START.  SO FOR A PATIENT COMING

11   IN, THEY HAVE ALREADY SHOWN A HISTORY, AND AGAIN, WE

12   ALWAYS HAVE A DATABASES TO SEE WHAT THE RECORD WAS THAT

13   SHOWED WHETHER THEY WERE ON THE MEDICATION BEFORE.  BUT

14   ALSO WE WOULD ASK FOR PREVIOUS RECORDS FROM THE PREVIOUS

15   PROVIDER TO ALSO DOCUMENT THAT.

16              AND IF THAT WAS SHOWN THAT THAT'S THE

17   DOSE THEY HAVE BEEN ON, THEY HAVE BEEN STABLE, IN THAT

18   SITUATION, YES, I WOULD REFILL IT.

19   Q.      OKAY.  I WOULD LIKE TO BRING IN -- I WOULD LIKE

20   TO BRING IN EXHIBIT NUMBER PX3 INTO THE -- I'M GOING TO

21   SHOW THAT NOW.  LET ME SHARE MY SCREEN.

22              AND NOW, DR. PULLINS -- SORRY, I AM GOING

23   TO SCROLL THROUGH THE DOCUMENT.

24              SO DR. PULLINS, WOULD YOU REFER A PATIENT

25   FOR AN EVALUATION OF A DIAGNOSES THAT THEY HAVE ALREADY

1    BEEN ON?

2    A.      NO.

3    Q.      OKAY.  DO YOU SEE HERE -- CAN YOU TELL US WHAT

4    YOU ARE WITNESSING HERE ON LINE -- UNDER THE ASSESSMENT

5    PLAN?

6    A.      YES.  SO ON THE ASSESSMENT PLAN, WHAT THAT

7    NORMALLY ENTAILS IS A DIAGNOSIS AND THEN FOLLOWED BY THE

8    DIAGNOSIS YOU SEE THOSE NUMBERS, THAT'S ICE TIN CODE.

9    THAT'S THE CODING FOR BILLING.  AND THE PLAN IS

10   BASICALLY WHAT THAT CLINICIAN FELT WAS AN APPROPRIATE

11   PLAN FOR GOING FORWARD WITH THAT PARTICULAR DIAGNOSIS.

12   Q.      AND IN THIS PLAN, WHAT WAS THE -- CAN YOU READ

13   THIS LAST LINE HERE?

14   A.      YES.  THE PLAN IS TO REFER TO PSYCHIATRY FOR

15   EVALUATION AND TREATMENT.

16   Q.      AND THE DATE IS?

17   A.      JULY 26TH OF 2017.

18   Q.      MM-HMM.

19            NOW, WOULD IT BE IN YOUR -- BY READING

20   THIS NOTE, WOULD IT TELL YOU THAT THE PERSON OR THIS

21   PARTICULAR PATIENT WOULD HAVE HAD AN EVALUATION?

22            MS. MEW:  OBJECTION.

23            THE WITNESS:  YES.

24            THE COURT:  THERE WAS AN OBJECTION THERE,

25   WHICH I ASSUME WAS BECAUSE THE QUESTION WAS LEADING,

```
 1          WHICH IT WAS.  I AM GOING TO OVERRULE IT, BUT DR.

 2          KITCHENS, REMEMBER, TRY TO ASK YOUR WITNESS OPEN-ENDED

 3          QUESTIONS.

 4                        DR. KITCHENS:  YES.  YES, SIR.

 5          BY DR. KITCHENS:

 6          Q.     I'M GOING TO NOW -- DR. PULLINS, IN YOUR

 7          CAPACITY, DO YOU TREAT -- OR WOULD YOU WRITE -- DO YOU

 8          WRITE LETTERS OF RECOMMENDATIONS ON BEHALF OF YOUR

 9          PATIENTS?

10          A.     LET ME CLARIFY, I WRITE LETTERS OF

11          ACCOMMODATION.

12          Q.     SO THAT WAS YES?

13          A.     YES.  I WANTED TO CLARIFY THE TERM USED.  YOU

14          SAID RECOMMENDATION.  I TEND TO USE LETTERS OF

15          ACCOMMODATION.

16          Q.     YES.  SORRY ABOUT THAT.

17                        DR. KITCHENS:  BEFORE WE END OUT OF HERE,

18          I WOULD LIKE TO SUBMIT INTO THE RECORD PX03, THE ENTIRE

19          DOCUMENT.

20                        MS. MEW:  NO OBJECTION.

21                        THE COURT:  ANY OBJECTION?

22                        I JUST HEARD THAT, SORRY, MS. MEW, I

23          TALKED OVER YOU.

24                        HEARING NO OBJECTION PX03 IS ADMITTED.

25                        (PLAINTIFF EXHIBIT 03 IS ADMITTED INTO
```

1      EVIDENCE.)

2      BY DR. KITCHENS:

3      Q.      SO DR. PULLINS, YOU SAY THAT YOU WOULD WRITE

4      LETTERS OF RECOMMENDATION?

5      A.      YES.

6                      DR. KITCHENS:  I WOULD LIKE TO BRING UP

7      EXHIBIT PX57.  I'M SORRY, YOUR HONOR.

8      BY DR. KITCHENS:

9      Q.      I AM GOING TO BE PULLING UP EXHIBIT 57, PX57.

10     ALL RIGHT.  HERE WE ARE.

11                     SO DR. PULLINS, CAN YOU -- CAN EVERYONE

12     SEE THIS DOCUMENT HERE?

13                     MS. MEW:  YES.

14                     THE COURT:  YES.

15     BY DR. KITCHENS:

16     Q.      DR. PULLINS, CAN YOU TELL US THE NAME OF THE

17     INSTITUTION ON THIS DOCUMENT?

18     A.      THIS IS FROM NORTHWESTERN MEDICINE.

19     Q.      CAN YOU READ THE DOCUMENT STARTING HERE?

20     A.      TO WHOM IT MAY CONCERN, THIS IS TO CERTIFY THAT

21     MARKCUS KITCHENS IS MY PATIENT.  HE HAS SIGNIFICANT

22     ANXIETY, AND IS UNDER MY TREATMENT.  I WILL SUGGEST EXAM

23     COORDINATORS TO PROVIDE HIM SOME RELAXATION ALLOWED IN

24     THE RULES AS IT WILL BE EASIER ON HIM TO UNDERGO THE

25     EXAM.

```
 1                          IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT

 2        HESITATE TO CALL ME.  THANK YOU FOR INCLUDING US AS

 3        MEMBERS OF YOUR HEALTHCARE TEAM, SINCERELY, DOCTOR GORY

 4        KAHN.

 5                          DR. KITCHENS:  FOR THE RECORD, IT'S ONLY

 6        ONE PAGE HERE AND CONTACT INFORMATION HERE.

 7        BY DR. KITCHENS:

 8        Q.      DR. PULLINS, IN YOUR EXPERIENCE IS THIS A LETTER

 9        THAT IS UNCOMMON PRACTICE TO DO?

10                          MS. MEW:  OBJECTION, YOUR HONOR.

11                          DR. KITCHENS:  SORRY.

12                          MS. MEW:  MY OBJECTION IS MORE ON

13        FOUNDATION, WHAT EXPERIENCES IS THIS BASED ON?

14                          DR. KITCHENS:  AS A FAMILY --

15                          THE COURT:  DR. KITCHENS, WHY DON'T -- GO

16        AHEAD AND REPHRASE IT.

17                          DR. KITCHENS:  YES, THANK YOU.

18        BY DR. KITCHENS:

19        Q.      DR. PULLINS, WHAT IS YOUR INTERPRETATION OF THIS

20        DOCUMENT?

21        A.      SO THIS IS A STANDARD LETTER ACCOMMODATION THAT

22        IS REQUESTED ON ALMOST A WEEKLY BASIS FROM PATIENTS FOR

23        VARIOUS REASONS, WHETHER IT'S TO HAVE A SERVICE ANIMAL,

24        WHETHER IT'S -- WHATEVER, THERE IS MULTIPLE REASONS WHY

25        WE GET THESE REQUESTS.
```

```
1      Q.      OKAY.  AND DO YOU HAVE ANY -- I WILL MOVE ON.  I

2    AM TRYING TO MAKE SURE I DON'T ASK DIRECT QUESTIONS

3    THERE.

4                    WHEN YOU ARE LOOKING AT THIS PARTICULAR

5    DOCUMENTATION OR WHEN YOU ARE WRITING A LETTER OF

6    RECOMMENDATION, HOW WOULD YOU DETERMINE THE LENGTH OF

7    EXTRA TIME GIVEN?

8                    MS. MEW:  OBJECTION, YOUR HONOR.

9                    JUST -- DR. KITCHENS, YOU ASKED -- I

10   THINK YOU HAVE ASKED TWO DIFFERENT QUESTIONS THERE.

11                   THE COURT:  I AM GOING TO OVERRULE THAT.

12                   AND DR. KITCHENS, WHY DON'T YOU -- IT'S

13   GOOD TO ASK ONE QUESTION AT A TIME.

14                   GENERALLY SPEAKING FOR THAT TYPE OF

15   OBJECTION, MS. MEW, WE WILL JUST LET THE WITNESS GO AND

16   TAKE IT IN THE FLOW.

17                   MS. MEW:  IT WAS MORE SUBSTANTIVE THAN

18   THAT, YOUR HONOR, BECAUSE THE FIRST PART WAS ASKING

19   ABOUT PEOPLE GENERALLY, AND THEN SECOND PART WAS ABOUT

20   DR. PULLINS SPECIFICALLY.  SO I JUST --

21                   THE COURT:  GO AHEAD AND REPHRASE, DR.

22   KITCHENS.

23                   DR. KITCHENS:  SORRY ABOUT THAT.  I WAS

24   TRYING TO --

25   BY DR. KITCHENS:
```

1    Q.      HOW WOULD YOU, DR. PULLINS, DETERMINE THE LENGTH

2    OF EXTRA TIME GIVEN WHEN WRITING A DOCUMENT OF SUCH?

3    A.      SO NORMALLY WHEN WE WRITE A LETTER OF

4    ACCOMMODATION, UNLESS WE HAVE THE PARTICULARS OF LIKE,

5    FOR EXAMPLE, LET'S SAY I KNOW A PERSON WORKS AN

6    EIGHT-HOUR DAY.  DEPENDING ON WHATEVER THE ISSUE IS, I

7    MAY SAY THEY CAN ONLY WORK FOUR-HOUR HALF A DAY.  SO IT

8    REALLY DEPENDS ON THE SEVERITY OF THE SYMPTOMS.

9            AS FAR AS THIS EXAM THAT YOU ARE TALKING

10   ABOUT, SOMETIMES WE DON'T NECESSARILY MAKE THE DECISION

11   ON THE EXACT TIME LIMITS, THAT'S BEYOND OUR SCOPE.  BUT

12   WE WILL REQUEST THAT WHOEVER THE ORGANIZATION IS THAT

13   THEY TAKE INTO CONSIDERATION THE UNDERLYING ISSUE AT

14   HAND, WHEN IT'S PAIN, WHETHER IT'S ADHD OR DEPRESSION,

15   ANXIETY, WHATEVER THE SITUATION IT.

16   Q.      DR. PULLINS, DO YOU FEEL THAT THE NBME'S --

17   SORRY.

18            DR. KITCHENS:  I WOULD LIKE TO SUBMIT

19   THIS DOCUMENT INTO THE RECORD, PX57, THE ENTIRE

20   DOCUMENT.

21            THE COURT:  MS. MEW?

22            MS. MEW:  NO OBJECTION, YOUR HONOR.

23            THE COURT:  ADMITTED.

24            (PLAINTIFF EXHIBIT 57 IS ADMITTED INTO

25   EVIDENCE.)

1    BY DR. KITCHENS:

2    Q.      SO DR. PULLINS, I WOULD LIKE TO ASK YOU, DO YOU

3    FEEL THAT THE NBME'S STAFF OR THIRD PARTY EVALUATORS

4    WOULD KNOW MORE ABOUT YOUR PATIENTS -- LET ME ASK IT

5    THIS WAY.

6                  WHAT IS YOUR INTERPRETATION OF THE NBME'S

7    STAFF OR THIRD PARTY EVALUATORS'S KNOWLEDGE ABOUT YOUR

8    PATIENT --

9                  MS. MEW:  OBJECTION.

10                  DR. KITCHENS:  -- SOLELY BASED ON

11   DOCUMENTATION.

12                  MS. MEW:  OBJECTION, YOUR HONOR.  THERE

13   IS NO FOUNDATION FOR THAT.

14                  THE COURT:  DR. KITCHENS, I'M NOT SURE.

15   THIS QUESTION FEELS A LITTLE BIT TO ME OUT OF LEFT

16   FIELD.  I UNDERSTAND -- I KNOW WHY YOU ARE ASKING IT,

17   BUT COULD YOU SET UP WITH THE WITNESS A LITTLE MORE

18   ABOUT WHAT YOU ARE TRYING TO GET AT?

19                  DR. KITCHENS:  OKAY.  I'M SORRY, I AM

20   TRYING NOT TO DO LEADING QUESTIONS.

21   BY DR. KITCHENS:

22   Q.    I GUESS WHAT I AM -- DR. PULLINS, WOULD YOU SAY

23   THAT A PHYSICIAN TREATING THAT PATIENT WOULD KNOW MORE

24   ABOUT -- HAVE SUBSTANTIAL INFORMATION ABOUT THEIR

25   PATIENT'S TREATMENT?

```
1              THE COURT:  DR. KITCHENS, I THINK IF YOU

2    WOULD LIKE TO ASK QUESTIONS ABOUT THE NBME'S EVALUATION

3    AND ASK THE WITNESS QUESTIONS ABOUT HIS THOUGHTS ON IT,

4    YOU MIGHT NEED TO EXPLORE THAT WITH THE WITNESS A

5    LITTLE, HIS KNOWLEDGE FIRST.

6              DR. KITCHENS:  OKAY.

7    BY DR. KITCHENS:

8    Q.     SO DR. PULLINS, WHEN -- WHAT IS YOUR

9    UNDERSTANDING OF THE PROCESS OF WHEN A PERSON SUBMITS

10   THE APPLICATION OR REQUESTING ACCOMMODATIONS TO THE

11   NBME?

12   A.     SO YOU PROVIDED AN EXHIBIT EARLIER THAT WAS THE

13   REQUEST FOR ACCOMMODATIONS FORM, SO I WAS ABLE TO REVIEW

14   THAT.  AND I THINK THERE WAS THREE CRITERIA THAT THE

15   NBME HAD LISTED FOR THE CRITERIA FOR MEETING -- TO

16   QUALIFY PATIENTS FOR A DISABILITY.

17   Q.     OKAY.

18              DR. KITCHENS:  YOUR HONOR, I WOULD LIKE

19   TO SHOW EXHIBIT PX75.

20              THE COURT:  GO AHEAD.

21   BY DR. KITCHENS:

22   Q.     SO DR. PULLINS, HERE ON THIS -- BASED ON THIS

23   FLOW CHART THAT IS -- CAN YOU TALK ABOUT THIS PARTICULAR

24   DOCUMENT OF WHAT YOU ARE NOTICING HERE IN FRONT OF YOU?

25   A.     YES.  SO THIS LOOKS LIKE THIS IS AN ALGORITHM
```

```
1     THAT THE NBME USES AS FAR AS THEIR DECISION-MAKING TO
2     DECIDE WHETHER AN APPLICANT QUALIFIES FOR ACCOMMODATIONS
3     UNDER ADA GUIDELINES.
4                 MS. MEW:  YOUR HONOR, I OBJECT AND MOVE
5     TO STRIKE.  THE WITNESS DOES NOT HAVE ANY KNOWLEDGE OF
6     THIS DOCUMENT.
7                 THE COURT:  I ASSUME WE ARE HEADED
8     TOWARDS ASKING THE WITNESS'S OPINION ABOUT SOMETHING,
9     AND THIS MAY HAVE BEEN SOMETHING HE CONSIDERED IN
10    FORMING HIS OPINIONS, MAYBE, MAYBE NOT.  LET'S SEE WHERE
11    IT GOES.
12                 OVERRULED FOR NOW.
13    BY DR. KITCHENS:
14    Q.    SO DR. PULLINS, BY LOOKING AT THIS FLOW CHART
15    HERE, YOU HAVE GIVEN YOUR INTERPRETATION ON THIS.  BASED
16    ON IT, WOULD YOU SAY THAT THE DOCUMENTATION THAT -- WHAT
17    WOULD YOU SAY THAT THE NBME RELIES ON WHEN GOING THROUGH
18    THIS FLOW CHART ON APPLICANTS FOR ACCOMMODATIONS?
19                 MS. MEW:  OBJECTION, YOUR HONOR, I DON'T
20    THINK THERE IS ANY BASIS FOR HIM TO PROVIDE AN OPINION
21    UPON THAT.
22                 THE COURT:  I WOULD LIKE TO HEAR THE
23    RESPONSE AND SEE WHERE WE GO.
24                 THE WITNESS:  YES.  I AM LOOKING AT THE
25    ALGORITHM, IT'S RIGHT IN FRONT OF ME.  SO I CAN -- I
```

1    DON'T THINK THERE IS ANY SECRETS.   I SEE WHAT THE

2    ALGORITHM STATES.   AND SO SUPPORTING DOCUMENTATION, SO

3    BASICALLY A REVIEW OF FILES, PAPERWORK, THAT THAT'S WHAT

4    IS THE MAINSTAY AS FAR AS WHAT IS BEING USED TO MAKE

5    THAT DECISION.

6    BY DR. KITCHENS:

7    Q.      OKAY.   THANK YOU.

8              DR. KITCHENS:   AND, YOUR HONOR, I WOULD

9    LIKE TO ADMIT EXHIBIT PX75 INTO THE RECORD.

10             MS. MEW:   NO OBJECTION, YOUR HONOR.

11             THE COURT:   ADMITTED.

12             (PLAINTIFF EXHIBIT 75 IS ADMITTED INTO

13   EVIDENCE.)

14   BY DR. KITCHENS:

15   Q.      SO DR. PULLINS, I WOULD LIKE TO MOVE ON HERE TO

16   ASK ABOUT -- YOU SAID EARLIER THAT YOU DID DIFFERENT

17   ARTICLES FOCUSING ON RACE AND REPRESENTATION OF PEOPLE

18   IN THE AFRICAN AMERICAN DIASPORA.   AND I WOULD LIKE TO

19   ASK YOU IN YOUR PROFESSIONAL OPINION AND A LIFELONG

20   EXPERIENCE AS AN AFRICAN AMERICAN, WHAT IS YOUR

21   PERCEPTION ON AFRICAN AMERICANS SEEKING OUT MENTAL

22   HEALTH TREATMENT?

23             MS. MEW:   OBJECTION, YOUR HONOR.   JUST

24   FOR THE RECORD, I DON'T THINK, AGAIN, THAT THIS IS

25   FIRST, RELEVANT TO THE CASE.   OR SECOND, AGAIN, DR.

1      PULLINS'S EXPERIENCES ARE ALSO SOMETHING THAT HE COULD

2      BASE HIS OPINION ON THAT WOULD -- THE ISSUES IN THIS

3      CASE.

4                     DR. KITCHENS:  YOUR HONOR --

5                     THE COURT:  THAT'S OKAY, DR. KITCHENS, I

6      DON'T NEED ANY RESPONSE.

7                     AS TO RELEVANCE, THE RELEVANCE OF THIS

8      LINE OF QUESTIONING I THINK I PROBABLY WON'T FULLY KNOW

9      THAT UNTIL WE GET CLOSER TO THE END OF THE CASE, SO I AM

10     GOING TO ALLOW IT TO PROCEED, NUMBER ONE.

11                    AND NUMBER TWO, I UNDERSTAND YOUR

12     OBJECTION ABOUT THE WAY IN WHICH THE QUESTIONS ARE

13     PHRASED.  MY VIEW ON THIS IS IT'S MORE OF A QUESTION OF

14     THE PHRASING OF THE QUESTION AS OPPOSED TO WHAT IS

15     REALLY INTENDED.  I THINK WHAT IS BEING ELICITED HERE

16     ARE DR. PULLINS'S OPINIONS IN RESPECT TO WHATEVER

17     QUESTION IS BEING ASKED, THE QUESTIONS ARE BEING PHRASED

18     IN SOMETIMES USING PERSONAL PRONOUNS, BUT I DON'T THINK

19     THAT'S WHAT IS -- AT LEAST I DON'T THINK THAT'S WHAT IS

20     INTENDED, SO I AM GOING TO OVERRULE THAT.

21                    GO AHEAD, DR. KITCHENS.

22     BY DR. KITCHENS:

23     Q.     DR. PULLINS, I WILL ASK THE QUESTION AGAIN.

24                    IN YOUR PROFESSIONAL CAPACITY AND

25     TREATING ALL DIFFERENT RACES, WHAT WOULD YOU -- WHAT

 1     WOULD BE YOUR OPINION ON -- BASED ON EXPERTISE ON

 2     AFRICAN AMERICANS SEEKING OUT MENTAL HEALTH TREATMENT?

 3     A.      I WOULD SAY THAT AS A WHOLE THAT MENTAL HEALTH

 4     IS STILL A VERY TABOO TOPIC IN THE AFRICAN AMERICAN

 5     COMMUNITY.  I WOULD SAY PROBABLY THE LAST FIVE OR

 6     TEN YEARS THERE HAS BEEN A LITTLE BIT MORE ACCEPTANCE

 7     AND UNDERSTANDING THAT THIS IS A REAL ISSUE, JUST LIKE

 8     HYPERTENSION OR DIABETES IS AN ISSUE.

 9               THAT IS ONE OF THE THINGS THAT I DO EACH

10     SUMMER IS I SPEND TWO MONTHS DOING A HEALTH SUMMER

11     SERIES TO HELP INCREASE HEALTH LITERACY BECAUSE NOT

12     HAVING ACCESS TO THE PROPER INFORMATION CAN LEAD TO LOSS

13     IN MULTIPLE LEVELS.

14               AND SO I THINK THAT ON THE WHOLE, YES,

15     THAT THAT'S A TABOO SUBJECT.  AND SO TRYING TO SEEK HELP

16     FOR ISSUES THAT YOU ARE IN DENIAL EVEN EXISTS, THAT

17     CREATES PROBLEMS.

18     Q.      THANK YOU, DR. PULLINS.

19               I WOULD LIKE TO SAY -- I WOULD LIKE TO

20     MOVE ON HERE.  AND WHEN WE ARE LOOKING AT DIFFERENT

21     THINGS SUCH AS -- I WANT TO GO KIND OF A LITTLE BIT MORE

22     PERSONAL HERE TO GET A LITTLE BIT MORE BACKGROUND FROM

23     YOU, DR. PULLINS.

24               ACCORDING YOUR C.V., DR. PULLINS, WHERE

25     DID YOU GO TO MEDICAL SCHOOL?

1    A.       LOYOLA STRITCH SCHOOL OF MEDICINE IN CHICAGO.

2    Q.       HOW WOULD YOU DESCRIBE -- HOW WOULD YOU DESCRIBE

3    YOUR PLACEMENT AND PERCENTILE IN YOUR CLASS?

4              MS. MEW:  YOUR HONOR, OBJECTION, I DON'T

5    THINK THIS IS RELEVANT.

6              DR. KITCHENS:  I AM GOING SOMEWHERE WITH

7    THIS, YOUR HONOR.

8              MS. MEW:  CAN WE HAVE AN OFFER OF PROOF

9    FIRST?

10             DR. KITCHENS:  EXPLANATION?

11             THE COURT:  DR. KITCHENS, I AM GOING TO

12   GIVE YOU A LITTLE LEEWAY.  LET'S JUST GET A FEW MORE

13   QUESTIONS OUT SO I CAN UNDERSTAND WHAT YOUR THINKING IS,

14   ALL RIGHT?

15             DR. KITCHENS:  YES, YOUR HONOR, THANK

16   YOU.

17   BY DR. KITCHENS:

18   Q.       SO DR. PULLINS, I WILL ASK AGAIN, WHAT WOULD BE

19   YOUR INTERPRETATION OF WHERE YOU PLACED IN YOUR CLASS,

20   IN YOUR MEDICAL SCHOOL CLASS, PERCENTILE?

21   A.       I DON'T HAVE A NECESSARY NUMBER, BUT I WOULD SAY

22   BELOW 50 PERCENT.

23   Q.       SO WHILE IN SCHOOL, HOW WOULD YOU -- HOW WOULD

24   YOU EXPLAIN YOUR EXPERIENCE DURING CLASS WORK WHILE IN

25   MEDICAL SCHOOL?

1    A.       SO I THINK THE FIRST TWO YEARS WAS MOSTLY THE

2    BOOK WORK.   THAT WAS PROBABLY MY BIGGEST CHALLENGES,

3    FROM JUST A TEST TAKER STANDPOINT.   DURING THE THIRD AND

4    FOURTH YEARS I DID WELL ON CLINICALS, ACTUALLY HANDS ON.

5    AT THE END OF EACH CLINICAL ROTATION THEY ARE TESTING, I

6    THINK THAT WAS PROBABLY MY ACHILLES HEEL.

7    Q.       SO DR. PULLINS, DID YOU TAKE THE USMLE STEP

8    EXAMS?

9    A.       I DID.

10   Q.       DID YOU TAKE ALL THREE PARTS OF THE USMLE STEP

11   EXAMS?

12   A.       I DID.

13   Q.       DID YOU AT ANY POINT EVER FAIL ANY OF THOSE

14   EXAMS?

15   A.       I DID NOT.

16   Q.       CAN YOU DESCRIBE TO THE COURT YOUR -- A ROUGH

17   ESTIMATE OF HOW YOU PERFORMED ON THESE EXAMINATIONS?

18   A.       I PERFORMED FAIRLY SIMILAR TO HOW I PERFORMED IN

19   MEDICAL SCHOOL.   SO AGAIN, I DON'T HAVE A PARTICULAR

20   NUMBER, IT HAS BEEN OVER 20 YEARS.   BUT AGAIN, I WOULD

21   SAY LESS THAN IN THE 50 PERCENTILE.

22   Q.       AND WHAT WOULD BE YOUR OPINION ON TEST SCORES ON

23   HIGH-STAKE EXAMINATIONS IN THE AFRICAN AMERICAN

24   COMMUNITY?

25                MS. MEW:   YOUR HONOR, I OBJECT TO THAT

1    SPECIFIC QUESTION, IN ADDITION TO MY SORT OF MY PENDING

2    OBJECTION ON THIS WHOLE LINE OF TESTIMONY.

3              THE COURT:  OVERRULED FOR NOW.

4              THE WITNESS:  SO WITHOUT SEEING ANY

5    ACTUAL NUMBERS, I CAN'T -- I WOULD BE GUESSING.  I DON'T

6    KNOW WHAT THAT PERCENTAGE WOULD BE.

7    BY DR. KITCHENS:

8    Q.     DR. PULLINS, WHAT IS YOUR UNDERSTANDING OF -- DO

9    YOU HAVE ANY KNOWLEDGE OR INSIGHT ON HOW AFRICAN

10   AMERICANS TEST COMPARED TO OTHER, SAY THEIR WHITE

11   COUNTERPARTS OR -- YES.

12   A.     SO AGAIN, I DON'T HAVE ANY PARTICULAR

13   PERCENTAGES TO GIVE YOU A CLEAR ANSWER ON THAT.

14             I WILL SAY THIS, AS AN AFRICAN AMERICAN

15   MALE PHYSICIAN, I MAKE UP LESS THAN THREE PERCENT OF ALL

16   AFRICAN AMERICAN PHYSICIANS, AND THAT WAS AS OF 2023.

17   SO I THINK WE ARE 2.7 PERCENT.  IN 1940, THE PERCENTAGE

18   OF AFRICAN AMERICAN MALES WAS 2.8.  SO WE WENT

19   BACKWARDS.  I THINK THAT THE AFRICAN AMERICAN POPULATION

20   WAS AROUND 9.7 PERCENT BACK IN 1940, AND NOW IT IS -- WE

21   ARE 13 PERCENT, YET THE PERCENTAGES WENT DOWN.

22             SO WHEN I LOOK AT THAT NUMBER, IT MAKES

23   ME -- IT'S HARD FOR ME TO BELIEVE THAT THERE IS NOT

24   OTHER FACTORS THAT PLAY THAT IS KEEPING THAT NUMBER

25   WHERE IT IS.

1    Q.        DR. PULLINS, WHEN YOU APPLIED FOR --

2    APPROXIMATELY HOW MANY RESIDENCY PROGRAMS DID YOU APPLY

3    FOR?

4    A.        AGAIN, IT HAS BEEN A WHILE.  I WOULD SAY

5    PROBABLY IT WAS AROUND FIVE.

6    Q.        AND DR. PULLINS, ARE YOU AWARE OF WHAT -- ARE

7    YOU AWARE THAT SOME PROGRAMS, RESIDENCY PROGRAMS, LOOK

8    AT DIFFERENT FACTORS WHEN ACCEPTING APPLICANTS?

9    A.        YES.

10   Q.        CAN YOU GIVE THE COURT SOME INSIGHT OF WHAT

11   THESE RESIDENCY PROGRAMS ARE LOOKING AT?

12             MS. MEW:  OBJECTION, YOUR HONOR, I DON'T

13   THINK AN ADEQUATE FOUNDATION HAS BEEN LAID.

14             THE COURT:  OVERRULED FOR NOW.

15             GO AHEAD.

16             THE WITNESS:  SO THE QUESTION WAS, WHAT

17   DO RESIDENCY PROGRAMS LOOK FOR IN APPLICANTS?

18   BY DR. KITCHENS:

19   Q.        YES.

20   A.        SO OBVIOUSLY YOU LOOK AT TRANSCRIPTS AND GRADES.

21   ALSO WE ARE GOING TO LOOK AT WHAT IS -- WHAT ARE THEY

22   LOOKING FOR IN A CANDIDATE, SO THAT THERE MAY BE

23   VOLUNTEER WORK, OTHER THINGS THAT SHOWED THE CANDIDATES

24   ARE WELL-ROUNDED, THAT THEY WILL TAKE INTO CONSIDERATION

25   AS FAR AS WHETHER THEY PURSUE A PARTICULAR APPLICANT OR

 1     NOT.

 2     Q.       THANK YOU, DR. PULLINS.

 3               DR. KITCHENS:  YOUR HONOR, I WOULD LIKE

 4     TO BRING IN EXHIBIT PX79.

 5               DR. PULLINS, CAN YOU TELL US HERE --

 6     LET'S SEE.  ONE SECOND.

 7               CAN YOU TELL US HERE -- DR. PULLINS, CAN

 8     YOU READ THIS SECTION HERE?

 9               MS. MEW:  YOUR HONOR, AGAIN, BEFORE WE

10     GET INTO IT, I OBJECT.  THIS IS A UNIVERSITY OF KENTUCKY

11     DOCUMENT, IT LOOKS LIKE.  AND I DON'T THINK THAT DR.

12     PULLINS HAS ANY FIRSTHAND KNOWLEDGE OF THIS DOCUMENT.

13               THE COURT:  SORRY, DR. KITCHENS, CAN YOU

14     ESTABLISH THROUGH THE WITNESS A SENSE OF WHAT WE ARE

15     LOOKING AT?

16               DR. KITCHENS:  YES, SIR.  SORRY YOUR

17     HONOR.  SO YOU WOULD LIKE FOR ME TO ESTABLISH WHAT THIS

18     DOCUMENT IS?

19               THE COURT:  RIGHT, FOR MY BENEFIT ALSO SO

20     THAT I UNDERSTAND IT.  IT WILL HELP ME UNDERSTAND THE

21     WITNESS'S TESTIMONY, TO UNDERSTAND THE WITNESS'S

22     UNDERSTANDING OF THE DOCUMENT.

23               DR. KITCHENS:  YES, SIR.  SO THIS

24     DOCUMENT HERE IS A PRINTOUT OF THE WEBSITE FROM THE

25     UNIVERSITY OF KENTUCKY'S RESIDENCY PROGRAM AND INTERNAL

1    MEDICINE.

2                    THE COURT:  I WANTED YOU TO ASK THE

3    WITNESS THESE QUESTIONS.

4                    DR. KITCHENS:  I'M SO SORRY.

5    BY DR. KITCHENS:

6    Q.       DR. PULLINS.

7    A.       YES.

8    Q.       CAN YOU TELL ME ABOUT THIS DOCUMENT HERE?

9    A.       YES.  THIS LOOKS LIKE THIS IS A SCREEN SHOT OF A

10   WEB PAGE FROM THE UNIVERSITY OF KENTUCKY INTERNAL

11   MEDICINE RESIDENCY PROGRAM.  THEY GAVE ME INFORMATION OR

12   BACKGROUND INFORMATION ON THE PROCESSES THAT THEY

13   PARTICIPATE IN AS FAR AS THE RESIDENCY PROGRAM.

14   Q.       AND SO HERE -- DR. PULLINS, CAN YOU READ THIS,

15   THE HIGHLIGHTED REQUIREMENTS, ADDITIONAL PROGRAM

16   REQUIREMENTS HERE?

17   A.       YES.  ADDITIONAL PROGRAM REQUIREMENTS.  OUR

18   APPLICATION REVIEW RELIES ON THE MEDICAL SCHOOL

19   PERFORMANCE EVALUATION, INTERNAL MEDICINE STANDARD

20   EVALUATION LETTERS FROM YOUR CLERKSHIPS, PERSONAL

21   STATEMENTS AND THREE LETTERS OF RECOMMENDATION.  WE

22   EXPECT A FIRST-TIME PASSING SCORE ON STEP 1.  WE

23   GENERALLY PREFER A UNITED STATES MEDICAL LICENSE EXAM

24   STEP 2 SCORE AROUND THE MEAN.

25   Q.       SO DR. PULLINS, WITH READING THIS STATEMENT,

1    WHAT WOULD YOU GATHER -- WHAT WOULD YOU GATHER FROM THIS

2    LINE HERE?

3                   MS. MEW:  OBJECTION, YOUR HONOR.

4                   THE COURT:  OVERRULED.  I AM STILL NOT

5    ENTIRELY SURE WHERE WE ARE HEADED ON THIS.  I WANT TO

6    KEEP LISTENING.

7                   MS. MEW:  OKAY.

8                   THE WITNESS:  SO MY INTERPRETATION WOULD

9    BE THAT THEY DO NOT EVEN CONSIDER APPLICANTS WHO HAVE

10   NOT PASSED STEP 1 THE FIRST TIME.

11   BY DR. KITCHENS:

12   Q.    SO IF I AM UNDERSTANDING YOU CORRECTLY, DR.

13   PULLINS, IF A CANDIDATE IS -- SAY A CANDIDATE HAS FAILED

14   STEP 1, THREE TIMES, BY READING THIS LINE, WHAT WOULD

15   THE -- DO YOU FEEL THAT THAT CANDIDATE WOULD BE OFFERED

16   A POSITION IN THEIR RESIDENCY PROGRAM?

17                   MS. MEW:  I'M SORRY?

18                   THE WITNESS:  HIGHLY UNLIKELY.

19                   DR. KITCHENS:  THANK YOU, YOUR HONOR, FOR

20   THAT.  I WOULD LIKE TO PUT THIS EXHIBIT INTO THE RECORD,

21   EXHIBIT PX79.

22                   MS. MEW:  YOUR HONOR, I OBJECT.  THERE IS

23   NO FOUNDATION.  AGAIN, DR. PULLINS IS NOT ASSOCIATED

24   WITH THE UNIVERSITY OF KENTUCKY AND DOES NOT HAVE ANY

25   KNOWLEDGE TO DISCUSS THE REQUIREMENTS OF THE UNIVERSITY

```
1    OF KENTUCKY.

2                    DR. KITCHENS:  YOUR HONOR, IT'S AN

3    OFFICIAL PUBLICATION ON THEIR WEBSITE.

4                    THE COURT:  IT'S A HEARSAY DOCUMENT THAT

5    I -- THE TESTIMONY, WE ARE HAVING SOME GENERAL TESTIMONY

6    ABOUT HOW RESIDENCY PROGRAMS WORK, WHICH I APPRECIATE

7    AND IS HELPFUL TO SOME DEGREE.  BUT THIS PARTICULAR

8    DOCUMENT IS A HEARSAY DOCUMENT, UNLESS THE WITNESS CAN

9    TELL ME A LITTLE MORE ABOUT IT.

10   BY DR. KITCHENS:

11   Q.      SO DR. PULLINS, TALK MORE ABOUT THIS PARTICULAR

12   DOCUMENT, AS HAVE WE TALKED ABOUT FIRST TIME PASSING

13   SCORE AT THE UNIVERSITY OF KENTUCKY, WHAT THEY ARE

14   LOOKING FOR IN A CANDIDATE.

15                   SO THIS DOCUMENT BASICALLY HERE, WHAT

16   WOULD YOU GATHER AS AN OVERALL COMPONENT OF WHAT IS

17   BEING SHOWN HERE OF ADDITIONAL REQUIREMENTS FROM THE

18   UNIVERSITY OF KENTUCKY?

19                   SHALL I REPHRASE?

20   A.      YES, CAN YOU REPHRASE?

21   Q.      OKAY.  SO TO HELP THE COURT UNDERSTAND MORE

22   ABOUT THE DOCUMENT HERE AND -- FROM THE UNIVERSITY OF

23   KENTUCKY'S WEBSITE ABOUT THE ADDITIONAL INFORMATION THAT

24   THEY REQUIRE AND IN YOUR OWN WORDS, HOW WOULD YOU

25   SUMMARIZE THIS ENTIRE PARAGRAPH?
```

1   A.       SO I WOULD SAY THIS, THAT THIS KIND OF WEBSITE

2   IS COMMON PRACTICE.  THE INFORMATION THAT IS ON THESE

3   WEBSITES, AND THIS IS FOR THE SAKE ALSO OF THE APPLICANT

4   WHO IS CONSIDERING WHICH PROGRAMS THAT THEY WILL EVEN

5   PUT AN APPLICATION IN.  AND SO THIS INFORMATION IS

6   HELPFUL, BECAUSE LET'S SAY I AM A FOURTH YEAR MEDICAL

7   STUDENT DECIDING ON WHICH PROGRAMS I AM GOING TO SUBMIT

8   APPLICATIONS TO.  I AM GOING TO USE THIS AS A BASIS TO

9   DECIDE IF I SHOULD EVEN DO THAT BASED ON THE

10  REQUIREMENTS OF THAT PARTICULAR PROGRAM.

11       SO IF I HAVE NOTICED -- I AM READING THIS

12  AND IT SAYS THEY EXPECT A FIRST TIME PASSING, FOR ME

13  THAT WOULD DISCOURAGE ME FROM EVEN PUTTING AN

14  APPLICATION INTO THIS PROGRAM, BECAUSE I IF I HAD NOT

15  PASSED IT, THEY ARE STATING THAT THIS IS NOT SOMETHING

16  THAT IS ALLOWABLE.

17  Q.       ALL RIGHT.  THANK YOU, DR. PULLINS, FOR THAT.

18       DR. KITCHENS:  IS THE COURT PLEASED?

19       THE COURT:  SO I'M NOT GOING TO ADMIT

20  PX79 FOR NOW.  THE REASON FOR THAT IT IS HEARSAY, AND

21  IT'S FINE FOR EXPERTS TO DISCUSS HEARSAY, USE IT IN

22  FORMING THEIR OPINIONS IF IT'S THE KIND OF THING THAT

23  THEY WOULD ORDINARILY LOOK TO.  AND I AM COMPLETELY

24  SATISFIED THAT DR. PULLINS WOULD TAKE INTO CONSIDERATION

25  A WEBSITE FOR A MEDICAL SCHOOL ABOUT A RESIDENCY

1     PROGRAM, I AM NOT BOTHERED BY THAT.  DR. PULLINS'S

2     TESTIMONY IS FINE.

3                    BUT I AM NOT GOING TO ADMIT THE DOCUMENT

4     ITSELF.  I DON'T KNOW IF THERE IS ANOTHER WITNESS LATER

5     WHO WOULD MAKE IT ADMISSIBLE, BUT FOR NOW IT'S NOT

6     ADMITTED.

7                    DR. KITCHENS:   OKAY.

8     BY DR. KITCHENS:

9     Q.      SO DR. PULLINS, ARE YOU A -- CAN YOU DESCRIBE

10    THE PROCESS TO THE COURT FOR APPLYING FOR A LICENSING IN

11    A STATE?

12    A.      I CAN ONLY SPEAK TO ARIZONA, BECAUSE EACH STATE

13    HAS DIFFERENT REQUIREMENTS, BUT THE MAJORITY OF THEM ARE

14    FAIRLY SIMILAR.  SO THEY WANT TO KNOW THAT YOU ARE IN

15    GOOD STANDINGS BY LOOKING AT YOUR TRANSCRIPTS.  THEY

16    ALSO WANT TO MAKE SURE THAT THERE IS NO CRIMINAL RECORD.

17    THEY WANT TO LOOK AT ANY LETTERS OF RECOMMENDATIONS AS

18    WELL.  THOSE ARE KIND OF THE ESSENTIAL INFORMATION

19    PACKET THAT IS SENT INTO THE STATE BOARD.

20    Q.      AND FOR CLARIFICATION, DR. PULLINS, YOU SAID

21    TRANSCRIPTS.  WHAT TYPE OF TRANSCRIPTS ARE YOU REFERRING

22    TO?

23    A.      SO BASICALLY GRADES, TEST RESULTS, THOSE ARE

24    WHAT I AM SPEAKING OF, WHERE YOU ACTUALLY WENT TO

25    SCHOOL.

1    Q.       AND YOU SAID TEST RESULTS.  WHAT TYPE OF TEST

2    RESULTS ARE YOU ACTUALLY REFERRING TO HERE?

3    A.       SO IN PARTICULAR IN MEDICINE, WE ARE TALKING

4    ABOUT THE USMLE STEP 1, 2 AND 3.

5    Q.       SO AM I UNDERSTANDING THAT THESE PARTICULAR

6    EXAMINATIONS ARE IMPORTANT FOR APPLYING FOR STATE

7    LICENSURE?

8    A.       YES, THEY ARE TAKEN INTO CONSIDERATION, YES.

9    Q.       OKAY.  THANK YOU, DR. PULLINS ON THAT.

10                 SO I WOULD ASK YOU HERE, CAN YOU EXPLAIN

11   AS A STATE -- AS A LICENSED PHYSICIAN, AND JUST STATING

12   THAT SUCH EXAM TRANSCRIPTS, SUCH AS THE USMLE ARE

13   REVIEWED, CAN YOU GIVE YOUR INSIGHT ON HOW IMPORTANT IT

14   IS -- ON HOW THIS EXAM -- CAN YOU TELL US ABOUT THE

15   POTENTIAL LONG-TERM CONSEQUENCES OF A CANDIDATE IF THEY

16   ARE ALLEGED -- IF THE ALLEGED DISCRIMINATION BY THE

17   DEFENDANT IS NOT ADDRESSED OR REMEDIED BY THE COURT.

18                 MS. MEW:  OBJECTION TO FORM, YOUR HONOR.

19                 THE COURT:  IT'S OKAY, DR. PULLINS, YOU

20   CAN ANSWER IF YOU UNDERSTOOD THE QUESTION.

21                 THE WITNESS:  YES.

22   BY DR. KITCHENS:

23   Q.       I WILL REDO IT FOR YOU, DR. PULLINS MORE CLEAR.

24                 SO WHAT IS YOUR -- BASED ON YOUR

25   EXPERIENCE AND YOUR OPINION AS A LICENSED PHYSICIAN,

1      WHAT ARE THE POTENTIAL LONG-TERM CONSEQUENCES OF A

2      MULTIPLE FAILED USMLE TRANSCRIPT?

3      A.      ARE YOU REFERENCING THAT INTO SEEKING BOARD

4      CERTIFICATION OR TO JUST GET A LICENSE IN GENERAL IN A

5      STATE?

6      Q.      IN GENERAL.

7      A.      OKAY.  SO IN THAT CONTEXT, THE TRANSCRIPTS OR

8      THE TEST SCORES REALLY -- WHERE IT IS GOING TO BE MOST

9      IMPACTFUL IS GOING TO BE DURING THAT FIRST INITIAL

10     LICENSE APPLICATION THAT GOES IN.  BECAUSE ONCE YOU GET

11     PASSED THAT, THE SUBSEQUENT YEARS IS NOT AS IMPORTANT.

12     BUT IF YOU DON'T EVEN GET A LICENSE TO BEGIN WITH,

13     OBVIOUSLY THAT'S GOING TO HAVE LONG LASTING

14     IMPLICATIONS, BECAUSE YOU MAY NOT BE ABLE TO PRACTICE IN

15     THAT STATE, SO YOU MAY HAVE TO START LOOKING ELSEWHERE.

16     SO IT IS REALLY THAT FIRST TIME APPLICATION THAT WHERE

17     THOSE TRANSCRIPTS REALLY ARE MOST IMPACTFUL.

18     Q.      YOU SAID ABOUT DIFFERENT STATES, THAT THE PERSON

19     CAN APPLY TO.

20                  CAN YOU ELABORATE THERE?

21     A.      YES.  SO EACH STATE HAS THEIR OWN STATE BOARD,

22     MEDICAL LICENSE BOARD.  AND SO JUST BECAUSE I AM

23     LICENSED IN ARIZONA DOES NOT MEAN I AM AUTOMATICALLY

24     ACCEPTED IN ILLINOIS, PER SE.  SO I WOULD HAVE TO GO

25     THROUGH THE WHOLE PROCESS.  IT WOULD BE MORE RIGOROUS

1    VERSUS ME JUST REAPPLYING IN ARIZONA WHERE I AM ALREADY

2    LICENSED.

3    Q.      THANK YOU, DR. PULLINS.

4              DR. KITCHENS:  YOUR HONOR, I HAVE NO

5    FURTHER QUESTIONS.

6              THE COURT:  LET ME ASK A QUESTION TO

7    PROBABLY THE WITNESS.  I WILL GIVE FIRST PRIORITY TO --

8    THE NEXT, AS YOU PROBABLY KNOW, DR. PULLINS, MS. MEW IS

9    ENTITLED TO ASK YOU QUESTIONS AT THIS POINT AS WELL FOR

10   CROSS EXAMINATION.  JUST BASED ON THE TIME, I WOULD

11   PROBABLY TAKE A LUNCH BREAK HERE, BUT I WANT TO ASK YOU

12   FIRST JUST IN CASE IF YOU ARE REALLY TIGHT ON TIME WE

13   CAN KEEP GOING.

14             THE WITNESS:  YES, I EXPECTED TO GO

15   STRAIGHT THROUGH, BECAUSE I DO HAVE PATIENTS IN JUST A

16   LITTLE OVER AN HOUR.

17             THE COURT:  OKAY.

18             MS. MEW, CAN WE KEEP GOING?

19             MS. MEW:  YES, YOUR HONOR.

20             THE COURT:  LET'S KEEP ROLLING.  I WILL

21   TURN THE WITNESS OVER TO YOU THEN, MS. MEW.

22             CROSS-EXAMINATION

23   BY MS. MEW:

24   Q.    DR. PULLINS, DID I UNDERSTAND YOU CORRECTLY THAT

25   YOU STATED WHEN YOU WERE DOING AN ADHD DIAGNOSIS YOU

1     LIKED TO PROVIDE RATING SCALES TO TEACHERS OR EMPLOYERS

2     OF YOUR PATIENT, IS THAT RIGHT?

3     A.     THAT IS CORRECT.

4     Q.     AND YOU ALSO -- I BELIEVE YOU ALSO TESTIFIED

5     THAT YOU ARE LOOKING FOR NOT ONLY INFORMATION ABOUT THE

6     SYMPTOMS THAT A PATIENT IS DESCRIBING, BUT ALSO THE

7     IMPAIRMENT THAT THEY ARE EXPERIENCING AS A RESULT OF THE

8     SYMPTOMS, CORRECT?

9     A.     THAT IS CORRECT.

10    Q.     HAVE YOU EVER SERVED ON A MEDICAL LICENSING

11    BOARD?

12    A.     I HAVE NOT.

13    Q.     HAVE YOU EVER SERVED AS A LEADER OF A MEDICAL

14    RESIDENCY PROGRAM WHO DECIDES WHO IS ACCEPTED INTO A

15    MEDICAL RESIDENCY PROGRAM?

16    A.     NO, I HAVE NOT.

17    Q.     AND JUST SO I AM CLEAR, YOU NEVER PROVIDED

18    MEDICAL CARE TO DR. KITCHENS.  IS THAT CORRECT?

19    A.     THAT IS CORRECT.

20    Q.     OR EVALUATED HIM IN ANY WAY?

21    A.     THAT IS ALSO CORRECT.

22               MS. MEW:  I DON'T HAVE ANY OTHER

23    QUESTIONS, YOUR HONOR.

24               THE COURT:  DR. KITCHENS, DO YOU HAVE ANY

25    REDIRECT?

1              DR. KITCHENS:  YES, YOUR HONOR, I DO.

2                    REDIRECT EXAMINATION

3     BY DR. KITCHENS:

4     Q.      DR. PULLINS, IN YOUR PRACTICE AT WORKING AT MAYO

5     CLINIC, DOES MAYO CLINIC OFFER A RESIDENCY PROGRAM?

6     A.      YES, MULTIPLE RESIDENCY PROGRAMS.

7     Q.      WHAT PROGRAMS ARE THOSE, SOME OF THEM?

8     A.      FAMILY MEDICINE, INTERNAL MEDICINE, DERMATOLOGY,

9     ANESTHESIOLOGY, CARIOLOGY.

10    Q.      AND SO IN YOUR 20-YEAR TENURE AT MAYO CLINIC,

11    HAVE YOU HAD RESIDENTS -- HAVE YOU WORKED WITH

12    RESIDENTS?

13    A.      YES.

14    Q.      DO YOU HAVE COLLEAGUES OF YOURS WHO ARE A PART

15    OF MAYO CLINICS -- WHO SIT ON MAYO CLINIC'S BOARD FOR

16    RESIDENCY PROGRAM?

17    A.      YES.

18    Q.      AND WOULD YOU KNOW BY YOUR EXPERIENCE AND

19    WORKING WITH THIS -- HOW LONG HAVE YOU WORKED AT MAYO

20    CLINIC?

21    A.      I TRAINED HERE, BUT I WORKED HERE AS A

22    CONSULTANT SINCE 2013, SO TEN YEARS.

23    Q.      TEN YEARS YOU'VE BEEN THERE.  AND SO YOU SAY

24    THAT YOU HAVE HAD RESIDENTS AND YOUR COLLEAGUES ARE ON

25    THE BOARD FOR RESIDENCY PROGRAM, ET CETERA.  OKAY.

1          WHEN LOOKING AT THE -- YOU STATED THAT

2    YOU HAVE NEVER TREATED ME, CORRECT?

3    A.      THAT IS CORRECT.

4    Q.      FROM THE DOCUMENTATION -- I GUESS, WHAT I AM

5    WANTING TO GET AT HERE IS, WHAT WOULD BE YOUR OPINION AS

6    AN EXPERIENCED PHYSICIAN ON TAKING, LET'S SAY -- SORRY,

7    ONE SECOND.

8          IN YOUR EXPERIENCE FROM WORKING AS A

9    FAMILY MEDICINE PHYSICIAN FOR 20-PLUS YEARS, WOULD

10   YOU -- WHAT WOULD BE YOUR OPINION ON REFERRING TO A

11   PATIENT ON -- SOLELY ON DOCUMENTATION, OR DOCUMENTATION

12   FROM THE TREATING PHYSICIAN, WHAT WOULD BE YOUR OPINION?

13   A.      CAN YOU -- I'M SORRY, CAN YOU REPHRASE THAT?

14   Q.      YES.  SO TO MAKE IT PLAINLY, HOW WOULD YOU WEIGH

15   IN ON A DOCUMENT -- ON JUST DOCUMENTATION OF A PATIENT'S

16   ILLNESS OR THE TREATING PHYSICIAN WHO KNOWS THAT PATIENT

17   AND SEES THE PATIENT AND WHO WROTE THE DOCUMENTATION,

18   HOW WOULD YOU RATE THOSE OR WEIGH INTO ACCOUNT OF THOSE

19   DOCUMENTATION?

20   A.      YES.  SO DOCUMENTATION IS ONLY PART OF IT.

21   THERE HAVE BEEN SCENARIOS WHERE I VIEWED A CONSULTANT'S

22   NOTES AND THERE WOULD BE SOMETHING THAT I JUST DON'T

23   FULLY HAVE THE GRASP ON.  AND SO I MAY PICK UP THE

24   TELEPHONE AND CALL THAT PARTICULAR AUTHOR OF THAT

25   DOCUMENT TO GET CLARIFICATION.  SOMETIMES THAT EXTRA

1       INFORMATION MAKES ME -- GIVES ME A BETTER COMPREHENSION

2       OF WHAT THE DOCUMENT WAS STATING.

3       Q.      SO IS IT YOUR OPINION -- SO TALKING TO THE

4       ACTUAL PRACTICING PHYSICIAN OF THAT PARTICULAR PATIENT

5       IS IMPORTANT, IS THAT WHAT YOU ARE SAYING?

6       A.      IT IS DEFINITELY HELPFUL, YES.

7       Q.      AND LASTLY HERE, IN YOUR EXPERIENCE, ARE YOU

8       ABLE TO MAKE MEDICAL DECISIONS AND DIAGNOSES BASED ON

9       PREEXISTING MEDICATIONS?

10              LET ME --

11      A.      CAN YOU REPHRASE THAT?

12      Q.      YES.  IN YOUR EXPERIENCE, ARE YOU ABLE TO REVIEW

13      MEDICAL RECORDS AND USE THOSE MEDICAL RECORDS AS A

14      FOUNDATION TO PROCEED ON A PARTICULAR DIAGNOSES OF ONE

15      OF YOUR PATIENTS?

16      A.      YES.

17              DR. KITCHENS:  THANK YOU, YOUR HONOR, I

18      HAVE NO FURTHER QUESTIONS.

19              THE COURT:  ANY RECROSS, MS. MEW?

20              MS. MEW:  NO, YOUR HONOR.

21              THE COURT:  DR. PULLINS, I JUST HAVE A

22      COUPLE OF QUESTIONS FOR YOU.  AND I APOLOGIZE IF THESE

23      ARE REDUNDANT AT ALL, BECAUSE SOMETIMES IT'S HARD TO

24      KEEP EVERYTHING IN MY HEAD.

25      BY THE COURT:

1    Q.        HAVE YOU -- WELL, I BELIEVE THAT YOU TESTIFIED

2    ABOUT HAVING PROVIDED PATIENTS WITH RECOMMENDED

3    ACCOMMODATIONS FOR CERTAIN PURPOSES, CORRECT?

4    A.        THAT IS CORRECT, YOUR HONOR.

5    Q.        HAVE YOU EVER PROVIDED A RECOMMENDED

6    ACCOMMODATION TO A PATIENT FOR TEST TAKING PURPOSES?

7    A.        I HAVE, SIR.

8    Q.        COULD YOU TELL ME ABOUT THE OCCASIONS WITHOUT,

9    OF COURSE, USING NAMES, BUT CAN YOU TELL ME ABOUT THE

10   OCCASION?

11   A.        SURE.  SO NORMALLY THESE ARE EITHER COLLEGE

12   STUDENTS, AND IT'S USUALLY TEST TAKING RELATED TYPE OF

13   ACCOMMODATIONS.  AT THE HIGH SCHOOL LEVEL A LOT OF TIMES

14   I DON'T HAVE TO GET INVOLVED BECAUSE THE SCHOOL

15   DISTRICTS HAVE THEIR OWN INTERNAL EVALUATORS THAT DECIDE

16   ON WHETHER A STUDENT NEEDS PARTICULAR ACCOMMODATIONS, SO

17   I DON'T REALLY GET THE -- THE MAJORITY OF MINE ARE

18   USUALLY COLLEGE-AGED STUDENTS.

19   Q.        I SEE.

20                       AND ABOUT HOW MANY TIMES DO YOU REMEMBER

21   GIVING SUCH A RECOMMENDATION?

22   A.        WELL, IN THE LAST YEAR I CAN REMEMBER ONE IN

23   PARTICULAR.  I CAN TELL YOU THAT ONE FOR SURE.

24   Q.        OKAY.  WERE ANY OF THOSE OCCASIONS FOR A

25   STANDARDIZED TEST AS FAR AS YOU KNOW?

1    A.        NO, THIS WAS JUST FOR THE COLLEGE CLASS

2    COURSEWORK EXAMS.

3    Q.        OKAY.  WERE ANY OF THE OCCASIONS WHERE YOU GAVE

4    A RECOMMENDED ACCOMMODATION FOR TEST TAKING PURPOSES

5    RELATED TO ADHD OR ANYTHING SIMILAR?

6    A.        BEHAVIORAL HEALTH, SO ANXIETY IN PARTICULAR.

7    Q.        ANXIETY?

8    A.        YES.

9    Q.        OKAY.  WHEN YOU ARE REACHING YOUR RECOMMENDED

10   ACCOMMODATION, WHAT KINDS OF THINGS DO YOU STUDY, AND

11   WHAT DO YOU TAKE INTO ACCOUNT IN FORMING YOUR OPINION?

12   A.        YES.  SO NORMALLY I GO BACK AND GET AN ACADEMIC

13   HISTORY, SO I TRY TO FIND OUT WHAT WAS GOING ON EVEN AS

14   EARLY AS ELEMENTARY SCHOOL.  AND THEN ASK OBJECTIVELY

15   WHAT KIND OF GRADES THEY ARE SEEING, HOW DID THEY DO AS

16   FAR AS COMPLETING TASKS ON TIME.  SO I AM LOOKING AT

17   THOSE PICTURES.  AND EVEN ASKING IF A PARENT IS

18   INVOLVED, I WILL TALK WITH THEM AND INTERVIEW THEM AND

19   SAY HEY, DID YOU NOTICE A OR B OR C TYPE OF BEHAVIORS

20   WHEN SALLY JANE WAS IN YOUR HOME.  SO I GET ALL OF THAT

21   INFORMATION AND THAT KIND OF HELPS KIND OF PAINT A

22   BIGGER PICTURE OF HOW THIS HAS IMPACTED THAT

23   INDIVIDUAL'S ACADEMIC PERFORMANCE.

24   Q.        WHEN YOU ARE REACHING YOUR CONCLUSION ABOUT A

25   RECOMMENDED ACCOMMODATION, DO YOU EVER TAKE INTO ACCOUNT

1    THE PATIENT'S OWN SELF-NARRATIVE?

2    A.       YES.  I MEAN, IN THEIR OWN WORDS I WANT TO HEAR

3    -- WHAT IS THEIR PERCEPTION OF THE CONDITION AND WHAT --

4    HOW ARE THEY SEEING THAT AS INHIBITING THEIR ABILITY TO

5    PERFORM WHATEVER TASK AT HAND, SO YES, I DEFINITELY TAKE

6    INTO ACCOUNT WHAT THEY HAVE TO SAY AS WELL.

7    Q.       IF A PATIENT IS HAVING ACADEMIC SUCCESS, IS

8    ADVANCING THROUGH GRADES, GOES TO COLLEGE, WHATEVER IT

9    MIGHT BE.  HOW CAN YOU TELL THAT A PATIENT WHO IS HAVING

10   ACADEMIC SUCCESS ALSO WARRANTS -- OR ALSO DESERVES YOUR

11   RECOMMENDED ACCOMMODATION?

12   A.       SO IN MY 20 YEARS, I HAVE NEVER HAD A PATIENT

13   THAT WAS GETTING A'S COME TO ME FOR EVALUATION FOR ADHD

14   OR ADD OR ASK FOR ACCOMMODATION.  WHEN THAT HAS

15   HAPPENED, THOSE PATIENTS ARE USUALLY B, C STUDENTS.  I

16   THINK WITH ADHD IN PARTICULAR, DEPENDING ON SOMEONE'S

17   I.Q. THEY CAN COMPENSATE VERY WELL FOR YEARS.  IT'S NOT

18   UNTIL THE COURSEWORK IS TO A CERTAIN LEVEL THAT IT EVEN

19   MANIFESTS -- THAT THAT'S THE ISSUE.  THEY MAY TRY TO

20   STUDY HARDER AND STUDY LONGER, NOT UNDERSTANDING THAT

21   WHAT THEY ARE TRYING TO OVERCOME, THERE IS ACTUALLY A

22   DIAGNOSE THAT IS ACTUALLY UNKNOWN TO THEM.

23   Q.       CAN YOU TELL ME A LITTLE MORE ABOUT THE CONCEPT

24   OF COMPENSATION?

25   A.       SO FOR EXAMPLE, I WILL EVEN USE IT IN -- WHEN WE

1    TALK ABOUT -- WHEN WE LOOK AT DEMENTIA PATIENTS.  SO IF

2    A PATIENT HAD A HIGHER I.Q. OR THEY WENT HIGHER IN

3    EDUCATION, IT MAY BE THEY CAN -- IT'S HARD TO PICK UP

4    THAT THEY ARE HAVING SOME MEMORY LAPSES, IF -- BECAUSE

5    THEY CAN COMPENSATE MENTALLY BY HAVING A CONVERSATION TO

6    KIND OF THROW YOU OFF VERSUS SOMEONE WHO DOES NOT HAVE

7    THAT SAME EDUCATIONAL LEVEL, THEY MAY SHOW OR MANIFEST

8    MUCH EARLIER OR BE MORE APPARENT TO YOU THAT THEY ARE

9    SUFFERING MENTALLY.

10                 THE COURT:  OKAY.  SINCE I ASKED -- THANK

11   YOU, BY THE WAY.  SINCE I ASKED A NUMBER OF QUESTIONS,

12   IN SPIRIT OF FAIRNESS, I AM GOING TO ASK EACH OF THE

13   LAWYERS IF THEY HAVE ANY FOLLOWUP, SPECIFICALLY TO WHAT

14   I ASKED.

15                 SO MS. MEW, I WILL START WITH YOU.

16                 FURTHER CROSS-EXAMINATION

17   BY MS. MEW:

18   Q.      YOU MENTIONED REFERENCE TO I.Q.  DR. PULLINS, IS

19   IT HELPFUL TO HAVE AN ANALYSIS THAT SHOWS AN

20   INDIVIDUAL'S I.Q. AND PERHAPS ALSO THEIR ACADEMIC

21   SKILLS?

22   A.      SO, FOR EXAMPLE, WE HAVE WHAT WE CALL A

23   NEUROPSYCHIATRY TESTING.  SO IF A PATIENT COMES TO ME

24   AND THEY HAVING COGNITIVE CONCERNS, WE WILL SEND THEM TO

25   OUR NEUROPSYCHIATRY AND THEY WILL TAKE INTO ACCOUNT -- I

1        AM NOT SURE WHETHER THEIR I.Q. IS ACTUALLY TAKING THE

2        PLACE, BUT THEY DO DEFINITELY LOOK AT THE EDUCATION

3        LEVEL.  BECAUSE, AGAIN, THESE ARE VALIDATED TOOLS AND

4        THEY HAVE A STANDARD THAT THEY USE -- THEY MEASURE THAT

5        AGAINST.  I CAN'T SPEAK TO WHETHER HIS I.Q. IS LISTED ON

6        THAT.

7                    MS. MEW:  NO OTHER QUESTIONS.

8                    THE COURT:  DR. KITCHENS, DO YOU HAVE ANY

9        QUESTIONS SPECIFIC TO THE TOPICS THAT I RAISED IN MY

10       QUESTIONS?

11                   DR. KITCHENS:  NO, YOUR HONOR, I HAVE NO

12       FURTHER QUESTIONS.

13                   THE COURT:  OKAY.

14                   DR. PULLINS, THANK YOU FOR YOUR TIME.

15       YOU ARE FREE TO BREAK OFF FROM THE VIDEO.

16                   THE WITNESS:  THANK YOU FOR YOUR TIME.  I

17       APPRECIATE IT.

18                   DR. KITCHENS:  THANK YOU, DR. PULLINS.

19                   MS. MEW:  THANK YOU, DR. PULLINS.

20                   THE WITNESS:  THANK YOU.

21                   THE COURT:  ALL RIGHT, EVERYONE.  UNLESS

22       THERE IS AN OBJECTION FROM THE GROUP, I THINK THIS IS A

23       GOOD TIME FOR A LUNCH BREAK.  AND LET'S -- I AM JUST --

24       PERSONALLY I AM JUST GOING TO PUT ON THE MUTE AND THE

25       CAMERA OFF.  YOU GUYS CAN DO WHAT YOU WOULD LIKE,

1    BECAUSE THIS MEETING SHOULD BE STABLE GOING FORWARD.

2                    BUT IN ANY EVENT, WE WILL RESUME ABOUT

3    1:15 P.M., OKAY?

4                    MS. MEW:  DR. KITCHENS, DO YOU KNOW --

5    ANTICIPATE WHO YOU ARE PUTTING ON NEXT THIS AFTERNOON?

6                    DR. KITCHENS:  YES, MS. KING.

7                    MS. MEW:  AND AFTER THAT?

8                    DR. KITCHENS:  POSSIBLY JOANNE SENOGA.

9    YES, JOANNE SENOGA.

10                   MS. MEW:  THANK YOU.

11                   THE COURT:  THANK YOU, BOTH.  SEE YOU AT

12   1:15.

13                   (LUNCHEON RECESS TAKEN.)

14                   (CLERK OPENS COURT.)

15                   THE COURT:  HELLO, MS. MEW.

16                   MS. MEW:  HELLO, YOUR HONOR.

17                   THE COURT:  HELLO, DR. KITCHENS.

18                   DR. KITCHENS:  HELLO, YOUR HONOR.

19                   THE COURT:  LYNN, ARE YOU WITH US?

20                   THE COURT REPORTER:  YES, JUDGE, I AM

21   HERE.

22                   THE COURT:  YES, DR. KITCHENS.

23                   DR. KITCHENS:  I JUST RECEIVED A CALL

24   THAT I HAVE TO SWITCH BETWEEN MS. KING, WHO WAS GOING TO

25   GO NEXT, TO DR. SENOGA, BECAUSE JUST FOR TIME SAKE.

1                    AND THE LAST THING IS THAT BECAUSE OF THE

2     PERMISSION THAT MY WIFE WAS GIVEN TO JUST TO WORK THE

3     LOGISTICS SEEING HOW IT WENT LAST TIME, SHE IS -- SHE

4     LOGGED INTO HER OWN ACCOUNT, BUT SHE WILL STILL PULL UP

5     THE EXHIBITS.  THAT WAY WE CAN FLOW -- VERSUS ON THE

6     COMPUTER, IT WAS CANCELLING OUT EVERYTHING OVER HERE, IF

7     THAT'S OKAY WITH YOU.

8                THE COURT:  IT'S NOT A PROBLEM.

9                DR. KITCHENS:  THANK YOU.

10              THE COURT:  OKAY.  WITH THAT SAID, THEN

11    WHY DON'T YOU CALL YOUR NEXT WITNESS.

12             DR. KITCHENS:  OKAY.  YOUR HONOR, I WOULD

13    LIKE TO CALL NEXT IS DR. JOANNE SENOGA.

14             THE COURT:  DR. SENOGA.

15             THE WITNESS:  YES, YOUR HONOR, SORRY, I

16    WAS TRYING TO FIGURE OUT EVERYTHING.

17             THE COURT:  NO PROBLEM.  WELCOME.

18             LYNN, WOULD YOU PLEASE SWEAR IN DR.

19    SENOGA?

20             THE COURT REPORTER:  SURE.

21             DOCTOR, COULD YOU RAISE YOUR RIGHT HAND.

22             (PLAINTIFF WITNESS, DR. JOANNE SENOGA, IS

23    SWORN.)

24             THE COURT REPORTER:  CAN YOU PLEASE STATE

25    AND SPELL YOUR NAME FOR THE RECORD?

1                    THE WITNESS:  JOANNE SENOGA, J-O-A-N-N-E,

2       LAST NAME S-E-N-O-G-A.

3                    THE COURT:  YOU MAY PROCEED, DR.

4       KITCHENS.

5                    DR. KITCHENS:  OKAY.  THANK YOU, YOUR

6       HONOR.

7                          DIRECT EXAMINATION

8       BY DR. KITCHENS:

9       Q.       GOOD AFTERNOON, DR. SENOGA.

10      A.       HI.

11      Q.       THANK YOU FOR BEING HERE TODAY.

12                    I WOULD LIKE TO FIRST SAY TO YOU THAT IF

13      FOR ANY REASON THAT I MAY GIVE YOU A QUESTION THAT YOU

14      MAY NOT NECESSARILY FULLY UNDERSTAND AND NEED MORE

15      CLARIFICATION, WILL YOU PLEASE LET ME KNOW THAT AND I

16      WILL REPHRASE IT?

17      A.       ABSOLUTELY.

18      Q.       SO DR. SENOGA, DID I ASK YOU TO REVIEW ANY

19      MATERIAL RELATED TO OUR CASE TODAY?

20      A.       NO.

21      Q.       THE MATERIAL THAT --

22      A.       THE MATERIAL --

23      Q.       YES.

24      A.       MATERIAL, YES.  YES.

25      Q.       YES.  SO THE -- OKAY, LET ME REPHRASE.

1                      THE MATERIAL FOR THE LITIGATION OF THIS

2       CASE?

3       A.       YES, YOU ASKED ME TO DO THIS, YES.

4       Q.       THAT'S OKAY.  JUST RELAX AND JUST BE FRANK,

5       OKAY?

6       A.       OKAY.

7       Q.       SO THE MATERIAL THAT WAS SENT OVER TO YOU, DID

8       YOU EVER REVIEW THAT MATERIAL?

9       A.       YES, I DID.

10      Q.       AND DR. SENOGA, ARE YOU BEING PAID FOR YOUR

11      TESTIMONY TODAY?

12      A.       NO.

13      Q.       HAVE YOU EVER TESTIFIED AS A MEDICAL EXPERT OR

14      AS AN EXPERT?

15      A.       NO, THIS IS MY FIRST.

16      Q.       OKAY.  IS THERE ANY REASON TODAY THAT YOU WILL

17      NOT BE ABLE TO GIVE AN ACCURATE TESTIMONY TO THE BEST OF

18      YOUR ABILITY?

19      A.       NO.

20      Q.       JOANNE, CAN YOU -- DR. SENOGA, CAN YOU PLEASE

21      GIVE THE COURT AN OVERVIEW OF HOW YOU KNOW THE

22      PLAINTIFF, HOW YOU KNOW ME?

23      A.       SURE.  I KNOW YOU THROUGH -- WHEN YOU WERE

24      WORKING AT JACKSON PARK HOSPITAL.  AND YOU WERE, I

25      GUESS, A COLLEAGUE AND A FRIEND, AND WE KNEW EACH OTHER

```
 1    THROUGH -- ONLINE AND WE FINALLY MET, YOU KNOW, WHEN YOU

 2    WERE WORKING AS A MEDICAL STUDENT AT JACKSON PARK

 3    HOSPITAL.

 4    Q.      AND AT THAT TIME, WHAT WAS YOUR PHYSICIAN AT

 5    JACKSON PARK?

 6    A.      I WAS AN INFECTIOUS CONTROL PRACTITIONER.

 7    Q.      DR. SENOGA, AS OF TODAY, CURRENTLY, ARE YOU

 8    EMPLOYED?

 9    A.      I AM NOT CURRENTLY EMPLOYED.

10    Q.      IS THERE ANY PARTICULAR REASON WHY?

11    A.      I GOT RESIDENCY THE BEGINNING OF MAY, AND

12    FINALLY AFTER SO MANY YEARS, AND I AM PREPARING MYSELF

13    TO MOVE.

14    Q.      GOT YOU.

15              MS. MEW:  BEFORE YOU GO ON, DR. KITCHENS,

16    I'M SORRY.

17              YOUR HONOR, DO I NEED TO REASSERT MY

18    OBJECTIONS IN THE MOTION IN LIMINE THAT WE FILED OR CAN

19    THEY BE NOTED?

20              THE COURT:  EVERYTHING IN THE MOTION IN

21    LIMINE IS PRESERVED AND NOTED, AND I THINK WE AGREED

22    THAT DR. KITCHENS WOULD ACTUALLY RESPOND TO IT IN

23    WRITING.

24              AND, OF COURSE, MS. MEW, YOU WILL BE

25    ENTITLED TO QUESTION THE WITNESS ON TOPICS THAT MAY BE
```

1    RELEVANT TO THAT MOTION IN LIMINE.  ALL RIGHT?

2                    MS. MEW:  THANK YOU.

3                    SORRY, DR. KITCHENS.

4                    DR. KITCHENS:  YOU ARE FINE, MS. MEW.

5    BY DR. KITCHENS:

6    Q.    DR. SENOGA, HAVE YOU EVER AUTHORED OR

7    CO-AUTHORED ANY ARTICLES?

8    A.    YES, I HAVE, ONE I CO-WROTE AND ANOTHER ONE

9    COMING OUT OF THE WAY, WHICH IS MY DISSERTATION ON

10   STRUCTURED RACISM, LIKE HIV PREP DISTRIBUTION IN THE

11   UNITED STATES.

12                    THE COURT:  DR. SENOGA, YOUR AUDIO, AT

13   LEAST FOR MY END, SOMETIMES IT CLIPS FOR A LITTLE BIT.

14   AND JUST FOR YOUR INFORMATION, ON THE THIS GROUP OF

15   PEOPLE WE HAVE LYNN, OUR COURT REPORTER, IS TRANSCRIBING

16   EVERYTHING THAT IS BEING SAID.  SO PLEASE DO YOUR BEST

17   TO SPEAK SLOWLY AND CLEARLY WE WILL HELP THE RECORD.

18                    THANK YOU.

19                    THE WITNESS:  OKAY, THANK YOU.

20   BY DR. KITCHENS:

21   Q.    SO DR. SENOGA, YOU SAID THAT ABOUT THESE -- CAN

22   YOU GIVE A LITTLE BIT MORE DETAIL ON THOSE PARTICULAR

23   ARTICLES THAT YOU JUST MENTIONED?

24   A.    YES.  SO, FOR EXAMPLE, RIGHT NOW THE PH.D. IS A

25   DISSERTATION IS ON STRUCTURED RACISM, WHICH LOOKED AT

1      SOCIAL AND POLITICAL AND ECONOMIC DETERMINANTS OF HEALTH

2      AND HOW THERE IS A GAP IN WHAT FACTORS LEAD INTO THIS,

3      INCLUDING POLICIES THAT ARE IN THAT INSTITUTION.

4      Q.      OKAY, THANK YOU.

5              AND ARE YOU A MEMBER OR PART OF ANY

6      PROFESSIONAL MEDICAL ASSOCIATIONS?

7      A.      YES.  THE AMERICAN MEDICAL ASSOCIATION, WHICH IS

8      -- IT DOES POLICY WORK TO D.C.  IT'S LOCATED IN CHICAGO

9      WHERE I AM CURRENTLY LIVING, BUT IT ALSO LOOKS AT SOME

10     OF THE POLICIES THAT ARE IN PLACE, MOSTLY LIKE PRIOR

11     AUTHORIZATION, BUT ALSO MEDICAL STUDENT ISSUES, AS WELL.

12     BECAUSE I WAS THERE AS A MEDICAL STUDENT.

13     Q.      ARE THERE ANY OTHER ORGANIZATIONS?

14     A.      YES, AMERICAN PUBLIC HEALTH ASSOCIATION, COUNCIL

15     STEP TERRITORY OF EPIDEMIOLOGISTS, SOCIETY OF ACADEMIC

16     EMERGENCY MEDICINE.

17     Q.      OKAY.  THANK YOU, DR. SENOGA.

18              NOW, DR. SENOGA, IN ORDER FOR YOU TO

19     BECOME -- OR FOR YOU TO BE AN EXPERT WITNESS, THE

20     WITNESS MUST HAVE SCIENTIFIC, TECHNOLOGICAL OR OTHER

21     SPECIALIZED KNOWLEDGE TO HELP UNDERSTAND THE EVIDENCE OR

22     DETERMINE A FACT AT ISSUE.

23              DO YOU HAVE ANY SCIENTIFIC OR

24     TECHNOLOGICAL OR SPECIALIZED KNOWLEDGE RELATING TO THE

25     SIGNIFICANCE OF THE USMLE?

1    A.       YES, I DO.  I FIND MYSELF TO GET -- SO I DO HAVE

2    KNOWLEDGE IN TERMS OF LIKE DISABILITY, BUT ALSO THE

3    STATISTICS BEHIND IT.  BECAUSE I ALSO WENT THROUGH ALL

4    OF THAT.

5    Q.       AND CAN YOU ELABORATE A LITTLE BIT MORE ON THAT,

6    ON THAT SUBJECT, PLEASE?

7    A.       SURE.  SO I FAILED STEP 2, TWO TIMES.  AND ONE

8    OF THEM WAS STEP 2 CS, WHICH WAS ELIMINATED IN 2020

9    RIGHT AFTER I HAD FAILED IT.  AND I ALSO FAILED STEP 3

10   ONCE AND PASSED IT ON THE FINAL ATTEMPT.  AND AS A

11   RESULT, EVEN IF I HAD, STEP 2 CS WAS ELIMINATED AND IT

12   HAS EFFECTED ME.

13   Q.       AND I'M GOING TO GET THERE IN A LITTLE BIT -- A

14   LITTLE BIT LATER ON THAT PARTICULAR SUBJECT.  I WANT TO

15   MAKE SURE THAT I GIVE THE COURT AS MUCH INFORMATION

16   BEFORE I ASK THE COURT TO TENDER YOU AS AN EXPERT, OKAY?

17   SO I AM JUST LETTING YOU KNOW THERE.

18            SO BASED ON YOUR OWN WORDS, WHAT IS YOUR

19   TESTIMONY -- WHAT IS YOUR TESTIMONY TODAY BASED UPON?

20   A.       MY TESTIMONY IS HOW HAVING A FAILED TRANSCRIPT

21   CAN EFFECT YOU IN THE FUTURE, WHICH I CAN EXPLORE

22   FURTHER WHEN YOU ASK ME QUESTIONS.  BUT IN ADDITION TO

23   THAT, KIND OF STRESSING HOW THERE IS INEQUALITY IN THIS,

24   IN HOW IT'S KIND OF NOT TRANSPARENT AND FAIR PROCESS FOR

25   AFRICAN AMERICAN STUDENTS.

1    Q.       AND HAVE YOU BEEN THROUGH THE MATCH PROCESS?

2    A.       YES.

3    Q.       AND HOW MANY TIMES HAVE YOU BEEN THROUGH THE

4    MATCH PROCESS?

5    A.       THREE TIMES.

6    Q.       AND FOR THE RECORD, THE MATCH PROCESS IS A

7    CHANNEL THAT WE MUST GO THROUGH, ALL OF THE RESIDENTS OR

8    FUTURE RESIDENTS, IN ORDER TO MATCH INTO DIFFERENT

9    PROGRAMS?

10   A.       TO GET A JOB.

11   Q.       YES.

12            SO DR. SENOGA, FROM YOUR EXPERIENCE AND

13   OF GOING THROUGH THE MATCH, AS YOU SAID THREE TIMES, IS

14   THIS SOMETHING COMMON FOR STUDENTS OF CERTAIN DECENT?

15   A.       ABSOLUTELY.  SO WE EVEN HAVE LIKE A GROUP

16   CORRELATION OF UNMATCHED APPLICANTS.  IN FACT, I WAS

17   KIND OF TALKING TO ONE OF THEM, AND IT'S VERY -- AT A

18   HIGH PERCENTAGE THAT I KNOW FOR SURE THAT GO UNMATCHED

19   EACH YEAR, OR HAVE WHAT WE CALL RED FLAGS, SUCH AS

20   ATTEMPTED QUESTIONS OF FAILED EXAMS.

21   Q.       SO CAN YOU -- FOR THE COURT, FOR THE RECORD, CAN

22   YOU EXPLAIN A LITTLE BIT MORE ABOUT THE RED FLAG?

23   A.       SO THE RED FLAGS -- SO THE USMLE SCORE, IF THERE

24   IS LIKE A GRADED -- THERE IS A GRADE THAT PROGRAM

25   DIRECTORS USE.  SO IF YOU DO HAVE FAILED SCORES OR YOU

1    HAVE MAYBE A TRANSCRIPT, YOU KNOW, PERCENTILE.  IN

2    ADDITION TO THAT THEY LOOK AT LETTERS OF RECOMMENDATION,

3    WHICH CAN ALSO DEPEND ON ACCESS TO THE PHYSICIANS YOU

4    GET.  BUT IN ADDITION TO THAT, THOSE ARE THE THREE MAIN

5    FACTORS THAT THEY CHOSE FROM TO LOOK AT A CANDIDATE.

6    Q.      OKAY.  AND DOES THE MATCH PROCESS CHANGE EVERY

7    YEAR?

8    A.      A FEW THINGS DO CHANGE.  YOU KNOW, SUCH AS LIKE

9    STEP 2 CS WAS ELIMINATED IN 2020, AND THEREFORE THAT WAS

10   A RESULT OF REMOVING IT.  BUT IF YOU DID HAVE A FAIL,

11   THAT WAS NEVER GOING TO BE RECTIFIED THAT YOU PASS.  SO

12   THEY DID ANOTHER PATHWAY TO FINISH THIS, WHICH WAS

13   SOMETHING WE CALLED OET, I GUESS IT'S THE -- I FORGET

14   THE EXACT ACRONYM, I APOLOGIZE.

15   Q.      THANK YOU, DR. SENOGA.  DUE TO THE ACCENTS, WE

16   WILL SLOW IT DOWN A LITTLE BIT.

17   A.      THANK YOU.  THANK YOU.

18   Q.      YOUR AFRICAN DECENT IS SHOWING HERE.

19   A.      I AM UGANDAN, YES.

20   Q.      THAT'S OKAY.  THAT'S ALL RIGHT.

21           SO YOU WERE TALKING ABOUT THE RED FLAG

22   AND DIFFERENT TYPES OF GROUPS THAT YOU ARE A PART OF,

23   PEOPLE THAT HAS BEEN, QUOTE, UNQUOTE, RED FLAGGED?

24   A.      YES.

25   Q.      IN THESE GROUPS, HOW MANY PEOPLE WOULD YOU SAY

1      ARE IN THESE PARTICULAR GROUPS?

2      A.      FOR EXAMPLE, IN THIS -- WHAT IS A CHAT GROUP

3      THAT I AM PART OF, IT IS MAYBE 200, I WOULD SAY.

4      Q.      IS THAT THE ONLY GROUP?

5      A.      AND A COUPLE THERE IS HERE IN CHICAGO, THERE IS

6      -- IT'S CALLED CHAMPS, C-H-A-M-P-S, AND IT'S AN OLD

7      ORGANIZATION THAT WAS CREATED SINCE 1979.  AND IT HELPS

8      BLACK MEDICAL STUDENTS GET INTO -- NOT ONLY GET INTO

9      RESIDENTS BUT ALSO GET INTO MEDICAL SCHOOL.  SO THEY GO

10     ALL THE WAY FROM THE MCAT.

11     Q.      AS AN AFRICAN AMERICAN, WHY DO YOU FEEL THAT

12     THIS PROGRAM EVEN EXISTS, THIS CHAMPS?

13     A.      SO THIS PROGRAM EXISTS BECAUSE OF -- SO THERE IS

14     POLICIES IN PLACE THAT EVEN IF THERE WERE KIND OF RULED

15     OVER, THERE ARE WAYS, SO SUCH AS, I GUESS -- I CAN'T --

16     LIKE REDLINING, RIGHT, WHICH REDLINING WOULD LEAD TO

17     HAVING POOR ACCESS TO SCHOOLS, RIGHT.  SO YOU DON'T GET

18     AN OPPORTUNITY TO GET ACCESS TO MATERIALS, SO IT IS AN

19     ACCESS ISSUE.  AND YET, THAT PROGRAM IS UNDERFUNDED OR

20     NOT EVEN RECOGNIZED AND IS THE ONLY PROGRAM THAT WE DO

21     HAVE HERE IN THE CHICAGO AREA.

22     Q.      IN YOUR OPINION, DOES YOUR REPEATED EXPERIENCE

23     OF THE MATCH PROCESS OF GOING THROUGH THE MATCH PROCESS

24     PROVIDE YOU SIGNIFICANT DATA TO TESTIFY TODAY?

25     A.      YES, IT DOES.

1    Q.        AND HOW ARE YOU APPLYING THE KNOWLEDGE AND

2    INFORMATION YOU PERSONALLY GATHERED TO THE FACTS ON THIS

3    PARTICULAR CASE?

4    A.        SO AS A PART OF A.M.A. THESE ARE THE ISSUES I DO

5    FIGHT ABOUT AS WELL AND MOVING FORWARD, I DO WANT TO --

6    I DO WANT, YOU KNOW, THIS TO ADVANCE, WHICH SOME OF THEM

7    ARE VERY NOT NECESSARILY DETERMINING OF YOU BECOMING A

8    DOCTOR, BUT LOOK AT A GOOD DOCTOR, BUT THEY KIND OF

9    REMOVE ACCESS OR THEY JUST CREATE BARRIERS TO ETHNIC

10   MINORITY GROUPS.

11   Q.        YOU TALKED ABOUT ACCESS OR TEST SCORES AND

12   CORRELATION TO HOW YOU WOULD PERFORM AS AS A PHYSICIAN.

13             CAN YOU ELABORATE MORE ON THAT, PLEASE,

14   FOR THE COURT?

15   A.        SO THERE IS AVERAGE SCORES THAT, FOR EXAMPLE,

16   LET'S SAY I DID HAVE A SCORE OF 230.  BUT THE MEAN SCORE

17   ENTRANCE WOULD BE 245 FOR MOST PROGRAMS.  SO IN ITSELF

18   THERE, DURING WHAT WE CALL ELECTRONIC RESIDENCY ACCESS

19   PROGRAM, AS A RESULT THAT YOU ARE FILTERED OUT BY

20   PROGRAMS AS A RESULT.

21   Q.        AND --

22   A.        BASED ON THE SCORE.

23             MS. MEW:  YOUR HONOR, I AM SO SORRY, AND

24   I APOLOGIZE, DR. SENOGA, I AM NOT CLEAR HOW THIS IS --

25   AM I GOING -- SORRY WILL DR. SENOGA BE TENDERED AS AN

1    EXPERT AND THEN -- BECAUSE NOW THAT WE ARE GETTING

2    TESTIMONY, ARE WE RESERVING THE ISSUE, AND SHOULD I ALSO

3    BE RAISING MY OBJECTIONS TO RELEVANCY AS WE GO?  I GUESS

4    I AM NOT CLEAR WHAT I SHOULD BE DOING TO PRESERVE THE

5    RECORD.

6                    I APOLOGIZE, DR. KITCHENS, FOR THE

7    INTERRUPTION.

8                    THE COURT:  FAIR ENOUGH.  I WAS WONDERING

9    IF THERE WAS GOING TO BE A TENDER AND WHAT IT WOULD BE.

10                   ARE YOU HEADED THAT WAY, DR. KITCHENS?

11                   DR. KITCHENS:  YES, SIR.  I AM TRYING TO

12   BUILD MY CASE FOR THE RULE 702.

13                   THE COURT:  OKAY.  CONTINUE, BUT HEAD IN

14   THAT DIRECTION.

15                   DR. KITCHENS:  YES, SIR, THANK YOU SO

16   MUCH.  I'M SORRY, YES, JUDGE.

17   BY DR. KITCHENS:

18   Q.    DR. SENOGA, HAVE YOU REVIEWED ANY PUBLICATIONS

19   OR ARTICLES FOR PREPARING FOR TODAY'S TESTIMONY?

20   A.       ABSOLUTELY.  SO AS AN EPIDEMIOLOGIST, THAT'S

21   KIND OF -- YOU KIND OF LOOK AT STATISTICS, RIGHT.  SO

22   THAT IS IN ITSELF WHAT IS CREDIBLE, BECAUSE IT'S BEEN

23   STUDIED FOR YEARS.  BUT ALSO -- SORRY, I KIND OF LOST

24   TRACK.

25   Q.       THAT'S OKAY.  TAKE YOUR TIME.

1    A.      YES.   BUT, YES, I GUESS THE CASE IS MORE ACCESS

2    ISSUE.

3    Q.      HERE I WOULD LIKE TO PULL UP EXHIBIT NUMBER 88,

4    WHICH IS A SCIENTIFIC DOCUMENT.   THIS DOCUMENT, YES,

5    EXHIBIT PX84.   CAN YOU ZOOM IN ON THIS DOCUMENT, PLEASE,

6    SO THAT WE CAN HAVE SOME WORDS?

7                   CAN YOU TELL ME, DR. SENOGA, DO YOU

8    RECOGNIZE THIS DOCUMENT?

9    A.      YES, I DO.

10   Q.      IS THIS A DOCUMENT THAT YOU SENT TO ME AFTER YOU

11   AGREED TO TESTIFY?

12   A.      YES, BECAUSE I THOUGHT THIS WAS RELEVANT,

13   BECAUSE IT'S THE SUBJECT HAS ALREADY BEEN SHINE LIGHT ON

14   ALREADY.

15   Q.      OKAY.   AND CAN YOU GIVE, IN YOUR OWN WORDS, SO

16   THERE IS A PASSAGE HERE UNDER METHODS.

17                   DO YOU SEE METHODS THERE, DR. SENOGA?

18   A.      YES.

19                   MS. MEW:   YOUR HONOR, I OBJECT.   THIS IS

20   HEARSAY, AND WE STILL HAVE NOT GOTTEN TO THE TENDER

21   PART.

22                   THE COURT:   MS. MEW, I HEAR YOU, I THINK

23   BOTH OF THOSE THINGS ARE TRUE, BUT NO ONE HAS TRIED TO

24   ADMIT THIS PX84, AND YET I THINK HOPEFULLY WE ARE HEADED

25   TO THE TENDER.

1                      SO GO AHEAD, DR. KITCHENS.

2       BY DR. KITCHENS:

3       Q.        DR. SENOGA, CAN YOU READ -- IN YOUR OWN WORDS,

4       CAN YOU READ TO THE COURT THE PARAGRAPH RIGHT UNDER

5       METHODS, PLEASE?

6       A.        THE AUTHORS INVESTIGATING THE RIGHT OF

7       ACCOMMODATION DENIAL AND EVALUATED WITH A STEP 1

8       ACCOMMODATION DENIES IN IMPACT MEDICAL SCHOOL OPERATION.

9       SO THIS WAS A SURVEY TO MEDICAL STUDENTS.  AND THEY ALSO

10      USED DEANS AS WELL AND THIS ABILITY RESOURCE

11      PROFESSIONAL IS FULLY ACCREDITED IN THE U.S. IN THE

12      GRANTING PROGRAMS.

13      Q.        WITH YOUR BACKGROUND AND IN ALSO EPIDEMIOLOGY

14      AND SIGNIFICANT RESEARCH DONE, ARE THE METHODS

15      IDENTIFIED USING -- USED THIS ARTICLE RECOGNIZED AS A

16      RELIABLE PRINCIPAL AND METHODS IN THE SCIENCE AND

17      MEDICAL COMMUNITY?

18      A.        YES, ABSOLUTELY.  SO THEY DID USE A QUALITATIVE

19      APPROACH HERE, WHICH IS THE ONE PERCENT VOICES, IT IS

20      BETTER THAN THE QUANTITATIVE IN THAT REGARD, BECAUSE IT

21      DOES CLEAR -- OR IT GIVES MORE KNOWLEDGE IN THE SUBJECT

22      MATTER.

23      Q.        AND LASTLY BEFORE I TENDER YOU, BASED ON WHAT

24      YOU HAVE --

25                      DR. KITCHENS:  AND, YOUR HONOR, I WOULD

1        LIKE TO ADD THIS DOCUMENT INTO THE RECORD AS EXHIBIT 84?

2                      MS. MEW:  OBJECTION, YOUR HONOR, IT'S

3        HEARSAY.  THIS IS ALSO A DOCUMENT THAT WAS NOT PROVIDED

4        TO US UNTIL SATURDAY MORNING.  IN ADDITION TO THAT LATE

5        DISCLOSURE, I THINK IT CHANGES THE NATURE OF DR.

6        SENOGA'S PREVIOUSLY DISCLOSED TESTIMONY.  SO THERE HAS

7        NOT BEEN AN ADEQUATE TIME TO MEET ANY EVIDENCE COMING

8        FROM THIS ARTICLE.

9                      THE COURT:  WELL, THE WEIGHT OR THE

10       STRENGTH OF THAT OBJECTION IS GOING TO DEPEND A LITTLE

11       BIT ON HOW THE TESTIMONY COMES IN AND I HAVE THE LUXURY

12       OF HEARING ALL OF THAT FIRST.  SO I THINK I'M GOING TO

13       DO THAT.

14                      WITH RESPECT TO THE QUESTION OF

15       ADMISSIBILITY ALONE, I AM GOING TO ADMIT IT.  YOU KNOW,

16       IT APPEARS TO ME TO BE A PERIODICAL THAT IS BEING RELIED

17       UPON BY AN EXPERT IN THE COURSE OF THE WORK.  THAT SAID,

18       THERE ARE QUESTIONS THAT HAVE BEEN RAISED ABOUT THE

19       APPROPRIATENESS OF THE EXPERT TESTIMONY AND SO FORTH,

20       AND THOSE ARE FINE, WE WILL DEAL WITH THAT LATER.

21                      BUT FOR NOW, I AM GOING TO ADMIT PX84,

22       AND WE WILL SEE WHERE WE GO FROM HERE.

23                      (PLAINTIFF EXHIBIT 84 IS ADMITTED INTO

24       EVIDENCE.)

25                      DR. KITCHENS:  YOUR HONOR, AT THIS TIME I

1    WOULD LIKE TO TENDER DR. JOANNE SENOGA AS AN EXPERT IN

2    EXPUNGEMENT -- EXCUSE ME, BEFORE THEN.

3    BY DR. KITCHENS:

4    Q.    DR. SENOGA, THE QUESTION I WAS MEANING TO ASK

5    YOU.  BASED ON WHAT YOU JUST TESTIFIED ABOUT THE QUALITY

6    OF THE ARTICLE PROVIDED ABOVE THAT YOU REVIEWED, WERE

7    YOU ABLE TO FORM AN OPINION AS TO MY EXAMINATION

8    TRANSCRIPT?

9    A.    ABSOLUTELY.  SO IT'S NOT JUST YOUR CASE, IT'S

10   OTHER ETHNIC MINORITY GROUPS WHO ARE FACING YOUR

11   SITUATION.  AND THERE IS NO TRANSPARENCY IN THIS

12   SITUATION, NO MATTER HOW MANY THINGS WE WRITE, IT HOLDS

13   IN WEIGHT FOR SOME REASON.  AND SO IT IS -- THAT'S WHY I

14   SENT THAT TO YOU, BECAUSE IT HAS ALREADY BEEN

15   HIGHLIGHTED.

16             AND AS A RESULT OF THAT, THEY DID MAKE

17   STEP 1 PASS OR FAIL, SO THINGS DO CHANGE.  SO BECAUSE

18   STEP 1 WAS BEING HEAVILY WEIGHED BY PROGRAM DIRECTORS AS

19   A DECIDING FACTOR AS TO WHO GETS A JOB AND WHO DOES NOT.

20   Q.    THANK YOU, JOANNE -- DR. SENOGA.

21             DR. KITCHENS:  YOUR HONOR, AT THIS TIME I

22   WOULD LIKE TO TENDER DR. SENOGA AS AN EXPERT IN

23   EXPUNGEMENT AND IN NECESSITY.

24             THE COURT:  MS. MEW, LET'S TAKE ALL OF

25   THE OBJECTIONS YOU HAVE MADE ALREADY AND THE ONES THAT

1    ARE ON THE RECORD IN WRITING, DO YOU HAVE -- BUT I WILL

2    ALSO GIVE YOU THE OPPORTUNITY, IS THERE ANYTHING THAT

3    YOU WANT TO ADD TO THAT AT THIS TIME?

4              MS. MEW:  YES, SO --

5              DR. KITCHENS:  ONE SECOND.

6              MS. MEW:  WE REITERATE THE PRIOR

7    OBJECTIONS, YOUR HONOR.  AND I EMPHASIS ALSO AT THIS

8    POINT THAT I REALIZE IT'S A BENCH TRIAL, BUT IT'S NOT

9    JUST RELEVANCY BUT IT ALSO GOES TO SORT OF UNDUE

10   PREJUDICE AND A WAIST OF TIME.  AND AGAIN, THE LATE --

11   THIS WAS A LATE DISCLOSED WITNESS, AND THIS IS NEW

12   TESTIMONY THAT IS CONTINUING TO EVOLVE.  SO AS YOU KNOW

13   FROM OUR SUBMISSION, WE DON'T THINK THAT THIS TOPIC AT

14   LARGE IS RELEVANT TO THE ISSUES IN THE CASE.

15             WE ALSO DO NOT SEE, RESPECTFULLY, DR.

16   SENOGA'S QUALIFICATIONS IN THIS ISSUE.  IT SOUNDS LIKE

17   SHE IS SPEAKING TO ANECDOTAL INFORMATION FROM

18   PARTICIPATING IN WEBSITE CHATS AND ALSO FROM SORT OF

19   READING THINGS JUST IN CONNECTION WITH THIS LAWSUIT.

20             SO FOR THE PREVIOUSLY STATED REASONS AND

21   ALL OF THOSE REASONS, WE REASSERT OUR OBJECTION TO THE

22   TESTIMONY.

23             THE COURT:  AS I HAD MENTIONED BEFORE, I

24   THINK THE STRENGTH OF THOSE OBJECTIONS DEPENDS ON WHAT

25   EXACTLY THE TESTIMONY ENDS UP GETTING USED FOR.  AND

1    SINCE IT IS A BENCH TRIAL, I DON'T HAVE TO FULLY EXPLORE

2    THAT AT THIS POINT, AND SO I'M NOT GOING TO -- WE ARE

3    ALL ASSEMBLED TO HAVE THE WITNESS HERE, SO I AM GOING TO

4    HEAR THE REST OF THE TESTIMONY.  IN OTHER WORDS, I AM

5    GOING TO ALLOW THE REST OF THE TESTIMONY.  I AM NOT

6    GOING TO RULE AT THIS POINT AS TO WHETHER THE EVIDENCE

7    IS FULLY QUALIFIED UNDER RULE 702, BECAUSE WE HAVE GOT

8    AN M.I.L.  THAT I AM GOING TO LEAVE THERE, GIVE A CHANCE

9    FOR ALL OF THIS TESTIMONY TO COME IN AND TO HAVE DR.

10   KITCHENS RESPOND TO THAT ONCE THAT IS OVER.  I AM GOING

11   TO LEAVE IT AT THAT FOR NOW AND WE WILL HEAR THE REST OF

12   THE TESTIMONY.  BECAUSE IT'S GOING TO HELP ME TO HEAR

13   BOTH THE DIRECT AND THE CROSS.

14              MS. MEW:  I JUST WANT TO ASK, SO THAT I

15   CAN HOPEFULLY NOT HAVE TO OBJECT SO MUCH.

16              DO I UNDERSTAND THAT MY OBJECTION IS

17   STANDING THROUGH THIS, AND I JUST WOULD NEED TO OBJECT

18   TO INDIVIDUAL QUESTIONS THAT ARE MORE OF A FORM OR

19   FOUNDATIONAL ISSUE?

20              THE COURT:  ABSOLUTELY, YES, ALTHOUGH

21   FOUNDATION PERHAPS, I WOULD NOT OVERLY ENCOURAGE FORM

22   OBJECTIONS.  BUT GO AHEAD.

23              MS. MEW:  I UNDERSTAND.

24              DR. KITCHENS:  YOUR HONOR, I WOULD ALSO

25   LIKE TO BRING TO ATTENTION EVEN UNDER THIS RULE --

1   FEDERAL RULE UNDER 702, BUT TO ALSO LOOK AT ADDITIONALLY

2   UNDER 704, BECAUSE DR. SENOGA'S OPINION ITSELF IS NOT

3   JUST OBJECTIONABLE.  SHE HAS HAD THIS EXPERIENCE THAT

4   MOST PEOPLE HAVE NOT -- WOULD NOT HAVE HAD EXPERIENCED

5   IN THE GENERAL POPULATION AND SHE HAS MORE KNOWLEDGE

6   UPON IT THAN EVEN I WOULD.

7               THE COURT:  DR. KITCHENS, I AM GOING TO

8   GIVE YOU THE LEEWAY TO TRY THE CASE THE WAY YOU WOULD

9   LIKE HERE WITHIN REASON, AS LONG AS WE KEEP MOVING

10  FORWARD IN A STEADY FASHION HERE TIME-WISE, OKAY?

11              DR. KITCHENS:  YES, SIR.

12  BY DR. KITCHENS:

13  Q.      DR. SENOGA, WHEN DID YOU GRADUATE FROM MEDICAL

14  SCHOOL?

15  A.      2021.

16  Q.      2021.

17              AND DURING YOUR TENURE IN MEDICAL SCHOOL,

18  DID YOU TAKE STEP 1 DURING SCHOOL -- OR WHEN DID YOU

19  TAKE IT?

20  A.      DURING SCHOOL, BECAUSE MY SCHOOL REQUIRES YOU IN

21  ORDER TO GRADUATE TO HAVE STEP 1 AND STEP 2 PASS.

22  Q.      JUST FOR CLARIFICATION, HOW DOES YOUR SCHOOL

23  WEIGH IN THE USMLE STEP 1 EXAMINATION?

24  A.      I KNOW TO ACTUALLY DO CLINICAL ROTATIONS YOU

25  HAVE TO HAVE PASSED STEP 1.  SO SOME PEOPLE KIND OF STAY

1    OR WEIGHTED OUT IN THIS PROCESS BECAUSE THEY CANNOT PASS

2    STEP 1.

3    Q.      AND IF THEY CANNOT PASS STEP 1, WHAT TYPE OF

4    REPERCUSSIONS ARE THERE?

5    A.      IT MEANS ALL YOU HAVE WORKED FOR IS KIND OF LIKE

6    A GAMBLE, THAT YOU ARE NOW GOING TO BECOME A PHYSICIAN.

7    Q.      CAN YOU ELABORATE MORE ON THAT?  YOU SAID IT'S

8    LIKE A GAMBLE?

9    A.      A GAMBLE IS LIKE TAKING A CHANCE AND TO

10   SOMETHING, IT'S A HIGHER RISK, RIGHT.  SO MEANING YOU

11   WOULD HAVE GONE TO MEDICAL SCHOOL IN VAIN BECAUSE YOU

12   ARE NOW GOING TO GRADUATE AND THEREFORE BECOME A

13   PHYSICIAN IN THE END.

14   Q.      DR. SENOGA, WHEN YOU WERE IN MEDICAL SCHOOL, DID

15   YOU TAKE -- DID YOU APPLY FOR ANY SCHOOL LOANS?

16   A.      I DID, OBVIOUSLY, YES.

17   Q.      YES.  OKAY.

18           AND YOU SAID THAT IT'S A GAMBLE.  IF A

19   PERSON DOES NOT PASS SUCH IMPORTANT EXAMS SUCH AS THE

20   STEP 1 EXAMINATION, THAT IS A GAMBLE, WHAT WOULD BE YOUR

21   EXPERIENCE OR YOUR IMPACT OF PEOPLE WHO ARE TAKING THAT

22   GAMBLE AND FAIL?

23   A.      RIGHT.  SO YOU ARE PROBABLY LIKE IN 300,000 DEBT

24   WITH NO JOB.  AND THE ONLY WAY TO EVEN MOVE FORWARD IN

25   THIS PROCESS IS TO BE A PHYSICIAN, BECAUSE THAT IS THE

1      ONLY JOB THAT WOULD PAY THOSE KIND OF LOANS.   AND

2      DEFAULTING ON STUDENTS LOANS, THAT'S A FEDERAL CRIME.

3      Q.      YES.  AND IN YOUR EXPERIENCE, DO YOU HAVE ANY

4      EXPERIENCE IN THIS PARTICULAR PROCESS HERE?

5      A.      YES.  SO RIGHT NOW MY LOANS ARE IN FORBEARANCE

6      SO -- BUT ONCE I START MED SCHOOL, I WILL START PAYING

7      ON THEM.  BUT IF I DID NOT HAVE THIS, I DON'T KNOW HOW I

8      WOULD HAVE PAID THIS OFF.

9      Q.      OKAY.  AND THEN SO TO THE BEST OF YOUR MEMORY OR

10     RECOLLECTION, WHEN DID YOU FIRST REGISTER FOR THE STEP 1

11     EXAMINATION?

12     A.      OCTOBER 2017.

13     Q.      2017.

14                     AND DID YOU APPLY FOR ACCOMMODATIONS?

15     A.      I DID, BUT I DID IN -- AFTER STEP 2, AFTER I

16     FAILED STEP 2.

17     Q.      AND WHY DID YOU APPLY FOR THOSE ACCOMMODATIONS?

18     A.      BECAUSE I HAD FAILED STEP 2, AND I KNEW THAT

19     ONCE I HAD ONE FAILURE, THAT THAT WOULD BRING UP MAJOR

20     IMPACT AND I DID NOT WANT TO FAIL AGAIN, SO I APPLIED

21     FOR IT.

22     Q.      YES.  AND DID YOU HAVE ANY DIAGNOSIS OF A

23     PARTICULAR DISABILITY THAT WOULD ALLOW YOU TO BE EVEN

24     ELIGIBLE UNDER THE ADA FOR ACCOMMODATIONS?

25     A.      YES, ADHD.

1    Q.       ADHD.  AND WHEN WERE YOU -- HOW LONG AGO, JUST

2    ROUGHLY, DIAGNOSED?

3    A.       SO I WAS DIAGNOSED IN ADULTHOOD BECAUSE OF

4    CULTURAL FACTORS THAT COME INTO IT, WHERE MY CULTURAL

5    THEY DON'T BELIEVE ADHD IS A THING, RIGHT.  SO IT WAS

6    REALLY HARD FOR ME TO -- FOR MY ANCESTORS AS WELL TO SAY

7    THAT I NEEDED HELP.  SO I KIND OF WENT ALONG THROUGH MED

8    SCHOOL THOSE FIRST TWO YEARS WITHOUT ANY KIND OF OPEN --

9    LOOKING BACK I DON'T KNOW HOW I DID IT, BUT SOMEHOW I

10   DID IT.  BUT YES, ADHD IS A DISABILITY.

11   Q.       AND YOU MENTIONED SOMETHING THAT IS -- YOU

12   MENTIONED ABOUT BEING A CULTURAL DISCONNECT THERE WITH

13   ADHD.

14               CAN YOU EXPLAIN A LITTLE BIT MORE ABOUT

15   THAT?

16   A.       YES.  SO MY FAMILY DOES NOT EVEN BELIEVE I

17   SHOULD BE, YOU KNOW, GETTING ANY KIND OF MEDICAL HELP,

18   OR THEY DON'T BELIEVE I DO -- THEY DON'T BELIEVE THERE

19   IS A DISEASE CALLED ADHD, SO IT'S A CULTURAL

20   INACCEPTANCE THAT THERE ARE CERTAIN THINGS THAT YOU

21   DON'T -- YOU ARE NOT ALLOWED TO HAVE.

22   Q.       AND SO WHEN YOU SAY CULTURAL, ARE YOU -- WOULD I

23   BE IN THE BALLPARK TO SAY THAT THIS IS A WELL-KNOWN

24   FACT?

25   A.       YES, IT IS, ACTUALLY.

1      Q.      OKAY.  I JUST WANT TO MAKE SURE I UNDERSTOOD

2    WHAT YOU WERE SAYING THERE.

3                   DR. SENOGA, HAVE YOU COMPLETED ALL THREE

4    STEP EXAMINATIONS?

5    A.      YES, I HAVE.

6      Q.      AND YOU MENTIONED EARLIER ABOUT YOUR -- THAT YOU

7    FAILED CERTAIN EXAMS.

8                   CAN YOU REITERATE FOR THE RECORD WHAT

9    THAT -- YOUR PROCESS?

10    A.      YES.  SO I FAILED STEP 2 TWO TIMES AND STEP 3

11    ONCE.  AND DESPITE HAVING STEP 2 CS REMOVED AS A

12    NATIONAL EXAM, THIS HAS BEEN SHOWING IN MY TRANSCRIPT,

13    WHICH HAS LED TO CERTAIN PROGRAMS NOT BEING ABLE TO USE

14    ME, TO ACCEPT ME AS AN APPLICANT BECAUSE THE SECOND STEP

15    -- LIKE WHERE I AM LOCATED IN CHICAGO, ILLINOIS, YOU ARE

16    ONLY ALLOWED FIVE ATTEMPTS AND FIVE ATTEMPTS MEANS ALL

17    STEP 1, 2, 3 YOU PASS IT ONCE AND I HAVE OBVIOUSLY NOT

18    PASSED IT ONCE, SO I COULD NOT BE ADMITTED INTO THAT

19    ILLINOIS PROGRAM.

20    Q.      SO YOU SAID THAT YOU WOULD NOT BE ABLE TO BE

21    ADMITTED.  LET ME BACK UP FIRST FOR A SECOND, AND THANK

22    YOU, DR. SENOGA.

23                   ONE THING THAT I WOULD SAY HERE IS YOU

24    STATED ABOUT THESE STEP 2 CS?

25    A.      YES.

1      Q.      THIS IS A RETIRED EXAM?

2      A.      IT IS A RETIRED EXAM, AND YET IT IS STILL ON MY

3      TRANSCRIPT.

4      Q.      CAN IT BE REMOVED FROM YOUR TRANSCRIPT?

5      A.      NO.  WE HAVE APPEALED IT -- AND WE HAVE APPEALED

6      IT, AND IT WAS NOT.

7      Q.      SO YOUR APPEAL WAS DENIED?

8      A.      YES.

9      Q.      ON AN EXAM THAT IS RETIRED?

10     A.      MM-HMM.

11     Q.      CAN YOU RETAKE THAT EXAM AT ANY POINT TO RECTIFY

12     THAT FAIL?

13     A.      NO, YOU CANNOT.

14     Q.      OKAY.  AND SO HOW DOES THAT FAILED EXAM AND ONE

15     THAT YOU CANNOT RECTIFY MAKE YOU FEEL?

16     A.      IT IS UNFAIR, OBVIOUSLY.  AND IN MY OPINION, IT

17     WAS A VERY SUBJECTIVE EXAM AND MOST ETHNIC MINORITY

18     GROUPS FAILED, ACTUALLY, THAT IS A TRUE STATISTIC.  AND

19     IN ADDITION TO THAT, IT WAS REMOVED AND YET IT WAS HELD

20     AGAINST ME, SO.

21     Q.      AND YOU MADE A STATEMENT EARLIER ABOUT THE --

22     AND I REALLY WANT TO LEAN IN ON THIS PARTICULAR

23     STATEMENT OR QUESTION TO YOU ABOUT THE RESIDENCY

24     PROGRAMS AND SEEING THESE PARTICULAR FAILED EXAMS WHICH

25     EVEN YOU SAID FOR THE STEP 2 CS IS A FAILED ATTEMPT THAT

1    YOU CANNOT RECTIFY OR HAVE REMOVED OFF OF YOUR

2    TRANSCRIPT, WHAT TYPE OF IMPACT DOES THAT HAVE

3    SPECIFICALLY?

4    A.      YES, IT DEPENDS.   THAT CAN BE A DECIDING FACTOR

5    IF -- AS TO GETTING INTO A PROGRAM OR NOT GOING INTO A

6    PROGRAM, TO PRACTICE IN A STATE AS OPPOSED TO NOT

7    PRACTICING IN A STATE.   SO IT'S A DETERMINING FACTOR.

8    Q.      AND DR. SENOGA, YOU SAID YOU GRADUATED THREE

9    YEARS AGO?

10   A.      NO, 2021.

11   Q.      2021.   OKAY.   SORRY.

12           GO AHEAD.

13   A.      NO, NO, NO, I WAS WAITING FOR YOU, SORRY.

14   Q.      GOT YOU.

15           SO DR. SENOGA, YOU GRADUATED IN 2021.

16           WHY HAVE YOU NOT MATCHED INTO A RESIDENCY

17   PROGRAM AFTER SO LONG?

18   A.      BECAUSE OF OUR -- I MEAN, THE SIMPLE FACT IS

19   THAT ONE OF THEM BEING MAINLY FAILED ATTEMPTS.

20   Q.      AND HOW DO YOU KNOW THAT THESE -- THAT YOU

21   DIDN'T GET INTO A RESIDENCY PROGRAM BECAUSE OF FAILED

22   ATTEMPTS?

23   A.      BECAUSE I HAD A PROGRAM MENTOR GROUP WHO KIND OF

24   HIGHLIGHTED MY RED FLAGS.

25   Q.      AND DURING YOUR INTERVIEWS FOR RESIDENCY

1      PROGRAMS, CAN YOU TALK ABOUT THAT RELATED TO YOUR

2      TRANSCRIPT?

3      A.        YES.   I MEAN YEAR AFTER YEAR IT'S KIND OF

4      PAINFUL TO GO THROUGH, AND I JUST FEEL LIKE I AM

5      RELIVING IT RIGHT NOW.   BUT IT'S BEEN PAINFUL BECAUSE

6      EVEN DESPITE THE AMOUNT OF MONEY THAT YOU PUT IN FROM A

7      PERSON WITH LOW SOCIAL ECONOMIC STATUS KIND OF

8      SACRIFICING TO PUT THIS INTO A YOUR -- YOU ARE STILL NOT

9      CHOSEN AND YOU START TO WONDER WHAT IS WRONG WITH ME.

10     SO YOU KIND OF GET SOME OTHER MENTAL DISORDERS, SUCH AS

11     DEPRESSION BECAUSE YOU ARE OUT FOR YEARS WITHOUT A JOB.

12     Q.        DR. SENOGA, YOU TALKED A LITTLE BIT ABOUT THE

13     FINANCIAL BURDEN AND THE ACCESSIBILITY.

14               YOU WERE APPLYING FOR RESIDENCY BEFORE

15     COVID, BEFORE THE SHUT DOWN?

16     A.        NO, I MEAN IT WAS RIGHT AROUND COVID, YEAH.

17     Q.        SO DID YOU HAVE TO DO IN-PERSON INTERVIEWS OR

18     DID YOU HAVE TO GO -- LIKE, DO IT ON SCREEN LIKE THEY

19     ARE DOING NOW?

20     A.        SO INITIALLY RIGHT BEFORE COVID, BECAUSE THAT'S

21     WHAT I APPLIED, WE WERE GOING ON SITES.   AND THAT WAS

22     ANOTHER FINANCIAL BURDEN, AND I AM SO GLAD IT'S BETTER

23     NOW BECAUSE THAT WAS AN EXPENSIVE PRICE FOR EVEN

24     MINORITIES TO ACHIEVE, SO THEY WERE LIMITED TO THE

25     AMOUNT OF PROGRAMS THAT THEY COULD APPLY TO.

1    Q.      AND JUST A ROUGH NUMBER, WHAT DO YOU CONSIDER A

2    SIGNIFICANT AMOUNT OF MONEY FOR DOING THESE TRAVELINGS

3    AND INTERVIEWS?

4    A.      SO IF YOU ARE DOING IT RIGHT, TEN GRAND PER

5    SEASON.  BUT APPLYING JUST THROUGH -- YOU HAVE TO APPLY

6    SO YOU KIND OF CUT YOUR CHANCE, SO WHY BECAUSE YOU HAVE

7    RED FLAGS, SO IT'S LIKE 4,500 TO APPLY TO 200 PROGRAMS.

8    Q.      SO YOU SAID HOW MANY PROGRAMS DID YOU APPLY TO?

9    A.      200 PROGRAMS FOR AROUND 4,500.

10   Q.      SO THE FIRST TIME YOU APPLIED THROUGH THE MATCH

11   PROGRAM, WHAT IS THE ROUGH NUMBER THAT YOU APPLIED TO

12   THE FIRST TIME?

13   A.      INITIALLY IT WAS 100, BECAUSE I NEEDED TO FACTOR

14   IN TRAVELING.  SO I DON'T QUITE REMEMBER, IT WAS CLOSE

15   TO TEN GRAND.

16   Q.      TEN GRAND.  WHOA THAT'S A SIGNIFICANT AMOUNT OF

17   MONEY.

18   A.      YOU ARE RIGHT.

19   Q.      AND DURING THAT TIME, YOU DIDN'T MATCH, DID YOU?

20   A.      I DID NOT.

21   Q.      I THINK YOU SAID THAT EARLIER.

22   A.      YES.  AND THAT'S WHY IT'S SO PAINFUL, RIGHT.

23   BECAUSE IT IS MONEY THAT YOU DO NOT HAVE, AND YOU SORT

24   OF COME INTO THIS PROCESS WHERE YOU WORK AT NIGHT.

25   Q.      THE SECOND -- SORRY, GO AHEAD, DR. SENOGA.

1  A.       AND IT'S KIND OF LIKE GATEKEEPING.  THAT'S HOW I

2  FELT IN THE PROCESS, AND I WAS BEING SHUT OUT.

3  Q.       AND DR. SENOGA, YOUR SECOND TIME YOU WENT

4  THROUGH THE MATCH PROGRAM, WHAT WAS -- I GUESS A ROUGH

5  ESTIMATE OF HOW MUCH MONEY YOU SPENT ON THAT PARTICULAR

6  TIME?

7  A.       THE LOWEST I WOULD SAY PER SEASON IS AROUND --

8  LIKE THE MOST IS LIKE 5 GRAND.

9  Q.       FIVE GRAND.  AND HOW MANY PROGRAMS DID YOU APPLY

10  TO?

11  A.       IN ORDER TO DO IT RIGHT, AS I SAID, AND I GUESS

12  I DID NOT DO IT RIGHT BECAUSE I DID NOT MATCH THIS

13  SEASON, BUT I GOT A SCRAMBLE POSITION, BUT IT IS FIVE

14  GRAND.

15  Q.       AND THE PROGRAMS, HOW MANY PROGRAMS DID YOU

16  APPLY TO THE SECOND TIME YOU WENT THROUGH THE MATCH

17  PROCESS?

18  A.       ALL TOGETHER, EVEN DURING COVID, I GUESS THEY

19  CAME OUT TO 200.

20  Q.       200 DIFFERENT RESIDENCY PROGRAMS, DID I HEAR YOU

21  CORRECT?

22  A.       YES.

23  Q.       IS THAT 200 ALL THREE TIMES YOU APPLIED?

24  A.       NO, NO, NO.  SO THE SEASON IS FROM SEPTEMBER

25  THROUGH MARCH.

1    Q.     GOT YOU.

2              SO THE FIRST TIME YOU TOOK -- YOU APPLIED

3    TO 100 PROGRAMS DID NOT MATCH?

4    A.     YES.

5    Q.     THE SECOND TIME YOU APPLIED TO 200 PROGRAMS AND

6    DID NOT MATCH.

7              AND HOW MANY TIMES DID YOU -- HOW MANY

8    PROGRAMS DID YOU APPLY TO YOUR THIRD TIME?

9    A.     200 STILL.

10   Q.     OKAY.  SO WE ARE NOW LOOKING AT APPROXIMATELY

11   500 DIFFERENT RESIDENCY PROGRAMS.  AND I THINK -- AM I

12   CORRECT THAT YOU SAID THAT YOU DID NOT MATCH THROUGH THE

13   MATCH PROGRAM?

14   A.     YES, I DID NOT MATCH.  AND I WAS TRYING TO

15   FIGURE OUT WHAT I'M GOING TO DO, BECAUSE HERE I WAS, I

16   FELT LIKE I WAS A WORTHY CANDIDATE, I HAD EXTRA STUFF

17   LIKE A PH.D. AND MPH AND THAT WAS NOT ENOUGH, BECAUSE

18   WHAT IS GRADED IS THE STEPS.

19   Q.     AND YOU SAY THAT YOU HAVE AN MPH AS WELL?

20   A.     MM-HMM.

21   Q.     AND YOUR PH.D., CORRECT?

22   A.     UH-HUH.

23   Q.     SO.  EVEN WITH THESE DIFFERENT FACTORS THAT

24   WOULD HAVE MADE YOU, IN YOUR WORDS, A WORTHY CANDIDATE.

25              HOW WAS YOUR GRADES IN COLLEGE -- I MEAN

1      IN MEDICAL SCHOOL?

2      A.      THAT'S WHY I SAID THAT I WAS JUST PASSING BY,

3      RIGHT.  SO I HAD ADHD, BUT I WAS NOT -- I DID NOT WANT

4      TO BE DIAGNOSED BY THAT, BECAUSE IT'S NOT ACCEPTED IN

5      THE MEDICAL COMMUNITY.

6      Q.      YES, EVEN -- BUT, YES.

7                  AND DR. SENOGA, CAN YOU TALK A LITTLE BIT

8      ON THE TOPIC OF -- YOU SAID THAT YOU WENT THROUGH THE

9      MATCH PROCESS THREE DIFFERENT TIMES, WHICH REALLY GIVES

10     YOU AN ADVANTAGE, RIGHT, OF REALLY KNOWING -- YOU HAVE

11     SEEN THIS MULTIPLE TIMES, RIGHT?

12     A.      MM-HMM.

13     Q.      VERSUS NORMAL PEOPLE WOULD JUST ONLY SEE IT ONE

14     TIME.

15                 CAN YOU TALK ABOUT THAT WHOLE PROCESS

16     FROM THE BEGINNING THROUGH?

17     A.      I MEAN, TALKING THROUGH IT IS JUST SO PAINFUL.

18     BUT THIS TIME, YOU KNOW, I WENT FOR FAMILY SUPPORT AND

19     THEY BASICALLY WERE SAYING -- THEY WERE KIND OF EASING

20     ME TO KIND OF LET IT GO, BUT HOW MANY ETHNIC MINORITY

21     STUDENTS LET IT GO?  A LOT OF STUDENTS, I WOULD SAY,

22     THAT I KNOW.  AND IT'S A VERY UNFAIR PROCESS, BECAUSE I

23     WAS ALMOST DENIED A PROFESSION THAT I HAVE DEDICATED

24     OVER 12 YEARS FOR.

25     Q.      YES, SORRY.

1              AND DR. SENOGA, WITH THAT GAP OF THOSE

2    THREE ROUNDS OF MISSING, HOW DOES THE -- HOW DOES THAT

3    EFFECT A PERSON WHEN APPLYING TO RESIDENCY PROGRAMS?

4    A.      SO THE MORE YEAR -- THE YEAR OF GRADUATION ALSO

5    MATTERS.  SO THE MORE YOU ARE AWAY, SOME PROGRAMS WILL

6    NOT TOUCH YOU.  SO THERE ARE NOW ALSO GUIDELINES FOR

7    SECOND PROGRAMS LIKE INTERNAL MEDICINE, YOU CANNOT BE

8    OVER TWO YEARS OF GRADUATION.  OR FAMILY MEDICINE, YOU

9    CANNOT BE OVER THREE YEARS OF GRADUATION TO ACCEPT YOU

10   INTO THE PROGRAM.  THESE ARE ALL UNDER LIKE THEIR

11   GUIDANCE OF AMERICAN ASSOCIATION OF FAMILY PHYSICIAN OR

12   SEP, WHICH IS AMERICAN CLOSED PHYSICIAN, THAT IS THE

13   INTERNAL MEDICINE ASSOCIATION.  THEY KIND OF DO COME UP

14   WITH THESE GUIDELINES FOR THEIR DIRECTORS.

15   Q.      DO THESE PARTICULAR SOURCES THAT YOU MENTIONED,

16   WOULD YOU DEEM THEM TO BE CREDIBLE SOURCES?

17   A.      ABSOLUTELY, YES.  I HAVE PRESENTED IN AMERICAN

18   COLLEGE OF PHYSICIAN.  I HAVE DONE TWO ABSTRACTS THERE,

19   SO I KNOW A FEW PEOPLE THAT I HAVE WORKED WITH, YES,

20   THEY ARE CREDIBLE.

21   Q.      OKAY.  AND DR. SENOGA, WHEN THINKING ABOUT THE

22   MATCH PROGRAM AND REGISTRATION AND THINGS OF THAT

23   NATURE, AS AN IMG, ARE THERE EXTRA STEPS THAT -- AND IF

24   SO, WHAT ARE THOSE STEPS?

25   A.      SO YES, AND THAT IS ONE OF THE THINGS -- SORRY.

1    SO THAT IS ONE OF THE THINGS IN THE AMA POLICY THAT I

2    DO.  I LOOK FOR IT IN ONE OF THE POLICIES THAT

3    INTERNATIONAL MEDICAL GRADS PAY FOR IN THE USMLE AS

4    OPPOSED TO ISM3 SO FOR EXAMPLE STEP 1, USMLE TAKES 150

5    AND FOR AN IMG THAT IS ONE GRAND.  SO WE ARE TRYING TO

6    MAKE IT UNIFORM BECAUSE MOST INTERNATIONAL MEDICAL

7    GRADUATE STUDENTS ARE COMING FROM POOR COUNTRIES, AND

8    THEY PAY MORE THAN U.S. MEDICAL STUDENTS.  IN ADDITION

9    TO THAT AS STEP 2, IT WAS LIKE 1,500 AS OPPOSED TO 800

10   OR 900.  SO IT IS VERY EXPENSIVE TO BE AN INTERNATIONAL

11   MEDICAL GRAD STUDENTS.

12   Q.      AND AS A U.S. CITIZEN, HOW DOES THAT ACTUALLY

13   MAKE YOU FEEL BETWEEN -- WITH THAT DISCONNECT AND BEING

14   A U.S. CITIZEN?

15   A.      RIGHT, SO YOU ARE LIVING IN THE COUNTRY.  I WAS

16   ACTUALLY ALSO A COVID RESPONDER, SO IT WAS VERY

17   UNFORTUNATE THAT SOME OF THESE INSTITUTIONS OR

18   FACILITIES I WAS HELPING THEM DURING THE PANDEMIC AND

19   THOSE INSTITUTIONS COULD NOT LET ME GET INTO THEIR

20   RESIDENCY PROGRAM.  SO IT IS VERY HARD TO WORK FOR A

21   COMMUNITY THAT YOU KNOW THAT NEEDS THE PERSON, BUT YOU

22   CANNOT BECAUSE OF YOUR LIMITATIONS.

23   Q.      AND DR. SENOGA, WHICH RESIDENCY PROGRAM --

24   EARLIER WE STATED THAT YOU WILL BE STARTING YOUR

25   RESIDENCY HERE IN A COUPLE OF WEEKS, AND CONGRATULATIONS

1    TO THAT.

2    A.      THANK YOU.

3    Q.      REALLY BIG PRAISE FOR THAT.

4            WHAT PROGRAM DID YOU DID YOU MATCH -- OR

5    DID YOU GO INTO?

6    A.      WELL, I DON'T THINK IT'S KIND OF RELEVANT, BUT,

7    YOU KNOW, I MATCHED IN A TRANSITION YEAR AND THAT KIND

8    OF GIVES YOU AN OPPORTUNITY TO EITHER BECOME ONE OF THE

9    CATEGORICAL PROGRAMS, SUCH AS PMR, PHYSICAL MEDICAL,

10   WITHOUT LIMITATION OR DERMATOLOGY.  SO YOU CAN PICK

11   DEPENDING ON WHAT YOU WANT TO BECOME.

12   Q.      GOT YOU.

13           SO WERE THESE THE RESIDENCY

14   SPECIALIZATIONS THAT YOU INTENDED BEFORE YOU HAD EVER

15   TAKEN -- WHEN YOU FIRST WENT TO MED SCHOOL?

16   A.      NO.  SO I WANTED TO BE AN EMERGENCY MEDICINE

17   PHYSICIAN, THAT'S WHY I AM PART OF THE SOCIETY ACADEMIC

18   COMMUNITY.  I WANTED TO STAY IN THE CHICAGO AREA,

19   BECAUSE I DO HAVE FAMILY HERE.  BUT I CANNOT PRACTICE IN

20   ILLINOIS BECAUSE OF MY ATTEMPTED SCORE, SO I HAD TO KEEP

21   WHATEVER THAT -- YOU KNOW, IT'S A SCRAMBLE.  AND AS YOU

22   HAVE SEEN MY APPROACH APPLY BROADLY AND WIDELY.

23   Q.      RIGHT.

24           SO DR. SENOGA, DID I HEAR YOU CORRECT

25   WHEN YOU SAID YOU CAN'T PRACTICE IN YOUR OWN HOME STATE

1    WHERE YOU LIVE CURRENTLY?

2    A.      YES.

3    Q.      AND DR. SENOGA, WHEN YOU WERE APPLYING FOR --

4    SAY THAT SOMEONE SAYS, WELL, THERE COULD BE OTHER

5    FACTORS THAT SHE HAS WENT THROUGH THAT MADE HER NOT A

6    CANDIDATE FOR EMERGENCY MEDICINE.

7            DID YOU EVER -- WERE YOU EVER GIVE AN

8    INTERVIEW IN EMERGENCY MEDICINE, THE FIELD OF YOUR

9    CHOICE?

10   A.      YES.

11   Q.      HOW WAS THAT PROCESS, AND WHAT DID YOU GATHER

12   THAT -- SORRY.

13           HOW WAS THAT PROCESS?

14   A.      SO YOU DO GET AN INTERVIEW PROCESS.  THEY

15   INTERVIEW YOU.  THE WAY THE PROCESS WORKS IS YOU -- THE

16   PROGRAM RANKS THE CANDIDATE, AND THE CANDIDATE RANKS THE

17   PROGRAM EVEN.  SO EVEN IF I CHOSE THE PROGRAM NUMBER

18   ONE, THAT ACCORDING TO THEIR RANKING, WHICH THEIR

19   RANKING IS BASED ON STEP SCORES, LETTERS OF

20   RECOMMENDATION, TRANSCRIPTS, I WAS PROBABLY RANKED LOWER

21   BECAUSE THAT IS THEIR FAIR AND CRITICAL PROCESS, NOT

22   EQUITY, BUT EQUAL PROCESS FOR EVERYONE.  BECAUSE THEY

23   HAVE APPROXIMATELY 5,000 APPLICANTS SO THEY HAVE TO FIND

24   A WAY OF NOT ONLY WEEDING INTO THE INTERVIEW PROCESS,

25   BUT ALSO WEEDING INTO THEIR APPLICANTS, AND THEY

1    PROBABLY INTERVIEWED PROBABLY AROUND 50 STUDENTS.

2    PROBABLY I WAS RANKED WAY LOWER THAN -- WHICH LEAVES ME

3    TO NOT GET THE RESIDENCY PROGRAM.

4    Q.      AND FOR CLARIFICATION, ARE YOU SAYING THAT

5    PROGRAM DIRECTORS AND PROGRAMS IN GENERAL USE THE USMLE

6    AS THE FIRST BAR TO WEED OUT BECAUSE OF THE AMOUNT OF

7    CANDIDATES?

8    A.      MM-HMM.

9    Q.      DR. SENOGA, HOW DO YOU PROVE THAT, HOW DO YOU --

10   IS IT -- DO YOU FEEL THAT IT WOULD BE PHYSICALLY

11   POSSIBLE FOR RESIDENCY PROGRAM NOT THE USE SUCH A TOOL

12   SUCH AS A STANDARDIZED EXAM TO WEED OUT STUDENTS WHEN

13   THEY HAVE SO MANY?

14   A.      IT'S JUST HUMANLY IMPOSSIBLE TO GO UNDER THOSE

15   5,000 APPLICANTS OR 10,000 APPLICANTS, RIGHT, SO IT'S

16   HUMANLY -- THERE IS A PROGRAM COORDINATOR AND PROGRAM

17   DIRECTOR, IT'S JUST HUMANLY IMPOSSIBLE TO GO THROUGH

18   THOSE APPLICATIONS.

19              SO THEY HAVE TO EITHER USE AN ALGORITHM

20   TO WEED OUT, WHICH I WAS ALWAYS WEEDED OUT.  AND THE WAY

21   I SORT OF GOT THESE INTERVIEW WAS THROUGH NETWORKING.

22   REMEMBER I TOLD YOU THAT I WAS PART OF THE ASSOCIATION

23   TO GET THOSE KINDS OF CONNECTIONS SO THAT THEY COULD

24   KNOW THE PERSON THAT WAS APPLYING.

25   Q.      NOW, DR. SENOGA, WHEN YOU WERE INTERVIEWING AND

1   YOU ACTUALLY WAS -- YOU WERE INTERVIEWED WITH A HUMAN.

2   DID THEY EVER GIVE YOU ANY FEEDBACK?

3   A.      YES.  YES.

4   Q.      AND --

5   A.      AS I SAID, LIKE THE PROGRAM DIRECTOR WHO I CALL

6   MY MENTOR NOW, SHE IS THE ONE WHO SAID ONE OF THE -- MY

7   LIMITING FACTORS WAS INDEED SO MANY ATTEMPTS.

8   Q.      AND DID ANY OTHER PROGRAM DIRECTORS OR

9   INTERVIEWERS FOR A RESIDENCY PROGRAM GIVE YOU ANY OTHER

10  TYPES OF FEEDBACK?

11  A.      YES, I GUESS.  SO AS I SAID, THOSE FACTORS THAT

12  LEAD INTO IT AND HOW IT'S WEIGHED STEP SCORES,

13  RECOMMENDATION LETTERS AND TRANSCRIPTS.

14  Q.      SO WOULD IT BE A GOOD REPRESENTATION THAT YOU

15  ARE SAYING THAT ACROSS THE BOARD YOUR INTERVIEWS, THESE

16  PROGRAM DIRECTORS ARE TELLING YOU THAT THEY ARE WEIGHING

17  IN ON YOUR STEP SCORES?

18  A.      YES.

19  Q.      OKAY.  DR. SENOGA, CAN YOU -- CAN YOU TALK A

20  LITTLE BIT ABOUT -- MORE SO OF WHY EXPUNGEMENT OF A

21  CANDIDATES'S FAILED TRANSCRIPTS IF SHOWN THAT THEY WERE,

22  YOU KNOW, DISCRIMINATED AGAINST WITHIN THE ADA WHY THAT

23  IS IMPORTANT; CAN YOU EXPLAIN TO THE COURT?

24  A.      SO.

25              MS. MEW:  OBJECTION, YOUR HONOR.

1              THE WITNESS:  OKAY.  SO I GUESS I COULD

2      SAY --

3              DR. KITCHENS:  ONE SECOND, DR. SENOGA.  I

4      THINK MS. MEW SAID SOMETHING?

5              THE WITNESS:  SHE SAID OBJECTION.

6              MS. MEW:  I THINK WE ARE NOW TRANSFERRING

7      FROM JUST TALKING ABOUT THE MATCH STATISTICS TO TALKING

8      ABOUT DISABILITY RELATED ISSUES, AND I'M NOT SURE THAT

9      THERE IS FOUNDATION OR EXPERTISE FOR THAT.

10             THE COURT:  DR. KITCHENS, WHAT IS THE

11     PLAN?

12             DR. KITCHENS:  YES, THERE IS FOUNDATION

13     FOR IT, YOUR HONOR.  DR. SENOGA IS HERE TO BE OUR EXPERT

14     ON THE SUBJECT OF A MATTER IN THIS CASE WHICH IS

15     OBVIOUSLY BEING WEIGHED VERY HEAVILY.  AND WITH HER

16     EXPERT EXPERIENCE OF THIS, SHE IS MORE QUALIFIED TO TALK

17     ABOUT IT THAN I THINK ANY OF US.

18             THE COURT:  WHEN YOU SAY THIS, WHAT IS

19     THE NATURE OF THE NEXT BLOCK OF TESTIMONY?

20             DR. KITCHENS:  YES.  IT IS TALKING ABOUT

21     THE EXPUNGEMENT OF STEP 1 OR STEP 2 EXAMS AND HOW IT

22     AFFECTS.

23             THE COURT:  OKAY.  MS. MEW, I AM GOING TO

24     -- WE HAVE COME THIS FAR, LET'S GET THE REST OF THE

25     TESTIMONY IN.

```
 1                      GO AHEAD, DR. KITCHENS.

 2                      MS. MEW:   OKAY.

 3      BY DR. KITCHENS:

 4      Q.      LET ME SAY THE QUESTION AGAIN, OKAY, DR. SENOGA?

 5      A.      OKAY.

 6      Q.      SO WHAT I WOULD LIKE FOR YOU TO LAY OUT FOR THE

 7      COURT HERE -- SO I HAVE AN EXAMPLE WHERE A PERSON HAS

 8      BEEN DIAGNOSED WITH WHATEVER TYPE OF MENTAL IMPAIRMENT,

 9      ADHD OR ANXIETY, DOCUMENTATION AND OTHER SORTS, AND THEY

10      WERE DENIED ACCOMMODATIONS.  THEY TAKE THESE PARTICULAR

11      -- THEY TAKE THE EXAMS AND THEY FAIL THE EXAMS.  AND

12      THEN IF THEY GO THROUGH LITIGATION, ET CETERA, HOW IS

13      THE -- AND THAT THE PLAINTIFF IS FOUND TO BE ON THEIR

14      MERITS, THERE WAS A DISABILITY THERE, AND THEY WERE

15      WRONGFULLY DENIED UNDER THE ADA BUT STILL HAVE THE

16      MULTIPLE FAILED EXAMS ON THERE.  CAN YOU EXPLAIN THAT

17      AND HOW IT NEEDS -- ABOUT THE EXPUNGEMENT THERE?

18      A.      SO I GUESS IT IS A SECOND CHANCE, RIGHT.  THIS

19      IS A SECOND CHANCE SITUATION WHERE NOT ONLY, AS I KIND

20      OF MENTIONED, YOU WON'T HAVE A JOB.  I WILL NOT WITH

21      THOSE ATTEMPTS.

22                      IN ADDITION TO THAT -- OR IF YOU WANT TO

23      BE A PHYSICIAN, YOU WILL NOT BE A PHYSICIAN, WHICH MEANS

24      THAT YOU WILL NOT BE ABLE TO PAY BACK YOUR LOANS IF YOU

25      HAD LOANS.  WHICH MEANS THERE IS A STATISTIC, RIGHT,
```

1    THAT IS ASSOCIATED, A MORTALITY STATISTIC WITH

2    UNEMPLOYMENT AND WE ALREADY KNOW THE SOCIAL ECONOMIC

3    STATUS OF NOT ONLY THAT, BUT ALSO HEALTH AND

4    INEQUALITIES AND THE STATISTICS THAT SHOW THAT.

5    PATIENTS ARE IMPROVED BETTER WHEN THEIR DOCTORS LOOK

6    LIKE THEM.

7                    IN ADDITION TO THAT, NOT ONLY ARE YOU

8    NEEDED IN SOCIETY FOR A SECOND CHANCE, YOU KNOW, IT JUST

9    GIVES -- THERE IS -- IT'S JUST NOT FAIR THAT YOU HAVE

10   NOT HAD NOT ONLY AN ACCESS ISSUE, BUT IN ADDITION TO

11   THAT, FAILED ATTEMPTS AND THAT WILL NOT GIVE YOU A JOB

12   OPPORTUNITY.

13   Q.       AND LASTLY, DR. SENOGA, YOU MENTIONED SOMETHING

14   ABOUT -- I THINK ABOUT THE BENEFITS OF THE COMMUNITY

15   WHEN PEOPLE LOOK LIKE THEM.

16                   IS THAT WHAT YOU WERE SAYING THERE?

17   A.       CONCORDANCE, YES.

18   Q.       CAN YOU --

19   A.       CONCORDANCE, C-O-N-C-O-R-D-A-N-C-E, IT IS A BIG

20   ACTUALLY CALIFORNIA CORPORATE STUDY THAT WAS DONE, AND

21   IT SHOWED IMPROVEMENT ON THE PREVENTION STRATEGIES THAT

22   IMPROVEMENT IN ACCEPTANCE AND ADHERING TO TREATMENTS AS

23   WELL WHEN PATIENTS HAVE DOCTORS THAT LOOK LIKE THEM.

24   THE COMMUNITY BENEFITS, BECAUSE THOSE ARE THINGS THAT

25   HAVE BEEN PASSED INTO MORE OF LIKE -- LIKE PRESIDENT

1    BIDEN PASSED THE EQUITY INITIATIVE.  AND IF THAT

2    INITIATIVE IS BEING TARGETED TOWARDS HIGH SCHOOL AND NOT

3    TARGETED TO A PERSON LIKE YOU WHO NEEDS IT, THEN THAT

4    INITIATIVE IS NOT GOING TO DO THE WORK IT NEEDS TO DO.

5    SO THIS GIVES YOU A CHANCE TO NOT ONLY HAVE ACCESS TO

6    MATERIALS BUT ALSO GET ACCESS TO BEING A PHYSICIAN.

7    Q.      LAST QUESTION, DR. SENOGA.

8                 IN CLOSING HERE, ARE THERE ANY OTHER

9    STATEMENTS OR WORDS THAT YOU WOULD LIKE TO ADDRESS FOR

10   THE COURT ON THE TOPIC OF EXPUNGEMENT?

11                 MS. MEW:  OBJECTION, YOUR HONOR.

12                 THE COURT:  DR. KITCHENS, YOU HAVE TO ASK

13   A SPECIFIC QUESTION.

14                 DR. KITCHENS:  OKAY.  SORRY ABOUT THAT,

15   JUDGE.

16                 NO FURTHER QUESTIONS.

17                 THE COURT:  YOUR WITNESS, MS. MEW.

18                 MS. MEW:  THANK YOU, YOUR HONOR.

19                     CROSS EXAMINATION

20   BY MS. MEW:

21   Q.      GOOD AFTERNOON, DR. SENOGA.  MY NAME IS CAROLINE

22   MEW, I AM AN ATTORNEY FOR NBME.

23                 I JUST WANTED TO CHECK, I THINK YOU WERE

24   TALKING ABOUT YOUR MEDICAL SCHOOL PERFORMANCE.

25                 WHERE DID YOU ATTEND MEDICAL SCHOOL?

```
1    A.        CARIBBEAN MEDICAL UNIVERSITY.

2    Q.        AND I BELIEVE YOU STATED THAT YOUR GRADES THERE,

3    YOU WERE PASSING BY?

4    A.        MM-HMM.  YES.

5    Q.        THANK YOU.  DR. SENOGA, YES, THANK YOU.

6              MS. MEW:  I DON'T HAVE ANY OTHER

7    QUESTIONS, YOUR HONOR.

8              THE COURT:  OKAY.  I ASSUME THERE IS NO

9    REDIRECT FOR THAT, DR. KITCHENS?

10             DR. KITCHENS:  NO, SIR.

11             THE COURT:  ALL RIGHT.

12             DR. SENOGA, THANK YOU FOR YOUR TIME.  YOU

13   ARE FREE TO GO.

14             THE WITNESS:  THANK YOU.

15             DR. KITCHENS:  THANK YOU, DR. SENOGA.

16             THE COURT:  ALL RIGHT.  AND THEN DR.

17   KITCHENS, WE ARE BACK TO YOU, THE MASTER OF CEREMONIES

18   FOR YOUR CASE HERE.  WHAT DO YOU HAVE IN STORE FOR US

19   NEXT?

20             DR. KITCHENS:  YES, IF THE COURT WOULD

21   ALLOW ME TO CONTACT MY NEXT WITNESS, THEY ARE NOT ON

22   RIGHT NOW.

23             THE COURT:  WHY DON'T WE DO THIS, WHY

24   DON'T I DO A LITTLE BETTER THAN THAT.  WHY DON'T WE TAKE

25   TEN MINUTES, LET'S SAY.
```

1                    DR. KITCHENS:  PERFECT, YOUR HONOR.

2                    THE COURT:  I WILL BE BACK JUST BEFORE

3       2:30.

4                    DR. KITCHENS:  SOUNDS GOOD.  THANK YOU.

5                    (SORT RECESS TAKEN.)

6                    THE COURT:  DR. KITCHENS, ARE YOU READY

7       TO CALL YOUR NEXT WITNESS?

8                    DR. KITCHENS:  YES, SIR.  YES, YOUR

9       HONOR.  I WOULD LIKE TO CALL TO THE STAND MS. MISSIE

10      KING.

11                   THE COURT:  HELLO, MS. KING, GOOD TO SEE

12      YOU.

13                   THE WITNESS:  GOOD AFTERNOON.

14                   THE COURT:  GOOD AFTERNOON.

15                   LYNN, WOULD YOU SWEAR IN THE WITNESS?

16                   THE COURT REPORTER:  MS. KING, CAN YOU

17      PLEASE RAISE YOUR RIGHT HAND?

18                   (PLAINTIFF WITNESS, MISSIE KING, IS

19      SWORN.)

20                   THE COURT REPORTER:  CAN YOU PLEASE STATE

21      AND SPELL YOUR NAME FOR THE RECORD?

22                   THE WITNESS:  MISSIE, M-I-S-S-I-E, LAST

23      NAME KING, K-I-N-G.

24                   DR. KITCHENS:  YOUR HONOR, I WOULD LIKE

25      TO ASK FOR CLARIFICATION, WOULD YOU LIKE FOR ME TO SPEAK

```
1     IN THIRD PERSON OR FIRST PERSON TO MY MOTHER?

2                    THE COURT:  WHATEVER IS COMFORTABLE FOR

3     YOU.  WHAT IS MOST IMPORTANT IS THAT THE QUESTIONS MAKE

4     SENSE TO ALL OF US AND ARE UNDERSTANDABLE, SO DO WHAT

5     YOU THINK IS MOST COMFORTABLE.

6                    DR. KITCHENS:  YES, SIR.  THANK YOU, YOUR

7     HONOR.

8                    DIRECT EXAMINATION

9     BY DR. KITCHENS:

10    Q.     SO MS. KING, WHAT IS YOUR RELATIONSHIP TO ME?

11    A.     I AM YOUR MOTHER.

12    Q.     WHAT STATE DO YOU CURRENTLY RESIDE IN?

13    A.     TENNESSEE.

14    Q.     AND WHAT CITY?

15    A.     CHATTANOOGA.

16    Q.     HOW LONG HAVE YOU LIVED THERE?

17    A.     ALL MY LIFE, 50 YEARS.

18    Q.     AND DO YOU LIVE WITH ME?

19    A.     NO, I DO NOT.

20    Q.     WHEN WAS THE LAST TIME THAT YOU LIVED WITH ME?

21    A.     THE LAST TIME WE LIVED TOGETHER YOU WERE 18.

22    AFTER HIGH SCHOOL WE NEVER LIVED TOGETHER AGAIN.

23    Q.     OKAY.  AND MS. KING, DO YOU HAVE ANY OTHER

24    CHILDREN OUTSIDE OF MYSELF?

25    A.     YES, I HAVE A YOUNGER SON.
```

1    Q.      AND MS. KING, WHAT IS THE HIGHEST LEVEL OF

2    EDUCATION THAT YOU HAVE COMPLETED?

3    A.      ASSOCIATES OF SCIENCE.

4    Q.      AND THAT DEGREE WAS IN WHAT?

5    A.      RELIGIOUS STUDIES.

6    Q.      I WOULD LIKE TO ASK YOU, HOW WOULD YOU DESCRIBE

7    YOUR RELATIONSHIP WITH ME, OUR RELATIONSHIP?

8    A.      WE HAVE A GREAT RELATIONSHIP.  WE TALK ON THE

9    PHONE, YOU KNOW, WHENEVER YOU ARE NOT STUDYING OR TOO

10   BUSY FOR YOUR MOTHER.  AND SO WHENEVER YOU GET A CHANCE

11   TO MAKE IT HOME, WE NORMALLY WOULD GO OUT TO DINNER AND

12   EAT AND LAUGH AND TALK AND SOMETIMES, YOU KNOW, WE WOULD

13   STAY UP TO 3:00 AND 4 O'CLOCK IN THE MORNING JUST

14   TALKING ABOUT ANYTHING.  EVEN IF I HAD TO GET UP REALLY

15   EARLY AND HAVE A REALLY EARLY APPOINTMENTS IN THE

16   MORNING, I DIDN'T CARE, I JUST WANTED TO TAKE ADVANTAGE

17   OF THE TIME THAT I HAD WITH YOU BECAUSE I REALLY DON'T

18   GET TO SEE YOU THAT MUCH.

19   Q.      AND ALONG WITH THIS CASE HERE -- LET'S MOVE ON

20   HERE.

21           MS. KING, WHEN I WAS -- CAN YOU GIVE AN

22   OVERVIEW OF MY ELEMENTARY SCHOOL EXPERIENCE?

23   A.      WELL, WHEN YOU WERE IN ELEMENTARY SCHOOL, YOU

24   HAD A PROBLEM WITH PAYING ATTENTION, STAYING FOCUSED,

25   BEING A DISTRACTION FOR YOURSELF AND A DISTRACTION FOR

1    OTHER KIDS.  YOUR READING WAS POOR, COMPREHENSION, MATH,

2    YES, IT WAS A STRUGGLE.

3    Q.      AND WHAT ELEMENTARY SCHOOL DID I ATTEND?

4    A.      RIVERMONT ELEMENTARY SCHOOL.

5    Q.      IS THERE ANY OTHER ELEMENTARY SCHOOL?

6    A.      YES, YOU ATTENDED BESS T SHEPHERD IN FIFTH GRADE

7    BECAUSE WE MOVED.

8    Q.      AND YOU TALKED ABOUT DISTRACTING OTHER STUDENTS.

9    SO YOU ARE IMPLYING BEHAVIORAL ISSUES IN THE CLASSROOM?

10   A.      YES.  YOU LOVED TO TALK, RUN THAT MOUTH ALL DAY

11   LONG.  YOU LOVED TO PLAY.  YOU LOVED TO, YOU KNOW, PLAY

12   WITH YOUR LITTLE FRIENDS AND DISTRACT THEM WHEN YOU WERE

13   SUPPOSED TO BE DOING YOUR WORK OR, YOU KNOW, WHATEVER

14   THE TEACHER IS DOING, YOU WERE SUPPOSED TO BE PAYING

15   ATTENTION.

16   Q.      AND WERE YOU EVER NOTIFIED BECAUSE OF THESE

17   BEHAVIORAL ISSUES BY THE SCHOOL?

18   A.      YES, YOUR TEACHER WOULD CALL ME SEVERAL TIMES A

19   WEEK.  SHE WOULD CALL ME AND SHE WOULD BE, YOU KNOW, A

20   LITTLE FRUSTRATED WITH YOU BECAUSE OF, YOU KNOW, YOUR

21   BEHAVIOR, SOMETIMES IT WAS A LITTLE HARD TO GET A HANDLE

22   ON YOU.  AND AT TIME, WHEN SHE WOULD CALL, I WOULD HAVE

23   TO COME UP TO THE SCHOOL AND STRAIGHTEN YOU OUT.

24   Q.      MM-HMM.

25           AND WHEN YOU -- AND FOR CLARIFICATION,

1    WHEN YOU SAY STRAIGHTEN ME OUT, WHAT DO YOU ACTUALLY

2    MEAN THERE, MS. KING, FOR THE RECORD?

3    A.      WELL, SO WHEN I WAS IN SCHOOL, THE TEACHERS HAD

4    THE CHANCE TO, YOU KNOW, SPANK YOU, OR WHATEVER.  AND IT

5    WAS OKAY, EVEN IF YOU WOULD GET SENT TO THE PRINCIPAL'S

6    OFFICE OR WHATEVER, THEY CAN GIVE YOU A LITTLE PAT AND

7    MAKE YOU BEHAVE AND SEND YOU BACK TO CLASS.

8              WELL, WHEN YOU WERE IN SCHOOL, THE

9    TEACHERS COULD NOT PADDLE YOU ANYMORE, BUT YOUR

10   PRINCIPAL WOULD LET ME USE HER OFFICE.  AND I TAKE YOU

11   IN THERE AND I SPANK YOUR BOTTOM AND GET YOU TOGETHER

12   AND SEND YOU BACK TO YOUR CLASS.  AND WE DEFINITELY

13   WOULD HAVE A GOOD TALKING WITH YOU TOO, SO.

14   Q.      SO I WOULD LIKE TO SAY, SO IN YOUR DECLARATION,

15   IN THE AFFIDAVIT, YOU STATED THAT YOU BROUGHT ME TO MY

16   PEDIATRICIAN.  TO THE BEST OF YOUR RECOLLECTION, DO YOU

17   REMEMBER WHO THAT DOCTOR WAS?

18   A.      YES, DR. JORDAN.

19   Q.      AND SO DR. JORDAN.  DR. JORDAN WAS THE

20   PEDIATRICIAN, RIGHT, THAT'S WHAT YOU ARE SAYING?

21   A.      YES.

22   Q.      AND SO WHAT -- WHY DID YOU EVEN DECIDE TO TAKE

23   ME TO DR. JORDAN?

24   A.      WELL, YOUR SECOND GRADE TEACHER, WHEN YOU FIRST

25   STARTED WITH HER, I ASKED HER IF SHE COULD ISOLATE YOU

1      AND SIT YOUR DESK NEXT TO HER -- SIT YOUR DESK NEXT TO

2      HERS TO MINIMIZE DISTRACTIONS FROM YOU AND YOUR OTHER

3      LITTLE CLASSMATES OR WHATEVER, JUST AS WE DID IN FIRST

4      GRADE.   AND I WOULD TELL HER ABOUT YOUR TALKING AND

5      DISTRACTIONS AND NOT ABLE TO FOCUS AND, YOU KNOW, ABOUT

6      YOUR LOW SCORES IN READING AND COMPREHENSION AND

7      EVERYTHING.   AND WE HAD GOOD TALKS, AND SHE WOULD ASSURE

8      ME THAT, YOU KNOW, SHE WOULD BE MORE HANDS ON WITH YOU.

9      BECAUSE SHE HAD SEEN THIS BEFORE, AND AFTER A WHILE, SHE

10     ASKED ME IF I WOULD, YOU KNOW, GET YOU MEDICAL ADVICE,

11     BECAUSE SHE SEEN THESE BEHAVIORS BEFORE.   THAT'S WHAT

12     MADE ME TAKE YOU.

13     Q.      GOT YOU.

14             AND WHAT MEDICAL ADVICE DID DR. JORDAN

15     GIVE TO YOU?

16     A.      WELL, AFTER SHE DID DIFFERENT EVALUATIONS OR

17     WHATEVER, SHE CAME TO THE CONCLUSION THAT YOU HAD ADHD.

18     AND SHE PRESCRIBED RITALIN, BUT I DENIED IT, I DECLINED

19     IT.

20     Q.      WHY DID YOU DECLINE THIS PARTICULAR MEDICATION?

21     A.      I DECLINED IT BECAUSE I WAS AFRAID OF THE SIDE

22     EFFECTS.   I DIDN'T WANT THAT IN YOUR BODY.   YOU KNOW, I

23     WAS SO YOUNG WHEN I HAD YOU, LIKE I REALLY DIDN'T KNOW

24     WHAT ADHD REALLY WAS, I DIDN'T REALLY UNDERSTAND IT.

25     BUT I DO KNOW THAT THE MEDICINE, I DID NOT WANT IT IN

1      YOUR BODY BECAUSE I DIDN'T WANT YOU, YOU KNOW, SITTING

2      AROUND LOOKING LIKE A ZOMBIE, I WAS SO USED TO YOU BEING

3      SO HYPERACTIVE AND ANOREXIA, THAT WAS A SIDE EFFECT,

4      ALSO SUICIDE.  THERE WAS A YOUNG LADY THAT I KNEW WHOSE

5      SON WAS TAKING RITALIN, AND HE USED TO BEAT ON HIS

6      LITTLE BROTHER AND JUST TREAT HIM JUST MEAN.  AND HE WAS

7      AGGRESSIVE WITH HIM, AND ONE DAY HIS BROTHER WALKED IN

8      THE ROOM AND HE HAD A SHARP PENCIL, AND HE WAS TRYING TO

9      STICK HIMSELF IN THE WRIST LIKE THIS.  AND HE SCREAMED

10     AND YELLED AND RAN TO HIS MOTHER.  AND WHEN HIS MOTHER

11     RAN IN THERE, SHE WAS TUSSLING WITH HIM TO TAKE THE

12     PENCIL FROM HIS HAND, AND HE KEPT SCREAMING SAYING, I

13     DON'T LIKE MYSELF, I HATE MYSELF.  AND HE WAS SAYING

14     THAT HE WANTED TO DIE.  AND THAT WAS REALLY, REALLY

15     TERRIFYING FOR ME, YOU KNOW, HAVING A CHILD THAT NEEDED

16     THESE MEDICINES.  SO I DECLINED IT, BECAUSE I WAS

17     AFRAID.

18     Q.      AND WHEN DID YOU HAVE ME, HOW OLD WERE YOU WHEN

19     YOU HAD ME, DO YOU REMEMBER?

20     A.      YES.  I WAS 18.  I WAS PREGNANT WITH YOU THE

21     LAST TWO MONTHS OF HIGH SCHOOL.

22     Q.      AND AT THAT TIME, DID YOU HAVE YOUR OWN HOUSING

23     OR --

24     A.      NO, DEFINITELY NOT.

25     Q.      AND WHO DID YOU LIVE WITH?

```
 1      A.       I LIVED WITH MY MOTHER AND SOMETIMES I WOULD

 2      STAY AT YOUR GRANDMOTHER'S HOUSE.

 3      Q.       AND WHAT ECONOMIC STATUS WAS THAT AREA THAT YOU

 4      LIVED IN?

 5      A.       IT WAS HOUSING PROJECTS.

 6      Q.       HOUSING PROJECTS.

 7               IS IT SAFE TO SAY IT WAS LOWER INCOME

 8      PROJECTS?

 9      A.       YES, DEFINITELY, YES.

10      Q.       AND DURING RAISING MYSELF AND MY BROTHER, CAN

11      YOU DESCRIBE TO THE COURT THAT EXPERIENCE OF RAISING US?

12      A.       WELL, BEING A SINGLE PARENT, RAISING TWO KIDS IS

13      NEVER EASY.  SOMETIMES EVEN IF IT'S A TWO PARENT

14      HOUSEHOLD, YOU KNOW, IT'S STILL NOT EASY.  YOU HAVE TO

15      INSTALL VALUES, YOU HAVE TO KEEP A ROOF OVER THEIR HEAD,

16      CLOTHES ON THEIR BACK, FOOD ON THE TABLE.  YOU HAVE TO

17      MAKE SURE THAT THEY ARE GETTING THEIR EDUCATION.  IT'S

18      SO MUCH THAT COMES WITH PARENTING.  AND, YOU KNOW, IT'S

19      A STRUGGLE DOING THAT ON YOUR OWN.

20               ALTHOUGH, YOU HAVE FAMILY WHO WILL PITCH

21      IN, BUT BEING THE SOLE PROVIDER, YOU KNOW, IT WAS PRETTY

22      HARD.

23      Q.       I WOULD LIKE TO GO BACK A LITTLE BIT TO

24      SCHOOLING.  WHEN YOU SAID THAT IN SECOND GRADE AND FIRST

25      GRADE THAT YOU WENT AND SPOKE TO THE TEACHERS ABOUT
```

1    SEPARATING ME FROM THE REST OF THE CLASS.

2                    WAS THERE ANY OTHER GRADES THAT YOU DID

3    THAT TYPE OF ACTIVITY?

4    A.      YES.  I DID THAT FIRST, SECOND, THIRD, FOURTH

5    AND FIFTH GRADE.  I HAD THEM TO MOVE YOUR DESK NEXT TO

6    THEM SO, YOU KNOW, THEY COULD BE IN CLOSE PROXIMITY.

7    AND EVEN IF YOU NEEDED HELP, NOT ONLY JUST BEING A

8    DISTRACTION, IF YOU NEEDED HELP, THEY WERE RIGHT THERE

9    AT HAND'S REACH.

10   Q.      AND WERE THERE ANY OTHER TYPE OF ACTIONS THAT

11   YOU USED TO DO BECAUSE OF -- WHILE I WAS IN SCHOOL,

12   LIKE, CURRENTLY IN THE CLASSROOM DUE TO MY BEHAVIOR, OR

13   IS THERE ANY OTHER ACTIONS THAT YOU WOULD DO?

14   A.      WHEN IT CAME TO YOUR BEHAVIOR, YES, AT TIMES YOU

15   WOULD GET A SPANKING, AND I WOULD TAKE AWAY YOUR

16   FAVORITE TOYS.  I WOULD NOT LET YOU DO THINGS LIKE GO TO

17   YOUR COUSIN'S HOUSE AND JUST DIFFERENT THINGS.  I WOULD,

18   YOU KNOW, TAKE AWAY YOUR PRIVILEGES.

19   Q.      AND HAVE YOU EVER FIRSTHAND EXPERIENCE OF SEEING

20   ME IN THE CLASSROOM DURING THOSE YEARS?

21   A.      YES.  SOMETIMES I WOULD COME TO THE SCHOOL,

22   ESPECIALLY ON MY OFF DAYS, OR IF I HAD TIME IN BETWEEN

23   APPOINTMENTS, I WOULD COME TO THE SCHOOL AND I WOULD

24   JUST STARE AT YOU IN THE LITTLE WINDOW IN THE DOOR.  AND

25   YOU WOULD NOT EVEN KNOW THAT I WAS STANDING THERE.

1    Q.       SO WOULD YOU -- YES, OKAY.

2             I WOULD LIKE TO ASK YOU NOW, WERE YOU

3    EVER AWARE OF ANY INDIVIDUALIZED EDUCATION PLANS GIVEN

4    TO ME DURING ELEMENTARY SCHOOL?

5    A.       IN SCHOOL, THE READING PROGRAM, THE SAIL

6    PROGRAM, I DIDN'T KNOW THAT THEY PUT YOU IN THAT

7    PROGRAM, SO -- AND I DIDN'T PUT YOU IN THE PROGRAM, SO I

8    AM JUST FIGURING THAT THEY PROBABLY SAW THE NEED, AND SO

9    THEY PUT YOU IN THE PROGRAM THEMSELVES.

10            EVEN WHEN I WAS IN ELEMENTARY SCHOOL, I

11   TOOK A SPECIAL READING PROGRAM MYSELF, YOU KNOW, DURING

12   ELEMENTARY SCHOOL.

13   Q.       I WOULD LIKE TO PULL UP THE JOINT EXHIBIT 1.  IF

14   WE CAN PULL UP JOINT EXHIBIT 1, WHICH IS -- YES.  I

15   THINK IT'S ONLY ONE PAGE.

16            MS. KING, CAN YOU --

17   A.       I NEED MY GLASSES.

18   Q.       OKAY.  WE WILL ZOOM IN ON IT FOR YOU SO YOU CAN

19   SEE IT.  ONE SECOND.  IS THAT GOOD, IS THAT BETTER

20   THERE?

21   A.       OKAY.

22   Q.       THAT'S THE ENTIRE DOCUMENT.

23   A.       YES, I SEE IT.

24   Q.       CAN YOU SCROLL BACK UP TO THE TOP, PLEASE?

25            SO CAN YOU DESCRIBE WHAT THIS DOCUMENT

1      IS?

2      A.      IT LOOKS LIKE YOUR GRADES, THE RECORDS FROM

3      ELEMENTARY SCHOOL.

4      Q.      YES, THAT IS CORRECT.

5                      CAN YOU --

6      A.      HIGH SCHOOL, I'M SORRY.

7      Q.      YES, THAT'S RIGHT.  IF WE CAN SCROLL DOWN JUST A

8      LITTLE BIT.

9                      DO YOU SEE IN THE AREA -- ONE SECOND

10     PLEASE.  CAN YOU IDENTIFY FIRST GRADE?

11     A.      YES.

12     Q.      AND CAN YOU SCROLL -- AND THE WORD UP THERE

13     ABOVE IT, CAN YOU READ WHAT THAT WORD IS THERE?  IT'S

14     THREE LINES UP.

15     A.      ARE YOU TALKING ABOUT THE SAIL READING.

16     Q.      MM-HMM.

17     A.      MM-HMM.

18     Q.      YES.  AND OVER TO THE LEFT OF THAT, DO YOU SEE

19     THE -- WHAT THAT SAYS THERE, WHERE THE CURSOR IS, THE

20     HAND?

21     A.      IS THAT SHORT FOR INDIVIDUAL INSTRUCTION?

22     Q.      YES, MA'AM, IT IS.

23                      SO BY LOOKING AT THIS, AND -- WHAT WOULD

24     YOU CONCLUDE FROM FROM READING IN FIRST GRADE THIS WORD?

25     WHAT WOULD YOU CONCLUDE, MEANING YOUR INTERPRETATION OF

```
1    THIS?

2    A.      YOU SAID FROM THE INTERPRETATION OF INDIVIDUAL

3    INSTRUCTION?

4    Q.      YES, MA'AM?

5    A.      I MEAN --

6    Q.      OKAY.  LET ME REPHRASE THE QUESTION, IF THAT

7    WOULD HELP.

8                    SO YOU JUST MENTIONED THAT IT'S

9    INDIVIDUAL INSTRUCTION FOR READING?

10   A.      YES.

11   Q.      IS THAT WHAT THIS --

12                   CAN YOU SEE DOWN HERE TO THE LEFT IT SAYS

13   SUBJECTS, IF WE CAN CIRCLE AROUND SUBJECTS, AND THEN IT

14   HAS READING.

15   A.      MM-HMM.

16   Q.      IF WE SCROLL OVER TO THE FIRST GRADE, CAN YOU

17   TELL WHAT LETTERS THOSE ARE?

18   A.      YES, N AND U.  YES, YOU DEFINITELY NEEDED

19   INDIVIDUAL HELP, HANDS ON WITH YOUR READING.

20   Q.      AND THIS WAS PRETTY COMMON WITH WHAT YOU WERE

21   SAYING EARLIER.

22                   NOW, IF WE CAN COME OVER TO THE THIRD

23   GRADE, DO YOU SEE THE THIRD GRADE THERE?

24   A.      YES.

25   Q.      AND IF WE COME DOWN TO SOCIAL STUDIES, CAN YOU
```

1   TELL US WHAT THAT GRADE IS?

2   A.        HOLD ON.

3   Q.        WE CAN PROBABLY ZOOM IN.

4   A.        IT LOOKS LIKE AN N.

5   Q.        YES, THIS IS CORRECT.

6               DR. KITCHENS:  YOUR HONOR, FOR TIME'S

7   SAKE, I THINK WE ARE HAVING SOME TECHNICAL DIFFICULTIES

8   ON THAT DOCUMENT, BUT FOR TIME'S SAKE, I WILL MOVE ON

9   FROM IT.  I WOULD LIKE TO PUT EXHIBIT -- PUT JOINT

10  EXHIBIT 1 INTO THE RECORD?

11              MS. MEW:  NO OBJECTION, YOUR HONOR.

12              THE COURT:  PX1 IS ADMITTED.

13              (PLAINTIFF EXHIBIT 1 IS ADMITTED INTO

14  EVIDENCE.)

15  BY DR. KITCHENS:

16  Q.        SO GOING EVEN FURTHER DOWN HERE, NOW I WANT TO

17  TALK ABOUT OTHER REMEDIES THAT -- WERE THERE OTHER

18  THINGS THAT YOU PUT IN PLACE FOR ME TO ENSURE THAT I

19  GAINED THE BEST UNDERSTANDING OF MY SCHOOL MATERIAL?

20  A.        YES.  SO AT FIRST I PUT YOU IN DIFFERENT READING

21  -- I GOT YOU DIFFERENT READING HELP.  SO I PUT YOU IN

22  KUMON READING AND MATH CENTER.  AND YOU WERE TUTORED BY

23  YOUR AUNT SANDRA, YOU WERE TUTORED BY A YOUNG LADY NAMED

24  WHITNEY.  YOU HAD HOOKED ON PHONICS CASSETTES, SO -- YOU

25  ALSO HAD THE HOOKED ON PHONICS VHS.

1    Q.      AND FROM THE DOCUMENT, MS. KING, THAT YOU JUST

2    READ TO THE COURT, AND N'S READING AND IN SOCIAL STUDIES

3    WHICH BOTH WOULD REQUIRE A SUBSTANTIAL AMOUNT OF READING

4    THERE.

5            SO DID IT SURPRISE YOU THAT YOU HAD TO

6    PUT ME IN CERTAIN PROGRAMS TAILORED AROUND THESE

7    PARTICULAR SUBJECTS?

8    A.      NO, IT DIDN'T, BECAUSE THOSE WERE THE AREAS THAT

9    YOU REALLY STRUGGLED IN.

10   Q.      AND WHAT MADE THESE PARTICULAR PEOPLE THAT WERE

11   NOT, QUOTE, UNQUOTE, TEACHERS QUALIFIED TO ACTUALLY

12   TEACH -- COACH ME ON THESE PARTICULAR SUBJECTS?

13   A.      WELL, SAUNDRA, SHE OWNED A DAYCARE CENTER FOR

14   MANY YEARS, AND SHE WORKED WITH MANY CHILDREN THROUGHOUT

15   THE YEARS.  AND WHITNEY, SHE WAS AN HONOR STUDENT IN

16   HIGH SCHOOL, SHE WAS A SENIOR.  AND AFTER SHE GRADUATED

17   HIGH SCHOOL, SHE WENT ONTO COLLEGE TO STUDY ENGLISH.

18   Q.      OKAY.  AND DID I EVER IN ANY OF MY SCHOOLING

19   FROM FIRST GRADE THROUGH FIFTH GRADE EVER REPEAT ANY

20   COURSES, ANY CLASSES?

21   A.      WELL, FIRST GRADE THEY WANTED TO RETAIN YOU, AND

22   I DECLINED.  AND THEY WANTED TO RETAIN YOU IN THIRD

23   GRADE -- I AM THINKING -- I CAN'T REMEMBER IN FOURTH

24   GRADE ALSO, BUT I DO KNOW THAT I DECLINED TO FAIL YOU,

25   AND I DECLINED TO RETAIN YOU GIVEN BEING THAT I WANTED

1    TO DO TRY MY BEST, YOU KNOW, TO HELP YOU GET TO THE

2    LEVEL THAT YOU NEEDED TO BE ON WITHOUT HOLDING YOU BACK.

3    AND PLUS, YOUR BROTHER WAS ONLY A YEAR YOUNGER THAN YOU,

4    SO I DIDN'T WANT HIM TO END UP BEING IN THE SAME GRADE

5    AND BEING SURPASSING YOU ALSO.

6    Q.      AND YOU SPOKE EARLIER ABOUT THESE UNOFFICIAL

7    ACCOMMODATIONS THAT WERE PUT IN PLACE WHEN YOU SPOKE TO

8    THE TEACHERS TO PUT ME IN ISOLATION AND THINGS TO HELP

9    ME FOCUS.

10                   DID YOU FEEL THAT THAT WAS BENEFICIAL OR

11   NOT?

12   A.      YES, I DO FEEL LIKE IT WAS BENEFICIAL.  THAT'S

13   WHY AT THE BEGINNING OF EVERY SCHOOL YEAR I WOULD HAVE,

14   YOU KNOW, TALKS WITH YOUR TEACHERS OR MEETINGS WITH YOUR

15   TEACHERS TO LET THEM KNOW THAT I FOUND THIS, YOU KNOW,

16   EFFECTIVE.  BECAUSE IF YOU ARE IN CLOSE PROXIMITY, THEY

17   CAN, YOU KNOW, KEEP TABS ON YOU, AND THEY CAN QUIET YOU

18   DOWN OR MAKE YOU BE STILL.  OR IF YOU NEEDED HELP, YOU

19   KNOW, THEY COULD HELP YOU, BECAUSE YOU WOULD -- IN YOUR

20   READING, YOU WOULD GET STUCK ON WORDS.  AND IF YOU GET

21   STUCK ON A WORD, YOU WON'T MOVE ON, ALTHOUGH YOUR

22   TEACHER TELLS YOU IF YOU DON'T KNOW THE WORD MARKCUS,

23   JUST MOVE ONTO THE NEXT, JUST KEEP GOING.  BUT IN YOUR

24   LITTLE MIND, YOU COULD NOT MOVE ON, YOU JUST STAYED

25   THERE UNTIL YOU FIGURED IT OUT.  AND YOU WASTED SO MUCH

1   TIME, YOU KNOW, ON TRYING TO SOUND THE WORD OUT.  AND

2   EVEN WITH YOUR COMPREHENSION, YOU WOULD READ THE SAME

3   SENTENCE OR SMALL PARAGRAPH OVER AND OVER AGAIN UNTIL

4   YOU REALLY GRASPED THE CONCEPT OF IT.

5   Q.      AND MOVING ON FROM ELEMENTARY SCHOOL TO MIDDLE

6   SCHOOL, DID THESE TYPE OF -- DID THESE TYPE OF

7   BEHAVIORAL ACTIVITIES CONTINUE OR -- YES?

8   A.      SO IN MIDDLE SCHOOL, BY THE TIME YOU WERE IN

9   SIXTH GRADE, I DIDN'T GO TO YOUR TEACHER AND ASK HER TO

10  ISOLATE YOU.  I REALLY FELT LIKE THAT WAS -- THAT WOULD

11  PROBABLY BE KIND OF EMBARRASSING FOR A 12-YEAR OLD TO BE

12  ISOLATED NEXT TO HIS TEACHER, YOU KNOW, STANDING OUT

13  LIKE A SORE THUMB.  BUT I DO REMEMBER YOU MOVING

14  YOURSELF FROM OTHER KIDS, BUT THAT'S BECAUSE YOU NEEDED

15  TO FOCUS.  AND IT WAS, YOU KNOW, A LITTLE HARD FOR YOU

16  TO FOCUS WHILE YOU ARE SITTING NEXT TO FRIENDS AND

17  EVERYBODY IS TALKING, BECAUSE YOU GET OFF TRACK SO

18  EASILY.

19  Q.      AND WAS THERE OTHER TOOLS GIVEN OR PROVIDED THAT

20  ALLOWED TO STAY ON FOCUS?

21  A.      YES.  SO IN SIXTH GRADE, THE SCHOOL STARTED

22  GIVING OUT THESE AGENDA BOOKS.  AND SO THE AGENDA BOOK

23  ALLOWED YOU TO WRITE YOUR SUBJECTS IN IT, YOU KNOW, AND

24  TIMES AND DATES, YOU KNOW, JUST DIFFERENT THINGS OF THAT

25  NATURE.

1          AND AT HOME, I PUT A NOTEPAD WITH THE

2    MAGNET ON THE BACK, I PUT THAT ON THE REFRIGERATOR, AND

3    I WROTE EVERYTHING ON IT THAT YOU NEEDED, AND YOUR

4    BROTHER NEEDED, EVERYTHING THAT YOU NEEDED TO DO, YOUR

5    CHORES, YOUR HOME WORK, READ THIS BOOK, YOU KNOW, AND

6    YOU HAD TO -- THAT WAS YOUR CHECKLIST.  AND YOU WOULD

7    HAVE TO GO IN THERE AND CHECK IT OFF AS YOU DID IT AND

8    PUT THE TIME BY IT.

9    Q.      IT SOUNDS LIKE YOU KEPT US BUSY.

10   A.      YES.

11   Q.      WAS THERE A REASON WHY YOU DECIDED TO KEEP US

12   BUSY?

13   A.      YES, BECAUSE -- WELL NUMBER ONE, MY MOTHER RAN A

14   STRICT HOUSEHOLD, AND I DID, TOO.  AND BEING A SINGLE

15   PARENT RAISING TWO BOYS, I HAD TO STAY ON TOP OF YOU

16   ALL, AND I HAD TO KEEP YOU FOCUSED.  AND YOU KNOW, YOU

17   COULD HAVE BEEN OUT HERE DOING ANYTHING, BUT I TRIED TO

18   KEEP A GOOD, TIGHT RESTRAINT ON BOTH OF YOU.

19   Q.      AND HOW IMPORTANT IS EDUCATION TO YOU?

20   A.      EDUCATION IS VERY IMPORTANT.  SO I USED TO

21   ALWAYS TRY TO TALK TO YOU AND LET YOU KNOW HOW IMPORTANT

22   GOOD GRADES ARE, YOU KNOW, SO YOU CAN GET INTO A GOOD

23   SCHOOL, GOOD COLLEGE.  AND YOUR BROTHER ALWAYS LOOKED UP

24   TO YOU.  AND YOUR LITTLE COUSINS, LIKE THEY LOVE YOU AND

25   THEY HAVE ALWAYS LOOKED UP TO YOU.  SO IT WAS ALWAYS

1    IMPORTANT TO LEAD BY EXAMPLE.

2    Q.      AND WHAT DID THAT -- KNOWING THIS TYPE OF

3    INFORMATION, HOW DID -- ABOUT THEM LOOKING UP AND ALL OF

4    THESE THINGS AS YOU JUST MENTIONED, HOW DID THAT EFFECT

5    ME PERSONALLY?

6    A.      WELL, IT MADE YOU -- YOU KNOW, IT MADE YOU WORK

7    EVEN HARDER, TO TRY TO MAKE SURE YOU COULD DO, YOU KNOW,

8    THE BEST THAT YOU COULD TO TRY TO ACHIEVE THE GRADES AND

9    THE GOALS THAT YOU WERE, YOU KNOW, LOOKING FOR.

10             WHEN YOU WERE IN HIGH SCHOOL, IT WAS A

11   BIT FRUSTRATING, YOU KNOW, BECAUSE YOU REALLY WANTED

12   THESE GRADES SO YOU COULD GET INTO A GOOD COLLEGE,

13   BECAUSE YOU DID, YOU HAD DREAMS AND AMBITIONS.

14   Q.      AND WHAT WERE SOME OF THOSE DREAMS AND AMBITIONS

15   WHEN I WAS IN HIGH SCHOOL?

16   A.      THE MAIN THING THAT YOU WANTED TO BE WAS A

17   PLASTIC SURGEON, BECAUSE YOU WANTED TO HELP THE CRANIAL

18   -- KIDS WITH CRANIAL FACIAL, I HOPE I SAID THAT RIGHT,

19   DEFECTS.

20   Q.      SO YOU ARE SAYING THAT IN HIGH SCHOOL I ALREADY

21   HAD THESE ASPIRATIONS OF BEING A PHYSICIAN?

22   A.      MM-HMM.

23   Q.      MM-HMM.

24   A.      YES.

25   Q.      AND YOU ALSO SAID THAT THEY LOOKED UP TO ME AND

1     THINGS OF THAT SORT AND THAT THAT MADE ME PUSH HARDER.

2     A.       MM-HMM.

3     Q.       OKAY.  THANK YOU.

4                    AND I WOULD LIKE TO PULL UP JOINT EXHIBIT

5     NUMBER TWO, AND ZOOM IN, PLEASE.  YES, THAT IS GOOD.

6                    CAN YOU DESCRIBE -- AND SCROLL THROUGH,

7     PLEASE, FOR THE RECORD.  THANK YOU.

8                    CAN YOU DESCRIBE WHAT YOU ARE SEEING HERE

9     ON THE SCREEN?

10    A.       YOUR MIDDLE SCHOOL TRANSCRIPTS.

11    Q.       THANK YOU.  AND CAN WE -- CAN YOU SCROLL DOWN?

12                   AND SO CAN YOU LOOK AT -- FOR IN THE

13    SIX-GRADE, DO YOU SEE HIGHLIGHTED THERE GRADE 06?

14    A.       YES.

15    Q.       DO YOU SEE ON THE LEFT WHERE IT SAYS, TITLE, AND

16    COME DOWN TO WHERE -- AND COME DOWN TO LNG.  DO YOU SEE

17    THAT?

18    A.       LANGUAGE ARTS, YES.

19    Q.       YES.

20                   AND CAN YOU SEE THOSE -- CAN YOU CALL OUT

21    THOSE GRADES THAT YOU CAN SEE THERE?  WE CAN ZOOM IN A

22    LITTLE BIT FOR YOU.

23    A.       OKAY.  I CAN SEE IT NOW.

24                   FIRST QUARTER, 70; SECOND QUARTER, 76;

25    THIRD QUARTER, 70; FOURTH QUARTER, 78; AND YEAR AVERAGE,

1    74.

2    Q.       AND IF YOU CAN COME DOWN, DOWN TO -- STILL STAY

3    AT SIXTH GRADE.   AND THEN LOOK AT WHERE IS SAYS SOSTU?

4    A.       MM-HMM.   SOCIAL STUDIES.

5    Q.       YES, SOCIAL STUDIES.

6             CAN YOU CALL UP THOSE GRADES QUICKLY,

7    PLEASE?

8    A.       FIRST QUARTER, 78; SECOND QUARTER, 70; THIRD

9    QUARTER, 71; FOURTH QUARTER, 77; YEAR AVERAGE, 74.

10   Q.       AND IN THOSE TWO PARTICULAR COURSES, WOULD YOU

11   SAY THAT THOSE WOULD REQUIRE -- HOW COULD YOU COMPARE

12   THOSE PARTICULAR CLASSES -- THOSE GRADES OF THOSE

13   PARTICULAR CLASSES VERSUS THE OTHER ONE?

14   A.       THOSE TWO PARTICULAR CLASSES LOOKS LIKE YOU

15   NEEDED HELP.

16   Q.       AND FOR THOSE COURSES, HOW WOULD YOU DESCRIBE

17   THOSE COURSES ON THE LEVEL OF READING -- THE LEVEL OF

18   READING?

19             DO YOU WANT ME TO REPHRASE?

20   A.       YES.

21   Q.       I AM TRYING MY BEST NOT TO BE LEADING HERE.

22             BETWEEN THOSE TWO COURSES, HOW WOULD YOU

23   DESCRIBE THE QUANTITY OF READING COMPARED TO THE OTHER

24   COURSES HERE?   DO YOU THINK THAT IT WOULD REQUIRE LESS

25   OR MORE READING THAN THE OTHERS?

1    A.        YES.   LIKE I STATED BEFORE, IT LOOKS LIKE YOU

2    NEEDED MORE HELP IN THE READING DEPARTMENT IN THOSE TWO

3    SUBJECTS THAN THE OTHERS.

4    Q.        ALL RIGHT.   THANK YOU.

5                    DR. KITCHENS:   YOUR HONOR, I WOULD LIKE

6    TO MOVE TO PUT THESE INTO THE RECORD, JOINT EXHIBIT

7    NUMBER 2.

8                    MS. MEW:   NO OBJECTION.

9                    THE COURT: JX2 IS ADMITTED.

10                    (PLAINTIFF JOINT EXHIBIT 2 IS ADMITTED

11   INTO EVIDENCE.)

12   BY DR. KITCHENS:

13   Q.        SO WE TALKED ABOUT THE READING THERE, AND ALL OF

14   THE DIFFERENT THINGS THAT YOU PUT IN PLACE THERE.

15                    CAN YOU DESCRIBE MY TOOLS THAT WE PUT IN

16   PLACE DURING HIGH SCHOOL?

17   A.        WELL, IN HIGH SCHOOL YOU HAD A MORE PROFESSIONAL

18   TYPE OF PLANNER, BECAUSE WE WOULD GO TO BARNS AND NOBEL,

19   YOUR FAVORITE PLACE TO GET YOUR PLANNERS BECAUSE THEY

20   WERE BIGGER AND MORE PROFOUND.   AND YOU COULD WRITE YOUR

21   SUBJECTS, YOU KNOW, TIMES AND DATES AND HAD PLENTY OF

22   SPACE FOR NOTES.

23                    SO WE STILL HAD THE THING ON THE

24   REFRIGERATOR, BUT YOU WOULD HAVE YOUR PHONE SET FOR

25   ALARMS FOR YOUR HOMEWORK.   I CAN REMEMBER THAT LIKE

1    YESTERDAY, 7 P.M., I COULD HEAR THAT ALARM GO OFF.  YOU

2    WOULD JUMP STRAIGHT UP AND BE LIKE, I HAVE TO GO DO MY

3    HOMEWORK.  AND YOU WOULD UP AND GO TO THE BACK AND YOU

4    HAVE TO BE IN PIECE AND QUITE.  SO YOUR BROTHER AND I

5    WOULD STAY IN THE LIVING AREA AND YOU WOULD GO AND SHUT

6    THE DOOR IN YOUR ROOM, ISOLATE YOURSELF TO YOUR ROOM,

7    TURN YOUR PHONE OFF, NO TV.  YOU HAD TO BE IN COMPLETE

8    SILENCE WHEN YOU DID STUDYING AND HOMEWORK.

9                    AND COMPARED TO YOUR BROTHER, LIKE, YOUR

10   BROTHER COULD ACTUALLY CRAM THE NIGHT BEFORE FOR A TEST

11   AND GO IN THERE AND PASS IT.  WE COULD NOT EVEN FIGURE

12   IT OUT.  WE USED TO BE LIKE, HOW IN THE WORLD DOES HE DO

13   THAT?  BUT THAT'S JUST HOW HE PROCESSES THINGS.  HE

14   DIDN'T NEED ALL OF THAT TIME LIKE YOU DID, BECAUSE YOUR

15   TEACHER CAN TELL YOU ALL THERE'S AN EXAM IN TWO WEEKS.

16   YOU HAVE TO START STUDYING TONIGHT IN ADVANCE LEADING UP

17   TO THE DAY OF THE TEST.

18                   AND WHENEVER YOU WENT TO SCHOOL, YOU

19   KNOW, AND THIS WAS EVERY DAY, YOU WOULD LEAVE HOME LIKE

20   AN HOUR BEFORE SCHOOL STARTED.  AND SCHOOL WAS ONLY LIKE

21   10 MINUTES AWAY.  AND YOU JUST FELT LIKE YOU JUST HAD

22   THE GO, RELAX, EAT YOUR BREAKFAST, GET YOUR THOUGHTS

23   TOGETHER FOR THE DAY, WHATEVER, AND YOU DIDN'T WANT TO

24   BE IN A RUSH, BECAUSE RUSHING JUST FRUSTRATED YOU.

25   Q.      YOU SAID THAT RUSHING FRUSTRATED ME.

1              ARE THERE ANY EXAMPLES OF TIME MANAGEMENT

2     AND CORRELATION WITH EXCITEMENT?

3     A.      OH, YEAH.  I CAN REMEMBER YOU AND YOUR BROTHER

4     RIDING TO SCHOOL TOGETHER WHEN YOU FIRST STARTED

5     DRIVING, AND HE WOULD ALWAYS TAKE HIS TIME IN THE

6     MORNINGS.  WITH YOU, YOU HAVE YOUR THINGS ALL READY

7     PREPARED AND READY TO GO, BECAUSE YOU HAVE TO LEAVE OUT

8     THE DOOR AT A CERTAIN TIME.  AND YOUR BROTHER WOULD

9     ALWAYS BE LAGGING BEHIND, AND YOU WOULD ALWAYS SAY, COME

10    ON REGGIE, LET'S GO, LET'S GO.  BUT I WOULD HEAR THE

11    FRONT DOOR CLOSE AND YOU WOULD BE GONE DOWN THE STREET.

12    Q.      THIS IS VERY TRUE.

13            AND ALSO I WOULD ASK IN HIGH SCHOOL, HOW

14    WOULD YOU DESCRIBE THE RELATIONSHIP OF ME WITH MY

15    TEACHERS IN HIGH SCHOOL?

16    A.      YOUR TEACHERS, THEY WERE GOOD WITH YOU.  YOU HAD

17    A GOOD RELATIONSHIP WITH THEM.

18    Q.      AND HOW DO YOU KNOW THAT?

19    A.      BECAUSE, IF YOU EVER NEEDED HELP OR EXTRA TIME

20    DOING, YOU KNOW, TESTS OR WHATEVER, THEY WOULD ALWAYS

21    ALLOW YOU THAT TIME.

22    Q.      AND MY HIGH SCHOOL GRADUATING CLASS, HOW WOULD

23    YOU DESCRIBE THE NUMBER OF HOW MANY PEOPLE WAS IN MY

24    HIGH SCHOOL CLASS, ROUGHLY?  I KNOW THAT WAS A WHILE

25    AGO.

1    A.      IT WASN'T REALLY BIG.  I WOULD SAY -- I WOULD

2    GIVE OR TAKE 100, MAYBE 120, SOMEWHERE IN THERE.

3    Q.      AND BY HAVING SUCH A -- THIS AMOUNT OF STUDENTS

4    IN A GRADUATING CLASS, WOULD THAT -- IN YOUR OPINION,

5    WOULD THAT ALLOW A TEACHER TO -- WOULD THAT ALLOW A

6    TEACHER TO BE ABLE TO FOCUS MORE ON THEIR STUDENTS TO

7    GET TO KNOW THEIR STUDENTS?

8    A.      SURE.  THE CLASSES WERE NOT OVERCROWDED.  IT WAS

9    A PRETTY BIG SCHOOL, BUT IT WASN'T A LOT OF SENIORS

10   GRADUATING AND EVERYTHING, SO, YEAH, THEY COULD GET TO

11   KNOW YOU ALL INDIVIDUALLY PRETTY WELL.

12   Q.      AND IF WE CAN PULL UP JOINT EXHIBIT NUMBER 3.

13   AND CAN YOU ZOOM IN, PLEASE.

14           CAN YOU DESCRIBE THIS PARTICULAR DOCUMENT

15   TO THE BEST OF YOUR ABILITY?

16   A.      IT'S YOUR HIGH SCHOOL TRANSCRIPT, YES.

17   Q.      AND CAN YOU SCROLL DOWN, PLEASE?  NOW HERE, TO

18   THE RIGHT.  AND DOWN, YES, OKAY.

19           WE SEE OUR ACT SCORE.  DO YOU SEE THAT ON

20   THE RIGHT THERE?

21   A.      YES, I SEE IT.

22   Q.      DO YOU KNOW WHAT C-O-M-P STANDS FOR?

23   A.      COMPOSITION?

24   Q.      YES.

25           AND WHAT WAS THAT SCORE THAT WAS GIVEN ON

1    THE ACT?

2    A.      I CAN'T TELL IF THAT'S A 6 OR AN 8, 16 OR 18, I

3    CAN'T SEE THAT GOOD.  GO UP JUST A LITTLE.  SCROLL IT

4    UP.  HOLD ON.  WHICH ONE AM I LOOKING AT, BECAUSE I SEE

5    TWO OF THEM.  THAT ONE UP THERE, 14.

6    Q.      YES.

7                    AND NOW DO YOU SEE READING?

8    A.      YES, 13.

9    Q.      DO YOU SEE THE SCIENCE?

10   A.      YES, TEN.

11   Q.      CAN YOU SCROLL DOWN?

12                   HERE, CAN YOU READ THOSE SAME EXACT

13   THINGS, COMP.

14   A.      18.

15   Q.      AND THEN READING?

16   A.      15.

17   Q.      AND THEN THE SCIENCE?

18   A.      20.

19   Q.      SO IF WE CAN ZOOM OUT JUST A LITTLE BIT, PLEASE,

20   FOR PURPOSES.

21                   BY LISTING OFF THOSE SCORES OF THOSE

22   PARTICULAR SUBJECTS, HOW WOULD YOU DESCRIBE THOSE SCORES

23   FROM THE FIRST TIME TAKING THE ACT TO THE SECOND TIME

24   TAKING THE ACT?

25   A.      WELL, FROM THE FIRST TIME UP UNTIL THE SECOND

1    TIME IT LOOKS LIKE IMPROVEMENT.

2    Q.    YES.  THIS IS CORRECT.  THERE WAS SOME SORT OF

3    IMPROVEMENT THERE.

4               WERE YOU AWARE OF ANY ACT PREP COURSES

5    GIVEN IN THE SCHOOL?

6    A.    I CAN'T REMEMBER.  I DON'T RECALL.

7    Q.    ALL RIGHT.  THAT'S JUST FINE.

8               DR. KITCHENS:  YOUR HONOR, I WOULD LIKE

9    TO MOVE TO ADD EXHIBIT -- JOINT EXHIBIT 3 INTO THE

10   RECORD.

11              MS. MEW:  NO OBJECTION, YOUR HONOR.

12              THE COURT:  PX 3 IS ADMITTED.

13              (PLAINTIFF EXHIBIT 3 IS ADMITTED INTO

14   EVIDENCE.)

15   BY DR. KITCHENS:

16   Q.    AND ONE THING THAT I WOULD LIKE TO -- I WOULD

17   LIKE TO MOVE A LITTLE BIT FROM HIGH SCHOOL AND GO INTO

18   COLLEGE.  AND I DO -- YOU KNOW, JUST TO THE BEST OF YOUR

19   ABILITY ANSWER THE QUESTIONS.  AND IF YOU DON'T KNOW THE

20   ANSWER, THAT'S PERFECTLY FINE AS WELL.

21              WHEN I WAS IN COLLEGE, HOW WOULD YOU

22   DESCRIBE THE COLLEGE THAT I WENT TO?

23   A.    BEREA?  SO BEREA WAS A REALLY GOOD PLACE TO GO

24   TO SCHOOL, BECAUSE THEY HAD A REALLY GOOD ACADEMIC

25   CURRICULUM.  THE STUDENT BODY, THEY REALLY WORK CLOSE

1    WITH YOU ALL.  THEY WANTED YOU ALL TO SUCCEED.  THEY

2    DIDN'T DISCRIMINATE, YOU KNOW, BASED ON RACE, GENDER,

3    NOR DISABILITY.  YOUR PROFESSORS, THEY WERE REALLY EASY

4    TO TALK TO AND REALLY EASY TO GET ALONG WITH.  AND I

5    WENT TO THAT CAMPUS NUMEROUS TIMES THROUGHOUT THE YEARS,

6    AND IT WAS A REALLY GOOD PLACE TO BE, AND I WAS SO GLAD

7    THAT YOU WENT THERE.

8    Q.      AND HOW WOULD YOU DESCRIBE THE STUDENT BODY

9    POPULATION OF BEREA COLLEGE?

10                   DR. KITCHENS:  AND FOR THE RECORD, IT'S

11   B-R-E-A COLLEGE.

12   BY DR. KITCHENS:

13   Q.      HOW WOULD YOU DESCRIBE THE GENERAL STUDENT

14   POPULATION AT BEREA?

15   A.      YOU MEAN AS IN SIZE, NUMBERS?

16   Q.      YES, DO YOU RECALL?

17   A.      YES, BEREA WAS A SMALL COLLEGE.  I'M NOT SURE OF

18   THE NUMBER, BUT IT DEFINITELY WASN'T AS HUGE AS A

19   UNIVERSITY.  IT COULD HAVE PROBABLY BEEN LESS THAN A

20   MIDDLE UNIVERSITY.

21   Q.      OKAY.  AND FOR THAT SAKE OF THAT, IT WAS A VERY

22   SMALL COLLEGE WITH AT THAT PARTICULAR TIME AROUND 1,500

23   STUDENTS, TOTAL FROM FRESHMAN YEAR TO SENIOR YEAR, ONLY

24   1,500 STUDENTS.

25                   I WOULD LIKE TO ASK YOU, ARE YOU AWARE OF

1    ANY -- OF ME RECEIVING ANY ACCOMMODATIONS WHILE IN MY

2    SCHOOLING, WHILE AT BEREA COLLEGE?

3    A.      WELL, YES.  IF YOU -- IF YOUR TEACHER OR IF, YOU

4    KNOW, YOU WOULD GO TO YOUR PROFESSOR AND WOULD LET THEM

5    KNOW THAT YOU NEED, YOU KNOW, TIME FOR TEST TAKING OR

6    WHATEVER IT MAY BE, THEY WOULD GIVE IT TO YOU.

7    Q.      AND HAVE YOU EVER MET ANY OF THESE PROFESSORS OF

8    MINE?

9    A.      YES, I MET A COUPLE OF THEM, A FEW OF THEM,

10   UH-HUH.

11   Q.      AND HAVE YOU EVER GONE TO CLASSES WITH ME WHILE

12   I WAS IN COLLEGE BEFORE?

13   A.      YES, I WENT TO CLASS WITH YOU BEFORE.

14   Q.      YES.  SO YOU WENT TO SOME OF MY CLASSES WITH ME

15   BEFORE AS YOU JUST SAID THERE.

16           SO I WOULD LIKE TO ASK, WHEN YOU GO ONTO

17   A COLLEGE CAMPUS, SUCH AS BEREA COLLEGE, AND AS YOU JUST

18   MENTIONED YOU WERE THERE SO MANY TIMES, HOW WOULD YOU

19   VIEW THE RELATIONSHIP OF THE STUDENTS AND THE

20   PROFESSORS?

21   A.      THE STUDENTS AND THE PROFESSORS, IT SEEMED LIKE

22   YOU ALL WERE PRETTY MUCH LIKE A FAMILY, BECAUSE THEY

23   WERE VERY INACTIVE WITH THE STUDENTS, ESPECIALLY WHEN

24   YOU ALL HAD THE WORK STUDY, YOU KNOW.  WHATEVER

25   PROFESSION YOU ALL WERE, YOU KNOW, GOING INTO, THEY

1    WOULD KIND OF PUT YOU IN THE WORK STUDY TO WHERE IT

2    SURROUNDS WHATEVER YOU WANTED TO GO INTO, YOU KNOW WHAT

3    I'M SAYING.

4    Q.      MM-HMM.

5    A.      SO THEY WOULD REALLY WORK WITH YOU ALL, AND THEY

6    WOULD BASICALLY LET YOU ALL DO THE INTERACTIONS AND, YOU

7    KNOW, JUST DIFFERENT THINGS OF THAT NATURE.  BUT YOU ALL

8    WERE PRETTY CLOSE KNIT, ESPECIALLY DR. BULLOCK.

9    Q.      YES.

10   A.      DR. BULLOCK, SHE REALLY TOOK YOU UNDER HER WING

11   AND SHE CALLED YOU HER SECOND SON.

12   Q.      AND DO YOU THINK THAT THIS TYPE OF ATTENTION

13   RECEIVED BY STUDENTS THAT THE -- DO YOU FEEL THAT THE

14   SIZE OF THE SCHOOL PLAYED A PART IN THAT TYPE OF

15   RELATIONSHIP WITH THE PROFESSORS?

16   A.      YES, DEFINITELY, BECAUSE IF IT WAS LIKE A

17   UNIVERSITY, I REALLY DON'T THINK THOSE PROFESSORS EVEN

18   KNOW WHO IS SITTING IN THEIR CLASSROOM.  THEY JUST KNOW

19   YOUR NAME BY WHATEVER IS IN THE COMPUTER OR WHATEVER,

20   LIKE I JUST CAN'T SEE YOU HAVING NO RELATIONSHIP.

21   Q.      SO WITH THAT STATEMENT THERE, DO YOU FEEL THAT

22   IT WOULD BE UNHEARD OF FOR A PROFESSOR TO GIVE A

23   STRUGGLING STUDENT UNOFFICIAL ACCOMMODATIONS ON THEIR

24   EXAMINATIONS?

25                   MS. MEW:  OBJECTION, YOUR HONOR, I AM NOT

1    SURE THERE IS A FOUNDATION FOR THAT.

2                    THE COURT:  DR. KITCHENS, IT SOUNDS TO ME

3    LIKE AN OPINION QUESTION, BUT GIVEN THAT THIS IS A FACT

4    WITNESS, YOU SHOULD BE ASKING ABOUT EXPERIENCES, FACTS

5    THAT THE WITNESS IS FAMILIAR WITH.

6                    DR. KITCHENS:  THANK YOU, SIR.  YES, YOUR

7    HONOR.

8    BY DR. KITCHENS:

9    Q.      AND LASTLY DUE TO TIME, CAN YOU EXPRESS TO THE

10   COURT HOW YOU FELT WATCHING YOUR SON GO THROUGH

11   EDUCATION -- GO THROUGH MY EDUCATIONAL CAREER?

12   A.      YES.  AS I STATED THE LAST TIME, BEING YOUNG AND

13   AFRAID TO PUT YOU ON RITALIN, I REALLY FELT LIKE -- I

14   MEAN, GOING THROUGH THIS RIGHT HERE, IT MADE ME FEEL

15   LIKE I FAILED YOU AS A MOTHER.  BUT I DID THE BEST THAT

16   I COULD WITH WHAT I HAD, AND WHAT I KNEW HOW, LIKE, I

17   WAS A TEENAGE MOM, AND I DIDN'T KNOW HOW TO BE, YOU

18   KNOW, BE A MOTHER, OR WHATEVER.  I DID WHAT I COULD AND

19   I LEARNED ALONG THE WAY.

20                    AND SO EVERYTHING THAT I PUT IN PLACE,

21   YOU KNOW, AS FAR AS YOU GETTING UNOFFICIAL

22   ACCOMMODATIONS FROM YOUR TEACHERS BY SITTING NEXT TO

23   THEM, YOU KNOW, TO HELP DISCIPLINE YOU OR BE HANDS ON,

24   CLOSER TO YOU WHEN YOU NEED HELP, YOU KNOW, THE READING

25   CENTERS, THE TUTORS, EVERYTHING I REALLY FELT THAT I

1    DIDN'T REALLY FAILED YOU, I REALLY TRIED MY BEST TO DO

2    THE BEST THAT I COULD.  AND UP TO THIS POINT, YOU KNOW,

3    IT'S BEEN PRETTY COOL BECAUSE YOU WERE -- YOU HAD THE

4    ABILITY TO OVERCOME, YOU KNOW, YOUR DISABILITY AND, YOU

5    KNOW, FOR ME, THERE IS -- IT'S A DIFFERENCE IN SPEAKING

6    ON THE THINGS THAT WENT ON COMPARED TO LIVING IT.

7    BECAUSE BEING A SINGLE PARENT WITH A KID WITH A

8    DISABILITY, IT'S A STRUGGLE.  IT'S A REAL STRUGGLE.  AND

9    NO ONE, YOU KNOW, IN THIS COURTROOM, ON THIS SLIDE WAS

10   THERE TO HELP US THROUGH OUR STRUGGLE.  NO ONE WAS THERE

11   TO HELP DISCIPLINE YOU.  YOU KNOW, NO ONE WAS THERE TO

12   LEND A HELPING HAND TO GIVE AID TO YOU OR, YOU KNOW,

13   JUST TO HELP ME WITH YOU, YOU KNOW, PERIOD.

14              SO FOR ME TO HAVE TO BE HERE TODAY, YOU

15   KNOW, AND YOU HAVE TO GO THROUGH THIS THING WITH SOMEONE

16   DENYING YOU ACCOMMODATIONS FOR HAVING A DISABILITY IS

17   VERY DISAPPOINTING TO ME, BECAUSE THEY REALLY DON'T KNOW

18   THE STRUGGLE.  AND TO DENY YOU THAT AND TO MAKE IT SEEM

19   AS IF YOUR DISABILITY DOES NOT EXIST IS REALLY HURTFUL.

20   Q.    LET ME ASK YOU ONE LAST QUESTION.

21              AND FOR THE RECORD, YOU DID A FANTASTIC

22   JOB OF RAISING ME AND MY BROTHER, WHO IS A CPA AND NOW

23   YOU HAVE A DOCTOR.  I THINK YOU DID A DARN GOOD JOB,

24   ESPECIALLY COMING FROM THE PROJECTS OF CHATTANOOGA ALL

25   THE WAY TO WHERE YOU ARE THERE BY YOURSELF.  SO I

1     APPLAUD YOU, MOTHER, FOR DOING THAT.

2     A.     THANK YOU, I APPRECIATE IT.

3     Q.     YES.

4           YOU ARE THE FIRST LADY OF THE CHURCH.

5     GOD PLAYS A PART IN YOUR LIFE, WOULD YOU SAY THAT TO BE

6     TRUE?

7     A.     YES.

8     Q.     HOW DID IT MAKE THE CHURCH FEEL KNOWING THAT I

9     WAS GOING -- THAT I WAS IN MEDICAL SCHOOL?

10    A.     EVERYONE WAS EXCITED.  EVERYONE WAS PROUD OF

11    YOU.  THEY WERE CHEERING YOU ON, ENCOURAGING YOU, AND A

12    LOT OF THEM WOULD CALL YOU DR. KITCHENS.  AND YOU WAS

13    STILL IN MEDICAL SCHOOL AND YOU WOULD TELL THEM, HOLD

14    ON, I AM NOT A DOCTOR YET.  AND THEY WOULD TELL YOU, YOU

15    KNOW, YOU STICK TO THINGS THAT ARE NOT AS IF THEY ARE,

16    AND WE ARE FIRM BELIEVERS THAT YOUR WORDS HAVE POWER, SO

17    YOU HAVE TO KEEP FAITH.

18    Q.    IF I CAN JUST FOR TIME SAKE, AND BECAUSE I DON'T

19    WANT IT TO -- THESE WORDS AND MY QUESTION OF ASKING YOU

20    WHAT EVERYBODY ELSE WAS SAYING, HOW CAN YOU -- HOW CAN

21    YOU JUSTIFY KNOWING THAT THESE PEOPLE ARE SAYING THIS AS

22    THE FIRST LADY OF THE CHURCH?

23          MS. MEW:  OBJECTION, YOUR HONOR.  I AM

24    NOT QUITE SURE WHAT THIS IS ASKING OR THE FOUNDATION.

25          DR. KITCHENS:  FOUNDATION OF THIS IS --

1    WHAT I AM ASKING IS THAT -- I AM ASKING A QUESTION ON

2    WHAT OTHER PEOPLE WERE SAYING TO HER AND BY HER POSITION

3    WITHIN THE COMMUNITY.  PEOPLE GO TO THAT PERSON A LOT

4    WITH ALL TYPES OF ISSUES AND THINGS AS WELL.

5              THE COURT:  WE CAN SPEAK PRETTY OPENLY

6    HERE.  WHAT POINT ARE YOU TRYING TO MAKE OR WHERE ARE

7    YOU TRYING TO GO?

8              DR. KITCHENS:  I DON'T KNOW IF THERE WAS

9    AN OBJECTION COMING FROM THAT QUESTION, SO THAT'S WHY I

10   WAS GOING THERE.

11             THE COURT:  REPHRASE THE QUESTION A

12   LITTLE, THAT WILL HELP ME.

13             DR. KITCHENS:  YES, SIR.

14   BY DR. KITCHENS:

15   Q.      AS THE FIRST LADY IN THE CHURCH, ONE OF THE

16   LEADERS IN THE CHURCH, AS YOUR SON, HOW WAS -- WHAT WAS

17   THE RESPONSE OF YOUR CHURCH CONGREGATION TO YOUR SON

18   GOING TO MEDICAL SCHOOL AND GRADUATING?

19   A.      THEY WERE VERY PROUD OF YOU, AND THEY WISHED YOU

20   WELL, AND EVERYONE SUPPORTED AND ENCOURAGED YOU.

21             DR. KITCHENS:  THANK YOU, YOUR HONOR, I

22   HAVE NO OTHER FURTHER QUESTIONS.

23             THE COURT:  ALL RIGHT.  MS. MEW, GO

24   AHEAD.

25             CROSS-EXAMINATION

1    BY MS. MEW:

2    Q.        JUST ONE QUESTION ON CLARIFICATION, MS. KING.

3                  YOU MENTIONED DR. KITCHENS GETTING EXTRA

4    TIME FROM HIS PROFESSORS IN COLLEGE?

5    A.        UH-HUH.

6    Q.        IS THAT BASED ON SOMETHING THAT DR. KITCHENS

7    TOLD YOU?

8    A.        WELL, THAT, AND WHEN I TALKED TO THEIR

9    PROFESSORS, YOU KNOW, WE HAD CONVERSATIONS ABOUT, YOU

10   KNOW, HIM GETTING EXTRA TIME AND THINGS OF THAT NATURE

11   ALSO.

12                  MS. MEW:  I DON'T HAVE ANY FURTHER

13   QUESTIONS, YOUR HONOR.

14                  THE COURT:  DR. KITCHENS, ANYTHING ON

15   FOLLOW UP TO THE QUESTION THAT MS. MEW ASKED?

16                  DR. KITCHENS:  YES, YOUR HONOR, JUST ONE

17   QUESTION THERE.

18                  REDIRECT EXAMINATION

19   BY DR. KITCHENS:

20   Q.        YOU STATED EARLIER, MS. KING, THAT YOU USED TO

21   -- ON DIFFERENT OCCASIONS YOU WOULD ALWAYS COME UP TO

22   THE SCHOOL, YOU MENTIONED THAT YOU INTERACTED WITH

23   PROFESSORS, AND YOU ALSO TESTIFIED TODAY THAT YOU WENT

24   TO CLASSES WITH ME.

25                  IS THERE ANY REASON FOR US -- IS THERE

1       ANY REASON TO DOUBT -- IS THERE ANY REASON TO QUESTION

2       THE VALIDITY OF YOUR TESTIMONY?

3       A.      NO.

4                       MS. MEW:  OBJECTION.

5                       THE COURT:  DR. KITCHENS, I ACTUALLY

6       DIDN'T UNDERSTAND THE GIST OF WHAT YOU ARE GETTING AT.

7                       DR. KITCHENS:  YES, WELL, COUNSEL ASKED

8       -- COUNSEL ASK FOR HER IF I GAVE THE TESTIMONY -- IF I

9       TOLD HER THAT I GOT THE ACCOMMODATIONS, AND I WANTED TO

10      SET THE FOUNDATION THAT WITH HER REPEATED INTERACTIONS

11      ON CAMPUS, BEING IN THE CLASSROOM WITH PROFESSORS, THAT

12      A PARENT WOULD TALK TO THE PROFESSOR.  AND THAT'S WHERE

13      I WAS GETTING AT.

14                      AND NO FURTHER QUESTIONS.

15                      THE COURT:  OKAY, THAT'S FINE.

16                      ANYTHING FURTHER FROM YOU, MS. MEW?

17                      MS. MEW:  NO, YOUR HONOR.

18                      THE COURT:  ALL RIGHT.  MS. KING, THANK

19      YOU VERY MUCH FOR YOUR TIME, AND YOU CAN BE EXCUSED.

20                      THE WITNESS:  THANK YOU.

21                      DR. KITCHENS:  THANK YOU.

22                      THE WITNESS:  YOU'RE WELCOME.

23                      THE COURT:  NOW THE FLOOR IS BACK TO YOU,

24      DR. KITCHENS.  WHAT WOULD YOU LIKE US TO DO NEXT?

25                      DR. KITCHENS:  GIVEN THE TIME, YOUR

1     HONOR, WOULD IT BE BENEFICIAL TO START TOMORROW?

2                    THE COURT:  I AM OKAY WITH THAT.  I HAVE

3     LOTS OF THINGS TO DO, I ASSUME YOU BOTH DO, AND WE DON'T

4     HAVE A JURY HERE.

5                    BUT I DO WANT TO ASK -- I THINK WE ARE IN

6     GOOD SHAPE AND ON TRACK IN THE THREE-DAY BUDGET THAT I

7     ALLOWED, I SENSE THAT WE ARE.

8                    MS. MEW, YOU FEEL OKAY ABOUT THAT?

9                    MS. MEW:  YES, I THINK SO, YOUR HONOR.

10                   IS IT MY UNDERSTANDING THAT DR. KITCHENS,

11    YOU WOULD PUT ON TWO WITNESSES TOMORROW, DR. SHEPARD

12    AND YOURSELF?

13                   DR. KITCHENS:  YES, MA'AM.

14                   MS. MEW:  THE ONLY THING, I WAS LOOKING

15    AHEAD TO YOUR HONOR'S MAYBE POTENTIAL ISSUE WITH IN THE

16    MORNING, AND I THINK THIS IS WHAT YOU SAID AT THE

17    PRETRIAL CONFERENCE, IF WE COULD HAVE A FAIR AMOUNT OF

18    ALSO FLEXABILITY ONCE WE ARE PUTTING ON, THAT'S FINE,

19    BUT NO, I AM OKAY STOPPING HERE FOR THE DAY.

20                   THE COURT:  OKAY.  AND IN THAT CASE, WE

21    WILL GIVE EVERYBODY TIME TO RECOUP AND ORGANIZE

22    THEMSELVES FOR TOMORROW.  AND WE WILL KEEP MOVING

23    FORWARD.

24                   DR. KITCHENS:  THANK YOU, YOUR HONOR.

25                   THE COURT:  ONE OF THE THINGS THAT I

1       WOULD LIKE YOU BOTH TO DO, I HAVE BEEN KEEPING NOTES ON

2       WHAT EXHIBITS ARE ADMITTED, BUT I WOULD -- AND YOU CAN

3       DO EACH EVENING, IT WOULD BE A GOOD THING TO DO JUST TO

4       STAY ON TOP OF IT TO COMPARE AMONGST YOURSELF WHAT

5       EXHIBITS ARE ADMITTED SO THAT WHEN WE GET TO THE END OF

6       THIS WE ARE ALL IN AGREEMENT ABOUT WHAT HAS BEEN

7       ADMITTED.  AND PERHAPS IF THERE'S A DISAGREEMENT, I CAN

8       RESOLVE IT BEFORE WE MOVE ON.  OKAY?

9                       DR. KITCHENS:  YES, SIR.

10                      THE COURT:  OKAY.  IN THAT CASE, WE WILL

11      RESUME THIS TRIAL TOMORROW MORNING AT 9 A.M.

12                      (COURT ADJOURNED.)

13

14                      I CERTIFY THAT THE FOREGOING IS A CORRECT

15      TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

16      ABOVE-ENTITLED MATTER.

17      6-7-23                    _Lynn Gligor_

18      DATE                      OFFICIAL COURT REPORTER

19                                LYNN GLIGOR, RMR.

20                       I   N   D   E   X

21      WITNESS              DIRECT  CROSS  REDIRECT  RECROSS

22       DR. CHRISTOPHER PULLINS

23      BY DR. KITCHENS        36       --      91        --

24      BY MS. MEW             --     42,97    --        --

25      QUESTIONS BY THE COURT         93

```
1      INDEX (CONT.)

2      WITNESS                DIRECT   CROSS   REDIRECT   RECROSS

3        DR. JOANNE SENOGA

4      BY DR. KITCHENS          101     --        --         --

5      BY MS. MEW               --     139        --         --

6        MISSIE KING

7      BY DR. KITCHENS          142     --       174         --

8      BY MS. MEW               --     174        --         --

9      EXHIBITS                                 PAGE

10     P 5                                       54
       P 2                                       58
11     P 26                                      63
       P 3                                       66
12     P 57                                      70
       P 75                                      74
13     P 84                                     114
       P 1                                     153
14     JX 2                                    161
       P 3                                     166
15

16

17

18

19

20

21

22

23

24

25
```

**0**

**02** [1] - 58:17
**03** [1] - 66:25
**06** [1] - 159:13

**1**

**1** [30] - 1:12, 30:17,
30:19, 32:4, 34:20,
35:4, 35:10, 82:22,
83:10, 83:14, 87:4,
113:7, 115:17,
115:18, 118:18,
118:21, 118:23,
118:25, 119:2,
119:3, 119:20,
120:10, 122:17,
131:4, 136:21,
150:13, 150:14,
153:10, 153:13,
178:13
**1,500** [3] - 131:9,
167:22, 167:24
**10** [1] - 162:21
**10,000** [1] - 134:15
**100** [5] - 30:16, 34:4,
126:13, 128:3, 164:2
**101** [1] - 178:4
**10TH** [1] - 51:22
**114** [1] - 178:13
**12** [1] - 129:24
**12-YEAR** [1] - 156:11
**120** [1] - 164:2
**13** [2] - 79:21, 165:8
**139** [1] - 178:5
**14** [1] - 165:5
**142** [1] - 178:7
**15** [3] - 1:8, 57:1,
165:16
**150** [1] - 131:4
**153** [1] - 178:13
**16** [1] - 165:2
**161** [1] - 178:14
**166** [1] - 178:14
**174** [2] - 178:7, 178:8
**18** [4] - 142:21,
147:20, 165:2,
165:14
**19106** [2] - 1:9, 1:20
**1940** [2] - 79:17, 79:20
**1979** [1] - 109:7
**1:15** [2] - 99:3, 99:12

**2**

**2** [24] - 1:15, 13:25,
54:4, 82:24, 87:4,
106:7, 106:8,
106:11, 108:9,

118:21, 120:15,
120:16, 120:18,
122:10, 122:11,
122:17, 122:24,
123:25, 131:9,
136:21, 161:7,
161:10, 178:10,
178:14
**2.7** [1] - 79:17
**2.8** [1] - 79:18
**20** [5] - 38:13, 43:8,
78:20, 96:12, 165:18
**20-PLUS** [1] - 92:9
**20-YEAR** [1] - 91:10
**200** [8] - 109:3, 126:7,
126:9, 127:19,
127:20, 127:23,
128:5, 128:9
**20005** [1] - 2:3
**2008** [1] - 17:19
**2013** [4] - 31:16,
38:10, 51:22, 91:22
**2017** [3] - 65:17,
120:12, 120:13
**2018** [1] - 38:3
**2019** [1] - 38:3
**2020** [3] - 31:15,
106:8, 108:9
**2021** [5] - 118:15,
118:16, 124:10,
124:11, 124:15
**2022** [7] - 18:4, 30:15,
30:16, 30:18, 32:5,
34:20, 35:5
**2023** [3] - 1:8, 32:17,
79:16
**22-3301** [1] - 1:5
**22-CV-3301** [1] - 3:9
**230** [1] - 110:16
**24-HOUR** [1] - 57:5
**245** [1] - 110:17
**26** [2] - 63:5, 178:11
**2609** [1] - 1:19
**26TH** [1] - 65:17
**2:30** [1] - 141:3
**2CK** [1] - 35:4

**3**

**3** [10] - 87:4, 106:9,
122:10, 122:17,
164:12, 166:9,
166:12, 166:13,
178:11, 178:14
**30** [3] - 44:2, 57:5,
57:14
**300,000** [1] - 119:23
**35** [1] - 39:16
**36** [1] - 177:23
**3:00** [1] - 143:13

**4**

**4** [1] - 143:13
**4,500** [2] - 126:7,
126:9
**40475** [1] - 1:16
**42,97** [1] - 177:24

**5**

**5** [3] - 54:16, 127:8,
178:10
**5,000** [2] - 133:23,
134:15
**50** [5] - 30:18, 77:22,
78:21, 134:1, 142:17
**500** [1] - 128:11
**54** [1] - 178:10
**57** [3] - 67:9, 70:24,
178:12
**58** [1] - 178:10

**6**

**6** [1] - 165:2
**600** [1] - 2:3
**601** [1] - 1:19
**625** [1] - 1:19
**63** [1] - 178:11
**66** [1] - 178:11

**7**

**7** [1] - 162:1
**70** [1] - 159:24,
159:25, 160:8,
178:12
**700-13TH** [1] - 2:3
**701** [1] - 44:9
**702** [4] - 44:9, 111:12,
117:7, 118:1
**704** [1] - 118:2
**71** [1] - 160:9
**74** [3] - 160:1, 160:9,
178:12
**75** [2] - 74:12, 178:12
**76** [1] - 159:24
**77** [1] - 160:9
**78** [2] - 159:25, 160:8

**8**

**8** [1] - 165:2
**800** [1] - 131:9
**84** [3] - 114:1, 114:23,
178:13
**85** [1] - 30:2
**856)649-4774** [1] -
1:20
**88** [1] - 112:3

**9**

**9** [3] - 58:4, 58:5,
177:11
**9.7** [1] - 79:20
**900** [1] - 131:10
**91** [1] - 177:23
**93** [1] - 177:25

**A**

**A'S** [2] - 52:12, 96:13
**A.M** [1] - 177:11
**A.M.A** [1] - 110:4
**ABFM** [1] - 39:10
**ABILITY** [11] - 16:1,
23:23, 33:5, 37:3,
61:24, 96:4, 102:18,
113:10, 164:15,
166:19, 171:4
**ABLE** [17] - 9:6, 9:24,
16:2, 37:2, 37:8,
46:21, 72:13, 88:14,
93:8, 93:12, 102:17,
115:7, 122:13,
122:20, 137:24,
146:5, 164:6
**ABLENESS** [1] - 16:2
**ABNORMAL** [3] -
52:23, 53:3, 53:24
**ABOUT** [102] - 10:13,
10:24, 11:4, 13:16,
21:14, 21:23, 31:3,
31:4, 31:11, 38:20,
40:4, 40:6, 42:6,
45:14, 48:12, 48:16,
49:7, 49:9, 53:8,
53:24, 54:11, 56:7,
59:10, 64:10, 66:16,
69:19, 69:23, 70:10,
71:4, 71:7, 71:18,
71:24, 72:2, 72:3,
72:23, 73:8, 74:16,
75:12, 82:8, 84:6,
84:9, 84:11, 84:12,
84:22, 84:23, 85:25,
87:4, 87:14, 88:18,
90:5, 94:2, 94:8,
94:9, 94:20, 95:24,
96:23, 97:1, 99:2,
104:21, 107:22,
108:21, 110:5,
110:11, 114:18,
115:5, 121:12,
121:14, 122:6,
122:24, 123:21,
123:23, 125:1,
125:12, 129:15,
130:21, 135:20,
136:7, 136:8,

136:17, 136:20,
137:17, 138:14,
139:14, 139:24,
143:14, 144:8,
146:4, 146:5,
148:25, 151:15,
153:17, 155:6,
158:3, 161:13,
170:4, 174:9, 176:8,
177:6
**ABOVE** [4] - 21:13,
115:6, 151:13,
177:16
**ABOVE-ENTITLED** [1]
- 177:16
**ABSOLUTELY** [8] -
54:10, 101:17,
107:15, 111:20,
113:18, 115:9,
117:20, 130:17
**ABSTRACTION** [1] -
16:17
**ABSTRACTS** [1] -
130:18
**ABUNDANTLY** [1] -
35:5
**ACADEMIC** [13] -
20:10, 22:5, 24:10,
52:10, 53:8, 95:12,
95:23, 96:7, 96:10,
97:20, 105:15,
132:17, 166:24
**ACADEMY** [1] - 39:9
**ACCENTS** [1] - 108:15
**ACCEPT** [2] - 122:14,
130:9
**ACCEPTANCE** [2] -
76:6, 138:22
**ACCEPTED** [5] -
25:18, 44:23, 88:24,
90:14, 129:4
**ACCEPTING** [1] - 80:8
**ACCESS** [15] - 33:16,
35:12, 47:10, 76:12,
108:3, 109:17,
109:18, 109:19,
110:9, 110:11,
110:18, 112:1,
138:10, 139:5, 139:6
**ACCESSIBILITY** [1] -
125:13
**ACCOMMODATED** [1]
- 16:5
**ACCOMMODATING**
[1] - 27:8
**ACCOMMODATION**
[19] - 30:3, 30:10,
30:14, 31:20, 32:8,
32:13, 33:9, 66:11,
66:15, 68:21, 70:4,

94:6, 95:4, 95:10, 95:25, 96:11, 96:14, 113:7, 113:8

**ACCOMMODATIONS** [51] - 16:7, 17:3, 17:11, 18:4, 18:10, 18:13, 20:12, 21:17, 21:20, 22:14, 22:15, 23:4, 24:11, 24:12, 25:3, 26:3, 26:9, 26:14, 26:19, 26:23, 29:25, 30:1, 30:7, 30:11, 32:4, 33:16, 34:19, 35:3, 35:7, 35:12, 35:13, 48:23, 52:14, 59:5, 72:10, 72:13, 73:2, 73:18, 94:3, 94:13, 94:16, 120:14, 120:17, 120:24, 137:10, 155:7, 168:1, 169:23, 170:22, 171:16, 175:9

**ACCOMODATION** [1] - 30:23

**ACCOMODATIONS** [1] - 29:22

**ACCOMPANYING** [1] - 17:24

**ACCOMPLISHED** [1] - 17:13

**ACCORDING** [4] - 23:11, 38:5, 76:24, 133:18

**ACCOUNT** [7] - 24:9, 92:18, 95:11, 95:25, 96:6, 97:25, 100:4

**ACCREDITED** [1] - 113:11

**ACCURATE** [4] - 37:8, 37:9, 40:24, 102:17

**ACCURATELY** [1] - 37:2

**ACHIEVE** [2] - 125:24, 158:8

**ACHIEVEMENT** [1] - 20:10

**ACHIEVEMENTS** [1] - 21:17

**ACHILLES** [1] - 78:6

**ACKNOWLEDGE** [2] - 18:19, 37:10

**ACKNOWLEDGED** [1] - 22:14

**ACKNOWLEDGES** [1] - 35:8

**ACRONYM** [1] - 108:14

**ACROSS** [1] - 135:15

**ACT** [7] - 17:18, 18:9,

164:19, 165:1, 165:23, 165:24, 166:4

**ACTIONS** [5] - 15:17, 16:24, 18:12, 149:10, 149:13

**ACTIVE** [2] - 38:11, 59:5

**ACTIVITIES** [3] - 23:24, 52:7, 156:7

**ACTIVITY** [4] - 23:13, 33:15, 34:3, 149:3

**ACTS** [1] - 22:24

**ACTUAL** [5] - 33:9, 41:16, 44:15, 79:5, 93:4

**ACTUALLY** [36] - 6:20, 9:19, 13:10, 25:16, 32:7, 39:3, 41:12, 42:6, 44:14, 46:11, 46:25, 48:21, 53:7, 53:9, 55:20, 59:10, 61:17, 63:23, 78:4, 86:24, 87:2, 96:21, 96:22, 98:1, 103:22, 118:24, 121:25, 123:18, 131:12, 131:16, 135:1, 138:20, 145:1, 154:11, 162:10, 175:5

**ADA** [15] - 18:1, 19:10, 23:9, 23:11, 23:22, 29:23, 32:3, 33:19, 34:12, 34:21, 57:12, 73:3, 120:24, 135:22, 137:15

**ADAPTED** [1] - 16:5

**ADAPTEDNESS** [1] - 24:10

**ADD** [7] - 58:3, 60:6, 61:18, 96:14, 114:1, 116:3, 166:9

**ADD/ADHD** [1] - 51:25

**ADDERALL** [1] - 64:6

**ADDITION** [11] - 39:15, 79:1, 106:22, 108:2, 108:4, 114:4, 123:19, 131:8, 137:22, 138:7, 138:10

**ADDITIONAL** [8] - 14:6, 22:8, 26:25, 34:13, 82:15, 82:17, 84:17, 84:23

**ADDITIONALLY** [2] - 23:25, 118:1

**ADDRESS** [6] - 6:25, 11:14, 20:12, 32:15, 139:9

**ADDRESSED** [1] - 87:17

**ADDS** [1] - 14:6

**ADEQUATE** [2] - 80:13, 114:7

**ADEQUATELY** [1] - 34:19

**ADHD** [46] - 17:25, 21:10, 21:12, 23:21, 24:22, 25:8, 30:22, 31:17, 32:16, 33:2, 33:20, 40:1, 40:3, 42:19, 42:23, 43:6, 43:10, 43:13, 43:16, 54:21, 57:12, 57:15, 57:16, 60:7, 60:9, 60:15, 61:14, 61:18, 63:10, 63:11, 63:16, 70:14, 89:25, 95:5, 96:13, 96:16, 120:25, 121:1, 121:5, 121:10, 121:13, 121:19, 129:3, 137:9, 146:17, 146:24

**ADHEARSABLE** [1] - 22:24

**ADHERING** [1] - 138:22

**ADJOURNED** [1] - 177:12

**ADMINISTERED** [1] - 29:19

**ADMINISTRATION** [2] - 35:3, 35:14

**ADMINISTRATIONS** [3] - 32:4, 34:20, 34:23

**ADMISSIBILITY** [2] - 57:25, 114:15

**ADMISSIBLE** [1] - 86:5

**ADMISSION** [2] - 10:17, 11:24

**ADMIT** [8] - 33:2, 57:21, 74:9, 85:19, 86:3, 112:24, 114:15, 114:21

**ADMITTANCE** [1] - 58:12

**ADMITTED** [27] - 10:12, 54:13, 54:15, 54:16, 58:16, 58:17, 63:4, 63:5, 66:24, 66:25, 70:23, 70:24, 74:11, 74:12, 86:6, 114:23, 122:18, 122:21, 153:12, 153:13, 161:9, 161:10, 166:12,

166:13, 177:2, 177:5, 177:7

**ADOLESCENTS** [1] - 45:24

**ADULT** [1] - 60:24

**ADULTHOOD** [1] - 121:3

**ADULTS** [3] - 45:22, 45:24, 45:25

**ADVANCE** [5] - 13:22, 14:1, 55:2, 110:6, 162:16

**ADVANCED** [1] - 20:21

**ADVANCING** [1] - 96:8

**ADVANTAGE** [3] - 26:22, 129:10, 143:16

**ADVERSITY** [1] - 19:24

**ADVICE** [4] - 39:21, 39:22, 146:10, 146:14

**ADVOCATE** [1] - 27:12

**AFFECTS** [1] - 136:22

**AFFIDAVIT** [1] - 145:15

**AFFIRM** [1] - 28:13

**AFFORD** [1] - 17:4

**AFFORDED** [2] - 23:14

**AFRAID** [3] - 146:21, 147:17, 170:13

**AFRICAN** [21] - 19:18, 22:18, 22:22, 24:25, 38:23, 38:24, 74:18, 74:20, 74:21, 76:2, 76:4, 78:23, 79:9, 79:14, 79:16, 79:18, 79:19, 106:25, 108:18, 109:11

**AFTER** [20] - 6:6, 6:15, 8:13, 34:25, 51:23, 58:20, 59:3, 59:23, 99:7, 103:12, 106:9, 112:10, 120:15, 124:17, 125:3, 142:22, 146:9, 146:16, 154:16

**AFTERNOON** [5] - 99:5, 101:9, 139:21, 141:13, 141:14

**AGAIN** [29] - 7:11, 12:20, 21:11, 32:1, 34:1, 41:24, 48:11, 48:25, 50:3, 59:16, 60:4, 63:24, 64:11, 74:24, 74:25, 75:23,

77:18, 78:19, 78:20, 79:12, 80:4, 81:9, 83:23, 98:3, 116:10, 120:20, 137:4, 142:22, 156:3

**AGAINST** [5] - 17:10, 18:7, 98:5, 123:20, 135:22

**AGE** [2] - 40:10, 54:22

**AGED** [1] - 94:18

**AGENDA** [2] - 156:22

**AGGRESSIVE** [1] - 147:7

**AGO** [4] - 25:17, 121:1, 124:9, 163:25

**AGONY** [1] - 27:24

**AGREE** [6] - 10:9, 29:13, 37:9, 40:20, 54:10, 62:6

**AGREED** [4] - 50:4, 58:5, 103:21, 112:11

**AGREEMENT** [1] - 177:6

**AGREEMENTS** [1] - 10:13

**AGREES** [1] - 10:6

**AHEAD** [22] - 4:9, 6:4, 12:6, 34:24, 41:20, 42:10, 50:13, 50:23, 55:19, 63:25, 68:16, 69:21, 72:20, 75:21, 80:15, 113:1, 117:22, 124:12, 126:25, 137:1, 173:24, 176:15

**AID** [1] - 171:12

**AIDE** [1] - 21:1

**AIDED** [1] - 1:22

**ALARM** [1] - 162:1

**ALARMS** [2] - 20:24, 161:25

**ALGORITHM** [4] - 72:25, 73:25, 74:2, 134:19

**ALIGNS** [1] - 29:2

**ALL** [80] - 4:8, 4:18, 5:4, 5:5, 5:20, 7:18, 8:22, 10:8, 10:19, 12:2, 12:9, 13:16, 14:7, 27:25, 29:20, 30:13, 35:3, 35:17, 35:23, 47:15, 48:19, 54:24, 56:2, 58:5, 58:15, 58:20, 60:20, 62:6, 67:10, 75:25, 77:14, 78:10, 79:15, 85:17, 93:23, 95:20, 98:21, 104:1, 106:3, 107:7, 108:20, 109:10, 114:12,

115:24, 116:21,
117:3, 117:9, 119:5,
122:3, 122:16,
127:18, 127:23,
130:10, 140:11,
140:16, 142:4,
142:17, 144:10,
157:16, 158:3,
161:4, 161:13,
162:14, 162:15,
163:6, 164:11,
166:7, 167:1,
168:22, 168:24,
168:25, 169:5,
169:6, 169:7,
171:24, 173:4,
173:23, 175:18,
177:6

**ALLEGED** [2] - 87:16

**ALLERGIES** [1] -
54:24

**ALLOW** [12] - 6:21,
7:12, 7:15, 19:11,
30:6, 75:10, 117:5,
120:23, 140:21,
163:21, 164:5

**ALLOWABLE** [1] -
85:16

**ALLOWED** [7] - 6:11,
67:23, 121:21,
122:16, 156:20,
156:23, 176:7

**ALLOWING** [1] - 28:7

**ALMOST** [3] - 7:18,
68:22, 129:23

**ALONE** [1] - 114:15

**ALONG** [6] - 16:8,
17:24, 121:7,
143:19, 167:4,
170:19

**ALONGSIDE** [2] -
20:5, 21:6

**ALREADY** [16] - 9:11,
13:3, 24:14, 32:10,
40:17, 45:17, 64:11,
64:25, 89:1, 112:13,
112:14, 115:14,
115:25, 138:2,
158:20

**ALSO** [77] - 4:5, 6:13,
7:17, 8:21, 9:23,
11:12, 19:9, 23:20,
24:17, 32:14, 32:17,
33:22, 34:24, 35:5,
38:25, 40:16, 43:3,
44:9, 46:14, 47:11,
49:4, 49:20, 50:4,
51:10, 53:6, 53:8,
60:24, 61:1, 61:20,
64:14, 64:15, 75:1,

80:21, 81:19, 85:3,
86:16, 90:4, 90:6,
90:21, 96:10, 97:20,
105:9, 105:11,
106:2, 106:3, 106:9,
108:3, 109:9, 111:2,
111:23, 113:9,
113:13, 114:3,
116:2, 116:7, 116:9,
116:15, 116:18,
117:24, 118:1,
130:4, 130:6,
131:16, 133:25,
138:3, 139:6, 147:4,
153:25, 154:24,
155:5, 158:25,
163:13, 174:11,
174:23, 176:18

**ALTER** [1] - 27:2

**ALTERNATIVE** [1] -
20:9

**ALTHOUGH** [8] -
19:25, 22:23, 33:2,
34:9, 46:5, 117:20,
148:20, 155:21

**ALWAYS** [15] - 14:5,
14:6, 22:25, 62:14,
64:12, 134:20,
157:21, 157:23,
157:25, 163:5,
163:9, 163:20,
174:21

**AM** [113] - 3:6, 6:17,
7:2, 7:14, 7:21, 9:11,
9:23, 10:13, 12:13,
12:21, 13:14, 14:2,
14:3, 14:20, 15:7,
16:16, 16:18, 17:11,
18:18, 19:18, 25:2,
29:9, 35:21, 37:22,
39:9, 39:10, 39:16,
39:20, 41:3, 41:4,
41:11, 41:21, 42:14,
43:17, 43:20, 43:24,
44:7, 44:22, 46:2,
46:5, 63:9, 64:22,
66:1, 67:9, 69:2,
69:11, 71:19, 71:22,
73:24, 75:9, 75:20,
77:6, 77:11, 83:4,
83:12, 85:6, 85:7,
85:8, 85:11, 85:23,
86:1, 86:3, 86:24,
87:5, 88:22, 88:23,
89:1, 90:17, 92:4,
95:16, 97:12, 98:1,
98:23, 98:24, 99:20,
103:9, 103:12,
105:9, 106:17,
108:19, 109:3,

110:23, 110:24,
110:25, 111:4,
111:11, 114:15,
114:21, 117:3,
117:4, 117:5, 117:8,
117:10, 118:7,
122:15, 125:4,
125:22, 128:11,
132:17, 136:23,
139:22, 142:11,
150:8, 154:23,
160:21, 165:4,
169:25, 172:14,
172:23, 173:1,
176:2, 176:19

**AMA** [1] - 131:1

**AMBITIONS** [2] -
13:8, 158:14

**AMELIA** [1] - 4:12

**AMENDMENT** [1] -
17:18

**AMERICA** [1] - 38:12

**AMERICAN** [22] -
19:18, 22:18, 22:19,
22:20, 24:25, 38:23,
39:9, 74:18, 74:20,
76:4, 78:23, 79:14,
79:16, 79:18, 79:19,
105:7, 105:14,
106:25, 109:11,
130:11, 130:12,
130:17

**AMERICANS** [7] -
17:18, 18:8, 22:22,
38:25, 74:21, 76:2,
79:10

**AMONG** [1] - 26:16

**AMONGST** [2] - 12:3,
177:4

**AMOUNT** [11] - 24:9,
26:25, 57:3, 125:6,
125:25, 126:2,
126:16, 134:6,
154:3, 164:3, 176:17

**AMPHETAMINE** [3] -
57:10, 60:2, 60:5

**AMPLE** [1] - 27:3

**AN** [135] - 5:17, 5:20,
6:19, 7:6, 7:13, 7:18,
7:19, 7:25, 8:1,
10:12, 10:20, 10:24,
12:1, 12:21, 13:10,
14:6, 14:14, 15:9,
15:20, 16:17, 17:20,
18:15, 19:14, 19:18,
19:19, 19:22, 20:14,
21:1, 21:12, 22:19,
23:11, 24:20, 26:22,
29:16, 30:4, 31:3,
32:24, 33:13, 34:16,

34:17, 37:8, 37:23,
38:11, 40:3, 40:8,
40:23, 41:3, 41:6,
42:3, 42:7, 42:14,
42:24, 43:15, 43:18,
44:15, 44:18, 45:6,
45:9, 46:19, 47:25,
50:10, 51:8, 60:24,
61:2, 61:3, 61:15,
62:12, 64:25, 65:10,
65:21, 65:24, 70:5,
72:12, 72:25, 73:2,
73:20, 74:20, 76:8,
77:8, 79:14, 80:13,
84:2, 84:16, 85:5,
85:13, 89:16, 89:25,
92:6, 95:12, 97:19,
98:22, 102:14,
102:17, 102:21,
103:6, 105:19,
106:16, 109:6,
109:11, 109:18,
110:25, 111:20,
114:7, 114:17,
115:1, 115:7,
115:22, 117:8,
122:14, 123:9,
125:23, 128:19,
129:10, 130:23,
131:5, 131:10,
132:8, 132:16,
133:7, 133:14,
134:19, 137:7,
138:10, 139:22,
143:21, 153:4,
154:15, 162:15,
162:20, 165:2,
170:3, 173:9

**ANALYSIS** [1] - 97:19

**ANALYSTS** [1] - 26:11

**ANCESTORS** [1] -
121:6

**AND** [844] - 3:13, 3:15,
3:17, 3:23, 4:1, 4:2,
4:4, 4:13, 4:17, 5:5,
5:11, 5:19, 6:6, 6:19,
6:23, 6:24, 7:7, 7:12,
7:13, 7:15, 8:2, 8:7,
8:16, 8:18, 8:25, 9:2,
9:5, 9:13, 9:16, 9:21,
9:22, 9:25, 10:10,
10:11, 10:17, 10:20,
10:24, 11:4, 11:6,
11:8, 11:19, 12:2,
12:4, 12:9, 12:10,
12:17, 12:22, 12:23,
13:2, 13:4, 13:10,
13:14, 13:22, 14:5,
14:11, 14:14, 15:7,
15:9, 15:10, 15:11,
15:14, 15:18, 15:23,

16:2, 16:5, 16:8,
16:11, 16:12, 16:19,
17:2, 17:5, 17:10,
17:12, 17:13, 17:19,
17:25, 18:5, 18:13,
18:25, 19:2, 19:3,
19:23, 20:7, 20:8,
20:9, 20:16, 20:20,
20:22, 20:25, 21:5,
21:16, 21:22, 22:9,
22:15, 22:24, 23:13,
23:17, 23:21, 23:22,
24:4, 24:6, 24:11,
24:13, 24:14, 25:1,
25:2, 25:3, 25:8,
25:9, 25:11, 25:15,
25:18, 25:20, 25:21,
25:22, 26:1, 26:3,
26:12, 26:16, 26:17,
26:18, 27:5, 27:6,
27:8, 27:13, 27:23,
27:25, 28:1, 28:11,
28:14, 28:18, 28:19,
28:24, 28:25, 29:3,
29:10, 29:12, 29:18,
29:25, 30:5, 30:12,
30:18, 31:2, 31:21,
32:11, 32:17, 32:20,
32:22, 33:1, 33:5,
33:6, 33:12, 33:13,
33:21, 33:23, 34:10,
34:20, 34:24, 35:2,
35:11, 35:19, 36:9,
37:18, 38:9, 38:24,
38:25, 39:3, 39:10,
39:16, 39:18, 39:21,
39:22, 40:5, 40:10,
41:7, 42:25, 44:9,
44:12, 44:17, 44:18,
44:23, 45:9, 45:12,
45:21, 45:24, 46:1,
46:3, 46:11, 46:14,
46:18, 46:20, 46:21,
46:24, 46:25, 47:3,
47:5, 47:6, 47:10,
47:12, 47:13, 47:20,
47:22, 47:24, 47:25,
48:1, 48:3, 48:5,
48:6, 48:11, 48:20,
48:21, 49:2, 49:4,
49:8, 49:11, 49:13,
49:19, 50:2, 50:3,
50:11, 50:20, 51:3,
51:8, 51:9, 51:25,
52:4, 52:5, 52:6,
52:8, 52:11, 52:12,
52:16, 53:2, 53:8,
54:8, 55:2, 56:14,
56:15, 56:18, 56:21,
56:25, 57:8, 57:12,
57:18, 59:23, 60:2,

60:3, 60:7, 60:20, 60:25, 61:4, 61:7, 61:13, 61:14, 61:15, 61:22, 61:24, 61:25, 63:25, 64:3, 64:11, 64:16, 64:22, 65:7, 65:9, 65:12, 65:15, 65:16, 67:22, 68:6, 68:16, 69:1, 69:12, 69:15, 69:19, 69:21, 72:3, 72:14, 73:4, 73:9, 73:23, 74:2, 74:8, 74:17, 74:18, 74:19, 75:11, 75:24, 76:7, 76:14, 76:15, 76:20, 77:3, 78:3, 78:22, 79:16, 79:20, 80:6, 80:20, 81:11, 81:25, 82:14, 82:21, 83:24, 84:7, 84:22, 84:24, 85:3, 85:5, 85:12, 85:20, 85:23, 86:20, 87:1, 87:4, 87:11, 87:25, 88:22, 90:4, 90:17, 91:10, 91:18, 91:23, 91:24, 92:17, 92:22, 92:23, 92:24, 93:7, 93:8, 93:13, 93:22, 94:12, 94:20, 95:10, 95:12, 95:14, 95:17, 95:18, 95:21, 96:3, 96:20, 97:20, 97:24, 97:25, 98:3, 98:23, 98:24, 99:7, 100:1, 100:25, 101:14, 101:15, 102:4, 102:10, 102:24, 102:25, 103:1, 103:4, 103:11, 103:12, 103:21, 103:24, 104:8, 104:14, 104:17, 105:1, 105:2, 105:5, 106:5, 106:7, 106:9, 106:10, 106:11, 106:13, 106:24, 107:1, 107:3, 107:6, 107:12, 107:17, 108:6, 108:9, 108:22, 109:5, 109:6, 109:7, 109:19, 109:20, 110:1, 110:5, 110:11, 110:21, 110:23, 111:1, 111:2, 111:9, 112:15, 112:20, 112:24, 113:7, 113:9, 113:10, 113:13, 113:14,

113:16, 113:23, 113:25, 114:11, 114:19, 114:20, 114:22, 115:11, 115:13, 115:16, 115:19, 115:23, 115:25, 116:7, 116:10, 116:11, 116:18, 116:20, 116:25, 117:2, 117:9, 117:11, 117:13, 117:17, 118:5, 118:17, 118:21, 119:3, 119:9, 119:12, 119:18, 119:22, 119:24, 120:1, 120:3, 120:9, 120:14, 120:17, 120:18, 120:20, 120:22, 121:1, 121:11, 121:22, 122:6, 122:10, 122:11, 122:16, 122:17, 122:21, 123:2, 123:5, 123:6, 123:14, 123:16, 123:17, 123:18, 123:19, 123:21, 123:22, 123:24, 124:8, 124:20, 124:25, 125:4, 125:9, 125:13, 125:21, 125:22, 126:1, 126:3, 126:19, 126:22, 126:23, 127:1, 127:2, 127:3, 127:9, 127:11, 127:15, 128:5, 128:7, 128:11, 128:14, 128:17, 128:19, 128:21, 129:7, 129:18, 129:22, 130:1, 130:21, 130:22, 130:23, 130:25, 131:5, 131:7, 131:12, 131:13, 131:18, 131:23, 131:25, 132:7, 132:21, 132:22, 133:3, 133:11, 133:16, 133:21, 133:25, 134:4, 134:5, 134:16, 134:20, 134:25, 135:4, 135:8, 135:12, 135:13, 136:8, 136:15, 136:21, 137:9, 137:11,

137:13, 137:14, 137:17, 138:2, 138:3, 138:4, 138:11, 138:13, 138:20, 138:22, 139:1, 139:2, 140:2, 140:16, 141:21, 142:4, 142:14, 142:18, 142:23, 143:1, 143:4, 143:10, 143:11, 143:12, 143:13, 143:15, 143:19, 143:25, 144:3, 144:8, 144:12, 144:16, 144:19, 144:22, 144:23, 144:25, 145:4, 145:6, 145:7, 145:10, 145:11, 145:12, 145:19, 145:22, 146:1, 146:2, 146:4, 146:5, 146:6, 146:7, 146:9, 146:14, 146:18, 147:3, 147:5, 147:6, 147:7, 147:8, 147:9, 147:10, 147:12, 147:13, 147:14, 147:18, 147:22, 147:25, 148:1, 148:3, 148:10, 148:18, 148:24, 148:25, 149:5, 149:7, 149:10, 149:15, 149:17, 149:19, 149:23, 149:24, 150:7, 150:8, 151:12, 151:18, 151:23, 152:13, 152:18, 152:20, 152:25, 153:22, 154:1, 154:2, 154:10, 154:14, 154:15, 154:16, 154:18, 154:21, 154:22, 154:25, 155:3, 155:5, 155:6, 155:8, 155:17, 155:20, 155:25, 156:1, 156:3, 156:5, 156:9, 156:15, 156:16, 156:19, 156:22, 156:23, 156:24, 157:1, 157:2, 157:3, 157:5, 157:6, 157:7, 157:14, 157:16, 157:19, 157:21, 157:23, 157:24, 158:2, 158:3, 158:8,

158:13, 158:14, 158:25, 159:1, 159:4, 159:5, 159:6, 159:11, 159:12, 159:15, 159:16, 159:20, 159:25, 160:2, 160:3, 160:10, 160:16, 161:13, 161:18, 161:20, 161:21, 162:2, 162:3, 162:4, 162:5, 162:8, 162:9, 162:11, 162:18, 162:19, 162:20, 162:21, 162:23, 163:2, 163:3, 163:5, 163:7, 163:8, 163:9, 163:11, 163:13, 163:18, 163:22, 164:3, 164:10, 164:12, 164:13, 164:17, 164:18, 164:25, 165:7, 165:15, 165:17, 166:16, 166:17, 166:18, 166:19, 167:4, 167:6, 167:8, 167:10, 167:21, 168:4, 168:7, 168:11, 168:17, 168:19, 168:21, 169:5, 169:6, 169:11, 169:12, 170:9, 170:12, 170:16, 170:17, 170:18, 170:20, 171:2, 171:4, 171:8, 171:15, 171:18, 171:21, 171:22, 172:11, 172:12, 172:13, 172:14, 172:16, 172:18, 172:19, 173:2, 173:4, 173:18, 173:19, 173:20, 174:8, 174:10, 174:23, 175:9, 175:12, 175:14, 175:19, 176:3, 176:6, 176:12, 176:16, 176:20, 176:21, 176:22, 177:2, 177:7

AND/OR [1] - 49:14
ANECDOTAL [1] - 116:17
ANESTHESIOLOGY [1] - 91:9
ANIMAL [1] - 68:23
ANOREXIA [1] - 147:3

ANOTHER [6] - 50:2, 51:10, 86:4, 104:8, 108:12, 125:22
ANSWER [8] - 37:9, 49:7, 49:9, 53:22, 79:13, 87:20, 166:19, 166:20
ANSWERED [1] - 53:21
ANSWERS [4] - 7:12, 7:14, 49:8, 55:14
ANTICIPATE [1] - 99:5
ANTICIPATING [1] - 44:6
ANXIETY [15] - 17:25, 23:21, 25:8, 30:22, 33:23, 43:23, 44:1, 44:3, 60:8, 60:9, 67:22, 70:15, 95:6, 95:7, 137:9
ANY [104] - 5:6, 6:3, 7:9, 8:18, 10:9, 10:13, 12:19, 12:20, 13:9, 13:18, 14:13, 30:24, 30:25, 33:7, 34:3, 34:22, 35:2, 35:13, 36:21, 37:1, 37:12, 38:17, 38:18, 39:7, 40:25, 42:19, 44:3, 44:5, 44:16, 44:21, 46:7, 48:13, 48:15, 49:1, 49:4, 54:12, 57:24, 58:13, 59:14, 66:21, 68:1, 69:1, 73:5, 73:20, 74:1, 75:6, 78:13, 79:4, 79:9, 79:12, 81:12, 83:24, 86:17, 90:20, 90:22, 90:24, 93:19, 94:24, 95:3, 97:13, 98:8, 99:2, 101:13, 101:18, 102:16, 103:10, 104:7, 105:5, 105:13, 105:23, 111:18, 114:7, 119:15, 120:3, 120:22, 121:8, 121:17, 123:11, 135:2, 135:8, 135:9, 136:17, 139:8, 140:6, 142:23, 144:5, 149:2, 149:10, 149:13, 150:3, 154:18, 154:19, 154:20, 163:1, 166:4, 168:1, 168:7, 174:12, 174:25, 175:1
ANYMORE [1] - 145:9

**ANYONE** [2] - 3:13, 3:23

**ANYTHING** [13] - 4:25, 5:25, 11:16, 11:17, 47:14, 48:16, 60:21, 95:5, 116:2, 143:14, 157:17, 174:14, 175:16

**ANYWHERE** [1] - 57:18

**APOLOGIZE** [6] - 13:22, 14:1, 93:22, 108:14, 110:24, 111:6

**APPARENT** [3] - 34:16, 35:6, 97:8

**APPEAL** [1] - 123:7

**APPEALED** [2] - 123:5

**APPEAR** [2] - 12:17, 23:4

**APPEARANCE** [1] - 13:10

**APPEARANCES** [2] - 1:13, 2:1

**APPEARS** [1] - 114:16

**APPLAUD** [1] - 172:1

**APPLE** [1] - 19:15

**APPLICABLE** [1] - 29:18

**APPLICANT** [4] - 73:2, 80:25, 85:3, 122:14

**APPLICANTS** [9] - 73:18, 80:8, 80:17, 83:9, 107:16, 133:23, 133:25, 134:15

**APPLICATION** [7] - 25:22, 72:10, 82:18, 85:5, 85:14, 88:10, 88:16

**APPLICATIONS** [5] - 17:23, 26:12, 27:5, 85:8, 134:18

**APPLIED** [9] - 18:4, 80:1, 120:20, 125:21, 126:10, 126:11, 127:23, 128:2, 128:5

**APPLIES** [1] - 8:8

**APPLY** [14] - 5:15, 80:2, 88:19, 119:15, 120:14, 120:17, 125:25, 126:5, 126:7, 126:8, 127:9, 127:16, 128:8, 132:22

**APPLYING** [8] - 86:10, 87:6, 110:1, 125:14, 126:5, 130:3, 133:3, 134:24

**APPOINTMENT** [1] - 45:7

**APPOINTMENTS** [2] - 143:15, 149:23

**APPRECIATE** [4] - 15:2, 84:6, 98:17, 172:2

**APPROACH** [5] - 29:10, 62:2, 62:3, 113:19, 132:22

**APPROPRIATE** [5] - 17:11, 18:9, 34:17, 35:6, 65:10

**APPROPRIATENESS** [1] - 114:19

**APPROVAL** [1] - 23:3

**APPROVED** [2] - 13:5, 30:2

**APPROXIMATELY** [4] - 30:2, 80:2, 128:10, 133:23

**APTITUDE** [1] - 19:12

**ARBITRARY** [1] - 16:11

**ARE** [252] - 3:5, 4:2, 4:15, 4:22, 5:7, 5:13, 5:21, 7:9, 8:9, 8:20, 8:22, 9:6, 9:7, 9:8, 10:13, 10:23, 11:2, 11:5, 11:7, 11:10, 11:21, 12:2, 12:10, 12:14, 13:15, 13:16, 14:24, 17:10, 19:5, 23:21, 24:24, 28:12, 29:7, 29:19, 30:4, 30:9, 35:20, 36:18, 37:8, 37:17, 37:20, 39:7, 42:2, 42:16, 44:5, 45:4, 45:9, 45:14, 45:18, 46:1, 46:9, 46:10, 46:13, 46:14, 46:15, 46:16, 46:20, 47:1, 47:2, 47:4, 47:7, 47:12, 47:14, 47:15, 47:17, 48:8, 49:14, 49:17, 52:11, 54:24, 55:6, 55:10, 55:20, 56:5, 58:5, 59:12, 60:3, 60:16, 60:18, 60:19, 60:20, 60:25, 62:7, 63:22, 65:4, 67:10, 69:4, 69:5, 70:9, 71:16, 71:18, 72:24, 73:7, 75:1, 75:12, 75:16, 75:17, 76:16, 76:20, 78:5, 79:17, 79:21, 80:6, 80:11, 80:21, 80:24, 81:14, 83:5, 84:5, 84:13, 85:15, 86:9, 86:13, 86:14, 86:18, 86:21, 86:23, 87:2, 87:3, 87:6, 87:8, 87:12, 87:16, 88:1, 88:3, 88:17, 89:12, 90:5, 90:7, 91:7, 91:14, 91:24, 93:5, 93:7, 93:12, 93:23, 94:11, 94:17, 95:9, 95:15, 95:24, 96:4, 96:15, 96:21, 97:4, 97:8, 98:3, 98:15, 99:5, 99:19, 102:10, 103:7, 104:4, 105:3, 105:5, 105:10, 105:13, 108:4, 108:22, 109:1, 109:15, 110:1, 110:4, 110:7, 110:19, 111:1, 111:2, 111:10, 112:23, 112:24, 113:14, 114:18, 114:20, 115:10, 116:1, 117:2, 117:18, 119:4, 119:6, 119:12, 119:21, 119:23, 120:5, 121:20, 121:21, 121:22, 122:15, 125:8, 125:11, 125:19, 126:4, 126:18, 128:10, 130:5, 130:6, 130:10, 130:20, 130:23, 130:24, 131:5, 131:7, 131:15, 134:4, 135:15, 135:16, 136:6, 138:5, 138:7, 138:24, 139:8, 140:13, 140:17, 140:21, 141:6, 142:4, 143:9, 144:9, 145:20, 148:17, 151:15, 152:17, 153:7, 155:16, 156:16, 157:22, 158:20, 159:8, 163:1, 167:25, 171:25, 172:4, 172:15, 172:16, 172:21, 173:6, 175:6, 176:5, 176:7, 176:18, 177:2, 177:5, 177:6

**AREA** [5] - 109:21, 132:18, 148:3, 151:9, 162:5

**AREAS** [1] - 154:8

**ARGUMENT** [2] - 33:7, 34:13

**ARISING** [1] - 33:23

**ARIZONA** [3] - 86:12, 88:23, 89:1

**AROUND** [12] - 13:25, 79:20, 80:5, 82:24, 125:16, 126:9, 127:7, 134:1, 147:2, 152:13, 154:6, 167:22

**ARRANGEMENTS** [1] - 30:6

**ARRANGING** [1] - 20:16

**ARTICLE** [3] - 113:15, 114:8, 115:6

**ARTICLES** [8] - 38:18, 38:21, 42:19, 44:3, 74:17, 104:7, 104:23, 111:19

**ARTICULATED** [1] - 18:21

**ARTS** [1] - 159:18

**AS** [199] - 5:21, 7:1, 7:7, 7:9, 11:2, 11:15, 12:2, 12:17, 13:14, 15:8, 17:8, 18:2, 18:5, 18:18, 18:23, 19:25, 21:3, 21:11, 21:24, 22:6, 22:10, 23:18, 23:20, 24:13, 25:10, 26:7, 26:21, 27:11, 27:12, 28:9, 29:14, 31:13, 34:10, 34:11, 34:18, 37:23, 39:10, 39:15, 39:21, 39:22, 40:1, 40:9, 41:6, 42:3, 42:5, 42:7, 44:12, 44:18, 45:21, 46:4, 47:8, 51:8, 51:9, 53:7, 53:11, 53:18, 54:7, 55:2, 56:15, 57:13, 59:24, 60:4, 60:12, 60:13, 60:14, 62:8, 63:16, 64:6, 67:24, 68:2, 68:14, 70:9, 73:1, 74:4, 74:20, 75:7, 75:14, 76:3, 76:21, 79:14, 79:16, 80:25, 82:13, 84:12, 84:16, 85:8, 86:17, 87:11, 87:12, 87:25, 88:11, 89:8, 89:9, 90:7, 90:13, 91:21, 92:5, 92:8, 93:13, 94:25, 95:13, 95:14, 95:15, 95:16, 96:4, 96:6, 102:13, 102:14, 103:2, 103:7, 105:11, 105:12, 106:10, 106:15, 106:16, 107:13, 107:19, 108:8, 109:11, 109:15, 110:4, 110:5, 110:12, 110:19, 110:20, 110:25, 111:3, 111:20, 113:10, 113:15, 114:1, 115:1, 115:7, 115:16, 115:18, 115:19, 115:22, 116:12, 116:23, 117:6, 118:9, 119:19, 121:6, 122:11, 122:14, 124:5, 124:6, 125:10, 127:11, 128:19, 130:23, 131:3, 131:9, 131:12, 132:9, 132:21, 134:6, 134:12, 135:5, 135:11, 137:19, 138:22, 146:3, 157:7, 158:4, 166:20, 167:15, 167:18, 168:15, 168:17, 170:12, 170:15, 170:21, 171:19, 172:15, 172:21, 173:4, 173:15, 173:16

**ASK** [50] - 10:25, 36:22, 36:24, 37:6, 37:12, 42:9, 45:12, 46:18, 48:1, 49:17, 51:15, 59:11, 59:12, 64:4, 64:14, 66:2, 69:2, 69:13, 71:2, 71:4, 72:2, 72:3, 74:16, 74:19, 75:23, 77:18, 82:2, 87:10, 89:6, 89:9, 89:11, 95:14, 96:14, 97:12, 101:18, 106:16, 106:22, 115:4, 117:14, 139:12, 141:25, 143:6, 150:2, 156:9, 163:13, 167:25, 168:16, 171:20, 175:8, 176:5

**ASKED** [14] - 4:19, 31:10, 52:16, 69:9, 69:10, 75:17, 97:10, 97:11, 97:14, 102:3,

145:25, 146:10, 174:15, 175:7

**ASKING** [12] - 10:23, 47:12, 48:12, 69:18, 71:16, 73:8, 95:17, 170:4, 172:19, 172:24, 173:1

**ASPECTS** [2] - 15:25, 24:19

**ASPIRATIONS** [5] - 16:3, 16:19, 27:21, 27:25, 158:21

**ASSEMBLED** [1] - 117:3

**ASSERTING** [1] - 26:25

**ASSERTION** [2] - 32:25, 33:4

**ASSESS** [3] - 46:11, 46:14, 56:14

**ASSESSED** [1] - 17:4

**ASSESSING** [2] - 33:13, 45:4

**ASSESSMENT** [4] - 50:5, 52:19, 65:4, 65:6

**ASSESSMENTS** [1] - 25:10

**ASSIST** [1] - 15:14

**ASSISTANCE** [1] - 20:7

**ASSOCIATED** [3] - 20:3, 83:23, 138:1

**ASSOCIATES** [1] - 143:3

**ASSOCIATION** [5] - 105:7, 105:14, 130:11, 130:13, 134:22

**ASSOCIATIONS** [2] - 39:8, 105:6

**ASSUME** [4] - 65:25, 73:7, 140:8, 176:3

**ASSUMES** [1] - 26:11

**ASSURE** [1] - 146:7

**AT** [130] - 3:14, 4:18, 5:8, 5:10, 5:15, 6:13, 6:20, 7:1, 7:3, 7:23, 8:10, 8:18, 8:21, 8:25, 9:13, 9:25, 10:3, 10:21, 14:8, 17:9, 17:22, 19:15, 20:7, 20:11, 23:5, 24:21, 25:6, 35:1, 35:3, 36:21, 38:6, 39:3, 40:12, 42:6, 47:24, 49:6, 52:2, 52:13, 52:15, 52:16, 52:19, 55:1, 56:13, 57:5, 58:6, 61:18,

62:7, 69:4, 69:13, 70:13, 71:18, 73:14, 73:24, 75:19, 76:20, 78:5, 78:13, 79:22, 80:8, 80:11, 80:20, 80:21, 81:15, 84:13, 86:15, 86:17, 89:9, 91:4, 91:10, 91:19, 92:1, 92:5, 93:23, 94:13, 95:16, 96:5, 97:1, 98:2, 99:11, 102:24, 103:2, 103:4, 104:12, 104:25, 105:9, 105:22, 107:17, 108:2, 108:5, 110:8, 111:21, 114:25, 115:21, 116:3, 116:7, 116:13, 117:2, 117:6, 117:11, 118:1, 123:11, 126:24, 128:10, 144:22, 147:22, 148:2, 149:9, 149:14, 149:24, 151:23, 153:20, 155:13, 157:1, 159:12, 160:3, 163:8, 165:4, 167:14, 167:22, 168:2, 175:6, 175:13, 176:16, 177:11

**ATTACHED** [1] - 18:20

**ATTEMPT** [7] - 19:14, 21:21, 25:21, 25:22, 35:9, 106:10, 123:25

**ATTEMPTED** [2] - 107:20, 132:20

**ATTEMPTING** [2] - 5:13, 26:21

**ATTEMPTS** [8] - 22:1, 122:16, 124:19, 124:22, 135:7, 137:21, 138:11

**ATTEND** [2] - 139:25, 144:3

**ATTENDED** [1] - 144:6

**ATTENTION** [7] - 28:25, 45:8, 62:23, 117:25, 143:24, 144:15, 169:12

**ATTESTED** [1] - 22:10

**ATTORNEY** [2] - 42:14, 139:22

**AUDIO** [1] - 104:12

**AUGUST** [2] - 18:4, 30:18

**AUNT** [1] - 153:23

**AUTHENTICATION** [1]

- 9:22

**AUTHOR** [1] - 92:24

**AUTHORED** [3] - 38:18, 104:6, 104:7

**AUTHORIZATION** [1] - 105:11

**AUTHORIZED** [2] - 38:17

**AUTHORS** [1] - 113:6

**AUTOMATICALLY** [4] - 49:15, 49:18, 50:6, 88:23

**AVAILABILITY** [1] - 18:22

**AVAILABLE** [1] - 34:11

**AVERAGE** [3] - 110:15, 159:25, 160:9

**AWAKING** [1] - 28:18

**AWARE** [8] - 13:13, 13:22, 18:18, 80:6, 80:7, 150:3, 166:4, 167:25

**AWAY** [5] - 13:25, 130:5, 149:15, 149:18, 162:21

---

# B

**B'S** [2] - 52:11, 52:12

**BACK** [19] - 23:1, 40:9, 52:1, 79:20, 95:12, 121:9, 122:21, 137:24, 140:17, 141:2, 145:7, 145:12, 148:16, 148:23, 150:24, 155:2, 157:2, 162:3, 175:23

**BACKGROUND** [8] - 32:22, 49:8, 49:9, 53:5, 53:6, 76:22, 82:12, 113:13

**BACKWARDS** [1] - 79:19

**BACON** [1] - 32:16

**BALLPARK** [1] - 121:23

**BAR** [1] - 134:6

**BARE** [2] - 27:19, 28:1

**BARNS** [1] - 161:18

**BARRED** [1] - 16:23

**BARRIERS** [1] - 110:9

**BASE** [1] - 75:2

**BASED** [23] - 15:22, 19:12, 23:9, 39:2, 45:19, 60:1, 68:13, 71:10, 72:22, 73:15, 76:1, 85:9, 87:24,

89:10, 93:8, 106:18, 106:19, 110:22, 113:23, 115:5, 133:19, 167:2, 174:6

**BASICALLY** [7] - 18:16, 65:10, 74:3, 84:15, 86:23, 129:19, 169:6

**BASIS** [7] - 44:10, 46:7, 53:24, 54:1, 68:22, 73:20, 85:8

**BASTIAN** [1] - 27:23

**BE** [146] - 7:1, 7:7, 7:10, 7:19, 8:13, 8:18, 9:1, 9:16, 9:24, 10:2, 10:20, 11:19, 12:17, 14:14, 16:2, 17:4, 17:21, 20:17, 21:2, 23:4, 23:14, 25:9, 25:12, 27:23, 28:15, 29:12, 31:2, 32:22, 32:24, 34:12, 35:6, 37:2, 37:25, 41:24, 44:14, 46:21, 49:3, 52:2, 52:23, 53:12, 54:8, 54:15, 55:6, 57:25, 58:15, 59:14, 60:9, 60:25, 63:4, 63:11, 65:19, 67:9, 67:24, 76:1, 77:18, 78:22, 79:5, 79:6, 80:22, 83:9, 83:15, 88:8, 88:9, 88:14, 88:25, 92:5, 92:10, 92:12, 92:22, 96:9, 97:3, 97:8, 99:1, 102:4, 102:17, 103:19, 103:24, 103:25, 105:19, 108:11, 110:17, 110:25, 111:3, 111:4, 111:9, 114:16, 119:20, 119:25, 120:23, 121:17, 121:23, 122:18, 122:20, 123:4, 124:4, 129:4, 130:7, 130:9, 130:16, 131:10, 131:24, 132:16, 133:4, 134:10, 135:14, 136:13, 137:13, 137:23, 137:24, 141:2, 144:13, 144:14, 144:19, 146:8, 149:6, 155:2, 155:18, 156:11, 158:16, 160:21, 162:2, 162:4, 162:7, 162:12, 162:24,

163:9, 163:11, 164:6, 167:6, 168:6, 169:22, 170:4, 170:17, 170:18, 170:23, 171:14, 172:5, 175:19, 176:1, 177:3

**BEACON** [1] - 27:23

**BEAR** [1] - 15:24

**BEARING** [2] - 14:8, 49:4

**BEAT** [1] - 147:5

**BECAME** [2] - 18:3, 52:3

**BECAUSE** [101] - 6:17, 7:6, 12:14, 12:15, 14:10, 25:16, 45:16, 62:12, 65:25, 69:18, 76:11, 85:6, 85:14, 86:12, 88:10, 88:14, 88:22, 89:15, 93:23, 94:14, 97:4, 98:3, 99:1, 99:25, 100:1, 105:12, 106:3, 109:13, 111:1, 111:22, 112:12, 112:13, 113:20, 115:14, 115:17, 117:7, 117:12, 118:2, 118:20, 119:1, 119:11, 119:25, 120:18, 121:3, 122:14, 124:18, 124:21, 124:23, 125:5, 125:11, 125:20, 125:23, 126:6, 126:13, 126:23, 127:12, 128:15, 128:17, 129:4, 129:22, 131:6, 131:22, 132:19, 132:20, 133:21, 133:22, 134:6, 138:24, 143:17, 144:7, 144:16, 144:20, 146:9, 146:11, 146:21, 147:1, 147:16, 149:11, 154:8, 155:16, 155:19, 156:14, 156:17, 157:13, 158:11, 158:13, 158:17, 161:18, 161:19, 162:14, 162:24, 163:7, 163:19, 165:4, 166:24, 168:22, 169:16, 171:3, 171:7,

171:17, 172:18

**BECOME** [8] - 17:12, 23:25, 28:3, 105:19, 119:6, 119:12, 132:8, 132:11

**BECOMES** [1] - 23:6

**BECOMING** [5] - 15:15, 16:3, 16:9, 28:18, 110:7

**BEEN** [47] - 13:5, 14:18, 15:8, 15:16, 16:20, 21:17, 22:23, 28:1, 31:6, 31:9, 31:25, 33:3, 33:22, 39:2, 40:14, 40:15, 43:16, 47:11, 48:1, 48:25, 64:17, 65:1, 73:9, 76:6, 78:20, 80:4, 80:13, 91:23, 92:21, 107:1, 107:3, 108:23, 111:22, 112:13, 114:7, 114:18, 115:14, 122:12, 125:5, 137:8, 138:25, 157:17, 167:19, 171:3, 177:1, 177:6

**BEFORE** [35] - 1:11, 5:23, 13:18, 18:5, 27:5, 27:10, 28:1, 35:2, 41:3, 41:8, 43:8, 55:13, 60:4, 64:13, 66:17, 81:9, 103:15, 106:16, 113:23, 115:2, 116:23, 125:14, 125:15, 125:20, 132:14, 141:2, 146:9, 146:11, 161:1, 162:10, 162:20, 168:12, 168:13, 168:15, 177:8

**BEGAN** [1] - 20:19

**BEGIN** [4] - 35:17, 35:20, 35:22, 88:12

**BEGINNING** [3] - 103:11, 129:16, 155:13

**BEHALF** [1] - 66:8

**BEHAVE** [1] - 145:7

**BEHAVIOR** [3] - 144:21, 149:12, 149:14

**BEHAVIORAL** [6] - 43:2, 63:24, 95:6, 144:9, 144:17, 156:7

**BEHAVIORS** [2] - 95:19, 146:11

**BEHIND** [2] - 106:3,

163:9

**BEING** [42] - 16:23, 19:12, 21:15, 21:19, 37:20, 41:5, 41:6, 50:1, 54:13, 60:6, 74:4, 75:15, 75:17, 84:17, 101:11, 102:10, 104:16, 114:16, 115:18, 121:12, 122:13, 124:19, 127:2, 131:13, 136:15, 139:2, 139:6, 143:25, 147:2, 148:12, 148:21, 149:7, 154:25, 155:4, 155:5, 157:14, 158:21, 170:12, 171:7, 175:11

**BELIEF** [1] - 29:3

**BELIEVE** [11] - 3:4, 58:4, 60:6, 79:23, 90:4, 94:1, 121:5, 121:16, 121:18, 140:2

**BELIEVERS** [1] - 172:16

**BELONGINGS** [1] - 21:1

**BELOW** [1] - 77:22

**BENCH** [7] - 1:12, 5:8, 9:1, 9:9, 29:10, 116:8, 117:1

**BENEFICIAL** [1] - 155:10, 155:12, 176:1

**BENEFIT** [1] - 81:19

**BENEFITS** [2] - 138:14, 138:24

**BENFICIAL** [1] - 64:7

**BEREA** [8] - 51:4, 166:23, 167:9, 167:14, 167:17, 168:2, 168:17

**BESEECH** [1] - 28:6

**BESIDES** [1] - 13:9

**BESS** [1] - 144:6

**BEST** [16] - 5:21, 37:2, 40:20, 102:17, 104:16, 120:9, 145:16, 153:19, 155:1, 158:8, 160:21, 164:15, 166:18, 170:15, 171:1, 171:2

**BETABLOCKER** [1] - 48:2

**BETTER** [7] - 61:5, 93:1, 113:20,

125:22, 138:5, 140:24, 150:19

**BETWEEN** [8] - 7:11, 8:13, 48:19, 57:18, 99:24, 131:13, 149:22, 160:22

**BEYOND** [5] - 15:18, 19:6, 28:17, 70:11

**BIASES** [1] - 24:24

**BIDEN** [1] - 139:1

**BIG** [4] - 132:3, 138:19, 164:1, 164:9

**BIGGER** [2] - 95:22, 161:20

**BIGGEST** [1] - 78:2

**BILLING** [1] - 65:9

**BIND** [1] - 7:24

**BIT** [28] - 11:8, 12:14, 13:23, 36:23, 38:20, 47:20, 71:15, 76:6, 76:21, 76:22, 104:13, 104:22, 106:5, 106:13, 106:14, 107:22, 108:16, 114:11, 121:14, 125:12, 129:7, 135:20, 148:23, 151:8, 158:11, 159:22, 159:19, 166:17

**BITE** [1] - 19:15

**BLACK** [1] - 109:8

**BLOCK** [1] - 136:19

**BLOOD** [1] - 48:3

**BOARD** [17] - 3:10, 3:25, 4:4, 4:5, 15:17, 17:16, 22:13, 39:10, 42:14, 86:19, 88:3, 88:21, 88:22, 90:11, 91:15, 91:25, 135:15

**BOARDS** [1] - 24:4

**BODY** [5] - 54:23, 146:22, 147:1, 166:25, 167:8

**BOOK** [4] - 46:6, 78:2, 156:22, 157:5

**BOOKS** [1] - 156:22

**BOTH** [15] - 10:12, 15:22, 17:23, 30:15, 44:11, 49:3, 60:3, 61:21, 99:11, 112:23, 117:13, 154:3, 157:18, 176:3, 177:1

**BOTHERED** [1] - 86:1

**BOTTOM** [1] - 145:11

**BOUNDS** [1] - 28:20

**BOYS** [1] - 157:15

**BREA** [1] - 167:11

**BREACHING** [1] -

27:7

**BREAK** [8] - 6:14, 6:20, 7:1, 7:23, 11:20, 89:11, 98:15, 98:23

**BREAKFAST** [1] - 162:22

**BREAKS** [1] - 30:19

**BREATH** [1] - 14:14

**BREATHING** [1] - 16:18

**BRIEF** [1] - 29:11

**BRIEFING** [1] - 9:5

**BRING** [8] - 62:11, 62:13, 64:19, 64:20, 67:6, 81:4, 117:25, 120:19

**BROADCASTING** [1] - 21:13

**BROADLY** [1] - 132:22

**BROTHER** [12] - 147:6, 147:7, 148:10, 155:3, 157:4, 157:23, 162:4, 162:9, 162:10, 163:3, 163:8, 171:22

**BROUGHT** [5] - 11:11, 45:8, 48:8, 50:10, 145:15

**BUDGET** [1] - 176:6

**BUILD** [1] - 111:12

**BUILDING** [1] - 48:20

**BULK** [1] - 9:20

**BULLOCK** [2] - 169:8, 169:10

**BUNCH** [1] - 6:6

**BURDEN** [2] - 125:13, 125:22

**BUSPIRONE** [2] - 60:2, 60:7

**BUSY** [4] - 8:22, 143:10, 157:9, 157:12

**BUT** [129] - 4:23, 5:6, 5:12, 6:13, 7:17, 7:25, 9:1, 9:8, 9:17, 9:23, 10:1, 10:18, 10:21, 11:21, 12:21, 13:4, 13:16, 16:6, 16:18, 19:9, 19:15, 22:2, 23:5, 23:17, 25:17, 26:21, 27:12, 27:16, 28:14, 29:14, 30:8, 31:23, 33:24, 40:12, 43:3, 43:7, 44:16, 45:25, 48:15, 50:5, 52:10, 52:14, 54:12, 57:25, 60:19, 61:1, 63:13, 64:13, 66:1, 70:11, 71:17, 75:18, 77:21, 78:20, 84:7, 86:3, 86:5, 86:13, 88:12, 89:11, 90:6, 91:21, 94:9, 98:2, 99:2, 100:4, 105:9, 105:11, 106:2, 106:22, 108:4, 108:10, 109:9, 110:8, 110:16, 111:13, 111:23, 112:1, 112:23, 114:21, 116:1, 116:8, 116:9, 117:22, 118:1, 120:6, 120:7, 120:15, 121:9, 121:10, 125:5, 126:5, 127:13, 129:3, 129:6, 129:18, 129:20, 131:21, 132:6, 132:19, 133:22, 133:25, 137:15, 138:3, 138:10, 139:6, 145:9, 146:18, 146:25, 148:21, 153:8, 154:24, 155:23, 156:13, 156:14, 157:17, 161:24, 162:13, 163:10, 164:9, 167:18, 169:7, 170:3, 170:15, 176:5, 176:19, 177:2

**BY** [136] - 1:22, 1:22, 5:8, 10:8, 10:14, 12:3, 15:9, 15:17, 16:1, 16:24, 17:18, 18:1, 18:12, 18:14, 19:7, 19:13, 20:15, 21:20, 22:4, 22:10, 23:16, 24:3, 25:7, 27:7, 27:19, 30:9, 36:17, 41:14, 42:12, 45:1, 47:24, 49:12, 49:22, 50:15, 50:25, 51:10, 51:11, 51:19, 51:23, 52:4, 53:1, 54:18, 55:14, 56:11, 58:19, 59:2, 59:20, 61:13, 61:15, 62:19, 63:8, 63:15, 65:7, 65:19, 66:5, 67:2, 67:8, 67:15, 68:7, 68:18, 69:25, 71:1, 71:21, 72:7, 72:21, 73:13, 73:14, 74:6, 74:14, 75:22, 77:17,

79:7, 80:18, 82:5,
83:11, 83:14, 84:10,
86:1, 86:8, 86:15,
87:16, 87:17, 87:22,
89:23, 91:3, 91:18,
93:25, 97:5, 97:11,
97:17, 101:8, 104:5,
104:20, 110:19,
111:17, 113:2,
114:17, 115:3,
115:18, 118:12,
129:2, 129:4, 137:3,
139:20, 140:3,
142:9, 144:17,
151:23, 153:15,
153:22, 153:23,
156:8, 157:8, 158:1,
161:12, 164:3,
165:21, 166:15,
167:12, 169:13,
169:19, 170:8,
170:22, 171:25,
173:2, 173:14,
174:1, 174:19,
177:23, 177:24,
177:25, 178:4,
178:5, 178:7, 178:8

## C

**C'S** [1] - 52:11
**C.V** [2] - 38:6, 76:24
**CALIFORNIA** [1] -
138:20
**CALL** [20] - 3:9, 35:23,
35:25, 68:2, 92:24,
97:22, 99:23,
100:11, 100:13,
107:19, 110:18,
135:5, 141:7, 141:9,
144:18, 144:19,
144:22, 159:20,
160:6, 172:12
**CALLED** [6] - 30:22,
47:3, 108:13, 109:6,
121:19, 169:11
**CALLOUSLY** [1] -
17:3
**CALLS** [1] - 45:6
**CAME** [8] - 6:7, 10:1,
19:23, 32:25, 60:10,
127:19, 146:17,
149:14
**CAMERA** [1] - 98:25
**CAMPUS** [3] - 167:5,
168:17, 175:11
**CAN** [189] - 5:21, 6:4,
6:12, 6:13, 8:21,
9:25, 10:9, 11:9,
11:14, 11:20, 12:4,

13:12, 18:24, 25:23,
27:1, 28:3, 36:5,
36:8, 37:4, 38:20,
39:12, 41:25, 44:24,
45:2, 47:10, 47:20,
47:25, 50:11, 50:17,
50:20, 50:22, 51:8,
51:9, 51:20, 52:18,
53:11, 55:7, 55:9,
55:10, 55:14, 56:1,
56:7, 57:8, 58:24,
60:12, 60:14, 60:25,
61:1, 61:4, 61:7,
62:1, 62:6, 62:20,
65:3, 65:12, 67:11,
67:16, 67:19, 70:7,
72:23, 73:25, 76:12,
77:8, 77:13, 78:16,
80:10, 81:5, 81:7,
81:13, 82:8, 82:14,
84:8, 84:20, 86:9,
86:12, 87:10, 87:13,
87:14, 87:20, 88:19,
88:20, 89:13, 89:18,
92:13, 93:11, 94:9,
94:22, 94:23, 96:9,
96:17, 96:23, 97:3,
97:5, 98:25, 100:5,
100:24, 102:20,
103:18, 104:21,
106:5, 106:21,
107:21, 108:3,
110:13, 112:5,
112:6, 112:7,
112:15, 113:3,
113:4, 117:15,
119:7, 121:14,
122:8, 123:4,
123:11, 124:4,
125:1, 129:7,
129:15, 132:10,
135:19, 135:23,
137:16, 138:18,
141:16, 141:20,
143:21, 145:6,
148:10, 150:14,
150:16, 150:18,
150:24, 150:25,
151:5, 151:7,
151:10, 151:12,
151:13, 152:12,
152:13, 152:16,
152:22, 152:25,
153:3, 155:17,
157:22, 159:6,
159:8, 159:11,
159:12, 159:20,
159:21, 159:23,
160:2, 160:6,
161:15, 161:25,
162:15, 163:3,

164:12, 164:13,
164:14, 164:17,
165:11, 165:12,
165:19, 170:9,
172:18, 172:20,
173:5, 175:19,
177:2, 177:7
**CAN'T** [11] - 12:16,
43:7, 79:5, 98:5,
109:15, 132:25,
154:23, 165:2,
165:3, 166:6, 169:20
**CANCELLING** [1] -
100:6
**CANDIDATE** [12] -
80:22, 83:13, 83:15,
84:14, 87:15, 108:5,
128:16, 128:24,
133:6, 133:16
**CANDIDATES** [3] -
26:10, 80:23, 134:7
**CANDIDATES'S** [1] -
135:21
**CANNOT** [10] - 32:2,
119:1, 119:3,
123:13, 123:15,
124:1, 130:7, 130:9,
131:22, 132:19
**CAPABLE** [1] - 17:12
**CAPACITY** [5] - 13:9,
19:3, 39:25, 66:7,
75:24
**CARE** [8] - 19:20,
24:22, 25:7, 30:9,
39:15, 39:18, 90:18,
143:16
**CAREER** [2] - 18:17,
170:11
**CARIBBEAN** [1] -
140:1
**CARIOLOGY** [1] -
91:9
**CAROLINE** [4] - 2:2,
3:25, 42:13, 139:21
**CARRIED** [1] - 15:13
**CARRIES** [1] - 28:21
**CASE** [35] - 1:3, 3:9,
10:19, 14:19, 15:18,
16:16, 24:19, 25:21,
26:2, 27:2, 31:25,
34:18, 35:18, 37:13,
44:15, 48:17, 48:22,
49:5, 74:25, 75:3,
75:9, 89:12, 101:19,
102:2, 110:3,
111:12, 112:1,
115:9, 116:14,
118:8, 136:14,
140:18, 143:19,
176:20, 177:10

**CASES** [1] - 43:3
**CASSETTES** [1] -
153:24
**CATALYST** [2] -
28:17, 28:18
**CATEGORICAL** [1] -
132:9
**CAUGHT** [2] - 7:24,
11:25
**CAUSED** [2] - 23:16,
27:19
**CBSE** [1] - 22:11
**CENTER** [2] - 153:22,
154:13
**CENTERS** [1] - 170:25
**CEREMONIES** [1] -
140:17
**CERTAIN** [15] - 11:7,
21:3, 47:2, 47:7,
60:3, 60:16, 64:5,
94:3, 96:18, 107:14,
121:20, 122:7,
122:13, 154:6, 163:8
**CERTAINLY** [1] -
29:12
**CERTIFICATION** [1] -
88:4
**CERTIFIED** [1] - 39:10
**CERTIFY** [2] - 67:20,
177:14
**CETERA** [2] - 91:25,
137:12
**CHAIR** [4] - 24:20,
39:15, 39:21, 39:22
**CHALLENGE** [2] -
14:6, 14:7
**CHALLENGES** [3] -
16:5, 21:21, 78:2
**CHAMPS** [3] - 109:6,
109:12
**CHANCE** [11] - 6:24,
41:8, 117:8, 119:9,
126:6, 137:18,
137:19, 138:8,
139:5, 143:10, 145:4
**CHANGE** [3] - 108:6,
108:8, 115:17
**CHANGES** [1] - 114:5
**CHANNEL** [1] - 107:7
**CHART** [4] - 20:9,
72:23, 73:14, 73:18
**CHARTING** [1] - 40:16
**CHARTS** [1] - 40:16
**CHAT** [1] - 109:2
**CHATS** [1] - 116:18
**CHATTANOOGA** [2] -
142:15, 171:24
**CHECK** [2] - 139:23,
157:7
**CHECKLIST** [1] -

157:6
**CHEERING** [1] -
172:11
**CHERISHED** [1] -
15:15
**CHICAGO** [6] - 77:1,
105:8, 109:5,
109:21, 122:15,
132:18
**CHIEF** [5] - 35:18,
45:4, 45:5, 45:15,
46:22
**CHILD** [2] - 20:1,
147:15
**CHILDHOOD** [1] -
40:9
**CHILDREN** [4] -
45:22, 45:25,
142:24, 154:14
**CHOICE** [1] - 133:9
**CHORES** [1] - 157:5
**CHOSE** [3] - 34:24,
108:5, 133:17
**CHOSEN** [3] - 15:21,
34:7, 125:9
**CHRISTINE** [1] - 4:1
**CHRISTOPHER** [8] -
3:18, 24:19, 36:1,
36:6, 36:10, 36:11,
42:7, 177:22
**CHURCH** [6] - 172:4,
172:8, 172:22,
173:15, 173:16,
173:17
**CIRCLE** [1] - 152:13
**CIRCUIT** [1] - 29:15
**CIRCUMSTANCES** [1]
- 19:6
**CITIZEN** [2] - 131:12,
131:14
**CITY** [1] - 142:14
**CIVIL** [1] - 1:3
**CLAIM** [4] - 17:23,
18:7, 18:10, 35:11
**CLAIMED** [1] - 30:23
**CLAIMS** [2] - 24:6,
27:3
**CLARIFICATION** [10] -
12:23, 36:23, 86:20,
92:25, 101:15,
118:22, 134:4,
141:25, 144:25,
174:2
**CLARIFY** [6] - 6:6,
6:9, 36:24, 37:7,
66:10, 66:13
**CLARITY** [1] - 14:9
**CLASS** [12] - 77:3,
77:19, 77:20, 77:24,
95:1, 145:7, 145:12,

149:1, 163:22, 163:24, 164:4, 168:13
**CLASSES** [8] - 154:20, 160:12, 160:13, 160:14, 164:8, 168:11, 168:14, 174:24
**CLASSIFICATION** [1] - 18:1
**CLASSMATES** [1] - 146:3
**CLASSROOM** [5] - 144:9, 149:12, 149:20, 169:18, 175:11
**CLEAR** [7] - 31:2, 79:13, 87:23, 90:17, 110:24, 111:4, 113:21
**CLEARER** [1] - 54:9
**CLEARLY** [2] - 16:25, 104:17
**CLERK** [1] - 99:14
**CLERKSHIPS** [1] - 82:20
**CLINIC** [6] - 24:21, 38:6, 91:5, 91:10, 91:20
**CLINIC'S** [1] - 91:15
**CLINICAL** [5] - 16:9, 16:13, 25:10, 78:5, 118:24
**CLINICALS** [1] - 78:4
**CLINICIAN** [2] - 50:2, 65:10
**CLINICIAN'S** [1] - 45:16
**CLINICIANS** [1] - 39:16
**CLINICS** [1] - 91:15
**CLIPS** [1] - 104:13
**CLOSE** [6] - 126:14, 149:6, 155:16, 163:11, 166:25, 169:8
**CLOSED** [1] - 130:12
**CLOSER** [3] - 23:5, 75:9, 170:24
**CLOSING** [1] - 139:8
**CLOTHES** [1] - 148:16
**CO** [3] - 38:17, 104:7, 104:8
**CO-AUTHORED** [1] - 104:7
**CO-AUTHORIZED** [1] - 38:17
**CO-WROTE** [1] - 104:8
**COACH** [1] - 154:12

**CODE** [1] - 65:8
**CODING** [1] - 65:9
**COGNITIVE** [1] - 97:24
**COIE** [1] - 2:2
**COLLEAGUE** [1] - 102:25
**COLLEAGUES** [2] - 91:14, 91:24
**COLLECTION** [1] - 11:14
**COLLECTIVE** [2] - 27:20, 28:18
**COLLEGE** [25] - 21:3, 21:8, 21:20, 51:4, 94:11, 94:18, 95:1, 96:8, 128:25, 130:18, 154:17, 157:23, 158:12, 166:18, 166:21, 166:22, 167:9, 167:11, 167:17, 167:22, 168:2, 168:12, 168:17, 174:4
**COLLEGE-AGED** [1] - 94:18
**COMBINATION** [1] - 62:3
**COMBINED** [1] - 25:24
**COME** [22] - 11:15, 17:9, 41:17, 47:12, 47:22, 60:8, 96:13, 117:9, 121:4, 126:24, 130:13, 136:24, 144:23, 149:21, 149:23, 152:22, 152:25, 159:16, 160:2, 163:9, 174:21
**COMES** [7] - 12:15, 40:6, 42:22, 49:13, 97:23, 114:11, 148:18
**COMFORTABLE** [3] - 64:6, 142:2, 142:5
**COMING** [10] - 7:9, 40:4, 45:9, 53:5, 64:10, 104:9, 114:7, 131:7, 171:24, 173:9
**COMMENCE** [1] - 25:13
**COMMON** [5] - 48:19, 54:25, 85:2, 107:14, 152:20
**COMMONLY** [1] - 60:7
**COMMUNITIES** [1] - 39:3
**COMMUNITY** [12] -

24:25, 38:23, 39:1, 76:5, 78:24, 113:17, 129:5, 131:21, 132:18, 138:14, 138:24, 173:3
**COMP** [2] - 164:22, 165:13
**COMPACT** [1] - 6:22
**COMPARE** [2] - 160:11, 177:4
**COMPARED** [7] - 31:1, 33:15, 34:2, 79:10, 160:23, 162:9, 171:6
**COMPASSION** [1] - 29:3
**COMPENSATE** [2] - 96:17, 97:5
**COMPENSATION** [1] - 96:24
**COMPETENCE** [1] - 17:5
**COMPLAINING** [1] - 47:5
**COMPLAINT** [5] - 45:4, 45:5, 45:15, 46:22, 47:6
**COMPLETE** [5] - 11:19, 12:17, 22:8, 31:14, 162:7
**COMPLETED** [2] - 122:3, 143:2
**COMPLETELY** [1] - 85:23
**COMPLETING** [1] - 95:16
**COMPLETIONS** [1] - 20:24
**COMPONENT** [1] - 84:16
**COMPOSITION** [1] - 164:23
**COMPREHENSION** [1] - 22:3, 93:1, 144:1, 146:6, 156:2
**COMPREHENSIVE** [3] - 17:1, 25:25, 40:13
**COMPUTER** [5] - 1:22, 1:22, 58:22, 100:6, 169:19
**COMPUTER-AIDED** [1] - 1:22
**CONCEPT** [2] - 96:23, 156:4
**CONCERN** [3] - 11:22, 11:23, 67:20
**CONCERNS** [5] - 11:17, 20:2, 40:6, 52:18, 97:24
**CONCLUDE** [3] - 59:5,

151:24, 151:25
**CONCLUDED** [1] - 59:24
**CONCLUSION** [6] - 8:19, 50:6, 60:8, 60:10, 95:24, 146:17
**CONCLUSIONS** [2] - 9:2, 37:18
**CONCORDANCE** [3] - 138:17, 138:19
**CONDEMNED** [1] - 28:4
**CONDITION** [2] - 60:3, 96:3
**CONDITIONS** [1] - 34:25
**CONDOLENCES** [1] - 14:3
**CONDUCIVE** [1] - 22:9
**CONDUCT** [1] - 27:6
**CONDUCTED** [1] - 22:22
**CONFERENCE** [3] - 4:19, 6:7, 176:17
**CONFINES** [2] - 18:21, 28:17
**CONFIRM** [2] - 56:21, 63:24
**CONGRATULATION S** [1] - 131:25
**CONGREGATION** [1] - 173:17
**CONGRESS** [1] - 17:19
**CONNECTION** [1] - 116:19
**CONNECTIONS** [1] - 134:23
**CONNERS** [2] - 60:23, 61:9
**CONSCIOUSLY** [1] - 20:23
**CONSENSUAL** [1] - 22:21
**CONSEQUENCES** [3] - 28:5, 87:15, 88:1
**CONSEQUENTLY** [1] - 18:3
**CONSIDER** [6] - 52:22, 53:11, 57:2, 62:2, 83:9, 126:1
**CONSIDERATION** [6] - 28:25, 54:25, 70:13, 80:24, 85:24, 87:8
**CONSIDERED** [3] - 23:12, 49:18, 73:9
**CONSIDERING** [2] - 45:19, 85:4

**CONSISTENTLY** [1] - 26:20
**CONSTRAINTS** [1] - 21:5
**CONSULTANT** [1] - 91:22
**CONSULTANT'S** [1] - 92:21
**CONSULTATION** [1] - 43:1
**CONT** [1] - 178:1
**CONTACT** [2] - 68:6, 140:21
**CONTAINED** [1] - 24:23
**CONTEMPLATE** [1] - 16:22
**CONTENT** [1] - 53:25
**CONTEXT** [1] - 88:7
**CONTINUE** [4] - 41:13, 64:6, 111:13, 156:7
**CONTINUED** [1] - 2:1
**CONTINUES** [1] - 41:8
**CONTINUING** [2] - 45:2, 116:12
**CONTRADICTS** [1] - 33:7
**CONTROL** [1] - 103:6
**CONVERSATION** [1] - 97:5
**CONVERSATIONS** [1] - 174:9
**CONVICTION** [1] - 28:2
**COOL** [1] - 171:3
**COORDINATOR** [1] - 134:16
**COORDINATORS** [1] - 67:23
**COPIES** [2] - 11:6, 31:14
**COPY** [3] - 11:22, 12:11, 12:12
**CORE** [1] - 15:19
**CORPORATE** [1] - 138:20
**CORRECT** [27] - 8:12, 8:19, 38:7, 38:8, 42:18, 42:24, 50:5, 56:15, 56:17, 90:3, 90:8, 90:9, 90:18, 90:19, 90:21, 92:2, 92:3, 94:3, 94:4, 127:21, 128:12, 128:21, 132:24, 151:4, 153:5, 166:2, 177:14
**CORRECTLY** [2] - 83:12, 89:24

**CORRELATION** [3] - 107:16, 110:12, 163:2

**COULD** [44] - 3:12, 7:10, 16:12, 21:2, 31:6, 31:8, 33:10, 41:24, 43:11, 50:18, 53:22, 54:6, 55:21, 55:24, 71:17, 75:1, 94:8, 100:21, 122:18, 125:25, 131:19, 133:4, 134:23, 136:1, 145:9, 145:25, 149:6, 155:19, 155:24, 157:17, 158:7, 158:8, 158:12, 160:11, 161:20, 162:1, 162:10, 162:11, 164:10, 167:19, 170:16, 170:18, 171:2, 176:17

**COUNCIL** [1] - 105:14

**COUNSEL** [5] - 2:4, 4:3, 4:5, 175:7, 175:8

**COUNTERPARTS** [3] - 21:16, 23:15, 79:11

**COUNTLESS** [2] - 16:21, 27:16

**COUNTRIES** [1] - 131:7

**COUNTRY** [1] - 131:15

**COUPLE** [5] - 4:14, 93:22, 109:5, 131:25, 168:9

**COURSE** [12] - 8:10, 10:7, 10:16, 24:7, 24:16, 32:9, 32:25, 50:13, 62:12, 94:9, 103:24, 114:17

**COURSES** [7] - 154:20, 160:10, 160:16, 160:17, 160:22, 160:24, 166:4

**COURSEWORK** [2] - 95:2, 96:18

**COURT** [202] - 1:1, 1:18, 3:1, 3:4, 3:6, 3:8, 3:19, 3:22, 4:7, 4:9, 4:13, 4:18, 5:4, 5:17, 5:23, 6:16, 7:17, 8:12, 8:20, 9:4, 10:5, 10:8, 11:16, 12:6, 13:12, 13:18, 13:22, 14:3, 14:18, 14:24, 15:3, 15:7,

18:11, 24:1, 24:15, 27:5, 28:1, 29:6, 32:20, 32:21, 34:8, 35:16, 35:23, 36:2, 36:4, 36:8, 36:12, 37:13, 37:23, 39:12, 41:9, 41:13, 41:20, 42:2, 42:10, 44:22, 45:3, 46:19, 49:6, 49:21, 50:13, 50:19, 50:23, 51:14, 52:25, 53:17, 53:20, 54:2, 54:10, 54:12, 54:15, 55:13, 55:18, 55:23, 56:3, 56:5, 56:9, 58:2, 58:9, 58:15, 58:24, 59:10, 59:16, 62:5, 62:11, 62:17, 63:4, 65:24, 66:21, 67:14, 68:15, 69:11, 69:21, 70:21, 70:23, 71:14, 72:1, 72:20, 73:7, 73:22, 74:11, 75:5, 77:11, 78:16, 79:3, 80:10, 80:14, 81:13, 81:19, 82:2, 83:4, 84:4, 84:21, 85:18, 85:19, 86:10, 87:17, 87:19, 89:6, 89:17, 89:20, 90:24, 93:19, 93:21, 93:25, 97:10, 98:8, 98:13, 98:21, 99:11, 99:14, 99:15, 99:17, 99:19, 99:20, 99:22, 100:8, 100:10, 100:14, 100:17, 100:20, 100:24, 101:3, 102:21, 103:20, 104:12, 104:15, 106:15, 106:16, 107:21, 110:14, 111:8, 111:13, 112:22, 113:4, 114:9, 115:24, 116:23, 117:20, 118:7, 135:23, 136:10, 136:18, 136:23, 137:7, 139:10, 139:12, 139:17, 140:8, 140:11, 140:16, 140:20, 140:23, 141:2, 141:6, 141:11, 141:14, 141:16, 141:20, 142:2, 148:11, 153:12, 154:2, 161:9, 166:12, 170:2, 170:10, 173:5, 173:11,

173:23, 174:14, 175:5, 175:15, 175:18, 175:23, 176:2, 176:20, 176:25, 177:10, 177:12, 177:18, 177:25

**COURTESY** [1] - 12:11

**COURTHOUSE** [1] - 1:19

**COURTROOM** [6] - 5:13, 5:14, 27:21, 28:3, 28:17, 171:9

**COUSIN'S** [1] - 149:17

**COUSINS** [1] - 157:24

**COVID** [5] - 125:15, 125:16, 125:20, 127:18, 131:16

**CPA** [1] - 171:22

**CRAM** [1] - 162:10

**CRANIAL** [2] - 158:17, 158:18

**CREATE** [1] - 110:9

**CREATED** [1] - 109:7

**CREATES** [1] - 76:17

**CREDIBLE** [3] - 111:22, 130:16, 130:20

**CRIME** [1] - 120:2

**CRIMINAL** [1] - 86:16

**CRITERIA** [5] - 16:12, 18:1, 25:9, 72:14, 72:15

**CRITICAL** [2] - 24:18, 133:21

**CROSS** [10] - 7:8, 42:11, 89:10, 89:22, 97:16, 117:13, 139:19, 173:25, 177:21, 178:2

**CROSS-EXAMINATION** [4] - 42:11, 89:22, 97:16, 173:25

**CRUCIAL** [2] - 17:5, 19:2

**CS** [6] - 106:8, 106:11, 108:9, 122:11, 122:24, 123:25

**CULTURAL** [8] - 23:8, 24:24, 26:1, 121:4, 121:12, 121:19, 121:22

**CURABLE** [2] - 63:11, 63:12

**CURE** [1] - 10:22

**CURRENT** [4] - 23:17, 39:14, 45:23, 56:24

**CURRENTLY** [6] -

103:7, 103:9, 105:9, 133:1, 142:12, 149:12

**CURRICULAR** [1] - 52:6

**CURRICULUM** [1] - 166:25

**CURSOR** [1] - 151:19

**CUT** [1] - 126:6

**CYNTHIA** [1] - 51:7

**D**

**D.C** [1] - 105:8

**DAILY** [7] - 20:25, 39:13, 39:17, 46:4, 46:7, 53:24, 54:1

**DARN** [1] - 171:23

**DATA** [1] - 109:24

**DATABASE** [1] - 47:9

**DATABASES** [1] - 64:12

**DATE** [2] - 65:16, 177:18

**DATED** [1] - 51:21

**DATES** [2] - 156:24, 161:21

**DATING** [1] - 52:1

**DAY** [12] - 1:12, 10:1, 57:1, 70:6, 70:7, 144:10, 147:7, 162:17, 162:19, 162:23, 176:6, 176:19

**DAYCARE** [1] - 154:13

**DAYS** [1] - 149:22

**DC** [1] - 2:3

**DEADLINE** [1] - 8:22

**DEAL** [2] - 12:15, 114:20

**DEALT** [1] - 40:17

**DEANS** [1] - 113:10

**DEBT** [1] - 119:23

**DECADES** [1] - 26:15

**DECENT** [2] - 107:14, 108:18

**DECIDE** [8] - 40:20, 61:19, 61:21, 62:1, 73:2, 85:9, 94:15, 145:22

**DECIDED** [2] - 21:20, 157:11

**DECIDES** [1] - 90:14

**DECIDING** [3] - 85:7, 115:19, 124:4

**DECISION** [7] - 19:5, 20:1, 27:23, 28:21, 70:10, 73:1, 74:5

**DECISION-MAKING** [1] - 73:1

**DECISIONS** [3] - 23:16, 30:8, 93:8

**DECLARATION** [2] - 32:21, 145:14

**DECLINE** [2] - 20:1, 146:20

**DECLINED** [7] - 31:23, 146:18, 146:21, 147:16, 154:22, 154:24, 154:25

**DECORUM** [2] - 5:14, 5:16

**DEDICATED** [2] - 24:9, 129:23

**DEEM** [1] - 130:16

**DEEMED** [1] - 64:7

**DEEPLY** [1] - 22:21

**DEFAULTING** [1] - 120:2

**DEFECTS** [1] - 158:19

**DEFENDANT** [2] - 2:4, 3:15, 4:19, 87:17

**DEFENDANTS** [1] - 1:7

**DEFINITELY** [9] - 93:6, 96:5, 98:2, 145:12, 147:24, 148:9, 152:18, 167:18, 169:16

**DEGREE** [2] - 84:7, 143:4

**DELAY** [1] - 17:6

**DELVES** [1] - 15:19

**DEMENTIA** [1] - 97:1

**DEMONSTRATE** [6] - 17:1, 19:11, 23:19, 26:6, 29:22, 33:18

**DEMONSTRATED** [1] - 27:7

**DEMONSTRATING** [1] - 30:24

**DENIAL** [3] - 26:9, 76:16, 113:7

**DENIED** [9] - 16:7, 19:16, 32:3, 35:1, 123:7, 129:23, 137:10, 137:15, 146:18

**DENIES** [1] - 113:8

**DENY** [1] - 171:18

**DENYING** [2] - 34:21, 171:16

**DEPARTMENT** [6] - 17:19, 24:20, 39:16, 39:22, 39:23, 161:2

**DEPEND** [4] - 54:22, 54:23, 108:3, 114:10

**DEPENDING** [5] - 40:10, 40:19, 70:6, 96:16, 132:11

DEPENDS [3] - 70:8, 116:24, 124:4
DEPOSITION [2] - 8:17, 22:10
DEPRESSION [2] - 70:14, 125:11
DERMATOLOGY [3] - 31:16, 91:8, 132:10
DESCRIBE [21] - 45:2, 55:10, 77:2, 78:16, 86:9, 143:6, 148:11, 150:25, 159:6, 159:8, 160:16, 160:23, 161:15, 163:14, 163:23, 164:14, 165:22, 166:22, 167:8, 167:13
DESCRIBES [1] - 53:4
DESCRIBING [1] - 90:6
DESCRIPTION [2] - 37:8, 52:4
DESCRIPTIVE [1] - 32:1
DESERVES [1] - 96:10
DESIGNATIONS [2] - 8:17, 12:20
DESK [3] - 146:1, 149:5
DESPITE [5] - 17:1, 21:19, 26:13, 122:11, 125:6
DETAIL [1] - 104:22
DETAILED [1] - 40:8
DETERMINANTS [1] - 105:1
DETERMINATION [2] - 17:12, 17:20
DETERMINE [8] - 46:21, 49:16, 54:19, 63:17, 63:20, 69:6, 70:1, 105:22
DETERMINING [3] - 17:14, 110:7, 124:7
DETRIMENTAL [1] - 23:16
DEVELOP [1] - 34:7
DEVOTED [1] - 30:5
DEXTROAMPHETAM INE [3] - 57:10, 60:2, 60:5
DEXTROAMPHETAM INE- AMPHETAMINE [3] - 57:10, 60:2, 60:5
DIABETES [1] - 76:8
DIAGNOSE [6] - 43:3, 60:13, 60:14, 60:21, 61:14, 96:22

DIAGNOSED [7] - 33:1, 43:16, 43:22, 121:2, 121:3, 129:4, 137:8
DIAGNOSES [11] - 23:21, 24:22, 30:23, 57:16, 59:6, 59:25, 60:17, 63:16, 64:25, 93:8, 93:14
DIAGNOSING [2] - 40:5, 40:25
DIAGNOSIS [18] - 21:10, 21:12, 31:17, 33:20, 40:21, 42:25, 43:1, 45:18, 47:24, 50:3, 54:21, 61:6, 65:7, 65:8, 65:11, 89:25, 120:22
DIAGNOSTIC [1] - 51:25
DIASPORA [2] - 22:18, 74:18
DID [109] - 12:9, 12:12, 31:12, 31:25, 34:21, 35:7, 37:12, 37:15, 37:16, 37:18, 49:6, 52:17, 58:3, 59:5, 59:17, 74:16, 76:25, 78:4, 78:7, 78:9, 78:10, 78:12, 78:13, 78:15, 80:2, 89:24, 95:15, 95:19, 101:18, 102:7, 102:9, 108:10, 108:12, 110:16, 113:18, 115:16, 118:13, 118:18, 119:14, 119:15, 119:16, 120:7, 120:10, 120:14, 120:15, 120:17, 120:20, 120:22, 121:9, 121:10, 125:17, 125:18, 126:8, 126:19, 126:20, 127:9, 127:12, 127:15, 127:20, 128:3, 128:6, 128:7, 128:8, 128:12, 128:14, 129:3, 132:4, 132:5, 132:24, 133:7, 133:11, 135:2, 135:8, 139:25, 144:3, 145:22, 146:3, 146:14, 146:16, 146:20, 146:25, 147:18, 147:22, 147:25, 149:2, 149:4, 154:5,

154:18, 155:10, 156:6, 157:7, 157:14, 158:2, 158:3, 158:4, 158:13, 162:8, 162:14, 170:15, 170:18, 171:21, 171:23, 172:8
DIDN'T [21] - 6:2, 31:13, 41:18, 124:21, 126:19, 143:16, 146:22, 146:23, 146:24, 147:1, 150:6, 150:7, 154:8, 155:4, 156:9, 162:14, 162:23, 167:2, 170:17, 171:1, 175:6
DIE [1] - 147:14
DIFFERENCE [2] - 24:12, 171:5
DIFFERENT [32] - 9:8, 25:19, 26:16, 29:9, 39:4, 44:11, 47:4, 59:17, 60:19, 61:4, 64:9, 69:10, 74:16, 75:25, 76:20, 80:8, 86:13, 88:18, 107:8, 108:22, 127:20, 128:11, 128:23, 129:9, 146:16, 149:17, 153:20, 153:21, 156:24, 161:14, 169:7, 174:21
DIFFERENTIAL [1] - 45:18
DIFFERENTIATED [1] - 20:17
DIFFICULTIES [2] - 21:25, 153:7
DIGNITY [1] - 29:3
DILIGENTLY [1] - 20:6
DIMENSIONS [1] - 26:1
DIMINISH [1] - 16:1
DINNER [1] - 143:11
DIRE [1] - 41:4
DIRECT [8] - 36:16, 45:9, 69:2, 101:7, 117:13, 142:8, 177:21, 178:2
DIRECTION [1] - 111:14
DIRECTOR [2] - 134:17, 135:5
DIRECTORS [6] - 107:25, 115:18, 130:14, 134:5, 135:8, 135:16

DISABILITIES [5] - 15:22, 17:18, 18:8, 23:10, 29:24
DISABILITY [27] - 16:6, 17:2, 17:14, 17:21, 18:2, 18:10, 19:13, 21:23, 22:4, 26:15, 27:8, 28:15, 29:23, 50:11, 51:4, 51:7, 72:16, 106:2, 120:23, 121:10, 136:8, 137:14, 167:3, 171:4, 171:8, 171:16, 171:19
DISABLED [8] - 21:15, 23:12, 26:7, 26:9, 28:9, 30:6, 33:19, 35:11
DISAGREEMENT [1] - 177:7
DISAPPOINTING [1] - 171:17
DISCIPLINE [2] - 170:23, 171:11
DISCLOSED [4] - 44:11, 44:14, 114:6, 116:11
DISCLOSURE [1] - 114:5
DISCLOSURES [2] - 42:21, 44:12
DISCONNECT [2] - 121:12, 131:13
DISCOURAGE [1] - 85:13
DISCOVERY [1] - 12:19
DISCRIMINATE [1] - 167:2
DISCRIMINATED [2] - 17:10, 135:22
DISCRIMINATION [8] - 15:9, 15:22, 23:9, 24:3, 27:19, 28:5, 28:19, 87:16
DISCRIMINATIONS [1] - 23:7
DISCRIMINATORY [3] - 16:12, 19:8, 28:8
DISCUSS [4] - 9:14, 9:25, 83:25, 85:21
DISCUSSED [2] - 9:25, 34:18
DISCUSSING [2] - 13:2, 32:21
DISCUSSION [3] - 7:10, 7:20, 52:13
DISEASE [1] - 121:19
DISHEARTENING [2] - 16:22, 22:17

DISORDER [1] - 60:9
DISORDERS [1] - 125:10
DISPARITY [1] - 41:1
DISPENSATION [1] - 19:4
DISPUTE [1] - 12:1
DISPUTES [1] - 9:10
DISSERTATION [2] - 104:9, 104:25
DISTRACT [1] - 144:12
DISTRACTING [2] - 20:23, 144:8
DISTRACTION [4] - 22:9, 143:25, 149:8
DISTRACTIONS [2] - 146:2, 146:5
DISTRIBUTION [1] - 104:10
DISTRICT [2] - 1:1, 1:2
DISTRICTS [1] - 94:15
DISTRUST [2] - 22:19, 22:20
DIVERSE [1] - 16:2
DO [172] - 5:12, 5:25, 6:1, 6:17, 7:3, 7:21, 7:22, 8:20, 9:12, 11:1, 12:16, 13:20, 31:10, 31:12, 33:10, 33:25, 36:24, 38:22, 39:25, 43:3, 43:4, 43:6, 43:15, 43:18, 43:21, 45:22, 45:24, 46:3, 46:24, 48:2, 48:4, 51:1, 51:2, 52:18, 53:14, 54:12, 54:19, 55:10, 56:1, 56:18, 56:20, 58:13, 59:19, 61:20, 62:16, 63:17, 63:20, 63:23, 63:25, 65:3, 66:7, 68:1, 68:9, 69:1, 70:16, 71:2, 71:20, 76:9, 79:8, 80:17, 83:9, 83:15, 85:9, 89:15, 90:24, 91:1, 91:14, 94:20, 95:10, 95:11, 95:15, 95:25, 98:2, 98:8, 98:25, 99:4, 102:3, 103:17, 104:16, 105:23, 106:1, 107:25, 108:8, 109:11, 109:20, 110:4, 110:5, 110:6, 112:7, 112:9, 112:17, 114:13, 115:17, 116:1, 116:15, 117:16, 118:24,

120:3, 121:18,
124:20, 125:17,
125:18, 126:1,
126:23, 127:11,
127:12, 128:15,
130:13, 130:15,
131:2, 132:19,
133:14, 134:9,
134:10, 139:4,
140:18, 140:23,
140:24, 142:4,
142:12, 142:18,
142:19, 142:23,
145:1, 145:16,
146:25, 147:19,
149:11, 149:13,
149:16, 151:9,
151:18, 152:23,
154:24, 155:1,
155:12, 156:13,
157:4, 158:7,
159:13, 159:15,
159:16, 160:19,
160:24, 162:2,
162:12, 163:18,
164:19, 164:22,
165:7, 165:9,
166:18, 167:16,
169:6, 169:12,
169:13, 169:21,
171:1, 175:24,
176:3, 176:5, 177:1,
177:3

DOCTOR [8] - 36:1,
68:3, 100:21, 110:8,
145:17, 171:23,
172:14

DOCTORS [3] - 49:7,
138:5, 138:23

DOCUMENT [65] -
10:24, 11:10, 11:19,
11:21, 16:17, 51:1,
51:3, 51:6, 51:13,
52:23, 53:3, 53:25,
55:8, 55:11, 55:12,
55:14, 56:6, 57:22,
58:12, 59:21, 60:10,
61:8, 62:21, 63:2,
64:15, 64:23, 66:19,
67:12, 67:17, 67:19,
68:20, 70:2, 70:19,
70:20, 72:24, 73:6,
81:11, 81:12, 81:18,
81:22, 81:24, 82:8,
84:4, 84:8, 84:12,
84:15, 84:22, 86:3,
92:15, 92:25, 93:2,
112:4, 112:5, 112:8,
112:10, 114:1,
114:3, 150:22,
150:25, 153:8,

154:1, 164:14

DOCUMENTATION
[26] - 17:2, 17:24,
22:12, 26:18, 27:1,
27:4, 31:22, 31:23,
33:3, 33:12, 33:18,
58:21, 59:8, 59:13,
69:5, 71:11, 73:16,
74:2, 92:4, 92:11,
92:15, 92:17, 92:19,
92:20, 137:9

DOCUMENTS [9] -
11:12, 12:18, 30:21,
31:3, 31:5, 32:10,
48:23, 59:3, 59:24

DOES [32] - 7:6, 10:4,
10:5, 16:1, 17:6,
17:15, 29:21, 30:9,
30:10, 33:18, 35:10,
73:5, 83:24, 88:23,
91:5, 97:6, 105:8,
108:6, 109:22,
109:25, 113:21,
115:19, 118:22,
119:19, 121:16,
123:14, 124:2,
130:2, 131:12,
162:12, 171:19

DOING [20] - 5:8, 8:4,
36:20, 38:25, 41:4,
48:16, 61:13, 61:15,
76:10, 89:25, 111:4,
125:19, 126:2,
126:4, 144:13,
144:14, 148:19,
157:17, 163:20,
172:1

DON'T [62] - 7:2, 9:9,
9:16, 12:16, 41:22,
44:13, 44:16, 48:13,
48:24, 56:6, 57:24,
59:8, 68:15, 69:2,
69:12, 70:10, 73:19,
74:1, 74:24, 75:6,
75:18, 75:19, 77:4,
77:21, 78:19, 79:5,
79:12, 80:12, 81:11,
86:4, 88:12, 90:22,
92:22, 94:14, 94:17,
100:11, 109:17,
116:13, 117:1,
120:7, 121:5, 121:9,
121:18, 121:21,
126:14, 132:6,
140:6, 140:23,
140:24, 143:17,
147:13, 155:22,
166:6, 166:19,
169:17, 171:17,
172:18, 173:8,

174:12, 176:3

DONE [6] - 5:8, 5:11,
43:8, 113:14,
130:18, 138:20

DOOR [4] - 149:24,
162:6, 163:8, 163:11

DOSAGE [2] - 56:14,
57:1

DOSE [2] - 55:1, 64:17

DOUBLE [1] - 18:13

DOUBT [2] - 48:9,
175:1

DOWN [19] - 14:11,
51:8, 79:21, 108:16,
125:15, 151:7,
152:12, 152:25,
153:16, 155:18,
159:11, 159:16,
160:2, 163:11,
164:17, 164:18,
165:11

DR [445] - 1:3, 1:14,
3:2, 3:10, 3:12, 3:16,
3:17, 3:18, 3:20,
3:21, 4:9, 4:10, 4:15,
4:16, 4:24, 5:2, 5:22,
5:24, 6:2, 6:4, 6:11,
6:17, 6:21, 6:24, 8:2,
8:8, 10:6, 12:6, 12:7,
12:25, 13:4, 13:10,
13:14, 13:20, 14:16,
14:23, 15:4, 15:5,
24:19, 25:5, 25:11,
29:6, 29:14, 30:1,
30:14, 30:20, 31:6,
31:18, 32:2, 32:6,
33:5, 33:19, 33:20,
34:7, 34:18, 34:24,
35:8, 35:17, 35:21,
35:25, 36:12, 36:14,
36:17, 36:18, 36:21,
37:1, 37:12, 37:20,
38:1, 39:12, 41:5,
41:10, 41:11, 41:14,
41:15, 41:18, 42:2,
42:3, 42:5, 42:7,
42:13, 43:15, 43:22,
44:8, 44:14, 44:15,
44:23, 44:25, 45:1,
45:2, 45:21, 46:18,
48:12, 48:14, 48:16,
48:18, 48:25, 49:7,
49:12, 49:13, 49:22,
49:23, 50:8, 50:9,
50:14, 50:15, 50:23,
50:25, 51:6, 51:14,
51:17, 51:19, 51:20,
52:20, 53:1, 53:2,
53:15, 53:17, 53:19,
53:20, 54:3, 54:11,

54:18, 54:19, 55:4,
55:7, 55:13, 55:16,
55:24, 56:1, 56:4,
56:9, 56:11, 56:12,
56:18, 56:21, 57:8,
58:8, 58:11, 58:19,
58:20, 58:24, 59:1,
59:2, 59:6, 59:12,
59:15, 59:19, 59:20,
59:21, 60:11, 61:7,
62:5, 62:10, 62:13,
62:16, 62:18, 62:19,
62:20, 63:1, 63:7,
63:8, 63:10, 64:3,
64:22, 64:24, 66:1,
66:4, 66:5, 66:6,
66:17, 67:2, 67:3,
67:6, 67:8, 67:11,
67:15, 67:16, 68:5,
68:7, 68:8, 68:11,
68:14, 68:15, 68:17,
68:18, 68:19, 69:9,
69:12, 69:20, 69:21,
69:23, 69:25, 70:1,
70:16, 70:18, 71:1,
71:2, 71:10, 71:14,
71:19, 71:21, 71:22,
72:1, 72:6, 72:7,
72:8, 72:18, 72:21,
72:22, 73:13, 73:14,
74:6, 74:8, 74:14,
74:15, 74:25, 75:4,
75:5, 75:16, 75:21,
75:22, 75:23, 76:18,
76:23, 76:24, 77:6,
77:10, 77:11, 77:15,
77:17, 77:18, 78:7,
79:7, 79:8, 80:1,
80:6, 80:18, 81:2,
81:3, 81:5, 81:7,
81:11, 81:13, 81:16,
81:23, 82:4, 82:5,
82:6, 82:14, 82:25,
83:11, 83:12, 83:19,
83:23, 84:2, 84:10,
84:11, 85:17, 85:18,
85:24, 86:1, 86:7,
86:8, 86:9, 86:20,
87:9, 87:19, 87:22,
87:23, 89:3, 89:4,
89:8, 89:24, 90:18,
90:24, 91:1, 91:3,
91:4, 93:17, 93:21,
97:18, 98:8, 98:11,
98:14, 98:18, 98:19,
99:4, 99:6, 99:8,
99:17, 99:18, 99:22,
99:23, 99:25, 100:9,
100:12, 100:13,
100:14, 100:18,
100:22, 101:3,

101:5, 101:8, 101:9,
101:18, 102:10,
102:20, 103:7,
103:15, 103:22,
104:3, 104:4, 104:5,
104:6, 104:12,
104:20, 104:21,
105:17, 105:18,
107:12, 108:15,
110:24, 110:25,
111:6, 111:10,
111:11, 111:15,
111:17, 111:18,
112:7, 112:17,
113:1, 113:2, 113:3,
113:25, 114:5,
114:25, 115:1,
115:3, 115:4,
115:20, 115:21,
115:22, 116:5,
116:15, 117:9,
117:24, 118:2,
118:7, 118:11,
118:12, 118:13,
119:14, 122:3,
122:22, 124:8,
124:15, 125:12,
126:25, 127:3,
129:7, 130:1,
130:21, 131:23,
132:24, 133:3,
134:9, 134:25,
135:19, 136:3,
136:10, 136:12,
136:13, 136:20,
137:1, 137:3, 137:4,
138:13, 139:7,
139:12, 139:14,
139:12, 139:14,
139:21, 140:5,
140:9, 140:10,
140:12, 140:15,
140:16, 140:20,
141:1, 141:4, 141:6,
141:8, 141:24,
142:6, 142:9,
145:18, 145:19,
145:23, 146:14,
153:6, 153:15,
161:5, 161:12,
166:8, 166:15,
167:10, 167:12,
169:8, 169:10,
170:2, 170:6, 170:8,
172:12, 172:25,
173:8, 173:13,
173:14, 173:21,
174:3, 174:6,
174:14, 174:16,
174:19, 175:5,
175:7, 175:21,
175:24, 175:25,

176:10, 176:11, 176:13, 176:24, 177:9, 177:22, 177:23, 178:3, 178:4, 178:7
**DREAM** [1] - 15:15
**DREAMS** [4] - 16:19, 27:25, 158:13, 158:14
**DRIVING** [1] - 163:5
**DRUG** [8] - 47:1, 47:8, 49:18, 50:7, 53:12, 54:24, 56:19, 64:5
**DSM5TR** [4] - 25:9, 46:1, 46:2, 46:3
**DUALLY** [1] - 22:15
**DUE** [8] - 15:16, 16:24, 20:2, 23:7, 30:9, 108:15, 149:12, 170:9
**DURATION** [1] - 18:17
**DURING** [31] - 6:17, 6:25, 7:4, 9:10, 10:21, 20:19, 21:6, 21:11, 21:24, 22:10, 24:7, 32:9, 32:25, 45:7, 45:10, 77:24, 78:3, 88:9, 110:18, 118:17, 118:18, 118:20, 124:25, 126:19, 127:18, 131:18, 148:10, 149:20, 150:4, 150:11, 161:16
**DUTIES** [2] - 39:13, 40:1
**DUTY** [3] - 16:11, 26:6, 29:18

# E

**E-MAIL** [1] - 11:20
**EACH** [16] - 5:20, 14:8, 14:11, 14:22, 20:11, 30:10, 30:21, 60:18, 76:9, 78:5, 86:12, 88:21, 97:12, 102:25, 107:19, 177:3
**EAR** [1] - 21:6
**EARLIER** [14] - 45:13, 60:13, 60:14, 61:14, 72:12, 74:16, 97:8, 122:6, 123:21, 126:21, 131:24, 152:21, 155:6, 174:20
**EARLIEST** [1] - 15:12
**EARLY** [4] - 40:9, 95:14, 143:15

**EASIER** [2] - 29:12, 67:24
**EASILY** [1] - 156:18
**EASING** [1] - 129:19
**EASTERN** [1] - 1:2
**EASY** [4] - 148:13, 148:14, 167:3, 167:4
**EAT** [2] - 143:12, 162:22
**ECONOMIC** [4] - 105:1, 125:7, 138:2, 148:3
**EDUCATION** [10] - 26:22, 39:18, 97:3, 98:2, 143:2, 148:17, 150:3, 157:19, 157:20, 170:11
**EDUCATIONAL** [5] - 20:11, 22:11, 32:21, 97:7, 170:11
**EFFECT** [4] - 106:21, 130:3, 147:3, 158:4
**EFFECTED** [4] - 30:9, 40:11, 40:12, 106:12
**EFFECTIVE** [2] - 5:10, 155:16
**EFFECTIVELY** [1] - 16:12
**EFFECTS** [2] - 20:2, 146:22
**EFFICIENTLY** [1] - 5:11
**EIGHT** [1] - 70:6
**EIGHT-HOUR** [1] - 70:6
**EITHER** [10] - 5:25, 6:14, 6:25, 11:9, 32:12, 32:18, 60:8, 94:11, 132:8, 134:19
**ELABORATE** [4] - 88:20, 106:5, 110:13, 119:7
**ELECTRONIC** [1] - 110:18
**ELEMENT** [1] - 16:16
**ELEMENTARY** [13] - 20:13, 33:2, 95:14, 143:22, 143:23, 144:3, 144:4, 144:5, 150:4, 150:10, 150:12, 151:3, 156:5
**ELICITED** [1] - 75:15
**ELIGIBLE** [3] - 18:3, 18:5, 120:24
**ELIMINATE** [1] - 23:9
**ELIMINATED** [3] - 106:8, 106:11, 108:9
**ELSE** [7] - 3:13, 4:17, 47:14, 50:20, 58:3, 61:2, 172:20

**ELSEWHERE** [1] - 88:15
**EMBARRASSING** [1] - 156:11
**EMBRACED** [1] - 20:7
**EMERGENCY** [4] - 105:16, 132:16, 133:6, 133:8
**EMPHASIS** [1] - 116:7
**EMPLOYED** [2] - 103:8, 103:9
**EMPLOYEES** [1] - 31:20
**EMPLOYER** [1] - 61:4
**EMPLOYERS** [1] - 90:1
**EMPLOYMENT** [1] - 39:14
**ENABLED** [1] - 20:9
**ENACTED** [1] - 17:18
**ENCOUNTER** [1] - 45:10
**ENCOUNTERED** [1] - 21:25
**ENCOURAGE** [1] - 117:21
**ENCOURAGED** [1] - 173:20
**ENCOURAGING** [1] - 172:11
**END** [12] - 8:21, 8:25, 9:13, 10:1, 57:6, 66:17, 75:9, 78:5, 104:13, 119:13, 155:4, 177:5
**ENDED** [2] - 51:15, 66:2
**ENDS** [1] - 116:25
**ENDURE** [1] - 25:2
**ENDURED** [1] - 24:14
**ENDURING** [2] - 23:18, 24:14
**ENGAGE** [1] - 23:23
**ENGAGED** [1] - 20:21
**ENGAGING** [1] - 34:12
**ENGLISH** [1] - 154:17
**ENORMOUS** [1] - 18:16
**ENOUGH** [3] - 14:19, 111:8, 128:17
**ENRICHED** [1] - 22:21
**ENROLLED** [1] - 20:13
**ENSURE** [2] - 28:11, 153:18
**ENTAILS** [1] - 65:7
**ENTER** [1] - 54:4
**ENTERING** [1] - 13:10
**ENTIRE** [8] - 30:4,

55:22, 58:12, 63:2, 66:18, 70:19, 84:25, 150:22
**ENTIRELY** [1] - 83:5
**ENTITLED** [5] - 34:22, 35:13, 89:9, 103:25, 177:16
**ENTRANCE** [1] - 110:17
**ENVIRONMENT** [2] - 5:13, 22:5
**ENVIRONMENTS** [1] - 20:24
**EPIDEMIOLOGIST** [1] - 111:20
**EPIDEMIOLOGISTS** [1] - 105:15
**EPIDEMIOLOGY** [1] - 113:13
**EQUAL** [2] - 23:14, 133:22
**EQUALITY** [2] - 27:13, 28:23
**EQUATED** [1] - 21:15
**EQUITABLE** [1] - 19:4
**EQUITY** [2] - 133:22, 139:1
**ESPECIALLY** [6] - 6:22, 46:9, 149:22, 168:23, 169:8, 171:24
**ESQUIRE** [1] - 2:2
**ESSENTIAL** [3] - 16:7, 17:17, 86:18
**ESSENTIALLY** [1] - 15:16
**ESTABLISH** [4] - 41:25, 58:1, 81:14, 81:17
**ESTABLISHED** [1] - 18:1
**ESTEEMED** [2] - 18:11, 24:20
**ESTIMATE** [2] - 78:17, 127:5
**ET** [2] - 91:25, 137:12
**ETCHED** [1] - 27:24
**ETHNIC** [4] - 110:9, 115:10, 123:17, 129:20
**EVALUATE** [2] - 43:6, 46:11
**EVALUATED** [9] - 19:25, 33:1, 40:15, 43:10, 43:13, 43:25, 51:11, 90:20, 113:7
**EVALUATING** [1] - 26:12
**EVALUATION** [14] - 21:9, 32:15, 40:3,

40:13, 42:24, 51:9, 61:15, 64:25, 65:15, 65:21, 72:2, 82:19, 82:20, 96:13
**EVALUATIONS** [4] - 25:8, 26:15, 40:1, 146:16
**EVALUATORS** [2] - 71:3, 94:15
**EVALUATORS'S** [1] - 71:7
**EVEN** [49] - 20:25, 25:21, 27:1, 31:14, 31:25, 34:15, 35:7, 40:12, 47:2, 76:16, 83:9, 85:4, 85:9, 85:13, 88:12, 95:13, 95:17, 96:18, 96:25, 106:11, 107:15, 109:12, 109:14, 109:20, 117:25, 118:6, 119:24, 120:23, 121:16, 123:25, 125:6, 125:23, 127:18, 128:23, 129:6, 133:17, 143:14, 145:5, 145:22, 148:13, 149:7, 149:25, 150:10, 153:16, 156:2, 158:7, 162:11, 169:17
**EVENING** [1] - 177:3
**EVENT** [2] - 44:16, 99:2
**EVER** [24] - 28:15, 33:3, 38:14, 44:13, 78:13, 90:10, 90:13, 94:5, 95:25, 102:8, 102:13, 104:6, 132:14, 133:7, 135:2, 144:16, 149:19, 150:3, 154:18, 154:19, 163:19, 168:7, 168:11
**EVERY** [9] - 15:20, 22:1, 28:12, 29:4, 29:25, 50:20, 108:6, 155:13, 162:19
**EVERYBODY** [4] - 14:15, 156:17, 172:20, 176:21
**EVERYONE** [11] - 3:1, 4:7, 5:12, 5:16, 50:19, 67:11, 98:21, 133:22, 172:10, 173:20
**EVERYTHING** [12] -

5:11, 93:24, 100:6, 100:16, 103:20, 104:16, 146:7, 157:3, 157:4, 164:10, 170:20, 170:25

**EVIDENCE** [25] - 12:1, 16:25, 17:22, 22:16, 23:2, 23:18, 23:20, 26:4, 26:14, 27:18, 29:21, 40:17, 54:17, 58:18, 63:6, 67:1, 70:25, 74:13, 105:21, 114:7, 114:24, 117:6, 153:14, 161:11, 166:14

**EVIDENT** [4] - 19:4, 23:6, 23:25, 27:8

**EVIDENTIARY** [2] - 6:13, 7:9

**EVOLVE** [1] - 116:12

**EXACT** [2] - 70:11, 108:14, 165:12

**EXACTLY** [2] - 9:7, 116:25

**EXAM** [19] - 26:4, 32:4, 34:20, 35:10, 67:22, 67:25, 70:9, 82:23, 87:12, 87:14, 122:12, 123:1, 123:2, 123:9, 123:11, 123:14, 123:17, 134:12, 162:15

**EXAMINATION** [24] - 1:6, 7:8, 15:19, 18:14, 19:8, 22:1, 23:5, 24:2, 25:4, 36:16, 42:11, 89:10, 89:22, 91:2, 97:16, 101:7, 115:7, 118:23, 119:20, 120:11, 139:19, 142:8, 173:25, 174:18

**EXAMINATIONS** [9] - 16:8, 22:7, 29:19, 35:4, 78:17, 78:23, 87:6, 122:4, 169:24

**EXAMINEES** [7] - 19:7, 27:16, 29:20, 29:22, 29:24, 30:6, 30:13

**EXAMINERS** [8] - 3:11, 4:1, 4:4, 4:6, 15:17, 17:16, 22:13, 42:15

**EXAMPLE** [16] - 10:23, 31:15, 47:5,

47:22, 48:1, 59:16, 60:23, 70:5, 96:25, 97:22, 104:24, 109:2, 110:15, 131:4, 137:7, 158:1

**EXAMPLES** [2] - 47:15, 163:1

**EXAMS** [17] - 21:4, 22:8, 26:20, 29:16, 47:3, 78:8, 78:11, 78:14, 95:2, 107:20, 119:19, 122:7, 123:24, 136:21, 137:11, 137:16

**EXCEL** [1] - 17:8

**EXCITED** [1] - 172:10

**EXCITEMENT** [1] - 163:2

**EXCUSE** [1] - 115:2

**EXCUSED** [1] - 175:19

**EXECUTIONER** [1] - 26:12

**EXEMPLIFY** [1] - 15:10

**EXHIBIT** [54] - 10:3, 10:12, 10:16, 12:1, 12:13, 12:15, 12:19, 50:10, 50:17, 52:21, 54:4, 54:6, 54:16, 55:5, 55:22, 55:25, 57:22, 58:17, 59:17, 62:12, 62:14, 62:15, 63:2, 63:5, 64:20, 66:25, 67:7, 67:9, 70:24, 72:12, 72:19, 74:9, 74:12, 81:4, 83:20, 83:21, 112:3, 112:5, 114:1, 114:23, 150:13, 150:14, 153:9, 153:10, 153:13, 159:4, 161:6, 161:10, 164:12, 166:9, 166:13

**EXHIBITS** [16] - 9:18, 9:20, 9:23, 10:9, 11:4, 11:6, 12:8, 13:2, 13:6, 13:9, 54:7, 59:17, 100:5, 177:2, 177:5, 178:9

**EXIST** [1] - 171:19

**EXISTING** [2] - 19:9, 54:6

**EXISTS** [3] - 76:16, 109:12, 109:13

**EXPANSIVELY** [1] - 17:22

**EXPECT** [3] - 5:16, 82:22, 85:12

**EXPECTATION** [2] -

8:25, 9:4

**EXPECTED** [2] - 5:14, 89:14

**EXPEDITED** [1] - 33:6

**EXPENSIVE** [3] - 29:13, 125:23, 131:10

**EXPERIENCE** [19] - 57:1, 68:8, 74:20, 77:24, 87:25, 91:18, 92:8, 93:7, 93:12, 107:12, 109:22, 118:3, 119:21, 120:3, 120:4, 136:16, 143:22, 148:11, 149:19

**EXPERIENCED** [4] - 21:25, 24:12, 92:6, 118:4

**EXPERIENCES** [3] - 68:13, 75:1, 170:4

**EXPERIENCING** [2] - 30:25, 90:7

**EXPERIMENTS** [1] - 22:22

**EXPERT** [19] - 24:18, 37:24, 41:6, 42:3, 42:8, 44:12, 44:18, 49:3, 102:13, 102:14, 105:19, 106:16, 111:1, 114:17, 114:19, 115:1, 115:22, 136:13, 136:16

**EXPERTISE** [4] - 25:7, 25:24, 76:1, 136:9

**EXPERTS** [1] - 85:21

**EXPLAIN** [8] - 53:22, 57:8, 77:24, 87:10, 107:22, 121:14, 135:23, 137:16

**EXPLAINED** [1] - 52:16

**EXPLAINING** [3] - 6:18, 42:23, 45:14

**EXPLANATION** [1] - 77:10

**EXPLOIT** [1] - 26:21

**EXPLORE** [3] - 72:4, 106:21, 117:1

**EXPRESS** [2] - 28:24, 170:9

**EXPUNGEMENT** [11] - 25:3, 26:4, 34:11, 34:17, 35:6, 115:2, 115:23, 135:20, 136:21, 137:17, 139:10

**EXPUNGING** [2] - 18:14, 19:7

**EXTENDED** [1] - 19:22

**EXTENDS** [1] - 15:18

**EXTENT** [4] - 13:7, 17:15, 44:19, 44:20

**EXTRA** [14] - 14:14, 29:14, 30:16, 30:18, 34:4, 69:7, 70:2, 92:25, 128:16, 130:23, 163:19, 174:3, 174:10

## F

**FABRIC** [1] - 27:20

**FACE** [1] - 27:16

**FACED** [2] - 21:22, 26:3

**FACIAL** [1] - 158:18

**FACILITIES** [2] - 60:19, 131:18

**FACING** [1] - 115:10

**FACT** [9] - 4:20, 4:24, 6:15, 25:20, 105:22, 107:16, 121:24, 124:18, 170:3

**FACTOR** [4] - 115:19, 124:4, 124:7, 126:13

**FACTORS** [9] - 79:24, 80:8, 105:2, 108:5, 121:4, 128:23, 133:5, 135:7, 135:11

**FACTS** [4] - 9:2, 34:17, 110:2, 170:4

**FAIL** [8] - 78:13, 108:10, 115:17, 119:22, 120:20, 123:12, 137:11, 154:24

**FAILED** [28] - 25:21, 25:22, 26:6, 34:18, 35:12, 83:13, 88:2, 106:7, 106:9, 106:20, 107:20, 107:25, 120:16, 120:18, 122:7, 122:10, 123:14, 123:18, 123:24, 123:25, 124:19, 124:21, 135:21, 137:16, 138:11, 170:15, 171:1

**FAILING** [1] - 22:1

**FAILURE** [3] - 18:9, 23:7, 120:19

**FAILURES** [1] - 22:2

**FAIR** [6] - 7:14, 106:24, 111:8, 133:21, 138:9, 176:17

**FAIRLY** [4] - 29:19,

38:3, 78:18, 86:14

**FAIRNESS** [5] - 15:10, 27:13, 28:4, 30:13, 97:12

**FAITH** [2] - 27:22, 172:17

**FAKING** [2] - 46:22, 46:25

**FAMILIAR** [6] - 46:1, 46:2, 46:5, 48:14, 48:25, 170:5

**FAMILY** [21] - 19:23, 20:6, 24:20, 39:9, 42:8, 42:16, 45:21, 46:4, 46:10, 60:12, 63:16, 68:14, 91:8, 92:9, 121:16, 129:18, 130:8, 130:11, 132:19, 148:20, 168:22

**FANTASTIC** [1] - 171:21

**FAR** [15] - 19:6, 28:16, 29:13, 31:13, 47:8, 53:7, 70:9, 73:1, 74:4, 80:25, 82:13, 94:25, 95:16, 136:24, 170:21

**FASHION** [1] - 118:10

**FATHER** [1] - 19:21

**FAVORITE** [2] - 149:16, 161:19

**FEDERAL** [2] - 118:1, 120:2

**FEEDBACK** [2] - 135:2, 135:10

**FEEL** [16] - 64:6, 70:16, 71:3, 83:15, 109:11, 123:15, 125:4, 131:13, 134:10, 155:10, 155:12, 169:13, 169:21, 170:14, 172:8, 176:8

**FEELING** [1] - 48:25

**FEELS** [3] - 35:8, 51:24, 71:15

**FELT** [9] - 21:12, 65:10, 127:2, 128:16, 156:10, 162:21, 170:10, 170:13, 170:25

**FERMENTABLE** [1] - 22:4

**FEW** [9] - 6:6, 9:17, 9:20, 11:1, 52:10, 77:12, 108:8, 130:19, 168:9

**FIELD** [5] - 18:15, 42:4, 46:10, 71:16,

133:8

**FIFTH** [3] - 144:6, 149:5, 154:19

**FIGHT** [1] - 110:5

**FIGURE** [5] - 8:3, 11:5, 100:16, 128:15, 162:11

**FIGURED** [1] - 155:25

**FIGURING** [1] - 150:8

**FILE** [1] - 52:22

**FILED** [2] - 12:10, 103:18

**FILES** [1] - 74:3

**FILING** [2] - 8:18, 9:2

**FILL** [1] - 47:23

**FILTERED** [1] - 110:19

**FINAL** [1] - 106:10

**FINALLY** [2] - 103:1, 103:12

**FINANCIAL** [2] - 125:13, 125:22

**FIND** [4] - 27:3, 95:13, 106:1, 133:23

**FINDING** [2] - 34:1, 40:11

**FINDINGS** [1] - 9:2

**FINE** [19] - 5:19, 6:17, 7:1, 8:21, 8:23, 10:14, 11:21, 13:12, 13:15, 58:14, 59:1, 85:21, 86:2, 104:4, 114:20, 166:7, 166:20, 175:15, 176:18

**FINISH** [1] - 108:12

**FIRM** [1] - 172:16

**FIRST** [55] - 6:3, 6:9, 10:3, 19:15, 30:15, 32:14, 32:19, 35:24, 36:1, 37:25, 40:8, 52:2, 69:18, 72:5, 74:25, 77:9, 78:1, 82:22, 83:10, 84:12, 85:12, 88:9, 88:16, 89:7, 89:12, 101:12, 102:15, 114:12, 120:10, 121:8, 122:21, 126:10, 126:12, 128:2, 132:15, 134:6, 142:1, 145:24, 146:3, 148:24, 149:4, 151:10, 151:24, 152:16, 153:20, 154:19, 154:21, 159:24, 160:8, 163:4, 165:23, 165:25, 172:4, 172:22, 173:15

**FIRST-TIME** [1] - 82:22

**FIRSTHAND** [4] - 24:8, 41:16, 81:12, 149:19

**FIT** [1] - 44:17

**FIVE** [8] - 43:9, 43:14, 76:5, 80:5, 122:16, 127:9, 127:13

**FLAG** [2] - 107:22, 108:21

**FLAGGED** [1] - 108:23

**FLAGS** [4] - 107:19, 107:23, 124:24, 126:7

**FLAWED** [1] - 21:14

**FLEXABILITY** [1] - 176:18

**FLIP** [1] - 55:24

**FLOOR** [2] - 15:4, 175:23

**FLOW** [5] - 69:16, 72:23, 73:14, 73:18, 100:5

**FOCUS** [7] - 7:13, 146:5, 155:9, 156:15, 156:16, 156:20, 164:6

**FOCUSED** [2] - 143:24, 157:16

**FOCUSING** [1] - 74:17

**FOLLOW** [4] - 6:5, 18:16, 53:18, 174:15

**FOLLOWED** [2] - 25:7, 65:7

**FOLLOWING** [1] - 51:22

**FOLLOWUP** [1] - 97:13

**FOOD** [1] - 148:16

**FOR** [324] - 1:2, 2:4, 3:25, 4:3, 4:5, 4:19, 4:20, 4:23, 5:6, 5:25, 6:14, 7:7, 7:15, 8:17, 9:5, 9:9, 9:14, 10:12, 10:17, 11:23, 12:7, 14:1, 14:9, 14:24, 16:7, 17:2, 17:6, 17:11, 18:1, 18:3, 18:10, 18:12, 18:16, 18:24, 19:21, 19:22, 20:14, 21:1, 22:11, 22:14, 22:24, 24:22, 25:8, 25:20, 26:9, 27:13, 27:16, 28:3, 28:18, 28:20, 28:25, 29:7, 29:13, 30:13, 31:15, 32:3, 32:14, 32:19, 33:1, 33:22, 34:13, 34:19, 36:9, 37:6, 37:20, 38:13, 38:14, 39:17, 40:3, 40:15, 40:23, 42:14, 42:24, 43:6, 43:10, 43:13, 43:25, 45:2, 45:6, 45:9, 45:25, 46:19, 47:5, 47:7, 47:12, 47:22, 48:1, 48:8, 48:20, 48:23, 49:3, 49:17, 51:8, 52:14, 52:17, 53:20, 55:1, 56:14, 57:3, 57:6, 57:9, 57:11, 57:14, 57:17, 57:21, 58:12, 59:4, 59:13, 59:16, 59:21, 60:3, 60:6, 60:7, 60:23, 61:15, 61:17, 61:22, 62:5, 62:6, 62:14, 63:18, 63:20, 64:5, 64:8, 64:10, 64:14, 64:25, 65:9, 65:11, 65:14, 68:2, 68:5, 68:22, 69:14, 70:5, 71:13, 72:13, 72:15, 72:16, 73:2, 73:12, 73:18, 73:20, 74:24, 76:16, 79:3, 79:23, 80:1, 80:3, 80:14, 80:17, 80:22, 81:17, 81:19, 83:19, 84:14, 85:3, 85:12, 85:17, 85:20, 85:21, 85:25, 86:5, 86:10, 86:20, 87:6, 87:23, 89:9, 90:5, 91:15, 91:25, 92:9, 93:22, 94:3, 94:6, 94:23, 94:24, 95:1, 95:4, 96:13, 96:14, 96:17, 96:25, 97:22, 98:14, 98:16, 98:23, 99:25, 100:25, 101:11, 101:13, 102:1, 102:10, 104:13, 104:14, 104:24, 105:18, 105:19, 106:24, 107:6, 107:14, 107:18, 107:21, 109:2, 110:14, 110:15, 110:17, 111:6, 111:12, 111:19, 111:23, 114:21, 115:13, 116:20, 116:25, 117:9, 117:11, 118:22, 119:5, 119:15, 120:10, 120:14, 120:17, 120:21, 120:24, 121:6, 122:8, 122:21, 123:25, 124:13, 124:25, 125:11, 125:14, 125:23, 126:2, 126:9, 129:18, 129:24, 130:6, 130:14, 131:2, 131:3, 131:4, 131:5, 131:20, 132:3, 133:3, 133:6, 133:22, 134:4, 134:11, 135:9, 136:9, 136:13, 137:6, 138:8, 139:9, 139:22, 140:9, 140:12, 140:18, 141:21, 141:25, 142:2, 143:10, 143:25, 144:25, 145:2, 147:15, 150:18, 151:21, 152:9, 153:6, 153:8, 153:18, 154:13, 156:11, 156:15, 158:9, 159:7, 159:12, 159:22, 160:16, 161:22, 161:24, 161:25, 162:10, 162:23, 164:22, 165:20, 167:10, 167:21, 168:5, 169:22, 170:1, 171:5, 171:14, 171:16, 171:21, 172:1, 172:18, 174:25, 175:8, 175:19, 176:19, 176:22

**FORBEARANCE** [1] - 120:5

**FORECLOSE** [1] - 7:24

**FOREGOING** [1] - 177:14

**FORGET** [2] - 10:17, 108:13

**FORM** [8] - 6:12, 30:23, 61:21, 72:13, 87:18, 115:7, 117:18, 117:21

**FORMAL** [1] - 64:4

**FORMAT** [5] - 5:11, 5:21, 6:18, 6:23, 14:5

**FORMATIVE** [1] - 19:22

**FORMING** [3] - 73:10, 85:22, 95:11

**FORMITTABLE** [1] - 18:24

**FORTH** [2] - 35:19, 114:19

**FORTHCOMING** [1] - 16:25

**FORTIFY** [1] - 19:9

**FORWARD** [10] - 6:10, 25:4, 25:23, 36:21, 65:11, 99:1, 110:5, 118:10, 119:24, 176:23

**FOUND** [2] - 137:13, 155:15

**FOUNDATION** [18] - 9:22, 10:12, 10:25, 48:14, 48:20, 59:8, 68:13, 71:13, 80:13, 83:23, 93:14, 117:21, 136:9, 136:12, 170:1, 172:24, 172:25, 175:10

**FOUNDATIONAL** [1] - 117:19

**FOUR** [1] - 70:7

**FOUR-HOUR** [1] - 70:7

**FOURTH** [6] - 78:4, 85:6, 149:4, 154:23, 159:25, 160:9

**FRANK** [1] - 102:4

**FREE** [5] - 15:21, 21:5, 22:9, 98:15, 140:13

**FRESHMAN** [1] - 167:23

**FRIDAY** [1] - 13:2

**FRIEND** [2] - 13:24, 102:25

**FRIENDS** [2] - 144:12, 156:16

**FROM** [87] - 7:24, 8:2, 9:1, 9:9, 14:8, 14:20, 15:12, 15:21, 16:23, 19:16, 20:16, 20:23, 22:4, 22:21, 24:8, 24:17, 26:17, 28:10, 30:1, 32:16, 32:23, 33:23, 33:24, 41:16, 42:21, 43:2, 45:16, 48:7, 51:7, 52:17, 53:12, 61:19, 64:14, 67:18, 68:22, 76:22, 78:3, 81:24, 82:10, 82:20, 83:1, 84:17, 84:22, 85:13, 92:4, 92:8, 92:12, 98:15, 98:22, 107:12, 108:5, 109:10, 114:8, 114:22, 116:13, 116:17,

116:18, 118:13, 123:4, 125:6, 127:24, 129:16, 131:7, 136:7, 146:2, 147:12, 149:1, 151:2, 151:24, 152:2, 153:9, 154:1, 154:19, 156:5, 156:14, 165:23, 165:25, 166:17, 167:23, 170:22, 171:24, 173:9, 174:4, 175:16, 177:15

**FRONT** [4] - 53:25, 72:24, 73:25, 163:11

**FRUSTRATED** [3] - 144:20, 162:24, 162:25

**FRUSTRATING** [1] - 158:11

**FULFILL** [1] - 16:2

**FULFILLING** [1] - 16:10

**FULL** [1] - 11:10

**FULLY** [8] - 17:11, 18:18, 75:8, 92:23, 101:14, 113:11, 117:1, 117:7

**FUNCTION** [1] - 61:25

**FUNCTIONAL** [3] - 30:25, 31:11, 33:25

**FUNCTIONING** [1] - 52:9

**FURTHER** [13] - 24:6, 52:19, 89:5, 93:18, 97:16, 98:12, 106:22, 139:16, 153:16, 173:22, 174:12, 175:14, 175:16

**FURTHERMORE** [2] - 23:2, 25:11

**FUTURE** [8] - 15:23, 19:9, 27:1, 27:17, 28:20, 35:13, 106:21, 107:8

## G

**GADSBY** [1] - 4:3

**GAIN** [2] - 25:25, 26:22

**GAINED** [2] - 26:8, 153:19

**GAMBLE** [6] - 119:6, 119:8, 119:9, 119:18, 119:20, 119:22

**GAME** [1] - 14:2

**GAP** [2] - 105:2, 130:1

**GATEKEEPING** [1] - 127:1

**GATHER** [4] - 83:1, 84:16, 133:11

**GATHERED** [1] - 110:2

**GATHERING** [1] - 48:5

**GAVE** [3] - 82:11, 95:3, 175:8

**GENDER** [1] - 167:2

**GENERAL** [9] - 4:3, 25:16, 45:3, 84:5, 88:4, 88:6, 118:5, 134:5, 167:13

**GENERALIZED** [1] - 60:9

**GENERALLY** [4] - 46:3, 69:14, 69:19, 82:23

**GENUINE** [1] - 16:19

**GET** [69] - 5:18, 5:23, 6:21, 7:7, 7:16, 7:23, 10:18, 11:8, 11:25, 13:19, 40:8, 40:23, 41:15, 43:1, 47:25, 63:24, 68:25, 71:18, 75:9, 76:22, 77:12, 81:10, 88:4, 88:10, 88:12, 92:5, 92:25, 94:14, 94:17, 95:12, 95:20, 106:1, 106:13, 107:10, 108:4, 109:8, 109:9, 109:17, 109:18, 124:21, 125:10, 131:19, 133:14, 134:3, 134:23, 136:24, 139:6, 143:10, 143:14, 143:18, 144:21, 145:5, 145:11, 146:10, 149:15, 155:1, 155:20, 156:17, 157:22, 158:12, 161:19, 162:22, 164:7, 164:10, 167:4, 177:5

**GETS** [1] - 115:19

**GETTING** [14] - 5:10, 26:14, 41:12, 96:13, 111:1, 116:25, 121:17, 124:5, 148:17, 170:21, 174:10, 175:6, 175:13

**GIST** [1] - 175:6

**GIVE** [37] - 6:23, 30:9, 36:22, 37:8, 39:22, 43:7, 43:11, 46:19,

47:20, 61:1, 61:5, 77:12, 79:13, 80:10, 87:13, 89:7, 101:13, 102:17, 102:21, 104:22, 106:15, 112:15, 116:2, 117:8, 118:8, 133:7, 135:2, 135:9, 138:11, 143:21, 145:6, 146:15, 164:2, 168:6, 169:22, 171:12, 176:21

**GIVEN** [18] - 13:23, 19:2, 30:8, 51:9, 59:3, 61:1, 63:18, 69:7, 70:2, 73:15, 100:2, 150:3, 154:25, 156:19, 164:25, 166:5, 170:3, 175:25

**GIVES** [8] - 53:4, 53:6, 93:1, 113:21, 129:9, 132:8, 138:9, 139:5

**GIVING** [3] - 8:8, 94:21, 156:22

**GLAD** [2] - 125:22, 167:6

**GLASSES** [1] - 150:17

**GLIGOR** [2] - 1:18, 177:19

**GLITCHING** [1] - 58:23

**GO** [75] - 3:15, 4:9, 6:3, 6:4, 12:6, 40:4, 41:20, 41:22, 42:10, 45:19, 50:13, 50:23, 55:19, 56:15, 63:25, 68:15, 69:15, 69:21, 72:20, 73:23, 75:21, 76:21, 76:25, 80:15, 88:24, 89:14, 95:12, 99:25, 103:15, 107:7, 107:18, 109:9, 111:3, 113:1, 114:22, 117:22, 124:12, 125:4, 125:18, 126:25, 129:20, 129:21, 132:5, 134:14, 134:17, 137:1, 137:12, 140:13, 143:11, 148:23, 149:16, 156:9, 157:7, 161:18, 162:1, 162:2, 162:3, 162:5, 162:11, 162:22, 163:7, 163:10, 165:3, 166:17, 166:23,

168:4, 168:16, 169:2, 170:10, 170:11, 171:15, 173:3, 173:7, 173:23

**GOALS** [1] - 158:9

**GOD** [1] - 172:5

**GOES** [6] - 44:20, 49:11, 73:11, 88:10, 96:8, 116:9

**GOING** [91] - 4:24, 5:23, 6:10, 7:1, 7:2, 7:21, 7:24, 8:3, 9:11, 9:21, 10:11, 11:2, 12:14, 13:19, 14:12, 14:15, 14:20, 17:10, 22:17, 25:19, 29:9, 36:21, 40:9, 40:14, 41:21, 41:24, 44:14, 45:18, 49:10, 53:16, 58:2, 59:12, 64:20, 64:22, 65:11, 66:1, 66:6, 67:9, 69:11, 73:17, 75:10, 75:20, 77:6, 77:11, 80:21, 85:7, 85:8, 85:19, 86:3, 88:8, 88:9, 88:13, 89:13, 89:18, 95:13, 97:12, 98:24, 99:1, 99:24, 106:13, 107:13, 108:11, 109:23, 110:25, 111:9, 114:10, 114:12, 114:15, 114:21, 117:2, 117:3, 117:5, 117:6, 117:8, 117:10, 117:12, 118:7, 119:6, 119:12, 124:5, 125:21, 128:15, 136:23, 139:4, 153:16, 155:23, 168:25, 170:14, 172:9, 173:10, 173:18

**GONE** [3] - 119:11, 163:11, 168:11

**GOOD** [52] - 3:1, 3:2, 3:3, 3:7, 3:8, 3:16, 3:21, 3:24, 4:7, 4:8, 4:13, 5:16, 11:1, 14:23, 15:5, 22:25, 36:18, 36:20, 36:21, 42:13, 55:23, 57:25, 61:2, 69:13, 86:15, 98:23, 101:9, 110:8, 135:14, 139:21, 141:4, 141:11, 141:13, 141:14, 145:13, 146:7, 150:19, 157:18,

157:22, 157:23, 158:12, 159:5, 163:16, 163:17, 165:3, 166:23, 166:24, 167:6, 171:23, 176:6, 177:3

**GORY** [1] - 68:3

**GOT** [16] - 39:19, 40:22, 45:11, 55:3, 64:2, 103:11, 103:14, 117:7, 124:14, 127:13, 128:1, 132:12, 134:21, 146:13, 153:21, 175:9

**GOTTEN** [2] - 52:11, 112:20

**GRAD** [1] - 131:11

**GRADE** [25] - 52:2, 107:24, 144:6, 145:24, 146:4, 148:24, 148:25, 149:5, 151:10, 151:24, 152:16, 152:23, 153:1, 154:19, 154:21, 154:23, 154:24, 155:4, 156:9, 156:21, 159:13, 160:3

**GRADED** [2] - 107:24, 128:18

**GRADES** [14] - 80:20, 86:23, 95:15, 96:8, 128:25, 140:2, 149:2, 151:2, 157:22, 158:8, 158:12, 159:21, 160:6, 160:12

**GRADS** [1] - 131:3

**GRADUATE** [5] - 28:9, 118:13, 118:21, 119:12, 131:7

**GRADUATED** [6] - 25:12, 25:16, 25:17, 124:8, 124:15, 154:16

**GRADUATING** [4] - 163:22, 164:4, 164:10, 173:18

**GRADUATION** [3] - 130:4, 130:8, 130:9

**GRAND** [7] - 126:4, 126:15, 126:16, 127:8, 127:9, 127:14, 131:5

**GRANDMOTHER'S** [1] - 148:2

**GRANT** [1] - 29:22

**GRANTED** [2] - 21:4,

**GRANTING** [2] - 18:12, 113:12
**GRASP** [1] - 92:23
**GRASPED** [1] - 156:4
**GRATITUDE** [1] - 28:24
**GREAT** [3] - 5:12, 10:10, 143:8
**GREATER** [1] - 22:25
**GRIEVANCE** [1] - 15:8
**GROUNDS** [1] - 10:25
**GROUP** [7] - 5:10, 98:22, 104:14, 107:15, 109:2, 109:4, 124:23
**GROUPS** [6] - 108:22, 108:25, 109:1, 110:10, 115:10, 123:18
**GUESS** [14] - 11:14, 71:22, 92:4, 102:25, 108:13, 109:15, 111:3, 112:1, 127:4, 127:11, 127:18, 135:11, 136:1, 137:18
**GUESSING** [1] - 79:5
**GUIDANCE** [2] - 20:8, 130:11
**GUIDE** [1] - 29:1
**GUIDELINES** [4] - 31:22, 73:3, 130:6, 130:14
**GUYS** [1] - 98:25

# H

**HABITS** [1] - 20:8
**HAD** [66] - 6:2, 8:17, 9:19, 9:21, 19:25, 31:10, 31:18, 32:10, 38:14, 42:25, 50:2, 50:3, 52:1, 52:8, 65:21, 72:15, 85:14, 91:11, 91:24, 96:12, 97:2, 106:9, 106:11, 116:23, 118:3, 118:4, 120:18, 120:19, 124:23, 128:16, 129:3, 132:14, 132:20, 137:25, 138:10, 143:14, 143:17, 143:24, 145:3, 146:7, 146:9, 146:17, 146:23, 147:8, 147:19, 149:5, 149:22, 153:24, 153:25,

154:5, 157:6, 157:15, 157:16, 158:13, 158:21, 161:17, 161:21, 161:23, 162:7, 162:21, 163:16, 166:24, 168:24, 170:16, 171:3, 174:9
**HALF** [1] - 70:7
**HAMPTON** [1] - 1:15
**HAND** [9] - 17:22, 36:5, 70:14, 96:5, 100:21, 141:17, 147:12, 151:20, 171:12
**HAND'S** [1] - 149:9
**HANDFUL** [1] - 30:20
**HANDLE** [1] - 144:21
**HANDS** [4] - 78:4, 146:8, 152:19, 170:23
**HAPPEN** [1] - 14:21
**HAPPENED** [1] - 96:15
**HARD** [9] - 14:12, 79:23, 93:23, 97:3, 121:6, 131:20, 144:21, 148:22, 156:15
**HARDER** [3] - 96:20, 158:7, 159:1
**HARM** [4] - 19:3, 24:14, 27:19, 28:8
**HARMS** [2] - 24:13, 25:2
**HAS** [61] - 13:5, 14:21, 15:16, 16:7, 16:20, 19:2, 26:6, 26:8, 27:18, 27:24, 27:25, 29:18, 30:4, 31:8, 32:9, 32:16, 32:19, 32:23, 33:3, 33:13, 33:20, 33:22, 33:25, 34:7, 35:12, 43:16, 44:17, 48:13, 48:25, 51:24, 52:11, 57:13, 61:2, 61:23, 64:4, 67:21, 76:6, 78:20, 80:4, 80:13, 81:12, 83:13, 86:13, 88:21, 95:22, 96:14, 106:12, 108:23, 112:13, 112:23, 114:6, 115:14, 118:3, 118:5, 122:12, 122:13, 133:5, 137:7, 152:14, 177:6
**HATE** [1] - 147:13
**HAVE** [271] - 3:4, 3:12,

3:23, 4:20, 4:23, 5:6, 5:19, 5:20, 5:25, 7:2, 7:8, 8:3, 8:10, 9:5, 9:10, 9:11, 10:22, 11:17, 11:18, 11:22, 12:3, 12:14, 13:21, 14:10, 14:18, 15:8, 15:13, 16:4, 16:20, 16:21, 17:19, 19:14, 20:12, 21:17, 22:23, 23:12, 24:14, 24:17, 24:18, 27:15, 27:25, 28:13, 29:10, 29:17, 29:23, 30:7, 31:6, 31:9, 31:24, 37:23, 38:9, 38:11, 38:14, 38:16, 38:17, 38:19, 39:2, 40:14, 40:16, 40:17, 41:8, 42:19, 42:20, 42:25, 43:4, 43:8, 43:10, 43:12, 43:25, 44:3, 44:4, 45:7, 45:24, 47:8, 47:9, 47:11, 48:1, 48:2, 48:6, 48:8, 49:4, 50:10, 52:21, 54:12, 56:6, 57:24, 58:13, 59:24, 60:13, 61:20, 63:18, 64:11, 64:12, 64:17, 64:25, 65:21, 68:1, 68:23, 69:1, 69:10, 70:4, 71:24, 73:5, 73:9, 73:15, 77:8, 77:21, 78:19, 79:9, 79:12, 83:9, 83:24, 84:12, 85:11, 88:13, 88:15, 88:24, 89:4, 89:15, 90:10, 90:12, 90:13, 90:16, 90:22, 90:24, 91:11, 91:14, 91:19, 91:24, 92:2, 92:21, 92:23, 93:18, 93:21, 94:1, 94:5, 94:7, 94:14, 94:15, 96:6, 96:12, 97:6, 97:13, 97:19, 97:22, 98:4, 98:8, 98:11, 99:24, 102:13, 104:6, 104:8, 104:15, 105:20, 105:23, 106:1, 107:1, 107:3, 107:15, 107:19, 107:25, 108:1, 108:10, 109:21, 110:16, 111:18, 112:6, 112:20, 113:24, 114:11, 114:18, 115:25, 116:1, 117:1, 117:3, 117:7, 117:9,

117:15, 118:4, 118:21, 118:25, 119:5, 119:11, 120:3, 120:7, 120:8, 120:22, 121:21, 122:3, 122:5, 122:17, 123:5, 124:1, 124:2, 124:16, 125:17, 125:18, 126:5, 126:6, 126:23, 128:19, 128:24, 129:10, 129:23, 130:17, 130:18, 130:19, 132:19, 132:22, 133:23, 134:13, 134:19, 136:24, 137:7, 137:15, 137:20, 138:9, 138:23, 138:25, 139:5, 139:12, 140:6, 140:18, 142:16, 142:23, 142:25, 143:2, 143:8, 143:15, 144:22, 145:13, 147:18, 147:22, 148:14, 148:15, 148:16, 148:20, 149:19, 155:13, 157:7, 157:17, 157:25, 161:24, 162:2, 162:4, 162:16, 163:6, 163:7, 167:19, 168:7, 168:11, 171:14, 171:15, 171:23, 172:16, 172:17, 173:22, 174:12, 176:2, 176:4, 176:17, 177:1
**HAVING** [22] - 5:8, 7:12, 19:19, 22:12, 24:11, 35:9, 76:12, 84:5, 94:2, 96:7, 96:9, 97:4, 97:5, 97:24, 106:20, 109:17, 122:11, 147:15, 153:7, 164:3, 169:20, 171:16
**HE** [68] - 6:11, 30:23, 30:24, 31:8, 31:12, 31:13, 31:14, 31:23, 31:25, 32:7, 32:9, 32:10, 32:11, 32:16, 32:19, 32:22, 32:23, 33:1, 33:7, 33:10, 33:21, 33:22, 33:25, 34:2, 34:4, 34:22,

35:2, 35:4, 35:5, 35:7, 35:11, 35:12, 35:13, 41:6, 41:8, 43:18, 44:16, 44:19, 48:13, 51:12, 51:24, 52:1, 52:2, 52:3, 52:8, 52:9, 52:10, 52:13, 59:8, 67:21, 73:9, 75:1, 147:5, 147:6, 147:8, 147:9, 147:12, 147:13, 147:14, 162:12, 162:13, 163:5
**HE'S** [1] - 32:14
**HEAD** [4] - 21:13, 93:24, 111:13, 148:15
**HEADED** [4] - 73:7, 83:5, 111:10, 112:24
**HEADS** [1] - 23:1
**HEAL** [1] - 15:13
**HEALING** [1] - 28:19
**HEALTH** [13] - 25:1, 40:25, 43:2, 46:15, 74:22, 76:2, 76:3, 76:10, 76:11, 95:6, 105:1, 105:14, 138:3
**HEALTHCARE** [1] - 68:3
**HEAR** [20] - 7:17, 7:19, 8:2, 13:16, 14:4, 24:7, 24:17, 41:7, 49:6, 58:24, 73:22, 96:2, 112:22, 117:4, 117:11, 117:12, 127:20, 132:24, 162:1, 163:10
**HEARD** [2] - 58:4, 66:22
**HEARING** [4] - 5:9, 39:20, 66:24, 114:12
**HEARSAY** [6] - 84:4, 84:8, 85:20, 85:21, 112:20, 114:3
**HEAVILY** [2] - 115:18, 136:15
**HEEL** [1] - 78:6
**HELD** [2] - 38:11, 123:19
**HELLO** [5] - 99:15, 99:16, 99:17, 99:18, 141:11
**HELP** [38] - 6:20, 9:18, 13:1, 13:5, 14:15, 24:15, 31:22, 39:5, 46:25, 60:17, 76:11, 76:15, 81:20, 84:21, 104:17, 105:21, 117:12, 121:7,

121:17, 149:7,
149:8, 152:7,
152:19, 153:21,
155:1, 155:8,
155:18, 155:19,
158:17, 160:15,
161:2, 163:19,
170:23, 170:24,
171:10, 171:11,
171:13, 173:12
**HELPFUL** [6] - 31:25,
62:11, 84:7, 85:6,
93:6, 97:19
**HELPING** [2] - 131:18,
171:12
**HELPS** [5] - 61:5,
61:19, 61:21, 95:21,
109:7
**HER** [22] - 25:13,
25:20, 51:9, 51:24,
52:6, 100:4, 133:5,
136:15, 145:10,
145:25, 146:1,
146:4, 156:9,
169:10, 169:11,
173:2, 175:8, 175:9,
175:10
**HERE** [103] - 3:6, 4:11,
4:16, 5:15, 9:21,
15:7, 28:11, 38:5,
46:17, 46:18, 46:20,
50:16, 51:1, 51:8,
51:10, 52:22, 53:12,
53:13, 55:5, 55:6,
55:7, 55:8, 55:11,
56:18, 56:19, 58:23,
61:8, 61:9, 61:16,
62:21, 63:9, 64:3,
65:3, 65:4, 65:13,
66:17, 67:10, 67:12,
67:19, 68:6, 72:22,
72:24, 73:15, 74:15,
75:15, 76:20, 76:22,
81:5, 81:7, 81:8,
81:24, 82:8, 82:14,
82:16, 83:2, 84:15,
84:17, 84:22, 87:2,
87:10, 89:11, 91:21,
92:5, 93:7, 99:21,
100:6, 101:11,
108:18, 109:5,
109:21, 112:3,
112:16, 113:19,
114:22, 117:3,
118:9, 118:10,
120:4, 122:23,
128:15, 131:25,
132:19, 136:13,
137:7, 139:8,
140:18, 143:19,

143:20, 152:12,
153:16, 157:17,
159:8, 160:21,
160:24, 164:17,
165:12, 170:14,
171:14, 173:6,
176:4, 176:19
**HERS** [1] - 146:2
**HESITANT** [1] - 47:14
**HESITATE** [2] - 36:24,
68:2
**HEY** [1] - 95:19
**HI** [2] - 3:20, 101:10
**HIGH** [25] - 20:22,
26:19, 48:3, 52:6,
78:23, 94:13,
107:18, 139:2,
142:22, 147:21,
151:6, 154:16,
154:17, 158:10,
158:15, 158:20,
161:16, 161:17,
163:13, 163:15,
163:22, 163:24,
164:16, 166:17
**HIGH-STAKE** [1] -
78:23
**HIGHER** [5] - 57:6,
61:23, 97:2, 119:10
**HIGHEST** [1] - 143:1
**HIGHLIGHTED** [4] -
82:15, 115:15,
124:24, 159:13
**HIGHLY** [2] - 25:5,
83:18
**HIM** [19] - 7:11, 13:1,
31:10, 31:20, 31:22,
44:18, 52:4, 52:15,
52:16, 67:23, 67:24,
73:20, 90:20, 147:6,
147:7, 147:11,
155:4, 174:10
**HIMSELF** [2] - 49:2,
147:9
**HINDER** [1] - 25:23
**HIS** [53] - 6:22, 8:8,
13:8, 13:14, 24:23,
25:6, 30:23, 31:8,
31:9, 31:11, 31:13,
31:20, 31:25, 32:3,
32:8, 32:12, 32:20,
32:21, 32:22, 32:23,
33:9, 33:21, 33:24,
34:9, 34:19, 34:25,
35:11, 41:23, 41:24,
44:10, 44:17, 48:12,
49:9, 52:3, 52:4,
52:14, 52:16, 52:18,
72:3, 72:5, 73:10,
75:2, 98:5, 147:5,

147:7, 147:10,
147:12, 156:12,
163:5, 174:4
**HISTORICAL** [1] -
53:6
**HISTORY** [12] - 22:21,
40:8, 41:16, 47:10,
48:3, 48:5, 50:4,
53:4, 54:24, 64:5,
64:11, 95:13
**HIV** [1] - 104:10
**HMM** [15] - 65:18,
123:10, 128:20,
129:12, 134:8,
140:4, 144:24,
151:16, 151:17,
152:15, 158:22,
158:23, 159:2,
160:4, 169:4
**HOLD** [5] - 7:2, 28:10,
153:2, 165:4, 172:13
**HOLDING** [1] - 155:2
**HOLDS** [1] - 115:12
**HOME** [8] - 20:7,
40:12, 95:20,
132:25, 143:11,
157:1, 157:5, 162:19
**HOMEWORK** [3] -
161:25, 162:3, 162:8
**HONOR** [131] - 3:2,
3:3, 3:17, 3:24, 4:8,
4:10, 6:1, 6:8, 7:5,
7:15, 8:24, 9:15,
11:3, 12:5, 12:7,
12:23, 13:21, 14:16,
15:1, 15:6, 16:15,
18:23, 19:18, 27:10,
28:6, 28:25, 29:5,
29:8, 31:2, 35:15,
35:21, 36:15, 41:2,
41:11, 41:21, 42:6,
42:9, 44:8, 44:25,
48:10, 48:18, 48:24,
49:19, 50:9, 51:12,
51:18, 52:24, 53:15,
54:3, 54:14, 55:21,
56:2, 56:8, 57:24,
58:7, 58:14, 59:7,
62:18, 67:7, 68:10,
69:8, 69:18, 70:22,
71:12, 72:18, 73:4,
73:19, 74:8, 74:10,
74:23, 75:4, 77:4,
77:7, 77:15, 78:25,
80:12, 81:3, 81:9,
81:17, 83:3, 83:19,
83:22, 84:2, 87:18,
89:4, 89:19, 90:23,
91:1, 93:17, 93:20,
94:4, 98:11, 99:16,

99:18, 100:12,
100:15, 101:6,
103:17, 110:23,
112:19, 113:25,
114:2, 114:25,
115:21, 116:7,
117:24, 135:25,
136:13, 139:11,
139:18, 140:7,
141:1, 141:9,
141:24, 142:7,
153:6, 153:11,
154:15, 161:5,
166:8, 166:11,
169:25, 170:7,
172:23, 173:21,
174:13, 174:16,
175:17, 176:1,
176:9, 176:24
**HONOR'S** [1] - 176:15
**HONORABLE** [2] -
1:11, 27:5
**HOOKED** [2] - 153:24,
153:25
**HOPE** [5] - 13:15,
14:19, 25:6, 27:24,
158:18
**HOPEFULLY** [2] -
112:24, 117:15
**HOPES** [1] - 16:19
**HOSPITAL** [2] -
102:24, 103:3
**HOUR** [4] - 70:6, 70:7,
89:16, 162:20
**HOUSE** [3] - 4:5,
148:2, 149:17
**HOUSEHOLD** [3] -
19:20, 148:14,
157:14
**HOUSING** [3] -
147:22, 148:5, 148:6
**HOW** [119] - 25:21,
36:18, 37:18, 37:23,
38:1, 38:9, 38:11,
40:4, 40:11, 40:23,
41:4, 41:15, 43:6,
43:9, 43:12, 43:25,
45:13, 45:15, 46:10,
46:14, 46:24, 49:15,
53:7, 54:19, 57:15,
63:17, 63:20, 69:6,
70:1, 77:2, 77:23,
78:17, 78:18, 79:9,
80:2, 84:6, 84:24,
87:13, 87:14, 91:19,
92:14, 92:18, 94:20,
95:15, 95:22, 96:4,
96:9, 100:3, 102:21,
102:22, 105:2,
106:20, 106:23,

106:24, 107:3,
108:25, 110:1,
110:12, 110:24,
114:11, 115:12,
118:22, 120:7,
121:1, 121:9,
123:14, 124:20,
126:8, 127:1, 127:5,
127:9, 127:15,
128:7, 128:25,
129:20, 130:2,
131:12, 133:11,
133:13, 134:9,
135:12, 136:21,
137:12, 137:17,
142:16, 143:6,
147:18, 157:19,
157:21, 158:3,
158:4, 160:11,
160:16, 160:22,
162:12, 162:13,
163:13, 163:18,
163:22, 163:23,
165:22, 166:21,
167:8, 167:13,
168:18, 170:10,
170:16, 170:17,
172:8, 172:20,
173:16
**HOWEVER** [4] - 22:2,
23:5, 33:17, 35:10
**HUGE** [1] - 167:18
**HUH** [3] - 128:22,
168:10, 174:5
**HUMAN** [2] - 16:16,
135:1
**HUMANITY** [1] - 28:22
**HUMANLY** [3] -
134:14, 134:16,
134:17
**HURDLES** [1] - 22:4
**HURTFUL** [1] - 171:19
**HYPERACTIVE** [1] -
147:3
**HYPERACTIVITY** [2] -
40:7, 61:20
**HYPERTENSION** [1] -
76:8
**HYPERVIGILANT** [1] -
52:4

**I**

**I'M** [35] - 4:10, 4:17,
7:24, 8:3, 10:10,
36:20, 37:4, 49:10,
51:17, 53:16, 55:4,
55:16, 56:4, 58:23,
60:14, 63:15, 64:20,
66:6, 67:7, 71:14,

71:19, 82:4, 83:17,
85:19, 92:13,
103:16, 106:13,
111:16, 114:12,
117:2, 128:15,
136:8, 151:6,
167:17, 169:3

**I.Q** [6] - 96:17, 97:2,
97:18, 97:20, 98:1,
98:5

**ICE** [1] - 65:8

**IDEA** [2] - 47:25, 55:23

**IDENTIFICATION** [3] -
17:7, 62:7, 62:14

**IDENTIFIED** [2] - 62:7,
113:15

**IDENTIFY** [3] - 55:14,
61:7, 151:10

**IDENTIFYING** [1] -
56:5

**IF** [140] - 4:23, 5:6,
5:17, 6:2, 6:3, 6:17,
6:25, 7:11, 7:23, 8:1,
8:20, 8:22, 9:23,
9:25, 10:1, 10:6,
10:17, 10:23, 11:10,
11:19, 11:21, 11:23,
11:25, 13:3, 13:8,
13:22, 14:1, 14:11,
15:7, 23:12, 34:15,
36:22, 37:6, 37:7,
40:3, 40:20, 41:3,
41:7, 41:24, 42:25,
46:25, 47:11, 47:12,
49:13, 50:2, 50:18,
53:18, 56:6, 57:13,
58:3, 59:12, 59:14,
59:16, 63:22, 63:25,
64:1, 64:4, 64:7,
64:16, 68:1, 72:1,
83:12, 83:13, 85:9,
85:11, 85:14, 85:22,
86:4, 87:15, 87:16,
87:20, 88:12, 89:12,
93:22, 95:17, 96:7,
97:1, 97:4, 97:13,
97:23, 100:6,
101:12, 106:11,
107:23, 107:25,
108:10, 109:14,
111:9, 119:3,
119:18, 120:7,
124:5, 126:4,
130:23, 133:17,
135:21, 137:12,
137:22, 137:24,
139:1, 140:20,
143:14, 145:5,
145:25, 146:10,
148:13, 149:7,

149:8, 149:22,
150:13, 151:7,
152:6, 152:13,
152:16, 152:22,
152:25, 155:16,
155:18, 155:20,
155:22, 160:2,
163:19, 164:12,
165:2, 165:19,
166:19, 168:3,
169:16, 171:19,
172:15, 172:18,
173:8, 175:8,
176:17, 177:7

**III** [2] - 18:21, 34:12

**ILLINOIS** [4] - 88:24,
122:15, 122:19,
132:20

**ILLNESS** [1] - 92:16

**ILLUMINATE** [1] -
22:17

**ILLUMINATING** [1] -
21:12

**ILLUSTRATES** [1] -
17:25

**IMG** [2] - 130:23,
131:5

**IMPACT** [6] - 23:16,
61:24, 113:8,
119:21, 120:20,
124:2

**IMPACTED** [1] - 95:22

**IMPACTFUL** [2] -
88:9, 88:17

**IMPAIRMENT** [7] -
15:24, 17:6, 23:12,
33:13, 33:14, 90:7,
137:8

**IMPAIRMENTS** [4] -
23:22, 31:12, 32:23

**IMPARTIAL** [1] - 23:4

**IMPLEMENTATION**
[1] - 39:4

**IMPLEMENTED** [1] -
22:23

**IMPLEMENTING** [1] -
20:20

**IMPLICATIONS** [2] -
27:15, 88:14

**IMPLORE** [2] - 16:15,
27:14

**IMPLY** [1] - 21:15

**IMPLYING** [1] - 144:9

**IMPORTANT** [25] -
14:9, 19:13, 29:16,
30:8, 40:23, 41:15,
45:13, 45:15, 45:16,
46:18, 47:18, 47:21,
50:19, 59:13, 87:6,
87:13, 88:11, 93:5,

119:19, 135:23,
142:3, 157:19,
157:20, 157:21,
158:1

**IMPOSE** [1] - 23:22

**IMPOSED** [1] - 39:4

**IMPOSING** [1] - 16:11

**IMPOSSIBLE** [2] -
134:14, 134:17

**IMPROVED** [1] - 138:5

**IMPROVEMENT** [4] -
138:21, 138:22,
166:1, 166:3

**IMPULSIVITY** [1] -
40:7

**IN** [476] - 1:1, 4:1, 4:5,
4:11, 4:21, 4:25, 5:9,
5:17, 6:7, 6:11, 6:14,
6:15, 6:18, 6:21,
6:22, 7:4, 7:17, 7:19,
7:24, 8:1, 8:9, 9:9,
9:21, 10:1, 10:9,
10:16, 10:19, 11:25,
12:9, 12:18, 13:1,
13:3, 13:8, 13:22,
14:1, 14:8, 14:21,
15:14, 15:23, 16:11,
17:11, 17:12, 17:19,
18:4, 18:15, 18:21,
19:19, 20:12, 20:13,
20:21, 20:22, 21:1,
21:21, 22:19, 22:22,
23:1, 23:23, 24:6,
25:9, 25:13, 26:6,
26:14, 27:1, 27:3,
27:4, 27:7, 27:8,
27:17, 27:21, 27:22,
28:2, 28:7, 28:11,
28:16, 29:1, 29:3,
29:15, 29:16, 30:3,
30:9, 30:15, 30:17,
31:4, 31:6, 31:8,
31:9, 31:19, 32:5,
32:6, 32:8, 32:12,
32:17, 32:18, 32:20,
33:2, 33:6, 33:9,
33:12, 33:14, 33:16,
33:21, 34:3, 34:5,
34:8, 34:9, 34:12,
34:17, 34:20, 34:21,
35:5, 35:18, 36:3,
37:23, 38:12, 38:25,
39:13, 39:15, 39:25,
40:6, 40:14, 40:15,
40:16, 40:17, 42:4,
42:8, 42:21, 43:7,
44:1, 44:11, 44:16,
45:6, 45:9, 45:23,
46:3, 46:9, 47:2,
47:12, 47:13, 47:22,

49:2, 50:10, 51:21,
51:25, 52:5, 52:13,
52:21, 53:9, 53:10,
53:25, 56:25, 57:2,
57:5, 58:4, 60:10,
61:4, 63:23, 64:11,
64:17, 64:19, 64:20,
65:12, 65:19, 66:6,
67:23, 68:8, 69:16,
72:24, 73:9, 73:25,
74:18, 74:19, 75:2,
75:12, 75:16, 75:18,
75:24, 76:4, 76:13,
76:16, 77:1, 77:3,
77:19, 77:20, 77:23,
77:24, 78:18, 78:21,
78:23, 79:1, 79:17,
79:20, 80:17, 80:22,
81:4, 82:13, 83:16,
84:14, 84:24, 85:5,
85:21, 86:10, 86:14,
87:3, 88:4, 88:6,
88:7, 88:10, 88:14,
88:23, 88:24, 89:1,
89:12, 89:15, 90:20,
91:4, 91:10, 92:8,
92:15, 93:7, 93:12,
93:24, 94:22, 95:6,
95:11, 95:20, 96:2,
96:12, 96:16, 96:25,
97:2, 97:12, 98:9,
99:2, 100:18,
103:18, 103:20,
103:22, 104:1,
104:10, 105:2,
105:3, 105:8,
105:10, 105:18,
106:2, 106:8,
106:13, 106:21,
106:22, 106:23,
106:24, 107:8,
107:16, 108:1,
108:4, 108:9,
108:25, 109:1,
109:2, 109:5,
109:14, 109:21,
109:22, 110:17,
111:13, 111:22,
112:5, 112:15,
113:3, 113:8,
113:11, 113:13,
113:16, 113:20,
113:21, 114:4,
114:11, 114:17,
115:1, 115:11,
115:13, 115:22,
115:23, 116:1,
116:14, 116:16,
116:18, 116:19,
117:4, 117:9, 118:5,
118:10, 118:17,

118:20, 118:23,
119:1, 119:11,
119:13, 119:14,
119:23, 119:24,
120:3, 120:4, 120:5,
120:15, 121:3,
121:23, 122:12,
122:15, 123:16,
123:19, 123:22,
124:6, 124:7,
124:15, 125:6,
125:17, 126:14,
127:2, 127:11,
128:24, 128:25,
129:1, 129:4,
130:17, 131:1,
131:2, 131:3, 131:8,
131:15, 131:25,
132:7, 132:18,
132:19, 132:25,
133:8, 134:5,
135:17, 136:14,
136:25, 137:22,
138:7, 138:8,
138:10, 138:22,
139:8, 140:18,
141:15, 142:1,
142:12, 143:4,
143:13, 143:15,
143:23, 144:6,
144:9, 145:3, 145:8,
145:11, 145:14,
145:15, 146:3,
146:6, 146:22,
146:25, 147:7,
147:9, 147:11,
148:4, 148:21,
148:24, 149:6,
149:11, 149:12,
149:20, 149:22,
149:24, 150:5,
150:6, 150:7, 150:9,
150:10, 150:18,
151:9, 151:24,
153:3, 153:18,
153:20, 153:21,
154:2, 154:6, 154:9,
154:15, 154:18,
154:22, 154:23,
155:4, 155:7, 155:8,
155:16, 155:19,
155:23, 156:8,
156:21, 156:23,
157:7, 158:10,
158:15, 158:20,
159:5, 159:12,
159:21, 160:10,
161:2, 161:14,
161:15, 161:17,
162:4, 162:5, 162:6,
162:7, 162:11,

162:12, 162:15, 162:16, 162:24, 163:5, 163:13, 163:15, 163:23, 164:2, 164:4, 164:13, 166:5, 166:21, 167:15, 168:1, 168:12, 169:1, 169:14, 169:18, 169:19, 170:20, 171:5, 171:9, 172:5, 172:9, 172:13, 173:15, 173:16, 174:4, 175:11, 176:5, 176:6, 176:15, 176:20, 177:6, 177:10, 177:15
**IN-HOUSE** [1] - 4:5
**IN-PERSON** [1] - 125:17
**INACCEPTANCE** [1] - 121:20
**INACCURATELY** [1] - 18:14
**INACTIVE** [1] - 168:23
**INADVERTENTLY** [1] - 23:6
**INATTENTIVENESS** [3] - 40:7, 61:20, 62:22
**INCARCERATED** [1] - 19:21
**INCLUDING** [8] - 17:14, 19:1, 31:15, 32:11, 32:24, 50:20, 68:2, 105:3
**INCLUSIVITY** [2] - 15:11, 28:20
**INCOME** [1] - 148:7
**INCOMPLETE** [1] - 11:7
**INCREASE** [3] - 39:5, 56:15, 76:11
**INCREASING** [1] - 39:1
**INDEED** [3] - 31:5, 33:11, 135:7
**INDEFINITELY** [1] - 16:13
**INDEX** [1] - 178:1
**INDICATED** [1] - 62:21
**INDICATING** [1] - 64:1
**INDICATION** [3] - 62:22, 62:23, 62:24
**INDICATIVE** [1] - 22:2
**INDIVIDUAL** [13] - 15:20, 16:18, 19:6, 23:11, 26:8, 28:12, 29:4, 61:3, 117:18,

151:21, 152:2, 152:9, 152:19
**INDIVIDUAL'S** [4] - 17:21, 23:1, 95:23, 97:20
**INDIVIDUALIZED** [3] - 20:14, 20:15, 150:3
**INDIVIDUALLY** [1] - 164:11
**INDIVIDUALS** [4] - 43:6, 43:9, 43:12, 43:25
**INEQUALITIES** [1] - 138:4
**INEQUALITY** [1] - 106:23
**INFECTIOUS** [1] - 103:6
**INFERIOR** [1] - 21:16
**INFLICT** [1] - 28:8
**INFORMATION** [33] - 13:24, 24:23, 30:24, 31:4, 31:6, 31:19, 31:24, 32:23, 33:8, 33:12, 34:8, 47:20, 48:5, 48:19, 61:25, 68:6, 71:24, 76:12, 82:11, 82:12, 84:23, 85:2, 85:5, 86:18, 90:5, 93:1, 95:21, 104:14, 106:15, 110:2, 116:17, 158:3
**INHERENT** [1] - 15:20, 16:16, 22:19, 28:12, 29:3
**INHERENTLY** [1] - 21:14
**INHIBITING** [1] - 96:4
**INITIAL** [3] - 22:1, 44:12, 88:9
**INITIALLY** [2] - 125:20, 126:13
**INITIATIVE** [3] - 139:1, 139:2, 139:4
**INJUNCTION** [1] - 5:9
**INJUNCTIVE** [2] - 18:22, 18:23
**INJUSTICE** [1] - 28:10
**INJUSTICES** [1] - 26:2
**INNATE** [1] - 15:13
**INSIGHT** [5] - 24:18, 46:19, 79:9, 80:10, 87:13
**INSTALL** [1] - 148:15
**INSTANCE** [1] - 59:21
**INSTEAD** [2] - 16:10, 20:5
**INSTITUTION** [4] - 15:10, 22:12, 67:17, 105:3

**INSTITUTIONS** [3] - 26:16, 131:17, 131:19
**INSTRUCTION** [4] - 20:15, 151:21, 152:3, 152:9
**INSTRUCTIONS** [2] - 31:10, 31:21
**INSURE** [2] - 29:19, 30:11
**INSURES** [1] - 19:3
**INSURING** [1] - 29:16
**INTAKE** [1] - 45:14
**INTEGRATE** [1] - 23:8
**INTEGRITY** [1] - 30:12
**INTELLECTUALLY** [1] - 21:16
**INTEND** [3] - 43:15, 43:18, 43:21
**INTENDED** [4] - 32:15, 75:15, 75:20, 132:14
**INTENSIVE** [1] - 26:17
**INTERACTED** [1] - 174:22
**INTERACTIONS** [2] - 169:6, 175:10
**INTERESTED** [1] - 53:10
**INTERESTS** [2] - 16:13, 18:25
**INTERNAL** [8] - 26:11, 81:25, 82:10, 82:19, 91:8, 94:15, 130:7, 130:13
**INTERNATIONAL** [3] - 131:3, 131:6, 131:10
**INTERPOSE** [2] - 5:17, 6:19
**INTERPOSED** [3] - 8:13, 10:20, 53:18
**INTERPRETATION** [7] - 68:19, 71:6, 73:15, 77:19, 83:8, 151:25, 152:2
**INTERPRETED** [1] - 17:21
**INTERRUPT** [2] - 5:19, 55:19
**INTERRUPTED** [1] - 55:21
**INTERRUPTION** [1] - 111:7
**INTERVENTION** [1] - 24:1
**INTERVIEW** [7] - 51:25, 95:18, 133:8, 133:14, 133:15, 133:24, 134:21
**INTERVIEWED** [1] - 134:1, 135:1

**INTERVIEWERS** [1] - 135:9
**INTERVIEWING** [1] - 134:25
**INTERVIEWS** [4] - 124:25, 125:17, 126:3, 135:15
**INTO** [74] - 12:1, 15:19, 16:13, 24:18, 25:18, 27:24, 44:21, 45:17, 45:19, 54:4, 54:16, 54:25, 57:22, 57:23, 58:17, 63:1, 63:5, 64:20, 66:18, 66:25, 70:13, 70:19, 70:24, 74:9, 74:12, 80:24, 81:10, 83:20, 85:14, 85:24, 86:19, 87:8, 88:3, 90:14, 92:18, 95:11, 95:25, 96:6, 97:25, 100:4, 105:2, 107:8, 109:8, 109:9, 114:1, 114:23, 121:4, 122:18, 124:5, 124:16, 124:21, 125:8, 126:24, 130:10, 131:19, 132:5, 133:24, 133:25, 135:12, 138:25, 153:10, 153:13, 157:22, 158:12, 161:6, 161:11, 166:9, 166:13, 166:17, 168:25, 169:2
**INTRODUCE** [4] - 3:13, 3:14, 3:18, 3:23
**INTRODUCING** [2] - 9:23, 10:16
**INVESTIGATING** [1] - 113:6
**INVOLVED** [3] - 63:24, 94:14, 95:18
**INVOLVEMENT** [1] - 52:6
**IRREPARABLE** [2] - 19:3, 28:8
**IRRESPECTIVE** [1] - 28:14
**IS** [480] - 3:9, 4:1, 4:3, 4:4, 4:11, 4:16, 4:24, 5:2, 5:7, 5:12, 6:11, 6:18, 7:1, 7:18, 8:8, 8:19, 8:25, 9:6, 9:8, 10:2, 10:3, 10:9, 10:10, 10:23, 11:17, 11:23, 11:24, 12:1, 12:2, 12:8, 12:21,

12:23, 13:1, 13:4, 13:8, 13:21, 14:6, 14:9, 14:10, 14:13, 15:4, 16:22, 17:5, 17:10, 17:17, 19:4, 19:13, 19:14, 20:14, 22:17, 22:25, 23:9, 23:11, 23:17, 25:12, 25:15, 26:25, 27:8, 28:2, 28:4, 28:9, 29:10, 30:11, 30:24, 31:2, 31:4, 31:5, 32:6, 32:15, 33:11, 33:12, 33:19, 33:21, 34:2, 34:3, 34:10, 34:11, 34:16, 34:17, 34:22, 35:11, 35:13, 35:18, 36:7, 36:22, 37:1, 37:7, 38:6, 38:8, 40:14, 40:15, 40:21, 40:23, 41:5, 41:6, 41:7, 41:15, 41:24, 42:6, 42:13, 42:22, 42:24, 43:19, 44:11, 44:19, 44:23, 45:5, 45:13, 45:15, 46:6, 46:11, 46:20, 46:22, 46:23, 46:25, 47:3, 47:6, 47:14, 47:17, 47:19, 47:21, 48:4, 48:12, 48:14, 48:15, 48:16, 48:18, 48:19, 48:20, 48:22, 48:25, 49:10, 49:25, 50:1, 51:3, 51:6, 51:12, 52:10, 52:14, 53:3, 53:20, 53:22, 53:24, 54:16, 55:11, 55:17, 56:2, 56:15, 56:22, 57:9, 57:10, 57:11, 57:23, 58:1, 58:3, 58:4, 58:11, 58:17, 58:22, 59:8, 60:7, 60:24, 61:6, 61:9, 61:10, 61:16, 61:19, 61:21, 61:23, 62:1, 62:7, 62:12, 63:5, 63:11, 63:12, 63:13, 63:22, 63:23, 64:9, 65:7, 65:9, 65:14, 65:16, 66:24, 66:25, 67:18, 67:20, 67:21, 67:22, 68:8, 68:9, 68:12, 68:13, 68:19, 68:21, 68:22, 68:24, 70:6, 70:12, 70:24, 71:6, 71:13, 72:8, 72:23, 72:25, 73:20, 74:1, 74:4, 74:12, 74:20, 74:24, 75:13, 75:14, 75:15,

75:17, 75:19, 76:4,
76:7, 76:8, 76:9,
76:10, 77:5, 77:13,
79:8, 79:20, 79:23,
79:24, 79:25, 80:21,
81:10, 81:18, 81:24,
82:9, 83:13, 83:22,
83:23, 84:7, 84:8,
84:16, 85:2, 85:3,
85:4, 85:5, 85:15,
85:16, 85:18, 85:20,
86:2, 86:4, 86:16,
86:19, 87:14, 87:17,
87:24, 88:8, 88:9,
88:11, 88:16, 89:8,
90:2, 90:3, 90:6,
90:9, 90:14, 90:18,
90:19, 90:21, 92:3,
92:5, 92:20, 93:3,
93:5, 93:6, 94:4,
95:17, 96:3, 96:7,
96:9, 96:18, 96:21,
96:22, 97:18, 98:1,
98:5, 98:22, 100:1,
100:3, 100:13,
100:22, 102:15,
102:16, 103:10,
103:21, 104:9,
104:15, 104:16,
104:24, 104:25,
105:2, 105:7,
106:18, 106:19,
106:20, 106:23,
107:6, 107:13,
107:24, 108:18,
109:2, 109:3, 109:4,
109:5, 109:13,
109:18, 109:19,
109:20, 110:15,
110:24, 111:22,
112:1, 112:4,
112:10, 112:16,
112:19, 113:11,
113:19, 114:3,
114:10, 114:16,
114:23, 115:11,
115:13, 116:2,
116:11, 116:12,
116:14, 116:17,
117:1, 117:7,
117:10, 117:16,
118:2, 119:5, 119:9,
119:20, 119:25,
121:5, 121:10,
121:11, 121:19,
121:23, 121:25,
122:23, 123:1,
123:2, 123:9,
123:16, 123:18,
123:25, 124:18,
125:9, 126:11,

126:23, 127:7,
127:8, 127:13,
127:23, 127:24,
128:18, 129:17,
130:12, 130:25,
131:1, 131:5,
131:10, 131:20,
133:15, 133:19,
133:21, 134:10,
134:16, 135:6,
135:23, 136:9,
136:10, 136:12,
136:13, 136:14,
136:16, 136:18,
136:20, 137:12,
137:13, 137:18,
137:19, 137:25,
138:1, 138:9,
138:16, 138:19,
139:2, 139:4,
139:21, 140:8,
141:18, 142:2,
142:3, 142:5,
142:10, 143:1,
144:5, 144:14,
148:7, 148:12,
149:13, 150:14,
150:19, 151:1,
151:4, 151:13,
151:19, 151:21,
151:22, 152:11,
153:1, 153:5,
153:12, 153:13,
156:17, 157:19,
157:20, 159:5,
160:3, 161:9,
161:10, 163:12,
166:2, 166:12,
166:13, 169:18,
169:19, 170:1,
170:3, 170:5, 171:5,
171:16, 171:19,
171:22, 172:24,
172:25, 173:1,
174:6, 174:25,
175:1, 175:23,
176:10, 176:16,
177:14
**ISM3** [1] - 131:4
**ISOLATE** [3] - 145:25,
156:10, 162:6
**ISOLATED** [1] -
156:12
**ISOLATION** [1] - 155:8
**ISSUE** [19] - 7:6,
12:21, 31:3, 34:2,
34:10, 45:8, 70:6,
70:13, 76:7, 76:8,
96:19, 105:22,
109:19, 111:2,

112:2, 116:16,
117:19, 138:10,
176:15
**ISSUES** [14] - 6:7, 7:9,
11:7, 11:10, 31:7,
75:2, 76:16, 105:11,
110:4, 116:14,
136:8, 144:9,
144:17, 173:4
**IT** [306] - 5:5, 6:17,
6:21, 6:23, 7:1, 7:7,
7:15, 7:19, 8:1, 9:25,
10:5, 10:10, 10:22,
11:8, 11:19, 11:20,
11:24, 12:2, 12:3,
12:15, 13:21, 14:12,
14:21, 15:7, 15:19,
16:22, 17:5, 17:10,
17:15, 17:17, 18:20,
19:4, 19:13, 19:14,
20:17, 21:8, 21:14,
23:5, 23:25, 28:2,
28:9, 28:16, 29:12,
30:3, 30:4, 30:10,
32:3, 33:10, 33:17,
34:15, 34:16, 35:18,
37:18, 38:6, 40:11,
40:12, 40:23, 41:15,
42:22, 43:8, 44:13,
45:15, 45:17, 46:5,
46:6, 47:17, 47:19,
49:11, 50:3, 50:21,
50:22, 51:2, 51:22,
52:2, 53:4, 53:5,
54:15, 54:22, 55:5,
56:3, 57:18, 57:25,
58:15, 61:1, 61:4,
61:5, 61:21, 61:23,
63:4, 63:11, 63:12,
63:13, 64:18, 65:19,
65:20, 66:1, 67:20,
67:24, 68:16, 69:16,
69:17, 70:7, 70:15,
71:4, 71:16, 72:3,
73:11, 73:16, 75:10,
78:20, 79:20, 79:22,
79:25, 80:4, 80:5,
81:10, 81:11, 81:20,
84:9, 85:12, 85:15,
85:20, 85:21, 86:5,
87:13, 87:23, 88:8,
88:16, 88:25, 92:14,
92:20, 93:3, 93:6,
96:8, 96:18, 96:25,
97:3, 97:19, 98:17,
100:3, 100:6,
101:16, 103:22,
104:13, 105:8,
105:9, 106:3, 106:9,
106:10, 106:11,
108:10, 108:16,

109:3, 109:7,
109:18, 109:25,
111:9, 113:19,
113:20, 113:21,
114:5, 114:15,
114:16, 115:12,
115:13, 115:14,
116:9, 116:16,
117:1, 117:11,
118:6, 118:19,
119:5, 120:21,
121:4, 121:5, 121:9,
121:10, 121:25,
122:17, 122:18,
123:2, 123:4, 123:5,
123:6, 123:16,
123:19, 124:4,
125:5, 125:16,
125:18, 126:4,
126:13, 126:14,
126:23, 127:11,
127:12, 127:13,
129:13, 129:17,
129:20, 129:21,
131:2, 131:6, 131:9,
131:10, 131:16,
131:20, 134:10,
135:12, 135:14,
136:13, 136:17,
136:20, 136:21,
137:17, 137:18,
138:8, 138:19,
138:21, 139:3,
139:4, 143:11,
144:2, 144:21,
145:4, 146:18,
146:19, 146:21,
146:24, 146:25,
147:16, 148:5,
148:7, 148:21,
149:14, 150:18,
150:19, 150:23,
151:2, 151:13,
151:22, 152:12,
152:13, 153:4,
153:9, 154:5, 154:8,
155:12, 155:25,
156:4, 156:15,
156:23, 157:3,
157:7, 157:8, 157:9,
157:25, 158:6,
158:10, 159:15,
159:23, 160:24,
161:1, 162:11,
162:12, 164:1,
164:8, 164:9,
164:21, 165:3,
166:1, 167:6,
167:18, 167:19,
167:21, 168:6,
168:21, 169:1,

169:16, 169:22,
170:2, 170:14,
171:6, 171:18,
172:2, 172:8,
172:19, 176:1,
176:10, 177:3,
177:4, 177:8
**IT'S** [100] - 3:10, 5:14,
6:12, 7:14, 9:25,
11:1, 13:15, 14:5,
14:12, 14:15, 31:3,
35:5, 42:21, 43:1,
43:4, 45:16, 46:5,
46:18, 48:21, 50:19,
51:21, 54:1, 54:25,
57:16, 59:13, 59:16,
60:22, 61:3, 62:11,
63:14, 64:7, 68:5,
68:23, 68:24, 69:12,
70:14, 73:25, 75:13,
79:23, 84:2, 84:4,
85:21, 85:22, 86:5,
87:19, 93:23, 94:12,
96:17, 97:3, 100:8,
105:8, 106:24,
107:17, 108:13,
109:6, 111:22,
112:13, 114:2,
115:9, 116:8,
117:12, 119:7,
119:10, 119:18,
121:19, 124:7,
125:3, 125:5,
125:22, 126:7,
126:22, 127:1,
129:4, 129:22,
132:6, 132:21,
134:14, 134:15,
134:17, 135:12,
138:9, 148:13,
148:14, 148:17,
148:18, 150:15,
151:13, 152:8,
164:16, 167:10,
171:3, 171:5, 171:8
**ITS** [4] - 10:17, 15:11,
30:4, 55:14
**ITSELF** [7] - 41:16,
53:7, 61:17, 86:4,
110:17, 111:22,
118:2

---
## J
---

**JACKSON** [3] -
102:24, 103:2, 103:5
**JANE** [1] - 95:20
**JANUARY** [3] - 18:4,
30:16, 51:22
**JOANNE** [11] - 25:11,
99:8, 99:9, 100:13,

100:22, 101:1,
102:20, 115:1,
115:20, 178:3
**JOB** [9] - 107:10,
115:19, 119:24,
120:1, 125:11,
137:20, 138:11,
171:22, 171:23
**JOHN** [1] - 1:11
**JOINED** [1] - 4:2
**JOINT** [9] - 44:13,
150:13, 150:14,
153:9, 159:4, 161:6,
161:10, 164:12,
166:9
**JOINTLY** [1] - 10:9
**JONATHAN** [1] - 25:5
**JORDAN** [5] - 145:18,
145:19, 145:23,
146:14
**JOURNALS** [1] - 39:1
**JOURNEY** [3] - 16:19,
20:11, 24:10
**JR** [3] - 1:3, 1:14, 3:10
**JUDGE** [6] - 3:6,
26:11, 27:14, 99:20,
111:16, 139:15
**JUDGED** [1] - 19:13
**JULY** [1] - 65:17
**JUMP** [2] - 50:6, 162:2
**JUNCTION** [1] - 16:20
**JURISDICTION** [1] -
17:15
**JURY** [2] - 26:11,
176:4
**JUST** [134] - 5:7, 5:18,
6:5, 7:5, 7:25, 8:7,
8:16, 9:17, 10:15,
10:22, 10:24, 11:4,
11:5, 11:9, 12:17,
12:21, 12:22, 13:21,
14:7, 14:21, 16:17,
17:6, 27:11, 28:14,
29:2, 29:25, 31:8,
40:12, 41:25, 51:14,
53:8, 53:20, 54:5,
54:6, 56:5, 56:16,
57:13, 58:1, 58:3,
59:17, 59:22, 61:21,
62:2, 62:6, 64:3,
66:22, 69:9, 69:15,
69:20, 74:23, 76:7,
77:12, 78:3, 87:11,
88:4, 88:22, 89:1,
89:10, 89:12, 89:15,
90:17, 92:15, 92:22,
93:21, 95:1, 98:23,
98:24, 99:23, 99:25,
100:2, 102:4,
104:14, 104:23,

106:17, 110:9,
115:5, 115:9, 116:9,
116:19, 117:14,
117:17, 118:3,
118:22, 121:1,
122:1, 125:4, 126:1,
126:5, 129:2,
129:13, 129:17,
134:14, 134:17,
136:7, 138:8, 138:9,
139:23, 141:2,
143:13, 143:16,
146:3, 147:6, 149:7,
149:17, 149:24,
150:8, 151:7, 152:8,
154:1, 155:23,
155:24, 156:24,
158:4, 162:13,
162:21, 162:24,
165:3, 165:19,
166:7, 166:18,
168:15, 168:17,
169:7, 169:18,
169:20, 171:13,
172:18, 174:2,
174:16, 177:3
**JUSTICE** [3] - 17:19,
19:4, 27:12
**JUSTIFIES** [1] - 44:18
**JUSTIFY** [1] - 172:21
**JX** [1] - 178:14
**JX2** [1] - 161:9

# K

**K-I-N-G** [1] - 141:23
**KAHN** [1] - 68:4
**KEEP** [17] - 7:8, 54:6,
83:6, 89:13, 89:18,
89:20, 93:24, 118:9,
132:20, 148:15,
155:17, 155:23,
157:11, 157:16,
157:18, 172:17,
176:22
**KEEPING** [2] - 79:24,
177:1
**KENTUCKY** [6] -
81:10, 82:10, 83:24,
84:1, 84:13, 84:18
**KENTUCKY'S** [2] -
81:25, 84:23
**KEPT** [2] - 147:12,
157:9
**KEY** [3] - 25:20, 34:2,
60:20
**KID** [1] - 171:7
**KIDS** [4] - 144:1,
148:12, 156:14,
158:18

**KIND** [38] - 49:2, 49:4,
76:21, 85:1, 85:22,
86:18, 95:15, 95:21,
97:6, 106:23,
106:24, 107:17,
109:14, 110:8,
111:21, 111:23,
118:25, 119:5,
120:1, 121:7, 121:8,
121:17, 124:23,
125:3, 125:7,
125:10, 126:6,
127:1, 129:19,
129:20, 130:13,
132:6, 132:7,
137:19, 156:11,
169:1
**KINDS** [3] - 40:7,
95:10, 134:23
**KING** [20] - 4:16, 24:8,
99:6, 99:24, 141:10,
141:11, 141:16,
141:18, 141:23,
142:10, 142:23,
143:1, 143:21,
145:2, 150:16,
154:1, 174:2,
174:20, 175:18,
178:6
**KITCHENS** [273] - 1:3,
1:14, 3:2, 3:10, 3:12,
3:16, 3:17, 4:9, 4:10,
4:12, 4:15, 4:16,
4:24, 5:2, 5:22, 5:24,
6:2, 6:4, 6:11, 6:18,
6:21, 6:24, 8:3, 8:8,
10:6, 12:6, 12:7,
13:11, 13:14, 13:20,
14:16, 14:23, 15:4,
15:5, 29:6, 29:14,
30:1, 30:14, 30:20,
31:18, 32:2, 32:6,
33:19, 33:20, 34:7,
34:18, 34:24, 35:8,
35:18, 35:21, 35:25,
36:12, 36:14, 36:17,
41:10, 41:11, 41:14,
41:18, 42:2, 42:5,
43:16, 43:22, 44:23,
44:25, 45:1, 48:12,
48:18, 49:12, 49:22,
50:9, 50:14, 50:15,
50:24, 50:25, 51:15,
51:17, 51:19, 51:21,
53:1, 53:12, 53:15,
53:17, 53:19, 54:3,
54:11, 54:18, 55:3,
55:16, 55:24, 56:1,
56:4, 56:10, 56:11,
58:8, 58:11, 58:19,
58:25, 59:1, 59:2,

59:6, 59:12, 59:15,
59:19, 59:20, 61:11,
62:5, 62:10, 62:13,
62:16, 62:18, 62:19,
63:1, 63:7, 63:8,
66:2, 66:4, 66:5,
66:17, 67:2, 67:6,
67:8, 67:15, 67:21,
68:5, 68:7, 68:11,
68:14, 68:15, 68:17,
68:18, 69:9, 69:12,
69:22, 69:23, 69:25,
70:18, 71:1, 71:10,
71:14, 71:19, 71:21,
72:1, 72:6, 72:7,
72:18, 72:21, 73:13,
74:6, 74:8, 74:14,
75:4, 75:5, 75:21,
75:22, 77:6, 77:10,
77:11, 77:15, 77:17,
79:7, 80:18, 81:3,
81:13, 81:16, 81:23,
82:4, 82:5, 83:11,
83:19, 84:2, 84:10,
85:18, 86:7, 86:8,
87:22, 89:4, 90:18,
90:24, 91:1, 91:3,
93:17, 98:8, 98:11,
98:18, 99:4, 99:6,
99:8, 99:17, 99:18,
99:22, 99:23, 100:9,
100:12, 101:4,
101:5, 101:8,
103:15, 103:22,
104:3, 104:4, 104:5,
104:20, 111:6,
111:10, 111:11,
111:15, 111:17,
113:1, 113:2,
113:25, 114:25,
115:3, 115:21,
116:5, 117:10,
117:24, 118:7,
118:11, 118:12,
136:3, 136:10,
136:12, 136:20,
137:1, 137:3,
139:12, 139:14,
140:9, 140:10,
140:15, 140:17,
140:20, 141:1,
141:4, 141:6, 141:8,
141:24, 142:6,
142:9, 153:6,
153:15, 161:5,
161:12, 166:8,
166:15, 167:10,
167:12, 170:2,
170:6, 170:8,
172:12, 172:25,
173:8, 173:13,

173:14, 173:21,
174:3, 174:6,
174:14, 174:16,
174:19, 175:5,
175:7, 175:21,
175:24, 175:25,
176:10, 176:13,
176:24, 177:9,
177:23, 178:4, 178:7
**KITCHENS'S** [5] -
12:25, 13:4, 31:7,
33:5, 44:15
**KNEW** [4] - 102:25,
120:18, 147:4,
170:16
**KNIT** [1] - 169:8
**KNOW** [134] - 6:2,
9:21, 11:24, 13:4,
14:10, 14:20, 38:2,
46:10, 46:14, 46:21,
46:25, 56:6, 59:8,
70:5, 71:4, 71:16,
71:23, 75:8, 79:6,
86:4, 86:14, 89:8,
91:18, 94:25, 99:4,
101:15, 102:21,
102:22, 102:23,
103:1, 106:17,
107:18, 108:1,
108:8, 110:6,
114:15, 116:12,
118:24, 120:7,
121:9, 121:17,
124:20, 129:18,
129:22, 130:19,
131:21, 132:7,
132:21, 134:24,
135:22, 138:2,
138:8, 143:9,
143:12, 144:11,
144:13, 144:19,
144:20, 145:4,
146:5, 146:8,
146:10, 146:22,
146:23, 146:25,
147:1, 147:15,
148:14, 148:18,
148:21, 149:6,
149:18, 149:25,
150:6, 150:11,
154:24, 155:1,
155:14, 155:15,
155:17, 155:19,
155:22, 156:1,
156:12, 156:15,
156:23, 156:24,
157:5, 157:16,
157:21, 157:22,
158:6, 158:7, 158:9,
158:11, 161:21,
162:19, 163:18,

163:20, 163:24,
164:7, 164:11,
164:22, 166:18,
166:19, 167:2,
168:4, 168:5,
168:24, 168:25,
169:2, 169:7,
169:18, 170:17,
170:18, 170:21,
170:23, 170:24,
171:2, 171:4, 171:5,
171:9, 171:11,
171:12, 171:13,
171:15, 171:17,
172:15, 173:8,
174:9, 174:10
**KNOWING** [5] - 21:23,
129:10, 158:2,
172:8, 172:21
**KNOWLEDGE** [15] -
19:12, 22:3, 61:2,
71:7, 72:5, 73:5,
79:9, 81:12, 83:25,
105:21, 105:24,
106:2, 110:1,
113:21, 118:5
**KNOWN** [1] - 121:23
**KNOWS** [2] - 28:20,
92:16
**KUMON** [1] - 153:22
**KY** [1] - 1:16

## L

**LABELED** [1] - 54:8
**LACK** [1] - 22:3
**LADY** [5] - 147:4,
153:23, 172:4,
172:22, 173:15
**LAGGING** [1] - 163:9
**LAID** [4] - 27:19, 28:1,
48:13, 80:13
**LANGUAGE** [2] -
18:20, 159:18
**LAPSES** [1] - 97:4
**LARGE** [2] - 57:3,
116:14
**LAST** [18] - 12:23,
29:25, 44:1, 53:21,
62:20, 65:13, 76:5,
94:22, 100:1, 100:3,
101:2, 139:7,
141:22, 142:20,
142:21, 147:21,
170:12, 171:20
**LASTING** [1] - 88:13
**LASTLY** [5] - 28:6,
93:7, 113:23,
138:13, 170:9
**LATE** [3] - 114:4,

116:10, 116:11
**LATER** [7] - 7:25, 8:2,
10:18, 48:21, 86:4,
106:14, 114:20
**LAUGH** [1] - 143:12
**LAUNDRY** [2] - 9:17,
12:16
**LAW** [2] - 9:3, 27:21
**LAWSUIT** [4] - 32:6,
32:9, 33:24, 116:19
**LAWYER** [1] - 13:4
**LAWYERS** [1] - 97:13
**LAY** [2] - 10:11, 137:6
**LEAD** [6] - 60:5,
76:12, 105:2,
109:16, 135:12,
158:1
**LEADER** [1] - 90:13
**LEADERS** [1] - 173:16
**LEADING** [5] - 21:9,
65:25, 71:20,
160:21, 162:16
**LEAN** [1] - 123:22
**LEARNED** [2] - 52:1,
170:19
**LEAST** [5] - 10:21,
14:8, 49:6, 75:19,
104:13
**LEAVE** [4] - 117:8,
117:11, 162:19,
163:7
**LEAVES** [1] - 134:2
**LEAVING** [1] - 27:20
**LED** [1] - 122:13
**LEEWAY** [2] - 77:12,
118:8
**LEFT** [4] - 71:15,
151:18, 152:12,
159:15
**LEGAL** [4] - 9:7,
18:24, 34:10, 34:13
**LEND** [1] - 171:12
**LENGTH** [2] - 69:6,
70:1
**LESS** [6] - 29:13,
30:25, 78:21, 79:15,
160:24, 167:19
**LET** [25] - 3:9, 3:12,
49:16, 63:18, 64:21,
66:10, 69:15, 71:4,
89:6, 93:10, 101:15,
101:25, 122:21,
129:20, 129:21,
131:19, 137:4,
145:10, 149:16,
152:6, 155:15,
157:21, 168:4,
169:6, 171:20
**LET'S** [25] - 3:4, 4:13,
6:16, 7:3, 7:21,

10:18, 43:14, 50:16,
55:5, 70:5, 73:10,
77:12, 81:6, 85:6,
89:20, 92:6, 98:23,
110:16, 115:24,
136:24, 140:25,
143:19, 163:10
**LETTER** [5] - 26:17,
68:8, 68:21, 69:5,
70:3
**LETTERS** [11] - 66:8,
66:10, 66:14, 67:4,
82:20, 82:21, 86:17,
108:2, 133:19,
135:13, 152:17
**LETTING** [1] - 106:17
**LEVEL** [8] - 94:13,
96:18, 97:7, 98:3,
143:1, 155:2, 160:17
**LEVELS** [1] - 76:13
**LICENSE** [7] - 38:11,
38:15, 82:23, 88:4,
88:10, 88:12, 88:22
**LICENSED** [7] - 15:15,
16:3, 16:9, 87:11,
87:25, 88:23, 89:2
**LICENSING** [4] - 1:6,
24:4, 86:10, 90:10
**LICENSURE** [2] -
29:18, 87:7
**LIE** [1] - 17:15
**LIFE** [12] - 15:25, 16:4,
23:13, 23:24, 27:16,
33:15, 34:3, 40:11,
50:2, 61:24, 142:17,
172:5
**LIFELONG** [3] - 26:14,
28:5, 74:19
**LIGHT** [2] - 26:2,
112:13
**LIKE** [134] - 3:13, 3:17,
4:11, 5:13, 7:5,
13:21, 14:1, 21:12,
25:15, 35:25, 39:13,
41:7, 46:18, 50:9,
54:3, 57:21, 63:1,
64:4, 64:19, 66:18,
67:6, 70:4, 70:18,
71:2, 72:2, 72:18,
72:25, 73:22, 74:9,
74:15, 74:18, 76:7,
76:19, 81:3, 81:11,
81:17, 82:9, 83:20,
98:25, 100:13,
101:12, 104:10,
105:10, 106:2,
107:15, 107:24,
108:8, 109:16,
112:3, 114:1, 115:1,
115:22, 116:16,

117:25, 118:9,
119:5, 119:8, 119:9,
119:23, 122:15,
125:4, 125:18,
126:7, 127:1, 127:8,
128:16, 128:17,
130:7, 130:10,
131:9, 135:5, 137:6,
138:6, 138:15,
138:23, 138:25,
139:3, 139:9, 141:9,
141:24, 141:25,
143:6, 145:14,
146:23, 147:2,
147:9, 147:13,
148:23, 149:12,
149:16, 150:2,
150:13, 151:2,
153:4, 153:9,
155:12, 156:10,
156:13, 157:9,
157:24, 159:4,
160:14, 161:1,
161:5, 161:25,
162:2, 162:9,
162:12, 162:14,
162:19, 162:20,
162:21, 166:1,
166:8, 166:16,
166:17, 167:25,
168:16, 168:21,
168:22, 169:16,
169:20, 170:3,
170:13, 170:15,
170:16, 175:24,
177:1
**LIKED** [1] - 90:1
**LIKELIHOOD** [1] -
61:6
**LIKELY** [1] - 25:2
**LIMINE** [3] - 103:18,
103:21, 104:1
**LIMITATION** [2] - 31:1,
132:10
**LIMITATIONS** [4] -
23:23, 30:25, 34:1,
131:22
**LIMITED** [4] - 31:14,
34:2, 43:19, 125:24
**LIMITING** [1] - 135:7
**LIMITS** [2] - 33:14,
70:11
**LINDA** [1] - 4:3
**LINE** [11] - 3:5, 4:14,
7:10, 48:11, 62:20,
65:4, 65:13, 75:8,
79:2, 83:2, 83:14
**LINES** [1] - 151:14
**LINGERING** [1] -
22:25

**LIST** [7] - 9:17, 12:16,
47:23, 47:25, 48:2,
48:4, 60:5
**LISTED** [3] - 59:22,
72:15, 98:5
**LISTEN** [3] - 4:21,
4:23, 4:25
**LISTENING** [2] - 7:7,
83:6
**LISTING** [1] - 165:21
**LITERACY** [2] - 39:1,
76:11
**LITIGATION** [3] - 26:5,
33:1, 33:7, 102:1,
137:12
**LITTLE** [46] - 11:20,
12:14, 13:23, 36:23,
38:20, 47:20, 71:15,
71:17, 72:5, 76:6,
76:21, 76:22, 77:12,
84:9, 89:16, 96:23,
104:13, 104:22,
106:5, 106:13,
106:14, 107:22,
108:16, 114:10,
121:14, 125:12,
129:7, 135:20,
140:24, 144:12,
144:20, 144:21,
145:6, 146:3, 147:6,
148:23, 149:24,
151:8, 155:24,
156:15, 157:24,
159:22, 165:3,
165:19, 166:17,
173:12
**LIVE** [3] - 133:1,
142:18, 147:25
**LIVED** [6] - 142:16,
142:20, 142:21,
142:22, 148:1, 148:4
**LIVING** [5] - 16:18,
105:9, 131:15,
162:5, 171:6
**LLP** [1] - 2:2
**LNG** [1] - 159:16
**LOANS** [6] - 119:15,
120:1, 120:2, 120:5,
137:24, 137:25
**LOCATED** [3] - 56:22,
105:8, 122:15
**LODGE** [1] - 41:3
**LOGGED** [1] - 100:4
**LOGISTICS** [1] - 100:3
**LONG** [16] - 7:7, 7:10,
9:16, 14:19, 38:9,
38:11, 64:4, 87:15,
88:1, 88:13, 91:19,
118:9, 121:1,
124:17, 142:16,

144:11
LONG-TERM [2] -
87:15, 88:1
LONGER [1] - 96:20
LONGTIME [1] - 13:24
LOOK [26] - 17:9,
23:5, 39:13, 42:7,
47:10, 61:18, 79:22,
80:7, 80:17, 80:20,
80:21, 85:23, 86:17,
97:1, 98:2, 108:2,
108:5, 110:8,
111:21, 118:1,
131:2, 138:5,
138:15, 138:23,
159:12, 160:3
LOOKED [4] - 104:25,
157:23, 157:25,
158:25
LOOKING [26] - 39:3,
47:24, 51:11, 58:6,
62:7, 69:4, 73:14,
73:24, 76:20, 80:11,
80:22, 81:15, 84:14,
86:15, 88:15, 90:5,
92:1, 95:16, 121:9,
128:10, 147:2,
151:23, 158:3,
158:9, 165:4, 176:14
LOOKS [9] - 72:25,
81:11, 82:9, 105:9,
151:2, 153:4,
160:14, 161:1, 166:1
LOSS [1] - 76:12
LOST [1] - 111:23
LOT [7] - 38:22, 38:25,
94:13, 129:21,
164:9, 172:12, 173:3
LOTS [1] - 176:3
LOVE [1] - 157:24
LOVED [3] - 144:10,
144:11
LOW [2] - 125:7, 146:6
LOWER [4] - 56:14,
133:20, 134:2, 148:7
LOWEST [2] - 55:1,
127:7
LOYOLA [1] - 77:1
LUNCH [2] - 89:11,
98:23
LUNCHEON [1] -
99:13
LUXURY [1] - 114:11
LYNN [9] - 1:18, 3:5,
14:10, 36:2, 99:19,
100:18, 104:15,
141:15, 177:19

M

M.I.L [1] - 117:8
MA'AM [3] - 151:22,
152:4, 176:13
MADE [13] - 20:1,
23:16, 50:2, 115:25,
123:21, 128:24,
133:5, 146:12,
154:10, 158:6,
159:1, 170:14
MAGNET [1] - 157:2
MAIL [1] - 11:20
MAIN [3] - 45:8, 108:4,
158:16
MAINLY [1] - 124:19
MAINSTAY [1] - 74:4
MAINTAIN [1] - 5:16
MAJOR [6] - 15:25,
23:13, 23:23, 33:14,
34:3, 120:19
MAJORITY [4] - 19:22,
45:25, 86:13, 94:17
MAKE [39] - 5:7, 7:2,
8:1, 8:16, 10:4,
10:11, 11:9, 12:4,
13:13, 13:15, 13:21,
14:12, 41:25, 50:4,
58:10, 60:21, 69:2,
70:10, 74:4, 79:15,
86:5, 86:16, 92:14,
93:8, 106:15,
115:16, 122:1,
123:15, 131:6,
131:13, 142:3,
143:11, 145:7,
148:17, 155:18,
158:7, 171:18,
172:8, 173:6
MAKES [3] - 25:20,
79:22, 93:1
MAKING [4] - 7:25,
30:5, 42:3, 73:1
MALE [2] - 19:19,
79:15
MALES [1] - 79:18
MANAGEABLE [2] -
63:13, 63:14
MANAGED [1] - 16:21
MANAGEMENT [2] -
20:20, 24:13, 163:1
MANAGING [1] -
24:22
MANIFEST [1] - 97:7
MANIFESTS [2] -
53:7, 96:19
MANNER [1] - 34:6
MANY [23] - 37:23,
43:9, 43:12, 43:25,
54:19, 80:2, 94:20,

103:12, 107:3,
108:25, 115:12,
126:8, 127:9,
127:15, 128:7,
129:20, 134:13,
135:7, 154:14,
163:23, 168:18
MARCH [1] - 127:25
MARCHING [1] - 6:10
MARGINS [1] - 28:15
MARKCUS [10] - 1:3,
1:14, 3:10, 3:17,
51:21, 51:23, 53:12,
61:11, 67:21, 155:22
MARKED [1] - 24:11
MARKET [1] - 1:19
MARSTILL [1] - 4:2
MASTER [1] - 140:17
MATCH [24] - 25:14,
25:19, 107:1, 107:4,
107:6, 107:8,
107:13, 108:6,
109:23, 126:10,
126:19, 127:4,
127:12, 127:16,
128:3, 128:6,
128:12, 128:13,
128:14, 129:9,
130:22, 132:4, 136:7
MATCHED [2] -
124:16, 132:7
MATERIAL [9] - 37:13,
101:19, 101:21,
101:22, 101:24,
102:1, 102:7, 102:8,
153:19
MATERIALS [3] -
37:15, 109:18, 139:6
MATH [2] - 144:1,
153:22
MATTER [7] - 5:9,
34:10, 42:22,
113:22, 115:12,
136:14, 177:16
MATTERS [1] - 130:5
MAXIMUM [1] - 57:7
MAY [29] - 1:8, 23:4,
35:23, 36:12, 36:23,
37:9, 42:9, 42:10,
47:24, 48:1, 48:3,
54:23, 60:19, 67:20,
70:7, 73:9, 80:22,
88:14, 88:15, 92:23,
96:19, 97:3, 97:7,
101:3, 101:13,
101:14, 103:11,
103:25, 168:6
MAYBE [8] - 6:6, 47:5,
73:10, 108:1, 109:3,
164:2, 176:15

MAYO [8] - 24:21,
38:6, 91:4, 91:5,
91:10, 91:15, 91:19
MB [1] - 52:15
MCAT [1] - 109:10
MD [1] - 52:17
MDME [1] - 18:8
ME [134] - 3:9, 3:12,
4:11, 5:6, 5:25, 8:1,
9:9, 10:14, 12:12,
16:7, 16:24, 17:4,
17:6, 18:16, 19:2,
19:11, 19:16, 19:25,
20:6, 20:9, 20:16,
21:1, 21:4, 21:6,
21:12, 21:14, 21:15,
22:15, 24:2, 25:23,
26:7, 26:20, 28:9,
36:24, 37:7, 43:4,
49:16, 51:23, 54:1,
60:5, 63:18, 64:21,
66:10, 68:2, 71:4,
71:15, 73:25, 79:23,
81:17, 81:20, 82:8,
82:11, 84:9, 85:12,
85:13, 89:1, 89:6,
92:2, 93:1, 93:10,
94:8, 94:9, 96:13,
96:23, 97:23,
101:15, 101:25,
102:3, 102:22,
106:12, 106:22,
112:7, 112:10,
114:16, 115:2,
117:12, 121:6,
122:14, 122:21,
123:20, 125:9,
129:20, 131:19,
134:2, 137:4,
140:21, 141:25,
142:10, 142:18,
142:20, 143:7,
144:18, 144:19,
145:1, 145:10,
145:15, 145:23,
146:8, 146:10,
146:12, 147:15,
147:18, 147:19,
149:1, 149:20,
150:4, 152:6,
153:18, 154:6,
154:12, 155:8,
155:9, 158:5,
158:25, 159:1,
160:19, 162:25,
163:14, 168:1,
168:11, 168:14,
170:2, 170:14,
171:5, 171:13,
171:14, 171:17,

171:20, 171:22,
173:12, 174:24
MEAN [16] - 9:16,
41:19, 82:24, 88:23,
96:2, 110:16,
124:18, 125:3,
125:16, 128:25,
129:17, 145:2,
147:6, 152:5,
167:15, 170:14
MEANING [2] - 29:23,
33:19, 115:4,
119:10, 151:25
MEANINGFUL [1] -
31:19
MEANS [5] - 10:8,
119:5, 122:16,
137:23, 137:25
MEASURE [1] - 98:4
MEASURES [1] -
22:23
MED [3] - 120:6,
121:7, 132:15
MEDICAL [84] - 1:6,
3:11, 3:25, 4:4, 4:5,
15:15, 15:17, 17:16,
21:11, 21:24, 22:13,
22:20, 23:21, 24:24,
25:6, 25:12, 26:1,
26:16, 26:17, 26:22,
27:4, 28:9, 31:13,
32:11, 33:24, 38:15,
39:8, 42:14, 46:12,
47:9, 47:16, 47:21,
48:6, 48:9, 52:23,
56:23, 60:19, 76:25,
77:20, 77:25, 78:19,
82:18, 82:23, 85:6,
85:25, 88:22, 90:10,
90:13, 90:15, 90:18,
93:8, 93:13, 102:13,
103:2, 105:6, 105:7,
105:11, 105:12,
109:8, 109:9, 113:8,
113:9, 113:17,
118:13, 118:17,
119:11, 119:14,
121:17, 129:1,
129:5, 131:3, 131:6,
131:8, 131:11,
132:9, 139:24,
139:25, 140:1,
146:10, 146:14,
172:9, 172:13,
173:18
MEDICATION [27] -
20:1, 21:21, 24:13,
33:22, 47:13, 47:17,
47:25, 48:4, 49:15,
50:1, 52:15, 52:17,

54:20, 56:19, 56:22, 57:3, 57:4, 57:7, 57:9, 57:14, 60:1, 60:7, 63:15, 64:1, 64:7, 64:13, 146:20

MEDICATIONS [5] - 49:17, 55:1, 56:24, 59:22, 93:9

MEDICINE [28] - 18:15, 24:20, 38:12, 39:10, 42:8, 42:17, 45:21, 46:4, 46:10, 60:12, 63:16, 67:18, 77:1, 82:1, 82:11, 82:19, 87:3, 91:8, 92:9, 105:16, 130:7, 130:8, 130:13, 132:16, 133:6, 133:8, 146:25

MEDICINES [1] - 147:16

MEDIUM [1] - 57:2

MEET [2] - 29:17, 114:7

MEETING [1] - 17:25, 72:15, 99:1

MEETINGS [1] - 155:14

MEMBER [3] - 39:7, 39:9, 105:5

MEMBERS [2] - 20:6, 68:3

MEMORY [3] - 15:12, 97:4, 120:9

MEN [1] - 22:19

MENTAL [11] - 15:24, 17:6, 23:12, 25:1, 40:25, 46:15, 74:21, 76:2, 76:3, 125:10, 137:8

MENTALLY [2] - 97:5, 97:9

MENTIONED [17] - 9:21, 56:12, 56:13, 97:18, 104:23, 116:23, 121:11, 121:12, 122:6, 130:15, 137:20, 138:13, 152:8, 158:4, 168:18, 174:3, 174:22

MENTIONING [1] - 12:21

MENTOR [2] - 124:23, 135:6

MERE [1] - 15:18

MERELY [1] - 16:17

MERITS [2] - 17:4, 137:14

MET [3] - 103:1, 168:7, 168:9

METHODS [5] - 112:16, 112:17, 113:5, 113:14, 113:16

MEW [136] - 2:2, 3:3, 3:22, 3:24, 3:25, 5:25, 6:1, 6:5, 7:5, 8:5, 8:15, 8:24, 9:15, 10:6, 11:3, 12:5, 12:8, 12:11, 12:12, 15:1, 29:7, 29:8, 35:16, 41:18, 41:20, 41:21, 42:9, 42:10, 42:12, 42:14, 44:8, 48:10, 48:24, 49:19, 50:20, 51:12, 52:24, 54:12, 54:14, 55:20, 56:4, 56:6, 56:8, 57:24, 58:7, 58:13, 58:14, 59:7, 62:9, 63:3, 65:22, 66:20, 66:22, 67:13, 68:10, 68:12, 69:8, 69:15, 69:17, 70:21, 70:22, 71:9, 71:12, 73:4, 73:19, 74:10, 74:23, 77:4, 77:8, 78:25, 80:12, 81:9, 83:3, 83:7, 83:17, 83:22, 87:18, 89:8, 89:18, 89:19, 89:21, 89:23, 90:22, 93:19, 93:20, 97:15, 97:17, 98:7, 98:19, 99:4, 99:7, 99:10, 99:15, 99:16, 103:15, 103:24, 104:2, 104:4, 110:23, 112:19, 112:22, 114:2, 115:24, 116:4, 116:6, 117:14, 117:23, 135:25, 136:4, 136:6, 136:23, 137:2, 139:11, 139:17, 139:18, 139:20, 139:22, 140:6, 153:11, 161:8, 166:11, 169:25, 172:23, 173:23, 174:1, 174:12, 174:15, 175:4, 175:16, 175:17, 176:8, 176:9, 176:14, 177:24, 178:5, 178:8

MEWS [2] - 41:2, 54:5

MICROMANAGED [1] - 52:4

MICROSOFT [2] - 1:9, 27:11

MIDDLE [5] - 20:19, 156:5, 156:8, 159:10, 167:20

MIGHT [6] - 5:18, 7:15, 9:24, 60:16, 72:4, 96:9

MILLIGRAMS [3] - 57:1, 57:5, 57:14

MIND [3] - 14:8, 53:17, 155:24

MINE [3] - 15:15, 94:17, 168:8

MINIMIZE [1] - 146:2

MINORITIES [1] - 125:24

MINORITY [4] - 110:10, 115:10, 123:17, 129:20

MINUTES [2] - 140:25, 162:21

MISSED [1] - 7:16

MISSIE [6] - 4:16, 141:9, 141:18, 141:22, 178:6

MISSING [1] - 130:2

MITIGATE [1] - 21:21

MM [15] - 65:18, 123:10, 128:20, 129:12, 134:8, 140:4, 144:24, 151:16, 151:17, 152:15, 158:22, 158:23, 159:2, 160:4, 169:4

MM-HMM [15] - 65:18, 123:10, 128:20, 129:12, 134:8, 140:4, 144:24, 151:16, 151:17, 152:15, 158:22, 158:23, 160:4, 169:4

MODERATE [1] - 57:18

MOM [2] - 52:3, 170:17

MOMENT [2] - 7:3, 7:23

MOMENTS [1] - 15:12

MONEY [5] - 125:6, 126:2, 126:17, 126:23, 127:5

MONITORING [1] - 47:9

MONTHS [2] - 76:10, 147:21

MORE [49] - 11:1, 35:9, 36:23, 44:2, 45:22, 47:20, 54:8, 61:23, 68:12, 69:17, 71:4, 71:17, 71:23, 75:13, 76:6, 76:21, 76:22, 77:12, 84:9, 84:11, 84:21, 87:23, 88:25, 96:23, 97:8, 101:14, 104:22, 106:5, 107:22, 110:13, 112:1, 113:21, 117:18, 118:5, 119:7, 121:14, 130:4, 130:5, 131:8, 135:20, 136:16, 138:25, 146:8, 160:25, 161:2, 161:17, 161:20, 164:6

MORNING [27] - 3:1, 3:2, 3:3, 3:7, 3:8, 3:16, 3:21, 3:24, 4:2, 4:7, 4:8, 5:6, 11:6, 13:24, 13:25, 15:5, 36:18, 36:19, 36:20, 37:3, 42:13, 114:4, 143:13, 143:16, 176:16, 177:11

MORNINGS [1] - 163:6

MORTALITY [1] - 138:1

MOST [15] - 31:1, 33:15, 33:23, 34:3, 47:8, 55:1, 88:8, 88:17, 110:17, 118:4, 123:17, 127:8, 131:6, 142:3, 142:5

MOSTLY [2] - 78:1, 105:10

MOTHER [15] - 19:21, 19:25, 20:5, 24:8, 32:24, 142:1, 142:11, 143:10, 147:10, 148:1, 157:13, 170:15, 170:18, 172:1

MOTION [4] - 45:17, 103:18, 103:20, 104:1

MOUTH [1] - 144:10

MOVE [21] - 10:9, 10:17, 10:18, 11:23, 34:24, 69:1, 73:4, 74:15, 76:20, 103:13, 119:24, 143:19, 149:5, 153:8, 155:21, 155:23, 155:24, 161:6, 166:9, 166:17, 177:8

MOVED [1] - 144:7

MOVING [13] - 12:1, 25:4, 25:23, 28:11, 38:5, 58:11, 63:10, 64:3, 110:5, 118:9, 156:5, 156:13, 176:22

MPH [2] - 128:17, 128:19

MS [152] - 3:3, 3:22, 3:24, 5:24, 6:1, 6:5, 7:5, 8:5, 8:15, 8:24, 9:15, 10:6, 11:3, 12:5, 12:8, 12:11, 12:12, 15:1, 24:8, 29:7, 29:8, 32:16, 35:16, 41:2, 41:18, 41:20, 41:21, 42:9, 42:10, 42:12, 44:8, 48:10, 48:24, 49:19, 50:20, 51:7, 51:12, 52:24, 54:5, 54:12, 54:14, 55:20, 56:4, 56:6, 56:8, 57:24, 58:7, 58:13, 58:14, 59:7, 62:9, 63:3, 65:22, 66:20, 66:22, 67:13, 68:10, 68:12, 69:8, 69:15, 69:17, 70:21, 70:22, 71:9, 71:12, 73:4, 73:19, 74:10, 74:23, 77:4, 77:8, 78:25, 80:12, 81:9, 83:3, 83:7, 83:17, 83:22, 87:18, 89:8, 89:18, 89:19, 89:21, 89:23, 90:22, 93:19, 93:20, 97:15, 97:17, 98:7, 98:19, 99:4, 99:6, 99:7, 99:10, 99:15, 99:16, 99:24, 103:15, 103:24, 104:2, 104:4, 110:23, 112:19, 112:22, 114:2, 115:24, 116:4, 116:6, 117:14, 117:23, 135:25, 136:4, 136:6, 136:23, 137:2, 139:11, 139:17, 139:18, 139:20, 140:6, 141:9, 141:11, 141:16, 142:10, 142:23, 143:1, 143:21, 145:2, 150:16, 153:11, 154:1, 161:8,

166:11, 169:25, 172:23, 173:23, 174:1, 174:2, 174:12, 174:15, 174:20, 175:4, 175:16, 175:17, 175:18, 176:8, 176:9, 176:14, 177:24, 178:5, 178:8
MUCH [13] - 29:12, 30:25, 36:14, 97:8, 106:15, 111:16, 117:15, 127:5, 143:18, 148:18, 155:25, 168:22, 175:19
MULTIPLE [8] - 31:18, 31:21, 68:24, 76:13, 88:2, 91:6, 129:11, 137:16
MULTITUDE [1] - 26:13
MURPHY [2] - 1:11, 27:14
MUST [2] - 105:20, 107:7
MUTE [2] - 41:2, 98:24
MY [169] - 4:1, 4:11, 6:12, 6:14, 9:4, 12:13, 12:23, 14:2, 14:3, 14:8, 15:12, 15:25, 16:1, 16:2, 16:4, 16:6, 16:13, 16:23, 17:2, 17:5, 17:6, 17:7, 17:12, 17:14, 17:23, 17:25, 18:10, 18:12, 18:14, 18:15, 18:17, 19:1, 19:6, 19:7, 19:9, 19:11, 19:12, 19:13, 19:20, 19:21, 19:22, 19:23, 19:25, 20:3, 20:5, 20:11, 20:12, 20:16, 20:19, 20:22, 21:1, 21:7, 21:8, 21:11, 21:13, 21:16, 21:17, 21:23, 21:24, 22:1, 22:4, 22:10, 22:11, 23:23, 24:6, 24:8, 24:10, 24:19, 24:22, 24:24, 25:3, 25:22, 26:2, 26:4, 26:18, 26:21, 27:3, 27:4, 27:8, 27:16, 27:22, 27:24, 27:25, 28:2, 35:25, 37:25, 41:22, 42:13, 42:21, 43:2, 45:23, 48:23, 52:16, 53:20, 53:22, 54:1, 58:21, 64:21,

67:21, 67:22, 68:12, 75:13, 78:2, 78:6, 79:1, 81:19, 83:8, 93:24, 96:12, 98:9, 100:2, 102:15, 103:17, 104:9, 104:13, 106:20, 111:3, 111:12, 115:7, 117:16, 118:20, 120:5, 121:4, 121:6, 121:16, 122:12, 123:2, 123:16, 124:24, 132:20, 132:22, 135:6, 139:21, 140:21, 142:1, 142:17, 143:22, 145:15, 148:1, 148:10, 149:12, 149:22, 150:17, 153:19, 154:18, 155:1, 157:13, 160:21, 161:15, 162:2, 163:14, 163:22, 163:23, 168:1, 168:14, 170:11, 171:1, 171:22, 172:19, 176:10
MYSELF [10] - 20:23, 38:2, 59:6, 103:12, 106:1, 142:24, 147:13, 148:10, 150:11

# N

N'S [1] - 154:2
NAME [12] - 36:9, 42:13, 47:13, 53:12, 55:12, 67:16, 100:25, 101:2, 139:21, 141:21, 141:23, 169:19
NAMED [1] - 153:23
NAMES [1] - 94:9
NARRATIVE [4] - 6:12, 6:18, 8:9, 96:1
NATION [1] - 24:5
NATIONAL [9] - 3:10, 3:25, 4:3, 4:5, 15:17, 17:16, 22:13, 42:14, 122:12
NATIONWIDE [1] - 19:7
NATURE [8] - 18:19, 24:2, 114:5, 130:23, 136:19, 156:25, 169:7, 174:10
NBME [37] - 16:6,

16:10, 16:24, 17:3, 17:24, 23:17, 26:6, 26:8, 26:20, 27:7, 28:7, 29:13, 29:15, 29:18, 29:21, 30:1, 30:2, 30:9, 30:15, 31:9, 31:19, 31:20, 32:2, 32:8, 32:12, 32:17, 33:8, 34:8, 34:21, 35:8, 58:22, 59:4, 72:11, 72:15, 73:1, 73:17, 139:22
NBME'S [6] - 18:12, 23:3, 70:16, 71:3, 71:6, 72:2
NEARLY [1] - 22:1
NECESSARILY [5] - 25:15, 50:6, 70:10, 101:14, 110:7
NECESSARY [4] - 26:3, 29:17, 30:6, 77:21
NECESSITY [3] - 17:2, 22:14, 115:23
NEED [21] - 8:2, 8:22, 11:20, 11:24, 14:21, 15:14, 30:7, 36:23, 37:7, 49:2, 62:1, 72:4, 75:6, 101:14, 103:17, 117:17, 150:8, 150:17, 162:14, 168:5, 170:24
NEEDED [17] - 40:3, 121:7, 126:13, 138:8, 147:15, 149:7, 149:8, 152:18, 155:2, 155:18, 156:14, 157:3, 157:4, 160:15, 161:2, 163:19
NEEDS [13] - 5:17, 7:19, 11:19, 11:22, 20:12, 33:16, 34:4, 35:11, 94:16, 131:21, 137:17, 139:3, 139:4
NEGLECT [1] - 47:24
NETWORKING [1] - 134:21
NEUROPSYCHIATR
Y [2] - 97:23, 97:25
NEUROSTIMULANT [1] - 57:11
NEUROTYPICAL [1] - 23:15
NEVER [9] - 14:20, 32:12, 35:2, 90:17, 92:2, 96:12, 108:11,

142:22, 148:13
NEVERTHELESS [1] - 22:6
NEW [10] - 11:12, 12:18, 33:18, 43:1, 54:20, 54:21, 62:13, 63:22, 64:10, 116:11
NEXT [19] - 6:20, 42:6, 89:8, 99:5, 99:25, 100:11, 100:13, 136:19, 140:19, 140:21, 141:7, 146:1, 149:5, 155:23, 156:12, 156:16, 170:22, 175:24
NIGHT [2] - 126:24, 162:10
NINE [1] - 31:15
NO [69] - 14:22, 26:25, 28:4, 28:20, 33:3, 49:24, 52:8, 53:21, 54:14, 56:8, 58:14, 59:8, 59:14, 63:3, 65:2, 66:20, 66:24, 70:22, 71:13, 74:10, 83:23, 86:16, 89:4, 90:16, 93:18, 93:20, 95:1, 98:7, 98:11, 100:17, 101:20, 102:12, 102:15, 102:19, 112:23, 115:11, 115:12, 119:24, 123:5, 123:13, 124:10, 124:13, 125:16, 127:24, 132:16, 139:16, 140:8, 140:10, 142:19, 147:24, 153:11, 154:8, 161:8, 162:7, 166:11, 169:20, 171:9, 171:10, 171:11, 173:22, 175:3, 175:14, 175:17, 176:19
NOBEL [1] - 161:18
NOBODY [1] - 58:3
NON [1] - 22:21
NONE [1] - 30:21
NONMEDICATION [1] - 62:2
NOR [3] - 17:7, 30:24, 167:3
NORMAL [2] - 50:1, 129:13
NORMALLY [10] - 45:5, 54:1, 57:9, 61:25, 63:23, 65:7, 70:3, 94:11, 95:12,

143:11
NORTHWESTERN [1] - 67:18
NOT [199] - 4:17, 4:20, 4:21, 4:25, 7:2, 7:14, 7:24, 9:6, 9:11, 10:11, 10:13, 11:13, 12:2, 12:18, 12:19, 13:3, 14:2, 16:1, 16:16, 17:6, 17:15, 19:8, 19:14, 21:8, 22:2, 22:8, 23:17, 25:15, 27:11, 27:15, 28:13, 31:2, 31:12, 31:25, 32:7, 32:17, 33:18, 33:25, 34:11, 34:12, 34:17, 34:21, 34:22, 35:6, 35:7, 35:10, 36:24, 37:8, 37:22, 38:16, 40:12, 41:3, 41:4, 42:20, 42:25, 43:11, 44:4, 44:7, 46:6, 46:21, 50:5, 50:18, 52:12, 52:14, 52:17, 53:3, 53:14, 56:8, 58:23, 61:1, 62:12, 63:12, 63:17, 68:1, 71:14, 71:20, 73:5, 73:10, 76:11, 78:15, 79:23, 81:1, 83:4, 83:9, 83:10, 83:23, 83:24, 85:14, 85:15, 85:19, 86:1, 86:3, 86:5, 87:17, 88:11, 88:14, 88:23, 90:5, 90:12, 90:16, 96:17, 96:20, 97:6, 98:1, 100:8, 101:14, 102:17, 103:9, 106:24, 109:8, 109:20, 110:7, 110:24, 111:4, 112:20, 114:3, 114:7, 115:9, 115:19, 116:8, 116:15, 117:2, 117:5, 117:15, 117:21, 118:2, 118:4, 119:19, 120:7, 120:20, 121:16, 121:21, 122:13, 122:17, 122:18, 122:20, 123:6, 124:5, 124:6, 124:16, 125:8, 126:20, 126:23, 127:12, 128:3, 128:6, 128:12, 128:14, 128:17, 129:3, 129:4, 130:6, 131:19, 133:5,

133:21, 133:24, 134:3, 134:11, 136:8, 137:19, 137:20, 137:23, 137:24, 138:3, 138:7, 138:9, 138:10, 138:11, 139:2, 139:4, 139:5, 140:21, 142:19, 143:9, 145:9, 146:5, 146:25, 147:24, 148:14, 149:7, 149:16, 149:25, 154:11, 155:11, 155:24, 160:21, 162:11, 164:8, 167:17, 169:25, 171:19, 172:14, 172:15, 172:24

**NOTE** [3] - 51:5, 51:20, 65:20

**NOTED** [3] - 49:10, 103:19, 103:21

**NOTEPAD** [1] - 157:1

**NOTES** [3] - 92:22, 161:22, 177:1

**NOTHING** [2] - 26:21, 53:24

**NOTICE** [1] - 95:19

**NOTICED** [1] - 85:11

**NOTICING** [1] - 72:24

**NOTIFIED** [1] - 144:16

**NOW** [47] - 3:22, 4:18, 7:25, 14:1, 14:24, 32:6, 33:20, 35:17, 49:11, 52:10, 52:12, 58:11, 64:21, 64:22, 65:19, 66:6, 73:12, 79:3, 79:20, 80:14, 85:20, 86:5, 104:24, 105:18, 111:1, 114:21, 117:11, 119:6, 119:12, 120:5, 125:5, 125:19, 125:23, 128:10, 130:6, 134:25, 135:6, 136:6, 140:22, 150:2, 152:22, 153:16, 159:23, 164:17, 165:7, 171:22, 175:23

**NUMBER** [24] - 1:3, 43:7, 43:11, 55:15, 61:23, 62:15, 64:20, 75:10, 75:11, 77:21, 78:20, 79:22, 79:24, 97:11, 112:3, 126:1, 126:11, 133:17, 157:13, 159:5,

161:7, 163:23, 164:12, 167:18

**NUMBERS** [4] - 54:7, 65:8, 79:5, 167:15

**NUMEROUS** [3] - 24:3, 32:10, 167:5

**NURSING** [1] - 45:7

**NW** [1] - 2:3

## O

**O'CLOCK** [2] - 13:25, 143:13

**OBJECT** [11] - 6:24, 13:7, 44:8, 48:10, 73:4, 78:25, 81:10, 83:22, 112:19, 117:15, 117:17

**OBJECTED** [1] - 8:10

**OBJECTION** [64] - 5:17, 5:19, 6:20, 6:25, 7:3, 7:13, 7:18, 7:25, 8:2, 8:3, 10:2, 10:10, 10:20, 10:24, 13:13, 13:15, 41:3, 41:22, 44:20, 49:10, 49:19, 51:12, 52:24, 54:13, 57:25, 58:13, 59:7, 63:3, 65:22, 65:24, 66:20, 66:21, 66:24, 68:10, 68:12, 69:8, 69:15, 70:22, 71:9, 71:12, 73:19, 74:10, 74:23, 75:12, 77:4, 79:2, 80:12, 83:3, 87:18, 98:22, 114:2, 114:10, 116:21, 117:16, 135:25, 136:5, 139:11, 153:11, 161:8, 166:11, 169:25, 172:23, 173:9, 175:4

**OBJECTIONABLE** [1] - 118:3

**OBJECTIONS** [15] - 6:13, 6:14, 7:3, 7:23, 8:12, 8:18, 9:20, 12:20, 44:23, 103:18, 111:3, 115:25, 116:7, 116:24, 117:22

**OBJECTIVE** [1] - 23:8

**OBJECTIVELY** [1] - 95:14

**OBLIGATIONS** [3] - 16:10, 26:7, 27:7

**OBSTACLES** [1] - 16:21

**OBSTRUCT** [1] -

16:13

**OBTAIN** [1] - 33:5

**OBTAINED** [2] - 32:10, 32:14

**OBTAINING** [1] - 32:16

**OBVIOUSLY** [7] - 40:8, 80:20, 88:13, 119:16, 122:17, 123:16, 136:15

**OCCASION** [1] - 94:10

**OCCASIONS** [4] - 94:8, 94:24, 95:3, 174:21

**OCTOBER** [1] - 120:12

**OET** [1] - 108:13

**OF** [635] - 1:2, 3:10, 3:25, 4:4, 4:5, 4:14, 4:22, 5:10, 5:14, 5:25, 6:6, 7:8, 7:10, 8:4, 8:19, 8:21, 8:25, 9:2, 9:3, 9:13, 9:20, 10:1, 10:6, 10:16, 11:6, 11:8, 11:10, 11:13, 11:17, 11:22, 11:24, 12:9, 12:11, 12:12, 13:5, 13:13, 13:24, 14:2, 14:5, 14:8, 15:8, 15:12, 15:15, 15:17, 15:25, 16:3, 16:10, 16:17, 16:23, 17:5, 17:7, 17:14, 17:15, 17:16, 17:19, 17:20, 17:25, 18:8, 18:15, 18:17, 18:18, 18:19, 18:25, 19:4, 19:20, 19:22, 19:23, 19:24, 20:5, 20:11, 20:24, 21:1, 21:5, 21:10, 21:12, 21:22, 22:2, 22:3, 22:13, 22:21, 23:1, 23:3, 23:9, 23:21, 24:1, 24:2, 24:6, 24:7, 24:9, 24:15, 24:16, 24:19, 24:20, 24:22, 25:3, 25:7, 25:8, 25:24, 26:1, 26:4, 26:9, 26:10, 26:11, 26:13, 26:14, 26:15, 26:18, 26:22, 26:25, 27:6, 27:13, 27:20, 27:21, 27:22, 27:23, 27:24, 28:5, 28:12, 28:13, 28:14, 28:15, 28:17, 28:19, 28:21, 28:22, 29:2, 29:3, 29:23, 29:24, 30:2, 30:4, 30:11,

30:12, 30:13, 30:16, 30:17, 30:18, 30:21, 31:3, 31:4, 31:5, 31:7, 31:14, 31:15, 31:17, 31:19, 31:24, 32:4, 32:8, 32:9, 32:12, 32:18, 32:25, 33:8, 33:9, 33:11, 33:19, 33:20, 34:1, 34:9, 34:12, 34:13, 34:17, 34:20, 35:14, 37:2, 38:12, 38:18, 38:20, 38:22, 38:24, 38:25, 39:2, 39:4, 39:7, 39:9, 39:13, 39:14, 39:16, 39:18, 39:21, 39:22, 40:1, 40:5, 40:8, 40:10, 40:11, 40:13, 40:24, 40:25, 41:24, 42:3, 42:14, 42:23, 43:4, 43:8, 44:10, 45:8, 45:19, 46:22, 46:23, 47:5, 47:6, 47:10, 47:13, 47:16, 48:3, 48:4, 48:9, 48:11, 48:15, 48:22, 49:1, 49:2, 49:3, 49:4, 50:1, 50:10, 50:13, 51:3, 51:22, 51:24, 53:5, 53:6, 53:9, 53:10, 53:25, 54:1, 54:20, 54:21, 54:22, 54:23, 54:24, 55:11, 55:12, 56:16, 57:1, 57:2, 57:3, 57:5, 57:12, 57:14, 57:15, 57:16, 58:4, 58:12, 58:20, 59:6, 59:17, 61:2, 61:24, 62:5, 62:12, 63:16, 64:5, 64:25, 65:17, 66:8, 66:10, 66:14, 66:17, 67:4, 67:16, 68:3, 68:19, 69:5, 69:6, 69:14, 70:2, 70:3, 70:4, 70:8, 71:6, 71:15, 72:9, 72:24, 73:5, 73:25, 74:3, 74:17, 75:7, 75:8, 75:9, 75:13, 75:14, 76:9, 76:21, 77:1, 77:8, 77:19, 78:5, 78:10, 78:13, 78:17, 79:1, 79:2, 79:8, 79:15, 79:16, 79:18, 80:6, 80:10, 81:10, 81:12, 81:14, 81:22, 81:24, 81:25, 82:9, 82:10, 82:21, 83:24, 83:25, 84:1, 84:13,

84:16, 84:17, 84:18, 84:22, 85:1, 85:3, 85:10, 85:22, 86:13, 86:17, 86:18, 86:21, 86:24, 87:1, 87:15, 88:1, 90:2, 90:7, 90:13, 91:7, 91:14, 91:15, 92:15, 92:18, 92:20, 92:24, 93:2, 93:4, 93:14, 93:15, 93:22, 94:9, 94:12, 94:13, 94:17, 94:24, 95:3, 95:10, 95:15, 95:19, 95:20, 95:21, 95:22, 96:3, 96:24, 97:6, 97:11, 97:12, 100:1, 102:1, 102:17, 102:21, 103:7, 103:11, 103:24, 104:9, 104:14, 105:1, 105:5, 105:10, 105:15, 105:25, 106:2, 106:4, 106:8, 106:23, 106:24, 107:7, 107:13, 107:14, 107:16, 107:17, 107:20, 108:2, 108:10, 108:22, 109:3, 109:13, 109:14, 109:23, 110:4, 110:6, 110:7, 110:8, 110:16, 111:21, 111:23, 112:23, 113:6, 114:5, 114:10, 114:12, 114:14, 114:17, 114:19, 115:6, 115:16, 115:24, 116:9, 116:10, 116:18, 116:21, 116:24, 117:4, 117:5, 117:9, 117:11, 117:18, 118:25, 119:3, 119:5, 119:21, 120:1, 120:9, 120:22, 121:3, 121:7, 121:8, 121:17, 124:1, 124:2, 124:18, 124:19, 124:21, 124:23, 125:3, 125:6, 125:7, 125:10, 125:25, 126:2, 126:6, 126:16, 126:24, 127:1, 127:5, 129:8, 129:10, 129:19, 129:20, 129:21,

130:1, 130:2, 130:4,
130:8, 130:9,
130:11, 130:13,
130:18, 130:22,
130:25, 131:1,
131:2, 131:17,
131:22, 131:25,
132:6, 132:8,
132:17, 132:20,
133:8, 133:19,
133:24, 134:6,
134:21, 134:22,
134:23, 135:6,
135:10, 135:20,
136:14, 136:16,
136:17, 136:19,
136:21, 136:24,
137:8, 137:20,
138:3, 138:14,
138:25, 139:10,
140:17, 142:4,
142:24, 143:1,
143:3, 143:17,
143:22, 144:16,
144:20, 145:16,
146:21, 147:21,
148:11, 149:1,
149:3, 149:10,
149:11, 149:19,
150:3, 151:18,
151:25, 152:2,
153:19, 154:3,
154:18, 155:13,
156:4, 156:6,
156:11, 156:24,
157:15, 157:18,
158:2, 158:3,
158:14, 158:21,
159:1, 160:12,
160:17, 160:23,
161:13, 161:18,
161:21, 162:14,
162:17, 163:1,
163:14, 163:23,
164:3, 164:9,
164:15, 165:5,
165:21, 166:2,
166:4, 166:18,
167:9, 167:17,
167:21, 167:25,
168:1, 168:7, 168:9,
168:14, 168:19,
169:1, 169:7,
169:12, 169:14,
169:22, 171:22,
171:24, 172:4,
172:10, 172:12,
172:19, 172:22,
172:25, 173:4,
173:15, 173:17,
173:19, 174:10,

175:2, 175:6, 176:3,
176:17, 176:25,
177:4, 177:5, 177:15
OFF [15] - 7:11, 7:15,
39:2, 45:19, 97:6,
98:15, 98:25, 120:8,
124:1, 149:22,
156:17, 157:7,
162:1, 162:7, 165:21
OFFER [7] - 41:7,
42:3, 43:15, 43:18,
43:21, 77:8, 91:5
OFFERED [5] - 21:19,
41:5, 41:6, 47:14,
83:15
OFFERING [2] -
44:15, 44:19
OFFICE [6] - 4:1, 21:5,
45:9, 53:5, 145:6,
145:10
OFFICIAL [8] - 1:18,
21:19, 22:14, 26:19,
27:4, 48:9, 84:3,
177:18
OFTEN [1] - 43:6
OH [1] - 163:3
OKAY [110] - 3:19, 5:1,
5:21, 5:23, 6:5, 7:4,
8:4, 8:5, 8:15, 10:18,
14:24, 15:3, 15:5,
36:24, 36:25, 37:12,
38:1, 38:4, 39:6,
41:13, 44:22, 46:1,
46:17, 50:14, 50:23,
54:11, 56:9, 56:12,
57:20, 59:1, 59:19,
61:7, 62:4, 62:25,
63:7, 64:2, 64:19,
65:3, 69:1, 71:19,
72:6, 72:17, 74:7,
75:5, 83:7, 84:21,
86:7, 87:9, 87:19,
88:7, 89:17, 91:25,
94:24, 95:3, 95:9,
97:10, 98:13, 99:3,
100:7, 100:10,
100:12, 101:5,
101:25, 102:4,
102:5, 102:6,
102:16, 104:19,
105:4, 105:17,
106:16, 108:6,
108:20, 111:13,
111:25, 112:15,
118:10, 119:17,
120:9, 122:1,
123:14, 124:11,
128:10, 130:21,
135:19, 136:1,
136:23, 137:2,

137:4, 137:5,
139:14, 140:8,
142:23, 145:5,
150:1, 150:18,
150:21, 152:6,
154:18, 159:3,
159:23, 164:18,
167:21, 175:15,
176:2, 176:8,
176:19, 176:20,
177:8, 177:10
OLD [3] - 109:6,
147:18, 156:11
ON [280] - 3:5, 4:14,
4:21, 4:25, 5:18, 7:3,
7:13, 8:3, 8:6, 9:6,
10:9, 10:11, 10:24,
11:4, 11:6, 11:8,
12:2, 12:18, 12:19,
12:21, 13:2, 13:11,
13:16, 14:2, 14:13,
14:19, 15:22, 17:4,
17:10, 19:12, 22:1,
22:7, 22:22, 23:4,
23:9, 23:15, 23:23,
24:23, 25:7, 25:22,
26:2, 26:10, 26:19,
27:2, 27:11, 27:16,
27:20, 30:19, 30:20,
30:23, 32:4, 32:7,
34:19, 35:3, 35:4,
35:6, 35:13, 36:23,
38:5, 39:2, 40:9,
40:10, 40:14, 40:19,
40:20, 41:2, 42:3,
42:19, 43:15, 43:18,
44:3, 44:9, 44:15,
45:2, 46:6, 47:21,
48:2, 49:4, 50:1,
50:3, 51:1, 52:10,
53:13, 53:23, 54:1,
54:22, 54:23, 55:7,
55:11, 56:22, 57:6,
57:7, 59:13, 60:1,
60:5, 61:21, 61:24,
62:1, 62:21, 63:10,
64:3, 64:13, 64:17,
65:1, 65:4, 65:6,
66:8, 67:17, 67:24,
68:12, 68:13, 68:22,
69:1, 70:6, 70:8,
70:11, 71:10, 72:3,
72:22, 73:15, 73:16,
73:17, 73:18, 74:15,
74:17, 74:21, 75:2,
75:13, 76:1, 76:14,
76:20, 78:4, 78:17,
78:22, 79:2, 79:9,
79:13, 82:12, 82:18,
82:22, 83:5, 84:3,
85:2, 85:7, 85:9,

87:9, 87:13, 87:14,
87:24, 89:10, 89:12,
90:10, 91:15, 91:24,
92:6, 92:10, 92:11,
92:15, 92:23, 93:8,
93:14, 94:16, 95:13,
95:16, 96:16, 98:5,
98:24, 99:5, 100:5,
103:15, 103:25,
104:9, 104:14,
104:22, 104:25,
106:5, 106:6,
106:10, 106:14,
106:18, 108:3,
110:2, 110:13,
110:22, 112:5,
112:13, 113:23,
114:11, 115:5,
116:1, 116:24,
119:7, 120:2, 120:7,
123:2, 123:9,
123:22, 125:18,
125:21, 127:5,
129:8, 132:11,
133:19, 135:17,
136:14, 137:13,
137:16, 138:21,
139:10, 140:21,
143:8, 143:19,
144:22, 146:8,
147:5, 148:16,
148:19, 149:22,
150:18, 152:19,
153:2, 153:8,
153:24, 153:25,
154:12, 155:2,
155:17, 155:20,
155:21, 155:24,
156:1, 156:5,
156:20, 157:2,
157:3, 157:15,
157:18, 159:9,
159:15, 160:17,
161:23, 163:10,
164:6, 164:19,
164:25, 165:4,
167:2, 169:23,
170:13, 170:23,
171:6, 171:9,
172:11, 172:14,
173:1, 174:2, 174:6,
174:14, 174:21,
175:11, 176:6,
176:11, 176:18,
177:1, 177:4, 177:8
ONCE [10] - 21:10,
88:10, 106:10,
117:10, 120:6,
120:19, 122:11,
122:17, 122:18,
176:18

ONE [75] - 5:4, 5:7,
5:15, 6:21, 8:17,
11:17, 11:22, 12:22,
13:20, 14:22, 24:19,
25:21, 28:14, 35:9,
46:17, 49:7, 52:11,
54:20, 55:4, 55:5,
55:6, 58:2, 58:9,
59:17, 60:24, 61:21,
68:6, 69:13, 75:10,
76:9, 81:6, 92:7,
93:14, 94:22, 94:23,
104:8, 106:7,
107:17, 112:23,
113:19, 116:5,
120:19, 122:23,
123:14, 124:19,
129:13, 130:25,
131:1, 131:2, 131:5,
132:8, 133:18,
135:6, 136:3, 147:7,
150:15, 150:19,
151:9, 157:13,
160:13, 165:4,
165:5, 166:16,
171:9, 171:10,
171:11, 171:20,
173:15, 174:2,
174:16, 176:25
ONES [3] - 12:10,
60:19, 115:25
ONLINE [1] - 103:1
ONLY [35] - 5:15, 6:17,
8:8, 12:13, 19:8,
27:15, 32:6, 32:25,
35:9, 61:1, 61:19,
68:5, 70:7, 86:12,
90:5, 92:20, 109:4,
109:8, 109:20,
119:24, 120:1,
122:16, 129:13,
133:24, 137:19,
138:3, 138:7,
138:10, 139:5,
149:7, 150:15,
155:3, 162:20,
167:23, 176:14
ONTO [3] - 154:17,
155:23, 168:16
OPEN [4] - 34:16,
51:15, 66:2, 121:8
OPEN-ENDED [2] -
51:15, 66:2
OPENING [7] - 4:23,
5:1, 5:24, 29:7,
29:11, 31:8, 34:14
OPENINGS [1] - 14:25
OPENLY [1] - 173:5
OPENS [1] - 99:14
OPERATION [1] -

113:8

**OPERATIONS** [2] - 30:4, 39:17

**OPINION** [22] - 24:23, 43:15, 43:18, 44:15, 73:8, 73:20, 74:19, 75:2, 76:1, 78:22, 87:25, 92:5, 92:10, 92:12, 93:3, 95:11, 109:22, 115:7, 118:2, 123:16, 164:4, 170:3

**OPINIONS** [3] - 73:10, 75:16, 85:22

**OPPORTUNITIES** [2] - 24:17, 31:18

**OPPORTUNITY** [14] - 6:24, 7:19, 10:22, 10:25, 14:14, 17:4, 19:16, 21:4, 23:14, 35:18, 109:18, 116:2, 132:8, 138:12

**OPPOSED** [5] - 54:7, 75:14, 124:6, 131:4, 131:9

**OR** [146] - 4:22, 5:24, 6:15, 7:1, 7:23, 9:10, 9:24, 11:10, 15:19, 16:17, 17:6, 22:3, 25:16, 30:3, 30:22, 32:10, 33:10, 34:4, 35:4, 36:22, 37:7, 37:8, 38:17, 40:24, 41:23, 45:7, 45:22, 46:21, 48:7, 50:18, 52:22, 53:11, 54:20, 55:12, 59:17, 60:6, 61:20, 61:21, 62:2, 63:15, 63:17, 65:20, 66:7, 69:5, 70:14, 71:3, 71:7, 72:10, 74:25, 76:5, 76:8, 79:9, 79:11, 80:25, 82:11, 87:17, 88:4, 88:7, 90:1, 90:20, 92:11, 92:16, 92:18, 95:5, 95:19, 96:10, 96:14, 97:2, 97:7, 97:8, 102:13, 103:18, 104:6, 105:5, 105:19, 105:20, 105:21, 105:23, 105:24, 107:7, 107:19, 107:25, 109:19, 110:9, 110:11, 111:19, 113:21, 114:9, 115:17, 117:18, 118:18, 119:1, 119:21,

120:9, 121:18, 123:23, 124:1, 124:5, 125:17, 130:8, 130:11, 131:10, 131:17, 132:4, 132:10, 134:15, 135:8, 136:9, 136:21, 137:9, 137:22, 139:9, 142:1, 143:9, 144:13, 145:4, 145:6, 146:3, 146:16, 147:23, 149:12, 149:22, 155:10, 155:14, 155:18, 156:3, 156:7, 156:19, 160:25, 163:19, 163:20, 164:2, 165:2, 168:3, 168:5, 169:19, 170:18, 170:23, 171:12, 172:24, 173:6

**ORDER** [9] - 9:9, 14:22, 33:16, 34:5, 49:3, 105:18, 107:8, 118:21, 127:11

**ORDERS** [1] - 6:10

**ORDINARILY** [1] - 85:23

**ORDINARY** [1] - 8:10

**ORGANIZATION** [2] - 70:12, 109:7

**ORGANIZATIONS** [1] - 105:13

**ORGANIZE** [1] - 176:21

**OTHER** [63] - 4:22, 4:25, 5:4, 5:20, 7:9, 9:17, 11:18, 11:21, 12:22, 13:9, 13:18, 14:8, 14:12, 14:22, 21:22, 26:19, 33:6, 39:7, 39:20, 44:5, 44:21, 48:15, 49:1, 49:7, 49:8, 49:9, 59:14, 61:22, 79:10, 79:24, 80:23, 90:22, 98:7, 102:25, 105:13, 105:20, 115:10, 117:4, 125:10, 133:4, 135:8, 135:9, 137:9, 139:8, 140:6, 142:23, 144:1, 144:5, 144:8, 146:2, 149:2, 149:10, 149:13, 153:17, 156:14, 156:19, 160:13, 160:23,

173:2, 173:22

**OTHERS** [3] - 15:11, 160:25, 161:3

**OTHERWISE** [2] - 8:9, 10:15

**OUGHT** [1] - 11:18

**OUR** [22] - 6:7, 9:18, 27:14, 27:20, 28:16, 41:25, 46:23, 47:2, 63:23, 63:24, 70:11, 82:17, 97:25, 101:19, 104:15, 116:13, 116:21, 124:18, 136:13, 143:7, 164:19, 171:10

**OURSELVES** [1] - 12:4

**OUT** [42] - 8:4, 10:1, 11:5, 32:25, 33:17, 40:11, 42:24, 47:6, 47:23, 61:15, 66:17, 71:15, 74:21, 76:2, 77:13, 95:13, 100:6, 100:16, 104:9, 110:19, 119:1, 125:11, 127:2, 127:19, 128:15, 134:6, 134:12, 134:20, 137:6, 143:11, 144:23, 145:1, 155:25, 156:1, 156:12, 156:22, 157:17, 159:20, 162:12, 163:7, 165:19

**OUTLAID** [1] - 31:8

**OUTLINED** [1] - 25:9

**OUTPATIENT** [1] - 56:24

**OUTSET** [1] - 19:17

**OUTSIDE** [1] - 142:24

**OVER** [25] - 5:5, 12:1, 12:11, 13:23, 14:11, 14:22, 41:19, 52:10, 66:23, 78:20, 89:16, 89:21, 100:6, 102:7, 109:15, 117:10, 129:24, 130:8, 130:9, 148:15, 151:18, 152:16, 152:22, 156:3

**OVERALL** [1] - 84:16

**OVERCAME** [1] - 19:23

**OVERCOME** [3] - 16:22, 96:21, 171:4

**OVERCROWDED** [1] - 164:8

**OVERLOOK** [1] -

39:20

**OVERLY** [1] - 117:21

**OVERRULE** [4] - 49:11, 66:1, 69:11, 75:20

**OVERRULED** [6] - 49:21, 52:25, 73:12, 79:3, 80:14, 83:4

**OVERRULING** [1] - 44:22

**OVERSEE** [1] - 39:16

**OVERVIEW** [2] - 102:21, 143:22

**OWN** [13] - 19:1, 84:24, 88:21, 94:15, 96:1, 96:2, 100:4, 106:18, 112:15, 113:3, 132:25, 147:22, 148:19

**OWNED** [1] - 154:13

# P

**P-U-L-L-I-N-S** [1] - 36:11

**P.M** [2] - 99:3, 162:1

**PA** [2] - 1:9, 1:20

**PACKET** [1] - 86:19

**PADDLE** [1] - 145:9

**PAGE** [11] - 12:2, 13:16, 31:15, 55:21, 58:4, 58:5, 63:2, 68:6, 82:10, 150:15, 178:9

**PAGES** [2] - 11:8, 12:9

**PAID** [3] - 37:20, 102:10, 120:8

**PAIN** [3] - 47:5, 47:6, 70:14

**PAINFUL** [4] - 125:4, 125:5, 126:22, 129:17

**PAINT** [1] - 95:21

**PANDEMIC** [1] - 131:18

**PAPER** [1] - 16:18

**PAPERWORK** [1] - 74:3

**PAR** [1] - 23:15

**PARAGRAPH** [3] - 84:25, 113:4, 156:3

**PARALEGAL** [2] - 4:1, 9:18

**PARENT** [7] - 19:20, 95:17, 148:12, 148:13, 157:15, 171:7, 175:12

**PARENTING** [1] - 148:18

**PARK** [3] - 102:24,

103:2, 103:5

**PART** [20] - 11:13, 16:11, 30:3, 40:1, 46:23, 48:4, 50:1, 69:18, 69:19, 91:14, 92:20, 105:5, 108:22, 109:3, 110:4, 112:21, 132:17, 134:22, 169:14, 172:5

**PARTICIPATE** [2] - 23:14, 82:13

**PARTICIPATING** [3] - 13:1, 13:8, 116:18

**PARTICIPATION** [1] - 38:24

**PARTICULAR** [66] - 12:9, 22:5, 22:7, 22:19, 25:21, 42:4, 43:7, 43:11, 45:17, 47:13, 47:17, 53:25, 56:18, 56:22, 57:3, 57:14, 57:16, 59:23, 61:8, 61:16, 63:15, 63:21, 64:5, 65:11, 65:21, 69:4, 72:23, 78:19, 79:12, 80:25, 84:7, 84:11, 85:10, 87:3, 87:5, 92:24, 93:4, 93:14, 94:16, 94:23, 95:6, 96:16, 103:10, 104:22, 106:14, 109:1, 110:3, 120:4, 120:23, 123:22, 123:24, 127:5, 130:15, 137:10, 146:20, 154:7, 154:10, 154:12, 160:10, 160:12, 160:13, 160:14, 164:14, 165:22, 167:22

**PARTICULARLY** [1] - 38:23

**PARTICULARS** [1] - 70:4

**PARTIES** [1] - 9:19

**PARTS** [1] - 78:10

**PARTY** [2] - 71:3, 71:7

**PASS** [9] - 35:10, 108:11, 115:17, 118:21, 119:1, 119:3, 119:19, 122:17, 162:11

**PASSAGE** [1] - 112:16

**PASSED** [9] - 13:24, 83:10, 85:15, 88:11, 106:10, 118:25, 122:18, 138:25,

139:1
PASSING [5] - 82:22, 84:12, 85:12, 129:2, 140:3
PASSION [2] - 15:13, 16:23
PASSIONATE [1] - 17:13
PAST [7] - 22:22, 40:14, 40:15, 40:18, 43:9, 43:12, 52:10
PAT [1] - 145:6
PATH [1] - 16:9
PATHWAY [1] - 108:12
PATHWAYS [1] - 20:9
PATIENCE [1] - 15:2
PATIENT [49] - 14:7, 14:14, 39:15, 39:18, 40:3, 40:5, 40:6, 40:10, 40:24, 41:16, 45:6, 45:10, 46:11, 46:22, 46:25, 47:5, 47:12, 49:13, 50:3, 53:9, 53:11, 54:20, 54:22, 54:23, 60:6, 61:1, 61:10, 61:19, 63:21, 64:4, 64:8, 64:10, 64:24, 65:21, 67:21, 71:8, 71:23, 90:2, 90:6, 92:11, 92:16, 92:17, 93:4, 94:6, 96:7, 96:9, 96:12, 97:2, 97:23
PATIENT'S [7] - 45:4, 45:13, 47:11, 47:16, 71:25, 92:15, 96:1
PATIENTS [19] - 46:15, 47:22, 49:17, 54:21, 56:14, 60:13, 60:15, 61:14, 66:9, 68:22, 71:4, 72:16, 89:15, 93:15, 94:2, 96:15, 97:1, 138:5, 138:23
PATTERN [1] - 27:6
PAVING [1] - 28:19
PAY [4] - 120:1, 131:3, 131:8, 137:24
PAYING [3] - 120:6, 143:24, 144:14
PEDIATRICIAN [2] - 145:16, 145:20
PEDIATRICIAN'S [1] - 20:3
PEER [1] - 38:18
PEERS [2] - 20:16, 21:7
PEN [1] - 28:13
PENCIL [2] - 147:8,

147:12
PENDING [1] - 79:1
PENNSYLVANIA [1] - 1:2
PEOPLE [22] - 4:14, 5:10, 21:23, 31:1, 33:15, 34:3, 69:19, 74:17, 104:15, 108:23, 108:25, 118:4, 118:25, 119:21, 129:13, 130:19, 138:15, 154:10, 163:23, 172:21, 173:2, 173:3
PER [3] - 88:24, 126:4, 127:7
PERCEIVES [1] - 32:22
PERCENT [10] - 30:2, 30:16, 30:18, 34:4, 77:22, 79:15, 79:17, 79:20, 79:21, 113:19
PERCENTAGE [3] - 79:6, 79:17, 107:18
PERCENTAGES [2] - 79:13, 79:21
PERCENTILE [4] - 77:3, 77:20, 78:21, 108:1
PERCEPTION [2] - 74:21, 96:3
PERCEPTIONS [1] - 23:8
PERFECT [3] - 10:25, 50:18, 141:1
PERFECTLY [1] - 166:20
PERFORM [2] - 96:5, 110:12
PERFORMANCE [4] - 53:8, 82:19, 95:23, 139:24
PERFORMED [3] - 78:17, 78:18
PERHAPS [4] - 32:10, 97:20, 117:21, 177:7
PERIOD [3] - 19:22, 57:5, 171:13
PERIODICAL [1] - 114:16
PERKINS [1] - 2:2
PERMANENT [1] - 24:1
PERMISSION [2] - 50:11, 100:2
PERMITTED [1] - 21:6
PERPETUAL [1] - 24:3
PERPETUATED [1] - 23:7

PERSEVERED [1] - 22:6
PERSIST [1] - 28:7
PERSISTENTLY [1] - 18:5
PERSON [19] - 5:15, 28:4, 33:16, 57:13, 65:20, 70:5, 72:9, 88:18, 119:19, 125:7, 125:17, 130:3, 131:21, 134:24, 137:7, 139:3, 142:1, 173:3
PERSONAL [9] - 31:7, 31:9, 32:1, 32:20, 45:13, 48:12, 75:18, 76:22, 82:20
PERSONALIZED [1] - 20:7
PERSONALLY [3] - 98:24, 110:2, 158:5
PERSPECTIVE [2] - 16:23, 23:17
PERVASIVE [1] - 27:19
PH.D [4] - 51:23, 104:24, 128:17, 128:21
PHILADELPHIA [2] - 1:9, 1:20
PHONE [3] - 143:9, 161:24, 162:7
PHONICS [2] - 153:24, 153:25
PHOTOGRAPHING [1] - 20:25
PHRASED [2] - 75:13, 75:17
PHRASING [1] - 75:14
PHYSICAL [2] - 47:2, 132:9
PHYSICALLY [1] - 134:10
PHYSICIAN [32] - 16:3, 16:9, 17:8, 17:13, 26:18, 42:17, 45:21, 46:4, 48:7, 63:17, 71:23, 79:15, 87:11, 87:25, 92:6, 92:9, 92:12, 92:16, 93:4, 103:4, 110:12, 119:6, 119:13, 119:25, 130:11, 130:12, 130:18, 132:17, 137:23, 139:6, 158:21
PHYSICIANS [10] - 26:17, 29:17, 39:21, 46:9, 46:20, 48:15, 48:20, 49:1, 79:16,

108:3
PICK [3] - 92:23, 97:3, 132:10
PICTURE [1] - 95:22
PICTURES [1] - 95:17
PIECE [2] - 16:17, 162:4
PITCH [1] - 148:20
PLACE [17] - 17:11, 19:19, 27:22, 28:3, 39:14, 45:10, 98:2, 105:10, 109:14, 153:18, 155:7, 161:14, 161:16, 161:19, 166:23, 167:6, 170:20
PLACED [1] - 77:19
PLACEMENT [2] - 21:1, 77:3
PLAINLY [1] - 92:14
PLAINTIFF [19] - 1:4, 27:12, 36:6, 38:2, 51:11, 54:16, 58:17, 63:5, 66:25, 70:24, 74:12, 100:22, 102:22, 114:23, 137:13, 141:18, 153:13, 161:10, 166:13
PLAINTIFF'S [1] - 11:6
PLAN [11] - 40:4, 40:20, 63:18, 63:20, 65:5, 65:6, 65:9, 65:11, 65:12, 65:14, 136:11
PLANNER [1] - 161:18
PLANNERS [1] - 161:19
PLANNING [1] - 42:3
PLANS [1] - 150:3
PLASTIC [1] - 158:17
PLATFORM [1] - 27:11
PLAY [4] - 29:16, 79:24, 144:11
PLAYED [1] - 169:14
PLAYS [1] - 172:5
PLEA [1] - 18:12
PLEASE [27] - 3:13, 3:23, 36:2, 36:5, 36:8, 36:24, 51:20, 68:1, 100:18, 100:24, 101:15, 102:20, 104:16, 106:6, 110:13, 112:5, 113:5, 141:17, 141:20, 150:24, 151:10, 159:5, 159:7, 160:7,

164:13, 164:17, 165:19
PLEASED [1] - 85:18
PLEASES [1] - 15:7
PLENTY [1] - 161:21
PLUGS [1] - 21:6
PLUS [2] - 60:9, 155:3
PMR [1] - 132:9
POINT [17] - 5:5, 5:7, 11:4, 12:13, 12:22, 14:8, 36:21, 52:13, 52:15, 78:13, 89:9, 116:8, 117:2, 117:6, 123:11, 171:2, 173:6
POINTS [1] - 16:6
POLICIES [6] - 23:3, 23:6, 105:3, 105:10, 109:14, 131:2
POLICY [2] - 105:8, 131:1
POLITICAL [1] - 105:1
POOR [3] - 109:17, 131:7, 144:1
POPULATION [4] - 79:19, 118:5, 167:9, 167:14
PORTRAYED [2] - 16:24, 26:20
POSE [2] - 7:12, 22:19
POSED [1] - 19:5
POSITION [4] - 27:2, 83:16, 127:13, 173:2
POSITIVE [1] - 52:5
POSSESSES [1] - 15:20
POSSIBLE [1] - 134:11
POSSIBLY [1] - 99:8
POST [2] - 9:5, 9:12
POTENTIAL [7] - 17:8, 26:2, 28:21, 39:21, 87:15, 88:1, 176:15
POTENTIALLY [1] - 31:25
POWELL [1] - 29:15
POWER [3] - 27:22, 28:13, 172:16
PRACTICE [5] - 16:14, 38:12, 42:22, 43:8, 45:23, 48:19, 54:25, 63:23, 68:9, 85:2, 88:14, 91:4, 124:6, 132:19, 132:25
PRACTICES [5] - 28:8, 46:4, 48:13, 48:15, 49:1
PRACTICING [2] - 93:4, 124:7
PRACTITIONER [4] -

15:16, 51:10, 60:12, 103:6
PRAISE [1] - 132:3
PRAY [1] - 29:1
PRE [1] - 39:4
PRE-IMPOSED [1] - 39:4
PRECISELY [1] - 33:11
PREDICTABILITY [1] - 52:5
PREDOMINANTLY [1] - 45:23
PREEXISTING [1] - 93:9
PREFER [1] - 82:23
PREFERABLY [1] - 10:21
PREFORMED [1] - 26:15
PREGNANT [1] - 147:20
PREJUDICE [1] - 116:10
PRELIMINARY [3] - 5:5, 5:7, 5:9
PREP [2] - 104:10, 166:4
PREPARE [1] - 32:1
PREPARED [3] - 32:17, 37:17, 163:7
PREPARING [2] - 103:12, 111:19
PRESCRIBE [3] - 54:20, 64:1, 64:7
PRESCRIBED [1] - 146:18
PRESCRIPTION [3] - 20:4, 47:11, 64:5
PRESCRIPTIONS [1] - 33:21
PRESENCE [1] - 4:11
PRESENT [6] - 4:8, 18:7, 22:25, 34:8, 35:19, 40:10
PRESENTED [6] - 22:4, 22:16, 23:18, 26:5, 27:5, 130:17
PRESENTING [1] - 17:1
PRESENTLY [1] - 15:23
PRESERVE [1] - 111:4
PRESERVED [1] - 103:21
PRESIDENT [1] - 138:25
PRESSURE [2] - 35:9, 48:3
PRESUMABLY [1] -

5:24
PRETRIAL [5] - 4:19, 6:7, 9:21, 44:13, 176:17
PRETTY [9] - 5:10, 148:21, 152:20, 164:9, 164:11, 168:22, 169:8, 171:3, 173:5
PREVALENT [1] - 24:25
PREVENT [2] - 19:3, 28:10
PREVENTION [1] - 138:21
PREVENTIVE [1] - 35:1
PREVIEWING [1] - 12:13
PREVIOUS [4] - 17:23, 42:25, 64:14
PREVIOUSLY [4] - 11:13, 12:19, 114:6, 116:20
PRICE [1] - 125:23
PRIMARILY [1] - 57:11
PRIMARY [1] - 23:8
PRINCIPAL [2] - 113:16, 145:10
PRINCIPAL'S [1] - 145:5
PRINCIPALS [1] - 27:13
PRINCIPLE [2] - 10:11, 15:20
PRINCIPLES [1] - 29:2
PRINTOUT [1] - 81:24
PRIOR [5] - 32:21, 42:21, 47:23, 105:10, 116:6
PRIORITY [1] - 89:7
PRIVILEGES [1] - 149:18
PRO [1] - 1:15
PROACTIVELY [1] - 20:20
PROBABLY [20] - 12:8, 38:3, 47:1, 75:8, 76:5, 78:2, 78:6, 80:5, 89:7, 89:8, 89:11, 119:23, 133:20, 134:1, 134:2, 150:8, 153:3, 156:11, 167:19
PROBATION [1] - 52:10
PROBLEM [4] - 47:23, 100:8, 100:17,

143:24
PROBLEMS [2] - 52:9, 76:17
PROCEDURAL [1] - 54:5
PROCEED [7] - 10:15, 36:13, 44:24, 56:9, 75:10, 93:14, 101:3
PROCEEDING [3] - 8:9, 13:1, 13:8
PROCEEDINGS [4] - 1:22, 4:21, 33:7, 177:15
PROCESS [33] - 9:22, 13:6, 30:13, 45:3, 45:7, 48:5, 72:9, 86:10, 88:25, 106:24, 107:1, 107:4, 107:6, 108:6, 109:23, 119:1, 119:25, 120:4, 122:9, 126:24, 127:2, 127:17, 129:9, 129:15, 129:22, 133:11, 133:13, 133:14, 133:15, 133:21, 133:22, 133:24
PROCESSES [2] - 82:12, 162:13
PRODUCED [3] - 1:22, 11:13, 12:18
PROFESSION [3] - 15:21, 129:23, 168:25
PROFESSIONAL [7] - 24:23, 39:8, 74:19, 75:24, 105:6, 113:11, 161:17
PROFESSOR [3] - 168:4, 169:22, 175:12
PROFESSORS [12] - 21:3, 21:22, 167:3, 168:7, 168:20, 168:21, 169:15, 169:17, 174:4, 174:9, 174:23, 175:11
PROFICIENCY [1] - 18:15
PROFOUND [5] - 15:8, 18:19, 27:15, 61:23, 161:20
PROFOUNDLY [1] - 16:22
PROGRAM [58] - 20:13, 20:14, 25:14, 25:18, 25:19, 81:25, 82:11, 82:13, 82:15,

82:17, 83:16, 85:10, 85:14, 86:1, 90:14, 90:15, 91:5, 91:16, 91:25, 107:24, 109:12, 109:13, 109:19, 109:20, 110:19, 115:18, 122:19, 124:5, 124:6, 124:17, 124:21, 124:23, 126:11, 127:4, 128:13, 130:10, 130:22, 131:20, 131:23, 132:4, 133:16, 133:17, 134:3, 134:5, 134:11, 134:16, 135:5, 135:8, 135:9, 135:16, 150:5, 150:6, 150:7, 150:9, 150:11
PROGRAMMING [1] - 24:4
PROGRAMS [35] - 80:2, 80:7, 80:11, 80:17, 84:6, 85:4, 85:7, 91:6, 91:7, 107:9, 110:17, 110:20, 113:12, 122:13, 123:24, 125:1, 125:25, 126:7, 126:8, 126:9, 127:9, 127:15, 127:20, 128:3, 128:5, 128:8, 128:11, 130:3, 130:5, 130:7, 132:9, 134:5, 154:6
PROGRESS [2] - 15:11, 51:4
PROGRESSING [1] - 16:8
PROJECTS [4] - 148:5, 148:6, 148:8, 171:24
PROMISE [1] - 12:23
PROMPT [1] - 20:24
PRONOUNS [1] - 75:18
PROOF [1] - 77:8
PROPER [3] - 24:13, 40:21, 76:12
PROPERLY [2] - 43:16, 43:22
PROPORTION [1] - 47:6
PROPOSED [2] - 9:2, 9:8
PROSPECTIVE [1] - 29:17

PROTECT [1] - 30:12
PROUD [2] - 172:10, 173:19
PROVE [1] - 134:9
PROVIDE [15] - 18:9, 24:8, 25:14, 27:1, 29:13, 31:14, 31:19, 33:6, 33:8, 39:25, 40:1, 67:23, 73:20, 90:1, 109:24
PROVIDED [21] - 20:6, 20:15, 22:9, 22:15, 24:18, 25:18, 30:24, 31:4, 31:6, 32:12, 32:17, 32:19, 32:23, 33:3, 72:12, 90:17, 94:2, 94:5, 114:3, 115:6, 156:19
PROVIDER [2] - 64:15, 148:21
PROVISION [2] - 25:2, 30:11
PROXIMITY [2] - 149:6, 155:16
PSYCHIATRIST [2] - 25:6, 25:8
PSYCHIATRY [1] - 65:14
PSYCHOLOGICAL [1] - 32:15
PUBLIC [2] - 18:25, 105:14
PUBLICATION [1] - 84:3
PUBLICATIONS [1] - 111:18
PUBLISHED [1] - 10:3
PULL [7] - 8:23, 100:4, 112:3, 150:13, 150:14, 159:4, 164:12
PULLED [1] - 52:22
PULLING [3] - 13:9, 55:5, 67:9
PULLINS [103] - 3:18, 3:20, 3:21, 24:20, 36:1, 36:6, 36:11, 36:18, 36:21, 37:1, 37:12, 37:20, 38:1, 39:12, 41:5, 41:15, 42:3, 42:7, 42:13, 44:14, 45:2, 45:21, 46:19, 48:12, 48:14, 48:16, 48:25, 49:7, 49:13, 49:23, 50:8, 51:6, 51:20, 52:20, 53:2, 53:21, 54:19, 55:4, 55:7, 56:12, 56:18, 56:21, 57:8, 58:20, 59:21, 60:11,

61:7, 62:20, 63:10, 64:3, 64:22, 64:24, 66:6, 67:3, 67:11, 67:16, 68:8, 68:19, 69:20, 70:1, 70:16, 71:2, 71:22, 72:8, 72:22, 73:14, 74:15, 75:23, 76:18, 76:23, 76:24, 77:18, 78:7, 79:8, 80:1, 80:6, 81:2, 81:5, 81:7, 81:12, 82:6, 82:14, 82:25, 83:13, 83:23, 84:11, 85:17, 85:24, 86:9, 86:20, 87:9, 87:19, 87:23, 89:3, 89:8, 89:24, 91:4, 93:21, 97:18, 98:14, 98:18, 98:19, 177:22

**PULLINS'S** [4] - 44:9, 75:1, 75:16, 86:1

**PURPOSELY** [1] - 60:3

**PURPOSES** [6] - 34:13, 62:15, 94:3, 94:6, 95:4, 165:20

**PURSUE** [2] - 15:21, 80:25

**PURSUING** [1] - 16:23

**PURSUIT** [1] - 28:22

**PURVIEW** [2] - 28:10, 43:4

**PUSH** [1] - 159:1

**PUT** [29] - 31:9, 47:24, 63:1, 83:20, 85:5, 98:24, 125:6, 125:8, 150:6, 150:7, 150:9, 153:9, 153:18, 153:20, 153:21, 154:6, 155:7, 155:8, 157:1, 157:2, 157:8, 161:6, 161:14, 161:15, 169:1, 170:13, 170:20, 176:11

**PUTS** [2] - 8:1, 45:17

**PUTTING** [3] - 85:13, 99:5, 176:18

**PX** [1] - 166:12

**PX02** [4] - 55:17, 57:23, 58:4, 58:12

**PX03** [2] - 66:18, 66:24

**PX05** [1] - 50:10

**PX1** [1] - 153:12

**PX26** [2] - 62:8, 63:2

**PX3** [1] - 64:20

**PX5** [1] - 54:13

**PX57** [3] - 67:7, 67:9, 70:19

**PX75** [2] - 72:19, 74:9

**PX79** [3] - 81:4, 83:21, 85:20

**PX84** [3] - 112:5, 112:24, 114:21

## Q

**QUALIFICATIONS** [3] - 41:23, 44:17, 116:16

**QUALIFIED** [3] - 117:7, 136:16, 154:11

**QUALIFIES** [1] - 73:2

**QUALIFY** [1] - 72:16

**QUALITATIVE** [1] - 113:18

**QUALITY** [4] - 31:4, 40:11, 61:24, 115:5

**QUANTITATIVE** [1] - 113:20

**QUANTITY** [1] - 160:23

**QUARTER** [8] - 159:24, 159:25, 160:8, 160:9

**QUESTION** [46] - 7:13, 12:24, 34:16, 35:19, 36:22, 37:6, 45:12, 49:11, 53:18, 53:20, 53:21, 53:22, 54:5, 56:6, 59:11, 59:13, 65:25, 69:13, 71:15, 75:13, 75:14, 75:17, 75:23, 79:1, 80:16, 87:20, 89:6, 101:13, 103:25, 114:14, 115:4, 123:23, 137:4, 139:7, 139:13, 152:6, 170:3, 171:20, 172:19, 173:1, 173:9, 173:11, 174:2, 174:15, 174:17, 175:1

**QUESTIONING** [5] - 44:24, 48:11, 48:21, 48:22, 75:8

**QUESTIONS** [43] - 5:6, 7:12, 8:13, 9:7, 10:23, 11:1, 13:18, 41:22, 45:18, 51:16, 66:3, 68:1, 69:2, 69:10, 71:20, 72:2, 72:3, 75:12, 75:17, 77:13, 82:3, 89:5, 89:9, 90:23, 93:18, 93:22, 97:11, 98:7, 98:9, 98:10, 98:12,

106:22, 107:20, 114:18, 117:18, 139:16, 140:7, 142:3, 166:19, 173:22, 174:13, 175:14, 177:25

**QUICKLY** [1] - 160:6

**QUIET** [1] - 155:17

**QUITE** [3] - 126:14, 162:4, 172:24

**QUOTE** [2] - 108:23, 154:11

## R

**RACE** [3] - 28:14, 74:17, 167:2

**RACES** [1] - 75:25

**RACISM** [2] - 104:10, 104:25

**RAISE** [6] - 6:12, 6:19, 7:6, 36:5, 100:21, 141:17

**RAISED** [3] - 10:3, 98:9, 114:18

**RAISING** [6] - 111:3, 148:10, 148:11, 148:12, 157:15, 171:22

**RAMONDO** [2] - 51:10, 51:23

**RAN** [3] - 147:10, 147:11, 157:13

**RANGE** [3] - 57:2, 57:6, 57:7

**RANKED** [2] - 133:20, 134:2

**RANKING** [2] - 133:18, 133:19

**RANKS** [2] - 133:16

**RATE** [4] - 57:6, 57:15, 57:18, 92:18

**RATHER** [7] - 7:4, 19:12, 19:15, 22:3, 23:17, 32:9, 34:8

**RATING** [2] - 60:23, 90:1

**RE** [1] - 21:9

**RE-EVALUATION** [1] - 21:9

**REACH** [3] - 9:6, 16:20, 149:9

**REACHED** [1] - 37:18

**REACHING** [2] - 95:9, 95:24

**REACTABLE** [1] - 22:24

**READ** [14] - 51:20, 53:13, 62:20, 65:12, 67:19, 81:8, 82:14,

113:3, 113:4, 151:13, 154:2, 156:2, 157:5, 165:12

**READILY** [1] - 34:16

**READING** [31] - 20:14, 52:21, 65:19, 82:25, 83:14, 85:11, 116:19, 144:1, 146:6, 150:5, 150:11, 151:15, 151:24, 152:9, 152:14, 152:19, 153:20, 153:21, 153:22, 154:2, 154:3, 155:20, 160:17, 160:18, 160:23, 160:25, 161:2, 161:13, 165:7, 165:15, 170:24

**READY** [8] - 8:20, 14:24, 29:7, 35:20, 35:22, 141:6, 163:6, 163:7

**REAFFIRMED** [1] - 21:10

**REAL** [2] - 76:7, 171:8

**REALITY** [1] - 22:17

**REALIZE** [1] - 116:8

**REALIZED** [1] - 13:3

**REALLY** [44] - 8:2, 26:25, 46:18, 46:19, 70:8, 75:15, 88:8, 88:16, 88:17, 89:12, 94:17, 121:6, 123:22, 129:9, 129:10, 132:3, 143:14, 143:15, 143:17, 146:23, 146:24, 147:14, 154:9, 156:4, 156:10, 158:11, 164:1, 166:23, 166:24, 166:25, 167:3, 167:4, 167:6, 169:5, 169:10, 169:17, 170:13, 170:25, 171:1, 171:17, 171:19

**REAPPLYING** [1] - 89:1

**REASON** [16] - 9:5, 37:1, 37:6, 37:7, 38:14, 59:14, 85:20, 101:13, 102:16, 103:10, 115:13, 118:9, 157:11, 174:25, 175:1

**REASONABLE** [4] - 16:7, 17:3, 18:13,

59:4

**REASONS** [5] - 48:8, 68:23, 68:24, 116:20, 116:21

**REASSERT** [2] - 103:17, 116:21

**RECALL** [2] - 166:6, 167:16

**RECEIVE** [1] - 29:24

**RECEIVED** [6] - 11:5, 20:12, 30:3, 48:7, 99:23, 169:13

**RECEIVING** [5] - 21:11, 24:12, 26:18, 33:21, 168:1

**RECENTLY** [8] - 25:12, 25:16, 25:17, 33:23, 44:12, 52:9, 56:12, 56:13

**RECESS** [2] - 99:13, 141:5

**RECOGNITION** [1] - 26:8

**RECOGNIZE** [6] - 16:15, 17:5, 17:17, 27:14, 28:7, 112:8

**RECOGNIZED** [4] - 23:21, 29:15, 109:20, 113:15

**RECOLLECTION** [2] - 120:10, 145:16

**RECOMMENDATION** [9] - 51:8, 66:14, 67:4, 69:6, 82:21, 94:21, 108:2, 133:20, 135:13

**RECOMMENDATIONS** [3] - 26:10, 66:8, 86:17

**RECOMMENDED** [7] - 20:3, 94:2, 94:5, 95:4, 95:9, 95:25, 96:11

**RECORD** [52] - 7:4, 10:19, 13:4, 13:11, 14:9, 14:13, 18:16, 26:17, 31:16, 32:7, 34:8, 35:10, 36:9, 41:25, 47:21, 48:6, 54:4, 54:8, 56:23, 57:21, 57:22, 57:23, 58:1, 59:13, 62:6, 63:2, 64:12, 66:18, 68:5, 70:19, 74:9, 74:24, 83:20, 86:16, 100:25, 104:17, 107:6, 107:21, 111:5, 114:1, 116:1, 122:8, 141:21, 145:2, 153:10,

159:7, 161:6, 166:10, 167:10, 171:21, 177:15
RECORDED [2] - 1:22, 62:13
RECORDS [15] - 24:24, 31:13, 31:14, 32:11, 33:6, 33:21, 33:25, 47:16, 48:9, 53:23, 64:14, 93:13, 151:2
RECOUP [1] - 176:21
RECROSS [1] - 93:19, 177:21, 178:2
RECTIFIED [1] - 108:11
RECTIFY [5] - 18:11, 22:24, 123:11, 123:15, 124:1
RECURRENT [1] - 26:9
RECURRING [1] - 27:6
RED [7] - 107:19, 107:22, 107:23, 108:21, 108:23, 124:24, 126:7
REDIRECT [6] - 90:25, 91:2, 140:9, 174:18, 177:21, 178:2
REDLINING [2] - 109:16
REDO [1] - 87:23
REDUNDANT [1] - 93:23
REED [1] - 51:7
REFER [4] - 42:23, 59:18, 64:24, 65:14
REFERENCE [3] - 46:6, 51:21, 97:18
REFERENCING [1] - 88:3
REFERRED [2] - 51:23, 52:15
REFERRING [5] - 59:9, 63:22, 86:21, 87:2, 92:10
REFILL [1] - 64:18
REFLECTS [1] - 18:15
REFRIGERATOR [2] - 157:2, 161:24
REFUGE [1] - 16:11
REFUSED [2] - 17:3, 52:3
REGARD [2] - 58:4, 113:20
REGARDED [1] - 25:5
REGARDING [5] - 20:2, 23:3, 24:21, 25:1, 25:14

REGARDS [1] - 53:9
REGGIE [1] - 163:10
REGISTER [1] - 120:10
REGISTERED [1] - 22:11
REGISTRATION [1] - 130:22
REGRETTABLY [1] - 16:6
REIGNS [1] - 27:22
REINFORCING [1] - 28:22
REITERATE [2] - 116:6, 122:8
RELATED [6] - 37:13, 94:12, 95:5, 101:19, 125:1, 136:8
RELATING [1] - 105:24
RELATIONSHIP [9] - 142:10, 143:7, 143:8, 163:14, 163:17, 168:19, 169:15, 169:20
RELATIVELY [1] - 29:11
RELAX [2] - 102:4, 162:22
RELAXATION [1] - 67:23
RELEGATED [1] - 28:15
RELENTLESSLY [1] - 16:4
RELEVANCE [2] - 75:7
RELEVANCY [2] - 111:3, 116:9
RELEVANT [10] - 34:3, 48:17, 48:21, 58:21, 74:25, 77:5, 104:1, 112:12, 116:14, 132:6
RELIABLE [1] - 113:16
RELIED [2] - 30:20, 114:16
RELIEF [6] - 18:19, 18:22, 18:23, 34:9, 34:22, 35:1
RELIES [2] - 73:17, 82:18
RELIGION [1] - 28:14
RELIGIOUS [1] - 143:5
RELIVING [1] - 125:5
RELYING [2] - 26:10, 32:7
REMAIN [1] - 14:7

REMAINED [2] - 18:5, 19:21
REMAINS [2] - 26:24, 34:16
REMEDIED [1] - 87:17
REMEDIES [2] - 18:22, 153:17
REMEDY [3] - 19:2, 34:11, 34:17
REMEMBER [13] - 21:2, 66:2, 94:20, 94:22, 126:14, 134:22, 145:17, 147:19, 154:23, 156:13, 161:25, 163:3, 166:6
REMIND [1] - 5:12
REMINDER [1] - 51:14
REMOVE [1] - 110:9
REMOVED [5] - 20:23, 122:11, 123:4, 123:19, 124:1
REMOVING [1] - 108:10
RENDER [1] - 19:5
RENDERING [1] - 29:1
RENEW [1] - 41:21
RENUMBERING [1] - 54:7
REPEAT [1] - 154:19
REPEATED [2] - 109:22, 175:10
REPERCUSSIONS [1] - 119:4
REPHRASE [14] - 37:4, 49:16, 63:19, 68:16, 69:21, 84:19, 84:20, 92:13, 93:11, 101:16, 101:25, 152:6, 160:19, 173:11
REPORT [2] - 32:16, 61:9
REPORTER [12] - 1:18, 3:5, 3:6, 36:4, 36:8, 99:20, 100:20, 100:24, 104:15, 141:16, 141:20, 177:18
REPORTING [2] - 51:24, 60:25
REPORTS [4] - 52:1, 52:3, 52:8, 52:9
REPRESENTATION [4] - 19:24, 56:16, 74:17, 135:14
REPRESENTING [1] - 13:10
REQUEST [13] -

18:11, 30:10, 30:21, 30:23, 31:20, 32:3, 33:9, 34:19, 34:21, 52:17, 58:22, 70:12, 72:13
REQUESTED [4] - 30:1, 31:24, 34:9, 68:22
REQUESTING [1] - 72:10
REQUESTS [8] - 30:3, 30:5, 30:15, 32:9, 32:13, 32:18, 34:25, 68:25
REQUIRE [4] - 84:24, 154:3, 160:11, 160:24
REQUIREMENTS [8] - 29:18, 82:15, 82:16, 82:17, 83:25, 84:17, 85:10, 86:13
REQUIRES [1] - 118:20
RESEARCH [4] - 38:22, 38:25, 39:18, 113:14
RESERVE [2] - 6:14, 12:20
RESERVING [1] - 111:2
RESIDE [1] - 142:12
RESIDENCY [36] - 24:3, 25:13, 25:18, 80:2, 80:7, 80:11, 80:17, 81:25, 82:11, 82:13, 83:16, 84:6, 85:25, 90:14, 90:15, 91:5, 91:6, 91:16, 91:25, 103:11, 110:18, 123:23, 124:16, 124:21, 124:25, 125:14, 127:20, 128:11, 130:3, 131:20, 131:23, 131:25, 132:13, 134:3, 134:11, 135:9
RESIDENTS [6] - 91:11, 91:12, 91:24, 107:7, 107:8, 109:9
RESOLUTE [2] - 17:12, 27:12
RESOLVE [4] - 9:10, 12:3, 52:18, 177:8
RESOLVED [1] - 9:11
RESONATE [1] - 28:16
RESONATING [1] - 19:7
RESORTED [1] -

20:25
RESOURCE [1] - 113:10
RESPECT [5] - 9:24, 34:22, 43:21, 75:16, 114:14
RESPECTFULLY [3] - 18:11, 27:10, 116:15
RESPOND [3] - 41:8, 103:22, 117:10
RESPONDER [1] - 131:16
RESPONSE [3] - 73:23, 75:6, 173:17
RESPONSIBILITY [1] - 17:14
RESPONSIBLE [1] - 39:17
REST [5] - 117:4, 117:5, 117:11, 136:24, 149:1
RESTRAINT [1] - 157:18
RESTRICT [1] - 17:7
RESTRICTS [2] - 15:25, 23:13
RESULT [6] - 90:7, 106:11, 108:10, 110:19, 110:20, 115:16
RESULTING [1] - 33:24
RESULTS [5] - 30:9, 30:12, 86:23, 87:1, 87:2
RESUME [2] - 99:2, 177:11
RETAIN [3] - 154:21, 154:22, 154:25
RETAINED [1] - 52:3
RETAKE [1] - 123:11
RETAKES [1] - 22:7
RETENTION [1] - 38:24
RETIRED [3] - 123:1, 123:2, 123:9
RETURN [1] - 52:16
REVEAL [1] - 23:2
REVEALED [1] - 52:14
REVIEW [12] - 31:21, 37:12, 37:15, 38:18, 50:4, 53:23, 72:13, 74:3, 82:18, 93:12, 101:18, 102:8
REVIEWED [5] - 22:12, 59:22, 87:13, 111:18, 115:6
REVIEWING [6] - 30:5, 30:10, 58:20, 59:3, 59:23, 60:10

REVOKED [1] - 38:15
RICHMOND [1] - 1:16
RIDDLED [1] - 16:20
RIDING [1] - 163:4
RIGHT [63] - 4:18, 5:4,
  8:14, 14:1, 14:21,
  15:21, 35:17, 35:23,
  36:5, 56:2, 58:15,
  67:10, 73:25, 77:14,
  81:19, 85:17, 90:2,
  98:21, 100:21,
  104:1, 104:24,
  106:9, 108:20,
  109:16, 109:17,
  111:21, 113:4,
  113:6, 119:10,
  119:23, 120:5,
  121:5, 125:5,
  125:16, 125:20,
  126:4, 126:18,
  126:22, 127:11,
  127:12, 129:3,
  129:10, 129:11,
  131:15, 132:23,
  134:15, 137:18,
  137:25, 140:11,
  140:16, 140:22,
  141:17, 145:20,
  149:8, 151:7,
  158:18, 161:4,
  164:18, 164:20,
  166:7, 170:14,
  173:23, 175:18
RIGHTEOUSNESS [1]
  - 27:23
RIGHTS [3] - 18:25,
  19:9, 19:10
RIGOROUS [1] -
  88:25
RISK [1] - 119:10
RITALIN [3] - 146:18,
  147:5, 170:13
RIVERMONT [1] -
  144:4
RMR [2] - 1:18, 177:19
ROLE [2] - 29:16,
  52:16
ROLES [1] - 26:11
ROLLING [1] - 89:20
ROOF [1] - 148:15
ROOM [5] - 1:19,
  45:19, 147:8, 162:6
ROTATION [1] - 78:5
ROTATIONS [1] -
  118:24
ROUGH [4] - 78:16,
  126:1, 126:11, 127:4
ROUGHLY [2] - 121:2,
  163:24
ROUNDED [1] - 80:24

ROUNDS [1] - 130:2
RULE [8] - 9:9, 27:21,
  52:12, 111:12,
  117:6, 117:7,
  117:25, 118:1
RULED [1] - 109:14
RULES [2] - 44:9,
  67:24
RULING [5] - 8:5, 9:1,
  12:4, 27:15, 28:16
RUN [1] - 144:10
RUSH [2] - 11:8,
  162:24
RUSHING [2] -
  162:24, 162:25

S

S-E-N-O-G-A [1] -
  101:2
SACRED [1] - 28:3
SACRIFICING [1] -
  125:8
SAFE [1] - 148:7
SAFEGUARD [2] -
  18:25, 19:9
SAID [41] - 7:22,
  12:17, 13:17, 14:13,
  60:4, 60:13, 61:13,
  66:14, 74:16, 86:20,
  87:1, 88:18, 100:10,
  104:16, 104:21,
  107:13, 114:17,
  119:7, 119:18,
  122:20, 123:25,
  124:8, 126:8,
  126:21, 127:11,
  128:12, 129:2,
  129:8, 132:25,
  135:5, 135:6,
  135:11, 136:4,
  136:5, 148:24,
  152:2, 158:18,
  158:25, 162:25,
  165:15, 176:16
SAIL [3] - 20:13,
  150:5, 151:15
SAKE [7] - 62:5, 85:3,
  99:25, 153:7, 153:8,
  167:21, 172:18
SALLY [1] - 95:20
SAME [11] - 12:2,
  13:16, 29:25, 30:20,
  31:7, 49:19, 59:11,
  97:7, 155:4, 156:2,
  165:12
SANCTUARY [1] -
  28:3
SANDRA [1] - 153:23
SATISFIED [1] - 85:24

SATURDAY [4] - 11:6,
  11:14, 12:18, 114:4
SAUNDRA [1] -
  154:13
SAW [1] - 150:8
SAY [60] - 5:19, 6:16,
  14:21, 25:15, 30:10,
  34:15, 38:1, 42:6,
  43:14, 45:25, 46:17,
  48:3, 53:2, 56:21,
  56:25, 62:14, 67:3,
  70:5, 70:7, 71:22,
  73:16, 73:17, 76:3,
  76:5, 76:19, 77:21,
  78:21, 79:10, 79:14,
  80:4, 83:13, 85:1,
  85:6, 91:23, 92:6,
  95:19, 96:6, 101:12,
  108:25, 109:3,
  110:16, 121:6,
  121:22, 121:23,
  122:23, 127:7,
  128:19, 129:21,
  133:4, 136:2,
  136:18, 137:4,
  140:25, 145:1,
  145:14, 148:7,
  160:11, 163:9,
  164:1, 172:5
SAYING [17] - 14:20,
  47:17, 93:5, 122:2,
  129:19, 134:4,
  135:15, 138:16,
  145:20, 147:12,
  147:13, 152:21,
  158:20, 169:3,
  172:20, 172:21,
  173:2
SAYS [7] - 38:6,
  85:12, 133:4,
  151:19, 152:12,
  159:15, 160:3
SCALE [2] - 60:25,
  61:9
SCALES [1] - 90:1
SCARS [1] - 27:20
SCENARIOS [1] -
  92:21
SCHEDULE [1] - 9:14
SCHOOL [90] - 20:13,
  20:19, 20:22, 32:11,
  33:2, 40:12, 76:25,
  77:1, 77:20, 77:23,
  77:25, 78:19, 82:18,
  85:25, 86:25, 94:13,
  94:14, 95:14, 109:9,
  113:8, 118:14,
  118:17, 118:18,
  118:20, 118:22,
  119:11, 119:14,

119:15, 120:6,
  121:8, 129:1,
  132:15, 139:2,
  139:24, 139:25,
  142:22, 143:22,
  143:23, 144:3,
  144:4, 144:5,
  144:17, 144:23,
  145:3, 145:8,
  147:21, 149:11,
  149:21, 149:23,
  150:4, 150:5,
  150:10, 150:12,
  151:3, 151:6,
  153:19, 154:16,
  154:17, 155:13,
  156:5, 156:6, 156:8,
  156:21, 157:23,
  158:10, 158:15,
  158:20, 159:10,
  161:16, 161:17,
  162:18, 162:20,
  163:4, 163:13,
  163:15, 163:22,
  163:24, 164:9,
  164:16, 166:5,
  166:17, 166:24,
  169:14, 172:9,
  172:13, 173:18,
  174:22
SCHOOLING [3] -
  148:24, 154:18,
  168:2
SCHOOLS [1] -
  109:17
SCIENCE [4] - 113:16,
  143:3, 165:9, 165:17
SCIENTIFIC [3] -
  105:20, 105:23,
  112:4
SCOPE [3] - 41:23,
  44:10, 70:11
SCORE [11] - 15:19,
  82:22, 82:24, 84:13,
  107:23, 110:16,
  110:22, 132:20,
  164:19, 164:25
SCORES [11] - 78:22,
  88:8, 107:25,
  110:11, 110:15,
  133:19, 135:12,
  135:17, 146:6,
  165:21, 165:22
SCRAMBLE [2] -
  127:13, 132:21
SCREAMED [1] -
  147:9
SCREAMING [1] -
  147:12
SCREEN [10] - 50:12,

51:1, 53:13, 55:8,
  55:11, 63:9, 64:21,
  82:9, 125:18, 159:9
SCROLL [10] - 64:23,
  150:24, 151:7,
  151:12, 152:16,
  159:6, 159:11,
  164:17, 165:3,
  165:11
SCRUTINY [1] - 21:22
SE [2] - 1:15, 88:24
SEASON [4] - 126:5,
  127:7, 127:13,
  127:24
SECOND [33] - 11:23,
  19:14, 29:14, 30:17,
  55:4, 55:5, 55:6,
  69:19, 74:25, 81:6,
  92:7, 116:5, 122:14,
  122:21, 126:25,
  127:3, 127:16,
  128:5, 130:7, 136:3,
  137:18, 137:19,
  138:8, 145:24,
  148:24, 149:4,
  150:19, 151:9,
  159:24, 160:8,
  165:23, 165:25,
  169:11
SECRETS [1] - 74:1
SECTION [2] - 30:4,
  81:8
SEE [59] - 3:4, 4:14,
  5:6, 11:9, 47:10,
  47:25, 49:11, 50:16,
  50:17, 50:21, 50:22,
  51:1, 51:2, 51:8,
  51:9, 53:11, 53:25,
  54:1, 55:5, 55:7,
  55:10, 56:18, 64:12,
  65:3, 65:8, 67:12,
  73:10, 73:23, 74:1,
  81:6, 94:19, 99:11,
  112:17, 114:22,
  116:15, 129:13,
  141:11, 143:18,
  150:19, 150:23,
  151:9, 151:18,
  152:12, 152:23,
  159:13, 159:15,
  159:16, 159:20,
  159:21, 159:23,
  164:19, 164:21,
  165:3, 165:4, 165:7,
  165:9, 169:20
SEEING [8] - 55:11,
  79:4, 95:15, 96:4,
  100:3, 123:24,
  149:19, 159:8
SEEK [3] - 19:15,

35:7, 76:15

**SEEKING** [14] - 27:12,
35:1, 46:11, 46:15,
47:1, 47:8, 49:14,
49:18, 50:7, 53:12,
74:21, 76:2, 88:3

**SEEKS** [1] - 16:10

**SEEM** [2] - 5:10,
171:18

**SEEMED** [2] - 21:14,
168:21

**SEEN** [4] - 129:11,
132:22, 146:9,
146:11

**SEES** [1] - 92:17

**SELF** [4] - 19:4, 24:11,
60:25, 96:1

**SELF-
ACCOMMODATIONS**
[1] - 24:11

**SELF-EVIDENT** [1] -
19:4

**SELF-NARRATIVE** [1]
- 96:1

**SELF-REPORTING**
[1] - 60:25

**SEMESTERS** [1] -
52:11

**SEND** [5] - 12:9,
61:15, 97:24, 145:7,
145:12

**SENIOR** [2] - 154:16,
167:23

**SENIORS** [1] - 164:9

**SENOGA** [59] - 25:11,
99:8, 99:9, 99:25,
100:13, 100:14,
100:19, 100:22,
101:1, 101:9,
101:18, 102:10,
102:20, 103:7,
104:6, 104:12,
104:21, 105:17,
105:18, 107:12,
108:15, 110:24,
110:25, 111:18,
112:7, 112:17,
113:3, 115:1, 115:4,
115:20, 115:22,
118:13, 119:14,
122:3, 122:22,
124:8, 124:15,
125:12, 126:25,
127:3, 129:7, 130:1,
130:21, 131:23,
132:24, 133:3,
134:9, 134:25,
135:19, 136:3,
136:13, 137:4,
138:13, 139:7,

139:21, 140:5,
140:12, 140:15,
178:3

**SENOGA'S** [3] -
114:6, 116:16, 118:2

**SENSE** [5] - 10:4,
15:8, 81:14, 142:4,
176:7

**SENSITIVE** [1] - 13:14

**SENT** [10] - 11:19,
12:11, 12:12, 12:17,
30:17, 86:19, 102:7,
112:10, 115:14,
145:5

**SENTENCE** [1] - 156:3

**SEP** [1] - 130:12

**SEPARATELY** [1] -
20:16

**SEPARATING** [1] -
149:1

**SEPTEMBER** [1] -
127:24

**SEQUESTRATION** [1]
- 4:20

**SERIES** [1] - 76:11

**SERVED** [2] - 90:10,
90:13

**SERVES** [1] - 18:23

**SERVICE** [2] - 15:11,
68:23

**SERVICES** [3] - 50:11,
51:4, 51:7

**SERVING** [1] - 44:18

**SET** [5] - 8:22, 25:12,
71:17, 161:24,
175:10

**SETS** [1] - 53:4

**SEVERAL** [5] - 25:17,
25:19, 26:16, 60:18,
144:18

**SEVERE** [1] - 57:19

**SEVERITY** [4] - 17:25,
40:19, 57:15, 70:8

**SHALL** [1] - 84:19

**SHAPE** [1] - 176:6

**SHARE** [3] - 25:6,
50:12, 64:21

**SHARED** [1] - 22:13

**SHARING** [2] - 12:3,
63:9

**SHARP** [1] - 147:8

**SHATTERED** [2] -
15:16, 27:25

**SHE** [37] - 13:5, 20:1,
24:8, 25:15, 25:16,
25:17, 100:3, 100:4,
116:17, 118:3,
118:5, 133:5, 135:6,
136:5, 136:16,
144:19, 144:22,

145:25, 146:7,
146:8, 146:9,
146:11, 146:16,
146:17, 146:18,
147:11, 154:13,
154:14, 154:15,
154:16, 154:17,
169:10, 169:11

**SHEDDING** [1] - 26:2

**SHEPARD** [1] - 176:11

**SHEPHERD** [2] - 25:5,
144:6

**SHIELDS** [1] - 39:17

**SHINE** [1] - 112:13

**SHORT** [1] - 151:21

**SHOT** [1] - 82:9

**SHOULD** [18] - 4:21,
4:25, 5:15, 8:12,
10:2, 10:20, 15:10,
17:21, 23:14, 28:15,
55:6, 59:18, 85:9,
99:1, 111:2, 111:4,
121:17, 170:4

**SHOW** [9] - 23:20,
29:21, 32:2, 33:25,
35:13, 64:21, 72:19,
97:7, 138:4

**SHOWED** [3] - 64:13,
80:23, 138:21

**SHOWING** [3] - 49:2,
108:18, 122:12

**SHOWN** [4] - 64:11,
64:16, 84:17, 135:21

**SHOWS** [2] - 11:18,
97:19

**SHUT** [3] - 125:15,
127:2, 162:5

**SIDE** [6] - 11:18,
11:21, 20:2, 45:17,
146:21, 147:3

**SIGN** [1] - 21:12

**SIGNAL** [1] - 5:18

**SIGNIFICANCE** [2] -
18:20, 105:25

**SIGNIFICANT** [8] -
21:25, 23:23, 35:9,
67:21, 109:24,
113:14, 126:2,
126:16

**SIGNIFICANTLY** [2] -
15:25, 23:13

**SIGNS** [1] - 47:3

**SILENCE** [1] - 162:8

**SIMILAR** [6] - 9:7,
22:12, 27:17, 78:18,
86:14, 95:5

**SIMPLE** [2] - 10:22,
124:18

**SIMPLY** [2] - 29:13,
31:6

**SIMULATE** [1] - 5:13

**SINCE** [8] - 29:10,
38:3, 38:10, 91:22,
97:10, 97:11, 109:7,
117:1

**SINCERE** [1] - 28:24

**SINCERELY** [1] - 68:3

**SINGLE** [4] - 19:20,
148:12, 157:14,
171:7

**SINGULAR** [2] -
15:19, 18:7

**SIR** [19] - 5:2, 42:5,
53:19, 55:16, 56:1,
59:15, 66:4, 81:16,
81:23, 94:7, 111:11,
111:15, 118:11,
140:10, 141:8,
142:6, 170:6,
173:13, 177:9

**SIT** [3] - 91:15, 146:1

**SITES** [1] - 125:21

**SITTING** [5] - 20:16,
147:1, 156:16,
169:18, 170:22

**SITUATION** [7] - 8:1,
11:25, 64:18, 70:15,
115:11, 115:12,
137:19

**SITUATIONAL** [1] -
33:23

**SITUATIONS** [2] -
7:18, 61:4

**SIX** [1] - 159:13

**SIX-GRADE** [1] -
159:13

**SIXTH** [3] - 156:9,
156:21, 160:3

**SIZE** [2] - 167:15,
169:14

**SKILLS** [3] - 17:5,
29:17, 97:21

**SLIDE** [1] - 171:9

**SLIGHTLY** [2] - 9:8,
29:9

**SLOW** [1] - 108:16

**SLOWLY** [1] - 104:17

**SMALL** [4] - 57:2,
156:3, 167:17,
167:22

**SO** [362] - 4:20, 5:14,
5:16, 6:10, 6:25, 7:8,
7:11, 8:7, 9:8, 10:8,
10:13, 10:22, 11:1,
11:9, 11:14, 11:16,
11:20, 11:24, 12:20,
12:25, 13:15, 13:25,
14:13, 30:22, 31:12,
33:10, 35:17, 35:18,
35:19, 36:14, 37:1,

37:17, 38:5, 38:22,
39:1, 39:15, 39:20,
40:3, 40:6, 40:13,
40:23, 41:7, 41:15,
41:24, 41:25, 45:5,
46:5, 46:6, 46:9,
46:17, 47:2, 47:6,
47:16, 48:4, 49:13,
50:2, 52:18, 53:23,
53:24, 54:22, 55:4,
55:7, 56:12, 57:10,
57:13, 58:20, 59:3,
60:1, 60:3, 60:8,
60:23, 61:3, 61:5,
61:16, 61:18, 61:20,
61:22, 61:25, 62:13,
63:10, 63:15, 63:18,
63:22, 64:9, 64:10,
64:24, 65:6, 66:12,
67:3, 67:11, 68:21,
69:20, 70:3, 70:7,
71:2, 72:8, 72:12,
72:13, 72:22, 72:25,
73:14, 73:25, 74:2,
74:15, 75:9, 75:20,
76:14, 76:15, 77:13,
77:18, 77:23, 78:1,
78:7, 78:19, 79:4,
79:12, 79:17, 79:18,
79:22, 80:16, 80:20,
80:22, 81:17, 81:19,
81:23, 82:4, 82:14,
82:25, 83:8, 83:12,
84:11, 84:15, 84:21,
85:1, 85:5, 85:11,
85:19, 86:9, 86:14,
86:23, 87:3, 87:5,
87:10, 87:24, 88:7,
88:15, 88:16, 88:21,
88:22, 88:24, 90:17,
91:10, 91:22, 91:23,
92:14, 92:20, 92:23,
93:3, 94:11, 94:16,
95:6, 95:12, 95:13,
95:16, 95:20, 96:5,
96:12, 96:25, 97:1,
97:15, 97:22, 97:23,
101:18, 101:25,
102:7, 103:12,
104:16, 104:21,
104:24, 106:1,
106:7, 106:17,
106:18, 107:12,
107:15, 107:21,
107:23, 107:25,
108:11, 108:21,
109:9, 109:13,
109:15, 109:17,
109:18, 110:4,
110:15, 110:17,
110:23, 111:15,

111:20, 111:21, 112:6, 112:15, 113:1, 113:9, 113:18, 114:6, 114:12, 114:19, 115:9, 115:13, 115:17, 116:4, 116:12, 116:20, 117:2, 117:3, 117:14, 117:15, 118:25, 119:10, 119:23, 120:5, 120:6, 120:9, 120:20, 121:3, 121:5, 121:7, 121:16, 121:19, 121:22, 122:10, 122:18, 122:20, 123:7, 123:14, 123:20, 124:7, 124:15, 124:17, 125:10, 125:17, 125:20, 125:22, 125:24, 126:4, 126:6, 126:7, 126:8, 126:10, 126:14, 126:22, 127:24, 128:2, 128:10, 128:23, 129:3, 129:17, 130:4, 130:5, 130:6, 130:19, 130:24, 130:25, 131:1, 131:4, 131:5, 131:10, 131:15, 131:16, 131:20, 132:10, 132:13, 132:16, 132:20, 132:24, 133:14, 133:17, 133:23, 134:13, 134:15, 134:19, 134:23, 135:7, 135:11, 135:14, 135:20, 135:24, 136:1, 137:6, 137:7, 137:18, 139:5, 142:4, 142:10, 143:10, 144:9, 145:3, 145:13, 145:14, 145:19, 145:22, 146:23, 147:2, 147:3, 147:16, 148:18, 149:6, 150:1, 150:7, 150:8, 150:18, 150:25, 151:23, 152:8, 153:16, 153:20, 153:21, 153:24, 154:5, 155:4, 155:25,

156:8, 156:17, 156:21, 156:22, 157:20, 157:22, 157:25, 158:12, 158:20, 159:12, 161:13, 161:23, 162:4, 164:10, 165:19, 166:23, 167:6, 168:14, 168:16, 168:18, 169:5, 169:21, 170:20, 171:14, 171:25, 172:16, 173:9, 176:9, 177:5
**SO-CALLED** [1] - 30:22
**SOCIAL** [7] - 105:1, 125:7, 138:2, 152:25, 154:2, 160:4, 160:5
**SOCIETY** [5] - 27:14, 28:16, 105:15, 132:17, 138:8
**SOLE** [2] - 27:24, 148:21
**SOLELY** [3] - 26:10, 71:10, 92:11
**SOME** [35] - 7:15, 8:4, 9:24, 10:23, 11:7, 11:10, 11:12, 12:16, 21:1, 31:7, 39:12, 40:17, 45:24, 51:25, 62:23, 67:23, 80:7, 80:10, 84:5, 84:7, 91:7, 97:4, 105:9, 110:6, 112:6, 115:13, 118:25, 125:10, 130:5, 131:17, 153:7, 158:14, 166:2, 168:14
**SOMEHOW** [1] - 121:9
**SOMEONE** [8] - 5:17, 13:23, 33:13, 42:22, 61:2, 97:6, 133:4, 171:15
**SOMEONE'S** [1] - 96:16
**SOMETHING** [21] - 6:18, 11:24, 13:13, 21:14, 40:16, 45:6, 46:6, 47:3, 62:1, 73:8, 73:9, 75:1, 85:15, 92:22, 107:14, 108:13, 119:10, 121:11, 136:4, 138:13, 174:6
**SOMETIMES** [13] - 7:19, 40:9, 47:23, 70:10, 75:18, 92:25,

93:23, 104:13, 143:12, 144:21, 148:1, 148:13, 149:21
**SOMEWHERE** [2] - 77:6, 164:2
**SON** [6] - 142:25, 147:5, 169:11, 170:10, 173:16, 173:17
**SORE** [1] - 156:13
**SORRY** [42] - 4:10, 14:4, 37:4, 41:18, 51:17, 54:11, 55:16, 55:18, 56:4, 56:9, 58:22, 60:14, 63:16, 64:22, 66:16, 66:22, 67:7, 68:11, 69:23, 70:17, 71:19, 81:13, 81:16, 82:4, 83:17, 92:6, 92:13, 100:15, 103:16, 104:3, 110:23, 110:25, 111:16, 111:23, 124:11, 124:13, 126:25, 129:25, 130:25, 133:12, 139:14, 151:6
**SORT** [11] - 9:20, 11:16, 13:5, 79:1, 116:9, 116:18, 126:23, 134:21, 141:5, 159:1, 166:2
**SORTS** [1] - 137:9
**SOSTU** [1] - 160:3
**SOUGHT** [4] - 18:19, 30:16, 30:18, 35:2
**SOUND** [1] - 156:1
**SOUNDS** [5] - 14:23, 116:16, 141:4, 157:9, 170:2
**SOURCES** [2] - 130:15, 130:16
**SPACE** [2] - 22:9, 161:22
**SPANK** [2] - 145:4, 145:11
**SPANKING** [1] - 149:15
**SPARSE** [1] - 32:7
**SPEAK** [6] - 5:15, 86:12, 98:5, 104:17, 141:25, 173:5
**SPEAKING** [6] - 12:8, 64:10, 69:14, 86:24, 116:17, 171:5
**SPECIAL** [1] - 150:11
**SPECIALIST** [1] - 63:24
**SPECIALISTS** [1] -

43:2
**SPECIALIZATIONS** [1] - 132:14
**SPECIALIZED** [2] - 105:21, 105:24
**SPECIFIC** [5] - 10:2, 59:14, 79:1, 98:9, 139:13
**SPECIFICALLY** [4] - 18:13, 69:20, 97:13, 124:3
**SPELL** [3] - 36:9, 100:25, 141:21
**SPEND** [1] - 76:10
**SPENT** [2] - 51:25, 127:5
**SPIRIT** [2] - 28:21, 97:12
**SPIRITS** [1] - 28:11
**SPOKE** [3] - 148:25, 155:6, 155:7
**STABLE** [2] - 64:17, 99:1
**STAFF** [4] - 52:15, 52:17, 71:3, 71:7
**STAGE** [1] - 20:11
**STAKE** [1] - 78:23
**STAKES** [1] - 26:19
**STANCE** [1] - 26:24
**STAND** [5] - 5:18, 10:11, 18:5, 27:10, 141:9
**STANDARD** [6] - 24:22, 25:7, 34:25, 68:21, 82:19, 98:4
**STANDARDIZED** [4] - 21:4, 26:20, 94:25, 134:12
**STANDING** [3] - 117:17, 149:25, 156:12
**STANDINGS** [1] - 86:15
**STANDPOINT** [1] - 78:3
**STANDS** [1] - 164:22
**STARE** [1] - 149:24
**START** [12] - 20:9, 55:1, 56:13, 63:22, 64:10, 88:15, 97:15, 120:6, 125:9, 162:16, 176:1
**STARTED** [4] - 145:25, 156:21, 162:20, 163:4
**STARTING** [2] - 67:19, 131:24
**STATE** [17] - 24:4, 36:8, 86:11, 86:12, 86:19, 87:6, 87:11,

88:5, 88:15, 88:21, 100:24, 124:6, 124:7, 132:25, 141:20, 142:12
**STATED** [13] - 56:16, 57:13, 60:14, 89:25, 92:1, 116:20, 122:24, 131:24, 140:2, 145:15, 161:1, 170:12, 174:20
**STATEMENT** [14] - 29:11, 31:7, 31:8, 31:9, 32:1, 32:20, 34:14, 44:13, 45:14, 45:20, 82:25, 123:21, 123:23, 169:21
**STATEMENTS** [5] - 4:23, 5:1, 5:24, 82:21, 139:9
**STATES** [9] - 1:1, 1:6, 38:12, 47:8, 51:22, 74:2, 82:23, 88:18, 104:11
**STATING** [3] - 85:15, 87:11, 93:2
**STATISTIC** [3] - 123:18, 137:25, 138:1
**STATISTICAL** [1] - 19:24
**STATISTICS** [4] - 106:3, 111:21, 136:7, 138:4
**STATUS** [3] - 125:7, 138:3, 148:3
**STAY** [9] - 118:25, 132:18, 143:13, 148:2, 156:20, 157:15, 160:2, 162:5, 177:4
**STAYED** [1] - 155:24
**STAYING** [1] - 143:24
**STEADY** [1] - 118:10
**STEM** [1] - 22:3
**STEMS** [1] - 22:21
**STENOTYPE** [1] - 1:22
**STENOTYPE-COMPUTER** [1] - 1:22
**STEP** [50] - 30:17, 30:19, 32:4, 34:20, 35:4, 35:10, 78:7, 78:10, 82:22, 82:24, 83:10, 83:14, 87:4, 105:15, 106:7, 106:8, 106:9, 106:11, 108:9,

113:7, 115:17,
115:18, 118:18,
118:21, 118:23,
118:25, 119:2,
119:3, 119:20,
120:10, 120:15,
120:16, 120:18,
122:4, 122:10,
122:11, 122:14,
122:17, 122:24,
123:25, 131:4,
131:9, 133:19,
135:12, 135:17,
136:21
**STEPS** [3] - 128:18,
130:23, 130:24
**STICK** [3] - 7:22,
147:9, 172:15
**STIFLED** [1] - 27:25
**STILL** [21] - 6:23, 11:5,
11:7, 12:16, 33:18,
33:25, 41:4, 58:24,
76:4, 83:4, 100:4,
112:20, 123:2,
125:8, 128:9,
137:15, 148:14,
155:18, 160:2,
161:23, 172:13
**STIMULANT** [1] -
33:22
**STIPULATED** [1] -
17:20
**STOP** [2] - 14:20, 63:9
**STOPPING** [1] -
176:19
**STORE** [1] - 140:18
**STRAIGHT** [2] - 89:15,
162:2
**STRAIGHTEN** [2] -
144:23, 145:1
**STRAIGHTFORWAR
D** [1] - 34:10
**STRATEGIES** [3] -
20:20, 39:4, 138:21
**STREAMLINE** [2] -
9:19, 9:24
**STREET** [3] - 1:19,
2:3, 163:11
**STRENGTH** [2] -
114:10, 116:24
**STRESSING** [1] -
106:23
**STRESSORS** [1] -
33:24
**STRICT** [1] - 157:14
**STRICTLY** [1] - 18:21
**STRIKE** [1] - 73:5
**STRITCH** [1] - 77:1
**STROKE** [1] - 28:13
**STRONG** [1] - 62:22

**STRUCTURE** [2] -
20:7, 52:5
**STRUCTURED** [2] -
104:10, 104:25
**STRUGGLE** [6] -
144:2, 148:19,
171:8, 171:10,
171:18
**STRUGGLED** [1] -
154:9
**STRUGGLES** [1] -
27:17
**STRUGGLING** [1] -
169:23
**STUCK** [2] - 155:20,
155:21
**STUDENT** [15] - 21:3,
21:11, 21:24, 25:12,
26:21, 85:7, 94:16,
103:2, 105:11,
105:12, 154:15,
166:25, 167:8,
167:13, 169:23
**STUDENTS** [25] -
94:12, 94:18, 96:15,
106:25, 107:14,
109:8, 113:9, 120:2,
129:21, 131:7,
131:8, 131:11,
134:1, 134:12,
144:8, 164:3, 164:6,
164:7, 167:23,
167:24, 168:19,
168:21, 168:23,
169:13
**STUDIED** [1] - 111:23
**STUDIES** [5] - 143:5,
152:25, 154:2,
160:4, 160:5
**STUDY** [9] - 20:8,
20:21, 95:10, 96:20,
138:20, 154:17,
168:24, 169:1
**STUDYING** [4] - 24:10,
143:9, 162:8, 162:16
**STUFF** [1] - 128:16
**SUBJECT** [7] - 24:2,
76:15, 106:6,
106:14, 112:13,
113:21, 136:14
**SUBJECTED** [1] -
15:9
**SUBJECTIVE** [1] -
123:17
**SUBJECTS** [8] -
152:13, 154:7,
154:12, 156:23,
161:3, 161:21,
165:22
**SUBMISSION** [1] -

116:13
**SUBMIT** [5] - 31:22,
31:23, 66:18, 70:18,
85:7
**SUBMITS** [1] - 72:9
**SUBMITTED** [10] -
17:23, 27:4, 30:14,
30:15, 31:3, 31:15,
32:8, 48:23, 58:21,
59:4
**SUBPAR** [1] - 26:21
**SUBSEQUENT** [3] -
21:9, 22:7, 88:11
**SUBSTANCE** [1] - 7:7
**SUBSTANTIAL** [5] -
24:9, 25:1, 31:1,
71:24, 154:3
**SUBSTANTIALLY** [4]
- 20:17, 33:14, 34:2,
43:19
**SUBSTANTIATE** [1] -
31:16
**SUBSTANTIATED** [1]
- 30:22
**SUBSTANTIATES** [1]
- 17:22
**SUBSTANTIVE** [1] -
69:17
**SUCCEED** [1] - 167:1
**SUCCESS** [2] - 96:7,
96:10
**SUCCESSFUL** [1] -
34:5
**SUCCESSFULLY** [1] -
52:18
**SUCH** [19] - 22:24,
33:15, 64:6, 70:2,
76:21, 87:12, 94:21,
107:19, 108:8,
109:15, 119:19,
125:10, 132:9,
134:11, 134:12,
164:3, 168:17
**SUE** [2] - 51:10, 51:23
**SUFFER** [2] - 24:14,
28:4
**SUFFERING** [2] -
61:19, 97:9
**SUFFICE** [1] - 34:15
**SUGGEST** [1] - 67:22
**SUGGESTED** [1] -
52:2
**SUICIDE** [1] - 147:4
**SUITE** [1] - 2:3
**SUMMARIZE** [1] -
84:25
**SUMMARY** [1] - 27:3
**SUMMER** [2] - 76:10
**SUPER** [1] - 14:9
**SUPERVISES** [1] -

49:8
**SUPPORT** [13] - 24:6,
27:3, 30:21, 31:19,
32:8, 32:12, 32:18,
33:3, 33:9, 34:1,
34:19, 35:11, 129:18
**SUPPORTED** [1] -
173:20
**SUPPORTING** [2] -
26:13, 74:2
**SUPPORTIVE** [1] -
20:6
**SUPPOSED** [2] -
144:13, 144:14
**SUPPOSEDLY** [1] -
31:16
**SUPREME** [1] - 27:22
**SURE** [36] - 4:17, 7:14,
8:16, 11:9, 13:3,
13:12, 13:14, 36:4,
41:3, 41:4, 41:9,
50:4, 50:18, 58:10,
58:23, 60:21, 69:2,
71:14, 83:5, 86:16,
94:11, 94:23, 98:1,
100:20, 102:23,
106:7, 106:15,
107:18, 122:1,
136:8, 148:17,
158:7, 164:8,
167:17, 170:1,
172:24
**SURFACE** [1] - 23:4
**SURGEON** [1] -
158:17
**SURMOUNTED** [1] -
16:5
**SURPASSING** [1] -
155:5
**SURPRISE** [1] - 154:5
**SURROUNDING** [1] -
38:22
**SURROUNDS** [1] -
169:2
**SURVEY** [1] - 113:9
**SUSPICION** [1] -
63:25
**SUSTAINED** [1] -
62:23
**SUZANNE** [1] - 4:4
**SWEAR** [3] - 36:2,
100:18, 141:15
**SWITCH** [1] - 99:24
**SWORN** [3] - 36:7,
100:23, 141:19
**SYMPTOMS** [8] -
31:11, 42:23, 46:22,
51:24, 52:1, 70:8,
90:6, 90:8
**SYSTEM** [4] - 18:24,

22:20, 47:9, 60:24
**SYSTEMS** [2] - 25:6,
32:22

---

**T**

**TABLE** [1] - 148:16
**TABOO** [2] - 76:4,
76:15
**TABS** [1] - 155:17
**TAILORED** [2] - 20:8,
154:6
**TAKE** [38] - 11:20,
14:14, 21:4, 21:20,
29:9, 34:5, 40:13,
45:3, 54:25, 61:25,
69:16, 70:13, 78:7,
78:10, 80:24, 85:24,
89:11, 95:11, 95:25,
96:5, 97:25, 111:25,
115:24, 118:18,
118:19, 119:15,
137:10, 137:11,
140:24, 143:16,
145:10, 145:22,
146:12, 147:11,
149:15, 149:18,
163:5, 164:2
**TAKEN** [4] - 87:8,
99:13, 132:15, 141:5
**TAKER** [1] - 78:3
**TAKES** [2] - 45:10,
131:4
**TAKING** [14] - 28:10,
34:4, 41:16, 92:6,
94:6, 94:12, 95:4,
98:1, 119:9, 119:21,
147:5, 165:23,
165:24, 168:5
**TALK** [20] - 14:11,
31:10, 31:11, 41:19,
72:23, 84:11, 95:18,
97:1, 125:1, 129:7,
129:15, 135:19,
136:16, 143:8,
143:12, 144:10,
153:17, 157:21,
167:4, 175:12
**TALKED** [8] - 53:6,
66:23, 84:12,
110:11, 125:12,
144:8, 161:13, 174:8
**TALKING** [16] - 14:22,
70:9, 87:3, 93:3,
107:17, 108:21,
129:17, 136:7,
136:20, 139:24,
143:14, 145:13,
146:4, 151:15,
156:17

**TALKS** [3] - 53:8, 146:7, 155:14

**TARGETED** [2] - 139:2, 139:3

**TASK** [1] - 96:5

**TASKS** [2] - 20:25, 95:16

**TAUGHT** [2] - 46:10, 46:14

**TEACH** [1] - 154:12

**TEACHER** [11] - 61:3, 144:14, 144:18, 145:24, 155:22, 156:9, 156:12, 162:15, 164:5, 164:6, 168:3

**TEACHERS** [12] - 20:15, 90:1, 145:3, 145:9, 148:25, 154:11, 155:8, 155:14, 155:15, 163:15, 163:16, 170:22

**TEAM** [1] - 68:3

**TEAMS** [2] - 1:9, 27:11

**TECHNICAL** [1] - 153:7

**TECHNIQUES** [3] - 20:21, 47:4, 47:7

**TECHNOLOGICAL** [2] - 105:20, 105:24

**TEENAGE** [1] - 170:17

**TEENAGED** [1] - 19:20

**TELEPHONE** [1] - 92:24

**TELL** [24] - 37:17, 38:20, 39:12, 65:3, 65:20, 67:16, 81:5, 81:7, 82:8, 84:9, 87:14, 94:8, 94:9, 94:23, 96:9, 96:23, 112:7, 146:4, 152:17, 153:1, 162:15, 165:2, 172:13, 172:14

**TELLING** [1] - 135:16

**TELLS** [1] - 155:22

**TEN** [8] - 76:6, 91:22, 91:23, 126:4, 126:15, 126:16, 140:25, 165:10

**TEND** [4] - 13:22, 45:22, 46:3, 66:14

**TENDER** [9] - 42:7, 44:23, 106:16, 111:9, 112:20, 112:25, 113:23, 115:1, 115:22

**TENDERED** [1] -

110:25

**TENNESSEE** [1] - 142:13

**TENURE** [3] - 21:24, 91:10, 118:17

**TERM** [3] - 66:13, 87:15, 88:1

**TERMS** [2] - 34:9, 106:2

**TERRIFYING** [1] - 147:15

**TERRITORY** [1] - 105:15

**TEST** [23] - 25:3, 30:12, 30:22, 33:16, 34:5, 34:23, 34:25, 35:12, 78:3, 78:22, 79:10, 86:23, 87:1, 88:8, 94:6, 94:12, 94:25, 95:4, 110:11, 162:10, 162:17, 168:5

**TESTED** [1] - 35:2

**TESTIFIED** [7] - 4:21, 37:23, 90:4, 94:1, 102:13, 115:5, 174:23

**TESTIFIES** [1] - 6:11

**TESTIFY** [7] - 4:24, 5:1, 6:11, 24:21, 37:2, 109:24, 112:11

**TESTIFYING** [3] - 32:24, 44:6, 51:13

**TESTIMONY** [49] - 4:22, 6:15, 6:22, 6:25, 7:6, 8:9, 10:1, 24:7, 24:17, 25:14, 32:20, 37:21, 40:24, 41:24, 43:21, 44:9, 44:10, 44:17, 44:20, 49:3, 58:3, 79:2, 81:21, 84:5, 86:2, 102:11, 102:17, 106:19, 106:20, 111:2, 111:19, 114:6, 114:11, 114:19, 116:12, 116:22, 116:25, 117:4, 117:5, 117:9, 117:12, 136:19, 136:25, 175:2, 175:8

**TESTING** [10] - 21:6, 26:22, 29:14, 29:22, 32:13, 32:18, 33:9, 34:5, 78:5, 97:23

**TESTS** [2] - 35:7, 163:20

**THAN** [20] - 4:25, 7:4, 19:12, 44:2, 44:11, 49:1, 64:9, 69:17,

78:21, 79:15, 113:20, 118:6, 131:8, 134:2, 136:17, 140:24, 155:3, 160:25, 161:3, 167:19

**THANK** [79] - 8:24, 9:15, 11:3, 12:5, 14:17, 15:1, 29:5, 29:6, 29:8, 35:15, 35:16, 36:14, 39:6, 44:25, 46:8, 50:8, 52:20, 53:15, 54:2, 55:18, 57:20, 60:11, 62:17, 62:25, 63:7, 64:2, 68:2, 68:17, 74:7, 76:18, 77:15, 81:2, 83:19, 85:17, 87:9, 89:3, 93:17, 97:10, 98:14, 98:16, 98:18, 98:19, 98:20, 99:10, 99:11, 100:9, 101:5, 101:11, 104:2, 104:18, 104:19, 105:4, 105:17, 108:15, 108:17, 111:15, 115:20, 122:21, 132:2, 139:18, 140:5, 140:12, 140:14, 140:15, 141:4, 142:6, 159:3, 159:7, 159:11, 161:4, 170:6, 172:2, 173:21, 175:18, 175:20, 175:21, 176:24

**THAT** [791] - 5:2, 5:12, 5:14, 5:20, 6:7, 6:9, 6:12, 6:13, 6:20, 6:25, 7:6, 7:9, 7:14, 8:1, 8:3, 8:4, 8:6, 8:7, 8:19, 8:23, 8:25, 9:4, 9:5, 9:12, 9:14, 9:24, 10:2, 10:4, 10:13, 10:18, 11:2, 11:9, 11:12, 11:13, 11:17, 11:18, 11:22, 12:3, 12:8, 12:10, 12:16, 12:18, 12:21, 12:25, 13:5, 13:8, 13:13, 13:15, 13:16, 13:20, 13:21, 14:1, 14:4, 15:10, 15:20, 15:24, 16:6, 16:12, 16:21, 17:1, 17:6, 17:9, 17:17, 17:20, 18:11, 18:14, 18:16, 19:5, 19:14, 19:16, 19:19, 20:8, 20:16, 21:8, 21:13, 21:15,

21:16, 22:5, 23:3, 23:6, 23:13, 23:25, 24:24, 25:9, 25:15, 26:6, 26:25, 27:1, 27:2, 27:13, 27:24, 28:2, 28:7, 28:11, 29:1, 29:2, 29:16, 29:19, 29:21, 30:1, 30:4, 30:8, 30:11, 30:24, 31:4, 31:6, 31:8, 31:22, 31:24, 32:2, 32:7, 32:11, 32:15, 32:17, 32:25, 33:1, 33:2, 33:3, 33:7, 33:10, 33:12, 33:14, 33:15, 33:17, 33:18, 33:25, 34:1, 34:2, 34:3, 34:4, 34:9, 34:11, 34:15, 34:16, 35:1, 35:4, 35:5, 35:6, 35:8, 35:11, 35:13, 36:22, 36:23, 37:1, 37:7, 37:10, 38:1, 38:6, 38:8, 39:1, 39:2, 39:20, 40:16, 40:17, 40:20, 40:21, 41:7, 41:22, 41:25, 42:16, 42:22, 42:23, 42:24, 43:5, 44:5, 44:10, 44:14, 44:16, 44:17, 44:19, 45:6, 45:9, 45:10, 45:18, 45:19, 46:6, 46:17, 46:23, 47:3, 47:4, 47:7, 47:9, 47:14, 47:16, 47:17, 47:21, 48:6, 48:7, 48:13, 48:14, 48:15, 48:19, 48:25, 49:2, 49:16, 49:25, 50:4, 50:5, 50:6, 50:19, 51:7, 51:9, 51:24, 52:1, 52:2, 52:14, 52:18, 52:19, 52:21, 53:2, 53:25, 54:7, 54:11, 54:24, 56:1, 56:2, 56:7, 56:13, 56:15, 57:2, 57:6, 57:7, 57:11, 57:16, 58:3, 58:5, 58:21, 59:3, 59:18, 59:21, 59:22, 59:23, 60:6, 60:8, 60:14, 60:16, 60:24, 60:25, 61:14, 61:25, 62:1, 62:7, 63:18, 63:19, 63:21, 63:22, 64:7, 64:12, 64:15, 64:16, 64:17, 64:21, 64:25, 65:6, 65:10, 65:11, 65:20, 66:12, 66:16,

66:22, 67:3, 67:20, 68:9, 68:21, 69:11, 69:14, 69:18, 69:23, 70:9, 70:12, 70:16, 71:3, 71:13, 71:23, 72:4, 72:12, 72:14, 72:23, 73:1, 73:16, 73:17, 73:21, 74:3, 74:5, 74:16, 74:24, 75:1, 75:2, 75:9, 75:20, 76:3, 76:7, 76:9, 76:14, 76:15, 76:16, 78:2, 78:6, 78:25, 79:6, 79:13, 79:16, 79:19, 79:22, 79:23, 79:24, 80:7, 80:22, 80:23, 80:24, 81:11, 81:20, 82:12, 83:9, 83:15, 83:20, 84:4, 84:23, 85:1, 85:2, 85:4, 85:9, 85:10, 85:13, 85:15, 85:16, 85:17, 85:20, 85:22, 85:24, 86:1, 86:14, 86:16, 86:19, 87:5, 87:9, 87:12, 88:3, 88:7, 88:9, 88:10, 88:11, 88:15, 88:16, 88:18, 89:24, 90:2, 90:3, 90:5, 90:6, 90:7, 90:9, 90:18, 90:19, 90:21, 91:24, 92:1, 92:3, 92:13, 92:16, 92:22, 92:24, 92:25, 93:4, 93:5, 93:11, 94:1, 94:4, 94:15, 94:23, 95:20, 95:21, 95:22, 96:4, 96:9, 96:13, 96:14, 96:18, 96:19, 96:20, 96:22, 97:4, 97:7, 97:8, 97:19, 98:4, 98:6, 98:9, 99:7, 99:24, 100:1, 100:2, 100:5, 100:10, 101:12, 101:13, 101:15, 101:21, 102:7, 102:8, 102:16, 103:4, 103:18, 103:22, 103:25, 104:1, 104:16, 104:21, 104:23, 105:3, 105:10, 106:4, 106:5, 106:6, 106:14, 106:15, 106:23, 107:7, 107:18, 107:24, 108:2, 108:4, 108:5, 108:9, 108:11, 108:22, 108:23,

109:3, 109:4, 109:7,
109:11, 109:14,
109:19, 109:20,
110:13, 110:15,
110:19, 111:1,
111:10, 111:14,
111:22, 112:6,
112:10, 113:20,
114:3, 114:4,
114:10, 114:12,
114:13, 114:16,
114:17, 114:18,
114:20, 115:6,
115:14, 115:16,
115:25, 116:2,
116:3, 116:8,
116:12, 116:13,
117:2, 117:8,
117:10, 117:11,
117:14, 117:16,
117:18, 118:3,
119:6, 119:7,
119:18, 119:20,
119:21, 119:25,
120:1, 120:18,
120:19, 120:23,
121:4, 121:7,
121:11, 121:15,
121:20, 121:23,
122:6, 122:9,
122:18, 122:20,
122:23, 123:9,
123:11, 123:12,
123:14, 123:15,
123:18, 123:19,
123:25, 124:2,
124:4, 124:19,
124:20, 125:1,
125:6, 125:21,
125:23, 125:25,
126:11, 126:19,
126:21, 126:23,
127:5, 127:23,
128:12, 128:17,
128:19, 128:23,
129:2, 129:4, 129:8,
129:15, 129:22,
129:23, 130:1,
130:2, 130:12,
130:15, 130:19,
130:22, 130:23,
130:25, 131:1,
131:2, 131:5, 131:9,
131:12, 131:13,
131:17, 131:21,
131:24, 132:1,
132:3, 132:7,
132:14, 132:21,
133:4, 133:5,
133:11, 133:12,
133:13, 133:18,

133:21, 134:4,
134:9, 134:10,
134:22, 134:23,
134:24, 135:11,
135:14, 135:15,
135:16, 135:21,
135:22, 136:8,
136:9, 137:13,
137:16, 137:22,
137:24, 138:1,
138:3, 138:4, 138:7,
138:9, 138:11,
138:16, 138:20,
138:21, 138:23,
138:24, 139:1,
139:3, 139:9,
139:14, 140:2,
140:9, 140:24,
142:3, 142:20,
143:2, 143:4,
143:17, 143:18,
144:10, 145:15,
145:17, 146:8,
146:17, 146:22,
146:25, 147:3,
147:4, 147:14,
147:15, 147:22,
148:3, 148:11,
148:17, 148:18,
148:19, 148:24,
148:25, 149:2,
149:3, 149:4,
149:10, 149:13,
149:25, 150:6,
150:8, 150:19,
151:4, 151:13,
151:18, 151:19,
151:21, 152:6,
152:8, 152:11,
153:1, 153:8,
153:17, 153:18,
154:1, 154:5, 154:8,
154:10, 154:24,
154:25, 155:2,
155:7, 155:10,
155:15, 156:10,
156:19, 156:24,
157:2, 157:3, 157:4,
157:6, 158:2, 158:4,
158:8, 158:9,
158:16, 158:18,
158:20, 158:25,
159:1, 159:5,
159:17, 159:21,
160:11, 160:24,
161:14, 161:15,
161:25, 162:1,
162:13, 162:14,
162:25, 163:18,
163:21, 163:24,
164:4, 164:5,

164:19, 164:25,
165:3, 165:5,
166:16, 166:22,
167:5, 167:7,
167:21, 167:22,
168:5, 169:7,
169:12, 169:13,
169:14, 169:21,
170:1, 170:3, 170:5,
170:15, 170:20,
170:25, 171:2,
171:6, 171:18,
172:1, 172:5, 172:8,
172:9, 172:15,
172:16, 172:21,
173:1, 173:3, 173:9,
173:12, 174:6,
174:8, 174:10,
174:15, 174:20,
174:22, 174:23,
175:9, 175:10,
175:11, 176:2,
176:6, 176:7, 176:8,
176:10, 176:20,
176:25, 177:5,
177:10, 177:14

**THAT'S** [61] - 5:19,
8:13, 8:21, 8:23, 9:4,
10:12, 10:18, 10:25,
11:20, 11:22, 13:12,
13:13, 42:18, 47:18,
55:23, 56:17, 58:9,
58:14, 60:20, 61:5,
61:22, 64:1, 64:16,
65:8, 65:9, 70:11,
74:3, 75:5, 75:19,
76:15, 88:13, 96:19,
100:7, 102:4,
108:20, 111:20,
111:25, 115:13,
120:2, 125:20,
126:16, 126:22,
127:1, 129:2,
132:17, 145:20,
146:11, 150:22,
151:7, 155:12,
156:14, 162:13,
165:2, 166:7,
166:20, 173:9,
175:12, 175:15,
176:18

**THE** [1326] - 1:1, 1:2,
1:11, 2:4, 3:1, 3:4,
3:5, 3:8, 3:9, 3:15,
3:19, 3:22, 3:25, 4:3,
4:5, 4:7, 4:9, 4:11,
4:13, 4:18, 4:21,
4:25, 5:4, 5:14, 5:21,
5:23, 6:10, 6:14,
6:15, 6:16, 6:17,
6:20, 6:23, 7:3, 7:4,

7:6, 7:11, 7:13, 7:17,
7:22, 7:23, 8:9, 8:10,
8:12, 8:13, 8:18,
8:19, 8:20, 8:21,
8:25, 9:1, 9:4, 9:5,
9:9, 9:10, 9:13, 9:14,
9:19, 9:20, 9:21,
9:22, 10:1, 10:3,
10:5, 10:8, 10:16,
10:19, 10:21, 10:22,
11:1, 11:4, 11:5,
11:9, 11:16, 11:18,
11:21, 11:23, 12:2,
12:6, 12:7, 12:10,
12:15, 13:3, 13:5,
13:6, 13:7, 13:11,
13:12, 13:16, 13:18,
13:22, 14:2, 14:3,
14:5, 14:9, 14:13,
14:18, 14:19, 14:21,
14:24, 15:3, 15:4,
15:7, 15:10, 15:12,
15:13, 15:16, 15:17,
15:23, 16:5, 16:6,
16:8, 16:10, 16:16,
16:19, 16:23, 16:24,
16:25, 17:3, 17:4,
17:7, 17:9, 17:11,
17:13, 17:15, 17:16,
17:17, 17:19, 17:20,
17:22, 17:23, 17:24,
17:25, 18:1, 18:7,
18:8, 18:12, 18:15,
18:16, 18:19, 18:20,
18:21, 18:24, 18:25,
19:3, 19:5, 19:10,
19:15, 19:16, 19:20,
19:21, 20:1, 20:2,
20:13, 20:25, 21:4,
21:13, 21:20, 21:21,
21:22, 22:2, 22:4,
22:9, 22:11, 22:13,
22:14, 22:16, 22:17,
22:18, 22:20, 22:22,
22:24, 22:25, 23:1,
23:2, 23:3, 23:4,
23:5, 23:8, 23:9,
23:11, 23:16, 23:18,
23:20, 23:22, 24:1,
24:2, 24:4, 24:7,
24:9, 24:11, 24:13,
24:14, 24:15, 24:16,
24:21, 24:22, 24:23,
24:24, 24:25, 25:1,
25:2, 25:3, 25:6,
25:7, 25:8, 25:9,
25:13, 25:14, 25:19,
25:22, 25:24, 26:1,
26:2, 26:3, 26:4,
26:6, 26:8, 26:11,
26:13, 26:20, 27:1,

27:6, 27:7, 27:15,
27:16, 27:17, 27:18,
27:19, 27:20, 27:21,
27:22, 27:24, 28:4,
28:7, 28:11, 28:13,
28:15, 28:17, 28:18,
28:19, 28:21, 28:22,
29:2, 29:3, 29:6,
29:14, 29:15, 29:17,
29:19, 29:21, 29:23,
29:25, 30:2, 30:5,
30:7, 30:8, 30:11,
30:12, 30:13, 30:15,
30:16, 30:17, 30:20,
30:22, 31:3, 31:4,
31:7, 31:10, 31:14,
31:21, 31:23, 32:3,
32:4, 32:7, 32:9,
32:14, 32:18, 32:19,
32:20, 32:25, 33:11,
33:15, 33:16, 33:19,
34:1, 34:4, 34:5,
34:10, 34:12, 34:13,
34:17, 34:19, 34:20,
34:21, 35:3, 35:10,
35:12, 35:14, 35:16,
35:23, 36:2, 36:3,
36:4, 36:8, 36:9,
36:10, 36:12, 37:2,
38:2, 38:12, 38:24,
39:1, 39:3, 39:9,
39:12, 39:16, 39:17,
39:21, 39:22, 40:6,
40:10, 40:15, 40:16,
40:18, 40:19, 40:20,
40:21, 40:24, 41:9,
41:13, 41:16, 41:20,
41:23, 42:2, 42:10,
42:14, 42:23, 43:1,
43:4, 43:9, 43:12,
44:1, 44:10, 44:11,
44:13, 44:17, 44:19,
44:20, 44:22, 44:23,
45:3, 45:5, 45:7,
45:8, 45:10, 45:12,
45:13, 45:17, 45:18,
45:19, 45:25, 46:1,
46:2, 46:3, 46:9,
46:19, 46:22, 47:5,
47:9, 47:10, 48:4,
48:9, 48:14, 48:20,
48:22, 49:1, 49:6,
49:10, 49:11, 49:21,
50:3, 50:4, 50:6,
50:10, 50:12, 50:13,
50:17, 50:19, 50:20,
50:22, 50:23, 51:1,
51:3, 51:11, 51:13,
51:14, 51:15, 51:22,
52:10, 52:12, 52:13,
52:25, 53:4, 53:6,

53:7, 53:8, 53:9,
53:12, 53:13, 53:17,
53:20, 53:21, 53:23,
53:24, 54:2, 54:4,
54:6, 54:8, 54:10,
54:12, 54:15, 54:22,
54:23, 55:1, 55:5,
55:7, 55:11, 55:12,
55:13, 55:14, 55:18,
55:21, 55:23, 55:25,
56:3, 56:5, 56:9,
57:1, 57:2, 57:6,
57:11, 57:14, 57:15,
57:16, 57:21, 57:22,
57:23, 57:25, 58:1,
58:2, 58:3, 58:9,
58:12, 58:15, 58:20,
58:22, 58:24, 59:3,
59:4, 59:5, 59:10,
59:11, 59:13, 59:16,
59:17, 59:21, 59:22,
60:1, 60:2, 60:4,
60:5, 60:6, 60:8,
60:9, 60:10, 60:20,
60:23, 61:1, 61:6,
61:10, 61:19, 61:22,
61:23, 61:24, 62:5,
62:6, 62:11, 62:12,
62:17, 62:20, 63:2,
63:4, 63:9, 63:16,
63:17, 63:20, 63:25,
64:8, 64:10, 64:12,
64:13, 64:14, 64:16,
64:20, 64:23, 65:4,
65:6, 65:7, 65:9,
65:12, 65:14, 65:16,
65:20, 65:23, 65:24,
65:25, 66:13, 66:18,
66:21, 67:14, 67:16,
67:19, 67:24, 68:5,
68:15, 69:6, 69:11,
69:15, 69:16, 69:18,
69:21, 70:1, 70:4,
70:6, 70:8, 70:10,
70:11, 70:12, 70:13,
70:15, 70:16, 70:19,
70:21, 70:23, 71:3,
71:6, 71:14, 71:17,
72:1, 72:2, 72:3,
72:4, 72:9, 72:10,
72:12, 72:14, 72:15,
72:20, 73:1, 73:5,
73:7, 73:8, 73:16,
73:17, 73:22, 73:24,
74:1, 74:4, 74:9,
74:11, 74:18, 74:24,
74:25, 75:2, 75:5,
75:7, 75:9, 75:12,
75:14, 75:17, 75:23,
76:4, 76:5, 76:9,
76:12, 76:14, 77:11,

78:1, 78:3, 78:5,
78:7, 78:10, 78:16,
78:21, 78:23, 79:3,
79:4, 79:17, 79:19,
79:21, 80:10, 80:14,
80:16, 80:23, 81:13,
81:14, 81:19, 81:20,
81:21, 81:22, 81:24,
82:2, 82:10, 82:12,
82:13, 82:15, 82:18,
82:24, 83:4, 83:8,
83:10, 83:15, 83:18,
83:20, 83:24, 83:25,
84:4, 84:5, 84:8,
84:13, 84:17, 84:21,
84:22, 84:23, 85:2,
85:3, 85:9, 85:18,
85:19, 85:20, 85:22,
86:3, 86:10, 86:13,
86:18, 86:19, 87:4,
87:12, 87:14, 87:16,
87:17, 87:19, 87:20,
87:21, 88:1, 88:7,
88:8, 88:11, 88:18,
88:25, 89:6, 89:7,
89:8, 89:10, 89:14,
89:17, 89:20, 89:21,
90:5, 90:6, 90:7,
90:24, 91:25, 92:1,
92:4, 92:12, 92:16,
92:17, 92:23, 93:2,
93:3, 93:19, 93:21,
93:25, 94:8, 94:9,
94:13, 94:14, 94:17,
94:22, 95:1, 95:3,
96:1, 96:3, 96:18,
96:19, 96:23, 97:10,
97:11, 97:12, 98:1,
98:2, 98:8, 98:9,
98:13, 98:15, 98:16,
98:20, 98:21, 98:22,
98:24, 99:11, 99:15,
99:17, 99:19, 99:20,
99:22, 100:1, 100:2,
100:5, 100:8,
100:10, 100:14,
100:15, 100:17,
100:20, 100:24,
100:25, 101:1,
101:3, 101:21,
101:22, 101:25,
102:1, 102:7,
102:17, 102:21,
103:11, 103:18,
103:20, 103:25,
104:9, 104:10,
104:12, 104:14,
104:17, 104:19,
104:24, 105:7,
105:10, 105:19,
105:21, 105:24,

105:25, 106:2,
106:10, 106:15,
106:16, 106:21,
107:1, 107:3, 107:6,
107:7, 107:13,
107:21, 107:22,
107:23, 108:3,
108:4, 108:6,
108:13, 108:14,
108:15, 108:21,
109:4, 109:10,
109:20, 109:21,
109:23, 110:1,
110:2, 110:4,
110:14, 110:16,
110:22, 111:2,
111:4, 111:6, 111:8,
111:12, 111:13,
112:1, 112:13,
112:20, 112:22,
112:25, 113:4,
113:6, 113:11,
113:14, 113:16,
113:19, 113:20,
113:21, 114:1,
114:5, 114:9,
114:11, 114:14,
114:17, 114:18,
114:19, 115:4,
115:5, 115:6,
115:24, 115:25,
116:1, 116:2, 116:6,
116:10, 116:14,
116:20, 116:21,
116:23, 116:24,
116:25, 117:3,
117:4, 117:5, 117:6,
117:11, 117:12,
117:13, 117:20,
118:5, 118:7, 118:8,
118:23, 119:13,
119:19, 119:24,
119:25, 120:9,
120:10, 120:24,
121:23, 122:8,
122:14, 123:21,
123:23, 123:25,
124:18, 125:6,
125:12, 125:13,
125:15, 125:24,
126:10, 126:11,
126:12, 126:25,
127:2, 127:4, 127:7,
127:8, 127:15,
127:16, 127:24,
128:2, 128:5,
128:12, 128:18,
129:5, 129:8,
129:16, 130:2,
130:4, 130:5,
130:10, 130:12,

130:21, 130:25,
131:1, 131:2, 131:3,
131:15, 131:18,
131:21, 132:8,
132:13, 132:17,
132:18, 133:8,
133:15, 133:16,
133:17, 133:24,
134:3, 134:5, 134:6,
134:11, 134:20,
134:22, 134:24,
135:5, 135:6,
135:15, 135:22,
135:23, 136:1,
136:5, 136:7,
136:10, 136:14,
136:18, 136:19,
136:21, 136:23,
136:24, 137:4,
137:6, 137:11,
137:13, 137:15,
137:17, 138:2,
138:4, 138:14,
138:21, 138:24,
139:1, 139:4,
139:10, 139:12,
139:17, 140:8,
140:11, 140:14,
140:16, 140:17,
140:20, 140:23,
141:2, 141:6, 141:9,
141:11, 141:13,
141:14, 141:15,
141:16, 141:20,
141:21, 141:22,
142:2, 142:3,
142:20, 142:21,
143:1, 143:8,
143:13, 143:15,
143:17, 144:9,
144:14, 144:17,
144:23, 145:2,
145:3, 145:4, 145:5,
145:8, 145:15,
145:16, 145:19,
146:17, 146:21,
146:25, 147:8,
147:9, 147:11,
147:20, 148:11,
148:16, 148:21,
148:25, 149:1,
149:12, 149:20,
149:21, 149:23,
149:24, 150:5,
150:7, 150:8, 150:9,
150:13, 150:22,
150:24, 151:2,
151:9, 151:12,
151:15, 151:18,
151:19, 152:2,
152:6, 152:12,

152:16, 152:22,
152:23, 153:10,
153:12, 153:19,
153:25, 154:1,
154:2, 154:8,
154:15, 155:1,
155:4, 155:8,
155:13, 155:22,
155:23, 156:1,
156:2, 156:4, 156:8,
156:21, 156:22,
157:1, 157:2, 157:8,
158:8, 158:9,
158:16, 158:17,
159:7, 159:9,
159:12, 159:15,
160:13, 160:17,
160:23, 160:25,
161:2, 161:3, 161:6,
161:9, 161:13,
161:14, 161:23,
162:3, 162:5, 162:6,
162:10, 162:12,
162:17, 162:22,
162:23, 163:5,
163:8, 163:10,
163:11, 163:14,
163:23, 164:8,
164:15, 164:18,
164:20, 165:1,
165:9, 165:17,
165:23, 165:24,
165:25, 166:5,
166:9, 166:12,
166:18, 166:19,
166:22, 166:25,
167:5, 167:8,
167:10, 167:13,
167:18, 168:19,
168:21, 168:23,
168:24, 169:1,
169:6, 169:13,
169:14, 169:15,
169:19, 170:2,
170:5, 170:9,
170:12, 170:15,
170:19, 170:24,
170:25, 171:2,
171:3, 171:6,
171:18, 171:21,
171:24, 171:25,
172:4, 172:8,
172:22, 172:24,
173:3, 173:5,
173:11, 173:15,
173:16, 173:17,
173:23, 174:14,
174:15, 174:22,
175:2, 175:5, 175:6,
175:8, 175:9,
175:10, 175:11,

175:12, 175:15, 175:18, 175:20, 175:22, 175:23, 175:25, 176:2, 176:6, 176:14, 176:15, 176:16, 176:19, 176:20, 176:25, 177:5, 177:10, 177:14, 177:15, 177:25

THEIR [55] - 15:21, 15:22, 16:10, 18:8, 18:9, 21:5, 23:15, 26:6, 26:7, 26:9, 26:24, 27:2, 27:7, 28:7, 28:14, 39:21, 40:11, 45:15, 46:22, 47:6, 47:23, 48:7, 53:5, 54:23, 61:24, 71:24, 73:1, 79:10, 83:16, 84:3, 85:22, 88:21, 94:15, 96:2, 96:3, 96:4, 97:20, 98:1, 130:10, 130:14, 131:19, 133:18, 133:21, 133:25, 137:13, 138:5, 148:15, 148:16, 148:17, 164:6, 164:7, 169:18, 169:23, 174:8

THEM [39] - 8:21, 9:11, 10:9, 33:14, 35:19, 40:25, 42:24, 56:15, 61:15, 63:18, 86:13, 91:7, 95:18, 96:22, 97:24, 106:8, 107:17, 110:6, 120:7, 124:19, 130:16, 131:18, 138:6, 138:15, 138:23, 144:12, 149:5, 149:6, 155:15, 158:3, 163:17, 165:5, 168:4, 168:9, 170:23, 172:12, 172:13

THEMSELVES [2] - 150:9, 176:22

THEN [30] - 3:15, 4:2, 4:13, 7:13, 8:7, 9:25, 12:4, 12:17, 12:22, 30:5, 39:10, 55:2, 56:14, 56:15, 63:25, 65:7, 69:19, 89:21, 95:14, 100:10, 111:1, 115:2, 120:9, 137:12, 139:3, 140:16, 152:13,

160:3, 165:15, 165:17

THERE [149] - 3:5, 7:18, 9:1, 9:6, 10:2, 11:7, 11:12, 12:1, 14:13, 26:25, 31:5, 36:22, 37:1, 37:7, 38:9, 40:15, 41:12, 44:5, 47:2, 47:3, 47:7, 48:8, 48:15, 48:22, 48:24, 53:24, 59:7, 59:23, 60:16, 60:18, 60:24, 65:24, 68:24, 69:3, 69:10, 71:12, 72:14, 73:20, 74:1, 76:6, 79:23, 80:22, 83:22, 86:4, 86:16, 88:20, 91:23, 92:21, 92:22, 96:21, 98:22, 102:16, 103:10, 105:2, 105:12, 105:13, 106:13, 106:17, 106:23, 107:23, 107:24, 109:5, 109:13, 109:14, 109:15, 110:15, 110:18, 111:9, 112:16, 112:17, 114:6, 114:18, 115:11, 116:2, 117:8, 119:4, 121:12, 121:18, 121:20, 122:2, 130:6, 130:18, 130:23, 133:4, 134:16, 136:9, 136:12, 137:14, 137:16, 137:17, 137:25, 138:9, 138:16, 139:8, 140:2, 140:8, 142:16, 144:5, 145:2, 145:11, 147:4, 147:11, 149:2, 149:8, 149:10, 149:13, 149:25, 150:20, 151:12, 151:13, 151:19, 152:23, 153:17, 154:4, 155:25, 156:19, 157:7, 157:11, 159:13, 159:21, 161:13, 161:14, 162:11, 163:1, 164:2, 164:20, 165:5, 166:2, 166:3, 167:7, 168:15, 168:18, 169:21, 170:1, 171:5,

171:10, 171:11, 171:25, 173:8, 173:10, 174:17, 174:25, 175:1

THERE'S [4] - 10:24, 12:16, 162:15, 177:7

THEREFORE [5] - 34:22, 35:5, 48:16, 108:9, 119:12

THESE [56] - 22:2, 23:6, 23:7, 23:22, 24:11, 25:25, 30:5, 33:6, 34:21, 41:22, 60:13, 60:19, 68:25, 78:17, 80:11, 82:3, 85:2, 87:5, 93:22, 94:11, 98:3, 104:21, 108:25, 109:1, 110:4, 122:24, 123:24, 124:20, 126:2, 128:23, 130:10, 130:14, 130:15, 131:17, 132:13, 134:21, 135:15, 137:10, 144:16, 146:11, 147:16, 154:6, 154:10, 154:12, 155:6, 156:6, 156:22, 158:4, 158:12, 158:21, 161:6, 168:7, 172:19, 172:21

THEY [166] - 4:15, 4:21, 4:22, 4:25, 5:1, 9:7, 9:8, 11:15, 22:3, 23:12, 23:14, 29:23, 30:7, 38:21, 40:14, 40:15, 40:17, 41:17, 42:25, 45:7, 45:8, 45:14, 46:10, 46:13, 46:14, 46:16, 47:1, 47:4, 47:12, 47:13, 47:24, 47:25, 48:3, 48:7, 49:14, 50:7, 53:10, 54:8, 61:4, 61:20, 63:25, 64:11, 64:13, 64:17, 64:25, 70:7, 70:13, 78:5, 80:21, 80:24, 80:25, 82:11, 82:12, 83:9, 84:13, 84:24, 85:4, 85:12, 85:15, 85:23, 86:14, 86:15, 86:17, 87:8, 87:15, 90:7, 95:15, 96:4, 96:6, 96:17, 96:19, 96:21, 97:2, 97:3, 97:4, 97:5, 97:7, 97:8, 97:13, 97:24, 97:25, 98:2, 98:4, 103:19,

108:2, 108:5, 108:12, 109:9, 110:8, 110:9, 113:9, 113:18, 115:16, 119:1, 119:3, 121:5, 121:18, 125:18, 125:24, 125:25, 127:18, 129:19, 130:13, 130:20, 131:8, 133:14, 133:22, 133:23, 133:25, 134:13, 134:19, 134:23, 135:2, 135:16, 135:21, 137:9, 137:10, 137:11, 137:12, 137:14, 140:21, 145:6, 148:17, 149:6, 149:8, 150:6, 150:8, 150:9, 154:21, 154:22, 155:16, 155:17, 155:19, 157:24, 157:25, 158:25, 161:19, 163:16, 163:20, 164:10, 166:24, 166:25, 167:1, 167:3, 168:6, 168:22, 168:25, 169:5, 169:18, 171:17, 172:11, 172:14, 172:15, 173:19

THING [14] - 13:20, 46:17, 58:2, 58:9, 85:22, 100:1, 121:5, 122:23, 158:16, 161:23, 166:16, 171:15, 176:14, 177:3

THINGS [40] - 6:6, 7:15, 9:17, 9:19, 17:9, 21:2, 40:8, 54:24, 76:9, 76:21, 80:23, 95:10, 108:8, 112:23, 115:12, 115:17, 116:19, 121:20, 130:22, 130:25, 131:1, 138:24, 149:16, 149:17, 153:18, 155:8, 156:24, 158:4, 159:1, 161:14, 162:13, 163:6, 165:13, 169:7, 171:6, 172:15, 173:4, 174:10, 176:3, 176:25

THINK [69] - 7:14,

9:19, 12:8, 12:10, 12:13, 12:14, 13:7, 14:18, 33:10, 34:9, 41:22, 44:10, 44:13, 44:16, 44:19, 48:11, 48:13, 48:24, 49:2, 49:8, 50:1, 53:21, 60:18, 69:10, 72:1, 72:14, 73:20, 74:1, 74:24, 75:8, 75:15, 75:18, 75:19, 76:14, 77:5, 78:1, 78:6, 79:17, 79:19, 80:13, 81:11, 96:16, 98:22, 103:21, 112:22, 112:24, 114:5, 114:12, 116:13, 116:24, 126:21, 128:11, 132:6, 136:4, 136:6, 136:17, 138:14, 139:23, 142:5, 150:15, 153:7, 160:24, 169:12, 169:17, 171:23, 176:5, 176:9, 176:16

THINKING [3] - 77:13, 130:21, 154:23

THIRD [12] - 35:3, 71:3, 71:7, 78:3, 128:8, 142:1, 149:4, 152:22, 152:23, 154:22, 159:25, 160:8

THIS [298] - 3:9, 3:14, 4:2, 5:6, 5:8, 5:9, 5:11, 7:21, 8:7, 9:16, 10:21, 11:14, 12:14, 12:23, 13:1, 13:2, 13:3, 13:8, 13:24, 13:25, 14:11, 14:20, 15:13, 15:14, 15:18, 16:1, 16:16, 16:20, 17:22, 18:3, 18:10, 18:11, 18:18, 19:2, 19:11, 19:23, 20:15, 20:17, 21:10, 22:16, 22:20, 23:15, 24:1, 24:7, 24:15, 24:16, 25:20, 26:5, 27:2, 27:5, 27:11, 27:18, 27:21, 28:1, 28:3, 28:10, 28:17, 29:10, 31:2, 32:6, 33:8, 33:11, 33:18, 33:24, 34:13, 34:15, 34:18, 36:18, 37:3, 37:13, 37:25, 40:5, 40:15, 40:17, 41:8, 42:6, 42:22, 48:2, 48:10, 48:11, 48:17, 48:18,

48:20, 48:22, 49:3,
49:4, 51:1, 51:3,
51:6, 51:20, 52:3,
52:8, 52:13, 52:15,
52:21, 52:22, 53:2,
53:7, 53:11, 53:25,
54:4, 55:8, 55:11,
55:16, 56:18, 56:19,
56:22, 57:3, 57:8,
57:14, 57:22, 61:7,
61:9, 61:13, 61:16,
61:17, 61:18, 61:21,
61:22, 62:1, 62:15,
62:21, 63:15, 63:22,
64:9, 65:12, 65:13,
65:20, 67:12, 67:17,
67:18, 67:20, 68:8,
68:13, 68:19, 68:21,
69:4, 70:9, 70:19,
71:5, 71:15, 72:22,
72:23, 72:25, 73:6,
73:9, 73:14, 73:15,
73:18, 74:24, 75:2,
75:7, 75:13, 76:7,
77:5, 77:7, 79:2,
79:14, 81:8, 81:10,
81:12, 81:17, 81:23,
82:8, 82:9, 82:14,
82:25, 83:1, 83:5,
83:14, 83:20, 84:7,
84:11, 84:15, 84:25,
85:1, 85:3, 85:5,
85:8, 85:11, 85:14,
85:15, 87:14, 89:9,
91:19, 95:1, 95:22,
98:22, 99:1, 99:5,
102:1, 102:3,
102:15, 104:14,
105:2, 106:23,
107:14, 108:12,
109:2, 109:12,
109:13, 110:2,
110:6, 110:24,
112:4, 112:5, 112:8,
112:10, 112:12,
112:19, 112:24,
113:9, 113:10,
113:15, 114:1,
114:3, 114:8,
114:25, 115:11,
115:21, 116:3,
116:7, 116:11,
116:13, 116:16,
116:19, 117:2,
117:6, 117:9,
117:17, 117:25,
118:3, 119:1,
119:25, 120:4,
120:7, 120:8,
121:23, 122:12,
123:1, 123:22,

125:8, 126:24,
127:12, 129:11,
129:18, 136:14,
136:16, 136:18,
136:24, 137:18,
139:5, 140:23,
143:19, 146:9,
146:20, 147:9,
150:25, 151:23,
151:24, 152:1,
152:11, 152:20,
153:5, 155:15,
157:5, 158:2,
162:19, 163:12,
164:3, 164:14,
166:2, 169:12,
170:3, 170:14,
171:2, 171:9,
171:15, 172:21,
172:24, 172:25,
176:16, 177:6,
177:11

THOSE [79] - 8:18,
9:10, 11:10, 11:15,
12:8, 12:9, 12:10,
12:11, 15:14, 22:7,
22:8, 22:15, 23:1,
31:5, 31:9, 34:23,
35:7, 37:15, 39:3,
39:5, 40:7, 47:14,
54:24, 59:23, 59:24,
60:2, 60:25, 65:8,
78:13, 86:18, 86:23,
88:17, 91:7, 92:18,
93:13, 94:24, 95:17,
96:15, 104:22,
108:4, 112:23,
114:20, 116:21,
116:24, 120:1,
120:17, 121:8,
130:1, 130:24,
131:19, 134:14,
134:18, 134:23,
135:11, 137:21,
138:24, 149:20,
152:17, 154:8,
158:14, 159:20,
159:21, 160:6,
160:10, 160:11,
160:12, 160:14,
160:16, 160:17,
160:22, 161:2,
165:12, 165:21,
165:22, 169:17

THOSSE [1] - 48:9
THOUGH [1] - 18:20
THOUGHT [2] - 22:25,
112:12
THOUGHTS [2] - 72:3,
162:22

THOUSANDS [1] -
29:24
THREE [16] - 72:14,
78:10, 79:15, 82:21,
83:14, 107:5,
107:13, 108:4,
122:3, 124:8,
127:23, 129:9,
130:2, 130:9,
151:14, 176:6
THREE-DAY [1] -
176:6
THROUGH [46] - 6:22,
9:22, 18:9, 18:10,
22:6, 25:19, 39:10,
55:21, 55:24, 64:23,
73:17, 81:14, 88:25,
89:15, 96:8, 102:23,
103:1, 106:3, 107:1,
107:3, 107:7,
107:13, 109:23,
117:17, 121:7,
125:4, 126:5,
126:10, 127:4,
127:16, 127:25,
128:12, 129:8,
129:16, 129:17,
133:5, 134:17,
134:21, 137:12,
154:19, 159:6,
170:10, 170:11,
170:14, 171:10,
171:15
THROUGHOUT [11] -
16:4, 20:17, 22:16,
24:4, 24:10, 24:16,
25:24, 26:5, 27:18,
154:14, 167:5
THROW [1] - 97:6
THUMB [1] - 156:13
TIGHT [2] - 89:12,
157:18
TIME [94] - 3:14, 5:16,
6:13, 8:11, 10:3,
10:21, 14:13, 18:13,
19:23, 20:20, 21:5,
21:11, 22:8, 22:11,
24:9, 26:14, 29:14,
30:16, 30:18, 32:14,
32:19, 34:5, 35:1,
37:25, 42:6, 51:25,
52:2, 52:19, 69:7,
69:13, 70:2, 70:11,
82:22, 83:10, 84:12,
85:12, 88:16, 89:10,
89:12, 95:16, 98:14,
98:16, 98:23, 99:25,
100:3, 103:4,
111:25, 114:7,
114:25, 115:21,

116:3, 116:10,
118:10, 126:10,
126:12, 126:19,
127:3, 127:6,
127:16, 128:2,
128:5, 128:8,
129:14, 129:18,
140:12, 142:20,
142:21, 143:17,
144:22, 147:22,
149:22, 156:1,
156:8, 157:8,
162:14, 163:1,
163:5, 163:8,
163:19, 163:21,
165:23, 165:25,
166:1, 167:22,
168:5, 170:9,
170:12, 172:18,
174:4, 174:10,
175:19, 175:25,
176:21
TIME'S [2] - 153:6,
153:8
TIME-
MANAGEMENT [1] -
20:20
TIME-WISE [1] -
118:10
TIMES [22] - 25:19,
31:21, 37:23, 61:14,
83:14, 94:13, 94:20,
106:7, 107:3, 107:5,
107:13, 122:10,
127:23, 128:7,
129:9, 129:11,
144:18, 149:14,
156:24, 161:21,
167:5, 168:18
TIN [1] - 65:8
TITLE [4] - 18:21,
34:12, 51:3, 159:15
TO [979] - 3:14, 3:15,
3:17, 4:22, 4:23,
4:24, 5:5, 5:7, 5:12,
5:13, 5:16, 5:17,
5:18, 5:19, 6:3, 6:5,
6:9, 6:11, 6:19, 6:21,
6:24, 7:1, 7:2, 7:6,
7:7, 7:8, 7:12, 7:13,
7:15, 7:19, 7:22,
7:24, 8:2, 8:3, 8:8,
8:16, 8:20, 8:23, 9:6,
9:9, 9:10, 9:12, 9:16,
9:20, 9:24, 10:9,
10:11, 10:18, 10:22,
10:25, 11:1, 11:5,
11:8, 11:9, 11:13,
11:18, 11:19, 11:20,
11:22, 11:24, 12:2,

12:3, 12:14, 12:15,
12:17, 13:1, 13:5,
13:7, 13:14, 13:15,
13:21, 13:22, 13:23,
14:1, 14:4, 14:7,
14:12, 14:14, 14:15,
14:20, 14:21, 15:8,
15:9, 15:11, 15:13,
15:14, 15:16, 15:21,
16:1, 16:2, 16:5,
16:6, 16:15, 16:20,
16:21, 16:22, 16:24,
17:3, 17:4, 17:5,
17:8, 17:9, 17:12,
17:17, 17:23, 18:9,
18:20, 18:22, 19:3,
19:5, 19:11, 19:13,
19:14, 19:15, 19:16,
20:1, 20:2, 20:9,
20:12, 20:24, 20:25,
21:1, 21:4, 21:6,
21:9, 21:12, 21:13,
21:14, 21:15, 21:16,
21:20, 21:21, 22:8,
22:17, 22:24, 23:4,
23:7, 23:9, 23:11,
23:14, 23:23, 24:2,
24:9, 24:11, 24:17,
25:2, 25:12, 25:15,
26:6, 26:9, 26:21,
26:22, 27:14, 27:23,
28:1, 28:4, 28:6,
28:7, 28:10, 28:11,
28:13, 28:15, 28:21,
28:24, 29:9, 29:13,
29:17, 29:19, 29:20,
29:22, 30:5, 30:6,
30:10, 30:12, 30:15,
30:21, 31:1, 31:2,
31:9, 31:10, 31:11,
31:16, 31:19, 31:21,
31:22, 31:23, 31:25,
32:8, 32:12, 32:15,
32:17, 32:20, 32:22,
33:3, 33:5, 33:8,
33:10, 33:15, 33:16,
34:2, 34:4, 34:5,
34:7, 34:8, 34:15,
34:18, 34:22, 34:23,
34:24, 35:9, 35:12,
35:13, 35:19, 35:20,
35:22, 35:25, 36:24,
37:2, 37:7, 37:8,
37:9, 37:12, 37:13,
37:17, 38:5, 38:11,
38:23, 39:4, 39:15,
40:9, 40:23, 41:3,
41:7, 41:8, 41:15,
41:17, 41:19, 41:21,
41:22, 41:24, 42:6,
42:7, 42:23, 43:4,

43:15, 43:18, 43:21,
44:6, 44:8, 44:11,
44:14, 44:17, 44:18,
44:20, 45:8, 45:12,
45:14, 45:19, 45:22,
46:3, 46:10, 46:14,
46:18, 46:19, 46:20,
46:21, 46:25, 47:6,
47:10, 47:14, 47:23,
47:24, 48:8, 48:10,
48:11, 48:17, 48:21,
49:3, 49:4, 49:10,
49:13, 50:6, 50:10,
51:9, 51:13, 51:15,
51:21, 51:23, 51:24,
52:1, 52:15, 52:16,
52:23, 53:5, 53:9,
53:12, 53:16, 54:4,
54:7, 54:13, 54:20,
55:1, 55:18, 57:21,
57:25, 58:3, 58:4,
58:9, 58:22, 59:4,
59:9, 59:10, 59:12,
59:14, 59:18, 59:24,
60:6, 60:8, 60:10,
60:17, 60:21, 61:1,
61:2, 61:21, 61:24,
62:2, 62:14, 63:1,
63:9, 63:23, 63:24,
64:4, 64:6, 64:7,
64:12, 64:15, 64:19,
64:20, 64:23, 65:14,
66:1, 66:2, 66:6,
66:13, 66:14, 66:18,
67:6, 67:9, 67:20,
67:23, 67:24, 68:2,
68:9, 68:23, 69:2,
69:11, 69:13, 69:24,
70:18, 71:2, 71:15,
71:18, 71:20, 72:2,
72:4, 72:10, 72:13,
72:15, 72:19, 73:1,
73:5, 73:20, 73:22,
74:4, 74:9, 74:15,
74:18, 74:25, 75:7,
75:9, 75:10, 75:14,
75:16, 75:20, 76:11,
76:12, 76:15, 76:19,
76:21, 76:22, 76:25,
77:11, 78:16, 78:18,
78:25, 79:1, 79:10,
79:13, 79:23, 80:21,
81:4, 81:17, 81:21,
82:2, 83:5, 83:20,
83:25, 84:7, 84:21,
85:7, 85:8, 85:19,
85:21, 85:23, 86:3,
86:10, 86:12, 86:14,
86:16, 86:17, 86:22,
86:24, 87:2, 87:18,
88:4, 88:8, 88:9,

88:12, 88:13, 88:14,
88:15, 88:19, 88:24,
89:6, 89:7, 89:9,
89:11, 89:14, 89:21,
90:1, 90:18, 92:5,
92:10, 92:14, 92:25,
93:3, 93:8, 93:12,
93:14, 93:23, 94:6,
94:14, 95:5, 95:13,
96:2, 96:4, 96:6,
96:8, 96:13, 96:18,
96:19, 96:21, 96:22,
97:3, 97:5, 97:8,
97:12, 97:13, 97:18,
97:19, 97:23, 97:24,
98:5, 98:9, 98:15,
98:24, 99:24, 99:25,
100:2, 100:13,
100:16, 101:12,
101:18, 101:19,
102:3, 102:7,
102:17, 103:13,
103:17, 103:22,
103:25, 104:1,
104:17, 105:8,
105:18, 105:19,
105:21, 105:24,
106:1, 106:13,
106:14, 106:16,
106:22, 107:8,
107:10, 107:17,
108:2, 108:3, 108:4,
108:5, 108:11,
108:12, 108:15,
109:16, 109:17,
109:18, 109:24,
110:2, 110:5, 110:6,
110:9, 110:12,
111:3, 111:4, 111:9,
111:11, 112:3,
112:10, 112:11,
112:20, 112:23,
112:25, 113:4,
113:9, 114:1, 114:4,
114:7, 114:10,
114:12, 114:14,
114:15, 114:16,
114:21, 115:1,
115:4, 115:7,
115:14, 115:19,
115:22, 116:3,
116:9, 116:12,
116:14, 116:17,
116:21, 117:1,
117:2, 117:3, 117:5,
117:6, 117:8, 117:9,
117:10, 117:11,
117:12, 117:14,
117:15, 117:17,
117:18, 117:25,
118:1, 118:7, 118:8,

118:21, 118:24,
118:25, 119:6,
119:9, 119:11,
119:12, 119:24,
119:25, 120:9,
120:20, 120:23,
121:6, 121:21,
121:23, 122:1,
122:13, 122:14,
122:20, 123:11,
123:19, 123:22,
123:23, 124:5,
124:6, 125:1, 125:4,
125:8, 125:9,
125:17, 125:18,
125:24, 125:25,
126:5, 126:7, 126:8,
126:11, 126:13,
126:15, 127:10,
127:11, 127:16,
127:19, 128:3,
128:5, 128:8,
128:14, 128:15,
129:4, 129:20,
130:3, 130:9,
130:16, 131:4,
131:5, 131:9,
131:10, 131:20,
132:1, 132:8,
132:11, 132:15,
132:16, 132:18,
132:20, 133:18,
133:23, 134:3,
134:6, 134:12,
134:14, 134:17,
134:19, 134:20,
134:23, 135:23,
136:7, 136:13,
136:16, 136:23,
137:6, 137:13,
137:22, 137:24,
138:7, 138:10,
138:22, 139:3,
139:4, 139:5, 139:6,
139:9, 139:12,
139:23, 140:13,
140:17, 140:21,
141:7, 141:9,
141:11, 141:25,
142:1, 142:4,
142:10, 143:6,
143:11, 143:13,
143:14, 143:16,
143:18, 144:10,
144:11, 144:13,
144:14, 144:21,
144:23, 145:4,
144:5, 145:7,
145:12, 145:14,
145:15, 145:16,
145:22, 145:23,

146:1, 146:2, 146:5,
146:15, 146:17,
147:2, 147:5, 147:8,
147:10, 147:11,
147:14, 148:7,
148:11, 148:14,
148:15, 148:16,
148:23, 148:25,
149:5, 149:11,
149:12, 149:14,
149:16, 149:21,
149:23, 150:2,
150:4, 150:13,
150:24, 151:18,
152:12, 152:16,
152:22, 152:25,
153:9, 153:16,
153:18, 154:2,
154:5, 154:11,
154:17, 154:21,
154:22, 154:24,
154:25, 155:1,
155:2, 155:4, 155:7,
155:8, 155:15,
156:1, 156:5, 156:9,
156:11, 156:12,
156:15, 156:16,
156:20, 156:23,
157:4, 157:6, 157:7,
157:11, 157:15,
157:16, 157:17,
157:19, 157:20,
157:21, 157:24,
157:25, 158:1,
158:7, 158:8,
158:16, 158:17,
158:25, 159:4,
159:16, 160:2,
160:19, 160:21,
160:23, 161:6,
161:18, 161:19,
162:2, 162:3, 162:4,
162:6, 162:7, 162:9,
162:12, 162:16,
162:17, 162:18,
162:23, 163:4,
163:7, 164:5, 164:6,
164:7, 164:10,
164:15, 164:17,
165:23, 166:9,
166:16, 166:17,
166:18, 166:22,
166:23, 166:24,
167:1, 167:4, 167:5,
167:6, 167:23,
167:25, 168:4,
168:6, 168:11,
168:13, 168:14,
168:16, 169:1,
169:2, 169:22,
170:2, 170:9,

170:13, 170:17,
170:22, 170:23,
170:24, 171:1,
171:2, 171:4, 171:6,
171:10, 171:11,
171:12, 171:13,
171:14, 171:15,
171:17, 171:18,
171:25, 172:5,
172:15, 172:17,
172:19, 173:2,
173:3, 173:6, 173:7,
173:17, 173:18,
174:8, 174:15,
174:20, 174:21,
174:24, 175:1,
175:9, 175:12,
175:23, 175:24,
176:1, 176:3, 176:5,
176:15, 176:21,
177:1, 177:3, 177:4,
177:5

**TODAY** [20] - 15:8,
18:6, 23:18, 27:11,
32:24, 37:13, 37:17,
37:21, 39:12, 44:6,
45:3, 101:11,
101:19, 102:11,
102:16, 103:7,
106:19, 109:24,
171:14, 174:23

**TODAY'S** [1] - 111:19

**TOGETHER** [9] - 8:23,
14:19, 19:23,
127:18, 142:21,
142:22, 145:11,
162:23, 163:4

**TOLD** [3] - 134:22,
174:7, 175:9

**TOLERATED** [1] -
55:2

**TOMORROW** [4] -
176:1, 176:11,
176:22, 177:11

**TONIGHT** [1] - 162:16

**TOO** [5] - 8:17, 55:21,
143:9, 145:13,
157:14

**TOOK** [6] - 19:19,
35:4, 35:5, 128:2,
150:11, 169:10

**TOOL** [6] - 18:24,
60:21, 60:22, 61:16,
61:17, 134:11

**TOOLS** [7] - 46:24,
60:16, 60:18, 60:20,
98:3, 156:19, 161:15

**TOP** [5] - 11:8, 14:2,
150:24, 157:15,
177:4

**TOPIC** [4] - 76:4, 116:13, 129:8, 139:10

**TOPICS** [4] - 44:5, 44:21, 98:9, 103:25

**TOTAL** [2] - 57:5, 167:23

**TOUCH** [1] - 130:6

**TOWARDS** [6] - 16:9, 20:10, 22:20, 26:7, 73:8, 139:2

**TOYS** [1] - 149:16

**TRACK** [4] - 7:8, 111:24, 156:17, 176:6

**TRADE** [2] - 7:11, 7:14

**TRAINED** [3] - 46:20, 91:21

**TRAINING** [1] - 46:23

**TRANSCRIBING** [2] - 14:10, 104:15

**TRANSCRIPT** [18] - 1:22, 18:14, 19:8, 24:2, 25:4, 25:23, 26:4, 88:2, 106:20, 108:1, 115:8, 122:12, 123:3, 123:4, 124:2, 125:2, 164:16, 177:15

**TRANSCRIPTION** [1] - 1:22

**TRANSCRIPTS** [11] - 80:20, 86:15, 86:21, 87:12, 88:7, 88:17, 133:20, 135:13, 135:21, 159:10

**TRANSFERRING** [1] - 136:6

**TRANSITION** [1] - 132:7

**TRANSPARENCY** [1] - 115:11

**TRANSPARENT** [1] - 106:24

**TRAVELING** [1] - 126:14

**TRAVELINGS** [1] - 126:2

**TREAT** [4] - 45:22, 45:23, 66:7, 147:6

**TREATABLE** [1] - 63:14

**TREATED** [5] - 33:22, 40:14, 48:1, 60:6, 92:2

**TREATING** [6] - 26:18, 48:7, 71:23, 75:25, 92:12, 92:16

**TREATMENT** [16] - 15:9, 25:1, 40:4,

40:20, 46:12, 49:14, 53:10, 57:11, 57:15, 63:18, 63:20, 65:15, 67:22, 71:25, 74:22, 76:2

**TREATMENTS** [1] - 138:22

**TRIAL** [23] - 1:12, 5:8, 6:17, 7:4, 8:19, 8:21, 9:1, 9:5, 9:10, 9:12, 9:13, 10:21, 14:6, 20:18, 22:17, 24:7, 24:16, 27:18, 29:10, 54:7, 116:8, 117:1, 177:11

**TRIED** [3] - 112:23, 157:17, 171:1

**TRUE** [4] - 112:23, 123:18, 163:12, 172:6

**TRY** [13] - 7:22, 10:18, 14:7, 47:14, 62:14, 66:2, 95:13, 96:19, 118:8, 155:1, 157:21, 158:7, 158:8

**TRYING** [19] - 11:5, 38:23, 45:12, 63:9, 69:24, 71:18, 71:20, 76:15, 96:21, 100:16, 111:11, 128:14, 131:5, 147:8, 156:1, 160:21, 173:6, 173:7

**TURN** [3] - 5:5, 89:21, 162:7

**TURNS** [1] - 33:17

**TUSSLING** [1] - 147:11

**TUTORED** [2] - 153:22, 153:23

**TUTORING** [1] - 20:8

**TUTORS** [1] - 170:25

**TV** [1] - 162:7

**TWICE** [1] - 57:1

**TWO** [31] - 6:21, 6:23, 11:17, 30:14, 32:4, 32:8, 34:20, 34:23, 35:4, 59:22, 69:10, 75:11, 76:10, 78:1, 106:7, 121:8, 122:10, 130:8, 130:18, 147:21, 148:12, 148:13, 157:15, 159:5, 160:10, 160:14, 160:22, 161:2, 162:15, 165:5, 176:11

**TYPE** [23] - 31:23, 33:8, 33:11, 38:20,

49:4, 53:9, 55:11, 69:14, 86:21, 87:1, 94:12, 95:19, 119:3, 124:2, 137:8, 149:3, 149:10, 156:6, 158:2, 161:18, 169:12, 169:14

**TYPES** [7] - 11:10, 38:18, 39:7, 40:25, 108:22, 135:10, 173:4

**TYPICALLY** [1] - 46:24

# U

**U.S** [4] - 113:11, 131:8, 131:12, 131:14

**UGANDAN** [1] - 108:19

**UH** [3] - 128:22, 168:10, 174:5

**UH-HUH** [3] - 128:22, 168:10, 174:5

**UNABLE** [1] - 33:8

**UNATTAINABLE** [1] - 21:18

**UNCOMMON** [1] - 68:9

**UNDENIABLE** [1] - 27:9

**UNDER** [22] - 19:10, 19:20, 23:22, 34:11, 34:25, 39:17, 44:9, 56:24, 65:4, 67:22, 73:3, 112:16, 113:4, 117:7, 117:25, 118:1, 118:2, 120:24, 130:10, 134:14, 137:15, 169:10

**UNDERFUNDED** [1] - 109:19

**UNDERGO** [1] - 67:24

**UNDERLYING** [1] - 70:13

**UNDERMINE** [1] - 16:1

**UNDERPIN** [1] - 27:13

**UNDERSCORE** [1] - 19:14

**UNDERSTAND** [22] - 6:10, 8:5, 8:7, 8:16, 12:25, 14:12, 42:16, 58:11, 71:16, 75:11, 77:13, 81:20, 81:21, 84:21, 89:24, 101:14, 105:21, 117:16, 117:23,

146:24, 175:6

**UNDERSTANDABLE** [1] - 142:4

**UNDERSTANDING** [15] - 5:20, 6:12, 17:7, 26:1, 41:23, 42:21, 72:9, 76:7, 79:8, 81:22, 83:12, 87:5, 96:20, 153:19, 176:10

**UNDERSTOOD** [7] - 5:3, 5:22, 14:16, 40:22, 55:3, 87:20, 122:1

**UNDERTAKEN** [1] - 16:20

**UNDERTAKING** [1] - 16:8

**UNDERWENT** [1] - 21:9

**UNDUE** [1] - 116:9

**UNEMPLOYMENT** [1] - 138:2

**UNEQUIVOCALLY** [3] - 17:20, 23:19, 26:5

**UNFAIR** [3] - 33:10, 123:16, 129:22

**UNFAIRLY** [1] - 19:13

**UNFORTUNATE** [1] - 131:17

**UNFORTUNATELY** [2] - 15:14, 33:17

**UNHEARD** [1] - 169:22

**UNIFORM** [1] - 131:6

**UNITED** [5] - 1:1, 1:6, 38:12, 82:23, 104:11

**UNITY** [1] - 9:6

**UNIVERSITY** [12] - 81:10, 81:25, 82:10, 83:24, 83:25, 84:13, 84:18, 84:22, 140:1, 167:19, 167:20, 169:17

**UNJUST** [1] - 15:9

**UNKNOWN** [1] - 96:22

**UNLESS** [3] - 70:4, 84:8, 98:21

**UNLIKELY** [1] - 83:18

**UNMATCHED** [2] - 107:16, 107:18

**UNOFFICIAL** [3] - 155:6, 169:23, 170:21

**UNPRECEDENTED** [1] - 18:18

**UNQUOTE** [2] - 108:23, 154:11

**UNTIL** [9] - 5:1, 21:8, 52:9, 75:9, 96:18,

114:4, 155:25, 156:3, 165:25

**UNWAVERING** [2] - 26:24, 28:2

**UNYIELDING** [1] - 28:22

**UP** [55] - 5:18, 6:6, 6:7, 11:11, 11:15, 12:15, 13:9, 40:4, 40:9, 41:17, 45:8, 52:9, 52:22, 53:18, 55:5, 62:12, 62:13, 67:6, 67:9, 71:17, 79:15, 92:23, 97:3, 100:4, 112:3, 116:25, 120:19, 122:21, 130:13, 143:13, 143:14, 144:23, 150:13, 150:14, 150:24, 151:12, 151:14, 155:4, 157:23, 157:25, 158:3, 158:25, 159:4, 160:6, 162:2, 162:3, 162:16, 164:12, 165:3, 165:4, 165:5, 165:25, 171:2, 174:15, 174:21

**UPBRINGING** [1] - 19:19

**UPCOMING** [1] - 25:13

**UPHELD** [1] - 28:12

**UPHOLD** [1] - 26:7

**UPLIFT** [1] - 28:21

**UPON** [7] - 23:5, 24:12, 28:9, 73:21, 106:19, 114:17, 118:6

**URGED** [1] - 31:20

**US** [26] - 6:20, 11:13, 37:17, 38:20, 44:11, 55:24, 61:5, 61:19, 65:3, 67:16, 68:2, 81:5, 81:7, 87:14, 99:19, 114:4, 136:17, 140:18, 142:4, 148:11, 153:1, 157:9, 157:11, 171:10, 174:25, 175:24

**USE** [23] - 46:3, 46:24, 47:7, 60:17, 60:19, 60:24, 61:4, 61:5, 61:16, 61:22, 66:14, 85:8, 85:21, 93:13, 96:25, 98:4, 107:25, 113:18, 122:13, 134:5, 134:11,

**USED** [21] - 47:4, 55:1, 57:9, 57:11, 57:14, 57:17, 60:3, 60:7, 60:25, 61:17, 66:13, 74:4, 113:10, 113:15, 116:25, 147:2, 147:5, 149:11, 157:20, 162:12, 174:20

134:19, 145:10

**USEFUL** [2] - 31:23, 33:12

**USES** [1] - 73:1

**USING** [6] - 5:11, 11:21, 60:21, 75:18, 94:9, 113:15

**USMLE** [16] - 29:15, 30:9, 30:17, 34:4, 35:14, 78:7, 78:10, 87:4, 87:12, 88:2, 105:25, 107:23, 118:23, 131:3, 131:4, 134:5

**USUAL** [1] - 10:16

**USUALLY** [4] - 61:23, 94:12, 94:18, 96:15

**UTILIZE** [1] - 46:6

**UTILIZED** [1] - 20:24

# V

**VAIN** [1] - 119:11

**VALIDATED** [3] - 60:20, 60:22, 98:3

**VALIDITY** [3] - 24:21, 48:9, 175:2

**VALUES** [1] - 148:15

**VARIOUS** [2] - 24:19, 68:23

**VERBALLY** [1] - 62:14

**VERDICT** [1] - 29:2

**VERIFYING** [1] - 17:2

**VERSUS** [9] - 1:5, 3:10, 29:15, 61:18, 89:1, 97:6, 100:5, 129:13, 160:13

**VERY** [27] - 3:19, 4:13, 7:10, 9:7, 9:16, 9:20, 14:3, 27:20, 34:10, 48:21, 76:4, 96:17, 107:17, 110:7, 123:17, 129:22, 131:10, 131:16, 131:20, 136:15, 157:20, 163:12, 167:21, 168:23, 171:17, 173:19, 175:19

**VHS** [1] - 153:25

**VIA** [1] - 1:9

**VIBRATE** [1] - 19:6

**VIDEO** [7] - 5:8, 5:18, 5:21, 6:23, 14:6, 62:12, 98:15

**VIEW** [3] - 14:9, 75:13, 168:19

**VIEWED** [1] - 92:21

**VIGILANCE** [1] - 62:23

**VIGOROUS** [1] - 25:14

**VIOLATE** [1] - 34:21

**VIOLATED** [1] - 32:3

**VIOLATION** [1] - 18:8

**VISIT** [2] - 45:9, 47:23

**VIVIDLY** [1] - 17:24

**VOICES** [1] - 113:19

**VOIR** [1] - 41:4

**VOLUME** [1] - 31:3

**VOLUNTEER** [1] - 80:23

# W

**WADDELL** [1] - 47:3

**WAIST** [1] - 116:10

**WAITING** [1] - 124:13

**WALK** [1] - 13:23

**WALKED** [1] - 147:7

**WANT** [40] - 5:12, 5:18, 6:9, 6:19, 8:16, 9:9, 10:12, 11:9, 15:13, 41:3, 51:15, 60:21, 76:21, 83:5, 86:14, 86:16, 86:17, 89:11, 96:2, 106:14, 110:5, 110:6, 116:3, 117:14, 120:20, 122:1, 123:22, 129:3, 132:11, 137:22, 146:22, 146:25, 147:1, 153:16, 155:4, 160:19, 162:23, 172:19, 176:5

**WANTED** [20] - 5:7, 6:3, 6:5, 58:9, 66:13, 82:2, 132:16, 132:18, 139:23, 143:16, 147:14, 154:21, 154:22, 154:25, 158:11, 158:16, 158:17, 167:1, 169:2, 175:9

**WANTING** [1] - 92:5

**WARN** [1] - 7:25

**WARRANTED** [1] - 30:11

**WARRANTS** [1] - 96:10

**WAS** [218] - 11:8, 13:3, 13:13, 13:23, 14:12, 17:10, 19:16, 19:19, 20:13, 21:8, 21:10, 21:13, 21:14, 22:8, 25:17, 30:17, 32:17, 33:1, 33:8, 33:10, 40:21, 41:2, 42:5, 43:22, 44:11, 44:13, 44:14, 45:12, 45:13, 50:5, 50:18, 51:7, 51:9, 51:10, 52:2, 53:9, 56:3, 58:2, 58:4, 58:5, 58:21, 59:10, 60:6, 64:9, 64:12, 64:16, 65:10, 65:12, 65:24, 65:25, 66:1, 66:12, 69:17, 69:18, 69:19, 69:23, 72:12, 72:13, 72:14, 78:1, 78:2, 78:6, 79:16, 79:18, 79:20, 80:5, 80:16, 93:2, 95:1, 95:13, 95:20, 96:13, 99:24, 100:2, 100:6, 100:16, 102:7, 103:4, 103:6, 105:12, 106:8, 106:11, 107:16, 108:9, 108:11, 108:12, 109:7, 111:8, 111:9, 112:12, 113:9, 114:3, 115:4, 115:18, 116:11, 121:3, 121:5, 123:6, 123:7, 123:17, 123:19, 124:13, 125:16, 125:21, 125:23, 126:13, 126:14, 127:2, 127:4, 128:14, 128:15, 128:16, 128:17, 128:25, 129:2, 129:3, 129:23, 131:9, 131:15, 131:16, 131:18, 133:11, 133:13, 133:20, 134:2, 134:20, 134:21, 134:22, 134:24, 135:1, 135:7, 137:14, 138:20, 142:20, 143:4, 143:21, 144:1, 144:2, 144:21, 145:3, 145:5, 145:17, 145:19, 146:21, 146:23, 146:24, 147:2, 147:3, 147:4, 147:5, 147:6, 147:8, 147:11, 147:13,

147:14, 147:16, 147:20, 148:3, 148:5, 148:7, 148:21, 149:2, 149:11, 149:25, 150:10, 152:20, 154:15, 154:16, 155:3, 155:10, 155:12, 156:10, 156:15, 156:19, 157:6, 157:11, 157:25, 158:10, 158:15, 158:16, 162:19, 162:20, 163:23, 163:24, 164:8, 164:25, 166:2, 166:21, 166:23, 167:6, 167:17, 167:21, 168:12, 169:16, 170:17, 171:9, 171:10, 171:11, 172:9, 172:10, 172:12, 172:20, 173:8, 173:10, 173:16, 175:13, 176:14

**WASHINGTON** [1] - 2:3

**WASN'T** [3] - 164:1, 164:9, 167:18

**WASTED** [1] - 155:25

**WATCHING** [1] - 170:10

**WAY** [22] - 1:15, 6:22, 8:4, 28:19, 52:5, 54:8, 71:5, 75:12, 90:20, 97:11, 100:5, 104:9, 109:10, 111:10, 118:8, 119:24, 133:15, 133:24, 134:2, 134:20, 170:19, 171:25

**WAYS** [2] - 6:21, 109:15

**WE** [205] - 3:4, 4:2, 5:7, 5:12, 5:16, 5:19, 5:20, 5:21, 5:23, 7:22, 8:9, 8:10, 8:17, 8:18, 9:1, 9:4, 9:6, 9:12, 9:13, 9:23, 9:25, 11:2, 11:4, 11:5, 11:9, 11:14, 11:19, 11:25, 12:2, 12:14, 13:2, 13:7, 13:15, 13:18, 14:7, 14:10, 14:11, 14:18, 14:24, 34:9, 34:12, 35:17, 40:8, 40:19,

40:20, 41:4, 41:24, 41:25, 44:8, 44:19, 45:23, 45:24, 47:7, 47:9, 47:10, 49:2, 53:11, 54:6, 55:6, 55:20, 55:21, 56:5, 58:3, 58:5, 58:24, 59:17, 59:21, 60:13, 60:24, 61:5, 61:18, 61:22, 61:25, 62:1, 62:6, 62:7, 63:22, 63:23, 63:25, 64:11, 64:14, 66:17, 67:10, 68:25, 69:15, 70:3, 70:4, 70:10, 70:12, 73:7, 73:23, 75:9, 76:20, 77:8, 79:17, 79:18, 79:20, 80:21, 81:9, 81:14, 82:21, 82:22, 83:5, 84:5, 84:12, 87:3, 89:12, 89:18, 96:25, 97:1, 97:22, 97:24, 99:2, 100:5, 102:25, 103:1, 103:18, 103:21, 104:15, 104:17, 107:7, 107:15, 107:19, 108:13, 108:15, 109:20, 110:18, 111:1, 111:2, 111:3, 112:6, 112:20, 112:24, 114:20, 114:22, 115:12, 116:6, 116:13, 116:15, 116:21, 117:2, 117:7, 117:11, 118:9, 123:5, 125:21, 128:10, 131:5, 131:24, 136:6, 136:24, 138:2, 140:17, 140:23, 140:24, 142:21, 142:22, 143:8, 143:11, 143:12, 144:7, 145:12, 146:3, 146:7, 150:14, 150:18, 151:7, 152:13, 152:16, 152:22, 152:25, 153:3, 153:7, 159:11, 159:21, 161:13, 161:15, 161:18, 161:23, 162:11, 162:12, 164:12, 164:19, 165:19, 172:16, 173:5, 174:9, 176:3, 176:5, 176:7, 176:17,

176:18, 176:20, 176:22, 177:5, 177:6, 177:8, 177:10

**WEALTH** [1] - 31:5

**WEAR** [1] - 21:6

**WEB** [1] - 82:10

**WEBSITE** [6] - 81:24, 84:3, 84:23, 85:1, 85:25, 116:18

**WEBSITES** [1] - 85:3

**WEED** [3] - 134:6, 134:12, 134:20

**WEEDED** [1] - 134:20

**WEEDING** [2] - 133:24, 133:25

**WEEK** [2] - 8:22, 144:19

**WEEKLY** [1] - 68:22

**WEEKS** [3] - 25:13, 131:25, 162:15

**WEIGH** [3] - 92:14, 92:18, 118:23

**WEIGHED** [3] - 115:18, 135:12, 136:15

**WEIGHING** [1] - 135:16

**WEIGHT** [3] - 54:23, 114:9, 115:13

**WEIGHTED** [1] - 119:1

**WELCOME** [3] - 4:22, 100:17, 175:22

**WELL** [56] - 3:19, 5:11, 6:16, 7:1, 7:8, 7:9, 7:21, 10:8, 24:13, 25:10, 36:20, 38:1, 38:3, 39:11, 45:16, 47:22, 49:6, 52:8, 58:2, 78:4, 80:24, 86:18, 89:9, 94:1, 94:22, 96:6, 96:17, 105:11, 110:5, 113:10, 114:9, 121:6, 121:23, 128:19, 132:6, 133:4, 138:23, 143:23, 145:3, 145:8, 145:24, 146:16, 148:12, 154:13, 154:21, 157:13, 158:6, 161:17, 164:11, 165:25, 166:20, 168:3, 173:4, 173:20, 174:8, 175:7

**WELL-KNOWN** [1] - 121:23

**WELL-ROUNDED** [1] - 80:24

**WENT** [24] - 52:8, 79:18, 79:21, 86:24, 97:2, 100:3, 106:3, 121:7, 127:3, 127:16, 129:8, 129:18, 132:15, 133:5, 148:25, 154:17, 162:18, 166:22, 167:5, 167:7, 168:13, 168:14, 171:6, 174:23

**WERE** [84] - 9:6, 11:12, 11:13, 12:18, 12:19, 13:2, 22:2, 31:10, 34:25, 38:21, 41:4, 48:23, 50:7, 53:5, 53:10, 58:5, 59:3, 59:5, 59:22, 64:13, 89:25, 94:24, 95:3, 102:23, 102:24, 103:2, 108:21, 109:14, 115:6, 119:14, 121:1, 122:2, 125:14, 125:21, 125:24, 129:19, 132:13, 133:3, 133:7, 134:25, 135:1, 135:21, 137:10, 137:14, 138:16, 139:23, 140:3, 142:21, 143:23, 144:12, 144:14, 144:16, 145:8, 147:18, 149:8, 149:10, 150:2, 152:20, 153:17, 153:22, 153:23, 154:8, 154:10, 155:7, 156:8, 158:9, 158:10, 158:14, 161:20, 163:16, 164:8, 166:4, 167:3, 168:18, 168:22, 168:23, 168:25, 169:8, 171:3, 172:11, 173:2, 173:19

**WHAT** [196] - 7:10, 7:22, 9:7, 9:8, 10:1, 11:24, 12:2, 13:16, 14:9, 14:12, 14:21, 31:10, 32:22, 37:17, 37:18, 38:20, 39:13, 40:14, 40:20, 40:21, 41:7, 41:23, 44:11, 45:10, 46:24, 47:10, 47:25, 48:11, 48:16, 48:22, 51:3, 51:6,

53:8, 53:13, 54:1, 55:10, 55:11, 56:16, 56:25, 57:8, 58:1, 58:4, 58:23, 59:5, 59:8, 59:24, 61:5, 61:6, 61:16, 61:22, 62:7, 63:23, 64:12, 65:3, 65:6, 65:10, 65:12, 68:13, 68:19, 71:6, 71:18, 71:22, 72:8, 72:24, 73:16, 74:1, 74:3, 74:4, 74:20, 75:14, 75:15, 75:19, 75:25, 77:13, 77:18, 78:22, 79:6, 79:8, 80:6, 80:10, 80:16, 80:21, 81:14, 81:17, 83:1, 83:14, 84:13, 84:15, 84:16, 86:21, 86:24, 87:1, 87:24, 88:1, 91:7, 92:4, 92:5, 92:10, 92:12, 93:2, 93:5, 95:10, 95:11, 95:13, 95:15, 96:3, 96:6, 96:21, 97:13, 97:22, 98:25, 103:4, 105:2, 106:18, 106:19, 107:19, 109:2, 110:18, 111:4, 111:9, 111:22, 113:23, 115:5, 116:24, 119:3, 119:20, 122:2, 122:8, 124:2, 125:9, 125:21, 126:1, 126:11, 127:4, 128:15, 128:18, 130:24, 132:4, 132:11, 133:11, 136:10, 136:18, 137:6, 138:16, 140:18, 142:3, 142:4, 142:10, 142:12, 142:14, 143:1, 143:4, 144:3, 145:1, 145:20, 145:22, 146:11, 146:14, 146:24, 148:3, 150:25, 151:13, 151:19, 151:23, 151:25, 152:11, 152:17, 152:20, 153:1, 154:10, 158:2, 158:14, 159:8, 164:22, 164:25, 169:2, 170:16, 170:18, 172:20, 172:24, 173:1, 173:2, 173:6,

173:16, 175:6, 175:24, 176:16, 177:2, 177:4, 177:6

**WHATEVER** [24] - 37:6, 38:14, 68:24, 70:6, 70:15, 75:16, 96:5, 96:8, 132:21, 137:8, 142:2, 144:13, 145:4, 145:6, 146:3, 146:17, 162:23, 163:20, 168:6, 168:24, 169:2, 169:19, 170:18

**WHEN** [93] - 6:10, 7:18, 8:8, 12:15, 13:2, 17:9, 18:4, 26:12, 32:3, 40:24, 41:17, 42:22, 45:3, 45:6, 45:14, 47:4, 47:22, 48:22, 59:4, 60:20, 61:13, 61:18, 62:11, 62:13, 64:9, 69:4, 69:5, 70:2, 70:3, 70:14, 72:8, 72:9, 73:17, 76:20, 79:22, 80:1, 80:8, 89:25, 92:1, 95:9, 95:20, 95:24, 96:14, 96:25, 97:1, 102:23, 103:1, 106:22, 118:13, 118:18, 119:14, 120:10, 121:1, 121:22, 130:3, 130:21, 132:15, 132:25, 133:3, 134:12, 134:25, 136:18, 138:5, 138:15, 138:23, 142:20, 143:21, 143:23, 144:12, 144:22, 144:25, 145:1, 145:3, 145:8, 145:24, 146:23, 147:10, 147:18, 148:24, 149:14, 150:10, 155:7, 158:10, 158:15, 162:8, 163:4, 166:21, 168:16, 168:23, 170:24, 174:8, 177:5

**WHENEVER** [3] - 143:9, 143:10, 162:18

**WHERE** [41] - 8:1, 8:10, 9:25, 11:25, 20:14, 21:2, 27:21, 28:4, 28:20, 35:7, 49:11, 56:22, 73:10,

73:23, 76:24, 77:19, 79:25, 83:5, 86:24, 88:8, 88:16, 89:1, 92:21, 95:3, 105:9, 114:22, 121:4, 122:15, 126:24, 133:1, 137:7, 137:19, 139:25, 151:19, 159:15, 159:16, 160:3, 169:1, 171:25, 173:6, 175:12

**WHEREIN** [1] - 22:18

**WHETHER** [21] - 32:16, 33:13, 43:15, 43:18, 43:22, 46:21, 61:3, 62:1, 63:17, 64:13, 68:23, 68:24, 70:14, 73:2, 80:25, 94:16, 98:1, 98:5, 117:6

**WHICH** [44] - 5:8, 5:12, 7:12, 9:11, 18:24, 20:14, 25:20, 30:17, 30:21, 51:10, 52:2, 53:4, 57:23, 65:25, 66:1, 75:12, 84:6, 85:4, 85:7, 104:9, 104:25, 105:7, 106:8, 106:21, 108:3, 108:12, 109:16, 110:6, 112:4, 113:19, 122:13, 123:24, 129:9, 130:12, 131:23, 133:18, 134:2, 134:20, 136:14, 137:23, 137:25, 150:14, 154:3, 165:4

**WHILE** [13] - 15:24, 19:21, 55:20, 77:23, 77:24, 80:4, 146:9, 149:11, 156:16, 163:24, 168:1, 168:2, 168:11

**WHITE** [1] - 79:10

**WHITNEY** [2] - 153:24, 154:15

**WHO** [46] - 4:3, 4:4, 4:17, 4:20, 4:24, 13:24, 14:10, 24:18, 25:12, 26:11, 27:16, 29:22, 32:24, 46:11, 46:15, 49:7, 49:17, 51:11, 61:2, 61:10, 83:9, 85:4, 86:5, 90:14, 91:14, 91:15, 92:16, 92:17, 96:9, 97:6, 99:5, 99:24,

115:10, 115:19,
119:21, 124:23,
135:5, 135:6, 139:3,
145:17, 147:25,
148:20, 169:18,
171:22
**WHOA** [1] - 126:16
**WHOEVER** [1] - 70:12
**WHOLE** [7] - 30:3,
53:6, 76:3, 76:14,
79:2, 88:25, 129:15
**WHOM** [1] - 67:20
**WHOSE** [1] - 147:4
**WHY** [32] - 37:7, 45:8,
47:21, 48:1, 49:25,
53:2, 53:5, 53:22,
68:15, 68:24, 69:12,
71:16, 100:11,
103:10, 109:11,
115:13, 120:17,
124:16, 126:6,
126:22, 129:2,
132:17, 135:20,
135:22, 140:23,
140:24, 145:22,
146:20, 155:13,
157:11, 173:9
**WIDELY** [1] - 132:22
**WIFE** [6] - 4:11, 12:25,
13:4, 13:8, 13:14,
100:2
**WILL** [105] - 3:15, 5:5,
5:15, 5:20, 6:20,
6:21, 6:23, 7:7, 7:8,
7:22, 7:25, 8:18, 9:1,
9:2, 9:12, 9:13, 9:18,
12:3, 12:20, 14:7,
16:25, 19:5, 19:8,
23:2, 23:18, 23:20,
23:25, 24:2, 24:7,
24:8, 24:14, 24:17,
24:21, 25:6, 25:9,
25:13, 25:25, 26:5,
27:15, 28:16, 29:1,
29:21, 32:24, 33:2,
34:12, 35:17, 37:2,
37:25, 43:1, 44:19,
45:9, 47:7, 54:15,
58:15, 59:19, 62:16,
63:4, 63:23, 67:22,
67:24, 69:1, 69:15,
70:12, 75:23, 77:18,
79:14, 80:24, 81:20,
85:4, 87:23, 89:7,
89:20, 95:18, 96:25,
97:15, 97:24, 97:25,
99:2, 100:4, 101:15,
101:16, 102:16,
103:24, 104:17,
108:16, 110:25,

114:20, 114:22,
116:1, 117:11,
120:6, 130:5,
131:24, 137:20,
137:23, 137:24,
138:11, 141:2,
148:20, 150:18,
153:8, 173:12,
176:21, 176:22,
177:10
**WILLIAMS** [1] - 4:4
**WINDOW** [1] - 149:24
**WING** [1] - 169:10
**WISDOM** [1] - 29:1
**WISE** [1] - 118:10
**WISH** [2] - 52:14, 53:9
**WISHED** [1] - 173:19
**WITH** [159] - 3:23, 4:2,
4:11, 4:15, 5:20,
5:21, 5:24, 6:22, 7:6,
7:22, 9:18, 9:24,
10:16, 11:7, 12:15,
13:1, 13:5, 13:6,
14:7, 14:14, 14:22,
16:18, 16:21, 17:18,
17:24, 18:8, 19:7,
20:3, 20:6, 22:9,
22:13, 23:15, 27:4,
28:12, 29:2, 29:14,
29:24, 33:8, 34:22,
38:24, 38:25, 39:3,
40:4, 40:6, 40:17,
40:25, 41:8, 43:16,
43:21, 43:22, 44:24,
46:1, 46:2, 46:5,
48:6, 48:14, 49:1,
50:11, 52:5, 52:6,
52:9, 54:21, 56:2,
58:21, 59:22, 60:15,
60:17, 61:14, 63:10,
63:16, 65:11, 71:17,
72:4, 77:6, 82:25,
83:24, 88:12, 91:11,
91:19, 94:2, 95:18,
96:16, 97:15, 99:19,
100:7, 100:10,
113:7, 113:13,
114:14, 114:20,
116:19, 119:24,
121:12, 125:7,
125:9, 128:23,
130:1, 130:14,
130:19, 131:13,
135:1, 136:15,
137:8, 137:20,
138:1, 142:18,
142:20, 143:7,
143:17, 143:19,
143:24, 144:12,
144:20, 145:13,

145:25, 146:8,
147:7, 147:11,
147:20, 147:25,
148:1, 148:18,
152:19, 152:20,
154:14, 155:14,
156:2, 157:1,
158:18, 163:2,
163:6, 163:14,
163:16, 163:17,
167:1, 167:4,
167:22, 168:11,
168:13, 168:14,
168:23, 169:5,
169:15, 169:21,
170:5, 170:16,
171:7, 171:13,
171:15, 173:4,
174:22, 174:24,
175:10, 175:11,
176:2, 176:15
**WITHHOLD** [1] - 44:20
**WITHIN** [16] - 16:16,
17:15, 21:5, 22:5,
22:18, 24:24, 24:25,
28:9, 29:23, 33:19,
43:4, 43:9, 43:12,
118:9, 135:22, 173:3
**WITHOUT** [15] - 10:10,
13:9, 21:17, 21:22,
24:1, 24:15, 25:2,
26:3, 35:1, 79:4,
94:8, 121:8, 125:11,
132:10, 155:2
**WITNESS** [71] - 4:19,
4:24, 8:17, 10:17,
10:23, 11:1, 11:18,
25:20, 28:1, 35:24,
36:1, 36:3, 36:6,
36:10, 37:24, 41:6,
44:12, 44:18, 50:20,
50:22, 51:15, 53:23,
55:14, 65:23, 66:2,
69:15, 71:17, 72:3,
72:4, 73:5, 73:24,
79:4, 80:16, 81:14,
82:3, 83:8, 83:18,
84:8, 86:4, 87:21,
89:7, 89:14, 89:21,
98:16, 98:20,
100:11, 100:15,
100:22, 101:1,
103:25, 104:19,
105:19, 105:20,
116:11, 117:3,
136:1, 136:5,
139:17, 140:14,
140:21, 141:7,
141:13, 141:15,
141:18, 141:22,
170:4, 170:5,

175:20, 175:22,
177:21, 178:2
**WITNESS'S** [3] - 73:8,
81:21
**WITNESSES** [6] -
4:20, 4:22, 24:18,
25:25, 35:19, 176:11
**WITNESSING** [1] -
65:4
**WON'T** [3] - 75:8,
137:20, 155:21
**WONDER** [1] - 125:9
**WONDERFUL** [1] -
10:10
**WONDERING** [2] -
9:23, 111:8
**WORD** [6] - 151:12,
151:13, 151:24,
155:21, 155:22,
156:1
**WORDS** [13] - 14:15,
84:24, 96:2, 106:18,
112:6, 112:15,
113:3, 117:4,
128:24, 139:9,
155:20, 172:16,
172:19
**WORK** [21] - 38:6,
38:23, 38:25, 70:7,
77:24, 78:2, 80:23,
84:6, 100:2, 105:8,
114:17, 126:24,
131:20, 139:4,
144:13, 157:5,
158:6, 166:25,
168:24, 169:1, 169:5
**WORKED** [8] - 38:9,
39:2, 91:11, 91:19,
91:21, 119:5,
130:19, 154:14
**WORKING** [8] - 5:21,
14:19, 39:2, 91:4,
91:19, 92:8, 102:24,
103:2
**WORKS** [3] - 7:1,
70:5, 133:15
**WORLD** [2] - 21:13,
162:12
**WORLDWIDE** [1] -
26:8
**WORRIED** [1] - 10:13
**WORTH** [2] - 26:15,
28:12
**WORTHY** [2] - 128:16,
128:24
**WOULD** [294] - 3:13,
3:17, 3:22, 4:11,
6:16, 7:5, 7:12, 8:10,
9:5, 9:10, 10:15,
11:19, 13:7, 13:21,

14:1, 18:16, 19:11,
20:17, 21:17, 25:15,
28:8, 29:12, 31:22,
31:24, 34:1, 35:6,
35:25, 36:2, 37:9,
38:1, 40:4, 40:16,
40:19, 41:7, 42:1,
42:7, 45:3, 45:25,
46:17, 46:18, 48:6,
48:8, 49:15, 50:2,
50:3, 50:5, 50:9,
52:22, 53:2, 53:11,
53:17, 54:3, 54:8,
54:22, 54:25, 56:13,
56:14, 56:25, 57:2,
57:6, 57:15, 57:18,
57:21, 57:25, 58:22,
59:24, 60:5, 60:8,
60:9, 61:15, 61:16,
62:6, 63:1, 63:11,
64:4, 64:6, 64:14,
64:18, 64:19, 64:24,
65:19, 65:20, 65:21,
66:7, 66:18, 67:3,
67:6, 69:6, 70:1,
70:18, 71:2, 71:4,
71:22, 71:23, 72:2,
72:18, 73:16, 73:17,
73:22, 74:8, 74:15,
74:18, 75:2, 75:25,
76:1, 76:3, 76:5,
76:19, 77:2, 77:18,
77:21, 77:23, 78:20,
78:22, 79:5, 79:6,
80:4, 81:3, 81:17,
83:1, 83:8, 83:14,
83:15, 83:20, 84:16,
84:24, 85:1, 85:13,
85:23, 85:24, 86:5,
87:10, 88:24, 88:25,
89:10, 91:18, 92:5,
92:9, 92:10, 92:12,
92:14, 92:18, 92:22,
98:25, 100:12,
100:18, 101:12,
103:22, 108:25,
109:3, 109:16,
110:12, 110:17,
111:9, 112:3,
113:25, 115:1,
115:22, 117:17,
117:21, 117:24,
118:4, 118:6, 118:8,
119:11, 119:20,
120:1, 120:8,
120:19, 120:23,
121:22, 122:20,
122:23, 127:7,
128:24, 129:13,
129:21, 130:16,
134:10, 135:14,

137:6, 139:9, 140:20, 141:9, 141:15, 141:24, 141:25, 143:6, 143:11, 143:12, 144:18, 144:19, 144:22, 145:5, 145:10, 145:13, 145:14, 146:4, 146:7, 146:8, 146:10, 148:1, 148:23, 149:13, 149:15, 149:16, 149:17, 149:21, 149:23, 149:25, 150:1, 150:2, 150:13, 151:23, 151:25, 152:7, 153:9, 154:3, 155:13, 155:19, 155:20, 156:2, 156:10, 157:6, 159:4, 160:10, 160:11, 160:16, 160:22, 160:24, 161:5, 161:18, 161:24, 162:2, 162:3, 162:5, 162:19, 163:5, 163:8, 163:9, 163:10, 163:11, 163:13, 163:14, 163:20, 163:22, 164:1, 164:4, 164:5, 165:22, 166:8, 166:16, 166:21, 167:8, 167:13, 167:25, 168:4, 168:6, 168:16, 168:18, 169:1, 169:5, 169:6, 169:22, 172:5, 172:12, 172:13, 172:14, 174:21, 175:12, 175:24, 176:1, 176:11, 177:1, 177:2, 177:3

**WOUNDS** [1] - 28:19
**WRIST** [1] - 147:9
**WRITE** [8] - 66:7, 66:8, 66:10, 67:3, 70:3, 115:12, 156:23, 161:20
**WRITING** [7] - 6:15, 7:4, 14:11, 69:5, 70:2, 103:23, 116:1
**WRITINGS** [1] - 47:11
**WRITTEN** [2] - 42:19, 44:3
**WRONG** [1] - 125:9

**WRONGFUL** [2] - 18:12, 27:6
**WRONGFULLY** [2] - 19:16, 137:15
**WROTE** [3] - 92:17, 104:8, 157:3

## Y

**YEAH** [6] - 10:8, 10:15, 48:4, 125:16, 163:3, 164:10
**YEAR** [19] - 29:25, 43:12, 44:1, 85:6, 94:22, 107:19, 108:7, 125:3, 130:4, 132:7, 155:3, 155:13, 159:25, 160:9, 167:23
**YEARS** [30] - 19:22, 20:19, 21:8, 25:17, 38:13, 43:8, 43:9, 76:6, 78:1, 78:4, 78:20, 88:11, 91:22, 91:23, 92:9, 96:12, 96:17, 103:12, 111:23, 121:8, 124:9, 125:11, 129:24, 130:8, 130:9, 142:17, 149:20, 154:14, 154:15, 167:5
**YELLED** [1] - 147:10
**YES** [246] - 3:6, 3:16, 4:16, 5:2, 6:16, 8:20, 11:16, 12:7, 13:20, 14:18, 15:1, 29:8, 35:21, 37:5, 37:11, 37:14, 37:19, 38:4, 38:8, 38:19, 39:15, 39:24, 40:2, 41:11, 42:5, 43:1, 43:5, 45:5, 46:2, 46:13, 46:16, 46:23, 47:19, 50:13, 51:2, 51:17, 51:21, 53:19, 53:23, 55:6, 55:9, 55:16, 56:1, 57:10, 58:7, 58:8, 58:23, 59:15, 60:18, 61:9, 61:12, 61:18, 62:9, 62:10, 62:18, 62:22, 63:14, 64:9, 64:18, 65:6, 65:14, 65:23, 66:4, 66:12, 66:13, 66:16, 67:5, 67:13, 67:14, 68:17, 72:25, 73:24, 76:14, 77:15, 79:11, 80:9, 80:19, 81:16, 81:23, 82:7, 82:9, 82:17, 84:20, 87:8,

87:21, 88:21, 89:14, 89:19, 91:1, 91:6, 91:13, 91:17, 92:14, 92:20, 93:6, 93:12, 93:16, 95:8, 95:12, 96:2, 96:5, 99:6, 99:9, 99:20, 99:22, 100:15, 101:23, 101:24, 101:25, 102:3, 102:9, 104:8, 104:24, 105:7, 105:14, 106:1, 107:2, 107:11, 108:19, 108:24, 109:25, 111:11, 111:15, 111:16, 112:1, 112:4, 112:9, 112:12, 112:18, 113:18, 116:4, 117:20, 118:11, 119:16, 119:17, 120:3, 120:5, 120:22, 120:25, 121:10, 121:16, 121:25, 122:5, 122:10, 122:25, 123:8, 124:4, 125:3, 126:22, 127:22, 128:4, 128:14, 129:6, 129:25, 130:17, 130:19, 130:25, 133:2, 133:10, 135:3, 135:11, 135:18, 136:12, 136:20, 138:17, 140:4, 140:5, 140:20, 141:8, 142:6, 142:25, 144:2, 144:6, 144:10, 144:18, 145:18, 145:21, 147:20, 148:9, 149:4, 149:14, 149:21, 150:1, 150:14, 150:23, 151:4, 151:7, 151:11, 151:18, 151:22, 152:4, 152:10, 152:18, 152:24, 153:5, 153:20, 155:12, 156:7, 156:21, 157:10, 157:13, 158:24, 159:5, 159:14, 159:18, 159:19, 160:5, 160:20, 161:1, 164:16, 164:18, 164:21, 164:24, 165:6, 165:8, 165:10,

166:2, 167:16, 167:17, 168:3, 168:9, 168:13, 168:14, 169:9, 169:16, 170:6, 170:12, 172:3, 172:7, 173:13, 174:16, 175:7, 176:9, 176:13, 177:9
**YESTERDAY** [1] - 162:1
**YET** [8] - 4:20, 56:8, 79:21, 109:19, 112:24, 123:2, 123:19, 172:14
**YOU** [1191] - 3:5, 3:12, 3:13, 3:22, 3:23, 4:15, 4:23, 5:5, 5:6, 5:17, 5:18, 5:25, 6:2, 6:3, 6:4, 6:19, 6:23, 7:2, 7:17, 7:23, 7:24, 7:25, 8:1, 8:20, 8:22, 8:24, 9:15, 9:21, 10:9, 10:11, 10:12, 10:15, 10:17, 10:18, 10:22, 10:23, 11:3, 11:17, 11:20, 11:21, 11:23, 11:25, 12:5, 12:11, 12:12, 12:17, 13:12, 13:16, 14:10, 14:17, 14:19, 14:20, 14:21, 15:1, 16:15, 18:5, 19:5, 19:8, 24:7, 24:16, 25:25, 27:11, 27:14, 28:1, 28:6, 28:13, 28:24, 29:1, 29:5, 29:6, 29:7, 29:8, 35:15, 35:16, 35:20, 35:23, 36:2, 36:5, 36:8, 36:12, 36:14, 36:18, 36:22, 36:23, 37:1, 37:4, 37:7, 37:8, 37:9, 37:12, 37:15, 37:17, 37:18, 37:20, 37:23, 38:1, 38:2, 38:6, 38:9, 38:11, 38:14, 38:17, 38:20, 39:6, 39:7, 39:12, 39:19, 39:20, 39:25, 40:4, 40:22, 40:23, 41:17, 41:19, 42:2, 42:10, 42:16, 42:19, 42:23, 43:3, 43:6, 43:7, 43:10, 43:11, 43:13, 43:15, 43:18, 43:21, 43:25, 44:3, 44:5, 44:24, 44:25, 45:2, 45:3, 45:4, 45:11, 45:12, 45:14, 45:18, 45:22, 46:1,

46:3, 46:8, 46:19, 46:20, 46:24, 46:25, 47:17, 47:20, 48:2, 48:6, 48:8, 49:13, 49:15, 50:8, 50:18, 51:1, 51:8, 51:9, 51:15, 51:20, 52:20, 52:22, 53:2, 53:5, 53:11, 53:13, 53:15, 53:17, 53:21, 53:22, 54:2, 54:12, 54:19, 55:3, 55:7, 55:10, 55:14, 55:18, 55:24, 56:2, 56:6, 56:12, 56:13, 56:14, 56:15, 56:16, 56:18, 56:21, 56:25, 57:2, 57:8, 57:13, 57:15, 57:20, 58:13, 58:22, 58:24, 59:4, 59:5, 59:12, 59:18, 59:24, 60:11, 60:13, 60:14, 60:16, 60:20, 60:21, 61:1, 61:7, 61:13, 61:14, 61:15, 61:16, 62:11, 62:13, 62:17, 62:20, 62:25, 63:7, 63:17, 63:18, 64:2, 64:4, 64:6, 64:24, 65:3, 65:4, 65:8, 65:12, 65:20, 66:7, 66:13, 66:23, 67:3, 67:11, 67:16, 67:19, 68:1, 68:2, 68:17, 69:1, 69:4, 69:5, 69:6, 69:9, 69:10, 69:12, 70:1, 70:9, 70:16, 71:2, 71:16, 71:17, 71:18, 71:22, 72:1, 72:4, 72:12, 72:23, 72:24, 73:15, 73:16, 73:17, 74:7, 74:16, 74:19, 75:25, 76:16, 76:18, 76:23, 76:25, 77:2, 77:12, 77:16, 77:19, 77:23, 77:24, 78:7, 78:10, 78:13, 78:16, 78:17, 79:9, 79:13, 80:1, 80:2, 80:6, 80:7, 80:10, 80:20, 81:2, 81:5, 81:7, 81:8, 81:13, 81:17, 82:2, 82:8, 82:14, 83:1, 83:12, 83:15, 83:19, 84:16, 84:20, 84:24, 85:17, 86:9, 86:14, 86:20, 86:21, 86:24, 87:1, 87:2, 87:9, 87:10, 87:13, 87:14, 87:19, 87:20, 87:23, 88:3,

88:10, 88:12, 88:14,
88:15, 88:18, 88:20,
89:3, 89:8, 89:9,
89:11, 89:12, 89:21,
89:24, 89:25, 90:4,
90:5, 90:10, 90:13,
90:17, 90:24, 91:11,
91:14, 91:18, 91:19,
91:23, 91:24, 92:1,
92:2, 92:10, 92:13,
92:14, 92:18, 93:5,
93:7, 93:11, 93:12,
93:17, 93:22, 94:1,
94:5, 94:8, 94:9,
94:20, 94:23, 94:25,
95:3, 95:9, 95:10,
95:11, 95:19, 95:24,
95:25, 96:9, 96:23,
97:6, 97:8, 97:11,
97:15, 97:18, 98:8,
98:14, 98:15, 98:16,
98:18, 98:19, 98:20,
98:25, 99:4, 99:5,
99:10, 99:11, 99:19,
100:7, 100:9,
100:11, 100:18,
100:21, 100:24,
101:3, 101:5,
101:11, 101:12,
101:13, 101:15,
101:18, 102:3,
102:7, 102:8,
102:10, 102:13,
102:16, 102:20,
102:21, 102:22,
102:23, 102:24,
103:1, 103:7,
103:14, 103:15,
103:24, 104:2,
104:4, 104:6,
104:18, 104:19,
104:21, 104:22,
104:23, 105:4,
105:5, 105:17,
105:18, 105:19,
105:23, 106:5,
106:16, 106:17,
106:21, 106:22,
107:1, 107:3,
107:13, 107:21,
107:22, 107:25,
108:1, 108:3, 108:8,
108:10, 108:11,
108:15, 108:17,
108:21, 108:22,
108:25, 109:11,
109:17, 109:24,
110:1, 110:2, 110:6,
110:7, 110:11,
110:12, 110:13,
110:19, 111:10,

111:15, 111:18,
111:21, 112:5,
112:7, 112:10,
112:15, 112:17,
112:22, 113:3,
113:4, 113:23,
113:24, 114:15,
115:5, 115:6, 115:7,
115:14, 115:20,
115:25, 116:1,
116:2, 116:3,
116:12, 118:8,
118:13, 118:18,
118:20, 118:24,
119:5, 119:6, 119:7,
119:10, 119:11,
119:14, 119:15,
119:18, 119:23,
120:3, 120:10,
120:14, 120:17,
120:22, 120:23,
121:1, 121:11,
121:14, 121:17,
121:20, 121:21,
121:22, 122:2,
122:3, 122:6, 122:8,
122:15, 122:17,
122:20, 122:22,
122:23, 123:11,
123:13, 123:15,
123:21, 123:23,
123:25, 124:1,
124:8, 124:13,
124:14, 124:15,
124:16, 124:20,
125:1, 125:6, 125:8,
125:9, 125:10,
125:11, 125:12,
125:14, 125:17,
125:18, 126:1,
126:4, 126:5, 126:6,
126:8, 126:10,
126:11, 126:18,
126:19, 126:21,
126:23, 126:24,
127:3, 127:5, 127:9,
127:15, 127:16,
127:20, 127:23,
128:1, 128:2, 128:5,
128:7, 128:8,
128:12, 128:19,
128:24, 129:7,
129:8, 129:10,
129:15, 129:18,
130:5, 130:6, 130:7,
130:8, 130:9,
130:15, 130:16,
131:13, 131:15,
131:21, 131:24,
132:2, 132:4, 132:5,
132:7, 132:8,

132:10, 132:11,
132:12, 132:14,
132:15, 132:21,
132:24, 132:25,
133:1, 133:3, 133:7,
133:11, 133:14,
133:15, 134:4,
134:9, 134:10,
134:22, 134:25,
135:1, 135:2, 135:9,
135:14, 135:16,
135:19, 135:22,
135:23, 136:18,
137:6, 137:16,
137:20, 137:22,
137:23, 137:24,
138:7, 138:8, 138:9,
138:11, 138:13,
138:16, 138:18,
139:3, 139:5, 139:9,
139:12, 139:18,
139:23, 139:25,
140:2, 140:3, 140:5,
140:12, 140:14,
140:15, 140:17,
140:18, 141:4,
141:6, 141:12,
141:15, 141:16,
141:20, 141:25,
142:3, 142:5, 142:6,
142:12, 142:16,
142:18, 142:20,
142:21, 142:23,
143:2, 143:6, 143:9,
143:10, 143:12,
143:17, 143:18,
143:21, 143:23,
144:6, 144:8, 144:9,
144:10, 144:11,
144:12, 144:13,
144:14, 144:16,
144:19, 144:20,
144:22, 144:23,
144:25, 145:1,
145:4, 145:5, 145:6,
145:7, 145:8, 145:9,
145:10, 145:11,
145:12, 145:13,
145:15, 145:16,
145:20, 145:22,
145:24, 145:25,
146:2, 146:5, 146:8,
146:10, 146:12,
146:13, 146:15,
146:17, 146:20,
146:22, 146:23,
147:1, 147:2,
147:15, 147:18,
147:19, 147:20,
147:22, 147:25,
148:3, 148:11,

148:14, 148:15,
148:16, 148:18,
148:20, 148:21,
148:24, 148:25,
149:2, 149:6, 149:7,
149:8, 149:11,
149:13, 149:14,
149:16, 149:18,
149:19, 149:24,
149:25, 150:1,
150:2, 150:6, 150:7,
150:9, 150:11,
150:16, 150:18,
150:24, 150:25,
151:5, 151:9,
151:10, 151:12,
151:13, 151:15,
151:18, 151:24,
151:25, 152:2,
152:8, 152:12,
152:16, 152:18,
152:20, 152:23,
152:25, 153:18,
153:20, 153:21,
153:22, 153:23,
153:24, 154:1,
154:5, 154:9,
154:21, 154:22,
154:24, 154:25,
155:1, 155:2, 155:3,
155:5, 155:6, 155:7,
155:10, 155:14,
155:15, 155:16,
155:17, 155:18,
155:19, 155:20,
155:21, 155:22,
155:24, 155:25,
156:1, 156:2, 156:4,
156:8, 156:10,
156:12, 156:13,
156:14, 156:15,
156:16, 156:17,
156:23, 156:24,
157:3, 157:4, 157:5,
157:6, 157:7, 157:9,
157:11, 157:15,
157:16, 157:18,
157:19, 157:21,
157:22, 157:24,
157:25, 158:4,
158:6, 158:7, 158:8,
158:9, 158:10,
158:11, 158:12,
158:13, 158:16,
158:17, 158:20,
158:25, 159:3,
159:6, 159:7, 159:8,
159:11, 159:12,
159:13, 159:15,
159:16, 159:20,
159:21, 159:22,

160:2, 160:6,
160:10, 160:11,
160:14, 160:16,
160:19, 160:22,
160:24, 161:1,
161:4, 161:14,
161:15, 161:17,
161:20, 161:21,
161:24, 162:1,
162:3, 162:5, 162:7,
162:8, 162:14,
162:15, 162:16,
162:18, 162:19,
162:21, 162:23,
162:24, 162:25,
163:3, 163:4, 163:6,
163:7, 163:9,
163:11, 163:14,
163:16, 163:18,
163:19, 163:20,
163:21, 163:23,
164:11, 164:13,
164:14, 164:17,
164:19, 164:22,
165:7, 165:9,
165:11, 165:12,
165:22, 166:4,
166:18, 166:19,
166:21, 167:1,
167:2, 167:7, 167:8,
167:13, 167:15,
167:16, 167:25,
168:3, 168:4, 168:5,
168:6, 168:7,
168:11, 168:13,
168:14, 168:15,
168:16, 168:17,
168:18, 168:22,
168:24, 168:25,
169:1, 169:2, 169:5,
169:6, 169:7,
169:10, 169:11,
169:12, 169:13,
169:20, 169:21,
170:4, 170:6, 170:9,
170:10, 170:13,
170:15, 170:17,
170:21, 170:23,
170:24, 171:1,
171:2, 171:3, 171:4,
171:9, 171:11,
171:12, 171:13,
171:14, 171:15,
171:16, 171:18,
171:20, 171:21,
171:23, 171:25,
172:1, 172:2, 172:4,
172:5, 172:11,
172:12, 172:13,
172:14, 172:15,
172:17, 172:19,

172:20, 172:21,
173:6, 173:7,
173:19, 173:20,
173:21, 174:3,
174:7, 174:9,
174:20, 174:21,
174:22, 174:23,
175:6, 175:16,
175:19, 175:20,
175:21, 175:23,
175:24, 176:3,
176:8, 176:11,
176:16, 176:24,
177:1, 177:2

**YOU'RE** [1] - 175:22
**YOU'VE** [1] - 91:23
**YOUNG** [4] - 146:23,
147:4, 153:23,
170:12
**YOUNGER** [3] - 45:24,
142:25, 155:3
**YOUR** [369] - 3:2, 3:3,
3:16, 3:24, 4:8, 4:10,
6:1, 6:7, 7:2, 7:5,
7:15, 8:5, 8:24, 9:15,
11:3, 12:5, 12:7,
12:13, 12:22, 13:21,
14:15, 14:16, 15:1,
15:2, 15:5, 16:15,
18:23, 19:18, 27:10,
27:15, 27:22, 28:6,
28:10, 28:13, 28:16,
28:20, 28:25, 29:1,
29:5, 29:7, 29:8,
31:2, 35:15, 35:18,
35:21, 35:23, 36:5,
36:9, 36:14, 37:2,
37:20, 38:5, 38:14,
39:13, 39:25, 40:1,
40:24, 41:2, 41:11,
41:21, 42:6, 42:9,
42:22, 44:8, 44:24,
44:25, 46:4, 48:2,
48:10, 48:18, 48:24,
49:19, 50:9, 50:11,
51:12, 51:17, 52:24,
53:15, 53:22, 54:3,
54:14, 54:21, 55:21,
56:2, 56:8, 56:14,
56:25, 57:24, 58:7,
58:14, 59:7, 60:17,
62:18, 65:19, 66:2,
66:6, 66:8, 67:7,
68:3, 68:8, 68:10,
68:19, 69:8, 69:18,
70:22, 71:4, 71:6,
71:7, 71:12, 72:8,
72:18, 73:4, 73:15,
73:19, 74:8, 74:10,
74:19, 74:20, 74:23,

75:4, 75:11, 75:24,
76:1, 76:24, 77:3,
77:4, 77:7, 77:13,
77:15, 77:19, 77:20,
77:24, 78:16, 78:22,
78:25, 79:8, 80:12,
81:3, 81:9, 81:16,
82:20, 83:3, 83:19,
83:22, 84:2, 84:24,
86:15, 87:13, 87:18,
87:24, 87:25, 89:4,
89:19, 90:2, 90:23,
91:1, 91:4, 91:10,
91:18, 91:24, 92:5,
92:8, 92:10, 92:12,
93:3, 93:7, 93:12,
93:15, 93:17, 93:20,
94:4, 95:9, 95:11,
95:20, 95:24, 96:10,
98:11, 98:14, 98:16,
99:16, 99:18,
100:11, 100:12,
100:15, 100:21,
100:25, 101:5,
102:10, 102:18,
103:4, 103:17,
104:12, 104:14,
104:16, 106:18,
106:19, 107:12,
108:18, 109:22,
110:23, 111:25,
112:15, 112:19,
113:3, 113:13,
113:25, 114:2,
114:25, 115:9,
115:10, 115:21,
116:7, 117:24,
118:17, 118:22,
119:20, 119:21,
120:3, 120:9, 122:6,
122:9, 123:4, 123:7,
124:1, 124:25,
125:1, 125:8, 126:6,
127:3, 128:8,
128:21, 128:24,
128:25, 131:22,
131:24, 132:25,
133:8, 135:15,
135:17, 135:25,
136:13, 137:24,
139:11, 139:17,
139:18, 139:24,
140:2, 140:7,
140:12, 140:18,
141:1, 141:7, 141:8,
141:17, 141:21,
141:24, 142:6,
142:10, 142:11,
143:7, 143:10,
144:1, 144:12,
144:13, 144:18,

144:20, 145:9,
145:11, 145:12,
145:14, 145:16,
145:24, 146:1,
146:2, 146:4, 146:6,
146:22, 147:1,
147:22, 148:2,
148:19, 149:5,
149:14, 149:15,
149:17, 149:18,
151:2, 151:25,
152:19, 153:6,
153:11, 153:23,
155:3, 155:14,
155:19, 155:21,
155:23, 156:2,
156:9, 156:23,
157:3, 157:4, 157:5,
157:6, 157:23,
157:24, 159:10,
161:5, 161:19,
161:20, 161:24,
161:25, 162:4,
162:6, 162:7, 162:9,
162:14, 162:22,
163:3, 163:6, 163:8,
163:16, 164:4,
164:15, 164:16,
166:8, 166:11,
166:18, 167:3,
168:3, 168:4,
169:19, 169:25,
170:6, 170:10,
170:22, 171:4,
171:19, 172:5,
172:16, 172:23,
173:16, 173:17,
173:21, 174:13,
174:16, 175:2,
175:17, 175:19,
175:25, 176:9,
176:15, 176:24
**YOURS** [2] - 15:4,
91:14
**YOURSELF** [9] - 3:13,
3:23, 43:3, 143:25,
156:14, 162:6,
171:25, 176:12,
177:4

## Z

**ZOMBIE** [1] - 147:2
**ZOOM** [7] - 112:5,
150:18, 153:3,
159:5, 159:21,
164:13, 165:19