```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

    DR. MARKCUS KITCHENS, JR.,   :  CIVIL CASE NUMBER
 4              PLAINTIFF        :
                                 :
 5        VERSUS                 :  22-3301
                                 :
 6  UNITED STATES MEDICAL        :
    LICENSING EXAMINATION,       :
 7              DEFENDANTS       :
    ------------------------------------------------------
 8
                              MAY 16, 2023
 9                            VIA MICROSOFT TEAMS
                              PHILADELPHIA, PA 19106
10

11  ------------------------------------------------------------
        BEFORE THE HONORABLE JOHN F. MURPHY, J.
12  ------------------------------------------------------------

                              BENCH TRIAL - DAY 2
13

    APPEARANCES:
14

    DR. MARKCUS KITCHENS, JR.
15  PRO SE
    625 HAMPTON WAY, #2
16  RICHMOND, KY 40475

17

18            LYNN GLIGOR, RMR
           OFFICIAL COURT REPORTER
19        ROOM 2609 U. S. COURTHOUSE
              601 MARKET STREET
20         PHILADELPHIA, PA 19106
              (856)649-4774
21

22  PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
    TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
23

24

25
```

```
 1    CONTINUED APPEARANCES:

 2    CAROLINE M. MEW, ESQUIRE
      PERKINS, COIE, LLP
 3    700-13TH STREET NW, SUITE 600
      WASHINGTON, DC 20005
 4
      COUNSEL FOR THE DEFENDANT
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                   (CLERK OPENS COURT.)

2                   THE COURT:  HELLO.  ALL RIGHT.  LETS SEE,

3       BEFORE WE RESUME DR. KITCHENS'S CASE IN THIS MATTER, DO

4       EITHER OF YOU HAVE ANY BUSINESS TO ADDRESS, LOGISTICAL

5       ISSUES?

6                   MS. MEW:  I DO YOUR HONOR.  JUST A COUPLE

7       OF POINTS.

8                   FIRST, BEFORE WE STARTED THE TRIAL

9       YESTERDAY, I BELIEVE THAT DR. KITCHENS FILED ALL OF HIS

10      EXHIBITS ON THE RECORD AND I AM NOT SURE, I THINK THAT

11      MIGHT HAVE BEEN PREMATURE AND SO I THINK WE SHOULD -- I

12      WOULD SUGGEST OR ASK OR PROPOSE THAT WE STRIKE THAT

13      BECAUSE ITS GOT EVERYTHING IN THERE AND THEN WE KIND OF

14      GO THROUGH THIS DAILY PROCESS THAT WE ARE DOING.

15                  AND THEN WHAT I JUST POINTED OUT TO DR.

16      KITCHENS, AND I AM NOT SURE IF HE'S READ THIS E-MAIL

17      FROM JUST LIKE AN HOUR AGO, I ALSO NOTICED, WHEN I WAS

18      LOOKING BACK OVER THE DOCUMENTS LAST NIGHT THAT THERE

19      ARE SOME PLACES WHERE HE HAD NOT TAKEN OUT HIS DATE OF

20      BIRTH, SO HE MIGHT WANT TO CLEAN THAT UP ANYWAY BEFORE

21      WE DO THE FINAL FILING.

22                  THE COURT:  SURE.  I WILL LET YOU GUYS

23      WORK ON THAT AND, YOU KNOW, MAKE ME A COMPLETE

24      RECOMMENDATION, BUT THAT SOUNDS LIKE A FINE PLAN.

25                  MS. MEW:  AND JUST ANOTHER HOUSEKEEPING
```

1    MATTER, YOUR HONOR, I NOTICED THERE IS A WOMAN NAMED

2    MEREDITH GELLER WHO WAS PARTICIPATING IN THE HEARING

3    YESTERDAY, AND I WAS JUST WONDERING IF WE COULD HAVE HER

4    IDENTIFIED.

5                    THE COURT:  SURE.  IF YOU DON'T KNOW WHO

6    SHE IS, THEN I WILL ASK DR. KITCHENS.

7                    WHO IS MEREDITH GELLER?

8                    DR. KITCHENS:  I'M NOT QUITE SURE WHO

9    THAT IS.

10                    THE COURT:  THAT'S ODD.  WELL, LET'S SEE.

11   I DIDN'T WRITE DOWN, MYSELF, THE LIST OF NAMES BUT I

12   WILL ADMIT THE NAME DOESN'T SPRING TO MIND.  I DON'T

13   DOUBT YOU, BUT -- OH, GO AHEAD DR. KITCHENS.

14                    DR. KITCHENS:  YES, YOUR HONOR.  ACTUALLY

15   I WAS INFORMED THAT THAT IS A FORMER PROFESSOR OF MY

16   WIFE'S WHO WAS INTERESTED IN WATCHING.

17                    THE COURT:  OKAY, MS. MEW?

18                    MS. MEW:  THAT'S FINE, YOUR HONOR.

19                    AND THEN I JUST WANTED TO INTRODUCE

20   LESLIE COLETTES TO YOU, WHO IS INHOUSE COUNSEL FOR NBME,

21   THAT IS HERE TODAY.

22                    THE COURT:  HELLO, MS. COLETTES.

23   WELCOME.

24                    MS. COLETTES:  GOOD MORNING, YOUR HONOR.

25                    THE COURT:  GOOD MORNING.  ALL RIGHT.

1                       ANYTHING ELSE?

2                       MS. MEW:  ONE LAST POINT.  SORRY, YOUR

3      HONOR, I HATE TO ALWAYS BE THE HOUSEKEEPING PERSON.

4                       BUT I ALSO -- FOR DR. KITCHENS, IN MY

5      E-MAIL TO YOU THIS MORNING TOO, THERE WAS A DOCUMENT

6      THAT WE PREVIOUSLY PRODUCED IN DISCOVERY AT J X7, AND I

7      REALIZED THAT THERE WAS SOME ADDITIONAL PERSONAL

8      INFORMATION THAT NEEDED TO BE REDACTED FROM THAT THE

9      DOCUMENT, SO I SENT TO YOU UPDATED ONE, AND IF FOR ANY

10     REASON YOU DON'T HAVE IT TEED UP WE WOULD BE HAPPY TO

11     PUBLISH IT FOR YOU AND MOVE IT FOR YOU IF YOU NEED IT IN

12     YOUR EXAMINATION THIS MORNING.

13                      DR. KITCHENS:  THANK YOU, MS. MEW.

14                      THE COURT:  ANYTHING ELSE?

15                      MS. MEW:  OH, SORRY, YOUR HONOR.

16                      THE ONE OTHER THING IS I WAS -- LAST

17     NIGHT I WAS TRYING TO THINK ABOUT A WAY OF MAYBE

18     PRESENTING SOME OF MY OBJECTIONS SO IT IS NOT -- SO WE

19     CAN ALLOW FOR THE TESTIMONY TO PROCEED SOME MORE, SO I

20     WAS THINKING OF MAKING -- JUST BEFORE DR. SHEPHERD EVEN

21     BEGINS I CAN PERHAPS PUT ONE OBJECTION JUST BASED ON A

22     CERTAIN SUBJECT MATTER, RELEVANCY, WHATNOT, ON THE

23     RECORD, AND THEN THAT WOULD HAVE A SIMILAR ONE, I THINK,

24     FOR DR. KITCHENS THAT WOULD ALSO MAYBE HELP SO WE WOULD

25     NOT HAVE TO INTERRUPT SO MUCH.

1          SO I WANTED TO FLOAT THAT IN CASE WE WANT

2     TO ADDRESS THAT BEFORE THEY START DOING THEIR DIRECTS.

3          THE COURT:  I THINK THAT'S A GREAT IDEA

4     BECAUSE IT WILL ALERT ME TO WHAT THE OBJECTION IS AT THE

5     START AND THEN I WILL BE LISTENING FOR THOSE THINGS AND

6     IT WILL HELP ME FILTER THE TESTIMONY THROUGH THAT

7     CONCERN.  IT WILL ALSO GIVE DR. KITCHENS A CHANCE TO

8     HEAR WHAT THE OBJECTION IS AND IF HE FEELS THE NEED TO

9     MAKE ANY ADJUSTMENTS HE CAN DO THAT.

10          SO I THINK THAT'S A GREAT IDEA AND I

11     WOULD UNDERSTAND THAT THOSE WOULD BE STANDING

12     OBJECTIONS.

13          MS. MEW:  OKAY.  IT WILL ONLY -- IT WILL

14     GO SO FAR, BUT I THINK IT WILL HELP SOME SO WE CAN TRY

15     TO GET THROUGH A LITTLE MORE EFFICIENTLY.

16          THE COURT:  THAT'S FINE.  THAT'S TOTALLY

17     FINE.  OKAY.  ANYTHING ELSE?

18          MS. MEW:  NOTHING ELSE FROM ME, YOUR

19     HONOR.

20          THE COURT:  YEARS OF -- DR. KITCHENS,

21     YEARS OF TAKING DEPOSITIONS WE ARE ALL TRAINED TO ALWAYS

22     ASK ANYTHING ELSE?  ALL RIGHT.  THAT'S FINE.

23          SO DR. KITCHENS, THE FLOOR IS YOURS.

24          BEFORE YOU CALL YOUR FIRST WITNESS, COULD

25     YOU REMIND ME WHAT YOUR PLAN IS FOR THE REST OF YOUR

```
1    CASE?

2                    DR. KITCHENS:  YES, YOUR HONOR.

3                    SO I WILL BE DOING FOR TESTIMONY WITH DR.

4    SHEPHERD.  THEN AFTER THAT, I PLAN TO TESTIFY ON MY

5    BEHALF AS WELL.

6                    THE COURT:  OKAY.  SOUNDS GOOD.

7                    WELL, IN THAT CASE, GO AHEAD.  THE FLOOR

8    IS YOURS.  CALL YOUR NEXT WITNESS, PLEASE.

9                    DR. KITCHENS:  THANK YOU, YOUR HONOR.

10                   YOUR HONOR, I WOULD LIKE TO CALL MY NEXT

11   WITNESS, DR. JONATHAN SHEPHERD.

12                   THE COURT:  ALL RIGHT.  DR. SHEPHERD,

13   WELCOME.

14                   (OFF THE RECORD DISCUSSION.)

15                   THE COURT:  CAN YOU HEAR US OKAY?

16                   THE WITNESS:  YES, GOOD MORNING, YOUR

17   HONOR, I CAN HEAR YOU.

18                   THE COURT:  GO AHEAD, LYNN.

19                   THE COURT REPORTER:  GOOD MORNING.  CAN

20   YOU PLEASE RAISE YOUR RIGHT HAND?

21                   (PLAINTIFF WITNESS, DR. JONATHAN

22   SHEPHERD, IS SWORN.)

23                   THE COURT REPORTER:  COULD YOU PLEASE

24   STATE AND SPELL YOUR NAME FOR THE RECORD.

25                   THE WITNESS:  MY NAME IS JONATHAN
```

1    SHEPHERD, J-O-N-A-T-H-A-N S-H-E-P-H-E-R-D.

2                      THE COURT REPORTER:  THANK YOU.

3                      THE COURT:  ALL RIGHT.  GO AHEAD DOCTOR.

4                      DR. KITCHENS:  THANK YOU, YOUR HONOR.

5                          DIRECT EXAMINATION

6    BY DR. KITCHENS:

7    Q.      GOOD MORNING, DR. SHEPHERD.

8                    HOW ARE YOU DOING THIS MORNING?

9    A.      I AM DOING PRETTY WELL, DR. KITCHENS, THANK YOU.

10   Q.      OKAY.  I'M GOING TO KIND OF GIVE YOU A LITTLE

11   BIT OF AN OVERVIEW OF HOW I'M GOING TO KIND OF MOVE

12   FORWARD HERE.

13                    SO AT THE BEGINNING I AM GOING TO GIVE

14   ACTUALLY A COUPLE OF QUESTIONS ON THE BACKGROUND TO HELP

15   QUALIFY YOU AS AN EXPERT IN THIS CASE; OKAY?

16                    AND IF THERE IS ANY REASON OR

17   MISUNDERSTANDING OF A QUESTION THAT I ASK, PLEASE DO NOT

18   HESITATE TO ASK ME TO ASK IT AGAIN IN A DIFFERENT WAY.

19                    ALSO BECAUSE THIS IS A RECORDING, IF YOU

20   WOULD -- ANSWER YES, NO, BECAUSE THE RECORDING DOES NOT

21   SHOW A YES OR NO, OR HEAD MOVEMENTS OR THINGS OF THAT

22   NATURE; UNDERSTOOD?

23   A.      YES.

24   Q.      SO, DR. SHEPHERD, WHERE DO YOU CURRENTLY WORK?

25   A.      I CURRENTLY WORK AT HOPE HEALTH SYSTEMS.

1    Q.      AND WHAT IS YOUR POSITION THERE?

2    A.      CHIEF MEDICAL DIRECTOR.

3    Q.      DID I ASK YOU TO REVIEW MATERIALS RELATED TO OUR

4    CASE TODAY?

5    A.      YES.

6    Q.      DID YOU REVIEW THOSE MEDICAL -- DID YOU REVIEW

7    THOSE MATERIALS?

8    A.      YES.

9    Q.      ARE YOU BEING PAID TODAY FOR YOUR TESTIMONY?

10   A.      NO.

11   Q.      HOW MANY TIMES HAVE YOU TESTIFIED IN COURT AS A

12   MEDICAL EXPERT?

13   A.      THIS IS MY FIRST TIME.

14   Q.      OKAY.

15           SO IS THERE ANY REASON TODAY THAT YOU

16   WILL NOT BE ABLE TO GIVE AN ACCURATE TESTIMONY TO THE

17   BEST OF YOUR ABILITY?

18   A.      I WILL GIVE AN ACCURATE TESTIMONY TODAY.

19   Q.      DR. SHEPHERD, WHERE DID YOU GO TO MEDICAL

20   SCHOOL?

21   A.      UNIVERSITY OF ILLINOIS AT CHICAGO.

22   Q.      AND WHERE DID YOU COMPLETE YOUR RESIDENCY?

23   A.      I COMPLETED TWO RESIDENCIES FROM THE UNIVERSITY

24   OF ILLINOIS HOSPITAL AND AT THE JOHNS HOPKINS HOSPITAL

25   FOR CHILD AND ADOLESCENT PSYCHIATRY.

1    Q.      THANK YOU.

2                AND AT YOUR CURRENT OCCUPATION HOW LONG

3    HAVE YOU -- HOW LONG HAVE YOU BEEN AN EMPLOYEE OF HOPE

4    HEALTH SYSTEMS.

5    A.      I HAVE BEEN AN EMPLOYEE SINCE 2011; 12 YEARS.

6    Q.      AND HOW LONG HAVE YOU HELD AN ACTIVE LICENSE TO

7    PRACTICE MEDICINE IN THE UNITED STATES?

8    A.      I HAVE HELD AN ACTIVE LICENSE SINCE -- LET'S SEE

9    -- 2010, IN MARYLAND, AND I HAD AN ACTIVE LICENSE IN

10   ILLINOIS WHEN I WAS IN RESIDENCY BUT I LET THAT EXPIRE

11   IN 2011, BUT I THINK I HELD THAT FOR ABOUT FIVE -- FOUR

12   YEARS.

13   Q.      OKAY.

14                AND DR. SHEPHERD, HAVE YOU EVER HAD YOUR

15   LICENSE TO PRACTICE MEDICINE REVOKED FOR ANY REASON?

16   A.      NO.

17   Q.      HAVE YOU AUTHORED OR CO-AUTHORED ANY PEER-REVIEW

18   ARTICLES?

19   A.      I HAVE, YES.

20   Q.      AND APPROXIMATELY HOW MANY ARTICLES HAVE YOU

21   CO-AUTHORED OR AUTHORED?

22   A.      I HAVE AUTHORED -- OR CO-AUTHORED, ACTUALLY, FOR

23   MY MENTOR, ONE ARTICLE AND THEN I HAVE CO-AUTHORED A

24   CHAPTER OF A BOOK.

25   Q.      AND WHAT IS LIKE, THE OVERVIEW OF THOSE

1    ARTICLES?

2    A.    SO ONE OF THOSE ARTICLES IS IN RELATION TO THE

3    USE OF A MEDICATION AND HOW IT CAN CAUSE A CONDITION

4    CALLED CATATONIA, IT'S LIKE A STIFFNESS OF THE MUSCLES

5    THAT CAN RESULT AS A USE OF THE A MEDICATION.

6              THE BOOK, THE CHAPTER IN THE BOOK IS IN

7    RELATION TO SPIRITUALITY AND HOW THAT IMPACTS A PERSON'S

8    MENTAL HEALTH.  SO WE LOOKED AT THE VARIOUS DIFFERENT

9    CULTURES THROUGHOUT THE WORLD ACTUALLY, AND THIS BOOK

10   WAS ACTUALLY SANCTIONED BY THE AMERICAN ACADEMY OF CHILD

11   AND ADOLESCENT PSYCHIATRY, WHICH I AM A PROUD MEMBER OF.

12   Q.    THANK YOU FOR THAT, DR. SHEPHERD.

13             YOU ACTUALLY ANSWERED PART OF THE

14   QUESTION THAT I AM GOING TO ASK YOU NEXT IS:

15             ARE YOU A MEMBER OF ANY OTHER

16   PROFESSIONAL MEDICAL ASSOCIATIONS?

17   A.    YES, I'M A MEMBER OF SEVERAL.

18             I AM IN THE AMERICAN PSYCHIATRIC

19   ASSOCIATION, A MEMBER OF THE AMERICAN ACADEMY OF CHILD

20   AND ADOLESCENT PSYCHIATRY -- AMERICAN ACADEMY OF CHILD

21   AND ADOLESCENT PSYCHIATRY, A MEMBER OF THE BLACK

22   PSYCHIATRISTS OF AMERICA, I'M A MEMBER OF THE AMERICAN

23   MEDICAL ASSOCIATION -- I'M TRYING TO THINK OF THE DUES

24   THAT I PAY EACH YEAR.

25             THE AMERICAN PSYCHIATRIC SOCIETY, I FEEL

1     LIKE I AM FORGETTING ONE, BUT THERE ARE SEVERAL I AM

2     ACTIVELY MEMBERS OF.

3     Q.      THANK YOU FOR THAT.

4             AND IN YOUR CURRENT POSITION, WHAT ARE

5     YOUR DUTIES THAT YOU HOLD?

6     A.      AT HOPE HEALTH SYSTEMS?

7     Q.      YES, SIR.

8     A.      AT HOPE HEALTH SYSTEMS I AM CHIEF MEDICAL

9     DIRECTOR, WHICH MEANS THAT I AM THE CHIEF MEDICAL

10    OFFICER; I OVERSEE ALL CLINICAL RESPONSIBILITIES.

11            SO THAT MEANS THAT THE PHYSICIANS, THE

12    NURSE PRACTITIONERS, THEY ARE SUPERVISED BY ME.  I AM

13    THE PERSON THAT GO -- THAT SETS THE TONE, THE

14    ATMOSPHERE, AND THE CULTURE FOR THE THIRD LARGEST

15    PROVIDER OF MENTAL HEALTH SERVICES IN THE STATE OF

16    MARYLAND, WHICH HOPE HEALTH SYSTEMS IS.

17            I ALSO AM RESPONSIBLE FOR THE TRAINING

18    AND THE CURRICULUM THAT IS PROVIDED TO EACH OF THE

19    MENTAL HEALTH PROFESSIONALS THAT WORK THROUGH HOPE

20    HEALTH SYSTEMS.  SO LARGE RESPONSIBILITY THERE AT THAT

21    JOB.

22    Q.      OKAY.

23            AND ALSO, IN YOUR CURRENT ROLE, COULD YOU

24    PROVIDE AN ESTIMATE OF THE PORTION OF YOUR TIME

25    DEDICATED TO CLINICAL TREATMENT FOR PATIENTS?

1   A.      YES, ABSOLUTELY, DIRECT CARE SERVICES.

2               SO ITS PROBABLY ABOUT 70 PERCENT DIRECT

3   CARE SERVICES AND 30 PERCENT ADMINISTRATION.

4   Q.      AND I HAVE THREE MORE QUESTIONS BEFORE I ASK

5   YOUR HONOR TO TENDER YOU.

6               IS -- ROUGHLY SPEAKING, HOW MANY

7   COMPREHENSIVE EVALUATIONS FOR ADHD DO YOU ESTIMATE YOU

8   HAVE CONDUCTED WITHIN THE PAST TWO YEARS, TO THE BEST OF

9   YOUR RECOLLECTION?

10  A.      EASILY 1000.

11  Q.      ROUGHLY SPEAKING, HOW MANY OF THESE

12  COMPREHENSIVE EVALUATIONS FOR ADHD DO YOU ESTIMATE THAT

13  -- EXCUSE, ME SORRY.

14              AND CAN YOU PROVIDE A CLARIFICATION TO

15  THE COURT REGARDING THE AUTHORITY OF PSYCHIATRISTS TO

16  PRESCRIBE MEDICATION AS PART OF THOSE TREATMENTS?

17  A.      ABSOLUTELY, YES.

18              SO I AM A CHILD ADOLESCENT PSYCHIATRIST,

19  BOARD CERTIFIED, DOUBLE BOARD, AND ONE OF THE MAIN

20  ISSUES THAT WE DEAL WITH IN CHILD PSYCHIATRY IS

21  ATTENTION DEFICIT-HYPERACTIVITY DISORDER.  I WORK WITH A

22  NUMBER OF PEDIATRICIANS, PRIMARY CARE PHYSICIANS, WHO

23  COME TO ME AS AN EXPERT WHEN THEY ARE NOT SURE AS TO

24  WHAT IS HAPPENING WITH A CHILD.

25              SO IT IS ONE OF THE BREAD AND BUTTERS, IF

1      YOU WOULD, OF OUR SPECIALTY TO BE ABLE TO DIAGNOSE,

2      TREAT ADHD, AND ALSO I SPEAK ON THAT IN THE VARIOUS

3      ARENAS IN OUR COMMUNITY SO THAT WE CAN FACE FAITH

4      FIXATIONS AT MEDICAL CONFERENCES, WHICH I'LL BE DOING AT

5      THE AMERICAN PSYCHIATRIC ASSOCIATION THIS COMING

6      WEEKEND.  SO THIS IS WHAT WE DO.

7      Q.      THANK YOU, DR. SHEPHERD.

8               DR. KITCHENS:  YOUR HONOR, AT THIS TIME I

9      WOULD LIKE TO TENDER DR. JONATHAN SHEPHERD AS AN EXPERT

10     IN CLINICAL PSYCHIATRY?

11              THE COURT:  MS. MEW?

12              MS. MEW:  NO OBJECTION TO THAT, YOUR

13     HONOR.  COULD I ADD -- JUST, MY -- MY POSITION ON TOPICS

14     THAT MIGHT BE ADDRESSED IN THIS TESTIMONY NOW.

15              THE COURT:  SURE.

16              MS. MEW:  SO -- THANK YOU.  AND GOOD

17     MORNING, DR. SHEPHERD.

18              THE WITNESS:  GOOD MORNING.

19              MS. MEW:  DR. SHEPHERD, I THINK WAS

20     DISCLOSED AS POTENTIALLY COVERING TOPICS INCLUDING

21     TREATMENT OF MENTAL HEALTH DIAGNOSES AND THE

22     RELATIONSHIP BETWEEN MENTAL HEALTH MEDICINE GENERALLY

23     AND THE AFRICAN AMERICAN DIASPORA, AND WE OBJECT TO THE

24     EXTENT THAT THE TESTIMONY WILL COVER THOSE TOPICS.

25              THEY ARE NOT RELEVANT TO THE ISSUES IN

1   THE CASE, WHICH RELATE TO DR. KITCHENS IS DISABLED

2   WITHIN THE MEANING OF THE ADA, AND ENTITLED TO HIS

3   REQUESTED FOR ACCOMMODATION ON THE U.S.M.L.E..

4            EXPERT TESTIMONY THAT DOES NOT RELATE TO

5   AN ISSUE THE CASE IS NOT RELEVANT AND THEREFORE NOT

6   HELPFUL.  OUR BASIS IS UNDER RULES 401 THROUGH 403, AND

7   702, AND THE REMAINING TOPICS WE WILL ADDRESS THINGS IN

8   THE ORDINARY COURSE.

9            THE COURT:  ALL RIGHT.  THANK YOU, MS.

10  MEW.

11           DR. KITCHENS, TENDER IS ACCEPTED AND YOU

12  MAY PROCEED.

13           DR. KITCHENS:  THANK YOU, YOUR HONOR.

14  BY DR. KITCHENS:

15  Q.     DR. SHEPHERD, AS A PSYCHIATRIST, WHAT TYPE OF

16  TREATMENT DO YOU PROVIDE?

17  A.     I PROVIDE TREATMENT OF PSYCHIATRIC MENTAL HEALTH

18  DISORDERS, SO THROUGH THAT I DO MEDICATION MANAGEMENTS.

19  I AM ALSO TRAINED TO DO PSYCHOTHERAPY.

20  Q.     AND DO YOU HAVE A DIVERSE PATIENT POPULATION IN

21  YOUR CLINICAL PRACTICE, INCLUDING BOTH CHILDREN AND

22  ADULTS?

23  A.     YES.

24  Q.     COULD YOU PROVIDE AN EXPLANATION REGARDING ANY

25  CLINICAL DISTINCTIONS BETWEEN AN EVALUATION SPECIFICALLY

1    FOR ADHD OR A BROADER MENTAL HEALTH EVALUATION?

2    A.       YES, I CAN.

3             SO IN RELATION TO, FIRST OF ALL, ADULTS

4    AND CHILDREN, YOU HAVE TO HAVE BOARD CERTIFICATION IN

5    CHILDREN BECAUSE CHILDREN DO NOT PRESENT THE SAME AS

6    ADULTS.  CHILDREN ARE NOT MINI ADULTS, M-I-N-I, SO WE

7    HAVE TO MAKE SURE THAT WE UNDERSTAND HOW A CHILD

8    PRESENTS AS DIFFERENT FROM AN ADULT.

9             SO IN MY ASSESSMENTS, ONE OF THE THINGS

10   THAT I AM KNOWN FOR IS BEING ABLE TO FILTER THROUGH WHAT

11   A CHILD MAY PRESENT AND IN RELATION TO EVEN ADHD OR EVEN

12   OTHER MENTAL HEALTH DISORDERS, AS TO HOW AN ADULT WOULD

13   PRESENT.

14            FOR INSTANCE, ADULTS TEND TO HAVE

15   INATTENTION.  MOST ADULTS, WHEN THEY HAVE ADHD, THEY

16   DON'T HAVE THE HYPER ACTIVITY PORTION WHICH WE SEE IN

17   CHILDREN.  CHILDREN TEND TO HAVE HYPERACTIVITY,

18   INATTENTION, AND IMPULSIVITY.  ADULTS TEND TO HAVE JUST

19   INATTENTION.

20            OF COURSE, THERE IS ALWAYS EXCEPTIONS TO

21   THE RULE, BUT THAT'S VERY IMPORTANT TO BE ABLE TO

22   DECIPHER BETWEEN HOW ADULTS AND CHILDREN -- AND I WILL

23   ALSO THIS ALSO, DR. KITCHENS, YOU ALSO MUST REMEMBER

24   THOSE THREE ELEMENTS FOR ADHD, IMPULSIVITY, INATTENTION,

25   AND HYPERACTIVITY, CAN PRESENT IN ANXIETY DISORDERS AND

1    IN MOOD DISORDERS, WHICH IS ONE OF THE MAJOR REASONS WHY

2    AN EXPERT SUCH AS MYSELF IS NEEDED, BECAUSE PRIMARY CARE

3    PHYSICIANS, OTHERS, THEY MAY MISTAKE THAT FOR SOMETHING

4    ELSE.

5    Q.    AND THANK YOU FOR THAT.

6          AND I WOULD LIKE ALSO TO ASK YOU:

7          COULD YOU PROVIDE A DESCRIPTION REGARDING

8    THE TYPICAL TYPES OF INFORMATION AND SOURCES UTILIZED

9    DURING A COMPREHENSIVE PSYCHIATRIC EVALUATION?

10   A.    YES.  SO THE PARENT IS REQUIRED TO BE THERE.

11         WHEN YOU ARE DIAGNOSING ADHD, IT MUST BE

12   IN TWO DIFFERENT ENVIRONMENTS.  IT CANNOT JUST OCCUR IN

13   ONE ENVIRONMENT.  SO THE PARENT MAY COME IN AND COMPLAIN

14   ABOUT THE CHILD BEING INATTENTIVE, HYPERACTIVE, AND

15   IMPULSIVE, WHICH IS ONE OF THE ENVIRONMENTS, IF YOU

16   WOULD, BUT WE ALSO MUST BRING IN THE SCHOOL.

17         SO I AM IN CONTACT WITH -- OR THE STAFF

18   THAT WORKS WITH ME IS IN CONTACT WITH THE SCHOOL, SO WE

19   MUST SEE THESE DIFFERENT SYMPTOMS.  I AM JUST LABELING

20   THOSE THREE AS GREAT THREE BIG CATEGORIES, IF I WOULD.

21         AND WE MUST SEE THOSE THREE BIG

22   CATEGORIES IN BOTH OF THOSE ENVIRONMENTS.  IF YOU DON'T

23   SEE THEM IN BOTH ENVIRONMENTS THEN CANNOT DIAGNOSE ADHD.

24   SO YOU MUST SEE THEM IN BOTH, OTHERWISE, YOU KNOW, I AM

25   KNOWN TO BE ABLE TO DECIPHER BETWEEN A MENTAL HEALTH

1    DISORDER AND A BEHAVIORAL DISORDER, AND IF IT'S JUST A

2    BEHAVIORAL DISORDER, ITS PROBABLY ONLY SEEN IN ONE OF

3    THOSE ENVIRONMENTS.

4    Q.      THANK YOU.

5            AND IN YOUR PROFESSIONAL OPINION, HOW

6    CLINICAL -- HOW CLINICALLY SIGNIFICANT IS THE PATIENT'S

7    PERSONAL INTAKE STATEMENT REGARDING THEIR CHIEF

8    COMPLAINT?

9    A.      STATE THE QUESTION ONE MORE TIME?

10   Q.      YES.

11           SO, IN YOUR PERSONAL PROFESSIONAL

12   OPINION, HOW IMPORTANT IS THE PATIENT'S INITIAL PERSONAL

13   STATEMENT WHEN THEY COME TO YOU FOR A CHIEF COMPLAINT?

14   A.      VERY IMPORTANT.

15   Q.      DR. SHEPHERD, AS A PSYCHIATRIST ARE YOU FAMILIAR

16   WITH THE DSM-5-TR?

17   A.      YES.

18   Q.      AND IN THE FIELD OF PSYCHIATRY, IS THE -- IS

19   THIS THE DSM-5-TR WIDELY RECOGNIZED AS A COMMONLY USED

20   DIAGNOSTIC TOOL?

21   A.      YES, IT IS YOUR DIAGNOSTIC MANUAL.

22   Q.      UH-HUH.

23           AND CAN YOU IDENTIFY FOR THE COURT THE

24   CRITERIA FOR DIAGNOSING A CHILD OR ADULT WITH ADHD?

25   A.      ABSOLUTELY.

1           SO I AM GOING TO REPEAT MYSELF THE THREE

2      BIG CATEGORIES; INATTENTION, HYPERACTIVITY, AND

3      IMPULSIVITY.  AND THOSE THREE CATEGORIES MUST BE SEEN IN

4      TWO DIFFERENT ENVIRONMENTS.  IF IT'S FOR AN ADULT, THAT

5      MAY BE AT YOUR CHILD -- I'M SORRY, AT YOUR JOB, NOT YOUR

6      CHILD -- AT YOUR JOB, OR IN THE COMMUNITY OR AT HOME.

7           FOR A CHILD, YOU MAY SEE IT AT SCHOOL, AT

8      HOME, AND SO YOU LOOK AT THE THREE BIG CATEGORIES.

9           NOW, SOME PEOPLE MIGHT SAY, WELL, DR.

10     SHEPHERD, I HAVE SOME OF THOSE THINGS.  DOES THAT MEAN I

11     HAVE ADHD?  NO.  YOU KNOW IT'S ADHD WHEN THERE IS

12     FUNCTIONAL IMPAIRMENTS WHICH DOES NOT ALLOW FOR THAT

13     PERSON TO BE ABLE TO OPERATE AT THEIR MAXIMUM POTENTIAL.

14          SO THAT'S WHERE THE DISORDER PART COMES

15     IN.  DISORDER MEANS YOU ARE UNABLE TO FUNCTION PROPERLY.

16     SO THERE'S MANY TIMES PEOPLE ARE INATTENTIVE, BUT THE

17     DISORDER MEANS THAT YOU ARE NOT ABLE TO FUNCTION

18     PROPERLY.  SO THIS IS WHERE THOSE THREE AREAS CAUSE THAT

19     FUNCTIONAL IMPAIRMENT.

20     Q.     THANK YOU FOR THAT.

21          AND I WOULD LIKE TO ASK YOU HERE:

22          YOU SAID, ABOUT THESE TYPES OF FUNCTIONAL

23     IMPAIRMENTS, INATTENTIVENESS; THAT'S CORRECT?

24     A.     YES.

25     Q.     DR. SHEPHERD, I WOULD LIKE TO YOU ASK YOU:

1              IS IT POSSIBLE FOR INDIVIDUALS OVER THE

2    AGE OF SAY, 17, TO RECEIVE A DIAGNOSIS OF ADHD?

3    A.     YES.

4    Q.     AND CAN YOU EXPLAIN A LITTLE BIT ABOUT, IN

5    REFERENCE TO THE DSM-5-TR, WHAT SPECIFIC CRITERIA NEEDS

6    TO BE MET; IS IT THE SAME -- I KNOW FOR REDUNDANCY

7    PURPOSES, YOU TALKED A LITTLE BIT ABOUT THE CHILDREN --

8    BUT IS IT THE SAME THING FOR ADULTS?

9    A.     SO, YES, IT'S THE SAME THING FOR ADULTS.

10             AS I MENTIONED EARLIER FOR ADULTS, IT'S A

11   LITTLE DIFFERENT, WE MAY NOT SEE THE HYPERACTIVITY.  ITS

12   KIND OF WEIRD FOR ADULTS TO BE MOVING AROUND WITHOUT YOU

13   KNOW -- IT'S KIND OF SOCIALLY AWKWARD, IF YOU WOULD.

14             SO IN ADULTS THOUGH, WE SEE MORE OF THE

15   INATTENTIVE QUALITIES, AND SO WITHIN THE DSM THEY ARE

16   DIFFERENT SUB CATEGORIES OF ADHD; YOU HAVE THE COMBINED

17   TYPE, WE HAVE THE HYPERACTIVITY TYPE, YOU HAVE THE

18   INATTENTIVE TYPE.

19             SO FOR ADULTS WE WILL MORE COMMONLY SEE

20   ADHD INATTENTIVE TYPE, WHICH IS A SPECIFIC SUB CATEGORY

21   WHERE THE INATTENTION THAT OCCURS WITHIN THAT PERSON

22   DOES NOT ALLOW FOR HIM OR HER TO BE ABLE TO OPERATE AT

23   THEIR MAXIMUM ATTENTION OR BE ABLE TO FUNCTION AT THEIR

24   BEST ABILITY, I WILL SAY IT THAT WAY.

25   Q.     THANK YOU, DR. SHEPHERD.

1                     HERE I WOULD LIKE TO SHOW ON THE SCREEN

2     EXHIBIT PX 48.  IF YOU CAN ZOOM IN ON THAT, PLEASE, I'M

3     SORRY.  ALL RIGHT.

4                     NOW THAT WE CAN -- NOW THAT IT'S ZOOMED

5     IN, DR. SHEPHERD, CAN YOU SEE THE EXHIBIT THAT I AM

6     SHOWING HERE ON THE SCREEN FOR YOU?

7     A.      YES.

8     Q.      PLEASE IDENTIFY FOR THE COURT WHAT YOU ARE

9     LOOKING AT?

10    A.      I AM LOOKING AT THE DIAGNOSTIC CRITERIA FOR

11    INATTENTION DEFICIT-HYPERACTIVITY DISORDER.

12    Q.      AND DOES THE CRITERIA YOU HAVE PROVIDED IN YOUR

13    TESTIMONY CURRENTLY ALIGN WITH THE CRITERIA ALIGNED WITH

14    THE DSM-5 BEFORE YOU TODAY?

15    A.      YES, IT DOES.

16    Q.      AND AS A PSYCHIATRIST, ARE YOU FAMILIAR WITH ANY

17    RECENT UPDATES OR REVISIONS TO THE DSM-5, SUCH AS THE

18    DSM-5-TR?

19    A.      YES, I AM FAMILIAR.

20                    DR. KITCHENS:  AND AT THIS TIME, YOUR

21    HONOR, I WOULD LIKE TO ENTER INTO THE RECORD PX 48?

22                    MS. MEW:  YOUR HONOR, I OBJECT.  I AM NOT

23    SURE THESE PAGES COME FROM EITHER THE DSM OR THE

24    DSM-5-TR, LOOKING AT THE PAGE NUMBERS.

25                    I WOULD ALSO OBJECT TO IT COMING INTO

1    EVIDENCE WITH THE HIGHLIGHTING, WHICH OBVIOUSLY IS NOT

2    OFFICIAL AND NOT THE ORIGINAL DOCUMENT.

3                I WOULDN'T -- I THINK I WOULD ALLOW -- I

4    WOULDN'T MIND -- I WOULD BE OKAY WITH DR. KITCHENS USING

5    THIS RIGHT NOW FOR SOME OF HIS QUESTIONS AND WE CAN SORT

6    OF SEE HOW IT PLAYS OUT, BUT I DON'T KNOW -- IT DOES NOT

7    HAVE A -- IT DOESN'T HAVE A SOURCE, BUT I DON'T THINK IT

8    COMES FROM EITHER ONE OF THESE JUST LOOKING AT THE PAGE

9    NUMBERS.

10               THE COURT:  WELL, I AM NOT WORRIED ABOUT

11    THE HIGHLIGHTING, SINCE YOU TOLD ME ABOUT THAT, NOW I

12    KNOW, SO THAT'S NOT A CONCERN, BUT THE -- AS FOR

13    ADMITTING THE DOCUMENT, DR. KITCHENS, WHY DON'T YOU -- I

14    WILL JUST DEFER A RULING ON THAT, I WILL LET YOU

15    CONTINUE YOUR QUESTING ABOUT THE DOCUMENT IF YOU WOULD

16    AND FIGURE IT OUT LATER.

17               DR. KITCHENS:  YES.  AND AS YOU CAN SEE

18    HERE, YOUR HONOR, IT'S THE DSM-5 5TH EDITION THERE.

19               THE COURT:  OH, I SEE.  NOW, IS THIS IS A

20    970 PAGE DOCUMENT?

21               DR. KITCHENS:  NO, SIR, BUT THIS IS AN

22    EXCERPT FROM IT, FROM THE CHAPTER.  YOU CAN REMOVE IT.

23               MS. MEW:  OKAY.  YES, I SEE THAT.  I SEE

24    THAT.  BUT THAT'S THE DSM 5, OKAY.  THAT'S FINE.  SORRY,

25    DR. KITCHENS.  I WAS LOOKING AT THE DSM-5-TR.

1                    THE COURT:  SO PX 48 IS ADMITTED.

2                    (PLAINTIFF EXHIBIT 48 IS ADMITTED INTO

3      EVIDENCE.)

4                    THE COURT:  GO AHEAD.

5      BY DR. KITCHENS:

6      Q.      SO DR. SHEPHERD, I WOULD LIKE TO ASK YOU, WITH

7      -- CONCERNING WITH THE DSM-5:

8                    WHAT ARE THE KEY -- WHAT ARE SOME KEY

9      CONSIDERATIONS CLINICIANS IN YOUR POSITION SHOULD KEEP

10     IN MIND WHEN UTILIZING THIS PARTICULAR TOOL?

11     A.      SO ANY DIAGNOSTIC MANUAL IS A GUIDELINE.  SO

12     WHEN WE ARE DIAGNOSING, EVALUATING, ASSESSING, WE NEED

13     TO HAVE GUARDRAILS, AND SO A DIAGNOSTIC MANUAL IS THE

14     GUARDRAILS THAT ALLOW US TO FOCUS AND TO CONCENTRATE ON

15     KNOWING HOW TO BE ABLE TO PROCEED WITH THE EVALUATION

16     ASSESSMENT.

17                   AS ANY CASE, AS YOU ALL ARE LAWYERS AND

18     AS PHYSICIANS, WE KNOW THAT THERE IS ALWAYS OUTLIERS.

19     AND SO WITHIN THAT THERE MAY BE SPECIFIC THINGS THAT

20     HAPPEN WITHIN THAT PARTICULAR CASE, OR IN MY ROUND A

21     PATIENT PROFILE THAT I NEED TO BE ABLE TO TAKE THAT IN

22     TO ACCOUNT.  SO THE DIAGNOSTIC MANUAL ALLOWS FOR ME TO

23     BE ABLE TO HAVE THESE GUARDRAILS, ASSESSMENTS, SO I WILL

24     BE ABLE TO HAVE A STANDARD WAY OF EVALUATING, AND

25     ASSESSING.

1          THE DIAGNOSTIC MANUAL IS ALSO IMPORTANT

2    FOR RESEARCH.  SO WHEN YOU ARE DOING RESEARCH, YOU HAVE

3    TO HAVE A STANDARD, HAVE TO HAVE A GOLD STANDARD.  SO IN

4    CLINICAL PRACTICE, YOU HAVE THAT BUT THEN YOU ALSO MUST

5    UTILIZE WHAT IS HAPPENING IN FRONT OF YOU.

6          SO EVERYTHING THAT PRESENTS IN FRONT OF

7    YOU IS NOT GOING TO BE GOLD STANDARD.  PEOPLE COME IN,

8    YOU HAVE TO BE ABLE TO DECIPHER WHAT IS HAPPENING AND

9    THIS ALLOWS YOU TO SET THE BAR SO THAT YOU CAN FIGURE

10   WHAT IS HAPPENING.  HOPEFULLY THAT MAKES SENSE.

11   Q.     YES, IT DOES.

12          DR. SHEPHERD, BESIDES THIS -- THIS

13   PARTICULAR TOOL, ARE THERE ANY OTHER DIAGNOSTIC TOOLS OR

14   CRITERIAS COMMONLY UTILIZED BY PSYCHIATRISTS IN THEIR

15   CLINICAL PRACTICE FOR -- FOR DIAGNOSTING(SIC) ADHD?

16   A.     YES, THERE ARE SEVERAL.  WE HAVE THE CONNERS

17   RATING SCALE, WE HAVE THE VANDERBILTS, WE HAVE THE

18   MATSON, I BELIEVE THAT'S -- SO THERE IS VARIOUS

19   DIFFERENT SCALES THAT PSYCHIATRISTS CAN USE.

20          AND AGAIN, THESE ARE THINGS THAT

21   RESEARCHERS HAVE UTILIZED AND THEN WE, IN CLINICAL

22   PRACTICE, WE UTILIZE THE STANDARDS AS THEY HAVE SHOWN

23   CREDIBILITY AND INTEGRITY.

24   Q.     THANK YOU SO MUCH FOR THAT.

25          AND AS YOU HAVE SAID EARLIER, THAT IT'S

1    USED IN A VARIETY OF DIFFERENT WAYS, AND IN THAT

2    PARTICULAR FIELD.  SO I WOULD LIKE TO ASK YOU, JUST FOR

3    CLARIFICATION:

4              ARE THESE METHODS -- ARE THOSE METHODS,

5    PRINCIPLES, GENERALLY ACCEPTED IN THE MEDICAL FIELD?

6    A.    YES.

7    Q.    AND ARE THESE METHODS RELIABLE?

8    A.    YES.

9    Q.    THANK YOU SO MUCH FOR THAT.  LET ME SEE HERE.

10             IF WE CAN BRING UP EXHIBIT 27, PLEASE?

11             DR. SHEPHERD, CAN YOU SEE THE DOCUMENT ON

12   THE SCREEN IN FRONT OF YOU?

13   A.    YES, I CAN.

14   Q.    AND CAN YOU IDENTIFY WHAT YOU ARE LOOKING AT

15   HERE?

16   A.    IT IS THE MOXO D-CPT REPORT.

17   Q.    THANK YOU.  AND IF WE CAN ZOOM IN A LITTLE BIT,

18   PLEASE, ON IT?

19             CAN USMLE THE PATIENT'S NAME?

20   A.    YES, MARKCUS KITCHENS.

21   Q.    THANK YOU.  AND IF WE CAN SCROLL DOWN PLEASE,

22   SOME -- HERE, TO SHOW THIS CHART.

23             DR. SHEPHERD, BY LOOKING AT THIS CHART,

24   WHAT CAN YOU GATHER FROM IT, WHICH WAS CONDUCTED FROM

25   THIS STUDY?

1    A.       FROM WHAT I GATHER FROM THIS STUDY IS THAT THERE

2    ARE SOME DEFICITS IN THESE FOUR AREAS.  THE FOUR AREAS THAT ARE

3    MENTIONED HERE ARE ATTENTIVENESS, TIMELINESS,

4    IMPULSIVENESS, AND HYPERACTIVITY, WHICH ARE THREE OF THE

5    FOUR AREAS THAT I ALREADY MENTIONED EARLIER.

6             AND ACCORDING TO THIS, THERE'S DEFICITS

7    IN ALL OF THOSE AREAS, BUT THE MAJOR DEFICIT

8    INATTENTIVENESS.

9    Q.       THANK YOU, DR. SHEPHERD, FOR THAT.

10            YOUR HONOR, I WOULD LIKE TO HAVE THIS

11   DOCUMENT ENTERED INTO THE RECORD AS PX 27?

12            MS. MEW:  NO OBJECTION, YOUR HONOR.

13            THE COURT:  PX 27 IS ADMITTED.

14            (PLAINTIFF EXHIBIT 27 IS ADMITTED INTO

15   EVIDENCE.)

16   BY DR. KITCHENS:

17   Q.       DR. SHEPHERD, DURING MEDICAL SCHOOL AND

18   RESIDENCY, DO PSYCHIATRISTS RECEIVE TRAINING ON

19   ASSESSING WHETHER A PATIENT MAY BE MALINGERING?

20   A.       YES.

21   Q.       AND CAN YOU EXPLAIN A LITTLE BIT IN DETAIL OF

22   THIS -- THIS TRAINING?

23   A.       YES.  TRAINING, AND THEN I SAW IT FIRSTHAND.

24            SO MALINGERING IS ONE OF THOSE AREAS IN

25   PSYCHIATRY THAT WE STUDY IN WHERE A PERSON MAY BE DRUG

1    SEEKING OR -- THAT'S ONE OF THE AREAS, BUT I HAVE ALSO

2    SEEN WHERE A PERSON IS ACTUALLY LOOKING TO BE ABLE TO

3    HAVE -- WHERE A PERSON WILL WANT TO GET LIKE, SOCIAL

4    SECURITY DISABILITY BENEFITS.  THIS IS THINGS THAT WE DO

5    RIGHT NOW WHERE PEOPLE COME IN, TRY TO FALSIFY WHAT IS

6    HAPPENING WITH THEM, FLMA.

7                    THESE ARE SITUATIONS THAT I DEAL WITH ON

8    A DAILY BASIS.  I AM TRYING TO GIVE SOME PRACTICALITY TO

9    WHAT I SEE ON AN EVERYDAY BASIS.  AND SO WHAT I MEAN BY

10   MALINGERING IS THAT THESE PERSONS, THEY WILL SAY THEY

11   HAVE THESE SYMPTOMS OR DISORDERS OR EVEN SICKNESS, TO BE

12   ABLE TO FALSIFY OR GET BENEFITS FOR THEIR FAMILY OR FOR

13   THEM OR BE ABLE TO GET OUT OF WORK.

14                   AND SO YES, WE HAVE THOSE TYPE OF THINGS

15   THAT WE SEE.  HOW -- HOW I WORK THROUGH THEM IS THAT I

16   -- WE MAKE SURE THAT WE TAKE OUR TIME IN ASSESSING THE

17   PATIENTS.  TIME IS ONE OF THE BIGGEST AREAS OF HOW YOU

18   WILL KNOW.  AND SO OUR PRACTICE WE DO NOT SIGN ANY OF

19   THOSE TYPES OF FORMS FOR AT LEAST SIX MONTHS.

20                   IF A PERSON IS GOING TO WORK WITH US FOR

21   SIX MONTHS YOU CAN FIGURE OUT WHAT IS GOING ON AND THAT

22   HELPS OUT THOSE WHO ARE MALINGERING.  I HAVE SEEN IT

23   EVEN IN THE INPATIENT UNIT WHERE PEOPLE WILL LITERALLY

24   FALL OUT, FLOP ON THE FLOOR, AND ME NOT RESPOND TO THEM

25   ACTUALLY THEY WILL STOP THEIR ACTIONS.

1          SO THESE ARE DIFFERENT THINGS THAT I HAVE

2     SEEN ON THE PRACTICALITY SIDE.  I THINK THAT THAT

3     RESPONSE DESERVED MORE EXAMPLES THAN JUST A TEXTBOOK

4     RESPONSE.

5     Q.     AND -- THANK YOU FOR THAT.  AND I WOULD ALSO

6     LIKE TO ASK YOU EVEN MORE, IN FOLLOW UP TO THAT.  SO FOR

7     CLARIFICATION:

8          DO PSYCHIATRISTS AUTOMATICALLY CATEGORIZE

9     PATIENTS AS DRUG SEEKING WHEN THEY REQUEST MEDICATION

10    FOR TREATMENT?

11    A.     NO.

12    Q.     AND WHY IS THAT?

13    A.     I WOULD HOPE THAT WE WOULD BE PERSONS WHO TRUST

14    THAT PEOPLE WHO ARE COMING IN ARE TRUTHFUL AND ACTUALLY

15    SEEKING OUT CARE, AND SO I WOULD BE OF A PERSON TO SAY,

16    LET ME SEE HOW I CAN HELP YOU.  THAT'S WHY WE GO IN THE

17    FIELD, NOT TO SIT HERE AND POINT AND SAY, YOU ARE DRUG

18    SEEKING, YOU'RE MALINGERING, OR YOU'RE A BAD PERSON,

19    YEAH, THAT DOES NOT MAKE SENSE.

20    Q.     AND I WOULD LIKE TO PULL UP AT THIS TIME

21    EXHIBIT 37?

22          MS. MEW:  JUST FOR THE RECORD, DR.

23    KITCHENS, IF YOU WILL SAY PLAINTIFF'S EXHIBIT 37,

24    THAT'LL JUST HELP.

25          DR. KITCHENS:  I AM SO SORRY, MS. MEW.

```
 1                         YES, PX 37.  IF WE CAN ZOOM IN, PLEASE?

 2                         A LITTLE BIT MORE.

 3                         DR. SHEPHERD, CAN YOU SEE ON THE SCREEN

 4      HERE, OR READ ON THE SCREEN?

 5      A.      YES, I CAN SEE IT.

 6      Q.      OKAY.  AND WHAT -- WHAT IS THIS DOCUMENT THAT

 7      YOU ARE LOOKING AT HERE?

 8      A.      ITS ENTITLED, "A PROGRESS NOTE," AND IT LOOKS

 9      LIKE IT IS A -- AN EVALUATION.

10      Q.      AND CAN YOU -- FOR THE RECORD, CAN YOU READ WHAT

11      THE CHIEF COMPLAINT IS?

12      A.      "ANXIETY AND DEPRESSION."

13      Q.      THANK YOU.  AND CAN WE SCROLL DOWN, PLEASE?  A

14      LITTLE BIT MORE.  STOP, PLEASE.  LET'S SEE, I AM HAVING

15      A HARD TIME SEEING AS WELL, BUT THAT'S RIGHT.

16                         YES, THERE.

17                         DR. SHEPHERD, CAN YOU READ FOR THE COURT

18      THE HISTORY OF PRESENT ILLNESS?

19      A.      YES.

20                         "MARKCUS KITCHENS PRESENTS TODAY FOR

21      MEDICATION MANAGEMENT FOLLOW UP.  REPORTS THAT HE HAS

22      BEEN DOING WELL OVERALL.  CONTINUES TO STUDY FOR

23      UPCOMING EXAM THAT IS REQUIRED TO OBTAIN CERTIFICATION

24      IN ORDER TO START RESIDENCY.  FEELS THAT HE CONTINUES TO

25      BE OVERWHELMED WITH THE PRESSURE OF PASSING THESE EXAMS,
```

1    HAS BEEN STUDYING FULL TIME SINCE LAST VISIT.  TEST IS

2    SCHEDULED FOR NEXT WEEK."

3                   "FEELS THAT OVERALL ANXIETY AND

4    DEPRESSION IS WELL CONTROLLED WITH THE MEDICATION.

5    ADMITS THAT HE HAS ALWAYS BEEN DRIVEN TO COMPLETE GOALS

6    BUT FEELS THAT MEDICATION HAS ALLOWED HIM TO BETTER

7    VERBALIZE AND DISPLAY EMOTIONS."

8                   "WIFE IS A HUGE SUPPORT FOR HIM.  HAS

9    HISTORY OF ADHD, DOES COMPLAIN OF CONTINUED SYMPTOMS

10   ASSOCIATED WITH ADHD.  HAS BEEN ON CURRENT COURSE OF

11   ADDERALL FOR SEVERAL YEARS.  VERBALIZES THAT HE DOES NOT

12   TAKE MEDICATION ON WEEKENDS OR WHEN HE DOES HAVE TO

13   COMPLETE MENTALLY CHALLENGING TASKS."

14                  "HAS TRIED SEVERAL INTERVENTIONS AT HOME,

15   SUCH AS USING HEADPHONES THAT BLOCK OUT NOISE, SPECIALTY

16   LIGHTING, AND SOOTHING SOUND MACHINES.  ALSO TRIED OTC,"

17   WHICH IS THE OVER-THE-COUNTER, "ACTIVE MIND SUPPLEMENT,

18   THAT HE HAS FOUND CAN BE BENEFICIAL AT TIMES."

19                  "SLEEPING WELL AT NIGHT, BUT DENIES

20   SLEEPING EXCESSIVE AMOUNTS.  DENIES ANY SI, OR HI,"

21   WHICH STANDS FOR SUICIDAL IDEATION OR HOMICIDAL

22   IDEATION, "OR A/V," WHICH IS AUDITORY/VISUAL

23   HALLUCINATIONS.

24   Q.     THANK YOU, DR. SHEPHERD.  YOU CAN STOP THERE.

25                  DR. SHEPHERD, I WOULD LIKE TO ASK YOU:

1              BASED ON THE DOCUMENTATION THAT YOU JUST

2       READ OR PRESENTED, ON THE SCREEN HERE, FROM THAT

3       PROGRESS NOTE, COULD YOU PROVIDE YOUR -- EXCUSE ME,

4       SORRY.

5              BASED ON THE EXHIBIT HERE DISPLAYED ON

6       THE SCREEN, COULD YOU PROVIDE YOUR PROFESSIONAL

7       ASSESSMENT REGARDING ITS NORMALITY OR ABNORMALITY?

8       A.     IN REGARDS TO NORMALITY, THIS IS A TYPICAL --

9       THE WAY IN WHICH A TYPICAL PROGRESS NOTE SHOULD BE

10      SCRIPTED OR WRITTEN.

11             IT DESCRIBES WHAT IS HAPPENING TO YOU,

12      YOU BEING THE PERSON, THE PATIENT.  SO THIS IS WHAT WE

13      WOULD -- AND IT CONTAINS ALL OF THE NECESSARY COMPONENTS

14      THAT OCCURS IN A FOLLOW-UP EXAMINATION.  SO THIS IS A

15      TYPICAL PROGRESS NOTE.

16      Q.     OKAY.  THANK YOU FOR THAT.

17             AT THIS TIME, YOUR HONOR, I WOULD LIKE TO

18      ENTER INTO THE RECORD PX 37?

19             MS. MEW:  NO OBJECTION, YOUR HONOR.

20             THE COURT:  PX 37 IS ADMITTED.

21             (PLAINTIFF EXHIBIT 37 IS ADMITTED INTO

22      EVIDENCE.)

23      BY DR. KITCHENS:

24      Q.     I WOULD LIKE TO ASK YOU NOW, DR. SHEPHERD:

25             WHAT TYPE OF FACTORS DO YOU CONSIDER WHEN

1    YOU ARE DETERMINING THE APPROPRIATE DOSAGE OF MEDICATION

2    TO PRESCRIBE TO A PATIENT WITH A NEW DIAGNOSIS OF ADHD?

3    A.        SO NUMBER ONE, WHEN DIAGNOSING -- SO WE HAVE

4    CONFIRMED IN THE TWO DIFFERENT AREAS THAT THE CHILD OR

5    THE ADULT HAS THE DIAGNOSE, AND THEN WE WILL REVIEW OVER

6    THE PHARMACOLOGICAL TREATMENTS.

7             SO THERE ARE MULTIPLE PHARMACOLOGICAL

8    TREATMENTS.  NUMBER ONE, I ASKED IF THE PERSON IS

9    COMFORTABLE WITH TAKING MEDICATION.  SO FIRST OFF, I

10   HAVE TO ADDRESS THAT.

11            AND THEN IF HE OR SHE IS COMFORTABLE,

12   NUMBER TWO, WE TALK ABOUT HISTORY.  SO MANY TIMES

13   FAMILIES HAVE ALREADY BEEN EXPOSED TO MEDICATIONS.  SO I

14   HAVE TO BE ABLE TO TALK ABOUT THE STIGMA OF MEDICATION,

15   BE ABLE TO SEE WHETHER OR NOT -- HAVE THERE BEEN BAD

16   REACTIONS WITH OTHER FAMILY MEMBERS, AND THINGS LIKE

17   THAT.

18            SO WE HAVE TO DEAL WITH ALL OF THOSE

19   THINGS BEFORE EVEN PRESCRIBING THE MEDICATION.  AND THEN

20   ONCE WE HAVE SORTED THROUGH THAT, WE WILL LOOK AT --

21   THERE'S TWO DIFFERENT DERIVATIVES, THERE'S AN

22   AMPHETAMINE AND THERE'S A METHYLPHENIDATE DERIVATIVE.

23            IN MY BOOK THEY ARE JUST ABOUT AS

24   EFFECTIVE.  AND SO WE WOULD REVIEW OVER THE SIDE

25   EFFECTS.  THE SIDE EFFECTS ARE VERY SIMILAR IN -- IN THE

1    ADHD MEDICATIONS.

2              ONE THING THAT IS VERY DIFFERENT FROM ANY

3    OTHER MEDICATION IN PSYCHIATRY FOR ADHD MEDICATIONS, IS

4    THAT ADHD MEDICATIONS ARE AS POTENT AND POWERFUL IN THE

5    SMALLEST DOSES AS THE LARGEST DOSE.  YOU DON'T SEE THAT

6    IN ANY OTHER MEDICATION IN PSYCHIATRY.

7              SO WHEN I GIVE A SMALL DOSE OF

8    METHYLPHENIDATE, IT IS JUST AS POWERFUL AS THE LARGEST

9    DOSE, AND SO WHEN YOU GIVE THE LARGER DOSES, YOU DO THAT

10   SO IT WILL STAY IN THE SYSTEM LONGER.  ALL RIGHT?

11             AND SO MANY TIMES IN THE INPATIENT UNIT

12   WE MAY GO OFF OF THE WEIGHT TO SEE WHERE WE MAY START

13   AT, BUT ONCE WE START AT THAT STARTING DOSE WE CONTINUE

14   TO ADD ON, BECAUSE TYPICALLY ADHD MEDICATION WILL LAST

15   FOR ABOUT 10 TO 12 HOURS.  12 HOURS IS PROBABLY THE MAX

16   YOU WILL GET.

17             VYVANSE, FOR INSTANCE, IS THE ONE THAT

18   PROBABLY LASTS THE LONGER 12 HOURS, BUT 10 TO 12 HOURS.

19   IF IT ONLY LASTS FOR FIVE HOURS YOU KNOW YOU NEED TO GO

20   UP TO THE NEXT STEP.  SO THESE ARE DIFFERENT THINGS THAT

21   I EXPLAIN TO THE FAMILY SO THEY UNDERSTAND WHAT IS

22   HAPPENING.  SO THAT TAKES A MINUTE TO BE ABLE TO DO.

23   Q.      THANK YOU FOR THAT.  MOVING RIGHT ALONG NOW, I

24   WOULD LIKE TO ASK YOU, BECAUSE YOU STATED EARLIER THAT

25   YOU REVIEWED THE DOCUMENTATION THAT WAS SUBMITTED TO YOU

1    AND I WOULD LIKE TO ASK YOU:

2                   AFTER YOU HAVE THOROUGHLY REVIEWED THE

3    DOCUMENTATION THAT I SUBMITTED WITH MY REQUEST TO THE

4    NBME FOR THOSE REASONABLE ACCOMMODATIONS, WERE THERE ANY

5    SPECIFIC ACTIVE DIAGNOSES MENTIONED IN THE PROVIDED

6    DOCUMENT?

7                   MS. MEW:   OBJECTION TO FORM, YOUR HONOR;

8    THE REFERENCE TO REASONABLE ACCOMMODATIONS.

9                   THE COURT:   OVERRULED.

10   BY DR. KITCHENS:

11   Q.      GO AHEAD DR. SHEPHERD?

12   A.      STATE THE QUESTION ONE MORE TIME?  I GET CAUGHT

13   UP SOMETHING ABOUT THAT.  SORRY.

14   Q.      THAT IS A-OKAY.

15                   AFTER THOROUGHLY REVIEWING THE

16   DOCUMENTATION SUBMITTED WITH MY REQUEST TO THE NBME, FOR

17   REASONABLE ACCOMMODATIONS, WERE THERE ANY SPECIFIC

18   ACTIVE DIAGNOSES MENTIONED IN THE PROVIDED

19   DOCUMENTATION?

20   A.      YES.

21   Q.      AND DO YOU REMEMBER WHAT THOSE ARE?

22   A.      YES.  ADHD, AND ANXIETY DISORDER.

23   Q.      THANK YOU.  I WANT TO PULL UP THE EXHIBIT HERE.

24   THIS IS EXHIBIT NUMBER PX 02.  AND IF WE CAN SCROLL --

25   DR. SHEPHERD -- SORRY, CAN YOU ZOOM IN, PLEASE?

1               DR. SHEPHERD, DO YOU SEE THE DOCUMENT

2       HERE ON THE SCREEN BEFORE YOU?

3       A.      YES.

4       Q.      AND WHAT IS THIS DOCUMENT THAT USMLE HERE?

5       A.      IT IS A REQUEST FOR A TEST ACCOMMODATIONS

6       THROUGH THE UNITED STATES MEDICAL LICENSING EXAMINATION.

7       Q.      THANK YOU.  AND CAN YOU SCROLL DOWN, PLEASE?

8       KEEP GOING.  SCROLL UP, SORRY.  SCROLL UP?

9               DR. SHEPHERD -- THANK YOU.  YES, HERE.

10              DR. SHEPHERD, ON THIS DOCUMENTATION HERE,

11      DOES THIS CORRELATE WITH THE TESTIMONY YOU JUST GAVE?

12      A.      YES.

13      Q.      THANK YOU.

14              DR. KITCHENS:  YOUR HONOR, AT THIS TIME I

15      WOULD LIKE TO ENTER THIS INTO THE RECORD, IF IT HAS NOT

16      BEEN ALREADY, AS PX --

17              THE COURT:  YES, I HAVE PX 02 ALREADY

18      ADMITTED.

19              DR. KITCHENS:  ALL RIGHT.  THANK YOU.  WE

20      CAN EXIT OUT OF THIS ONE.  AND IF WE COULD PULL UP THE

21      OTHER APPLICATION, PLEASE.  I THINK IT'S PROBABLY PX 03.

22              THE COURT:  YES, IF THAT'S PX 3, THAT'S

23      ALSO ADMITTED.

24              DR. KITCHENS:  OKAY.

25              THE COURT:  MEANING THAT YOU CAN PROCEED

1    RIGHT TO THE QUESTIONS.  YOU DON'T HAVE TO ASK TO MOVE

2    IT IN.

3                    DR. KITCHENS:  OKAY.  THANK YOU, SIR.

4    THANK YOU, YOUR HONOR.

5    BY DR. KITCHENS:

6    Q.     IF YOU WOULD SCROLL THROUGH IT PLEASE, JUST FOR

7    CLARIFICATION FOR THE RECORD.  ALL RIGHT.  AND IF YOU GO

8    UP, PLEASE, JUST A LITTLE BIT.  TO THE -- HERE, PLEASE.

9                    DR. SHEPHERD, DOES THIS -- DOES THIS

10   WRITING HERE CORRELATE WITH YOUR TESTIMONY YOU JUST GAVE

11   ALSO?

12   A.     YES.

13   Q.     THANK YOU.  YOU MAY CLOSE THIS PARTICULAR

14   DOCUMENT.

15                   DR. SHEPHERD, HOW FREQUENTLY DO PATIENTS

16   GET REFERRED TO YOU FOR EVALUATIONS REGARDING POTENTIAL

17   ADHD SYMPTOMS?

18   A.     HOW FREQUENTLY?  AT LEAST ONCE A DAY.

19                   YEAH, I MEAN, I HAVE TAKEN CARE OF

20   THOUSANDS OF CHILDREN HERE IN MARYLAND, SO THAT'S ONE OF

21   MY STRONG POINTS.

22   Q.     THANK YOU.

23                   SO -- AND -- SORRY.

24                   SO, DR. SHEPHERD, WHEN YOU HAVE A NEW

25   PATIENT, YOU SPOKE A LITTLE BIT -- YOU SPOKE ABOUT THIS

1    A LITTLE BIT EARLIER, BUT I WANT TO MAKE SURE FOR THE

2    RECORD IT IS CLEAR HERE THAT, WHEN YOU -- WHEN A NEW

3    PATIENT SEEKS TREATMENT FOR ADHD OR ADD, IS THERE AN --

4    IS THEIR EXTENSIVE MEDICAL HISTORY TAKEN INTO ACCOUNT

5    DURING THE EVALUATION PROCESS?

6    A.    YES.

7    Q.    AND CAN YOU ELABORATE ON THAT?

8    A.    SO WHEN A PERSON COMES IN FOR A PSYCHIATRIC

9    EVALUATION, WE SET ASIDE AT LEAST AN HOUR OF THAT -- OF

10   TIME THAT IS SPENT WITH ME.  IN THAT WE TALK ABOUT THE

11   VARIOUS COMPONENTS OF THE EVALUATION, THE CHIEF

12   COMPLAINTS AS YOU SHOWN EARLIER, THE HISTORY OF PRESENT

13   ILLNESS.

14            IN THAT THERE IS A PSYCHIATRIC REVIEW OF

15   SYMPTOMS, AND IN DOING SO YOU MUST DO THAT, AS I

16   EXPLAINED EARLIER, BECAUSE A CHIEF COMPLAINT OF

17   INACTIVITY OR -- INATTENTIVENESS -- THERE WE GO --

18   HYPERACTIVITY, OR IMPULSIVITY, COULD ACTUALLY MEAN

19   SOMETHING ELSE; ANXIETY AND/OR MOOD DISORDERS.

20            SO YOU MUST GO THROUGH THAT PSYCHIATRIC

21   REVIEW OF SYMPTOMS, YOU GO THROUGH A MEDICAL HISTORY,

22   PAST MEDICAL HISTORY, PAST PSYCHIATRIC HISTORY, YOU LOOK

23   UP FAMILY HISTORY, SOCIAL HISTORY, DEVELOPMENTAL

24   HISTORY, PARTICULARLY FOR CHILDREN.

25            SO ALL OF THESE DIFFERENT THINGS ARE DONE

1    DURING THAT HOUR ASSESSMENT.  AND THEN WE WILL CONDUCT

2    OUR WORK WITH THE OTHER THERAPIST, IN MAKING SURE THAT

3    WE GET OUR OBJECTIVE ASSESSMENT, SUCH AS THE RATING

4    SCALES THAT WE HAD SHOWN EARLIER TODAY.  SO ALL OF THESE

5    THINGS TAKE PLACE IN THOSE ASSESSMENTS BEFORE A

6    DIAGNOSES IS CONFIRMED.

7    Q.     AND ARE THESE -- THIS INFORMATION THAT YOU ARE

8    RECEIVING, WHO -- HOW ARE YOU RECEIVING THIS

9    INFORMATION; WHO FROM?

10   A.     MULTIPLE SOURCES.  SO IF IT IS A CHILD, THE

11   CHILD, THE PARENTS, LEGAL GUARDIAN, AND ANYONE WHO KNOWS

12   THE CHILD, SO TEACHERS, THE THERAPIST WHO WORKS WITH THE

13   FAMILY.  IF IT'S AN ADULT AND THE ADULT -- THE ADULT IS

14   MARRIED, THE SPOUSE OR OTHER PEOPLE WHO THE ADULT ALLOWS

15   FOR US TO BE ABLE TO TALK TO.  SO IT'S NOT A ONE PERSON

16   SOURCE, IF YOU WOULD.

17   Q.     THANK YOU, DR. SHEPHERD.

18          SO IN CASES WHERE A PATIENT HAS HAD A

19   LONGSTANDING -- A LONGSTANDING HISTORY OF BEING

20   PRESCRIBED THE DRUG ADDERALL AND HAS FOUND IT

21   BENEFICIAL, WHAT FACTORS WOULD YOU CONSIDER WHEN

22   DETERMINING WHETHER TO CONTINUE PRESCRIBING THAT

23   MEDICATION TO THAT PATIENT?

24   A.     ABSOLUTELY.  SO IF A PERSON COMES IN AND IS

25   ALREADY TAKING MEDICATION, I ASK THAT PERSON, IS THE

1    MEDICATION WORKING, HOW WELL DOES IT WORK, IS IT

2    RELIEVING THE FUNCTIONAL IMPAIRMENTS THAT THE MEDICATION

3    IS THERE TO HELP TO DO.

4                AND SO IF THERE IS AN AFFIRMATIVE, YES,

5    TO THOSE QUESTIONS, THAT THE PERSON IS HAPPY WITH THE

6    MEDICATION, THAT IT IS WORKING, THEN TYPICALLY I WILL

7    KEEP THAT PERSON ON THAT MEDICATION AT THAT CURRENT

8    DOSE.

9    Q.     THANK YOU.

10               AND -- AND FOLLOWING THAT QUESTION, WHEN

11   YOU ARE CONSIDERING PRESCRIBING MEDICATIONS LIKE

12   ADDERALL, DO YOU BELIEVE IT IS IMPORTANT TO TAKE INTO

13   ACCOUNT THE DURATION OF TIME THAT THE PATIENT HAS BEEN

14   FORMERLY PRESCRIBED THE MEDICATION.

15   A.     ABSOLUTELY, YES.

16   Q.     OKAY.  THANK YOU.

17               HERE, I WOULD LIKE TO BRING UP EXHIBIT PX

18   46.

19               AND, DR. SHEPHERD, DO YOU SEE THE

20   DOCUMENT IN FRONT OF YOU?

21   A.     YES, SIR.

22   Q.     AND CAN YOU DESCRIBE THIS DOCUMENT HERE?

23   A.     IT IS A PROGRESS NOTE FROM BAPTIST HEALTH, WITH

24   YOUR NAME ON IT.

25   Q.     OKAY.  THANK YOU.  AND IF WE CAN SCROLL DOWN?

1    ALL RIGHT.  STOP PLEASE, CAN YOU GO BACK UP A LITTLE

2    BIT?  RIGHT HERE.

3                     AND DR. SHEPHERD, DO YOU SEE WHERE IT

4    SAYS "MEDICATIONS" THERE?

5    A.     YES.

6    Q.     AND WHAT IS THE FIRST -- WHAT MEDICATIONS DO YOU

7    SEE HERE?

8    A.     I SEE ADDERALL, 20 MILLIGRAMS, TABLET.  I SEE

9    LEXACOT, I CAN'T PRONOUNCE THAT WORD -- LEXCOCATIEL,

10   VETORALL, WHICH IS A CORTICOSTEROID, MULTI VITAMIN, AND

11   PROPRANOLOL.

12   Q.     THANK YOU.

13                     AND FOR THE -- AND YOU SAID EARLIER, JUST

14   NOW, ABOUT THE ADDERALL.

15                     CAN YOU -- CAN YOU READ THE DOSAGE OF

16   THAT AGAIN?

17   A.     IT'S ADDERALL, 20-MILLIGRAM TABLET.

18   Q.     AND HOW OFTEN IS IT SUPPOSED TO BE TAKEN?

19   A.     TAKE ONE TABLET BY MOUTH TWO TIMES A DAY.

20   Q.     SO THAT'S A TOTAL OF 40 MILLIGRAMS OF ADDERALL;

21   WOULD YOU AGREE TO THAT?

22   A.     YES.

23   Q.     SORRY ABOUT THAT.

24                     ALL RIGHT.  AND IF WE CAN SCROLL UP,

25   PLEASE, TO THE -- HERE.

1               DO YOU SEE -- SORRY.

2               SO ON THE SECOND PARAGRAPH, THE NEXT TO

3       THE LAST LINE, IT SAYS "APPETITE."

4       A.      YES.

5       Q.      YES.

6               AND CAN YOU READ THAT LAST LINE?

7       A.      "APPETITE AND WEIGHT ARE FAIRLY STABLE.

8       ALTHOUGH PATIENT HAS NOTICED HE HAS BEEN CRAVING SWEETS

9       AND SODAS MUCH MORE THAN NORMAL RECENTLY, HE HAS ALSO

10      FOUND HIMSELF MAKING IMPULSE PURCHASES TO CHEER HIMSELF

11      UP."

12      Q.      THANK YOU.

13              AND ALSO, CAN YOU -- IF YOU CAN SCROLL TO

14      THE -- SCROLL UP SOME.  YES.  ALL RIGHT.  NO, SORRY,

15      SCROLL DOWN, SCROLL DOWN, SCROLL DOWN.  YES, KEEP GOING.

16      STOP HERE, PLEASE.  SCROLL UP.  STOP HERE.

17              DR. SHEPHERD, CAN USMLE WHERE IT SAYS,

18      "PAST MEDICAL HISTORY"?

19      A.      YES.

20      Q.      AND DO YOU SEE WHERE IT SAYS, "PAST SURGICAL

21      HISTORY"?

22      A.      YES.

23      Q.      AND CAN YOU TELL US WHAT IT SAYS THERE?

24      A.      PAST MEDICAL HISTORY PROCEDURE WAS A TOOTH

25      EXTRACTION.

1    Q.      THANK YOU.  AND IF WE CAN SCROLL DOWN?

2                DR. SHEPHERD, DO YOU KNOW WHAT THE GAD-7

3    EXAM IS?

4    A.      YES.

5    Q.      CAN YOU EXPLAIN TO US WHAT THE GAD-7 IS?

6    A.      YES.  THE GAD-7 IS AN OBJECTIVE ASSESSMENT THAT

7    WE UTILIZE TO EXAMINE ANXIETY.  SO IF A PERSON PRESENTS

8    TO OUR OFFICE FOR AN ISSUE OF ANXIETY, THESE ARE THE

9    OBJECTIVE ASSESSMENTS THAT WE PUT IN PLACE TO

10   SUBSTANTIATE THE DIAGNOSIS.

11   Q.      OKAY.  THANK YOU, DR. SHEPHERD.

12               DR. KITCHENS:  YOUR HONOR, AT THIS TIME I

13   WOULD LIKE TO ENTER INTO THE RECORD PX 46 -- 45.  46.

14               MS. MEW:  NO OBJECTION.

15               THE COURT:  PX 46 IS ADMITTED.

16               (PLAINTIFF EXHIBIT 46 IS ADMITTED INTO

17   EVIDENCE.)

18               DR. KITCHENS:  ALL RIGHT.  THANK YOU.

19   BY DR. KITCHENS:

20   Q.      DR. SHEPHERD, BY LOOKING AT THE MEDICAL RECORDS

21   THAT YOU HAVE THAT WAS PROVIDED TO YOU AND THAT WAS

22   GIVEN TO THE -- TO NBME FOR THOSE ACCOMMODATIONS, IN

23   YOUR PROFESSIONAL OPINION, BASED ON YOUR EXPERIENCE, IS

24   IT NECESSARY FOR ADHD TO BE DIAGNOSED AS ADOLESCENCE?

25   A.       REPEAT THE QUESTION ONE MORE TIME.

1    Q.      YES.  IS IT NECESSARY FOR ADHD TO BE DIAGNOSED

2    DURING CHILDHOOD?

3    A.      NO, IT'S NOT NECESSARY.

4    Q.      OKAY.  AND CAN YOU EXPLAIN WHY THAT IS, IN YOUR

5    PROFESSIONAL EXPERIENCE -- PROFESSIONAL OPINION, I'M

6    SORRY?

7    A.      IF A PERSON -- I HAVE HAD SITUATIONS WHERE

8    ADULTS HAVE COME IN AND ACTUALLY THE MOTHER OF -- A

9    PARENT MAY HAVE TRIED TO -- THE MOTHER OR FATHER MAY

10   HAVE TRIED TO -- OR A TEACHER RECOGNIZES THAT THE CHILD

11   HAS SOME ISSUES WITH INATTENTION BUT THE PARENT DID NOT

12   -- IS NOT INTERESTED IN SERVICES OR MEDICATION AND THEN

13   THAT PERSON CONTINUED ONTO ADULTHOOD AND RECOGNIZES THAT

14   HE OR SHE STILL HAS PROBLEMS WITH INATTENTION AND THEN

15   THEY WOULD COME TO MY OFFICE, OR ANY PSYCHIATRIC OFFICE,

16   TO RECEIVE CARE BASED OFF OF KNOWING THAT THEY HAVE HAD

17   ISSUES FOR THIS LONG.

18              SO IF A PERSON RECOGNIZES THAT HELP IS

19   NEEDED, THEN THAT'S WHEN HOPEFULLY HELP WOULD BE

20   PROVIDED FOR THEM.  NOTHING IS NECESSARY THAT HAS TO BE

21   DIAGNOSED AT ADOLESCENCE.  THERE'S NOTHING SAYS THAT.

22   Q.      THANK YOU FOR THAT.  NOW, YOU TALKED EARLIER

23   ABOUT ANXIETY AND ADHD.

24              IS THERE A POSSIBILITY THAT A SEPARATE

25   DIAGNOSIS OF ANXIETY CAN WORSEN OR INTENSIFY A PATIENT'S

1    SYMPTOMS OF ADHD?

2    A.        ABSOLUTELY.

3    Q.        CAN YOU ELABORATE MORE ON THAT?

4    A.        SO I HAVE SEVERAL PATIENTS WHO HAVE BOTH ADHD

5    AND ANXIETY.  BOTH CAN LIVE IN A PERSON CONCURRENTLY,

6    AND SO IF A PERSON HAS ANXIETY, THEN THEY ARE GOING TO

7    BE MORE, OF COURSE, NERVOUS.  YOU KNOW, THAT'S WHAT

8    ANXIETY IS SORT OF, BUT THAT CAUSES THEM NOT TO BE ABLE

9    TO PAY ATTENTION.  THEY CAN'T SIT STILL.  THEY CAN'T

10   FOCUS, I MENTIONED THAT, AND THEN THEY BECOME IMPULSIVE.

11              AND SO WE HAVE SEEN AN UP RISE, IF YOU

12   CAN BELIEVE IT OR NOT, DURING THE PANDEMIC WHERE ANXIETY

13   IS THE NUMBER ONE MENTAL HEALTH DISORDER IN THIS

14   COUNTRY.  AND THAT IS ACROSS ALL AGES, CHILDREN,

15   ADOLESCENTS, AND ADULTS, AND WE SEE IT NOW WHERE THOSE

16   WHO HAVE ADHD ACTUALLY ARE EVEN WORSE NOW BECAUSE

17   ANXIETY DOES NOT ALLOW FOR HIM OR HER TO BE ABLE TO --

18   AND WE HAVE SEEN IT WORSE IN ADULTS NOW.

19              IT'S ONE OF THE MAJOR REASONS WHY

20   ADDERALL HAS A SHORTAGE RIGHT NOW, AND YOU ALL MAY BE

21   AWARE OF THAT.  IT'S NOT THE FACT THAT THE CHILDREN ARE

22   TAKING MEDICATIONS, BUT THE ADULTS ARE TAKING THE

23   MEDICATIONS.  I HAVE BEEN ON WEBINARS NOW AND

24   UNFORTUNATELY IT'S BECAUSE MANY OF THOSE ADULTS DON'T

25   WANT TO ADMIT THAT THEY HAVE ANXIETY DISORDERS.  SO

1    ANXIETY WILL DEFINITELY WORSEN ADHD SYMPTOMS.

2    Q.    IS ANXIETY, DR. SHEPHERD, CLASSIFIED AS A MENTAL

3    IMPAIRMENT?

4    A.    YES.

5    Q.    OKAY.

6    A.    IT'S THE MOST COMMON MENTAL HEALTH DISORDER IN

7    THIS COUNTRY.

8    Q.    THANK YOU.

9          DR. SHEPHERD, I WOULD LIKE TO PULL UP P

10   -- EXHIBIT PX 30?

11         DR. SHEPHERD, DO YOU SEE THE DOCUMENT IN

12   FRONT OF YOU HERE?

13   A.    YES, SIR.

14   Q.    AND CAN YOU EXPLAIN WHAT THIS DOCUMENT IS?

15   A.    PEACE OF MIND COUNSELING, IT IS A REPORT OF AN

16   ATTENTION DEFICIT-HYPERACTIVITY DISORDER EVALUATION.

17   Q.    AND CAN WE SCROLL DOWN, PLEASE?

18         CAN YOU SEE THE -- DO YOU SEE WHERE IT

19   SAYS, "ASSESSMENT PROCEDURES"?

20   A.    YES.

21   Q.    CAN YOU READ THOSE ALL FOR US, PLEASE, FOR THE

22   RECORD?

23   A.    "CLINICAL INTERVIEW, RECORD INTERVIEW,

24   BEHAVIORAL OBSERVATIONS."  THEN THE ACHENBACH SYSTEM OF

25   EMPIRICALLY BASED ASSESSMENT, WHICH IS A SELF REPORT,

1     AND THE ACHENBACH SYSTEM OF EMPIRICALLY BASED ASSESSMENT

2     SPOUSE REPORT, AND ACHENBACH SYSTEM OF EMPIRICALLY BASED

3     ASSESSMENT MOTHER'S REPORT.

4                    AND THEN THEN THE MOXO TO DISTRACTED

5     CONTINUOUS PERFORMANCE TEST.

6     Q.     THANK YOU.  AND CAN WE SCROLL DOWN, PLEASE?

7                    STOP THERE PLEASE.  SCROLL UP.

8                    SCROLL DOWN, PLEASE?

9                    DO YOU SEE WHERE IT SAYS, "CURRENT

10    MEDICATIONS"?

11    A.     YES, SIR.

12    Q.     CAN YOU READ OFF FOR US?

13    A.     PROPRANOLOL, NO DOSAGE THERE, AND THEN ADDERALL,

14    20 MILLIGRAMS, TWICE PER DAY.

15    Q.     OKAY.  CAN YOU SCROLL DOWN?  KEEP GOING.  YES,

16    KEEP GOING.  KEEP GOING, PLEASE.

17                    SO DR. SHEPHERD, WHAT -- AS GOING THROUGH

18    THAT DOCUMENT THERE, WHAT WAS HAPPENING, AS YOU SAID

19    BEFORE, IT LISTED OUT THOSE DIFFERENT ASSESSMENTS THAT

20    WAS BEING CONDUCTED.  AND DO YOU SEE -- AND WITH THE

21    RESULTS OF THOSE, THIS IS WHAT WE ARE AT NOW, OKAY, FOR

22    REFERENCE.

23                    DO YOU SEE WHERE IT SAYS, "DIAGNOSTIC

24    IMPRESSIONS"?

25    A.     YES.

1    Q.      CAN YOU TELL US WHAT IT SAYS THERE?

2    A.      "ATTENTION DEFICIT-HYPERACTIVITY DISORDER AND

3    COMBINED PRESENTATION."

4    Q.      AND CAN YOU CONTINUE TO READ THAT, UNDER

5    "RECOMMENDATIONS FOR CARE"?

6    A.      RECOMMENDATIONS FOR CARE, NUMBER ONE, "IT IS

7    RECOMMENDED THAT MARKCUS CONTINUE TO PARTICIPATE IN

8    MEDICATION MANAGEMENT AND/OR THERAPY TO PROVIDE SUPPORT

9    REGARDING HIS CURRENT SYMPTOMS OF ADHD."

10                   NUMBER TWO, "DR. KITCHENS IS RECOMMENDED

11   TO SEEK ACCOMMODATIONS WHEN SEEKING TESTS, SUCH AS BOARD

12   EXAMS.  SOME RECOMMENDATIONS OR POSSIBLE ACCOMMODATIONS

13   INCLUDE BUT ARE NOT LIMITED TO:  A, THE ALLOWANCE OF

14   EXTRA TIME FOR TEST COMPLETION, DOUBLE TIME WOULD BE

15   RECOMMENDED; B, THE ALLOWANCE OF EXTRA THREATS TO BE

16   MOVED DURING TESTING; C, THE ABILITY TO WEAR NOISE

17   CANCELING HEADPHONES OR EARPLUGS TO DECREASE THE AUDIO

18   DISTRACTIONS IN THE EXAM ROOM; D, THE OPTION TO BREAK

19   THE TEST INTO SMALLER TIME PERIODS OVER MULTIPLE DAYS."

20                   "AND THE OPTION" -- DO YOU WANT ME TO

21   CONTINUE?

22   Q.      YES, PLEASE?

23   A.      "IT IS RECOMMENDED DR. KITCHENS ENGAGE IN

24   REGULAR PHYSICAL AND MENTAL SELF CARE ACTIVITIES THAT

25   BRING HIM ENJOYMENT, ENSURING CONSISTENT SCHEDULES

1    INCLUDING REGULAR TIMES TO GO TO BED AND WAKE, ENSURING

2    PROPER DAILY WATER INTAKE AND NUTRITION, AND ENGAGING IN

3    REGULAR SOCIAL ACTIVITIES CAN PROVIDE SIGNIFICANT

4    BENEFITS TO MENTAL HEALTH."

5               NUMBER FOUR, YOU MAY HAVE TO SCROLL DOWN

6    JUST A LITTLE BIT SO I CAN READ ALL OF THAT.

7               THERE WE GO.

8               NUMBER FOUR, "MARKCUS IS ENCOURAGED TO

9    SEEK INFORMATION RELATED TO MANAGING ADHD SYMPTOMS FROM

10   REPUTABLE SOURCES SUCH AS RELIABLE PODCASTS, CHADD,

11   ATTITUDE MAGAZINE, ET CETERA, AND BOOKS, TAKING CHARGE

12   OF ADULT ADHD, BY RUSSELL BARKLEY."

13   Q.      AND YOU CAN STOP THERE, DR. SHEPHERD.

14               BASED ON REVIEWING THIS DOCUMENT, AND ON

15   YOUR EXPERIENCE, ARE THERE ANY SPECIFIC REASONS THAT

16   RISE THAT DOUBTS THE VALIDITY OF THIS EVALUATION?

17   A.      NO.  IT'S VALID.

18   Q.      THANK YOU.

19               DR. KITCHENS:  AT THIS TIME, YOUR HONOR I

20   WOULD LIKE TO PUT INTO THE RECORD EXHIBIT PX 30?

21               MS. MEW:  NO OBJECTION, YOUR HONOR.

22               THE COURT:  EXHIBIT 30 ADMITTED.

23               (PLAINTIFF EXHIBIT 30 IS ADMITTED INTO

24   EVIDENCE.)

25   BY DR. KITCHENS:

1    Q.      THANK YOU.

2            SO DR. SHEPHERD, YOU SAID YOU HAVE BEEN

3    PRACTICING PSYCHIATRY FOR HOW MANY YEARS NOW?

4    A.      SO I HAVE BEEN FULLY OUT FOR 12 YEARS NOW.

5            I COMPLETED MY MASTERSHIP IN 2011.

6    Q.      SO LET ME ASK YOU THIS:

7            WHAT ARE SOME OF THE EXAMPLES THAT YOU

8    WOULD RECOMMEND FOR YOUR PATIENT -- YES, WHAT TYPE OF

9    RECOMMENDATIONS WOULD YOU GIVE FOR ACCOMMODATIONS FOR A

10   PATIENT WITH THE DIAGNOSES OF ADHD AND ANXIETY, WHEN

11   TAKING A HIGH STAKES EXAMINATION, SUCH AS THE U.S.M.L.E.

12   EXAM?

13   A.      OH, I BELIEVE THAT THE EVALUATION THAT YOU JUST

14   SHOWED AS AN EXHIBIT EXPRESSED MANY OF THE THINGS THAT I

15   SHARE WITH THE SCHOOLS.  SO WITH CHILDREN, I WILL START

16   THERE AND THEN I WILL MOVE TO ADULTS, WITH CHILDREN WE

17   LOOK TO HAVE EDUCATIONAL SUPPORTS.  THAT IS WHERE

18   INDIVIDUALS EDUCATIONAL PLANS COME INTO PLAY, SO THAT

19   OUR CHILDREN CAN BE SUCCESSFUL AND MEETING THE VARIOUS

20   CRITERIA AND GOALS THAT THE TEACHERS HAVE SET FOR THEM.

21           AND THEN FOR ADULTS, IT IS OF UPMOST

22   IMPORTANCE THAT -- THAT A PERSON WHO HAS THESE

23   PARTICULAR DISORDERS, AGAIN, DISORDER MEANING UNABLE TO

24   FUNCTION PROPERLY, FUNCTIONAL IMPAIRMENTS, THAT THERE

25   ARE ACCOMMODATIONS THAT ARE PROVIDED FOR THOSE PERSONS,

1    WHETHER IT BE FOR EXTRA TIME WITH THE TESTS, AS ONE WHO

2    RECOMMENDED DOUBLE TIME, A SAFE SPACE WHERE NO ONE CAN

3    INTERRUPT THEM, AND THEN BREAKING UP THE TEST OVER

4    MULTIPLE DAYS OR ALLOWING LONGER BREAKS TO MAKE SURE

5    THAT THAT PERSON IS ABLE TO FUNCTION AND FINISH THE TEST

6    AT THE BEST OF THEIR ABILITY.

7    Q.     AND WHEN THIS -- AND THANK YOU FOR THAT, AND

8    MOVING ONTO MY NEXT QUESTION FOR YOU WOULD BE:

9              WHO DO YOU, IN YOUR PROFESSIONAL

10   EXPERIENCE AND OPINION, WHO WOULD POSSESS OR WHO WOULD

11   POSE A GREATER UNDERSTANDING OF A PATIENT'S CONDITION

12   BASED OFF OF DOCUMENTATION, AN OUTSIDE SOURCE OR THE

13   TREATING PHYSICIAN?

14   A.     THE TREATING PHYSICIAN.

15   Q.     AND WHY IS THAT?

16   A.     BECAUSE THAT PERSON KNOWS THAT INDIVIDUAL.

17   Q.     THANK YOU FOR THAT.  NOW I WANT TO KIND OF

18   CHANGE GEARS A LITTLE BIT HERE.

19              SO ARE YOU FAMILIAR WITH THE ADA -- ARE

20   YOU FAMILIAR WITH THE ADA RULE?

21   A.     WHICH IS -- ADA STANDING FOR THE AMERICANS WITH

22   DISABILITIES ACT?

23   Q.     YES.

24   A.     YES, I AM FAMILIAR.

25   Q.     OKAY.  AND I WOULD LIKE TO ASK YOU:

1          HOW WOULD YOU INTERPRET THE APPLICATION

2   OF THE ADA'S RULES OF REQUIRING LESS DOCUMENTATION FOR A

3   PERSON TO BE DISABLED?

4   A.      WELL, AND THAT'S A VERY INTERESTING QUESTION

5   BECAUSE WHAT WE FIND IN MY REALM, IF I CAN SPEAK FROM

6   THAT, IS THAT WE SEE PERSONS WHO ARE FUNCTIONALLY

7   IMPAIRED DUE TO MENTAL HEALTH DISORDERS.

8          NOW, UNFORTUNATELY, MANY OF THOSE PERSONS

9   ARE VICTIMS.  THEY ARE NOT THE ONES WHO ARE ACTUALLY

10  CAUSING THE ISSUE.  THEY ARE VICTIMS AND SO, ONE OF THE

11  REASONS WHY THAT PARTICULAR RULE, I BELIEVE, IS IN PLACE

12  IS SO THAT THOSE PERSONS CAN CUT THROUGH THE RED TAPE TO

13  BE ABLE TO GET THE SERVICES THAT ARE NEEDED.

14          THERE ARE WAY TOO MANY BARRIERS, EVEN TO

15  THIS DAY, WHERE PEOPLE WHO ARE MENTALLY CHALLENGED ARE

16  NOT ABLE TO GET THE RESOURCES THAT THEY NEED.  I AM A

17  STRONG ADVOCATE IN MAKING SURE THAT THESE BARRIERS ARE

18  TORN DOWN.  WHETHER IT BE OF RACE, RELIGION, OR

19  DISABILITY, THERE SHOULD BE NO REASON WHY THESE BARRIERS

20  ARE PUT IN PLACE WHEN THEY ARE THE VICTIMS AND MANY

21  TIMES HAVE NO REASON -- OR, NO CHOICE IN THE DISABILITY

22  THAT THAT THEY ACQUIRED.

23  Q.      THANK YOU.

24          AND DR. SHEPHERD, WHAT DEMOGRAPHIC OF

25  PATIENTS DO YOU -- DO YOU TYPICALLY TREAT IN YOUR

1    CURRENT CAPACITY?

2    A.     ALL.

3    Q.     YES.

4    A.     PROBABLY MOST -- MORE PATIENTS ARE OF AFRICAN

5    DECENT, OR AFRICAN AMERICANS, BUT BECAUSE MENTAL ILLNESS

6    HAS NO COLOR, I HAVE PEOPLE COMING FROM ALL -- I HAVE

7    DELAWARE, VIRGINIA, WHO COME TO OUR OFFICE, AND ALL

8    ETHNICITIES.

9    Q.     LET ME ASK YOU, AND GOING ALONG WITH THAT I KNOW

10   YOU TALKED ABOUT HAVING A LOT OF AFRICAN AMERICANS THAT

11   -- IN YOUR PARTICULAR DEMOGRAPHIC IN YOUR CURRENT

12   POSITION:

13                    WHAT ARE YOUR OBSERVATIONS AND

14   PROFESSIONAL INSIGHT REGARDING THE UTILIZATION OF MENTAL

15   HEALTH TREATMENT BY AFRICAN AMERICANS COMPARED TO

16   INDIVIDUALS OF OTHER RACES SUCH AS THEIR WHITE COUNTER

17   PARTS?

18   A.     YEAH, YOU KNOW, THAT'S SUCH AN INTERESTING STUDY

19   BECAUSE THAT IS ONE OF MY STRENGTHS IN ADVOCACY, WORKING

20   WITH THE BLACK MENTAL HEALTH ALLIANCE, WHICH I AM THE

21   BOARD PRESIDENT OF, I SEE FIRSTHAND WHERE THE STIGMA OF

22   MENTAL HEALTH INVADES WITHIN THE BLACK COMMUNITY.

23                    WHAT IS VERY INTERESTING, AND I HAVE

24   NOTED, IS THAT THE STIGMA IS REDUCING BUT THE ISSUE, THE

25   TRUE ISSUE IN THE BLACK COMMUNITIES IS THAT THERE IS A

1    DESERT, THERE IS DISCONNECT OF THOSE PERSONS WHO ARE

2    ABLE TO SEEK OUT THE MENTAL HEALTH SERVICES.

3                   SO, EVEN THOUGH WE ARE DOING A BETTER JOB

4    OF REDUCING THE STIGMA, THE PEOPLE CAN'T GET TO THE

5    SERVICES BECAUSE THERE ARE NO SERVICES IN THOSE BLACK

6    COMMUNITIES FOR THEM TO GO OUT TO GET THE MENTAL HEALTH

7    RESOURCES OR SERVICES THAT ARE NEEDED.

8                   SO STIGMA IS DEFINITELY STILL THERE, BUT

9    IN OUR COUNTRY, ONE OF THE MAJOR ISSUES THAT WE HAVE IS

10   HEALTH CARE DISPARITIES AND THE INABILITY TO GET THE

11   RESOURCES TO THE PEOPLE.

12   Q.      THANK YOU FOR THAT.

13                  AND DO YOU -- BASED ON YOUR YEARS OF

14   EXPERIENCE, DO YOU FIND IT COMMON FOR AFRICAN AMERICANS,

15   PARTICULARLY WHEN IT COMES TO AFRICAN AMERICAN CHILDREN,

16   TO DECLINE MENTAL HEALTH TREATMENT RECOMMENDATIONS?

17   A.      YES.

18   Q.      AND WHY IS THAT?

19   A.      FEAR.   NUMBER ONE IS FEAR.

20                  YOU KNOW, I MENTIONED EARLIER THAT WE

21   HAVE AN HOUR FOR ASSESSMENT.  AND THEN I WILL SPEND THAT

22   HOUR AND THEN I WILL LITERALLY HAVE TO SPEND ANOTHER

23   MINUTES IN REDUCING THAT FEAR, AND ITS VERY INTERESTING.

24                  SO WHEN PEOPLE LOOK AT ME, THEY MAY SEE,

25   YOU KNOW, IF IT'S A BLACK PERSON THEY MAY SEE, OH, MAYBE

1    HE IDENTIFIES WITH ME.  IT HAS NO COLOR HERE.  PEOPLE

2    ARE FEARFUL BECAUSE OF WHAT HAS HAPPENED IN OUR COUNTRY

3    IN REGARDS TO STRUCTURAL AND INSTITUTIONAL RACISM, WHICH

4    I HAVE EXPERIENCED MYSELF IN THE MEDICAL FIELD.

5                   AND SO WHEN IT HAPPENS THAT A PERSON IS

6    NOW SUGGESTING MEDICATION, ESPECIALLY HERE IN BALTIMORE,

7    BECAUSE BALTIMORE IS VERY UNIQUE WITH JOHNS HOPKINS, AND

8    SO PEOPLE GROWN UP HERE AND THEY HAVE SEEN IT AND SEEN

9    WHERE VARIOUS INSTITUTIONS HAVE PURPOSELY GONE AFTER

10   OTHER BLACKS AND UTILIZING THE VERY EXPERIMENTS HERE --

11   I WILL NOT GET INTO ALL THAT HISTORY, BUT IT'S ONE OF

12   THE MAJOR ISSUES I DEAL WITH HERE IN MARYLAND AND

13   BALTIMORE, BECAUSE PEOPLE HAVE JUST A LACK OF TRUST AND

14   SO I HAVE TO DEAL WITH THAT.

15                  SO THE NUMBER ONE ISSUE IS FEAR.  IF YOU

16   CAN GET PAST THE FEAR, THEN PEOPLE WILL GO ALONG WITH

17   THE RECOMMENDATIONS.

18   Q.     THANK YOU FOR THAT.

19                  AND LET'S -- I WANT TO CHANGE GEARS A

20   LITTLE BIT HERE, AND ASK ABOUT YOUR -- TALK A LITTLE BIT

21   MORE ABOUT SOME MORE PERSONAL EXPERIENCES AS WELL, FOR

22   UNDERSTANDING.

23                  COULD YOU SHARE YOUR ACADEMIC PERFORMANCE

24   RELATED TO YOUR CLASSMATES WHEN YOU WERE IN MEDICAL

25   SCHOOL?

1          MS. MEW:  YOUR HONOR, I OBJECT TO THIS ON

2     THE GROUNDS OF RELEVANCE.

3          THE COURT:  YES, IT'S BASED ON WHAT WE

4     HEARD YESTERDAY.  I THINK IT WILL BE RELATIVELY QUICK,

5     SO I AM GOING TO OVERRULE THAT.

6          DR. KITCHENS, GO AHEAD.

7          DR. KITCHENS:  THANK YOU, YOUR HONOR.

8     BY DR. KITCHENS:

9     Q.     YES, DR. SHEPHERD, I WILL ASK YOU AGAIN.

10          COULD YOU SHARE WITH THE COURT TODAY OF

11     YOUR -- YOUR ACADEMIC PERFORMANCE WHILE YOU WERE IN

12     MEDICAL SCHOOL?

13     A.     YES.  I SUCCESSFULLY PASSED MEDICAL SCHOOL AND I

14     I CAN'T REMEMBER MY EXACT PERCENTILE, BUT I WAS NOT AT

15     THE BACK OF THE CLASS.  I WAS NOT AT THE HEAD OF THE

16     CLASS, BUT I DID WELL.

17     Q.     GOOD.  GOOD.

18          AND DID YOU FACE ANY CHALLENGES WHILE YOU

19     WERE -- ANY -- DURING YOUR TIME IN SCHOOL, DID YOU

20     ENCOUNTER ANY CHALLENGES OR DIFFICULTIES WITH YOUR CLASS

21     WORK?

22     A.     YES.  ABSOLUTELY I DID.

23          MEDICAL SCHOOL IS VERY CHALLENGING, VERY

24     HARD, VERY DEMANDING.  I HAD TO REPEAT A COUPLE OF MY

25     SURGICAL EXAMS.  ACTUALLY HAD TO REDO THE WHOLE SURGICAL

1    ROTATION AS AN M3, BECAUSE I FAILED THE TEST TWICE.  AND

2    IT WAS A LITTLE BIT EMBARRASSING BECAUSE MY CLASS BEHIND

3    ME SAW ME TAKING THE COURSE WITH THEM.  I STILL

4    GRADUATED ON TIME, BUT IT JUST SPOKE TO MY FORTITUDE AND

5    INTEGRITY TO BE ABLE TO GO AHEAD AND PASS THAT THIRD

6    TIME AROUND.

7    Q.      THANK YOU.  AND AT THIS TIME CAN WE BRING UP

8    EXHIBIT PX 86, PLEASE?   I THINK IT'S ONLY ONE PAGE

9    THERE.

10              DR. SHEPHERD, AND FOR THE RECORD, I AM

11   GOING TO GIVE YOU A LITTLE INSIGHT HERE.  THESE ARE

12   RECORDS THAT HAVE BEEN PRODUCED SINCE 2019, THROUGH THE

13   2020 RESIDENCY PROGRAMS, THAT ARE CONDUCTED -- GENERAL

14   PUBLIC KNOWLEDGE EVERY YEAR.

15              AS YOU CAN SEE IN -- DO YOU SEE WHERE IT

16   SAYS, "FAMILY MEDICINE," THERE, IN 2019 THROUGH 2020?

17   A.      YES.

18   Q.      CAN YOU SEE WHERE IT SAYS, "AFRICAN AMERICANS"?

19   A.      YES.

20   Q.      AND FOR PLACEMENT, CAN YOU SEE THE PERCENTAGE OF

21   THAT PARTICULAR PEOPLE THAT MATCHED INTO FAMILY MEDICINE

22   THAT YEAR?

23              MS. MEW:  YOUR HONOR, I OBJECT TO THIS

24   LINE OF QUESTIONING IN RELATED TO THIS DOCUMENT.  IT HAS

25   NOT BEEN AUTHENTICATED.  THERE IS NO FOUNDATION.  IT

1      LOOKS LIKE SOME KIND OF A SUMMARY, BUT I DON'T KNOW WHAT

2      THE SOURCE DATA IS.  THIS IS A DOCUMENT THAT WAS FIRST

3      PROVIDED TO ME ON SATURDAY MORNING AND THERE IS NO

4      EXPLANATION OF WHAT THIS DATA IS AND WHERE IT CAME FROM.

5                     THE COURT:  FAIR ENOUGH, BUT PERHAPS WE

6      WILL LEARN, SO I AM GOING TO HOLD THAT OBJECTION FOR

7      NOW.

8      BY DR. KITCHENS:

9      Q.      SO DR. SHEPHERD, CONTINUING ON HERE WITH THIS

10     AAMC'S -- THIS DATA FROM THE AAMC'S WEBSITE ITSELF.

11                    SO IN 2019 TO 2020, YOU SEE THAT THERE

12     WAS -- YOU SAID THAT THERE WAS 9.3 PERCENT; CORRECT?

13     A.      YES, IT SAYS 9.3.

14     Q.      YES.  CAN YOU SEE, AND IF WE CAN SCROLL OVER AND

15     WE'LL SKIP TO 2020, AND GO TO RIGHT TOWARDS 2021 THROUGH

16     2022 MATCH PROGRAM FOR FAMILY MEDICINE.

17                    DO YOU SEE WHERE IT SAYS "AFRICAN

18     AMERICANS"?

19     A.      YES.

20     Q.      AND WHAT IS THE PERCENTAGE OF AFRICAN AMERICANS

21     THAT MATCHED INTO FAMILY MEDICINE RESIDENCY PROGRAMS

22     BETWEEN THE YEAR OF 2021 AND 2022?

23     A.      9.90 PERCENT.

24     Q.      OKAY.  AND IF WE CAN SCROLL DOWN, RIGHT BELOW

25     IT, IT SAYS, "INTERNAL MEDICINE."

1              CAN YOU SEE FOR INTERNAL MEDICINE, 2021

2    THROUGH 2022, COMPARISON OF RESIDENCY PROGRAMS, CAN YOU

3    SEE WHERE IT SAYS SAYS "AFRICAN AMERICANS"?

4    A.     YES.

5    Q.     AND WHAT IS THAT PERCENTAGE?

6    A.     5.10 PERCENT.

7    Q.     AND THEN ALSO RIGHT BELOW IT WE SEE "PLASTIC

8    SURGERY."

9    A.     YES.

10   Q.     DO YOU SEE, FOR 2021 THROUGH 2022, COMPARISON OF

11   RESIDENCY PROGRAMS.

12              DO YOU SEE AFRICAN AMERICANS?

13   A.     MM-HMM.  YES, 3.10 PERCENT.

14   Q.     AND HOW MANY RESIDENTS WERE -- THAT 3.1 PERCENT

15   IS A CORRELATION OF HOW MANY RESIDENTS?

16   A.     FIVE.

17   Q.     FIVE RESIDENTS.

18              SO I WOULD LIKE TO ASK YOU NOW -- AND

19   AGAIN, THIS IS A DOCUMENT THAT IS FOR THE ENTIRE UNITED

20   STATES, PUT IT IN YOUR PROFESSIONAL OPINION OF THIS

21   DOCUMENT, WHAT DO YOU GATHER FROM THIS DATA, GIVEN TO --

22   SHOWN IN FRONT OF YOU?

23              MS. MEW:  OBJECTION, YOUR HONOR.  AGAIN,

24   THERE IS NO FOUNDATION FOR THIS.  HE SHOULD NOT BE ABLE

25   TO USE A SUMMARY DOCUMENT UNDER RULE 1006.  IF THERE IS

 1    A SUMMARY, WE ARE SUPPOSED TO BE PROVIDED WITH THE

 2    ORIGINALS AND AT A REASONABLE TIME.

 3              THIS IS ALSO IRRELEVANT.  YOU DON'T KNOW,

 4    FOR EXAMPLE, RELATIVE TO HOW MANY OTHERS ARE IN THE

 5    PROCESS -- JUST THERE IS NO -- THERE IS NO CONNECTION

 6    AND DR. SHEPHERD IS NOT THE AUTHOR OR THE SOURCE OF THIS

 7    DATA TO BE SPEAKING TO IT WITH ALL OF THESE OTHER

 8    PROBLEMS LEADING UP TO IT.

 9              THE COURT:  SURE.  I MEAN, MY --

10    OBJECTION IS WELL TAKEN.  MY SUPPOSITION THAT IS THE

11    EXACT NUMBERS ARE NOT REALLY THE POINT HERE, BUT I'M NOT

12    ENTIRELY SURE BECAUSE I WANT TO HEAR THE REST OF THE

13    QUESTIONING.  BUT SO WHY DON'T WE -- DR. KITCHENS, WHY

14    DON'T YOU FINISH WITH THIS LINE OF QUESTIONING BEFORE I

15    RULE ON THE DOCUMENT.

16              DR. KITCHENS:  YES, SIR.

17    BY DR. KITCHENS:

18    Q.    SO ON THAT -- SO -- AND ALSO THIS IS, AS WE CAN

19    SEE HERE -- SO AGAIN, DR. SHEPHERD, BY REVIEWING THE

20    DATA THAT YOU JUST SAW, GIVEN BY THE AAMC, WHAT -- IN

21    YOUR PROFESSIONAL OPINION, WHAT DO YOU GATHER FROM THIS

22    DATA?

23    A.      FROM MY PROFESSIONAL OPINION, I GATHER THAT -- A

24    COUPLE OF THINGS.  NUMBER ONE, IT'S A SAD TESTAMENT THAT

25    THE POPULATION OF BLACKS IN AMERICA, ABOUT 13, 14,

```
 1     SOMETIMES AS HIGH AS 15 PERCENT, BUT THERE IS ONLY FIVE

 2     RESIDENTS WHO ARE BLACK WHO MATCH INTO PLASTIC SURGERY.

 3               SO IT TELLS ME THAT OUR EFFORTS IN

 4     DIVERSIFYING MEDICINE IS, NUMBER TWO, ARE NOT GOING

 5     WELL.

 6               AND THEN IT ALSO TELLS ME THAT THE

 7     BARRIERS OF -- THAT WE HOPE TO HAVE BROUGHT DOWN TO GET

 8     MORE PEOPLE INTO VARIOUS SPECIALTIES MUST STILL BE UP,

 9     THEY MUST STILL BE PRESENT.

10     Q.    THANK YOU, DR. SHEPHERD FOR THAT.

11               DR. KITCHENS:  AND, YOUR HONOR, I WOULD

12     LIKE TO ENTER THIS DOCUMENT INTO THE RECORD AS PX 86?

13               MS. MEW:  I OBJECT, FOR THE REASONS

14     PREVIOUSLY STATED, YOUR HONOR.

15               THE COURT:  DR. KITCHENS, I DON'T THINK I

16     CAN ADMIT THIS DOCUMENT, AND THE REASON IS I CAN TAKE A

17     HAZARD A GUESS AS TO WHAT IT IS, BUT I DON'T KNOW ENOUGH

18     ABOUT IT TO ADMIT IT.  I AM NOT SURE IT'S A GOOD USE OF

19     YOUR TIME TO CONTINUE TO FIGHT ON THAT, ONLY BECAUSE I

20     THINK THE TESTIMONIAL POINTS THAT DR. SHEPHERD MADE, I

21     THINK IS WHAT YOU WERE GOING FOR REGARDLESS OF THE EXACT

22     CONTENTS OF THE DOCUMENT.

23               I COULD BE WRONG ABOUT THAT, SO I AM

24     GOING TO SUSTAIN THE OBJECTION AND NOT ADMIT THAT

25     EXHIBIT, EXHIBIT -- OH, I LOST THE NUMBER.
```

```
1              WHAT WAS THE EXHIBIT NUMBER?

2              DR. KITCHENS:  PX 86.

3              THE COURT:  OKAY.  I AM NOT GOING TO

4    ADMIT PX 86 FOR NOW.  THANK YOU.

5              DR. KITCHENS:  OKAY.  THANK YOU, YOUR

6    HONOR.

7    BY DR. KITCHENS:

8    Q.     DR. SHEPHERD, DID YOU PARTICIPATE IN THE

9    U.S.M.L.E. STEP EXAMS AS PART OF YOUR MEDICAL EDUCATION?

10   A.     YES.

11   Q.     AND -- YES, OKAY.  THANK YOU.

12             AND ROUGHLY, WHAT WERE YOUR SCORES LIKE

13   WHEN YOU TOOK THIS EXAM?

14             MS. MEW:  YOUR HONOR, OBJECTION.  I

15   OBJECT TO THIS LINE OF QUESTIONING.  IT IS NOT RELEVANT

16   AND NOT RELATED TO HIS EXPERTISE.

17             DR. KITCHENS:  IT IS.

18             THE COURT:  I AM GOING TO OVERRULE JUST

19   FOR THE SAME REASONS WE DISCUSSED YESTERDAY AND A

20   SIMILAR SITUATION.

21             SO GO AHEAD, DR. KITCHENS.

22             DR. KITCHENS:  THANK YOU, YOUR HONOR.

23   BY DR. KITCHENS:

24   Q.     SO DR. SHEPHERD, WHAT WERE YOUR -- WHAT WERE

25   YOUR SCORES LIKE WHEN TAKING -- YOUR SCORE RESULTS LIKE
```

1     WHEN TAKING THE U.S.M.L.E. STEP EXAMS?

2     A.      I PASSED ALL OF MY -- I CAN'T REMEMBER MY EXACT

3     SCORES BUT I PASSED STEP 1, STEP 2, STEP 3, ON THE FIRST

4     GO ROUND, YES.

5     Q.      AND FOR THE RECORD, CAN YOU GIVE US A VARIETY OF

6     -- FOR A RECOLLECTION OF THE PERCENTILE THAT YOU

7     PERFORMED IN?

8     Q.      HIGH, LOW, MEDIUM?

9     A.      I WOULD SAY MEDIUM, YEAH -- MEDIUM.

10             THE FIRST TIME AROUND WAS MEDIUM,

11    PROBABLY LOW TO MEDIUM.  MY TEST ANXIETY GOT THE BEST OF

12    ME.  THEN I LEARNED HOW TO BE ABLE TO TAKE THOSE EXAMS

13    AND I BEGAN TO SCORE MUCH HIGHER.  SO I WOULD SAY, FOR

14    STEP 2 AND STEP 3, MEDIUM TO HIGHER LEVEL.

15    Q.      AND DR. SHEPHERD, DO YOU -- HAVE YOU EVER

16    PRACTICED IN ACADEMIA?

17    A.      I HAVE I PRACTICED IN ACADEMIA.

18    Q.      YES, SORRY.

19             HAVE YOU EVER TAUGHT IN ACADEMIA?

20    A.      I DO -- I DO TEACH.  I AM A GUEST LECTURER FOR

21    PROGRAMS HERE AND BACK AT MY ALMA MATER MEDICAL SCHOOL.

22    Q.      AND ARE YOU FAMILIAR WITH THE RESIDENCY PROCESS?

23    A.      YES.

24    Q.      AND WHAT SPECIFIC KNOWLEDGE OR EXPERTISE DO YOU

25    PROPOSE THAT WOULD PROVIDE YOU WITH AN INSIGHT INTO THE

1    FACTORS CONSIDERED BY RESIDENCY PROGRAMS DURING THEIR

2    SELECTION PROCESS?

3    A.      SO NUMBER ONE, BECAUSE I AM CONNECTED TO THE

4    VARIOUS INSTITUTIONS THAT ARE HERE IN BALTIMORE AND I

5    TEACH -- I ACTUALLY -- I TEACH CAREER DEVELOPMENT AND

6    PLANNING AT TWO OF THE INSTITUTIONS, UNIVERSITY OF

7    MARYLAND, AND ALSO CHILDREN'S NATURAL HOSPITAL, WHICH IS

8    IN D.C.  I DO THAT EVERY YEAR.

9              I AM ALSO CONNECTED TO THE RESIDENCY

10   DIRECTORS.  SO WHEN THE RESIDENCY DIRECTORS ARE LOOKING

11   FOR AN APPOINTMENT OPPORTUNITIES FOR THE RESIDENTS

12   THERE, I AM ONE OF THE FIRST PEOPLE THAT THEY CALL TO

13   ASSIST IN THE THOSE EMPLOYMENT OPPORTUNITIES.

14             I ALSO GO BACK AND I TEACH THE FIRST AND

15   SECOND YEAR MEDICAL STUDENTS AT UNIVERSITY OF ILLINOIS

16   AND I AM ONE OF THE MOST REQUESTED PROFESSORS TO COME

17   BACK AS I TEACH THEM HOW TO BE ABLE TO HAVE HOMEOSTASIS,

18   WHICH MEANS BALANCE, TO BE ABLE TO KNOW HOW TO BE ABLE

19   TO HANDLE YOUR ANXIETY AND OTHER DISORDERS THAT THEY

20   HAVE SO THEY CAN BE ABLE TO BE SUCCESSFUL IN MEDICAL

21   SCHOOL.

22             AND SO MY CONNECTION IS FAR REACHING.

23   AND THEN I ALSO WORK WITH OTHER PROVIDERS WHO ARE NOT

24   JUST LOOKING FOR EMPLOYMENT OPPORTUNITIES, BUT BE ABLE

25   TO CENTER AROUND THOSE PERSONS WHO ARE STRUGGLING IN

1    RESIDENCY, WHICH RESIDENCY IS A VERY DIFFICULT TIME FOR

2    PEOPLE BECAUSE OF THE DEMAND AND HOW MUCH TIME THAT YOU

3    SPEND THERE IN THE HOSPITAL.

4              SO ALL OF THESE THINGS I'M -- I LIVE,

5    LITERALLY ON A DAILY BASIS.

6    Q.    THANK YOU.

7              AND SO BY HEARING THIS BACKGROUND OF YOUR

8    EXPERTISE -- OR, YES, YOUR BACKGROUND THERE, ARE YOU

9    FAMILIAR WITH THE FACT THAT CERTAIN RESIDENCY PROGRAMS

10   HAVE A PREFERENCE FOR APPLICANTS WHO HAVE PASSED THE

11   U.S.M.L.E. EXAMS ON THE FIRST ATTEMPT?

12             MS. MEW:  YOUR HONOR, I JUST WANT TO

13   LODGE MY OBJECTION AND THEN LET -- DR. KITCHENS CAN GO,

14   BUT THIS LINE OF QUESTIONING IT, AGAIN, OBJECTS 401 TO

15   403, 72 IS NOT RELEVANT AND IT IS ALSO NOT A GOOD FIT

16   FOR ANY EXPERT QUALIFICATIONS THAT WERE PRESENTED.

17             THE COURT:  ALL RIGHT.  OVERRULED FOR

18   NOW.

19   BY DR. KITCHENS:

20   Q.    YES, SIR?

21   A.    I AM AWARE.

22   Q.    THANK YOU.  AND IF WE COULD PLEASE PUT UP

23   EXHIBIT PX 78, PLEASE?  THANK YOU.

24             SO, YES, SCROLL DOWN JUST A LITTLE BIT,

25   PLEASE?

1                    SO THIS DOCUMENT HERE, DR. SHEPHERD, DO

2       YOU SEE THE DOCUMENT THAT IS ON THE SCREEN HERE, OF THE

3       ENTIRE WEBSITE?

4       A.      YES, SIR.

5       Q.      AND WHAT DO YOU GATHER FROM THIS -- WHAT TYPE OF

6       DOCUMENT DO YOU SEE HERE?

7       A.      IT IS A LETTER STATING OF THE -- THANK YOU FOR

8       OUR INTEREST IN THE RESIDENCY PROGRAM AT THE GRADUATE --

9       THE UNIVERSITY GRADUATE SCHOOL OF MEDICINE, THAT

10      OUTLINES HOW TO PARTICIPATE IN THE APPLICATION PROCESS.

11      Q.      SO IS IT SAFE TO -- YES, AND -- SO YES, THAT IS

12      CORRECT.  AND WHAT THAT DOCUMENT IS, FOR CLARIFICATION,

13      IS THAT THIS IS A DOCUMENT OF CRITERIA FOR THE

14      UNIVERSITY OF TENNESSEE AT KNOXVILLE'S CRITERIA FOR

15      INTERNAL MEDICINE.

16                   IF WE CAN PLEASE SCROLL TO -- SCROLL

17      DOWN, PLEASE.  HERE.

18                   NOW, DR. SHEPHERD, DO YOU SEE THE

19      STATEMENT STATING "WE REVIEW ALL APPLICATIONS"?

20      A.      YES.

21      Q.      CAN YOU READ FROM THERE DOWN IN ITS ENTIRETY,

22      PLEASE?

23      A.      "WE REVIEW ALL APPLICATIONS SENT TO US IN -- AND

24      IN THE 2021 THROUGH 2022 APPLICATION SEASON, WE RECEIVED

25      ALMOST 2,000 APPLICATIONS FOR OUR 13 POSITIONS IN FIELD

1      THROUGH -- "

2                   "OUR REQUIREMENTS ARE, NUMBER ONE, WE DO

3      REQUIRING PASSING THE U.S. MLA/COMPLEX EXAMS ON THE

4      FIRST ATTEMPT, BOTH STEP 1 AND STEP 2, AND ONE YEAR OF

5      PRIOR U.S. TRAINING, WHICH MAY INCLUDE ANY RESEARCH

6      WORK."

7                   "NUMBER TWO WE REQUIRE APPLICANTS BE

8      WITHIN FIVE YEARS FOLLOWING GRADUATION FROM MEDICAL

9      SCHOOL."

10                  "NUMBER THREE, ALL SCORES AND TESTING

11     MUST BE COMPLETE BEFORE APPLICANT WILL BE CONSIDERED FOR

12     INTERVIEW.  WE EXTEND THAT GRADUATION FROM MEDICAL

13     SCHOOL MUST TAKE PLACE BEFORE YOU CAN RECEIVE YOUR ECFMG

14     CERTIFICATES."

15                  "NUMBER FOUR, PLEASE KEEP IN MIND THAT

16     THE UNIVERSITY OF TENNESSEE MEDICAL CENTER/KNOXVILLE

17     DOES NOT SPONSOR THE H-1 VISA.  WE DO CURRENTLY HAVE

18     INTERNATIONAL MEDICAL GRADUATES IN OUR PROGRAM.  ALL ARE

19     -- ALL ARE EITHER CITIZENS OF THE U.S. OR ON A J-1

20     VISA."

21     Q.      THANK YOU, DR. SHEPHERD.

22                  AND FROM WHAT YOU JUST READ THERE, WHAT

23     WOULD YOU GATHER FROM THAT INFORMATION GIVEN?

24     A.      THAT THIS IS A VERY COMPETITIVE PROGRAM, AND

25     THAT THE THEY HAVE SET UP GUIDELINES IN THEIR ESTIMATION

1    AS BEST TO BE ABLE TO WEED OUT PEOPLE SO THAT THEY CAN

2    GET THE BEST OF WHO THEY WOULD WANT FOR THEIR PROGRAM.

3    Q.      THANK YOU FOR THAT.

4            AND, YOUR HONOR, AT THIS TIME I WOULD

5    LIKE TO TENDER THIS DOCUMENT INTO THE RECORD AS PX 78?

6            MS. MEW:  WE WOULD OBJECT, YOUR HONOR,

7    FOR LACK OF FOUNDATION AND LACK OF RELEVANCE.

8            THE COURT:  I AM NOT GOING TO ADMIT PX

9    78, DR. KITCHENS.  I AM NOT 100 PERCENT SURE WHAT THAT

10   DOCUMENT IS OR WHERE IT CAME FROM, BUT YOU MAY HAVE

11   GOTTEN WHAT YOU NEEDED FROM THE TESTIMONY, I SUSPECT.

12           DR. KITCHENS:  YES, SIR.  AND, YOUR

13   HONOR, I THINK FOR CLARIFICATION FOR THE COURT, AND

14   CORRECT ME IF I'M WRONG, ON THAT DOCUMENT, I THINK THAT

15   THERE WAS A CITING ON THE BOTTOM.

16           WOULD THAT COUNT, OR NO?

17           THE COURT:  WELL, FROM THE PERSPECTIVE --

18   I AM NOT GOING TO TELL YOU HOW TO TRY YOUR CASE, BUT

19   FROM THE PERSPECTIVE OF FOUNDATION, YOU MAY BE THE BEST

20   WITNESS TO SPEAK FOR, FOR EXAMPLE, WHERE THAT DOCUMENT

21   CAME FROM, BUT I WILL LEAVE THAT UP TO YOU TO FIGURE

22   OUT.

23           DR. KITCHENS:  THANK YOU, YOUR HONOR.  I

24   WILL MOVE ON.

25   BY DR. KITCHENS:

1    Q.    DR. SHEPHERD, HAVE YOU APPLIED FOR LICENSURE, IN

2    THE UNITED STATES OF AMERICA, TO PRACTICE MEDICINE?

3    A.    YES.

4    Q.    AND WHAT STATE OR STATES HAVE -- ARE YOU -- HAVE

5    YOU APPLIED FOR?

6    A.    ILLINOIS, MARYLAND, AND DISTRICT OF COLUMBIA.

7    Q.    AND COULD YOU PLEASE PROVIDE A DESCRIPTION TO

8    THE COURT REGARDING THE PROCESS INVOLVED IN APPLYING FOR

9    LICENSURE IN THE U.S.?

10    A.    IT'S A VERY INVOLVED PROCESS.  I JUST WENT

11    THROUGH IT FOR THE DISTRICT OF COLUMBIA, WHERE YOU MUST

12    SUBMIT AND REQUEST TRANSCRIPTS ALL THE WAY BACK FROM

13    YOUR UNDERGRAD AND MEDICAL SCHOOL.

14    YOU HAVE TO GO THROUGH THE FCVS -- I

15    DON'T THINK I HAVE THOSE INITIALS RIGHT -- THAT PROVIDES

16    THIS INFORMATION.  THAT'S WHERE YOU THE U.S.M.L.E.

17    SCORES, AND THOSE TRANSCRIPTS ARE STORED.

18    YOU ALSO HAVE TO GO THROUGH BACKGROUND

19    CHECKS, EXTENSIVE BACKGROUND CHECKS DEPENDING ON WHAT

20    POSITION YOU ARE APPLYING FOR.  AND SO IT IS A VERY

21    ENGAGED AND -- ENGAGED AND LONG PROCESS AND COSTLY

22    PROCESS, I MIGHT ADD TOO.  YOU MIGHT SPEND $2,000 PER

23    LICENSE.

24    Q.    AND YOU SAID -- YOU JUST -- YOU MENTIONED THAT

25    YOU JUST APPLIED FOR LICENSURE IN THE DISTRICT OF

1    COLUMBIA?

2    A.      YES.

3    Q.      AND IN THAT -- IN THAT APPLICATION, WERE YOUR --

4    DID YOU INCLUDE YOUR U.S.M.L.E. TRANSCRIPT AS PART OF

5    YOUR APPLICATION?

6    A.      YES.

7             MS. MEW:  OBJECTION, YOUR HONOR.  AGAIN,

8    I AM NOT SURE OF THE RELEVANCE OF THIS LINE OF

9    QUESTIONING.

10            THE COURT:  OVERRULED.

11   BY DR. KITCHENS:

12   Q.      SO DR. SHEPHERD, WITH -- RELATED TO YOUR ANSWER

13   THAT YOU JUST PREVIOUSLY SAID, DOES THE U.S.M.L.E.

14   TRANSCRIPT REMAIN IN -- IN OPINION -- IN YOUR EXPERTISE

15   -- IN YOUR EXPERIENCE, I'M SORRY.

16            DOES THE U.S.M.L.E. TRANSCRIPT REMAIN

17   WITH A MEDICAL PROVIDER THROUGHOUT THEIR CAREER FOR THE

18   PURPOSE OF DOCUMENTATION AND CONTINUITY?

19   A.      ABSOLUTELY, YES.

20            DR. KITCHENS:  THANK YOU.  YOUR HONOR, I

21   HAVE NO FURTHER QUESTIONS.

22            THE COURT:  ALL RIGHT.  MS. MEW, YOUR

23   WITNESS.

24            MS. MEW:  YOUR HONOR, I DO WANT TO BE

25   VERY RESPECTFUL OF DR. SHEPHERD'S TIME BUT COULD I

1      POSSIBLY HAVE FIVE MINUTES BEFORE I START?  I THINK IT

2      WILL BE VERY QUICK I WANT TO CONFIRM THAT, IF THAT'S ALL

3      RIGHT.

4                 THE COURT:  SURE.  DR. SHEPHERD, IS IT --

5      I ALSO -- WE ALL WANT TO BE RESPECTFUL OF YOUR TIME, IS

6      A FIVE-MINUTE BREAK OKAY?

7                 THE WITNESS:  I AM GOOD, YES, SIR.  THANK

8      YOU, YOUR HONOR.  I'M SORRY.

9                 THE COURT:  ALL RIGHT.  THAT'S FINE.

10     LET'S COME BACK IN FIVE MINUTES.

11                DR. KITCHENS:  THANK YOU, YOUR HONOR.

12                (BRIEF RECESS TAKEN.)

13                THE COURT:  MS. MEW, THE FLOOR IS YOURS

14     FOR CROSS EXAMINATION.

15                MS. MEW:  THANK YOU, YOUR HONOR.

16                CROSS-EXAMINATION

17     BY MS. MEW:

18     Q.     AND THANK YOU DR. SHEPHERD FOR THAT TIME.  THE

19     UPSIDE IS I DON'T HAVE VERY MANY QUESTIONS.

20                MY NAME IS CAROLINE MEW, I CAN'T REMEMBER

21     IF I INTRODUCED MYSELF EARLIER.  I AM ONE OF THE LAWYERS

22     FOR THE NATIONAL BOARD OF MEDICAL EXAMINERS.

23                JUST --

24                THE COURT:  EXCUSE ME.  I HATE TO

25     INTERRUPT YOU RIGHT AT THE START.  IS IT POSSIBLE TO

```
1    TURN YOUR CAMERA ON?  I THINK ITS HELPFUL FOR THE

2    WITNESS, IF POSSIBLE.

3               MS. MEW:  I BELIEVE IT IS ON.  ARE YOU

4    NOT SEEING IT?  I AM NOT SEEING YOU, YOUR HONOR.  BUT I

5    AM SEEING MYSELF.

6               DR. KITCHENS:  AND I SEE EVERYONE.

7               MS. MEW:  OH.

8               DR. KITCHENS:  I SEE EVERYONE.

9               THE COURT:  MY COMPUTER IS DOING

10   SOMETHING WEIRD RIGHT NOW THEN.  PLEASE PROCEED, GO

11   AHEAD.

12   BY MS. MEW:

13   Q.     AND CAN YOU SEE ME, DR. SHEPHERD?

14   A.     YES, I SEE EVERYONE.

15   Q.     OKAY.  GREAT.  OKAY.  THANK YOU.

16               HAVE YOU EVER PROVIDED MEDICAL CARE TO

17   DR. KITCHENS?

18   A.     NO.

19   Q.     HOW DO YOU KNOW DR. KITCHENS?

20   A.     I HAVE MET DR. KITCHENS THROUGH A FELLOW

21   COLLEAGUE OF MINE AND I MET HIM THROUGH THAT COLLEAGUE

22   WHO KNEW THAT I WAS A MENTOR FOR MANY PERSONS WHO WANT

23   TO GO IN PSYCHIATRY, SO...

24   Q.     AND DO YOU CONSIDER YOURSELF ONE OF HIS MENTORS?

25   A.     YES.
```

1                    MS. MEW:  I DON'T HAVE ANY FURTHER

2      QUESTIONS.  THANK YOU, DR. SHEPHERD.

3                    THE COURT:  DR. KITCHENS, DO YOU HAVE ANY

4      QUESTIONS ON THAT LINE OF QUESTIONING?

5                    THE COURT:  NO, YOUR HONOR, I DO NOT.

6                    THE COURT:  WELL, DR. SHEPHERD, DO YOU

7      HAVE TIME FOR ME TO ASK YOU A FEW QUESTIONS?

8                    THE WITNESS:  YES, SIR.

9      Q.      OKAY.

10     A.      THAT'S THE FIRST -- I'M SORRY, YOUR HONOR?

11     Q.      FIRST QUESTION, I GUESS I AM CURIOUS, IS YOUR

12     RELATIONSHIP WITH DR. KITCHENS -- DID IT AFFECT YOUR

13     TESTIMONY IN ANY WAY TODAY?

14     A.      NO.

15     Q.      OKAY.  SO THERE WAS -- YOU WERE ASKED A COUPLE

16     OF QUESTIONS ABOUT THE AMERICANS WITH DISABILITIES ACT,

17     THE ADA, AND I THINK YOU SAID YOU WERE FAMILIAR WITH THE

18     CONCEPT OF ACCOMMODATIONS UNDER THE ADA; IS THAT -- DID

19     I HEAR THAT?

20     A.      YES, SIR.

21     Q.      OKAY.  AND YOU -- HAVE YOU GIVEN -- HAVE YOU

22     EVER PROVIDED A PATIENT WITH RECOMMENDED ACCOMMODATIONS

23     FOR TEST TAKING?

24     A.      YES, I HAVE.  AND ARE THOSE CHILDREN TYPICALLY

25     IN HIGH SCHOOL ADOLESCENT AGE, ELEMENTARY SCHOOL SCHOOL

1    AGE, I HAVE NOT WORKED A LOT WITH THOSE WHO ARE IN

2    MEDICAL SCHOOL, BUT YES, I HAVE PROVIDED FOR THOSE

3    TESTING ACCOMMODATIONS, AND I SEE HOW THEY ACTUALLY

4    CONCURRENTLY -- BECAUSE MANY TIMES THOSE PERSONS ARE IN

5    NEED OF EXTRA HELP.  SO HONESTLY, I DON'T SEE THE

6    DIFFERENCE BETWEEN AGE WHEN THESE TESTING ACCOMMODATIONS

7    ARE NEEDED.

8                 I AM ACTUALLY STRUCK BY THE SIMILARITIES,

9    HONESTLY, THAT OCCUR AS A PERSON PROGRESSES IN AGE AND

10   REGARDLESS OF EDUCATION THAT THESE ACCOMMODATIONS ARE

11   NEEDED.  AND ONE OF THE REASONS I SAY THAT, THE

12   PROGRESSION, IS THAT I SEE WHERE CERTAIN CHILDREN ARE

13   NOT ABLE TO PROGRESS IN THEIR EDUCATION BECAUSE SOME

14   PEOPLE BELIEVE THAT THEY HAVE BEEN IN IT FOR TOO LONG,

15   THAT THEY NO LONGER NEED THE ACCOMMODATIONS.

16                 SO I AM A FIGHTER AGAINST THAT BECAUSE IF

17   YOU HAD IT BACK WHEN YOU WERE A CHILD OR ADOLESCENT YOU

18   DON'T CHANGE JUST BECAUSE YOU BECAME NOW 30 OR 40 YEARS

19   OLD.  THOSE ACCOMMODATIONS ARE NEEDED BECAUSE WE KNOW

20   THAT THAT DISORDER IS A FUNCTIONAL IMPAIRMENT.

21   Q.    ALL RIGHT.  WELL, THE NEXT QUESTION I HAVE FOR

22   YOU REQUIRES JUST A LITTLE BIT OF AN EXPLANATION AND I

23   GATHER YOU KNOW ENOUGH ABOUT WHAT THIS CASE IS ABOUT TO

24   APPRECIATE THAT, YOU KNOW, DR. KITCHENS IS PURSUING THIS

25   LAWSUIT TO SEEK AN ORDER FROM THIS COURT THAT THE NBME

1    HAS TO PROVIDE HIM WITH CERTAIN ACCOMMODATIONS FOR

2    TAKING THE BOARDS EXAMS.

3                    AND THE NBME, AMONG OTHER THINGS, ONE OF

4    THE THINGS THE NBME HAS TOLD THIS COURT, AND I AM

5    EXPECTING TO HAPPEN AND WE WILL HAVE MORE DISCUSSION OF

6    THIS IN THE TRIAL, IS THAT THERE IS AN IMPORTANT

7    INTEREST THE NBME HAS IN MAINTAINING THE INTEGRITY OF

8    THE TEST FOR THE SAKE OF THE MEDICAL PROFESSION, THAT IS

9    AFTER ALL, WHY THERE ARE MEDICAL BOARDS.

10                    AND IT'S -- ONE OF THE CONCERNS I HAVE ON

11   MY MIND IS HOW TO TAKE THOSE TWO CONCERNS, ON THE ONE

12   HAND THE IMPORTANT CONCERN OF THE ADA, OF MAKING SURE

13   THAT PEOPLE RECEIVE ACCOMMODATIONS THAT ARE APPROPRIATE,

14   AND ON THE OTHER HAND THE CONCERN OF THE NBME, THAT THE

15   TESTS BE -- HAVE ALL OF THE INTEGRITY THAT IT IS

16   SUPPOSED TO HAVE FOR THE SAKE OF THE MEDICAL PROFESSION,

17   AND TAKE BOTH OF THOSE CONCERNS AND THINK ABOUT THEM AT

18   THE SAME TIME IN THE RIGHT WAY.

19                    SO MY QUESTION FOR YOU IS:

20                    COULD YOU REFLECT ON THAT BALANCE, THOSE

21   TWO CONCERNS IN LIGHT OF ALL THE EXPERIENCE THAT YOU

22   HAVE HAD, ON BOTH SIDES OF THAT QUESTION, BOTH IN BEING

23   IN PART OF THE MEDICAL PROFESSION AND BOTH WITH REGARD

24   TO TEST TAKING ACCOMMODATIONS OR THE ADA AND MENTAL

25   ILLNESS GENERALLY?

1   A.      YES.  AND THANK YOU, YOUR HONOR, FOR BEING

2   SENSITIVE IN THAT.  AND I LIKE THE WAY IN WHICH YOU ARE

3   APPROACHING THAT, BECAUSE IT IS A -- IT IS A FINE LINE

4   AND ONE OF THE THINGS I WOULD ASK YOU, AND ASK THIS

5   COURT TO REALLY THINK ABOUT IS THAT WHEN YOU ARE GOING

6   TO A TESTING SITUATION, THOSE WHO ARE ALREADY BEHIND THE

7   EIGHT BALL, IF YOU WOULD, THEY ARE NOT GOING IN THERE

8   WITH -- TRYING TO CHEAT THE EXAM.

9           THE EXAM -- THE WAY -- I REMEMBER VERY

10  CLEARLY, THERE IS CAMERAS THERE'S IS VARIOUS DIFFERENT

11  THINGS THAT ARE IN PLACE TO MAKE SURE THAT INTEGRITY OF

12  THE EXAM IS IN PLACE.

13          MY PROBLEM IS, IS THAT THOSE THINGS

14  REMAIN BUT THERE ARE PEOPLE WHO COME IN THAT YOU CANNOT

15  GAUGE THE LEVEL OF IMPAIRMENTS SUCH AS ANXIETY, SUCH AS

16  ADHD, AND IF THESE ACCOMMODATIONS ARE NOT PROVIDED

17  AND/OR IF THOSE ACCOMMODATIONS ARE NOT PROVIDED, HOW DO

18  YOU THEN ACCOUNT FOR THOSE PERSONS NOT BEING ABLE TO

19  FUNCTION AT THEIR ABILITY TO SCORE THE BEST ON THAT

20  EXAM.

21          I SAY THIS TO YOU, YOUR HONOR, I SEE WHEN

22  CHILDREN LITERALLY HAVE CHANGED THEIR TEST SCORES BASED

23  OFF OF HAVING CORRECT ACCOMMODATIONS, BEING ON THE RIGHT

24  MEDICATION.  I HAVE HAD CHILDREN, AND IT LITERALLY

25  BRINGS TEARS TO MY EYES, THEY SAY, DR. SHEPHERD, I COULD

1    NOT LEARN.

2              IT IS SO -- IT IS SO INTERESTING WHEN

3    THESE BARRIERS ARE REMOVED AND THE TEACHERS ALLOW FOR

4    THESE ACCOMMODATIONS TO BE PUT IN PLACE.

5              THE INTEGRITY OF THE EXAM IS NOT GOING TO

6    BE DESTROYED.  I MEAN, IT WAS HERE BEFORE I WAS BORN.

7    SO I DON'T WORRY ABOUT THAT.  AND ESPECIALLY THE WAY IN

8    WHICH WE LIVE TODAY, EYES ON EVERYTHING.

9              MY PROBLEM IS WHEN WE KNOW THAT THERE ARE

10   ALREADY CERTAIN BARRIERS PUT IN PLACE AND SOME OF IT IS

11   DUE TO SKIN COLOR -- I DO NOT SHY AWAY FROM THAT -- AND

12   THEN THERE ARE CERTAIN EMOTIONAL AND OTHER MENTAL HEALTH

13   DISORDERS AND WE DO NOT ACCOMMODATE FOR THAT.

14             ONE OF THE MAJOR REASONS, AND THEN I AM

15   DONE, YOUR HONOR, ONE OF THE MAJOR REASONS WHY

16   PHYSICIANS, COLLEAGUES, DO NOT SEEK OUT MENTAL HEALTH

17   CARE, IS THAT BECAUSE THEY KNOW IT WILL FOLLOW THEM AS

18   THEY GO FROM STATE IS TO STATE.

19             IT IS ONE OF THE MAJOR ISSUES THAT COMES

20   UP IN AMERICAN ACADEMY OF CHILD AND ADOLESCENT

21   PSYCHIATRY THAT WE ARE DEALING WITH IN OUR GENERAL

22   ASSEMBLY RIGHT NOW, AND IT WILL BE REPEATED AGAIN IN THE

23   AMERICAN PSYCHIATRIC ASSOCIATION'S GENERAL ASSEMBLY

24   THAT'S GOING TO BE HAPPENING THIS WEEKEND, BECAUSE WE

25   KNOW PEOPLE ARE STRUGGLING.

1           JUST BECAUSE I HAVE AN M.D. DOES NOT MEAN

2     I DON'T HAVE MENTAL HEALTH ISSUES.  SO WE HAVE TO MAKE

3     SURE THAT WE ARE SENSITIVE -- THAT'S WHY I APPRECIATE

4     YOUR SENSITIVITY -- TO KNOW HOW TO BE ABLE TO DO THESE

5     EXAMS AND IF SOMEONE WAS NOT PROVIDED THAT, THEY SHOULD

6     NOT BE PENALIZED FOR SOMETHING THAT SOMEONE DID NOT

7     ALLOW TO HAPPEN FOR ACCOMMODATIONS.  THAT'S WRONG.

8           THE COURT:  THANK YOU FOR YOUR PATIENCE

9     THERE.

10           NOW, IN THE SPIRIT OF FAIRNESS I WANT TO

11    MAKE SURE MS. MEW HAS THE OPPORTUNITY TO ASK ANY

12    FOLLOW-UP QUESTIONS, OR DR. KITCHENS, SO I WILL GO TO

13    YOU, MS. MEW, FIRST.

14           MS. MEW:  THANK YOU, YOUR HONOR.

15    BY MS. MEW:

16    Q.     DR. SHEPHERD, WHAT DO YOU UNDERSTAND THE

17    STANDARD OF THE AMERICANS WITH DISABILITIES ACT TO BE?

18           THE STANDARD FOR DISABILITY, I'M SORRY.

19           WHAT IS THE STANDARD FOR A DISABILITY

20    UNDER THE AMERICANS WITH DISABILITIES ACT?

21    A.     THE STANDARD WOULD BE THAT -- THAT THEY ARE

22    TREATED FAIRLY AS THOSE WHO MAY NOT BE DISABLED, THAT'S

23    WHAT I WOULD -- IN SHORT.

24    Q.     DO YOU KNOW THE DIFFERENCE BETWEEN THE STANDARDS

25    OF THE INDIVIDUALS WITH EDUCATION ACT, WHICH APPLIES TO

```
1        PUBLIC SCHOOLS FOR THEIR ACCOMMODATION DECISIONS AND THE

2        STANDARDS OF THE AMERICANS WITH DISABILITIES ACT?

3        A.      DO I UNDERSTAND THE STANDARDS THAT THEY --

4        Q.      DO YOU UNDERSTAND THE DIFFERENCE BETWEEN THE ADA

5        AND THE I-D-E-A STANDARDS?

6        A.      I DO UNDERSTAND THE STANDARDS -- THE DIFFERENCE,

7        YES, I DO UNDERSTAND THE DIFFERENCE.

8        Q.      ARE SOME OF THE RECOMMENDATIONS THAT YOU WERE

9        SPEAKING OF, THAT YOU WERE RECOMMENDING ACCOMMODATIONS

10       FOR INDIVIDUALS IN SCHOOL, WOULD THAT BE MAYBE PART OF

11       THE IEP PROCESS, THE INDIVIDUALIZED EDUCATION PROCESS --

12       OR INDIVIDUALIZED EDUCATION PLAN, ARE YOU FAMILIAR WITH

13       THAT?

14       A.      YES.

15       Q.      OKAY.  AND WHEN YOU RECOMMENDED ACCOMMODATIONS

16       FOR THESE INDIVIDUALS IN SCHOOL, WAS IT PART OF -- PART

17       OF THE IEP PROCESS?

18       A.      YES, IEP, RIGHT.

19       Q.      FOR SCHOOL BASED ACCOMMODATIONS?

20       A.      MM-HMM.

21       Q.      OKAY.

22               MS. MEW:  I DON'T HAVE ANY OTHER

23       FOLLOW-UP QUESTIONS, YOUR HONOR.

24               THE COURT:  DR. KITCHENS, JUST ON THIS

25       LIMITED TOPIC I RAISED, AND MS. MEW ADDRESSED, DO YOU
```

1    HAVE ANY FOLLOW-UP QUESTIONS?

2                    DR. KITCHENS:  NO, I DO NOT, YOUR HONOR.

3                    THE COURT:  ALL RIGHT.

4                    DR. SHEPHERD, THANK YOU VERY MUCH FOR

5    YOUR TIME.  AND YOUR PATIENCE, AND YOU MAY BE EXCUSED.

6                    THE WITNESS:  ALL RIGHT.  THANK YOU, YOUR

7    HONOR.  THANK YOU, MS. MEW.  THANK YOU, DR. KITCHENS.

8                    YOU ALL HAVE A GOOD DAY.

9                    MS. MEW:  NICE TO MEET YOU, DR. SHEPHERD.

10                    THE COURT:  ALL RIGHT.  DR. KITCHENS, THE

11   TIME IS BACK TO YOU.

12                    DR. KITCHENS:  ALL RIGHT.  LET'S SEE

13   HERE.  YOUR HONOR, ARE WE -- LET'S SEE -- ARE WE TAKING

14   A -- ARE WE ABLE TO TAKE A BREAK AT THIS POINT?

15                    THE COURT:  WELL, SO I ASSUME THE NEXT

16   STEP IS FOR YOU TO TAKE THE STAND AND TESTIFY?

17                    DR. KITCHENS:  YES.

18                    THE COURT:  WHY DON'T WE -- I THINK IT

19   WOULD SEEM LIKE WE ARE DOING ALL RIGHT.  WHY DON'T WE

20   TAKE -- HOW ABOUT, IS TEN MINUTES OKAY?

21                    DR. KITCHENS:  YES, SIR.  THAT WOULD BE

22   JUST FINE.

23                    THE COURT:  WHY DON'T WE TAKE TEN MINUTES

24   SO YOU CAN GET YOURSELF ALL SET UP AND READY FOR THAT;

25   OKAY?

1                          DR. KITCHENS:  YES, SIR.  THANK YOU, YOUR

2     HONOR.

3                          THE COURT:  ALL RIGHT.  SEE YOU IN TEN.

4                          (BRIEF RECESS TAKEN.)

5                          THE COURT:  OKAY.  DR. KITCHENS?

6                          MS. MEW:  YOUR HONOR, BEFORE WE START?

7     I'M SORRY.

8                          THE COURT:  OH, GO AHEAD, MS. MEW.

9                          MS. MEW:  I WAS GOING TO NOTE MY

10    OBJECTION, MY STANDING OBJECTION FOR THE RECORD.

11                         THE COURT:  THAT'S FINE.

12                         MS. MEW:  THANK YOU.  WE HAVE AN ONGOING

13    OBJECTION TO THE INTRODUCTION OF TESTIMONY RELATED TO

14    CULTURAL OR RACE ISSUES GENERALLY, AND SPECIFICALLY AS

15    IT MIGHT SURROUND DR. KITCHENS ALLEGED PURSUIT OR NON

16    PURSUIT OF HEALTHCARE.

17                         NONE OF THESE TOPICS ARE RELEVANT TO

18    WHETHER DR. KITCHENS IS DISABLED WITHIN THE MEANING OF

19    THE ADA, OR WHETHER THE DOCUMENTATION HE SUBMITTED TO

20    NBME, IN 2022, WAS SUFFICIENT TO SUPPORT HIS TESTING

21    ACCOMMODATION REQUESTS.

22                         OUR OBJECTIONS GENERALLY FALL UNDER RULES

23    401 THROUGH 403, 602, AND 701.

24                         WE ALSO HAVE AN ONGOING OBJECTION TO

25    INTRODUCTION OF TESTIMONY RELATED TO WHETHER OR HOW THE

1    U.S.M.L.E. TRANSCRIPT OR FAILING SCORES ON THE

2    U.S.M.L.E. TRANSCRIPT MAY AFFECT AN INDIVIDUAL'S

3    RESIDENCY SELECTION OR LICENSURE BECAUSE THIS IS ALSO

4    IRRELEVANT TO WHETHER DR. KITCHENS IS DISABLED WITHIN

5    THE MEANING OF THE ADA, OR WHETHER THE DOCUMENTATION HE

6    SUBMITTED TO NBME, IN 2022, WAS SUFFICIENT TO SUPPORT

7    HIS TESTING ACCOMMODATION REQUESTS.

8                    AND AGAIN, OUR OBJECTIONS GENERALLY FALL

9    UNDER RULES 401 TO 403, 602, AND 701.

10                   IF YOUR HONOR EXPECTS THAT HE WOULD

11   OVERRULE ANY OBJECTIONS TO TESTIMONY ON THESE TOPICS, I

12   PROPOSE OFFERING THIS AS STANDING OBJECTION IN ADVANCE

13   OF DR. KITCHENS' TESTIMONY TO PRESERVE THE RECORD

14   WITHOUT HAVING TO REPEAT THIS PARTICULAR SUBJECT-BASED

15   OBJECTION AND PRESERVING ALL OTHERS.

16                   THE COURT:  ALL RIGHT.  THAT'S HOW WE ARE

17   GOING TO PROCEED.  AT LEAST IN PART BECAUSE, YOU KNOW,

18   WE ARE ALMOST AT THE CONCLUSION OF DR. KITCHENS CASE AND

19   I HAVE THE LUXURY OF NOT HAVING A JURY HERE, SO WE ARE

20   GOING TO GET ALL OF THE TESTIMONY IN.  BUT -- SO I WILL

21   -- THOSE OBJECTIONS WILL BE UNDERSTOOD AS STANDING

22   OBJECTIONS.

23                   ANYTHING ELSE, MS. MEW?

24                   MS. MEW:  NO, YOUR HONOR, THANK YOU.

25                   THE COURT:  ALL RIGHT.

1                    DR. KITCHENS, ARE YOU READY TO TESTIFY?

2                    DR. KITCHENS:  YES, YOUR HONOR.

3                    I DO HAVE A QUICK QUESTION THERE, FOR

4        CLARIFICATION.  DUE TO SOME DOCUMENTS THAT I -- OR

5        EXHIBITS THAT I MAY PRESENT, I AM OKAY FOR MS. MEW TO

6        OBJECT TO THOSE DOCUMENTS AFTER I OPEN THEM UP, IF --

7        WHEN -- FOR THEM TO BE ADMITTED INTO THE RECORD.

8                    I AM NOT SURE IF THAT'S WHAT YOU WERE

9        IMPLYING?

10                   THE COURT:  WELL, MY EXPECTATION WOULD BE

11       AS YOU ARE -- YOU WILL BE TESTIFYING IN THE NARRATIVE

12       AND THAT WHEN YOU WOULD LIKE TO CALL UP AN EXHIBIT YOU

13       WILL, YOU KNOW, YOU WILL REFER TO THE EXHIBIT.

14                   IF IT HAS ALREADY BEEN ADMITTED THAT'S

15       EASY, BUT IF IT HAS NOT BEEN ADMITTED YOU WILL BRING IT

16       UP AND REFER TO IT BY IDENTIFICATION AND YOU YOURSELF

17       WILL LAY THE FOUNDATION, AND THEN IF YOU WOULD LIKE IT

18       TO BE ADMITTED YOU CAN MOVE AND WE WILL HEAR IF MS. MEW

19       HAS ANY OBJECTION.

20                   JUST THE WAY WE HAVE BEEN DOING, EXCEPT

21       YOU WILL BE DOING BOTH -- YOU BE BOTH, YOU KNOW, KIND OF

22       BOTH THE LAWYER AND THE WITNESS.  YOU WILL BE TRYING TO

23       MOVE THE EXHIBIT IN AS YOU ARE DESCRIBING WHAT IT IS.

24                   DR. KITCHENS:  YES, SIR.  UNDERSTOOD,

25       YOUR HONOR.

1                    THE COURT:  OKAY.

2                    ARE YOU READY TO BE SWORN IN?

3                    DR. KITCHENS:  YES, SIR.  I MEAN, YES,

4        YOUR HONOR.

5                    THE COURT:  ALL RIGHT.  LYNN, COULD YOU

6        PLEASE SWEAR IN DR. KITCHENS.

7                    THE COURT REPORTER:  CAN YOU PLEASE RAISE

8        YOUR RIGHT HAND.

9            (PLAINTIFF, DR. MARKCUS KITCHENS, IS SWORN.)

10                   THE REPORTER:  PLEASE STATE AND SPELL

11       YOUR NAME FOR THE RECORD.

12                   DR. KITCHENS:  YES, M-A-R-K-C-U-S,

13       K-I-T-C-H-E-N-S, JUNIOR.

14                   DIRECT EXAMINATION (SELF-CONDUCTED)

15

16       BY DR. KITCHENS:

17       Q.      SO, AS EVERYONE MAY KNOW, AND YOUR HONOR, AS YOU

18       MAY KNOW, MY NAME VERY WELL, IS DR. MARKCUS KITCHENS,

19       JUNIOR, AND I AM THE OLDEST SON OF MS. KING AND MARKCUS

20       KITCHENS, SENIOR, AND I AM THE OLDEST OF 21 GRANDKIDS.

21                   I LIVE HERE CURRENTLY IN RICHMOND,

22       KENTUCKY, WITH MY WIFE, AMELIA KITCHENS.  I AM CURRENTLY

23       STUDYING FULL-TIME FOR THE U.S.M.L.E. STEP EXAMINATIONS.

24                   WHEN I WAS IN THE FIRST GRADE, MY TEACHER

25       WANTED TO HOLD ME BACK BECAUSE I WAS DISRUPTIVE IN

1    CLASS, OVER TALKATIVE, AND DID NOT READ AT THE SAME

2    LEVEL AS MY CLASSMATES THERE.

3                    MS. MEW:   OBJECTION; LACK OF FOUNDATION.

4    BY DR. KITCHENS:

5    Q.      BUT MY MOTHER, WHOM YOU HEARD TESTIMONY FROM

6    YESTERDAY, DECIDED AGAINST HOLDING ME BACK AND HAD THE

7    ADMINISTRATION ALLOW ME TO MOVE FORWARD TO THE NEXT

8    GRADE WITH MY PEERS.

9                    WHEN I WAS IN THE SECOND GRADE, I HAD MY

10   TEACHER, MRS. MARTIN.  MRS. MARTIN SAW THAT THERE WAS AN

11   ISSUE WITH MY READING.  JUST SLOWER THAN EVERYONE ELSE

12   AND THAT I NEEDED SOME EXTRA ATTENTION.  SHE STARTED

13   GIVING ME THAT ONE-ON-ONE TEACHING AND WHAT SHE DID WAS

14   SHE TALKED WITH MY MOTHER AND RECOMMENDED THAT I SEEK

15   TREATMENT FROM MY PEDIATRICIAN.

16                   DR. JORDAN EVALUATED ME AND RECOMMENDED

17   THAT I BE PUT ON RITALIN.  FOR THOSE THAT MIGHT NOT

18   KNOW, RITALIN IS A MEDICATION GIVEN FOR CHILDREN FOR

19   ADHD.  NEITHER I, NOR MY MOTHER, HAD THE ACTUAL -- HAD

20   THE ACTUAL EVALUATION IN HAND DUE TO THE TIMING OF THIS

21   LITIGATION AND THE TIMING OF WHEN THE DOCUMENT -- WHEN

22   THE EVALUATION WAS CONDUCTED SO MANY YEARS AGO.

23                   BUT AS SHE TESTIFIED, SHE DISTINCTLY

24   REMEMBERS THAT THE PEDIATRICIAN WANTED TO GIVE ME THIS

25   PARTICULAR DRUG, ADDERALL.  AT THAT TIME, MY MOM WAS IN

1    HER EARLY -- MY MOM WAS IN HER EARLY 20S, AND HAD TWO

2    SMALL BOYS TO TAKE CARE OF, ALL ON HER OWN.  SHE SAW

3    WHAT THE MEDICATION DID TO OTHER CHILDREN AND WHEN THEY

4    PRESCRIBED THIS MEDICATION, AND SHE DID NOT WANT THOSE

5    TYPE OF SIDE EFFECTS TO HAPPEN TO HER CHILD.

6              ALTERNATIVELY, THE PEDIATRICIAN

7    RECOMMENDED THAT I HAVE A STRUCTURED, ORGANIZED, HOME

8    AND LIFESTYLE THAT WOULD SET A SCHEDULE THAT WOULD ALLOW

9    ME TO FOCUS ON OTHER AREAS.

10             SO THAT'S EXACTLY WHAT MY MOM DID.  SHE

11   DECIDED AT THE BEGINNING OF EVERY SINGLE SCHOOL YEAR TO

12   HAVE THAT ONE-ON-ONE CONVERSATION WITH MY TEACHERS, TO

13   LET THEM KNOW THAT I SHOULD BE GIVEN THESE -- SET ASIDE

14   FROM THE REST OF MY PEERS.

15             IT WAS HERE THAT MY MOM WOULD TAKE ME.

16   WHEN I HAD TO COME HOME FROM SCHOOL, SHE WOULD TAKE ME

17   TO HAVE EXTRA CURRICULAR ACTIVITIES FOR TUTORING, SUCH

18   AS PROFESSIONAL TUTORING FROM KUMON, HOOKED ON PHONICS,

19   A STABILIZED ENVIRONMENT AND ALSO USING JOURNALS TO MAKE

20   SURE THAT I WAS UP TOP OF ALL OF MY ALL -- UP TOP OF ALL

21   OF THE THINGS THAT I WAS SUPPOSED TO BE SET TO DO.

22             I STAYED IN KUMON DURING MY ELEMENTARY

23   AND INTERMEDIATE SCHOOL.  AS YOU SAW ON MY ELEMENTARY

24   SCHOOL TRANSCRIPT I HAD POOR CONDUCT DUE TO BEING VERY

25   EASILY DISTRACTED, OVERLY TALKATIVE, INTERRUPTING THE

1    TEACHERS, AND BEING FIDGETY ALL ARE CLASSIFICATIONS OF

2    -- CLASSIC CLASSIFICATIONS OF ADHD.

3              I WAS PUT IN AN OFFICIAL INDIVIDUALIZED

4    PROGRAM FOR READING, WHICH IS THE SAIL PROGRAM.  AT THAT

5    INSTRUCTION -- AT THE INSTRUCTION OF MY MOTHER, THIS IS

6    WHEN SHE WENT AND HAD THE PROFESSORS -- OR THOSE

7    TEACHERS HAD MY OWN DESK SET RIGHT NEXT TO THE TEACHER

8    SO THAT I COULD DECREASE THE DISCRETIONS AND ASK MORE

9    QUESTIONS AND ACCESS TO THESE TEACHERS WITH THE

10   ONE-ON-ONE INSTRUCTION.

11             THOSE TEACHERS ALSO KNEW MY MOTHER VERY

12   WELL, AND KNEW THAT MY MOTHER WAS THE TYPE OF WOMAN THAT

13   WOULD -- THAT WAS INVESTED IN HER CHILD'S BEHAVIOR AND

14   TO HAVE RESPECT FOR ADULTS AND EDUCATION.

15             SHE TESTIFIED THAT EDUCATION IS VERY KEY

16   TO HER AND TO OUR FAMILY.

17             IN MIDDLE SCHOOL IT WAS NO LONGER COOL --

18             MS. MEW:  CAN WE STOP BEFORE WE GO TO

19   MIDDLE SCHOOL, YOUR HONOR, SO I CAN RAISE SOME

20   OBJECTIONS ON THE RECORD?

21             I THINK YOU ARE ON MUTE, YOUR HONOR.

22             THE COURT:  DR. KITCHENS, LET'S PAUSE

23   HERE AND HEAR MS. MEW OUT.

24             MS. MEW:  WELL, TWO POINTS YOUR HONOR.

25             I AM AFRAID THIS IS NOT WORKING BECAUSE

1      THIS NARRATIVE TESTIMONY IS ALLOWING A STRING OF

2      TESTIMONY THAT I THINK IF IT WAS A QUESTION AND ANSWER

3      SESSION WOULD BE BLOCKED UNDER THE EVIDENTIARY RULES,

4      THERE IS A LACK OF FOUNDATION, THERE IS DISCUSSION OF

5      WHAT TEACHERS WERE DOING AND WHY, THERE WAS A DISCUSSION

6      OF WHAT A PEDIATRICIAN DID, WHAT HIS MOTHER DID, A

7      DISCUSSION OF AN INDIVIDUALIZED PROGRAM FOR READING THAT

8      I DON'T THINK HE HAS ANY KNOWLEDGE OF, IT'S NEVER COME

9      UP BEFORE SO THIS IS CERTAINLY SOMETHING HE IS JUST

10     READING IN THE RECORDS.

11             AND WE ARE GOING THROUGH -- IT'S VERY

12     PREJUDICIAL, YOUR HONOR, FOR HIM TO BE ABLE TO SIT HERE

13     AND GIVE THIS SPEECH ABOUT HIS LIFE, WHILE OTHER

14     WITNESSES AND OUR WITNESSES HAVE TO GO THROUGH THIS KIND

15     OF PROCESS SO I --

16             THE COURT:  I HEAR YOU.  THE -- THERE IS

17     A COUPLE OF THINGS ON MY MIND HERE.  ONE IS THAT I --

18     THE OBSERVATIONS YOU ARE MAKING ABOUT THE TESTIMONY, I

19     AM ALSO MAKING SO -- AND THOSE ARE GOING TO BE ADDRESSED

20     APPROPRIATELY WHEN I AM MAKING FACTUAL FINDINGS.

21             SO IT'S NOT AN ENORMOUS -- IT'S NOT -- I

22     DON'T REALLY -- I THINK MOST OF THE TIMES I DON'T

23     NECESSARILY NEED THE OBJECTIONS TO UNDERSTAND WHERE IT'S

24     COMING FROM, ITS NOT THAT THERE'S NOT NARRATIVE IN WHAT

25     YOU ARE SAYING.

```
 1              AS A PRACTICAL MATTER, I DON'T WANT TO

 2     HAVE HIM ASK HIMSELF QUESTIONS.  MY MIND HAS NOT CHANGED

 3     ABOUT THAT, BUT I WOULD LIKE YOU TO BE ABLE -- I WOULD

 4     LIKE YOU TO BE HEARD AND BE ABLE TO LODGE THE OBJECTIONS

 5     YOU WOULD LIKE TO LODGE, I THINK THAT'S YOUR RIGHT.

 6              SO -- AND DR. KITCHENS, FROM YOUR POINT

 7     OF VIEW ON ONE HAND, I DON'T WANT TO INTERRUPT YOUR

 8     TESTIMONY BECAUSE I WANT THE TESTIMONY TO COME IN IN A

 9     CLEAR WAY THAT'S GOING TO BE HELPFUL TO ME, BUT ON THE

10     OTHER HAND ITS ACTUALLY GOOD FOR YOU TO HEAR THE

11     OBJECTIONS BECAUSE IN SOME CASES, MAYBE NOT ALL OR MAYBE

12     NOT ANY THAT'S UP TO YOU, IN SOME CASES YOU MIGHT LIKE

13     TO ADDRESS THEM AND MAYBE SAY A FEW MORE THINGS.  I

14     DON'T KNOW.

15              WHY DON'T WE DO THIS, AND MAYBE THIS WILL

16     -- THIS IS GOING TO BE MOSTLY ON YOU, DR. KITCHENS, BUT

17     WHY DON'T WE -- YOU ARE MOVING THROUGH THE TESTIMONY

18     REALLY QUICKLY.  WHY DON'T YOU, WHETHER IT'S, YOU KNOW,

19     MAYBE WHEN YOU ARE CHANGING POINTS OR TOPICS OR SUB

20     TOPICS, COULD BE EVERY FEW SENTENCES OR COULD BE

21     WHATEVER, TAKE A LITTLE -- TAKE A PAUSE IN THE

22     TESTIMONY.

23              WE ARE ALL ON VIDEO HERE SO LOOK, TAKE A

24     LOOK AT MS. MEW, AND JUST GIVE THAT AIR SPACE SO SHE CAN

25     INTERPOSE SOME OBJECTIONS, BECAUSE THAT'S PART OF WHAT
```

1     IS CREATING THE DIFFICULTY IS THE VIDEO WHERE IT'S HARD

2     FOR HER -- IT'S JUST HARD AS A HUMAN MATTER TO

3     INTERRUPT.

4                 SO WHY DON'T YOU, DR. KITCHENS, TRY TO

5     TAKE THIS ON AS A RESPONSIBILITY OF LEAVING BREAKS, YOU

6     KNOW, IN APPROPRIATE TIMES EVERY FEW SENTENCES.  DON'T

7     WAIT TOO LONG FOR MS. MEW TO INTERPOSE OBJECTIONS.  IT

8     IS AN INTERRUPTION, BUT ON OTHER HAND IN SOME CASES IT

9     MIGHT BE USEFUL FOR YOU TO HEAR THAT; OKAY?

10                DR. KITCHENS:  UNDERSTOOD, YOUR HONOR.

11                THE COURT:  AND MS. MEW, GENERALLY

12    SPEAKING, YOU PROBABLY APPRECIATE THIS BY NOW, I AM NOT

13    GOING TO SUSTAIN A LOT OF THE OBJECTIONS AND LIKE CUT

14    OFF HIS TESTIMONY.  WE HAVE COME THIS FAR, BUT I WANT

15    YOU TO BE ABLE TO MAKE THE OBJECTIONS BECAUSE I MAY NEED

16    THEM LATER.  SO -- ALL RIGHT?

17                MS. MEW:  I UNDERSTAND.  YES.  I

18    UNDERSTAND.  WE WILL SEE HOW IT GOES.

19                THE COURT:  SO DR. KITCHENS, PICKUP WHERE

20    YOU LEFT OFF AND PLEASE TRY EVERY -- WHETHER ITS --

21    DEPENDING WHAT EXACTLY YOU'RE SAYING, WHAT COULD BE A

22    SENTENCE OR COULD BE A FEW SENTENCES, LEAVE SOME AIR

23    TIME FOR MS. MEW.

24                DR. KITCHENS:  WILL DO, YOUR HONOR.

25                I MEAN, UNDERSTOOD, YOUR HONOR.

1                    THE COURT:  YES.

2       BY DR. KITCHENS:

3       Q.      MOVING ON.

4                    IN MIDDLE SCHOOL, IT WAS NO LONGER -- I

5       FELT THAT IT WAS NO LONGER COOL FOR ME TO SIT ALONE NEXT

6       TO THE TEACHERS, ESPECIALLY IN SIXTH GRADE WHEN THE

7       THING OF THOSE MATTERS WAS TRYING TO BE COOL.

8                    SO I STARTED TO SIT IN THE FRONT OF THE

9       CLASS, GOING OUTSIDE OF SIXTH GRADE I'M SORRY, TOWARDS

10      SEVENTH GRADE I STARTED DOING -- SITTING AT THE FRONT OF

11      THE CLASS TO MAKE SURE THAT I COULD PAY ATTENTION TO

12      WHAT THE TEACHER WAS SAYING.

13                   AROUND THIS TIME I BEGAN TO STRUGGLE WITH

14      READING, PARTICULARLY ON SCHOOL BASED TESTS WITHIN SET

15      TIME LIMITS BUT, FOR EXAMPLE, ON THE TENNESSEE

16      COMPREHENSIVE ASSESSMENT I FINISHED AMONG THE LAST IN MY

17      CLASS AND EVEN THOUGH THE TEST WAS ONLY AN ASSESSMENT

18      FOR THE STATE, I FELT EMBARRASSED BY HOW LONG IT TOOK

19      FOR ME TO COMPLETE THIS PARTICULAR EXAMINATION.

20                   LOOKING BACK NOW, WHEN THE -- WHEN

21      READING THE PASSAGES AND QUESTIONS BECAME MUCH LONGER OR

22      COMPLEX, I THEN BEGAN TO HAVE THIS DIFFICULTY STAYING

23      FOCUSED ON WHAT WAS IN FRONT OF ME.

24                   I STARTED -- AT THIS TIME I STARTED USING

25      PLANNERS AND MAINTAINING CALENDARS AND EVEN USING ALARMS

1    THROUGHOUT THE DAY TO KEEP MYSELF ON TASK.  IT WAS IN

2    MIDDLE SCHOOL THAT OUR SCHOOL STARTED TO PROVIDE THESE

3    THINGS AND THAT'S WHEN I REALLY STARTED TO LOVE WRITING

4    DOWN THESE PARTICULAR MATERIALS.

5              EVEN THOUGH THE SCHOOL SUPPLIED US WITH A

6    BASIC MONDAY THROUGH FRIDAY TYPE OF CALENDAR, I EVEN --

7    I TOLD MY MOM, I SAID NO, I NEED A BIGGER ONE, I NEED

8    ONE THAT IS MORE DETAILED THAT WAY I CAN SEPARATE WHAT

9    SCHOOLWORK IS AT THE TOP AND THEN ALSO WHAT EXTRA

10   CURRICULARS, YOU KNOW, THINGS THAT I NEEDED TO GET DONE

11   AT HOME WOULD BE PUT AT THE BOTTOM OF THE -- AT THE

12   BOTTOM OF THIS PARTICULAR JOURNAL.

13             AND LOOKING BACK NOW, I AM KIND OF UPSET

14   WITH MYSELF THAT I DID NOT SUBMIT THESE JOURNAL THAT I

15   ACTUALLY STILL HAVE IN MY POSSESSION, SHOWING ALL OF

16   THOSE DETAILS ALL THE WAY BACK FROM 2010, AND EVEN

17   FURTHER BACK FROM THERE.

18             BUT IN ORDER TO GET THIS SCHOOLWORK DONE,

19   I WOULD GO INTO MY ROOM AND SHUT MYSELF OUT WITH ANY

20   DISTRACTIONS.  I WOULD EVEN STUDY ALMOST EVERY SINGLE

21   DAY, EVEN ON THE WEEKENDS AND WOULD GET MY -- PUT MYSELF

22   INTO A SITUATION WHERE I WOULD BECOME FRUSTRATED BECAUSE

23   I WOULD SEE ALL OF MY FRIENDS AND MY BROTHER, ALL WHO

24   CAN PROCRASTINATE, GO OUTSIDE AND PLAY AND HALF

25   STUDYING, BUT GET BETTER GRADES OR RECEIVE BETTER GRADES

1    THAN I WOULD.  AND TO ME --

2                   MS. MEW:  OBJECTION, YOUR HONOR, TO THE

3    EXTENT HE IS TALKING ABOUT WHAT OTHERS ARE DOING AND

4    WHAT THAT MEANS IN TERMS OF THEIR EFFORTS AND ABILITIES

5    BY DR. KITCHENS:

6    Q.      IT WASN'T FAIR FOR ME.  I DIDN'T THINK SO.  AND

7    THESE ARE THINGS THAT ARE COMMON AMONG CHILDREN.  WHEN

8    YOU ARE IN MIDDLE SCHOOL AND ELEMENTARY SCHOOL, YOU COME

9    HOME AND YOU WANT TO GO OUTSIDE AND PLAY.  BUT BECAUSE

10   OF THESE PARTICULAR INSTANCES, I WAS NOT ABLE TO DO

11   THAT.  I HAD TO BE IN THE HOUSE.

12                   YOU HAVE HEARD TESTIMONY FROM MY MOTHER,

13   WHO -- WHO I SECOND ON THIS PARTICULAR NOTION HERE, THAT

14   -- I'M SORRY ON MY WORDS OF -- BEING AT HOME TRYING MY

15   BEST TO BE ON PAR WITH EVERYONE ELSE.

16                   IF I WAS TOLD THAT I HAD A TEST IN TWO

17   WEEKS FROM THAT DAY, I WOULD THEN WRITE DOWN IN MY

18   PLANNER ON THE DAY I RECEIVED -- OF WHEN THE TEACHER

19   TOLD US THAT WE HAD IT, THE TEST COMING, AND DRAW A LINE

20   OVER SPECIFICALLY TO THAT PARTICULAR DAY TO KNOW HOW

21   MANY DAYS I WOULD HAVE TO STUDY, TO MAKE SURE THAT I

22   WOULD KNOW THE INFORMATION OR AT LEAST BE ABLE TO

23   UNDERSTAND THE INFORMATION FOR THE EXAM.

24                   FOR ME, THIS WAS EXTREMELY EXHAUSTING

25   HAVING TO DO ALL OF THESE EXTRA THINGS JUST TO BE

1    AVERAGE.

2                    I WOULD LIKE TO BRING UP NOW OUR JOINT

3    EXHIBIT 3.

4                    SO AS YOU CAN SEE HERE -- IS IT SHOWN

5    HERE ON THE SCREEN, YOUR HONOR?

6                    THE COURT:  YES, NO PROBLEMS.

7    BY DR. KITCHENS:

8    Q.      OKAY.  AS YOU CAN SEE?

9                    THE COURT:  BEFORE YOU PROCEED WITH

10   EXHIBIT -- JOINT EXHIBIT 3 IT WOULD ACTUALLY PROBABLY BE

11   HELPFUL FOR -- GENERALLY WHEN YOU ARE DOING EXHIBITS,

12   COULD YOU GIVE ME A QUICK REMINDER WHAT WE ARE LOOKING

13   AT.

14                   DR. KITCHENS:  YES, SIR.  SORRY, YOUR

15   HONOR.

16   BY DR. KITCHENS:

17   Q.      THIS HERE IS A DOCUMENTATION OF MY -- OF MY --

18   MY HIGH SCHOOL TRANSCRIPTS.

19                   SO AS YOU CAN SEE HERE AT THE -- SEE HERE

20   AT THE RIGHT-HAND CORNER ON THIS PAGE, I TOOK THE ACT

21   THREE DIFFERENT TIMES.  MY FIRST ATTEMPT WAS ON

22   DECEMBER 13, 2008.  I STUDIED ON MY OWN WITH PREP BOOKS

23   AND PREP EXAMS FOR MONTHS JUST TO PERFORM IN THE

24   25TH PERCENTILE, WHICH IS FAR FROM AVERAGE.

25                   MS. MEW:  YOUR HONOR, I OBJECT TO THE

1    STATEMENT OF PERCENTILES.  IT'S NOT ON THE FORM AND I'M

2    NOT SURE WHAT THE BASIS IS FOR THAT.

3    BY DR. KITCHENS:

4    Q.    KNOWING I WAS NOT GOING TO GET INTO A GOOD

5    COLLEGE, WITH THIS PARTICULAR ACT SCORE I WAS ENCOURAGED

6    BY MY GUIDANCE COUNSELOR, MRS. WALLER, WHO HAD A

7    PERSONAL INVESTMENT IT SEEMS LIKE INTO MY FUTURE, AND

8    INFORMED ME AND ENCOURAGED ME -- ACTUALLY SHE REALLY

9    DIDN'T GIVE ME A CHOICE -- THAT I SHOULD DO A SECOND

10   ATTEMPT ON THE ACT, WHICH I TOOK ON APRIL 4, 2009.

11              AFTER MONTHS OF STUDYING, I ONLY

12   PERFORMED IN THE 50 PERCENTILE AT THIS TIME, AND AT THIS

13   TIME IT WAS ALSO NOT CONSIDERED TO BE IN THE AVERAGE.

14              STILL, NOT SATISFIED, IN THE FALL, I

15   DECIDED THAT I WOULD  -- NO, SORRY.

16              IN THE FALL, MY SENIOR YEAR, AS WE CAN

17   SEE HERE, I HAVE AN ACT PREP COURSE.  I TOOK THIS -- I

18   TOOK THIS PARTICULAR COURSE BECAUSE MY SCHOOL DIDN'T

19   GIVE ME A CHOICE.  THERE WERE CERTAIN PEOPLE THAT WILL

20   THEY LOOKED FOR IN A CRITERIA AND IF I -- I DON'T KNOW

21   SPECIFICALLY IF THIS IS TRUE OR NOT, BUT THE -- EACH

22   SCHOOL WAS GIVEN SPECIFIC -- A FUNDING FOR THIS ACT PREP

23   COURSE FOR PEOPLE WHO HAD -- WHO HAD PERFORMED SO POORLY

24   ON THIS EXAM REPEATEDLY, WHICH IS WHY I WAS PUT INTO

25   THIS COURSE.

1          SO THIS COURSE WAS DESIGNED TO HELP COACH

2     STRUGGLING STUDENTS TO LEARN TIME MANAGEMENT, HOW TO

3     SKIM LONGER READING --- FOR READING FOR COMPREHENSION,

4     AND HOW TO TAKE THE EXAM ITSELF.

5          AFTER -- AFTER THE PREP COURSE -- IF WE

6     CAN BRING THAT EXHIBIT BACK UP, PLEASE?  LET'S SEE HERE.

7     SORRY.  I'LL CONTINUE, I THINK WE HAVE A TECHNICAL

8     GLITCH HERE.  YES, HERE WE ARE.

9          SO AFTER I HAD PERFORMED -- AND WENT

10    THROUGH THIS PARTICULAR COURSE YOU CAN SEE THAT MY

11    READING COMPREHENSION AND ENGLISH SCORES IMPROVED AT THE

12    BOTTOM COMPARED TO THE REST.

13          I DID NOT HAVE ACCOMMODATIONS ON ANY OF

14    THESE ATTEMPTS -- ON ANY OF THESE ATTEMPTS.  IN FACT, I

15    WAS NOT AWARE THAT EVEN SUCH RESOURCES EVEN EXISTED.

16    THIS WASN'T SOMETHING THAT PEOPLE IN MY COMMUNITY REALLY

17    SPOKE ABOUT AND ESPECIALLY IN THIS PARTICULAR

18    ENVIRONMENT, OUR SCHOOLING.

19          FROM ELEMENTARY SCHOOL, TO MIDDLE SCHOOL,

20    TO HIGH SCHOOL WAS ALL RIGHT THERE WITHIN THE SAME

21    VICINITY.  SO FOR ELEMENTARY SCHOOL, IT WAS ONLY A BLOCK

22    DOWN THE ROAD FROM OUR MIDDLE SCHOOL.  THE MIDDLE SCHOOL

23    WAS RIGHT NEXT DOOR FROM -- RIGHT ACROSS THE STREET --

24    I'M SORRY -- ADJACENT TO OUR HIGH SCHOOL.

25          SO WITH THIS BEING SAID WE ALL WENT TO

1    SCHOOL TOGETHER FROM ELEMENTARY SCHOOL ALL THE WAY UP

2    AND TO KNOW THAT SOMEONE WOULD BE ASKED FOR THESE TYPE

3    OF ACCOMMODATIONS OR EVEN BE AWARE OF THOSE WAS JUST NOT

4    SOMETHING THAT WE DID.

5              AND WE CAN REMOVE THIS DOCUMENT HERE AS

6    WELL.

7              ONE THING THAT I WOULD ALSO SAY IS THAT

8    BY HAVING HAVING SUCH A TIGHT NICHE OF COMMUNITY AND OUR

9    PARENTS ALL KNEW EACH OTHER BECAUSE WE ALL GREW UP

10   TOGETHER AND GOING TO A SMALL SCHOOL WHERE MY GRADUATING

11   CLASS WAS ONLY ROUGHLY 120 PEOPLE AND MY GRADUATING

12   CLASS -- MY CLASSROOM SIZES, TO THE STUDENT TEACHER

13   RATIO, WAS VERY SMALL.

14             I CAN REMEMBER THE MOST I HAVE HAD IN MY

15   CLASS AT ANY GIVEN POINT WAS PROBABLY 15 -- 15 TO 20

16   PEOPLE, IN ANY CLASS.  AND AS HIGH SCHOOL, AS WE GET

17   TOWARDS 12TH GRADE, MY SCHOOL WAS SET UP TO GO IN

18   DIFFERENT PATHWAYS.  SO FRESHMAN YEAR YOU HAD FRESHMAN

19   ACADEMY.

20             THEN WHEN YOU GO INTO YOUR SOPHOMORE

21   YEAR, YOUR 10TH-GRADE YEAR OF HIGH SCHOOL, YOU HAD A

22   CHOICE TO GO INTO ENGINEERING ACADEMY, COMMUNICATIONS

23   ACADEMY, SCIENCE ACADEMY.

24             SO YOU ARE NOW WEAVING DOWN INSTEAD OF

25   HAVING THIS BIG BULK OF PEOPLE IN THE CLASS WHO DON'T

1    CARE ABOUT THE TOPICS, ARE NOW WEAVED DOWN INTO IN

2    DIFFERENT COHORTS.  WHEREAS, AND NOW I AM IN A CLASSROOM

3    OF TEN PEOPLE TO MY TEACHER, WHICH AUTOMATICALLY SEEMS

4    TO GIVE YOU THAT ONE-ON-ONE INTERACTION WITH YOUR

5    TEACHERS BECAUSE THEY'RE PERSONALLY INVESTED AND THEY

6    HAVE THE TIME TO GIVE THAT INDIVIDUALIZED -- IF YOU ARE

7    THERE YOU ARE NOT UNDERSTANDING, VERSUS HAVING A ROOM

8    FULL OF 200 PEOPLE AND THE PROFESSOR DON'T EVEN HAVE A

9    RECOLLECTION OF WHO YOU ARE, RATHER THAN JUST A PIECE OF

10   PAPER THAT THEY GAVE A GRADE TO.

11             I WILL STOP HERE FOR GOOD?   OKAY.

12             I WILL SAY ALSO, IT IS IMPORTANT TO NOTE

13   THAT WHILE I WAS EVALUATED AND DIAGNOSED WITH ADHD IN

14   THE SECOND GRADE, I WAS TOO YOUNG TO REMEMBER THE

15   PERSPECTIVE AND I HAD NO REASON TO APPLY FOR THESE

16   ACCOMMODATIONS DUE TO THE DUTY THAT MY MOM DID TO MAKE

17   SURE -- TO ENSURE THAT I WAS ABLE TO FOCUS WELL IN THE

18   CLASS BY SPEAKING TO EVERY LAST ONE OF THOSE TEACHERS

19   FROM SECOND GRADE TO FIFTH GRADE.

20             THE AMOUNT OF TIME THAT I SPENT STUDYING

21   FOR AN EXAM OR QUIZ WAS WHAT I HAD TO DO TO TRY TO MAKE

22   SOMETHING OF MYSELF.  I DID NOT WANT TO BE A STATIC.  I

23   WANTED TO DO GOOD.  I DIDN'T WANT TO BE THAT PERSON ON

24   WELFARE.  I DIDN'T WANT TO BE LIKE SOME OF THOSE PEOPLE

25   THAT I NOTICED IN MY FAMILY WHO WERE ON EVERY SINGLE

1    SUBSIDIZED THING THAT THE GOVERNMENT OFFERED.

2              I WANTED SOMETHING BETTER FOR MYSELF AND

3    SO DID MY MOM AND THAT'S WHY, AS SHE SAID IN HER

4    TESTIMONY YESTERDAY, THAT EDUCATION WAS KEY TO HER.  AND

5    FROM A PERSONAL EXPERIENCE, I REMEMBER MY MOTHER SAYING

6    TO ME AND MY BROTHER, WHO IS NOW A C.P.A., AN

7    ACCOUNTANT, THAT EDUCATION IS KEY.  EDUCATION WILL OPEN

8    UP DOORS FOR YOU.  EDUCATION IS SOMETHING THAT ONCE YOU

9    HAVE IT AND YOU KNOW IT, NO ONE CAN EVER TAKE IT FROM

10   YOU.

11             SO MY JOB, AS A MOTHER IS TO GO TO WORK,

12   IS TO PROVIDE FOR YOU, PUT FOOD ON THE TABLE AND CLOTHES

13   ON YOUR BACK AND YOUR JOB, AS MY CHILD, IS TO GO TO

14   SCHOOL AND FOCUS ON GETTING THE BEST GRADES THAT YOU CAN

15   SO THAT YOU CAN GET INTO A GOOD COLLEGE.  AND SHE

16   INSTILLED IN US AT A VERY YOUNG AGE, WHICH IS WHY WE

17   UNDERSTOOD THE IMPORTANCE OF IT.

18             AFTER GRADUATION OF HIGH SCHOOL, I

19   ATTENDED A SMALL LIBERAL COLLEGE THAT HAS BEEN KNOWN

20   THROUGHOUT THIS CASE, KNOWN AS BEREA COLLEGE.  BUT ONE

21   THING I WOULD SAY ABOUT THIS IS THAT IT WAS PORTRAYED AS

22   JUST SOME LITTLE LIBERAL ARTS COLLEGE, WHICH IS NOT

23   NECESSARILY A CORRECT WAY THAT I WOULD DESCRIBE BEREA

24   COLLEGE.  ESPECIALLY A PLACE THAT I WENT TO THAT WAS

25   FOUNDED 1855, IN BEREA KENTUCKY, A COLLEGE THAT IS NOT

1    JUST SOME LIBERAL ARTS COLLEGE IN KENTUCKY, THAT HAS

2    BEEN WITHOUT THROUGHOUT THIS -- THROUGHOUT LITIGATION.

3    BUT IT IS TO BE PORTRAYED TO THIS COURT TODAY IT WAS A

4    COLLEGE THAT HAD APPROXIMATELY 1,500 STUDENTS THAT

5    ALLOWED THE ATTENDANCE FOR THOSE PEOPLE WHO COME FROM A

6    -- FROM LOWER ECONOMIC STATUS.  OFFERING EVERY SINGLE

7    STUDENT 100 PERCENT OF STUDENTS THAT WERE ACCEPTED INTO

8    THIS -- INTO THE COLLEGE A FULL RIDE TUITION ALLOWING

9    US, THOSE PEOPLE WHO COME FROM LOWER INCOME, TO HAVE THE

10   SAME OPPORTUNITY THAT THOSE WHO HAVE MORE RESOURCES

11   MIGHT NOT BE ABLE TO ACHIEVE.

12            SO IT IS VERY IMPORTANT TO UNDERSTAND

13   THAT, TO HELP SOLIDIFY THE REASONS WHY LATER ON THAT I

14   WILL LATER DISCUSS AND NOT ONLY THAT, FOR THOSE PEOPLE

15   WHEN IT COMES DOWN TO THIS PARTICULAR SITUATION -- OR

16   SORRY, NOT SITUATION BUT TOPIC HERE, IS THAT THIS

17   COLLEGE WAS SOMETHING THAT WAS MOVING FORWARD, FOUNDED

18   IN 1855, THAT WAS THE FIRST TO EDUCATE RECENTLY ENSLAVED

19   PEOPLE.

20            BLACKS, WHITES, MALES, AND FEMALES, ALL

21   UNDER THE SAME ROOF.  SOMETHING THAT WAS NOT HAPPENING

22   THERE.  A PLACE WHERE DOCTOR CARTER D. WOODSON, WHO IS

23   LITERALLY THE FOUNDER OF BLACK HISTORY MONTH, GRADUATED

24   FROM.  SO I WANTED TO GIVE THIS IMAGE -- THE REASON I AM

25   DOING THAT IS SO THAT WE CAN SEE THE BIGGER PICTURE OF

1    THIS COLLEGE -- OF THIS COLLEGE THAT I WENT TO IS NOT

2    JUST MERELY SOME LITTLE LIBERAL ARTS COLLEGE AND THERE

3    IS NO SIGNIFICANCE THERE WHEN IT ACTUALLY IS.

4              MS. MEW:  YOUR HONOR, IF WE CAN PAUSE

5    THERE FOR A MINUTE.  I AM CONCERNED THIS IS TURNING INTO

6    ARGUMENT.  IT'S -- YOU ARE NOT STATING FACTS YOU ARE

7    EXPLAINING WHY YOU ARE GOING AND I JUST AGAIN --

8              DR. KITCHENS:  THESE ARE ALL FACTS.

9              MS. MEW:  YOUR HONOR, YOU ARE ON MUTE

10   AGAIN, SIR.  YOUR HONOR.

11             THE COURT:  SORRY, YOU KNOW HOW IT IS.

12             I THINK THAT OBJECTION IS WELL TAKEN.

13   OBVIOUSLY, YOU KNOW, DR. KITCHENS, I KNOW IT'S IN THE

14   SITUATION WHERE YOU ARE BOTH THE PLAINTIFF AND YOU

15   REPRESENTING YOURSELF THERE IS GOING TO BE SOME OVERLAP

16   AND IN THE END, YOU KNOW, TOMORROW YOU WILL PROBABLY BE

17   DOING A CLOSING STATEMENT.  BUT IT'S HELPFUL FOR THE --

18   IT'S HELPFUL FOR ME WHEN TRYING TO ORGANIZE THE FACTUAL

19   CONTENTIONS IN THIS CASE AND SEPARATE THOSE FROM THE

20   LEGAL ARGUMENTS, IT'S HELPFUL TO ME IF YOUR TESTIMONY

21   COULD FOCUS AS MUCH ON A FACTUAL RECOUNTING OF, YOU

22   KNOW -- IT'S EXPERIENCES THAT -- RECOUNTING OF RELEVANT

23   EXPERIENCES THAT YOU HAD, THINGS THAT YOU DID, YOU KNOW,

24   THINGS THAT HAPPENED THINGS YOU SAW, THAT'S THE REAL

25   HEART OF FACT TESTIMONY AND THE MORE YOU CAN FOCUS ON

1    THAT IT WILL USE OUR TIME EFFICIENTLY AND KEEP THE CASE

2    ORGANIZED.

3                    DR. KITCHENS:  UNDERSTOOD, YOUR HONOR.

4    BY DR. KITCHENS:

5    Q.    SO DUE TO THIS BACKGROUND OF GOING TO SUCH A

6    SMALL -- SMALL COLLEGE, AND DUE TO THOSE SMALL CLASS

7    SIZES THROUGHOUT THIS CASE WE -- THESE SMALL CLASS

8    SIZES, MY PROFESSOR, DR. ALYSSA HANNA, WHO WAS ONE OF MY

9    BIOLOGY PROFESSORS NOTICED THAT -- HOW I WAS STRUGGLING

10   TO FINISH MY EXAMS AND QUIZZES --

11                   MS. MEW:  OBJECTION, YOUR HONOR; LACK OF

12   FOUNDATION.

13                   THE COURT:  OVERRULED.  I UNDERSTAND I

14   THE -- I CAN TELL THE DIFFERENCE BETWEEN THAT TYPE OF

15   THING, THAT'S FINE.  OVERRULED.

16   BY DR. KITCHENS:

17   Q.    SO SHE NOTICED THAT I HAD FINISHED -- FINISHED

18   MY EXAMS AND QUIZZES IN A TRADITIONAL CLASS THAT I

19   STRUGGLED TO TAKE THESE PARTICULAR EXAMS IN A

20   TRADITIONAL CLASS SETTING.  AND SO SHE ALLOWED ME TO SIT

21   IN HER OFFICE DURING OFFICE HOURS AND TAKE THE EXAM

22   UNTIL I WAS FINISHED.  I WOULD LIKE TO NOTE FOR THE

23   COURT THAT AT THAT TIME, DR. HANNA WAS NOT CONCERNED ON

24   EXACTLY HOW MUCH TIME IT TOOK FOR ME TO FINISH THE EXAM

25   BUT FOR ME TO ACTUALLY FINISH THE EXAM UNDER A LESS

1    STRESSFUL ENVIRONMENT.

2                        THE COLLEGE HAS A STRICT SATISFACTORY

3    ACADEMIC PROGRESS STANDARD THAT WE HAVE THAT ALL

4    STUDENTS THERE HAVE TO -- HAVE TO ADHERE TO.  AT THIS

5    TIME, I HAD A -- WELL, THIS -- THIS PARTICULAR LEVEL OF

6    STANDARD HAD TO HAVE A MINIMUM OF A 2.0 G.P.A.

7                        ON THE SCREEN NOW I WOULD LIKE TO BRING

8    UP EXHIBIT 4.

9                        AND I APOLOGIZE TO COURT FOR --

10                       AND THIS HERE IS A DOCUMENT THAT IS A

11    COPY OF MY COLLEGE TRANSCRIPTS FROM BEREA COLLEGE.  SO

12    -- YES, SO AS YOU CAN SEE HERE, THAT I HAD A COLLEGE

13    G.P.A AVERAGE OF 2.6 G.P.A, WHERE THE AVERAGE STUDENT AT

14    THE TIME OR AN AVERAGE STUDENT OF BEREA COLLEGE HAD AN

15    AVERAGE GRADE POINT OF 3.54 G.P.A.

16                       MS. MEW:  OBJECTION; LACK OF FOUNDATION.

17    BY DR. KITCHENS:

18    Q.     EVEN WITH ALL OF THE PLANNERS, ALARMS, AND EXTRA

19    TIMES THAT -- AND EXTRA TIMERS AND GIVEN THESE EXTRA

20    ACCOMMODATIONS BY PROFESSORS, I WAS NOT EVEN CLOSE TO

21    BEING THE AVERAGE AMONGST MY PEERS.

22                       NOT LONG AFTER THIS, I DECIDED TO GO OVER

23    TO HEALTH SERVICES AND -- SORRY.  YOUR HONOR, I THINK

24    THIS IS ALREADY IN THE --

25                       MS. MEW:  IT'S NOT.

1                      DR. KITCHENS:  ITS NOT.  OKAY.  WE CAN

2       REMOVE THIS, PLEASE.

3                      AND, YOUR HONOR, I WOULD LIKE TO ENTER

4       THIS DOCUMENT INTO THE RECORD, JX 04?

5                      THE COURT:  JX 04, MS. MEW?

6                      MS. MEW:  NO OBJECTION.

7                      THE COURT:  ADMITTED.

8                      (PLAINTIFF JOINT EXHIBIT 4 IS ADMITTED

9       INTO EVIDENCE.)

10      BY DR. KITCHENS:

11      Q.      I WOULD NOW LIKE TO BRING UP EXHIBIT 5,

12      PLAINTIFF'S EXHIBIT 5.

13                     SO THIS IS A DOCUMENT THAT IS GIVEN THAT

14      WAS WRITTEN -- A PROGRESS NOTE FROM THE BEREA COLLEGE

15      DISABILITY SERVICES, AND MRS. SYNTHIA REID CONDUCTED A

16      DIAGNOSTIC INTERVIEW AND REPORTED SYMPTOMS DATING BACK

17      TO FIRST GRADE.  AT THIS TIME WHEN I WENT THERE I WAS

18      EMBARRASSED TO EVEN HAVE THIS -- HAVE A DISABILITY, AND

19      DIDN'T WANT ANYONE TO KNOW THAT I HAD A DISABILITY.

20                     SO I WAS AFRAID THAT IF I WAS TO ACCEPT

21      GETTING THESE OFFICIAL ACCOMMODATIONS FROM THE

22      UNIVERSITY, THAT PEOPLE WOULD JUDGE ME ON MY DISABILITY

23      AND WHETHER OR NOT I WOULD BE ABLE TO EVEN ACHIEVE MY

24      GOALS THAT I SET BEFORE MYSELF WITHOUT THOSE

25      DISABILITIES.

1              OR WORSE, THAT THEY WOULD EVEN THINK THAT

2    I WAS NOT, YOU KNOW, THAT SMART OR UNDESERVING, BECAUSE

3    FOR ME THE SHAME AND THE IGNORANCE, NOW THAT I -- IN

4    HINDSIGHT, YOU KNOW, I REFUSED THESE OFFICIAL

5    ACCOMMODATIONS AND INSTEAD DECIDED TO GO THE LESS PUBLIC

6    ATTENTION GRABBING ACCOMMODATIONS, WHICH WAS THE

7    MEDICATION.

8              THIS COURT HAS HEARD FROM OTHER WITNESSES

9    DURING THIS TRIAL EMBARRASSMENT HAS BEEN A COMMON NOTION

10   AMONGST THEM BUT DESPITE MY EFFORTS TO AVOID THIS

11   EMBARRASSMENT, THE NBME WOULD RATHER PUNCH DOWN ON ME

12   AND RELY ON MY IGNORANCE OF THE KNOWLEDGE THAT I NOW

13   HAVE AND TO CLAIM THAT I AM MALINGERING AND DRUG

14   SEEKING.

15             THE COURT:  THAT'S -- SORRY TO INTERRUPT.

16   THAT'S A GOOD EXAMPLE OF AN ARGUMENTATIVE POINT THAT

17   DOES NOT NEED TO BE IN YOUR FACT TESTIMONY.  LET'S TAKE

18   THIS EXAMPLE, BECAUSE YOU DON'T HAVE TO GIVE FACT

19   TESTIMONY ABOUT WHAT THE NBME THINKS OR DOES.

20             YOU SHOULD GIVE FACT TESTIMONY ABOUT YOUR

21   EXPERIENCE WITH THE NBME AND INSOFAR AS WHAT WAS

22   COMMUNICATED TO YOU, WHAT, WAS SENT TO YOU, ET CETERA.

23             BUT SAVE THE CHARACTERIZATION OF NBME'S

24   ACTIONS FOR YOUR CLOSING ARGUMENT; OKAY?

25             DR. KITCHENS:  YES, SIR.  SORRY, YOUR

1    HONOR.

2                    THE COURT:  GO AHEAD.

3                    DR. KITCHENS:  AND MS. MEW.

4    BY DR. KITCHENS:

5    Q.      AT THIS TIME I WOULD LIKE FOR -- ACTUALLY THIS

6    IS ALREADY ENTERED INTO THE RECORD.  THANK YOU.

7                    SO HERE, I WOULD LIKE TO MAKE SURE THAT I

8    AVOID THAT.  YES.  IF I CAN PULL UP EXHIBIT 6, PLEASE?

9                    MS. MEW:  PX OR JX?

10                   DR. KITCHENS:  I'M SORRY, MS. MEW.  PX 6.

11   BY DR. KITCHENS:

12   Q.      AND THIS IS A PROGRESS NOTE -- A MEDICAL RECORD

13   FROM THE BEREA HEALTH SERVICES THAT WAS CONDUCTED IN

14   2013.  SO IT WAS CONDUCTED IN 2013 FROM THE DISABILITY

15   SERVICE AND AS WE CAN SEE HERE IT HAS, ADHD WITHOUT

16   HYPER ACTIVITY -- WITHOUT MENTION OF HYPER ACTIVITY, AND

17   DISCUSSING POTENTIALLY PRESCRIBING ADDERALL, AS WE CAN

18   SEE -- AS SEEN IN THE PLANS HERE, AND ORIGINALLY STATING

19   THAT I WAS ON 20 MILLIGRAMS OF ADDERALL WHICH MAY HAVE

20   BEEN -- THAT MAY BE ADJUSTED LATER ON.

21                   MS. MEW:  OBJECTION, YOUR HONOR.  I JUST

22   I THINK IT MISCHARACTERIZES THE DOCUMENT CAN YOU JUST

23   CLARIFY?

24                   DR. KITCHENS:  YES, ABSOLUTELY.

25                   SO THIS IS A PROGRESS NOTE -- NOT A

1   PROGRESS NOTE, BUT IT IS AN OFFICIAL MEDICAL RECORD THAT

2   WAS -- THAT I WENT TO AND WHAT THIS DOCUMENT IS SHOWING

3   IS THAT IN 2013, IT WAS RECOGNIZED THAT -- RECOGNIZED OF

4   A DIAGNOSES OF ATTENTION DEFICIT-HYPERACTIVITY DISORDER,

5   ADHD THERE, AND TO ALSO SHED LIGHT ON THE MILLIGRAMS OF

6   -- OF THE PARTICULAR MEDICATION, WHICH WILL LATER SHOW

7   SOME SIGNIFICANCE THERE.

8                    MS. MEW:  YOUR HONOR, I THINK HERE IS MY

9   OBJECTION.  I HAVE NO PROBLEM WITH THIS EXHIBIT COMING

10  IN TO THE RECORD.  AND IF I SUPPOSE THAT DR. KITCHENS

11  WANTS TO READ FROM IT, OR TALK ABOUT WHAT HIS EXPERIENCE

12  WAS WITH IT, HE IS NOT AN EXPERT WITNESS.

13                   HE IS NOT -- HE DOES NOT HAVE PERSONAL

14  KNOWLEDGE OF WHAT WAS GOING THROUGH THIS PROVIDER'S

15  MIND.  SO YOU KNOW, THERE IS A LACK OF PERSONAL

16  KNOWLEDGE AND FOUNDATION AS YOU HEAR, AND AGAIN WHERE

17  EXPERTS MIGHT BE ABLE TO GIVE SOME OPINION TESTIMONY ON

18  THAT, AGAIN, HE IS NOT TESTIFYING AS AN EXPERT.

19                   SO AGAIN I HAVE NO PROBLEM AT ALL WITH

20  THIS DOCUMENT COMING IN, IT SPEAKS FOR ITSELF OR IT SAYS

21  WHAT IT SAYS, I GUESS.  BUT JUST HAVE A CONCERN TO THE

22  EXTENT IT GETS RE CHARACTERIZED THROUGH LAY WITNESS

23  TESTIMONY.

24                   THE COURT:  SURE.  WELL SO PX 6 IS

25  ADMITTED, LET ME GET THAT OUT OF THE WAY.  AS FOR

1    CHARACTERIZING THE DOCUMENT, YOU KNOW, I'M BECOMING

2    FAMILIAR WITH THIS DOCUMENT IN PARTICULAR AND OTHER ONES

3    AND CERTAINLY I THINK I AM GETTING A VERY GOOD

4    UNDERSTANDING OF DR. KITCHENS AND WHERE HE IS COMING

5    FROM BUT, YOU KNOW, DR. KITCHENS, YOU UNDERSTAND THE

6    OBJECTION THAT IS YOU KNOW YOU ARE NOT AN EXPERT WITNESS

7    IN THIS CASE AND INTERPRETING DOCUMENTS, BUT ON THE

8    OTHER HAND, YOU ARE PERSONALLY FAMILIAR WITH THIS

9    DOCUMENT.

10              IT WILL BE HELPFUL TO ME WHEN YOU ARE

11   TESTIFYING ABOUT A DOCUMENT LIKE THIS WHEN YOU ARE

12   TALKING ABOUT YOUR UNDERSTANDING OF THE DOCUMENT TO ALSO

13   TALK ABOUT WHY YOU HAVE THAT UNDERSTANDING OR HOW YOU

14   GOT IT.  THAT ADDITIONAL TESTIMONY IN THE END WILL HELP

15   ME FIGURE OUT WHERE TO ASSIGN WEIGHT; OKAY?

16              THE WITNESS:  YES, YOUR HONOR, AND I

17   WOULD LIKE TO TO DO THAT NOW, IF THAT'S OKAY.

18              THE COURT:  PLEASE, AT ANY TIME.

19   BY DR. KITCHENS:

20   Q.    OKAY.  SO WHAT HAPPENS IS -- OH, AND THE REASON

21   ABOUT THIS DOCUMENTATION -- SO WHEN A PATIENT, WHICH AT

22   THIS TIME I WAS A PATIENT OF DR. MARION DAVID, WHEN YOU

23   ARE GOING THROUGH THE INTERVIEW, WHEN YOU ARE IN THAT

24   ONE-ON-ONE IN THE ROOM WITH THAT PHYSICIAN, THEY GO

25   THROUGH EVERY SINGLE STEP WITH YOU.

1              THEY LISTEN TO YOU, THEY TAKE THEIR

2    NOTES, AND THEY GIVE THEIR OBJECTIONS AND THEIR

3    ASSESSMENT FOR IT, AND THEY TELL YOU WHAT THEIR

4    TREATMENT PLAN IS, WHAT THINGS THEY RECOMMEND THAT YOU

5    DO AND IF YOU -- AND IF YOU AGREE TO DO IT, OR IF YOU

6    DECIDE NOT TO ADHERE TO THEIR -- THEIR -- TO THEIR

7    PROFESSIONAL RECOMMENDATION, SO -- AND IF YOU AGREE TO

8    IT, THEN THEY WILL GO AHEAD AND PUT IT INTO THE NOTES

9    WHICH WOULD BE A DOCUMENT SUCH AS THIS.

10             BUT IF YOU ALSO REJECT TO IT, THEY WOULD

11   STILL PUT IT IN WHAT THEIR RECOMMENDATIONS WERE AND THEN

12   ALSO PUT IN NOTE THAT THE PATIENT DECIDED TO REJECT THIS

13   -- THIS TREATMENT PLAN.  AND, YOU KNOW, IT IS A COMMON

14   PRACTICE THAT PHYSICIANS DO TO MAKE SURE THAT THEY

15   CLARIFY FOR THEMSELVES SO THAT THEY -- IF THEY EVER ARE

16   TO GO INTO LITIGATION FOR MALPRACTICE OR WHATEVER TYPES

17   OF REASONS, THEY CAN SAY THAT I WENT OVER EVERYTHING IN

18   MY INTERVIEW WITH THE PATIENT AND I RECOMMENDED THIS

19   PARTICULAR MEDICATION AT THIS PARTICULAR DOSAGE FOR

20   VARIOUS REASONS AND THAT PATIENT GAVE A CONSCIOUS

21   DECISION TO DECLINE IT?

22             MS. MEW:  YOUR HONOR, I OBJECT TO THAT.

23   AGAIN, I DON'T THINK HE IS TALKING ABOUT WHAT HAPPENED

24   IN HIS CASE FROM HIS PERSONAL KNOWLEDGE.  I THINK I

25   UNDERSTAND THAT TESTIMONY TO BE DESCRIBING GENERAL

1    PRACTICES OF SOME PHYSICIANS, WHICH AGAIN, IS NOT WITHIN

2    DR. KITCHENS KNOWLEDGE AND HE IS NOT TESTIFYING AS AN

3    EXPERT AND I THINK, AGAIN, ITS POTENTIALLY

4    MISCHARACTERIZING THE EVIDENCE.

5                    DR. KITCHENS:  THIS IS WHAT HAPPENS.

6                    THE COURT:  I UNDERSTAND THE OBJECTION.

7    AND THAT'S FINE.  DR. KITCHENS, YOU CAN DO WITH IT AS

8    YOU WISH.

9                    DR. KITCHENS:  OKAY.

10   BY DR. KITCHENS:

11   Q.     SO YES, WE HAVE ALREADY -- WE CAN REMOVE THIS

12   DOCUMENT HERE, PLEASE.

13                   AND SO IF WE CAN NOW BRING UP -- LET'S

14   SEE, FOR THE -- FOR THE SAKE OF THE COURT, I WILL MOVE

15   DOWN, OKAY.  LET'S SEE HERE.  YES.  IF I CAN LOOK AT

16   HERE EXHIBIT -- YES.  SO IF WE CAN BRING UP -- NO, I'M

17   SORRY.  WE WILL LEAVE IT THERE FOR NOW.

18                   YES.  SO -- LET'S GO AHEAD.

19                   SO IN THIS CASE HERE, LET'S LOOK AT THE

20   EXHIBIT PX 9, PLEASE?

21                   SO THIS IS ALSO A -- A MEDICAL -- A

22   PROGRESS NOTE AS WELL.  I KNOW IT LOOKS VERY FAMILIAR TO

23   US, BUT DIFFERENT DATES ON HERE.

24                   AND THIS PARTICULAR DOCUMENT IS SHOWING

25   THAT ON AUGUST THE 5TH -- IF WE CAN SCROLL UP, YES,

1    THANK YOU -- AUGUST THE 5TH, 2013, THE PRESCRIPTION WAS

2    ACTUALLY PRESCRIBED TO ME.  AND THAT THE NOTES INDICATED

3    THAT ONCE I PRESCRIBED THE -- THE MEDICATION FOR

4    ADDERALL AND WANTED TO MAKE SURE THAT I COULD -- THAT I

5    WANTED IT BACK, SO -- MEANING THIS PARTICULAR

6    MEDICATION.

7                AS WE CAN SEE HERE, ON THE DOCUMENT, WE

8    SEE THAT WE HAVE SUBJECTIVE, OBJECTIVE, ASSESSMENT, AND

9    THE PLAN.  AND FOR DR. DAVID HERE, HE HAS IN THIS -- FOR

10   THE SUBJECTIVE SHOWING THAT WHERE I WAS APPLYING -- I

11   WAS APPLYING FOR MEDICAL SCHOOL AND I WAS GETTING READY

12   TO TAKE THE MCAT, AND THINKS THIS WILL HELP HIM FOCUS ON

13   HIS FUTURE.  HE SAW SYNTHIA REID, R IS FOR -- WELL,

14   OKAY, SYNTHIA R., LAST SEMESTER, WHO CONCURRED THAT HE

15   DOES HAVE ADD DURING THAT EVALUATION, THAT'S WHAT THEY

16   ARE SAYING HERE.

17               HAS NO EXPLANATION WHY DIDN'T USE IT IN

18   THE PAST.  DOES NOT SMOKE OR USE ELICIT DRUGS.  HERE, SO

19   THE REASON THAT I AM USING THIS PARTICULAR DOCUMENT HERE

20   IS TO SHOW THE SIGNIFICANCE OF -- THAT AN EVALUATION WAS

21   CONDUCTED THERE.

22               AND ALSO, THAT THE ASSESSMENT HERE, AS IT

23   SAYS THAT ATTENTION DEFICIT DISORDER WITHOUT MENTIONING

24   OF HYPERACTIVITY DISORDER ALSO.  JUST RE SOLIDIFYING

25   THAT.

1               AND I WOULD LIKE TO ENTER THIS DOCUMENT

2     INTO THE RECORD, PX 09.

3               MS. MEW:  NO OBJECTION.

4               THE COURT:  ADMITTED.

5               (PLAINTIFF EXHIBIT 09 IS ADMITTED INTO

6     EVIDENCE.)

7               DR. KITCHENS:  OKAY.  AND LET'S SEE HERE.

8     IF WE CAN PULL UP ON EXHIBIT PX 11, PLEASE?

9     BY DR. KITCHENS:

10    Q.      RIGHT.  SO THIS IS ALSO ANOTHER NOTE FROM

11    ANOTHER -- ANOTHER MEDICAL RECORD FROM THE BEREA COLLEGE

12    HEALTH SERVICES, CONDUCTED ON NOW THE -- ON MARCH 20TH,

13    2014, WHICH ALSO SHOWS HERE IT STATES, SUMMARY OF NOTE,

14    ATTENTION DEFICIT DISORDER, WITHOUT MENTIONING OF HYPER

15    ACTIVITY.

16              IF WE SCROLL DOWN HERE WE ARE LOOKING AT

17    THE SUBJECT -- I'M SORRY, IF YOU CAN GO BACK UP JUST

18    LITTLE BIT?

19              JUST TO RE SOLIDIFY HERE OF THE -- WHAT

20    HE STATES, SUBJECTIVE, THAT -- THAT I CAME TO HER THAT

21    SEVERAL -- SEVERAL FOLKS THINKS HE MIGHT HAVE DIABETES

22    OR THAT HE HAS HYPERGLYCEMIA, ET CETERA.  THE REASON

23    THIS DOCUMENT IS -- IT SHOWS IMPORTANCE IS BECAUSE EVEN

24    THOUGH I CAME IN TO RECOGNIZE -- RECOGNIZE FOR MY

25    CONCERN OF THE DIABETES AND THINGS OF THAT NATURE

1    BECAUSE I WAS CONCERNED FOR WHAT PEOPLE IN MY FAMILY, IT

2    ALSO RECOGNIZED, AGAIN, MY ACTIVE DIAGNOSES THAT WAS

3    WRITTEN THERE ON A DIFFERENT OCCASION AND THAT

4    MEDICATION.

5              AND AT THIS TIME I WOULD LIKE TO ASK,

6    YOUR HONOR, IF I MAY ENTER THIS EXHIBIT INTO THE RECORD,

7    EXHIBIT NUMBER 11?

8              MS. MEW:  NO OBJECTION.  I DO OBJECT TO

9    THE TESTIMONY THAT WAS ARGUMENTATIVE AND OPINION.

10             THE COURT:  PX 11 IS ADMITTED.

11             (PLAINTIFF EXHIBIT 11 IS ADMITTED INTO

12   EVIDENCE.)

13   BY DR. KITCHENS:

14   Q.    OKAY.  ALL RIGHT.

15             SO AS AFTER THAT, I WAS GETTING READY TO

16   TRAVEL, AND THINGS OF THAT NATURE.

17             AND IF WE CAN LOOK AT -- ACTUALLY, I WILL

18   -- I AM GOING TO ACTUALLY OVERLOOK THAT ONE THERE, BUT

19   WHEN I WAS IN -- I WAS GETTING READY TO TRAVEL, I WAS

20   GOING ABROAD AND I WAS GETTING READY TO GO TO -- WHAT

21   WAS IT -- TO -- YES, I WAS GETTING READY TO GO ABROAD

22   AND -- FOR MEDICAL SCHOOL.

23             AND I WANTED TO MAKE SURE THAT I WOULD BE

24   ABLE TO GET MY -- GET OFFICIAL MEDICATIONS AND THOSE

25   SUCH THINGS FOR WHEN I DO EVENTUALLY GO OFF TO MEDICAL

1    SCHOOL BUT LATER TO FIND OUT THESE PARTICULAR

2    MEDICATIONS WAS NOT EVEN LEGAL IN THE COUNTRY OF POLAND,

3    OF WHERE I WENT TO MEDICAL SCHOOL AT THE MEDICAL

4    UNIVERSITY OF LUBLIN.

5                   AND WHAT HAPPENED WAS THEN, WHEN I CAME

6    BACK DURING THAT SUMMER, I NEEDED TO ASK MY DOCTOR IF

7    SHE WOULD WRITE A PARTICULAR -- YES, IF SHE WOULD WRITE

8    MY PRESCRIPTION FOR ME, WHICH AT THAT TIME SHE DID NOT

9    FEEL COMFORTABLE DOING THAT, JUST BECAUSE SHE NOTICED

10   THAT I WAS -- I WENT AN EXTENDED AMOUNT OF TIME WITHOUT

11   TAKING THE MEDICATION.

12                  EVEN THOUGH SHE WAS THE PERSON WHO WROTE

13   THE MEDICATION AT THE BEGINNING ANYWAY, DR. DAVID.  AND

14   SO AT THAT TIME, WHAT SHE DECIDED TO DO WAS SHE REFERRED

15   ME OUT TO A -- TO HAVE ANOTHER THIRD-PARTY -- OR, SHE

16   REFERRED ME OUT TO A PSYCHIATRIST, TO RE EVALUATE ME AND

17   TO RECONFIRM THOSE PARTICULAR DIAGNOSES OF ADHD, AND

18   WHAT SHE DID.

19                  AND THE JUSTIFICATION OF HER ACTUALLY

20   CONDUCTING THAT EVALUATION WAS DR. DAVID LATER, A COUPLE

21   OF DAYS LATER, DECIDED TO WRITE THE PRESCRIPTION.  SO

22   SHE FIRST DID NOT FEEL COMFORTABLE, HAD IT IN THE NOTES

23   OF THE REFERRAL, AND THEN SHE DID PRESCRIBE THE

24   MEDICATION.  SO THAT PARTICULAR -- THAT PSYCHIATRIST

25   CONFIRMED IT AS WELL.

```
1                    THE COURT:  DR. KITCHENS, SORRY TO

2     INTERPOSE.  ONE OF THE THINGS THAT WOULD HELP ME

3     UNDERSTAND YOUR TESTIMONY, NOT ALWAYS BUT SOMETIMES, IS

4     THE YOU IMAGINE ME ASKING YOU THE FOLLOW-UP QUESTION,

5     HOW DO YOU KNOW THAT?

6                    SO IF YOU HAVE -- IF YOU FIND YOURSELF

7     TESTIFYING ABOUT SOMETHING WHERE YOU THINK IT MIGHT BE

8     HELPFUL TO EXPLAIN HOW I KNOW THIS, YOU SHOULD ALWAYS DO

9     THAT FOR ME; OKAY?

10                   DR. KITCHENS:  YES, SIR.  I WAS TRYING TO

11    NOT TO BURDEN THE COURT WITH ALL OF THE MEDICAL RECORDS,

12    I'M SO SORRY.

13                   THE COURT:  WELL, JUST SO I UNDERSTAND

14    YOUR PERSPECTIVE, BECAUSE A LOT -- SOME OF THE

15    OBJECTIONS THAT HAVE BEEN MADE, PART OF WHAT IS BEHIND

16    THE OBJECTION IS THE QUESTION OF WELL, IS THIS COMING

17    FROM PERSONAL KNOWLEDGE OR IS IT COMING FROM AN

18    UNDERSTANDING THAT CAME FROM SOMEWHERE ELSE.

19                   AND SO IT'S ALWAYS, NOT ALL THE TIME, BUT

20    SOMETIMES IT IS IF -- IT'S GOING GO TO BE HELPFUL FOR ME

21    IN INTERPRETING THIS RECORD AND UNDERSTANDING YOUR

22    TESTIMONY, THE MORE I UNDERSTAND ABOUT HOW YOU CAME TO

23    HAVE KNOWLEDGE IT'S GOING TO BE HELPFUL.

24                   DR. KITCHENS:  OKAY.  YES, SIR, YOUR

25    HONOR.
```

1              LET'S SEE.  CAN WE PULL UP PLAINTIFF'S

2      EXHIBIT 16, PLEASE?   AND ZOOM IN, PLEASE?

3              SO WHAT THIS IS DOCUMENT IS SHOWING HERE

4      IS, IT IS A MEDICAL RECORD FROM WHITE HOUSE CLINICS, ON

5      FEBRUARY THE 16TH, 2000 -- SORRY, FEBRUARY 15TH, 2016,

6      THERE.

7              AND THIS EXPERIENCE HERE THAT I HAD WAS

8      WHEN I, AS I WAS JUST EXPLAINING THAT I WENT OVER TO

9      SCHOOL AND SHE WAS NOT FEELING AS COMFORTABLE WRITING

10     THIS PARTICULAR MEDICATION, WHICH SHE DID TELL TELL ME

11     THESE PARTICULAR REASONS WHY SHE DID WANT TO WRITE THIS

12     -- THIS PARTICULAR MEDICATION HERE.

13             IF WE CAN SCROLL UP, PLEASE?  THANK YOU.

14             YOUR HONOR, I WOULD LIKE TO -- ACTUALLY,

15     FOR THIS ONE, WE DON'T HAVE TO HAVE THIS ONE GO INTO THE

16     RECORD.

17             LET'S SEE HERE.  RIGHT.  IF WE COULD LOOK

18     AT --

19             SO, WHILE I WAS IN -- WHEN I DECIDED TO

20     -- WHEN I WAS IN COLLEGE, I DECIDED TO GO AHEAD AND LOOK

21     AT DIFFERENT ASPECTS OF WAYS THAT WOULD HELP ME MITIGATE

22     MY SYMPTOMS OF ADHD, TO HELP ME MAKE IT THROUGH -- MAKE

23     IT THROUGH MY SCHOOLING.

24             SO THROUGHOUT MY FIRST TWO YEARS OF

25     MEDICAL SCHOOL, I WAS LEFT TO PURCHASE OVER THE COUNTER

1    SUPPLEMENTS TO MAKE UP FOR HAVING MY ACTUAL

2    PRESCRIPTION, AS HAS BEEN SHOWN THROUGHOUT THE TRIAL.

3                    I WILL, IF I COULD, PULL UP EXHIBIT 5?

4                    SORRY, JOINT EXHIBIT 5.  SCROLL THROUGH.

5                    THIS IS A DOCUMENT OF MY MEDICAL SCHOOL

6    TRANSCRIPT.  DATED BACK ON JANUARY 8, 2021, THIS IS WHEN

7    I GRADUATED FROM THE MEDICAL UNIVERSITY OF LUBLIN.

8                    SO WHEN I WAS -- WHEN I WAS IN CLASS, IT

9    WAS REALLY HARD FOR ME TO BE ABLE TO FOCUS ON THE

10   MATERIAL THAT WAS GIVEN TO ME, ESPECIALLY WHEN IT --

11   MORE SPECIFICALLY, ON TAKING THESE PARTICULAR

12   EXAMINATIONS.  NOW, WHEN I WAS IN SCHOOL, DID I HAVE THE

13   OFFICIAL ACCOMMODATIONS THAT COUNT THROUGH THE

14   UNIVERSITY DURING MY CLASS WORK?  NO, BECAUSE IT WASN'T

15   NECESSARILY NEEDED AT THAT TIME.

16                   WHEN WE ARE LOOKING AT MY -- MY GRADES

17   HERE, IT REFLECTS THAT ALL OF THESE COURSES ARE WHAT WE

18   CONSIDER -- SO IN MEDICAL SCHOOL YOU HAVE TWO SECTIONS

19   OF IT.  YOU HAVE YOUR -- YOUR BASIC SCIENCES, WHICH IS

20   ALL CLASSROOM, AND THEN YOU HAVE YOUR CLINICAL

21   ROTATIONS, WHICH IS WHEN YOU ARE UTILIZING THOSE THINGS

22   THAT YOU LEARNED YOUR FIRST TWO YEARS IN THE CLINICAL

23   SETTING.

24                   AND WE CAN SEE -- AS WE SEE HERE, MY

25   GRADES WERE, YOU KNOW, A PASS OR C, AND MAJORITY OF THEM

```
1     ARE CS.  IF WE CAN SCROLL DOWN, THERE IS EVEN ONE HERE
2     AS WE CAN SEE -- SORRY BIOCHEMISTRY AND MOLECULAR
3     BIOLOGY II.  I FAILED THAT PARTICULAR COURSE.  IT WAS
4     NOT DUE TO LACK OF TRYING, BUT I JUST COULD NOT PASS THE
5     EXAM.
6                 BUT IT'S VERY -- IT SHOULD BE NOTED THAT
7     AT MY UNIVERSITY WE WAS NOT -- ALL OF OUR CLASS WORK
8     THAT WE DID, IT WAS -- YOUR GRADE, YOUR FINAL, GRADE WAS
9     NOT BASED UPON YOUR CUMULATIVE AVERAGES OF EXAMS, AND
10    HOMEWORK ASSIGNMENTS, ATTENDANCE, AND THOSE SUCH THINGS.
11    THOSE MEANT NOTHING.  THE ONLY THING THAT MATTERED WAS
12    THE FINAL -- THE FINAL THAT THE PROFESSORS GAVE AND IF
13    YOU FAILED THAT FINAL, OUT OF THE THREE ATTEMPTS THAT
14    YOU ARE GIVEN, THEN THEN YOU WILL NOT PASS THE CLASS.
15                AND SO THIS IS A REPRESENTATION THAT I
16    WAS NOT ABLE TO UTILIZE THOSE KEY THINGS THAT -- THOSE
17    TYPE OF MITIGATING ACCOMMODATIONS THAT I -- THAT I HAD
18    IN PLACE FOR MYSELF THERE.  AND REPEATED THE COURSE AND
19    THE SECOND TIME I -- IF WE CAN SCROLL DOWN -- I TOOK THE
20    COURSE -- RIGHT HERE, PLEASE.
21                YES.  WE CAN SEE THAT I PASSED THE CLASS
22    WITH A C.  AND IT SHOULD BE NOTED THAT THERE IS NO
23    PASSING SCORE BELOW A C, SO YOU WON'T SEE D'S ON THIS
24    PARTICULAR TRANSCRIPT.
25                AND IF WE CAN SCROLL DOWN SOME MORE, WE
```

1    CAN SHOW -- THIS DOCUMENT HERE -- YES, PLEASE KEEP

2    SCROLLING PLEASE, YES, TO MY CLINICALS HERE.

3              THESE CLINICAL GRADES IS WHAT I HAVE --

4    WHEN I WAS IN CLASSES, HORRIBLE AT TEST TAKING, HORRIBLE

5    AT PAYING ATTENTION AND BEING ABLE TO CONCENTRATE ON MY

6    CONCENTRATION DURING THESE PARTICULAR EXAMINATIONS, BUT

7    THEN WHEN I WAS ACTUALLY IN CLINICAL ROTATIONS IT WAS

8    ABLE TO REFLECT MY KNOWLEDGE THAT I HAD FROM ALL OF

9    THOSE COURSES THAT CAN BE SHOWN HERE, OUT OF MY GRADES

10   HERE.

11             AS WE CAN SEE, IT SAYS FOR FAMILY -- IT

12   SAYS COURSE TITLE, FAMILY MEDICINE, THAT I GOT AN A.

13   PSYCHIATRY A, INTERNAL MEDICINE A, AND GOING DOWN THE

14   LINE HERE BECAUSE THESE GRADES HERE ARE NOT BASED UPON

15   YOUR -- YOU SITTING DOWN AT A DESK AND TAKING A HIGH

16   STAKES EXAMINATION, BUT YET HOW YOU USE THAT INFORMATION

17   THAT YOU HAVE LEARNED AND NOW BEEN ABLE TO UTILIZE THAT.

18             AND WITH THAT BEING SAID, I WOULD LIKE TO

19   ENTER THIS DOCUMENT INTO THE RECORD, JX 5.

20             MS. MEW:  NO OBJECTION.

21             THE COURT:  JX 5 IS ADMITTED.

22             (PLAINTIFF JOINT EXHIBIT 5 IS ADMITTED

23   INTO EVIDENCE.)

24   BY DR. KITCHENS:

25   Q.    AND WHILE I HAVE WENT THROUGH MEDICAL SCHOOL

1    WITHOUT THESE OFFICIAL ACCOMMODATIONS DURING CLASSROOM

2    TIMES, IT WASN'T NECESSARILY NEEDED.  AGAIN, BECAUSE IN

3    MY CLASS ALONE -- AND -- IN MY GRADUATING CLASS, IT WAS

4    ONLY 21 OF US IN THE CLASS.

5              NOT ONLY THAT, SO WE HAD THAT ONE-ON-ONE

6    INTERACTION WITH OUR PROFESSORS, SMALL CLASSROOM

7    ENVIRONMENT.  AND WE ALSO GOT THREE DIFFERENT CHANCES TO

8    TAKE AN EXAMINATION.  WELL, IN MY CLASS THE MAJORITY OF

9    THE PEOPLE PASSED THEIR EXAM ON THE FIRST AND SECOND

10   TIME.  WHEREAS MYSELF, MADE IT TO THE THIRD ROUND

11   UNFORTUNATELY.  BUT WHAT DID THAT DO -- WHAT THAT DID

12   WAS IT ALLOWED ME TO HAVE A MORE -- LESS DISTRACTING

13   ENVIRONMENT, MEANING LESS PEOPLE IN THE CLASSROOM OR THE

14   TESTING ROOM.

15             I HAD ACCESS TO THE PROFESSOR WHO WAS

16   ALWAYS STANDING RIGHT THERE TO ANSWER THOSE QUESTIONS

17   AND TO BE ABLE TO HELP IN A MORE INCLUSIVE WAY THAN SHE

18   COULD IF SHE HAD EVERYONE IN THE CLASSROOM.  AND NOT

19   ONLY THAT, BECAUSE OF THAT SMALL CLASSROOM SIZE AND THAT

20   TYPE OF ATMOSPHERE THAT THE PROFESSORS HAD WITH THEIR

21   STUDENTS, THEY WANTED TO SEE US SUCCEED.

22             THEY WANTED TO SEE US SUCCEED, WHICH I

23   THINK IT'S SAFE TO SAY THAT MOST PROFESSORS WANT TO SEE

24   THEIR STUDENTS SUCCEED.  SO THEY -- THE PROFESSORS WOULD

25   ALLOW US TO HAVE, YOU KNOW, THOSE EXTRA TIME TO TAKE THE

1    EXAMINATION.

2                IF I CAN, I'M GOING -- FOR TIME SAKE, I

3    AM GOING TO MOVE ON FORWARD WITH THIS.

4                WHEN I WAS APPLYING FOR THE CBSA OR THE

5    CBSE, SORRY -- IF WE CAN BRING UP PLAINTIFF'S

6    EXHIBIT 52, PLEASE?

7                I'M SORRY, CAN YOU TAKE THAT ONE DOWN?

8                YES.  THANK YOU.

9                THE COURT:  DR. KITCHENS, BEFORE YOU MOVE

10   TO THE -- BEFORE YOU ARE JUST GUESSING FROM THE EXHIBIT

11   MAYBE WHAT DIRECTION YOU ARE GOING NEXT, CAN YOU LAY A

12   LITTLE GROUNDWORK FOR ME AND EXPLAIN TO ME THE DIFFERENT

13   -- HOW IT WAS -- YOUR EXPERIENCING GO TO INTERNATIONAL

14   MEDICAL SCHOOL, WHAT THE DIFFERENCE IS AS FAR AS THE

15   TEST TAKING, NBME TEST TAKING SCHEDULE.

16                WHAT WERE YOUR EXPECTATIONS OR

17   UNDERSTANDING ABOUT WHEN YOU WERE GOING TO TAKE TESTS

18   AND WHAT THEY WERE, GIVEN YOU WERE GOING TO

19   INTERNATIONAL MEDICAL SCHOOL?  JUST A LITTLE INTRO FOR

20   ME.

21                DR. KITCHENS:  YES, SIR.

22   BY DR. KITCHENS:

23   Q.     SO IT IS -- IT IS COMMON PRACTICE THAT STUDENTS

24   ARE REQUIRED TO TAKE THEIR EXAM -- THEIR STEP

25   EXAMINATION AFTER -- THE STEP 1 EXAMINATION AFTER THEIR

1    SECOND YEAR OF MEDICAL SCHOOL.

2                  AND THEN THEY ARE EXPECTED TO TAKE THEIR

3    STEP 2 EXAMINATION PRIOR TO GRADUATION.  THAT WAY, WHEN

4    APPLYING TO RESIDENCY PROGRAMS -- BECAUSE IT IS A COMMON

5    FACT -- OR COMMON KNOWLEDGE THAT RESIDENCY PROGRAMS WILL

6    NOT ACCEPT YOU IF YOU DON'T HAVE THOSE SCORES IN AT THAT

7    TIME.

8                  THE COURT:  AND IS THAT -- IS WHAT YOU

9    JUST SAID TRUE FOR INTERNATIONAL MEDICAL SCHOOL AS WELL

10   AS DOMESTIC U.S.?

11                 DR. KITCHENS:  NO, SIR, THAT IS NOT.

12   BY DR. KITCHENS:

13   Q.     SO -- AND THAT PART THERE, FOR MY PARTICULAR

14   SCHOOL, IS THAT THEY DO NOT REQUIRE A DEADLINE FOR YOU

15   TO TAKE STEP 1 OR STEP 2 BEFORE GRADUATION.

16                 THE COURT:  OKAY.  THAT'S -- THAT WAS THE

17   CONTEXT I WAS LOOKING FOR.  THANK YOU, GO AHEAD.

18                 DR. KITCHENS:  THANK YOU, YOUR HONOR.

19   BY DR. KITCHENS:

20   Q.     AND WHAT MY SCHOOL -- AND SO BEFORE TAKING THE

21   U.S.M.L.E. STEP EXAMINATION, BECAUSE EVERY UNIVERSITY --

22   EVERYBODY KNOWS HOW -- YOU KNOW, HOW -- AND I KNEW

23   SPECIFICALLY HOW IMPORTANT THE U.S.M.L.E. STEP

24   EXAMINATIONS ARE, THE UNIVERSITIES WILL NOT -- IF YOU

25   ARE STILL A STUDENT -- LET ME GO BACK.

```
1                    IF YOU ARE STILL A STUDENT, THE SCHOOL

2     HAS TO GIVE YOU PERMISSION TO EVEN TAKE THE U.S.M.L.E.

3     -- ANY STEP, ANY PART OF THE STEP EXAMINATION.

4                    SO THEY WOULD HAVE TO GIVE YOU THAT

5     PERMISSION, AND BY THEM GIVING YOU THAT READINESS, TO

6     KNOW WHETHER OR NOT YOU ARE READY FOR -- TO TAKE THAT

7     U.S.M.L.E., THEY WILL HAVE YOU TAKE THE CBSE

8     EXAMINATION.  AND BECAUSE IT IS VERY -- IT'S SUCH A

9     REPUTABLE SOURCE TO INDICATE -- OR TOOL, I SHOULD SAY,

10    TO INDICATE THE PROBABILITY OF A PERSON PASSING THE

11    U.S.M.L.E., ANY PART OF IT, THEY USE THAT AS A FOUNDING

12    FACTOR THERE.

13                   AND IT SHOULD BE NOTED THAT I KNEW -- IF

14    WE CAN SEE ON -- LET'S SEE IF IT'S -- YES.  ON CBSE'S --

15    SO PLAINTIFF'S EXHIBIT 52, PLEASE?  SCROLL UP?  THANK

16    YOU.  IF YOU CAN ZOOM IN ON THIS?

17                   SO THIS HERE IS A -- IS THE CBSE THAT WAS

18    ORDERED THROUGH THE UNIVERSITY TO EXTERNAL ENTITIES, TO

19    THE NBME, AS WE CAN SEE HERE AT THE TOP OF THE PAGE, AND

20    IT ALSO SHOWS HERE MY STUDENT I.D. NUMBER, AND ALSO MY

21    NAME AND THE UNIVERSITY.

22                   THIS IS -- THE REASON I POINT THIS OUT IS

23    THAT ON -- IF YOU TAKE A CBSE AT HOME YOU DON'T HAVE --

24    THOSE TYPE OF THINGS THERE WILL NOT NECESSARILY BE

25    PRESENT.  AND THIS IS A FAILED SCORE.  A FAILED CBSE
```

1    SCORE THAT WAS ON DECEMBER THE 10TH, 2020.

2              AND AS YOU CAN SEE BELOW, YES.  YOU CAN

3    SEE WHERE THIS TEST FALLS WITHIN WHAT THE LOWEST

4    THRESHOLD IS OF THE 194, WHICH IS THE LOWEST SCORE YOU

5    CAN GET TO BE ABLE TO PASS THIS AND FOR THE UNIVERSITY

6    TO SAY YES, I APPROVE YOU, YOU MAY NOW TAKE THE

7    U.S.M.L.E. EXAMINATION.

8              BUT IT IS KEY TO UNDERSTAND THAT WHEN I

9    TOOK THIS EXAMINATION, THERE WAS SO MANY DIFFERENT

10   EXTERNAL STRESSORS THAT WAS GOING ON, WE WERE JUST NOW

11   GETTING READY TO GRADUATE, MY WIFE AND I -- SHE WAS

12   GETTING READY TO GRADUATE FROM LAW SCHOOL AND WE HAD SO

13   MUCH FAMILY AND FRIENDS AT OUR  HOME, SO WHEN I TOOK

14   THIS EXAMINATION I ALREADY KNEW THAT THIS DOES NOT COUNT

15   AGAINST ME OR PENALIZE ME, EVER.

16             IT DOES NOT PENALIZE ME THROUGH THE

17   UNIVERSITY, IT DOES NOT FOLLOW ME THROUGH -- THROUGHOUT

18   THE UNIVERSITY, IT DOES NOT FOLLOW ME ON MY U.S.M.L.E.

19   TRANSCRIPT SO RESIDENCY PROGRAMS WOULD NOT SEE THIS.

20             AND SO -- AND THIS EXAM IS ALSO -- IT

21   ONLY COST LIKE $60 FOR US TO TAKE VERSUS THE U.S.M.L.E.

22   EXAMINATION FOR ME, WHICH IS $1,000.  SO A HUGE

23   DIFFERENCE THERE.  AND WITH THE OTHER THINGS THIS, FOR

24   ME AT THAT TIME, WAS NOT A PRIORITY.  SO I WENT AHEAD

25   AND MADE SURE, I WAS LIKE LET ME JUST TAKE -- NOT TAKE

1    MY TIME, GET THROUGH IT, AND MOVE ON.

2                        IT IS ALSO TO BE SAID THAT, IF WE CAN

3    SCROLL BACK UP TO THE TOP, PLEASE?

4                        THAT WITH THIS BEING -- THAT I TOOK THIS

5    PARTICULAR EXAMINATION WITH OFFICIAL ACCOMMODATIONS

6    GIVEN TO ME BY THE UNIVERSITY.  THIS DOCUMENT HERE, THIS

7    EXAM, THIS SCORE, REPRESENTS -- AND I EXPLAINED THIS

8    EVEN IN MY DEPOSITION WHEN IT WAS BROUGHT UP TO ME, THAT

9    I DID HAVE THOSE OFFICIAL ACCOMMODATIONS FROM THE

10   UNIVERSITY TO ON THIS PARTICULAR HIGH STAKES

11   EXAMINATION.

12                        AND AT THIS TIME I WOULD LIKE TO -- ARE

13   WE IN THE WRONG ONE.  SORRY, HERE IT IS.

14                        YOUR HONOR, JUST FOR CLARIFICATION TO

15   PROVE THAT, BECAUSE IT WAS NOT NECESSARILY ON THAT

16   DOCUMENT, THIS IS THAT SAME -- AS YOU CAN SEE

17   DECEMBER 10, 2020, THIS SAME EXACT EXAM FOR THE CBSE.

18                        THE COURT:  COULD YOU, FOR THE RECORD,

19   COULD YOU TELL US THE PAGE AND EXHIBIT NUMBER THAT YOU

20   ARE LOOKING AT?

21                        DR. KITCHENS:  YES, SIR.  SORRY, YOUR

22   HONOR.  THIS IS PX 02.  PX -- AND PAGE NUMBER, WE CAN

23   LOOK HERE, BATES STAMP KITCHENS 1055.

24                        THE COURT:  THANK YOU.

25                        DR. KITCHENS:  THANK YOU, YOUR HONOR.

1    BY DR. KITCHENS:

2    Q.      SO THIS EXAMINATION, THIS IS A CONFIRMATION FROM

3    THE PROMETRIC CENTER, WHICH IS A PLACE WHERE THEY HAVE A

4    VERY KNOWN REPUTABLE REPRESENTATION FOR HAVING A VERY

5    SECURE LOCATION WHEN TAKING SUCH HIGH STAKES

6    EXAMINATION.

7                AND SO THIS -- THE UNIVERSITY HAS TO

8    APPROVE FOR ME TO BE ABLE TO HAVE EXTENDED TIME.  AND IT

9    IS TO BE NOTED THAT WHAT THIS MEANS ON THAT EXTENDED

10   TIME, BECAUSE YOU DON'T HAVE -- THEY DON'T GIVE YOU THE

11   OPTION TO SAY, DO YOU REQUEST -- UNLIKE THE U.S.M.L.E.,

12   I DIDN'T HAVE THE OPTION TO SAY I WANT 25 PERCENT MORE

13   TIME OVER TWO DAYS, OR 50 PERCENT MORE TIME OVER TWO

14   DAYS OR 100 PERCENT OF TIME.

15               YOU AUTOMATICALLY ARE GIVEN THIS, YOU

16   KNOW, ACROSS THE BOARD 100 PERCENT OF TIME OVER THAT ONE

17   DAY.  SO JUST FOR THE RECORD THAT IS WHAT THAT MEANS

18   THERE.  THIS WAS NO OTHER OPTIONS.  IT WAS 100 PERCENT

19   OR NOTHING.

20               AND I WOULD LIKE TO PUT INTO THE RECORD

21   BOTH DOCUMENTS PX -- OKAY -- PX 52 -- PX 52.  AND I

22   THINK --

23               MS. MEW:  NO OBJECTION.

24               THE COURT:  OKAY.  PX 52 IS ADMITTED.

25               (PLAINTIFF EXHIBIT 52 IS ADMITTED INTO

1    EVIDENCE.)

2                    DR. KITCHENS:  OKAY, THANK YOU.

3    BY DR. KITCHENS:

4    Q.      AND SO WHEN I -- AFTER THAT, WE CAME BACK HOME

5    -- SO WE MOVED BACK HOME, AND -- WELL, BACK TO KENTUCKY,

6    WHERE WE ORIGINALLY LIVED AND THAT'S WHEN I REALLY

7    STARTED LEANING IN ON -- ON MY STUDIES REALLY HARD THERE

8    BECAUSE I KNEW THAT NOW THAT I HAD GRADUATED I NEED TO

9    GET THESE EXAMS TAKEN CARE OF AND OUT OF THE WAY AS SOON

10   AS POSSIBLE.

11                   AND ESTABLISHED -- I WENT TO BAPTIST

12   HEALTH AT THAT, TIME WHICH MY DOCTOR WAS DR. ANDREW YIN,

13   AND IF WE CAN PULL UP EXHIBIT NUMBER 19?

14                   MS. MEW:  IS IT PX 19?

15                   DR. KITCHENS:  YES, I'M SO SORRY, MS.

16   MEW.  PX 19.

17                   MS. MEW:  I AM JUST KEEPING THE RECORD

18   CLEAN.

19                   DR. KITCHENS:  THANK YOU.

20                   ALL RIGHT.  ALL RIGHT.

21   BY DR. KITCHENS:

22   Q.      YEAH, SO THIS IS A RECORD, AS WE CAN SEE HERE --

23   IF WE CAN ZOOM IN A LITTLE BIT MORE, PLEASE.  YES.

24                   SO IT HAS MY NAME HERE AT THE TOP.  IT IS

25   A MEDICAL RECORD FROM -- AT BAPTIST HEALTH, WITH THEIR

1    NUMBER THERE, AND ALSO INSTRUCTIONS FROM -- IT SAYS HERE

2    DR. YIN, M.D., AND AT THIS TIME HERE, WHEN I FIRST CAME

3    BACK TO KENTUCKY AND MADE SURE THAT I ESTABLISHED

4    MEDICAL CARE HERE BECAUSE I KNEW I WOULD NEED MY

5    MEDICATION FOR MY DIAGNOSES -- MY -- FOR ADHD AND FOR MY

6    ANXIETY, DR. YIN LOOKED AT IT AND LOOKED AT MY RECORDS

7    BECAUSE I SUPPLIED HIM WITH ALL OF MY DOCUMENTATION, ALL

8    OF MY MEDICAL RECORDS THAT I HAVE HAD IN MY POSSESSION,

9    I SUPPLIED HIM WITH THOSE.

10    AND WHAT HE NOTE NOTICED WAS THAT WITH

11    THE BUSPIRONE, AS WE CAN SEE HERE AND IT HAS ALREADY

12    BEEN PUT INTO THE RECORD AND TESTIFIED BEFORE NOW, THAT

13    HE STOPPED ME ON THE BUSPIRONE BECAUSE HE DID NOT FEEL

14    THAT IT WAS ADEQUATELY TREATING ME AND HE FELT THAT THE

15    PROPRANOLOL WOULD BE MORE EFFICIENT AND MORE HELPFUL FOR

16    MY GENERALIZED ANXIETY, DIAGNOSES OF THAT, AND HE WENT

17    AHEAD AND ALSO FILLED -- HE REFILLED MY MEDICATION FOR

18    THE ADDERALL AND PROPRANOLOL, WHICH WE CAN SEE -- SORRY

19    IF YOU CAN GO UP JUST A LITTLE BIT, YES, RIGHT THERE.

20    YES.  HERE -- HE HAS BOTH, AND I WOULD LIKE?

21    MS. MEW:  JUST LODGING AN OBJECTION ON

22    THE -- AGAIN, THE TESTIMONY OF WHAT DR. YIN WAS THINKING

23    AND THE REASONS FOR HIS ACTIONS.

24    DR. KITCHENS:  I WOULD LIKE FOR THIS

25    EXHIBIT TO BE PUT INTO THE RECORD, PX 19, PLEASE?

```
1                     MS. MEW:  NO OBJECTIONS.

2                     THE COURT:  PX 19 ADMITTED.

3                     (PLAINTIFF EXHIBIT 19 IS ADMITTED INTO

4      EVIDENCE.)

5                     DR. KITCHENS:  THANK YOU.

6      BY DR. KITCHENS:

7      Q.      SO WHEN I STARTED TO APPLY -- SORRY.

8                     SO NOW THAT I HAVE HAD ESTABLISHED THIS

9      MEDICAL HISTORY BACK IN -- SORRY -- ESTABLISHED MEDICAL

10     TREATMENT HERE IN -- IN KENTUCKY, I REALLY FOCUSED IN ON

11     TAKING MY EXAM.  REALLY LEANING IN ON THAT.

12                    AND ON OCTOBER 13TH, 2021, I ASKED FOR --

13     I LOOKED -- I APPLIED FOR ACCOMMODATIONS.

14                    SO IF WE CAN LOOK AT PLAINTIFF'S EXHIBIT

15     NUMBER 2?

16                    SO THIS DOCUMENT HERE IS A REPRESENTATION

17     OF -- WELL, IT IS THE OFFICIAL DOCUMENT FROM THE NBME

18     REQUESTING FOR TEST ACCOMMODATIONS ON THE U.S.M.L.E.

19     STEP EXAMINATION.

20                    AND IF WE CAN SCROLL DOWN, PLEASE?

21                    SCROLL UP JUST A LITTLE BIT?

22                    SO WHEN I WAS REQUESTING -- SCROLL UP?

23                    THERE WE ARE.  YES.

24                    SO WHEN I WAS REQUESTING THESE -- WHEN I

25     WAS REQUESTING ACCOMMODATIONS, I WENT ONTO THE WEBSITE
```

1    AND I, AS -- AS I DO, IT'S IN MY CHARACTER TO GO TO THAT

2    WEBSITE, LOOK FOR THE LINK THAT SAYS DOWNLOAD

3    APPLICATION, DOWNLOADED THAT, AND WHEN I READ THESE

4    GUIDELINES HERE IT SAYS, AS EXPLAINED IN THE GUIDELINES

5    ET CETERA YOU MUST PROVIDE SUPPORTING DOCUMENTATION, AND

6    THEY HAVE THIS LITTLE CHECKLIST HERE, OF A PERSONAL

7    STATEMENT, AND CERTIFICATION, OF PRIOR TEST

8    ACCOMMODATIONS, A COMPLETE AND COMPREHENSIVE EVALUATION,

9    AND SUPPORTING DOCUMENTS.

10               SO THIS IS THINGS -- AND THINGS THAT ARE

11   BOLDED ON THIS DOCUMENT THAT I NOTICED, BECAUSE THOSE

12   THINGS JUMP OUT AT ME.  AND I -- AS WE SCROLL DOWN,

13   PLEASE?

14               WHAT I DID IS, IS I WENT AHEAD AND FILLED

15   OUT THIS EXAMINATION FOR STEP 1.  WE CAN SEE MY NAME

16   THERE.  KEEP SCROLLING, PLEASE?  AND KEEP GOING.  OKAY.

17               NOW THAT WE ARE HERE, AND ACCOMMODATIONS

18   I REQUESTED FOR ADDITIONAL TIME -- SORRY, ADDITIONAL

19   BREAK, AS WE CAN SEE IT SAYS, STEP 1 CHECK ONLY ONE BOX

20   HERE, I DID ADDITIONAL BREAK TIME OVER TWO DAYS AND I

21   ALSO SELECTED 100 PERCENT OF TIME OVER TWO DAYS.

22               AND ONE OF THOSE -- AND ONE OF THE KEY

23   REASONS WHY I WENT AHEAD AND ASKED FOR THIS IS BECAUSE,

24   I KNEW THAT WITH THE SEVERITY OF MY -- THAT I FELT THAT

25   THE SEVERITY OF MY ADHD AND ANXIETY THIS WOULD ALLOW FOR

1    ME TO GIVE MYSELF THE BEST OPPORTUNITY TO -- THE BEST

2    OPPORTUNITY TO PERFORM WELL ON THE MERITS OF MY

3    KNOWLEDGE, VERSUS WHETHER OR NOT I AM GOING TO GO IN

4    THERE AND JUST BE FINNICKEY, BUT NOT ONLY THAT I ALSO

5    KNOW THAT WHEN APPLYING FOR ACCOMMODATIONS TO TAKE THE

6    NBME BY THE -- BY THE UNIVERSITY, THAT WE GOT

7    100 PERCENT OF TIME.  SO I DECIDED ON HERE THAT I WOULD

8    DO THE EXACT SAME THING ON THIS DOCUMENTATION.

9              IF WE CAN SCROLL DOWN?  KEEP GOING, NEXT

10   PAGE.

11             HERE IT ASKS US ON THIS DOCUMENTATION

12   ABOUT INFORMATION ABOUT YOUR IMPAIRMENT AND IT ASKED

13   ABOUT THE DIAGNOSTIC CODES AND WHAT DISABILITIES I HAVE

14   AND WHAT YEAR I WAS DIAGNOSED.  AND AS -- I MEAN -- AT

15   THIS TIME WHAT -- I GOT OUT MY MEDICAL RECORDS THAT I

16   HAD AND THEN RECORDS THAT I WAS GOING TO SUBMIT TO THE

17   NBME, AS A PART OF THIS APPLICATION, WHICH IS HOW I KNEW

18   WHAT THE DIAGNOSTIC CODES WERE -- OF -- AND I PUT THOSE

19   DOWN HERE AND WITH THE DISABILITY OF ADHD AND TEST

20   ACCOMMODATION -- SORRY, AND TEST ANXIETY, THAT WERE

21   DIAGNOSED IN 2013 AND 2018, RESPECTFULLY.

22             IF WE CAN SCROLL DOWN EVEN MORE?

23             THEY ASK ON THIS DOCUMENT IF I HAD

24   RECEIVED ANY ACCOMMODATIONS.  SO IT SAYS HERE, "IF

25   ACCOMMODATIONS WERE PROVIDED, ATTACH OFFICIAL

1    DOCUMENTATION FOR EACH TESTING AGENCY CONFIRMING THE

2    TEST ACCOMMODATIONS THEY PROVIDED."

3              WELL, WHEN I READ THIS, IT IS ASKING ME

4    WHAT OFFICIAL DOCUMENTATIONS.  AND I -- I DIDN'T HAVE

5    ANY OFFICIAL DOCUMENTATION OF TESTING ACCOMMODATIONS AND

6    I DIDN'T WANT TO LIE TO THE -- ON THE APPLICATION AND

7    SAY THAT I GOT THESE TYPE OF ACCOMMODATIONS, WHEN THEY

8    WERE UNOFFICIAL ACCOMMODATIONS.

9              AND AT THE TIME I ALSO DIDN'T REALIZE

10   THAT THE NBME EXAM THAT I TOOK THAT WAS GIVEN TO ME BY

11   THE UNIVERSITY WAS ACTUALLY AN OFFICIAL ACCOMMODATION

12   GIVEN TO ME BY THE UNIVERSITY.  IT WAS, TO MY

13   RECOLLECTION AND TO MY KNOWLEDGE, WHICH I HAVE ALSO

14   STATED IN MY DEPOSITION THAT I THOUGHT THAT IT WAS THE

15   NBME WHO ACTUALLY GAVE THESE ACCOMMODATIONS, WHICH I WAS

16   CORRECTED AND THANKED THEM FOR THAT -- THAT INFORMATION

17   GOING FORWARD.

18             AND THEY ASKED HERE ABOUT DIFFERENT

19   ACCOMMODATIONS THAT WAS PROVIDED HERE.  SO ON THE ACT, I

20   COULD HAVE LEFT THIS BLANK BUT I DECIDED NOT TO, BECAUSE

21   I TOOK THOSE EXAMS; RIGHT?  SO THE ACT AND THE MCAT, BUT

22   WHEN I TOOK THEM -- WHEN I DID THIS PARTICULAR -- WHEN I

23   APPLIED FOR THIS, I SAID NO TO IT, BECAUSE AT THAT TIME

24   I WAS NOT AWARE THAT -- OF -- THAT THE DISABILITY WAS

25   THERE.

1           AND THAT ALSO FOR THE MCAT, I ALSO PUT

2     THAT NO, I DID NOT RECEIVE ANY ACCOMMODATIONS ON THE

3     MCAT, BUT I ALSO STATED HERE THAT I HAD -- I WAS NOT

4     AWARE.  I PUT HERE, DIDN'T KNOW I COULD.

5           TO EVEN APPLY FOR -- YOU KNOW,

6     ACCOMMODATIONS AND THINGS.

7           AND IF WE CAN SCROLL DOWN SOME MORE?

8           WHEN DOING THIS -- YOU KNOW, THESE

9     ACCOMMODATIONS, I -- THEY ASKED HERE ABOUT DIFFERENT

10    SCHOOLINGS.  I DIDN'T PUT ANYTHING DOWN.  AS YOU CAN

11    SEE, IN UNDER GRAD, BECAUSE ONE OF THE SIDE EFFECTS --

12    WELL, I WON'T GO INTO THAT AS MUCH -- BUT, OF ADHD IS

13    THE FOCUSING ON THOSE SMALL LITTLE DETAILS.

14          YOU KNOW, I TEND TO MOVE FAST, AS YOU

15    HAVE HEARD IN TESTIMONIES ABOUT ME, ET CETERA.  BUT I

16    READ THIS AND SAID OH, OKAY, THEY ASKING ME NOW WHAT

17    ACCOMMODATIONS HAVE YOU HAD AND DID YOU HAVE

18    ACCOMMODATIONS WHEN YOU WAS IN THESE PARTICULAR LEVELS

19    OF -- OH, SORRY -- HERE IS -- YES -- ACCOMMODATIONS THAT

20    YOU RECEIVED IN THESE PARTICULAR ASPECTS OF YOUR

21    EDUCATION.

22          AND AT THAT TIME I WROTE, I SAID, OH, OF

23    COURSE, I HAD ACCOMMODATIONS AT BEREA.  SO I WROTE BEREA

24    COLLEGE DOWN BUT THEN I SAID WAIT A SECOND, NO, THEY ARE

25    TALKING ABOUT OFFICIAL.  I CAN'T -- I CAN'T PROVE THAT

1      TO THEM BECAUSE I HAD ALREADY GRADUATED AND NO ACCESS TO

2      THOSE PROFESSORS AND THINGS OF THAT MATTER, SO THAT'S

3      WHY I CROSSED IT OUT TO TRY TO BE AS HONEST AND TO

4      RESPECT THE SYSTEM THAT THEY HAD IN PLACE HERE.

5                      AND IF WE CAN SCROLL DOWN SOME MORE?

6                      WE SEE HERE NOW THEY ARE ASKING ABOUT

7      ACCOMMODATIONS THAT I HAD WHEN I WAS IN PRIMARY SCHOOL

8      AND SECONDARY SCHOOL AND I QUOTE WHAT IT SAYS HERE,

9      "LIST EACH SCHOOL OF ALL FORMAL ACCOMMODATIONS

10     RECEIVED," -- I'M SORRY, "YOU RECEIVED, AND THE DATES

11     ACCOMMODATIONS WERE PROVIDED."

12                     AGAIN, I WAS NOT ABLE TO PROVIDE THAT

13     INFORMATION BECAUSE EVEN THOUGH I WAS -- YOU KNOW, LATER

14     INFORMED THAT I HAD THESE TYPES OF UNOFFICIAL

15     ACCOMMODATION, THE WORDING HERE IS SAYING PROVIDE ALL

16     FORMAL, OR IN MY INTERPRETATION I THOUGHT THAT MEANT

17     OFFICIAL DOCUMENTATION OF THESE ACCOMMODATIONS.

18                     SO THROUGH HIGH SCHOOL AND MIDDLE SCHOOL

19     AND ELEMENTARY SCHOOL I PUT DOWN THAT, NO, I DID NOT

20     HAVE THESE FORMAL OFFICIAL ACCOMMODATIONS.  AND I DIDN'T

21     KNOW HOW TO NECESSARILY EXPLAIN TO THESE PEOPLE -- SORRY

22     -- AND THIS IS WHAT I ACTUALLY THOUGHT TO MYSELF -- TO

23     THESE PEOPLE, HOW DO I SAY THIS TO THEM, THAT I GOT ALL

24     OF THESE TYPE OF THINGS AS WELL.

25                     AND THEN OVER HERE, I PUT THAT THE DATES

1    PROVIDED WAS NOT DIAGNOSED YET, BECAUSE DURING THOSE

2    TIMES, I WAS NOT AWARE -- WHEN I WAS IN ELEMENTARY

3    SCHOOL, MIDDLE SCHOOL, AND HIGH SCHOOL -- IF I HAD THIS

4    DISABILITY.  SO I WOULD NOT HAVE THAT DOCUMENTATION

5    DATING BACK THEN.

6                SORRY -- DATING BACK TO THAT DATE.  AND

7    THAT'S WHY I PUT THERE, WASN'T DIAGNOSED YET, EVEN

8    THOUGH I ACTUALLY WAS, ACCORDING TO MY MOTHER'S

9    TESTIMONY.

10               AND AS WE CAN -- SCROLL DOWN, PLEASE?

11               UH-HUH.  KEEP GOING.

12               AND THIS IS THE SIGNATURE SAYING THAT --

13   THE INFORMATION HERE SAYING, THIS IS THE SIGNATURE IN

14   SUMMARY SAYING THAT I PROVIDE TRUE AND ACCURATE

15   INFORMATION TO THE BEST OF MY ABILITY AND THOSE TYPE OF

16   THINGS AND I SIGNED THERE WITH THE DATE OF 10-13-21.

17               AND AS WE CAN SCROLL DOWN HERE -- IF WE

18   CAN -- STOP.  SCROLL UP A LITTLE BIT?

19               WE CAN SEE THAT, YOU KNOW, DURING THESE

20   TIMES WHEN I WAS APPLYING AND EVEN STUDYING FOR THE EXAM

21   THERE WAS A HUGE DELAY IN ALL OF US MEDICAL STUDENTS

22   ACROSS THE UNITED STATES BECAUSE EVERYTHING SHUT DOWN

23   AND YOU WASN'T ABLE TO GO TO THESE -- THESE TESTING

24   SITES SUCH AS THE PROMETRIC CENTER, WHERE THE U.S.M.L.E.

25   IS ACTUALLY TRUSTED TO BE ADMINISTERED.

1              UNLIKE MY WIFE, WHO WAS IN LAW SCHOOL --

2    WHO WAS TAKING HER -- STUDYING FOR HER BAR EXAM, THEY

3    ALLOWED FOR THEM TO TAKE THEIR BAR EXAMINATIONS IN THEIR

4    HOMES WITH CAMERAS AROUND TO SHOW -- MAKE SURE THAT THE

5    -- TO PROTECT THE VALIDITY OF THE EXAM, AND MIRRORS, AND

6    IN A CLOSED ROOM WITH NOTHING ON THE WALLS, THEY WERE

7    ABLE TO TAKE THEIR EXAM.

8              BUT MEDICAL STUDENTS AND MEDICAL

9    GRADUATES, WE WERE NOT ALLOWED TO DO THAT.  SO WE HAD TO

10   WAIT AND ON THIS DOCUMENTATION, IT SAYS, "DUE TO

11   BUSINESS RESTRICTIONS IN PHILADELPHIA, BECAUSE OF

12   COVID-19, PLEASE SUBMIT YOUR REQUEST FORM AND SUBMITTING

13   DOCUMENTATION VIA E-MAIL OR FAX, AND THAT REQUESTS SENT

14   TO US VIA MAIL WILL BE DELAYED."

15             AND I SAY THAT BECAUSE LATER ON WHEN I

16   DID APPLY FOR ACCOMMODATIONS IN OCTOBER, I REALLY DIDN'T

17   GET A -- A CONFIRMATION UNTIL JANUARY.  BUT I ALREADY

18   KIND OF HAD -- I HAD ALREADY HAD THAT UNDERSTANDING OF

19   THAT BECAUSE IT WAS WRITTEN OUT HERE.

20             AND IF WE CAN SCROLL DOWN EVEN MORE,

21   PLEASE?

22             HERE AS WAS A PART OF MY APPLICATION, I

23   SUBMITTED MY -- MY PERSONAL STATEMENT OF -- OF MY

24   DIAGNOSES.  AND FOR -- BECAUSE I -- I UNDERSTAND THE

25   DEPTH AND THE IMPORTANCE OF MY CLAIMS HERE IN THIS CASE,

1      I WOULD LIKE TO -- ONE PAGE HERE AS YOU CAN SEE, OF THIS

2      TESTIMONY OF WHAT I SUBMITTED AS PART OF MY APPLICATION.

3                  IT SAYS, "TO WHOM IT MAY CONCERN, MY NAME

4      IS" --

5                  THE COURT:  DR. KITCHENS.

6                  DR. KITCHENS:  IT'S VERY SHORT.

7                  THE COURT:  DOCTOR?

8                  DR. KITCHENS:  YES, SIR?

9                  THE COURT:  ARE YOU ABOUT TO READ THIS?

10                 DR. KITCHENS:  NO, I WAS GOING TO SAY

11     JUST THE LAST PART OF IT, WHICH IS --

12                 THE COURT:  OKAY.

13                 DR. KITCHENS:  YES, IT'S VERY SHORT, YOUR

14     HONOR, AS HAS BEEN MENTIONED THROUGHOUT THIS ENTIRE

15     TRIAL.

16     BY DR. KITCHENS:

17     Q.     SO I WAS GOING TO SAY, "TO WHOM IT MAY CONCERN,

18     MY NAME IS MARKCUS KITCHENS," AND THEN WE DROP DOWN TO

19     THIS LAST PARAGRAPH, IT SAYS, "AS AN INDIVIDUAL WITH

20     ADHD AND SEVERE TESTING ANXIETY" -- THIS IS THE LAST ONE

21     -- YES, THANK YOU.  THANK YOU.

22                 "WITH SEVERE TEST ANXIETY STANDARDIZED

23     EXAMS HAVE OFTEN PRESENTED CHALLENGES TO MY CAPACITY AS

24     A STUDENT, AS WELL AS A PROFESSIONAL.  WHEN EXAM SCORES

25     ARE USED AS METRIC FOR WHETHER A CANDIDATE IS QUALIFIED,

1     FOR A PERSON LIKE MYSELF IT REFLECTS MY ABILITY TO TAKE

2     AN EXAM RATHER THAN MY COMPREHENSION, UNDERSTANDING OF

3     THE MATERIAL.  IN ORDER TO BETTER REFLECT MY -- MY

4     ABILITIES, I AM REQUESTING ADDITIONAL TIME TO COMPLETE

5     THE EXAM," THE ADDITIONAL TIME -- "AND I FEEL THAT THE

6     ADDITIONAL TIME WILL MAXIMIZE MY ABILITY TO ACHIEVE MY

7     HIGHEST -- MY HIGHEST QUALITY OF WORK BY DECREASING MY

8     ANXIETY AND INCREASING MY FOCUS."

9                     "WHILE IN UNIVERSITY, I NEVER HAD -- HAD

10    THE NEED TO FILE AN OFFICIAL DOCUMENTATION FOR MY

11    SITUATION DUE TO MY PROFESSORS' WILLINGNESS TO TAKE MY

12    EXAMS ONE-ON-ONE WITH EXTENDED TIME.  INCLUDED IN MY

13    APPLICATION A LETTER FROM MY PRIMARY CARE PHYSICIAN,

14    OUTLINING THE SEVERITY OF MY SYMPTOMS AND THE NEED FOR

15    EXTENDED TIME."

16                    "ALSO IN THE APPLICATION YOU WILL NOTICE

17    MY CURRENT MEDICAL -- MEDICATION LIST FOR MY ADHD AND

18    TESTING ANXIETY."

19                    THE REASON THAT I WANTED TO -- YOU KNOW,

20    AND FOR ME, I SUBMITTED THIS DOCUMENT -- THIS PERSONAL

21    STATEMENT BECAUSE I THOUGHT THAT IT WAS SUFFICIENT

22    ENOUGH FOR -- FOR THIS APPLICATION.  YOU KNOW, I FELT

23    THAT, OKAY -- WHEN I READ IT, I SAID, ALL RIGHT.

24                    SO I GAVE DIFFERENT THINGS, I GAVE MY

25    DIAGNOSES, I GAVE -- YOU KNOW, THEY CAN CONTACT MY

1    DOCTOR.  I GOT A DOCTOR'S NOTE.  IF THEY DON'T LIKE THE

2    DOCTOR'S NOTE THEY CAN ALWAYS CALL HIM, OR TO VERIFY OR

3    GET MORE INFORMATION.

4                 AND ALSO, I AM EXPLAINING TO THEM WHY

5    EXACTLY I HAVE IN THE -- ON THE APPLICATION ITSELF THAT

6    I DON'T HAVE -- THAT I PUT THERE, NO OFFICIAL

7    DOCUMENTATION.  FROM THE VERY BEGINNING I WAS WANTING TO

8    BE AS TRANSPARENT AS POSSIBLE ON MY APPLICATION TO --

9    FOR ASKING FOR ACCOMMODATIONS HERE.

10                 AND ALSO WANTING TO DRAW ATTENTION FOR

11   THEM TO ALSO SEE THAT I HAVE MEDICATION FOR THESE

12   PARTICULAR DIAGNOSES AND IN MY MIND, AT THAT TIME MY

13   UNDERSTANDING, AS A PERSON -- AS AN ENTITY SUCH AS --

14   WHO PROVIDE MEDICAL BOARDS -- OR BOARDS FOR IN THE

15   MEDICAL FIELD, I FIGURED THAT, OH, WELL, THEY WILL

16   UNDERSTAND.  WHEN YOU SEE ADDERALL, THIS IS A DRUG THAT

17   IS USED PRIMARILY FOR ADHD AND HIGH -- AND HEAVILY

18   REGARDED OR REGULATED WITHIN THE UNITED STATES, AND THAT

19   A DOCTOR PROBABLY WOULD NOT JUST, YOU KNOW, GO WRITE

20   THIS MEDICATION BECAUSE IT ACTUALLY REFLECTS BACK ON

21   THEM IN THOSE CASES.

22                 AND IF WE CAN SCROLL DOWN SOME TO THE

23   NEXT PART OF THE APPLICATION?

24                 THIS HERE -- SORRY, SCROLL UP JUST A

25   LITTLE BIT?

1            THIS IS A LETTER -- SO I WAS BEING

2    TREATED AT NORTH WESTERN MEDICINE -- AND SCROLL DOWN,

3    PLEASE?  SCROLL DOWN SOME MORE?  A LITTLE BIT MORE?

4            YES, THERE WE ARE?

5            SO THIS HERE IS A NOTE FROM DR. KHAN,

6    THAT WE HAVE ALREADY TALKED ABOUT THAT HAS BEEN

7    TESTIFIED TO AS WELL, AND THAT NOTE WAS BASICALLY SAYING

8    TO THE NBME, THIS IS TO CERTIFY THAT MARKCUS KITCHENS IS

9    MY PATIENT, HE HAS SIGNIFICANT ANXIETY AND UNDER -- IS

10   UNDER MY TREATMENT.  I WILL SUGGEST EXAM COORDINATORS TO

11   PROVIDE SOME -- PROVIDE HIM SOME RELAXATION, ALLOWED IN

12   THE RULES, SO THAT IT WILL BE EASIER ON HIM TO UNDERGO

13   THE EXAM.  IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT

14   HESITATE TO CALL ME.

15           AND THEN IF WE SCROLL DOWN SOME MORE, WE

16   WILL SEE THAT DOCTOR KAHN, HERE, PUT HIS -- HIS CONTACT

17   INFORMATION AT THE BOTTOM OF THIS PAGE.

18           AND WHEN I SAW THIS LETTER, YOU KNOW, I

19   THOUGHT TO MYSELF, WELL, THIS SHOULD BE EFFICIENT

20   ENOUGH, I MEAN, IT IS COMING FROM A MEDICAL PHYSICIAN.

21   HE HAS BEEN PRACTICING MEDICINE FOR ALL OF THESE YEARS,

22   SURELY HE KNOWS WHAT IS NECESSARY TO -- TO PROVIDE FOR

23   -- FOR HIS PATIENT THAT HE IS TREATING FOR THESE

24   ACCOMMODATIONS.

25           AND YES, SO, I HAD NO REASON TO ASK HIM

1     TO YOU KNOW, OH, DR. KHAN, CAN YOU WRITE ME MORE, CAN

2     YOU ASK.  IT WAS THE GENUINENESS THAT I HAD FROM THE

3     UNDERSTANDING OF THIS NOTE THAT IT WAS JUST FINE.

4               BECAUSE HONESTLY, IF I DIDN'T I WOULD

5     HAVE ASKED HIM FOR MORE INFORMATION THERE.

6               WE CAN SCROLL DOWN SOME MORE.

7               HERE IS THE MEDICAL DOCUMENTATION THAT I

8     SUBMITTED.  THIS IS ALSO FROM NORTH WESTERN MEDICINE

9     DEPARTMENT -- IN THE DERMATOLOGY DEPARTMENT.

10              NOW, WHY DID I SUBMIT THIS DOCUMENT?

11              THE ONLY THING I KNEW WAS -- IN MY MIND

12    AT THAT TIME WAS, I AM BEING TREATED AT NORTH WESTERN

13    MEDICINE, DR. KHAN REFERRED ME TO -- BECAUSE I CAME TO

14    HIM SAYING THAT, YOU KNOW, I WAS HAVING SOME ISSUES WITH

15    PSEUDOFOLLICULITIS BARBAE, WHICH IS A VERY COMMON THING

16    IN THE AFRICAN AMERICAN DIASPORA WHERE WE HAVE INGROWN

17    HAIRS.  AND SO I WAS TELLING HIM THAT IT WAS GIVING ME

18    GREAT IRRITATION.  SO WHAT DID HE WAS HE REFERRED ME,

19    WHICH THE MEDICAL RECORDS SHOWS THAT -- THAT HE REFERRED

20    ME TO THIS DERMATOLOGIST.

21              AND SO WHEN I WAS GOING THROUGH MY

22    MEDICAL FILE FOR THIS APPLICATION, I WENT THROUGH AND I

23    HAD ALREADY TALKED ABOUT, IN MY PERSONAL STATEMENT OF

24    THINGS THAT I'M GOING TO PROVIDE TO YOU, AND SO WHAT I

25    DID WAS I JUST PULLED UP THIS -- THIS DOCUMENT, NOT

1    HAVING ANY, YOU KNOW, UNDERSTANDING ON HAVING -- EVEN

2    SEEING ABOUT DERMATOLOGY ON THERE.

3                   AND THAT HAS NO RECOLLECTION OF THAT, YOU

4    KNOW, THE DERMATOLOGIST PROVIDING ME WITH THIS

5    PARTICULAR DIAGNOSES, BUT WHAT IT DOES SHOW IS THAT IT

6    IS AN OFFICIAL MEDICAL RECORD THAT HAS MY PAST MEDICAL

7    HISTORY -- IF WE CAN SCROLL DOWN SOME, PLEASE?

8                   PAST MEDICAL HISTORY OF ADHD.  WHICH IS

9    WHY I CIRCLED IT WITH A RED PEN TO SAY, HEY, NOTHING

10   ELSE ON HERE IS REALLY IMPORTANT BUT THIS PARTICULAR

11   PART HERE.  TO SHOW AND TO PROVE TO YOU, NBME, THAT I

12   HAVE BEEN DIAGNOSED WITH THIS PARTICULAR DIAGNOSES

13   DATING ALL THE WAY BACK TO 2013.

14                  WHICH IS THE REASON WHY I SAID, OH, WELL,

15   IT'S NO REASON FOR ME TO CIRCLE A WISDOM TOOTH

16   EXTRACTION.  THAT'S IRRELEVANT TO THE APPLICATION, SO I

17   -- SCROLLED DOWN EVEN MORE -- IF WE CAN SCROLL DOWN EVEN

18   MORE, SORRY -- I ALSO DECIDED ON THAT SAME NOTE THAT WAS

19   RECOGNIZED, AND AS WE CAN SEE HERE, THAT THIS IS THE

20   TIME WHEN I WAS -- I CIRCLED THE BUSPIRONE, WHICH -- AND

21   I ALSO CIRCLED HERE FOR THEIR CONVENIENCE OF ANXIETY

22   AND-- SO THAT THEY WOULD BE ABLE TO SEE THAT, AND ALSO

23   THE ADDERALL.

24                  AND I CIRCLED THAT AS WELL TO MAKE SURE

25   -- TO MAKE IT AS EASY AS POSSIBLE ON THE -- ON THE -- ON

1    THE ENTITY WHO -- ON THE NBME WHEN THEY WERE REVIEWING

2    MY DOCUMENT.

3              AND IF YOU CAN SCROLL DOWN SOME MORE, I

4    ALSO PROVIDED HERE A DOCUMENT THAT WE HAVE ALL SEEN MANY

5    A TIMES HERE SHOWING THE ASSESSMENT, BECAUSE THEY ASKED

6    IN THE APPLICATION THERE IF YOU CAN PROVIDE ANY, YOU

7    KNOW, COMPREHENSIVE EXAMINATIONS OR ASSESSMENTS, ET

8    CETERA.  BUT WHAT I HAD IN MY POSSESSION WAS THIS.

9              AND SO WHEN I WAS LOOKING THROUGH IT I

10   SAID, AH, PERFECT.  I SEE HERE THAT IT SAYS THAT THEY

11   GAVE AN ASSESSMENT, ASSESSMENT PLAN ORDERS, AS WE CAN

12   SEE AND I CIRCLED THEM, 1 AND 2.

13             ASSESSMENT NUMBER ONE, ATTENTION

14   DEFICIT-HYPERACTIVE DISORDER WAS THERE.  AND IT ALSO

15   SHOWS REFERRED TO HEALTH COUNSELORS AND EVALUATE AND

16   TREAT.  I KEPT LOOKING THROUGH ALL OF MY DOCUMENTS AT --

17   YOU KNOW, THROUGH MY MEDICAL RECORDS BECAUSE I AM THE

18   TYPE OF PERSON THAT I LIKE TO PRINT OFF MY MEDICAL

19   RECORDS IF I'M MOVING JUST IN CASE I MAY NEED THEM.

20             AND IT ALSO SHOWED HERE THAT THEY HAD THE

21   HEALTH COUNSELOR EVALUATE AND TREAT.  NOW I DID NOT

22   NECESSARILY HAVE THOSE -- THAT -- THAT DOCUMENT OR THAT

23   SPECIFIC EXAM OR EVALUATION THAT THEY PROVIDED BUT MY

24   UNDERSTANDING WAS THAT THESE ARE PEOPLE IN THE MEDICAL

25   FIELD WHO WOULD KNOW THAT THIS IS AN OFFICIAL MEDICAL

1    RECORD AND THAT EVEN THOUGH THERE IS NO OFFICIAL

2    DOCUMENT OF THAT, OF THE EVALUATION, WE CAN SEE THAT

3    THIS PERSON ACTUALLY DID HAVE AN EVALUATION AND THE --

4    AND AN EVALUATION FOR ANXIETY WAS ALSO CONDUCTED THERE.

5                   IF WE CAN SCROLL DOWN SOME MORE?

6                   AND ALSO ON THE DOCUMENT HERE, SAME

7    DOCUMENT, DATING BACK TO 2018, SAYING OF -- THE

8    REFERRALS OF -- UNDER ORDER, MENTAL HEALTH COUNSELOR

9    EVALUATE AND TREAT.  AND THE REASON THAT THEY EVEN DID

10   THAT AT THAT PARTICULAR TIME, IN 2018, WAS BECAUSE MY

11   ANXIETY LEVELS WAS SO HIGH AT THAT TIME -- I DON'T

12   REALLY UNDERSTAND WHY BUT IT WAS -- AND I WANTED TO

13   REACH OUT FOR A SERVICE DOG, AN EMOTIONAL SUPPORT

14   ANIMAL, TO KIND OF HELP MITIGATE THOSE STRESSORS THAT I

15   HAD THERE.

16                   WE CAN SCROLL DOWN SOME MORE, PLEASE?

17                   AND THAT WAS -- SORRY, IF YOU CAN SCROLL

18   BACK UP JUST A LITTLE BIT?  YES.

19                   HERE, I MADE SURE THAT I ATTACHED IN FULL

20   THAT DOCUMENT WITH DR. HACKMAN'S SIGNATURE THERE AND THE

21   DATE AND STAMPS THAT IT WAS ELECTRONICALLY SIGNED.  SO

22   TO HELP VALIDATE THE DOCUMENT -- IF WE CAN SCROLL DOWN

23   SOME MORE?

24                   THIS IS A DOCUMENT FROM WHITE HOUSE

25   CLINIC.

```
 1                    IF YOU CAN SCROLL DOWN?  YES, HERE.

 2                    SO I ATTACHED THIS PARTICULAR DOCUMENT IN

 3      MY EVALUATION -- I MEAN, SORRY, NOT IN MY EVALUATION,

 4      BUT IN MY APPLICATION FOR ACCOMMODATIONS TO SHOW THAT

 5      ONE, IN THIS PARTICULAR DATE, I HAD AN EVALUATION DONE,

 6      IT HAS BEEN MENTIONED HERE.

 7                    BUT THEN ALSO, IN THIS PARTICULAR NOTE

 8      HERE, UNDER HISTORY OF PRESENT ILLNESS IT SAYS, "ONE

 9      MEDICINE REFILL, LAST SEEN IN 2016.  FINISHED FIRST YEAR

10      OF MEDICAL SCHOOL, WORKING WITH DANIEL LEE," WHICH IS

11      DR.  DANIEL LEE, WHO IS A NEUROLOGIST HERE IN RICHMOND

12      AT BAPTIST HEALTH, "AND LEAVES IN SEPTEMBER TO GO BACK

13      -- TO GO BACK.  HAS ONE MORE YEAR THERE AT BASIC

14      SCIENCES AND TWO YEARS OF CLINICALS."

15                    SHE ALSO NOTED THAT ADDERALL SINCE 2014,

16      AND SAYS -- AND HE SAYS THAT I WAS FOCUSING BETTER ON

17      THE ADDERALL THERE.  AND MY HOPE OF SUBMITTING THIS WAS

18      TO SHOW THAT, AGAIN, ANOTHER TRACK RECORD OF THIS

19      PARTICULAR DIAGNOSES AND THAT I WAS A MEDICAL STUDENT

20      AND I WAS ABROAD, BUT NOT JUST THAT -- AND YES, THAT I

21      WAS ON THE ADDERALL FROM 2014.

22                    BUT IF WE CAN SCROLL DOWN SOME MORE?

23      YES, A LITTLE BIT MORE?  HERE.  SCROLL UP A LITTLE BIT

24      FOR FULLNESS HERE?

25                    SO THE -- THE IMPORTANCE OF THIS
```

1    PARTICULAR DOCUMENT, NOT ONLY BECAUSE IT SHOWED ME -- IT

2    SHOWED, IN MY IMPRESSION, THAT IT WOULD HAVE SHOWN THE

3    NBME THAT AN EVALUATION WAS DONE -- IS THAT -- IN THE

4    RECOMMENDATION, BECAUSE I DIDN'T HAVE THIS MEDICATION

5    FOR -- WITH A HUGE GAP OF A YEAR BETWEEN THE LAST TIME I

6    WAS REFILLED, IT IS COMMON PRACTICE FOR A PHYSICIAN TO

7    NOT FEEL AS COMFORTABLE WRITING THIS TYPE OF MEDICATION

8    TO A PERSON WHO HAS POTENTIALLY SHOWN THAT THEY DON'T

9    NEED THE MEDICATION.

10              AND TO SHOW ALSO, IS THIS PERSON DRUG

11   SEEKING OR IS THIS PERSON MALINGERING, ET CETERA.  SO

12   WHAT -- WHAT SHE DECIDED TO DO HERE THE DOCTOR,

13   ACCORDING TO THIS DOCUMENT HERE, IS THAT SHE PUT IN FOR

14   ASSESSMENT AND PLAN, ASSESSMENT PROVIDER PLAN, ATTENTION

15   AND CONCENTRATION DEFICIT.  IS ASKING ME TO WRITE A

16   PRESCRIPTION FOR ADDERALL.  HE IS LEAVING FOR POLAND IN

17   SEPTEMBER.  HE SAYS HE IS -- AND HE SAYS POLAND DOES NOT

18   PRESCRIBE ADDERALL FOR ADHD.

19              AND WHAT I WAS DOING THERE -- AND THAT

20   TIME WAS, I WAS TRYING TO EXPLAIN TO THE DOCTOR THAT,

21   LISTEN, THE REASON THAT I DIDN'T HAVE THE MEDICATION WAS

22   NOT THAT I DIDN'T NEED IT, IT'S JUST THAT I COULD NOT

23   GET IT.  IT WASN'T -- I MEAN, IT WAS ILLEGAL TO HAVE.

24              AND SHE THEN WENT ON TO SAY, BUT WAS TOLD

25   IF HE HAD AN M.D. HERE TO WRITE A LETTER HE WOULD BE

1    ABLE TO GET IT.

2              I LATER FOUND OUT THAT THAT WAS NOT A

3    TRUE STATEMENT.  IT IS COMPLETELY ILLEGAL.  AND THAT WAS

4    ONE OF THE REASONS WHY WHEN I DID SEEK TREATMENT PLAN IN

5    POLAND, WHICH I DO NOT HAVE ACCESS TO, I WAS INFORMED OF

6    THAT AND NO DOCTOR WOULD WRITE THE MEDICATION THERE.

7              SO ALSO, THE LAST LINE THAT SHE SAYS

8    HERE, AS HE -- THAT HE WAS NOT HAPPY WITH THIS.  SAYS HE

9    WAS -- HE HAS -- THAT HE WAS SEEING COLLEEN AND THEN DR.

10   DAVID WAS WRITING HIM THE PRESCRIPTION AND -- AND

11   BROUGHT IN A BOTTLE DATED FOR 2016, AND HER PLAN OF

12   ORDERS THAT SHE PUT IN WAS A REFERRAL FOR -- FOR

13   PSYCHIATRIC EVALUATION AND TO TREAT.

14             SO IN THIS DOCUMENT HERE, AND NOT ONLY

15   JUST THE DOCUMENT, I SUBMITTED THIS BECAUSE AGAIN, IT IS

16   SHOWING THAT I HAVE BEEN TREATED AND THAT I HAVE HAD AN

17   EVALUATION THAT HAS BEEN REFERRED TO -- THAT HAS BEEN

18   REFERRED TO AS TO A PSYCHIATRIST AND THEN TO COME BACK

19   AND TO GET THE MEDICATION.

20             AND IF WE CAN SCROLL DOWN SOME MORE?

21             YES.  WE CAN SEE ALSO IS WHEN SHE WROTE

22   THIS ON 7-26-2017, AND IT SAYS HERE, REFERRAL FOR

23   PSYCHIATRIC EVALUATION.  AND THEN HER NOTES TO THE SIDE

24   THERE SAYING THAT, NEEDS EVALUATION FOR ADHD, WHICH I

25   THOUGHT THEY WOULD HAVE SEEN THAT.

SO IF WE CAN SCROLL DOWN -- AND IT ALSO HAS THE DATE THERE AS WELL.

I WON'T GO OVER THIS DOCUMENT AGAIN FOR THE SAKE OF -- FOR TIME AND THE RESPECT OF THE COURT, BUT IT IS TO BE UNDERSTOOD THAT I DID SUBMIT THIS DOCUMENT TO SHOW THAT I HAD ALREADY RECEIVED OFFICIAL ACCOMMODATIONS ON A PAST HIGH STAKES STANDARDIZED EXAMINATION, AND THAT EXTENDED TIME WAS GIVEN TO ME THERE.

AND ONE THING, THE IMPORTANCE OF -- OF THIS DOCUMENT THAT I HAVE NOT MENTIONED BEFORE IS, WHY THIS IS IMPORTANT AND IF YOU SEE, IT SAYS EXAM DATE -- I MEAN, SORRY, IT SAYS EXAM DATE, DECEMBER THE 10TH, 2020, AND THE TIME IS AT 8:00 A.M.

IT IS IMPORTANT TO KNOW THAT WHEN -- ANY TIME YOU HAVE A -- ACCOMMODATIONS FOR EXTENDED TIME FOR -- TO TAKE THE CBSE, YOU ARE AUTOMATICALLY REQUIRED TO START YOUR EXAMINATION AT 8:00 A.M., AND THAT IT WOULD ALSO -- AND THEY DO THAT BECAUSE THEY HAVE TO MAKE SURE -- THEY HAVE TO BE -- MAKE SURE THAT THEY HAVE ENOUGH -- THAT THEY HAVE STAFF THAT WILL BE AVAILABLE TO MAKE SURE THAT YOU ARE GIVEN THE EXTENDED TIME THAT YOU ARE -- YOU HAVE BEEN REWARDED THERE AND TO ALSO -- YES, TO MAKE SURE YOU HAVE THAT TIME THERE.

AND IT DOES TAKE EXTRA DAYS FOR YOU TO BE

1    ABLE TO -- TO EVEN PICK WHICH DATE YOU CAN EVEN TAKE THE

2    EXAM ON.  YOU CAN'T DO IT ONLINE.  YOU HAVE TO CALL IN

3    AND TALK TO A PARTICULAR PERSON AND ALL OF THESE OTHER

4    STEPS THAT YOU HAVE TO TALK TO -- AND TALK TO A LIVE

5    PERSON, I'M SORRY, AND THEY WILL THEN CONTACT DIFFERENT

6    LOCATIONS IN YOUR VICINITY TO SEE WHO CAN ACTUALLY

7    ACCOMMODATE YOUR EXTENDED TIME BECAUSE YOU AUTOMATICALLY

8    GET 100 PERCENT EXTRA TIME.

9              IF WE CAN SCROLL DOWN SOME MORE, PLEASE?

10             I THINK THAT'S -- YES.  AND THIS IS JUST

11   THE INSTRUCTIONS AND ALL THAT WAS GIVEN.  OKAY.

12             THIS DOCUMENT HAS ALREADY BEEN IN TO THE

13   RECORD, YOUR HONOR?

14             THE COURT:  YES.  AND I WAS WAITING FOR

15   YOU TO FINISH WITH THE DOCUMENT.  I THINK THIS IS A GOOD

16   TIME TO TAKE A LUNCH BREAK, IF THAT'S OKAY WITH

17   EVERYONE?

18             DR. KITCHENS:  YES, SIR.

19             MS. MEW:  YES.

20             THE COURT:  ALL RIGHT.  SO I WANT TO --

21   JUST SOMETHING TO THINK ABOUT OVER LUNCH AND HOW YOU ARE

22   PLANNING THE REMAINDER OF YOUR TESTIMONY AND THINKING

23   THROUGH IT, BEAR IN MIND THAT I THINK, YOU KNOW, WHEN A

24   DOCUMENT -- WHEN A DOCUMENT HAS BEEN ADMITTED INTO

25   EVIDENCE YOU ARE FREE TO REFER TO IT, ARGUE IT, I CAN

1      THINK ABOUT IT LATER, WE CAN DO ALL OF THAT LATER.

2                    SO, YOU KNOW, TRY TO KEEP YOUR TESTIMONY

3      FOCUSED ON, YOU KNOW, ADDITIONAL INFORMATION THAT IS NOT

4      ON THE FACE OF THE DOCUMENT, WHICH A LOT OF WHAT I JUST

5      HEARD WAS BUT JUST BEAR THAT IN MIND TRY TO MAKE SURE WE

6      USE OUR TIME EFFICIENTLY; OKAY?

7                    DR. KITCHENS:  YES, YOUR HONOR.

8                    THE COURT:  ALL RIGHT.  SO WHY DON'T WE

9      TAKE A LUNCH BREAK.  IS IT OKAY WITH EVERYONE IF WE KEPT

10     IT KIND OF SHORT, IF WE DID A HALF-HOUR AND PICKED IT

11     BACK UP AT 1:30?

12                   DR. KITCHENS:  YES.  AND YOUR HONOR, IF I

13     CAN ASK A QUESTION?

14                   MS. MEW, DO YOU KNOW THE ORDER THAT YOU

15     INTEND TO GIVE AFTER MY TESTIMONY, WHO WILL BE NEXT?

16                   MS. MEW:  IT HONESTLY, DR. KITCHENS, IS

17     GOING TO COME DOWN TO THE TIMING, BUT I SUSPECT I WILL

18     START WITH AARON CONGAREE.

19                   DR. KITCHENS:  OKAY.  I KNOW YESTERDAY

20     YOU ASKED ME THAT QUESTION AND I MADE SURE THAT I WANTED

21     TO GIVE YOU THAT.

22                   MS. MEW:  I KNOW, I'M NOT -- I PROMISE

23     YOU I AM NOT BEING PURPOSELY CAGEY, IT HAS TO DO WITH

24     PEOPLE'S SCHEDULES.  I HAVE ONE WHO IS NOT AVAILABLE

25     PAST FOUR AND I DON'T KNOW HOW LONG THIS IS GOING TO GO

```
1    SO ITS JUST -- IT REALLY COMES DOWN TO THE SCHEDULING

2    BUT MY HOPE IS TO PUT AARON CONGAREE ON FIRST.

3                    DR. KITCHENS:  OKAY.  THANK YOU.

4                    THE COURT:  ALL RIGHT.  LETS TAKE A SHORT

5    LUNCH BREAK AND RESUME AT 1:30.

6                    DR. KITCHENS:  THANK YOU, YOUR HONOR.

7                    (LUNCH BREAK TAKEN.)

8            THIS IS THE P.M. SESSION OF 5/16/23

9                    (CLERK OPENS COURT.)

10

11                   THE COURT:  DURING THE -- HERE IN

12   PHILADELPHIA WE HAVE A THERE WAS A PRISON BREAK LAST

13   WEEK AND I WAS JUST TALKING TO THE -- OUR U.S. MARSHAL,

14   WHO IS TRYING TO FIND THE TWO GUYS WHO GOT OUT.  THEY

15   GOT ONE OF THEM AND THEY GOT AN ACCOMPLICE, BUT THERE IS

16   STILL ONE OTHER PERSON ON THE LOOSE.

17                   I TOLD HIM -- I ASKED HIM IF HE ALREADY

18   CHECKED EVERY DOG HOUSE AND HEN HOUSE AND WAREHOUSE AND

19   FARMHOUSE.  HE DIDN'T THINK IT WAS THAT FUNNY.

20                   DR. KITCHENS:  SOUNDS LIKE KENTUCKY.  SO

21   THAT WAS VERY FUNNY.  THAT HAPPENS ALL THE TIME OUT

22   THERE.

23                   THE COURT:  I GUARANTEE YOU HE'S SEEN

24   THAT MOVIE PROBABLY LIKE 100 TIMES.

25                   ALL RIGHT.  WE ARE BACK TOGETHER.  ANY
```

```
 1          BUSINESS BEFORE WE GET BACK TO DR. KITCHENS?

 2                    MS. MEW:  NO.

 3                    THE COURT:  OKAY.  DR. KITCHENS, YOU CAN

 4          RESUME YOUR TESTIMONY.  JUST A REMINDER, YOU ARE STILL

 5          UNDER OATH.

 6                    DR. KITCHENS:  YES, SIR.  THANK YOU, YOUR

 7          HONOR.

 8                    DIRECT EXAMINATION (RESUMED.)

 9

10                    DR. KITCHENS:  WE LAST STOPPED I WAS LAST

11          TALKING ABOUT THE APPLICATION PROCESS AND THINGS, SO I

12          WILL MOVE FORWARD FROM THAT.

13                    WHAT I WILL SAY IS WITH APPLYING FOR

14          THOSE OFFICIAL -- ACCOMMODATIONS WITH THE NBME, I WOULD

15          LIKE TO BRING UP THE EXHIBIT NUMBER PX 04.

16                    AND SO THIS IS A DOCUMENT FROM THE NBME,

17          OF MY REJECTION LETTER THAT I RECEIVED.  YOU CAN SEE MY

18          USMLE NUMBER IDENTIFICATION THERE.

19                    AFTER -- FOR MY REJECTION, THIS IS THE

20          REJECTION LETTER THERE, SAYING IN PARTS THAT I DID NOT

21          PROVIDE SUFFICIENT ENOUGH OF DOCUMENTATION, ALONG THOSE

22          LINES.  AND WHAT I DID IN THAT -- THAT MATTER IS I

23          E-MAILED THEM BACK, YOU KNOW, ASKING LIKE -- TELLING

24          THEM THAT THIS IS THE ONLY DOCUMENTATION THAT I HAVE TO

25          GIVE YOU ALL AND IT KIND OF -- AND I ALSO EXPLAINED TO
```

1       THEM MY RECOLLECTION ABOUT WHAT EXACTLY, YOU KNOW, I

2       ACTUALLY SUBMITTED TO THEM AND WHY I SUBMITTED THAT --

3       THAT SPECIFIC DOCUMENTATION.

4                       AND THIS IS THE LETTER, IF WE CAN SCROLL

5       DOWN OR SCROLL UP.  YES.

6                       SO AS THEY SAID HERE, THE FIRST LINE IS

7       THEY HAVE THOROUGHLY REVIEWED -- THEY THOROUGHLY

8       REVIEWED THE DOCUMENTATION YOU PROVIDED.  SORRY.

9                       "WE HAVE THOROUGHLY REVIEWED THE

10      DOCUMENTATION YOU HAVE PROVIDED IN SUPPORT OF YOUR

11      REQUEST FOR TEST ACCOMMODATIONS ON THE UNITED STATES

12      MEDICAL LICENSING EXAMINATION STEP 1 EXAMINATION."

13                      AND SO THEY TEND TO GIVE THIS BACKGROUND

14      OF THE ADA, AND WE CAN SCROLL DOWN.  AND FOR TIME SAKE,

15      IT'S -- THIS DOCUMENT IS JUST TO REPRESENT THAT THERE

16      WAS A DENIAL LETTER THAT WAS GIVEN TO ME AND -- SORRY.

17                      I WOULD LIKE FOR THIS DOCUMENT TO BE

18      ENTERED INTO THE RECORD AS PX 04?

19                      MS. MEW:  NO OBJECTION.

20                      THE COURT:  ADMITTED.

21                      (PLAINTIFF EXHIBIT 04 IS ADMITTED INTO

22      EVIDENCE.)

23                      DR. KITCHENS:  AND SO WHEN I RECEIVED

24      THIS LETTER, IT WAS QUITE DEVASTATING TO ME, ESPECIALLY

25      KNOWING THAT EVERYTHING IN THE TRACK FOR MEDICAL

1    STUDENTS, MEDICAL GRADUATES GETTING READY FOR RESIDENCY,

2    IS THAT IT IS ON A TIGHT -- IT IS ON A TIME FRAME.

3    EVERYTHING DOES.

4              EVEN ON THE ECFMG IT IS VERY WELL KNOWN

5    AND ON THEIR WEBSITE WHERE YOU ONLY GET SEVEN YEARS TO

6    EVEN BE CERTIFIED TO EVEN TAKE ALL OF YOUR BOARDS TO BE

7    REPRESENTED AS AN IMG, OTHERWISE YOU NO LONGER HAVE THAT

8    OPPORTUNITY.

9              SO YOU ALL OF THE DIFFERENT PRESSURES

10   THAT WAS ON ME AT THE TIME THAT I FELT LIKE I SHOULD AT

11   LEAST TRY TO TAKE A PRACTICE EXAMINATION, A CVSE, TO SEE

12   WHERE I WOULD BE -- TO SEE WHERE I WOULD POTENTIALLY

13   TEST FROM OR TEST AT IF I WAS TO TAKE THE USMLE WITHIN

14   THAT WEEK.

15             AS WE CAN SEE HERE, THIS IS DOCUMENT --

16   EXHIBIT, SORRY PX 53.  WE CAN ZOOM IN ON IT.  OH, SORRY.

17             SO WE CAN SEE HERE IT'S THE DATE.  WE

18   HAVE MY NAME THERE.  AND THEN WE ALSO SEE THE DATE WAS

19   FEBRUARY THE 14TH, 2022.  ONLY DAYS BEFORE I WAS TO SIT

20   TO TAKE THE USMLE STEP EXAMINATION FOR THE VERY FIRST

21   TIME.

22             AND AS YOU CAN SEE HERE ON THIS DOCUMENT,

23   I LOOKED AT IT AND I SAID OH WOW, I MADE A 212 ON THE

24   EXAM SO EVEN THOUGH I WAS DENIED THESE ACCOMMODATIONS, I

25   AM GOING TO GO AHEAD AND TAKE THE EXAMINATION ANYWAY.  I

1 WAS -- YOU KNOW, I WAS ENCOURAGED TO GO AHEAD AND DO

2 THIS BY THOSE WHO HAD KNOWN HOW LONG I WAS STUDYING AND

3 THINGS BUT I WON'T TALK ABOUT THAT.

4     SO I SAW THAT THIS IS CLEARLY A PASSING

5 SCORE AND IT WOULD SAY, IF WE CAN SCROLL -- I'M SORRY

6 LET'S SEE.  OKAY.  YES.

7     SO IF WE SEE THE LINE WHERE IT SAYS, "WE

8 PARTICIPATE," IN THE HIGHLIGHTED AREA THERE.

9     ON THIS SAME DOCUMENT IT SAYS -- YOU CAN

10 -- YES.

11     SO WE PARTICIPATE -- "WE ANTICIPATE THAT

12 YOUR ACTUAL PERFORMANCE ON THE STEP 1 WILL FALL IN THE

13 RANK FROM A 202 THROUGH A 228, ABOUT TWO-THIRDS OF THE

14 TIME.  THIS RANGE IS BASED ON STUDENTS WHO TOOK THE

15 CBSSA WITHIN ONE WEEK BEFORE TAKING STEP 1 EXAMINATION."

16     SO IF WE CAN SCROLL BACK UP FROM HERE.

17 AND ACTUALLY, I THINK I'VE KIND OF MADE MY POINT HERE,

18 WHICH WAS THE REASON WHY I DECIDED TO GO AHEAD AND SIT

19 FOR THE EXAM.

20     DR. KITCHENS:  AND I WOULD LIKE FOR THIS

21 I WOULD LIKE TO ENTER THIS EXHIBIT INTO THE RECORD, PX

22 53?

23     MS. MEW:  NO OBJECTION.

24     THE COURT:  PX 53 IS ADMITTED.

25     (PLAINTIFF EXHIBIT 53 IS ADMITTED INTO

1    EVIDENCE.)

2                    DR. KITCHENS:  YES.

3                    AND SO WHEN I -- AND WHAT I WOULD LIKE TO

4    ACTUALLY SHOW ON THIS -- ON THIS DOCUMENT --

5                    IF I CAN PULL UP EXHIBIT NUMBER PX 76,

6    PLEASE?

7                    AND LET'S SEE.  THERE WE ARE.

8                    SO PX 76 THIS WAS FILED -- WAS FILED

9    THROUGHOUT LITIGATION.  AND WHAT THIS DOCUMENT IS, AND

10   ITS KIND OF BLURRY BECAUSE IT HAS THE STAMP FROM THE

11   COURT UP THERE.

12                   WHAT THIS IS, IS AN EXAMPLE.  AND

13   ACTUALLY AN ACTUAL TEST QUESTION FROM THE NBME'S CBSSA

14   ASSESSMENT AND -- TO GIVE YOU WHAT IT LOOKS LIKE.

15                   SO YOU CAN SEE HERE THAT -- AND WHEN I

16   TOOK THE EXAM BECAUSE THEY SAID THIS IS SUPPOSED TO HELP

17   REPRESENT THE ACTUAL EXAM BY -- I TOOK IT AT STANDARD

18   PACE TIMED MEANING TIMED, HERE IN MY HOME OFFICE AND

19   THESE WERE THE EXAMS THAT -- THE TYPE OF QUESTIONS.

20                   THEY ARE ONE SENTENCE QUESTIONS.  THE

21   PATIENT WHOSE CARDIAC FUNCTION ILLUSTRATED MOST LIKELY

22   HAS WHICH OF THE FOLLOWING?

23                   THIS HERE, FOR ME, WAS NOT AS BAD BECAUSE

24   IT WASN'T AS TAXING ON MY -- THE MENTAL PSYCHE FOR ME --

25   FOR MYSELF BECAUSE IT WASN'T SO MUCH READING AND SO MUCH

1    COMPREHENSION THAT I WOULD HAVE TO DIFFERENTIATE OF

2    WHETHER OR NOT THIS WAS THE CORRECT ANSWER FOR IT.

3                IT WAS, DO YOU KNOW THE ANSWER OR DO YOU

4    NOT KNOW THE ANSWER.  AND IF YOU CAN SCROLL DOWN.

5    HERE'S JUST ANOTHER SAMPLE AND QUESTION.  YOU CAN SEE

6    THAT IT'S NOT THAT MUCH -- OR, IT'S NOT THAT INTENSE OF

7    READING.  ITS REALLY TESTING YOU ON YOUR KNOWLEDGE, DO

8    YOU KNOW THE INFORMATION OR DO YOU NOT KNOW THE

9    INFORMATION.  AND THAT'S REALLY ALL I REALLY NEED TO SAY

10    ABOUT THIS PARTICULAR DOCUMENT HERE, AND I WOULD LIKE

11    FOR IT TO BE ENTERED INTO -- EXCUSE ME, ENTERED INTO THE

12    RECORD AS PX 76?

13                AND SO AFTER TAKING.

14                THE COURT:  WAIT A MINUTE, DR. KITCHENS.

15                MS. MEW, DID YOU HAVE ANY OBJECTION TO

16    THAT?

17                MS. MEW:  I AM THINKING ABOUT IT, YOUR

18    HONOR, BECAUSE IT'S JUST TWO PAGES BUT NOTING THAT, NO,

19    I DON'T HAVE ANY OBJECTIONS.

20                THE COURT:  ADMITTED, PX 76.

21                (PLAINTIFF EXHIBIT 76 IS ADMITTED INTO

22    EVIDENCE.)

23                DR. KITCHENS:  SO FOR THIS PARTICULAR --

24    SO I MOVED ON AND I DECIDED -- I TOOK THE EXAMINATION

25    AFTER PASSING THIS CBSSA AND I RECEIVED A REALLY FAILING

1    SCORE ON THERE.

2                    IF WE CAN PULL UP JOINT EXHIBIT 09?

3                    AND THIS HERE IS A DOCUMENT OF MY ACTUAL

4    USMLE STEP 1 EXAMINATION THAT WAS GIVEN ON THE TEST DATE

5    OF FEBRUARY 25TH, AND LET IT BE REMINDED, I JUST WOULD

6    RATHER REMIND THE COURT THAT MY LAST CBSSA WAS JUST A

7    DAY BEFORE THIS.

8                    AND ONE WOULD PROBABLY KIND OF UNDERSTAND

9    WHY A PERSON WOULD BE VERY -- VERY DISHEARTENING TO SEE

10   SUCH A MINIMUM SCORE, WHERE THE BLACK HERE IS

11   REPRESENTED AS THE MINIMUM PASSING SCORE AND THE -- THE

12   ORANGE IS WHERE I ACTUALLY SCORED ON HERE.

13                   SO IT WAS DEFINITELY MUCH MORE -- IN MY

14   EXPERIENCE THE -- THE TESTS WERE COMPLETELY DIFFERENT,

15   COMPLETELY DIFFERENT, WHEREAS ON THE CBSSA YOU HAD -- WE

16   SEE WHAT TYPE OF QUESTIONS THOSE WERE, VERSUS ON THE

17   USMLE, THEY ARE SOMETIMES PARAGRAPHS LONG, PLUS MANY

18   LAPS FOR ONE QUESTION.

19                   SO WHEN I WAS TAKING THE EXAM THE -- IT

20   TOOK SO MUCH MORE CONCENTRATION FOR ME ON THIS

21   EXAMINATION TO THE POINT WHERE I DIDN'T EVEN REALIZE

22   THAT MY SCORE WOULD HAVE BEEN SO LOW AND TO THE POINT

23   WHERE I THOUGHT FOR A MOMENT, FOR ACTUALLY QUITE SOME

24   TIME, THAT I EVEN HAD TAKING AN ENTIRE EXTRA 40

25   QUESTIONS AND THIS IS SOMETHING THAT I WROTE TO THE NBME

1    SAYING THIS -- OR THAT I -- YES, ACTUALLY, AT THE TIME I

2    HAD MY WIFE WRITE THIS LETTER TO THEM, BECAUSE I WAS

3    LIKE WAIT A SECOND, THIS CANNOT BE RIGHT.

4              I TOOK SO MANY MORE.  BUT FOR THE FACT --

5    WHAT THIS SHOWS FOR ME, AND EVEN AFTER TALKING WITH MY

6    WIFE ABOUT IT, IT SHOWED FOR US -- AND HERE IS THE

7    EXHIBITS HERE, SORRY, EXHIBIT J9, AND J -- PX 53, I AM

8    SORRY.

9              SO WE -- I THINK SHE PULLED THEM UP

10   SIDE-BY-SIDE FOR -- FOR THE COURT'S CONVENIENCE.

11             AND WHAT THIS SHOWED WAS THAT I WAS

12   COMPLETELY NOT ABLE TO FOCUS AS I SHOULD HAVE BEEN IF I

13   WOULD HAVE BEEN ABLE TO RECEIVE THOSE ACCOMMODATIONS TO

14   THE POINT WHERE I WOULD EVEN GO AS TO PUT MY WIFE'S

15   REPUTATION ON THE LINE AND TELL HER THAT I HAVE TAKEN AN

16   ENTIRE 40 EXTRA QUESTIONS COMPARED TO EVERYONE ELSE.

17             AND WE CAN TAKE THOSE EXHIBITS DOWN,

18   THERE.  THANK YOU.

19             MS. MEW:  DR. KITCHENS, DO YOU WANT TO

20   INTRODUCE YOUR REPORT.

21             THE COURT:  YOU WERE ASKING THE QUESTION

22   I WAS.

23             DR. KITCHENS:  YES, JUDGE, I WOULD LIKE

24   TO ENTER IN JX 09 INTO THE RECORD.

25             MS. MEW:  NO OBJECTION.

```
 1                    THE COURT:  ADMITTED.

 2                    (PLAINTIFF JOINT EXHIBIT 09 IS ADMITTED

 3      INTO EVIDENCE.)

 4                    DR. KITCHENS:  AND SO WHEN I WAS LOOKING

 5      AT THESE DIFFERENT THINGS, I JUST REALLY DID NOT

 6      UNDERSTAND THE DISCONNECT.  AND GOING THROUGH THE

 7      LITIGATION AND THINGS OF THAT NATURE, I WAS PROVIDED

 8      WITH A DOCUMENT OF JX 14.

 9                    AND THIS -- FOR TIME SAKE, WHILE SHE IS

10      DOING THAT I WILL EXPLAIN THE DOCUMENT, IF THAT'S OKAY

11      WITH THE COURT?

12                    THE COURT:  YES.

13                    DR. KITCHENS:  OKAY.  SO THIS PARTICULAR

14      DOCUMENT, JX 14, WILL GIVE A TIME REPORT OF HOW I

15      ACTUALLY DID ON THE EXAM, IT WILL ALSO TALK ABOUT HOW

16      LONG -- I'M SORRY YOU CAN SCROLL THROUGH -- HOW LONG

17      AMOUNT OF TIME THAT I SPENT ON THE EXAMINATION, ALL OF

18      THESE TYPE -- THESE EXPLANATIONS HERE, BECAUSE FOR

19      MYSELF, I REALLY COULD NOT UNDERSTAND WHAT WAS THE ISSUE

20      HERE OUTSIDE OF THE OBVIOUS, THAT I COULD NOT BE ABLE TO

21      READ AS MUCH OF THIS INFORMATION AND RETAIN THIS

22      INFORMATION TO BE ABLE TO ANSWER THE ANSWER ON MY -- ON

23      THE MERITS OF MY EDUCATION AND KNOWLEDGE VERSUS CAN I

24      REMEMBER WHAT I JUST READ HERE AND MOVE ON.

25                    AND WITH THAT, I WOULD LIKE TO PUT THIS
```

1    EXHIBIT INTO THE RECORD, JX 14?

2                    MS. MEW:  NO OBJECTION.

3                    DR. KITCHENS:  SO I WANTED TO -- OH,

4    SORRY.

5                    THE COURT:  SORRY.  I JUST WANTED TO SAY

6    ON THE RECORD THAT JX 14 IS ADMITTED.

7                    (PLAINTIFF JOINT EXHIBIT 14 IS ADMITTED

8    INTO EVIDENCE.)

9                    THE COURT:  CAN I GET -- DR. KITCHENS, I

10   SO THAT I SAVE TIME TO COMING BACK TO IT, BUT ABOUT JX

11   14, COULD YOU JUST EXPLAIN -- GIVE ME A LITTLE MORE

12   EXPLANATION HOW TO INTERPRET THAT DOCUMENT, LIKE WHAT IS

13   WHAT ON IT?

14                   DR. KITCHENS:  YES, SIR.  LET'S BRING UP

15   JX 14.

16                   MS. MEW:  YOUR HONOR?

17                   THE COURT:  SORRY, MS. MEW.

18                   MS. MEW:  I'M SORRY, BUT I JUST -- THIS

19   WAS SOMETHING THAT WE PRODUCED NOT THAT DR. KITCHENS

20   PRODUCED.  THIS IS AN NBME DOCUMENT AND WE WILL HAVE A

21   WITNESS TESTIFYING ABOUT WHAT IT MEANS BUT --

22                   THE COURT:  OH.  I JUST WANTED TO

23   UNDERSTAND ABOUT THE HEADINGS AND ABBREVIATIONS, BUT I

24   WILL LEAVE THAT UNTIL LATER.  THAT'S FINE.

25                   DR. KITCHENS:  YES, JUDGE.

```
1                    THE COURT:  OKAY.

2                    DR. KITCHENS:  SO I CONTINUE TO -- AT

3     THIS POINT, AFTER THE FAIL I CONTINUED TO WORK HARD,

4     CONTINUED TO STUDY FOR THE EXAMINATION.  AND IT RAN

5     THROUGH MY MIND THAT YOU KNOW WHAT, I NEED TO APPLY FOR

6     THESE ACCOMMODATIONS AGAIN BUT I DO NOT HAVE ANY MORE

7     DOCUMENTATION AND I -- LORD KNOWS THAT I CANNOT AFFORD

8     THESE EVALUATIONS OR -- YOU KNOW, I JUST DIDN'T HAVE IT.

9                    SO I DIDN'T WANT TO WASTE MY TIME OR

10    THEIR TIME.  SO I CONTINUED TO STUDY AND I RE TOOK AN

11    EXAMINATION, WHICH IS EXHIBIT PX 54.  PX 54, ON MARCH

12    THE 21ST, 2022.  AND WHEN I TOOK THIS EXAM, THE CBSSA,

13    AGAIN, THIS EXAMINATION SHOWS THAT -- SAYS MY NAME HERE,

14    IT SHOWS THE DATE HERE, THAT MY TOTAL EQUATED PERCENT

15    SCORE WAS 77 PERCENT, WHICH WE CAN SEE STILL FAILED IN

16    THE LINES OF -- FROM THE PREVIOUS CBSSA THAT I TOOK BACK

17    IN FEBRUARY.

18                   SO WITH HAVING THIS DOCUMENTATION AGAIN,

19    AND THE WORDING SAYS RIGHT ABOVE IT, BASED ON THE

20    PERFORMANCE OF YOUR CBSSA, YOUR ESTIMATE PROBABILITY OF

21    PASSING STEP 1 IF YOU TEST WITHIN ONE WEEK IS

22    99 PERCENT.  AND I KNOW THAT THIS IS -- AND I WANTED TO

23    REALLY LEAN IN ON THIS BECAUSE THIS IS SOMETHING THAT

24    REALLY -- I COULD NOT REALLY UNDERSTAND WHY THERE IS

25    SUCH A BIG DISCONNECT BETWEEN THE TWO, OUTSIDE OF
```

 1    OBVIOUSLY THE READING AND I KNOW THAT THAT WAS -- YOU

 2    KNOW, WOULD BE A QUESTION THAT I WOULD LIKE FOR THE

 3    COURT TO KNOW, WHY DID I KEEP TAKING THE EXAMS AFTER THE

 4    FACT.

 5                   AND WITH THAT, I WOULD LIKE TO ADMIT

 6    EXHIBIT PX 54 INTO THE RECORD?

 7                   MS. MEW:  YOUR HONOR, I AM GOING TO

 8    OBJECT BECAUSE IT LOOKS LIKE IT'S NOT COMPLETE.  DO YOU

 9    SEE HOW THERE'S --  BUT I THINK THAT WHAT I WOULD

10    SUGGEST IS THAT WE -- I AM SURE WE HAVE A COPY -- A

11    COMPLETE COPY OF THIS.  SO MAYBE IF WE CAN HOLD OFF ON

12    ADMITTING THIS ONE WE WILL TRY TO GET A BETTER COPY OF

13    IT, A COMPLETE COPY.

14                   THE COURT:  OKAY.  I DON'T WANT TO LOOSE

15    THE THREAD ON THE RULING SO I AM GOING TO ADMIT IT WITH

16    THE PROVISO IT IS INCOMPLETE AND I WILL LEAVE IT TO YOU

17    TWO TO MAKE SURE THAT THE COPY THAT EVENTUALLY GETS

18    FILED IS COMPLETE.

19                   (PLAINTIFF EXHIBIT 54 IS ADMITTED INTO

20    EVIDENCE.)

21                   DR. KITCHENS:  FOR TIME SAKE, YOUR HONOR,

22    I THINK THAT I HAVE REALLY TALKED MORE -- ENOUGH ABOUT

23    THE REASONS WHY I WENT AHEAD AND TOOK THESE EXAMS AND

24    INSTEAD OF GOING -- WASTING COURT'S TIME WITH GOING

25    THROUGH EVERY SINGLE DOCUMENT FOR STEP 1, STEP 2, I WILL

1    -- I WOULD LIKE TO GO AHEAD AND EXPRESS WHY I FEEL THAT

2    THE EXPUNGEMENT OF MY TRANSCRIPT, IF THAT'S OKAY FOR ME

3    TO SPEAK ABOUT, OR NO, IN MY EXPERIENCE?

4            THE COURT:  WELL, YES OR NO.  SO LET ME

5    GIVE YOU GUIDANCE.  JUST THE TESTIMONY THAT IS GOING TO

6    BE APPROPRIATE HERE FOR YOU AS THE FACT WITNESS, NOT AS

7    THE -- YOU KNOW, THE ARGUER OR THE REPRESENTER OF

8    YOURSELF, IS THINGS THAT YOU PERCEIVED, THINGS THAT

9    HAPPENED TO YOU.  WELL, LIKE WHAT YOU HAVE BEEN DOING

10   FOR THE LAST HOUR OR SO IN YOUR TESTIMONY WHERE YOU WERE

11   DISCUSSING DECISIONS THAT YOU MADE, REASONS YOU MADE

12   DECISIONS, THINGS THAT YOU RECEIVED, YOU KNOW THOSE

13   TYPES OF FACTS; RIGHT?

14           SO IF THERE IS SOMETHING IN THAT SAME

15   CATEGORY OF INFORMATION THINGS THAT YOU PERCEIVE THAT IS

16   RELEVANT TO THE EXPUNGEMENT QUESTION THAT IS FINE, BUT I

17   DON'T NEED TO HEAR ARGUMENT ON EXPUNGEMENT RIGHT NOW;

18   OKAY?

19           DR. KITCHENS:  YES, SIR.

20           SO ONE THING THAT I WOULD SAY THEN TO

21   REVISE FROM GOING DOWN THAT ROUTE IS, WHEN I -- WHEN I

22   TOOK MY EXAMS AND WHEN THE SCORES CAME BACK, AND I

23   OPENED THEM, EVERYTHING WITHIN ME LITERALLY SANK AND I

24   FELT AS IF I WAS -- HONESTLY, I CALLED MYSELF DUMB

25   SEVERAL TIMES.  I TOLD MYSELF THAT AND I CONVINCED

1     MYSELF THAT I WAS NOT WORTHY TO BE A DOCTOR.

2              I TOLD MYSELF AND THEN THE STRESSORS CAME

3     IN MY HEAD, IT WAS HOW IN THE WORLD AM I GOING TO PAY

4     BACK THESE LOANS?  I AM NEVER GOING TO GET INTO A

5     RESIDENCY PROGRAM BECAUSE EVERYBODY ALREADY KNOWS THAT,

6     ONE, I HAVE EVERYTHING GOING AGAINST ME.

7              I AM AN IMG.  THERE IS SO MUCH

8     DOCUMENTATION THAT SHOWS THAT THE PROPORTIONS OR THE

9     PERCENTAGE OF THOSE WHO GO TO SCHOOL IN THE STATES

10    MATCHING INTO PROGRAMS VERSUS THOSE THAT ARE IMGS WHO

11    MATCH INTO CERTAIN PROGRAMS AND HOW MANY PEOPLE APPLY

12    FOR EACH ONE AND HOW MANY ARE ADMITTED FOR EACH ONE.

13             SO THESE THINGS ARE GOING THROUGH MY HEAD

14    AND IT'S BRINGING ON ALL OF THESE PARTICULAR STRESSORS

15    AND IT KEPT MAKING ME FEEL AS IF SOMETHING IS WRONG WITH

16    ME.  THAT THE THING THAT I HAVE LITERALLY BEEN TRYING TO

17    HIDE FROM EVERYONE, NO ONE IN MY FAMILY OUTSIDE OF MY

18    MOM EVEN KNOWS THAT I HAVE ADHD.  THE SAME WAY THEY

19    DON'T KNOW ABOUT THIS TRIAL TODAY, EXCEPT FOR MY MOTHER

20    AND MY WIFE.

21             THESE THINGS HERE ARE -- THEY PLAY A BIG

22    IMPACT.  AND IT'S NOT THAT I AM WANTING TO -- TO SAY

23    THAT I WANT -- I JUST WANT THESE ACCOMMODATIONS TO CHEAT

24    THE EXAM AND TO GET AHEAD OF EVERYBODY ELSE.  NO.  THESE

25    ARE THINGS THAT CAN BE SEEN AND AFTER THE EXAMS OF GOING

```
 1      INTO THE -- GOING TO MY PSYCHIATRIST, TALKING TO MY

 2      THERAPIST ABOUT THE SITUATION, AND HOW THIS IS REALLY

 3      AFFECTED ME PERSONALLY AND SPIRITUALLY AND IT ALSO --

 4      WHEN I WAS DENIED THE SECOND TIME FOR THE

 5      ACCOMMODATIONS, AND I DID SUBMIT THE EXACT SAME

 6      DOCUMENTATION THE SECOND TIME I APPLIED FOR THE

 7      ACCOMMODATIONS BECAUSE I JUST DID NOT HAVE IT.

 8                      AND YOU KNOW, AND I KEPT THINKING TO MY

 9      -- AND I KEPT TELLING MY WIFE, WHAT IS WRONG WITH THESE

10      PEOPLE?  WHY CAN THEY -- WHY CAN THEY NOT SEE THAT IF I

11      HAVE THE DOCUMENTATION WHY WOULD I NOT GIVE IT TO YOU?

12                      WHY WOULD I HURT MYSELF AND NOT -- YOU

13      KNOW, AND NOT GIVE YOU THE DOCUMENTATION?  IF I CAME

14      FROM A FAMILY THAT HAD MONEY OR IF I HAD THE RESOURCES

15      THAT HAD MONEY TO HAVE THE EVALUATIONS IT WOULD BE NO

16      PROBLEM.  I WOULD HAVE SAID OKAY.  HOW MANY EVALUATIONS

17      WOULD YOU LIKE FOR ME TO HAVE?

18                      I WOULD GO AND GET THEM BUT THAT IS

19      SOMETHING THAT WAS NOT IN MY REALM THAT I CAN -- IN MY

20      GRASP THAT I COULD DO.  AND I WAS TRYING MY BEST TO --

21      TO REALLY TRY TO UNDERSTAND WHY.  AND IT MADE ME LOSE

22      FAITH IN THE NBME.  IT MADE MY BELIEVE ALL OF THE THINGS

23      THAT ALL OF THESE -- YOU KNOW, THAT WE AS STUDENTS AND

24      MEDICAL GRADUATES TALK ABOUT.

25                      YOU KNOW, IT'S NOT JUST ONE PERSON OR TWO
```

1    PEOPLE, YOU ARE TALKING ABOUT HUNDREDS OF THOUSANDS --

2    NOT HUNDREDS OF THOUSANDS, BUT HUNDREDS OF PEOPLE OR

3    MORE THAT ARE TALKING ABOUT THEIR REPRESENTATION OF

4    INJUSTICE WHEN IT COMES TO ACCOMMODATIONS AND THE ONLY

5    THING THAT THIS DID FOR ME WAS SOLIDIFY THAT.

6              SO WHY WOULD I WASTE MY TIME ON TAKING --

7    PAYING FOR EVALUATIONS AFTER THE EVALUATIONS AND THEN I

8    STARTED DOING EVALUATIONS WHEN I HAD TO PAY $1000 PER

9    EXAM.  THAT TAKES A LOT OF MONEY FOR ME TO SAVE UP -- TO

10   SAVE UP TO SAY WHAT IS MOST IMPORTANT?

11             I HAVE A TIME FRAME LINGERING OVER ME ALL

12   THE TIME.  I HAVE FAMILY MEMBERS THAT ARE SAYING, HEY,

13   WHERE ARE YOU GOING TO -- ARE YOU IN RESIDENCY?  WHICH

14   RESIDENCY PROGRAM DID YOU MATCH IN?  AND TO BE ABLE TO

15   -- NOT EVEN BE ABLE TO GIVE THEM AN ANSWER OR TELL THEM

16   THAT, YES, I GRADUATED BUT I HAVEN'T MATCHED INTO

17   RESIDENCY PROGRAMS.

18             THOSE TYPE OF THINGS THERE LINGER ON A

19   PERSON.  AND THEN I STARTED DOING, YOU KNOW, RESEARCH

20   AND THINGS ON THE NBME TO SAY LIKE, ON -- LIKE PEOPLE ON

21   REDDIT THAT'S GIVEN THEIR PERSONAL TESTIMONIES AND

22   THINGS OF THAT NATURE, SAYING LISTEN, I HAVE APPLIED FOR

23   ACCOMMODATIONS, SUBMITTED ALL OF THESE THINGS, THEY EVEN

24   HAD SCREENSHOTS OF ALL OF THE DOCUMENTATIONS ON REDDIT,

25   AND STILL GOT A DENIAL.

1               SO IN MY HEAD I AM SAYING, YOU KNOW WHAT,

2     DO I PAY MONEY AND TAKE A GAMBLE ON ACCOMMODATIONS --

3     OR, ON EVALUATIONS TO PROVE TO THEM, OR DO I CONTINUE TO

4     TRY MY BEST AND CONTINUE TO WORK HARD AND SACRIFICE MANY

5     HOLIDAYS, SACRIFICE MANY TRIPS AND TO BE HERE IN MY

6     OFFICE ALL THE TIME TO STUDY BECAUSE, AGAIN, I KNEW FOR

7     A FACT THAT EVEN ON THE ECFMG'S WEBSITE, WHICH THE ECFMG

8     IS AN ENTITY THAT WORKS -- AND MS. MEW, CORRECT ME IF

9     I'M WRONG -- THAT IT -- THAT IT WORKS -- AND JUST FOR

10    CLARIFICATION THAT THEY ARE LIKE AN ENTITY OF THE NBME

11    THAT WORKS -- NO.

12              THEY ARE THE -- EXCUSE ME, THEY ARE THE

13    -- DON'T TELL ME.  IT IS THE DEAN'S OFFICE.  THE DEAN'S

14    OFFICE FOR INTERNATIONAL GRADUATES; RIGHT?  AND SO --

15    YES?

16              MS. MEW:  I DON'T KNOW.

17              DR. KITCHENS:  SO THIS IS THE LANGUAGE

18    THAT THEY GAVE.  SORRY -- I DIDN'T HEAR YOU JUDGE.

19              MS. MEW:  YOU'RE ON MUTE, YOUR HONOR.

20              THE COURT:  I THINK -- DR. KITCHENS, I

21    THINK MS. MEW DOES NOT WANT TO TESTIFY WHILE YOU ARE

22    TESTIFYING.  SO PROCEED.

23              DR. KITCHENS:  I'M SO SORRY.

24              BUT AGAIN, THE ECFMG IS A HUB WE HAVE TO

25    GO THROUGH.  I CANNOT CALL NBME -- THE ACTUAL NBME

1   OFFICE AND ASK FOR THEM TO HELP ME WITH SPECIFIC

2   DOCUMENTATION AND THINGS OF THAT NATURE.  THEY ARE GOING

3   TO REFER ME TO THE ECFMG AND THEN THEY WILL BE THE

4   MIDDLE PERSON TO -- TO WORK WITH THE NBME, AS IS MY

5   UNDERSTANDING OF IT, WHAT I WAS TOLD DURING MY

6   DEPOSITION.

7               AND ON THE NBME'S WEBSITE, IT IS VERY

8   CLEAR THAT THEY STATE THAT YOU ONLY HAVE SEVEN YEARS,

9   SEVEN YEARS TO COMPLETE YOUR -- TO COMPLETE ALL OF YOUR

10  EXAMINATIONS FOR CERTIFICATION.

11              SO NOW, YOU HAVE SEVEN YEARS LINGERING

12  OVER YOU -- OVER ME.  THEN I HAD -- FROM THE ECFMG

13  ENTITY.  THEN I HAVE MY FAMILY LEANING -- YOU KNOW,

14  LINGERING OVER ME.  THAT TYPE OF PRESSURE.  AND THEN I

15  ALSO HAD THE PRESSURE OF I AM A HUSBAND.  I AM -- THIS

16  WAS NOT IN OUR PLAN FOR ME TO PROVIDE FOR MY WIFE AND

17  NOW I CAN'T EVEN DO THAT BECAUSE I CAN'T MAKE IT INTO A

18  RESIDENCY.

19              AND NOW I FEEL LIKE A FAILURE AND -- TO

20  HAVE TO EVEN TELL HER THAT I FAILED.  AND SO I WANTED TO

21  KEEP PUSHING.  AND THEN ALSO, I AM LOOKING AT ANOTHER

22  STRESSOR OF -- RESIDENCY PROGRAMS ACROSS THE BOARD

23  NOTICE HOW LONG THAT GAP YEAR IS BETWEEN WHEN YOU

24  GRADUATED YOUR CLINICALS OF WHEN YOU -- UNTIL YOU HAVE

25  STARTED YOUR RESIDENCY PROGRAM BECAUSE THEY DON'T WANT

1    TO FEEL LIKE THEY HAVE TO RE TEACH YOU AND YOU FORGOTTEN

2    ALL OF THE THINGS BECAUSE WHEN YOU DON'T USE IT YOU LOSE

3    THAT PARTICULAR LITTLE DETAILS.

4              SO I NEEDED TO MAKE SURE THAT I KEPT ON

5    TOP OF THAT AND KEPT STUDYING AS HARD AS I COULD AND

6    KEPT PERSEVERING TO TRY TO TAKE THIS EXAM AND WHEN --

7    JUDGE, WHEN I DID NOT HAVE ANY OTHER CHOICE, ANY OTHER

8    CHOICE, I HAD TO PURSUE LEGAL ACTION.  AND I HAD TO --

9    AND I DIDN'T HAVE A CHOICE BUT TO DO IT PRO SE.  I

10   PROMISE ANYBODY, THIS IS NOT WHAT I WOULD CONSIDER A FUN

11   TIME.  IT'S JUST NOT.  I CAN THINK OF A MILLION OTHER

12   WAYS I COULD BE SPENDING MY DAY.

13             AND THESE TYPE OF THINGS FOR ME -- I

14   DON'T TAKE IT LIGHTLY IS WHAT I AM GETTING AT, AND WHEN

15   I TALKED TO MY WIFE SHE ENCOURAGED ME -- SHE SAID, NO,

16   DO NOT TRY TO SUE THEM.  YOU ARE GOING TO WASTE YOUR

17   TIME.  SHE TOLD ME THAT.  HER MENTOR EVEN SAID THE SAME

18   THING.  I CALLED SEVERAL DIFFERENT LAW OFFICES.  THEY

19   WOULD NOT EVEN TAKE MY CASE EVEN THOUGH I JUST WANTED TO

20   SEE IF THEY WOULD DO IT PRO BONO, BUT THEY WOULD TELL

21   ME, NO, I DON'T THINK THAT THAT'S SOMETHING WE WOULD BE

22   ABLE TO PARTICIPATE.

23             I CALLED FLORIDA.  I CALLED PEOPLE IN

24   YOUR AREA, IN PHILADELPHIA, TO TRY TO FIND A LAWYER.  SO

25   WHEN I DIDN'T HAVE NO OTHER CHOICE, I CAME FROM MY HOUSE

1    BECAUSE I HAD NO UNDERSTANDING OF HOW THIS PROCESS

2    WORKS, AND I DROVE FROM KENTUCKY, FROM RICHMOND,

3    KENTUCKY, 12 HOURS TO YOUR OFFICE AND HAND DELIVERED THE

4    DOCUMENTATION TO FILE THE ORIGINAL COMPLAINT BEFORE THE

5    AMENDED BECAUSE I DIDN'T KNOW THAT I COULD DO IT ONLINE.

6    I HAD NO IDEA.

7               SO I WANT IT TO BE KNOWN THAT I AM NOT

8    JUST A PERSON HERE THAT IS TRYING TO TAKE ADVANTAGE.  I

9    AM DOING EVERYTHING THE RIGHT WAY TO BE A PART OF

10   SOMETHING THAT I FEEL I -- TO BE A PART OF THIS SOCIETY

11   AND PULL MY OWN WEIGHT.

12              AND WITH THAT BEING SAID,YOUR HONOR, I

13   HAVE NO FURTHER STATEMENTS TO SAY.

14              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU

15   FOR THAT, DR. KITCHENS.  SO NOW, AS YOU KNOW, MS. MEW

16   WILL HAVE THE OPPORTUNITY TO CROSS-EXAMINE YOU.

17              JUST AS REMINDER, YOU'VE PICKED THIS UP I

18   AM SURE, BUT THE WAY WE WILL DO THIS, THE WAY WE DO THE

19   CROSS EXAMINATION, AGAIN, BECAUSE IT'S A BENCH TRIAL

20   IT'S LITTLE MORE FLEXIBLE THAN USUAL BUT IT'S STILL

21   REALLY HELPFUL -- IT'S BOTH HELPFUL TO ME AND ITS

22   APPROPRIATE, YOU KNOW, WITH REGARDS TO THE DEFENDANT'S

23   RIGHTS IN THE CROSS EXAMINATION, DO YOUR BEST TO ANSWER

24   THE QUESTIONS THAT ARE BEING ASKED OF YOU AND STAY

25   FOCUSED AND JUST ANSWER THE QUESTIONS THAT ARE BEING

1    ASKED OF YOU.

2                 I WILL GIVE YOU AN OPPORTUNITY FOR

3    REDIRECT.  SO IF, FOR EXAMPLE, YOU ARE ASKED A QUESTION

4    AND YOU FEEL AS THOUGH, YOU KNOW, YOU CAN ANSWER THE

5    QUESTION DIRECTLY BUT THERE IS MORE YOU WOULD LIKE TO

6    SAY, I WOULD ASK THAT YOU HOLD THE ADDITIONAL POINTS FOR

7    YOUR REDIRECT; OKAY?

8                 DR. KITCHENS:  YES.  HOPEFULLY I

9    REMEMBER.  BUT YES, SIR.

10                THE COURT:  IF IT'S -- IN THE CROSS

11   EXAMINATION, MS. MEW IS TRYING TO MAKE SOME POINTS.

12   THAT'S HER RIGHT IN BUILDING HER CASE AND IT'S VERY

13   HELPFUL TO -- YOU KNOW, WHAT SHE IS TRYING TO DO ASK

14   SOME QUESTIONS.  SHE'S ENTITLED TO GET DIRECT ANSWERS TO

15   HER QUESTIONS.

16                I KNOW YOUR -- I KNOW THAT SITTING HERE

17   THAT YOU ARE A PASSIONATE PERSON WITH A LOT TO SAY BUT

18   YOU WILL -- THAT'S WHY I WANT TO MAKE SURE THAT I POINT

19   OUT YOU WILL HAVE AN OPPORTUNITY TO REDIRECT WHERE YOU

20   CAN MAKE FURTHER STATEMENTS THAT RESPOND TO THINGS IN

21   THE EXAMINATION YOU FEEL LIKE YOU DIDN'T -- THAT WEREN'T

22   REALLY COVERED BY THE NARROW QUESTION YOU WERE BEING

23   ASKED; OKAY?

24                DR. KITCHENS:  UNDERSTOOD, JUDGE.

25                THE COURT:  ALL RIGHT.  AND IF MS. MEW IS

```
1     -- I AM GOING TO LET -- I AM NOT GOING TO TRY TOO

2     INTERFERE TOO MUCH BUT IF MS. MEW FEELS YOUR RESPONSES

3     ARE NOT FAIR, GIVEN THE GROUND RULES I JUST LAID OUT,

4     SHE IS GOING TO ASK ME TO SAY SOMETHING TO YOU AND I

5     WILL IF I HAVE TO; OKAY?

6                    DR. KITCHENS:  UNDERSTOOD, JUDGE.

7                    THE COURT:  ALL RIGHT.  GO AHEAD, MS.

8     MEW.

9                    CROSS EXAMINATION

10    BY MS. MEW:

11    Q.     GOOD AFTERNOON, DR. KITCHENS.

12    A.     GOOD AFTERNOON, MS. MEW.

13    Q.     I WANTED -- I HAD A FOLLOW-UP QUESTION FROM

14    YESTERDAY.

15                    HOW DO YOU KNOW DR. PULLINS?

16    A.     YES SO I MET DR. PULLINS A COUPLE OF YEARS AGO

17    AT CHURCH WHEN I WAS LIVING IN ILLINOIS.

18    Q.     DO YOU CONSIDER HIM TO BE A FRIEND OF YOURS?

19    A.     I WOULD CONSIDER HIM TO BE A MENTOR OF MINE,

20    YES.

21    Q.     DO YOU AND YOUR WIFE ARE IN A -- BEFORE -- I AM

22    AFRAID THESE ARE GOING TO SOUND -- THIS IS IN RELATION

23    TO IF WE HEARD THE TESTIMONY EARLIER FROM DR. SHEPHERD,

24    ABOUT MULTIPLE -- HAVING -- SHOWING SYMPTOMS OF MULTIPLE

25    IMPAIRMENT BEING PART OF THE ADHD DIAGNOSIS.  SO THIS IS
```

```
1    WHY I AM ASKING THESE QUESTIONS, DR. KITCHENS.
2              YOU AND YOUR WIFE ARE IN A HAPPILY
3    MARRIED AND POSITIVE RELATIONSHIP; CORRECT?
4    A.    YES, THIS IS VERY CORRECT.
5    Q.    AND YOU ARE HEAVILY INVOLVED IN YOUR CHURCH;
6    CORRECT?
7    A.    I WOULD NOT SAY HEAVILY INVOLVED BUT I AM -- I
8    PLAYED PIANO ON SUNDAY MORNINGS FOR MY CHURCH.
9    Q.    AND IN HIGH SCHOOL YOU PLAYED ON THE BASEBALL
10   TEAM?
11   A.    YES, I PLAYED ON THE BASEBALL TEAM FOR ONE YEAR.
12   Q.    YOU PARTICIPATED IN STUDENT GOVERNMENT AT BEREA;
13   CORRECT?
14   A.    YES, I DID.
15   Q.    IN MEDICAL SCHOOL, YOU WERE CHOSEN TO BE CLASS
16   PRESIDENT BY YOUR MEDICAL CLASSMATES; IS THAT RIGHT?
17   A.    SO FOR CLARIFICATION, THAT'S ACTUALLY -- IT'S
18   NOT CLASS PRESIDENT, IT'S LIKE A REPRESENTATIVE BUT IT'S
19   SEVERAL DIFFERENT PEOPLE WHO ARE THE REPRESENTATIVES SO
20   IT JUST WASN'T ME, IT WAS ME AND TWO OTHER PEOPLE.
21   Q.    YOU ALSO SERVED AS VICE-PRESIDENT OF THE SURGERY
22   CLUB?
23   A.    YES, THIS IS CORRECT, FOR ONE YEAR.
24   Q.    AND YOU WERE ALSO A MEMBER OF AN ADVISORY BOARD
25   IN MEDICAL SCHOOL; IS THAT RIGHT?
```

1    A.       YES, THIS IS CORRECT.  YES.

2    Q.       AND FOR WORK, YOU HAVE WORKED AS A CAR SALESMAN;

3    CORRECT?

4    A.       YES, WHEN I FIRST GRADUATED UNDERGRADUATE --

5    UNDERGRAD.

6    Q.       AND DID THAT JOB REGULARLY YOU HAD TO INTERACT

7    WITH CUSTOMERS; CORRECT?

8    A.       YES.

9    Q.       AND DID YOU NOT REQUEST ANY ACCOMMODATIONS IN

10   THIS JOB; CORRECT?

11   A.       NO.

12   Q.       AND DO YOU YOU WERE A GOOD CAR SALESMAN, BECAUSE

13   YOU LIKE WORKING WITH PEOPLE; RIGHT?

14   A.       I WOULD SAY THAT IS SUFFICIENT.

15   Q.       AND THEN YOU ALSO WORKED IN STORE MANAGEMENT AT

16   KROGER; CORRECT?

17   A.       YES, THIS IS CORRECT.

18   Q.       AND THIS WAS FOR ABOUT TWO YEARS BEFORE YOU

19   STARTED MEDICAL SCHOOL?

20   A.       YES.

21   Q.       AND IN THAT JOB YOU WERE RESPONSIBLE FOR WEEKLY

22   BUDGET, INTERACTING WITH CUSTOMERS AND EMPLOYEES,

23   SENDING E-MAILS, ATTENDING MEETINGS, AND MEDIATING

24   DISCIPLINARY ACTION AGAINST EMPLOYEES; CORRECT?

25   A.       THERE -- SO IN THAT PARTICULAR ASPECT, THERE --

```
 1      BECAUSE FOR THE -- FOR THE RECORD, IT'S NOT NECESSARY

 2      THAT ONE PERSON IS DOING THAT.

 3                  AS THE MANAGER THERE IS OTHER PEOPLE WHO

 4      ARE ASSIGNED FOR THOSE TYPES OF THINGS BECAUSE IT'S NO

 5      WAY THAT THE ONE PERSON CAN DO ALL OF THOSE DIFFERENT

 6      THINGS.  SO I WOULD HAVE HAVE TO SAY NO.

 7      Q.      WHEN YOU WERE WORKING AT KROGER, YOU DID NOT

 8      REQUEST ANY ACCOMMODATIONS IN THAT JOB; CORRECT?

 9      A.      I'M NOT SURE -- NO.  NO, I DID NOT.

10      Q.      AND THEN YOU DID YOUR CLINICAL ROTATIONS AT TWO

11      HOSPITALS IN THE UNITED STATES AS PART OF YOUR MEDICAL

12      EDUCATION; CORRECT?

13      A.      YES.

14      Q.      THE ONE WAS AT JACKSON PARK HOSPITAL IN CHICAGO,

15      AND ONE WAS AT BRENTWOOD PSYCHIATRIC HOSPITAL IN

16      LOUISIANA?

17      A.      CORRECT.

18      Q.      AND YOU DID NOT REQUEST ANY ACCOMMODATIONS

19      DURING THOSE ROTATIONS; CORRECT?

20      A.      NO.  CORRECT.

21      Q.      AND I THINK YOU ALSO DID A SUMMER INTERNSHIP AT

22      THE MAYO CLINIC IN CHICAGO, AND THEN ONE AT BAPTIST

23      HEALTH IN KENTUCKY?

24      A.      YES.  SO THOSE ARE REQUIRED BY THE UNIVERSITY.

25      THEY ARE CALLED CLERKSHIPS AND YOU ARE -- YOU HAVE TO
```

1    HAVE SO MANY HOURS.  SO IT WAS STILL A PART OF SCHOOL

2    CURRICULUM, BUT YES, CORRECT.

3    Q.      THOSE ARE MEDICAL -- SO THOSE ARE MEDICAL -- FOR

4    PART OF YOUR MEDICAL SCHOOL CURRICULUM?

5    A.      YES, SO IT IS BECAUSE WE HAVE TO TURN IN A FORM

6    AT THE END, AN OFFICIAL FORM WHERE THE DOCTOR HAS TO

7    SIGN IT AND SUCH, AND THEN WE HAVE TO RETURN IT IN

8    BECAUSE WHAT THE SCHOOL IS TRYING TO AVOID IS THE

9    DISCONNECT FROM WHEN YOU HAVE SUMMER BREAK.

10            THEY DON'T WANT YOU TO FORGET THOSE

11   THINGS, ALL OF THE INFORMATION.  SO YOU HAVE TO DO AT

12   LEAST FOUR WEEKS OF THAT.

13   Q.      AND WHEN YOU WERE AT MAYO CLINIC AND AT BAPTIST

14   HEALTH DID YOU NOT REQUEST ANY ACCOMMODATIONS; CORRECT?

15   A.      NO.

16   Q.      LET'S PULL UP JX 1.  WE ARE JUST GETTING STARTED

17   HERE, SO WE WILL NEED TO GET OUR FLOW GOING.

18            SO THIS DOCUMENT HAS ALREADY BEEN ENTERED

19   INTO EVIDENCE.

20            DR. KITCHENS, DO YOU RECOGNIZE THIS AS

21   YOUR ELEMENTARY SCHOOL TRANSCRIPT?

22   A.      I DO.

23   Q.      AND THIS IS A DOCUMENT THAT YOU ARE RELYING ON

24   IN THIS LITIGATION; CORRECT?

25   A.      THIS IS CORRECT.

1    Q.      DID YOU OBTAIN -- DID YOU HAVE THIS DOCUMENT

2    BEFORE THE LAWSUIT OR DID YOU OBTAIN IT AS PART OF THE

3    LAWSUIT?

4    A.      IT WAS NOT IN MY POSSESSION DURING THE -- BEFORE

5    THE LAWSUIT.

6    Q.      SO IT'S FAIR TO SAY YOU DID NOT PROVIDE A COPY

7    OF THIS TO NBME IN SUPPORT OF EITHER OF YOUR 2022

8    ACCOMMODATIONS REQUESTS; CORRECT?

9    A.      I DID NOT KNOW THAT THIS DOCUMENT STILL EXISTED.

10   Q.      BUT YOU'VE SINCE OBTAINED IT?

11   A.      YES.

12   Q.      IF WE LOOK AT YOUR ELEMENTARY SCHOOL TRANSCRIPT,

13   AT JX 1, FOR FIRST GRADE, FOR CONDUCT, IT REPORTS ALL

14   S'S; IS THAT CORRECT?

15   A.      YES, I DO SEE THAT, THAT'S CORRECT.

16   Q.      AND IS IT YOUR UNDERSTANDING THAT S MEANS

17   SATISFACTORY?

18   A.      THAT IS CORRECT.

19   Q.      AND IF WE LOOK DOWN THERE FOR GRADE TWO AT YOUR

20   CONDUCT SCORES, AGAIN, WE SEE FOUR S'S; CORRECT?

21   A.      I'M SORRY CAN YOU REPEAT THE QUESTION?

22   Q.      FOR GRADE TWO, YOUR CONDUCT SCORES THERE ARE

23   FOUR S'S; CORRECT?

24   A.      CAN YOU ZOOM IN?  IT'S VERY HARD FOR ME TO READ.

25   Q.      YES.

1    A.       THANK YOU.

2                     YES, THERE ARE FOUR S'S THERE.

3    Q.       AND NOW WE WILL LOOK AT JX 2.  THIS IS A

4    DOCUMENT THAT IS ALREADY IN THE RECORD AS WELL.

5                     DO YOU RECOGNIZE THIS AS YOUR MIDDLE

6    SCHOOL TRANSCRIPT?

7    A.       I DO.

8    Q.       AND THIS IS ANOTHER DOCUMENT THAT YOU ARE NOW

9    RELYING ON IN THIS LITIGATION; CORRECT?

10   A.       THIS IS CORRECT.

11   Q.       THIS IS NOT A DOCUMENT THAT YOU OBTAINED AND

12   SUBMITTED TO NBME IN SUPPORT OF ANY ACCOMMODATION

13   REQUEST; CORRECT?

14   A.       I DIDN'T KNOW THAT THIS DOCUMENTATION EVEN

15   EXISTED.  STILL EXISTED.

16   Q.       AND DO YOU -- BUT YOU SINCE FIGURED THAT OUT AND

17   WERE ABLE TO OBTAIN THE DOCUMENT FOR USE IN THIS

18   LITIGATION; CORRECT?

19   A.       I DID AT THE REQUEST OF NBME'S REQUEST IN

20   DISCOVERY, OTHERWISE I WOULD HAVE NEVER THOUGHT ABOUT

21   IT.

22   Q.       LET'S LOOK AT JX 3.  THIS IS ALSO A DOCUMENT

23   THAT IS ALREADY IN EVIDENCE.

24                    AND THIS IS YOUR -- WOULD YOU LIKE US TO

25   ZOOM IN, DR. KITCHENS, SO YOU CAN SEE IT BETTER?

1    A.      YES.

2    Q.      THIS IS A COPY OF YOUR HIGH SCHOOL TRANSCRIPT;

3    CORRECT?

4    A.      THIS IS CORRECT.

5    Q.      AND THIS IS ANOTHER DOCUMENT THAT YOU ARE NOW

6    RELYING ON IN THIS LITIGATION; CORRECT?

7    A.      THIS IS CORRECT.

8    Q.      AND FOR WHATEVER REASON YOU DID NOT SUBMIT IT TO

9    NBME IN SUPPORT OF YOUR ACCOMMODATION REQUEST; CORRECT?

10   A.      AND AGAIN, I DID NOT KNOW THAT THIS

11   DOCUMENTATION STILL EXISTED GIVEN THE TIME FRAME.

12   Q.      IF WE STAY ON THIS DOCUMENT, AND SCROLL DOWN A

13   LITTLE BIT, TO WHERE THE CUMULATIVE G.P.A. IS.

14          OH, IT'S UP THERE.  I WAS THINKING OF A

15   DIFFERENT DOCUMENT.

16          YOU GRADUATED HIGH SCHOOL WITH A 2.812

17   CUMULATIVE G.P.A.?

18   A.      CAN YOU PLEASE ZOOM IN ON THAT?   YES.

19   Q.      AND YOU GRADUATED 45 OUT OF 135 STUDENTS?

20   A.      YES.

21   Q.      IN THE TOP THIRD OF YOUR CLASS?

22   A.      I'M NOT SURE OF THE MATH.

23   Q.      AND IS IT FAIR TO SAY YOU WERE ABOUT A -- I

24   DON'T KNOW, C PLUS, B MINUS?

25   A.      I WOULD SAY A C PLUS IN HIGH SCHOOL.

1    Q.      YOU TOOK A NUMBER OF HONORS AND AP LEVEL

2    CLASSES; CORRECT?

3    A.      I DID.

4    Q.      NOW I AM GOING TO PULL UP JX 4.  THIS IS ANOTHER

5    DOCUMENT THAT IS ALREADY IN EVIDENCE.

6            SO THIS IS YOUR BEREA COLLEGE TRANSCRIPT;

7    CORRECT, DR. KITCHENS?

8    A.      YES.

9    Q.      THIS IS NOT A DOCUMENT THAT WAS SUBMITTED TO

10   NBME IN SUPPORT OF YOUR ACCOMMODATION REQUEST; CORRECT?

11   A.      I WAS NOT SURE IF I NEEDED TO SUBMIT THIS TO THE

12   NBME.

13   Q.      BUT YOU ARE NOW RELYING ON IT IN THIS

14   LITIGATION; CORRECT?

15   A.      I AM, YES.

16   Q.      YOU MAJORED IN MUSIC AT BEREA?

17   A.      YES, I MAJORED IN MUSIC AT BEREA.

18   Q.      IF WE LOOK AT THE BEREA AT THE FALL OF 2010, AND

19   I THINK WE MIGHT NEED TO GO TO THE NEXT PAGE IT'S -- I

20   THINK THIS IS IN REVERSE ORDER.

21            OH, THERE IT IS.  OKAY.

22   A.      IT IS ACTUALLY VERY HARD FOR ME TO READ IT TO BE

23   HONEST.

24   Q.      OKAY.

25   A.      I THINK IT'S THE COLOR, BUT IT'S OKAY.

1    Q.     IF YOU WOULD LIKE MARKCUS, WHAT I HAVE BEEN

2    DOING SOMETIMES WHEN YOU WERE PUTTING UP DOCUMENTS I

3    HAVE LOOKED AT MY OWN ELECTRONIC COPY ON MY OTHER

4    SCREEN, SO AS LONG AS YOU ARE COMFORTABLE WE ARE TALKING

5    ABOUT THE SAME THING IF YOU WOULD LIKE TO LOOK AT THAT?

6    A.     I AM COMFORTABLE, YES.

7    Q.     OKAY.  IF WE LOOK AT YOUR GRADE IN MODERN

8    BIOLOGY, IN THE FALL OF 2010, THIS LOOKS LIKE YOUR

9    FRESHMAN YEAR; IS THAT RIGHT?

10    A.     YES, THIS IS CORRECT.

11    Q.     AND YOU ARE GRADE IN MODERN BIOLOGY WAS A C

12    PLUS?

13    A.     WHERE?  YES.  THAT IS CORRECT.  THAT WAS THE

14    CLASS WITH DR. ALYSSA HANNA, WHO GAVE ME -- WHO GAVE ME

15    UNOFFICIAL ACCOMMODATIONS.

16    Q.     AND THEN IF WE LOOK TO THE FALL OF YOUR

17    SOPHOMORE YEAR --OOPS, THE FALL OF YOUR SOPHOMORE YEAR,

18    SO 2011, YOU TOOK FOUNDATIONS OF CHEMISTRY; CORRECT?

19    A.     CAN YOU USE YOUR CURSOR TO SHOW ME EXACTLY WHERE

20    YOU ARE?  WHO EVER IS DOING IT FOR YOU?  THANK YOU.

21    Q.     DO YOU SEE IT?

22    A.     YES, MA'AM, I DO.

23    Q.     OKAY.  AND YOU EARNED A D IN FOUNDATIONS OF

24    CHEMISTRY; CORRECT?

25    A.     THAT'S CORRECT.

1    Q.      IN THE -- IF WE GO TO THE SPRING OF 2012, UP --

2    GO BACK UP.  WE ARE AT THE VERY BOTTOM OF THE PAGE I AM

3    LOOKING AT BOTANY, AND WE WILL EXPAND IT.

4              YOU EARNED A C IN BOTANY; IS THAT

5    CORRECT?  CAN YOU PUT YOUR CURSOR OR OVER IT, PLEASE?

6    A.      OH, YES.  I DO SEE AT THE BOTTOM YES, I DO.

7    Q.      AND DID YOU EARN A C IN BOTANY?

8    A.      YES, I DID.  THIS IS ALSO ANOTHER COURSE WITH

9    DR. ALYSSA HANNA, WHO GAVE ME UNOFFICIAL ACCOMMODATIONS.

10   Q.      AND THEN IF WE GO --

11             DR. KITCHENS, I TEND TO DEFAULT BACK TO

12   THE PAPER.  SO I'LL NEED JUST A SECOND.

13   A.      THAT'S OKAY.  TAKE YOUR TIME.  I HAVE NO WHERE

14   ELSE TO GO.

15   Q.      FALL OF 2012.  ON THE FIRST PAGE OF THIS

16   DOCUMENT, OVER ON THE LEFT-HAND SIDE, DO YOU SEE WHERE

17   -- YES.

18             SO WE ARE GOING TO LOOK AT EXPERIMENTAL

19   ZOOLOGY.

20             DO YOU SEE THAT?

21   A.      YES, I DO.

22   Q.      YOU EARNED A D IN THAT CLASS; IS THAT CORRECT?

23   A.      THIS IS ALSO CORRECT.

24   Q.      AND THEN, ALSO IN THE FALL OF 2012, YOU TOOK

25   GENERAL PHYSICS WITH ALGEBRA AND SCORED A D?

1    A.    I THINK THAT'S A C?

2    Q.    IN THE GENERAL PHYSICS ONE WITH ALGEBRA?

3    A.    OH, I'M SORRY.  I SAW GENERAL CHEMISTRY ABOVE

4    YOU AS A C, BUT YES.

5    Q.    AND THEN IN THE ACCELERATED GENERAL CHEMISTRY

6    CLASS YOU EARNED A C MINUS; CORRECT?

7    A.    YES.

8    Q.    IF WE LOOK AT SPRING OF 2013, WHICH IS JUST

9    FURTHER DOWN IN THE COLUMN RIGHT, IT'S BELOW THERE.

10          DO YOU SEE WHERE WE ARE, WHERE ORGANIC

11   CHEMISTRY IS, YOU EARNED A D IN THAT CLASS?

12   A.    THAT IS CORRECT.

13   Q.    I AM ALSO LOOKING ON THIS TRANSCRIPT, DR.

14   KITCHENS, AND IT LOOKS LIKE YOU DID -- YOU WERE GETTING

15   A'S IN YOUR MUSIC CLASSES?

16   A.    SO IT'S IMPORTANT TO UNDERSTAND THAT MUSIC

17   COURSES DO NOT REQUIRE AS INTENSE AMOUNT OF READING AND

18   TEXTBOOKS VERSUS ACTUALLY HANDS ON AND DOING.  BUT YES,

19   THIS IS CORRECT.

20   Q.    DO I UNDERSTAND THAT THE YOU DID NOT PARTICIPATE

21   IN ANY TYPE OF POST BACCALAUREATE PROGRAM BEFORE

22   ATTENDING MEDICAL SCHOOL?

23   A.    NO.

24   Q.    OR TAKE ANY OTHER SCIENCE CLASSES BEFORE

25   ATTENDING MEDICAL SCHOOL?

1      A.      NO.

2      Q.      AND I BELIEVE YOU TESTIFIED THAT YOU DID NOT

3      PERFORM WELL ON THE MEDICAL COLLEGE ADMISSION TEST, OR

4      MCAT; IS THAT CORRECT?

5      A.      THIS IS CORRECT.  I DID NOT -- I WAS NOT AWARE

6      THAT I COULD APPLY FOR ACCOMMODATIONS ON THAT PARTICULAR

7      EXAMINATION.  AT LEAST I DON'T -- I DON'T REMEMBER.

8      Q.      BUT YOU SCORED WHAT YOU CONSIDERED TO BE

9      BASICALLY A ZERO ON THAT TEST, I THINK IS WHAT YOU SAID?

10     A.      THIS IS CORRECT.

11     Q.      BUT YOU WERE STILL ADMITTED TO MEDICAL SCHOOL;

12     CORRECT?

13     A.      SO IT'S ALSO CLEAR -- IT NEEDS TO BE MADE CLEAR

14     THAT NOT ALL MEDICAL SCHOOLS, EVEN IN THE STATES,

15     REQUIRE AN MCAT SCORE AND SO SOME SCHOOLS WILL REQUIRE

16     IT FOR CERTAIN PURPOSES FOR YOU TO ACTUALLY HAVE IT, BUT

17     FOR YOU TO ACTUALLY SCORE WELL ON IT, THEY DON'T

18     NECESSARILY RECOGNIZE THAT.  SO MY SCHOOL DID NOT

19     NECESSARILY REQUIRE IT.

20     Q.      I UNDERSTAND.

21             YOU ATTENDED MEDICAL SCHOOL IN POLAND;

22     CORRECT?

23     A.      YES.

24     Q.      AND DID YOU HAVE TO PHYSICALLY MOVE TO POLAND,

25     DID YOU LIVE IN POLAND WHILE YOU WERE TAKING CLASSES

1      THERE?

2      A.      YES.

3      Q.      AND HOW LONG DID YOU LIVE IN POLAND?

4      A.      TWO YEARS AND MAYBE A SEMESTER, MAYBE.

5      Q.      WERE YOUR CLASSES IN ENGLISH OR IN POLISH?

6      A.      ENGLISH.

7      Q.      IF WE CAN PULL UP JX 5, THIS IS ANOTHER DOCUMENT

8      THAT HAS ALREADY BEEN ADMITTED.  IT'S A COPY OF YOUR

9      MEDICAL SCHOOL TRANSCRIPTS.

10              THIS IS A DOCUMENT THAT YOU PRODUCED IN

11     THIS LITIGATION; CORRECT, DR. KITCHENS?

12     A.      YES, THIS IS CORRECT.

13     Q.      AND YOU ARE RELYING ON THIS DOCUMENT AS PART OF

14     THIS LITIGATION?

15     A.      YES, THIS IS CORRECT.

16     Q.      BUT THIS IS NOT A DOCUMENT THAT YOU PROVIDED TO

17     NBME AS PART OF YOUR 2022 ACCOMMODATION REQUEST;

18     CORRECT?

19     A.      THIS -- I DON'T -- NO, THIS DOCUMENT WAS NOT IN

20     THERE AND IF I AM NOT MISTAKEN, NBME HAS ALREADY HAD A

21     COPY OF THIS ON RECORD FOR MY REGISTRATION.

22     Q.      BUT YOU DID NOT INCLUDE IT WITH YOUR REQUEST --

23     OR RELY ON IT?  LET ME PUT IT THAT WAY, DR. KITCHENS.

24              DID YOU RELY ON THIS RECORD AS PART OF

25     YOUR ACCOMMODATION REQUEST IN 2022?

1    A.       NO, I DID NOT.

2    Q.       IF WE LOOK AT YOUR FIRST SEMESTER OF MEDICAL

3    SCHOOL IN LUBLIN?

4    A.       LUBLIN.

5    Q.       SORRY.  LUBLIN.

6             YOU EARNED A 2.43 G.P.A.; CORRECT, CAN

7    YOU SEE THAT?

8    A.       YES, I DO.

9    Q.       AND YOU -- JUST JUST TO MAKE SURE THE RECORD IS

10   CLEAR, YOU EARNED A 2.43 G.P.A. YOUR FIRST SEMESTER?

11   A.       CAN YOU ZOOM IN PLEASE?  YES.  I DON'T HAVE THE

12   DOCUMENTS IN FRONT OF ME, I'M SORRY.

13   Q.       CAN YOU SEE IT NOW?

14   A.       YES, I CAN.

15   Q.       DID YOU EARN A 2.43 YOUR FIRST SEMESTER IN

16   MEDICAL SCHOOL?

17   A.       I DID.

18   Q.       DID YOU EARN A 2.36 G.P.A. IN YOUR SECOND

19   SEMESTER OF MEDICAL SCHOOL?

20   A.       YES, I DID.

21   Q.       TURNING TO THE NEXT PAGE.

22            IN YOUR THIRD SEMESTER YOU EARNED A 2.78

23   G.P.A.?

24   A.       YES.

25   Q.       AND THEN YOUR FOURTH SEMESTER, END OF YOUR

1      SECOND YEAR YOU EARNED A 2.62 G.P.A.?

2      A.      YES.

3      Q.      THE STEP 1 EXAMINATION MEASURES YOUR BASIC

4      SCIENCE KNOWLEDGE; RIGHT, SIMILAR TO WHAT YOU STUDY IN

5      YOUR FIRST TWO YEARS OF MEDICAL SCHOOL?

6      A.      THIS IS CORRECT.

7      Q.      AND I THINK YOU TESTIFIED BEFORE THAT I THINK

8      MOST STUDENTS TAKE THE STEP 1 EXAM AFTER THEY COMPLETE

9      THEIR SECOND YEAR OF MEDICAL SCHOOL?

10     A.      THAT IS A PATHWAY THAT IS COMMON FOR STUDENTS

11     WHO GO TO SCHOOL IN THE UNITED STATES.  FOR THOSE WHO

12     ARE IMGS, THIS IS NOT A COMMON PRACTICE.  BUT FOR THOSE

13     WHO GO TO SCHOOL IN THE STATES, THEY ALWAYS DO BECAUSE

14     THE SCHOOL REQUIRES IT, OTHERWISE THEY WOULD EITHER

15     SUSPEND THEM OR EXPEL THEM FROM THE -- FROM THAT MEDICAL

16     SCHOOL.  THIS WAS NOT THE POLICY FOR MY UNIVERSITY.

17     Q.      RIGHT.  YOU WERE NOT REQUIRED TO TAKE IT AFTER

18     YOUR SECOND YEAR?

19     A.      NO, I WAS NOT.

20     Q.      AND THEN YOU GRADUATED FROM MEDICAL SCHOOL IN

21     JANUARY OF 2021; IS THAT RIGHT?

22     A.      YES.

23     Q.      YOU TOOK A USMLE TUTORING CLASS BETWEEN

24     JANUARY 20, 2020, TO APRIL 30TH, 2020; IS THAT CORRECT?

25     A.      WHICH PROGRAM ARE YOU SPEAKING OF?

```
1      Q.      I AM NOT SPEAKING OF ANY PARTICULAR PROGRAM.

2                      DID YOU TAKE A USMLE TUTORING CLASS

3      BETWEEN FEBRUARY 20TH, AND APRIL 30TH, OF 2020?

4      A.      I CANNOT CONTEST TO THAT WITHOUT SEEING THE

5      DOCUMENT THERE.

6      Q.      OKAY.  LET'S PULL UP DX 3.

7      A.      WHAT WAS THAT Z-X?

8      Q.      DX, FOR DEFENDANT'S EXHIBIT.

9      A.      THANK YOU.

10     Q.      WE WILL GO TO PARAGRAPH 30.  CAN YOU -- YOU CAN

11     READ PARAGRAPH 30 TO YOURSELF, DR. KITCHENS?

12     A.      YES, I --  THIS IS CORRECT.

13     Q.      JUST FOR THE RECORD IS CLEAR, DOES THIS REMIND

14     YOU THAT YOU TOOK A SMASH USMLE TUTORING COURSE FROM

15     FEBRUARY 20TH, TO APRIL 30TH, 2020?

16     A.      YES, I DID.

17     Q.      BUT YOU --

18     A.      THAT'S CORRECT.

19     Q.      BUT DID YOU NOT TAKE THE STEP 1 EXAM IMMEDIATELY

20     AFTER COMPLETING THIS TUTORING COURSE; CORRECT?

21     A.      I TOOK OTHER PROGRAMS AFTER THAT -- OTHER

22     TUTORING PROGRAMS AFTER THAT SMASH USMLE.

23     Q.      RIGHT.  MY QUESTION IS:

24                      DID YOU ATTEMPT THE STEP 1 IMMEDIATELY

25     AFTER FINISHING THE SMASH USMLE TUTORING CLASS?
```

1    A.       NO.

2    Q.       YOUR FIRST ATTEMPT AT THE STEP 1 EXAMINATION --

3    YOU CAN TAKE THAT DOWN.

4             YOUR FIRST ATTEMPT AT THE STEP 1

5    EXAMINATION CAME MORE THAN A YEAR AFTER YOU GRADUATED

6    FROM MEDICAL SCHOOL; CORRECT, IN FEBRUARY 2022.

7    A.       THAT SOUNDS CORRECT.

8             DR. KITCHENS:  SORRY, THAT'S MY WEATHER

9    ALARM GO OFF IF YOU CAN HEAR THAT.  WE HAVE

10   THUNDERSTORMS, SO WE HAVE TORNADO WARNINGS.  SO IF I DO

11   LOOSE POWER, JUST TO LET YOU GUYS KNOW.

12            MS. MEW:  STAY SAFE.  LET ME KNOW IF YOU

13   NEED TO SHELTER.

14            DR. KITCHENS:  YES, ITS COMMON IN

15   KENTUCKY, AS YOU HAVE PROBABLY SEEN IN THE NEWS.

16            MS. MEW:  I GREW UP IN NORTH CAROLINA, SO

17   IT'S...

18   BY MS. MEW:

19   Q.       YOU ARE FAMILIAR WITH THE COMPREHENSIVE BASIC

20   SCIENCE EXAMINATION, OR CBSE; CORRECT?

21   A.       YES, THIS IS CORRECT.

22   Q.       YOU TALKED ABOUT IT IN YOUR DIRECT.

23            AND THIS EXAMINATION REFLECTS CONTENT

24   COVERAGE ON THE USMLE STEP 1; CORRECT?

25   A.       YES.

1    Q.       AND AS I BELIEVE YOU TESTIFIED, YOU TOOK THE

2    CBSE IN DECEMBER OF 2020, SHORTLY BEFORE GRADUATING

3    MEDICAL SCHOOL?

4    A.       YES.

5    Q.       AND I THINK YOU ALSO EXPLAINED THIS, THE CBSE IS

6    ADMINISTERED AT PROMETRIC TEST CENTER, SIMILAR TO THE

7    WAY THE USMLE IS ADMINISTERED; CORRECT?

8    A.       YES.

9    Q.       SO IT IS A PROCTORED EXAMINATION?

10   A.       YES, THIS IS CORRECT.

11   Q.       YOU WERE APPROVED BY YOUR MEDICAL SCHOOL TO

12   RECEIVE EXTENDED TIME ON THE CBSE; CORRECT, I THINK YOU

13   TESTIFIED TO THAT?

14   A.       YES, I WAS APPROVED FOR THOSE OFFICIAL

15   ACCOMMODATIONS.

16   Q.       AND IT WAS DOUBLE THE AMOUNT OF STANDARD TESTING

17   TIME?

18   A.       THAT IS WHAT I AM TO BE -- TO BE ASSUMED.

19   Q.       I THINK YOU TESTIFIED -- I MEAN, I JUST -- I

20   THINK YOU TESTIFIED IN YOUR DIRECT YOU GOT DOUBLE TIME

21   ON THE CBSE; CORRECT?

22   A.       YES.

23   Q.       THANK YOU.

24            AND YOU STUDIED EXTENSIVELY BEFORE TAKING

25   THE CBSE; CORRECT?

1    A.      YES, THIS IS CORRECT.

2    Q.      AND YOU SCORED, I THINK WE SAW 156 ON THE TEST?

3    A.      CAN YOU BRING IT UP?  I DON'T HAVE IT IN FRONT

4    OF ME TO KNOW FOR SURE TO STIPULATE TO 156.

5    Q.      AND JUST FOR -- DR. KITCHENS, I JUST WANT TO

6    MAKE -- ARE YOU COMMUNICATING WITH SOMEONE RIGHT NOW, OR

7    -- BECAUSE YOU KEEP --

8    A.      I AM TAKING MY NOTES FOR MY CROSS.

9    Q.      OKAY.

10   A.      IF THAT'S OKAY?

11   Q.      YES.  SO LET'S GO BACK.  YOU SCORED -- YOU WANT

12   TO SEE THE CBSE SCORE?

13   A.      YES, I WOULD LIKE TO SEE THE SCORE. WE WILL PULL

14   UP EXHIBIT PX 52.

15           DOES THAT REFRESH YOUR RECOLLECTION, DR.

16   KITCHENS, THAT YOU EARNED A 156 ON THE CBSE?

17   A.      YES, THIS IS CORRECT.

18   Q.      AND THIS IS A VERY LOW SCORE; CORRECT?

19   A.      IT IS NOT A PASSING SCORE.

20   Q.      AND YOU HAD DOUBLE TIME ON THIS TEST?

21   A.      YES, I DID HAVE ACCOMMODATIONS ON THIS EXAM.

22   Q.      AND I BELIEVE YOU TESTIFIED THAT YOUR POOR

23   PERFORMANCE ON THE CBSE WAS BECAUSE IT WAS A BUSY TIME

24   AND YOU WERE FOCUSED ON GETTING READY TO GRADUATE AND TO

25   MOVE; IS THAT RIGHT?

1    A.      YES.   SO I HAD ALREADY GRADUATED BUT THE

2    DOCUMENTATION SAYS JANUARY, 2021.   AS YOU CAN SEE ITS

3    DECEMBER 10TH, AND WE WERE MOVING.   MY WIFE HAD JUST

4    GRADUATED AS WELL.   SO YES, IT WAS VERY HECTIC.

5    Q.      SO YOU WOULD AGREE THAT THERE ARE MANY REASONS

6    WHY SOMEONE MAY NOT PERFORM WELL ON A TEST AT ANY GIVEN

7    TIME; CORRECT?

8    A.      NO, WHAT I WOULD AGREE TO IS THAT IN THIS

9    PARTICULAR CASE, I DIDN'T GIVE THE ATTENTION TO IT, ON

10   PURPOSE.   BUT I CANNOT SPEAK FOR OTHER PEOPLE'S REASONS

11   WHY THEY DID NOT PASS AN EXAM.

12   Q.      FAIR ENOUGH, DR. KITCHENS.   SO LET'S NOW TALK

13   ABOUT THE CBSSA EXAMINATION.

14           THIS IS THE COMPREHENSIVE BASIC SCIENCE

15   SELF-ASSESSMENT EXAMINATION; CORRECT?

16   A.      YES.

17   Q.      AND THIS IS -- IT'S A PRACTICE EXAMINATION FOR

18   THE STEP 1 EXAM; RIGHT?

19   A.      ITS AN EXAMINATION TO GAUGE YOUR -- YOUR

20   LIKELIHOOD OF PASSING THE USMLE.

21   Q.      AND IS IT ALSO USED FOR PREPARING FOR THE USMLE?

22   A.      YES, ALONG WITH HUNDREDS OF OTHER TYPES OF TEST

23   PREPS.

24   Q.      NOW THE CBSE, WHICH WE JUST DISCUSSED AS WE SAID

25   IS A PROCTORED EXAMINATION OFFERED ONLY IN PROMETRIC

1    TEST CENTERS; CORRECT?

2    A.      YES, THIS IS CORRECT.

3    Q.      THE CBSSA, IN CONTRAST, IS SOMETHING THAT YOU

4    PERSONALLY ORDER AND TAKE ON YOUR OWN; CORRECT?

5    A.      SO THE CBSSA IS AN EXAM THAT YOU DO THAT YOU CAN

6    -- THAT YOU PURCHASE ON YOUR OWN, BUT YOU CAN ALSO

7    CHOOSE WHETHER OR NOT TO HAVE IT AS AN UNTIMED EXAM OR

8    TO GIVE AND IT -- OR TO GIVE IT AS A STANDARDIZED EXAM,

9    AND THE REASON THAT THEY SAY TO DO IT THAT WAY IS IT'S

10   SUPPOSED TO HELP REPRESENT HOW THE TIME WOULD BE TO

11   REPLICATE THE ACTUAL EXAM AS IF YOU WERE TAKING IT

12   THERE.

13   Q.      YES, SO LET'S -- I WANT TO JUST TEASE THESE TWO

14   THINGS OUT.

15           YOU ARE TALKING ABOUT THE CBSSA CAN

16   EITHER BE TAKEN UNDER STANDARD TIME?

17   A.      MM-HMM.

18   Q.      OR SELF-PACED?

19   A.      RIGHT.  AND UNDER STANDARD TIME, YOU -- IT'S

20   TIMED AND ONCE THE TIME IS UP, IT'S UP.  SO IF YOU DON'T

21   FINISH THE EXAM DURING THE ALLOTTED TIME YOUR SCORE WILL

22   BE -- BE REFLECTED.

23           BUT IF YOU DO AS SELF-EXAMINATION, I CAN

24   PAUSE THE EXAM AND I CAN TAKE AND --- I CAN TAKE FIVE

25   QUESTIONS OF IT, HIT PAUSE AND COME BACK TWO DAYS LATER

```
1     AND CONTINUE THE EXAM, BUT NOT UNDER STANDARD -- SORRY.

2                    (ALARMS GOING OFF.)

3                    DR. KITCHENS:   BUT NOT UNDER STANDARD

4     TIME.  SORRY, ONE SECOND.  SORRY, JUDGE.

5     BY MS. MEW:

6     Q.       IS EVERYTHING OKAY?

7     A.       YES, I THINK SO.  THEY ARE SENDING ALERTS OUT TO

8     EVERYTHING, BUT WE CAN CONTINUE.

9     Q.       OKAY.  SO WE WERE JUST TALKING ABOUT THE

10    DIFFERENCE OF CHOICE, TO TAKE IT EITHER A STANDARD TIME

11    OR SELF-PACED.  THE OTHER ASPECT OF THIS CBSSA THAT I'M

12    TALKING ABOUT IS THAT IT'S NOT PROCTORED.

13                   SO YOU ORDERED THE TEST, YOU CAN TAKE IT

14    AT HOME, YOU CAN TAKE IT WHEREVER YOU WANT, THERE'S NOT

15    SOMEONE -- IT'S NOT THE SAME SECURE TEST ENVIRONMENT

16    LIKE WHEN YOU GO TO PROMETRIC TO TAKE THE CBSE OR THE

17    STEP 1?

18    A.       THAT'S CORRECT.  BUT I WOULD ALSO SAY THAT ITS

19    NOT BENEFICIAL FOR THE PERSON WHO IS RELYING ON IT AS

20    SUCH DOCUMENTATION OR A RESOURCE TOOL TO NOT TAKE IT

21    SERIOUSLY, ESPECIALLY IF IT'S GAUGING YOUR PERFORMANCE

22    ON SUCH AN IMPORTANT EXAM SUCH AS THE STEP 1.

23    Q.       THAT'S -- THAT'S FINE.  BUT JUST SO WE'RE ALL

24    CLEAR, ITS NOT PROCTORED?

25    A.       YES.
```

1    Q.      OKAY.  WITH THE CBSSA, AFTER YOU COMPLETE THE

2    EXAM YOU GET TO REVIEW THE QUESTIONS ON THE TEST ALONG

3    WITH THE CORRECT ANSWERS; CORRECT?

4    A.      YES, THE NBME JUST STARTED DOING THAT ACTUALLY A

5    COUPLE OF YEARS AGO, BUT FOR MANY YEARS THAT WAS NOT AN

6    OPTION.  AND YES, FOR MANY YEARS IT WAS NOT.

7    Q.      AND YOU HAVE ACCESS TO THESE TEST QUESTIONS AND

8    ANSWERS FOR TWO YEARS AFTER YOU PURCHASED THE

9    EXAMINATION; CORRECT?

10   A.      I'M NOT QUITE SURE.

11   Q.      WELL, LET ME ASK YOU THIS, DR. KITCHENS:

12                 DID YOU HAVE ACCESS TO THE TEST QUESTIONS

13   AND ANSWERS FOR THE CBSSA'S YOU TOOK IN 2021?

14   A.      NO.

15                 YOU MEAN BEFORE I ACTUALLY TOOK THE EXAM,

16   FOR CLARIFICATION?

17   Q.      NO.  AFTER YOU -- I WILL PULL UP A DOCUMENT TO

18   HELP.  IF WE CAN PULL UP THAT FAQ NBME ASSESSMENT?

19                 SO DR. KITCHENS, IF YOU WANT TO LOOK AT

20   THIS DOCUMENT?

21   A.      THIS IS A DOCUMENT THAT I SHOULD HAVE?

22   Q.      NO.  IF YOU LOOK AT THE BOTTOM OF THE PAGE, IF

23   YOU CAN READ THE SECTION?  YOU CAN READ IT TO YOURSELF,

24   WE WILL PULL IT UP.

25   A.      THANK YOU.

1    Q.      FIRST, IF YOU WILL READ, DR. KITCHENS, ABOUT

2    TWO-THIRDS OF THE WAY DOWN, WHERE IT SAYS, "WILL THE

3    UPDATED COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENTS

4    CBSSA'S INCLUDE ANSWER EXPLANATIONS?"

5    A.      YES, I DO SEE THAT.

6    Q.      OKAY.  IF YOU CAN READ THAT.

7            DOES THAT REFRESH YOUR RECOLLECTION, DR.

8    KITCHENS, THAT WHEN YOU TOOK THE CBSSA FOR THE ONES THAT

9    YOU TOOK AFTER MARCH, 2021, THAT YOU HAD ACCESS TO THE

10   QUESTIONS AND ANSWERS -- CORRECT ANSWERS AFTER YOU TOOK

11   THE TEST?

12   A.      FROM -- ACCORDING TO THIS DOCUMENT CORRECT, YES.

13   Q.      AND YOU CAN TAKE THAT DOWN.

14           AND IT IS MY UNDERSTANDING THAT THIS IS

15   JUST -- IT IS PART OF THE USE OF THE TEST BECAUSE YOU'RE

16   -- IT'S A LEARNING PROCESS SO YOU GET TO SEE WHAT THE

17   CORRECT ANSWERS ARE AND, AGAIN, IT'S PART OF STUDY AIDE;

18   CORRECT?

19   A.      AGAIN, WHEN I FIRST STARTED STUDYING FOR THE

20   USMLE THOSE RESOURCES WERE NOT AVAILABLE.  MOST PEOPLE

21   STARTED STUDYING FOR THE USMLE A YEAR BEFORE THEY EVEN

22   TAKE THE EXAM, ESPECIALLY THOSE WHO GO TO SCHOOL IN THE

23   STATES.  SO WHEN I FIRST STARTED PREPARING FOR IT, THOSE

24   TYPES OF EXPLANATIONS WERE NOT AVAILABLE.

25   Q.      LET ME -- YOU TOOK A CBSSA IN JULY OF 2021;

1      CORRECT?

2      A.      I'M NOT SURE.  I DON'T RECALL.

3      Q.      OKAY.  THIS MIGHT HELP IF WE COULD OPEN UP THE

4      PRETRIAL MEMORANDUM DOCUMENT.  WE ARE GOING TO THE

5      STIPULATION SECTION, IT'S ON PAGE 5.

6              SO DR. KITCHENS, CAN YOU SEE THIS

7      DOCUMENT?

8      A.      I CAN.  I CANNOT READ IT.

9      Q.      YOU CANNOT READ IT?  DO WE NEED TO EXPAND IT?

10     A.      YES.  GOING FORWARD IT WOULD BE HELPFUL IF WE

11     JUST GO AHEAD EXPAND EVERY TIME, PLEASE.

12     Q.      CERTAINLY.

13     A.      THANK YOU.

14     Q.      SO IF YOU COULD JUST READ PARAGRAPH 18, DR.

15     KITCHENS, AND I'M SORRY, WE WENT THROUGH THAT PRETTY

16     SLOWLY, BUT THAT IS THE JOINT PRETRIAL MEMORANDUM AND

17     THIS IS THE STIPULATION SECTION.  I WILL JUST REPRESENT

18     THAT TO YOU.

19     A.      THAT'S OKAY.  18 SAYS, "DR. KITCHENS TOOK A

20     CBSSA ON JULY THE 12TH, 2021, AND RECEIVED AN ASSESSMENT

21     SCORE OF 151, UNDER STANDARD-PACED."

22              YES, THIS WAS OVER SIX, SEVEN MONTHS

23     BEFORE I EVER TOOK THE -- EVEN ATTEMPTED AT THE STEP.

24     Q.      I UNDERSTAND, BUT THIS STATEMENT, THE ONE THAT

25     YOU JUST READ OUT LOUD, I JUST WANT TO GET THIS -- YOU

1    TOOK THE CBSSA ON JULY 12TH, 2021, AND RECEIVED AN

2    ASSESSMENT SCORE OF 151, UNDER STANDARD-PACED TIMING;

3    CORRECT?

4    A.      YES, THIS IS CORRECT.

5    Q.      AND AFTER YOU TOOK THE CBSSA, YOU HAD ACCESS TO

6    THE TEST QUESTIONS AND THE ANSWERS TO THOSE QUESTIONS;

7    CORRECT?

8    A.      YES, ACCORDING TO -- I DON'T REALLY REMEMBER, TO

9    BE HONEST WITH YOU.

10   Q.      ON FEBRUARY 14TH, 2022, YOU TOOK ANOTHER CBSSA

11   ASSESSMENT; CORRECT?

12   A.      YES.

13   Q.      AND LET'S PULL UP -- THAT WAS PX 53.

14           SO ON THIS CBSSA, THAT YOU TOOK ON

15   FEBRUARY 14TH, 2022, YOU EARNED A 212, A SCORE OF 212

16   UNDER STANDARD CONDITIONS; CORRECT?

17   A.      CAN YOU -- YES, THIS IS CORRECT.

18   Q.      AND MAYBE JUST SCROLL DOWN SO WE CAN SEE WHAT --

19   A.      THE DOCUMENT, PLEASE.

20   Q.      THIS CBSSA, THAT YOU TOOK ON FEBRUARY 14TH,

21   2022, WAS THE SAME CBSSA THAT YOU HAD PREVIOUSLY TAKEN

22   IN JULY 2021; CORRECT, THEY WERE THE SAME FORM?

23   A.      HONESTLY, I DID NOT RECALL IF IT WAS THE SAME

24   FORM OR NOT, BUT WE ARE ALSO TALKING, YOU KNOW, AN

25   ENTIRE, YOU KNOW, YEAR SO BETWEEN TAKING THE EXAM.  I AM

1    MEMORIZING -- I CAN'T MEMORIZE THE QUESTION.  YOU EITHER

2    KNOW THE INFORMATION OR YOU DON'T.

3    Q.      LET'S JUST -- TO HELP REFRESH YOUR RECOLLECTION,

4    CAN YOU PULL UP THE MARKCUS KITCHENS EXAM HISTORY

5    DOCUMENT?

6    A.      DOES IT SAY WHICH FORM IS ON THERE?

7    Q.      YES.  CAN YOU PULL THE -- WE CAN SEE THAT.  HOLD

8    ON.

9    A.      OKAY.

10   Q.      LET'S PULL BACK UP THE 2-14-2022, OH, THE PX 53,

11   AND I THINK YOU NEED TO SCROLL TO THE LAST PAGE.

12                   AND IF YOU EXPAND IT, DO YOU SEE THERE AT

13   THE TOP, DR. KITCHENS, WHERE IT SAYS, "FORM NAME:  FORM

14   25"?

15   A.      YES.

16   Q.      AND STANDARD PACING?

17   A.      YES.

18   Q.      OKAY.  SO GOING BACK, IF WE CAN PULL UP MARKCUS

19   KITCHENS EXAM HISTORY.

20                   DR. KITCHENS, DOES THIS REFRESH YOUR

21   RECOLLECTION THAT YOU TOOK THE SAME FORM CBSSA ON

22   JULY 11TH, 2021, AND ON FEBRUARY 14TH, 2022?

23   A.      YES.

24   Q.      YOU CAN TAKE THAT DOWN.

25                   SO THE SECOND TIME YOU TOOK -- JUST TO

1    RECAP -- THE SECOND TIME YOU TOOK THIS FORM OF THE CBSSA

2    YOU SCORED 212; CORRECT?

3    A.      YES, CORRECT.

4    Q.      WHICH IS MUCH HIGHER THAN THE SCORE OF 151 YOU

5    RECEIVED THE FIRST TIME YOU TOOK THE TEST; CORRECT?

6    A.      YES.  THIS IS CORRECT.  AND IT SHOULD BE NOTED

7    THAT MOST STUDENTS, WE HAVE WHAT WE CALL A DEDICATED

8    STUDY PERIOD THAT THIS IS KNOWN ACROSS -- AND EVEN

9    UNIVERSITIES IN THE UNITED STATES AND ACROSS THE WORLD

10   WILL ALLOW THEIR STUDENTS THREE MONTHS TIME PERIOD TO

11   STUDY FOR THOSE EXAMS.

12              SO A YEAR-AND-A-HALF OR SO, AND ALSO THE

13   SCHOOLS WILL NOT ALLOW YOU TO TAKE THE STEP 1 EXAM IF

14   YOU TAKE A CBSSA OVER A THREE-MONTH PERIOD OR SOMETIMES

15   A MONTH'S PERIOD, BECAUSE THEY FEEL THAT THEY CAN'T

16   REALLY JUDGE IT.

17   Q.      I WANT TO QUICKLY PULL UP, IF WE CAN, PX 77.

18              OH, NO.  DX 76.  THIS WAS A DOCUMENT THAT

19   YOU JUST DISCUSSED IN YOUR DIRECT TESTIMONY, DR.

20   KITCHENS.

21              I AM THINKING THIS MIGHT BE A SHOWING OF

22   WHAT IT LOOKS LIKE WHEN -- AFTER YOU TAKE THE

23   COMPREHENSIVE BASIC SCIENCE SELF-ASSESSMENTS YOU GET --

24   YOU GET THE QUESTION AND YOU GET A SHOWING OF WHAT THE

25   CORRECT ANSWER IS AND THEN YOU GET AN EXPLANATION FOR

1      THE CORRECT ANSWER?

2      A.      YES, THIS IS CORRECT.

3      Q.      AND IT LOOKS LIKE YOU WERE ALSO ABLE TO TAKE

4      SCREEN SHOTS OF THAT?

5      A.      YES, THIS IS CORRECT.  SCREEN SHOTS OF MY FINAL

6      SCORE.  AS YOU CAN SEE THE SCORE -- THE CORRECT ANSWER

7      IS ALREADY NOTED AND SHOWN AND THAT'S WHY IT HAS A CHECK

8      MARK UP THERE BY NUMBER 3, SAYING THAT I SCORED IT

9      CORRECT.

10     Q.      YOU CAN TAKE THOSE DOWN.

11             IF WE PUT OURSELVES BACK IN TIME, YOU

12     TOOK THE SAME FORM OF THE CBSSA ON FEBRUARY 25TH, 2022,

13     AND THEN?

14     A.      25TH?

15     Q.      NO, I JUST MESSED UP THE DATES.  SCRATCH THAT.

16             SO AFTER YOU TOOK THIS FORM OF THE CBSSA

17     FOR THE SECOND TIME, ON FEBRUARY 25TH, 2022, YOU SAT FOR

18     THE ACTUAL STEP 1 EXAM; IS THAT RIGHT?

19     A.      YES.

20     Q.      AND THIS STEP 1 EXAM WAS ADMINISTERED IN A

21     PROMETRIC TEST CENTER?

22     A.      YES.

23     Q.      AND IT WAS PROCTORED?

24     A.      THIS IS CORRECT.

25     Q.      AND YOU DID NOT HAVE PRIOR ACCESS TO THE EXAM

1    QUESTIONS OR ANSWERS FOR THIS STEP 1 EXAM; CORRECT?

2    A.    NO, THIS IS CORRECT.

3    Q.    AND AS WE DISCUSSED, YOU DID NOT -- OR, YOU

4    DISCUSSED IN YOUR TESTIMONY, YOU DID NOT PASS THE

5    FEBRUARY 25TH, 2022, STEP 1 EXAM?

6    A.    THIS IS CORRECT.

7    Q.    DID YOU ALSO TESTIFY TO THIS IN YOUR DIRECT

8    TESTIMONY, DR. KITCHENS, BUT IN MARCH OF 2022, YOUR

9    WIFE, AMELIA KITCHENS, WROTE A LETTER ON YOUR BEHALF TO

10   NBME REGARDING YOUR FEBRUARY, 2022, STEP 1 SCORE;

11   CORRECT?

12   A.    I'M NOT SURE OF THAT DATE.

13   Q.    OKAY.  WELL, LET'S DO THIS.  CAN WE PULL UP DX

14   84, AND EXPAND IT?  AND IF YOU CAN -- FIRST WHAT WE WILL

15   DO IS LOOK AT EACH PAGE SO YOU CAN SEE WHAT THE DOCUMENT

16   IS.

17              AND THEN IF WE CAN SCROLL BACK UP TO THE

18   FIRST PAGE?

19              AND DR. KITCHENS, YOU CAN TAKE AS MUCH

20   TIME IF YOU WOULD LIKE TO READ THE LETTER FIRST, JUST

21   LET US KNOW.

22              ARE YOU FAMILIAR WITH THIS LETTER?

23   A.    YES, I AM.

24   Q.    OKAY.  SO HERE IS -- THIS IS MARCH 11TH, 2022,

25   LETTER FROM AMELIA KITCHENS TO THE NATIONAL BOARD OF

1    MEDICAL EXAMINERS; IS THAT CORRECT?

2    A.      YES, THIS IS CORRECT.

3    Q.      SO IS THIS A TRUE AND CORRECT COPY OF THIS

4    LETTER THAT -- THAT YOUR WIFE, AMELIA KITCHENS, WROTE AS

5    YOUR LAWYER?

6    A.      SHE -- I DID ASK HER TO WRITE THIS LETTER.

7                    MS. MEW:  YOUR HONOR, I WOULD LIKE TO

8    ADMIT DX 84?

9                    THE COURT:  DR. KITCHENS, ANY PROBLEM

10   WITH THAT?

11                   DR. KITCHENS:  NO, I DO NOT.

12                   THE COURT:  ALL RIGHT.  THEN -- IT'S DX

13   84, DID I GET THAT RIGHT, MS. MEW?

14                   MS. MEW:  YES, YOUR HONOR.  D, AS IN DOG.

15                   THE COURT:  DX 84 ADMITTED.

16                   (DEFENSE EXHIBIT 84 IS ADMITTED INTO

17   EVIDENCE.)

18   BY MS. MEW:

19   Q.      IN THIS LETTER, YOU, THROUGH YOUR LAWYER, RAISED

20   A CONCERN WITH NBME THAT YOUR FEBRUARY, 2022, EXAM HAD

21   BEEN INCORRECTLY GRADED; CORRECT?

22   A.      YES, THIS IS CORRECT.

23   Q.      AND YOU REPRESENTED THAT YOU THOUGHT YOU TOOK

24   EIGHT EXAMINATION BLOCKS OF A TOTAL OF 320 QUESTIONS,

25   RATHER THAN SEVEN BLOCKS WITH A TOTAL OF 280 QUESTIONS?

1    A.      YES, THIS IS VERY CORRECT.

2    Q.      IS IT STILL YOUR POSITION TODAY THAT YOU WERE --

3    THAT YOU THINK YOU WERE GIVEN TOO MANY QUESTIONS ON THE

4    FEBRUARY, 2022, STEP 1 EXAM?

5    A.      NO.

6    Q.      IN THIS LETTER, AS A WAY OF EXPLAINING WHAT YOU

7    BELIEVED WAS AN EGREGIOUS ERROR WITH THE EXAM SCORING,

8    YOUR WIFE POINTED TO YOUR FEBRUARY, 2022, CBSSA SCORE;

9    CORRECT?

10   A.      YES.

11   Q.      AND SHE EVEN ATTACHED THE PAGE FROM THE CBSSA

12   SCORE REPORT SHOWING THAT YOU RECEIVED A SCORE OF 2,012?

13   A.      YES.

14   Q.      AND AS A WAY OF SHOWING THAT YOU SHOULD HAVE

15   RECEIVED, YOU THOUGHT, A HIGHER SCORE ON ON THE STEP 1

16   EXAM?

17   A.      YES, THIS IS CORRECT.

18   Q.      IF WE GO BACK TO THE LETTER.

19           YOU SOUGHT EXPUNGEMENT OF YOUR FEBRUARY,

20   2022, SCORE IN THIS LETTER; CORRECT?

21   A.      YES, FOR MY EXAM TRANSCRIPT, YES.

22   Q.      AND THE PREMISE OF THIS LETTER, DR. KITCHENS, IS

23   THAT YOU BELIEVED YOU PERFORMED WELL AFTER YOU TOOK THE

24   STEP 1 EXAM, IN FEBRUARY OF 2022, AND THAT THE ONLY

25   REASON YOU FAILED WAS DUE TO A SCORING ERROR BY NBME;

1    CORRECT?

2    A.      WHAT THIS LETTER REPRESENTS HERE IS THAT THE

3    LEVEL OF MY ANXIETY AND DISABILITY THAT MADE ME

4    LITERALLY ALMOST DELUSIONAL TO THE POINT OF SAYING THAT

5    40 EXTRA QUESTIONS.  I THINK THAT'S WHAT THIS LETTER

6    REPRESENTS.

7    Q.      SO IT IS YOUR TESTIMONY THAT YOUR

8    REPRESENTATIONS IN THIS LETTER, THAT YOU THOUGHT YOU DID

9    VERY WELL ON THE TEST, WAS THE RESULT OF DELUSION?

10   A.      NO, I WOULD NOT SAY THE DELUSION, IT -- USE THAT

11   PARTICULAR WORD, BUT MY ANXIETY LEVELS WERE PEAKED THERE

12   AND SO THAT IS WHAT I WILL SAY.

13   Q.      OKAY.

14   A.      I WAS VERY STRESSED.

15   Q.      THE LETTER DID NOT SAY THAT YOU WERE UNABLE TO

16   ANSWER A LARGE NUMBER OF QUESTIONS BECAUSE YOU RAN OUT

17   OF TIME OR THAT YOU HAD TO RANDOMLY GUESS AT ANY OF THE

18   ANSWERS; CORRECT?

19   A.      NOT TO MY RECOLLECTION.

20   Q.      AND AGAIN, YOU SOUGHT EXPUNGEMENT FOR THE VERY

21   DIFFERENT REASON, THAT YOU THOUGHT THAT YOU WERE GIVEN

22   EXTRA QUESTIONS AND YOUR TEST WAS INCORRECTLY SCORED?

23   A.      ON THIS LETTER HERE?

24   Q.      YES.

25   A.      CAN YOU SHOW ME WHERE THAT -- WHERE I AM ASKING

1    FOR THE EXPUNGEMENT IN THIS LETTER?

2    Q.    YES, LAST PARAGRAPH.  CAN YOU...

3    A.    YES, THIS IS CORRECT.

4    Q.    YOU THREATENED LEGAL ACTION THROUGH YOUR LAWYER

5    WITH RESPECT TO THIS CLAIMED SCORING ERROR; CORRECT?

6    A.    THIS IS AN ERROR ON MY BEHALF AND I HAVE ALREADY

7    RECOGNIZED THAT.

8    Q.    AND JUST AS A FACTUAL MATTER, YOU DID NOT

9    THREATEN ANY LEGAL ACTION AT THIS TIME WITH RESPECT TO

10    YOUR ACCOMMODATION REQUEST THAT WAS DENIED ON

11    FEBRUARY 8TH, 2022; CORRECT?

12    A.    BECAUSE AT THAT TIME THAT WAS MY SOLE BELIEF AND

13    IF THAT WAS TRUE, AND IN YOU GUYS'S GUIDELINES, THAT WAS

14    A REMEDY THAT YOU GUYS WOULD HAVE PROVIDED, THAT WAS

15    SUCH AN ERROR WITH THE PROGRAM.  SO YES, THIS IS TRUE.

16    Q.    AND WHEN YOU WERE THREATENING THIS LEGAL ACTION

17    IN THIS LETTER YOU DID NOT THREATEN ANY TYPE OF LEGAL

18    ACTION IF YOU WERE NOT GIVEN TESTING ACCOMMODATIONS ON A

19    LATER ADMINISTRATION OF THE TEST; CORRECT?

20    A.    BECAUSE, AGAIN, GOING STRAIGHT TO LEGAL ACTIONS

21    FOR ACCOMMODATIONS IS NOT JUST SOMETHING THAT I TAKE

22    LIGHTLY.  SO I AM NOT GOING TO JUST GO TRY TO SUE

23    SOMEONE BECAUSE OF -- FOR THAT VERY REASON.  BUT FOR

24    SOMETHING SUCH AS IN A STEP 1 EXAMINATION THAT FOLLOWS

25    ME FOREVER, ABSOLUTELY.

1    Q.      SO WHAT YOU DID NEXT, DR. KITCHENS, IS THAT YOU

2    WENT AHEAD AND TOOK THE STEP 1 EXAM A SECOND TIME ON MAY

3    9, 2022, UNDER STANDARD CONDITIONS; CORRECT?

4    A.      CAN YOU PULL UP THAT DATE?

5    Q.      YES.

6                 MS. MEW:  AND YOU CAN TAKE THAT DOCUMENT

7    DOWN.  LET'S DO THIS.  LET'S JUST GO AHEAD AND GET ALL

8    OF THE SCORE RECORDS IN -- REPORTS IN THE RECORD.

9                 IF YOU WILL PULL UP JX 10, AND IF YOU CAN

10   SCROLL THROUGH SO DR. KITCHENS CAN SEE IT?

11   BY MS. MEW:

12   Q.      DR. KITCHENS, IS THIS A TRUE AND CORRECT COPY OF

13   YOUR STEP 1 SCORE REPORT FROM THE MAY 9TH, 2022, EXAM?

14   A.      YES.  IT APPEARS.

15                MS. MEW:  THIS IS JX 10.  YOUR HONOR, I

16   ASK TO ADMIT THIS EXHIBIT.

17                THE COURT:  DR. KITCHENS?

18                DR. KITCHENS:  YES.

19                THE COURT:  OH, ANY OBJECTION?

20                DR. KITCHENS:  OH, NO OBJECTION.  I'M

21   SORRY, YOUR HONOR.

22                THE COURT:  JX 10 ADMITTED.

23                (DEFENSE JOINT EXHIBIT 10 IS ADMITTED

24   INTO EVIDENCE.)

25                MS. MEW:  LET'S PULL UP JX 11.  IF WE CAN

1    SCROLL THROUGH?

2    BY MS. MEW:

3    Q.      DR. KITCHENS, IS JX 11 A TRUE AND CORRECT COPY

4    OF YOUR SEPTEMBER 29TH, 2022, STEP 1 SCORE REPORT?

5    A.      IT APPEARS TO BE CORRECT.

6              MS. MEW:  YOUR HONOR, WE WOULD LIKE TO

7    OFFER JX 11 INTO EVIDENCE?

8              DR. KITCHENS:  NO OBJECTIONS, YOUR HONOR.

9              THE COURT:  JX 11 IS ADMITTED.

10             (DEFENSE JOINT EXHIBIT 11 IS ADMITTED

11   INTO EVIDENCE.)

12             MS. MEW:  IF WE CAN NOW PULL UP JX 12?

13   SCROLL DOWN.

14   BY MS. MEW:

15   Q.      DR. KITCHENS, IS THIS A TRUE AND CORRECT COPY OF

16   THE JX 12 -- A TRUE AND CORRECT COPY OF THE MAY 28TH,

17   2022, SCORE REPORT FOR USMLE STEP 2 CK?

18   A.      IT APPEARS TO BE CORRECT.

19             MS. MEW:  YOUR HONOR, DEFENSE WOULD LIKE

20   TO OFFER JX 12 INTO EVIDENCE?

21             DR. KITCHENS:  NO OBJECTION, YOUR HONOR.

22             THE COURT:  ADMITTED.

23             (DEFENSE JOINT EXHIBIT 12 IS ADMITTED

24   INTO EVIDENCE.)

25             MS. MEW:  AND FINALLY, IF WE CAN PULL UP

1    JX 13?

2    BY MS. MEW:

3    Q.      DR. KITCHENS, IS JX 13 A TRUE AND CORRECT COPY

4    OF YOUR USMLE STEP 2 CK SCORE REPORT FOR JUNE 29TH,

5    2022?

6    A.      IT APPEARS TO BE CORRECT.

7            MS. MEW:  DEFENDANT OFFERS EXHIBIT JX 13

8    INTO EVIDENCE?

9            DR. KITCHENS:  NO OBJECTION, YOUR HONOR.

10           THE COURT:  ADMITTED.

11           (DEFENSE JOINT EXHIBIT 13 IS ADMITTED

12   INTO EVIDENCE.)

13   BY MS. MEW:

14   Q.      NOW, IF WE PULL UP -- IF WE PULL UP JX 10.

15           SO YOU TOOK THE STEP 1 EXAM A SECOND TIME

16   ON MAY 9TH, 2022, UNDER STANDARD CONDITIONS; CORRECT,

17   DR. KITCHENS?

18   A.      YES, I PERFORMED ANOTHER CBSSA EXAMINATION AND

19   RELIED ON THAT DOCUMENTATION AND TOOK THE EXAM AGAIN.

20   Q.      AND YOU DID NOT REQUEST ACCOMMODATIONS BEFORE

21   TAKING THIS EXAM ON MAY 9TH, 2022?

22   A.      NO, NOT ON THIS ONE.

23           I HAD DOCUMENTATION TO PROVIDE AT THAT

24   TIME SO.

25   Q.      AND THEN IF YOU PULL UP JX 11, YOU ALSO WENT

1    AHEAD AND TOOK THE STEP 2 CK EXAM ON -- SORRY, SCRATCH

2    THAT.

3                    YOU WENT AHEAD AND TOOK THE STEP 1 EXAM

4    ON SEPTEMBER 29TH, 2022, UNDER STANDARD CONDITIONS;

5    CORRECT?

6    A.      YES.

7    Q.      AND YOU DID NOT SEEK ACCOMMODATIONS ON THIS

8    TEST?

9    A.      I DID NOT.

10   Q.      IF WE PULL UP JX 12, YOU TOOK THE STEP 2 CK EXAM

11   ON MAY 28TH, 2022, WITHOUT SEEKING ACCOMMODATIONS ON

12   THIS TEST; CORRECT?

13   A.      I FORGET THE DATE OF -- OF WHEN I APPLIED THE

14   SECOND TIME FOR MY ACCOMMODATIONS.

15   Q.      IF I REPRESENT TO YOU THAT IT WAS AT THE END OF

16   AUGUST, 2022?

17   A.      YES.

18   Q.      DO YOU AGREE YOU DID NOT REQUEST ACCOMMODATIONS

19   ON THE STEP 2 CK THAT WAS ADMINISTERED ON MAY 28TH,

20   2022?

21   A.      I DID NOT.

22   Q.      AND THEN IF WE PULL UP JX 13, YOU TOOK THE USMLE

23   STEP 2 CK ON JUNE 29TH, 2022, UNDER STANDARD CONDITIONS;

24   CORRECT?

25   A.      YES.

1   Q.      AND DID YOU NOT REQUEST ACCOMMODATIONS ON THIS

2   TEST?

3   A.      NO, I DID NOT.  MY TRUST IN THE SYSTEM WAS --

4   HAD ALREADY BEEN FAILED THERE.  SO I DIDN'T FEEL THAT I

5   NEEDED TO WASTE MY TIME.

6   Q.      AFTER YOU TOOK THIS JUNE 29TH, 2022, STEP 2 CK

7   EXAM, YOU SENT ANOTHER SCORE RECHECK REQUEST AFTER

8   RECEIVING YOUR RESULTS; IS THAT CORRECT?

9   A.      YES, THIS IS CORRECT.

10  Q.      AND YOU DID THIS BECAUSE YOU FELT AFTER TAKING

11  THE TEST THAT YOU HAD DONE WELL; CORRECT?

12  A.      NO, I DID THIS BECAUSE, AGAIN, FROM WHEN I TOOK

13  STEP 1 THE FIRST TIME AND I FELT THAT I HAD TAKEN THE

14  EXAMINATION WITH AN EXTRA -- AND EXTRA BLOCK OF

15  QUESTIONS, I DID NOT TRUST THE SYSTEM AND WHEN REACHING

16  OUT TO NBME, THE HELP SERVICES DOES NOT GIVE THE

17  APPLICANT REALLY ANY INFORMATION, NO PROOF, ANYTHING.

18          THEY JUST SAY, IT WAS CORRECT, AND I AM

19  JUST SUPPOSED TO BELIEVE WHATEVER SOMEONE BEHIND A

20  COMPUTER WHO I HAVE NEVER SEEN SAYS, SO THAT'S WHY.

21  Q.      LET ME ASK YOU THIS, DR. KITCHENS:

22          YOU CALLED NBME, ON SEPTEMBER 20TH OF

23  2022, TO ASK THEM ABOUT YOUR SCORE RECHECK; IS THAT

24  RIGHT?  DO YOU REMEMBER THAT?

25  A.      I DO NOT REMEMBER THAT.

1    Q.       OKAY.  LET'S PULL UP DX 93.  SCROLL DOWN TO THE

2    SECOND PAGE.  AND ACTUALLY, IF YOU CAN SCROLL BACK UP TO

3    THE TOP.  I WANT TO GIVE SOME --

4    A.       SORRY, GO AHEAD, MS. MEW?

5    Q.       SO DR. KITCHENS, I JUST -- I WILL REPRESENT TO

6    YOU, THIS IS A DOCUMENT THAT WE FILED IN CONNECTION WITH

7    THE PRELIMINARY INJUNCTION PROCEEDINGS, AND THEN WE ALSO

8    PROVIDED YOU WITH A COPY OF THE ACTUAL SOUND RECORDING,

9    AND THIS IS BACK IN FEBRUARY OF 2023.

10             DO YOU RECALL THAT?

11   A.       I DON'T REMEMBER A SOUND RECORDING.  OR

12   REVIEWING A SOUND RECORDING.  BUT FOR THIS DOCUMENT, I

13   HAVE A QUESTION OF CLARIFICATION, IF THAT'S OKAY?  IS

14   THIS DOCUMENT -- IS THIS DOCUMENT DOCUMENTED FROM A

15   COMPUTER SYSTEM, LIKE AUTOMATIC -- AUTOMATED, OR IS THIS

16   A PERSON TYPING IN THE CONVERSATION AS WE ARE HAVING THE

17   CONVERSATION?

18   Q.       IT'S THE LATTER, DR. KITCHENS.  AND THAT'S WHY

19   WE GAVE YOU THE ACTUAL SOUND RECORDING TOO, SO YOU HAD

20   ALMOST THREE MONTHS TO CHECK ON IT.

21             I JUST WANT TO SCROLL DOWN HERE TO PAGE

22   TWO.  STOP RIGHT THERE.

23             DO YOU SEE WHERE IT SAYS, "EXAMINEE," AND

24   THE FIRST WORD OF THE PASSAGE IS "OKAY"?

25   A.       YES.

1    Q.      DO YOU WANT ME TO EXPAND IT?

2    A.      NO, I CAN READ IT JUST FINE.

3    Q.      DO YOU WANT THE READ IT TO YOURSELF, JUST THAT

4    PARAGRAPH, AND I CAN ASK MY QUESTION?

5    A.      YES.

6    Q.      SO DOES THIS REFRESH YOUR RECOLLECTION, DR.

7    KITCHENS, THAT YOU CALLED NBME AND EXPRESSED THAT YOU

8    WERE VERY CONFIDENT IN YOUR SCORES THAT YOU HAD EXCELLED

9    IN YOUR STUDIES SO YOU THOUGHT THAT THERE WAS AN ISSUE

10   WITH THE SCORING AND NOT WITH YOUR PERFORMANCE?

11   A.      SO, AS A PERSON WHO HAS GONE THROUGH THIS, AND

12   AS A STUDENT AT THAT -- A PERSON APPLYING FOR -- FOR A

13   RECHECK THERE IS CERTAIN THINGS AND WORDS THAT WE --

14   THAT WE SAY WHEN WE CALL IN TO THE HELP SERVICES TO TRY

15   TO GET THE NBME TO ACTUALLY INVESTIGATE -- INVESTIGATE

16   THE INFORMATION.

17           SO I WOULD SAY THAT NO, THIS PARTICULAR

18   INFORMATION HERE I DIDN'T FEEL 100 PERCENT CONFIDENT ON

19   THIS AND -- BUT NO, I DID NOT FEEL THAT IT WOULD BE

20   ELEMENT LIKE A ZERO PERCENT.  IT HASN'T BEEN SHOWN --

21   OR, THE NBME HASN'T SHOWN US AS PEOPLE TAKING THE EXAM,

22   WHO IS REQUESTING SCORE RECHECKS, THE CONFIDENCE IN

23   THOSE RECHECKS.  THEY HAVE NOT GIVEN THAT.

24           SO WE ARE FORCED TO HAVE TO SAY CERTAIN

25   THINGS TO BE LIKE, OH, OKAY, FOR THE PEOPLE TO EVEN

1    CONTINUE TO HAVE A CONVERSATION WITH YOU BECAUSE THE

2    ONLY THING THAT THEY DO WHEN YOU CALL INTO THEM IS GIVE

3    YOU THE RUNAROUND, SEEMS LIKE, AND THEN THEY SEND YOU --

4    THEN WE HAVE TO PAY 60 TO $80 FOR THE RECHECK, JUST FOR

5    THEM TO RECHECK OUR EXAM.  $80.  AND THEN THEY JUST SEND

6    US A LETTER THAT SAYS, ALMOST TWO WORDS REALLY, TWO

7    LETTERS -- NOT TWO LETTERS, BUT LIKE A LITTLE BITTY

8    PARAGRAPH SAYING EVERYTHING WAS CORRECT.  SO.

9    Q.     CAN YOU SCROLL UP A LITTLE BIT?

10   A.     SO I NEEDED THAT TO REALLY BE UNDERSTOOD THERE.

11   Q.     I HAVE NOT ASKED A QUESTIONS YET JUST BE PATIENT

12   WITH ME.

13   A.     I UNDERSTAND.

14   Q.     I AM NOT IN MY FLOW YET.  SCROLL DOWN.  NO,

15   SCROLL BACK TO PAGE TWO?

16   A.     IS THIS DX 93?

17   Q.     YES.

18   A.     THANK YOU.  SCROLL DOWN TO PAGE 3.

19          DO YOU SEE WHERE IT SAYS "GOTCHA?"

20          DR. KITCHENS, CAN YOU SEE THE PARAGRAPH

21   WHERE IT STARTS WITH, "GOTCHA," AFTER EXAMINEE.

22   A.     CAN I HAVE TIME TO READ IT?

23   Q.     OF COURSE.

24   A.     THANK YOU.  AND I NEED TO MAKE SURE I HAVE THAT

25   IN CONTEXT HERE.

1    Q.     OKAY.

2    A.     RIGHT.  SO --

3    Q.     I HAVE NOT ASKED A QUESTION.

4    A.     I WAS GOING TO SAY YES, THIS IS CORRECT.

5    Q.     OKAY.  THANKS.  I JUST WANTED TO ASK YOU:

6           DOES THIS REFRESH YOUR RECOLLECTION THAT

7    IN THIS CALL, WHEN YOU CALLED NBME, YOU EXPRESSED THAT

8    YOU DIDN'T THINK THAT THE EXAM WAS ACTUALLY THAT HARD

9    FOR YOU?

10   A.     AGAIN, DUE TO THE MISTRUST IN -- IN THE NBME'S

11   GRADING SYSTEM, ON THE RECHECKS, THESE ARE THINGS THAT

12   YOU HAVE TO SAY TO BE ABLE TO GET SOME ATTENTION FROM

13   SOMEONE IN AUTHORITY BECAUSE I AM JUST A LITTLE PERSON

14   AGAINST THEIR GREAT BIG NBME.

15   Q.     AND IS THAT WHY --

16   A.     SO, YES, I DID SAY THAT.  BUT DID I MEAN IT?

17          NO, I DID NOT.

18   Q.     AND IS THAT THE SAME WITH JUST YOUR -- WHAT YOU

19   SAID ABOUT YOU DID ALL OF YOUR WORK AT THE MAYO CLINIC?

20   A.     NO.  THAT -- I DID DO MY ROTATIONS, MY CLERKSHIP

21   AT MAYO CLINIC, YES, BUT AT THAT TIME -- I MEAN, I AM

22   JUST TALKING ON THE PHONE SO I WON'T SAY THAT ALL OF MY

23   WORK WAS DONE AT MAYO CLINIC BECAUSE THAT'S NOT TRUE,

24   BUT IN THAT MOMENT ESPECIALLY COMING FROM AN AGITATED

25   CANDIDATE OR TEST TAKER WHO KNOWS WHAT YOU WOULD SAY ON

1    THE PHONE TO A PERSON WHO SAYS RIGHT ABOVE YOU, IT'S

2    VERY UNLIKELY THAT A CHANGE WILL EVEN BE MADE.

3    Q.      YOU SAID WHAT YOU THOUGHT YOU NEEDED TO SAY TO

4    GET WHAT YOU WANTED?

5    A.      NO, WHAT I DID WAS -- IT'S NOT THAT I WAS

6    MALINGERING THERE.  THAT'S NOT WHAT WAS GOING ON.

7                I SAID WHAT I SAID TO GET ATTENTION FOR

8    SOMEONE TO ACTUALLY LOOK INTO THE SYSTEM.  AND THAT A

9    SYSTEM THAT IS A COMPUTER CAN ALSO MAKE MISTAKES.  AND

10   HER STATEMENT ABOVE JUSTIFIED THAT AND THAT'S THE REASON

11   THAT I SAID THAT.

12               IT'S VERY UNLIKELY THAT A CHANGE WILL BE

13   MADE.  THAT DOESN'T PUT CONFIDENCE IN A PERSON AT ALL.

14   Q.      IF WE GO BACK TO YOUR ACCOMMODATION REQUEST, DR.

15   KITCHENS, YOU DID FINALLY REQUEST ACCOMMODATIONS AGAIN

16   AT THE END OF AUGUST, 2022; IS THAT CORRECT?

17   A.      YES.

18   Q.      AND YOU DID NOT SUBMIT ANY NEW DOCUMENTATION

19   WITH THIS; CORRECT, I THINK YOU TESTIFIED TO THAT?

20   A.      I HAD NO NEW DOCUMENTATION TO GIVE.

21   Q.      SO LET ME ASK YOU ABOUT THAT.

22               I BELIEVE YOU TESTIFIED THAT WHEN YOU

23   SUBMITTED YOUR INITIAL DOCUMENTATION TO NBME YOU WERE

24   LOOKING THROUGH MEDICAL RECORDS TO FIND DOCUMENTATION TO

25   SUBMIT TO THEM; IS THAT CORRECT?

1    A.        YES, THAT IS CORRECT.

2    Q.        AND I BELIEVE IT'S YOUR STANDARD PRACTICE TO GET

3    PAPER COPIES OF YOUR MEDICAL RECORDS AS YOU GO THROUGH

4    YOUR LIFE SO YOU HAVE THEM AS YOU MOVE AND THINGS LIKE

5    THAT?

6    A.        MM-HMM, THIS IS CORRECT.

7    Q.        AND I THINK YOU ALSO MENTIONED THAT WHEN YOU

8    FIRST STARTED SEEING DR. YIN, AT BAPTIST HEALTH, YOU

9    PROVIDED HIM WITH COPIES OF YOUR FORMER MEDICAL RECORDS;

10   IS THAT CORRECT?

11   A.        THE MEDICAL RECORDS THAT I SUBMITTED TO DR. YIN

12   WAS FROM WHEN I WAS IN NORTH WESTERN MEDICINE

13   DOCUMENTATION AND THE DOCUMENTATION THAT I DID HAVE THAT

14   -- AT THAT PARTICULAR TIME, THAT I GAVE TO THE NBME, IS

15   EXACT SAME DOCUMENTATION THAT YOU GUYS GOT OUT OF

16   DISCOVERY.  SO THERE WAS NO NEW DOCUMENTATION TO GIVE.

17   Q.        OKAY.  I JUST WANT TO MAKE SURE I UNDERSTAND

18   THAT, DR. KITCHENS.

19             SO YOU ARE TELLING ME -- WELL, LET'S --

20   WHEN DID YOU START SEEING DR. YIN AT BAPTIST HEALTH?

21   A.        WHEN WE MOVED DOWN HERE SO THAT WAS DECEMBER,

22   2020.  BETWEEN DECEMBER, 2020, AND JANUARY, 2021.

23   Q.        SO SOMETIME BETWEEN DECEMBER, 2020, AND JANUARY,

24   2021, YOU GAVE DR. YIN AT BAPTIST HEALTH ALL OF YOUR

25   MEDICAL RECORDS?

1  A.      I -- NO.  I GAVE HIM MY MEDICAL RECORDS -- AS I

2  JUST STATED I GAVE HIM MY MEDICAL RECORDS FROM NORTH

3  WESTERN MEDICINE THAT WAS WITH DR. KHAN, WHICH WAS ALSO

4  DOCUMENTATION THAT I SUBMITTED IN MY APPLICATION THAT I

5  JUST TESTIFIED TO.

6  Q.      OKAY.  SO THAT'S WHAT I WAS TRYING TO

7  UNDERSTAND.  SO THE DOCUMENTS -- WHEN YOU SAID YOU GAVE

8  DR. YIN YOUR PRIOR MEDICAL RECORDS, IT WAS THE

9  APRIL 22ND, 2020, LETTER FROM DR. KHAN, AND PAGE 9 OF

10  THAT DERMATOLOGY RECORD, THAT'S WHAT YOU GAVE TO DR.

11  YIN?

12  A.      I GAVE HIM ALL.  SO WHEN YOU ARE -- FOR THE

13  RECORD, WHEN YOU GO TO ESTABLISH NEW AS A NEW PATIENT

14  ITS BEST TO GIVE YOUR DOCTOR AS MUCH AS YOU -- THAT'S --

15  MUCH -- THAT IS RELEVANT.

16          YOU'RE LOOKING AT A CERTAIN TIME FRAME,

17  SO I WOULD NOT HAVE GIVEN HIM DOCUMENTATION FROM WHITE

18  HOUSE CLINIC THAT WAS BACK IN 2013.  I GAVE HIM THE

19  RECORDS THAT MY DOCTOR THAT I JUST HAD, WHICH WAS DR.

20  KHAN, THE ENTIRE DOCUMENTATION OF THAT.  AND HE PUT THAT

21  IN THE SYSTEM.

22          AND OUT OF THAT DOCUMENTATION, I SUBMIT

23  TO THE NBME THE RELEVANT DOCUMENTATION, OUTSIDE OF, YOU

24  KNOW, UPSET STOMACH, YOU KNOW, THOSE TYPE OF THINGS.  I

25  WOULD NOT DO THAT.  IT WOULDN'T BE RELEVANT.  SORRY.

```
 1    Q.      WHEN YOU SUBMITTED YOUR SECOND REQUEST FOR

 2    ACCOMMODATIONS IN AUGUST OF 2022, NBME EXPLAINED THAT

 3    BECAUSE YOU HAD NOT SUBMITTED ANY NEW DOCUMENTATION YOU

 4    COULD EITHER SUBMIT ADDITIONAL DOCUMENTATION TO HAVE

 5    YOUR REQUEST REVIEWED OR YOU COULD ASK THEM TO RELEASE

 6    THE HOLD ON YOUR SCHEDULING PERMIT TO ALLOW TO YOU TEST

 7    UNDER STANDARD CONDITIONS.

 8                    DO YOU RECALL THAT?

 9    A.      AGAIN, YES, I -- NO, WAIT.  I ASKED -- I SAID TO

10    DO WHAT?

11    Q.      LET'S DO THIS.  IF YOU CAN PULL UP DX 78?

12    SCROLL DOWN.

13                    I THINK BECAUSE ITS EXPANDED WE DON'T SEE

14    A LOT OF IT, BUT DO YOU RECOGNIZE THIS DOCUMENT, DR.

15    KITCHENS?

16    A.      I HONESTLY CANNOT READ IT.  IF YOU CAN ZOOM IN

17    JUST A LITTLE BIT, PLEASE?  YES, I DO, AND CAN YOU TELL

18    ME THE BATES STAMP NUMBER ON THIS PAGE HERE, PLEASE?

19    Q.      SURE.  LET ME DO IT THIS WAY.

20                    DX 78, SCROLL BACK UP -- IS A

21    SEPTEMBER 9TH -- DX 78 IS SEPTEMBER 2ND, 2022, E-MAIL

22    FROM DISABILITY SERVICES@NBME.ORG TO YOUR E-MAIL

23    ADDRESS.

24    A.      YES, IF YOU CAN JUST SHOW ME THE NUMBER AT THE

25    BOTTOM RIGHT FOR TIME SAKE THAT WOULD BE SUFFICIENT FOR
```

1    ME.  263, THANK YOU.  THAT'S ALL.

2    Q.      DR. KITCHENS, DO YOU RECOGNIZE THIS AS A TRUE

3    AND CORRECT COPY OF AN E-MAIL THAT WAS SENT TO YOU ON

4    SEPTEMBER 2ND, 2022?

5    A.      IT APPEARS TO BE CORRECT.

6                MS. MEW:  YOUR HONOR, DEFENDANT OFFERS

7    EXHIBIT DX 78 INTO EVIDENCE?

8                THE COURT:  DR. KITCHENS?

9                DR. KITCHENS:  YOUR HONOR, I'M NOT SURE

10   IF I WANT TO CONTEST TO THAT.  BASED ON THE --

11               THE COURT:  WHAT IS THE CONCERN?

12               DR. KITCHENS:  THE CONCERN IS THAT THE

13   INFORMATION CAN BE MISCONSTRUED OF THESE WORDS HERE.

14               THE COURT:  WELL, THERE ARE TWO WAYS FOR

15   YOU TO ADDRESS THAT CONCERN.  ONE IS ON REDIRECT DURING

16   THIS BLOCK OF TESTIMONY WHEN YOU HAVE A CHANCE TO RE

17   DIRECT YOU CAN SPEAK TO IT, OR TWO IS IF IT'S SOMETHING

18   THAT GETS DEALT WITH IN POST TRIAL BRIEFING YOU CAN

19   ARGUE BUT YOU WILL HAVE A CHANCE.

20               DR. KITCHENS:  OKAY.  THEN IN THAT CASE

21   -- SORRY, YOUR HONOR.

22               THE COURT:  WELL, I WAS WAITING.  ARE YOU

23   GOING TO SAY NO OBJECTION?

24               DR. KITCHENS:  SURE, YES.  NO OBJECTION.

25               THE COURT:  ALL RIGHT.  DX 78 IS

1   ADMITTED.

2                  (DEFENSE EXHIBIT 78 IS ADMITTED INTO

3   EVIDENCE.)

4                  (OFF THE RECORD DISCUSSION.)

5                  THE COURT:  GIVEN MY OWN TIME RESTRAINTS

6   I NEED TO BREAK OFF FROM THIS ABOUT 4:45, SO THIS IS A

7   GOOD TIME TO BREAK TO LEAVE IT ONE LITTLE BLOCK.  WHY

8   DON'T WE TAKE A BREAK NOW AND LET'S MAKE IT -- LETS COME

9   BACK AT MAKE TEN MINUTES.

10                  COME BACK IN TEN MINUTES AND SINCE YOU

11   ARE ON CROSS EXAMINATION, DR. KITCHENS, YOU SHOULD NOT

12   BE DISCUSSING YOUR TESTIMONY DURING THIS BREAK; OKAY?

13                  DR. KITCHENS:  UNDERSTOOD, JUDGE.

14                  THE COURT:  OKAY.  THANK YOU.

15                  (SHORT RECESS TAKEN.)

16                  THE COURT:  ALL RIGHT.  MS. MEW, DR.

17   KITCHENS, ARE YOU BOTH READY?

18                  DR. KITCHENS:  YES, YOUR HONOR.

19                  THE COURT:  ALL RIGHT JUST A REMINDER,

20   DR. KITCHENS, YOU ARE STILL UNDER OATH.

21                  AND MS. MEW, YOU MAY RESUME.

22                  MS. MEW:  THANK YOU, YOUR HONOR.

23   BY MS. MEW:

24   Q.    IF WE COULD PULL BACK UP DX 78?

25                  SO IF YOU LOOK AT THE SECOND TO LAST

1    PARAGRAPH, DR. KITCHENS?

2    A.      YES, I CAN SEE IT.

3    Q.      THANK YOU.   NBME IS INFORMING YOU THAT YOU NEED

4    TO SEND IN NEW DOCUMENTATION TO SUPPORT YOUR CURRENT

5    REQUEST; CORRECT?

6    A.      THEY ARE WANTING MORE QUANTITY OF DOCUMENTATION.

7    Q.      NO, JUST -- I WILL JUST READ IT.

8            THEY SAY YOU WILL NEED TO SEND IN NEW

9    DOCUMENTATION TO SUPPORT YOUR CURRENT REQUEST.

10   A.      SO MY UNDERSTANDING FROM THAT IS THAT THEY ARE

11   -- THAT THEY ARE MEANING MORE QUANTITY OF DOCUMENTATION,

12   SO YES.

13   Q.      THEY WERE REQUESTING SOMETHING IN ADDITION TO

14   WHAT YOU SUBMITTED IN SUPPORT OF YOUR ORIGINAL REQUEST;

15   CORRECT?

16   A.      THEY WANTED MORE DOCUMENTS, YES.

17   Q.      AND THEY -- NBME ENCOURAGED YOU TO REVIEW THE

18   USMLE GUIDELINES FOR REQUESTING TEST ACCOMMODATIONS TO

19   GET SPECIFIC GUIDELINES FOR REQUESTING ON THE BASIS OF A

20   NEURO DEVELOPMENTAL DISORDER SUCH AS ADHD?

21   A.      THIS APPEARS TO BE CORRECT.

22   Q.      AND THEN, IF YOU GO AND LOOK AT THE FINAL

23   PARAGRAPH, IT EXPLAINS, "NBME WILL CONTINUE PROCESSING

24   YOUR REQUEST AS SOON AS IT RECEIVES A RESPONSE FROM YOU

25   INDICATING WHETHER YOU WOULD LIKE US TO RELEASE THE HOLD

1        ON YOUR SCHEDULING PERMIT FOR A STANDARD EXAMINATION, OR

2        WAIT FOR ADDITIONAL DOCUMENTATION TO CONTINUE PROCESSING

3        YOUR REQUEST FOR BREAK TIME AND ADDITIONAL TEST TIME."

4                      DO YOU SEE THAT LANGUAGE?

5        A.        YES, I DO SEE THAT LANGUAGE.

6        Q.        AND YOU CHOSE IN RESPONSE TO RELEASE THE HOLD

7        AND TO TEST UNDER STANDARD CONDITIONS; CORRECT?

8        A.        CAN YOU SHOW ME THAT?

9        Q.        YES.   LET'S PULL UP DX 79?

10       A.        EXCUSE ME BEFORE YOU MOVE ON, CAN YOU TELL ME

11       WHAT PAGE THIS IS, WHAT BATES STAMP THIS IS?

12       Q.        FOR DX 78 OR DX 79?

13       A.        FOR DX 78, PLEASE.

14       Q.        NBME 263.

15       A.        THANK YOU.

16       Q.        SO LET'S GO TO DX 79.   THIS IS NBME 265, IS THE

17       FIRST PAGE, DR. KITCHENS, AND IF YOU CAN SCROLL TO THE

18       TOP SO WE CAN IDENTIFY IT.

19                      ITS AN E-MAIL STRING AND THE E-MAIL AT

20       THE TOP IS SEPTEMBER 7TH, 2022, E-MAIL FROM YOU TO

21       DISABILITY SERVICES AT NBME; IS THAT CORRECT?

22       A.        I'M SORRY, CAN YOU SAY YOUR QUESTION AGAIN?   I'M

23       SORRY MS. MEW.

24       Q.        IF YOU LOOK UNDER ORIGINAL MESSAGE THERE, THIS

25       E-MAIL AT THE TOP IS A SEPTEMBER 27TH, 2022, E-MAIL FROM

1    YOU TO DISABILITY SERVICES AT NBME.ORG; IS THAT CORRECT?

2    A.    YES, I DO SEE THAT AND OUT OF FRUSTRATION THAT'S

3    WHY IT IS VERY SHORT AND POINTED, RELEASE HOLD.

4    Q.    OKAY.  FIRST -- FIRST -- DR. KITCHENS, FIRST,

5    I'M JUST TRYING TO ADMIT THIS DOCUMENT INTO EVIDENCE.

6              SO DO YOU AGREE THAT EXHIBIT JX -- I'M

7    SORRY, SCRATCH THAT.

8              DO YOU AGREE THAT DX 79 IS A TRUE AND

9    CORRECT COPY OF THE E-MAIL COMMUNICATIONS BETWEEN YOU

10   AND NBME?

11   A.    YES.

12             MS. MEW:  YOUR HONOR, DEFENDANT SEEKS

13   ADMISSION OF EXHIBIT DX 79.

14             DR. KITCHENS:  NO OBJECTION.  I'M SORRY,

15   YOUR HONOR, NO OBJECTION.

16             THE COURT:  DX 79 ADMITTED.

17             (DEFENSE EXHIBIT 79 IS ADMITTED INTO

18   EVIDENCE.)

19   BY MS. MEW:

20   Q.    SO REGARDLESS OF THE REASON, YOU RESPONDED,

21   "RELEASE HOLD;" CORRECT?

22   A.    I HAD NO OTHER CHOICE, SO YES.

23   Q.    YOU CAN TAKE THAT DOWN.

24             AND SO AFTER THAT, YOU TOOK THE STEP 1

25   EXAM FOR A THIRD TIME ON SEPTEMBER 29, 2022, UNDER

1    STANDARD CONDITIONS; CORRECT?

2    A.       SOUNDS CORRECT.

3    Q.       AND DID YOU NOT PASS?

4    A.       THIS IS CORRECT, I DID NOT PASS ON THAT EXAM.

5    Q.       BUT YOU FELT GOOD ABOUT YOUR PERFORMANCE AFTER

6    YOU TOOK THE TEST A THIRD TIME; CORRECT?

7    A.       AGAIN, SAME LANGUAGE HAS BEEN USED THE ENTIRE

8    THE ENTIRE TIME, ASKED AND ANSWERED ON THAT, THAT I HAVE

9    -- THAT RESPONDED TO THAT E-MAIL OR HOWEVER, OUT OF

10   FRUSTRATION, AND TO TRY TO GET SOMEONE TO ACTUALLY

11   RECOGNIZE SO -- NO.

12   Q.       I THINK I AM ASKING ABOUT SOMETHING DIFFERENT.

13   SO LET'S JUST DO THIS, DR. KITCHENS, LET'S PULL UP DX

14   89.  IF YOU COULD JUST SCROLL DOWN SO WE CAN SEE THIS

15   DOCUMENT.

16               DR. KITCHENS, DO YOU RECOGNIZE THIS

17   DOCUMENT?

18   A.       YES.

19   Q.       IS THIS TRUE AND CORRECT COPY OF AN E-MAIL THAT

20   AMELIA KITCHENS WROTE TO THE ECFMG, ATTACHING A LETTER

21   DATED OCTOBER 3RD, 2022, AND YOU CAN SCROLL DOWN TO SEE

22   THE LETTER.

23   A.       CAN YOU SCROLL DOWN SOME MORE SO I CAN -- YES,

24   THIS IS A LETTER I DID ASK FOR MY WIFE TO SUBMIT ON MY

25   BEHALF.  OUT OF THE FACT THAT I FELT THAT, AS HER BEING

1    A LAWYER, THEY WOULD ACTUALLY LISTEN TO A LITTLE PERSON

2    BECAUSE JUST ME, WHO KNOWS.

3    Q.     LET ME JUST ASK YOU FIRST, DR. KITCHENS,

4    DEFENDANTS SEEKS TO ADMIT EXHIBIT DX 89 INTO EVIDENCE?

5              DR. KITCHENS:  NO OBJECTION.

6              THE COURT:  ADMITTED.

7              (DEFENSE EXHIBIT 89 IS ADMITTED INTO

8    EVIDENCE.)

9    BY MS. MEW:

10   Q.     IF WE LOOK AT THE SECOND PARAGRAPH OF THE

11   LETTER.  THE SECOND SENTENCE READS, "AS OF THE DATE OF

12   THIS LETTER, DR. KITCHENS HAS SAT FOR STEP 1 FOR THE

13   THIRD TIME, TO WHICH HE BELIEVES WAS A REASONABLE

14   MEASURE OF THE PROFICIENCY AND KNOWLEDGE, SHOULD THE

15   TEST BE IMPROPERLY SCORED AGAIN MY CLIENT HAS AUTHORIZED

16   ME TO FILE SUIT AGAINST YOU."

17             DID YOU AUTHORIZE AMELIA KITCHENS TO SEND

18   THIS LETTER WITH THIS STATEMENT TO THE ECFMG?

19   A.     THIS IS A LETTER THAT I ASKED -- AND THE REASON

20   THAT THIS LANGUAGE IS ACTUALLY PUT IN THERE BECAUSE OF

21   THE DISTRUST IN THE GRADING SYSTEM AND THAT WAS THE

22   REASON WHY I WANTED HER TO MAKE SURE THAT IT WAS QUITE

23   CLEAR TO THE NBME THAT OTHER ACTIONS NEEDS TO BE SHOWN

24   TO PROVE THAT THE SCORE WAS CORRECT.

25             MS. MEW:  YOUR HONOR, I HAVEN'T --

1                    THE WITNESS:  THIS IS REASON WHY I HAD --

2       I ASKED HER TO DO THAT.  AND I UNDERSTAND YOU WANT ME TO

3       JUST SAY YES OR NO, BUT IT'S MORE TO IT.

4                    MS. MEW:  WELL, YOUR HONOR, I AM GOING TO

5       RAISE THIS WITH THE JUDGE IT'S ALSO JUST TAKING A LOT OF

6       TIME I JUST ASKED THE QUESTION IF HE AUTHORED THE LETTER

7       TO BE SENT AND I WOULD LIKE TO MOVE TO STRIKE THE LAST

8       ANSWER AND WE CAN START OVER.

9                    THE COURT:  SURE.  I AM NOT GOING TO

10      STRIKE IT BUT YEAH, DR. KITCHENS, VERY GOOD EXAMPLE I

11      HEARD YOU SAY YES AT THE END, WHICH IS THE APPROPRIATE

12      RESPONSE IF YOU WOULD LIKE TO GIVE SOME CONTEXT TO THIS

13      LETTER IN YOUR REDIRECT YOU WILL HAVE THAT OPPORTUNITY.

14                   DR. KITCHENS:  YES, JUDGE.

15      BY MS. MEW:

16      Q.      JUST SO THE RECORD IS CLEAR, DR. KITCHENS, THE

17      SENTENCE THAT I READ, THE SECOND SENTENCE OF THE SECOND

18      PARAGRAPH, THIS IS SOMETHING THAT YOU AUTHORIZED AMELIA

19      KITCHENS TO WRITE TO ECFMG ON YOUR BEHALF; CORRECT?

20      A.      YES, I DID.

21      Q.      DR. KITCHENS, IT'S MY UNDERSTANDING THAT ONE OF

22      YOUR CONTENTIONS IN THIS LAWSUIT IS THAT CONTENTIONS

23      THAT THE DOCUMENT THAT YOU SUBMITTED TO NBME IN SUPPORT

24      OF YOUR 2022 ACCOMMODATION REQUEST PROVIDED ENOUGH

25      INFORMATION TO SHOW THAT YOU WERE DISABLED AND ENTITLED

1    TO ACCOMMODATION ON THE STEP 1 EXAMS.

2                    IS THAT FAIR TO SAY?

3    A.      YES.

4    Q.      IF WE CAN PULL UP PX 2?

5                    THIS IS ALREADY BEEN ADMITTED, DR.

6    KITCHENS.  THIS, I THINK, HAS ALL BEEN ROUNDLY AGREED

7    THAT THIS IS THE FIRST ACCOMMODATION REQUEST THAT YOU

8    SUBMITTED TO NBME?

9    A.      YES, THIS IS CORRECT.

10   Q.      OH, I HAVE THE WRONG ONE.  SORRY.  I THINK THIS

11   IS SETTING THE -- I WANTED -- SCRATCH THAT DR. KITCHENS,

12   I AM SORRY.  I AM TRYING TO USE YOUR DOCUMENT NUMBERS

13   INSTEAD OF MINE AND I AM A LITTLE BEHIND.

14   A.      THAT'S OKAY.

15   Q.      IF WE CAN PULL UP PX 3.  LET'S START AGAIN.

16                   THIS DOCUMENT, DR. KITCHENS, I THINK WE

17   HAVE ALL AGREED IS THE FIRST ACCOMMODATION REQUEST THAT

18   YOU SUBMITTED TO NBME.

19                   I AM SO SORRY.  I APOLOGIZE TO THE COURT

20   AND TO YOU, DR. KITCHENS, I THINK IT'S JUST -- I THINK I

21   AM A LITTLE TIRED.

22                   LET'S GO BACK TO PX 2.  MY APOLOGIES.

23   A.      OH, NO.  YOU ARE FINE.  I DON'T EVEN KNOW WHAT

24   YOU ARE APOLOGIZING FOR.

25   Q.      I AM APOLOGIZING, DR. KITCHENS, BECAUSE I WAS

1    RIGHT THE FIRST TIME.  I THINK I SEE THAT OCTOBER DATE

2    AND IT GETS ME OFF.

3    A.       THAT'S OKAY.

4    Q.       IT GETS CONFUSING WITH AUGUST.  MY APOLOGIES TO

5    ALL.

6    A.       OKAY.  NO PROBLEM.

7    Q.       OKAY.  SO NOW HERE, YOUR FIRST ACCOMMODATION

8    REQUEST TO NBME; CORRECT?

9    A.       YES.

10   Q.       AND JUST ONE POINT, JUST TO MAKE SURE THAT

11   RECORD IS CLEAR, IN ADDITION TO THE DOCUMENTS THAT ARE

12   IN THIS EXHIBIT, IT'S ACCURATE THAT NBME REACHED OUT AND

13   ASKED FOR SOME ADDITIONAL DOCUMENTS AND YOU DID PROVIDE

14   A COPY OF YOUR DECEMBER, 2020, CBSE SCORE REPORT;

15   CORRECT?

16   A.       CAN YOU SCROLL DOWN?

17   Q.       IT'S NOT IN HERE.  SO THIS HAS THE DOCUMENTS I

18   THINK THAT YOU INITIALLY SUBMITTED.  AND THEN NBME CAME

19   BACK AND ASKED YOU FOR CERTAIN DOCUMENTS AND THEN YOU

20   SUBSEQUENTLY PROVIDED YOUR DECEMBER, 2020, CBSE SCORE

21   REPORTS; CORRECT?

22   A.       YES, I DID.  I FOUND THAT IN MY E-MAIL THAT'S

23   WHY THERE WAS THE CONFIRMATION.

24   Q.       OKAY.  AND IF WE CAN GO TO PAGE 6 OF THIS

25   DOCUMENT.

1              THE ACCOMMODATION REQUEST FORM IS DATED

2    OCTOBER 13, 2021; CORRECT, DR. KITCHENS?

3    A.      CAN YOU HAVE YOUR ASSISTANT ZOOM IN, PLEASE?

4              YES.  10-13-2021.

5    Q.      BUT YOU ACTUALLY DID NOT SUBMIT YOUR REQUEST TO

6    NBME UNTIL JANUARY 5TH, 2022; CORRECT?

7    A.      I E-MAILED MY DOCUMENTS TO THEM IN OCTOBER.

8    Q.      LETS PULL UP --

9    A.      AND THEN THAT'S WHEN I RECEIVED -- THERE WAS AN

10   E-MAIL COMMUNICATION FOR MY REQUEST.

11   Q.      LET'S PULL UP DX 81.

12              AND IF YOU CAN SCROLL DOWN SO WE CAN SEE

13   THE START.  THAT'S OKAY, YOU CAN GO ALL THE WAY THROUGH.

14              OKAY.  LET'S GO TO PAGE 2.  AND THEN

15   SCROLL UP JUST A LITTLE BIT.

16              SO I KNOW THAT THERE IS A HEADER.

17              WHAT IS THE DATE?

18   A.      WHAT IS THE DATE?

19   Q.      SO HERE AT THE BOTTOM WE SEE FRIDAY, OCTOBER 22,

20   2021, AN E-MAIL FROM YOU TO INFO@ECFMG AND ECFMG ONLINE

21   SERVICES.

22              DO YOU SEE THAT?

23   A.      YES, I DO.

24   Q.      AND I'M NOT SURE IF WE HAVE GOT THIS SPELLED OUT

25   YET IN THE RECORD BUT ECFMG IS THE EDUCATIONAL

1      COMMISSION FOR FOREIGN MEDICAL GRADUATES; IS THAT

2      CORRECT?

3      A.      YES.

4      Q.      OKAY.  SO IF WE SCROLL DOWN NOW, JUST TO THIS.

5                       SO IS THIS THE E-MAIL YOU ARE TALKING

6      ABOUT THAT YOU SENT IN OCTOBER, 2021?

7      A.      IN ITS ENTIRETY?  THERE SHOULD HAVE BEEN A LINK

8      WITH MY APPLICATION THERE, WHICH I THINK I RECEIVED AN

9      AN E-MAIL BACK STATING THAT IT COULD NOT OPEN THE LINK.

10     Q.      YOU HAVE ATTACHED SEVERAL DOCUMENTS SO WE CAN

11     SCROLL DOWN AND WE CAN SEE WHAT YOU HAVE ATTACHED.

12     A.      UH-HUH.

13     Q.      OKAY.  AND THEN IF WE GO BACK UP TO PAGE 1.

14                      THIS IS AN E-MAIL DATED NOVEMBER 9, 2021,

15     TO YOUR E-MAIL ADDRESS AND IT'S COMING IN AGAIN FROM

16     INFO@ECFMG.ORG.

17                      DO YOU WANT TO TAKE A MINUTE TO READ THIS

18     E-MAIL?

19     A.      I CAN'T.

20     Q.      CAN YOU EXPAND IT?

21     A.      YES, PLEASE. THAT'S ALL RIGHT.

22     Q.      IF YOU CAN SCROLL DOWN SO HE CAN SEE THE TEXT?

23     A.      YES, I RECOGNIZE THIS.

24     Q.      OKAY.  AND JUST IN THE INTEREST OF TRYING TO

25     MOVE THIS ALONG, IS IT FAIR TO SAY THAT ECFMG RESPONDED

1    TO YOUR OCTOBER E-MAIL AND EXPLAINED THAT YOU NEEDED TO

2    APPLY THROUGH NBME FOR TESTING ACCOMMODATIONS?

3    A.      AND -- THAT I NEEDED TO APPLY THROUGH NBME?

4    YES.

5    Q.      OKAY.

6    A.      I SEE THAT AT THE BOTTOM.

7    Q.      AND THEY -- THEY TOLD TO YOU CONTACT DISABILITY

8    SERVICES TO APPLY AND SUBMIT DOCUMENTATION, AND THEY

9    ALSO TOLD TO YOU VISIT THE WEBSITE GIVEN FOR MORE

10   INFORMATION ABOUT THE GUIDELINES QUALIFICATIONS AND

11   APPLICATION PROCEDURE FOR REQUESTING TESTING

12   ACCOMMODATIONS.

13   A.      I DO SEE THAT.

14            MS. MEW:  YOUR HONOR, WE WOULD MOVE TO

15   ADMIT EXHIBIT DX 81 INTO EVIDENCE.

16            DR. KITCHENS:  NO OBJECTION.

17            THE COURT:  ADMITTED.

18            (DEFENSE EXHIBIT 81 IS ADMITTED INTO

19   EVIDENCE.)

20   BY MS. MEW:

21   Q.      NOW IF WE PULL UP DX 69.  SO IF WE CAN JUST

22   SCROLL UP A LITTLE BIT TO THE TOP OF PAGE 2.

23            SO YOU WILL SEE DR. KITCHENS, THERE IS AN

24   E-MAIL FROM YOUR E-MAIL ADDRESS SENT ON JANUARY 5TH,

25   2022, TO DISABILITYSERVICES@NBME.ORG, AND THEN WE WILL

1   SCROLL DOWN.  IT SAYS "ATTACHED TO THIS E-MAIL ARE ALL

2   COMPONENTS REQUESTED IN THE APPLICATION FOR USMLE STEP 1

3   ACCOMMODATIONS."

4   A.     YES.

5   Q.     AND DO YOU RECOGNIZE THIS AS THE E-MAIL YOU SENT

6   ON JANUARY 5TH, 2022, WHERE YOU SENT YOUR ACCOMMODATION

7   REQUEST TO NBME?

8   A.     IS THERE CLOUD LINK?  YES, I SEE THE CLOUD LINK

9   THERE, YES.

10  Q.     OKAY.  AND IN THE INTEREST OF COMPLETENESS WE

11  WILL GO UP TO THE TOP.

12          AND IF YOU REMEMBER, DR. KITCHENS, THEY

13  EXPLAIN THAT IT COULDN'T -- THEY NEEDED YOU TO RE SEND

14  IT, I THINK IT WAS ENCRYPTED, AND SO NOW YOU SENT IT

15  AGAIN WITH SOME PDF FILES?

16  A.     YES, I REMEMBER THAT.

17  Q.     OKAY.  SO THE E-MAIL AT THE TOP OF THIS PAGE IS,

18  AGAIN, A JANUARY 5TH, 2022, E-MAIL FROM DR. KITCHENS TO

19  DISABILITY SERVICES@NBME.ORG.

20          MS. MEW:  DEFENDANT MOVES TO ADMIT DX 69

21  INTO EVIDENCE?

22          DR. KITCHENS:  NO OBJECTIONS.

23          THE COURT:  ADMITTED.

24          (DEFENSE EXHIBIT 69 IS ADMITTED INTO

25  EVIDENCE.)

1    BY MS. MEW:

2    Q.      IF WE CAN PULL UP DX 71?  SO JUST TO IDENTIFY

3    THIS DOCUMENT, THE FIRST E-MAIL IN THE E-MAIL STRING IS

4    A JANUARY 8TH, 2022, E-MAIL FROM MARKCUS KITCHENS TO

5    DISABILITY SERVICES AT NBME.ORG, AND THEN THE SECOND

6    E-MAIL IN THE STREAM IS A JANUARY 6TH, 2022, E-MAIL FROM

7    DISABILITY SERVICES TO DR. KITCHENS.

8    A.      YES.

9    Q.      IS THIS A TRUE AND CORRECT COPY OF AN E-MAIL

10   STRING BETWEEN YOU AND NBME?

11   A.      CAN YOU STOP HERE PLEASE SO I CAN MAKE SURE OF

12   THIS PARTICULAR PART HERE?   OKAY.  YES.

13              MS. MEW:  OKAY.  AND JUST, FIRST,

14   DEFENDANT MOVES TO ADMIT DX 71?

15              DR. KITCHENS:  NO OBJECTIONS.

16              MS. MEW:  YOU'RE ON MUTE, YOUR HONOR.

17              THE COURT:  THANK YOU.  ADMITTED.

18              (DEFENSE EXHIBIT 71 IS ADMITTED INTO

19   EVIDENCE.)

20   BY MS. MEW:

21   Q.      DR. KITCHENS, AFTER YOU SUBMITTED YOUR

22   ACCOMMODATION REQUEST, NBME SENT YOU AN E-MAIL AND

23   REQUESTED ADDITIONAL DOCUMENTATION FROM YOU; IS THAT

24   CORRECT?

25   A.      CAN YOU SAY YOUR QUESTION AGAIN, PLEASE.

1    Q.    AFTER YOU SUBMITTED YOUR FIRST ACCOMMODATION

2    REQUEST ON JANUARY 5TH, 2022, NBME E-MAILED YOU AND

3    ASKED YOU TO PLEASE SUBMIT SOME ADDITIONAL

4    DOCUMENTATION.

5    DO YOU REMEMBER THAT?  AND WE CAN SCROLL

6    DOWN TO THE E-MAIL.  IT'S NOT A MYSTERY.

7    A.    RIGHT.  THEY DID.

8    Q.    I JUST WANTED YOU TO HAVE A CHANCE TO SEE IT.

9    A.    OH, OKAY.  SO YES, THEY DID ASK FOR MORE

10    QUANTITY OF DOCUMENTATION.

11    Q.    IF WE KEEP SCROLLING DOWN A LITTLE BIT, PLEASE?

12    OKAY.  AT THE BOTTOM OF THIS PAGE, DO YOU

13    SEE WHERE IT SAYS, "BEFORE WE CAN BEGIN TO REVIEW YOUR

14    REQUEST PLEASE DO THE FOLLOWING:  HAVE THE APPROPRIATE

15    OFFICIAL AT YOUR MEDICAL SCHOOL COMPLETE A USMLE

16    CERTIFICATION OF PRIOR TEST ACCOMMODATIONS FORM."

17    AND THEN THERE IS A LINK.

18    DO YOU SEE THAT LANGUAGE?

19    A.    I DO SEE THIS LANGUAGE.

20    Q.    AND SO IS IT FAIR TO SAY THAT NBME WAS ASKING TO

21    YOU PLEASE SUBMIT A C.P.T.A. FORM FROM YOUR MEDICAL

22    SCHOOL?

23    A.    AND I INFORMED THEM THAT I DID NOT HAVE ACCESS

24    TO THAT.

25    Q.    AND WE WILL GET -- DID THEY ASK FOR THIS?

1    A.        YES, I UNDERSTAND.

2    Q.        THANK YOU.  AND SO IF WE CAN PULL UP DX 62?

3              ARE YOU FAMILIAR WITH THE C.P.T.A. FORM,

4    DR. KITCHENS?

5    A.        I DON'T RECALL.  CAN YOU ZOOM IN ON THIS?   NO,

6    I DON'T NECESSARILY RECALL THIS DOCUMENT.

7    Q.        IS IT FAIR TO SAY THAT YOU OBJECTED TO PROVIDING

8    A C.P.T.A. FORM WITH YOUR ACCOMMODATION REQUEST?

9    A.        NO, I THINK THAT'S AN INACCURATE REPRESENTATION.

10   I INFORMED THEM THAT I DID NOT HAVE ACCESS TO THAT SO I

11   COULDN'T DO THAT.

12   Q.        SO -- AND ITS YOUR POSITION YOU COULD NOT GO TO

13   YOUR MEDICAL SCHOOL AND ASK THEM TO FILL OUT A FORM LIKE

14   THAT?

15   A.        NO, THAT WOULD REQUIRE ABOUT $2,500 FOR A PLANE

16   TICKET.  NO, I COULD NOT.

17   Q.        IF WE LOOK AT EXHIBIT PX 3.

18              THAT'S FINE.  ALL I AM TRYING TO DO IS

19   GET THE POINT IN TIME THAT YOU -- FOR YOUR SECOND

20   ACCOMMODATION REQUEST.

21   A.        YES.

22   Q.        YOU -- YOU SENT IN A SECOND ACCOMMODATION

23   REQUEST IN AUGUST OF 2022?

24   A.        YES.

25   Q.        AND YOU DID NOT INCLUDE ANY NEW DOCUMENTATION

1    COMPARED TO WHAT YOU SENT IN WITH YOUR JANUARY, 2022,

2    REQUEST; CORRECT?

3    A.      I HAD NO NEW DOCUMENTATION, THAT IS CORRECT.

4    Q.      AND YOU HAVE NOT SUBMITTED ANY OTHER

5    ACCOMMODATION REQUESTS TO NBME SINCE AUGUST OF 2022;

6    CORRECT?

7    A.      I HAVE NOT.

8    Q.      WE CAN TAKE THIS DOWN.

9            DURING THE COURSE OF THIS LITIGATION, DR.

10   KITCHENS, YOU HAVE OBTAINED ADDITIONAL MEDICAL AND

11   EDUCATIONAL RECORDS; CORRECT?

12   A.      YES.

13   Q.      SO IF WE LOOK AT DX 7?  SO WE HAVE SCROLLED

14   THROUGH THE DOCUMENT AND IF WE GO BACK TO PAGE 1.

15   A.      YES, I ASSUME ALL WAS CORRECT.

16   Q.      IS THIS A TRUE AND CORRECT COPY OF A REQUEST

17   FORM THAT YOU SENT TO WHITE HOUSE CLINICS IN LATE

18   JANUARY, 2023, AND A COPY OF THE DOCUMENTS THAT YOU

19   RECEIVED?

20   A.      IT APPEARS THAT WAY.

21   Q.      AGAIN, THIS IS AT DX 7.

22           MS. MEW:  DEFENDANT MOVES TO ADMIT

23   EXHIBIT DX 7.

24           DR. KITCHENS:  NO OBJECTIONS.

25           THE COURT:  ADMITTED.

```
 1                    (DEFENSE EXHIBIT 7 IS ADMITTED INTO

 2      EVIDENCE.)

 3      BY MS. MEW:

 4      Q.      IF WE SCROLL DOWN TO THE BOTTOM OF THIS PAGE,

 5      THIS FIRST PAGE, AND WE CAN ZOOM A LITTLE BIT, I WANT

 6      YOU TO JUST SEE YOUR SIGNATURE DATE, DR. KITCHENS.

 7      A.      YES, I AM AWARE.   I THINK THIS WAS DUE TO --

 8      YES, I THINK THIS WAS IN PART OF PRODUCING DOCUMENTATION

 9      FOR LITIGATION, YES.

10      Q.      CORRECT.   SO IT LOOKS LIKE AROUND JANUARY 31ST,

11      2023, YOU SENT THIS FORM TO WHITE HOUSE CLINICS TO

12      OBTAIN YOUR MEDICAL RECORDS; IS THAT CORRECT?

13      A.      THIS IS CORRECT.

14      Q.      AND THEN IF SCROLL UP TO THE TOP OF THIS PAGE, I

15      THINK YOU ALLUDED TO THIS ALREADY.

16                    THIS IS MATERIAL THAT YOU THEN SUBMITTED

17      TO THE COURT IN SUPPORT OF THIS LITIGATION; CORRECT?

18      A.      AND ALL DOCUMENTATION THAT WAS ALSO SUBMITTED

19      WITH MY -- MY RECOMMENDATION THAT WAS RELEVANT TO MY

20      DISABILITY WITH ADHD.   THERE WAS NO NEW DOCUMENTATION

21      THAT CAME FROM THIS ENTITY IN LITIGATION.

22      Q.      LET'S DO THIS FIRST.   I'M GOING TO I WANT TO ASK

23      MY QUESTION AND IF YOU SCROLL UP, PLEASE TO THE TOP OF

24      THE DOCUMENT.

25                    YOU SENT YOUR REQUEST IN -- I THINK WE
```

1   ESTABLISHED, DR. KITCHENS, WAS SOMEWHERE AROUND

2   JANUARY 31ST, 2023, AND LESS THAN TWO WEEKS LATER YOU

3   HAD THESE DOCUMENTS TO SUBMIT TO THE COURT; CORRECT.

4   A.      YES, THIS IS CORRECT.

5   Q.      AND YOU ARE RELYING ON ALL OF THESE DOCUMENTS IN

6   SUPPORT OF THIS LITIGATION?

7   A.      YES.  WELL, PARTS OF -- I AM SUBMITTING AND

8   CORRECT REPRESENTATION OF THAT I AM SUBMITTING PARTS OF

9   THIS DOCUMENTATION.  THE MAJORITY OF IT IS NOT RELEVANT

10  TO THE CASE.

11  Q.      IF YOU COULD HAVE EASILY OBTAINED THIS COMPLETE

12  SET OF WHITE HOUSE CLINICS RECORDS TO PROVIDE WITH YOUR

13  TESTING ACCOMMODATION REQUESTS; CORRECT, JUST LIKE YOU

14  -- JUST LIKE YOU OBTAINED IT TO SUBMIT TO THE COURT?

15  A.      BUT I WOULD NOT HAVE DONE THAT.  IT'S NOT

16  RELEVANT TO IT, SO NO I WOULD NOT HAVE DONE THAT.  I

17  WOULD NOT HAVE SENT IN THIS DOCUMENT TO THE NBME, FOR

18  ANY REASON.  BUT IN PARTS OF IT THAT TALKS ABOUT THE

19  DISABILITY THAT WAS AT HAND FOR THE ACCOMMODATIONS, I

20  WOULD HAVE AND DID.

21  Q.      I AM TRYING TO THINK OF -- I WILL JUST TELL YOU,

22  YOUR HONOR, AND DR. KITCHENS, I HAVE A NUMBER OF

23  DOCUMENTS FROM BAPTIST HEALTH BUT I JUST -- FOR RIGHT

24  NOW I JUST WANT TO PROVE THEM UP AND THEN ASK YOU A

25  QUESTION ABOUT THEM.

1          I AM TRYING TO THINK IF THERE IS AN

2    EFFICIENT WAY ABOUT GOING ABOUT DOING THIS THESE.  THESE

3    ARE DOCUMENTS THAT WERE PROVIDED TO YOU WITH OUR EXHIBIT

4    DISCLOSURES LAST WEDNESDAY, DR. KITCHENS.  AND I

5    CERTAINLY WANT YOU TO BE COMFORTABLE WITH ALL OF THEM

6    BUT IT'S GOING TO BE ABOUT -- ABOUT 11 DOCUMENTS THAT WE

7    NEED TO GO THROUGH; OKAY?

8    A.      THAT'S JUST FINE.

9               THE COURT:  SO, YEAH, WE CAN DO IT THE

10   WAY WE HAVE BEEN DOING IT BUT ANOTHER OPTION, IF YOU

11   WANT, IS YOU COULD JUST -- YOU COULD START BY ASKING --

12   YOU COULD JUST GO THROUGH IT AND ASK THE QUESTIONS YOU

13   WANT TO ASK AND ASSUMING THESE ARE PRETTY CONFIDENT,

14   THERE IS DOCUMENTS THAT ARE NOT GOING TO BE IN DISPUTE,

15   YOU CAN CONFER WITH DR. KITCHENS AND THEN DO AN

16   UNOPPOSED MOTION TOMORROW MORNING JUST MOVE THEM ALL IN,

17   SOMETHING LIKE THAT.  IT'S UP TO YOU.

18               MS. MEW:  NO, I -- LET'S SEE IF THAT

19   WORKS.  SO I AM GOING TO PULL UP -- FIRST, WE WILL PULL

20   UP DX 20.

21   BY MS. MEW:

22   Q.      AND DR. KITCHENS, I THINK WHAT I MIGHT DO IS WE

23   WILL JUST KIND OF SHOW THE FIRST PAGE AND AS JUDGE

24   MURPHY SUGGESTED PERHAPS WE CAN INFER -- YOU KNOW,

25   CONFIRM OFFLINE THEN BEFORE WE ADMIT IT.

1              I AM TRYING TO ESTABLISH THAT YOU

2    OBTAINED A NUMBER OF DOCUMENTS FROM BAPTIST HEALTH AS

3    PART OF THIS LITIGATION; CORRECT?

4    A.      HONESTLY, I AM NOT SURE IF I AM EITHER

5    COMFORTABLE WITH -- YOU SAID OFFLINE?  MEANING DURING --

6    Q.      THAT WAS SO YOU AND I CAN REACH A STIPULATION

7    BUT YOU KNOW WHAT, DR. KITCHENS, LET'S JUST -- I AM JUST

8    TRYING TO BE EFFICIENT.

9    A.      I UNDER- --

10   Q.      LET'S JUST SAY THIS FOR NOW:

11              IN CONNECTION WITH THIS LITIGATION, YOU

12   REQUESTED DOCUMENTS FROM BAPTIST HEALTH; IS THAT

13   CORRECT?

14   A.      YES, I DID REQUEST MEDICAL RECORDS FROM BAPTIST

15   HEALTH.

16   Q.      AND YOU ARE NOW RELYING ON THOSE RECORDS IN THIS

17   LITIGATION; IS THAT CORRECT?

18   A.      YES.

19   Q.      BUT YOU DID NOT SUBMIT ANY REPORTS FROM BAPTIST

20   HEALTH TO NBME IN SUPPORT OF YOUR ACCOMMODATION REQUEST;

21   CORRECT?

22   A.      I'M SORRY, I AM TRYING TO FOCUS ON THE YEAR.

23   LIKE YOU SAID, IT HAS BEEN A LONG DAY.  I AM TRYING --

24   Q.      WHY DON'T WE TAKE THIS DOWN.

25              JUST TO BE CLEAR, DR. KITCHENS, RIGHT NOW

```
 1      I AM ASKING YOU JUST A VERY GENERAL QUESTION.  AND I CAN

 2      START FROM THE BEGINNING.  SO I THINK WE JUST

 3      ESTABLISHED THAT IN CONNECTION WITH THIS LITIGATION, YOU

 4      REQUESTED DOCUMENTS FROM BAPTIST HEALTH; CORRECT?

 5      A.      YES, I DID.

 6      Q.      AND THEY PROVIDED DOCUMENTS TO YOU?

 7      A.      YES, THEY DID.

 8      Q.      AND THEN YOU ARE RELYING ON THOSE DOCUMENTS IN

 9      THIS LITIGATION; CORRECT?

10      A.      YES.

11      Q.      BUT YOU DID NOT SUBMIT ANY RECORDS FROM BAPTIST

12      HEALTH TO NBME IN SUPPORT OF YOUR ACCOMMODATION

13      QUESTION?

14      A.      NO.

15      Q.      ALTHOUGH YOU COULD HAVE ASKED FOR YOUR RECORDS

16      IN THAT CONNECTION AND SUBMITTED THEM TO NBME, THAT

17      OPTION WAS AVAILABLE TO YOU?

18      A.      IT'S ALL THE SAME -- IT'S ALL THE SAME

19      DIAGNOSES, SO IT WOULD JUST BE ME BASICALLY GOING OVER

20      THE SAME EXACT DOCUMENTS SAYING ADHD, ADHD, ADHD, SO OUT

21      OF RESPECT FOR THE NBME I DIDN'T FEEL THAT IT WAS

22      NECESSARY TO CONTINUE TO PRODUCE THE SAME DOCUMENT JUST

23      BECAUSE IT'S A DIFFERENT PLACE.  THE SAME I WOULD NOT DO

24      HERE IN THE TRIAL, GO OVER THE SAME DOCUMENTS OVER AND

25      OVER.
```

```
 1                    THAT'S THE PROBLEM THE REASON THAT I

 2      PROBABLY DID NOT SUBMIT THAT.

 3      Q.     I THINK WE'VE ALSO DISCUSSED PREVIOUSLY, DR.

 4      KITCHENS, THAT YOU HAVE PRODUCED IN THIS LITIGATION

 5      COPIES OF TRANSCRIPTS FROM ELEMENTARY SCHOOL, MIDDLE

 6      SCHOOL, HIGH SCHOOL AND MEDICAL SCHOOL, AND YOU ARE

 7      RELYING ON THOSE RECORDS IN THIS LITIGATION TO SUPPORT

 8      YOUR ADA CLAIM; CORRECT?

 9      A.     YES.

10      Q.     BUT YOU DID NOT PROVIDE ANY OF THOSE RECORDS TO

11      NBME WITH YOUR 2022 TESTING ACCOMMODATION REQUESTS?

12      A.     IT DIDN'T COME TO MY MIND TO SUBMIT THOSE

13      DOCUMENTS.

14      Q.     AND IN THE LITIGATION, YOU OBTAINED A

15      DECLARATION FROM YOUR MOTHER, MS. KING, WHICH YOU

16      PROVIDED IN SUPPORT OF YOUR MOTION FOR PRELIMINARY

17      INJUNCTION AND IN THIS DEC -- LET ME STOP THERE.

18                    YOU OBTAINED A DECLARATION FOR YOUR MOM,

19      MS. KING, WHICH YOU SUBMITTED IN SUPPORT OF YOUR REQUEST

20      FOR TESTING ACCOMMODATIONS.  STRIKE THAT, IT'S THE END

21      OF THE DAY.

22                    YOU OBTAINED A DECLARATION FROM YOUR MOM,

23      MR. KING, THAT YOU SUBMITTED IN SUPPORT OF YOUR

24      PRELIMINARY INJUNCTION MOTION; IS THAT CORRECT?

25      A.     YES, THIS IS CORRECT.
```

1    Q.       AND IN THIS THIS DECLARATION, YOUR MOTHER

2    DISCUSSES ASPECTS OF YOUR CHILDHOOD THAT YOU THINK IS

3    RELEVANT FOR YOUR CLAIM FOR ACCOMMODATIONS IN THIS

4    LITIGATION; CORRECT?

5    A.       THIS IS CORRECT.

6    Q.       AND JUST SO WE KNOW WHAT WE ARE ALL TALKING

7    ABOUT LET'S PULL UP DX 4.

8    A.       SORRY, I DON'T THINK I HAVE SAT DOWN FOR THIS

9    LONG BEFORE.  GOSH, MY LEGS ARE KILLING ME.

10   Q.       ONE OF THE BENEFITS OF BEING IN THE COURTROOM

11   INSTEAD, DR. KITCHENS, WE COULD BE STANDING AT THE

12   PODIUM SOME OF THE TIME.

13   A.       YES, MA'AM.  I CAN UNDERSTAND THAT.

14            YES, THIS LOOKS TO BE CORRECT.

15            MS. MEW:  DEFENDANT WOULD ADMIT -- MOVES

16   TO ADMIT EXHIBIT DX 4?

17            DR. KITCHENS:  POINT OF INFORMATION, YOUR

18   HONOR?  I DON'T KNOW IF THAT'S THE RIGHT THING TO SAY.

19            THE COURT:  GO AHEAD, DR. KITCHENS, THE

20   QUESTION OF WHETHER YOU OBJECT TO THE ADMISSION OF THE

21   DECLARATION.

22            DR. KITCHENS:  YES, I HEARD THE QUESTION.

23   I GUESS MY QUESTION WAS, I GUESS IT WAS MY UNDERSTANDING

24   THAT WE COULDN'T PUT IN THE DECLARATION OF -- SORRY

25   BECAUSE SHE COULD HAVE BEEN CROSSED.  SO OKAY, YES, YOU

1    MAY -- I AGREE TO THE -- NO OBJECTIONS.  SORRY ABOUT

2    THAT JUDGE.

3                    THE COURT:  OKAY.  ADMITTED.

4                    (DEFENSE EXHIBIT 4 IS ADMITTED INTO

5    EVIDENCE.)

6    BY MS. MEW:

7    Q.       AND THIS INFORMATION THAT MS. KING PROVIDES IN

8    HER DECLARATION IS INFORMATION THAT YOU COULD HAVE

9    PROVIDED TO NBME IN SUPPORT OF YOUR ACCOMMODATION

10   REQUEST BUT YOU DID NOT; CORRECT?

11   A.       NO, I WAS NOT AWARE OF THESE THINGS AT THE TIME.

12   Q.       SO YOU DIDN'T TALK TO YOUR MOTHER ABOUT

13   INFORMATION IN SUPPORT OF YOUR ACCOMMODATION REQUEST BUT

14   DID YOU TALK TO HER FOR INFORMATION AND SUPPORT OF YOUR

15   LITIGATION CLAIM?

16   A.       WELL, THAT'S AN APPLES AND ORANGES.  GOING

17   THROUGH A LITIGATION AND ACCOMMODATIONS ON A BOARD EXAM

18   AS AN ADULT -- NO, I DID NOT CALL MY MOM.

19   Q.       YOU ALSO OBTAINED DECLARATION FROM ONE OF YOUR

20   COLLEGE PROFESSORS TO SUPPORT YOUR LITIGATION CLAIM; IS

21   THAT RIGHT?

22   A.       YES.

23   Q.       AND YOU COULD HAVE OBTAINED THE SAME INFORMATION

24   MAYBE IN A LETTER FROM THIS PROFESSOR AND SUBMITTED IN

25   IN SUPPORT OF YOUR ACCOMMODATION REQUEST TO NBME;

1    CORRECT?

2    A.      IT NEVER RAN ACROSS MY MIND TO ASK A FORMER

3    PROFESSOR TO WRITE A LETTER OF RECOMMENDATION FOR ME FOR

4    THIS, NO.

5    Q.      AND YOU PREPARED YOUR OWN DECLARATION IN SUPPORT

6    OF YOUR MOTION FOR PRELIMINARY INJUNCTION IN THIS CASE

7    DISCUSSING THINGS LIKE YOUR EARLY SCHOOL EXPERIENCES AND

8    YOUR EXPERIENCES ON OTHER STANDARDIZED TESTS; CORRECT?

9    A.      YES, I DID.

10   Q.      AND LET'S JUST GO AHEAD AND PULL THAT UP AT DX

11   3.  WAIT A MINUTE, PAUSE.

12   A.      THIS IS THE MEMORANDUM.

13   Q.      IT IS.  IT IS.  THAT WAS THE WRONG ONE.  THAT'S

14   ALL RIGHT WE CAN KEEP GOING.  OH, YOU HAVE IT?  OKAY.

15               THIS IS DX 3.  CAN YOU FLIP THROUGH IT

16   REAL QUICK?

17   A.      YES, THIS SEEMS TO BE CORRECT FOR TIME SAKE.

18               MS. MEW:  DEFENDANT SEEKS ADMISSION OF DX

19   3 INTO EVIDENCE?

20               DR. KITCHENS:  NO OBJECTIONS.

21               THE COURT:  ADMITTED.

22               (DEFENSE EXHIBIT 3 IS ADMITTED INTO

23   EVIDENCE.)

24   BY MS. MEW:

25   Q.      AND THE INFORMATION IN THIS DECLARATION IS

1    INFORMATION THAT YOU COULD HAVE PROVIDED IN YOUR

2    PERSONAL STATEMENT TO NBME; CORRECT?

3    A.    I SUBMITTED EVERYTHING AT THE TIME THAT I

4    THOUGHT WAS NECESSARY TO GO INTO MY PERSONAL STATEMENT,

5    AS I TESTIFIED EARLIER.

6    Q.    AND YOU ALSO ONLY RECENTLY, BACK IN FEBRUARY OF

7    2023, OBTAINED A PSYCHOLOGICAL EVALUATION FOR ADHD,

8    WHICH YOU ARE NOT RELYING ON IN SUPPORT OF YOUR -- YOUR

9    LITIGATION; CORRECT?

10   A.    BECAUSE THERE IS -- SO, YES.  THERE IS A

11   DIFFERENCE IN FINANCIAL BENEFIT FROM BEING A POOR

12   GRADUATE TO SOME TIME AFTER SCHOOL.  SO AT THAT TIME,

13   NO, I DID NOT HAVE ACCESS TO EXTRA EVALUATIONS.

14   Q.    YOU ATTEMPTED TO GET A LETTER FROM NURSE

15   PRACTITIONER TINA HOLBROOK TO SUPPORT YOUR CLAIM IN THE

16   LITIGATION; IS THAT CORRECT?

17   A.    YES, I DID.

18   Q.    AND I BELIEVE YOU SCHEDULED AN APPOINTMENT WITH

19   HER, PERHAPS THE DAY BEFORE YOUR PRELIMINARY INJUNCTION

20   MOTION WAS DUE AND YOU ASKED HER TO PROVIDE A LETTER

21   WITH YOUR CURRENT DIAGNOSIS AS WELL AS ANY

22   ACCOMMODATIONS THAT YOU NEEDED?

23   A.    THAT'S -- THAT SOUNDS CORRECT.  I'M NOT FAMILIAR

24   WITH THE DATE BUT THE LETTER, YES, I DID REQUEST IT.

25   Q.    LET'S PULL UP DX 35.

1          DR. KITCHENS, I WILL REPRESENT TO YOU

2     THESE LOOK A LITTLE DIFFERENT FROM SOME OF THE BAPTIST

3     HEALTH RECORDS WE'VE SEEN.  SO YOU OBTAINED A SET OF THE

4     RECORDS, AND WE OBTAINED A SET OF THE RECORDS.

5          I'LL JUST REPRESENT TO YOU THIS IS FROM

6     THE ONES THAT WE OBTAINED IN OUR SUBPOENA.

7     A.     OKAY.

8     Q.     WE CAN -- AND THIS ONE IS LONG, BECAUSE THAT'S

9     JUST THE WAY.  SO IF YOU MAYBE WANT TO MAYBE DEFER, I AM

10    LOOKING THROUGH THIS BUT IF WE COULD RIGHT NOW IF YOU GO

11    TO PAGE 61 --

12    A.     I WILL DEFER THAT'S FINE.

13    Q.     OF THIS DOCUMENT?

14    A.     WHAT PAGE WAS THAT, MS. MEW?

15    Q.     WE ARE GOING DOWN TO PAGE 61.

16    A.     61.  OKAY.

17    Q.     OKAY.  THIS PAGE IS BATES NUMBERED NBME BAPT

18    0061, AND THIS IS FROM A FEBRUARY 6, 2023, OFFICE VISIT

19    WITH TINA HOLBROOK; CORRECT?

20    A.     YES.

21    Q.     AND IF YOU CAN SCROLL DOWN, PLEASE.  THESE ARE

22    NOTES FROM THAT OFFICE VISIT; CORRECT?

23    A.     YES, THIS APPEARS TO BE CORRECT.

24    Q.     AND THEN IF WE LOOK TO PAGE 70 OF THIS DOCUMENT,

25    WHICH IS ALSO BATES NUMBERED NBME BAPT 0070.

1              DR. KITCHENS, DOES THIS LOOK LIKE THE

2    LETTER -- WHY DON'T YOU SCROLL DOWN A LITTLE BIT BECAUSE

3    WE ARE GETTING -- NURSE HOLBROOK PREPARED?

4    A.      YES, AND WHAT THIS WAS THE DX?

5    Q.      WE ARE AT DX 35.

6    A.      IT'S THE SAME DOCUMENT.

7    Q.      PAGE 70.  SO IT'S LIKE ONE VERY LONG FILE FOR

8    THIS PARTICULAR DATE.

9    A.      YES, THIS IS CORRECT.

10   Q.      YOU DIDN'T THINK THAT THIS LETTER WAS

11   SUFFICIENT; CORRECT?

12   A.      EVEN THOUGH THIS IS COMMON PRACTICE, AS WE SAW

13   IN MY PROGRESS -- I MEAN, IN MY APPLICATION FROM DR.

14   KHAN, VERY SIMILAR TO THIS, AFTER HEARING -- ESPECIALLY

15   DURING LITIGATION AND SAID THAT IT WAS A SPARSE LETTER

16   FROM A DOCTOR, I WANTED HER TO BE MORE SPECIFIC.

17              SO NO, I THOUGHT IT WAS FINE, BUT KNOWING

18   THE NBME WOULD NOT THINK THAT IT WAS FINE IS WHAT I AM

19   INDICATING.  SO THAT'S WHY I DID ALSO REACH OUT TO HER

20   AND ASK FOR HER TO BE MORE DETAILED AND WHAT THINGS SHE

21   SHOULD INCLUDE IN HER LETTER TO PLEASE THE NBME.

22   Q.      SO IF WE LOOK TO PAGE 48, DX 35, AND IF WE

23   SCROLL DOWN JUST A LITTLE BIT.

24   A.      YES.

25   Q.      SO HERE, DO YOU SEE THIS LANGUAGE IN ALL CAPS?

1    "SPOKE TO PATIENT.  HE SAID IT IS NOT AS DETAILED AS IT

2    SHOULD BE.  HE SAID IT ALSO NEEDS TO INCLUDE

3    ACCOMMODATIONS 100 PERCENT OF TIME PLUS 100 PERCENT."

4              DO YOU SEE THAT LANGUAGE?

5    A.    YES.  I DO.  I JUST KIND OF ANSWERED THAT ONE.

6    Q.    OKAY.  AND THEN IF WE SCROLL DOWN JUST A LITTLE

7    BIT.  AND IT LOOKS LIKE WHAT NURSE HOLBROOK IS TELLING

8    YOU IS THAT SHE THINKS YOU SHOULD GO GET A PSYCHOLOGICAL

9    EVALUATION TO FURTHER ASSESS YOUR SPECIFIC NEEDS FOR

10   ACCOMMODATIONS; IS THAT CORRECT?

11   A.    SO WHAT NURSE -- SO FOR INFORMATION FOR THIS

12   INFORMATION -- I MEAN THIS E-MAIL, SORRY -- IS THAT SHE

13   DIDN'T -- SHE DIDN'T KNOW IF SHE COULD PUT MORE

14   INFORMATION IN THERE DUE TO WHATEVER REASONS AND SHE

15   SAID THAT SHE FELT THAT IT WOULD BE BETTER FOR ME TO TRY

16   TO GET THAT EVEN THOUGH SHE WAS THE ONE -- HER CLINIC

17   WAS THE ONE WHO PROVIDED -- AS YOU CAN SEE AT THE CLINIC

18   YOU USE THE -- AND SHE PROVIDED ME THAT DOCUMENTATION.

19              AND SHE FELT THAT IT WOULD BETTER SUPPORT

20   THE LETTER THAT SHE WAS ABLE TO WRITE FOR ME TO GO AND

21   GET AN EVALUATION.  YES.  IT'S NOT JUST BLACK AND WHITE.

22   AND AGAIN, I DON'T KNOW WHY IT'S IN ALL CAPS.  IT WAS --

23   I THINK THAT'S JUST...

24   Q.    WE CAN TAKE THIS DOWN.

25              IF WE CAN PULL UP DX 63.  STRIKE THAT.

1              I AM GOING TO TRY TO USE -- PX 2, PLEASE.

2              WE ARE GOING BACK, DR. KITCHENS, TO YOUR

3     FIRST ACCOMMODATIONS REQUEST.  AND I WANT TO LOOK -- NO

4     FIRST PAGE, PLEASE.  CAN YOU EXPAND?  I WANT TO LOOK AT

5     THE FIRST BULLET POINT THERE ON THE FORM.

6              SO THIS FORM HAS -- THE FIRST BULLET

7     POINT INSTRUCTION IS TO REVIEW THE USMLE GUIDELINES FOR

8     TEST ACCOMMODATIONS FOR A DETAILED DESCRIPTION OF HOW TO

9     DOCUMENT A NEED FOR ACCOMMODATIONS.

10             DO YOU SEE THAT LANGUAGE.

11    A.       I DO SEE THE LANGUAGE AND THIS LANGUAGE WAS

12    PROBABLY THAT I COMPLETELY OVERLOOKED BECAUSE OF THE

13    DETAILS THINGS THAT THEY ASKED FOR WAS IN BOLD, AS I

14    EXPLAINED IN MY TESTIMONY EARLIER.

15    Q.       SO IS IT FAIR TO SAY YOU DID NOT REVIEW THE

16    GUIDELINES BEFORE YOU SUBMITTED YOUR ACCOMMODATION

17    REQUEST?

18    A.       I THINK THAT'S A MISREPRESENTATION.  I FOLLOWED

19    THE -- IF YOU SCROLL DOWN SOME MORE, YOU WILL BE ABLE TO

20    SEE THE DIFFERENT DOCUMENTS AND THINGS THAT THEY SAID

21    THAT COULD BE RECOMMENDED AND THAT'S WHAT I SUBMITTED.

22             IF YOU SCROLL DOWN SOME MORE THERE IS THE

23    BOLD LETTERS THAT STICK OUT AMONGST THE OTHER WORDS

24    THERE, AND THAT'S WHAT I -- THAT'S WHAT I SUBMITTED

25    THERE, PERSONAL STATEMENTS, LETTERS OF RECOMMENDATION,

1    AND MEDICAL RECORDS, ET CETERA.

2    Q.       LET'S PULL UP DX 61.  SO IF WE GO TO PAGE 355.

3                 DR. KITCHENS, DO YOU RECOGNIZE THESE

4    GUIDELINES FOR THE -- FOR REQUESTING ACCOMMODATIONS ON

5    THE USMLE, IS THIS SOMETHING THAT YOU HAVE LOOKED AT ON

6    THE WEBSITE?

7    A.       AS I SAID IN MY DEPOSITION, THIS IS A DOCUMENT

8    THAT I -- DID NOT SEE THIS DOCUMENT BEFORE I WENT

9    STRAIGHT TO THE APPLICATION AND FOCUSED ON THE THINGS

10   THAT WERE IN BOLDED FROM THE APPLICATION.

11   Q.       SO YOU DID NOT READ, FOR EXAMPLE, THE GUIDANCE

12   THEY ARE PROVIDING ABOUT THE KIND OF INFORMATION THAT

13   YOU COULD PUT IN YOUR PERSONAL STATEMENT?

14   A.       I FOLLOWED ALL OF THE INFORMATION THAT WAS ON

15   THE ACTUAL APPLICATION ITSELF AND THAT WAS BOLDED, BUT

16   THOSE SPECIFIC LITTLE THINGS THERE, I DON'T -- I DID NOT

17   SEE THAT ON THE APPLICATION.

18   Q.       DR. KITCHENS, YOU ARE NOT CURRENTLY REGISTERED

19   TO TAKE THE STEP 1 EXAM; CORRECT?

20   A.       IT WOULD NOT BE RECOMMENDED TO APPLY FOR AN EXAM

21   WHEN YOU CAN'T APPLY UNLESS YOU ASK FOR ACCOMMODATIONS

22   OR APPLY FOR IT AS A STANDARD.  SO I CANNOT APPLY UNTIL

23   AFTER THIS LITIGATION, WHICH I HAVE SAID ALSO IN MY

24   DEPOSITION.

25   Q.       RIGHT.  I JUST I JUST ASKED YOU A YES OR NO

1    QUESTION, DR. KITCHENS.

2                    ARE YOU CURRENTLY REGISTERED FOR THE STEP

3    1 EXAM?

4    A.      NO, I AM NOT PERMITTED TO DO THAT.

5    Q.      WHY ARE YOU NOT PERMITTED TO DO THAT?

6    A.      I'M NOT PERMITTED TO DO THAT YET BECAUSE WHEN

7    YOU ARE APPLYING THROUGH ECFMG, WHEN YOU ARE APPLYING ON

8    THE APPLICATION, YOU CANNOT SUBMIT YOUR APPLICATION

9    UNLESS YOU CLICK ON THERE YOU ARE REQUESTING

10   ACCOMMODATIONS OR YOU ARE APPLYING FOR STANDARDIZED

11   EXAM.  SO NO, I WOULD NOT -- IT WOULD NOT BE BENEFICIAL

12   FOR ME TO DO THAT.

13   Q.      BUT YOU COULD GO IN AND REGISTER AND YOU COULD

14   PUT TOGETHER A PACKET OF INFORMATION USING THE

15   DOCUMENTATION THAT YOU HAVE COMPILED AND -- NO?  OKAY.

16   A.      NO, THIS WOULDN'T BE -- THIS WOULD NOT BE AN

17   ACTION THAT WOULD BE JUSTIFIED TO DO, NO, MA'AM.

18   Q.      AND, YES OR NO QUESTION, DR. KITCHENS, ARE YOU

19   CURRENTLY REGISTERED TO THE TAKE STEP 2 CK EXAM?

20   A.      NO.

21   Q.      DR. KITCHENS, YOU KNEW BACK IN JANUARY OF THIS

22   YEAR THAT YOU HAD MISSED THE DEADLINES FOR PARTICIPATION

23   THE IN THE 2023 MATCH; CORRECT?

24   A.      NO.

25   Q.      LET'S LOOK AT DX 28.

1    A.       FOR THE PRELIMINARY INJUNCTION IT WAS NEWS TO ME

2    THAT ENGLISH EXAMINATION OTHERWISE I WOULD NOT HAVE

3    WASTED MY TIME NOR THE COURTS'S TIME IF THAT'S WHERE WE

4    ARE GOING WITH THIS.

5    Q.       DX 28.

6    A.       DX 28.

7    Q.       DX 28 ARE PROGRESS NOTES FROM JANUARY 10, 2023,

8    VISIT WITH TINA HOLBROOK?

9    A.       YES, THIS APPEARS TO BE CORRECT.

10   Q.       IF YOU LOOK HERE IN YOUR HISTORY OF PRESENT

11   ILLNESS, AND LOOKING ABOUT AT THE 4TH LINE DOWN, YOU

12   INFORM MS. HOLBROOK THAT YOU MISSED THE RESIDENCY

13   DEADLINES.

14            DO YOU SEE THAT?

15   A.       RIGHT.  SO AT THAT PARTICULAR TIME, I WASN'T

16   AWARE OF THE -- OF THAT -- OF AN EXTRA -- THE DEADLINE

17   BEING ACTUALLY FOR MAY 25TH.  SO MY INFORMATION THERE AT

18   THE TIME WAS NOT THERE, WHICH IS THE REASON WHY I DIDN'T

19   GO STRAIGHT FOR PRELIMINARY INJUNCTION UNTIL THE END --

20   UNTIL HALFWAY THROUGH THE LITIGATION AND I REALIZED THEN

21   MY UNDERSTANDING WAS THAT I HAD UNTIL MAY 25TH.

22            SO NO, THIS INFORMATION HERE IS NOT

23   NECESSARILY CORRECT.

24   Q.       DR. KITCHENS, DO I UNDERSTAND CORRECTLY FROM

25   YOUR PRIOR TESTIMONY THAT YOU WERE NOT TAKING ANY

1    PRESCRIPTION MEDICATION, TAKING ADDERALL, WHILE YOU WERE

2    IN MEDICAL SCHOOL IN LUBLIN?

3    A.      NO, I WAS NOT ABLE TO TAKE ADDERALL WHILE I WAS

4    IN LUBLIN.  I USED OTHER MITIGATING SUPPLEMENTS, AS I

5    SAID IN MY TESTIMONY.

6    Q.      I JUST WANTED TO MAKE SURE I UNDERSTOOD AND YOU

7    ARE NOT TAKING ANY OTHER PRESCRIPTION MEDICATIONS THAT

8    WOULD BE -- WOULD BE GIVEN FOR ADHD, YOU WERE ONLY

9    TAKING OVER THE COUNTER SUPPLEMENTS; THAT IS CORRECT?

10   A.      SO IN POLAND, ADHD IS NOT REALLY RECOGNIZED AS

11   MUCH.  SO IT'S NOT REALLY A COMMON PRACTICE THERE, SO

12   NO.

13   Q.      IF WE CAN PULP PX 16.

14           DR. KITCHENS, THIS WAS A DOCUMENT THAT

15   YOU PULLED UP TO DISCUSS DURING YOUR DIRECT TESTIMONY

16   BUT DID NOT ADMIT INTO EVIDENCE.  AND WE CAN SCROLL BACK

17   DOWN AND SO YOU CAN SEE WHAT IT IS.

18   A.      I CAN'T READ IT, IT'S SO SMALL, BUT YES.  I

19   THINK IT'S A MEDICAL NOTE.

20   Q.      WE WILL -- I WANT YOU TO BE ABLE TO SEE IT

21   BECAUSE WE ARE GOING TO SEEK TO ADMIT IT RIGHT NOW.  I

22   WILL GIVE YOU A CHANCE TO LOOK AT IT.

23   A.      OKAY.

24           MS. MEW:  DEFENDANT MOVES TO ADMIT DX 16

25   INTO EVIDENCE.

```
 1                    DR. KITCHENS:  NO OBJECTIONS.

 2                    THE COURT:  ADMITTED.

 3                    (DEFENSE EXHIBIT 16 IS ADMITTED INTO

 4       EVIDENCE.)

 5       BY MS. MEW:

 6       Q.     IF WE LOOK DOWN TO PAGE 4 OF THIS DOCUMENT --

 7       WELL, LET'S STOP BEFORE WE GET TO FOUR.

 8                    DR. KITCHENS, YOU WERE DISCUSSING THIS

 9       RECORD.  THIS WAS FROM -- GO BACK TO PAGE 1.

10       A.     PAGE ONE, OKAY.

11       Q.     THIS IS --

12       A.     PX 16.

13       Q.     PX 16 IS FROM A FEBRUARY 15, 2016, OFFICE VISIT

14       WITH DR. HACKMAN?

15       A.     YES, THIS IS CORRECT.

16       Q.     AND IF WE GO DOWN TO THE LAST PAGE OF THIS

17       DOCUMENT, IT INDICATES THAT DR. HACKMAN STOPPED YOUR

18       ADDERALL PRESCRIPTION AT THIS MEDICAL APPOINTMENT;

19       CORRECT?

20       A.     NO, IT'S NOT -- NO.  SO REPUTATION OF THIS

21       DOCUMENT IS THAT BECAUSE THERE WAS A GAP OF TIME WHEN I

22       DIDN'T HAVE THE MEDICATION IS WHY SHE DIDN'T FEEL

23       COMFORTABLE WITH WRITING THAT MEDICATION UNTIL AFTER

24       BEING RE EVALUATED AND THEN ONCE I WAS RE EVALUATED SHE

25       THEN PRESCRIBED THE MEDICATION.
```

1    Q.        ALL RIGHT.  WE WILL DEAL WITH THAT.

2                   MS. MEW:  YOUR HONOR, I THINK THAT I AM

3    CLOSE TO COMPLETE.  SOME OF MY QUESTIONS WERE GOING TO

4    COME OFF -- FROM SOME OF THESE DOCUMENTS THAT I ALSO

5    JUST WANTED TO BRING UP.  IF IT WOULD MAKE SENSE, AGAIN,

6    FOR DR. KITCHENS AND I TO PERHAPS TRY TO JUST BE ABLE TO

7    STIPULATE TO THAT TONIGHT AND THEN WE COULD TRY TO

8    FINISH UP THE CROSS AS SOON AS POSSIBLE TOMORROW

9    MORNING, WOULD THAT BE OKAY?  BECAUSE -- I AM -- I

10   THINK YOU SAID YOU HAD A HARD STOP AT 4:45, IF THAT'S

11   CORRECT?

12                   THE COURT:  ALL TRUE.  I CERTAINLY

13   ENCOURAGE TO YOU DO THAT AND I HAVE NO PROBLEM WITH

14   MOVING EXHIBITS IN LIKE THAT.

15                   OKAY.  SO WE WILL RESUME THIS TOMORROW

16   MORNING AT 9 A.M.

17                   DR. KITCHENS, SINCE YOU ARE ON CROSS, YOU

18   SHOULD NOT DISCUSS YOUR TESTIMONY WITH ANYONE OVERNIGHT.

19   OBVIOUSLY YOU ARE, YOU KNOW, FREE TO THINK ABOUT IT AND

20   -- IN YOUR OWN -- WITH YOURSELF BUT YOU SHOULD NOT

21   DISCUSS YOUR TESTIMONY WITH ANYONE WHILE YOU -- WHILE

22   CROSS EXAMINATION IS OPENED; OKAY?

23                   DR. KITCHENS:  UNDERSTOOD, YOUR HONOR.

24                   THE COURT:  ALL RIGHT.  AND I KNOW YOU

25   HAVE TO PREPARE YOU MAY HAVE ON YOUR MINE PREPARING YOUR

1    CROSS EXAMINATION OF MS. MEW'S WITNESSES, THAT'S FINE.

2    THAT'S DIFFERENT, BUT FOR YOUR OWN TESTIMONY DON'T

3    DISCUSS THAT; OKAY?

4                    DR. KITCHENS:  UNDERSTOOD, JUDGE.

5                    THE COURT:  ALL RIGHT.  I WILL SEE

6    EVERYBODY TOMORROW MORNING AT 9:00 A.M.

7                    (COURT ADJOURNED.)

8

9                    I CERTIFY THAT THE FOREGOING IS A CORRECT

10   TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

11   ABOVE-ENTITLED MATTER.

12    6-8-23                    *Lynn Gligor*

13   DATE                    OFFICIAL COURT REPORTER

14                           LYNN GLIGOR, RMR

15

16              I  N  D  E  X

17   WITNESS            DIRECT  CROSS  REDIRECT  RECROSS

18     DR. JONATHAN SHEPHERD

19   BY DR. KITCHENS        8      --      --      --

20   BY MS. MEW            --     70      --      --

21     DR. MARKCUS KITCHENS

22   BY DR. KITCHENS       83      --      --      --

23   BY MS. MEW 83         --    172      --      --

24   EXHIBIT                        PAGE

25   P 48                           23
     P 27                           26

| | | |
|---|---|---|
| 1 | P 37 | 31 |
| | P 46 | 42 |
| 2 | P 30 | 48 |
| | JX 4 | 103 |
| 3 | P 9 | 111 |
| | P 11 | 112 |
| 4 | JX 5 | 118 |
| | P 52 | 125 |
| 5 | P 19 | 128 |
| | P 4 | 152 |
| 6 | P 53 | 155 |
| | P 76 | 156 |
| 7 | JX 9 | 159 |
| | JX 14 | 160 |
| 8 | P 54 | 162 |
| | DX 84 | 203 |
| 9 | JX 10 | 207 |
| | JX 11 | 208 |
| 10 | JX 12 | 208 |
| | JX 13 | 209 |
| 11 | D 78 | 221 |
| | D 79 | 224 |
| 12 | D 89 | 226 |
| | D 81 | 232 |
| 13 | D 69 | 234 |
| | D 71 | 234 |
| 14 | D 7 | 238 |
| | D 4 | 245 |
| 15 | D 3 | 246 |
| | D 16 | 256 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

## $

**$1,000** [1] - 123:22
**$1000** [1] - 166:9
**$2,000** [1] - 68:22
**$2,500** [1] - 236:17
**$60** [1] - 123:21
**$80** [2] - 214:6, 214:7

## 0

**0061** [1] - 248:20
**0070** [1] - 249:2
**02** [3] - 34:24, 35:17, 124:22
**03** [1] - 35:21
**04** [5] - 103:4, 103:5, 151:15, 152:18, 152:21
**09** [5] - 111:2, 111:5, 157:3, 158:25, 159:3

## 1

**1** [6] - 142:12, 176:17, 177:14, 231:15, 237:16, 256:11
**1,500** [1] - 99:4
**10** [10] - 33:15, 33:18, 124:17, 207:11, 207:17, 207:24, 207:25, 209:16, 254:9, 259:11
**10-13-2021** [1] - 230:6
**10-13-21** [1] - 134:16
**100** [12] - 67:9, 99:7, 125:14, 125:16, 125:18, 129:21, 130:7, 148:8, 150:24, 213:20, 250:5
**1000** [1] - 13:10
**1006** [1] - 58:25
**103** [1] - 259:4
**1055** [1] - 124:23
**10TH** [4] - 96:21, 123:1, 147:13, 192:5
**10TH-GRADE** [1] - 96:21
**11** [13] - 111:8, 112:7, 112:10, 112:11, 208:2, 208:5, 208:9, 208:11, 208:12, 210:2, 240:8, 259:5, 259:11
**111** [1] - 259:5
**112** [1] - 259:5
**118** [1] - 259:6
**11TH** [2] - 199:24, 203:1

**12** [13] - 10:5, 33:15, 33:18, 49:4, 170:4, 208:14, 208:18, 208:22, 208:25, 210:12, 259:12
**120** [1] - 96:11
**125** [1] - 259:6
**128** [1] - 259:7
**12TH** [3] - 96:17, 197:22, 198:3
**13** [10] - 59:25, 65:25, 93:22, 209:3, 209:5, 209:9, 209:13, 210:24, 230:4, 259:12
**135** [1] - 179:20
**13TH** [1] - 128:12
**14** [9] - 59:25, 159:9, 159:15, 160:2, 160:7, 160:8, 160:12, 160:16, 259:9
**14TH** [1] - 153:19, 198:12, 198:17, 198:22, 199:24
**15** [4] - 60:1, 96:15, 256:15
**151** [3] - 197:23, 198:4, 200:6
**152** [1] - 259:7
**155** [1] - 259:8
**156** [4] - 191:4, 191:6, 191:18, 259:8
**159** [1] - 259:9
**15TH** [1] - 115:5
**16** [8] - 1:8, 115:2, 255:15, 256:1, 256:5, 256:14, 256:15, 259:17
**160** [1] - 259:9
**162** [1] - 259:10
**16TH** [1] - 115:5
**17** [1] - 20:2
**172** [1] - 258:25
**18** [2] - 197:16, 197:21
**1855** [2] - 98:25, 99:18
**19** [7] - 126:13, 126:14, 126:16, 127:25, 128:2, 128:3, 259:7
**19106** [2] - 1:9, 1:20
**194** [1] - 123:4
**1:30** [2] - 149:11, 150:5

## 2

**2** [10] - 1:12, 1:15, 128:15, 142:12, 178:4, 228:6,

228:24, 230:16, 232:24, 251:3
**2,000** [1] - 65:25
**2,012** [1] - 204:14
**2-14-2022** [1] - 199:12
**2.0** [1] - 102:6
**2.36** [1] - 186:19
**2.43** [3] - 186:7, 186:11, 186:16
**2.6** [1] - 102:13
**2.62** [1] - 187:2
**2.78** [1] - 186:23
**2.812** [1] - 179:17
**20** [6] - 40:8, 46:14, 96:15, 105:19, 187:25, 240:22
**20-MILLIGRAM** [1] - 40:17
**200** [1] - 97:8
**2000** [1] - 115:5
**20005** [1] - 2:3
**2008** [1] - 93:22
**2009** [1] - 94:10
**2010** [4] - 10:9, 91:16, 180:19, 181:9
**2011** [4] - 10:5, 10:11, 49:5, 181:19
**2012** [3] - 182:2, 182:16, 182:25
**2013** [8] - 105:14, 106:3, 110:1, 130:21, 141:13, 183:9, 218:20
**2014** [3] - 111:13, 144:15, 144:21
**2016** [4] - 115:5, 144:9, 146:11, 256:15
**2018** [3] - 130:21, 143:7, 143:10
**2019** [3] - 56:12, 56:16, 57:11
**202** [1] - 154:13
**2020** [18] - 56:13, 56:16, 57:11, 57:15, 123:1, 124:17, 147:13, 187:25, 188:4, 188:16, 190:4, 217:24, 217:25, 218:11, 229:16, 229:22
**2021** [22] - 57:15, 57:22, 58:1, 58:10, 65:24, 116:6, 128:12, 187:22, 192:4, 195:15, 196:11, 197:2, 197:22, 198:3, 198:24, 199:24, 217:24, 218:1,

230:4, 230:22, 231:8, 231:16
**2022** [63] - 57:16, 57:22, 58:2, 58:10, 65:24, 80:20, 81:6, 153:19, 161:13, 177:8, 185:18, 186:1, 189:8, 198:12, 198:17, 198:23, 199:24, 201:14, 201:19, 202:7, 202:10, 202:12, 203:1, 203:22, 204:6, 204:10, 204:22, 205:1, 206:13, 207:5, 207:15, 208:6, 208:19, 209:7, 209:18, 209:23, 210:6, 210:13, 210:18, 210:22, 210:25, 211:8, 211:25, 216:18, 219:4, 219:23, 220:6, 223:22, 224:2, 225:2, 225:23, 228:1, 230:8, 233:2, 233:8, 233:20, 234:6, 234:8, 235:4, 236:25, 237:3, 237:7, 243:13
**2023** [9] - 1:8, 212:11, 237:20, 238:13, 239:4, 247:9, 248:20, 253:25, 254:9
**203** [1] - 259:10
**207** [1] - 259:11
**208** [2] - 259:11, 259:12
**209** [1] - 259:12
**20S** [1] - 85:1
**20TH** [4] - 111:12, 188:4, 188:16, 211:24
**21** [2] - 83:20, 119:4
**212** [4] - 153:23, 198:17, 200:4
**21ST** [1] - 161:13
**22** [1] - 230:21
**22-3301** [1] - 1:5
**221** [1] - 259:13
**224** [1] - 259:13
**226** [1] - 259:14
**228** [1] - 154:13
**22ND** [1] - 218:11
**23** [1] - 259:2
**232** [1] - 259:14
**234** [2] - 259:15,

259:15
**238** [1] - 259:16
**245** [1] - 259:16
**246** [1] - 259:17
**25** [2] - 125:12, 199:16
**256** [1] - 259:17
**25TH** [8] - 93:24, 157:6, 201:14, 201:16, 201:19, 202:7, 254:19, 254:23
**26** [1] - 259:2
**2609** [1] - 1:19
**263** [2] - 220:3, 223:16
**265** [1] - 223:18
**27** [5] - 25:10, 26:11, 26:13, 26:14, 259:2
**27TH** [1] - 224:2
**28** [4] - 254:2, 254:7, 254:8, 254:9
**280** [1] - 204:2
**28TH** [3] - 208:18, 210:13, 210:21
**29** [1] - 225:2
**29TH** [5] - 208:6, 209:6, 210:6, 210:25, 211:8
**2ND** [2] - 219:23, 220:6

## 3

**3** [14] - 35:22, 93:3, 93:10, 178:23, 188:7, 201:10, 214:20, 228:17, 236:19, 246:13, 246:17, 246:21, 246:24, 259:17
**3.1** [1] - 58:14
**3.10** [1] - 58:13
**3.54** [1] - 102:15
**30** [9] - 13:3, 45:10, 48:20, 48:22, 48:23, 73:18, 188:11, 188:12, 259:4
**30TH** [3] - 187:25, 188:4, 188:16
**31** [1] - 259:3
**31ST** [2] - 238:12, 239:4
**320** [1] - 204:1
**35** [3] - 248:2, 249:7, 249:24
**355** [1] - 252:4
**37** [7] - 28:21, 28:23, 29:1, 31:18, 31:20, 31:21, 259:3
**3RD** [1] - 225:23

## 4

**4** [11] - 94:10, 102:8, 103:8, 180:5, 244:9, 244:18, 245:6, 256:8, 259:4, 259:7, 259:16
**40** [5] - 40:20, 73:18, 157:25, 158:17, 205:7
**401** [4] - 15:6, 64:14, 80:23, 81:9
**403** [4] - 15:6, 64:15, 80:23, 81:9
**40475** [1] - 1:16
**42** [1] - 259:3
**45** [2] - 42:13, 179:20
**46** [6] - 39:18, 42:13, 42:15, 42:16, 259:3
**48** [7] - 21:2, 21:21, 23:1, 23:2, 249:24, 259:2, 259:4
**4:45** [2] - 221:8, 257:12
**4TH** [1] - 254:13

## 5

**5** [11] - 22:24, 103:11, 103:12, 116:3, 116:4, 118:19, 118:21, 118:22, 185:8, 197:7, 259:6
**5.10** [1] - 58:6
**5/16/23** [1] - 150:8
**50** [2] - 94:12, 125:13
**52** [8] - 120:6, 122:15, 125:21, 125:24, 125:25, 191:16, 259:6
**53** [8] - 153:16, 154:23, 154:25, 155:1, 158:8, 198:15, 199:12, 259:8
**54** [5] - 161:12, 162:7, 162:20, 259:10
**5TH** [8] - 22:18, 109:25, 110:1, 230:8, 233:1, 233:8, 233:20, 235:4

## 6

**6** [5] - 105:8, 105:10, 106:24, 230:1, 248:20
**60** [1] - 214:6
**600** [1] - 2:3
**601** [1] - 1:19

**602** [2] - 80:23, 81:9
**61** [4] - 248:13, 248:17, 248:18, 252:4
**62** [1] - 236:4
**625** [1] - 1:15
**63** [1] - 251:2
**69** [4] - 232:23, 233:22, 234:1, 259:15
**6TH** [1] - 234:8

## 7

**7** [5] - 237:15, 237:23, 237:25, 238:3, 259:16
**7-26-2017** [1] - 146:22
**70** [4] - 13:2, 249:1, 249:9, 258:22
**700-13TH** [1] - 2:3
**701** [2] - 80:23, 81:9
**702** [1] - 15:7
**71** [4] - 234:4, 234:16, 234:20, 259:15
**72** [1] - 64:15
**76** [7] - 155:6, 155:9, 156:13, 156:21, 156:22, 200:20, 259:8
**77** [2] - 161:16, 200:19
**78** [13] - 64:23, 67:5, 67:9, 219:13, 219:22, 219:23, 220:9, 221:2, 221:4, 222:1, 223:14, 223:15, 259:13
**79** [8] - 223:11, 223:14, 223:18, 224:10, 224:15, 224:18, 224:19, 259:13
**7TH** [1] - 223:22

## 8

**8** [2] - 116:6, 258:21
**81** [4] - 230:13, 232:17, 232:20, 259:14
**83** [2] - 258:24, 258:25
**84** [6] - 202:16, 203:10, 203:15, 203:17, 203:18, 259:10
**856)649-4774** [1] - 1:20
**86** [4] - 56:8, 60:12, 61:2, 61:4
**89** [4] - 225:16, 226:6,

226:9, 259:14
**8:00** [2] - 147:14, 147:18
**8TH** [2] - 206:13, 234:6

## 9

**9** [7] - 109:20, 207:5, 218:11, 231:16, 257:18, 259:5, 259:9
**9.3** [2] - 57:12, 57:13
**9.90** [1] - 57:23
**93** [2] - 212:3, 214:18
**970** [1] - 22:20
**99** [1] - 161:23
**9:00** [1] - 258:8
**9TH** [4] - 207:15, 209:18, 209:23, 219:23

## A

**A'S** [1] - 183:16
**A-OKAY** [1] - 34:14
**A.M** [4] - 147:14, 147:18, 257:18, 258:8
**A/V** [1] - 30:22
**AAMC** [1] - 59:20
**AAMC'S** [2] - 57:10
**AARON** [2] - 149:18, 150:2
**ABBREVIATIONS** [1] - 160:24
**ABILITIES** [2] - 92:4, 137:4
**ABILITY** [8] - 9:17, 20:24, 47:16, 50:6, 75:19, 134:15, 137:1, 137:6
**ABLE** [80] - 9:16, 14:1, 16:10, 16:21, 17:25, 19:13, 19:17, 20:22, 20:23, 23:15, 23:21, 23:23, 23:24, 24:8, 27:2, 27:12, 27:13, 32:14, 32:15, 33:22, 38:15, 44:8, 44:17, 50:5, 51:13, 51:16, 53:2, 56:5, 58:24, 62:12, 63:17, 63:18, 63:20, 63:24, 67:1, 73:13, 75:18, 77:4, 79:14, 87:12, 88:3, 88:4, 89:15, 92:10, 92:22, 97:17, 99:11, 103:23, 106:17, 112:24, 116:9, 117:16, 118:5,

118:8, 118:17, 119:17, 123:5, 125:8, 133:12, 134:23, 135:7, 141:22, 146:1, 148:1, 158:13, 158:14, 159:21, 159:23, 166:15, 166:16, 169:23, 178:18, 201:5, 215:14, 250:22, 251:21, 255:5, 255:22, 257:8
**ABNORMALITY** [1] - 31:7
**ABOUT** [115] - 5:17, 10:11, 13:2, 17:14, 19:22, 20:4, 20:7, 22:10, 22:11, 22:15, 32:12, 32:14, 32:23, 33:15, 34:13, 36:25, 37:10, 40:14, 40:23, 43:23, 52:10, 54:20, 54:21, 59:25, 60:18, 60:23, 72:16, 73:23, 74:17, 75:5, 76:7, 79:20, 87:13, 87:18, 88:3, 92:3, 95:17, 97:1, 98:21, 104:19, 104:20, 106:11, 107:11, 107:12, 107:13, 107:21, 108:23, 114:7, 114:22, 120:17, 130:12, 130:13, 131:18, 132:9, 132:15, 132:25, 133:6, 136:9, 139:6, 140:23, 141:2, 148:21, 149:1, 151:11, 152:1, 154:3, 154:13, 156:11, 156:18, 158:7, 159:16, 160:11, 160:22, 160:24, 162:23, 163:4, 164:20, 165:3, 165:25, 166:2, 166:4, 172:25, 174:19, 178:21, 179:24, 181:6, 189:24, 192:15, 193:17, 194:11, 194:14, 196:3, 211:25, 215:21, 216:23, 221:8, 225:7, 225:14, 231:8, 232:12, 236:17, 239:20, 240:2, 240:4, 240:8, 244:9,

245:3, 245:14, 252:14, 254:13, 257:21
**ABOVE** [5] - 161:20, 183:4, 216:3, 216:12, 258:13
**ABOVE-ENTITLED** [1] - 258:13
**ABROAD** [1] - 112:20, 112:21, 144:20
**ABSOLUTELY** [10] - 13:1, 13:17, 18:25, 38:24, 39:15, 44:2, 55:22, 69:19, 105:24, 207:2
**ACADEMIA** [3] - 62:16, 62:17, 62:19
**ACADEMIC** [3] - 54:23, 55:11, 102:3
**ACADEMY** [8] - 11:10, 11:19, 11:20, 76:20, 96:19, 96:22, 96:23
**ACCELERATED** [1] - 183:6
**ACCEPT** [2] - 103:20, 121:6
**ACCEPTED** [3] - 15:11, 25:5, 99:7
**ACCESS** [12] - 86:9, 119:15, 133:1, 146:5, 195:9, 195:14, 196:11, 198:7, 202:2, 235:25, 236:12, 247:15
**ACCOMMODATE** [2] - 76:13, 148:7
**ACCOMMODATION** [35] - 15:3, 78:1, 80:21, 81:7, 130:20, 131:11, 133:15, 178:13, 179:10, 180:11, 185:18, 186:1, 206:12, 216:16, 228:1, 228:3, 228:9, 228:19, 229:9, 230:3, 233:8, 234:24, 235:3, 236:10, 236:22, 236:24, 237:7, 239:15, 241:22, 242:14, 243:13, 245:11, 245:15, 246:2, 251:18
**ACCOMMODATIONS** [120] - 34:4, 34:8, 34:17, 35:5, 42:22, 47:11, 47:12, 49:9, 49:25, 72:18, 72:22,

73:3, 73:6, 73:10,
73:15, 73:19, 74:1,
74:13, 74:24, 75:16,
75:17, 75:23, 76:4,
77:7, 78:9, 78:15,
78:19, 95:13, 96:3,
97:16, 102:20,
103:21, 104:5,
104:6, 116:13,
117:17, 119:1,
124:5, 124:9,
128:13, 128:18,
128:25, 129:8,
129:17, 130:5,
130:24, 130:25,
131:2, 131:5, 131:7,
131:8, 131:15,
131:19, 132:2,
132:6, 132:9,
132:17, 132:18,
132:19, 132:23,
133:7, 133:9,
133:11, 133:17,
133:20, 135:16,
138:9, 139:24,
144:4, 147:7,
147:16, 151:14,
152:11, 153:24,
158:14, 161:7,
164:24, 165:6,
165:8, 166:5,
166:24, 167:3,
174:10, 175:9,
175:19, 176:15,
177:9, 181:16,
182:10, 184:7,
190:17, 191:23,
206:20, 206:23,
209:22, 210:9,
210:13, 210:16,
210:20, 211:3,
216:17, 219:4,
222:20, 232:4,
232:14, 233:5,
235:18, 239:21,
243:22, 244:5,
245:19, 247:24,
250:5, 250:12,
251:5, 251:10,
251:11, 252:6,
252:23, 253:12

**ACCOMPLICE** [1] -
150:15

**ACCORDING** [5] -
26:6, 134:8, 145:13,
196:14, 198:10

**ACCOUNT** [4] - 23:22,
37:4, 39:13, 75:18

**ACCOUNTANT** [1] -
98:7

**ACCURATE** [4] - 9:16,
9:18, 134:14, 229:14

**ACHENBACH** [3] -
45:24, 46:1, 46:2

**ACHIEVE** [3] - 99:11,
103:23, 137:6

**ACQUIRED** [1] - 51:22

**ACROSS** [8] - 44:14,
95:23, 125:16,
134:22, 168:23,
200:10, 200:11,
246:4

**ACT** [13] - 50:22,
72:16, 77:17, 77:20,
77:25, 78:2, 93:20,
94:5, 94:10, 94:17,
94:22, 131:19,
131:21

**ACTION** [7] - 169:9,
174:25, 206:6,
206:11, 206:18,
206:20, 253:19

**ACTIONS** [5] - 27:25,
104:24, 127:23,
206:22, 226:25

**ACTIVE** [7] - 10:6,
10:8, 10:9, 30:17,
34:5, 34:18, 112:2

**ACTIVELY** [1] - 12:2

**ACTIVITIES** [3] -
47:24, 48:3, 85:17

**ACTIVITY** [4] - 16:16,
105:16, 111:15

**ACTUAL** [13] - 84:19,
84:20, 116:1,
154:12, 155:14,
155:18, 157:4,
168:1, 193:13,
201:20, 212:10,
212:21, 252:17

**ACTUALLY** [62] -
4:14, 8:14, 10:22,
11:9, 11:10, 11:13,
27:2, 27:25, 28:14,
37:18, 43:8, 44:16,
51:9, 55:25, 63:5,
73:3, 73:8, 88:10,
91:15, 93:10, 94:8,
100:3, 101:25,
105:5, 110:2,
112:17, 112:18,
113:19, 115:14,
118:7, 131:11,
131:15, 133:22,
134:8, 134:25,
138:20, 143:3,
148:6, 152:2,
154:18, 155:5,
155:14, 157:13,
157:24, 158:2,

159:16, 173:18,
180:23, 183:19,
184:17, 184:18,
195:6, 195:17,
212:4, 213:17,
215:10, 216:10,
225:12, 226:3,
226:22, 230:7,
254:19

**ADA** [13] - 15:2, 50:19,
50:20, 50:21, 72:17,
72:18, 74:12, 74:24,
78:4, 80:19, 81:5,
152:14, 243:10

**ADA'S** [1] - 51:2

**ADD** [5] - 14:13,
33:14, 37:3, 68:22,
110:15

**ADDERALL** [24] -
30:11, 38:20, 39:12,
40:8, 40:14, 40:17,
40:20, 44:20, 46:13,
84:25, 105:17,
105:19, 110:4,
127:18, 138:16,
141:23, 144:15,
144:17, 144:21,
145:16, 145:18,
255:3, 255:5, 256:20

**ADDITION** [2] -
222:15, 229:13

**ADDITIONAL** [17] -
5:7, 107:14, 129:18,
129:20, 137:4,
137:5, 137:6, 149:3,
171:7, 219:6, 223:4,
223:5, 229:15,
234:25, 235:5,
237:12

**ADDRESS** [9] - 3:4,
6:2, 15:7, 32:10,
88:13, 219:25,
220:17, 231:17,
233:1

**ADDRESSED** [3] -
14:14, 78:25, 87:19

**ADEQUATELY** [1] -
127:14

**ADHD** [65] - 13:7,
13:12, 14:2, 16:1,
16:11, 16:15, 16:24,
17:11, 17:23, 18:24,
19:11, 20:2, 20:16,
20:20, 24:15, 30:9,
30:10, 32:2, 33:1,
33:3, 33:4, 33:14,
34:22, 36:17, 37:3,
42:24, 43:1, 43:23,
44:1, 44:4, 44:16,
45:1, 47:9, 48:9,

48:12, 49:10, 75:16,
84:19, 86:2, 97:13,
105:15, 106:5,
113:17, 115:22,
127:5, 129:25,
130:19, 132:12,
136:20, 137:17,
138:17, 141:8,
145:18, 146:24,
164:19, 173:1,
222:22, 238:22,
242:22, 247:9,
255:10, 255:12

**ADHERE** [2] - 102:4,
108:6

**ADJACENT** [1] - 95:24

**ADJOURNED** [1] -
258:9

**ADJUSTED** [1] -
105:20

**ADJUSTMENTS** [1] -
6:9

**ADMINISTERED** [5] -
134:25, 190:8,
190:9, 201:22,
210:21

**ADMINISTRATION** [3]
- 13:3, 84:7, 206:21

**ADMISSION** [4] -
184:4, 224:15,
244:22, 246:20

**ADMIT** [23] - 4:12,
44:25, 60:16, 60:18,
60:24, 61:4, 67:8,
162:6, 162:16,
203:10, 207:18,
224:7, 226:6,
232:17, 233:22,
234:16, 237:24,
241:2, 244:17,
244:18, 255:18,
255:23, 256:1

**ADMITS** [1] - 30:5

**ADMITTED** [75] - 23:1,
23:2, 26:13, 26:14,
31:20, 31:21, 35:18,
35:23, 42:15, 42:16,
48:22, 48:23, 82:7,
82:14, 82:15, 82:18,
103:7, 103:8,
106:25, 111:4,
111:5, 112:10,
112:11, 118:21,
118:22, 125:24,
125:25, 128:2,
128:3, 148:24,
152:20, 152:21,
154:25, 155:1,
156:21, 156:22,
159:2, 159:3, 160:7,

160:8, 162:20,
164:13, 184:12,
185:9, 203:17,
203:18, 207:24,
207:25, 208:11,
208:12, 208:24,
208:25, 209:12,
209:13, 221:3,
221:4, 224:18,
224:19, 226:8,
226:9, 228:7,
232:19, 232:20,
233:25, 234:1,
234:19, 234:20,
238:2, 238:3, 245:5,
245:6, 246:23,
246:24, 256:4, 256:5

**ADMITTING** [2] -
22:13, 162:13

**ADOLESCENCE** [2] -
42:24, 43:21

**ADOLESCENT** [8] -
9:25, 11:11, 11:20,
11:21, 13:18, 72:25,
73:17, 76:20

**ADOLESCENTS** [1] -
44:15

**ADULT** [11] - 16:8,
16:12, 18:24, 19:4,
32:5, 38:13, 38:14,
48:12, 245:20

**ADULTHOOD** [1] -
43:13

**ADULTS** [22] - 15:22,
16:3, 16:6, 16:14,
16:15, 16:18, 16:22,
20:8, 20:9, 20:10,
20:12, 20:14, 20:19,
43:8, 44:15, 44:18,
44:22, 44:24, 49:16,
49:21, 86:14

**ADVANCE** [1] - 81:12

**ADVANTAGE** [1] -
170:9

**ADVISORY** [1] -
173:25

**ADVOCACY** [1] -
52:19

**ADVOCATE** [1] -
51:17

**AFFECT** [2] - 72:12,
81:2

**AFFECTED** [1] - 165:4

**AFFIRMATIVE** [1] -
39:4

**AFFORD** [1] - 161:8

**AFRAID** [3] - 86:25,
103:20, 172:23

**AFRICAN** [13] - 14:23,
52:4, 52:5, 52:10,

52:15, 53:14, 53:15,
56:18, 57:17, 57:20,
58:3, 58:12, 140:16

**AFTER** [53] - 7:4, 34:2,
34:15, 54:9, 74:9,
82:6, 94:11, 95:5,
95:9, 98:18, 102:22,
112:15, 120:25,
126:4, 149:15,
151:19, 156:14,
157:1, 158:6, 161:4,
162:4, 165:1, 166:8,
187:9, 187:18,
188:21, 188:23,
188:24, 189:2,
189:7, 195:3,
195:10, 195:19,
196:11, 196:12,
198:7, 200:24,
201:18, 204:25,
211:8, 211:9,
211:12, 214:23,
225:1, 225:7,
234:23, 235:3,
247:14, 249:16,
252:25, 256:25

**AFTERNOON** [2] -
172:12, 172:13

**AGAIN** [55] - 8:18,
24:20, 40:16, 49:23,
55:9, 58:19, 58:23,
59:19, 64:14, 69:7,
76:22, 81:8, 100:7,
100:10, 106:16,
106:18, 106:19,
108:23, 109:1,
109:3, 112:2, 119:2,
127:22, 133:12,
144:18, 146:15,
147:3, 161:7,
161:14, 161:19,
167:7, 167:25,
170:20, 177:21,
179:11, 196:19,
196:21, 205:22,
206:22, 209:21,
211:14, 215:12,
216:17, 219:11,
223:24, 225:9,
226:17, 228:17,
231:17, 233:17,
233:20, 235:2,
237:23, 250:24,
257:7

**AGAINST** [7] - 73:16,
84:6, 123:15, 164:7,
174:25, 215:16,
226:18

**AGE** [6] - 20:2, 72:25,
73:1, 73:6, 73:9,

98:16

**AGENCY** [1] - 131:1
**AGES** [1] - 44:14
**AGITATED** [1] - 216:1
**AGO** [4] - 3:17, 84:22,
172:17, 195:7

**AGREE** [9] - 40:21,
108:5, 108:7, 192:7,
192:10, 210:20,
224:8, 224:10, 245:3

**AGREED** [2] - 228:8,
228:19

**AH** [1] - 142:10
**AHEAD** [35] - 4:13,
7:7, 7:18, 8:3, 23:4,
34:11, 55:6, 56:5,
61:21, 71:11, 80:8,
105:2, 108:8,
109:18, 115:20,
121:17, 123:24,
127:17, 129:14,
129:23, 153:25,
154:1, 154:19,
162:24, 163:2,
164:25, 172:8,
197:13, 207:4,
207:9, 210:3, 210:5,
212:6, 244:21,
246:12

**AIDE** [1] - 196:19
**AIDED** [1] - 1:22
**AIR** [2] - 88:24, 89:22
**ALARM** [1] - 189:11
**ALARMS** [3] - 90:25,
102:18, 194:4

**ALERT** [1] - 6:4
**ALERTS** [1] - 194:9
**ALGEBRA** [2] - 183:1,
183:3

**ALIGN** [1] - 21:13
**ALIGNED** [1] - 21:13
**ALL** [170] - 3:2, 3:9,
4:25, 6:21, 6:22,
7:12, 8:3, 12:10,
15:9, 16:3, 21:3,
23:17, 26:7, 31:13,
32:18, 33:10, 35:19,
36:7, 37:25, 38:4,
40:1, 40:24, 41:14,
42:18, 44:14, 44:20,
45:21, 48:6, 52:2,
52:6, 52:7, 54:11,
59:7, 62:2, 64:4,
64:17, 65:19, 65:23,
66:10, 66:18, 66:19,
68:12, 69:22, 70:2,
70:5, 70:9, 73:21,
74:9, 74:15, 74:21,
79:3, 79:6, 79:8,
79:10, 79:12, 79:19,

79:24, 80:3, 81:15,
81:16, 81:20, 81:25,
83:5, 85:2, 85:20,
86:1, 88:11, 88:23,
89:16, 91:15, 91:16,
91:23, 92:25, 95:20,
95:25, 96:1, 96:9,
99:20, 100:8, 102:3,
102:18, 106:19,
112:14, 114:11,
114:19, 116:17,
116:20, 117:7,
118:8, 126:20,
127:7, 133:9,
133:15, 133:23,
134:21, 137:23,
139:21, 141:13,
142:4, 142:16,
148:3, 148:11,
148:20, 149:1,
149:8, 150:4,
150:21, 150:25,
151:25, 153:6,
153:9, 156:10,
159:18, 164:15,
165:23, 165:24,
166:12, 166:24,
166:25, 167:7,
168:10, 169:3,
170:15, 172:1,
172:8, 175:6,
176:12, 177:14,
184:15, 194:25,
203:14, 207:9,
215:21, 215:24,
216:15, 218:1,
218:14, 220:3,
221:2, 221:18,
221:21, 228:8,
228:19, 229:7,
230:15, 231:23,
233:3, 236:20,
237:17, 238:20,
239:7, 240:7,
240:18, 242:20,
244:8, 246:16,
250:2, 250:24,
252:16, 257:3,
257:14, 258:1, 258:7

**ALLEGED** [1] - 80:15
**ALLIANCE** [1] - 52:20
**ALLOTTED** [1] -
193:23

**ALLOW** [15] - 5:19,
19:12, 20:22, 22:3,
23:14, 44:17, 76:3,
77:7, 84:7, 85:8,
119:25, 129:25,
200:12, 200:15,
219:8

**ALLOWANCE** [2] -
47:13, 47:15

**ALLOWED** [7] - 30:6,
99:5, 101:20,
119:12, 135:3,
135:9, 139:11

**ALLOWING** [3] - 50:4,
87:1, 99:8

**ALLOWS** [3] - 23:22,
24:9, 38:14

**ALLUDED** [1] - 238:17
**ALMA** [1] - 62:21
**ALMOST** [6] - 65:25,
81:18, 91:20, 205:6,
212:22, 214:8

**ALONE** [2] - 90:5,
119:3

**ALONG** [7] - 33:23,
52:9, 54:16, 151:21,
192:24, 195:4, 232:2

**ALREADY** [34] - 26:5,
32:13, 35:16, 35:17,
38:25, 75:6, 76:10,
82:14, 102:24,
105:6, 109:11,
123:14, 127:11,
133:1, 135:17,
135:18, 139:6,
140:23, 147:6,
148:12, 150:17,
164:6, 176:19,
178:5, 178:24,
180:6, 185:9,
185:21, 192:3,
201:9, 206:8, 211:6,
228:7, 238:17

**ALSO** [129] - 3:17, 5:4,
5:24, 6:7, 8:19,
12:17, 12:23, 14:2,
15:19, 16:23, 17:6,
17:16, 21:25, 24:1,
24:4, 27:1, 28:5,
30:16, 35:23, 36:11,
41:9, 41:13, 58:7,
59:3, 59:18, 60:6,
63:7, 63:9, 63:14,
63:23, 64:15, 68:18,
70:5, 80:24, 81:3,
85:19, 86:11, 87:19,
91:9, 94:13, 96:7,
97:12, 106:5,
107:12, 108:10,
108:12, 109:21,
110:22, 110:24,
111:10, 111:13,
112:2, 119:7,
122:20, 123:20,
124:2, 127:1,
127:17, 129:21,
130:4, 131:9,

131:13, 132:1,
132:3, 137:16,
138:4, 138:10,
138:11, 140:8,
141:18, 141:21,
142:2, 142:4,
142:14, 142:20,
143:4, 143:6, 144:7,
144:15, 145:10,
146:7, 146:21,
147:1, 147:19,
147:23, 151:25,
153:18, 159:16,
165:4, 168:16,
168:22, 173:22,
173:25, 174:16,
175:22, 178:23,
182:9, 182:24,
182:25, 183:14,
184:14, 190:7,
192:23, 193:8,
194:20, 199:1,
200:14, 201:5,
202:9, 210:2, 212:9,
216:11, 217:9,
218:5, 227:7,
232:11, 238:20,
243:5, 245:21,
247:8, 249:2,
249:21, 250:4,
252:25, 257:6

**ALTERNATIVELY** [1] -
85:6

**ALTHOUGH** [2] - 41:8,
242:17

**ALWAYS** [11] - 5:3,
6:21, 16:20, 23:18,
30:5, 114:3, 114:8,
114:19, 119:16,
138:2, 187:14

**ALYSSA** [3] - 101:8,
181:15, 182:10

**AM** [152] - 3:10, 3:16,
8:9, 8:13, 11:11,
11:14, 11:18, 12:1,
12:8, 12:9, 12:12,
12:17, 13:18, 15:19,
16:10, 17:17, 17:19,
17:24, 19:1, 21:5,
21:10, 21:19, 21:22,
22:10, 27:8, 28:25,
29:14, 50:24, 51:16,
52:20, 55:5, 56:10,
57:6, 60:18, 60:23,
61:3, 61:18, 62:20,
63:3, 63:9, 63:12,
63:16, 64:21, 67:8,
67:9, 67:18, 69:8,
70:7, 70:21, 71:4,
71:5, 72:11, 73:8,

73:16, 74:4, 76:14,
82:5, 82:8, 83:19,
83:20, 83:22, 86:25,
87:19, 87:20, 89:12,
91:13, 97:2, 99:24,
100:5, 104:13,
107:3, 110:19,
112:18, 120:3,
126:17, 130:3,
137:4, 138:4,
140:12, 142:17,
149:23, 153:25,
156:18, 158:8,
162:8, 162:11,
162:16, 164:4,
164:5, 164:8,
164:23, 167:2,
168:16, 168:22,
169:15, 170:8,
170:10, 170:19,
172:2, 172:22,
173:2, 173:8, 180:5,
180:16, 181:7,
182:3, 183:14,
185:21, 188:2,
190:20, 191:10,
199:2, 200:23,
202:25, 206:2,
206:24, 211:20,
214:16, 215:15,
215:23, 225:14,
227:6, 227:11,
228:14, 228:15,
228:21, 228:23,
229:2, 236:20,
238:9, 239:9,
239:10, 239:23,
240:3, 240:21,
241:3, 241:6, 241:9,
241:24, 241:25,
242:3, 248:11,
249:20, 251:3,
253:6, 257:4, 257:11
**AMELIA** [7] - 83:22,
202:11, 203:2,
203:6, 225:22,
226:19, 227:20
**AMENDED** [1] - 170:6
**AMERICA** [3] - 11:22,
59:25, 68:2
**AMERICAN** [12] -
11:10, 11:18, 11:19,
11:20, 11:22, 11:25,
14:5, 14:23, 53:15,
76:20, 76:23, 140:16
**AMERICANS** [14] -
50:21, 52:5, 52:10,
52:15, 53:14, 56:18,
57:18, 57:20, 58:3,
58:12, 72:16, 77:17,

77:20, 78:2
**AMONG** [3] - 74:3,
90:16, 92:7
**AMONGST** [3] -
102:21, 104:10,
251:25
**AMOUNT** [5] - 97:20,
113:10, 159:18,
183:18, 190:18
**AMOUNTS** [1] - 30:20
**AMPHETAMINE** [1] -
32:22
**AN** [139] - 3:17, 8:11,
8:15, 9:16, 9:18,
10:3, 10:5, 10:6,
10:8, 10:9, 12:24,
13:23, 14:9, 15:5,
15:24, 15:25, 16:8,
16:12, 17:2, 19:4,
22:21, 27:9, 29:9,
32:21, 37:3, 37:9,
38:13, 39:4, 42:6,
42:8, 44:11, 45:15,
49:14, 50:12, 52:18,
53:21, 56:1, 62:25,
63:11, 73:22, 73:25,
74:6, 77:1, 80:12,
80:24, 81:2, 82:12,
84:10, 86:3, 87:7,
87:21, 89:8, 90:17,
94:17, 97:21, 98:6,
102:14, 104:16,
106:1, 106:12,
106:18, 107:6,
109:2, 110:20,
113:10, 114:17,
118:12, 119:8,
127:21, 131:11,
136:19, 137:2,
137:10, 138:13,
141:6, 142:11,
142:25, 143:3,
143:4, 143:13,
144:5, 145:3,
145:25, 146:16,
150:15, 153:7,
155:13, 155:14,
157:25, 158:16,
160:21, 161:11,
164:8, 166:16,
167:9, 167:11,
171:3, 171:20,
173:25, 176:7,
184:16, 192:13,
192:21, 193:7,
193:9, 194:24,
195:7, 197:22,
198:3, 199:1, 201:2,
204:9, 206:8,
206:17, 211:16,

213:11, 216:1,
220:5, 223:21,
225:21, 230:11,
230:22, 231:10,
231:11, 231:16,
232:25, 234:11,
234:24, 236:11,
240:3, 240:17,
245:18, 245:20,
247:20, 250:23,
252:22, 253:18,
254:18
**AND** [1338] - 3:10,
3:11, 3:13, 3:15,
3:16, 3:23, 3:25, 4:3,
4:19, 5:6, 5:9, 5:11,
5:23, 6:5, 6:8, 6:10,
7:24, 8:16, 9:1, 9:22,
9:24, 9:25, 10:2,
10:6, 10:9, 10:14,
10:20, 10:23, 10:25,
11:3, 11:7, 11:9,
11:11, 11:20, 11:21,
12:4, 12:14, 12:18,
12:23, 13:3, 13:4,
13:14, 13:19, 13:25,
14:2, 14:16, 14:21,
14:23, 15:2, 15:5,
15:6, 15:7, 15:11,
15:20, 15:21, 16:4,
16:11, 16:18, 16:22,
16:25, 17:5, 17:6,
17:8, 17:13, 17:14,
17:21, 18:1, 18:5,
18:18, 18:23, 19:2,
19:3, 19:8, 19:21,
20:4, 20:15, 21:12,
21:16, 21:20, 22:2,
22:5, 22:16, 22:17,
23:13, 23:14, 23:17,
23:19, 23:24, 24:8,
24:20, 24:21, 24:23,
24:25, 25:1, 25:7,
25:14, 25:17, 25:21,
26:4, 26:6, 26:17,
26:21, 26:23, 27:9,
27:14, 27:18, 27:21,
27:24, 28:5, 28:12,
28:14, 28:15, 28:17,
28:20, 29:6, 29:8,
29:10, 29:12, 29:13,
30:3, 30:7, 30:16,
31:13, 32:5, 32:11,
32:16, 32:19, 32:22,
32:24, 33:4, 33:9,
33:11, 34:1, 34:21,
34:22, 34:24, 35:4,
35:7, 35:20, 36:7,
36:23, 37:7, 37:15,
38:1, 38:7, 38:11,
38:13, 38:20, 38:24,

39:4, 39:10, 39:19,
39:22, 39:25, 40:3,
40:6, 40:10, 40:13,
40:18, 40:24, 41:6,
41:7, 41:9, 41:13,
41:20, 41:23, 42:1,
42:21, 43:4, 43:8,
43:12, 43:13, 43:14,
43:23, 44:5, 44:6,
44:10, 44:11, 44:14,
44:15, 44:18, 44:20,
44:23, 45:14, 45:17,
46:1, 46:2, 46:4,
46:6, 46:13, 46:20,
47:2, 47:4, 47:20,
47:24, 48:1, 48:2,
48:11, 48:13, 48:14,
49:10, 49:16, 49:19,
49:20, 49:21, 50:3,
50:5, 50:7, 50:10,
50:15, 50:25, 51:4,
51:10, 51:20, 51:24,
52:7, 52:9, 52:13,
52:23, 53:10, 53:13,
53:18, 53:21, 53:22,
53:23, 54:3, 54:5,
54:7, 54:8, 54:10,
54:12, 54:13, 54:19,
54:20, 55:13, 55:18,
56:1, 56:4, 56:5,
56:7, 56:10, 56:20,
57:3, 57:4, 57:14,
57:15, 57:20, 57:22,
57:24, 58:5, 58:7,
58:14, 58:18, 59:2,
59:6, 59:18, 60:6,
60:11, 60:16, 60:24,
61:11, 61:12, 61:16,
61:19, 62:5, 62:13,
62:14, 62:15, 62:21,
62:22, 62:24, 63:4,
63:5, 63:7, 63:14,
63:16, 63:19, 63:22,
63:23, 64:2, 64:7,
64:13, 64:15, 64:22,
65:5, 65:11, 65:12,
65:23, 66:4, 66:10,
66:22, 66:24, 67:4,
67:7, 67:12, 67:13,
68:4, 68:6, 68:7,
68:12, 68:13, 68:17,
68:20, 68:21, 68:24,
69:3, 69:18, 70:18,
71:6, 71:13, 71:21,
71:24, 72:17, 72:21,
72:24, 73:3, 73:9,
73:11, 73:22, 74:3,
74:4, 74:5, 74:10,
74:14, 74:17, 74:23,
74:24, 75:1, 75:2,
75:4, 75:16, 75:24,

76:3, 76:7, 76:10,
76:11, 76:12, 76:13,
76:14, 76:20, 76:22,
77:5, 78:1, 78:5,
78:15, 78:25, 79:5,
79:16, 79:24, 80:14,
80:23, 81:8, 81:9,
81:15, 81:18, 82:12,
82:16, 82:17, 82:18,
82:22, 83:10, 83:17,
83:19, 83:20, 84:1,
84:6, 84:12, 84:13,
84:14, 84:16, 84:21,
85:1, 85:3, 85:4,
85:8, 85:19, 85:23,
86:1, 86:6, 86:8,
86:9, 86:12, 86:13,
86:14, 86:16, 86:23,
87:2, 87:5, 87:11,
87:13, 87:14, 87:19,
88:4, 88:6, 88:13,
88:15, 88:24, 89:11,
89:13, 89:20, 90:17,
90:21, 90:25, 91:3,
91:9, 91:13, 91:16,
91:19, 91:21, 91:23,
91:24, 92:1, 92:3,
92:4, 92:6, 92:8,
92:9, 92:19, 93:23,
94:1, 94:7, 94:8,
94:12, 94:20, 95:4,
95:9, 95:11, 95:17,
96:2, 96:5, 96:8,
96:10, 96:11, 96:16,
97:2, 97:5, 97:8,
97:13, 97:15, 98:2,
98:3, 98:4, 98:6,
98:9, 98:12, 98:13,
98:14, 98:15, 99:14,
99:20, 100:2, 100:7,
100:14, 100:16,
100:19, 100:25,
101:1, 101:6,
101:10, 101:18,
101:20, 101:21,
102:9, 102:10,
102:18, 102:19,
102:23, 103:3,
103:15, 103:16,
103:18, 103:23,
104:3, 104:5,
104:12, 104:13,
104:21, 105:3,
105:12, 105:15,
105:16, 105:18,
106:2, 106:5,
106:10, 106:16,
107:2, 107:3, 107:4,
107:7, 107:16,
107:20, 108:2,
108:3, 108:5, 108:7,

108:8, 108:11,
108:13, 108:18,
108:20, 109:2,
109:3, 109:7,
109:13, 109:24,
110:2, 110:4, 110:8,
110:9, 110:11,
110:12, 110:22,
111:1, 111:7,
111:25, 112:3,
112:5, 112:9,
112:16, 112:17,
112:20, 112:22,
112:23, 112:24,
113:5, 113:13,
113:16, 113:17,
113:19, 113:23,
114:19, 114:21,
115:2, 115:7, 115:9,
115:20, 116:20,
116:24, 116:25,
117:2, 117:9,
117:10, 117:12,
117:15, 117:18,
117:22, 117:25,
118:5, 118:13,
118:15, 118:17,
118:18, 118:25,
119:3, 119:7, 119:9,
119:17, 119:18,
119:19, 120:12,
120:18, 121:2,
121:8, 121:13,
121:20, 121:22,
122:5, 122:8,
122:13, 122:19,
122:20, 122:21,
122:25, 123:2,
123:5, 123:11,
123:12, 123:13,
123:20, 123:23,
123:25, 124:1,
124:7, 124:12,
124:19, 124:22,
125:7, 125:8,
125:20, 125:21,
126:4, 126:5, 126:6,
126:9, 126:11,
126:13, 127:1,
127:2, 127:3, 127:5,
127:6, 127:10,
127:11, 127:12,
127:14, 127:15,
127:16, 127:17,
127:18, 127:20,
127:23, 128:12,
128:20, 129:1,
129:3, 129:5, 129:7,
129:8, 129:9,
129:10, 129:12,
129:14, 129:16,

129:17, 129:20,
129:22, 129:23,
129:25, 130:4,
130:12, 130:13,
130:14, 130:16,
130:18, 130:19,
130:20, 130:21,
131:4, 131:5, 131:6,
131:9, 131:13,
131:16, 131:18,
131:21, 132:1,
132:6, 132:7,
132:16, 132:17,
132:22, 133:1,
133:2, 133:3, 133:5,
133:8, 133:10,
133:18, 133:19,
133:20, 133:22,
133:25, 134:3,
134:6, 134:10,
134:12, 134:14,
134:15, 134:16,
134:17, 134:20,
134:23, 135:5,
135:8, 135:10,
135:12, 135:13,
135:15, 135:20,
135:24, 135:25,
136:18, 136:20,
137:5, 137:8,
137:14, 137:17,
137:20, 138:4,
138:10, 138:12,
138:17, 138:18,
138:22, 139:2,
139:7, 139:9,
139:15, 139:18,
139:25, 140:17,
140:21, 140:22,
140:24, 141:3,
141:11, 141:19,
141:20, 141:22,
141:24, 142:3,
142:9, 142:12,
142:14, 142:15,
142:20, 142:21,
143:1, 143:3, 143:4,
143:6, 143:9,
143:12, 143:17,
143:20, 143:21,
144:12, 144:14,
144:16, 144:17,
144:19, 144:20,
145:10, 145:14,
145:15, 145:17,
145:19, 145:24,
146:3, 146:6, 146:9,
146:10, 146:11,
146:13, 146:14,
146:16, 146:18,
146:19, 146:20,

146:22, 146:23,
147:1, 147:4, 147:8,
147:10, 147:12,
147:14, 147:18,
147:19, 147:23,
147:25, 148:3,
148:4, 148:5,
148:10, 148:11,
148:14, 148:21,
148:22, 149:10,
149:12, 149:20,
149:25, 150:5,
150:13, 150:15,
150:18, 151:11,
151:16, 151:22,
151:25, 152:2,
152:4, 152:13,
152:14, 152:16,
152:23, 153:5,
153:18, 153:22,
153:23, 153:25,
154:1, 154:2, 154:5,
154:18, 154:19,
154:21, 155:4,
155:8, 155:10,
155:13, 155:15,
155:16, 155:19,
156:1, 156:5, 156:6,
156:10, 156:11,
156:14, 156:25,
157:1, 157:4, 157:6,
157:9, 157:12,
157:23, 158:1,
158:6, 158:7, 158:8,
158:12, 158:16,
158:18, 159:5,
159:7, 159:8,
159:10, 159:22,
159:24, 159:25,
160:1, 160:21,
160:24, 161:5,
161:8, 161:11,
161:13, 161:20,
161:23, 162:2,
162:6, 162:17,
162:24, 163:2,
163:23, 163:24,
164:1, 164:3,
164:12, 164:13,
164:15, 164:16,
164:21, 164:23,
164:25, 165:1,
165:3, 165:4, 165:6,
165:9, 165:10,
165:13, 165:14,
165:19, 165:21,
165:22, 165:24,
166:5, 166:8,
166:15, 166:20,
166:21, 166:22,
167:1, 167:3, 167:5,

167:6, 167:9,
167:10, 167:15,
168:2, 168:3, 168:4,
168:8, 168:15,
168:17, 168:20,
168:21, 168:22,
169:2, 169:6, 169:7,
169:9, 169:10,
169:14, 169:15,
170:3, 170:4,
170:12, 170:13,
170:22, 170:25,
171:1, 171:5,
171:13, 172:1,
172:5, 172:22,
173:3, 173:4, 173:6,
173:10, 173:21,
173:25, 174:3,
174:7, 174:10,
174:13, 174:16,
174:19, 174:22,
174:23, 174:24,
175:11, 175:16,
175:19, 175:22,
175:23, 176:1,
176:8, 176:14,
176:24, 177:17,
177:20, 178:4,
178:9, 178:12,
178:17, 178:25,
179:6, 179:9,
179:11, 179:13,
179:20, 179:24,
180:2, 180:19,
181:12, 181:17,
181:24, 182:4,
182:8, 182:11,
182:25, 183:1,
183:6, 183:15,
183:18, 183:19,
184:3, 184:16,
184:25, 185:4,
185:5, 185:14,
185:21, 186:10,
187:1, 187:8,
187:21, 188:4,
189:25, 190:3,
190:7, 190:18,
191:1, 191:4, 191:7,
191:20, 191:22,
191:24, 192:1,
192:5, 192:19,
192:23, 193:6,
193:10, 193:11,
193:21, 193:22,
194:1, 194:2, 194:3,
195:8, 195:9,
195:15, 196:12,
196:15, 196:16,
196:19, 197:17,
197:18, 197:22,

198:3, 198:7, 198:8,
198:15, 198:20,
199:13, 199:14,
199:18, 199:24,
200:8, 200:10,
200:11, 200:14,
201:1, 201:2, 201:5,
201:9, 201:15,
201:22, 201:25,
202:2, 202:5,
202:16, 202:19,
202:21, 203:5,
203:25, 204:13,
204:16, 204:24,
205:1, 205:5,
205:14, 205:22,
205:24, 206:8,
206:10, 206:14,
206:15, 206:18,
207:4, 207:8, 207:9,
207:11, 207:14,
208:5, 208:17,
208:18, 209:2,
209:5, 209:20,
209:21, 209:22,
210:2, 210:3, 210:5,
210:9, 210:24,
211:3, 211:12,
211:15, 211:16,
211:17, 211:20,
212:4, 212:9,
212:11, 212:20,
212:25, 213:6,
213:9, 213:12,
213:13, 213:15,
213:21, 214:5,
214:7, 215:1,
215:17, 215:20,
216:10, 216:11,
216:12, 216:20,
217:4, 217:6, 217:9,
217:15, 217:24,
217:25, 218:11,
218:22, 218:24,
219:19, 220:5,
221:10, 221:12,
221:23, 222:19,
222:24, 223:5,
223:8, 223:9,
223:19, 223:21,
224:4, 224:5,
224:10, 224:12,
225:1, 225:5,
225:10, 225:12,
225:21, 225:23,
226:16, 226:21,
226:23, 227:4,
227:9, 227:10,
228:2, 228:15,
228:22, 229:4,
229:12, 229:14,

229:15, 229:20, 229:21, 230:1, 230:11, 230:14, 230:16, 230:22, 231:1, 231:13, 231:15, 231:17, 232:1, 232:3, 232:5, 232:9, 232:10, 232:12, 233:2, 233:7, 233:12, 233:14, 233:16, 234:7, 234:11, 234:12, 234:15, 234:24, 235:4, 235:7, 235:19, 235:22, 235:25, 236:2, 236:4, 236:14, 236:15, 237:2, 237:6, 237:12, 237:16, 237:18, 237:20, 238:7, 238:16, 238:20, 238:25, 239:4, 239:7, 239:9, 239:22, 239:24, 240:1, 240:6, 240:14, 240:15, 240:17, 240:24, 240:25, 241:8, 241:18, 242:3, 242:8, 242:10, 242:18, 243:1, 243:8, 243:16, 243:19, 244:3, 244:8, 245:9, 245:16, 245:18, 245:19, 245:25, 246:1, 246:7, 246:9, 246:12, 247:2, 247:8, 247:20, 247:22, 248:6, 248:10, 248:20, 248:23, 249:1, 249:6, 249:17, 249:22, 249:24, 250:8, 250:9, 250:16, 250:20, 250:21, 250:22, 250:23, 250:24, 251:5, 251:13, 251:22, 251:23, 252:1, 252:3, 252:11, 252:17, 253:15, 253:17, 253:20, 254:13, 254:22, 255:8, 255:18, 255:19, 256:18, 257:1, 257:8, 257:9, 257:15, 257:21, 258:1

**AND/OR** [3] - 37:19, 47:8, 75:17
**ANDREW** [1] - 126:12
**ANIMAL** [1] - 143:14
**ANOTHER** [18] - 3:25, 53:22, 111:10, 111:11, 113:15, 144:18, 156:6, 168:22, 178:9, 179:6, 180:5, 182:9, 185:8, 198:12, 209:20, 211:9, 240:12
**ANSWER** [19] - 8:20, 69:12, 87:2, 119:16, 156:3, 156:4, 156:5, 159:23, 166:16, 170:24, 171:1, 171:5, 196:6, 201:2, 201:3, 201:8, 205:18, 227:10
**ANSWERED** [3] - 11:13, 225:10, 250:7
**ANSWERS** [10] - 171:15, 195:5, 195:10, 195:15, 196:12, 196:19, 198:8, 202:3, 205:20
**ANTICIPATE** [1] - 154:11
**ANXIETY** [35] - 16:25, 29:12, 30:3, 34:22, 37:19, 42:7, 42:8, 43:23, 43:25, 44:5, 44:6, 44:8, 44:12, 44:17, 44:25, 45:1, 45:2, 49:10, 62:11, 63:19, 75:15, 127:6, 127:16, 129:25, 130:20, 136:20, 136:22, 137:8, 137:18, 139:9, 141:21, 143:4, 143:11, 205:5, 205:13
**ANY** [84] - 3:4, 5:9, 6:9, 8:16, 9:15, 10:15, 10:17, 11:15, 15:24, 21:16, 23:11, 23:17, 24:13, 27:18, 30:20, 33:2, 33:6, 34:4, 34:17, 43:15, 48:15, 55:18, 55:19, 55:20, 64:16, 66:5, 72:1, 72:3, 72:13, 77:11, 78:22, 79:1, 81:11, 82:19, 87:8, 88:12, 91:19, 95:13, 95:14, 96:15, 96:16, 107:18, 122:3,

122:11, 130:24, 131:5, 132:2, 139:13, 141:1, 142:6, 147:15, 150:25, 156:16, 156:20, 161:7, 169:8, 174:10, 175:9, 175:19, 176:15, 178:13, 183:22, 183:25, 188:2, 192:8, 203:11, 205:19, 206:11, 206:19, 207:21, 211:19, 216:20, 219:5, 237:2, 237:6, 239:20, 241:21, 242:13, 243:12, 247:23, 255:2, 255:9
**ANYBODY** [1] - 169:11
**ANYONE** [4] - 38:11, 103:19, 257:20, 257:23
**ANYTHING** [7] - 5:1, 5:14, 6:17, 6:22, 81:23, 132:10, 211:19
**ANYWAY** [3] - 3:20, 13:13, 153:25
**AP** [1] - 180:2
**APOLOGIES** [2] - 228:24, 229:6
**APOLOGIZE** [2] - 102:9, 228:21
**APOLOGIZING** [2] - 229:1, 229:2
**APPEARANCES** [2] - 1:13, 2:1
**APPEARS** [9] - 207:16, 208:7, 208:20, 209:8, 220:7, 222:23, 237:22, 248:25, 254:11
**APPETITE** [2] - 41:3, 41:7
**APPLES** [1] - 245:18
**APPLICANT** [2] - 66:11, 211:19
**APPLICANTS** [2] - 64:10, 66:7
**APPLICATION** [33] - 35:21, 51:1, 65:10, 65:24, 69:3, 69:5, 129:3, 130:17, 131:6, 135:22, 136:2, 137:13, 137:16, 137:22, 138:5, 138:8,

138:23, 140:22, 141:16, 142:6, 144:4, 151:11, 218:6, 231:10, 232:13, 233:4, 249:15, 252:11, 252:12, 252:17, 252:19, 253:10
**APPLICATIONS** [3] - 65:19, 65:23, 65:25
**APPLIED** [8] - 68:1, 68:5, 68:25, 128:13, 131:23, 165:7, 166:23, 210:15
**APPLIES** [1] - 77:25
**APPLY** [14] - 97:15, 128:7, 132:5, 135:16, 161:6, 164:12, 184:7, 232:4, 232:5, 232:10, 252:22, 252:23, 252:24
**APPLYING** [13] - 68:8, 68:20, 110:10, 110:11, 120:4, 121:4, 130:5, 134:20, 151:13, 213:14, 253:9, 253:12
**APPOINTMENT** [3] - 63:11, 247:20, 256:20
**APPRECIATE** [3] - 73:24, 77:3, 89:12
**APPROACHING** [1] - 75:3
**APPROPRIATE** [7] - 32:1, 74:13, 89:6, 163:7, 170:23, 227:13, 235:16
**APPROPRIATELY** [1] - 87:20
**APPROVE** [2] - 123:6, 125:8
**APPROVED** [2] - 190:13, 190:16
**APPROXIMATELY** [2] - 10:20, 99:4
**APRIL** [5] - 94:10, 187:25, 188:4, 188:16, 218:11
**ARE** [325] - 3:14, 3:19, 6:21, 8:8, 9:9, 11:15, 12:1, 12:4, 12:12, 13:23, 14:25, 16:6, 17:11, 18:15, 19:15, 19:16, 19:17, 20:15, 21:8, 21:16, 23:8, 23:12, 23:17, 24:2, 24:13, 24:16, 24:20,

25:4, 25:7, 25:14, 26:2, 26:3, 26:4, 27:7, 27:22, 28:1, 28:14, 28:17, 29:7, 32:1, 32:7, 32:23, 32:25, 33:4, 33:20, 34:21, 37:25, 38:7, 38:8, 39:11, 41:7, 42:8, 44:6, 44:16, 44:21, 44:22, 46:21, 47:13, 48:15, 49:7, 49:25, 50:19, 51:6, 51:9, 51:10, 51:13, 51:14, 51:15, 51:17, 51:20, 52:4, 52:13, 53:1, 53:3, 53:5, 53:7, 54:2, 56:11, 56:13, 59:1, 59:4, 59:11, 60:2, 60:4, 62:22, 63:4, 63:10, 63:23, 63:25, 64:8, 66:2, 66:18, 66:19, 68:4, 68:17, 68:20, 71:3, 72:24, 73:1, 73:4, 73:7, 73:10, 73:12, 73:19, 74:9, 74:13, 75:2, 75:5, 75:6, 75:7, 75:11, 75:14, 75:16, 75:17, 76:3, 76:9, 76:12, 76:21, 76:25, 77:3, 77:21, 78:8, 78:12, 79:13, 79:14, 79:19, 80:17, 81:16, 81:18, 81:19, 82:1, 82:11, 82:23, 83:2, 86:1, 86:21, 87:11, 87:18, 87:19, 87:25, 88:17, 88:19, 88:23, 92:3, 92:7, 92:8, 93:11, 93:12, 95:8, 96:24, 97:1, 97:6, 97:7, 97:9, 100:6, 100:7, 100:8, 100:9, 100:14, 107:6, 107:8, 107:10, 107:11, 107:23, 108:15, 110:16, 111:16, 116:16, 116:17, 116:21, 117:1, 117:14, 118:14, 120:10, 120:11, 120:24, 121:2, 121:24, 121:25, 122:1, 122:6, 124:12, 124:20, 125:15, 128:23, 129:10, 129:17, 132:24, 133:6, 136:9, 136:25, 139:4,

142:24, 147:17,
147:22, 148:21,
148:25, 150:25,
151:4, 155:8,
155:21, 157:18,
164:11, 164:13,
164:14, 164:22,
165:1, 166:2, 166:4,
166:13, 166:14,
167:11, 167:13,
167:22, 168:3,
169:17, 170:25,
171:1, 171:4,
171:18, 172:4,
172:22, 172:23,
173:3, 173:6,
173:20, 175:5,
175:25, 176:1,
176:4, 176:17,
176:24, 177:23,
178:3, 178:9, 179:6,
180:14, 181:5,
181:12, 181:21,
182:3, 182:19,
183:11, 185:14,
187:13, 188:1,
189:21, 191:8,
192:7, 193:17,
194:9, 196:19,
197:6, 199:1,
202:24, 212:18,
214:1, 215:13,
217:21, 218:14,
220:16, 220:24,
221:13, 221:19,
221:22, 222:8,
222:12, 222:13,
228:25, 229:1,
229:13, 231:7,
233:3, 236:5, 239:7,
240:5, 240:15,
240:16, 241:18,
242:10, 243:8,
244:8, 244:11,
247:10, 248:17,
248:23, 249:5,
249:7, 251:4,
252:14, 252:20,
253:4, 253:7, 253:9,
253:11, 253:12,
253:20, 254:6,
254:9, 255:9,
255:23, 257:19,
257:21
**AREA** [2] - 154:8,
169:25
**AREAS** [10] - 19:18,
26:2, 26:5, 26:7,
26:24, 27:1, 27:17,
32:4, 85:9
**ARENAS** [1] - 14:3

**ARGUE** [2] - 148:25,
220:21
**ARGUER** [1] - 163:8
**ARGUMENT** [3] -
100:6, 104:24,
163:18
**ARGUMENTATIVE** [2]
- 104:16, 112:9
**ARGUMENTS** [1] -
100:20
**AROUND** [8] - 20:12,
56:6, 62:10, 63:25,
90:13, 135:4,
238:12, 239:3
**ARTICLE** [1] - 10:23
**ARTICLES** [4] - 10:18,
10:20, 11:1, 11:2
**ARTS** [3] - 98:22,
99:1, 100:2
**AS** [260] - 7:5, 8:15,
9:11, 11:5, 13:16,
13:23, 14:9, 14:20,
15:15, 16:5, 16:8,
16:12, 17:2, 17:20,
18:15, 18:19, 20:10,
21:16, 21:17, 22:12,
22:17, 23:17, 23:18,
24:22, 24:25, 26:11,
28:9, 29:15, 30:15,
32:23, 33:4, 33:5,
33:8, 35:16, 37:12,
37:15, 38:3, 42:24,
45:2, 46:17, 46:18,
47:11, 48:10, 49:11,
49:14, 50:1, 52:16,
54:21, 56:1, 56:15,
59:18, 60:1, 60:12,
60:17, 61:9, 63:17,
67:1, 67:5, 69:4,
73:9, 75:15, 76:17,
77:22, 80:14, 81:12,
81:21, 82:11, 82:23,
83:17, 84:2, 84:23,
85:18, 85:23, 88:1,
89:2, 89:5, 93:4,
93:8, 93:19, 94:16,
96:5, 96:16, 98:3,
98:11, 98:13, 98:20,
98:21, 100:21,
102:12, 104:21,
105:15, 105:17,
105:18, 106:16,
106:18, 106:25,
108:9, 109:2, 109:7,
109:22, 110:7,
110:22, 112:15,
113:25, 115:8,
115:9, 116:2,
116:24, 117:2,
118:11, 120:14,

121:9, 121:10,
122:11, 122:19,
123:2, 124:16,
126:9, 126:10,
126:22, 127:11,
129:1, 129:4,
129:12, 129:19,
130:14, 130:17,
132:10, 132:12,
132:14, 133:3,
133:24, 134:10,
134:17, 134:24,
135:22, 136:1,
136:2, 136:14,
136:19, 136:23,
136:24, 136:25,
138:8, 138:13,
139:7, 141:19,
141:24, 141:25,
142:11, 145:7,
146:8, 146:18,
147:2, 152:6,
152:18, 153:7,
153:15, 153:22,
155:24, 155:25,
156:13, 157:12,
158:13, 158:15,
159:22, 163:7,
163:25, 164:16,
165:24, 168:5,
169:6, 170:16,
170:18, 171:5,
173:22, 174:3,
175:4, 175:12,
176:21, 177:3,
178:5, 178:6, 181:5,
183:5, 183:18,
185:14, 185:18,
185:25, 189:17,
190:3, 192:4, 192:6,
193:1, 193:9,
193:10, 193:13,
193:25, 194:21,
194:24, 201:8,
202:5, 202:21,
203:6, 203:16,
204:8, 204:16,
206:10, 207:1,
212:18, 213:13,
213:14, 213:23,
217:5, 217:6, 218:3,
218:15, 218:16,
220:4, 222:22,
223:1, 226:2,
226:13, 233:7,
240:25, 241:4,
245:20, 247:7,
247:23, 249:14,
250:3, 250:19,
251:15, 252:9,
252:24, 255:6,

255:12, 257:10
**ASIDE** [2] - 37:9,
85:13
**ASK** [64] - 3:12, 4:6,
6:22, 8:17, 8:18, 9:3,
11:14, 13:4, 17:6,
19:21, 19:25, 23:6,
25:2, 28:6, 30:25,
31:24, 33:24, 34:1,
36:1, 38:25, 49:6,
50:25, 52:9, 54:20,
55:9, 58:18, 72:7,
75:4, 77:11, 86:8,
88:2, 112:5, 113:6,
130:23, 139:25,
140:2, 149:13,
168:2, 171:7,
171:14, 172:5,
195:13, 203:8,
207:18, 211:23,
211:25, 213:6,
215:7, 216:23,
219:7, 226:1, 226:5,
235:11, 236:2,
236:15, 238:24,
240:1, 240:14,
240:15, 246:4,
249:22, 252:23
**ASKED** [30] - 32:8,
72:15, 96:2, 128:12,
129:23, 130:12,
131:18, 132:9,
140:5, 142:5,
149:20, 150:17,
170:25, 171:2,
171:4, 171:24,
214:13, 215:5,
219:11, 225:10,
226:21, 227:4,
227:8, 229:15,
229:21, 235:5,
242:17, 247:22,
251:15, 253:2
**ASKING** [14] - 114:4,
131:3, 132:16,
133:6, 138:9,
145:15, 151:23,
158:22, 173:2,
206:2, 225:14,
235:22, 240:13,
242:3
**ASKS** [1] - 130:11
**ASPECT** [2] - 175:1,
194:13
**ASPECTS** [3] -
115:21, 132:20,
244:4
**ASSEMBLY** [2] -
76:22, 76:23
**ASSESS** [1] - 250:11

**ASSESSING** [4] -
23:12, 23:25, 26:19,
27:16
**ASSESSMENT** [27] -
23:16, 31:7, 38:1,
38:3, 42:6, 45:19,
45:25, 46:1, 46:3,
53:21, 90:16, 90:17,
108:3, 110:8,
110:22, 142:5,
142:11, 142:13,
145:14, 155:15,
192:17, 195:20,
197:22, 198:4,
198:13
**ASSESSMENTS** [8] -
16:9, 23:23, 38:5,
42:9, 46:19, 142:7,
196:5, 200:25
**ASSIGN** [1] - 107:15
**ASSIGNED** [1] - 175:5
**ASSIGNMENTS** [1] -
117:10
**ASSIST** [1] - 63:13
**ASSISTANT** [1] -
230:5
**ASSOCIATED** [1] -
30:10
**ASSOCIATION** [3] -
11:19, 11:23, 14:5
**ASSOCIATION'S** [1] -
76:23
**ASSOCIATIONS** [1] -
11:16
**ASSUME** [2] - 79:15,
237:17
**ASSUMED** [1] -
190:20
**ASSUMING** [1] -
240:15
**AT** [259] - 5:6, 6:4,
8:13, 8:25, 9:21,
9:24, 10:2, 11:8,
12:6, 12:8, 12:20,
14:4, 14:8, 19:5,
19:6, 19:7, 19:8,
19:13, 20:22, 20:23,
21:9, 21:10, 21:20,
21:24, 22:8, 22:25,
25:14, 25:23, 27:19,
28:20, 29:7, 30:14,
30:18, 30:19, 31:17,
32:20, 33:13, 35:14,
36:18, 37:9, 39:7,
42:12, 42:20, 43:21,
46:21, 48:19, 50:6,
53:24, 55:14, 55:15,
56:7, 59:2, 62:21,
63:6, 63:15, 65:8,
65:14, 67:4, 70:25,

74:17, 75:19, 79:14, 81:17, 81:18, 84:1, 84:25, 85:11, 86:4, 86:5, 88:24, 90:10, 90:24, 91:9, 91:11, 92:14, 92:22, 93:13, 93:19, 93:20, 94:12, 95:11, 96:15, 98:16, 101:23, 102:4, 102:13, 103:17, 105:5, 106:19, 107:18, 107:21, 108:19, 109:15, 109:19, 111:16, 112:5, 112:17, 113:3, 113:8, 113:13, 113:14, 115:18, 115:21, 116:15, 116:16, 117:7, 118:4, 118:5, 118:15, 121:7, 122:19, 122:23, 123:13, 123:24, 124:12, 124:20, 126:12, 126:24, 126:25, 127:2, 127:6, 128:14, 129:12, 130:14, 131:9, 131:23, 132:22, 132:23, 138:12, 139:2, 139:17, 140:12, 142:16, 143:10, 143:11, 144:12, 144:13, 147:14, 147:18, 149:11, 150:5, 153:10, 153:13, 153:23, 155:18, 158:2, 159:6, 161:3, 168:22, 169:15, 172:18, 173:13, 174:16, 175:8, 175:11, 175:15, 175:16, 175:22, 175:23, 176:7, 176:12, 176:14, 177:13, 177:14, 177:20, 178:4, 178:20, 178:23, 180:17, 180:18, 180:19, 181:4, 181:6, 181:8, 182:3, 182:4, 182:7, 182:19, 183:9, 184:8, 186:3, 189:4, 189:6, 190:8, 192:8, 194:16, 195:21, 195:24, 197:25, 199:14, 202:17, 205:19, 206:11,

206:14, 209:25, 210:17, 213:14, 215:21, 215:23, 215:25, 216:15, 216:18, 217:10, 217:16, 217:22, 218:1, 218:18, 220:1, 221:11, 222:2, 222:24, 223:21, 223:23, 224:2, 224:3, 226:12, 227:13, 230:21, 232:8, 233:19, 234:7, 235:14, 235:17, 236:19, 237:15, 237:23, 239:21, 244:13, 245:13, 246:12, 247:5, 247:14, 249:7, 250:19, 251:6, 252:7, 254:2, 254:13, 254:17, 254:19, 255:24, 256:20, 257:12, 257:18, 258:8
**ATMOSPHERE** [2] - 12:14, 119:20
**ATTACH** [1] - 130:25
**ATTACHED** [6] - 143:19, 144:2, 204:13, 231:12, 231:13, 233:3
**ATTACHING** [1] - 225:22
**ATTEMPT** [7] - 64:11, 66:4, 93:21, 94:10, 189:1, 189:4, 189:6
**ATTEMPTED** [2] - 197:25, 247:16
**ATTEMPTS** [3] - 95:14, 117:13
**ATTENDANCE** [2] - 99:5, 117:10
**ATTENDED** [2] - 98:19, 184:22
**ATTENDING** [3] - 174:24, 183:23, 184:1
**ATTENTION** [18] - 13:21, 20:23, 44:9, 45:16, 47:2, 84:12, 90:11, 104:6, 106:4, 110:23, 111:14, 118:5, 138:10, 142:13, 145:14, 192:11, 215:14, 216:9
**ATTENTIVENESS** [1] - 26:3

**ATTITUDE** [1] - 48:11
**AUDIO** [1] - 47:17
**AUDITORY/VISUAL** [1] - 30:22
**AUGUST** [8] - 109:25, 110:1, 210:18, 216:18, 219:4, 229:6, 236:25, 237:7
**AUTHENTICATED** [1] - 56:25
**AUTHOR** [1] - 59:6
**AUTHORED** [8] - 10:17, 10:21, 10:22, 10:23, 227:8
**AUTHORITY** [2] - 13:15, 215:15
**AUTHORIZE** [1] - 226:19
**AUTHORIZED** [2] - 226:17, 227:20
**AUTOMATED** [1] - 212:17
**AUTOMATIC** [1] - 212:17
**AUTOMATICALLY** [5] - 28:8, 97:3, 125:15, 147:17, 148:7
**AVAILABLE** [5] - 147:21, 149:24, 196:22, 197:1, 242:19
**AVERAGE** [8] - 93:1, 93:24, 94:13, 102:13, 102:14, 102:15, 102:21
**AVERAGES** [1] - 117:9
**AVOID** [3] - 104:10, 105:8, 176:9
**AWARE** [11] - 44:21, 64:21, 95:15, 96:3, 131:24, 132:4, 134:2, 184:6, 238:9, 245:13, 254:18
**AWAY** [1] - 76:11
**AWKWARD** [1] - 20:13

# B

**BACCALAUREATE** [1] - 183:22
**BACK** [76] - 3:18, 40:1, 55:15, 62:21, 63:14, 63:17, 68:12, 70:10, 73:17, 79:11, 83:25, 84:6, 90:20, 91:13, 91:16, 91:17, 95:6, 98:13, 103:16, 110:5, 111:17,

113:6, 116:6, 121:25, 124:3, 126:4, 126:5, 127:3, 128:9, 134:5, 134:6, 138:20, 141:13, 143:7, 143:18, 144:12, 144:13, 146:18, 149:11, 150:25, 151:1, 151:23, 154:17, 160:11, 161:17, 163:23, 164:5, 182:3, 182:12, 191:13, 194:2, 199:12, 199:20, 201:13, 202:19, 204:20, 212:4, 212:11, 214:17, 216:16, 218:20, 219:22, 221:11, 221:12, 222:1, 228:24, 229:21, 231:11, 231:15, 237:16, 247:8, 251:4, 253:23, 255:18, 256:11
**BACKGROUND** [7] - 8:14, 64:7, 64:8, 68:18, 68:19, 101:5, 152:13
**BAD** [3] - 28:18, 32:15, 155:24
**BALANCE** [2] - 63:18, 74:20
**BALL** [1] - 75:7
**BALTIMORE** [4] - 54:6, 54:7, 54:13, 63:4
**BAPT** [2] - 248:19, 249:2
**BAPTIST** [17] - 39:23, 126:11, 126:25, 144:12, 175:23, 176:14, 217:10, 217:22, 218:1, 239:25, 241:4, 241:14, 241:16, 241:21, 242:6, 242:13, 248:4
**BAR** [3] - 24:9, 135:2, 135:3
**BARBAE** [1] - 140:15
**BARKLEY** [1] - 48:12
**BARRIERS** [6] - 51:14, 51:17, 51:19, 60:7, 76:3, 76:10
**BASEBALL** [2] - 173:10, 173:12
**BASED** [21] - 5:21, 31:1, 31:5, 42:23,

43:16, 45:25, 46:1, 46:2, 48:14, 50:12, 53:13, 55:3, 75:22, 78:19, 81:14, 90:14, 117:9, 118:14, 154:14, 161:20, 220:12
**BASIC** [8] - 91:6, 116:19, 144:13, 187:4, 189:21, 192:16, 196:5, 200:25
**BASICALLY** [3] - 139:7, 184:10, 242:21
**BASIS** [6] - 15:6, 27:8, 27:9, 64:5, 94:2, 222:21
**BATES** [5] - 124:23, 219:20, 223:13, 248:19, 249:2
**BE** [264] - 5:3, 5:8, 5:10, 6:5, 6:11, 7:3, 9:16, 14:1, 14:4, 14:14, 16:21, 17:10, 17:11, 17:25, 19:3, 19:5, 19:13, 20:6, 20:12, 20:22, 20:23, 22:4, 23:15, 23:19, 23:21, 23:23, 23:24, 24:7, 24:8, 26:19, 26:25, 27:2, 27:11, 27:13, 28:13, 28:15, 29:25, 30:18, 31:9, 32:14, 32:15, 33:22, 38:15, 40:18, 42:24, 44:7, 44:8, 44:17, 44:20, 47:14, 47:15, 49:19, 50:1, 50:8, 51:3, 51:13, 51:18, 51:19, 55:4, 56:5, 58:24, 59:1, 59:7, 60:8, 60:9, 60:23, 62:12, 63:17, 63:18, 63:20, 63:24, 66:7, 66:11, 67:1, 67:19, 69:24, 70:2, 70:5, 74:15, 76:4, 76:6, 76:22, 76:24, 77:4, 77:6, 77:17, 77:21, 77:22, 78:10, 79:5, 79:21, 81:21, 82:7, 82:10, 82:11, 82:18, 82:21, 82:22, 83:2, 84:17, 85:13, 85:21, 87:3, 87:12, 87:19, 88:3, 88:4, 88:9, 88:16, 88:20, 89:9, 89:15, 89:21, 89:22,

90:7, 91:11, 92:11,
92:15, 92:22, 92:25,
93:10, 94:13, 96:2,
96:3, 97:22, 97:23,
97:24, 99:3, 99:11,
100:15, 100:16,
103:23, 104:17,
105:20, 106:17,
107:10, 108:9,
108:25, 112:23,
114:7, 114:20,
114:23, 116:9,
117:6, 117:22,
118:9, 119:17,
122:13, 122:24,
123:5, 124:2, 125:8,
125:9, 127:15,
127:25, 130:4,
133:3, 134:25,
135:14, 138:8,
139:12, 139:19,
141:22, 145:25,
147:5, 147:20,
147:21, 147:25,
149:15, 152:17,
153:6, 153:12,
156:12, 157:6,
157:10, 158:4,
159:21, 159:23,
162:3, 163:7, 164:2,
165:1, 165:16,
166:15, 166:16,
167:6, 168:4,
169:13, 169:22,
170:8, 170:10,
170:11, 172:19,
172:20, 173:16,
180:23, 184:9,
184:14, 190:20,
193:12, 193:18,
193:24, 197:12,
198:11, 200:8,
200:23, 208:7,
208:20, 209:8,
213:21, 214:2,
214:12, 214:13,
215:14, 216:4,
216:14, 219:2,
220:2, 220:7,
220:15, 221:14,
222:23, 226:17,
226:25, 227:9,
240:7, 240:8,
240:16, 241:10,
242:2, 242:21,
244:13, 244:16,
246:19, 248:25,
249:18, 249:22,
250:4, 250:17,
251:21, 251:23,
252:22, 253:13,

253:18, 253:19,
254:11, 255:10,
255:22, 257:8,
257:11
**BEAR** [2] – 148:23,
149:5
**BECAME** [2] – 73:18,
90:21
**BECAUSE** [143] – 3:13,
6:4, 8:19, 8:20, 16:5,
17:2, 33:14, 33:24,
37:16, 44:16, 44:24,
50:16, 51:5, 52:5,
52:19, 53:5, 54:2,
54:7, 54:13, 56:1,
56:2, 59:12, 60:19,
63:3, 64:2, 73:4,
73:13, 73:16, 73:18,
73:19, 75:3, 76:17,
76:24, 77:1, 81:3,
81:17, 83:25, 86:25,
88:8, 88:11, 88:25,
89:15, 91:22, 92:9,
94:18, 96:9, 97:5,
104:2, 104:18,
111:23, 112:1,
113:9, 114:14,
116:14, 118:14,
119:2, 119:19,
121:4, 121:21,
122:8, 124:15,
125:10, 126:8,
127:4, 127:7,
127:13, 129:11,
129:23, 131:20,
131:23, 132:11,
133:1, 133:13,
134:1, 134:22,
135:11, 135:15,
135:19, 135:24,
137:21, 138:20,
140:4, 140:13,
142:5, 142:17,
143:10, 145:1,
145:4, 146:15,
147:19, 148:7,
155:11, 155:17,
155:24, 156:1,
156:19, 158:3,
159:19, 161:24,
162:9, 164:6, 165:8,
167:7, 168:18,
169:1, 169:3, 170:2,
170:6, 170:20,
174:13, 175:2,
175:5, 176:6, 176:9,
187:14, 191:9,
191:25, 196:17,
200:17, 205:18,
206:14, 206:22,
206:25, 211:12,

211:14, 214:3,
215:15, 215:25,
219:5, 219:15,
226:4, 226:22,
229:2, 242:25,
245:2, 247:12,
248:10, 249:4,
251:14, 253:8,
255:23, 256:23,
257:11
**BECOME** [2] – 44:10,
91:22
**BECOMING** [1] –
107:1
**BED** [1] – 48:1
**BEEN** [58] – 3:11, 10:3,
10:5, 29:22, 30:1,
30:5, 30:10, 32:13,
32:15, 35:16, 39:13,
41:8, 44:23, 49:2,
49:4, 56:12, 56:25,
73:14, 82:14, 82:15,
82:20, 98:19, 99:2,
104:9, 105:20,
114:15, 116:2,
118:17, 127:12,
136:14, 139:6,
139:21, 141:12,
144:6, 146:16,
146:17, 147:23,
148:12, 148:24,
157:23, 158:13,
158:14, 163:10,
164:17, 176:19,
181:2, 185:9,
203:23, 211:6,
213:22, 225:9,
228:7, 228:8, 231:9,
240:12, 241:25,
245:2
**BEFORE** [55] – 1:11,
3:3, 3:8, 3:20, 5:20,
6:2, 6:24, 13:4,
21:14, 32:19, 35:2,
38:5, 46:19, 59:14,
66:11, 66:13, 70:1,
76:6, 80:6, 86:18,
87:9, 93:9, 103:24,
120:9, 120:10,
121:15, 121:20,
127:12, 147:11,
151:1, 153:19,
154:15, 157:8,
170:5, 172:22,
174:19, 177:3,
177:5, 183:22,
183:25, 187:8,
190:4, 191:1,
195:17, 196:23,
197:25, 209:22,

223:12, 235:15,
241:2, 244:11,
247:21, 251:18,
252:10, 256:9
**BEGAN** [3] – 62:13,
90:13, 90:22
**BEGIN** [1] – 235:15
**BEGINNING** [5] – 8:13,
85:11, 113:13,
138:7, 242:4
**BEGINS** [1] – 5:21
**BEHALF** [5] – 7:5,
202:11, 206:8,
226:2, 227:21
**BEHAVIOR** [1] – 86:13
**BEHAVIORAL** [3] –
18:1, 18:2, 45:24
**BEHIND** [5] – 56:2,
75:6, 114:15,
211:21, 228:15
**BEING** [31] – 9:9,
16:10, 17:14, 31:12,
38:19, 46:20, 74:22,
75:1, 75:18, 75:23,
85:24, 86:1, 92:14,
95:25, 102:21,
118:5, 118:18,
124:4, 139:1,
140:12, 149:23,
170:13, 170:25,
171:1, 171:23,
173:1, 226:2,
244:12, 247:13,
254:19, 257:1
**BELIEF** [1] – 206:14
**BELIEVE** [16] – 3:9,
24:18, 39:12, 44:12,
49:13, 51:11, 71:3,
73:14, 165:23,
184:3, 190:3,
191:24, 211:21,
216:24, 217:4,
247:20
**BELIEVED** [2] – 204:9,
204:25
**BELIEVES** [1] –
226:15
**BELOW** [5] – 57:24,
58:7, 117:23, 123:2,
183:10
**BENCH** [2] – 1:12,
170:20
**BENEFICIAL** [4] –
30:18, 38:21,
194:21, 253:13
**BENEFIT** [1] – 247:13
**BENEFITS** [4] – 27:4,
27:12, 48:4, 244:12
**BEREA** [15] – 98:20,
98:23, 98:25,

102:11, 102:14,
103:14, 105:13,
111:11, 132:23,
173:13, 180:7,
180:17, 180:18,
180:19
**BESIDES** [1] – 24:12
**BEST** [18] – 9:17, 13:8,
20:24, 50:6, 62:11,
67:1, 67:2, 67:19,
75:19, 92:15, 98:14,
130:1, 134:15,
165:21, 167:5,
170:24, 218:16
**BETTER** [11] – 30:6,
53:3, 91:25, 98:2,
137:3, 144:16,
162:13, 179:1,
250:17, 250:21
**BETWEEN** [19] –
14:22, 15:25, 16:22,
17:25, 57:22, 73:6,
77:24, 78:4, 101:14,
145:5, 162:1,
168:24, 187:24,
188:4, 199:2,
217:24, 217:25,
224:11, 234:12
**BIG** [8] – 17:20, 17:21,
19:2, 19:8, 96:25,
162:1, 164:22,
215:16
**BIGGER** [2] – 91:7,
99:25
**BIGGEST** [1] – 27:17
**BIOCHEMISTRY** [1] –
117:2
**BIOLOGY** [4] – 101:9,
117:3, 181:9, 181:12
**BIRTH** [1] – 3:20
**BIT** [38] – 8:11, 20:4,
20:7, 25:17, 26:21,
29:2, 29:14, 36:8,
36:25, 37:1, 40:2,
48:6, 50:18, 54:20,
56:2, 64:24, 73:22,
111:18, 126:23,
127:19, 128:21,
134:18, 138:25,
139:3, 143:18,
144:23, 179:14,
214:11, 219:19,
230:17, 232:24,
235:13, 238:7,
249:4, 249:25, 250:9
**BITTY** [1] – 214:9
**BLACK** [10] – 11:21,
52:20, 52:22, 52:25,
53:5, 53:25, 60:2,
99:23, 157:11,

250:23

**BLACKS** [3] - 54:10, 59:25, 99:20

**BLANK** [1] - 131:20

**BLOCK** [5] - 30:15, 95:21, 211:16, 220:18, 221:9

**BLOCKED** [1] - 87:3

**BLOCKS** [2] - 204:1, 204:2

**BLURRY** [1] - 155:11

**BOARD** [11] - 13:19, 16:4, 47:11, 52:21, 70:22, 125:16, 168:23, 173:25, 203:2, 245:19

**BOARDS** [5] - 74:2, 74:9, 138:14, 153:6

**BOLD** [2] - 251:15, 251:25

**BOLDED** [3] - 129:11, 252:12, 252:17

**BONO** [1] - 169:21

**BOOK** [5] - 10:24, 11:6, 11:9, 32:23

**BOOKS** [2] - 48:11, 93:22

**BORN** [1] - 76:6

**BOTANY** [3] - 182:4, 182:5, 182:8

**BOTH** [19] - 15:21, 17:22, 17:23, 17:24, 44:4, 44:5, 66:4, 74:17, 74:22, 74:23, 82:21, 82:22, 100:14, 125:21, 127:20, 170:22, 221:19

**BOTTLE** [1] - 146:11

**BOTTOM** [13] - 67:15, 91:11, 91:12, 95:12, 139:17, 182:3, 182:7, 195:24, 220:2, 230:21, 232:8, 235:14, 238:6

**BOX** [1] - 129:20

**BOYS** [1] - 85:2

**BREAD** [1] - 13:25

**BREAK** [16] - 47:18, 70:6, 79:14, 129:19, 129:20, 148:16, 149:9, 150:5, 150:7, 150:12, 176:10, 221:8, 221:9, 221:10, 221:14, 223:5

**BREAKING** [1] - 50:3

**BREAKS** [2] - 50:4, 89:5

**BRENTWOOD** [1] -

175:16

**BRIEF** [2] - 70:12, 80:4

**BRIEFING** [1] - 220:20

**BRING** [17] - 17:16, 25:10, 39:17, 47:25, 56:7, 82:15, 93:2, 95:6, 102:7, 103:11, 109:13, 109:16, 120:5, 151:15, 160:15, 191:5, 257:7

**BRINGING** [1] - 164:15

**BRINGS** [1] - 75:25

**BROADER** [1] - 16:1

**BROTHER** [2] - 91:23, 98:6

**BROUGHT** [3] - 60:7, 124:8, 146:11

**BUDGET** [1] - 174:23

**BUILDING** [1] - 171:13

**BULK** [1] - 96:25

**BULLET** [2] - 251:7, 251:8

**BURDEN** [1] - 114:11

**BUSINESS** [3] - 3:4, 135:11, 151:1

**BUSPIRONE** [3] - 127:11, 127:13, 141:20

**BUSY** [1] - 191:25

**BUT** [202] - 3:24, 4:11, 4:13, 5:4, 6:14, 10:10, 10:11, 12:1, 16:21, 17:16, 19:16, 20:8, 22:6, 22:7, 22:12, 22:21, 22:24, 24:4, 26:7, 27:1, 29:15, 30:6, 30:19, 33:13, 33:18, 37:1, 43:11, 44:8, 44:22, 47:13, 52:5, 52:24, 53:8, 54:11, 55:14, 55:16, 56:4, 57:1, 57:5, 59:11, 59:13, 60:1, 60:17, 62:3, 63:24, 64:14, 67:10, 67:18, 67:21, 69:25, 71:4, 73:2, 75:14, 81:20, 82:15, 84:5, 84:23, 88:3, 88:9, 88:16, 89:8, 89:14, 90:15, 91:18, 91:25, 92:9, 94:21, 98:20, 99:3, 99:16, 100:17, 101:25, 104:10, 104:23, 106:1, 106:21, 107:5, 107:7, 108:10, 109:23, 112:18,

113:1, 114:3, 114:19, 117:4, 117:6, 118:6, 118:16, 119:11, 123:8, 130:4, 131:20, 131:21, 132:3, 132:12, 132:15, 132:24, 135:8, 135:17, 141:5, 141:10, 142:8, 142:23, 143:12, 144:4, 144:7, 144:20, 144:22, 145:24, 147:5, 149:5, 149:17, 150:2, 150:15, 154:3, 156:19, 158:5, 160:11, 160:19, 160:22, 160:24, 161:7, 162:10, 163:17, 165:19, 166:3, 166:17, 167:25, 169:10, 169:21, 170:19, 170:21, 171:6, 171:10, 171:18, 172:3, 173:8, 173:19, 176:3, 177:11, 178:17, 180:14, 181:1, 183:5, 183:19, 184:9, 184:12, 184:17, 185:17, 185:23, 187:13, 188:18, 188:20, 192:3, 192:12, 193:8, 193:25, 194:3, 194:5, 194:10, 194:20, 194:25, 195:7, 197:18, 198:1, 199:1, 202:10, 205:13, 206:25, 212:14, 213:21, 214:9, 215:18, 215:23, 216:1, 219:16, 220:21, 225:7, 227:5, 227:12, 230:7, 231:2, 239:17, 239:20, 239:25, 240:8, 240:12, 241:9, 241:21, 242:13, 243:12, 245:12, 245:15, 248:1, 248:12, 249:19, 252:17, 253:15, 255:18, 255:20, 257:22, 258:4

**BUTTERS** [1] - 13:25

**BY** [111] - 1:22, 1:22, 8:6, 11:10, 12:12, 15:14, 23:5, 24:14, 25:23, 26:16, 27:9, 31:23, 34:10, 36:5, 40:19, 42:19, 42:20, 48:12, 48:25, 52:15, 55:8, 57:8, 59:17, 59:19, 59:20, 61:7, 61:23, 63:1, 64:7, 64:19, 67:25, 69:11, 70:17, 71:12, 73:8, 77:15, 82:16, 83:16, 84:4, 89:12, 90:2, 90:18, 92:5, 93:7, 93:16, 94:3, 94:6, 96:8, 97:18, 101:4, 101:16, 102:17, 102:20, 103:10, 105:4, 105:11, 107:19, 109:10, 111:9, 112:13, 118:24, 120:22, 121:12, 121:19, 122:5, 124:6, 125:1, 126:3, 126:21, 128:6, 130:6, 131:10, 131:12, 136:16, 137:7, 154:2, 155:18, 158:11, 171:23, 172:11, 173:17, 175:25, 189:20, 190:13, 194:7, 201:10, 203:20, 205:2, 207:13, 208:4, 208:16, 209:4, 209:15, 221:25, 224:21, 226:11, 227:17, 232:22, 234:3, 234:22, 238:5, 240:13, 240:23, 245:8, 247:1, 256:7, 258:21, 258:22, 258:24, 258:25

213:16, 214:4, 215:9, 245:20

**CALLED** [9] - 11:4, 163:25, 169:19, 169:24, 176:1, 211:24, 213:9, 215:9

**CAME** [18] - 57:4, 67:10, 67:21, 111:20, 111:24, 113:5, 114:18, 114:22, 126:4, 127:2, 140:13, 163:23, 164:3, 165:14, 170:1, 189:7, 229:20, 238:23

**CAMERA** [1] - 71:1

**CAMERAS** [2] - 75:10, 135:4

**CAN** [371] - 5:19, 5:21, 6:9, 6:14, 7:15, 7:17, 7:19, 11:3, 11:5, 13:14, 14:3, 16:2, 16:25, 18:23, 20:4, 21:2, 21:4, 21:5, 22:5, 22:17, 22:22, 24:9, 24:19, 25:10, 25:11, 25:13, 25:14, 25:17, 25:19, 25:21, 25:24, 26:21, 27:21, 28:16, 29:1, 29:3, 29:5, 29:10, 29:13, 29:17, 30:18, 30:24, 34:24, 34:25, 35:7, 35:20, 35:25, 37:7, 39:22, 39:25, 40:1, 40:15, 40:24, 41:6, 41:13, 41:17, 41:23, 42:1, 42:5, 43:4, 43:25, 44:3, 44:5, 44:12, 45:14, 45:17, 45:18, 45:21, 46:6, 46:12, 46:15, 47:1, 47:4, 48:3, 48:6, 48:13, 49:19, 50:2, 51:5, 51:12, 54:16, 56:7, 56:15, 56:18, 56:20, 57:14, 57:24, 58:1, 58:2, 59:18, 60:16, 62:5, 63:20, 64:13, 65:16, 65:21, 66:13, 67:1, 71:13, 79:24, 82:18, 83:7, 86:18, 86:19, 88:24, 91:8, 91:24, 93:4, 93:8, 93:19, 94:16, 95:6, 95:10, 96:5, 96:14, 98:9, 98:14, 98:15, 99:25, 100:4, 100:25, 101:14,

**C.P.A** [1] - 98:6

**C.P.T.A** [3] - 235:23, 236:5, 236:10

**CAGEY** [1] - 149:23

**CALENDAR** [1] - 91:6

**CALENDARS** [1] - 90:25

**CALL** [14] - 6:24, 7:8, 7:10, 63:12, 82:12, 138:2, 139:14, 148:2, 168:1, 200:9,

## C

102:12, 103:1,
105:8, 105:15,
105:17, 105:22,
108:17, 109:7,
109:11, 109:13,
109:15, 109:16,
109:25, 110:7,
111:8, 111:17,
112:17, 115:1,
115:13, 116:24,
117:1, 117:2,
117:19, 117:21,
117:25, 118:1,
118:9, 118:11,
120:2, 120:5, 120:7,
120:11, 122:14,
122:16, 122:19,
123:2, 123:5, 124:2,
124:16, 124:22,
126:13, 126:22,
126:23, 127:11,
127:18, 127:19,
128:14, 128:20,
129:15, 129:19,
130:9, 130:22,
132:7, 132:10,
133:5, 134:10,
134:17, 134:18,
134:19, 135:20,
136:1, 137:25,
138:2, 138:22,
140:1, 140:6, 141:7,
141:17, 141:19,
142:3, 142:6,
142:11, 143:2,
143:5, 143:16,
143:17, 143:22,
144:1, 144:22,
146:20, 146:21,
147:1, 148:1, 148:6,
148:9, 148:25,
149:1, 149:13,
151:3, 151:17,
152:4, 152:14,
153:15, 153:16,
153:17, 153:22,
154:5, 154:9,
154:17, 155:6,
155:16, 156:5,
156:6, 157:3,
158:18, 159:17,
159:24, 160:10,
161:16, 162:12,
165:1, 165:11,
165:20, 169:12,
171:5, 171:21,
175:6, 177:22,
177:25, 179:1,
179:19, 181:20,
182:6, 185:8, 186:7,
186:12, 186:14,

186:15, 188:11,
189:5, 189:11,
191:5, 192:4, 193:7,
193:8, 193:17,
193:25, 194:1,
194:10, 194:15,
194:16, 195:20,
195:25, 196:8,
196:15, 197:8,
197:10, 198:19,
198:20, 199:6,
199:9, 199:20,
200:1, 200:19,
201:8, 201:12,
202:15, 202:16,
202:17, 202:19,
202:21, 206:2,
206:4, 207:6, 207:8,
207:11, 207:12,
208:2, 208:14,
209:2, 212:4, 213:4,
213:6, 214:11,
214:22, 214:24,
216:11, 219:13,
219:18, 219:19,
220:1, 220:15,
220:19, 220:20,
222:4, 223:10,
223:12, 223:19,
223:20, 223:24,
224:25, 225:16,
225:23, 225:25,
227:10, 228:6,
228:17, 229:18,
230:1, 230:5,
230:14, 230:15,
231:12, 231:13,
231:22, 231:24,
232:23, 234:4,
234:13, 235:2,
235:7, 235:15,
236:4, 236:7,
237:10, 238:7,
240:11, 240:17,
241:1, 241:8, 242:3,
244:15, 246:16,
246:17, 248:10,
248:23, 250:19,
251:1, 251:2, 251:6,
255:15, 255:18,
255:19

**CAN'T** [17] - 40:9,
44:9, 53:4, 55:14,
62:2, 70:20, 132:25,
148:2, 168:18,
199:3, 200:17,
231:21, 252:23,
255:20

**CANCELING** [1] -
47:17

**CANDIDATE** [2] -

136:25, 216:2

**CANNOT** [13] - 17:12,
17:23, 75:14, 158:4,
161:8, 168:1, 188:5,
192:12, 197:10,
197:11, 219:18,
252:24, 253:10

**CAPACITY** [2] - 52:1,
136:23

**CAPS** [2] - 250:2,
250:24

**CAR** [2] - 174:3,
174:13

**CARDIAC** [1] - 155:22

**CARE** [18] - 13:1,
13:3, 13:22, 17:2,
28:15, 36:19, 43:16,
47:5, 47:6, 47:24,
53:10, 71:16, 76:17,
85:2, 97:1, 126:9,
127:4, 137:13

**CAREER** [2] - 63:5,
69:17

**CAROLINA** [1] -
189:18

**CAROLINE** [2] - 2:2,
70:20

**CARTER** [1] - 99:22

**CASE** [29] - 1:3, 3:3,
6:1, 7:1, 7:7, 8:15,
9:4, 15:1, 15:5,
23:17, 23:20, 67:18,
73:23, 81:18, 98:20,
100:19, 101:1,
101:7, 107:7,
108:24, 109:19,
135:25, 142:19,
169:20, 171:13,
192:11, 220:22,
239:12, 246:8

**CASES** [5] - 38:18,
88:11, 88:12, 89:8,
138:21

**CATATONIA** [1] - 11:4

**CATEGORIES** [6] -
17:20, 17:22, 19:2,
19:3, 19:8, 20:16

**CATEGORIZE** [1] -
28:8

**CATEGORY** [2] -
20:20, 163:16

**CAUGHT** [1] - 34:12

**CAUSE** [2] - 11:3,
19:18

**CAUSES** [1] - 44:8

**CAUSING** [1] - 51:10

**CBSA** [1] - 120:4

**CBSE** [20] - 120:5,
122:7, 122:17,
122:23, 122:25,

124:17, 147:17,
189:22, 190:4,
190:7, 190:14,
190:23, 191:2,
191:14, 191:18,
191:25, 193:1,
194:18, 229:16,
229:22

**CBSE'S** [1] - 122:14

**CBSSA** [31] - 154:15,
155:14, 157:1,
157:7, 157:16,
161:13, 161:17,
161:21, 192:15,
193:5, 193:7,
193:17, 194:13,
195:3, 196:10,
197:2, 197:22,
198:3, 198:7,
198:12, 198:16,
198:22, 198:23,
199:23, 200:3,
200:16, 201:14,
201:18, 204:10,
204:13, 209:20

**CBSSA'S** [2] - 195:15,
196:6

**CENTER** [5] - 63:25,
125:3, 134:24,
190:8, 201:23

**CENTER/
KNOXVILLE** [1] -
66:16

**CENTERS** [1] - 193:3

**CERTAIN** [13] - 5:22,
64:9, 73:12, 74:1,
76:10, 76:12, 94:19,
164:12, 184:17,
213:15, 214:1,
218:18, 229:21

**CERTAINLY** [5] - 87:9,
107:3, 197:14,
240:7, 257:14

**CERTIFICATES** [1] -
66:14

**CERTIFICATION** [5] -
16:4, 29:23, 129:7,
168:11, 235:18

**CERTIFIED** [2] -
13:19, 153:6

**CERTIFY** [1] - 139:8,
258:11

**CETERA** [8] - 48:11,
104:22, 111:22,
129:5, 132:15,
142:8, 145:11, 252:3

**CHADD** [1] - 48:10

**CHALLENGED** [1] -
51:15

**CHALLENGES** [3] -

55:18, 55:20, 136:23

**CHALLENGING** [2] -
30:13, 55:23

**CHANCE** [5] - 6:7,
220:18, 220:21,
235:10, 255:24

**CHANCES** [1] - 119:7

**CHANGE** [5] - 50:18,
54:19, 73:18, 216:4,
216:14

**CHANGED** [2] - 75:22,
88:2

**CHANGING** [1] - 88:19

**CHAPTER** [3] - 10:24,
11:6, 22:22

**CHARACTER** [1] -
129:1

**CHARACTERIZATIO
N** [1] - 104:23

**CHARACTERIZED** [1]
- 106:22

**CHARACTERIZING**
[1] - 107:1

**CHARGE** [1] - 48:11

**CHART** [2] - 25:22,
25:23

**CHEAT** [2] - 75:8,
164:24

**CHECK** [3] - 129:19,
201:9, 212:22

**CHECKED** [1] -
150:18

**CHECKLIST** [1] -
129:6

**CHECKS** [2] - 68:19

**CHEER** [1] - 41:10

**CHEMISTRY** [5] -
181:19, 181:25,
183:4, 183:6, 183:12

**CHICAGO** [3] - 9:21,
175:15, 175:23

**CHIEF** [8] - 9:2, 12:8,
12:9, 18:7, 18:13,
29:11, 37:11, 37:16

**CHILD** [23] - 9:25,
11:10, 11:19, 11:20,
13:18, 13:20, 13:24,
16:7, 16:11, 17:14,
18:24, 19:5, 19:6,
19:7, 32:4, 38:10,
38:11, 38:12, 43:10,
73:17, 76:20, 85:5,
98:13

**CHILD'S** [1] - 86:13

**CHILDHOOD** [2] -
43:2, 244:4

**CHILDREN** [24] -
15:21, 16:4, 16:5,
16:6, 16:17, 16:22,
20:7, 36:20, 37:24,

44:14, 44:21, 49:15, 49:16, 49:19, 53:15, 72:24, 73:12, 75:22, 75:24, 84:18, 85:3, 92:7
**CHILDREN'S** [1] - 63:7
**CHOICE** [10] - 51:21, 94:9, 94:19, 96:22, 169:8, 169:9, 169:10, 170:1, 194:12, 224:24
**CHOOSE** [1] - 193:9
**CHOSE** [1] - 223:8
**CHOSEN** [1] - 173:16
**CHURCH** [3] - 172:18, 173:6, 173:9
**CIRCLE** [1] - 141:15
**CIRCLED** [5] - 141:9, 141:20, 141:21, 141:24, 142:12
**CITING** [1] - 67:15
**CITIZENS** [1] - 66:19
**CIVIL** [1] - 1:3
**CK** [8] - 208:19, 209:6, 210:3, 210:12, 210:21, 210:25, 211:8, 253:21
**CLAIM** [6] - 104:13, 243:10, 244:5, 245:17, 245:22, 247:17
**CLAIMED** [1] - 206:7
**CLAIMS** [1] - 135:25
**CLARIFICATION** [12] - 13:14, 25:3, 28:7, 36:7, 65:12, 67:13, 82:4, 124:14, 167:11, 173:18, 195:18, 212:15
**CLARIFY** [2] - 105:23, 108:15
**CLASS** [37] - 55:15, 55:16, 55:20, 56:2, 84:1, 90:9, 90:11, 90:17, 96:11, 96:12, 96:15, 96:16, 96:25, 97:18, 101:6, 101:7, 101:18, 101:20, 116:8, 116:14, 117:7, 117:14, 117:21, 119:3, 119:4, 119:8, 173:16, 173:19, 179:22, 181:15, 182:23, 183:7, 183:12, 187:24, 188:3, 189:2
**CLASSES** [6] - 118:4, 180:3, 183:16,

183:25, 185:1, 185:6
**CLASSIC** [1] - 86:2
**CLASSIFICATIONS** [2] - 86:1, 86:2
**CLASSIFIED** [1] - 45:2
**CLASSMATES** [3] - 54:24, 84:2, 173:17
**CLASSROOM** [8] - 96:12, 97:2, 116:20, 119:1, 119:6, 119:13, 119:18, 119:19
**CLEAN** [2] - 3:20, 126:18
**CLEAR** [12] - 37:2, 88:9, 168:9, 184:14, 186:11, 188:14, 195:1, 226:25, 227:18, 229:13, 242:2
**CLEARLY** [2] - 75:10, 154:4
**CLERK** [2] - 3:1, 150:9
**CLERKSHIP** [1] - 215:22
**CLERKSHIPS** [1] - 176:1
**CLICK** [1] - 253:11
**CLIENT** [1] - 226:17
**CLINIC** [9] - 143:25, 175:23, 176:14, 215:21, 215:23, 215:25, 218:20, 250:18, 250:19
**CLINICAL** [15] - 12:10, 12:25, 14:10, 15:21, 15:25, 18:6, 24:4, 24:15, 24:21, 45:23, 116:20, 116:22, 118:3, 118:7, 175:11
**CLINICALLY** [1] - 18:6
**CLINICALS** [3] - 118:2, 144:14, 168:25
**CLINICIANS** [1] - 23:9
**CLINICS** [4] - 115:4, 237:19, 238:13, 239:14
**CLOSE** [3] - 36:13, 102:20, 257:5
**CLOSED** [1] - 135:6
**CLOSING** [2] - 100:17, 104:24
**CLOTHES** [1] - 98:12
**CLOUD** [2] - 233:10
**CLUB** [1] - 173:23
**CO** [4] - 10:17, 10:21, 10:22, 10:23
**CO-AUTHORED** [4] - 10:17, 10:21, 10:22,

10:23
**COACH** [1] - 95:1
**CODES** [2] - 130:13, 130:18
**COHORTS** [1] - 97:2
**COIE** [1] - 2:2
**COLETTES** [3] - 4:20, 4:22, 4:24
**COLLEAGUE** [2] - 71:21
**COLLEAGUES** [1] - 76:16
**COLLEEN** [1] - 146:9
**COLLEGE** [27] - 94:5, 98:15, 98:19, 98:20, 98:22, 98:24, 98:25, 99:1, 99:4, 99:8, 99:17, 100:1, 100:2, 101:6, 102:2, 102:11, 102:12, 102:14, 103:14, 111:11, 115:20, 132:24, 180:7, 184:4, 245:22
**COLOR** [4] - 52:6, 54:1, 76:11, 181:1
**COLUMBIA** [3] - 68:6, 68:11, 69:1
**COLUMN** [1] - 183:10
**COMBINED** [2] - 20:16, 47:3
**COME** [27] - 13:23, 17:13, 18:13, 21:23, 24:7, 27:5, 43:8, 43:15, 49:18, 52:7, 63:16, 70:10, 75:14, 85:16, 87:8, 88:8, 89:14, 92:8, 99:5, 99:9, 146:18, 149:17, 194:2, 221:10, 221:12, 243:14, 257:6
**COMES** [9] - 19:14, 22:8, 37:8, 38:24, 53:15, 76:19, 99:15, 150:1, 166:5
**COMFORTABLE** [11] - 32:9, 32:11, 113:9, 113:22, 115:9, 145:7, 181:5, 181:7, 240:7, 241:7, 256:25
**COMING** [15] - 14:5, 21:25, 28:14, 52:6, 87:24, 92:19, 106:9, 106:20, 107:4, 114:16, 114:17, 139:20, 160:11, 216:1, 231:17
**COMMISSION** [1] - 231:3

**COMMON** [15] - 45:6, 53:14, 92:7, 104:9, 108:13, 120:23, 121:5, 140:15, 145:6, 187:11, 187:13, 189:16, 249:14, 255:13
**COMMONLY** [3] - 18:19, 20:19, 24:14
**COMMUNICATED** [1] - 104:22
**COMMUNICATING** [1] - 191:8
**COMMUNICATION** [1] - 230:12
**COMMUNICATIONS** [1] - 96:22, 224:11
**COMMUNITIES** [2] - 52:25, 53:6
**COMMUNITY** [5] - 14:3, 19:6, 52:22, 95:16, 96:8
**COMPARED** [4] - 52:15, 95:12, 158:17, 237:3
**COMPARISON** [2] - 58:2, 58:10
**COMPETITIVE** [1] - 66:24
**COMPILED** [1] - 253:17
**COMPLAIN** [2] - 17:13, 30:9
**COMPLAINT** [5] - 18:8, 18:13, 29:11, 37:16, 170:5
**COMPLAINTS** [1] - 37:12
**COMPLETE** [19] - 3:23, 9:22, 30:5, 30:13, 66:11, 90:19, 129:8, 137:4, 162:9, 162:12, 162:14, 162:19, 168:10, 187:9, 195:3, 235:17, 239:13, 257:5
**COMPLETED** [2] - 9:23, 49:5
**COMPLETELY** [5] - 146:3, 157:15, 157:16, 158:13, 251:14
**COMPLETENESS** [1] - 233:12
**COMPLETING** [1] - 188:21
**COMPLETION** [1] - 47:14
**COMPLEX** [1] - 90:22

**COMPONENTS** [3] - 31:13, 37:11, 233:4
**COMPREHENSION** [4] - 95:3, 95:11, 137:2, 156:2
**COMPREHENSIVE** [10] - 13:7, 13:12, 17:9, 90:16, 129:8, 142:7, 189:21, 192:16, 196:5, 200:25
**COMPUTER** [6] - 1:22, 1:22, 71:9, 211:22, 212:17, 216:11
**COMPUTER-AIDED** [1] - 1:22
**CONCENTRATE** [2] - 23:14, 118:5
**CONCENTRATION** [3] - 118:6, 145:15, 157:21
**CONCEPT** [1] - 72:18
**CONCERN** [12] - 6:7, 22:12, 74:12, 74:14, 106:21, 111:25, 136:3, 136:17, 203:22, 220:13, 220:14, 220:17
**CONCERNED** [3] - 100:5, 101:23, 112:1
**CONCERNING** [1] - 23:7
**CONCERNS** [4] - 74:10, 74:11, 74:17, 74:21
**CONCLUSION** [1] - 81:18
**CONCURRED** [1] - 110:14
**CONCURRENTLY** [2] - 44:5, 73:4
**CONDITION** [2] - 11:3, 50:11
**CONDITIONS** [8] - 198:18, 207:5, 209:18, 210:6, 211:1, 219:9, 223:9, 225:3
**CONDUCT** [5] - 38:1, 85:24, 177:14, 177:21, 177:23
**CONDUCTED** [12] - 13:8, 25:24, 46:20, 56:13, 83:14, 84:22, 103:15, 105:13, 105:14, 110:21, 111:12, 143:4
**CONDUCTING** [1] - 113:20
**CONFER** [1] - 240:17

CONFERENCES [1] - 14:4

CONFIDENCE [2] - 213:24, 216:15

CONFIDENT [3] - 213:10, 213:20, 240:15

CONFIRM [2] - 70:2, 241:2

CONFIRMATION [3] - 125:2, 135:17, 229:25

CONFIRMED [3] - 32:4, 38:6, 113:25

CONFIRMING [1] - 131:1

CONFUSING [1] - 229:6

CONGAREE [2] - 149:18, 150:2

CONNECTED [2] - 63:3, 63:9

CONNECTION [6] - 59:5, 63:22, 212:8, 241:13, 242:5, 242:18

CONNERS [1] - 24:16

CONSCIOUS [1] - 108:20

CONSIDER [7] - 31:25, 38:21, 71:24, 116:18, 169:11, 172:19, 172:20

CONSIDERATIONS [1] - 23:9

CONSIDERED [4] - 63:1, 66:11, 94:13, 184:9

CONSIDERING [1] - 39:11

CONSISTENT [1] - 47:25

CONTACT [6] - 17:17, 17:18, 137:25, 139:16, 148:5, 232:9

CONTAINS [1] - 31:13

CONTENT [1] - 189:25

CONTENTIONS [3] - 100:19, 227:24

CONTENTS [1] - 60:22

CONTEST [2] - 188:5, 220:12

CONTEXT [3] - 121:17, 215:2, 227:14

CONTINUE [17] - 22:15, 33:13, 38:22, 47:4, 47:7, 47:21, 60:19, 95:7, 161:3,

167:4, 167:5, 194:3, 194:10, 214:3, 222:25, 223:4, 242:24

CONTINUED [6] - 2:1, 30:9, 43:13, 161:4, 161:5, 161:11

CONTINUES [2] - 29:22, 29:24

CONTINUING [1] - 57:9

CONTINUITY [1] - 69:18

CONTINUOUS [1] - 46:5

CONTRAST [1] - 193:5

CONTROLLED [1] - 30:4

CONVENIENCE [2] - 141:21, 158:11

CONVERSATION [4] - 85:12, 212:18, 212:19, 214:3

CONVINCED [1] - 164:1

COOL [3] - 86:17, 90:5, 90:7

COORDINATORS [1] - 139:10

COPIES [3] - 217:5, 217:11, 243:7

COPY [25] - 102:11, 162:11, 162:12, 162:13, 162:14, 162:18, 177:7, 179:3, 181:4, 185:9, 185:22, 203:5, 207:14, 208:5, 208:17, 208:18, 209:5, 212:10, 220:5, 224:11, 225:21, 229:16, 234:11, 237:18, 237:20

CORNER [1] - 93:20

CORRECT [238] - 19:23, 57:12, 65:12, 67:14, 75:23, 98:23, 156:3, 167:9, 173:4, 173:5, 173:7, 173:14, 173:24, 174:2, 174:4, 174:8, 174:11, 174:17, 174:18, 174:25, 175:9, 175:13, 175:18, 175:20, 175:21, 176:3, 176:15, 176:25, 177:1, 177:9,

177:15, 177:16, 177:19, 177:21, 177:24, 178:10, 178:11, 178:14, 178:19, 179:4, 179:5, 179:7, 179:8, 179:10, 180:3, 180:8, 180:11, 180:15, 181:11, 181:14, 181:19, 181:25, 182:1, 182:6, 182:23, 182:24, 183:7, 183:13, 183:20, 184:5, 184:6, 184:11, 184:13, 184:23, 185:12, 185:13, 185:16, 185:19, 186:7, 187:7, 187:25, 188:13, 188:19, 188:22, 189:8, 189:9, 189:22, 189:23, 190:1, 190:9, 190:12, 190:14, 190:23, 191:2, 191:3, 191:19, 191:20, 192:9, 192:17, 193:3, 193:4, 193:6, 194:20, 195:5, 195:11, 196:12, 196:14, 196:19, 196:20, 197:3, 198:5, 198:6, 198:9, 198:13, 198:18, 198:19, 198:24, 200:4, 200:5, 200:7, 200:8, 201:2, 201:3, 201:4, 201:7, 201:8, 201:11, 202:1, 202:3, 202:4, 202:8, 202:13, 203:3, 203:4, 203:5, 203:23, 203:24, 204:3, 204:11, 204:19, 204:22, 205:3, 205:20, 206:5, 206:7, 206:13, 206:21, 207:5, 207:14, 208:5, 208:7, 208:17, 208:18, 208:20, 209:5, 209:8, 209:19, 210:7, 210:14, 211:1, 211:10, 211:11, 211:13, 211:20, 214:10, 215:6, 216:18, 216:21, 217:2,

217:3, 217:8, 217:12, 220:5, 220:7, 222:7, 222:17, 222:23, 223:9, 223:23, 224:3, 224:11, 224:23, 225:3, 225:4, 225:6, 225:8, 225:21, 227:1, 227:21, 228:11, 229:10, 229:17, 229:23, 230:4, 230:8, 231:4, 234:11, 235:1, 237:4, 237:5, 237:8, 237:13, 237:17, 237:18, 238:12, 238:14, 238:15, 238:19, 239:5, 239:6, 239:10, 239:15, 241:5, 241:15, 241:19, 241:23, 242:6, 242:11, 243:10, 244:1, 244:2, 244:6, 244:7, 244:16, 245:12, 246:3, 246:10, 246:19, 247:4, 247:11, 247:18, 247:25, 248:21, 248:24, 248:25, 249:11, 249:13, 250:12, 252:21, 253:25, 254:11, 254:25, 255:11, 256:17, 256:21, 257:13, 258:11

CORRECTED [1] - 131:16

CORRECTLY [1] - 255:1

CORRELATE [2] - 35:11, 36:10

CORRELATION [1] - 58:15

CORTICOSTEROID [1] - 40:10

COST [1] - 123:21

COSTLY [1] - 68:21

COULD [73] - 4:3, 6:24, 7:23, 12:23, 14:13, 15:24, 17:7, 31:3, 31:6, 35:20, 37:18, 54:23, 55:10, 60:23, 64:22, 68:7, 69:25, 74:20, 75:25, 83:5, 86:8, 88:20, 89:21, 89:22, 90:11, 93:12, 100:21,

110:4, 115:17, 116:3, 117:4, 119:18, 124:18, 124:19, 131:20, 132:4, 145:22, 159:20, 159:21, 160:12, 161:25, 165:21, 169:6, 169:13, 170:6, 184:7, 197:5, 197:16, 219:6, 219:7, 222:1, 225:16, 231:11, 236:14, 236:18, 239:13, 240:13, 240:14, 242:17, 244:13, 245:2, 245:10, 245:25, 247:3, 248:12, 250:15, 251:23, 252:15, 253:15, 257:9

COULDN'T [3] - 233:15, 236:13, 245:1

COUNSEL [2] - 2:4, 4:20

COUNSELING [1] - 45:15

COUNSELOR [3] - 94:6, 142:21, 143:8

COUNSELORS [1] - 142:15

COUNT [3] - 67:16, 116:13, 123:14

COUNTER [4] - 30:17, 52:16, 115:25, 255:11

COUNTRY [5] - 44:14, 45:7, 53:9, 54:2, 113:2

COUPLE [9] - 3:6, 8:14, 55:24, 59:24, 72:15, 87:17, 113:20, 172:17, 195:7

COURSE [22] - 15:8, 16:20, 30:10, 44:7, 56:3, 94:17, 94:18, 94:23, 94:25, 95:1, 95:5, 95:10, 117:3, 117:18, 117:20, 118:12, 132:23, 182:9, 188:15, 188:21, 214:25, 237:11

COURSES [3] - 116:17, 118:9, 183:18

COURT [193] - 1:1,

1:18, 3:1, 3:2, 3:22, 4:5, 4:10, 4:17, 4:22, 4:25, 5:14, 6:3, 6:16, 6:20, 7:6, 7:12, 7:15, 7:18, 7:19, 7:23, 8:2, 8:3, 9:11, 13:15, 14:11, 14:15, 15:9, 18:23, 21:8, 22:10, 22:19, 23:1, 23:4, 26:13, 29:17, 31:20, 34:9, 35:17, 35:22, 35:25, 42:15, 48:22, 55:3, 55:10, 57:5, 59:9, 60:15, 61:3, 61:18, 64:17, 67:8, 67:13, 67:17, 68:8, 69:10, 69:22, 70:4, 70:9, 70:13, 70:24, 71:9, 72:3, 72:5, 72:6, 73:25, 74:4, 75:5, 77:8, 78:24, 79:3, 79:10, 79:15, 79:18, 79:23, 80:3, 80:5, 80:8, 80:11, 81:16, 81:25, 82:10, 83:1, 83:5, 83:7, 86:22, 87:16, 89:11, 89:19, 90:1, 93:6, 93:9, 99:3, 100:11, 101:13, 101:23, 102:9, 103:5, 103:7, 104:8, 104:15, 105:2, 106:24, 107:18, 109:6, 109:14, 111:4, 112:10, 114:1, 114:11, 114:13, 118:21, 120:9, 121:8, 121:16, 124:18, 124:24, 125:24, 128:2, 136:5, 136:7, 136:9, 136:12, 147:4, 148:14, 148:20, 149:8, 150:4, 150:9, 150:11, 150:23, 151:3, 152:20, 154:25, 155:12, 156:15, 156:21, 157:7, 158:22, 159:2, 159:12, 159:13, 160:6, 160:10, 160:18, 160:23, 161:2, 162:4, 162:15, 163:5, 167:21, 170:15, 171:11, 172:1, 172:8, 203:11, 203:14, 203:17, 207:19, 207:21, 207:24,

208:11, 208:24, 209:12, 220:10, 220:13, 220:16, 220:24, 221:2, 221:7, 221:16, 221:18, 221:21, 224:18, 226:8, 227:11, 228:21, 232:19, 233:25, 234:19, 238:2, 238:19, 239:5, 239:16, 240:11, 244:21, 245:5, 246:23, 256:4, 257:14, 258:1, 258:7, 258:9, 258:15
**COURT'S** [2] - 158:11, 162:25
**COURTHOUSE** [1] - 1:19
**COURTROOM** [1] - 244:12
**COURTS'S** [1] - 254:5
**COVER** [1] - 14:24
**COVERAGE** [1] - 190:1
**COVERED** [1] - 171:23
**COVERING** [1] - 14:20
**COVID-19** [1] - 135:12
**CPT** [1] - 25:16
**CRAVING** [1] - 41:8
**CREATING** [1] - 89:1
**CREDIBILITY** [1] - 24:23
**CRITERIA** [9] - 18:24, 20:5, 21:10, 21:12, 21:13, 49:20, 65:13, 65:14, 94:20
**CRITERIAS** [1] - 24:14
**CROSS** [14] - 70:14, 70:16, 170:17, 170:20, 170:24, 171:11, 172:10, 191:10, 221:13, 257:10, 257:19, 257:24, 258:3, 258:19
**CROSS-EXAMINATION** [1] - 70:16
**CROSS-EXAMINE** [1] - 170:17
**CROSSED** [2] - 133:3, 245:2
**CS** [1] - 117:1
**CULTURAL** [1] - 80:14
**CULTURE** [1] - 12:14
**CULTURES** [1] - 11:9
**CUMULATIVE** [3] -

117:9, 179:14, 179:18
**CURIOUS** [1] - 72:11
**CURRENT** [13] - 10:2, 12:4, 12:23, 30:10, 39:7, 46:9, 47:9, 52:1, 52:11, 137:17, 222:6, 222:11, 247:23
**CURRENTLY** [9] - 8:24, 8:25, 21:13, 66:17, 83:21, 83:22, 252:20, 253:4, 253:21
**CURRICULAR** [1] - 85:17
**CURRICULARS** [1] - 91:10
**CURRICULUM** [3] - 12:18, 176:3, 176:5
**CURSOR** [1] - 181:20, 182:6
**CUSTOMERS** [2] - 174:8, 174:23
**CUT** [2] - 51:12, 89:13
**CVSE** [1] - 153:11

# D

**D'S** [1] - 117:23
**D-CPT** [1] - 25:16
**D.C** [1] - 63:8
**DAILY** [4] - 3:14, 27:8, 48:2, 64:5
**DANIEL** [2] - 144:10, 144:11
**DATA** [7] - 57:2, 57:4, 57:10, 58:21, 59:7, 59:20, 59:22
**DATE** [24] - 3:19, 134:6, 134:16, 143:21, 144:5, 147:2, 147:12, 147:13, 148:1, 153:17, 153:18, 157:6, 161:15, 202:14, 207:6, 210:15, 226:13, 229:3, 230:19, 230:20, 238:8, 248:1, 249:10, 258:15
**DATED** [1] - 116:6, 146:11, 225:23, 230:3, 231:16
**DATES** [4] - 109:23, 133:10, 133:25, 201:17
**DATING** [5] - 103:16, 134:5, 134:6,

141:13, 143:7
**DAVID** [5] - 107:22, 110:9, 113:13, 113:20, 146:10
**DAY** [17] - 1:12, 36:18, 40:19, 46:14, 51:15, 79:8, 91:1, 91:21, 92:17, 92:18, 92:20, 125:17, 157:8, 169:13, 241:25, 243:23, 247:21
**DAYS** [11] - 47:19, 50:4, 92:21, 113:21, 125:13, 125:14, 129:20, 129:21, 147:25, 153:19, 194:2
**DC** [1] - 2:3
**DEADLINE** [2] - 121:14, 254:18
**DEADLINES** [2] - 253:24, 254:15
**DEAL** [6] - 13:20, 27:7, 32:18, 54:12, 54:14, 257:3
**DEALING** [1] - 76:21
**DEALT** [1] - 220:20
**DEAN'S** [1] - 167:14
**DEC** [1] - 243:19
**DECEMBER** [11] - 93:22, 123:1, 124:17, 147:13, 190:4, 192:5, 217:23, 217:24, 217:25, 229:16, 229:22
**DECENT** [1] - 52:5
**DECIDE** [1] - 108:6
**DECIDED** [16] - 84:6, 85:11, 94:15, 102:22, 104:5, 108:12, 113:14, 113:21, 115:19, 115:20, 130:7, 131:20, 141:18, 145:12, 154:19, 156:25
**DECIPHER** [3] - 16:22, 17:25, 24:8
**DECISION** [1] - 108:21
**DECISIONS** [3] - 78:1, 163:12, 163:13
**DECLARATION** [10] - 243:17, 243:20, 243:24, 244:3, 244:23, 245:1, 245:10, 245:21, 246:7, 247:2
**DECLINE** [2] - 53:16, 108:21

**DECREASE** [2] - 47:17, 86:8
**DECREASING** [1] - 137:7
**DEDICATED** [2] - 12:25, 200:9
**DEFAULT** [1] - 182:12
**DEFENDANT** [10] - 2:4, 209:9, 220:8, 224:14, 233:22, 234:16, 237:24, 244:17, 246:20, 256:1
**DEFENDANT'S** [2] - 170:23, 188:9
**DEFENDANTS** [2] - 1:7, 226:6
**DEFENSE** [16] - 203:18, 207:25, 208:12, 208:21, 208:25, 209:13, 221:4, 224:19, 226:9, 232:20, 234:1, 234:20, 238:3, 245:6, 246:24, 256:5
**DEFER** [3] - 22:14, 248:11, 248:14
**DEFICIT** [10] - 13:21, 21:11, 26:7, 45:16, 47:2, 106:4, 110:23, 111:14, 142:14, 145:15
**DEFICIT-HYPERACTIVE** [1] - 142:14
**DEFICIT-HYPERACTIVITY** [5] - 13:21, 21:11, 45:16, 47:2, 106:4
**DEFICITS** [2] - 26:2, 26:6
**DEFINITELY** [3] - 45:1, 53:8, 157:14
**DELAWARE** [1] - 52:7
**DELAY** [1] - 134:21
**DELAYED** [1] - 135:14
**DELIVERED** [1] - 170:4
**DELUSION** [2] - 205:11, 205:12
**DELUSIONAL** [1] - 205:6
**DEMAND** [1] - 64:2
**DEMANDING** [1] - 55:24
**DEMOGRAPHIC** [2] - 51:24, 52:11
**DENIAL** [2] - 152:16, 167:1

DENIED [3] - 153:24, 165:5, 206:12
DENIES [2] - 30:19, 30:20
DEPARTMENT [2] - 140:9
DEPENDING [2] - 68:19, 89:21
DEPOSITION [5] - 124:8, 131:14, 168:7, 252:9, 253:1
DEPOSITIONS [1] - 6:21
DEPRESSION [2] - 29:12, 30:4
DEPTH [1] - 135:25
DERIVATIVE [1] - 32:22
DERIVATIVES [1] - 32:21
DERMATOLOGIST [2] - 140:20, 141:4
DERMATOLOGY [3] - 140:9, 141:2, 218:12
DESCRIBE [2] - 39:22, 98:23
DESCRIBES [1] - 31:11
DESCRIBING [2] - 82:23, 108:25
DESCRIPTION [3] - 17:7, 68:7, 251:10
DESERT [1] - 53:1
DESERVED [1] - 28:3
DESIGNED [1] - 95:1
DESK [2] - 86:7, 118:15
DESPITE [1] - 104:10
DESTROYED [1] - 76:6
DETAIL [1] - 26:21
DETAILED [4] - 91:8, 249:22, 250:3, 251:10
DETAILS [4] - 91:16, 132:13, 169:4, 251:15
DETERMINING [2] - 32:1, 38:22
DEVASTATING [1] - 152:24
DEVELOPMENT [1] - 63:5
DEVELOPMENTAL [2] - 37:23, 222:22
DIABETES [2] - 111:21, 111:25
DIAGNOSE [3] - 14:1, 17:23, 32:5
DIAGNOSED [9] -

42:24, 43:1, 43:21, 97:13, 130:14, 130:21, 134:1, 134:7, 141:12
DIAGNOSES [17] - 14:21, 34:5, 34:18, 38:6, 49:10, 106:4, 112:2, 113:17, 127:5, 127:16, 135:24, 137:25, 138:12, 141:5, 141:12, 144:19, 242:21
DIAGNOSING [4] - 17:11, 18:24, 23:12, 32:3
DIAGNOSIS [6] - 20:2, 32:2, 42:10, 43:25, 173:1, 247:23
DIAGNOSTIC [12] - 18:20, 18:21, 21:10, 23:11, 23:13, 23:22, 24:1, 24:13, 46:23, 103:16, 130:13, 130:18
DIAGNOSTING(SIC [1] - 24:15
DIASPORA [2] - 14:23, 140:16
DID [178] - 9:3, 9:6, 9:19, 9:22, 43:11, 55:16, 55:18, 55:19, 55:22, 61:8, 69:4, 72:12, 72:18, 77:6, 84:1, 84:13, 85:3, 85:4, 85:10, 87:6, 91:14, 95:13, 96:4, 97:16, 97:22, 98:3, 100:23, 113:8, 113:18, 113:22, 113:23, 115:10, 115:11, 116:12, 117:8, 119:11, 124:9, 127:13, 129:14, 129:20, 131:22, 132:2, 132:17, 133:19, 135:16, 140:10, 140:18, 140:25, 142:21, 143:3, 143:9, 146:4, 147:5, 149:10, 151:20, 151:22, 156:16, 159:6, 159:16, 162:4, 165:6, 165:8, 166:6, 166:15, 169:8, 173:15, 174:7, 174:10, 175:8, 175:10, 175:11, 175:19,

175:22, 176:15, 177:2, 177:3, 177:7, 177:10, 178:20, 179:9, 179:11, 180:4, 182:8, 182:9, 183:15, 183:21, 184:3, 184:6, 184:19, 184:25, 185:1, 185:4, 185:23, 185:25, 186:2, 186:16, 186:18, 186:19, 186:21, 188:3, 188:17, 188:20, 189:1, 191:23, 192:13, 195:14, 198:25, 202:2, 202:5, 202:6, 202:9, 203:8, 203:15, 205:10, 205:17, 206:10, 206:19, 207:3, 209:22, 210:9, 210:11, 210:20, 210:23, 211:3, 211:5, 211:12, 211:14, 211:17, 213:21, 215:18, 215:19, 215:21, 215:22, 216:7, 216:17, 216:20, 217:15, 217:22, 225:5, 225:6, 226:1, 226:19, 227:22, 229:15, 229:24, 230:7, 235:9, 235:11, 235:25, 236:2, 236:12, 237:2, 239:22, 241:16, 241:21, 242:7, 242:9, 242:13, 243:4, 243:12, 245:12, 245:16, 245:20, 246:11, 247:15, 247:19, 248:1, 249:21, 251:17, 252:10, 252:13, 252:18, 255:18
DIDN'T [43] - 4:11, 92:6, 94:9, 94:18, 97:23, 97:24, 103:19, 110:17, 125:12, 131:4, 131:6, 131:9, 132:4, 132:10, 133:20, 135:16, 140:4, 145:4, 145:21, 145:22, 150:19, 157:22, 161:9, 161:10, 167:19,

169:10, 170:1, 170:6, 171:22, 178:15, 192:11, 211:6, 213:20, 215:10, 242:23, 243:14, 245:14, 249:12, 250:15, 254:20, 256:24
DIFFERENCE [10] - 73:6, 77:24, 78:4, 78:6, 78:7, 101:14, 120:14, 123:23, 194:12, 247:13
DIFFERENT [45] - 8:18, 11:8, 16:8, 17:12, 17:19, 19:4, 20:11, 20:16, 24:19, 25:1, 28:1, 32:4, 32:21, 33:2, 33:20, 37:25, 46:19, 75:10, 93:21, 96:18, 97:2, 109:23, 112:3, 115:21, 119:7, 120:12, 123:9, 131:18, 132:9, 137:24, 148:5, 153:9, 157:15, 157:16, 159:6, 169:19, 173:20, 175:6, 179:16, 205:23, 225:14, 242:25, 248:4, 251:22, 258:4
DIFFERENTIATE [1] - 156:2
DIFFICULT [1] - 64:1
DIFFICULTIES [1] - 55:20
DIFFICULTY [2] - 89:1, 90:22
DIRECT [13] - 8:5, 13:1, 13:2, 83:14, 151:8, 171:15, 189:24, 190:22, 200:21, 202:9, 220:19, 255:17, 258:19
DIRECTION [1] - 120:11
DIRECTLY [1] - 171:6
DIRECTOR [2] - 9:2, 12:9
DIRECTORS [2] - 63:10
DIRECTS [1] - 6:2
DISABILITIES [7] - 50:22, 72:16, 77:17, 77:20, 78:2, 103:25, 130:13
DISABILITY [23] -

27:4, 51:19, 51:21, 77:18, 77:19, 103:15, 103:18, 103:19, 103:22, 105:14, 130:19, 131:24, 134:4, 205:5, 219:24, 223:23, 224:3, 232:9, 233:21, 234:7, 234:9, 238:22, 239:21
DISABILITYSERVIC ES@NBME.ORG [1] - 233:2
DISABLED [6] - 15:1, 51:3, 77:22, 80:18, 81:4, 228:2
DISCIPLINARY [1] - 174:25
DISCLOSED [1] - 14:20
DISCLOSURES [1] - 240:6
DISCONNECT [4] - 53:1, 159:7, 162:1, 176:10
DISCOVERY [3] - 5:6, 178:21, 217:18
DISCRETIONS [1] - 86:8
DISCUSS [5] - 99:14, 255:17, 257:20, 257:23, 258:5
DISCUSSED [6] - 61:19, 193:1, 200:21, 202:5, 202:6, 243:5
DISCUSSES [1] - 244:4
DISCUSSING [5] - 105:17, 163:12, 221:14, 246:9, 256:10
DISCUSSION [6] - 7:14, 74:5, 87:4, 87:5, 87:7, 221:6
DISHEARTENING [1] - 157:10
DISORDER [21] - 13:21, 18:1, 18:2, 19:14, 19:15, 19:17, 21:11, 34:22, 44:13, 45:6, 45:16, 47:2, 49:23, 73:20, 106:4, 110:23, 110:24, 111:14, 142:14, 222:22
DISORDERS [11] - 15:18, 16:12, 16:25, 17:1, 27:11, 37:19,

44:25, 49:23, 51:7,
63:19, 76:13

**DISPARITIES** [1] -
53:10

**DISPLAY** [1] - 30:7

**DISPLAYED** [1] - 31:5

**DISPUTE** [1] - 240:16

**DISRUPTIVE** [1] -
83:25

**DISTINCTIONS** [1] -
15:25

**DISTINCTLY** [1] -
84:23

**DISTRACTED** [2] -
46:4, 85:25

**DISTRACTING** [1] -
119:12

**DISTRACTIONS** [2] -
47:18, 91:20

**DISTRICT** [5] - 1:1,
1:2, 68:6, 68:11,
68:25

**DISTRUST** [1] -
226:23

**DIVERSE** [1] - 15:20

**DIVERSIFYING** [1] -
60:4

**DO** [226] - 3:3, 3:6,
3:21, 6:9, 8:17, 8:24,
13:7, 13:12, 14:6,
15:16, 15:18, 15:19,
15:20, 16:5, 26:18,
27:4, 27:18, 28:8,
31:25, 33:9, 33:22,
34:21, 35:1, 36:15,
37:15, 39:3, 39:12,
39:19, 40:3, 40:6,
41:1, 41:20, 42:2,
45:11, 45:18, 46:9,
46:20, 46:23, 47:20,
50:9, 51:25, 53:13,
53:14, 56:15, 57:17,
58:10, 58:12, 58:21,
59:21, 62:15, 62:20,
62:24, 63:8, 65:1,
65:5, 65:6, 65:18,
66:2, 66:17, 69:24,
71:19, 71:24, 72:3,
72:5, 72:6, 75:17,
76:11, 76:13, 76:16,
77:4, 77:16, 77:24,
78:3, 78:4, 78:6,
78:7, 78:25, 79:2,
82:3, 85:21, 88:15,
89:24, 92:10, 92:25,
94:9, 97:21, 97:23,
107:17, 108:5,
108:14, 109:7,
112:8, 112:25,
113:14, 114:5,

114:8, 119:11,
121:14, 125:11,
129:1, 130:8,
133:23, 135:9,
139:13, 145:12,
146:5, 147:19,
148:2, 149:1,
149:14, 149:23,
154:1, 156:4, 156:8,
156:9, 158:20,
161:7, 162:9,
165:21, 167:3,
167:4, 168:18,
169:10, 169:17,
169:21, 170:6,
170:19, 170:24,
171:14, 172:16,
172:19, 172:22,
174:13, 175:6,
176:12, 176:21,
176:23, 177:16,
178:6, 178:8,
178:17, 181:22,
181:23, 182:7,
182:17, 182:21,
182:22, 183:11,
183:18, 183:21,
186:9, 187:14,
189:12, 193:7,
193:11, 193:25,
196:7, 197:11,
199:14, 202:15,
202:17, 203:13,
207:9, 210:20,
212:1, 212:2,
212:12, 212:25,
213:3, 213:5, 214:4,
214:21, 215:22,
219:2, 219:10,
219:12, 219:13,
219:16, 219:19,
219:21, 220:4,
223:6, 223:7, 224:4,
224:8, 224:10,
225:15, 225:18,
227:4, 230:24,
230:25, 231:19,
232:15, 233:7,
235:7, 235:14,
235:16, 235:20,
235:21, 236:13,
236:20, 238:24,
240:11, 240:17,
240:24, 242:25,
250:2, 250:6, 250:7,
251:12, 251:13,
252:5, 253:6, 253:7,
253:8, 253:14,
253:19, 254:16,
255:1, 257:15

**DOCTOR** [16] - 8:3,

99:22, 113:6,
126:12, 136:7,
138:1, 138:19,
139:16, 145:12,
145:20, 146:6,
164:2, 176:7,
218:16, 218:21,
249:18

**DOCTOR'S** [2] -
138:1, 138:2

**DOCUMENT** [168] -
5:5, 5:9, 22:2, 22:13,
22:15, 22:20, 25:11,
26:11, 29:6, 34:6,
35:1, 35:4, 36:14,
39:20, 39:22, 45:11,
45:14, 46:18, 48:14,
56:24, 57:2, 58:19,
58:21, 58:25, 59:15,
60:12, 60:16, 60:22,
65:1, 65:2, 65:6,
65:12, 65:13, 67:5,
67:10, 67:14, 67:20,
84:21, 96:5, 102:10,
103:4, 103:13,
105:22, 106:2,
106:20, 107:1,
107:2, 107:9,
107:11, 107:12,
108:9, 109:12,
109:24, 110:7,
110:19, 111:1,
111:23, 115:3,
116:5, 118:1,
118:19, 124:6,
124:16, 128:16,
128:17, 129:11,
130:23, 137:20,
140:10, 140:25,
142:2, 142:4,
142:22, 143:2,
143:6, 143:7,
143:20, 143:22,
143:24, 144:2,
145:1, 145:13,
146:14, 146:15,
147:3, 147:6,
147:11, 148:12,
148:15, 148:24,
149:4, 151:16,
152:15, 152:17,
153:15, 153:22,
154:9, 155:5,
155:10, 156:11,
157:4, 159:9,
159:11, 159:15,
160:13, 160:21,
163:1, 176:19,
176:24, 177:2,
177:10, 178:5,
178:9, 178:12,

178:18, 178:23,
179:6, 179:13,
179:16, 180:6,
180:10, 182:17,
185:8, 185:11,
185:14, 185:17,
185:20, 188:6,
195:19, 195:22,
195:23, 196:14,
197:6, 197:9,
198:21, 199:7,
200:20, 202:17,
207:8, 212:8,
212:14, 212:16,
219:16, 224:7,
225:17, 225:19,
227:25, 228:14,
228:18, 230:2,
234:5, 236:8,
237:16, 239:1,
239:19, 242:24,
248:15, 249:1,
249:8, 251:11,
252:9, 252:10,
255:16, 256:8,
256:19, 256:23

**DOCUMENTATION**
[77] - 31:1, 33:25,
34:3, 34:16, 34:19,
35:10, 50:12, 51:2,
69:18, 80:19, 81:5,
93:17, 107:21,
127:7, 129:5, 130:8,
130:11, 131:1,
131:5, 133:17,
134:4, 135:10,
135:13, 137:10,
138:7, 140:7,
151:21, 151:24,
152:3, 152:8,
152:10, 161:8,
161:19, 164:9,
165:7, 165:12,
165:14, 168:3,
170:5, 178:15,
179:12, 192:4,
194:22, 209:21,
209:25, 216:20,
216:22, 216:25,
217:1, 217:15,
217:17, 217:18,
218:6, 218:19,
218:22, 218:24,
218:25, 219:5,
219:6, 222:6, 222:8,
222:11, 222:13,
223:4, 232:10,
234:25, 235:6,
235:12, 237:2,
237:5, 238:10,
238:20, 238:22,

239:11, 250:20,
253:17

**DOCUMENTATIONS**
[2] - 131:4, 166:25

**DOCUMENTED** [1] -
212:16

**DOCUMENTS** [34] -
3:18, 82:4, 82:6,
107:7, 125:21,
129:9, 142:16,
181:3, 186:13,
218:9, 222:18,
229:13, 229:15,
229:19, 229:21,
230:9, 231:12,
237:20, 239:5,
239:7, 239:25,
240:5, 240:8,
240:16, 241:4,
241:14, 242:6,
242:8, 242:10,
242:22, 243:1,
243:15, 251:22,
257:6

**DOES** [45] - 8:20,
15:4, 19:10, 19:12,
20:22, 21:12, 21:15,
22:6, 24:11, 28:19,
30:9, 30:11, 30:12,
35:11, 36:9, 39:1,
44:17, 66:17, 69:13,
69:16, 77:1, 104:17,
104:19, 106:13,
110:15, 110:18,
123:14, 123:16,
123:17, 123:18,
141:5, 145:17,
147:25, 153:3,
167:22, 188:14,
191:17, 196:9,
199:8, 199:22,
211:18, 213:8,
215:8, 249:3

**DOESN'T** [3] - 4:12,
22:7, 216:15

**DOG** [3] - 143:13,
150:18, 203:16

**DOING** [35] - 3:14, 6:2,
7:3, 8:8, 8:9, 14:4,
24:2, 29:22, 37:15,
53:3, 71:9, 79:19,
82:20, 82:21, 87:5,
90:10, 92:3, 93:11,
99:25, 100:17,
113:9, 132:8,
145:19, 159:11,
163:10, 166:9,
166:20, 170:10,
175:3, 181:3,
181:21, 183:19,

195:6, 240:4, 240:12
**DOMESTIC** [1] -
121:10
**DON'T** [90] - 4:5, 4:12,
5:10, 16:16, 17:22,
22:6, 22:7, 22:13,
33:5, 36:1, 44:24,
57:1, 59:3, 59:13,
59:14, 60:15, 60:17,
68:15, 70:19, 72:1,
73:5, 73:18, 76:7,
77:2, 78:22, 79:18,
79:19, 79:23, 87:8,
87:22, 88:1, 88:7,
88:14, 88:15, 88:17,
88:18, 89:4, 89:6,
94:20, 96:25, 97:8,
104:18, 108:23,
115:15, 121:6,
122:23, 125:10,
138:1, 138:6,
143:11, 145:8,
149:8, 149:25,
156:20, 162:15,
163:18, 164:20,
167:14, 167:17,
169:1, 169:3,
169:15, 169:22,
176:11, 179:25,
184:8, 184:18,
185:20, 186:12,
191:5, 193:22,
197:4, 198:10,
199:4, 212:13,
219:15, 221:10,
228:25, 236:7,
236:8, 242:1,
244:10, 244:20,
249:4, 250:24,
252:18, 258:4
**DONE** [10] - 37:25,
76:15, 91:10, 91:18,
144:5, 145:3,
211:13, 215:25,
239:17, 239:18
**DOOR** [1] - 95:23
**DOORS** [1] - 98:8
**DOSAGE** [4] - 32:1,
40:15, 46:13, 108:19
**DOSE** [5] - 33:5, 33:7,
33:9, 33:13, 39:8
**DOSES** [2] - 33:5,
33:9
**DOUBLE** [6] - 13:19,
47:14, 50:2, 190:18,
190:22, 191:22
**DOUBT** [1] - 4:13
**DOUBTS** [1] - 48:16
**DOWN** [119] - 4:11,
25:21, 29:13, 35:7,

39:25, 41:15, 42:1,
45:17, 46:6, 46:8,
46:15, 48:5, 51:18,
57:24, 60:7, 64:24,
65:17, 65:21, 91:4,
92:17, 95:22, 96:24,
97:1, 99:15, 104:11,
109:15, 111:16,
117:1, 117:19,
117:25, 118:13,
118:15, 120:7,
128:20, 129:12,
130:9, 130:19,
130:22, 132:7,
132:10, 132:24,
133:5, 133:19,
134:10, 134:17,
134:22, 135:20,
136:18, 138:22,
139:2, 139:3,
139:15, 140:6,
141:7, 141:17,
142:3, 143:5,
143:16, 143:22,
144:1, 144:22,
146:20, 147:1,
148:9, 149:17,
150:1, 152:5,
152:14, 156:5,
158:18, 163:22,
177:20, 179:13,
183:10, 189:5,
196:4, 196:15,
198:20, 200:1,
201:12, 207:9,
208:15, 212:3,
212:23, 214:16,
214:20, 217:23,
219:14, 224:25,
225:16, 225:23,
225:25, 229:18,
230:14, 231:6,
231:13, 231:24,
233:3, 235:8,
235:13, 237:10,
238:6, 242:1,
244:10, 248:17,
248:23, 249:4,
249:25, 250:8,
251:1, 251:21,
251:24, 254:13,
255:19, 256:8,
256:18
**DOWNLOAD** [1] -
129:2
**DOWNLOADED** [1] -
129:3
**DR** [450] - 1:3, 1:14,
3:3, 3:9, 3:15, 4:6,
4:8, 4:13, 4:14, 5:4,
5:13, 5:20, 5:24, 6:7,

6:20, 6:23, 7:2, 7:3,
7:9, 7:11, 7:12, 7:21,
8:4, 8:6, 8:7, 8:9,
8:24, 9:19, 10:14,
11:12, 14:7, 14:8,
14:9, 14:17, 14:19,
15:1, 15:11, 15:13,
15:14, 15:15, 16:23,
18:15, 19:9, 19:25,
20:25, 21:5, 21:20,
22:4, 22:13, 22:17,
22:21, 22:25, 23:5,
23:6, 24:12, 25:11,
25:23, 26:9, 26:16,
26:17, 28:22, 28:25,
29:3, 29:17, 30:24,
30:25, 31:23, 31:24,
34:10, 34:11, 34:25,
35:1, 35:9, 35:10,
35:14, 35:19, 35:24,
36:3, 36:5, 36:9,
36:15, 36:24, 38:17,
39:19, 40:3, 41:17,
42:2, 42:11, 42:12,
42:18, 42:19, 42:20,
45:2, 45:9, 45:11,
46:17, 47:10, 47:23,
48:13, 48:19, 48:25,
49:2, 51:24, 55:6,
55:7, 55:8, 55:9,
56:10, 57:8, 57:9,
59:6, 59:13, 59:16,
59:17, 59:19, 60:10,
60:11, 60:15, 60:20,
61:2, 61:5, 61:7,
61:8, 61:17, 61:21,
61:22, 61:23, 61:24,
62:15, 64:13, 64:19,
65:1, 65:18, 66:21,
67:9, 67:12, 67:23,
67:25, 68:1, 69:11,
69:12, 69:20, 69:25,
70:4, 70:11, 70:18,
71:6, 71:8, 71:13,
71:17, 71:19, 71:20,
72:2, 72:3, 72:6,
72:12, 73:24, 75:25,
77:12, 77:16, 78:24,
79:2, 79:4, 79:7,
79:9, 79:10, 79:12,
79:17, 79:21, 80:1,
80:5, 80:15, 80:18,
81:4, 81:13, 81:18,
82:1, 82:2, 82:24,
83:3, 83:6, 83:9,
83:12, 83:16, 83:18,
84:4, 84:16, 86:22,
88:6, 88:16, 89:4,
89:10, 89:19, 89:24,
90:2, 92:5, 93:7,
93:14, 93:16, 94:3,

100:8, 100:13,
101:3, 101:4, 101:8,
101:16, 101:23,
102:17, 103:1,
103:10, 104:25,
105:3, 105:4,
105:10, 105:11,
105:24, 106:10,
107:4, 107:5,
107:19, 107:22,
109:2, 109:5, 109:7,
109:9, 109:10,
110:9, 111:7, 111:9,
112:13, 113:13,
113:20, 114:1,
114:10, 114:24,
118:24, 120:9,
120:21, 120:22,
121:11, 121:12,
121:18, 121:19,
124:21, 124:25,
125:1, 126:2, 126:3,
126:12, 126:15,
126:19, 126:21,
127:2, 127:6,
127:22, 127:24,
128:5, 128:6, 136:5,
136:6, 136:8,
136:10, 136:13,
136:16, 139:5,
140:1, 140:13,
143:20, 144:11,
146:9, 148:18,
149:7, 149:12,
149:16, 149:19,
150:3, 150:6,
150:20, 151:1,
151:3, 151:6,
151:10, 152:23,
154:21, 155:3,
156:15, 156:24,
158:20, 158:24,
159:5, 159:14,
160:4, 160:10,
160:15, 160:20,
161:1, 161:3,
162:22, 163:20,
167:18, 167:21,
167:24, 170:16,
171:9, 171:25,
172:7, 172:12,
172:16, 172:17,
172:24, 173:2,
176:21, 179:1,
180:8, 181:15,
182:10, 182:12,
183:14, 185:12,
185:24, 188:12,
189:10, 189:16,
191:7, 191:17,
192:14, 194:5,

195:13, 195:21,
196:3, 196:9, 197:8,
197:16, 197:21,
199:15, 199:22,
200:21, 202:10,
202:21, 203:11,
203:13, 204:24,
207:3, 207:12,
207:14, 207:19,
207:20, 207:22,
208:5, 208:10,
208:17, 208:23,
209:5, 209:11,
209:19, 211:23,
212:7, 212:20,
213:8, 214:22,
216:16, 217:10,
217:13, 217:20,
217:22, 218:1,
218:5, 218:10,
218:11, 218:12,
218:21, 219:16,
220:4, 220:10,
220:11, 220:14,
220:22, 221:1,
221:13, 221:15,
221:18, 221:20,
221:22, 222:3,
223:19, 224:6,
224:16, 225:15,
225:18, 226:5,
226:7, 226:14,
227:12, 227:16,
227:18, 227:23,
228:7, 228:13,
228:18, 228:22,
229:2, 230:4,
232:18, 232:25,
233:14, 233:20,
233:24, 234:9,
234:17, 234:23,
236:6, 237:11,
238:1, 238:8, 239:3,
239:24, 240:6,
240:17, 240:24,
241:9, 242:2, 243:5,
244:13, 244:19,
244:21, 244:24,
246:22, 248:3,
249:3, 249:15,
251:4, 252:5,
252:20, 253:3,
253:20, 253:23,
255:1, 255:16,
256:3, 256:10,
256:16, 256:19,
257:8, 257:19,
257:25, 258:6,
258:20, 258:21,
258:23, 258:24
**DRAW** [2] - 92:19,

138:10
**DRIVEN** [1] - 30:5
**DROP** [1] - 136:18
**DROVE** [1] - 170:3
**DRUG** [8] - 26:25,
28:9, 28:17, 38:20,
84:25, 104:13,
138:16, 145:10
**DRUGS** [1] - 110:18
**DSM** [3] - 20:15,
21:23, 22:24
**DSM-5** [4] - 21:14,
21:17, 22:18, 23:7
**DSM-5-TR** [6] - 18:16,
18:19, 20:5, 21:18,
21:24, 22:25
**DUE** [16] - 51:7, 76:11,
82:4, 84:20, 85:24,
97:16, 101:5, 101:6,
117:4, 135:10,
137:11, 205:2,
215:12, 238:9,
247:22, 250:16
**DUES** [1] - 11:23
**DUMB** [1] - 163:25
**DURATION** [1] - 39:13
**DURING** [30] - 17:9,
26:17, 37:5, 38:1,
43:2, 44:12, 47:16,
55:19, 63:1, 85:22,
101:21, 104:9,
110:15, 113:6,
116:14, 118:6,
119:1, 134:1,
134:19, 150:11,
168:6, 175:20,
177:5, 193:23,
220:17, 221:14,
237:11, 241:7,
249:17, 255:17
**DUTIES** [1] - 12:5
**DUTY** [1] - 97:16
**DX** [53] - 188:7, 188:9,
200:20, 202:15,
203:10, 203:14,
203:17, 212:3,
214:18, 219:13,
219:22, 219:23,
220:9, 221:2, 222:1,
223:11, 223:14,
223:15, 223:18,
224:10, 224:15,
224:18, 225:15,
226:6, 230:13,
232:17, 232:23,
233:22, 234:4,
234:16, 236:4,
237:15, 237:23,
237:25, 240:22,
244:9, 244:18,

246:12, 246:17,
246:20, 248:2,
249:6, 249:7,
249:24, 251:2,
252:4, 254:2, 254:7,
254:8, 254:9, 256:1,
259:10

# E

**E-MAIL** [38] - 3:16,
5:5, 135:13, 219:23,
219:24, 220:5,
223:21, 223:22,
224:2, 224:11,
225:11, 225:21,
229:24, 230:12,
230:22, 231:7,
231:11, 231:16,
231:17, 231:20,
232:3, 233:1, 233:3,
233:7, 233:19,
233:20, 234:5,
234:6, 234:8,
234:11, 234:24,
235:8, 250:14
**E-MAILED** [3] -
151:23, 230:9, 235:4
**E-MAILS** [1] - 174:24
**EACH** [9] - 11:24,
12:18, 94:21, 96:9,
131:1, 133:9,
164:13, 202:17
**EARLIER** [15] - 20:10,
24:25, 26:5, 33:24,
37:1, 37:12, 37:16,
38:4, 40:13, 43:22,
53:20, 70:21,
172:24, 247:7,
251:16
**EARLY** [3] - 85:1,
246:9
**EARN** [3] - 182:8,
186:16, 186:19
**EARNED** [11] -
181:24, 182:5,
182:23, 183:7,
183:12, 186:7,
186:11, 186:23,
187:2, 191:18,
198:17
**EARPLUGS** [1] -
47:17
**EASIER** [1] - 139:12
**EASILY** [3] - 13:10,
85:25, 239:13
**EASTERN** [1] - 1:2
**EASY** [2] - 82:15,
141:25
**ECFMG** [13] - 66:13,

153:4, 167:8,
167:25, 168:4,
168:13, 225:22,
226:20, 227:21,
230:22, 231:2,
232:2, 253:9
**ECFMG'S** [1] - 167:8
**ECONOMIC** [1] - 99:6
**EDITION** [1] - 22:18
**EDUCATE** [1] - 99:18
**EDUCATION** [15] -
61:9, 73:10, 73:13,
77:25, 78:11, 78:12,
86:14, 86:15, 98:4,
98:7, 98:8, 132:21,
159:24, 175:13
**EDUCATIONAL** [4] -
49:17, 49:18, 231:2,
237:13
**EFFECTIVE** [1] -
32:24
**EFFECTS** [4] - 32:25,
85:5, 132:11
**EFFICIENT** [4] -
127:15, 139:19,
240:4, 241:10
**EFFICIENTLY** [3] -
6:15, 101:1, 149:6
**EFFORTS** [3] - 60:3,
92:4, 104:10
**EGREGIOUS** [1] -
204:9
**EIGHT** [2] - 75:7,
204:1
**EITHER** [11] - 3:4,
21:23, 22:8, 66:19,
177:8, 187:15,
193:18, 194:12,
199:3, 219:6, 241:6
**ELABORATE** [2] -
37:7, 44:3
**ELECTRONIC** [1] -
181:4
**ELECTRONICALLY**
[1] - 143:21
**ELEMENT** [1] - 213:22
**ELEMENTARY** [12] -
72:25, 85:22, 85:23,
92:8, 95:19, 95:21,
96:1, 133:19, 134:2,
176:22, 177:13,
243:7
**ELEMENTS** [1] - 16:24
**ELICIT** [1] - 110:18
**ELSE** [15] - 5:1, 5:14,
6:17, 6:18, 6:22,
17:4, 37:19, 81:23,
84:11, 92:15,
114:18, 141:10,
158:17, 164:25,

182:15
**EMBARRASSED** [2] -
90:18, 103:18
**EMBARRASSING** [1] -
56:2
**EMBARRASSMENT**
[2] - 104:9, 104:11
**EMOTIONAL** [2] -
76:12, 143:13
**EMOTIONS** [1] - 30:7
**EMPIRICALLY** [3] -
45:25, 46:1, 46:2
**EMPLOYEE** [2] - 10:3,
10:5
**EMPLOYEES** [2] -
174:23, 174:25
**EMPLOYMENT** [2] -
63:13, 63:24
**ENCOUNTER** [1] -
55:20
**ENCOURAGE** [1] -
257:15
**ENCOURAGED** [6] -
48:8, 94:5, 94:8,
154:1, 169:16,
222:19
**ENCRYPTED** [1] -
233:16
**END** [9] - 100:16,
107:14, 176:7,
187:1, 210:17,
216:18, 227:13,
243:22, 254:21
**ENGAGE** [1] - 47:23
**ENGAGED** [2] - 68:21
**ENGAGING** [1] - 48:2
**ENGINEERING** [1] -
96:22
**ENGLISH** [4] - 95:11,
185:6, 185:7, 254:4
**ENJOYMENT** [1] -
47:25
**ENORMOUS** [1] -
87:21
**ENOUGH** [10] - 57:5,
60:17, 73:23,
137:22, 139:20,
147:20, 151:21,
162:23, 192:14,
228:1
**ENSLAVED** [1] - 99:18
**ENSURE** [1] - 97:17
**ENSURING** [2] -
47:25, 48:1
**ENTER** [11] - 21:21,
31:18, 35:15, 42:13,
60:12, 103:3, 111:1,
112:6, 118:19,
154:22, 158:25
**ENTERED** [6] - 26:11,

105:6, 152:18,
156:12, 176:19
**ENTIRE** [9] - 58:19,
65:3, 136:14,
157:25, 158:17,
199:2, 218:22,
225:9, 225:10
**ENTIRELY** [1] - 59:12
**ENTIRETY** [2] - 65:21,
231:9
**ENTITIES** [1] - 122:18
**ENTITLED** [5] - 15:2,
29:8, 171:15, 228:2,
258:13
**ENTITY** [6] - 138:13,
142:1, 167:9,
167:11, 168:14,
238:23
**ENVIRONMENT** [7] -
17:13, 85:19, 95:18,
102:1, 119:7,
119:13, 194:17
**ENVIRONMENTS** [6] -
17:12, 17:15, 17:22,
17:23, 18:3, 19:4
**EQUATED** [1] - 161:15
**ERROR** [5] - 204:9,
205:2, 206:7, 206:8,
206:17
**ESPECIALLY** [11] -
54:6, 76:7, 90:6,
95:17, 98:24,
116:10, 152:24,
194:23, 196:24,
216:1, 249:16
**ESQUIRE** [1] - 2:2
**ESTABLISH** [2] -
218:15, 241:3
**ESTABLISHED** [6] -
126:11, 127:3,
128:8, 128:9, 239:3,
242:5
**ESTIMATE** [4] - 12:24,
13:7, 13:12, 161:21
**ESTIMATION** [1] -
66:25
**ET** [8] - 48:11, 104:22,
111:22, 129:5,
132:15, 142:7,
145:11, 252:3
**ETHNICITIES** [1] -
52:8
**EVALUATE** [4] -
113:16, 142:15,
142:21, 143:9
**EVALUATED** [4] -
84:16, 97:13, 257:1
**EVALUATING** [2] -
23:12, 23:24
**EVALUATION** [32] -

15:25, 16:1, 17:9,
23:15, 29:9, 37:5,
37:9, 37:11, 45:16,
48:16, 49:13, 84:20,
84:22, 110:15,
110:20, 113:20,
129:8, 142:23,
143:2, 143:3, 143:4,
144:3, 144:5, 145:3,
146:13, 146:17,
146:23, 146:24,
247:9, 250:11,
250:23

**EVALUATIONS** [11] -
13:7, 13:12, 36:16,
161:9, 165:16,
165:17, 166:8,
166:9, 167:4, 247:15

**EVEN** [73] - 5:20,
16:11, 27:11, 27:23,
28:6, 32:19, 44:16,
51:14, 53:3, 90:17,
90:25, 91:5, 91:6,
91:16, 91:20, 91:21,
95:15, 96:3, 97:8,
102:18, 102:20,
103:18, 103:23,
104:1, 111:23,
113:2, 113:12,
117:1, 122:2, 124:8,
130:22, 132:5,
133:13, 134:7,
134:20, 135:20,
141:1, 141:17,
143:1, 143:9, 148:1,
153:4, 153:6,
153:24, 157:22,
157:25, 158:6,
158:15, 164:19,
166:16, 166:24,
167:8, 168:18,
168:21, 169:18,
169:20, 178:15,
184:15, 196:23,
197:25, 200:10,
204:13, 214:2,
216:4, 228:25,
249:14, 250:18

**EVENTUALLY** [2] -
112:25, 162:18

**EVER** [10] - 10:14,
62:15, 62:19, 71:16,
72:22, 98:9, 108:15,
123:15, 181:21,
197:25

**EVERY** [15] - 56:14,
63:8, 85:11, 88:20,
89:6, 89:20, 91:20,
97:18, 97:25, 99:6,
107:25, 121:21,

150:18, 163:1,
197:13

**EVERYBODY** [4] -
121:22, 164:6,
164:25, 258:8

**EVERYDAY** [1] - 27:9

**EVERYONE** [11] -
71:6, 71:8, 71:14,
83:17, 84:11, 92:15,
119:18, 148:17,
149:9, 158:17,
164:18

**EVERYTHING** [14] -
3:13, 24:6, 76:8,
108:17, 134:22,
152:25, 153:3,
163:24, 164:7,
170:10, 194:8,
194:10, 214:10,
247:5

**EVIDENCE** [49] - 22:1,
23:3, 26:15, 31:22,
42:17, 48:24, 103:9,
109:4, 111:6,
112:12, 118:23,
126:1, 128:4,
148:25, 152:22,
155:2, 156:23,
159:4, 160:9,
162:21, 176:20,
178:24, 180:6,
203:19, 208:1,
208:9, 208:13,
208:22, 209:1,
209:10, 209:14,
220:9, 221:5, 224:7,
224:20, 226:6,
226:10, 232:17,
232:21, 233:23,
234:2, 234:21,
238:4, 245:7,
246:21, 246:25,
255:18, 256:2, 256:6

**EVIDENTIARY** [1] -
87:3

**EXACT** [9] - 55:14,
59:11, 60:21, 62:2,
124:17, 130:8,
165:6, 217:17,
242:22

**EXACTLY** [6] - 85:10,
89:21, 101:24,
138:5, 152:1, 181:20

**EXAM** [99] - 29:23,
42:3, 47:18, 49:12,
61:13, 75:8, 75:9,
75:12, 75:20, 76:5,
92:23, 94:24, 95:4,
97:21, 101:21,
101:24, 101:25,

117:5, 119:9,
120:24, 123:20,
124:7, 124:17,
128:11, 131:10,
134:20, 135:2,
135:5, 135:7,
136:24, 137:2,
137:5, 139:10,
139:13, 142:23,
147:12, 147:13,
148:2, 153:24,
154:20, 155:17,
155:18, 157:20,
159:16, 161:13,
164:25, 166:10,
169:7, 187:9,
188:20, 191:23,
192:13, 192:20,
193:7, 193:9,
193:10, 193:13,
193:23, 194:1,
194:3, 194:24,
195:4, 195:17,
196:24, 199:2,
199:6, 199:21,
200:15, 201:20,
201:22, 202:2,
202:3, 202:7,
203:22, 204:6,
204:9, 204:18,
204:23, 205:1,
207:4, 207:15,
209:17, 209:21,
209:23, 210:3,
210:5, 210:13,
211:9, 213:23,
214:7, 215:10,
225:2, 225:6,
245:19, 252:21,
252:22, 253:5,
253:13, 253:21

**EXAMINATION** [73] -
1:6, 5:12, 8:5, 31:14,
35:6, 49:11, 70:14,
70:16, 83:14, 90:19,
118:16, 119:8,
120:1, 120:25,
121:3, 121:21,
122:3, 122:8, 123:7,
123:9, 123:14,
123:22, 124:5,
124:11, 125:2,
125:6, 128:19,
129:15, 147:8,
147:18, 151:8,
152:12, 153:11,
153:20, 153:25,
154:16, 156:25,
157:5, 157:22,
159:18, 161:5,
161:12, 161:14,

170:20, 170:24,
171:12, 171:22,
172:10, 184:8,
187:4, 189:4, 189:7,
189:22, 189:25,
190:11, 192:15,
192:17, 192:19,
192:21, 193:2,
193:25, 195:11,
204:1, 207:1,
209:20, 211:16,
221:13, 223:3,
254:4, 257:24, 258:3

**EXAMINATIONS** [7] -
83:23, 116:12,
118:6, 121:24,
135:3, 142:7, 168:11

**EXAMINE** [2] - 42:7,
170:17

**EXAMINEE** [2] -
212:25, 214:23

**EXAMINERS** [2] -
70:22, 203:3

**EXAMPLE** [9] - 59:4,
67:20, 90:15,
104:16, 104:18,
155:13, 171:4,
227:12, 252:13

**EXAMPLES** [2] - 28:3,
49:7

**EXAMS** [26] - 29:25,
47:12, 55:25, 61:9,
62:1, 62:12, 64:11,
66:3, 74:2, 77:5,
93:23, 101:10,
101:18, 101:19,
117:9, 126:9,
131:21, 136:23,
137:12, 155:20,
162:4, 162:24,
163:23, 165:1,
200:13, 228:3

**EXCELLED** [1] -
213:10

**EXCEPT** [2] - 82:20,
164:20

**EXCEPTIONS** [1] -
16:20

**EXCERPT** [1] - 22:22

**EXCESSIVE** [1] -
30:20

**EXCUSE** [6] - 13:13,
31:3, 70:24, 156:12,
167:13, 223:12

**EXCUSED** [1] - 79:5

**EXHAUSTING** [1] -
92:24

**EXHIBIT** [101] - 21:2,
21:5, 23:2, 25:10,
26:14, 28:21, 28:23,

31:5, 31:21, 34:23,
34:24, 39:17, 42:16,
45:10, 48:20, 48:22,
48:23, 49:14, 56:8,
60:25, 61:1, 64:23,
82:12, 82:13, 82:23,
93:3, 93:10, 95:6,
102:8, 103:8,
103:11, 103:12,
105:8, 106:9,
109:16, 109:20,
111:5, 111:8, 112:6,
112:7, 112:11,
115:2, 116:3, 116:4,
118:22, 120:6,
120:10, 122:15,
124:19, 125:25,
126:13, 127:25,
128:3, 128:14,
151:15, 152:21,
153:16, 154:22,
155:1, 155:6,
156:22, 157:3,
158:8, 159:3, 160:2,
160:8, 161:12,
162:7, 162:20,
188:9, 191:16,
203:18, 207:18,
207:25, 208:12,
208:25, 209:9,
209:13, 220:9,
221:4, 224:8,
224:15, 224:19,
226:6, 226:9,
229:14, 232:17,
232:20, 234:1,
234:20, 236:19,
237:25, 238:3,
240:5, 244:18,
245:6, 246:24,
256:5, 259:1

**EXHIBITS** [6] - 3:10,
82:5, 93:11, 158:8,
158:18, 257:16

**EXISTED** [5] - 95:15,
177:10, 178:16,
179:12

**EXIT** [1] - 35:20

**EXPAND** [8] - 182:4,
197:11, 197:13,
199:14, 202:16,
213:3, 231:22, 251:6

**EXPANDED** [1] -
219:15

**EXPECTATION** [1] -
82:10

**EXPECTATIONS** [1] -
120:16

**EXPECTED** [1] - 121:2

**EXPECTING** [1] - 74:5

**EXPECTS** [1] - 81:10
**EXPEL** [1] - 187:16
**EXPERIENCE** [13] - 42:23, 43:5, 48:15, 50:10, 53:14, 69:15, 74:21, 98:5, 104:21, 106:11, 115:7, 157:15, 163:4
**EXPERIENCED** [1] - 54:4
**EXPERIENCES** [5] - 54:21, 100:22, 100:23, 246:9, 246:10
**EXPERIENCING** [1] - 120:13
**EXPERIMENTAL** [1] - 182:19
**EXPERIMENTS** [1] - 54:10
**EXPERT** [11] - 8:15, 9:12, 13:23, 14:9, 15:4, 17:2, 64:16, 106:12, 106:18, 107:6, 109:3
**EXPERTISE** [4] - 61:16, 62:24, 64:8, 69:14
**EXPERTS** [1] - 106:17
**EXPIRE** [1] - 10:10
**EXPLAIN** [13] - 20:4, 26:21, 33:21, 42:5, 43:4, 45:14, 114:8, 120:12, 133:21, 145:20, 159:11, 160:12, 233:15
**EXPLAINED** [8] - 37:16, 124:7, 129:4, 151:25, 190:7, 219:4, 232:3, 251:16
**EXPLAINING** [4] - 100:7, 115:8, 138:4, 204:8
**EXPLAINS** [1] - 222:25
**EXPLANATION** [6] - 15:24, 57:4, 73:22, 110:17, 160:13, 201:2
**EXPLANATIONS** [3] - 159:19, 196:6, 197:1
**EXPOSED** [1] - 32:13
**EXPRESS** [1] - 163:2
**EXPRESSED** [3] - 49:14, 213:9, 215:9
**EXPUNGEMENT** [6] - 163:3, 163:17, 163:18, 204:21, 205:22, 206:3
**EXTEND** [1] - 66:12

**EXTENDED** [10] - 113:10, 125:8, 125:9, 137:12, 137:15, 147:8, 147:16, 147:22, 148:7, 190:14
**EXTENSIVE** [2] - 37:4, 68:19
**EXTENSIVELY** [1] - 191:1
**EXTENT** [3] - 14:24, 92:3, 106:22
**EXTERNAL** [2] - 122:18, 123:10
**EXTRA** [22] - 47:14, 47:15, 50:1, 73:5, 84:12, 85:17, 91:9, 92:25, 102:18, 102:19, 119:25, 147:25, 148:8, 157:25, 158:17, 205:7, 205:24, 211:16, 247:15, 254:18
**EXTRACTION** [2] - 41:25, 141:16
**EXTREMELY** [1] - 92:24
**EYES** [2] - 75:25, 76:8

────────────

# F

**FACE** [3] - 14:3, 55:18, 149:4
**FACT** [13] - 44:21, 64:9, 95:14, 100:25, 104:17, 104:18, 104:20, 121:5, 158:5, 162:5, 163:7, 167:8, 226:2
**FACTOR** [1] - 122:12
**FACTORS** [3] - 31:25, 38:21, 63:1
**FACTS** [3] - 100:6, 100:8, 163:14
**FACTUAL** [4] - 87:20, 100:18, 100:21, 206:10
**FAIL** [1] - 161:4
**FAILED** [4] - 56:1, 117:3, 117:13, 122:25, 161:16, 168:21, 205:2, 211:6
**FAILING** [2] - 81:1, 157:1
**FAILURE** [1] - 168:20
**FAIR** [11] - 57:5, 92:6, 172:4, 177:7, 179:24, 192:14, 228:4, 232:2,

235:22, 236:9, 251:17
**FAIRLY** [2] - 41:7, 77:22
**FAIRNESS** [1] - 77:10
**FAITH** [2] - 14:3, 165:23
**FALL** [12] - 27:24, 80:22, 81:8, 94:14, 94:16, 154:12, 180:19, 181:9, 181:17, 181:18, 182:16, 182:25
**FALLS** [1] - 123:3
**FALSIFY** [2] - 27:5, 27:12
**FAMILIAR** [17] - 18:15, 21:16, 21:19, 50:19, 50:20, 50:24, 62:22, 64:9, 72:17, 78:12, 107:2, 107:8, 109:22, 189:21, 202:24, 236:5, 247:25
**FAMILIES** [1] - 32:13
**FAMILY** [19] - 27:12, 32:16, 33:21, 37:23, 38:13, 56:16, 56:21, 57:16, 57:21, 86:16, 97:25, 112:1, 118:11, 118:12, 123:13, 164:18, 165:15, 166:13, 168:14
**FAQ** [1] - 195:20
**FAR** [5] - 6:14, 63:22, 89:14, 93:24, 120:14
**FARMHOUSE** [1] - 150:19
**FAST** [1] - 132:14
**FATHER** [1] - 43:9
**FAX** [1] - 135:13
**FCVS** [1] - 68:14
**FEAR** [5] - 53:19, 53:23, 54:15, 54:16
**FEARFUL** [1] - 54:2
**FEBRUARY** [26] - 115:5, 153:19, 157:6, 161:18, 188:4, 188:16, 189:8, 198:12, 198:17, 198:22, 199:24, 201:14, 201:19, 202:7, 202:12, 203:22, 204:6, 204:10, 204:21, 205:1, 206:13, 212:11, 247:8, 248:20, 256:15

**FEEL** [19] - 11:25, 113:9, 113:22, 127:13, 137:5, 145:7, 163:2, 164:16, 168:20, 169:2, 170:11, 171:5, 171:22, 200:17, 211:6, 213:20, 213:21, 242:23, 256:24
**FEELING** [1] - 115:9
**FEELS** [5] - 6:8, 29:24, 30:3, 30:6, 172:3
**FELLOW** [1] - 71:20
**FELT** [13] - 90:5, 90:18, 127:14, 129:24, 137:22, 153:10, 163:25, 211:12, 211:15, 225:7, 226:2, 250:17, 250:21
**FEMALES** [1] - 99:20
**FEW** [5] - 72:7, 88:13, 88:20, 89:6, 89:22
**FIDGETY** [1] - 86:1
**FIELD** [8] - 18:18, 25:2, 25:5, 28:17, 54:4, 65:25, 138:15, 142:25
**FIFTH** [1] - 97:19
**FIGHT** [1] - 60:19
**FIGHTER** [1] - 73:16
**FIGURE** [5] - 22:16, 24:9, 27:21, 67:21, 107:15
**FIGURED** [2] - 138:15, 178:17
**FILE** [5] - 137:10, 140:22, 170:5, 226:18, 249:9
**FILED** [5] - 3:9, 155:9, 162:19, 212:8
**FILES** [1] - 233:17
**FILING** [1] - 3:21
**FILL** [1] - 236:15
**FILLED** [2] - 127:17, 129:14
**FILTER** [2] - 6:6, 16:10
**FINAL** [7] - 3:21, 117:8, 117:12, 117:13, 201:7, 222:24
**FINALLY** [2] - 209:2, 216:17
**FINANCIAL** [1] - 247:13
**FIND** [7] - 51:5, 53:14, 113:1, 114:6,

150:14, 169:25, 217:1
**FINDINGS** [1] - 87:20
**FINE** [24] - 3:24, 4:18, 6:16, 6:17, 6:22, 22:24, 70:9, 75:3, 79:22, 80:11, 101:15, 109:7, 140:3, 160:25, 163:17, 194:25, 213:4, 228:25, 236:20, 240:10, 248:14, 249:19, 249:20, 258:3
**FINISH** [8] - 50:5, 59:14, 101:10, 101:24, 101:25, 148:15, 193:23, 257:10
**FINISHED** [5] - 90:16, 101:17, 101:22, 144:9
**FINISHING** [1] - 189:2
**FINNICKEY** [1] - 130:4
**FIRST** [68] - 3:8, 6:24, 9:13, 16:3, 32:9, 40:6, 57:2, 62:4, 62:10, 63:12, 63:14, 64:11, 66:4, 72:10, 72:11, 77:13, 83:24, 93:21, 99:18, 103:17, 113:22, 115:24, 116:22, 119:9, 127:2, 144:9, 150:2, 152:6, 153:20, 174:5, 177:14, 182:16, 186:3, 186:11, 186:16, 187:6, 189:4, 189:6, 196:3, 196:21, 196:25, 200:7, 202:16, 202:20, 202:22, 211:15, 213:1, 217:10, 223:19, 224:6, 226:5, 228:9, 228:19, 229:3, 229:9, 234:5, 234:15, 235:3, 238:7, 238:24, 240:21, 240:25, 251:5, 251:6, 251:7, 251:8
**FIRSTHAND** [2] - 26:23, 52:21
**FIT** [1] - 64:15
**FIVE** [10] - 10:11, 33:19, 58:16, 58:17, 60:1, 66:8, 70:1, 70:6, 70:10, 194:1

**FIVE-MINUTE** [1] - 70:6

**FIXATIONS** [1] - 14:4

**FLEXIBLE** [1] - 170:21

**FLIP** [1] - 246:17

**FLMA** [1] - 27:6

**FLOAT** [1] - 6:1

**FLOOR** [4] - 6:23, 7:7, 27:24, 70:13

**FLOP** [1] - 27:24

**FLORIDA** [1] - 169:24

**FLOW** [2] - 176:18, 214:16

**FOCUS** [12] - 23:14, 44:10, 85:9, 97:17, 98:14, 100:21, 100:25, 110:12, 116:9, 137:8, 158:13, 241:24

**FOCUSED** [6] - 90:23, 128:10, 149:3, 171:1, 192:1, 252:11

**FOCUSING** [2] - 132:13, 144:16

**FOLKS** [1] - 111:21

**FOLLOW** [11] - 28:6, 29:21, 31:14, 76:17, 77:12, 78:23, 79:1, 114:4, 123:17, 123:18, 172:14

**FOLLOW-UP** [6] - 31:14, 77:12, 78:23, 79:1, 114:4, 172:14

**FOLLOWED** [2] - 251:20, 252:16

**FOLLOWING** [4] - 39:10, 66:8, 155:23, 235:16

**FOLLOWS** [1] - 207:1

**FOOD** [1] - 98:12

**FOR** [575] - 1:2, 2:4, 4:20, 5:4, 5:9, 5:11, 5:19, 5:24, 6:5, 6:25, 7:3, 7:24, 9:9, 9:25, 10:11, 10:15, 10:22, 11:12, 12:3, 12:14, 12:17, 12:25, 13:7, 13:12, 15:3, 16:1, 16:10, 16:14, 16:24, 17:3, 17:5, 18:13, 18:23, 18:24, 19:4, 19:7, 19:12, 19:20, 20:1, 20:6, 20:8, 20:9, 20:10, 20:12, 20:19, 20:22, 21:6, 21:8, 21:10, 22:5, 22:12, 23:22, 24:2, 24:15, 24:24, 25:2, 25:9, 26:9, 27:12, 27:19, 27:20, 28:5,

28:6, 28:10, 28:22, 29:10, 29:17, 29:20, 29:22, 30:2, 30:8, 30:11, 30:21, 31:16, 33:3, 33:15, 33:17, 33:19, 33:23, 34:4, 34:16, 35:5, 36:6, 36:7, 36:16, 37:1, 37:3, 37:8, 37:24, 38:15, 40:13, 42:8, 42:22, 42:24, 43:1, 43:17, 43:20, 43:22, 44:17, 45:21, 46:12, 46:21, 47:5, 47:6, 47:14, 49:3, 49:4, 49:8, 49:9, 49:20, 49:21, 49:25, 50:1, 50:7, 50:8, 50:17, 50:21, 51:2, 53:6, 53:12, 53:14, 53:21, 54:18, 54:21, 56:10, 56:20, 57:6, 57:16, 58:1, 58:10, 58:19, 58:24, 59:4, 60:10, 60:13, 60:21, 61:4, 61:19, 62:5, 62:6, 62:13, 62:20, 63:11, 63:24, 64:1, 64:10, 64:16, 64:17, 65:7, 65:12, 65:13, 65:14, 65:25, 66:11, 67:2, 67:3, 67:7, 67:13, 67:20, 68:1, 68:5, 68:8, 68:11, 68:20, 68:25, 69:17, 70:14, 70:18, 70:22, 71:1, 71:22, 72:7, 72:23, 73:2, 73:14, 73:21, 74:1, 74:8, 74:16, 74:19, 75:1, 75:18, 76:3, 76:13, 77:6, 77:7, 77:8, 77:18, 77:19, 78:1, 78:10, 78:16, 78:19, 79:4, 79:16, 79:24, 80:10, 82:3, 82:5, 82:7, 83:11, 83:23, 84:17, 84:18, 85:17, 86:4, 86:14, 87:7, 87:12, 88:10, 89:2, 89:7, 89:9, 89:23, 90:5, 90:15, 90:18, 90:19, 92:6, 92:23, 92:24, 93:11, 93:23, 94:2, 94:20, 94:22, 94:23, 95:3, 95:21, 96:2, 97:11, 97:15, 97:21, 98:2, 98:8, 98:12, 99:5, 99:14, 100:5, 100:17, 100:18, 101:22, 101:24,

101:25, 102:9, 104:3, 104:24, 105:5, 106:20, 106:25, 108:3, 108:15, 108:16, 108:19, 109:14, 109:17, 110:3, 110:9, 110:11, 110:13, 111:24, 112:1, 112:22, 112:25, 113:8, 114:9, 114:20, 115:15, 116:1, 116:9, 117:18, 118:11, 120:2, 120:4, 120:12, 120:19, 121:9, 121:13, 121:14, 121:17, 122:6, 123:5, 123:21, 123:22, 123:23, 124:14, 124:17, 124:18, 125:4, 125:8, 125:17, 127:5, 127:15, 127:17, 127:23, 127:24, 128:12, 128:13, 128:18, 129:2, 129:15, 129:18, 129:23, 129:25, 130:5, 131:1, 131:16, 131:23, 132:1, 132:5, 134:20, 135:2, 135:3, 135:16, 135:24, 136:25, 137:1, 137:10, 137:14, 137:17, 137:20, 137:22, 138:9, 138:10, 138:11, 138:14, 138:17, 139:21, 139:22, 139:23, 140:5, 140:22, 141:15, 141:21, 143:4, 143:13, 144:4, 144:24, 145:5, 145:6, 145:13, 145:16, 145:18, 146:11, 146:12, 146:22, 146:24, 147:3, 147:4, 147:16, 147:25, 148:14, 151:13, 151:19, 152:11, 152:14, 152:17, 152:25, 153:1, 153:20, 154:20, 154:21, 155:24, 155:25, 156:1,

156:3, 156:12, 156:24, 157:19, 157:21, 157:24, 158:5, 158:6, 158:7, 158:11, 159:10, 159:19, 161:5, 161:6, 162:3, 162:22, 163:1, 163:4, 163:7, 163:11, 164:13, 164:20, 165:5, 165:7, 165:18, 166:6, 166:8, 166:10, 166:23, 167:7, 167:10, 167:15, 168:2, 168:11, 168:17, 169:14, 170:16, 171:3, 171:4, 171:7, 173:9, 173:12, 173:18, 173:24, 174:3, 174:19, 174:22, 175:2, 175:5, 176:4, 177:14, 177:20, 177:23, 177:25, 178:18, 179:9, 180:23, 181:21, 184:7, 184:17, 184:18, 185:22, 187:11, 187:12, 187:13, 187:17, 188:9, 188:14, 190:16, 191:6, 191:7, 191:10, 192:12, 192:19, 192:23, 194:21, 195:7, 195:8, 195:10, 195:15, 195:18, 196:10, 196:21, 196:23, 196:25, 200:13, 201:2, 201:19, 202:3, 204:23, 205:22, 206:3, 206:23, 206:25, 208:19, 209:6, 210:16, 212:14, 213:14, 214:2, 214:6, 215:11, 216:9, 218:14, 219:3, 220:2, 220:16, 222:20, 222:21, 223:3, 223:4, 223:5, 223:14, 223:15, 225:2, 226:1, 226:14, 229:1, 229:15, 229:21, 230:12, 231:3, 232:4, 232:11,

232:13, 233:4, 235:11, 236:2, 236:17, 236:21, 238:11, 239:19, 239:21, 239:25, 241:12, 242:17, 242:23, 243:18, 243:20, 243:22, 244:5, 244:10, 245:16, 246:5, 246:8, 246:19, 247:9, 249:9, 249:22, 250:11, 250:13, 250:17, 250:22, 251:9, 251:10, 251:11, 251:15, 252:6, 252:13, 252:22, 252:23, 252:24, 253:4, 253:12, 253:14, 253:24, 254:3, 254:19, 254:21, 255:10, 257:8, 258:4

**FORCED** [1] - 214:1

**FOREGOING** [1] - 258:11

**FOREIGN** [1] - 231:3

**FOREVER** [1] - 207:2

**FORGET** [2] - 176:11, 210:15

**FORGETTING** [1] - 12:1

**FORGOTTEN** [1] - 169:2

**FORM** [24] - 34:7, 94:1, 135:12, 176:6, 176:7, 198:24, 199:1, 199:8, 199:15, 199:23, 200:3, 201:14, 201:18, 230:3, 235:18, 235:23, 236:5, 236:10, 236:15, 237:19, 238:13, 251:7, 251:8

**FORMAL** [3] - 133:9, 133:16, 133:20

**FORMER** [3] - 4:15, 217:11, 246:4

**FORMERLY** [1] - 39:14

**FORMS** [1] - 27:19

**FORTITUDE** [1] - 56:4

**FORWARD** [7] - 8:12, 84:7, 99:17, 120:3, 131:17, 151:12, 197:12

**FOUND** [5] - 30:18, 38:20, 41:10, 146:2,

229:24
FOUNDATION [10] -
56:25, 58:24, 67:7,
67:19, 82:17, 84:3,
87:4, 101:12,
102:16, 106:16
FOUNDATIONS [2] -
181:19, 181:24
FOUNDED [2] - 98:25,
99:17
FOUNDER [1] - 99:23
FOUNDING [1] -
122:11
FOUR [13] - 10:11,
26:2, 26:5, 48:5,
48:8, 66:15, 149:25,
176:13, 177:21,
177:24, 178:3, 256:9
FOURTH [1] - 187:1
FRAME [4] - 153:2,
166:12, 179:12,
218:18
FREE [2] - 148:25,
257:21
FREQUENTLY [2] -
36:15, 36:18
FRESHMAN [3] -
96:18, 181:10
FRIDAY [2] - 91:6,
230:21
FRIEND [1] - 172:19
FRIENDS [2] - 91:23,
123:13
FROM [174] - 3:17,
5:8, 6:18, 9:23, 16:8,
21:23, 22:8, 22:22,
25:24, 26:1, 31:2,
33:2, 38:9, 39:23,
48:9, 51:5, 52:6,
57:4, 57:10, 58:21,
59:21, 59:23, 65:5,
65:21, 66:8, 66:12,
66:22, 66:23, 67:10,
67:11, 67:17, 67:19,
67:21, 68:12, 73:25,
76:11, 76:18, 84:5,
84:15, 85:14, 85:16,
85:18, 87:24, 88:6,
91:16, 91:17, 92:12,
92:17, 93:24, 95:19,
95:22, 95:23, 96:1,
97:19, 98:5, 98:9,
99:5, 99:6, 99:9,
99:24, 100:19,
102:11, 103:14,
103:21, 104:8,
105:13, 105:14,
106:11, 107:5,
108:24, 111:10,
111:11, 114:17,

114:18, 115:4,
116:7, 118:8,
120:10, 123:12,
124:9, 125:2,
126:25, 127:1,
128:17, 137:13,
138:7, 139:5,
139:20, 140:2,
140:8, 143:24,
144:21, 151:12,
151:16, 153:13,
154:13, 154:17,
155:11, 155:14,
161:17, 163:22,
164:18, 165:15,
168:13, 170:1,
170:3, 172:14,
172:24, 176:10,
187:16, 187:21,
188:15, 189:8,
196:14, 203:2,
204:13, 207:15,
211:14, 212:16,
215:14, 216:1,
217:14, 218:4,
218:11, 218:19,
219:24, 221:8,
222:12, 223:1,
223:22, 224:2,
230:22, 231:17,
233:1, 233:20,
234:6, 234:8,
234:25, 235:23,
238:23, 239:25,
241:4, 241:14,
241:16, 241:21,
242:4, 242:6,
242:13, 243:7,
243:17, 243:24,
245:21, 246:1,
247:13, 247:16,
248:4, 248:7,
248:20, 248:24,
249:15, 249:18,
252:12, 254:9,
255:1, 256:11,
256:15, 257:6,
258:12
FRONT [11] - 24:5,
24:6, 25:12, 39:20,
45:12, 58:22, 90:8,
90:10, 90:23,
186:13, 191:5
FRUSTRATED [1] -
91:22
FRUSTRATION [2] -
224:4, 225:12
FULL [9] - 30:1, 83:23,
97:8, 99:8, 143:19
FULL-TIME [1] - 83:23

FULLNESS [1] -
144:24
FULLY [1] - 49:4
FUN [1] - 169:11
FUNCTION [7] -
19:15, 19:17, 20:23,
49:24, 50:5, 75:19,
155:22
FUNCTIONAL [6] -
19:12, 19:19, 19:22,
39:2, 49:24, 73:20
FUNCTIONALLY [1] -
51:6
FUNDING [1] - 94:22
FUNNY [2] - 150:19,
150:21
FURTHER [7] - 69:21,
72:1, 91:17, 170:14,
171:21, 183:10,
250:11
FUTURE [2] - 94:7,
110:13

## G

G.P.A [11] - 102:6,
102:13, 102:15,
179:14, 179:18,
186:7, 186:11,
186:19, 186:24,
187:2
GAD-7 [3] - 42:2, 42:5,
42:6
GAMBLE [1] - 167:3
GAP [3] - 145:5,
168:24, 256:23
GATHER [8] - 25:24,
26:1, 58:21, 59:21,
59:23, 65:5, 66:23,
73:23
GAUGE [2] - 75:15,
192:21
GAUGING [1] - 194:23
GAVE [23] - 35:11,
36:10, 97:10,
108:20, 117:12,
131:15, 137:24,
137:25, 142:11,
167:19, 181:15,
182:10, 212:21,
217:16, 218:1,
218:3, 218:4, 218:9,
218:12, 218:14,
218:20
GEARS [2] - 50:18,
54:19
GELLER [2] - 4:2, 4:7
GENERAL [9] - 56:13,
76:21, 76:23,
108:25, 183:1,

183:3, 183:4, 183:6,
242:3
GENERALIZED [1] -
127:16
GENERALLY [8] -
14:22, 25:5, 74:25,
80:14, 80:22, 81:8,
89:11, 93:11
GENUINENESS [1] -
140:2
GET [70] - 6:15, 27:3,
27:12, 27:13, 33:16,
34:12, 36:16, 38:3,
51:13, 51:16, 53:4,
53:6, 53:10, 54:11,
54:16, 60:7, 67:2,
79:24, 81:20, 91:10,
91:18, 91:21, 91:25,
94:4, 96:16, 98:15,
106:25, 112:24,
123:5, 124:1, 126:9,
135:17, 138:3,
145:23, 146:1,
146:19, 148:8,
151:1, 153:5,
160:10, 162:13,
164:5, 164:25,
165:19, 171:15,
176:18, 195:4,
196:18, 198:2,
200:25, 201:1,
201:2, 203:15,
207:9, 213:17,
215:14, 216:6,
216:9, 217:4,
222:21, 225:12,
236:2, 236:21,
247:16, 250:10,
250:18, 250:23,
256:9
GETS [5] - 106:22,
162:18, 220:20,
229:4, 229:6
GETTING [16] - 98:14,
103:21, 107:3,
110:11, 112:15,
112:19, 112:20,
112:21, 123:11,
123:12, 153:1,
169:15, 176:17,
183:15, 192:1, 249:5
GIVE [51] - 6:7, 8:10,
8:13, 9:16, 9:18,
27:8, 33:7, 33:9,
49:9, 56:11, 62:5,
84:24, 87:13, 88:24,
93:12, 94:9, 94:19,
97:4, 97:6, 99:24,
104:18, 104:20,
106:17, 108:2,

122:2, 122:4,
125:10, 130:1,
149:15, 149:21,
151:25, 152:13,
155:15, 159:15,
160:12, 163:6,
165:12, 165:14,
166:16, 171:3,
192:11, 193:10,
211:18, 212:5,
216:22, 216:22,
217:18, 218:16,
227:14, 255:24
GIVEN [35] - 42:22,
58:21, 59:20, 66:23,
72:21, 84:18, 85:13,
94:22, 96:15,
102:19, 103:13,
116:10, 117:14,
120:18, 124:6,
125:15, 131:10,
131:12, 147:8,
147:22, 148:11,
152:16, 157:5,
166:22, 172:4,
179:12, 192:8,
204:5, 205:23,
206:20, 213:25,
218:19, 221:7,
232:11, 255:10
GIVING [3] - 84:13,
122:5, 140:17
GLIGOR [2] - 1:18,
258:16
GLITCH [1] - 95:8
GO [126] - 3:14, 4:13,
6:14, 7:7, 7:18, 8:3,
9:19, 12:13, 23:4,
28:16, 33:12, 33:19,
34:11, 36:7, 37:17,
37:20, 37:21, 40:1,
48:1, 48:7, 53:6,
54:16, 55:6, 56:5,
57:15, 61:21, 62:4,
63:14, 64:13, 68:14,
68:18, 71:10, 71:23,
76:18, 77:12, 80:8,
86:18, 87:14, 91:19,
91:24, 92:9, 96:17,
96:20, 96:22, 98:11,
98:13, 102:22,
104:5, 105:2,
107:24, 108:8,
108:16, 109:18,
111:17, 112:20,
112:21, 112:25,
114:20, 115:15,
115:20, 120:13,
121:17, 121:25,
127:19, 129:1,

130:3, 132:12,
134:23, 138:19,
144:12, 144:13,
147:3, 149:25,
153:25, 154:1,
154:19, 158:15,
163:2, 164:10,
165:19, 168:1,
172:8, 180:20,
182:2, 182:3,
182:11, 182:15,
187:12, 187:14,
188:11, 189:11,
191:13, 194:18,
196:24, 197:13,
204:20, 206:24,
207:9, 212:6,
216:16, 217:5,
218:15, 222:24,
223:18, 228:24,
230:1, 230:15,
230:16, 231:15,
233:13, 236:14,
237:16, 240:9,
240:14, 243:1,
244:21, 246:12,
247:6, 248:12,
250:10, 250:22,
252:4, 253:15,
254:21, 256:11,
256:18
**GOALS** [3] - 30:5,
49:20, 103:24
**GOES** [1] - 89:18
**GOING** [118] - 8:10,
8:11, 8:13, 11:14,
19:1, 24:7, 27:20,
27:21, 35:8, 41:15,
44:6, 46:15, 46:16,
46:17, 52:9, 55:5,
56:11, 57:6, 60:4,
60:21, 60:24, 61:3,
61:18, 67:8, 67:18,
75:5, 75:7, 76:5,
76:24, 80:9, 81:17,
81:20, 87:11, 87:19,
88:9, 88:16, 89:13,
90:9, 94:4, 96:10,
100:7, 100:15,
101:5, 106:14,
107:23, 112:18,
112:20, 114:20,
114:23, 118:13,
120:2, 120:3,
120:11, 120:17,
120:18, 123:10,
129:16, 130:3,
130:9, 130:16,
131:17, 134:11,
136:10, 136:17,
140:21, 140:24,

149:17, 149:25,
153:25, 159:7,
162:8, 162:16,
162:25, 163:6,
163:22, 164:4,
164:5, 164:7,
164:14, 165:1,
165:2, 166:14,
168:3, 169:17,
172:2, 172:5,
172:23, 176:18,
180:5, 182:19,
194:4, 197:6,
197:12, 199:20,
206:22, 206:24,
215:6, 216:8,
220:25, 227:6,
227:11, 238:24,
240:4, 240:8,
240:16, 240:21,
242:21, 245:18,
246:16, 248:17,
251:3, 251:4, 254:6,
255:23, 257:5
**GOLD** [2] - 24:3, 24:7
**GONE** [2] - 54:9,
213:13
**GOOD** [28] - 4:24,
4:25, 7:6, 7:16, 7:19,
8:7, 14:16, 14:18,
55:17, 60:18, 64:15,
70:7, 79:8, 88:10,
94:4, 97:11, 97:23,
98:15, 104:16,
107:3, 148:15,
172:12, 172:13,
174:13, 221:9,
225:7, 227:12
**GOSH** [1] - 244:11
**GOT** [17] - 3:13, 62:11,
107:14, 118:12,
119:7, 130:6,
130:15, 131:7,
133:23, 138:1,
150:14, 150:15,
167:1, 190:22,
217:17, 231:1
**GOTCHA** [2] - 214:21,
214:23
**GOTTEN** [1] - 67:11
**GOVERNMENT** [2] -
98:1, 173:13
**GRABBING** [1] - 104:6
**GRAD** [1] - 132:11
**GRADE** [21] - 83:24,
84:8, 84:9, 90:6,
90:9, 90:10, 96:17,
96:21, 97:10, 97:14,
97:19, 102:15,
103:17, 117:8,

177:14, 177:20,
177:23, 181:8,
181:12
**GRADED** [1] - 203:23
**GRADES** [8] - 91:25,
98:14, 116:16,
116:25, 118:3,
118:9, 118:14
**GRADING** [2] -
215:13, 226:23
**GRADUATE** [6] - 65:8,
65:9, 123:11,
123:12, 192:1,
247:14
**GRADUATED** [14] -
56:4, 99:23, 116:7,
126:8, 133:1,
166:17, 168:25,
174:5, 179:17,
179:20, 187:21,
189:7, 192:3, 192:6
**GRADUATES** [6] -
66:18, 135:9, 153:1,
165:25, 167:15,
231:3
**GRADUATING** [4] -
96:10, 96:11, 119:3,
190:4
**GRADUATION** [5] -
66:8, 66:12, 98:18,
121:3, 121:15
**GRANDKIDS** [1] -
83:20
**GRASP** [1] - 165:21
**GREAT** [6] - 6:3, 6:10,
17:20, 71:15,
140:18, 215:16
**GREATER** [1] - 50:11
**GREW** [2] - 96:9,
189:18
**GROUND** [1] - 172:4
**GROUNDS** [1] - 55:2
**GROUNDWORK** [1] -
120:12
**GROWN** [1] - 54:8
**GUARANTEE** [1] -
150:23
**GUARDIAN** [1] - 38:11
**GUARDRAILS** [3] -
23:13, 23:14, 23:23
**GUESS** [6] - 60:17,
72:11, 106:21,
205:19, 244:25
**GUESSING** [1] -
120:10
**GUEST** [1] - 62:20
**GUIDANCE** [3] - 94:6,
163:6, 252:13
**GUIDELINE** [1] -
23:11

**GUIDELINES** [10] -
66:25, 129:4,
206:15, 222:20,
222:21, 232:12,
251:9, 251:18, 252:6
**GUYS** [5] - 3:22,
150:14, 189:13,
206:16, 217:17
**GUYS'S** [1] - 206:15

# H

**H-1** [1] - 66:17
**HACKMAN** [2] -
256:16, 256:19
**HACKMAN'S** [1] -
143:20
**HAD** [121] - 3:19, 10:9,
10:14, 38:4, 38:18,
43:7, 43:16, 55:24,
55:25, 73:17, 74:22,
75:24, 84:6, 84:9,
84:19, 85:1, 85:16,
85:24, 86:6, 86:7,
92:11, 92:16, 92:19,
94:6, 94:23, 95:9,
96:14, 96:18, 96:21,
97:15, 97:21, 99:4,
100:23, 101:17,
102:5, 102:6,
102:12, 102:14,
103:19, 113:22,
115:7, 117:17,
118:8, 119:5,
119:15, 119:18,
119:20, 123:12,
126:8, 127:8, 128:8,
130:16, 130:23,
132:3, 132:17,
132:23, 133:1,
133:4, 133:7,
133:14, 134:3,
135:9, 135:18,
137:9, 139:25,
140:2, 140:23,
142:8, 142:20,
143:15, 144:5,
145:25, 146:16,
147:6, 154:2,
157:16, 157:25,
158:3, 165:15,
165:16, 166:9,
166:25, 168:13,
168:16, 169:9,
170:2, 170:7,
172:14, 174:7,
185:21, 191:22,
192:3, 192:5,
196:11, 198:7,
198:23, 203:22,
205:19, 209:25,

211:6, 211:13,
211:15, 212:21,
213:10, 216:22,
218:21, 219:5,
224:24, 227:3,
237:5, 239:5,
253:24, 254:23,
257:12
**HAIRS** [1] - 140:17
**HALF** [3] - 91:24,
149:10, 200:14
**HALF-HOUR** [1] -
149:10
**HALFWAY** [1] -
254:22
**HALLUCINATIONS**
[1] - 30:23
**HAMPTON** [1] - 1:15
**HAND** [13] - 7:20,
74:12, 74:14, 83:8,
84:20, 88:7, 88:10,
89:8, 93:20, 107:8,
170:4, 182:17,
239:21
**HANDLE** [1] - 63:19
**HANDS** [1] - 183:19
**HANNA** [4] - 101:8,
101:23, 181:15,
182:10
**HAPPEN** [4] - 23:20,
74:5, 77:7, 85:5
**HAPPENED** [5] - 54:2,
100:24, 108:23,
113:5, 163:10
**HAPPENING** [10] -
13:24, 24:5, 24:8,
24:10, 27:6, 31:11,
33:22, 46:18, 76:24,
99:21
**HAPPENS** [4] - 54:5,
107:20, 109:5,
150:21
**HAPPILY** [1] - 173:3
**HAPPY** [3] - 5:10,
39:5, 146:8
**HARD** [3] - 29:15,
55:24, 89:1, 89:2,
116:9, 126:7, 161:4,
167:5, 169:6,
177:25, 180:23,
215:10, 257:12
**HAS** [81] - 29:21, 30:1,
30:5, 30:6, 30:8,
30:10, 30:14, 30:18,
32:5, 35:15, 38:18,
38:20, 39:13, 41:8,
41:9, 43:11, 43:14,
43:20, 44:6, 44:20,
49:22, 52:6, 54:1,
54:2, 56:24, 74:1,

74:4, 74:7, 77:11, 82:14, 82:15, 82:19, 87:8, 88:2, 98:19, 99:1, 102:2, 104:8, 104:9, 105:15, 110:9, 110:17, 111:22, 116:2, 122:2, 125:7, 126:24, 127:11, 127:20, 136:14, 139:6, 139:9, 139:21, 141:3, 141:6, 144:6, 144:13, 145:8, 146:9, 146:17, 147:2, 148:12, 148:24, 149:23, 155:11, 155:23, 176:7, 176:19, 185:9, 185:21, 201:9, 213:13, 225:9, 226:14, 226:17, 228:8, 229:19, 241:25, 251:8

**HASN'T** [2] - 213:22, 213:23

**HATE** [2] - 5:3, 70:24

**HAVE** [392] - 3:4, 3:11, 4:3, 5:10, 5:23, 5:25, 9:11, 10:3, 10:5, 10:6, 10:8, 10:14, 10:17, 10:19, 10:20, 10:22, 10:23, 13:4, 13:8, 15:20, 16:4, 16:7, 16:14, 16:15, 16:16, 16:17, 16:18, 19:10, 19:11, 20:16, 20:17, 21:12, 22:7, 23:13, 23:23, 23:24, 24:2, 24:3, 24:4, 24:8, 24:16, 24:17, 24:21, 24:22, 24:25, 26:10, 27:1, 27:3, 27:11, 27:14, 27:22, 28:1, 30:12, 32:3, 32:10, 32:13, 32:14, 32:15, 32:18, 32:20, 34:2, 35:17, 36:1, 36:19, 36:24, 42:21, 43:7, 43:8, 43:9, 43:10, 43:16, 44:4, 44:11, 44:16, 44:18, 44:23, 44:25, 48:5, 49:2, 49:4, 49:17, 49:20, 51:21, 52:6, 52:23, 53:9, 53:21, 53:22, 54:4, 54:8, 54:9, 54:13, 54:14, 56:12, 60:7, 62:15, 62:17, 62:19, 63:17,

63:20, 64:10, 66:17, 66:25, 67:10, 68:1, 68:4, 68:14, 68:15, 68:18, 69:21, 70:1, 70:19, 71:16, 71:20, 72:1, 72:3, 72:7, 72:21, 72:24, 73:1, 73:2, 73:14, 73:21, 74:5, 74:10, 74:15, 74:16, 74:22, 75:22, 75:24, 77:1, 77:2, 78:22, 79:1, 79:8, 80:12, 80:24, 81:19, 82:3, 82:20, 85:7, 85:12, 85:17, 86:14, 87:14, 88:2, 89:14, 90:22, 91:15, 92:12, 92:21, 94:17, 95:7, 95:13, 96:14, 97:6, 97:8, 98:9, 99:9, 99:10, 102:3, 102:4, 102:6, 103:18, 104:13, 104:18, 105:19, 106:9, 106:13, 106:19, 106:21, 107:13, 109:11, 110:8, 110:15, 111:21, 113:15, 114:6, 114:15, 114:23, 115:15, 116:12, 116:18, 116:19, 116:20, 118:3, 118:17, 118:25, 119:12, 119:25, 121:6, 122:4, 122:7, 122:23, 124:9, 125:3, 125:8, 125:10, 125:12, 127:8, 128:8, 129:6, 130:13, 131:4, 131:13, 131:20, 132:15, 132:17, 133:20, 134:4, 136:23, 138:5, 138:6, 138:11, 139:6, 139:13, 140:5, 140:16, 141:12, 142:4, 142:22, 143:3, 145:2, 145:4, 145:21, 145:23, 146:5, 146:16, 146:25, 147:11, 147:16, 147:19, 147:20, 147:21, 147:23, 147:24, 148:2, 148:4, 149:24, 150:12, 151:24, 152:7, 152:9, 152:10,

153:7, 153:18, 156:2, 156:16, 156:20, 157:23, 158:13, 158:14, 158:16, 160:21, 161:7, 161:9, 162:11, 162:23, 163:10, 164:7, 164:17, 164:19, 165:8, 165:12, 165:16, 165:17, 165:18, 166:12, 166:13, 166:23, 167:25, 168:9, 168:12, 168:14, 168:21, 168:25, 169:2, 169:8, 169:10, 170:1, 170:14, 170:17, 171:20, 172:6, 174:3, 175:7, 176:1, 176:2, 176:6, 176:8, 176:10, 176:12, 177:2, 178:21, 181:2, 181:4, 182:14, 184:17, 184:25, 186:12, 189:11, 189:12, 189:17, 191:5, 191:23, 193:9, 195:9, 195:14, 195:23, 200:9, 202:2, 204:16, 206:8, 206:16, 211:22, 212:15, 213:25, 214:1, 214:3, 214:6, 214:13, 214:24, 215:1, 215:5, 215:14, 217:6, 217:15, 218:19, 219:6, 220:18, 220:21, 225:10, 227:15, 228:12, 228:19, 230:5, 231:1, 231:9, 231:12, 231:13, 235:10, 235:16, 235:25, 236:12, 237:6, 237:9, 237:12, 237:15, 239:13, 239:17, 239:18, 239:19, 239:22, 239:24, 240:12, 242:17, 243:6, 244:10, 245:2, 245:10, 245:25, 246:16, 247:3, 247:15, 252:7, 252:25, 253:17, 254:4,

256:24, 257:15, 258:2

**HAVEN'T** [2] - 166:17, 227:2

**HAVING** [18] - 29:14, 52:10, 75:23, 81:14, 81:19, 92:25, 96:8, 96:25, 97:7, 116:1, 125:4, 140:14, 141:1, 161:19, 172:25, 212:18

**HAZARD** [1] - 60:17

**HE** [69] - 3:19, 3:20, 6:8, 6:9, 29:21, 29:24, 30:5, 30:11, 30:12, 30:18, 32:11, 41:8, 41:9, 43:14, 54:1, 58:24, 80:19, 81:5, 81:10, 87:8, 87:9, 92:3, 106:12, 106:13, 106:18, 107:4, 108:23, 109:2, 110:9, 110:13, 110:14, 111:20, 111:21, 111:22, 127:10, 127:13, 127:14, 127:16, 127:17, 127:20, 139:9, 139:21, 139:22, 139:23, 140:18, 140:19, 144:16, 145:16, 145:17, 145:25, 146:8, 146:9, 150:17, 150:19, 218:22, 226:15, 227:8, 231:24, 250:3, 250:4

**HE'S** [2] - 3:16, 150:23

**HEAD** [5] - 8:21, 55:15, 164:4, 164:14, 167:2

**HEADER** [1] - 230:18

**HEADINGS** [1] - 160:24

**HEADPHONES** [2] - 30:15, 47:17

**HEALTH** [52] - 8:25, 10:4, 11:8, 12:6, 12:8, 12:15, 12:16, 12:19, 12:20, 14:21, 14:22, 15:17, 16:1, 16:12, 17:25, 39:23, 44:13, 45:6, 48:4, 51:7, 52:15, 52:20, 52:22, 53:2, 53:6, 53:10, 53:16, 76:12, 76:16, 77:2, 102:23, 105:13, 111:12, 126:12, 126:25,

142:15, 142:21, 143:8, 144:12, 175:24, 176:15, 217:10, 217:22, 218:1, 239:25, 241:4, 241:14, 241:17, 241:22, 242:6, 242:14, 248:5

**HEALTHCARE** [1] - 80:16

**HEAR** [14] - 6:8, 7:15, 7:17, 59:12, 72:19, 82:18, 86:23, 87:16, 88:10, 89:9, 106:16, 163:18, 167:19, 189:11

**HEARD** [10] - 55:4, 84:5, 88:4, 92:12, 104:8, 132:15, 149:5, 172:24, 227:13, 244:24

**HEARING** [3] - 4:2, 64:7, 249:16

**HEART** [1] - 100:25

**HEAVILY** [3] - 138:17, 173:6, 173:8

**HECTIC** [1] - 192:6

**HELD** [3] - 10:6, 10:8, 10:11

**HELLO** [2] - 3:2, 4:22

**HELP** [28] - 5:24, 6:6, 6:14, 8:14, 28:16, 28:24, 39:3, 43:18, 43:19, 73:5, 95:1, 99:13, 107:14, 110:12, 114:2, 115:21, 115:22, 119:17, 143:14, 143:22, 155:17, 168:2, 193:12, 195:20, 197:5, 199:5, 211:18, 213:16

**HELPFUL** [16] - 15:6, 71:1, 88:9, 93:11, 100:17, 100:18, 100:20, 107:10, 114:8, 114:20, 114:23, 127:15, 170:22, 171:14, 197:12

**HELPS** [1] - 27:22

**HEN** [1] - 150:18

**HER** [39] - 4:3, 20:22, 44:17, 85:1, 85:2, 85:5, 86:13, 86:16, 89:2, 98:3, 98:4, 101:21, 111:20, 113:19, 135:2, 146:11, 146:23,

158:16, 168:21,
169:18, 171:13,
171:16, 203:8,
216:12, 226:2,
226:24, 227:4,
245:10, 245:16,
247:21, 247:22,
249:18, 249:21,
249:22, 249:23,
250:18
**HERE** [218] - 4:21,
8:12, 19:21, 21:1,
21:6, 22:18, 25:9,
25:15, 25:22, 26:3,
28:17, 29:4, 29:7,
31:2, 31:5, 34:23,
35:2, 35:4, 35:9,
35:10, 36:8, 36:10,
36:20, 37:2, 39:17,
39:22, 40:2, 40:7,
40:25, 41:16, 45:12,
50:18, 54:1, 54:6,
54:8, 54:10, 54:12,
54:20, 56:11, 57:9,
59:11, 59:19, 62:21,
63:4, 65:1, 65:2,
65:6, 65:17, 76:6,
79:13, 81:19, 83:21,
85:15, 86:23, 87:12,
87:17, 88:23, 92:13,
93:4, 93:5, 93:17,
93:19, 94:17, 95:6,
95:8, 96:5, 97:11,
99:16, 102:10,
102:12, 105:7,
105:15, 105:18,
106:8, 109:12,
109:15, 109:16,
109:19, 109:23,
110:7, 110:9,
110:16, 110:18,
110:19, 110:22,
111:7, 111:13,
111:16, 111:19,
115:3, 115:7,
115:12, 115:17,
116:17, 116:24,
117:1, 117:20,
118:1, 118:2, 118:9,
118:10, 118:14,
122:17, 122:19,
122:20, 124:6,
124:13, 124:23,
126:22, 126:24,
127:1, 127:2, 127:4,
127:11, 127:20,
128:10, 128:16,
129:4, 129:6,
129:17, 129:20,
130:7, 130:11,
130:19, 130:24,

131:18, 131:19,
132:3, 132:4, 132:9,
132:19, 133:4,
133:6, 133:8,
133:15, 133:25,
134:13, 134:17,
135:19, 135:22,
135:25, 136:1,
138:9, 138:24,
139:5, 139:16,
140:7, 141:10,
141:11, 141:19,
141:21, 142:4,
142:5, 142:10,
142:20, 143:6,
143:19, 144:1,
144:6, 144:8,
144:11, 144:23,
144:24, 145:12,
145:13, 145:25,
146:8, 146:14,
146:22, 150:11,
152:6, 153:15,
153:17, 153:22,
154:17, 154:18,
155:16, 155:19,
155:24, 156:11,
157:4, 157:11,
157:13, 158:7,
158:8, 159:19,
159:21, 159:25,
161:14, 161:15,
163:7, 164:22,
167:6, 170:9,
171:17, 176:18,
203:1, 205:4,
205:25, 212:23,
213:20, 215:2,
217:23, 219:20,
220:15, 229:9,
229:19, 230:21,
234:13, 234:14,
243:1, 250:2,
254:12, 254:24
**HERE'S** [1] - 156:6
**HESITATE** [2] - 8:18,
139:14
**HEY** [2] - 141:9,
166:13
**HI** [1] - 30:20
**HIDE** [1] - 164:18
**HIGH** [23] - 49:11,
60:1, 62:8, 72:25,
93:18, 95:20, 95:24,
96:16, 96:21, 98:18,
118:15, 124:10,
125:5, 133:18,
134:3, 138:17,
143:11, 147:7,
173:10, 179:3,

179:17, 180:1, 243:8
**HIGHER** [4] - 62:13,
62:14, 200:6, 204:17
**HIGHEST** [2] - 137:7
**HIGHLIGHTED** [1] -
154:8
**HIGHLIGHTING** [2] -
22:1, 22:11
**HIM** [30] - 20:22, 30:6,
30:8, 44:17, 47:25,
71:21, 74:1, 87:12,
88:2, 110:12, 127:7,
127:9, 138:2,
139:11, 139:12,
139:25, 140:5,
140:14, 140:17,
146:10, 150:17,
172:19, 172:20,
217:11, 218:3,
218:4, 218:14,
218:19, 218:20
**HIMSELF** [3] - 41:10,
88:2
**HINDSIGHT** [1] -
104:4
**HIS** [20] - 3:9, 3:19,
15:2, 22:5, 47:9,
61:16, 71:24, 80:20,
81:7, 87:6, 87:13,
89:14, 106:11,
108:24, 110:13,
127:23, 139:16,
139:23
**HISTORY** [24] - 29:18,
30:9, 32:12, 37:4,
37:12, 37:21, 37:22,
37:23, 37:24, 38:19,
41:18, 41:21, 41:24,
54:11, 99:23, 128:9,
141:7, 141:8, 144:8,
199:6, 199:21,
254:12
**HIT** [1] - 194:2
**HMM** [4] - 58:13,
78:20, 193:19, 217:8
**HOLBROOK** [6] -
247:17, 248:21,
249:5, 250:9,
254:10, 254:14
**HOLD** [11] - 12:5,
57:6, 83:25, 162:12,
171:7, 199:9, 219:8,
223:2, 223:8, 224:5,
224:23
**HOLDING** [1] - 84:6
**HOLIDAYS** [1] - 167:6
**HOME** [14] - 19:6,
19:8, 30:14, 85:7,
85:16, 91:11, 92:9,
92:14, 122:23,

123:13, 126:4,
126:5, 155:19,
194:16
**HOMEOSTASIS** [1] -
63:17
**HOMES** [1] - 135:4
**HOMEWORK** [1] -
117:10
**HOMICIDAL** [1] -
30:21
**HONEST** [3] - 133:3,
180:24, 198:11
**HONESTLY** [8] - 73:5,
73:9, 140:4, 149:16,
163:25, 198:25,
219:18, 241:6
**HONOR** [135] - 3:6,
4:1, 4:14, 4:18, 4:24,
5:3, 5:15, 6:19, 7:2,
7:9, 7:10, 7:17, 8:4,
13:5, 14:8, 14:13,
15:13, 21:21, 21:22,
22:18, 26:10, 26:12,
31:17, 31:19, 34:7,
35:14, 36:4, 42:12,
48:19, 48:21, 55:1,
55:7, 56:23, 58:23,
60:11, 60:14, 61:6,
61:14, 61:22, 64:12,
67:4, 67:6, 67:13,
67:23, 69:7, 69:20,
69:24, 70:8, 70:11,
70:15, 71:4, 72:5,
72:10, 75:1, 75:21,
76:15, 77:14, 78:23,
79:2, 79:7, 79:13,
80:2, 80:6, 81:10,
81:24, 82:2, 82:25,
83:4, 83:17, 86:19,
86:21, 86:24, 87:12,
89:10, 89:24, 89:25,
92:2, 93:5, 93:15,
93:25, 100:4, 100:9,
100:10, 101:3,
101:11, 102:23,
103:3, 105:1,
105:21, 106:8,
107:16, 108:22,
112:6, 114:25,
115:14, 121:18,
124:14, 124:22,
124:25, 136:14,
148:13, 149:7,
149:12, 150:6,
157:1, 156:19,
160:17, 162:8,
162:22, 167:20,
170:13, 203:9,
203:16, 207:17,
207:23, 208:8,

208:10, 208:21,
208:23, 209:11,
220:8, 220:11,
220:23, 221:20,
221:24, 224:14,
224:17, 227:2,
227:6, 232:16,
234:18, 239:24,
244:20, 257:4,
257:25
**HONORABLE** [1] -
1:11
**HONORS** [1] - 180:2
**HOOKED** [1] - 85:18
**HOPE** [10] - 8:25,
10:3, 12:6, 12:8,
12:16, 12:19, 28:13,
60:7, 144:17, 150:2
**HOPEFULLY** [3] -
24:10, 43:19, 171:9
**HOPKINS** [2] - 9:24,
54:7
**HORRIBLE** [2] - 118:4
**HOSPITAL** [6] - 9:24,
63:7, 64:3, 175:15,
175:16
**HOSPITALS** [1] -
175:12
**HOUR** [7] - 3:17, 37:9,
38:1, 53:21, 53:22,
149:10, 163:11
**HOURS** [8] - 33:15,
33:18, 33:19,
101:21, 170:4, 176:2
**HOUSE** [10] - 92:11,
115:4, 143:24,
150:18, 170:1,
218:20, 237:19,
238:13, 239:14
**HOUSEKEEPING** [2] -
3:25, 5:3
**HOW** [86] - 8:8, 8:11,
9:11, 10:2, 10:3,
10:6, 10:20, 11:3,
11:7, 13:6, 13:11,
16:7, 16:12, 16:22,
18:5, 18:6, 18:12,
22:6, 23:15, 27:15,
27:17, 28:16, 36:15,
36:18, 38:8, 39:1,
40:18, 49:3, 51:1,
58:14, 58:15, 59:4,
62:12, 63:17, 63:18,
64:2, 65:10, 67:18,
71:19, 73:3, 74:11,
75:17, 77:4, 79:20,
80:25, 81:16, 89:18,
90:18, 92:20, 95:2,
95:4, 100:11, 101:9,
101:24, 107:13,

114:5, 114:8, 114:22, 118:16, 120:13, 121:22, 121:23, 130:17, 133:21, 133:23, 148:21, 149:25, 154:2, 159:15, 159:16, 159:17, 160:13, 162:10, 164:4, 164:12, 164:13, 165:3, 165:17, 168:24, 170:2, 172:16, 185:4, 193:12, 251:10

**HOWEVER** [1] - 225:11

**HUB** [1] - 167:25

**HUGE** [4] - 30:8, 123:22, 134:21, 145:5

**HUH** [3] - 18:22, 134:11, 231:14

**HUMAN** [1] - 89:2

**HUNDREDS** [4] - 166:2, 166:3, 192:24

**HURT** [1] - 165:13

**HUSBAND** [1] - 168:16

**HYPER** [4] - 16:16, 105:16, 111:14

**HYPERACTIVE** [2] - 17:14, 142:14

**HYPERACTIVITY** [13] - 13:21, 16:17, 16:25, 19:2, 20:11, 20:17, 21:11, 26:4, 37:18, 45:16, 47:2, 106:4, 110:24

**HYPERGLYCEMIA** [1] - 111:22

---

**I**

**I'LL** [4] - 14:4, 95:7, 182:13, 248:7

**I'M** [61] - 4:8, 8:10, 8:11, 11:17, 11:22, 11:23, 19:5, 21:2, 43:5, 59:11, 64:4, 67:14, 69:15, 70:8, 72:10, 77:18, 80:7, 90:9, 92:14, 94:1, 95:24, 105:10, 107:1, 109:16, 111:17, 114:12, 120:2, 120:7, 126:15, 133:10, 140:24, 142:19, 148:5, 149:22,

154:5, 159:17, 160:19, 167:10, 167:24, 175:10, 177:22, 179:23, 183:4, 186:13, 194:13, 195:12, 197:4, 197:17, 202:14, 207:22, 220:11, 223:24, 224:7, 224:8, 224:16, 231:1, 238:24, 241:24, 247:25, 253:8

**I'VE** [1] - 154:18

**I.D** [1] - 122:20

**IDEA** [4] - 8:3, 6:10, 78:5, 170:7

**IDEATION** [2] - 30:21, 30:22

**IDENTIFICATION** [2] - 82:16, 151:18

**IDENTIFIED** [1] - 4:4

**IDENTIFIES** [1] - 54:1

**IDENTIFY** [5] - 18:23, 21:8, 25:14, 223:20, 234:4

**IEP** [3] - 78:11, 78:17, 78:18

**IF** [304] - 3:16, 4:3, 4:5, 5:9, 5:11, 6:8, 8:16, 8:19, 13:25, 17:15, 17:20, 17:22, 18:1, 19:4, 20:13, 21:2, 22:15, 25:10, 25:17, 25:21, 27:20, 28:23, 29:1, 32:8, 32:11, 33:19, 34:24, 35:15, 35:20, 35:22, 36:6, 36:7, 38:10, 38:13, 38:16, 38:24, 39:4, 39:25, 40:24, 41:13, 42:1, 42:7, 43:7, 43:18, 44:6, 44:11, 51:5, 53:25, 54:15, 57:14, 57:24, 58:25, 64:22, 65:16, 67:14, 70:2, 70:21, 71:2, 73:16, 75:7, 75:16, 75:17, 77:5, 81:10, 82:6, 82:8, 82:14, 82:15, 82:17, 82:18, 87:2, 92:16, 94:20, 94:21, 95:5, 97:6, 100:4, 100:20, 103:20, 105:8, 106:10, 107:17, 108:5, 108:7, 108:10, 108:15, 109:13, 109:15, 109:16, 109:25,

111:8, 111:16, 111:17, 112:6, 112:17, 113:6, 113:7, 114:6, 114:20, 115:13, 115:17, 116:3, 117:1, 117:12, 117:19, 117:25, 119:18, 120:2, 120:5, 121:6, 121:24, 122:1, 122:13, 122:14, 122:16, 122:23, 124:2, 126:13, 126:23, 127:19, 128:14, 128:20, 130:9, 130:22, 130:23, 130:24, 132:7, 133:5, 134:3, 134:17, 135:20, 138:1, 138:22, 139:13, 139:15, 140:4, 141:7, 141:17, 142:3, 142:6, 142:19, 143:5, 143:17, 143:22, 144:1, 144:22, 145:25, 146:20, 147:1, 147:12, 148:9, 148:16, 149:9, 149:10, 149:12, 150:17, 152:4, 153:13, 154:5, 154:7, 154:17, 155:6, 156:5, 157:3, 158:13, 159:11, 161:22, 162:12, 163:3, 163:15, 163:25, 164:16, 165:11, 165:14, 165:15, 167:9, 169:21, 171:4, 171:11, 172:1, 172:3, 172:6, 172:24, 177:13, 177:20, 179:13, 180:12, 180:19, 181:2, 181:6, 181:8, 181:17, 182:2, 182:11, 183:9, 185:8, 185:21, 186:3, 189:11, 189:12, 189:14, 191:12, 193:13, 193:22, 193:25, 194:23, 195:20, 195:21, 195:24, 196:3, 196:8, 197:5, 197:12, 197:16, 198:25, 199:14,

199:20, 200:15, 200:19, 201:13, 202:16, 202:19, 202:22, 204:20, 206:15, 206:20, 207:11, 208:2, 208:14, 209:2, 209:16, 210:2, 210:12, 210:17, 210:24, 212:4, 212:15, 216:16, 219:13, 219:18, 220:1, 220:12, 220:19, 222:1, 222:2, 222:24, 223:19, 224:1, 225:16, 226:12, 227:8, 227:14, 228:6, 228:17, 230:1, 230:14, 231:1, 231:6, 231:15, 231:24, 232:23, 233:14, 234:4, 235:13, 236:4, 236:19, 237:15, 237:16, 238:6, 238:16, 238:25, 239:13, 240:3, 240:12, 240:20, 241:6, 244:20, 248:11, 248:12, 248:23, 249:1, 249:24, 250:8, 250:15, 251:2, 251:21, 251:24, 252:4, 254:5, 254:12, 255:15, 256:8, 256:18, 257:7, 257:12

**IGNORANCE** [2] - 104:3, 104:12

**II** [1] - 117:3

**ILLEGAL** [2] - 145:23, 146:3

**ILLINOIS** [6] - 9:21, 9:24, 10:10, 63:15, 68:6, 172:18

**ILLNESS** [6] - 29:18, 37:13, 52:5, 74:25, 144:8, 254:13

**ILLUSTRATED** [1] - 155:22

**IMAGE** [1] - 99:24

**IMAGINE** [1] - 114:4

**IMG** [2] - 153:7, 164:8

**IMGS** [2] - 164:11, 187:13

**IMMEDIATELY** [2] - 188:21, 189:1

**IMPACT** [1] - 164:23

**IMPACTS** [1] - 11:7

**IMPAIRED** [1] - 51:7

**IMPAIRMENT** [5] - 19:19, 45:3, 73:20, 130:12, 173:1

**IMPAIRMENTS** [5] - 19:12, 19:23, 39:2, 49:24, 75:15

**IMPLYING** [1] - 82:9

**IMPORTANCE** [6] - 49:22, 98:17, 111:23, 135:25, 144:25, 147:10

**IMPORTANT** [16] - 16:21, 18:12, 18:14, 24:1, 39:12, 74:6, 74:12, 97:12, 99:12, 121:23, 141:10, 147:12, 147:15, 166:11, 183:17, 194:24

**IMPRESSION** [1] - 145:2

**IMPRESSIONS** [1] - 46:24

**IMPROPERLY** [1] - 226:17

**IMPROVED** [1] - 95:11

**IMPULSE** [1] - 41:10

**IMPULSIVE** [2] - 17:15, 44:10

**IMPULSIVENESS** [1] - 26:4

**IMPULSIVITY** [4] - 16:18, 16:24, 19:3, 37:18

**IN** [682] - 1:1, 3:3, 3:13, 4:2, 4:16, 5:4, 5:6, 5:11, 6:1, 7:7, 8:15, 8:18, 9:11, 10:7, 10:9, 10:10, 10:11, 11:2, 11:6, 11:18, 12:4, 12:15, 12:23, 13:20, 14:2, 14:3, 14:10, 14:14, 14:25, 15:7, 15:20, 16:3, 16:4, 16:9, 16:11, 16:16, 16:25, 17:1, 17:12, 17:13, 17:16, 17:17, 17:18, 17:22, 17:23, 17:24, 18:2, 18:5, 18:11, 18:18, 19:3, 19:6, 19:15, 20:4, 20:14, 21:2, 21:5, 21:12, 23:9, 23:10, 23:20, 23:21, 24:3, 24:5, 24:6, 24:7, 24:14, 24:21, 25:1, 25:5,

25:12, 25:17, 26:2,
26:7, 26:21, 26:24,
26:25, 27:5, 27:16,
27:23, 28:6, 28:14,
28:16, 29:1, 29:24,
31:8, 31:9, 31:14,
32:4, 32:23, 32:25,
33:3, 33:4, 33:6,
33:10, 33:11, 34:5,
34:18, 34:25, 36:2,
36:20, 37:8, 37:10,
37:14, 37:15, 38:2,
38:5, 38:18, 38:24,
39:20, 42:9, 42:22,
43:4, 43:8, 43:12,
44:5, 44:13, 44:18,
45:6, 45:11, 47:7,
47:18, 47:23, 48:2,
49:5, 50:9, 51:5,
51:11, 51:17, 51:20,
51:21, 51:25, 52:11,
52:19, 52:25, 53:5,
53:9, 53:23, 54:2,
54:3, 54:4, 54:6,
54:12, 54:24, 55:11,
55:19, 56:15, 56:16,
56:24, 57:11, 58:20,
58:22, 59:4, 59:20,
59:25, 60:3, 61:8,
62:7, 62:16, 62:17,
62:19, 63:4, 63:8,
63:13, 63:20, 63:25,
64:3, 65:8, 65:10,
65:21, 65:23, 65:24,
65:25, 66:15, 66:18,
66:25, 68:1, 68:8,
68:9, 68:25, 69:3,
69:14, 69:15, 70:10,
71:23, 72:13, 72:25,
73:1, 73:4, 73:9,
73:13, 73:14, 74:6,
74:7, 74:18, 74:21,
74:22, 74:23, 75:2,
75:7, 75:11, 75:12,
75:14, 76:4, 76:7,
76:10, 76:20, 76:21,
76:22, 77:10, 77:23,
78:10, 78:16, 80:3,
80:20, 81:6, 81:12,
81:17, 81:20, 82:11,
82:23, 83:2, 83:6,
83:21, 83:24, 83:25,
84:9, 84:20, 84:25,
85:1, 85:22, 86:3,
86:13, 86:17, 87:10,
87:24, 88:8, 88:11,
88:12, 88:21, 89:6,
89:8, 90:4, 90:6,
90:8, 90:16, 90:23,
91:1, 91:15, 91:18,
92:4, 92:8, 92:11,

92:16, 92:17, 93:23,
94:12, 94:13, 94:14,
94:16, 94:20, 95:14,
95:16, 95:17, 96:14,
96:16, 96:17, 96:25,
97:1, 97:2, 97:13,
97:17, 97:25, 98:3,
98:16, 98:25, 99:1,
99:18, 100:13,
100:16, 100:19,
101:18, 101:19,
101:21, 102:24,
104:3, 104:17,
105:13, 105:14,
105:18, 106:3,
106:10, 106:20,
107:2, 107:7,
107:14, 107:23,
107:24, 108:11,
108:12, 108:17,
108:24, 109:19,
110:9, 110:17,
111:24, 112:1,
112:19, 113:2,
113:22, 114:21,
115:2, 115:19,
115:20, 116:8,
116:12, 116:18,
116:22, 117:18,
118:4, 118:7, 119:2,
119:3, 119:4, 119:8,
119:13, 119:17,
119:18, 121:7,
122:16, 124:8,
124:13, 126:7,
126:23, 127:8,
128:9, 128:10,
128:11, 129:1,
129:4, 130:3,
130:21, 131:14,
132:11, 132:15,
132:18, 132:20,
133:4, 133:7,
133:16, 134:2,
134:13, 134:21,
135:1, 135:3, 135:6,
135:11, 135:16,
135:25, 137:3,
137:9, 137:12,
137:16, 138:5,
138:12, 138:14,
138:21, 139:11,
140:9, 140:11,
140:16, 140:23,
142:6, 142:8,
142:19, 142:24,
143:10, 143:19,
144:2, 144:3, 144:4,
144:5, 144:7, 144:9,
144:11, 144:12,
145:2, 145:3,

145:13, 145:16,
146:4, 146:11,
146:12, 146:14,
148:2, 148:6,
148:12, 148:23,
149:5, 150:11,
151:20, 151:22,
152:10, 152:25,
153:16, 154:8,
154:12, 155:19,
157:14, 158:25,
161:16, 161:18,
161:24, 163:4,
163:11, 163:15,
164:4, 164:10,
164:18, 165:20,
165:23, 166:14,
166:15, 167:2,
167:6, 168:17,
169:24, 169:25,
170:24, 171:11,
171:13, 171:21,
172:18, 172:22,
172:23, 173:3,
173:6, 173:10,
173:13, 173:16,
174:1, 174:10,
174:16, 174:22,
175:1, 175:9,
175:12, 175:15,
175:16, 175:23,
175:24, 176:6,
176:8, 176:25,
177:5, 177:8,
177:25, 178:5,
178:10, 178:13,
178:18, 178:20,
178:24, 179:1,
179:7, 179:10,
179:19, 179:22,
180:1, 180:6,
180:11, 180:14,
180:17, 180:18,
180:21, 181:8,
181:9, 181:12,
181:24, 182:2,
182:5, 182:8,
182:23, 182:25,
183:3, 183:6,
183:10, 183:12,
183:16, 183:22,
184:15, 184:22,
185:1, 185:4, 185:6,
185:11, 185:20,
186:1, 186:4,
186:12, 186:13,
186:16, 186:19,
186:23, 187:5,
187:12, 187:14,
187:21, 189:8,
189:16, 189:17,

189:18, 189:24,
190:4, 190:22,
191:5, 192:10,
193:2, 193:5,
195:15, 196:24,
197:2, 198:24,
200:11, 200:21,
201:13, 201:22,
202:6, 202:9,
202:10, 203:16,
203:21, 204:8,
204:22, 205:1,
205:10, 206:3,
206:15, 206:19,
207:1, 207:10,
211:5, 212:8,
212:11, 212:18,
213:10, 213:11,
213:16, 213:24,
214:16, 215:2,
215:9, 215:12,
215:15, 216:1,
216:15, 217:14,
218:6, 218:20,
218:23, 219:4,
219:18, 220:20,
220:22, 221:12,
222:6, 222:10,
222:15, 222:16,
223:8, 226:22,
226:23, 227:15,
227:24, 227:25,
229:13, 229:14,
229:19, 229:24,
230:5, 230:9, 231:2,
231:8, 231:9,
231:17, 232:1,
233:4, 233:12,
234:5, 234:8, 236:7,
236:21, 236:24,
236:25, 237:3,
237:19, 238:10,
238:19, 238:23,
239:2, 239:7,
239:19, 239:20,
240:16, 240:18,
241:13, 241:18,
241:22, 242:5,
242:10, 242:14,
242:18, 243:1,
243:6, 243:9,
243:16, 243:18,
243:19, 243:21,
243:25, 244:3,
244:5, 244:12,
245:1, 245:9,
245:11, 245:15,
246:1, 246:2, 246:7,
246:8, 247:2, 247:3,
247:8, 247:10,
247:13, 247:17,

248:8, 249:15,
249:23, 250:2,
250:16, 250:24,
251:15, 251:16,
252:9, 252:12,
252:15, 252:25,
253:15, 253:23,
253:25, 254:12,
255:4, 255:6, 255:7,
255:12, 257:16,
257:22, 258:12
**INABILITY** [1] - 53:10
**INACCURATE** [1] -
236:11
**INACTIVITY** [1] -
37:17
**INATTENTION** [9] -
16:15, 16:18, 16:19,
16:24, 19:2, 20:21,
21:11, 43:11, 43:14
**INATTENTIVE** [5] -
17:14, 19:16, 20:15,
20:18, 20:20
**INATTENTIVENESS**
[3] - 19:23, 26:8,
37:17
**INCLUDE** [8] - 47:13,
66:5, 69:4, 185:23,
196:6, 237:2,
249:23, 250:4
**INCLUDED** [1] -
137:12
**INCLUDING** [3] -
14:20, 15:21, 48:1
**INCLUSIVE** [1] -
119:17
**INCOME** [1] - 99:9
**INCOMPLETE** [1] -
162:17
**INCORRECTLY** [2] -
203:23, 205:24
**INCREASING** [1] -
137:8
**INDICATE** [2] - 122:9,
122:10
**INDICATED** [1] - 110:2
**INDICATES** [1] -
256:19
**INDICATING** [2] -
223:2, 249:21
**INDIVIDUAL** [2] -
50:16, 136:19
**INDIVIDUAL'S** [1] -
81:2
**INDIVIDUALIZED** [5] -
78:11, 78:12, 86:3,
87:7, 97:6
**INDIVIDUALS** [6] -
20:1, 49:18, 52:16,
77:25, 78:10, 78:16

**INFER** [1] - 241:1
**INFO@ECFMG** [1] - 230:22
**INFO@ECFMG.ORG** [1] - 231:18
**INFORM** [1] - 254:14
**INFORMATION** [48] - 5:8, 17:8, 38:7, 38:9, 48:9, 66:23, 68:16, 92:22, 92:23, 118:16, 130:12, 131:16, 133:13, 134:13, 134:15, 138:3, 139:17, 140:5, 149:3, 156:9, 156:10, 159:22, 159:23, 163:16, 176:12, 199:4, 211:19, 213:18, 213:20, 220:15, 228:2, 232:12, 244:19, 245:9, 245:10, 245:15, 245:16, 245:25, 247:2, 247:3, 250:13, 250:14, 250:16, 252:14, 252:16, 253:16, 254:19, 254:24
**INFORMED** [6] - 4:15, 94:8, 133:14, 146:5, 235:25, 236:12
**INFORMING** [1] - 222:5
**INGROWN** [1] - 140:16
**INHOUSE** [1] - 4:20
**INITIAL** [2] - 18:12, 216:25
**INITIALLY** [1] - 229:20
**INITIALS** [1] - 68:15
**INJUNCTION** [7] - 212:9, 243:19, 244:1, 246:8, 247:21, 254:3, 254:21
**INJUSTICE** [1] - 166:5
**INPATIENT** [2] - 27:23, 33:11
**INSIGHT** [3] - 52:14, 56:11, 62:25
**INSOFAR** [1] - 104:21
**INSTANCE** [2] - 16:14, 33:17
**INSTANCES** [1] - 92:10
**INSTEAD** [5] - 96:24, 104:5, 162:25, 228:15, 244:13
**INSTILLED** [1] - 98:16

**INSTITUTIONAL** [1] - 54:3
**INSTITUTIONS** [3] - 54:9, 63:4, 63:6
**INSTRUCTION** [4] - 86:5, 86:10, 251:9
**INSTRUCTIONS** [2] - 127:1, 148:11
**INTAKE** [2] - 18:7, 48:2
**INTEGRITY** [6] - 24:23, 56:5, 74:7, 74:15, 75:11, 76:5
**INTEND** [1] - 149:15
**INTENSE** [2] - 156:7, 183:18
**INTENSIFY** [1] - 43:25
**INTERACT** [1] - 174:7
**INTERACTING** [1] - 174:23
**INTERACTION** [2] - 97:4, 119:6
**INTEREST** [4] - 65:8, 74:7, 232:1, 233:12
**INTERESTED** [2] - 4:16, 43:12
**INTERESTING** [5] - 51:4, 52:18, 52:23, 53:23, 76:2
**INTERFERE** [1] - 172:3
**INTERMEDIATE** [1] - 85:23
**INTERNAL** [4] - 57:25, 58:1, 65:15, 118:13
**INTERNATIONAL** [5] - 66:18, 120:13, 120:19, 121:9, 167:15
**INTERNSHIP** [1] - 175:22
**INTERPOSE** [3] - 88:25, 89:7, 114:2
**INTERPRET** [2] - 51:1, 160:13
**INTERPRETATION** [1] - 133:16
**INTERPRETING** [2] - 107:7, 114:21
**INTERRUPT** [6] - 5:25, 50:3, 70:25, 88:7, 89:3, 104:15
**INTERRUPTING** [1] - 85:25
**INTERRUPTION** [1] - 89:8
**INTERVENTIONS** [1] - 30:14
**INTERVIEW** [6] - 45:23, 66:12,

103:16, 107:23, 108:18
**INTO** [105] - 21:21, 21:25, 23:2, 26:11, 26:14, 31:18, 31:21, 35:15, 37:4, 39:12, 42:13, 42:16, 47:19, 48:20, 48:23, 49:18, 54:11, 56:21, 57:21, 60:2, 60:8, 60:12, 62:25, 67:5, 82:7, 91:19, 91:22, 94:4, 94:7, 94:24, 96:20, 96:22, 97:1, 98:15, 99:7, 99:8, 100:5, 103:4, 103:9, 105:6, 108:8, 108:16, 111:2, 111:5, 112:6, 112:11, 115:15, 118:19, 118:23, 125:20, 125:25, 127:12, 127:25, 128:3, 132:12, 148:24, 152:18, 152:21, 154:22, 155:1, 156:12, 156:22, 158:25, 159:4, 160:2, 160:9, 162:7, 162:20, 164:5, 164:11, 164:12, 165:2, 166:17, 168:18, 176:20, 203:18, 208:1, 208:9, 208:13, 208:22, 209:1, 209:10, 209:14, 214:4, 216:10, 220:9, 221:4, 224:7, 224:19, 226:6, 226:9, 232:17, 232:20, 233:23, 234:1, 234:20, 238:3, 245:6, 246:21, 246:24, 247:6, 255:18, 256:2, 256:5
**INTRO** [1] - 120:19
**INTRODUCE** [2] - 4:19, 158:21
**INTRODUCED** [1] - 70:21
**INTRODUCTION** [2] - 80:13, 80:25
**INVADES** [1] - 52:22
**INVESTED** [2] - 86:13, 97:5
**INVESTIGATE** [1] - 213:17
**INVESTMENT** [1] -

94:7
**INVOLVED** [4] - 68:8, 68:10, 173:6, 173:8
**IRRELEVANT** [3] - 59:3, 81:4, 141:16
**IRRITATION** [1] - 140:18
**IS** [840] - 4:1, 4:6, 4:7, 4:9, 4:15, 4:20, 4:21, 5:16, 5:18, 6:4, 6:8, 6:23, 6:25, 7:8, 7:22, 7:25, 8:16, 8:19, 9:1, 9:13, 9:15, 10:25, 11:2, 11:6, 11:14, 12:16, 12:18, 13:6, 13:20, 13:24, 13:25, 14:6, 15:1, 15:5, 15:6, 15:11, 16:10, 16:20, 17:1, 17:2, 17:10, 17:15, 17:18, 18:6, 18:12, 18:18, 18:21, 19:11, 19:18, 20:1, 20:6, 20:8, 20:20, 22:1, 22:19, 22:21, 23:1, 23:2, 23:11, 23:13, 23:18, 24:1, 24:5, 24:7, 24:8, 24:10, 24:18, 25:16, 26:1, 26:13, 26:14, 26:24, 27:2, 27:4, 27:5, 27:10, 27:15, 27:17, 27:20, 27:21, 28:12, 29:6, 29:9, 29:11, 29:23, 30:1, 30:4, 30:8, 30:17, 30:22, 31:8, 31:11, 31:12, 31:14, 31:20, 31:21, 32:8, 32:11, 33:2, 33:3, 33:8, 33:15, 33:17, 33:21, 34:14, 34:24, 35:4, 35:5, 37:2, 37:3, 37:4, 37:10, 37:14, 38:6, 38:10, 38:13, 38:24, 38:25, 39:1, 39:3, 39:4, 39:5, 39:6, 39:12, 39:23, 40:6, 40:10, 40:18, 42:3, 42:5, 42:6, 42:15, 42:16, 42:23, 43:1, 43:4, 43:12, 43:18, 43:20, 43:24, 44:8, 44:13, 44:14, 45:2, 45:14, 45:15, 45:25, 46:21, 47:6, 47:10, 47:23, 48:8, 48:23, 49:17, 49:21, 50:5, 50:15, 50:21, 51:6, 51:11, 51:12, 52:19, 52:23, 52:24, 52:25, 53:1,

53:8, 53:9, 53:18, 53:19, 54:5, 54:7, 54:15, 55:23, 56:25, 57:2, 57:3, 57:4, 57:20, 58:5, 58:15, 58:19, 58:24, 58:25, 59:3, 59:5, 59:6, 59:10, 59:18, 60:1, 60:4, 60:16, 60:17, 60:21, 61:15, 61:17, 63:7, 63:22, 64:1, 64:15, 65:2, 65:7, 65:11, 65:12, 65:13, 66:24, 67:10, 68:20, 70:4, 70:5, 70:13, 70:19, 70:20, 70:25, 71:3, 71:9, 72:11, 72:18, 73:12, 73:20, 73:23, 73:24, 74:6, 74:8, 74:11, 74:15, 74:19, 75:3, 75:5, 75:10, 75:12, 75:13, 76:2, 76:5, 76:9, 76:10, 76:17, 76:18, 76:19, 77:19, 79:11, 79:16, 79:20, 80:18, 81:3, 81:4, 82:23, 83:9, 83:18, 84:18, 86:4, 86:5, 86:15, 86:25, 87:1, 87:4, 87:9, 87:16, 87:17, 88:16, 89:1, 89:8, 91:8, 91:9, 92:3, 93:4, 93:17, 93:24, 94:2, 94:21, 94:24, 96:7, 97:12, 98:6, 98:7, 98:8, 98:11, 98:12, 98:13, 98:16, 98:21, 98:22, 98:25, 99:3, 99:12, 99:16, 99:22, 99:25, 100:1, 100:3, 100:5, 100:11, 100:12, 100:15, 102:10, 102:24, 103:8, 103:13, 105:6, 105:12, 105:25, 106:1, 106:2, 106:3, 106:8, 106:12, 106:13, 106:15, 106:18, 106:24, 107:4, 107:6, 107:20, 108:4, 108:13, 108:23, 109:1, 109:2, 109:5, 109:21, 109:24, 110:13, 110:20, 111:5, 111:10, 111:23, 112:10, 112:11, 114:3, 114:15, 114:16,

114:17, 114:20,
115:3, 115:4, 116:5,
116:6, 116:19,
116:21, 117:1,
117:15, 117:22,
118:3, 118:21,
118:22, 120:14,
120:23, 121:4,
121:8, 121:11,
121:14, 122:8,
122:17, 122:22,
122:25, 123:4,
123:8, 123:20,
123:22, 124:2,
124:13, 124:16,
124:22, 125:2,
125:3, 125:9,
125:17, 125:24,
125:25, 126:14,
126:22, 126:24,
128:3, 128:16,
128:17, 129:10,
129:14, 129:23,
130:17, 131:3,
132:12, 132:19,
133:15, 133:22,
134:12, 134:13,
134:25, 136:4,
136:11, 136:18,
136:20, 136:25,
138:16, 138:17,
139:1, 139:5, 139:8,
139:9, 139:20,
139:22, 139:23,
140:7, 140:8,
140:15, 141:5,
141:6, 141:8,
141:10, 141:14,
141:19, 142:25,
143:1, 143:24,
144:10, 144:11,
145:3, 145:6,
145:10, 145:11,
145:13, 145:15,
145:16, 145:17,
146:3, 146:15,
146:21, 147:5,
147:11, 147:12,
147:14, 147:15,
148:10, 148:15,
149:3, 149:9,
149:16, 149:24,
149:25, 150:2,
150:8, 150:14,
150:15, 151:13,
151:16, 151:19,
151:22, 151:24,
152:4, 152:6,
152:15, 152:21,
153:2, 153:4,
153:15, 154:4,

154:14, 154:25,
155:1, 155:10,
155:13, 155:17,
156:22, 157:4,
157:11, 157:13,
158:1, 158:7, 159:3,
159:10, 160:7,
160:8, 160:13,
160:21, 161:12,
161:22, 161:23,
161:24, 161:25,
162:11, 162:17,
162:19, 162:20,
163:6, 163:9,
163:15, 163:16,
163:17, 163:22,
164:8, 164:16,
165:3, 165:10,
165:19, 166:11,
167:9, 167:14,
167:18, 167:25,
168:5, 168:8,
168:24, 169:11,
169:15, 170:9,
171:6, 171:12,
171:14, 172:1,
172:5, 172:23,
173:1, 173:5,
173:17, 173:24,
174:1, 174:2,
174:15, 174:18,
175:3, 175:4, 176:6,
176:9, 176:24,
177:1, 177:15,
177:17, 177:19,
178:4, 178:5, 178:9,
178:11, 178:12,
178:23, 178:24,
178:25, 179:3,
179:5, 179:6, 179:8,
179:14, 179:24,
180:5, 180:6, 180:7,
180:10, 180:21,
180:22, 180:23,
181:10, 181:11,
181:14, 181:21,
182:5, 182:9,
182:23, 182:24,
183:9, 183:12,
183:13, 183:20,
184:5, 184:6,
184:10, 184:11,
185:8, 185:11,
185:13, 185:16,
185:17, 186:10,
187:7, 187:11,
187:13, 187:22,
187:25, 188:13,
188:14, 188:25,
189:23, 190:7,
190:9, 190:11,

190:12, 190:20,
191:3, 191:19,
191:20, 191:21,
192:2, 192:10,
192:16, 192:19,
192:23, 193:2,
193:4, 193:5, 193:7,
193:11, 193:22,
194:8, 194:14,
194:21, 195:23,
196:16, 196:17,
197:18, 197:19,
198:6, 198:19,
199:8, 200:6, 200:8,
200:10, 201:2,
201:4, 201:7, 201:9,
201:20, 202:1,
202:4, 202:8,
202:17, 202:18,
203:1, 203:3, 203:4,
203:5, 203:18,
203:24, 204:3,
204:4, 204:19,
204:24, 205:4,
205:9, 205:14,
206:5, 206:8,
206:17, 206:23,
207:3, 207:14,
207:17, 207:25,
208:5, 208:11,
208:12, 208:17,
208:25, 209:5,
209:13, 211:10,
211:11, 211:25,
212:8, 212:11,
212:15, 212:16,
212:17, 213:1,
213:15, 213:24,
214:4, 214:18,
215:6, 215:17,
215:20, 216:11,
216:18, 217:2,
217:3, 217:8,
217:12, 217:16,
218:17, 219:22,
219:23, 220:13,
220:14, 220:17,
220:19, 221:2,
221:4, 221:8, 222:5,
222:12, 223:13,
223:18, 223:22,
223:23, 224:2,
224:3, 224:5,
224:10, 224:19,
225:6, 225:21,
226:1, 226:9,
226:21, 226:22,
227:3, 227:13,
227:18, 227:20,
227:24, 228:4,
228:7, 228:9,

228:11, 228:13,
228:19, 229:13,
230:3, 230:18,
230:19, 230:20,
231:2, 231:3, 231:7,
231:16, 232:2,
232:20, 232:25,
233:10, 233:19,
234:1, 234:5, 234:8,
234:11, 234:20,
234:25, 235:19,
235:22, 236:9,
236:20, 237:5,
237:18, 237:23,
238:3, 238:14,
238:15, 238:18,
239:6, 239:11,
240:3, 240:13,
240:16, 240:24,
241:14, 241:19,
244:1, 244:2, 244:4,
244:7, 245:6,
245:10, 245:22,
246:14, 246:15,
246:17, 246:24,
247:2, 247:12,
247:18, 248:7,
248:10, 248:19,
248:20, 249:2,
249:11, 249:14,
249:20, 250:3,
250:9, 250:10,
250:12, 250:14,
251:9, 251:17,
251:24, 252:7,
252:9, 254:20,
254:24, 255:11,
255:12, 255:19,
256:5, 256:13,
256:15, 256:17,
256:23, 256:24,
257:24, 258:11

**ISSUE** [9] - 15:5, 42:8,
51:10, 52:24, 52:25,
54:15, 84:11,
159:20, 213:11

**ISSUES** [11] - 3:5,
13:20, 14:25, 43:11,
43:17, 53:9, 54:12,
76:19, 77:2, 80:14,
140:14

**IT** [562] - 5:10, 5:11,
5:18, 6:4, 6:6, 6:7,
6:13, 6:14, 8:18,
11:3, 13:25, 17:11,
17:12, 18:21, 19:7,
20:1, 20:6, 20:8,
20:24, 21:15, 21:25,
22:6, 22:7, 22:16,
22:22, 24:11, 25:16,
25:18, 25:24, 26:23,

27:22, 29:5, 29:8,
29:9, 31:11, 31:13,
33:8, 33:10, 33:19,
35:5, 35:15, 36:2,
36:6, 37:2, 38:10,
38:20, 39:1, 39:6,
39:12, 39:23, 39:24,
40:3, 40:18, 41:3,
41:17, 41:20, 41:23,
42:24, 43:1, 44:12,
44:15, 44:18, 45:15,
45:18, 46:9, 46:19,
46:23, 47:1, 47:6,
47:23, 49:21, 50:1,
51:18, 53:14, 53:15,
54:1, 54:5, 54:8,
55:4, 56:2, 56:4,
56:15, 56:18, 56:24,
56:25, 57:4, 57:13,
57:17, 57:25, 58:3,
58:7, 58:20, 59:7,
59:8, 60:3, 60:6,
60:17, 60:18, 61:15,
61:17, 64:14, 64:15,
65:7, 65:11, 67:10,
68:11, 68:20, 70:1,
70:4, 70:25, 71:3,
71:4, 72:12, 73:14,
73:17, 74:15, 75:3,
75:24, 76:2, 76:6,
76:10, 76:17, 76:19,
76:22, 78:16, 79:18,
80:15, 82:14, 82:15,
82:16, 82:17, 82:23,
85:15, 86:17, 87:2,
89:7, 89:8, 89:18,
90:4, 90:5, 90:18,
91:1, 92:6, 92:19,
93:4, 93:10, 94:7,
94:13, 95:21, 97:12,
98:9, 98:17, 98:21,
99:3, 99:12, 99:15,
100:3, 100:11,
101:1, 101:24,
105:14, 105:15,
105:22, 106:1,
106:3, 106:11,
106:12, 106:20,
106:21, 106:22,
107:10, 107:14,
108:3, 108:5, 108:8,
108:10, 108:11,
108:13, 108:21,
109:7, 109:17,
109:22, 110:5,
110:17, 110:22,
111:13, 111:23,
112:1, 112:21,
113:22, 113:25,
114:7, 114:17,
114:20, 115:4,

115:22, 115:23,
116:8, 116:10,
116:14, 116:17,
116:19, 117:3,
117:6, 117:8,
117:22, 118:7,
118:11, 119:2,
119:3, 119:10,
119:12, 120:13,
120:23, 121:4,
122:8, 122:11,
122:13, 122:20,
123:8, 123:16,
123:17, 123:18,
123:20, 124:1,
124:2, 124:8,
124:13, 124:15,
125:8, 125:18,
126:14, 126:24,
127:1, 127:6,
127:11, 127:14,
128:17, 129:4,
129:19, 130:11,
130:12, 130:24,
131:3, 131:12,
131:14, 131:23,
133:3, 133:8,
135:10, 135:19,
136:3, 136:11,
136:17, 136:19,
137:1, 137:21,
137:23, 138:20,
139:12, 139:20,
140:2, 140:3,
140:17, 141:5,
141:9, 141:25,
142:9, 142:10,
142:14, 142:20,
143:12, 143:21,
144:6, 144:8, 145:1,
145:2, 145:6,
145:22, 145:23,
146:1, 146:3,
146:15, 146:22,
147:1, 147:5,
147:12, 147:13,
147:15, 147:18,
147:25, 148:2,
148:23, 148:25,
149:1, 149:9,
149:10, 149:16,
149:23, 150:1,
150:19, 151:25,
152:24, 153:2,
153:4, 153:16,
153:23, 154:5,
154:7, 154:9,
155:11, 155:15,
155:18, 155:25,
156:1, 156:3, 156:4,
156:12, 156:18,

157:6, 157:14,
157:20, 158:7,
159:16, 160:11,
160:14, 160:22,
161:5, 161:9,
161:15, 161:20,
162:9, 162:14,
162:16, 162:17,
164:4, 164:16,
165:4, 165:8,
165:12, 165:16,
165:22, 165:23,
166:5, 167:10,
167:14, 168:6,
168:8, 168:18,
169:3, 169:10,
169:15, 169:21,
170:6, 170:8,
173:21, 176:2,
176:6, 176:8, 177:3,
177:5, 177:11,
177:14, 177:17,
178:22, 179:1,
179:9, 179:24,
180:14, 180:22,
180:23, 181:21,
181:22, 182:4,
182:6, 183:15,
184:14, 184:17,
184:18, 184:20,
185:23, 185:24,
186:14, 187:15,
187:18, 189:24,
190:11, 190:18,
191:5, 191:21,
191:25, 192:6,
192:11, 192:23,
193:9, 193:10,
193:11, 193:13,
194:2, 194:12,
194:15, 194:16,
194:21, 194:22,
195:8, 195:25,
196:1, 196:4,
196:16, 196:17,
196:25, 197:10,
197:11, 197:12,
198:25, 199:8,
199:14, 199:15,
200:8, 200:18,
200:24, 201:5,
201:9, 201:10,
201:25, 202:16,
204:4, 205:9,
205:12, 207:12,
207:16, 208:7,
208:20, 209:8,
210:17, 211:20,
212:22, 212:25,
213:3, 213:4, 213:5,
213:21, 213:22,

214:21, 214:23,
214:24, 215:18,
218:10, 219:2,
219:16, 219:18,
219:21, 220:7,
220:19, 221:9,
221:10, 222:4,
222:9, 222:25,
223:1, 223:20,
224:5, 226:24,
227:5, 227:12,
229:4, 229:6,
231:11, 231:22,
232:2, 233:3,
233:15, 233:16,
235:10, 235:15,
235:22, 236:9,
237:22, 238:12,
239:11, 239:16,
239:18, 239:20,
240:11, 240:12,
240:14, 241:2,
241:25, 242:21,
242:23, 243:14,
244:25, 246:4,
246:15, 246:16,
246:17, 248:1,
249:17, 249:19,
249:20, 250:3,
250:4, 250:9,
250:17, 250:21,
250:24, 251:17,
252:22, 252:24,
253:13, 254:3,
255:19, 255:20,
255:22, 255:23,
255:24, 256:19,
257:7, 257:21

**IT'S** [127] - 11:4, 18:1,
19:4, 19:11, 20:9,
20:10, 20:13, 21:4,
22:18, 24:25, 35:21,
38:13, 38:15, 40:17,
43:3, 44:19, 44:21,
44:24, 45:6, 48:17,
53:25, 54:11, 55:3,
56:8, 59:24, 60:18,
68:10, 74:10, 87:8,
87:11, 87:21, 87:23,
88:18, 89:1, 89:2,
94:1, 100:6, 100:13,
100:17, 100:18,
100:20, 100:22,
102:25, 114:19,
114:20, 114:23,
117:6, 119:23,
122:8, 122:14,
129:1, 136:6,
136:13, 141:15,
145:22, 152:15,
153:17, 156:7,

156:19, 162:9,
164:15, 164:23,
166:1, 169:12,
170:20, 170:21,
170:22, 171:11,
171:13, 173:18,
173:19, 175:2,
175:5, 177:7,
177:25, 179:15,
180:20, 181:1,
183:10, 183:17,
184:14, 185:9,
192:19, 193:11,
193:21, 193:22,
194:14, 194:17,
194:23, 196:18,
196:19, 197:7,
203:14, 212:20,
216:3, 216:7,
216:14, 217:4,
220:19, 227:5,
227:7, 227:23,
228:22, 229:14,
229:19, 231:17,
235:8, 239:17,
240:8, 240:19,
242:20, 242:25,
243:22, 249:8,
249:9, 250:23,
250:24, 255:13,
255:20, 255:21,
256:22

**IT'S..** [1] - 189:19

**ITS** [28] - 3:13, 13:2,
18:2, 20:11, 29:8,
31:7, 53:23, 65:21,
71:1, 87:24, 88:10,
89:20, 103:1, 109:3,
150:1, 155:11,
156:8, 170:22,
189:16, 192:4,
192:21, 194:20,
195:1, 218:16,
219:15, 223:21,
231:9, 236:14

**ITSELF** [5] - 57:10,
95:4, 106:20, 138:5,
252:17

## J

**J-1** [1] - 66:19
**J9** [1] - 158:8
**JACKSON** [1] - 175:15
**JANUARY** [20] -
116:6, 135:17,
187:22, 187:25,
192:4, 217:24,
217:25, 230:8,
233:1, 233:8,
233:20, 234:6,

234:8, 235:4, 237:3,
237:20, 238:12,
239:4, 253:23, 254:9
**JOB** [10] - 12:21, 19:5,
19:6, 53:3, 98:11,
98:13, 174:7,
174:11, 174:22,
175:9
**JOHN** [1] - 1:11
**JOHNS** [2] - 9:24, 54:7
**JOINT** [13] - 93:2,
93:10, 103:8, 116:4,
118:22, 157:3,
159:3, 160:8,
197:18, 207:25,
208:12, 208:25,
209:13
**JONATHAN** [6] - 7:11,
7:21, 7:25, 8:1, 14:9,
258:20
**JORDAN** [1] - 84:16
**JOURNAL** [2] - 91:12,
91:14
**JOURNALS** [1] -
85:19
**JR** [2] - 1:3, 1:14
**JUDGE** [15] - 103:22,
158:24, 161:1,
167:19, 169:8,
171:25, 172:7,
194:6, 200:18,
221:15, 227:7,
227:16, 240:25,
245:4, 258:6
**JULY** [5] - 197:2,
197:22, 198:3,
198:24, 199:24
**JUMP** [1] - 129:12
**JUNE** [3] - 209:6,
210:25, 211:8
**JUNIOR** [2] - 83:13,
83:19
**JURY** [1] - 81:19
**JUST** [229] - 3:6, 3:15,
3:17, 3:25, 4:3, 4:19,
5:20, 5:21, 14:13,
16:18, 17:12, 17:19,
18:1, 22:8, 22:14,
25:2, 28:3, 28:22,
28:24, 31:1, 32:23,
33:8, 35:11, 36:6,
36:8, 36:10, 40:13,
48:6, 49:13, 54:13,
56:4, 59:5, 59:20,
61:18, 63:24, 64:12,
64:24, 66:22, 68:10,
68:24, 68:25, 69:13,
70:23, 73:18, 73:22,
77:1, 78:24, 79:22,
82:20, 84:11, 87:9,

88:24, 89:2, 92:25,
93:23, 96:3, 97:9,
98:22, 99:1, 100:2,
100:7, 105:21,
105:22, 106:21,
110:24, 111:17,
111:19, 113:9,
114:13, 115:8,
117:4, 120:10,
120:19, 121:9,
123:10, 123:25,
124:14, 125:17,
126:17, 127:19,
127:21, 128:21,
130:4, 136:11,
138:19, 138:24,
140:3, 140:25,
142:19, 143:18,
144:20, 145:22,
146:15, 148:10,
148:21, 149:4,
149:5, 150:1,
150:13, 151:4,
152:15, 156:6,
156:19, 157:6,
157:8, 159:6,
159:25, 160:6,
160:12, 160:19,
160:23, 161:9,
163:6, 164:24,
165:8, 166:1,
167:10, 169:12,
169:20, 170:9,
170:18, 171:1,
172:4, 173:21,
176:17, 182:13,
183:9, 186:10,
188:14, 189:13,
190:21, 191:7,
192:5, 193:1,
193:15, 194:11,
194:25, 195:6,
196:17, 197:13,
197:16, 197:19,
198:2, 198:20,
199:5, 200:2,
200:21, 201:17,
202:22, 206:10,
206:23, 206:24,
207:9, 211:20,
211:21, 212:7,
212:23, 213:4,
213:5, 214:6, 214:7,
214:13, 215:7,
215:15, 215:20,
215:24, 217:19,
218:4, 218:7,
218:21, 219:19,
220:1, 221:21,
222:9, 224:7,
225:15, 225:16,

226:4, 226:5, 227:5,
227:7, 227:8,
227:18, 228:22,
229:12, 230:17,
231:6, 232:1,
232:23, 234:4,
234:15, 235:10,
238:8, 239:15,
239:16, 239:23,
239:25, 240:1,
240:10, 240:13,
240:14, 240:18,
240:25, 241:9,
241:12, 242:2,
242:3, 242:4,
242:21, 242:24,
244:8, 246:12,
248:7, 248:11,
249:25, 250:7,
250:8, 250:23,
253:2, 255:8, 257:7,
257:8

JUST.. [1] - 250:25
JUSTIFICATION [1] -
113:19
JUSTIFIED [2] -
216:12, 253:19
JX [44] - 103:4, 103:5,
105:9, 118:19,
118:21, 158:25,
159:9, 159:15,
160:2, 160:7,
160:11, 160:16,
176:17, 177:14,
178:4, 178:23,
180:5, 185:8,
207:11, 207:17,
207:24, 208:2,
208:5, 208:9,
208:11, 208:14,
208:18, 208:22,
209:3, 209:5, 209:9,
209:16, 210:2,
210:12, 210:24,
224:8, 259:4, 259:6,
259:9, 259:9,
259:11, 259:11,
259:12, 259:12

─────────

**K**

KAHN [1] - 139:16
KEEP [21] - 23:9, 35:8,
39:7, 41:15, 46:15,
46:16, 66:15, 91:1,
101:1, 118:1,
129:16, 130:9,
134:11, 149:2,
162:4, 168:22,
191:9, 235:13,
246:16

KEEPING [1] - 126:17
KENTUCKY [11] -
83:22, 98:25, 99:1,
126:5, 127:3,
128:10, 150:20,
170:3, 170:4,
175:24, 189:17
KEPT [8] - 142:16,
149:9, 164:16,
165:9, 165:10,
169:5, 169:6, 169:7
KEY [8] - 23:8, 86:15,
98:4, 98:7, 117:16,
123:8, 129:22
KHAN [7] - 139:5,
140:1, 140:13,
218:5, 218:11,
218:22, 249:16
KILLING [1] - 244:11
KIND [20] - 3:13, 8:10,
8:11, 20:12, 20:13,
50:17, 57:1, 82:21,
87:14, 91:13,
135:18, 143:14,
149:10, 151:25,
154:18, 155:11,
157:9, 240:25,
250:7, 252:14
KING [5] - 83:19,
243:17, 243:21,
243:25, 245:9
KITCHENS [352] - 1:3,
1:14, 3:9, 3:16, 4:6,
4:8, 4:13, 4:14, 5:4,
5:13, 5:24, 6:7, 6:20,
6:23, 7:2, 7:9, 8:4,
8:6, 8:9, 14:8, 15:1,
15:11, 15:13, 15:14,
16:23, 21:20, 22:4,
22:13, 22:17, 22:21,
22:25, 23:5, 25:20,
26:16, 28:23, 28:25,
29:20, 31:23, 34:10,
35:14, 35:19, 35:24,
36:3, 36:5, 42:12,
42:18, 42:19, 47:10,
47:23, 48:19, 48:25,
55:6, 55:7, 55:8,
57:8, 59:13, 59:16,
59:17, 60:11, 60:15,
61:2, 61:5, 61:7,
61:17, 61:21, 61:22,
61:23, 64:13, 64:19,
67:9, 67:12, 67:23,
67:25, 69:11, 69:20,
70:11, 71:6, 71:8,
71:17, 71:19, 71:20,
72:3, 72:12, 73:24,
77:12, 78:24, 79:2,
79:7, 79:10, 79:12,

79:17, 79:21, 80:1,
80:5, 80:15, 80:18,
81:4, 81:18, 82:1,
82:2, 82:24, 83:3,
83:6, 83:9, 83:12,
83:13, 83:16, 83:18,
83:20, 83:22, 84:4,
86:22, 88:6, 88:16,
89:4, 89:10, 89:19,
89:24, 90:2, 92:5,
93:7, 93:14, 93:16,
94:3, 100:8, 100:13,
101:3, 101:4,
101:16, 102:17,
103:1, 103:10,
104:25, 105:3,
105:4, 105:10,
105:11, 105:24,
106:10, 107:4,
107:5, 107:19,
109:2, 109:5, 109:7,
109:9, 109:10,
111:7, 111:9,
112:13, 114:1,
114:10, 114:24,
118:24, 120:9,
120:21, 120:22,
121:11, 121:12,
121:18, 121:19,
124:21, 124:23,
124:25, 125:1,
126:2, 126:3,
126:15, 126:19,
126:21, 127:24,
128:5, 128:6, 136:5,
136:6, 136:8,
136:10, 136:13,
136:16, 136:18,
139:8, 148:18,
149:7, 149:12,
149:16, 149:19,
150:3, 150:6,
150:20, 151:1,
151:3, 151:6,
151:10, 152:23,
154:21, 155:3,
156:15, 156:24,
158:20, 158:24,
159:5, 159:14,
160:4, 160:10,
160:15, 160:20,
161:1, 161:3,
162:22, 163:20,
167:18, 167:21,
167:24, 170:16,
171:9, 171:25,
172:7, 172:12,
173:2, 176:21,
179:1, 180:8,
182:12, 183:15,
185:12, 185:24,

188:12, 189:10,
189:16, 191:7,
191:18, 192:14,
194:5, 195:13,
195:21, 196:3,
196:10, 197:8,
197:17, 197:21,
199:6, 199:15,
199:21, 199:22,
200:22, 202:10,
202:11, 202:21,
203:2, 203:6,
203:11, 203:13,
204:24, 207:3,
207:12, 207:14,
207:19, 207:20,
207:22, 208:5,
208:10, 208:17,
208:23, 209:5,
209:11, 209:19,
211:23, 212:7,
212:20, 213:9,
214:22, 216:17,
217:20, 219:17,
220:4, 220:10,
220:11, 220:14,
220:22, 221:1,
221:13, 221:15,
221:19, 221:20,
221:22, 222:3,
223:19, 224:6,
224:16, 225:15,
225:18, 225:22,
226:5, 226:7,
226:14, 226:19,
227:12, 227:16,
227:18, 227:21,
227:23, 228:8,
228:13, 228:18,
228:22, 229:2,
230:4, 232:18,
232:25, 233:14,
233:20, 233:24,
234:6, 234:9,
234:17, 234:23,
236:6, 237:12,
238:1, 238:8, 239:3,
239:24, 240:6,
240:17, 240:24,
241:9, 242:2, 243:6,
244:13, 244:19,
244:21, 244:24,
246:22, 248:3,
249:3, 251:4, 252:5,
252:20, 253:3,
253:20, 253:23,
255:1, 255:16,
256:3, 256:10,
257:8, 257:19,
257:25, 258:6,
258:21, 258:23,

258:24
KITCHENS' [1] - 81:13
KITCHENS'S [1] - 3:3
KNEW [14] - 71:22,
86:11, 86:12, 96:9,
121:22, 122:13,
123:14, 126:8,
127:4, 129:24,
130:17, 140:11,
167:7, 253:23
KNOW [151] - 3:23,
4:5, 17:24, 19:11,
20:6, 20:13, 22:6,
22:12, 23:18, 27:18,
33:19, 42:2, 44:7,
52:9, 52:18, 53:20,
53:25, 57:1, 59:3,
60:17, 63:18, 71:19,
73:19, 73:23, 73:24,
76:9, 76:17, 76:25,
77:4, 77:24, 81:17,
82:13, 82:21, 83:17,
83:18, 84:18, 85:13,
88:14, 88:18, 89:6,
91:10, 92:20, 92:22,
94:20, 96:2, 98:9,
100:11, 100:13,
100:16, 100:22,
100:23, 103:19,
104:2, 104:4,
106:15, 107:1,
107:5, 107:6,
108:13, 109:22,
114:5, 114:8,
116:25, 119:25,
121:22, 122:6,
125:16, 130:5,
132:4, 132:5, 132:8,
132:14, 133:13,
133:21, 134:19,
137:19, 137:22,
137:25, 138:19,
139:18, 140:1,
140:14, 141:1,
141:4, 142:7,
142:17, 142:25,
147:15, 148:23,
149:2, 149:3,
149:14, 149:19,
149:22, 149:25,
151:23, 152:1,
154:1, 156:4, 156:5,
156:9, 161:6, 161:9,
161:23, 162:2,
162:3, 162:4, 163:8,
163:13, 164:20,
165:9, 165:14,
165:24, 166:1,
166:20, 167:2,
167:17, 168:14,
170:6, 170:16,

170:23, 171:5,
171:14, 171:17,
172:16, 177:10,
178:15, 179:11,
179:25, 189:13,
189:14, 191:6,
199:1, 199:2, 199:4,
202:23, 219:1,
228:25, 230:18,
241:1, 241:9, 244:8,
244:20, 250:15,
250:24, 257:21,
258:1
KNOWING [5] - 23:15,
43:16, 94:4, 152:25,
249:19
KNOWLEDGE [18] -
56:14, 62:24, 87:8,
104:12, 106:14,
106:16, 108:24,
109:2, 114:17,
114:23, 118:8,
121:5, 130:3,
131:13, 156:8,
159:24, 187:5,
226:16
KNOWN [9] - 16:10,
17:25, 98:19, 98:20,
125:4, 153:4, 154:2,
170:8, 200:10
KNOWS [9] - 38:11,
50:16, 121:22,
139:22, 161:8,
164:6, 164:19,
216:2, 226:4
KNOXVILLE'S [1] -
65:14
KROGER [2] - 174:17,
175:8
KUMON [2] - 85:18,
85:22
KY [1] - 1:16

L

LABELING [1] - 17:19
LACK [9] - 54:13,
67:7, 84:3, 87:4,
101:11, 102:16,
106:15, 117:4
LAID [1] - 172:4
LANGUAGE [12] -
167:18, 223:6,
223:7, 225:9,
226:22, 235:20,
235:21, 250:2,
250:6, 251:12,
251:13
LAPS [1] - 157:19
LARGE [2] - 12:20,

205:18
LARGER [1] - 33:9
LARGEST [3] - 12:14,
33:5, 33:8
LAST [27] - 3:18, 5:2,
5:16, 30:1, 33:14,
41:3, 41:6, 90:16,
97:18, 110:14,
136:11, 136:19,
136:20, 144:9,
145:5, 146:7,
150:12, 151:10,
157:7, 163:11,
199:13, 206:4,
222:2, 227:9, 240:6,
256:18
LASTS [2] - 33:18,
33:19
LATE [1] - 237:19
LATER [18] - 22:16,
89:16, 99:13, 99:14,
105:20, 106:6,
113:1, 113:20,
113:21, 133:13,
135:15, 146:2,
149:1, 160:25,
194:2, 206:21, 239:4
LATTER [1] - 212:20
LAW [3] - 123:12,
135:1, 169:19
LAWSUIT [5] - 73:25,
177:3, 177:4, 177:6,
227:24
LAWYER [6] - 82:22,
169:25, 203:7,
203:21, 206:6, 226:3
LAWYERS [2] - 23:17,
70:21
LAY [3] - 82:17,
106:22, 120:11
LEADING [1] - 59:8
LEAN [1] - 161:24
LEANING [3] - 126:7,
128:11, 168:14
LEARN [3] - 57:6,
76:1, 95:2
LEARNED [3] - 62:12,
116:22, 118:17
LEARNING [1] -
196:18
LEAST [8] - 27:19,
36:18, 37:9, 81:17,
92:22, 153:11,
176:13, 184:8
LEAVE [6] - 67:21,
89:22, 109:17,
160:25, 162:17,
221:9
LEAVES [1] - 144:12
LEAVING [2] - 89:5,

145:16
LECTURER [1] - 62:20
LEE [2] - 144:10,
144:11
LEFT [4] - 89:20,
115:25, 131:20,
182:17
LEFT-HAND [1] -
182:17
LEGAL [9] - 38:11,
100:20, 113:2,
169:9, 206:6,
206:11, 206:18,
206:19, 206:22
LEGS [1] - 244:11
LESLIE [1] - 4:20
LESS [6] - 51:2,
101:25, 104:5,
119:12, 119:13,
239:4
LET [26] - 3:22, 10:10,
22:14, 25:9, 28:16,
49:6, 52:9, 64:13,
85:13, 106:25,
121:25, 123:25,
157:6, 163:5, 172:2,
185:24, 189:13,
189:14, 195:13,
197:2, 202:23,
211:23, 216:23,
219:21, 226:5,
243:19
LET'S [56] - 4:10, 10:8,
29:14, 54:19, 70:10,
79:12, 79:13, 86:22,
95:6, 104:17,
109:13, 109:15,
109:18, 109:19,
111:7, 115:1,
115:17, 122:14,
154:6, 155:8,
160:15, 176:17,
178:23, 188:7,
191:13, 192:14,
193:15, 198:15,
199:5, 199:12,
202:15, 207:9,
208:2, 212:3,
217:21, 219:13,
221:10, 223:11,
223:18, 225:15,
228:17, 228:24,
230:13, 230:16,
238:24, 240:20,
241:9, 241:12,
244:9, 246:12,
248:2, 252:4, 254:2,
256:9
LETS [4] - 3:2, 150:4,
221:10, 230:10

LETTER [50] - 65:7,
137:13, 139:1,
139:18, 145:25,
151:17, 151:20,
152:4, 152:16,
152:24, 158:3,
202:11, 202:22,
202:24, 203:2,
203:6, 203:8,
203:21, 204:8,
204:20, 204:22,
204:24, 205:4,
205:7, 205:10,
205:17, 205:25,
206:3, 206:19,
214:8, 218:11,
225:22, 225:24,
226:1, 226:13,
226:14, 226:20,
226:21, 227:8,
227:15, 246:1,
246:5, 247:16,
247:22, 248:1,
249:4, 249:12,
249:17, 249:23,
250:22
LETTERS [4] - 214:9,
251:25, 252:2
LEVEL [6] - 62:14,
75:15, 84:2, 102:5,
180:2, 205:5
LEVELS [3] - 132:18,
143:11, 205:13
LEXACOT [1] - 40:9
LEXCOCATIEL [1] -
40:9
LIBERAL [4] - 98:19,
98:22, 99:1, 100:2
LICENSE [5] - 10:6,
10:8, 10:9, 10:15,
68:23
LICENSING [3] - 1:6,
35:6, 152:12
LICENSURE [4] -
68:1, 68:9, 68:25,
81:3
LIE [1] - 131:6
LIFE [2] - 87:13, 217:6
LIFESTYLE [1] - 85:8
LIGHT [2] - 74:21,
106:5
LIGHTING [1] - 30:16
LIGHTLY [2] - 169:15,
206:24
LIKE [136] - 3:17, 3:24,
7:10, 10:25, 11:4,
12:1, 14:9, 17:6,
19:21, 19:25, 21:1,
21:21, 23:6, 25:2,
26:10, 27:3, 28:6,

28:20, 29:9, 30:25, 31:17, 31:24, 32:16, 33:24, 34:1, 35:15, 39:11, 39:17, 42:13, 45:9, 48:20, 50:25, 57:1, 58:18, 60:12, 61:12, 61:25, 67:5, 75:2, 79:19, 82:12, 82:17, 88:3, 88:4, 88:5, 88:12, 89:13, 93:2, 94:7, 97:24, 101:22, 102:7, 103:3, 103:11, 105:5, 105:7, 107:11, 107:17, 111:1, 112:5, 115:14, 118:18, 123:21, 123:25, 124:12, 125:20, 127:20, 127:24, 136:1, 137:1, 138:1, 142:18, 150:20, 150:24, 151:15, 151:23, 152:17, 153:10, 154:21, 154:22, 155:4, 155:15, 156:11, 158:4, 158:24, 160:1, 160:13, 162:3, 162:6, 162:9, 163:2, 163:10, 165:18, 166:21, 167:11, 168:20, 169:2, 171:6, 171:22, 173:19, 174:14, 178:25, 181:2, 181:6, 181:9, 183:15, 191:15, 194:18, 200:24, 201:5, 202:22, 203:9, 208:8, 208:21, 212:17, 213:22, 214:2, 214:5, 214:9, 217:6, 223:2, 227:9, 227:14, 236:15, 238:12, 239:15, 239:16, 240:19, 241:25, 246:9, 249:3, 249:9, 250:9, 257:16

**LIKELIHOOD** [1] - 192:22

**LIKELY** [1] - 155:22

**LIMITED** [2] - 47:13, 78:25

**LIMITS** [1] - 90:15

**LINE** [16] - 41:3, 41:6, 56:24, 59:14, 61:15, 64:14, 69:8, 72:4,

75:3, 92:19, 118:14, 146:7, 152:6, 154:7, 158:16, 254:13

**LINES** [2] - 151:22, 161:17

**LINGER** [1] - 166:19

**LINGERING** [3] - 166:12, 168:12, 168:15

**LINK** [6] - 129:2, 231:9, 231:11, 233:10, 235:19

**LIST** [3] - 4:11, 133:9, 137:17

**LISTED** [1] - 46:19

**LISTEN** [4] - 108:1, 145:21, 166:23, 226:3

**LISTENING** [1] - 6:5

**LITERALLY** [9] - 27:23, 53:22, 64:5, 75:22, 75:24, 99:23, 163:24, 164:17, 205:6

**LITIGATION** [34] - 84:21, 99:2, 108:16, 155:10, 159:8, 176:25, 178:10, 178:19, 179:7, 180:15, 185:12, 185:15, 237:11, 238:11, 238:19, 238:23, 239:8, 241:5, 241:13, 241:19, 242:5, 242:11, 243:6, 243:9, 243:16, 244:6, 245:17, 245:19, 245:22, 247:11, 247:18, 249:17, 252:25, 254:22

**LITTLE** [59] - 6:15, 8:10, 20:4, 20:7, 20:11, 25:17, 26:21, 29:2, 29:14, 36:8, 36:25, 37:1, 40:1, 48:6, 50:18, 54:20, 56:2, 56:11, 64:24, 73:22, 88:21, 98:22, 100:2, 111:18, 120:12, 120:19, 126:23, 127:19, 128:21, 129:6, 132:13, 134:18, 138:25, 139:3, 143:18, 144:23, 160:12, 169:4, 170:21, 179:14, 214:9, 214:11,

215:15, 219:19, 221:9, 226:3, 228:15, 228:23, 230:17, 232:24, 235:13, 238:7, 248:4, 249:4, 249:25, 250:8, 252:18

**LIVE** [7] - 44:5, 64:4, 76:8, 83:21, 148:4, 185:1, 185:4

**LIVED** [1] - 126:6

**LIVING** [1] - 172:18

**LLP** [1] - 2:2

**LOANS** [1] - 164:5

**LOCATION** [1] - 125:5

**LOCATIONS** [1] - 148:6

**LODGE** [3] - 64:13, 88:4, 88:5

**LODGING** [1] - 127:21

**LOGISTICAL** [1] - 3:4

**LONG** [21] - 10:2, 10:3, 10:6, 43:17, 68:21, 73:14, 89:7, 90:18, 102:22, 149:25, 154:2, 157:18, 159:17, 168:24, 181:5, 185:4, 241:25, 244:11, 248:10, 249:9

**LONGER** [10] - 33:10, 33:18, 50:4, 73:15, 86:17, 90:4, 90:5, 90:21, 95:3, 153:7

**LONGSTANDING** [2] - 38:19

**LOOK** [46] - 19:8, 32:20, 37:22, 49:17, 53:24, 88:23, 88:24, 109:15, 109:19, 112:17, 115:17, 115:20, 124:23, 128:14, 129:2, 177:13, 177:20, 178:4, 178:23, 180:19, 181:6, 181:8, 181:17, 182:19, 183:9, 186:3, 195:21, 195:24, 202:17, 216:10, 222:2, 222:24, 224:1, 226:12, 236:19, 237:15, 248:4, 249:1, 249:3, 249:24, 251:5, 251:6, 254:2, 254:12, 255:24,

256:8

**LOOKED** [8] - 11:8, 94:20, 127:6, 128:13, 153:23, 181:4, 252:7

**LOOKING** [30] - 3:18, 21:9, 21:10, 21:24, 22:8, 22:25, 25:14, 25:23, 27:2, 29:7, 42:20, 63:10, 63:24, 90:20, 91:13, 93:12, 111:16, 116:16, 121:17, 124:20, 142:9, 142:16, 159:5, 168:22, 182:4, 183:14, 217:1, 218:18, 248:12, 254:13

**LOOKS** [12] - 29:8, 57:1, 109:22, 155:15, 162:9, 181:9, 183:15, 200:24, 201:5, 238:12, 244:16, 250:9

**LOOSE** [2] - 150:16, 162:15, 189:13

**LORD** [1] - 161:8

**LOSE** [2] - 165:22, 169:3

**LOST** [1] - 60:25

**LOT** [9] - 52:10, 73:1, 89:13, 114:14, 149:4, 166:10, 171:18, 219:16, 227:7

**LOUD** [1] - 198:2

**LOUISIANA** [1] - 175:17

**LOVE** [1] - 91:3

**LOW** [4] - 62:8, 62:11, 157:23, 191:20

**LOWER** [2] - 99:6, 99:9

**LOWEST** [2] - 123:3, 123:4

**LUBLIN** [7] - 113:4, 116:7, 186:4, 186:5, 186:6, 255:4, 255:6

**LUNCH** [5] - 148:16, 148:21, 149:9, 150:5, 150:7

**LUXURY** [1] - 81:19

**LYNN** [4] - 1:18, 7:18, 83:5, 258:16

# M

**M.D** [3] - 77:1, 127:2, 145:25

**M3** [1] - 56:1

**MA'AM** [3] - 181:23, 244:15, 253:19

**MACHINES** [1] - 30:16

**MADE** [17] - 60:20, 114:15, 119:10, 123:25, 127:3, 143:19, 149:20, 153:23, 154:18, 163:12, 165:22, 165:23, 184:14, 205:5, 216:4, 216:15

**MAGAZINE** [1] - 48:11

**MAIL** [39] - 3:16, 5:5, 135:13, 135:14, 219:23, 219:24, 220:5, 223:21, 223:22, 224:2, 224:11, 225:11, 225:21, 229:24, 230:12, 230:22, 231:7, 231:11, 231:16, 231:17, 231:20, 232:3, 233:1, 233:3, 233:7, 233:19, 233:20, 234:5, 234:6, 234:8, 234:11, 234:24, 235:8, 250:14

**MAILED** [3] - 151:23, 230:9, 235:4

**MAILS** [1] - 174:24

**MAIN** [1] - 13:19

**MAINTAINING** [2] - 74:7, 90:25

**MAJOR** [8] - 17:1, 26:7, 44:19, 53:9, 54:12, 76:14, 76:15, 76:19

**MAJORED** [2] - 180:17, 180:18

**MAJORITY** [3] - 116:25, 119:8, 239:11

**MAKE** [49] - 3:23, 6:9, 16:7, 27:16, 28:19, 37:1, 50:4, 75:11, 77:2, 77:11, 85:19, 89:15, 90:11, 92:21, 97:16, 97:21, 105:7, 108:14, 110:4, 112:23, 115:22, 116:1, 135:4, 141:24, 141:25, 147:19, 147:20, 147:21, 147:23, 149:5, 162:18, 168:18, 169:5, 171:12, 171:19, 171:21, 186:10,

191:8, 215:1,
216:11, 217:19,
221:10, 221:11,
226:24, 229:12,
234:13, 255:8, 257:7
**MAKES** [1] - 24:10
**MAKING** [9] - 5:20,
38:2, 41:10, 51:17,
74:12, 87:18, 87:19,
87:20, 164:16
**MALES** [1] - 99:20
**MALINGERING** [8] -
26:19, 26:24, 27:10,
27:22, 28:18,
104:13, 145:11,
216:8
**MALPRACTICE** [1] -
108:16
**MANAGEMENT** [4] -
29:21, 47:8, 95:2,
174:16
**MANAGEMENTS** [1] -
15:18
**MANAGER** [1] - 175:4
**MANAGING** [1] - 48:9
**MANUAL** [5] - 18:21,
23:11, 23:13, 23:22,
24:1
**MANY** [35] - 9:11,
10:20, 13:6, 13:11,
19:16, 32:12, 33:11,
44:24, 49:3, 49:14,
51:8, 51:14, 51:20,
58:14, 58:15, 59:4,
70:19, 71:22, 73:4,
84:22, 92:21, 123:9,
142:4, 157:18,
158:5, 164:12,
164:13, 165:17,
167:5, 167:6, 176:2,
192:7, 195:7, 195:8,
204:5
**MARCH** [5] - 111:12,
161:12, 196:11,
202:10, 203:1
**MARION** [1] - 107:22
**MARK** [1] - 201:10
**MARKCUS** [17] - 1:3,
1:14, 25:20, 29:20,
47:7, 48:8, 83:9,
83:12, 83:18, 83:19,
136:18, 139:8,
181:2, 199:6,
199:20, 234:6,
258:23
**MARKET** [1] - 1:19
**MARRIED** [2] - 38:14,
173:4
**MARSHAL** [1] -
150:13

**MARTIN** [2] - 84:10
**MARYLAND** [6] - 10:9,
12:16, 36:20, 54:12,
63:7, 68:6
**MASTERSHIP** [1] -
49:5
**MATCH** [5] - 57:16,
60:2, 164:12,
166:15, 253:25
**MATCHED** [3] - 56:21,
57:21, 166:17
**MATCHING** [1] -
164:11
**MATER** [1] - 62:21
**MATERIAL** [3] -
116:10, 137:3,
238:18
**MATERIALS** [3] - 9:3,
9:7, 91:4
**MATH** [1] - 179:23
**MATSON** [1] - 24:18
**MATTER** [9] - 3:3, 4:1,
5:22, 88:1, 89:2,
133:2, 151:22,
206:10, 258:13
**MATTERED** [1] -
117:11
**MATTERS** [1] - 90:7
**MAX** [1] - 33:15
**MAXIMIZE** [1] - 137:6
**MAXIMUM** [2] - 19:13,
20:23
**MAY** [50] - 1:8, 15:12,
16:11, 17:3, 17:13,
19:5, 19:7, 20:11,
23:19, 26:19, 26:25,
33:12, 36:13, 43:9,
44:20, 48:5, 53:24,
53:25, 66:5, 67:10,
67:19, 77:22, 79:5,
81:2, 82:5, 83:17,
83:18, 89:15,
105:19, 105:20,
112:6, 123:6, 136:3,
136:17, 142:19,
192:8, 207:5,
207:15, 208:18,
209:18, 209:23,
210:13, 210:21,
221:23, 245:3,
254:19, 254:23,
258:2
**MAYBE** [17] - 5:17,
5:24, 53:25, 78:10,
88:11, 88:13, 88:15,
88:19, 120:11,
162:12, 185:5,
198:20, 246:1,
248:11
**MAYO** [5] - 175:23,

176:14, 215:21,
215:23, 215:25
**MCAT** [6] - 110:12,
131:21, 132:1,
132:3, 184:5, 184:16
**ME** [195] - 3:23, 6:4,
6:6, 6:18, 6:25, 8:18,
12:12, 13:13, 13:23,
17:18, 22:11, 23:22,
25:9, 27:24, 28:16,
31:3, 37:10, 47:20,
49:6, 52:9, 53:24,
54:1, 56:3, 57:3,
60:3, 60:6, 62:12,
67:14, 70:24, 71:13,
72:7, 83:25, 84:6,
84:7, 84:13, 84:16,
84:24, 85:9, 85:15,
85:16, 88:9, 90:5,
90:19, 90:23, 92:1,
92:6, 92:24, 93:12,
94:8, 94:9, 94:19,
98:6, 100:18,
100:20, 101:20,
101:24, 101:25,
103:22, 104:3,
104:11, 106:25,
107:10, 107:15,
110:2, 113:8,
113:15, 113:16,
114:2, 114:4, 114:9,
114:20, 115:10,
115:21, 115:22,
116:9, 116:10,
119:12, 120:12,
120:20, 121:25,
123:15, 123:16,
123:17, 123:18,
123:22, 123:24,
123:25, 124:6,
124:8, 125:8,
127:13, 127:14,
129:12, 130:1,
131:3, 131:10,
131:12, 132:15,
132:16, 137:20,
139:14, 140:1,
140:13, 140:17,
140:18, 140:20,
141:4, 141:15,
145:1, 145:15,
147:8, 149:20,
152:16, 152:24,
153:10, 155:24,
155:25, 156:12,
157:21, 158:6,
160:12, 163:4,
163:5, 163:24,
164:7, 164:16,
164:17, 165:4,
165:18, 165:22,

166:6, 166:10,
166:12, 167:9,
167:13, 167:14,
168:2, 168:4,
168:13, 168:15,
168:17, 169:14,
169:16, 169:18,
169:22, 170:22,
172:5, 173:21,
177:25, 180:23,
181:15, 181:20,
182:10, 185:24,
186:13, 189:14,
191:6, 195:13,
197:2, 205:5, 206:2,
207:2, 211:23,
213:3, 214:14,
216:23, 217:21,
219:20, 219:21,
220:1, 220:3,
223:10, 223:12,
226:4, 226:5,
226:18, 227:4,
229:4, 242:21,
243:19, 244:11,
246:5, 250:17,
250:20, 250:22,
253:14, 254:3
**MEAN** [20] - 19:10,
27:9, 36:19, 37:18,
59:9, 76:6, 77:1,
83:3, 89:25, 130:14,
139:20, 144:3,
145:23, 147:13,
190:21, 195:17,
215:18, 215:23,
249:15, 250:14
**MEANING** [10] - 15:2,
35:25, 49:23, 80:18,
81:5, 110:5, 119:13,
155:19, 222:13,
241:7
**MEANS** [10] - 12:9,
12:11, 19:15, 19:17,
63:18, 92:4, 125:9,
125:17, 160:22,
177:17
**MEANT** [2] - 117:11,
133:16
**MEASURE** [1] -
226:16
**MEASURES** [1] -
187:4
**MEDIATING** [1] -
174:24
**MEDICAL** [136] - 1:6,
9:2, 9:6, 9:12, 9:19,
11:16, 11:23, 12:8,
12:9, 14:4, 25:5,
26:17, 35:6, 37:4,

37:21, 37:22, 41:18,
41:24, 42:20, 54:4,
54:24, 55:12, 55:13,
55:23, 61:9, 62:21,
63:15, 63:20, 66:8,
66:12, 66:16, 66:18,
68:13, 69:17, 70:22,
71:16, 73:2, 74:8,
74:9, 74:16, 74:23,
105:12, 106:1,
109:21, 110:11,
111:11, 112:22,
112:25, 113:3,
114:11, 115:4,
115:25, 116:5,
116:7, 116:18,
118:25, 120:14,
120:19, 121:1,
121:9, 126:25,
127:4, 127:8, 128:9,
130:15, 134:21,
135:8, 137:17,
138:14, 138:15,
139:20, 140:7,
140:19, 140:22,
141:6, 141:8,
142:17, 142:18,
142:24, 142:25,
144:10, 144:19,
152:12, 152:25,
153:1, 165:25,
173:16, 173:17,
174:1, 174:20,
175:12, 176:4,
176:5, 183:23,
184:1, 184:4,
184:12, 184:15,
184:22, 185:10,
186:3, 186:17,
186:20, 187:6,
187:10, 187:16,
187:21, 189:8,
190:5, 190:13,
203:3, 217:1, 217:5,
217:11, 217:13,
218:2, 218:3, 218:4,
218:10, 231:3,
235:17, 235:23,
236:15, 237:12,
238:14, 241:16,
243:8, 252:3, 255:4,
255:21, 256:20
**MEDICATION** [56] -
11:3, 11:5, 13:16,
15:18, 28:9, 29:21,
30:4, 30:6, 30:12,
32:1, 32:9, 32:14,
32:19, 33:3, 33:6,
33:14, 38:23, 38:25,
39:1, 39:2, 39:6,
39:7, 39:14, 43:12,

47:8, 54:6, 75:24, 84:18, 85:3, 85:4, 104:7, 106:6, 108:19, 110:3, 110:6, 112:4, 113:11, 113:13, 113:24, 115:10, 115:12, 127:5, 127:17, 137:17, 138:11, 138:20, 145:4, 145:7, 145:9, 145:21, 146:6, 146:19, 255:3, 256:24, 256:25, 257:2

**MEDICATIONS** [13] - 32:13, 33:1, 33:3, 33:4, 39:11, 40:4, 40:6, 44:22, 44:23, 46:10, 112:24, 113:2, 255:9

**MEDICINE** [22] - 10:7, 10:15, 14:22, 56:16, 56:21, 57:16, 57:21, 57:25, 58:1, 60:4, 65:9, 65:15, 68:2, 118:12, 118:13, 139:2, 139:21, 140:8, 140:13, 144:9, 217:14, 218:5

**MEDIUM** [6] - 62:8, 62:9, 62:10, 62:11, 62:14

**MEET** [1] - 79:9

**MEETING** [1] - 49:19

**MEETINGS** [1] - 174:24

**MEMBER** [7] - 11:11, 11:15, 11:17, 11:19, 11:21, 11:22, 173:25

**MEMBERS** [3] - 12:2, 32:16, 166:13

**MEMORANDUM** [3] - 197:6, 197:18, 246:14

**MEMORIZE** [1] - 199:3

**MEMORIZING** [1] - 199:3

**MENTAL** [28] - 11:8, 12:15, 12:19, 14:21, 14:22, 15:17, 16:1, 16:12, 17:25, 44:13, 45:2, 45:6, 47:24, 48:4, 51:7, 52:5, 52:14, 52:20, 52:22, 53:2, 53:6, 53:16, 74:24, 76:12, 76:16, 77:2, 143:8, 155:25

**MENTALLY** [2] - 30:13, 51:15

**MENTION** [1] - 105:16

**MENTIONED** [12] - 20:10, 26:3, 26:5, 34:5, 34:18, 44:10, 53:20, 68:24, 136:14, 144:6, 147:11, 217:9

**MENTIONING** [2] - 110:23, 111:14

**MENTOR** [4] - 10:23, 71:22, 169:18, 172:20

**MENTORS** [1] - 71:24

**MEREDITH** [2] - 4:2, 4:7

**MERELY** [1] - 100:2

**MERITS** [2] - 130:2, 159:24

**MESSAGE** [1] - 224:1

**MESSED** [1] - 201:17

**MET** [4] - 20:6, 71:20, 71:21, 172:17

**METHODS** [3] - 25:4, 25:7

**METHYLPHENIDATE** [2] - 32:22, 33:8

**METRIC** [1] - 136:25

**MEW** [173] - 2:2, 3:6, 3:25, 4:17, 4:18, 5:2, 5:13, 5:15, 6:13, 6:18, 14:11, 14:12, 14:16, 14:19, 15:10, 21:22, 22:23, 26:12, 28:22, 28:25, 31:19, 34:7, 42:14, 48:21, 55:1, 56:23, 58:23, 60:13, 61:14, 64:12, 67:6, 69:7, 69:22, 69:24, 70:13, 70:15, 70:17, 70:20, 71:3, 71:7, 71:12, 72:1, 77:11, 77:13, 77:14, 77:15, 78:22, 78:25, 79:7, 79:9, 80:6, 80:8, 80:9, 80:12, 81:23, 81:24, 82:5, 82:18, 84:3, 86:18, 86:23, 86:24, 88:24, 89:7, 89:11, 89:17, 89:23, 92:2, 93:25, 100:4, 100:9, 101:11, 102:16, 102:25, 103:5, 103:6, 105:3, 105:9, 105:10, 105:21, 106:8, 108:22, 111:3, 112:8, 118:20, 125:23, 126:14, 126:16, 126:17, 127:21,

128:1, 148:19, 149:14, 149:16, 149:22, 151:2, 152:19, 154:24, 156:16, 156:18, 158:20, 159:1, 160:3, 160:17, 160:18, 160:19, 162:8, 167:9, 167:17, 167:20, 167:22, 170:16, 171:12, 172:1, 172:3, 172:9, 172:11, 172:13, 189:14, 189:18, 189:20, 194:7, 203:9, 203:15, 203:16, 203:20, 207:8, 207:13, 207:17, 208:2, 208:4, 208:8, 208:14, 208:16, 208:21, 209:2, 209:4, 209:9, 209:15, 212:6, 220:8, 221:18, 221:23, 221:24, 221:25, 223:25, 224:14, 224:21, 226:11, 227:2, 227:6, 227:17, 232:16, 232:22, 233:22, 234:3, 234:15, 234:18, 234:22, 237:24, 238:5, 240:20, 240:23, 244:17, 245:8, 246:20, 247:1, 248:16, 256:1, 256:7, 257:4, 258:22, 258:25

**MEW'S** [1] - 258:3

**MICROSOFT** [1] - 1:9

**MIDDLE** [13] - 86:17, 86:19, 90:4, 91:2, 92:8, 95:19, 95:22, 133:18, 134:3, 168:5, 178:6, 243:7

**MIGHT** [18] - 3:11, 3:20, 14:14, 19:9, 68:22, 80:15, 84:17, 88:12, 89:9, 99:11, 106:17, 111:21, 114:7, 180:20, 197:5, 200:23, 240:24

**MILLIGRAMS** [5] - 40:8, 40:20, 46:14, 105:19, 106:5

**MILLION** [1] - 169:12

**MIND** [17] - 4:12, 22:4, 23:10, 30:17, 45:15, 66:15, 74:11, 87:17, 88:2, 106:15, 138:12, 140:11, 148:23, 149:5, 161:6, 243:14, 246:4

**MINE** [4] - 71:21, 172:20, 228:15, 258:2

**MINI** [2] - 16:6

**MINIMUM** [3] - 102:6, 157:11, 157:12

**MINUS** [2] - 179:25, 183:7

**MINUTE** [6] - 33:22, 70:6, 100:5, 156:15, 231:19, 246:13

**MINUTES** [7] - 53:23, 70:1, 70:10, 79:20, 79:23, 221:11, 221:12

**MIRRORS** [1] - 135:5

**MISCHARACTERIZES** [1] - 105:22

**MISCHARACTERIZING** [1] - 109:4

**MISCONSTRUED** [1] - 220:15

**MISREPRESENTATION** [1] - 251:20

**MISSED** [2] - 253:24, 254:14

**MISTAKE** [1] - 17:3

**MISTAKEN** [1] - 185:21

**MISTAKES** [1] - 216:11

**MISTRUST** [1] - 215:12

**MISUNDERSTANDING** [1] - 8:17

**MITIGATE** [2] - 115:21, 143:14

**MITIGATING** [2] - 117:17, 255:6

**MLA/COMPLEX** [1] - 66:3

**MM** [4] - 58:13, 78:20, 193:19, 217:8

**MM-HMM** [4] - 58:13, 78:20, 193:19, 217:8

**MODERN** [2] - 181:8, 181:12

**MOLECULAR** [1] - 117:2

**MOM** [11] - 84:25, 85:1, 85:10, 85:15, 91:7, 97:16, 98:3, 164:19, 243:20,

243:24, 245:20

**MOMENT** [2] - 157:24, 216:1

**MONDAY** [1] - 91:6

**MONEY** [4] - 165:15, 165:16, 166:10, 167:3

**MONTH** [2] - 99:23, 200:16

**MONTH'S** [1] - 200:17

**MONTHS** [7] - 27:19, 27:21, 93:23, 94:11, 197:24, 200:12, 212:22

**MOOD** [2] - 17:1, 37:19

**MORE** [79] - 5:19, 6:15, 13:4, 18:9, 20:14, 20:19, 28:3, 28:6, 29:2, 29:14, 34:12, 41:9, 42:25, 44:3, 44:7, 52:4, 54:21, 60:8, 74:5, 86:8, 88:13, 91:8, 99:10, 100:25, 114:22, 116:11, 117:25, 119:12, 119:17, 125:12, 125:13, 126:23, 127:15, 130:22, 132:7, 133:5, 135:20, 138:3, 139:3, 139:15, 140:1, 140:5, 140:6, 141:17, 141:18, 142:3, 143:5, 143:16, 143:23, 144:13, 144:22, 144:23, 146:20, 148:9, 157:14, 157:21, 158:5, 160:12, 161:7, 162:23, 166:4, 170:21, 171:6, 189:7, 222:8, 222:13, 222:18, 225:25, 227:5, 232:11, 235:11, 249:18, 249:22, 250:15, 251:21, 251:24

**MORNING** [15] - 4:24, 4:25, 5:5, 5:12, 7:16, 7:19, 8:7, 8:8, 14:17, 14:18, 57:3, 240:18, 257:11, 257:18, 258:8

**MORNINGS** [1] - 173:9

**MOST** [12] - 16:15,

45:6, 52:4, 63:16,
87:22, 96:14,
119:23, 155:22,
166:11, 187:9,
196:22, 200:9
**MOSTLY** [1] - 88:16
**MOTHER** [16] - 43:8,
43:9, 84:5, 84:14,
84:19, 86:5, 86:11,
86:12, 87:6, 92:12,
98:5, 98:11, 164:20,
243:17, 244:3,
245:14
**MOTHER'S** [2] - 46:3,
134:8
**MOTION** [5] - 240:18,
243:18, 244:1,
246:8, 247:22
**MOUTH** [1] - 40:19
**MOVE** [23] - 5:11,
8:11, 36:1, 49:16,
67:24, 82:18, 82:23,
84:7, 109:14, 120:3,
120:9, 124:1,
132:14, 151:12,
159:25, 184:25,
192:2, 217:6,
223:12, 227:9,
232:2, 232:16,
240:18
**MOVED** [4] - 47:16,
126:5, 156:25,
217:23
**MOVEMENTS** [1] -
8:21
**MOVES** [5] - 233:22,
234:16, 237:24,
244:17, 256:1
**MOVIE** [1] - 150:24
**MOVING** [9] - 20:12,
33:23, 50:8, 88:17,
90:3, 99:17, 142:19,
192:5, 257:16
**MOXO** [2] - 25:16,
46:4
**MR** [1] - 243:25
**MRS** [4] - 84:10, 94:6,
103:15
**MS** [179] - 3:6, 3:25,
4:17, 4:18, 4:22,
4:24, 5:2, 5:13, 5:15,
6:13, 6:18, 14:11,
14:12, 14:16, 14:19,
15:9, 21:22, 22:23,
26:12, 28:22, 28:25,
31:19, 34:7, 42:14,
48:21, 55:1, 56:23,
58:23, 60:13, 61:14,
64:12, 67:6, 69:7,
69:22, 69:24, 70:13,

70:15, 70:17, 71:3,
71:7, 71:12, 72:1,
77:11, 77:13, 77:14,
77:15, 78:22, 78:25,
79:7, 79:9, 80:6,
80:8, 80:9, 80:12,
81:23, 81:24, 82:5,
82:18, 83:19, 84:3,
86:18, 86:23, 86:24,
88:24, 89:7, 89:11,
89:17, 89:23, 92:2,
93:25, 100:4, 100:9,
101:11, 102:16,
102:25, 103:5,
103:6, 105:3, 105:9,
105:10, 105:21,
106:8, 108:22,
111:3, 112:8,
118:20, 125:23,
126:14, 126:15,
126:17, 127:21,
128:1, 148:19,
149:14, 149:16,
149:22, 151:2,
152:19, 154:24,
156:16, 156:18,
158:20, 159:1,
160:3, 160:17,
160:18, 160:19,
162:8, 167:9,
167:17, 167:20,
167:22, 170:16,
171:12, 172:1,
172:3, 172:8,
172:11, 172:13,
189:14, 189:18,
189:20, 194:7,
203:9, 203:15,
203:16, 203:20,
207:8, 207:13,
207:17, 208:2,
208:4, 208:8,
208:14, 208:16,
208:21, 209:2,
209:4, 209:9,
209:15, 212:6,
220:8, 221:18,
221:23, 221:24,
221:25, 223:25,
224:14, 224:21,
226:11, 227:2,
227:6, 227:17,
232:16, 232:22,
233:22, 234:3,
234:15, 234:18,
234:22, 237:24,
238:5, 240:20,
240:23, 243:17,
243:21, 244:17,
245:8, 245:9,
246:20, 247:1,

248:16, 254:14,
256:1, 256:7, 257:4,
258:3, 258:22,
258:25
**MUCH** [25] - 5:25,
24:24, 25:9, 41:9,
62:13, 64:2, 79:4,
90:21, 100:21,
101:24, 123:13,
132:12, 156:1,
156:7, 157:14,
157:21, 159:22,
164:8, 172:3, 200:6,
202:21, 218:16,
218:17, 255:13
**MULTI** [1] - 40:10
**MULTIPLE** [6] - 32:7,
38:10, 47:19, 50:4,
172:25
**MURPHY** [2] - 1:11,
241:1
**MUSCLES** [1] - 11:4
**MUSIC** [4] - 180:17,
180:18, 183:16,
183:17
**MUST** [16] - 16:23,
17:11, 17:16, 17:19,
17:21, 17:24, 19:3,
24:4, 37:15, 37:20,
60:8, 60:9, 66:11,
66:13, 68:11, 129:5
**MUTE** [4] - 86:21,
100:9, 167:20,
234:18
**MY** [342] - 4:15, 5:4,
5:18, 7:4, 7:10, 7:25,
9:13, 10:23, 14:13,
16:9, 23:20, 32:23,
34:3, 34:16, 36:21,
43:15, 49:5, 50:8,
51:5, 52:19, 55:14,
55:24, 56:2, 56:4,
59:9, 59:10, 59:23,
62:2, 62:11, 62:21,
63:22, 64:13, 70:20,
71:9, 74:11, 74:19,
75:13, 75:25, 76:9,
80:9, 80:10, 82:10,
83:18, 83:22, 83:24,
84:2, 84:5, 84:8,
84:9, 84:11, 84:14,
84:15, 84:19, 84:25,
85:1, 85:10, 85:12,
85:14, 85:15, 85:20,
85:22, 85:23, 86:5,
86:7, 86:11, 86:12,
87:17, 88:2, 90:16,
91:7, 91:15, 91:19,
91:21, 91:23, 92:12,
92:14, 92:17, 93:17,

93:18, 93:21, 93:22,
94:6, 94:7, 94:16,
94:18, 95:10, 95:16,
96:10, 96:11, 96:12,
96:14, 96:17, 97:3,
97:16, 97:25, 98:3,
98:5, 98:6, 98:11,
98:13, 101:8,
101:10, 101:18,
102:11, 102:21,
103:22, 103:23,
104:10, 104:12,
106:8, 108:18,
111:24, 112:1,
112:2, 112:24,
113:6, 113:8,
115:22, 115:23,
115:24, 116:1,
116:5, 116:14,
116:16, 116:24,
117:7, 118:2, 118:5,
118:8, 118:9, 119:3,
119:8, 121:13,
121:20, 122:20,
123:11, 123:18,
124:1, 124:8, 126:7,
126:12, 126:24,
127:4, 127:5, 127:6,
127:7, 127:8,
127:16, 127:17,
128:11, 129:1,
129:15, 129:24,
129:25, 130:2,
130:15, 131:12,
131:13, 131:14,
133:16, 134:8,
134:15, 135:1,
135:22, 135:23,
135:25, 136:2,
136:3, 136:18,
136:23, 137:1,
137:2, 137:3, 137:6,
137:7, 137:8,
137:10, 137:11,
137:12, 137:13,
137:14, 137:17,
137:24, 137:25,
138:8, 138:12,
139:9, 139:10,
140:11, 140:21,
140:23, 141:6,
142:2, 142:8,
142:16, 142:17,
142:18, 142:23,
143:10, 144:3,
144:4, 144:17,
145:2, 149:15,
150:2, 151:17,
151:19, 152:1,
153:18, 154:18,
155:19, 155:25,

157:4, 157:7,
157:14, 157:23,
158:3, 158:6,
158:15, 159:23,
159:24, 161:6,
161:10, 161:14,
161:15, 163:3,
163:4, 163:23,
164:4, 164:14,
164:18, 164:20,
164:21, 165:2,
165:9, 165:10,
165:20, 165:21,
165:23, 166:7,
167:2, 167:5, 167:6,
168:5, 168:6,
168:14, 168:17,
169:13, 169:16,
169:20, 170:1,
170:12, 173:9,
177:5, 181:4,
184:19, 185:22,
187:17, 188:25,
189:10, 191:10,
192:5, 196:16,
201:7, 204:23,
205:5, 205:13,
205:21, 206:8,
206:14, 210:16,
211:5, 211:7, 213:6,
214:16, 215:22,
215:24, 218:3,
218:4, 218:6,
218:21, 221:7,
222:12, 226:1,
226:17, 227:23,
228:24, 229:6,
229:24, 230:9,
230:12, 231:10,
238:21, 238:25,
243:14, 244:11,
244:25, 245:20,
246:4, 247:6,
249:15, 251:16,
252:9, 252:25,
254:5, 254:19,
254:23, 255:7, 257:5
**MYSELF** [26] - 4:11,
17:2, 19:1, 54:4,
70:21, 71:5, 91:1,
91:14, 91:19, 91:21,
97:22, 98:2, 103:24,
117:18, 119:10,
130:1, 133:22,
137:1, 139:19,
156:1, 159:20,
163:25, 164:1,
164:2, 164:3, 165:13
**MYSTERY** [1] - 235:8

# N

**NAME** [16] - 4:12, 7:24, 7:25, 25:19, 39:24, 70:20, 83:11, 83:18, 122:21, 126:24, 129:15, 136:3, 136:18, 153:18, 161:14, 199:15
**NAMED** [1] - 4:1
**NAMES** [1] - 4:11
**NARRATIVE** [3] - 82:11, 87:1, 87:24
**NARROW** [1] - 171:23
**NATIONAL** [2] - 70:22, 203:2
**NATURAL** [1] - 63:7
**NATURE** [6] - 8:22, 111:25, 112:16, 159:8, 166:23, 168:3
**NBME** [94] - 4:20, 34:4, 34:16, 42:22, 73:25, 74:3, 74:4, 74:7, 74:14, 80:20, 81:6, 104:11, 104:19, 104:21, 120:15, 122:19, 128:17, 130:6, 130:17, 131:10, 131:15, 139:8, 141:11, 142:1, 145:3, 151:14, 151:16, 158:1, 160:21, 165:23, 166:21, 167:11, 168:1, 168:5, 177:8, 178:13, 179:10, 180:11, 180:13, 185:18, 185:21, 195:6, 195:20, 202:12, 203:22, 205:2, 211:18, 211:24, 213:9, 213:17, 213:23, 215:9, 215:16, 216:25, 217:16, 218:25, 219:4, 222:5, 222:19, 222:25, 223:16, 223:18, 223:23, 224:12, 226:25, 227:25, 228:10, 228:20, 229:10, 229:14, 229:20, 230:8, 232:4, 232:5, 233:9, 234:12, 234:24, 235:4, 235:22, 237:7, 239:19, 241:22,

242:14, 242:18, 242:23, 243:13, 245:11, 246:2, 247:4, 248:19, 249:2, 249:20, 249:23
**NBME'S** [5] - 104:23, 155:14, 168:8, 178:20, 215:12
**NBME.ORG** [2] - 224:3, 234:7
**NECESSARILY** [12] - 87:23, 98:23, 116:15, 119:2, 122:24, 124:15, 133:21, 142:22, 184:19, 184:20, 236:8, 254:25
**NECESSARY** [9] - 31:13, 42:24, 43:1, 43:3, 43:20, 139:22, 175:2, 242:24, 247:6
**NEED** [35] - 5:11, 6:8, 23:12, 23:21, 33:19, 51:16, 73:5, 73:15, 87:23, 89:15, 91:7, 104:17, 126:8, 127:4, 137:10, 137:14, 142:19, 145:9, 145:22, 156:10, 161:6, 163:18, 176:18, 180:20, 182:13, 189:15, 197:11, 199:13, 215:1, 221:8, 222:5, 222:10, 240:9, 251:11
**NEEDED** [23] - 5:8, 17:2, 43:19, 51:13, 53:7, 67:11, 73:7, 73:11, 73:19, 84:12, 91:10, 113:6, 116:15, 119:2, 169:5, 180:12, 211:7, 214:12, 216:5, 232:3, 232:5, 233:15, 247:24
**NEEDS** [6] - 20:5, 146:24, 184:14, 226:25, 250:4, 250:11
**NEITHER** [1] - 84:19
**NERVOUS** [1] - 44:7
**NEURO** [1] - 222:22
**NEUROLOGIST** [1] - 144:11
**NEVER** [6] - 87:8, 137:9, 164:5, 178:21, 211:22,

246:4
**NEW** [14] - 32:2, 36:24, 37:2, 216:20, 216:22, 217:18, 218:15, 219:5, 222:6, 222:10, 237:2, 237:5, 238:22
**NEWS** [2] - 189:17, 254:3
**NEXT** [20] - 7:8, 7:10, 11:14, 30:2, 33:20, 41:2, 50:8, 73:21, 79:15, 84:7, 86:7, 90:5, 95:23, 120:11, 130:9, 138:23, 149:15, 180:20, 186:22, 207:3
**NICE** [1] - 79:9
**NICHE** [1] - 96:8
**NIGHT** [3] - 3:18, 5:17, 30:19
**NO** [181] - 8:20, 8:21, 9:10, 10:16, 14:12, 19:11, 22:21, 26:12, 28:11, 31:19, 41:14, 42:14, 43:3, 46:13, 48:17, 48:21, 50:2, 51:19, 51:21, 52:6, 53:5, 54:1, 56:25, 57:3, 58:24, 59:5, 67:16, 69:21, 71:18, 72:5, 72:14, 73:15, 79:2, 81:24, 86:17, 90:4, 90:5, 91:7, 93:6, 94:15, 97:15, 98:9, 100:3, 103:6, 106:9, 106:19, 109:16, 110:17, 111:3, 112:8, 116:14, 117:22, 118:20, 121:11, 125:18, 125:23, 128:1, 131:23, 132:2, 132:24, 133:1, 133:19, 136:10, 138:6, 139:25, 141:3, 141:15, 143:1, 146:6, 151:2, 152:19, 153:7, 154:24, 156:19, 159:1, 160:3, 163:4, 163:5, 164:18, 164:25, 165:16, 167:12, 169:16, 169:22, 170:1, 170:2, 170:7, 170:14, 174:12, 175:5, 175:7, 175:10, 175:21,

176:16, 182:14, 183:24, 184:2, 185:20, 186:2, 187:20, 189:3, 192:10, 195:16, 195:19, 195:24, 200:20, 201:17, 202:4, 203:13, 204:7, 205:12, 207:22, 208:10, 208:23, 209:11, 209:24, 211:5, 211:14, 211:19, 213:4, 213:19, 213:21, 214:16, 215:19, 215:22, 216:7, 216:22, 217:18, 218:3, 219:11, 220:25, 221:1, 222:9, 224:16, 224:17, 224:24, 225:13, 226:7, 227:5, 228:25, 229:8, 232:18, 233:24, 234:17, 236:7, 236:11, 236:17, 236:18, 237:5, 238:1, 238:22, 239:18, 240:20, 242:16, 245:3, 245:13, 245:20, 246:6, 246:22, 247:15, 249:19, 251:5, 253:2, 253:6, 253:13, 253:17, 253:18, 253:19, 253:20, 253:22, 254:1, 254:24, 255:5, 255:14, 256:3, 256:22, 257:15
**NOISE** [2] - 30:15, 47:16
**NON** [1] - 80:15
**NONE** [1] - 80:17
**NOR** [2] - 84:19, 254:5
**NORMAL** [1] - 41:9
**NORMALITY** [2] - 31:7, 31:8
**NORTH** [6] - 139:2, 140:8, 140:12, 189:18, 217:14, 218:4
**NOT** [400] - 3:10, 3:16, 3:19, 4:8, 5:18, 5:25, 8:17, 8:20, 9:16, 13:23, 14:25, 15:4, 15:5, 16:5, 16:6, 19:5, 19:12, 19:17,

20:11, 20:22, 21:22, 22:1, 22:2, 22:6, 22:10, 22:12, 24:7, 27:18, 27:24, 28:17, 28:19, 30:11, 32:15, 35:15, 38:15, 43:3, 43:11, 43:12, 44:8, 44:12, 44:17, 44:21, 47:13, 51:9, 51:16, 54:11, 55:14, 55:15, 56:25, 58:24, 59:6, 59:11, 60:4, 60:18, 60:24, 61:3, 61:15, 61:16, 63:23, 64:15, 66:17, 67:8, 67:9, 67:18, 69:8, 71:4, 72:5, 73:1, 73:13, 75:7, 75:16, 75:17, 75:18, 76:1, 76:5, 76:11, 76:13, 76:16, 77:1, 77:5, 77:6, 77:22, 79:2, 81:19, 82:8, 82:15, 84:1, 84:17, 85:4, 86:25, 87:21, 87:24, 88:2, 88:11, 88:12, 89:12, 91:14, 92:10, 94:1, 94:2, 94:4, 94:13, 94:14, 94:21, 95:13, 95:15, 96:3, 97:7, 97:22, 98:22, 98:25, 99:11, 99:14, 99:16, 99:21, 100:1, 100:6, 101:23, 102:20, 102:22, 102:25, 103:1, 103:23, 104:2, 104:17, 105:25, 106:12, 106:13, 106:18, 107:6, 108:6, 109:1, 109:2, 110:18, 113:2, 113:8, 113:22, 114:3, 114:11, 114:19, 115:9, 117:4, 117:7, 117:9, 117:14, 117:16, 118:14, 119:5, 119:18, 121:6, 121:11, 121:14, 121:24, 122:6, 122:24, 123:14, 123:16, 123:17, 123:18, 123:19, 123:24, 123:25, 124:15, 127:13, 130:3, 130:4, 131:20, 131:24, 132:2, 132:3, 133:12, 133:19, 134:1, 134:2, 134:4, 135:9,

138:19, 139:13, 140:25, 142:21, 144:3, 144:20, 145:1, 145:7, 145:17, 145:22, 146:2, 146:5, 146:8, 146:14, 147:11, 149:3, 149:22, 149:23, 149:24, 151:20, 155:24, 156:3, 156:5, 156:7, 156:9, 158:13, 159:6, 159:20, 159:21, 160:20, 161:7, 161:25, 162:9, 163:7, 164:2, 164:23, 165:8, 165:11, 165:12, 165:13, 165:14, 165:20, 166:1, 166:3, 166:16, 167:22, 168:17, 169:8, 169:11, 169:12, 169:17, 169:20, 170:8, 172:2, 172:4, 173:8, 173:19, 174:10, 175:2, 175:8, 175:10, 175:19, 176:15, 177:5, 177:7, 177:10, 178:12, 179:9, 179:11, 179:23, 180:10, 180:12, 183:18, 183:21, 184:3, 184:6, 184:15, 184:19, 185:17, 185:20, 185:21, 185:23, 186:2, 187:13, 187:17, 187:18, 187:20, 188:2, 188:20, 191:21, 192:8, 192:13, 193:9, 194:3, 194:5, 194:14, 194:16, 194:17, 194:21, 194:22, 195:1, 195:7, 195:8, 195:12, 196:22, 197:1, 197:4, 198:25, 199:1, 200:15, 202:2, 202:5, 202:6, 202:14, 203:13, 205:12, 205:17, 205:21, 206:10, 206:19, 206:20, 206:23, 206:24, 209:22, 209:24, 210:9, 210:11,

210:20, 210:23, 211:3, 211:5, 211:17, 211:18, 212:2, 213:12, 213:21, 213:25, 214:9, 214:13, 214:16, 215:5, 215:19, 215:25, 216:7, 216:8, 216:20, 218:19, 219:2, 219:5, 220:11, 221:13, 225:5, 225:6, 227:11, 229:19, 230:7, 231:1, 231:11, 235:8, 235:25, 236:12, 236:14, 236:18, 237:2, 237:6, 237:9, 239:11, 239:17, 239:18, 239:19, 240:16, 241:6, 241:21, 242:13, 242:25, 243:4, 243:12, 245:12, 245:13, 245:20, 247:10, 247:15, 247:25, 249:20, 250:3, 250:23, 251:17, 252:10, 252:13, 252:18, 252:20, 252:22, 253:6, 253:7, 253:8, 253:13, 253:18, 254:4, 254:20, 254:24, 255:2, 255:5, 255:9, 255:12, 255:13, 255:18, 256:22, 257:20, 257:22
**NOTE** [25] - 29:8, 31:3, 31:9, 31:15, 39:23, 80:9, 97:12, 101:22, 103:14, 105:12, 105:25, 106:1, 108:12, 109:22, 111:10, 111:13, 127:10, 138:1, 138:2, 139:5, 139:7, 140:3, 141:18, 144:7, 255:21
**NOTED** [8] - 52:24, 117:6, 117:22, 122:13, 125:9, 144:15, 200:8, 201:9
**NOTES** [8] - 108:2, 108:8, 110:2, 113:22, 146:23, 191:10, 248:24, 254:9
**NOTHING** [7] - 6:18,

43:20, 43:21, 117:11, 125:19, 135:6, 141:9
**NOTICE** [2] - 137:16, 168:24
**NOTICED** [9] - 3:17, 4:1, 41:8, 97:25, 101:9, 101:17, 113:9, 127:10, 129:11
**NOTING** [1] - 156:19
**NOTION** [2] - 92:13, 104:9
**NOVEMBER** [1] - 231:16
**NOW** [87] - 14:14, 19:9, 21:4, 22:5, 22:11, 22:19, 27:5, 31:24, 33:23, 40:14, 43:22, 44:15, 44:16, 44:18, 44:20, 44:23, 46:21, 49:3, 49:4, 50:17, 51:8, 54:6, 57:7, 58:18, 61:4, 64:18, 65:18, 71:10, 73:18, 76:22, 77:10, 89:12, 90:20, 91:13, 93:2, 96:24, 97:1, 97:2, 98:6, 102:7, 103:11, 104:3, 104:12, 107:17, 109:13, 109:17, 111:12, 116:12, 118:17, 123:6, 123:10, 126:8, 127:12, 128:8, 129:17, 132:16, 133:6, 140:10, 142:21, 163:18, 168:12, 168:18, 168:20, 170:16, 178:4, 178:9, 179:6, 180:5, 180:14, 186:14, 191:8, 192:14, 193:1, 208:14, 209:16, 221:10, 229:9, 231:6, 232:23, 233:16, 240:1, 241:12, 241:18, 242:2, 248:12, 255:23
**NUMBER** [40] - 1:3, 13:22, 32:3, 32:8, 32:12, 34:24, 44:13, 47:6, 47:10, 48:5, 48:8, 53:19, 54:15, 59:24, 60:4, 60:25, 61:1, 63:3, 66:2, 66:7, 66:10, 66:15,

112:7, 122:20, 124:19, 124:22, 126:13, 127:1, 128:15, 142:13, 151:15, 151:18, 155:6, 180:2, 201:10, 205:18, 219:20, 220:1, 239:24, 241:4
**NUMBERED** [2] - 248:19, 249:2
**NUMBERS** [4] - 21:24, 22:9, 59:11, 228:14
**NURSE** [5] - 12:12, 247:16, 249:5, 250:9, 250:13
**NUTRITION** [1] - 48:2
**NW** [1] - 2:3

## O

**OATH** [2] - 151:5, 221:22
**OBJECT** [14] - 14:23, 21:22, 21:25, 55:1, 56:23, 60:13, 61:15, 67:6, 82:6, 93:25, 108:22, 112:8, 162:9, 244:22
**OBJECTED** [1] - 236:9
**OBJECTION** [54] - 5:21, 6:4, 6:8, 14:12, 26:12, 31:19, 34:7, 42:14, 48:21, 57:6, 58:23, 59:10, 60:24, 61:14, 64:13, 69:7, 80:10, 80:13, 80:24, 81:12, 81:15, 82:19, 84:3, 92:2, 100:12, 101:11, 102:16, 103:6, 105:21, 106:9, 107:6, 109:6, 111:3, 112:8, 114:16, 118:20, 125:23, 127:21, 152:19, 154:24, 156:16, 159:1, 160:3, 207:21, 207:22, 208:23, 209:11, 220:25, 221:1, 224:16, 224:17, 226:7, 232:18
**OBJECTIONS** [26] - 5:18, 6:12, 80:22, 81:8, 81:11, 81:21, 81:22, 86:20, 87:23, 88:4, 88:11, 88:25, 89:7, 89:13, 89:15, 108:2, 114:15,

128:1, 156:20, 208:10, 233:24, 234:17, 238:1, 245:3, 246:22, 256:3
**OBJECTIVE** [4] - 38:3, 42:6, 42:9, 110:8
**OBJECTS** [1] - 64:14
**OBSERVATIONS** [3] - 45:24, 52:13, 87:18
**OBTAIN** [5] - 29:23, 177:2, 177:3, 178:18, 238:14
**OBTAINED** [15] - 177:11, 178:12, 237:12, 239:13, 239:16, 241:4, 243:16, 243:20, 243:24, 245:21, 245:25, 247:9, 248:5, 248:6, 248:8
**OBVIOUS** [1] - 159:21
**OBVIOUSLY** [4] - 22:1, 100:13, 162:2, 257:21
**OCCASION** [1] - 112:3
**OCCUPATION** [1] - 10:2
**OCCUR** [2] - 17:12, 73:9
**OCCURS** [2] - 20:21, 31:14
**OCTOBER** [9] - 128:12, 135:16, 225:23, 229:3, 230:4, 230:9, 230:21, 231:8, 232:3
**ODD** [1] - 4:10
**OF** [867] - 1:2, 3:4, 3:7, 3:9, 3:13, 3:19, 4:11, 4:15, 5:17, 5:18, 5:20, 6:20, 6:21, 6:25, 8:10, 8:11, 8:14, 8:17, 8:21, 9:17, 9:21, 9:24, 10:3, 10:24, 10:25, 11:2, 11:3, 11:4, 11:5, 11:10, 11:11, 11:13, 11:15, 11:17, 11:19, 11:20, 11:21, 11:22, 11:23, 12:2, 12:15, 12:18, 12:24, 13:8, 13:11, 13:15, 13:16, 13:19, 13:22, 13:25, 14:1, 14:21, 15:2, 15:15, 15:17, 16:3, 16:9, 16:20, 17:1, 17:8, 17:15, 17:22, 18:2, 18:18, 19:10, 19:22, 20:2, 20:12, 20:13, 20:14,

20:16, 22:5, 22:6,
22:8, 23:24, 24:5,
24:6, 25:1, 25:12,
26:4, 26:7, 26:21,
26:24, 27:1, 27:13,
27:14, 27:17, 27:18,
27:19, 28:15, 29:18,
29:25, 30:9, 30:10,
31:13, 31:25, 32:1,
32:2, 32:14, 32:18,
33:7, 33:12, 35:20,
36:19, 36:20, 37:9,
37:11, 37:12, 37:14,
37:16, 37:21, 37:25,
38:4, 38:19, 39:13,
39:20, 40:15, 40:20,
42:8, 43:8, 43:16,
43:25, 44:1, 44:7,
44:8, 44:19, 44:21,
44:24, 45:12, 45:15,
45:24, 46:1, 46:2,
46:21, 47:9, 47:13,
47:15, 48:6, 48:12,
48:16, 49:7, 49:8,
49:10, 49:14, 49:21,
50:6, 50:11, 50:12,
50:17, 51:2, 51:8,
51:10, 51:18, 51:24,
52:4, 52:10, 52:14,
52:16, 52:19, 52:21,
53:1, 53:4, 53:9,
53:13, 54:2, 54:11,
54:13, 55:2, 55:10,
55:15, 55:24, 56:20,
56:24, 57:1, 57:4,
57:20, 57:22, 58:2,
58:10, 58:15, 58:20,
58:22, 59:6, 59:7,
59:12, 59:14, 59:24,
59:25, 60:7, 60:18,
60:21, 60:22, 61:9,
61:15, 62:2, 62:5,
62:6, 62:11, 63:6,
63:12, 63:15, 63:16,
64:2, 64:4, 64:7,
64:14, 65:2, 65:5,
65:7, 65:9, 65:13,
65:14, 66:5, 66:16,
66:19, 67:2, 67:7,
67:19, 68:2, 68:6,
68:11, 68:25, 69:4,
69:8, 69:18, 69:25,
70:5, 70:21, 70:22,
71:21, 71:24, 72:4,
72:16, 72:18, 73:5,
73:10, 73:11, 73:22,
74:3, 74:5, 74:7,
74:8, 74:10, 74:12,
74:14, 74:15, 74:16,
74:17, 74:21, 74:22,
74:23, 75:4, 75:11,

75:15, 75:23, 76:5,
76:10, 76:14, 76:15,
76:19, 76:20, 77:10,
77:17, 77:25, 78:2,
78:8, 78:9, 78:10,
78:16, 78:17, 80:13,
80:16, 80:17, 80:18,
80:25, 81:5, 81:13,
81:18, 81:19, 81:20,
82:21, 83:19, 83:20,
84:3, 84:20, 84:21,
85:2, 85:5, 85:11,
85:14, 85:20, 85:21,
86:1, 86:2, 86:5,
86:12, 87:1, 87:4,
87:6, 87:7, 87:8,
87:15, 87:17, 87:22,
88:7, 88:25, 89:5,
89:13, 90:7, 90:8,
90:9, 90:10, 90:23,
91:6, 91:11, 91:12,
91:13, 91:15, 91:23,
92:4, 92:10, 92:14,
92:18, 92:25, 93:17,
94:1, 94:11, 95:13,
95:14, 96:3, 96:8,
96:21, 96:24, 96:25,
97:3, 97:8, 97:9,
97:18, 97:20, 97:22,
97:24, 98:17, 98:18,
99:7, 99:23, 99:25,
100:1, 100:21,
100:22, 100:25,
101:5, 101:8,
101:11, 101:14,
102:5, 102:6,
102:11, 102:13,
102:14, 102:15,
102:16, 102:18,
104:12, 104:16,
104:23, 105:16,
105:19, 106:3,
106:4, 106:5, 106:6,
106:14, 106:15,
106:25, 107:4,
107:12, 107:22,
108:17, 109:1,
109:14, 110:20,
110:24, 111:13,
111:14, 111:19,
111:25, 112:16,
113:2, 113:3, 113:4,
113:10, 113:17,
113:19, 113:21,
113:23, 114:2,
114:11, 114:14,
114:15, 114:16,
115:21, 115:22,
115:24, 116:5,
116:7, 116:17,
116:19, 116:25,

117:4, 117:7, 117:9,
117:13, 117:17,
118:8, 118:9, 119:4,
119:8, 119:19,
119:20, 121:1,
122:3, 122:10,
122:11, 122:19,
122:24, 123:4,
125:14, 125:16,
126:9, 127:7, 127:8,
127:16, 127:22,
128:17, 129:6,
129:7, 129:21,
129:22, 129:24,
129:25, 130:2,
130:7, 130:17,
130:18, 130:19,
131:5, 131:7,
131:24, 132:11,
132:12, 132:19,
132:20, 132:22,
133:2, 133:9,
133:14, 133:17,
133:24, 134:15,
134:16, 134:21,
135:5, 135:11,
135:18, 135:22,
135:23, 135:25,
136:1, 136:2,
136:11, 137:2,
137:7, 137:14,
138:23, 139:17,
139:21, 140:3,
140:23, 141:3,
141:8, 141:21,
142:16, 142:18,
143:2, 143:7, 143:8,
143:14, 144:8,
144:10, 144:14,
144:17, 144:18,
144:25, 145:5,
145:7, 146:4, 146:5,
146:11, 147:4,
147:10, 148:3,
148:22, 149:1,
149:4, 149:10,
150:8, 150:15,
151:17, 151:21,
151:25, 152:10,
152:14, 153:6,
153:9, 154:13,
154:18, 155:11,
155:20, 155:23,
156:2, 156:7, 157:4,
157:6, 157:9,
157:17, 159:8,
159:9, 159:15,
159:18, 159:21,
159:22, 159:24,
161:17, 161:21,
162:1, 162:12,

162:13, 162:25,
163:3, 163:8,
163:14, 163:16,
164:10, 164:15,
164:18, 164:25,
165:1, 165:23,
165:24, 166:2,
166:3, 166:4,
166:10, 166:19,
166:23, 166:24,
166:25, 167:11,
168:3, 168:6,
168:10, 168:15,
168:16, 168:23,
168:25, 169:3,
169:6, 169:12,
169:14, 170:2,
170:10, 170:11,
170:25, 171:2,
172:17, 172:19,
172:20, 172:25,
173:1, 173:22,
173:25, 175:5,
175:6, 175:12,
176:2, 176:5,
176:12, 176:13,
177:3, 177:8,
178:13, 178:20,
179:3, 179:10,
179:15, 179:20,
179:22, 179:23,
180:2, 180:11,
180:19, 181:9,
181:17, 181:18,
181:19, 181:24,
182:2, 182:3,
182:16, 182:25,
183:9, 183:18,
183:22, 185:9,
185:14, 185:18,
185:22, 185:25,
186:3, 186:13,
186:20, 187:1,
187:6, 187:10,
187:22, 188:1,
188:2, 188:4, 190:4,
190:18, 191:6,
192:22, 192:24,
194:2, 194:12,
194:13, 195:7,
195:24, 196:4,
196:17, 196:19,
197:1, 197:2,
197:23, 198:4,
198:17, 200:3,
200:6, 200:23,
201:1, 201:6, 201:7,
201:14, 201:18,
202:10, 202:14,
203:2, 203:5, 204:1,
204:2, 204:8,

204:14, 204:16,
204:21, 204:24,
205:1, 205:5, 205:6,
205:11, 205:18,
205:19, 206:19,
206:21, 206:25,
207:10, 207:14,
208:6, 208:17,
208:18, 209:6,
210:15, 210:17,
211:16, 211:24,
212:10, 212:11,
212:15, 213:1,
214:25, 215:21,
215:24, 216:18,
217:5, 217:11,
217:17, 218:1,
218:11, 218:22,
218:24, 218:25,
219:1, 219:4,
219:16, 220:5,
220:15, 220:18,
222:8, 222:13,
222:16, 222:21,
224:4, 224:11,
224:15, 224:22,
225:11, 225:21,
226:2, 226:12,
226:13, 226:16,
226:22, 227:7,
227:19, 227:23,
228:1, 228:15,
229:16, 230:1,
232:1, 232:24,
233:12, 233:19,
234:11, 234:13,
235:12, 235:14,
235:18, 236:25,
237:7, 237:11,
237:18, 237:20,
238:6, 238:10,
238:16, 238:19,
238:25, 239:7,
239:8, 239:9,
239:10, 239:11,
239:14, 239:20,
239:23, 239:24,
240:7, 240:25,
241:4, 241:5,
241:22, 242:14,
242:23, 243:7,
243:12, 243:18,
243:21, 243:23,
243:25, 244:4,
244:12, 244:14,
244:19, 244:22,
245:1, 245:11,
245:13, 245:15,
245:16, 245:21,
246:2, 246:5, 246:8,
246:20, 247:8,

247:10, 248:4,
248:5, 248:6,
248:15, 249:1,
250:5, 250:7,
251:10, 251:14,
252:2, 252:14,
252:16, 253:16,
253:23, 254:12,
254:18, 256:8,
256:18, 256:22,
256:23, 257:5,
257:6, 258:3, 258:12

**OFF** [18] - 7:14, 32:9,
33:12, 43:16, 46:12,
50:12, 75:23, 89:14,
89:20, 112:25,
142:18, 162:12,
189:11, 194:4,
221:6, 221:8, 229:4,
257:6

**OFFER** [2] - 208:9,
208:22

**OFFERED** [2] - 98:1,
193:2

**OFFERING** [2] -
81:12, 99:6

**OFFERS** [2] - 209:9,
220:8

**OFFICE** [15] - 42:8,
43:15, 52:7, 101:21,
155:19, 167:7,
167:14, 167:15,
168:2, 170:4,
248:20, 248:24,
256:15

**OFFICER** [1] - 12:10

**OFFICES** [1] - 169:19

**OFFICIAL** [30] - 1:18,
22:2, 86:3, 103:21,
104:4, 106:1,
112:24, 116:13,
119:1, 124:5, 124:9,
128:17, 130:25,
131:4, 131:5,
131:11, 132:25,
133:17, 133:20,
137:10, 138:6,
141:6, 142:25,
143:1, 147:6,
151:14, 176:7,
190:16, 235:17,
258:15

**OFFLINE** [2] - 241:2,
241:7

**OFTEN** [2] - 40:18,
136:23

**OH** [32] - 4:13, 5:15,
22:19, 49:13, 53:25,
60:25, 71:7, 80:8,
107:20, 132:16,

132:19, 132:22,
138:15, 140:1,
141:14, 153:16,
153:23, 160:4,
160:23, 179:15,
180:22, 182:7,
183:4, 199:12,
200:20, 207:21,
207:22, 214:2,
228:12, 228:25,
235:11, 246:16

**OKAY** [149] - 4:17,
6:13, 6:17, 7:6, 7:15,
8:10, 8:15, 9:14,
10:13, 12:22, 22:4,
22:23, 22:24, 29:6,
31:16, 34:14, 35:24,
36:3, 39:16, 39:25,
42:11, 43:4, 45:5,
46:15, 46:21, 50:25,
57:24, 61:3, 61:5,
61:11, 70:6, 71:15,
72:9, 72:15, 72:21,
78:15, 78:21, 79:20,
79:25, 80:5, 82:5,
83:1, 89:9, 93:8,
97:11, 103:1,
104:24, 107:15,
107:17, 107:20,
109:9, 109:15,
110:14, 111:7,
112:14, 114:9,
114:24, 121:16,
125:21, 125:24,
126:2, 129:16,
132:16, 136:12,
137:23, 148:11,
148:16, 149:6,
149:9, 149:19,
150:3, 151:3, 154:6,
159:11, 159:14,
161:2, 162:15,
163:3, 163:19,
165:17, 170:15,
171:8, 171:24,
172:6, 180:22,
180:25, 181:1,
181:8, 181:24,
182:14, 188:7,
191:11, 191:12,
194:8, 194:11,
195:3, 196:8, 197:5,
197:21, 199:11,
199:20, 202:15,
203:1, 205:15,
212:3, 212:15,
213:1, 214:2, 215:3,
215:7, 217:19,
218:8, 220:22,
221:14, 221:16,
224:6, 228:16,

229:5, 229:8, 229:9,
230:1, 230:15,
230:16, 231:6,
231:15, 232:1,
232:7, 233:12,
233:19, 234:14,
234:15, 235:11,
235:14, 240:9,
245:2, 245:5,
246:16, 248:9,
248:18, 248:19,
250:8, 253:17,
255:25, 256:12,
257:11, 257:17,
257:24, 258:5

**OLD** [1] - 73:19

**OLDEST** [2] - 83:19,
83:20

**ON** [375] - 3:10, 3:23,
5:21, 5:22, 7:4, 8:14,
14:2, 14:13, 15:3,
21:1, 21:2, 21:6,
22:14, 23:14, 25:11,
25:18, 26:18, 27:7,
27:9, 27:21, 27:24,
28:2, 29:3, 29:4,
30:10, 30:12, 31:1,
31:2, 31:5, 33:14,
35:2, 35:10, 37:7,
39:7, 39:24, 41:2,
42:23, 44:3, 44:23,
48:14, 53:13, 55:1,
55:3, 56:4, 57:3,
57:9, 59:15, 59:18,
60:19, 62:3, 64:5,
64:11, 65:2, 66:3,
66:19, 67:14, 67:15,
67:24, 68:19, 71:1,
71:3, 72:4, 74:10,
74:11, 74:14, 74:20,
74:22, 75:19, 75:23,
76:8, 78:24, 81:1,
81:11, 84:13, 84:17,
85:2, 85:9, 85:12,
85:18, 85:23, 86:10,
86:20, 86:21, 87:17,
88:7, 88:9, 88:16,
88:23, 89:5, 89:8,
90:3, 90:14, 90:15,
90:23, 91:1, 91:21,
92:13, 92:14, 92:15,
92:18, 93:5, 93:20,
93:21, 93:22, 94:1,
94:10, 94:24, 95:13,
95:14, 97:4, 97:23,
97:25, 98:12, 98:13,
98:14, 99:13, 100:9,
100:21, 100:25,
101:23, 102:7,
103:22, 104:11,
104:12, 105:19,

105:20, 106:5,
106:17, 107:7,
107:24, 109:23,
109:25, 110:7,
110:12, 111:8,
111:12, 112:3,
115:4, 116:6, 116:9,
116:11, 117:23,
118:5, 119:5, 119:9,
120:3, 122:14,
122:16, 122:23,
123:1, 123:10,
123:18, 124:1,
124:10, 124:15,
125:9, 126:7,
127:13, 127:21,
128:10, 128:11,
128:12, 128:18,
129:11, 130:2,
130:7, 130:8,
130:11, 130:23,
131:6, 131:19,
132:2, 132:13,
135:6, 135:10,
135:15, 137:12,
138:5, 138:8,
138:20, 139:12,
141:1, 141:2,
141:10, 141:18,
141:25, 142:1,
143:6, 144:16,
144:21, 145:24,
146:22, 147:7,
148:2, 149:3, 149:4,
150:2, 150:16,
152:11, 153:2,
153:4, 153:5,
153:10, 153:16,
153:22, 153:23,
154:9, 154:12,
154:14, 155:5,
155:25, 156:8,
156:25, 157:2,
157:5, 157:13,
157:16, 157:17,
157:21, 158:16,
159:16, 159:18,
159:23, 159:25,
160:7, 160:14,
161:12, 161:20,
161:24, 162:12,
162:16, 163:18,
164:15, 166:7,
166:19, 166:21,
166:25, 167:3,
167:4, 167:8,
167:20, 168:8,
169:5, 173:9,
173:10, 173:12,
176:24, 178:10,
179:7, 179:13,

179:19, 180:14,
181:4, 182:16,
182:17, 183:14,
183:19, 184:4,
184:7, 184:10,
184:18, 185:14,
185:22, 185:24,
185:25, 190:1,
190:14, 190:23,
191:4, 191:18,
191:22, 191:23,
191:25, 192:1,
192:8, 192:11,
193:6, 193:8,
194:21, 194:24,
195:4, 197:7,
197:22, 198:3,
198:12, 198:16,
198:22, 199:8,
199:10, 199:23,
199:24, 201:14,
201:19, 202:11,
204:5, 204:17,
205:11, 205:25,
206:8, 206:12,
206:20, 207:4,
209:18, 209:21,
209:23, 209:24,
210:3, 210:6, 210:9,
210:13, 210:14,
210:21, 210:25,
211:3, 211:24,
212:22, 213:20,
215:13, 215:24,
216:2, 216:8, 219:8,
219:20, 220:5,
220:12, 220:17,
221:13, 222:21,
223:3, 223:12,
225:2, 225:6,
225:10, 226:1,
227:21, 228:3,
233:1, 233:8,
234:18, 235:4,
236:7, 239:7,
241:18, 241:24,
242:10, 243:9,
245:19, 246:10,
247:10, 251:7,
252:6, 252:7,
252:11, 252:16,
252:19, 253:9,
253:11, 257:19,
258:2

**ONCE** [7] - 32:20,
33:13, 36:18, 98:8,
110:3, 193:22, 257:1

**ONE** [185] - 5:2, 5:9,
5:16, 5:21, 5:23,
10:23, 11:2, 12:1,
13:19, 13:25, 16:9,

17:1, 17:13, 17:15,
18:2, 18:9, 22:8,
26:24, 27:1, 27:17,
32:3, 32:8, 33:2,
33:17, 34:12, 35:20,
36:20, 38:15, 40:19,
42:25, 44:13, 44:19,
47:6, 50:1, 50:2,
51:10, 52:19, 53:9,
53:19, 54:11, 54:15,
56:8, 59:24, 62:3,
63:3, 63:12, 63:16,
66:2, 66:4, 70:21,
71:24, 73:11, 74:3,
74:10, 74:11, 75:4,
76:14, 76:15, 76:19,
84:13, 85:12, 86:10,
87:17, 88:7, 91:7,
91:8, 96:7, 97:4,
97:18, 98:9, 98:20,
101:8, 107:24,
112:18, 114:2,
115:15, 117:1,
119:5, 120:7,
120:25, 121:15,
124:13, 125:16,
129:15, 129:19,
129:22, 132:11,
136:1, 136:20,
137:12, 142:13,
144:5, 144:8,
144:13, 146:4,
147:10, 149:24,
150:15, 150:16,
152:12, 154:12,
154:15, 155:21,
157:5, 157:9,
157:19, 161:22,
162:13, 163:1,
163:21, 164:7,
164:13, 164:18,
166:1, 173:12,
173:24, 175:3,
175:6, 175:15,
175:16, 175:23,
183:3, 187:4, 187:9,
188:20, 189:1,
189:4, 189:6, 190:1,
192:20, 194:6,
194:19, 194:24,
198:1, 200:15,
201:20, 201:22,
202:3, 202:7,
202:12, 204:6,
204:17, 205:1,
207:1, 207:4,
207:15, 208:6,
209:17, 209:24,
210:5, 211:15,
220:17, 221:9,
225:1, 226:14,

227:23, 228:3,
228:12, 229:12,
233:5, 244:12,
245:21, 246:15,
248:10, 249:9,
250:7, 250:18,
250:19, 252:21,
253:5, 256:12
**ONE-ON-ONE** [7] -
84:13, 85:12, 86:10,
97:4, 107:24, 119:5,
137:12
**ONES** [4] - 51:9,
107:2, 196:10, 248:8
**ONGOING** [2] - 80:12,
80:24
**ONLINE** [3] - 148:2,
170:6, 230:22
**ONLY** [31] - 6:13, 18:2,
33:19, 56:8, 60:1,
60:19, 90:17, 94:11,
95:21, 96:11, 99:14,
117:11, 119:4,
119:5, 119:19,
123:21, 129:19,
130:4, 140:11,
145:1, 146:14,
151:24, 153:5,
153:19, 166:5,
168:9, 193:2, 205:1,
214:4, 247:8, 255:10
**ONTO** [3] - 43:13,
50:8, 128:25
**OOPS** [1] - 181:18
**OPEN** [4] - 82:6, 98:7,
197:5, 231:11
**OPENED** [2] - 163:24,
257:24
**OPENS** [2] - 3:1,
150:9
**OPERATE** [2] - 19:13,
20:22
**OPINION** [11] - 18:5,
18:12, 42:23, 43:5,
50:10, 58:20, 59:21,
59:23, 69:14,
106:17, 112:9
**OPPORTUNITIES** [3] -
63:11, 63:13, 63:24
**OPPORTUNITY** [9] -
77:11, 99:10, 130:1,
130:2, 153:8,
170:17, 171:3,
171:20, 227:15
**OPTION** [7] - 47:18,
47:20, 125:11,
125:12, 195:8,
240:12, 242:19
**OPTIONS** [1] - 125:18
**OR** [189] - 3:12, 8:16,

8:21, 10:17, 10:21,
10:22, 16:1, 16:11,
17:17, 18:24, 19:6,
20:22, 20:23, 21:17,
21:23, 23:20, 24:13,
27:1, 27:11, 27:12,
27:13, 28:18, 29:4,
30:12, 30:20, 30:21,
30:22, 31:2, 31:7,
31:10, 32:4, 32:11,
32:15, 37:3, 37:17,
37:18, 38:14, 43:9,
43:10, 43:12, 43:14,
43:15, 43:25, 44:12,
44:17, 47:12, 47:17,
50:4, 50:10, 50:12,
51:18, 51:21, 52:5,
53:7, 55:20, 59:6,
62:24, 64:8, 66:19,
67:10, 67:16, 68:4,
73:17, 73:18, 74:24,
77:12, 78:12, 80:14,
80:15, 80:19, 80:25,
81:1, 81:3, 81:5,
82:4, 86:6, 88:11,
88:19, 88:20, 89:22,
90:21, 91:25, 92:22,
94:21, 96:3, 97:21,
99:15, 102:14,
103:23, 104:1,
104:2, 104:19,
105:9, 106:11,
106:20, 107:13,
108:5, 108:16,
110:18, 111:22,
113:15, 114:17,
116:25, 119:13,
120:4, 120:16,
121:5, 121:15,
122:6, 122:9,
123:15, 125:13,
125:14, 125:19,
130:3, 133:16,
135:13, 138:2,
138:14, 138:18,
142:7, 142:22,
142:23, 145:11,
152:5, 153:13,
156:3, 156:4, 156:7,
156:9, 158:2, 161:9,
161:10, 163:4,
163:5, 163:8,
163:11, 164:9,
165:15, 166:1,
166:3, 166:16,
167:4, 177:3, 182:6,
183:25, 184:4,
185:6, 185:24,
187:16, 189:22,
191:8, 193:9,
193:10, 193:20,

194:13, 194:18,
194:22, 199:1,
199:4, 200:14,
200:16, 202:3,
202:5, 205:19,
212:13, 212:17,
213:23, 216:2,
219:7, 220:19,
223:3, 223:14,
225:11, 227:5,
252:24, 253:2,
253:12, 253:20
**ORANGE** [1] - 157:13
**ORANGES** [1] -
245:18
**ORDER** [8] - 29:24,
73:25, 91:18, 137:3,
143:8, 149:14,
180:21, 193:6
**ORDERED** [2] -
122:18, 194:15
**ORDERS** [2] - 142:11,
146:12
**ORDINARY** [1] - 15:8
**ORGANIC** [1] - 183:11
**ORGANIZE** [1] -
100:18
**ORGANIZED** [2] -
85:7, 101:2
**ORIGINAL** [4] - 22:2,
170:5, 222:16, 224:1
**ORIGINALLY** [2] -
105:18, 126:6
**ORIGINALS** [1] - 59:2
**OTC** [1] - 30:16
**OTHER** [52] - 5:16,
11:15, 16:12, 24:13,
32:16, 33:3, 33:6,
35:21, 38:2, 38:14,
52:16, 54:10, 59:7,
63:19, 63:23, 74:3,
74:14, 76:12, 78:22,
85:3, 85:9, 87:13,
88:10, 89:8, 96:9,
104:8, 107:2, 107:8,
123:23, 125:18,
148:3, 150:16,
169:8, 169:12,
170:1, 173:21,
175:4, 181:4,
183:25, 188:23,
192:12, 192:24,
194:13, 224:24,
226:25, 237:6,
246:10, 251:25,
255:6, 255:9
**OTHERS** [4] - 17:3,
59:4, 81:15, 92:3
**OTHERWISE** [5] -
17:24, 153:7,

178:21, 187:15,
254:4
**OUR** [40] - 9:3, 14:1,
14:3, 15:6, 27:16,
27:18, 38:2, 38:3,
42:8, 49:19, 52:7,
53:9, 54:2, 60:3,
65:8, 65:25, 66:2,
66:18, 76:21, 80:22,
81:8, 86:16, 87:14,
91:2, 93:2, 95:18,
95:22, 95:24, 96:8,
101:1, 117:7, 119:6,
123:13, 149:6,
150:13, 168:17,
176:18, 214:7,
240:5, 248:8
**OURSELVES** [1] -
201:13
**OUT** [58] - 3:15, 3:19,
22:6, 22:16, 27:13,
27:21, 27:22, 27:24,
28:15, 30:15, 35:20,
46:19, 49:4, 53:2,
53:6, 67:1, 67:22,
76:16, 86:23, 91:19,
106:25, 107:15,
113:1, 113:15,
113:16, 117:13,
118:9, 122:22,
126:9, 129:12,
129:15, 130:15,
133:3, 135:19,
143:13, 146:2,
150:14, 150:21,
171:20, 172:4,
178:17, 179:20,
193:16, 194:9,
198:2, 205:18,
211:18, 217:17,
218:24, 224:4,
225:11, 226:2,
229:14, 231:1,
236:15, 242:22,
249:21, 251:25
**OUTLIERS** [1] - 23:18
**OUTLINES** [1] - 65:10
**OUTLINING** [1] -
137:14
**OUTSIDE** [8] - 50:12,
90:9, 91:24, 92:9,
159:21, 162:1,
164:18, 218:25
**OVER** [36] - 3:18,
20:1, 30:17, 32:5,
32:24, 47:19, 50:3,
57:14, 84:1, 92:20,
102:22, 108:17,
115:8, 115:25,
125:13, 125:16,

129:20, 129:21,
133:25, 147:3,
148:21, 166:12,
168:13, 168:15,
182:6, 182:17,
197:24, 200:16,
227:10, 242:21,
243:1, 243:2, 255:11
**OVER-THE-**
**COUNTER** [1] -
30:17
**OVERALL** [2] - 29:22,
30:3
**OVERLAP** [1] - 100:15
**OVERLOOK** [1] -
112:18
**OVERLOOKED** [1] -
251:14
**OVERLY** [1] - 85:25
**OVERNIGHT** [1] -
257:20
**OVERRULE** [3] - 55:5,
61:18, 81:11
**OVERRULED** [5] -
34:9, 64:17, 69:10,
101:13, 101:15
**OVERSEE** [1] - 12:10
**OVERVIEW** [2] - 8:11,
10:25
**OVERWHELMED** [1] -
29:25
**OWN** [11] - 85:2, 86:7,
93:22, 170:12,
181:4, 193:6, 193:8,
221:7, 246:7,
257:22, 258:4

**P**

**P.M** [1] - 150:8
**PA** [2] - 1:9, 1:20
**PACE** [1] - 155:19
**PACED** [4] - 193:20,
194:13, 197:23,
198:4
**PACING** [1] - 199:18
**PACKET** [1] - 253:16
**PAGE** [54] - 21:24,
22:8, 22:20, 56:8,
93:20, 122:19,
124:19, 124:22,
130:10, 136:1,
139:17, 180:20,
182:3, 182:16,
186:22, 195:24,
197:7, 199:13,
202:17, 202:20,
204:13, 212:4,
212:23, 214:17,
214:20, 218:11,

219:20, 223:13,
223:19, 230:1,
230:16, 231:15,
232:24, 233:19,
235:14, 237:16,
238:6, 238:7,
238:16, 240:25,
248:13, 248:16,
248:17, 248:19,
249:1, 249:9,
249:24, 251:6,
252:4, 256:8,
256:11, 256:12,
256:18, 259:1
**PAGES** [2] - 21:23,
156:19
**PAID** [1] - 9:9
**PANDEMIC** [1] - 44:12
**PAPER** [3] - 97:10,
182:13, 217:5
**PAR** [1] - 92:15
**PARAGRAPH** [13] -
41:2, 136:19,
188:11, 188:12,
197:16, 206:4,
213:6, 214:10,
214:22, 222:3,
222:25, 226:12,
227:20
**PARAGRAPHS** [1] -
157:18
**PARENT** [4] - 17:10,
17:13, 43:9, 43:11
**PARENTS** [2] - 38:11,
96:9
**PARK** [1] - 175:15
**PART** [36] - 11:13,
13:16, 19:14, 61:9,
69:4, 74:23, 78:10,
78:16, 81:17, 88:25,
114:15, 121:13,
122:3, 122:11,
130:17, 135:22,
136:2, 136:11,
138:23, 141:11,
170:10, 170:11,
173:1, 175:12,
176:2, 176:5, 177:3,
185:14, 185:18,
185:25, 196:17,
196:19, 234:14,
238:10, 241:5
**PARTICIPATE** [7] -
47:7, 61:8, 65:10,
154:8, 154:11,
169:23, 183:21
**PARTICIPATED** [1] -
173:13
**PARTICIPATING** [1] -
4:2

**PARTICIPATION** [1] -
253:24
**PARTICULAR** [74] -
23:10, 23:20, 24:13,
25:2, 36:13, 49:23,
51:11, 52:11, 56:21,
81:14, 84:25, 90:19,
91:4, 91:12, 92:10,
92:13, 92:20, 94:5,
94:18, 95:10, 95:17,
99:15, 101:19,
102:5, 106:6, 107:2,
108:19, 109:24,
110:5, 110:19,
113:1, 113:7,
113:17, 113:24,
115:10, 115:11,
115:12, 116:11,
117:3, 117:24,
118:6, 121:13,
124:5, 124:10,
131:22, 132:18,
132:20, 138:12,
141:5, 141:10,
141:12, 143:10,
144:2, 144:5, 144:7,
144:19, 145:1,
148:3, 156:11,
156:24, 159:14,
164:15, 169:4,
175:1, 184:7, 188:2,
192:11, 205:13,
213:19, 217:16,
234:14, 249:10,
254:17
**PARTICULARLY** [3] -
37:24, 53:15, 90:14
**PARTS** [5] - 52:17,
151:20, 239:9,
239:10, 239:20
**PARTY** [1] - 113:15
**PASS** [9] - 56:5,
116:25, 117:4,
117:14, 123:5,
192:13, 202:6,
225:5, 225:6
**PASSAGE** [1] - 213:1
**PASSAGES** [1] -
90:21
**PASSED** [6] - 55:13,
62:2, 62:3, 64:10,
117:21, 119:9
**PASSING** [10] - 29:25,
66:3, 117:23,
122:10, 154:4,
157:1, 157:12,
161:22, 191:21,
192:22
**PASSIONATE** [1] -
171:18

**PAST** [12] - 13:8,
37:22, 41:18, 41:20,
41:24, 54:16,
110:18, 141:6,
141:8, 147:7, 149:25
**PATHWAY** [1] -
187:11
**PATHWAYS** [1] -
96:18
**PATIENCE** [2] - 77:8,
79:5
**PATIENT** [25] - 15:20,
23:21, 26:19, 31:12,
32:2, 36:25, 37:3,
38:18, 38:23, 39:13,
41:8, 49:8, 49:10,
72:22, 107:21,
107:22, 108:12,
108:18, 108:20,
139:9, 139:23,
155:22, 214:13,
218:15, 250:3
**PATIENT'S** [5] - 18:6,
18:12, 25:19, 43:25,
50:11
**PATIENTS** [7] - 12:25,
27:17, 28:9, 36:15,
44:4, 51:25, 52:4
**PAUSE** [6] - 86:22,
88:21, 100:4, 194:1,
194:2, 246:13
**PAY** [7] - 11:24, 44:9,
90:11, 164:4, 166:9,
167:3, 214:6
**PAYING** [2] - 118:5,
166:8
**PDF** [1] - 233:17
**PEACE** [1] - 45:15
**PEAKED** [1] - 205:13
**PEDIATRICIAN** [4] -
84:15, 84:24, 85:6,
87:6
**PEDIATRICIANS** [1] -
13:22
**PEER** [1] - 10:17
**PEER-REVIEW** [1] -
10:17
**PEERS** [3] - 84:8,
85:14, 102:21
**PEN** [1] - 141:9
**PENALIZE** [2] -
123:15, 123:16
**PENALIZED** [1] - 77:6
**PENNSYLVANIA** [1] -
1:2
**PEOPLE** [58] - 19:9,
19:16, 24:7, 27:5,
27:23, 28:14, 38:14,
51:15, 52:6, 53:4,
53:11, 53:24, 54:1,

54:8, 54:13, 54:16,
56:21, 60:8, 63:12,
64:2, 67:1, 73:14,
74:13, 75:14, 76:25,
94:19, 94:23, 95:16,
96:11, 96:16, 96:25,
97:3, 97:8, 97:24,
99:5, 99:9, 99:14,
99:19, 103:22,
112:1, 119:9,
119:13, 133:21,
133:23, 142:24,
164:12, 165:11,
166:2, 166:3,
166:21, 169:24,
173:20, 173:21,
174:14, 175:4,
196:22, 213:23,
214:2
**PEOPLE'S** [2] -
149:24, 192:12
**PER** [3] - 46:14, 68:22,
166:9
**PERCEIVE** [1] -
163:16
**PERCEIVED** [1] -
163:9
**PERCENT** [25] - 13:2,
13:3, 57:12, 57:23,
58:6, 58:13, 58:14,
60:1, 67:9, 99:7,
125:12, 125:13,
125:14, 125:16,
125:18, 129:21,
130:7, 148:8,
161:15, 161:16,
161:23, 213:20,
213:22, 250:5
**PERCENTAGE** [4] -
56:20, 57:20, 58:5,
164:10
**PERCENTILE** [4] -
55:14, 62:6, 93:24,
94:12
**PERCENTILES** [1] -
94:1
**PERFECT** [1] - 142:10
**PERFORM** [4] - 93:23,
130:2, 184:4, 192:8
**PERFORMANCE** [9] -
46:5, 54:23, 55:11,
154:12, 161:21,
191:25, 194:23,
213:12, 225:7
**PERFORMED** [6] -
62:7, 94:12, 94:23,
95:9, 204:25, 209:20
**PERHAPS** [5] - 5:21,
57:5, 241:1, 247:21,
257:8

PERIOD [4] - 200:10, 200:12, 200:16, 200:17
PERIODS [1] - 47:19
PERKINS [1] - 2:2
PERMISSION [2] - 122:2, 122:5
PERMIT [2] - 219:8, 223:3
PERMITTED [3] - 253:6, 253:7, 253:8
PERSEVERING [1] - 169:7
PERSON [60] - 5:3, 12:13, 19:13, 20:21, 26:25, 27:2, 27:3, 27:20, 28:15, 28:18, 31:12, 32:8, 37:8, 38:15, 38:24, 38:25, 39:5, 39:7, 42:7, 43:7, 43:13, 43:18, 44:5, 44:6, 49:22, 50:5, 50:16, 51:3, 53:25, 54:5, 73:9, 97:23, 113:12, 122:10, 137:1, 138:13, 142:18, 143:3, 145:8, 145:10, 145:11, 148:3, 148:5, 150:16, 157:10, 166:1, 166:20, 168:5, 170:9, 171:18, 175:3, 175:6, 194:21, 212:18, 213:13, 213:14, 215:15, 216:3, 216:15, 226:3
PERSON'S [1] - 11:7
PERSONAL [20] - 5:7, 18:7, 18:11, 18:12, 54:21, 94:7, 98:5, 106:13, 106:15, 108:24, 114:17, 129:6, 135:23, 137:20, 140:23, 166:22, 247:4, 247:6, 252:2, 252:15
PERSONALLY [4] - 97:5, 107:8, 165:4, 193:6
PERSONS [11] - 27:10, 28:13, 49:25, 51:6, 51:8, 51:12, 53:1, 63:25, 71:22, 73:4, 75:18
PERSPECTIVE [4] - 67:17, 67:19, 97:15, 114:14
PHARMACOLOGICA

L [2] - 32:6, 32:7
PHILADELPHIA [5] - 1:9, 1:20, 135:11, 150:12, 169:25
PHONE [2] - 215:24, 216:3
PHONICS [1] - 85:18
PHYSICAL [1] - 47:24
PHYSICALLY [1] - 184:25
PHYSICIAN [6] - 50:13, 50:14, 107:24, 137:13, 139:20, 145:6
PHYSICIANS [7] - 12:11, 13:22, 17:3, 23:18, 76:16, 108:14, 109:1
PHYSICS [2] - 183:1, 183:3
PIANO [1] - 173:9
PICK [1] - 148:1
PICKED [2] - 149:10, 170:18
PICKUP [1] - 89:19
PICTURE [1] - 99:25
PIECE [1] - 97:9
PLACE [5] - 38:5, 42:9, 51:11, 51:20, 66:13, 75:11, 75:12, 76:4, 76:10, 98:24, 99:22, 117:18, 125:3, 133:4, 242:25
PLACEMENT [1] - 56:20
PLACES [1] - 3:19
PLAINTIFF [21] - 1:4, 7:21, 23:2, 26:14, 31:21, 42:16, 48:23, 83:9, 100:14, 103:8, 111:5, 112:11, 118:22, 125:25, 128:3, 152:21, 155:1, 156:22, 159:3, 160:8, 162:20
PLAINTIFF'S [6] - 28:23, 103:12, 115:1, 120:5, 122:15, 128:14
PLAN [13] - 3:24, 6:25, 7:4, 78:12, 108:4, 108:13, 110:9, 142:11, 145:14, 146:4, 146:11, 168:17
PLANE [1] - 236:17
PLANNER [1] - 92:18
PLANNERS [2] - 90:25, 102:18
PLANNING [2] - 63:6,

148:22
PLANS [2] - 49:18, 105:18
PLASTIC [2] - 58:7, 60:2
PLAY [4] - 49:18, 91:24, 92:9, 164:22
PLAYED [3] - 173:9, 173:10, 173:12
PLAYS [1] - 22:6
PLEASE [93] - 7:8, 7:20, 7:23, 8:17, 21:2, 21:8, 25:10, 25:18, 25:21, 29:1, 29:13, 29:14, 34:25, 35:7, 35:21, 36:6, 36:8, 40:1, 40:25, 41:16, 45:17, 45:21, 46:6, 46:7, 46:8, 46:16, 47:22, 56:8, 64:22, 64:23, 64:25, 65:16, 65:17, 65:22, 66:15, 68:7, 71:10, 83:6, 83:7, 83:10, 89:20, 95:6, 103:2, 105:8, 107:18, 109:12, 109:20, 111:8, 115:2, 115:13, 117:20, 118:1, 118:2, 120:6, 122:15, 124:3, 126:23, 127:25, 128:20, 129:13, 129:16, 134:10, 135:12, 135:21, 139:3, 139:13, 141:7, 143:16, 148:9, 155:7, 179:19, 182:6, 186:12, 197:13, 198:21, 219:19, 219:20, 223:15, 230:5, 231:23, 234:13, 235:2, 235:5, 235:13, 235:16, 235:23, 238:25, 248:23, 249:23, 251:3, 251:6
PLUS [5] - 157:18, 179:25, 180:1, 181:13, 250:5
PODCASTS [1] - 48:10
PODIUM [1] - 244:14
POINT [21] - 5:2, 28:17, 59:11, 79:14, 88:6, 96:15, 102:15, 104:16, 122:22, 154:18, 157:22, 157:23, 158:15,

161:4, 171:19, 205:6, 229:12, 236:21, 244:19, 251:7, 251:9
POINTED [3] - 3:15, 204:10, 224:5
POINTS [7] - 3:7, 36:21, 60:20, 86:24, 88:19, 171:7, 171:12
POLAND [9] - 113:2, 145:16, 145:17, 146:5, 184:22, 184:25, 185:1, 185:4, 255:12
POLICY [1] - 187:17
POLISH [1] - 185:6
POOR [3] - 85:24, 191:24, 247:13
POORLY [1] - 94:23
POPULATION [2] - 15:20, 59:25
PORTION [2] - 12:24, 16:16
PORTRAYED [2] - 98:21, 99:3
POSE [1] - 50:11
POSITION [8] - 9:1, 12:4, 14:13, 23:9, 52:12, 68:20, 204:4, 236:14
POSITIONS [1] - 65:25
POSITIVE [1] - 173:4
POSSESS [1] - 50:10
POSSESSION [4] - 91:15, 127:8, 142:8, 177:5
POSSIBILITY [1] - 43:24
POSSIBLE [8] - 20:1, 47:12, 70:25, 71:2, 126:10, 138:8, 141:25, 257:10
POSSIBLY [1] - 70:1
POST [2] - 183:22, 220:20
POTENT [1] - 33:4
POTENTIAL [2] - 19:13, 36:16
POTENTIALLY [5] - 14:20, 105:17, 109:3, 145:8, 153:12
POWER [1] - 189:13
POWERFUL [2] - 33:4, 33:8
PRACTICAL [1] - 88:1
PRACTICALITY [2] - 27:8, 28:2
PRACTICE [17] - 10:7, 10:15, 15:21, 24:4,

24:15, 24:22, 27:18, 68:2, 108:14, 120:23, 145:6, 153:11, 187:13, 192:19, 217:4, 249:14, 255:13
PRACTICED [2] - 62:16, 62:17
PRACTICES [1] - 109:1
PRACTICING [2] - 49:3, 139:21
PRACTITIONER [1] - 247:17
PRACTITIONERS [1] - 12:12
PREFERENCE [1] - 64:10
PREJUDICIAL [1] - 87:12
PRELIMINARY [7] - 212:9, 243:18, 244:1, 246:8, 247:21, 254:3, 254:21
PREMATURE [1] - 3:11
PREMISE [1] - 204:24
PREP [5] - 93:22, 93:23, 94:17, 94:22, 95:5
PREPARE [1] - 258:2
PREPARED [2] - 246:7, 249:5
PREPARING [3] - 192:23, 196:25, 258:2
PREPS [1] - 192:25
PRESCRIBE [4] - 13:16, 32:2, 113:23, 145:18
PRESCRIBED [6] - 38:20, 39:14, 85:4, 110:2, 110:3, 257:2
PRESCRIBING [4] - 32:19, 38:22, 39:11, 105:17
PRESCRIPTION [9] - 110:1, 113:8, 113:21, 116:2, 145:16, 146:10, 255:3, 255:9, 256:20
PRESENT [11] - 16:5, 16:11, 16:13, 16:25, 29:18, 37:12, 60:9, 82:5, 122:25, 144:8, 254:12
PRESENTATION [1] - 47:3
PRESENTED [3] -

31:2, 64:16, 136:23
**PRESENTING** [1] - 5:18
**PRESENTS** [4] - 16:8, 24:6, 29:20, 42:7
**PRESERVE** [1] - 81:13
**PRESERVING** [1] - 81:15
**PRESIDENT** [4] - 52:21, 173:17, 173:19, 173:22
**PRESSURE** [3] - 29:25, 168:15, 168:16
**PRESSURES** [1] - 153:9
**PRETRIAL** [2] - 197:6, 197:18
**PRETTY** [3] - 8:9, 197:17, 240:15
**PREVIOUS** [1] - 161:17
**PREVIOUSLY** [5] - 5:6, 60:14, 69:13, 198:23, 243:5
**PRIMARILY** [1] - 138:17
**PRIMARY** [4] - 13:22, 17:2, 133:7, 137:13
**PRINCIPLES** [1] - 25:5
**PRINT** [1] - 142:18
**PRIOR** [7] - 66:5, 121:3, 129:7, 202:2, 218:10, 235:18, 255:2
**PRIORITY** [1] - 123:24
**PRISON** [1] - 150:12
**PRO** [3] - 1:15, 169:10, 169:21
**PROBABILITY** [2] - 122:10, 161:21
**PROBABLY** [17] - 13:2, 18:2, 33:15, 33:18, 35:21, 52:4, 62:11, 89:12, 93:10, 96:15, 100:16, 138:19, 150:24, 157:9, 189:17, 243:4, 251:14
**PROBLEM** [9] - 75:13, 76:9, 106:9, 106:19, 165:17, 203:11, 229:8, 243:3, 257:15
**PROBLEMS** [3] - 43:14, 59:8, 93:6
**PROCEDURE** [2] - 41:24, 232:13
**PROCEDURES** [1] - 45:19

**PROCEED** [8] - 5:19, 15:12, 23:15, 35:25, 71:10, 81:17, 93:9, 167:23
**PROCEEDINGS** [3] - 1:22, 212:9, 258:12
**PROCESS** [17] - 3:14, 37:5, 59:5, 62:22, 63:2, 65:10, 68:8, 68:10, 68:21, 68:22, 78:11, 78:17, 87:15, 151:11, 170:2, 196:18
**PROCESSING** [2] - 222:25, 223:4
**PROCRASTINATE** [1] - 91:24
**PROCTORED** [5] - 190:11, 193:2, 194:14, 195:1, 201:25
**PRODUCE** [1] - 242:24
**PRODUCED** [7] - 1:22, 5:6, 56:12, 160:20, 160:21, 185:11, 243:6
**PRODUCING** [1] - 238:10
**PROFESSION** [3] - 74:8, 74:16, 74:23
**PROFESSIONAL** [15] - 11:16, 18:5, 18:11, 31:6, 42:23, 43:5, 50:9, 52:14, 58:20, 59:21, 59:23, 85:18, 108:7, 136:24
**PROFESSIONALS** [1] - 12:19
**PROFESSOR** [6] - 4:15, 97:8, 101:8, 119:15, 246:1, 246:5
**PROFESSORS** [11] - 63:16, 86:6, 101:9, 102:20, 117:12, 119:6, 119:20, 119:23, 119:24, 133:2, 245:22
**PROFESSORS'** [1] - 137:11
**PROFICIENCY** [1] - 226:16
**PROFILE** [1] - 23:21
**PROGRAM** [15] - 57:16, 65:8, 66:18, 66:24, 67:2, 86:4, 87:7, 164:6, 166:15, 169:1, 183:22, 188:1, 188:2, 206:17
**PROGRAMS** [16] -

56:13, 57:21, 58:2, 58:11, 62:21, 63:1, 64:9, 121:4, 121:6, 123:19, 164:11, 164:12, 166:18, 168:23, 188:23, 188:24
**PROGRESS** [14] - 29:8, 31:3, 31:9, 31:15, 39:23, 73:13, 102:3, 103:14, 105:12, 105:25, 106:1, 109:22, 249:15, 254:9
**PROGRESSES** [1] - 73:9
**PROGRESSION** [1] - 73:12
**PROMETRIC** [6] - 125:3, 134:24, 190:8, 193:2, 194:18, 201:23
**PROMISE** [2] - 149:22, 169:11
**PRONOUNCE** [1] - 40:9
**PROOF** [1] - 211:19
**PROPER** [1] - 48:2
**PROPERLY** [2] - 19:15, 19:18, 49:24
**PROPORTIONS** [1] - 164:9
**PROPOSE** [3] - 3:12, 62:25, 81:12
**PROPRANOLOL** [4] - 40:11, 46:13, 127:15, 127:18
**PROTECT** [1] - 135:5
**PROUD** [1] - 11:11
**PROVE** [4] - 124:15, 132:25, 141:11, 167:4, 227:1, 240:1
**PROVIDE** [33] - 12:24, 13:14, 15:16, 15:17, 15:24, 17:7, 31:3, 31:6, 47:8, 48:3, 62:25, 68:7, 74:1, 91:2, 98:12, 129:5, 133:12, 133:15, 134:14, 138:14, 139:11, 139:22, 140:24, 142:6, 151:21, 168:17, 177:7, 209:25, 229:15, 239:14, 243:12, 247:22
**PROVIDED** [38] - 12:18, 21:12, 34:5, 34:18, 42:21, 43:20, 49:25, 57:3, 59:1,

71:16, 72:22, 73:2, 75:16, 75:17, 77:5, 130:25, 131:2, 131:19, 133:11, 134:1, 142:4, 142:23, 152:8, 152:10, 159:8, 185:17, 206:16, 212:10, 217:11, 228:1, 229:22, 240:5, 242:8, 243:18, 245:11, 247:3, 250:19, 250:20
**PROVIDER** [3] - 12:15, 69:17, 145:14
**PROVIDER'S** [1] - 106:14
**PROVIDERS** [1] - 63:23
**PROVIDES** [2] - 68:15, 245:9
**PROVIDING** [3] - 141:4, 236:9, 252:14
**PROVISO** [1] - 162:17
**PSEUDOFOLLICULI TIS** [1] - 140:15
**PSYCHE** [1] - 155:25
**PSYCHIATRIC** [14] - 11:18, 11:25, 14:5, 15:17, 17:9, 37:8, 37:14, 37:20, 37:22, 43:15, 76:23, 146:13, 146:23, 175:16
**PSYCHIATRIST** [8] - 13:18, 15:15, 18:15, 21:16, 113:16, 113:24, 146:18, 165:2
**PSYCHIATRISTS** [6] - 11:22, 13:15, 24:14, 24:19, 26:18, 28:8
**PSYCHIATRY** [14] - 9:25, 11:11, 11:20, 11:21, 13:20, 14:10, 18:18, 26:25, 33:3, 33:6, 49:3, 71:23, 76:21, 118:13
**PSYCHOLOGICAL** [2] - 247:9, 250:10
**PSYCHOTHERAPY** [1] - 15:19
**PUBLIC** [3] - 56:14, 78:1, 104:5
**PUBLISH** [1] - 5:11
**PULL** [56] - 28:20, 34:23, 35:20, 45:9, 105:8, 111:8, 115:1, 116:3, 126:13,

155:6, 157:3, 170:12, 176:17, 180:5, 185:8, 188:7, 191:15, 195:19, 195:20, 196:1, 198:15, 199:6, 199:9, 199:12, 199:20, 200:19, 202:15, 207:6, 207:11, 208:2, 208:14, 209:2, 209:16, 210:2, 210:12, 210:24, 212:3, 219:13, 222:1, 223:11, 225:15, 228:6, 228:17, 230:10, 230:13, 232:23, 234:4, 236:4, 240:21, 244:9, 246:12, 248:2, 251:2, 252:4
**PULLED** [3] - 140:25, 158:10, 255:17
**PULLINS** [2] - 172:16, 172:17
**PULP** [1] - 255:15
**PUNCH** [1] - 104:11
**PURCHASE** [2] - 115:25, 193:8
**PURCHASED** [1] - 195:10
**PURCHASES** [1] - 41:10
**PURPOSE** [2] - 69:18, 192:12
**PURPOSELY** [2] - 54:9, 149:23
**PURPOSES** [2] - 20:7, 184:17
**PURSUE** [1] - 169:9
**PURSUING** [1] - 73:24
**PURSUIT** [2] - 80:15, 80:16
**PUSHING** [1] - 168:22
**PUT** [44] - 5:21, 42:9, 48:20, 51:20, 58:20, 64:22, 76:4, 76:10, 84:17, 86:3, 91:11, 91:21, 94:24, 98:12, 108:8, 108:11, 108:12, 125:20, 127:12, 127:25, 130:18, 132:1, 132:4, 132:10, 133:19, 133:25, 134:7, 138:6, 139:16, 145:13, 146:12, 150:2, 158:15, 160:1,

182:6, 185:24, 201:13, 216:15, 218:22, 226:22, 245:1, 250:15, 252:15, 253:16
**PUTTING** [1] - 181:3
**PX** [67] - 21:2, 21:21, 23:1, 26:11, 26:13, 29:1, 31:18, 31:20, 34:24, 35:16, 35:17, 35:21, 35:22, 39:17, 42:13, 42:15, 45:10, 48:20, 56:8, 60:12, 61:2, 61:4, 64:23, 67:5, 67:8, 105:9, 105:10, 106:24, 109:20, 111:2, 111:8, 112:10, 124:22, 125:21, 125:24, 126:14, 126:16, 127:25, 128:2, 151:15, 152:18, 153:16, 154:22, 154:25, 155:6, 155:9, 156:13, 156:21, 158:8, 161:12, 162:7, 191:16, 198:15, 199:12, 200:19, 228:6, 228:17, 228:24, 236:19, 251:3, 255:15, 256:14, 256:15

---

## Q

**QUALIFICATIONS** [2] - 64:16, 232:12
**QUALIFIED** [1] - 136:25
**QUALIFY** [1] - 8:15
**QUALITIES** [1] - 20:15
**QUALITY** [1] - 137:7
**QUANTITY** [3] - 222:8, 222:13, 235:12
**QUESTING** [1] - 22:15
**QUESTION** [47] - 8:17, 11:14, 18:9, 34:12, 39:10, 42:25, 50:8, 51:4, 72:11, 73:21, 74:19, 74:22, 82:3, 87:2, 114:4, 114:16, 149:13, 149:20, 155:14, 156:6, 157:19, 158:22, 162:3, 163:17, 171:4, 171:6, 171:23, 172:14, 177:22, 188:25,

199:3, 201:1, 212:15, 213:6, 215:5, 223:24, 227:8, 235:2, 238:25, 240:2, 242:3, 242:15, 244:22, 244:24, 244:25, 253:3, 253:20
**QUESTIONING** [7] - 56:24, 59:13, 59:14, 61:15, 64:14, 69:9, 72:4
**QUESTIONS** [47] - 8:14, 13:4, 22:5, 36:1, 39:5, 69:21, 70:19, 72:2, 72:4, 72:7, 72:16, 77:12, 78:23, 79:1, 86:9, 88:2, 90:21, 119:16, 139:13, 155:20, 155:21, 157:17, 158:1, 158:17, 170:25, 171:1, 171:15, 171:16, 173:2, 194:2, 195:4, 195:9, 195:14, 196:12, 198:8, 202:3, 204:1, 204:2, 204:5, 205:7, 205:18, 205:24, 211:17, 214:13, 240:14, 257:5
**QUICK** [5] - 55:4, 70:2, 82:3, 93:12, 246:18
**QUICKLY** [2] - 88:18, 200:19
**QUITE** [5] - 4:8, 152:24, 157:24, 195:12, 226:24
**QUIZ** [1] - 97:21
**QUIZZES** [2] - 101:10, 101:18
**QUOTE** [1] - 133:8

---

## R

**RACE** [2] - 51:18, 80:14
**RACES** [1] - 52:16
**RACISM** [1] - 54:3
**RAISE** [4] - 7:20, 83:7, 86:19, 227:7
**RAISED** [2] - 78:25, 203:21
**RAN** [3] - 161:5, 205:18, 246:4
**RANDOMLY** [1] - 205:19

**RANGE** [1] - 154:14
**RANK** [1] - 154:13
**RATHER** [5] - 97:9, 104:11, 137:2, 157:7, 204:2
**RATING** [2] - 24:17, 38:3
**RATIO** [1] - 96:13
**RE** [10] - 106:22, 110:24, 111:19, 113:16, 161:11, 169:2, 220:18, 233:15, 257:1
**REACH** [3] - 143:13, 241:8, 249:21
**REACHED** [1] - 229:14
**REACHING** [2] - 63:22, 211:17
**REACTIONS** [1] - 32:16
**READ** [43] - 3:16, 29:4, 29:10, 29:17, 31:2, 40:15, 41:6, 45:21, 46:12, 47:4, 48:6, 65:21, 66:22, 84:1, 106:11, 129:3, 131:3, 132:16, 136:9, 137:23, 159:22, 159:25, 177:25, 180:23, 188:12, 195:25, 196:3, 196:8, 197:10, 197:11, 197:16, 198:2, 202:22, 213:4, 213:5, 214:24, 219:18, 222:9, 227:19, 231:19, 252:13, 255:20
**READINESS** [1] - 122:5
**READING** [13] - 84:11, 86:4, 87:7, 87:10, 90:14, 90:21, 95:3, 95:11, 156:1, 156:8, 162:2, 183:18
**READS** [1] - 226:13
**READY** [14] - 79:24, 82:1, 83:2, 110:11, 112:15, 112:19, 112:20, 112:21, 122:6, 123:11, 123:12, 153:1, 192:1, 221:19
**REAL** [2] - 100:24, 246:18
**REALIZE** [2] - 131:9, 157:22
**REALIZED** [2] - 5:7,

254:22
**REALLY** [37] - 59:11, 75:5, 87:22, 88:18, 91:3, 94:8, 95:16, 116:9, 126:6, 126:7, 128:10, 128:11, 135:16, 141:10, 143:12, 150:1, 156:8, 156:10, 157:1, 159:6, 159:20, 161:24, 161:25, 162:23, 165:3, 165:22, 170:22, 171:23, 198:10, 200:18, 211:19, 214:8, 214:12, 255:12, 255:13
**REALM** [2] - 51:5, 165:20
**REASON** [33] - 5:10, 8:16, 9:15, 10:15, 51:19, 51:21, 60:16, 97:15, 99:24, 107:20, 110:19, 111:22, 122:22, 137:19, 139:25, 141:14, 141:15, 143:9, 145:21, 154:19, 179:9, 193:11, 205:2, 205:23, 206:25, 216:12, 224:22, 226:21, 226:24, 227:3, 239:20, 243:3, 254:20
**REASONABLE** [5] - 34:4, 34:8, 34:17, 59:2, 226:15
**REASONS** [21] - 17:1, 44:19, 48:15, 51:11, 60:13, 61:19, 73:11, 76:14, 76:15, 99:13, 108:17, 108:20, 115:11, 127:23, 129:23, 146:4, 162:24, 163:12, 192:7, 192:12, 250:16
**RECALL** [6] - 197:4, 198:25, 212:12, 219:10, 236:7, 236:8
**RECAP** [1] - 200:3
**RECEIVE** [9] - 20:2, 26:18, 43:16, 66:13, 74:13, 91:25, 132:2, 158:14, 190:14
**RECEIVED** [19] - 65:24, 92:18, 130:24, 132:20,

133:10, 147:6, 151:17, 152:23, 157:1, 163:13, 197:22, 198:3, 200:7, 204:14, 204:17, 230:11, 231:10, 237:21
**RECEIVES** [1] - 223:1
**RECEIVING** [3] - 38:8, 211:10
**RECENT** [1] - 21:17
**RECENTLY** [3] - 41:9, 99:18, 247:8
**RECESS** [3] - 70:12, 80:4, 221:17
**RECHECK** [5] - 211:9, 211:25, 213:15, 214:6, 214:7
**RECHECKS** [3] - 213:24, 213:25, 215:13
**RECOGNIZE** [12] - 111:24, 176:21, 178:6, 184:19, 219:16, 220:4, 225:13, 225:18, 231:25, 233:7, 252:5
**RECOGNIZED** [7] - 18:19, 106:3, 112:2, 141:19, 206:9, 255:12
**RECOGNIZES** [3] - 43:10, 43:13, 43:18
**RECOLLECTION** [13] - 13:9, 62:6, 97:9, 131:13, 141:3, 152:1, 191:17, 196:9, 199:5, 199:23, 205:21, 213:8, 215:8
**RECOMMEND** [2] - 49:8, 108:4
**RECOMMENDATION** [6] - 3:24, 108:7, 145:4, 238:21, 246:5, 252:2
**RECOMMENDATION S** [8] - 47:5, 47:6, 47:12, 49:9, 53:16, 54:17, 78:8, 108:11
**RECOMMENDED** [13] - 47:7, 47:10, 47:15, 47:23, 50:2, 72:22, 78:15, 84:14, 84:16, 85:7, 108:18, 251:23, 252:22
**RECOMMENDING** [1] - 78:9
**RECONFIRM** [1] - 113:17

**RECORD** [71] - 3:10, 5:23, 7:14, 7:24, 21:21, 26:11, 28:22, 29:10, 31:18, 35:15, 36:7, 37:2, 42:13, 45:22, 45:23, 48:20, 56:10, 60:12, 62:5, 67:5, 80:10, 81:13, 82:7, 83:11, 86:20, 103:4, 105:6, 105:12, 106:1, 106:10, 111:2, 111:11, 112:6, 114:21, 115:4, 115:16, 118:19, 124:18, 125:17, 125:20, 126:17, 126:22, 126:25, 127:12, 127:25, 141:6, 143:1, 144:18, 148:13, 152:18, 154:22, 156:13, 158:25, 160:2, 160:7, 162:7, 175:2, 178:5, 185:22, 185:25, 186:10, 188:14, 207:10, 218:12, 218:15, 221:6, 227:18, 229:13, 231:2, 256:11, 258:12

**RECORDED** [1] - 1:22

**RECORDING** [6] - 8:19, 8:20, 212:10, 212:13, 212:14, 212:21

**RECORDS** [34] - 42:20, 56:12, 87:10, 114:11, 127:6, 127:8, 130:15, 130:16, 140:19, 142:17, 142:19, 207:10, 217:1, 217:5, 217:11, 217:13, 218:2, 218:3, 218:4, 218:10, 218:21, 237:13, 238:14, 239:14, 241:16, 241:18, 242:13, 242:17, 243:9, 243:12, 248:5, 248:6, 252:3

**RECOUNTING** [1] - 100:21, 100:22

**RECROSS** [1] - 258:19

**RED** [2] - 51:12, 141:9

**REDACTED** [1] - 5:8

**REDDIT** [2] - 166:22, 166:25

**REDIRECT** [6] - 171:4, 171:8, 171:20, 220:17, 227:15, 258:19

**REDO** [1] - 55:25

**REDUCING** [3] - 52:24, 53:4, 53:23

**REDUNDANCY** [1] - 20:6

**REFER** [4] - 82:13, 82:16, 148:25, 168:4

**REFERENCE** [3] - 20:5, 34:8, 46:22

**REFERRAL** [3] - 113:23, 146:12, 146:22

**REFERRALS** [1] - 143:8

**REFERRED** [9] - 36:16, 113:14, 113:16, 140:13, 140:18, 140:19, 142:15, 146:17, 146:18

**REFILL** [1] - 144:9

**REFILLED** [2] - 127:17, 145:6

**REFLECT** [3] - 74:20, 118:8, 137:3

**REFLECTED** [1] - 193:24

**REFLECTS** [4] - 116:17, 137:1, 138:20, 189:25

**REFRESH** [6] - 191:17, 196:9, 199:5, 199:22, 213:8, 215:8

**REFUSED** [1] - 104:4

**REGARD** [1] - 74:23

**REGARDED** [1] - 138:18

**REGARDING** [10] - 13:15, 15:24, 17:7, 18:7, 31:7, 36:16, 47:9, 52:14, 68:8, 202:12

**REGARDLESS** [3] - 60:21, 73:10, 224:22

**REGARDS** [3] - 31:8, 54:3, 170:23

**REGISTER** [1] - 253:15

**REGISTERED** [3] - 252:20, 253:4, 253:21

**REGISTRATION** [1] - 185:22

**REGULAR** [3] - 47:24, 48:1, 48:3

**REGULARLY** [1] - 174:7

**REGULATED** [1] - 138:18

**REID** [2] - 103:15, 110:13

**REJECT** [2] - 108:10, 108:12

**REJECTION** [3] - 151:17, 151:19, 151:20

**RELATE** [2] - 15:1, 15:4

**RELATED** [8] - 9:3, 48:9, 54:24, 56:24, 61:16, 69:12, 80:13, 80:25

**RELATION** [5] - 11:2, 11:7, 16:3, 16:11, 172:23

**RELATIONSHIP** [3] - 14:22, 72:12, 173:4

**RELATIVE** [1] - 59:4

**RELATIVELY** [1] - 55:4

**RELAXATION** [1] - 139:11

**RELEASE** [5] - 219:7, 223:2, 223:8, 224:5, 224:23

**RELEVANCE** [3] - 55:2, 67:7, 69:8

**RELEVANCY** [1] - 5:22

**RELEVANT** [14] - 14:25, 15:5, 61:15, 64:15, 80:17, 100:22, 163:17, 218:17, 218:25, 219:2, 238:21, 239:11, 239:18, 244:5

**RELIABLE** [2] - 25:7, 48:10

**RELIED** [1] - 209:21

**RELIEVING** [1] - 39:2

**RELIGION** [1] - 51:18

**RELY** [3] - 104:12, 185:24, 185:25

**RELYING** [11] - 176:24, 178:10, 179:7, 180:14, 185:14, 194:21, 239:7, 241:18, 242:10, 243:9, 247:10

**REMAIN** [3] - 69:14, 69:16, 75:14

**REMAINDER** [1] - 148:22

**REMAINING** [1] - 15:7

**REMEDY** [1] - 206:16

**REMEMBER** [19] - 16:23, 34:21, 55:14, 62:2, 70:20, 75:9, 96:14, 97:14, 98:5, 159:25, 171:10, 184:8, 198:10, 212:1, 212:2, 212:13, 233:14, 233:18, 235:7

**REMEMBERS** [1] - 84:24

**REMIND** [3] - 6:25, 157:7, 188:14

**REMINDED** [1] - 157:6

**REMINDER** [4] - 93:12, 151:4, 170:18, 221:21

**REMOVE** [4] - 22:22, 96:5, 103:2, 109:11

**REMOVED** [1] - 76:3

**REPEAT** [5] - 19:1, 42:25, 55:24, 81:14, 177:22

**REPEATED** [2] - 76:22, 117:18

**REPEATEDLY** [1] - 94:24

**REPLICATE** [1] - 193:13

**REPORT** [13] - 25:16, 45:15, 45:25, 46:2, 46:3, 158:21, 159:15, 204:14, 207:15, 208:6, 208:19, 209:6, 229:16

**REPORTED** [1] - 103:16

**REPORTER** [7] - 1:18, 7:19, 7:23, 8:2, 83:7, 83:10, 258:15

**REPORTS** [5] - 29:21, 177:14, 207:10, 229:23, 241:21

**REPRESENT** [8] - 152:15, 155:18, 193:12, 197:19, 210:17, 212:7, 248:3, 248:7

**REPRESENTATION** [6] - 117:15, 125:4, 128:16, 166:4, 236:11, 239:10

**REPRESENTATIONS** [1] - 205:10

**REPRESENTATIVE**

[1] - 173:19

**REPRESENTATIVES** [1] - 173:20

**REPRESENTED** [3] - 153:7, 157:12, 203:25

**REPRESENTER** [1] - 163:8

**REPRESENTING** [1] - 100:15

**REPRESENTS** [3] - 124:7, 205:4, 205:8

**REPUTABLE** [3] - 48:10, 122:9, 125:4

**REPUTATION** [2] - 158:16, 256:22

**REQUEST** [60] - 28:9, 34:3, 34:16, 35:5, 68:12, 125:11, 135:12, 152:11, 174:10, 175:9, 175:19, 176:15, 174:10, 178:20, 179:10, 180:11, 185:18, 185:23, 186:1, 206:12, 209:22, 210:20, 211:3, 211:9, 216:16, 216:17, 219:3, 219:7, 222:7, 222:11, 222:16, 223:1, 223:5, 228:1, 228:9, 228:19, 229:10, 230:3, 230:7, 230:12, 233:9, 234:24, 235:4, 235:16, 236:10, 236:22, 236:25, 237:4, 237:18, 239:2, 241:16, 241:22, 243:21, 245:12, 245:15, 246:2, 248:1, 251:5, 251:19

**REQUESTED** [7] - 15:3, 63:16, 129:18, 233:4, 234:25, 241:14, 242:6

**REQUESTING** [12] - 128:18, 128:22, 128:24, 128:25, 137:4, 213:24, 222:15, 222:20, 222:21, 232:13, 252:6, 253:11

**REQUESTS** [7] - 80:21, 81:7, 135:13, 177:9, 237:7, 239:15, 243:13

**REQUIRE** [7] - 66:7,

121:14, 183:18, 184:16, 184:20, 236:17
**REQUIRED** [6] - 17:10, 29:23, 120:24, 147:17, 175:25, 187:18
**REQUIREMENTS** [1] - 66:2
**REQUIRES** [2] - 73:22, 187:15
**REQUIRING** [2] - 51:2, 66:3
**RESEARCH** [4] - 24:2, 66:5, 166:20
**RESEARCHERS** [1] - 24:21
**RESIDENCIES** [1] - 9:23
**RESIDENCY** [29] - 9:22, 10:10, 26:18, 29:24, 56:13, 57:21, 58:2, 58:11, 62:22, 63:1, 63:9, 63:10, 64:1, 64:9, 65:8, 81:3, 121:4, 121:5, 123:19, 153:1, 164:6, 166:14, 166:15, 166:18, 168:19, 168:23, 169:1, 254:14
**RESIDENTS** [5] - 58:14, 58:15, 58:17, 60:2, 63:11
**RESOURCE** [1] - 194:22
**RESOURCES** [7] - 51:16, 53:7, 53:11, 95:15, 99:10, 165:15, 196:22
**RESPECT** [6] - 86:14, 133:4, 147:4, 206:7, 206:11, 242:23
**RESPECTFUL** [2] - 69:25, 70:5
**RESPECTFULLY** [1] - 130:21
**RESPOND** [2] - 27:24, 171:21
**RESPONDED** [3] - 224:22, 225:11, 232:2
**RESPONSE** [5] - 28:3, 28:4, 223:1, 223:8, 227:14
**RESPONSES** [1] - 172:3
**RESPONSIBILITIES** [1] - 12:10
**RESPONSIBILITY** [2]

- 12:20, 89:5
**RESPONSIBLE** [2] - 12:17, 174:22
**REST** [4] - 6:25, 59:12, 85:14, 95:12
**RESTRAINTS** [1] - 221:7
**RESTRICTIONS** [1] - 135:11
**RESULT** [2] - 11:5, 205:11
**RESULTS** [3] - 46:21, 61:25, 211:10
**RESUME** [5] - 3:3, 150:5, 151:4, 221:23, 257:17
**RESUMED** [1] - 151:8
**RETAIN** [1] - 159:22
**RETURN** [1] - 176:8
**REVERSE** [1] - 180:21
**REVIEW** [15] - 9:3, 9:6, 10:17, 32:5, 32:24, 37:14, 37:21, 65:19, 65:23, 195:4, 222:19, 235:15, 251:9, 251:17
**REVIEWED** [6] - 33:25, 34:2, 152:7, 152:8, 152:9, 219:7
**REVIEWING** [5] - 34:15, 48:14, 59:19, 142:1, 212:14
**REVISE** [1] - 163:22
**REVISIONS** [1] - 21:17
**REVOKED** [1] - 10:15
**REWARDED** [1] - 147:23
**RICHMOND** [4] - 1:16, 83:21, 144:11, 170:3
**RIDE** [1] - 99:8
**RIGHT** [117] - 3:2, 4:25, 6:22, 7:12, 7:20, 8:3, 15:9, 21:3, 22:5, 27:5, 29:15, 33:10, 33:23, 35:19, 36:1, 36:7, 40:1, 40:2, 40:24, 41:14, 42:18, 44:20, 57:15, 57:24, 58:7, 64:17, 68:15, 69:22, 70:3, 70:9, 70:25, 71:10, 73:21, 74:18, 75:23, 76:22, 78:18, 79:3, 79:6, 79:10, 79:12, 79:19, 80:3, 81:16, 81:25, 83:5, 83:8, 86:7, 88:5, 89:16, 93:20, 95:20, 95:23, 111:10, 112:14,

115:17, 117:20, 119:16, 126:20, 127:19, 131:21, 137:23, 148:20, 149:8, 150:4, 150:25, 158:4, 161:20, 163:14, 163:18, 167:15, 170:10, 170:15, 171:13, 172:1, 172:8, 173:17, 174:1, 174:14, 181:10, 183:10, 187:5, 187:18, 187:22, 188:25, 191:8, 192:2, 192:20, 193:21, 201:20, 203:14, 203:15, 212:1, 212:24, 215:4, 216:3, 220:2, 221:2, 221:18, 221:21, 229:3, 231:23, 235:9, 239:25, 242:2, 244:20, 245:23, 246:16, 248:12, 253:2, 254:17, 255:23, 257:3, 258:1, 258:7
**RIGHT-HAND** [1] - 93:20
**RIGHTS** [1] - 170:24
**RISE** [2] - 44:11, 48:16
**RITALIN** [2] - 84:17, 84:18
**RMR** [2] - 1:18, 258:16
**ROAD** [1] - 95:22
**ROLE** [1] - 12:23
**ROOF** [1] - 99:21
**ROOM** [7] - 1:19, 47:18, 91:19, 97:7, 107:24, 119:14, 135:6
**ROTATION** [1] - 56:1
**ROTATIONS** [5] - 116:21, 118:7, 175:11, 175:20, 215:22
**ROUGHLY** [4] - 13:6, 13:11, 61:12, 96:11
**ROUND** [3] - 23:20, 62:4, 119:10
**ROUNDLY** [1] - 228:8
**ROUTE** [1] - 163:22
**RULE** [5] - 16:21, 50:20, 51:11, 58:25, 59:15
**RULES** [7] - 15:6, 51:2, 80:22, 81:9, 87:3, 139:12, 172:4

**RULING** [2] - 22:14, 162:16
**RUNAROUND** [1] - 214:5
**RUSSELL** [1] - 48:12

## S

**S'S** [4] - 177:15, 177:21, 177:24, 178:3
**S-H-E-P-H-E-R-D** [1] - 8:1
**SACRIFICE** [2] - 167:5, 167:6
**SAD** [1] - 59:24
**SAFE** [4] - 50:2, 65:11, 119:23, 189:14
**SAID** [48] - 19:22, 24:25, 40:13, 46:18, 49:2, 57:12, 68:24, 69:13, 72:17, 91:7, 95:25, 98:3, 118:18, 121:9, 124:2, 131:23, 132:16, 132:22, 132:24, 137:23, 141:14, 142:10, 152:6, 153:23, 155:17, 165:17, 169:16, 169:18, 184:10, 193:1, 215:21, 216:5, 216:9, 216:13, 218:9, 219:11, 241:7, 241:25, 249:17, 250:3, 250:4, 250:17, 251:22, 252:9, 252:25, 255:7, 257:12
**SAID,YOUR** [1] - 170:13
**SAIL** [1] - 86:4
**SAKE** [10] - 74:8, 74:16, 109:14, 120:2, 147:4, 152:14, 159:10, 162:22, 220:2, 246:19
**SALESMAN** [2] - 174:3, 174:13
**SAME** [38] - 16:5, 20:6, 20:8, 20:9, 61:19, 74:18, 84:1, 95:20, 99:10, 99:21, 124:16, 124:17, 130:8, 141:18, 143:6, 154:9, 163:15, 164:19, 165:6, 169:18,

181:6, 194:17, 198:23, 198:24, 198:25, 199:23, 201:14, 215:20, 217:17, 225:9, 242:20, 242:22, 242:24, 242:25, 243:1, 245:25, 249:8
**SAMPLE** [1] - 156:6
**SANCTIONED** [1] - 11:10
**SANK** [1] - 163:24
**SAT** [3] - 201:19, 226:14, 244:10
**SATISFACTORY** [2] - 102:2, 177:18
**SATISFIED** [1] - 94:14
**SATURDAY** [1] - 57:3
**SAVE** [4] - 104:23, 160:11, 166:10, 166:11
**SAW** [13] - 26:23, 56:3, 59:20, 84:10, 85:2, 85:23, 100:24, 110:13, 139:18, 154:4, 183:4, 191:4, 249:14
**SAY** [76] - 19:9, 20:2, 20:24, 27:10, 28:15, 28:17, 28:23, 62:9, 62:13, 73:11, 75:21, 75:25, 88:13, 96:7, 97:12, 98:21, 108:17, 119:23, 122:9, 123:6, 125:11, 125:12, 131:7, 133:23, 135:15, 136:10, 136:17, 141:9, 145:24, 151:13, 154:5, 156:10, 160:6, 163:21, 164:23, 166:11, 166:21, 170:14, 171:7, 171:18, 172:5, 173:8, 174:15, 175:7, 177:7, 179:24, 180:1, 193:11, 194:20, 199:8, 205:12, 205:14, 205:17, 211:20, 213:16, 213:19, 214:1, 215:6, 215:14, 215:18, 215:24, 216:2, 216:5, 220:25, 222:10, 223:24, 227:5, 227:13, 228:4, 232:2, 235:2,

235:22, 236:9,
241:12, 244:20,
251:17
**SAYING** [22] - 87:25,
89:21, 90:12, 98:5,
110:16, 133:15,
134:12, 134:13,
134:14, 139:7,
140:14, 143:7,
146:24, 151:20,
158:2, 166:13,
166:23, 167:2,
201:10, 205:6,
214:10, 242:22
**SAYS** [57] - 40:4, 41:3,
41:17, 41:20, 41:23,
43:21, 45:19, 46:9,
46:23, 47:1, 56:16,
56:18, 57:13, 57:17,
57:25, 58:3, 106:20,
106:21, 110:23,
118:11, 118:12,
127:1, 129:2, 129:4,
129:19, 130:24,
133:8, 135:10,
136:3, 136:19,
142:10, 144:8,
144:16, 145:17,
146:7, 146:8,
146:22, 147:12,
147:13, 154:7,
154:9, 161:14,
161:20, 192:4,
196:4, 197:21,
199:15, 211:22,
212:25, 214:8,
214:21, 216:3,
233:3, 235:15
**SCALE** [1] - 24:17
**SCALES** [2] - 24:19,
38:4
**SCHEDULE** [2] - 85:8,
120:15
**SCHEDULED** [2] -
30:2, 247:20
**SCHEDULES** [2] -
47:25, 149:24
**SCHEDULING** [3] -
150:1, 219:8, 223:3
**SCHOOL** [127] - 9:20,
17:16, 17:18, 19:7,
26:17, 54:25, 55:12,
55:13, 55:19, 55:23,
62:21, 63:21, 65:9,
66:9, 66:13, 68:13,
72:25, 73:2, 78:10,
78:16, 78:19, 85:11,
85:16, 85:23, 85:24,
86:17, 86:19, 90:4,
90:14, 91:2, 91:5,

92:8, 93:18, 94:18,
94:22, 95:19, 95:20,
95:21, 95:22, 95:24,
96:1, 96:10, 96:16,
96:17, 96:21, 98:14,
98:18, 110:11,
112:22, 113:1,
113:3, 115:9,
115:25, 116:5,
116:12, 116:18,
118:25, 120:14,
120:19, 121:1,
121:9, 121:14,
121:20, 122:1,
123:12, 133:7,
133:8, 133:9,
133:18, 133:19,
134:3, 135:1,
144:10, 164:10,
173:10, 173:16,
174:1, 174:20,
176:2, 176:5, 176:9,
176:22, 177:13,
178:7, 179:3,
179:17, 180:1,
183:23, 184:1,
184:12, 184:19,
184:22, 185:10,
186:4, 186:17,
186:20, 187:6,
187:10, 187:12,
187:14, 187:15,
187:17, 187:21,
189:8, 190:5,
190:13, 196:24,
235:17, 235:24,
236:15, 243:7,
243:8, 246:9,
247:14, 255:4
**SCHOOLING** [2] -
95:18, 115:23
**SCHOOLINGS** [1] -
132:10
**SCHOOLS** [5] - 49:15,
78:1, 184:15,
184:16, 200:15
**SCHOOLWORK** [2] -
91:9, 91:18
**SCIENCE** [7] - 96:23,
183:25, 187:5,
189:22, 192:16,
196:5, 200:25
**SCIENCES** [2] -
116:19, 144:14
**SCORE** [45] - 61:25,
62:13, 75:19, 94:5,
117:23, 122:25,
123:1, 123:4, 124:7,
154:5, 157:2,
157:11, 157:12,

157:23, 161:16,
184:16, 184:18,
191:14, 191:15,
191:20, 191:21,
193:23, 197:23,
198:4, 198:17,
200:6, 201:8,
202:12, 204:10,
204:14, 204:17,
204:22, 207:10,
207:15, 208:6,
208:19, 209:6,
211:9, 211:25,
213:24, 227:1,
229:16, 229:22
**SCORED** [9] - 157:13,
183:1, 184:9, 191:4,
191:13, 200:4,
201:10, 205:24,
226:17
**SCORES** [14] - 61:12,
61:25, 62:3, 66:10,
68:17, 75:22, 81:1,
95:11, 121:7,
136:24, 163:23,
177:21, 177:23,
213:10
**SCORING** [4] - 204:9,
205:2, 206:7, 213:12
**SCRATCH** [4] -
201:17, 210:3,
224:9, 228:13
**SCREEN** [14] - 21:1,
21:6, 25:12, 29:3,
29:4, 31:2, 31:6,
35:2, 65:2, 93:5,
102:7, 181:5, 201:6,
201:7
**SCREENSHOTS** [1] -
166:25
**SCRIPTED** [1] - 31:10
**SCROLL** [113] - 25:21,
29:13, 34:24, 35:7,
35:8, 36:6, 39:25,
40:24, 41:13, 41:14,
41:15, 41:16, 42:1,
45:17, 46:6, 46:7,
46:8, 46:15, 48:5,
57:14, 57:24, 64:24,
65:16, 109:25,
111:16, 115:13,
116:4, 117:1,
117:19, 117:25,
122:15, 124:3,
128:20, 128:21,
128:22, 129:12,
130:9, 130:22,
132:7, 133:5,
134:10, 134:17,
134:18, 135:20,

138:22, 138:24,
139:2, 139:3,
139:15, 140:6,
141:7, 141:17,
142:3, 143:5,
143:16, 143:17,
143:22, 144:1,
144:22, 144:23,
146:20, 147:1,
148:9, 152:4, 152:5,
152:14, 154:5,
154:17, 156:5,
159:17, 179:13,
198:20, 199:13,
202:19, 207:12,
208:3, 208:15,
212:3, 212:4,
212:23, 214:11,
214:16, 214:17,
214:20, 219:14,
219:22, 223:19,
225:16, 225:23,
225:25, 229:18,
230:14, 230:17,
231:6, 231:13,
231:24, 232:24,
233:3, 235:7, 238:6,
238:16, 238:25,
248:23, 249:4,
249:25, 250:8,
251:21, 251:24,
255:18
**SCROLLED** [2] -
141:17, 237:15
**SCROLLING** [3] -
118:2, 129:16,
235:13
**SE** [2] - 1:15, 169:10
**SEASON** [1] - 65:24
**SECOND** [36] - 41:2,
63:15, 84:9, 92:13,
94:9, 97:14, 97:19,
117:19, 119:9,
121:1, 132:24,
158:4, 165:5, 165:7,
182:13, 186:19,
187:2, 187:10,
187:19, 194:6,
200:2, 200:3,
201:19, 207:4,
209:17, 210:16,
212:4, 219:3, 222:2,
226:12, 226:13,
227:19, 234:7,
236:21, 236:24
**SECONDARY** [1] -
133:8
**SECTION** [3] - 195:25,
197:7, 197:19
**SECTIONS** [1] -

116:18
**SECURE** [2] - 125:5,
194:17
**SECURITY** [1] - 27:4
**SEE** [209] - 3:2, 4:10,
10:8, 16:16, 17:19,
17:21, 17:23, 17:24,
19:7, 20:11, 20:14,
20:19, 21:5, 22:6,
22:17, 22:19, 22:23,
25:9, 25:11, 27:9,
27:15, 28:16, 29:3,
29:5, 29:14, 32:15,
33:5, 33:12, 35:1,
39:19, 40:3, 40:7,
40:8, 41:1, 41:20,
44:15, 45:11, 45:18,
46:9, 46:20, 46:23,
51:6, 52:21, 53:24,
53:25, 56:15, 56:18,
56:20, 57:11, 57:14,
57:17, 58:1, 58:3,
58:7, 58:10, 58:12,
59:19, 65:2, 65:6,
65:18, 71:6, 71:8,
71:13, 71:14, 73:3,
73:5, 73:12, 75:21,
79:12, 79:13, 80:3,
89:18, 91:23, 93:4,
93:8, 93:19, 94:17,
95:6, 95:10, 99:25,
102:12, 105:15,
105:18, 109:14,
109:15, 110:7,
110:8, 111:7, 115:1,
115:17, 116:24,
117:2, 117:21,
117:23, 118:11,
119:21, 119:22,
119:23, 122:14,
122:19, 123:2,
123:3, 123:19,
124:16, 126:22,
127:11, 127:18,
129:15, 129:19,
132:11, 133:6,
134:19, 136:1,
138:11, 138:16,
139:16, 141:19,
141:22, 142:10,
142:12, 143:2,
146:21, 147:12,
148:6, 151:17,
153:11, 153:12,
153:15, 153:17,
153:18, 153:22,
154:6, 154:7, 155:8,
155:16, 156:6,
157:10, 157:17,
161:16, 162:10,
165:11, 169:21,

177:16, 177:21, 179:1, 181:22, 182:7, 182:17, 182:21, 183:11, 186:8, 186:14, 191:14, 191:15, 192:4, 196:7, 196:18, 197:8, 198:20, 199:9, 199:14, 201:8, 202:17, 207:12, 212:25, 214:21, 214:22, 219:15, 222:4, 223:6, 223:7, 224:4, 225:16, 225:23, 229:3, 230:14, 230:21, 230:24, 231:13, 231:24, 232:8, 232:15, 232:25, 233:10, 235:10, 235:15, 235:20, 235:21, 238:8, 240:20, 250:2, 250:6, 250:19, 251:12, 251:13, 251:22, 252:10, 252:19, 254:16, 255:19, 255:22, 258:7

**SEEING** [9] - 29:15, 71:4, 71:5, 141:2, 146:9, 188:5, 217:10, 217:22

**SEEK** [9] - 47:11, 48:9, 53:2, 73:25, 76:16, 84:14, 146:4, 210:9, 255:23

**SEEKING** [8] - 27:1, 28:9, 28:15, 28:18, 47:11, 104:14, 145:11, 210:13

**SEEKS** [4] - 37:3, 224:14, 226:6, 246:20

**SEEM** [1] - 79:19

**SEEMS** [4] - 94:7, 97:3, 214:5, 246:19

**SEEN** [18] - 18:2, 19:3, 27:2, 27:22, 28:2, 44:11, 44:18, 54:8, 105:18, 142:4, 144:9, 146:25, 150:23, 165:1, 189:17, 211:22, 248:5

**SELECTED** [1] - 129:21

**SELECTION** [2] - 63:2, 81:3

**SELF** [9] - 45:25, 47:24, 83:14, 192:17, 193:20, 193:25, 194:13, 196:5, 200:25

**SELF-ASSESSMENT** [1] - 192:17

**SELF-ASSESSMENTS** [2] - 196:5, 200:25

**SELF-CONDUCTED** [1] - 83:14

**SELF-EXAMINATION** [1] - 193:25

**SELF-PACED** [2] - 193:20, 194:13

**SEMESTER** [8] - 110:14, 185:5, 186:3, 186:11, 186:16, 186:20, 186:23, 187:1

**SEND** [6] - 214:5, 214:7, 222:6, 222:10, 226:19, 233:15

**SENDING** [2] - 174:24, 194:9

**SENIOR** [2] - 83:20, 94:16

**SENSE** [3] - 24:10, 28:19, 257:7

**SENSITIVE** [2] - 75:2, 77:3

**SENSITIVITY** [1] - 77:4

**SENT** [19] - 5:9, 65:23, 104:22, 135:13, 211:9, 220:5, 227:9, 231:8, 233:1, 233:7, 233:8, 233:16, 234:24, 236:24, 237:3, 237:19, 238:13, 239:2, 239:19

**SENTENCE** [5] - 89:22, 155:21, 226:13, 227:19

**SENTENCES** [3] - 88:20, 89:6, 89:22

**SEPARATE** [3] - 43:24, 91:8, 100:19

**SEPTEMBER** [11] - 144:12, 145:17, 208:6, 210:6, 211:24, 219:23, 220:6, 223:22, 224:2, 225:2

**SERIOUSLY** [1] - 194:23

**SERVED** [1] - 173:22

**SERVICE** [2] - 105:15, 143:13

**SERVICES** [21] - 12:15, 13:1, 13:3, 43:12, 51:13, 53:2, 53:5, 53:7, 102:23, 103:15, 105:13, 111:12, 211:18, 213:16, 223:23, 224:3, 230:23, 232:10, 234:7, 234:9

**SERVICES@NBME.ORG** [2] - 219:24, 233:21

**SESSION** [2] - 87:3, 150:8

**SET** [15] - 24:9, 37:9, 49:20, 66:25, 79:24, 85:8, 85:13, 85:21, 86:7, 90:14, 96:17, 103:24, 239:14, 248:5, 248:6

**SETS** [1] - 12:13

**SETTING** [3] - 101:20, 116:23, 228:13

**SEVEN** [6] - 153:5, 168:9, 168:10, 168:12, 197:24, 204:2

**SEVENTH** [1] - 90:10

**SEVERAL** [12] - 11:17, 12:1, 24:16, 30:11, 30:14, 44:4, 111:21, 164:1, 169:19, 173:20, 231:12

**SEVERE** [2] - 136:20, 136:22

**SEVERITY** [3] - 129:24, 129:25, 137:14

**SHAME** [1] - 104:3

**SHARE** [3] - 49:15, 54:23, 55:10

**SHE** [67] - 4:6, 32:11, 43:14, 84:12, 84:13, 84:14, 84:23, 85:2, 85:4, 85:10, 85:16, 86:6, 86:15, 88:24, 94:8, 98:3, 98:15, 101:17, 101:20, 113:7, 113:8, 113:9, 113:12, 113:14, 113:15, 113:18, 113:22, 113:23, 115:9, 115:10, 115:11, 119:17, 119:18, 123:11, 144:15, 145:12, 145:13, 145:24, 146:7, 146:12,

146:21, 158:10, 159:10, 169:16, 169:18, 171:14, 172:5, 203:8, 204:13, 245:2, 249:22, 250:10, 250:14, 250:15, 250:16, 250:17, 250:18, 250:20, 250:21, 250:22, 256:24, 257:1

**SHE'S** [1] - 171:15

**SHED** [1] - 106:5

**SHELTER** [1] - 189:15

**SHEPHERD** [80] - 5:20, 7:4, 7:11, 7:12, 7:22, 8:1, 8:7, 8:24, 9:19, 10:14, 11:12, 14:7, 14:9, 14:17, 14:19, 15:15, 18:15, 19:10, 19:25, 20:25, 21:5, 23:6, 24:12, 25:11, 25:23, 26:9, 26:17, 29:3, 29:17, 30:24, 30:25, 31:24, 34:11, 34:25, 35:1, 35:9, 35:10, 36:9, 36:15, 36:24, 38:17, 39:19, 40:3, 41:17, 42:2, 42:11, 42:20, 45:2, 45:9, 45:11, 46:17, 48:13, 49:2, 51:24, 55:9, 56:10, 57:9, 59:6, 59:19, 60:10, 60:20, 61:8, 61:24, 62:15, 65:1, 65:18, 66:21, 68:1, 69:12, 70:4, 70:18, 71:13, 72:2, 72:6, 75:25, 77:16, 79:4, 79:9, 172:24, 258:20

**SHEPHERD'S** [1] - 69:25

**SHORT** [7] - 77:23, 136:6, 136:13, 149:10, 150:4, 221:17, 224:5

**SHORTAGE** [1] - 44:20

**SHORTLY** [1] - 190:4

**SHOTS** [2] - 201:6, 201:7

**SHOULD** [28] - 3:11, 23:9, 31:9, 51:19, 58:24, 77:5, 85:13, 94:9, 104:20, 114:8, 117:6, 117:22, 122:9, 122:13, 139:19, 153:10, 158:13, 195:23,

200:8, 204:16, 221:13, 226:16, 231:9, 249:23, 250:4, 250:10, 257:20, 257:22

**SHOW** [20] - 8:21, 21:1, 25:22, 106:6, 110:20, 118:1, 135:4, 141:5, 141:11, 144:4, 144:18, 145:10, 147:6, 155:5, 181:20, 206:2, 220:1, 223:10, 228:2, 240:25

**SHOWED** [6] - 49:14, 142:20, 145:1, 145:2, 158:7, 158:12

**SHOWING** [13] - 21:6, 91:15, 106:2, 109:24, 110:10, 115:3, 142:5, 146:16, 172:25, 200:23, 201:1, 204:14, 204:16

**SHOWN** [13] - 24:22, 37:12, 38:4, 58:22, 93:4, 116:2, 118:9, 145:2, 145:8, 201:9, 213:22, 213:23, 226:25

**SHOWS** [9] - 111:13, 111:23, 122:20, 140:19, 142:15, 158:6, 161:14, 161:15, 164:9

**SHUT** [2] - 91:19, 134:22

**SHY** [1] - 76:11

**SI** [1] - 30:20

**SICKNESS** [1] - 27:11

**SIDE** [9] - 28:2, 32:24, 32:25, 85:5, 132:11, 146:23, 158:11, 182:17

**SIDE-BY-SIDE** [1] - 158:11

**SIDES** [1] - 74:22

**SIGN** [2] - 27:18, 176:8

**SIGNATURE** [4] - 134:12, 134:13, 143:20, 238:8

**SIGNED** [2] - 134:16, 143:21

**SIGNIFICANCE** [3] - 100:3, 106:7, 110:20

**SIGNIFICANT** [3] - 18:6, 48:3, 139:9

**SIMILAR** [6] - 5:23,

32:25, 61:20, 187:5, 190:8, 249:16

**SIMILARITIES** [1] - 73:8

**SINCE** [11] - 10:5, 10:8, 22:11, 30:1, 56:12, 144:15, 177:11, 178:17, 221:12, 237:7, 257:19

**SINGLE** [6] - 85:11, 91:20, 97:25, 99:6, 107:25, 163:1

**SIR** [31] - 12:7, 22:21, 36:3, 39:21, 45:13, 46:11, 59:16, 64:20, 65:4, 67:12, 70:7, 72:8, 72:20, 79:21, 80:1, 82:24, 83:3, 93:14, 100:10, 104:25, 114:10, 114:24, 120:21, 121:11, 124:21, 136:8, 148:18, 151:6, 160:15, 163:20, 171:10

**SIT** [8] - 28:17, 44:9, 87:12, 90:5, 90:8, 101:20, 153:19, 154:19

**SITES** [1] - 134:24

**SITTING** [3] - 90:10, 118:15, 171:17

**SITUATION** [8] - 61:20, 75:6, 91:22, 99:15, 99:16, 100:14, 137:11, 165:3

**SITUATIONS** [2] - 27:7, 43:7

**SIX** [3] - 27:19, 27:21, 197:24

**SIXTH** [2] - 90:6, 90:9

**SIZE** [1] - 119:19

**SIZES** [3] - 96:12, 101:7, 101:8

**SKIM** [1] - 95:3

**SKIN** [1] - 76:11

**SKIP** [1] - 57:15

**SLEEPING** [2] - 30:19, 30:20

**SLOWER** [1] - 84:11

**SLOWLY** [1] - 197:18

**SMALL** [13] - 33:7, 85:2, 96:10, 96:13, 98:19, 101:6, 101:7, 119:6, 119:19, 132:13, 255:20

**SMALLER** [1] - 47:19

**SMALLEST** [1] - 33:5

**SMART** [1] - 104:2

**SMASH** [3] - 188:15, 188:24, 189:2

**SMOKE** [1] - 110:18

**SO** [525] - 3:11, 3:20, 5:9, 5:18, 5:19, 5:24, 5:25, 6:1, 6:10, 6:14, 6:23, 7:3, 8:13, 8:24, 9:15, 11:2, 11:8, 12:11, 12:20, 13:2, 13:18, 13:25, 14:3, 14:6, 14:16, 15:18, 16:3, 16:6, 16:9, 17:10, 17:13, 17:17, 17:18, 17:24, 18:11, 19:1, 19:8, 19:14, 19:16, 19:18, 20:9, 20:14, 20:15, 20:19, 22:12, 23:1, 23:6, 23:11, 23:13, 23:19, 23:22, 23:23, 24:2, 24:3, 24:6, 24:9, 24:18, 24:24, 25:2, 25:9, 26:24, 27:9, 27:14, 27:18, 28:1, 28:6, 28:15, 28:25, 31:12, 31:14, 32:3, 32:7, 32:9, 32:12, 32:13, 32:18, 32:24, 33:7, 33:9, 33:10, 33:11, 33:20, 33:21, 33:22, 36:20, 36:23, 36:24, 37:8, 37:15, 37:20, 37:25, 38:4, 38:10, 38:12, 38:15, 38:18, 38:24, 39:4, 40:20, 41:2, 42:7, 43:18, 44:4, 44:6, 44:11, 44:25, 46:17, 48:6, 49:2, 49:4, 49:6, 49:15, 49:18, 50:19, 51:10, 51:12, 53:3, 53:8, 53:24, 54:5, 54:8, 54:14, 54:15, 55:5, 57:6, 57:9, 57:11, 58:18, 59:13, 59:18, 59:19, 60:3, 60:23, 61:21, 61:24, 62:13, 63:3, 63:10, 63:20, 63:22, 64:4, 64:7, 64:24, 65:1, 65:11, 67:1, 68:20, 69:12, 72:15, 73:5, 73:16, 74:19, 76:2, 76:7, 77:2, 77:12, 79:15, 79:24, 81:19, 81:20, 83:17, 84:22, 85:10, 86:8, 86:19, 87:9, 87:15, 87:19, 87:21, 88:6, 88:23, 88:24, 89:4, 89:16, 89:19, 90:8, 92:6, 93:4, 93:19, 94:23, 95:1, 95:9, 95:21, 95:25, 96:18, 96:24, 98:3, 98:11, 98:15, 99:12, 99:24, 99:25, 101:5, 101:17, 101:20, 102:11, 102:12, 103:13, 103:20, 105:7, 105:14, 105:25, 106:15, 106:19, 106:24, 107:20, 107:21, 108:7, 108:15, 109:11, 109:13, 109:16, 109:18, 109:19, 109:21, 110:5, 110:18, 111:10, 112:15, 113:14, 113:21, 113:24, 114:6, 114:12, 114:13, 114:19, 115:3, 115:19, 115:24, 116:8, 116:18, 117:15, 117:23, 119:5, 119:24, 120:23, 121:13, 121:20, 122:4, 122:15, 122:17, 123:9, 123:12, 123:13, 123:19, 123:20, 123:22, 123:24, 125:2, 125:7, 125:17, 126:4, 126:5, 126:15, 126:22, 126:24, 128:7, 128:8, 128:14, 128:16, 128:22, 128:24, 129:10, 130:7, 130:24, 131:19, 131:21, 132:23, 133:2, 133:18, 134:4, 135:9, 136:17, 137:24, 139:1, 139:5, 139:12, 139:25, 140:17, 140:18, 140:21, 140:24, 141:16, 141:22, 142:9, 143:11, 143:21, 144:2, 144:25, 145:11, 146:7, 146:14, 147:1, 148:20, 149:2, 149:8, 150:1, 150:20, 151:11, 151:16, 152:6, 152:13, 152:23, 153:9, 153:17, 153:24, 154:4, 154:7, 154:11, 154:17, 155:4, 155:9, 155:16, 156:1, 156:14, 156:24, 156:25, 157:14, 157:20, 157:21, 157:23, 158:5, 158:10, 159:5, 159:14, 160:4, 160:11, 161:3, 161:10, 161:11, 161:19, 162:12, 162:16, 163:5, 163:11, 163:15, 163:21, 164:8, 164:14, 166:7, 167:2, 167:15, 167:18, 167:23, 167:24, 168:12, 168:21, 169:5, 169:25, 170:8, 170:16, 171:4, 172:17, 173:1, 173:18, 173:20, 175:1, 175:7, 175:25, 176:2, 176:4, 176:6, 176:12, 176:18, 176:19, 177:7, 179:1, 180:7, 181:5, 181:19, 182:13, 182:19, 183:17, 184:14, 184:16, 184:19, 189:12, 189:18, 190:11, 191:13, 192:3, 192:6, 192:7, 192:14, 193:7, 193:15, 193:22, 194:9, 194:11, 194:15, 194:25, 195:21, 196:18, 196:25, 197:8, 197:16, 198:16, 198:20, 199:2, 199:20, 200:2, 200:14, 201:18, 202:17, 203:1, 203:5, 205:9, 205:14, 206:17, 206:24, 207:3, 207:12, 209:17, 210:1, 211:6, 211:22, 212:7, 212:21, 213:8, 213:11, 213:13, 213:19, 214:1, 214:10, 214:12, 215:4, 215:18, 215:24, 216:23, 217:6, 217:18, 217:21, 217:23, 217:25, 218:8, 218:9, 218:14, 218:19, 221:8, 222:2, 222:12, 222:14, 223:18, 223:20, 224:8, 224:22, 224:24, 225:1, 225:13, 225:15, 225:16, 225:25, 227:18, 228:21, 229:9, 229:19, 230:14, 230:18, 230:21, 231:6, 231:7, 231:12, 231:24, 232:23, 232:25, 233:16, 233:19, 234:4, 234:13, 235:11, 235:22, 236:4, 236:12, 236:14, 237:15, 238:12, 239:18, 240:11, 240:21, 241:8, 242:4, 242:21, 242:22, 244:8, 245:2, 245:14, 247:12, 247:14, 248:5, 248:11, 249:9, 249:19, 249:21, 249:24, 250:2, 250:13, 251:8, 251:17, 252:4, 252:13, 252:24, 253:13, 254:17, 254:19, 254:24, 255:12, 255:13, 255:19, 255:20, 256:22, 257:17

**SO..** [1] - 71:23

**SOCIAL** [3] - 27:3, 37:23, 48:3

**SOCIALLY** [1] - 20:13

**SOCIETY** [2] - 11:25, 170:11

**SODAS** [1] - 41:9

**SOLE** [1] - 206:14

**SOLIDIFY** [3] - 99:13, 111:19, 166:6

**SOLIDIFYING** [1] - 110:24

**SOME** [74] - 3:19, 5:7, 5:18, 5:19, 6:14, 19:9, 19:10, 22:5, 23:8, 25:22, 26:2, 27:8, 41:14, 43:11,

47:12, 49:7, 54:21,
57:1, 73:13, 76:10,
78:8, 82:4, 84:12,
86:19, 88:11, 88:12,
88:25, 89:8, 89:22,
97:24, 98:22, 99:1,
100:2, 100:15,
106:7, 106:17,
109:1, 114:14,
117:25, 132:7,
133:5, 138:22,
139:3, 139:11,
139:15, 140:6,
140:14, 141:7,
142:3, 143:5,
143:16, 143:23,
144:22, 146:20,
148:9, 157:24,
171:12, 171:15,
184:16, 212:5,
215:14, 225:25,
227:14, 229:15,
233:17, 235:5,
244:14, 247:14,
248:4, 251:21,
251:24, 257:5, 257:6
**SOMEONE** [11] - 77:5,
77:6, 96:2, 191:8,
192:8, 194:17,
206:25, 211:21,
215:15, 216:10,
225:12
**SOMETHING** [33] -
17:3, 34:13, 37:19,
71:10, 77:6, 87:9,
95:16, 96:4, 97:22,
98:2, 98:8, 99:17,
99:21, 114:7,
148:21, 158:1,
160:20, 161:24,
163:15, 164:16,
165:20, 169:22,
170:11, 172:5,
193:5, 206:23,
207:1, 220:19,
222:15, 225:14,
227:20, 240:19,
252:7
**SOMETIME** [1] -
217:25
**SOMETIMES** [6] -
60:1, 114:3, 114:20,
157:18, 181:3,
200:16
**SOMEWHERE** [2] -
114:18, 239:3
**SON** [1] - 83:19
**SOON** [3] - 126:9,
223:1, 257:10
**SOOTHING** [1] - 30:16

**SOPHOMORE** [3] -
96:20, 181:18
**SORRY** [101] - 5:2,
5:15, 13:13, 19:5,
21:3, 22:24, 28:25,
31:4, 34:13, 34:25,
35:8, 36:23, 40:23,
41:1, 41:14, 43:6,
62:18, 69:15, 70:8,
72:10, 77:18, 80:7,
90:9, 92:14, 93:14,
94:15, 95:7, 95:24,
99:16, 100:11,
102:23, 104:15,
104:25, 105:10,
109:17, 111:17,
114:1, 114:12,
115:5, 116:4, 117:2,
120:5, 120:7,
124:13, 124:21,
126:15, 127:18,
128:7, 128:9,
129:18, 130:20,
132:19, 133:10,
133:21, 134:6,
138:24, 141:18,
143:17, 144:3,
147:13, 148:5,
152:8, 152:16,
153:16, 154:5,
158:8, 158:9,
159:17, 160:5,
160:6, 160:18,
160:19, 167:19,
167:24, 177:22,
183:4, 186:6,
186:13, 189:10,
194:3, 194:6,
197:17, 207:23,
210:3, 212:6, 219:2,
220:23, 223:24,
223:25, 224:9,
224:16, 228:12,
228:14, 228:21,
241:24, 244:10,
245:1, 245:3, 250:14
**SORT** [2] - 22:5, 44:8
**SORTED** [1] - 32:20
**SOUGHT** [2] - 204:21,
205:22
**SOUND** [6] - 30:16,
172:23, 212:10,
212:13, 212:14,
212:21
**SOUNDS** [6] - 3:24,
7:6, 150:20, 189:9,
225:4, 247:25
**SOURCE** [6] - 22:7,
38:16, 50:12, 57:2,
59:6, 122:9

**SOURCES** [3] - 17:8,
38:10, 48:10
**SPACE** [2] - 50:2,
88:24
**SPARSE** [1] - 249:17
**SPEAK** [6] - 14:2,
51:5, 67:20, 163:4,
192:12, 220:19
**SPEAKING** [8] - 13:6,
13:11, 59:7, 78:9,
89:12, 97:18, 188:1,
188:2
**SPEAKS** [1] - 106:20
**SPECIALTIES** [1] -
60:8
**SPECIALTY** [2] - 14:1,
30:15
**SPECIFIC** [15] - 20:5,
20:20, 23:19, 34:5,
34:17, 48:15, 62:24,
94:22, 142:23,
152:3, 168:2,
222:21, 249:18,
250:11, 252:18
**SPECIFICALLY** [6] -
15:25, 80:14, 92:20,
94:21, 116:11,
121:23
**SPEECH** [1] - 87:13
**SPELL** [2] - 7:24,
83:10
**SPELLED** [1] - 231:1
**SPEND** [4] - 53:21,
53:22, 64:3, 68:22
**SPENDING** [1] -
169:13
**SPENT** [3] - 37:10,
97:20, 159:18
**SPIRIT** [1] - 77:10
**SPIRITUALITY** [1] -
11:7
**SPIRITUALLY** [1] -
165:4
**SPOKE** [5] - 36:25,
56:4, 95:17, 250:3
**SPONSOR** [1] - 66:17
**SPOUSE** [2] - 38:14,
46:2
**SPRING** [3] - 4:12,
182:2, 183:9
**STABILIZED** [1] -
85:19
**STABLE** [1] - 41:7
**STAFF** [2] - 17:17,
147:21
**STAKES** [5] - 49:11,
118:16, 124:10,
125:5, 147:7
**STAMP** [4] - 124:23,
155:11, 219:20,

223:13
**STAMPS** [1] - 143:21
**STAND** [1] - 79:16
**STANDARD** [31] -
23:24, 24:3, 24:7,
77:17, 77:18, 77:19,
77:21, 102:3, 102:6,
155:18, 190:18,
193:18, 193:21,
194:3, 194:5,
194:12, 197:23,
198:4, 198:18,
199:18, 207:5,
209:18, 210:6,
210:25, 217:4,
219:9, 223:3, 223:9,
225:3, 252:24
**STANDARD-PACED**
[2] - 197:23, 198:4
**STANDARDIZED** [5] -
136:22, 147:7,
193:10, 246:10,
253:12
**STANDARDS** [6] -
24:22, 77:24, 78:2,
78:3, 78:5, 78:6
**STANDING** [7] - 6:11,
50:21, 80:10, 81:12,
81:21, 119:16,
244:13
**STANDS** [1] - 30:21
**START** [17] - 6:2, 6:5,
29:24, 33:12, 33:13,
49:15, 70:1, 70:25,
80:6, 147:18,
149:18, 217:22,
227:10, 228:17,
230:15, 240:13,
242:4
**STARTED** [20] - 3:8,
84:12, 90:8, 90:10,
90:24, 91:2, 91:3,
126:7, 128:7, 166:9,
166:20, 169:1,
174:20, 176:17,
195:6, 196:21,
196:23, 196:25,
217:10
**STARTING** [1] - 33:13
**STARTS** [1] - 214:23
**STATE** [10] - 7:24,
12:15, 18:9, 34:12,
68:4, 76:18, 83:10,
90:18, 168:9
**STATED** [5] - 33:24,
60:14, 131:14,
132:3, 218:4
**STATEMENT** [16] -
18:7, 18:13, 65:19,
94:1, 100:17, 129:7,

135:23, 137:21,
140:23, 146:3,
198:1, 216:12,
226:20, 247:4,
247:6, 252:15
**STATEMENTS** [3] -
170:14, 171:21,
252:2
**STATES** [19] - 1:1, 1:6,
10:7, 35:6, 58:20,
68:2, 68:4, 111:13,
111:20, 134:22,
138:18, 152:11,
164:10, 175:12,
184:15, 187:12,
187:14, 196:25,
200:11
**STATIC** [1] - 97:22
**STATING** [5] - 65:7,
65:19, 100:6,
105:18, 231:11
**STATUS** [1] - 99:6
**STAY** [4] - 33:10,
170:25, 179:13,
189:14
**STAYED** [1] - 85:22
**STAYING** [1] - 90:22
**STENOTYPE** [1] -
1:22
**STENOTYPE-
COMPUTER** [1] -
1:22
**STEP** [74] - 33:20,
61:9, 62:1, 62:3,
62:14, 66:4, 79:16,
83:23, 107:25,
120:24, 120:25,
121:3, 121:15,
121:21, 121:23,
122:3, 128:19,
129:15, 129:19,
152:12, 153:20,
154:12, 154:15,
157:5, 161:22,
163:1, 187:4, 187:9,
188:20, 189:1,
189:4, 189:6, 190:1,
192:20, 194:19,
194:24, 197:25,
200:15, 201:20,
201:22, 202:3,
202:7, 202:12,
204:6, 204:17,
205:1, 207:1, 207:4,
207:15, 208:6,
208:19, 209:6,
209:17, 210:3,
210:5, 210:12,
210:21, 210:25,
211:8, 211:15,

225:1, 226:14, 228:3, 233:4, 252:21, 253:4, 253:21

**STEPS** [1] - 148:4

**STICK** [1] - 251:25

**STIFFNESS** [1] - 11:4

**STIGMA** [5] - 32:14, 52:21, 52:24, 53:4, 53:8

**STILL** [23] - 43:14, 44:9, 53:8, 56:3, 60:8, 60:9, 91:15, 94:14, 108:11, 121:25, 122:1, 150:16, 151:4, 161:16, 167:1, 170:21, 176:2, 177:10, 178:16, 179:12, 184:12, 204:4, 221:22

**STIPULATE** [2] - 191:6, 257:9

**STIPULATION** [3] - 197:7, 197:19, 241:8

**STOMACH** [1] - 219:1

**STOP** [16] - 27:25, 29:14, 30:24, 40:1, 41:16, 46:7, 48:13, 86:18, 97:11, 134:18, 212:24, 234:13, 243:19, 256:9, 257:12

**STOPPED** [3] - 127:13, 151:10, 256:19

**STORE** [1] - 174:16

**STORED** [1] - 68:17

**STRAIGHT** [3] - 206:22, 252:11, 254:21

**STREAM** [1] - 234:8

**STREET** [3] - 1:19, 2:3, 95:23

**STRENGTHS** [1] - 52:19

**STRESSED** [1] - 205:16

**STRESSFUL** [1] - 102:1

**STRESSOR** [1] - 168:23

**STRESSORS** [4] - 123:10, 143:14, 164:3, 164:15

**STRICT** [1] - 102:2

**STRIKE** [5] - 3:12, 227:9, 227:12, 243:22, 251:2

**STRING** [4] - 87:1,

223:21, 234:5, 234:12

**STRONG** [2] - 36:21, 51:17

**STRUCK** [1] - 73:8

**STRUCTURAL** [1] - 54:3

**STRUCTURED** [1] - 85:7

**STRUGGLE** [1] - 90:13

**STRUGGLED** [1] - 101:19

**STRUGGLING** [4] - 63:25, 76:25, 95:2, 101:9

**STUDENT** [11] - 96:12, 99:7, 102:13, 102:14, 121:25, 122:1, 122:20, 136:24, 144:19, 173:13, 213:14

**STUDENTS** [18] - 63:15, 95:2, 99:4, 99:7, 102:4, 119:21, 119:24, 120:23, 134:21, 135:8, 153:1, 154:14, 165:24, 179:20, 187:9, 187:11, 200:9, 200:12

**STUDIED** [2] - 93:22, 191:1

**STUDIES** [2] - 126:7, 213:11

**STUDY** [14] - 25:25, 26:1, 26:25, 29:22, 52:18, 91:20, 92:21, 161:5, 161:11, 167:7, 187:5, 196:19, 200:10, 200:13

**STUDYING** [11] - 30:1, 83:23, 91:25, 94:11, 97:20, 134:20, 135:2, 154:2, 169:6, 196:21, 196:23

**SUB** [3] - 20:16, 20:20, 88:19

**SUBJECT** [3] - 5:22, 81:14, 111:17

**SUBJECT-BASED** [1] - 81:14

**SUBJECTIVE** [3] - 110:8, 110:10, 111:20

**SUBMIT** [25] - 68:12, 91:14, 130:16, 135:12, 140:10, 147:5, 165:6, 179:9,

180:12, 216:20, 217:2, 218:24, 219:6, 226:1, 230:7, 232:10, 235:5, 235:23, 239:5, 239:16, 241:21, 242:13, 243:4, 243:14, 253:10

**SUBMITTED** [38] - 33:25, 34:3, 34:16, 80:19, 81:6, 135:23, 136:2, 137:20, 140:8, 146:15, 152:2, 166:24, 178:13, 180:10, 216:25, 217:13, 218:6, 219:3, 219:5, 222:16, 227:25, 228:10, 228:20, 229:20, 234:23, 235:3, 237:6, 238:18, 238:20, 242:18, 243:21, 243:25, 246:1, 247:5, 251:18, 251:23, 252:1

**SUBMITTING** [4] - 135:12, 144:17, 239:9, 239:10

**SUBPOENA** [1] - 248:8

**SUBSEQUENTLY** [1] - 229:22

**SUBSIDIZED** [1] - 98:1

**SUBSTANTIATE** [1] - 42:10

**SUCCEED** [3] - 119:21, 119:22, 119:24

**SUCCESSFUL** [2] - 49:19, 63:20

**SUCCESSFULLY** [1] - 55:13

**SUCH** [31] - 17:2, 21:17, 30:15, 38:3, 47:11, 48:10, 49:11, 52:16, 52:18, 75:15, 85:17, 95:15, 96:8, 101:5, 108:9, 112:25, 117:10, 122:8, 125:5, 134:24, 138:13, 157:11, 162:1, 176:8, 194:22, 194:24, 206:17, 207:1, 222:22

**SUE** [2] - 169:17, 206:24

**SUFFICIENT** [7] -

80:20, 81:6, 137:21, 151:21, 174:15, 220:2, 249:13

**SUGGEST** [3] - 3:12, 139:10, 162:11

**SUGGESTED** [1] - 241:1

**SUGGESTING** [1] - 54:6

**SUICIDAL** [1] - 30:21

**SUIT** [1] - 226:18

**SUITE** [1] - 2:3

**SUMMARY** [5] - 57:1, 58:25, 59:1, 111:13, 134:14

**SUMMER** [3] - 113:6, 175:22, 176:10

**SUNDAY** [1] - 173:9

**SUPERVISED** [1] - 12:12

**SUPPLEMENT** [1] - 30:17

**SUPPLEMENTS** [3] - 116:1, 255:6, 255:11

**SUPPLIED** [3] - 91:5, 127:7, 127:9

**SUPPORT** [31] - 30:8, 47:8, 80:20, 81:6, 143:13, 152:10, 177:8, 178:13, 179:10, 180:11, 222:6, 222:11, 222:16, 227:25, 238:19, 239:8, 241:22, 242:14, 243:9, 243:18, 243:21, 243:25, 245:11, 245:15, 245:16, 245:22, 246:2, 246:7, 247:10, 247:17, 250:21

**SUPPORTING** [2] - 129:5, 129:9

**SUPPORTS** [1] - 49:17

**SUPPOSE** [1] - 106:10

**SUPPOSED** [7] - 40:18, 59:1, 74:16, 85:21, 155:17, 193:12, 211:21

**SUPPOSITION** [1] - 59:10

**SURE** [71] - 3:10, 3:16, 3:22, 4:5, 4:8, 13:23, 14:15, 16:7, 21:23, 27:16, 37:1, 38:2, 50:4, 51:17, 59:9, 59:12, 60:18, 67:9, 69:8, 70:4, 74:12,

75:11, 77:3, 77:11, 82:8, 85:20, 90:11, 92:21, 94:2, 97:17, 105:7, 106:24, 108:14, 110:4, 112:23, 123:25, 127:3, 135:4, 141:24, 143:19, 147:19, 147:20, 147:21, 147:24, 149:5, 149:20, 162:11, 162:18, 169:5, 170:19, 171:19, 175:10, 179:23, 180:12, 186:10, 191:6, 195:12, 197:4, 202:14, 215:1, 217:19, 219:21, 220:11, 221:1, 226:24, 227:11, 229:12, 231:1, 234:13, 241:6, 255:8

**SURELY** [1] - 139:22

**SURGERY** [3] - 58:8, 60:2, 173:22

**SURGICAL** [3] - 41:20, 55:25

**SURROUND** [1] - 80:15

**SUSPECT** [2] - 67:11, 149:17

**SUSPEND** [1] - 187:16

**SUSTAIN** [2] - 60:24, 89:13

**SWEAR** [1] - 83:6

**SWEETS** [1] - 41:8

**SWORN** [3] - 7:22, 83:2, 83:9

**SYMPTOMS** [14] - 17:19, 27:11, 30:9, 36:17, 37:15, 37:21, 44:1, 45:1, 47:9, 48:9, 103:16, 115:22, 137:14, 172:25

**SYNTHIA** [3] - 103:15, 110:13, 110:14

**SYSTEM** [13] - 33:10, 45:24, 46:1, 46:2, 133:4, 211:5, 211:17, 212:17, 215:13, 216:10, 216:11, 218:23, 226:23

**SYSTEMS** [6] - 8:25, 10:4, 12:6, 12:8, 12:16, 12:20

# T

**TABLE** [1] - 98:12
**TABLET** [3] - 40:8, 40:17, 40:19
**TAKE** [101] - 23:21, 27:16, 30:12, 38:5, 39:12, 40:19, 60:16, 62:12, 66:13, 74:11, 74:17, 79:14, 79:16, 79:20, 79:23, 85:2, 85:15, 85:16, 88:21, 88:23, 89:5, 95:4, 98:9, 101:19, 101:21, 104:17, 108:1, 110:12, 119:8, 119:25, 120:7, 120:17, 120:24, 121:2, 121:15, 122:2, 122:6, 122:7, 122:23, 123:6, 123:21, 123:25, 130:5, 135:3, 135:7, 137:1, 137:11, 147:17, 147:25, 148:1, 148:16, 149:9, 150:4, 153:6, 153:11, 153:13, 153:20, 153:25, 158:18, 167:3, 169:7, 169:15, 169:20, 170:9, 182:14, 183:25, 187:9, 187:18, 188:3, 188:20, 189:5, 193:6, 194:1, 194:12, 194:15, 194:16, 194:18, 194:22, 196:15, 196:24, 200:1, 200:15, 200:16, 200:24, 201:5, 201:12, 202:21, 206:23, 207:8, 221:10, 224:25, 231:19, 237:10, 242:1, 251:1, 252:21, 253:21, 255:5
**TAKEN** [15] - 3:19, 36:19, 37:4, 40:18, 59:10, 70:12, 80:4, 100:12, 126:9, 150:7, 158:16, 193:18, 198:23, 211:15, 221:17
**TAKER** [1] - 216:2
**TAKES** [2] - 33:22, 166:10

**TAKING** [43] - 6:21, 32:9, 38:25, 44:22, 48:11, 49:11, 56:3, 61:25, 62:1, 72:23, 74:2, 74:24, 79:13, 113:11, 116:11, 118:4, 118:15, 120:15, 121:20, 125:5, 128:11, 135:2, 154:15, 156:14, 157:20, 157:25, 162:4, 166:7, 185:1, 191:1, 191:10, 193:13, 199:2, 209:23, 211:12, 213:23, 227:7, 255:2, 255:3, 255:9, 255:11
**TALK** [16] - 32:12, 32:14, 37:10, 38:15, 54:20, 106:11, 107:13, 148:3, 148:4, 154:3, 159:16, 165:25, 192:14, 245:14, 245:16
**TALKATIVE** [2] - 84:1, 85:25
**TALKED** [9] - 20:7, 43:22, 52:10, 84:14, 139:6, 140:23, 162:23, 169:16, 189:24
**TALKING** [18] - 92:3, 107:12, 108:23, 132:25, 150:13, 151:11, 158:6, 165:2, 166:2, 166:4, 181:5, 193:17, 194:11, 194:14, 199:1, 215:24, 231:7, 244:8
**TALKS** [1] - 239:20
**TAPE** [1] - 51:12
**TASK** [1] - 91:1
**TASKS** [1] - 30:13
**TAUGHT** [1] - 62:19
**TAXING** [1] - 155:25
**TEACH** [6] - 62:20, 63:5, 63:14, 63:17, 169:2
**TEACHER** [8] - 43:10, 83:24, 84:10, 86:7, 90:12, 92:18, 96:12, 97:3
**TEACHERS** [12] - 38:12, 49:20, 76:3, 85:12, 86:1, 86:7, 86:9, 86:11, 87:5, 90:6, 97:5, 97:18

**TEACHING** [1] - 84:13
**TEAM** [2] - 173:11, 173:12
**TEAMS** [1] - 1:9
**TEARS** [1] - 75:25
**TEASE** [1] - 193:15
**TECHNICAL** [1] - 95:7
**TEED** [1] - 5:10
**TELL** [16] - 41:23, 47:1, 67:18, 101:14, 108:3, 115:10, 124:19, 158:16, 166:16, 167:14, 168:21, 169:21, 219:19, 223:12, 239:23
**TELLING** [5] - 140:17, 151:23, 165:10, 217:21, 250:9
**TELLS** [2] - 60:3, 60:6
**TEN** [6] - 79:20, 79:23, 80:3, 97:3, 221:11, 221:12
**TEND** [6] - 16:14, 16:17, 16:18, 132:14, 152:13, 182:12
**TENDER** [4] - 13:5, 14:9, 15:11, 67:5
**TENNESSEE** [3] - 65:14, 66:16, 90:15
**TERMS** [1] - 92:4
**TEST** [66] - 30:1, 35:5, 46:5, 47:14, 47:19, 50:3, 50:5, 56:1, 62:11, 72:23, 74:8, 74:24, 75:22, 90:17, 92:16, 92:19, 118:4, 120:15, 123:3, 128:18, 129:7, 130:19, 130:20, 131:2, 136:22, 152:11, 153:13, 155:14, 157:5, 161:22, 184:4, 184:10, 190:8, 191:4, 191:22, 192:8, 192:24, 193:3, 194:15, 194:17, 195:4, 195:9, 195:14, 196:13, 196:17, 198:8, 200:7, 201:23, 205:11, 205:24, 206:21, 210:10, 210:14, 211:4, 211:13, 216:2, 219:8, 222:20, 223:5, 223:9, 225:8,

226:17, 235:18, 251:10
**TESTAMENT** [1] - 59:24
**TESTIFIED** [16] - 9:11, 84:23, 86:15, 127:12, 139:7, 184:3, 187:8, 190:3, 190:15, 190:21, 190:22, 191:24, 216:21, 216:24, 218:7, 247:7
**TESTIFY** [5] - 7:4, 79:16, 82:1, 167:22, 202:9
**TESTIFYING** [7] - 82:11, 106:18, 107:11, 109:2, 114:7, 160:22, 167:23
**TESTIMONIAL** [1] - 60:20
**TESTIMONIES** [2] - 132:15, 166:22
**TESTIMONY** [65] - 5:19, 6:6, 7:3, 9:9, 9:16, 9:18, 14:14, 14:24, 15:4, 21:13, 35:11, 36:10, 67:11, 72:13, 80:13, 80:25, 81:11, 81:13, 81:20, 84:5, 87:1, 87:2, 87:18, 88:8, 88:17, 88:22, 89:14, 92:12, 98:4, 100:20, 100:25, 104:17, 104:19, 104:20, 106:17, 106:23, 107:14, 108:25, 112:9, 114:3, 114:22, 127:22, 134:9, 136:2, 148:22, 149:2, 149:15, 151:4, 163:6, 163:11, 172:24, 200:21, 202:6, 202:10, 205:9, 220:18, 221:14, 251:16, 255:2, 255:7, 255:17, 257:20, 257:23, 258:4
**TESTING** [21] - 47:16, 66:10, 73:3, 73:6, 75:6, 80:20, 81:7, 119:14, 131:1, 131:5, 134:23, 136:20, 137:18, 156:8, 190:18, 206:20, 232:4,

232:13, 239:15, 243:13, 243:22
**TESTS** [7] - 47:11, 50:1, 74:15, 90:14, 120:17, 157:15, 246:10
**TEXT** [1] - 231:24
**TEXTBOOK** [1] - 28:3
**TEXTBOOKS** [1] - 183:19
**THAN** [12] - 28:3, 41:9, 84:11, 92:1, 97:9, 119:17, 137:2, 170:21, 189:7, 200:6, 204:2, 239:4
**THANK** [119] - 5:13, 7:9, 8:2, 8:4, 8:9, 10:1, 11:12, 12:3, 14:7, 14:16, 15:9, 15:13, 17:5, 18:4, 19:20, 20:25, 24:24, 25:9, 25:17, 25:21, 26:9, 28:5, 29:13, 30:24, 31:16, 33:23, 34:23, 35:7, 35:9, 35:13, 35:19, 36:3, 36:4, 36:13, 36:22, 38:17, 39:9, 39:16, 39:25, 40:12, 41:12, 42:1, 42:11, 42:18, 43:22, 45:8, 46:6, 48:18, 49:1, 50:7, 50:17, 51:23, 53:12, 54:18, 55:7, 56:7, 60:10, 61:4, 61:5, 61:11, 61:22, 64:6, 64:22, 64:23, 65:7, 66:21, 67:3, 67:23, 69:20, 70:7, 70:11, 70:15, 70:18, 71:15, 72:2, 75:1, 77:8, 77:14, 79:4, 79:6, 79:7, 80:1, 80:12, 81:24, 105:6, 110:1, 115:13, 120:8, 121:17, 121:18, 122:15, 124:24, 124:25, 126:2, 126:19, 128:5, 136:21, 150:3, 150:6, 151:6, 158:19, 170:15, 178:2, 181:21, 188:10, 190:25, 196:2, 197:15, 214:20, 215:1, 220:3, 221:16, 221:24, 222:5, 223:17, 234:19, 236:4

**THANKED** [1] - 131:16

**THANKS** [1] - 215:7

**THAT** [1377] - 3:9,
3:10, 3:12, 3:14,
3:18, 3:20, 3:23,
3:24, 4:9, 4:15, 4:21,
5:6, 5:7, 5:8, 5:23,
5:24, 6:1, 6:2, 6:6,
6:9, 6:11, 7:4, 7:7,
8:17, 8:21, 9:15,
10:10, 10:11, 11:5,
11:7, 11:12, 11:14,
11:24, 12:3, 12:5,
12:9, 12:11, 12:13,
12:18, 12:19, 12:20,
13:12, 13:20, 14:2,
14:3, 14:12, 14:14,
14:24, 15:4, 15:18,
16:7, 16:10, 17:3,
17:5, 17:18, 19:4,
19:10, 19:12, 19:17,
19:18, 19:20, 20:21,
20:24, 21:2, 21:4,
21:5, 22:11, 22:14,
22:23, 22:24, 23:14,
23:18, 23:19, 23:20,
23:21, 24:4, 24:6,
24:9, 24:10, 24:19,
24:20, 24:24, 24:25,
25:1, 25:9, 26:1,
26:2, 26:5, 26:9,
26:25, 27:4, 27:7,
27:10, 27:15, 27:16,
27:21, 28:1, 28:2,
28:5, 28:6, 28:12,
28:13, 28:14, 28:19,
29:6, 29:21, 29:23,
29:24, 30:3, 30:5,
30:6, 30:11, 30:15,
30:18, 31:1, 31:2,
31:14, 31:16, 32:4,
32:10, 32:17, 32:20,
33:2, 33:4, 33:5,
33:9, 33:13, 33:17,
33:20, 33:22, 33:23,
33:24, 33:25, 34:3,
34:13, 34:14, 35:4,
35:25, 37:2, 37:7,
37:9, 37:10, 37:14,
37:15, 37:20, 38:1,
38:2, 38:4, 38:7,
38:22, 38:23, 38:25,
39:2, 39:5, 39:6,
39:7, 39:10, 39:13,
40:9, 40:16, 40:21,
40:23, 41:6, 42:6,
42:9, 42:21, 43:4,
43:10, 43:13, 43:16,
43:18, 43:20, 43:21,
43:22, 43:24, 44:3,
44:8, 44:10, 44:14,

44:21, 44:25, 46:18,
46:19, 47:4, 47:7,
47:24, 48:6, 48:15,
48:16, 49:7, 49:13,
49:14, 49:17, 49:18,
49:20, 49:22, 49:24,
49:25, 50:5, 50:7,
50:15, 50:16, 50:17,
51:6, 51:11, 51:12,
51:13, 51:16, 51:17,
51:22, 52:9, 52:10,
52:19, 52:24, 52:25,
53:7, 53:9, 53:12,
53:18, 53:20, 53:21,
53:23, 54:5, 54:11,
54:14, 54:18, 55:5,
56:5, 56:12, 56:13,
56:21, 56:22, 57:2,
57:6, 57:11, 57:12,
57:21, 58:5, 58:14,
58:19, 59:10, 59:18,
59:20, 59:23, 59:24,
60:3, 60:6, 60:7,
60:10, 60:19, 60:20,
60:23, 60:24, 62:6,
62:25, 63:4, 63:8,
63:12, 63:19, 64:2,
64:9, 64:16, 65:2,
65:9, 65:11, 65:12,
65:13, 66:12, 66:15,
66:23, 66:24, 66:25,
67:1, 67:3, 67:9,
67:14, 67:16, 67:20,
67:21, 68:15, 68:24,
69:3, 69:13, 70:2,
70:18, 71:21, 71:22,
72:4, 72:18, 72:19,
73:9, 73:10, 73:11,
73:12, 73:14, 73:15,
73:16, 73:20, 73:24,
73:25, 74:6, 74:8,
74:13, 74:14, 74:15,
74:20, 74:21, 74:22,
75:2, 75:3, 75:5,
75:11, 75:13, 75:14,
75:19, 76:7, 76:9,
76:11, 76:13, 76:17,
76:19, 76:21, 77:3,
77:5, 77:6, 77:21,
78:3, 78:8, 78:9,
78:10, 78:13, 79:21,
79:24, 81:10, 82:4,
82:5, 82:12, 84:10,
84:12, 84:13, 84:14,
84:17, 84:24, 84:25,
85:7, 85:8, 85:12,
85:13, 85:15, 85:20,
85:21, 86:4, 86:8,
86:12, 86:13, 86:15,
87:2, 87:7, 87:17,
87:24, 88:3, 88:24,

89:9, 90:5, 90:11,
91:2, 91:8, 91:10,
91:14, 92:4, 92:7,
92:11, 92:13, 92:16,
92:17, 92:19, 92:20,
92:21, 94:2, 94:9,
94:15, 94:19, 95:6,
95:10, 95:15, 95:16,
96:2, 96:4, 96:7,
97:4, 97:6, 97:10,
97:13, 97:16, 97:17,
97:20, 97:23, 97:25,
98:1, 98:4, 98:7,
98:8, 98:14, 98:15,
98:19, 98:21, 98:23,
98:24, 98:25, 99:1,
99:4, 99:7, 99:10,
99:13, 99:14, 99:16,
99:17, 99:18, 99:21,
99:25, 100:1,
100:12, 100:22,
100:23, 100:24,
101:1, 101:9,
101:14, 101:17,
101:18, 101:23,
102:3, 102:10,
102:12, 102:19,
103:13, 103:19,
103:20, 103:22,
103:24, 104:1,
104:2, 104:3,
104:12, 104:13,
104:16, 105:7,
105:8, 105:13,
105:19, 105:20,
106:1, 106:2, 106:3,
106:10, 106:18,
106:25, 107:6,
107:13, 107:14,
107:17, 107:23,
107:24, 108:4,
108:12, 108:14,
108:15, 108:17,
108:20, 108:22,
108:25, 109:25,
110:2, 110:3, 110:4,
110:8, 110:10,
110:14, 110:15,
110:19, 110:20,
110:22, 110:23,
110:25, 111:20,
111:22, 111:25,
112:2, 112:3, 112:9,
112:15, 112:16,
112:18, 112:23,
113:6, 113:8, 113:9,
113:10, 113:14,
113:20, 113:24,
114:2, 114:5, 114:9,
114:15, 114:18,
115:7, 115:8,

115:21, 116:10,
116:13, 116:15,
116:17, 116:22,
117:3, 117:6, 117:8,
117:11, 117:12,
117:13, 117:15,
117:16, 117:17,
117:21, 117:22,
118:8, 118:9,
118:12, 118:16,
118:17, 118:18,
119:5, 119:11,
119:19, 119:20,
119:23, 120:7,
120:23, 121:3,
121:5, 121:7, 121:8,
121:11, 121:13,
121:14, 121:16,
122:4, 122:5, 122:6,
122:11, 122:13,
122:17, 122:23,
123:1, 123:8,
123:10, 123:14,
123:24, 124:2,
124:4, 124:8,
124:15, 124:16,
124:19, 125:9,
125:16, 125:17,
126:4, 126:8,
126:12, 127:3,
127:8, 127:10,
127:12, 127:14,
127:16, 128:8,
128:11, 129:1,
129:2, 129:3,
129:10, 129:11,
129:17, 129:24,
130:4, 130:5, 130:6,
130:7, 130:15,
130:16, 130:20,
131:7, 131:10,
131:14, 131:16,
131:19, 131:23,
131:24, 132:1,
132:2, 132:3,
132:12, 132:19,
132:22, 132:25,
133:2, 133:4, 133:7,
133:12, 133:14,
133:16, 133:19,
133:23, 133:25,
134:4, 134:6,
134:12, 134:14,
134:19, 135:4,
135:9, 135:13,
135:15, 135:18,
135:19, 137:5,
137:19, 137:21,
137:23, 138:5,
138:6, 138:11,
138:12, 138:15,

138:16, 138:18,
139:6, 139:7, 139:8,
139:12, 139:16,
139:23, 140:2,
140:3, 140:7,
140:12, 140:14,
140:17, 140:19,
140:24, 141:3,
141:5, 141:6,
141:11, 141:18,
141:19, 141:22,
141:24, 142:4,
142:10, 142:18,
142:20, 142:22,
142:23, 142:24,
142:25, 143:1,
143:2, 143:9,
143:10, 143:11,
143:14, 143:17,
143:19, 143:20,
143:21, 144:4,
144:15, 144:16,
144:18, 144:19,
144:20, 145:2,
145:3, 145:8,
145:13, 145:19,
145:20, 145:21,
145:22, 146:2,
146:3, 146:6, 146:7,
146:8, 146:9,
146:12, 146:16,
146:17, 146:24,
146:25, 147:5,
147:6, 147:8,
147:11, 147:15,
147:18, 147:19,
147:20, 147:21,
147:22, 147:24,
148:4, 148:11,
148:23, 149:1,
149:3, 149:5,
149:14, 149:20,
149:21, 150:19,
150:21, 150:24,
151:12, 151:17,
151:20, 151:22,
151:24, 152:2,
152:3, 152:15,
152:16, 152:25,
153:2, 153:7,
153:10, 153:14,
154:3, 154:4,
154:11, 155:16,
155:20, 156:2,
156:7, 156:17,
156:19, 157:5,
157:7, 157:23,
157:25, 158:1,
158:2, 158:12,
158:16, 159:8,
159:11, 159:18,

159:21, 160:1,
160:7, 160:11,
160:13, 160:20,
160:25, 161:6,
161:8, 161:14,
161:15, 161:17,
161:23, 161:24,
162:2, 162:3, 162:6,
162:10, 162:11,
162:18, 162:23,
163:3, 163:6, 163:9,
163:12, 163:13,
163:15, 163:16,
163:17, 163:21,
163:22, 164:1,
164:2, 164:6, 164:9,
164:11, 164:17,
164:19, 164:23,
164:24, 165:1,
165:11, 165:15,
165:16, 165:19,
165:20, 165:21,
165:24, 166:4,
166:6, 166:10,
166:13, 166:17,
166:23, 167:8,
167:9, 167:10,
167:11, 167:12,
167:19, 168:3,
168:9, 168:15,
168:18, 168:21,
168:24, 169:4,
169:5, 169:6,
169:18, 169:22,
170:6, 170:8, 170:9,
170:11, 170:13,
170:16, 170:25,
171:1, 171:7,
171:17, 171:18,
171:19, 171:21,
171:22, 173:17,
174:1, 174:7,
174:15, 174:22,
175:1, 175:3, 175:6,
175:9, 176:13,
176:24, 177:10,
177:15, 177:16,
177:17, 177:19,
178:5, 178:9,
178:12, 178:15,
178:17, 178:24,
179:6, 179:11,
179:19, 180:6,
180:10, 181:6,
181:10, 181:14,
182:5, 182:21,
182:23, 183:12,
183:13, 183:17,
183:21, 184:3,
184:5, 184:7,
184:10, 184:15,

184:19, 185:9,
185:11, 185:17,
185:24, 186:8,
187:8, 187:11,
187:16, 187:22,
187:25, 188:5,
188:8, 188:15,
188:23, 188:24,
189:5, 189:9,
189:11, 190:15,
190:20, 191:17,
191:18, 191:24,
192:2, 192:7,
192:10, 193:5,
193:7, 193:8,
193:11, 194:13,
194:14, 194:20,
195:6, 195:7,
195:20, 195:23,
196:7, 196:8, 196:9,
196:10, 196:11,
196:15, 196:16,
197:17, 197:18,
197:20, 198:1,
198:15, 198:16,
198:22, 198:23,
199:9, 199:23,
200:1, 200:9,
200:10, 200:17,
200:20, 201:6,
201:10, 201:17,
201:20, 202:14,
203:3, 203:6,
203:12, 203:15,
203:22, 203:25,
204:4, 204:5,
204:14, 204:16,
204:25, 205:1,
205:4, 205:5, 205:6,
205:9, 205:10,
205:12, 205:14,
205:17, 205:19,
205:23, 206:2,
206:9, 206:12,
206:14, 206:15,
206:16, 206:23,
206:25, 207:1,
207:3, 207:6, 207:8,
209:21, 209:25,
210:4, 210:17,
210:21, 211:6,
211:10, 211:13,
211:15, 211:25,
212:1, 212:2, 212:8,
212:12, 213:5,
213:9, 213:10,
213:11, 213:14,
213:15, 213:16,
213:19, 213:21,
213:25, 214:4,
214:8, 214:12,

215:1, 215:8, 215:9,
215:10, 215:13,
215:17, 215:18,
215:20, 215:22,
215:23, 215:24,
216:1, 216:4, 216:7,
216:10, 216:11,
216:12, 216:13,
216:14, 216:15,
216:18, 216:21,
216:23, 216:24,
217:2, 217:3, 217:7,
217:9, 217:12,
217:13, 217:15,
217:16, 217:17,
217:20, 217:23,
218:5, 218:6,
218:12, 218:17,
218:20, 218:21,
218:22, 218:24,
219:2, 219:4,
219:10, 220:2,
220:5, 220:12,
220:14, 220:17,
220:20, 220:22,
222:5, 222:12,
222:13, 223:6,
223:7, 223:10,
223:23, 224:3,
224:4, 224:8, 224:9,
224:10, 224:25,
225:1, 225:6,
225:10, 225:11,
225:21, 226:2,
226:21, 226:22,
226:23, 226:24,
226:25, 227:1,
227:4, 227:15,
227:19, 227:20,
227:23, 227:24,
227:25, 228:2,
228:4, 228:9,
228:13, 228:19,
229:3, 229:12,
229:13, 229:14,
229:20, 229:24,
230:18, 230:24,
231:3, 231:8,
231:11, 232:2,
232:3, 232:5, 232:8,
232:15, 233:15,
233:18, 234:25,
235:7, 235:20,
235:22, 235:25,
236:1, 236:9,
236:12, 236:13,
236:16, 236:17,
236:21, 237:5,
237:19, 237:20,
237:22, 238:14,
238:18, 238:20,

238:21, 238:23,
239:10, 239:17,
239:18, 239:20,
239:21, 240:5,
240:8, 240:16,
240:19, 240:20,
241:3, 241:8,
241:14, 241:19,
242:5, 242:18,
242:23, 243:3,
243:4, 243:6,
243:22, 243:25,
244:1, 244:4,
244:15, 245:1,
245:4, 245:9,
245:10, 245:23,
246:12, 246:15,
247:3, 247:5,
247:14, 247:18,
247:24, 247:25,
248:8, 248:16,
248:24, 249:12,
249:17, 249:20,
250:6, 250:7,
250:10, 250:12,
250:14, 250:17,
250:18, 250:20,
250:21, 250:22,
251:2, 251:12,
251:14, 251:15,
251:22, 251:23,
251:25, 252:7,
252:10, 252:12,
252:14, 252:16,
252:17, 252:19,
253:6, 253:7, 253:8,
253:14, 253:17,
253:19, 253:24,
254:4, 254:14,
254:16, 254:17,
254:18, 254:23,
255:2, 255:9,
255:11, 255:16,
256:19, 256:23,
256:25, 257:3,
257:4, 257:6, 257:9,
257:11, 257:15,
257:16, 258:5,
258:11

**THE** [1900] - 1:1, 1:2,
1:11, 2:4, 3:2, 3:8,
3:10, 3:18, 3:21,
3:22, 4:2, 4:5, 4:10,
4:11, 4:12, 4:17,
4:22, 4:25, 5:3, 5:8,
5:14, 5:16, 5:19,
5:22, 6:3, 6:4, 6:6,
6:8, 6:16, 6:20, 6:23,
6:25, 7:6, 7:7, 7:12,
7:14, 7:15, 7:16,
7:18, 7:19, 7:23,
7:24, 7:25, 8:2, 8:3,
8:13, 8:14, 8:20,
9:16, 9:23, 9:24,
10:7, 10:25, 11:2,
11:4, 11:5, 11:6,
11:8, 11:9, 11:10,
11:13, 11:18, 11:19,
11:21, 11:22, 11:23,
11:25, 12:9, 12:11,
12:13, 12:14, 12:15,
12:17, 12:18, 12:24,

82:8, 82:14, 85:10,
88:5, 88:9, 88:12,
88:25, 91:3, 98:3,
100:24, 101:15,
104:15, 104:16,
107:17, 109:7,
110:15, 121:16,
126:6, 133:2, 134:7,
141:16, 148:10,
148:16, 156:10,
159:11, 160:25,
163:3, 166:22,
169:22, 171:13,
171:19, 173:18,
177:16, 182:1,
182:14, 183:2,
188:19, 189:10,
191:12, 194:20,
194:25, 197:21,
201:9, 205:7,
211:22, 212:15,
212:20, 215:25,
216:8, 216:12,
218:8, 218:12,
218:16, 220:3,
224:4, 228:16,
229:5, 229:24,
230:11, 230:15,
231:23, 236:11,
236:20, 240:10,
243:3, 244:20,
245:18, 246:15,
247:25, 248:10,
248:14, 249:21,
250:25, 251:20,
251:23, 252:1,
254:5, 257:12,
258:3, 258:4

**THAT'LL** [1] - 28:24
**THAT'S** [117] - 4:10,
4:18, 6:3, 6:10, 6:16,
6:22, 16:21, 19:14,
19:23, 22:12, 22:24,
24:18, 27:1, 28:16,
29:15, 35:22, 36:20,
40:20, 43:19, 44:7,
51:4, 52:18, 68:16,
70:2, 70:9, 72:10,
76:24, 77:3, 77:7,
77:22, 80:11, 81:16,

13:8, 13:15, 13:19,
13:25, 14:2, 14:5,
14:11, 14:15, 14:18,
14:21, 14:23, 14:24,
14:25, 15:1, 15:2,
15:3, 15:5, 15:7,
15:8, 15:9, 16:5,
16:9, 16:16, 16:21,
17:1, 17:8, 17:10,
17:13, 17:14, 17:15,
17:16, 17:17, 17:18,
18:6, 18:9, 18:12,
18:16, 18:18, 18:19,
18:23, 19:1, 19:6,
19:8, 19:14, 19:16,
20:1, 20:5, 20:6,
20:7, 20:8, 20:9,
20:11, 20:14, 20:15,
20:16, 20:17, 20:21,
21:1, 21:5, 21:6,
21:8, 21:10, 21:12,
21:13, 21:14, 21:17,
21:21, 21:23, 21:24,
22:1, 22:2, 22:8,
22:10, 22:11, 22:12,
22:13, 22:15, 22:18,
22:19, 22:22, 22:24,
22:25, 23:1, 23:4,
23:7, 23:8, 23:13,
23:15, 23:22, 24:1,
24:9, 24:16, 24:17,
24:22, 25:5, 25:11,
25:12, 25:16, 25:19,
26:2, 26:4, 26:7,
26:11, 26:13, 27:1,
27:16, 27:17, 27:23,
27:24, 28:2, 28:16,
28:22, 29:3, 29:4,
29:10, 29:11, 29:17,
29:18, 29:25, 30:4,
30:17, 31:1, 31:2,
31:5, 31:6, 31:9,
31:12, 31:13, 31:18,
31:20, 32:1, 32:4,
32:5, 32:6, 32:8,
32:14, 32:19, 32:24,
32:25, 33:4, 33:5,
33:8, 33:9, 33:10,
33:11, 33:12, 33:15,
33:17, 33:18, 33:20,
33:21, 33:25, 34:2,
34:3, 34:5, 34:8,
34:9, 34:12, 34:15,
34:16, 34:18, 34:23,
35:1, 35:2, 35:6,
35:11, 35:15, 35:17,
35:20, 35:22, 35:25,
36:1, 36:7, 36:8,
37:1, 37:5, 37:10,
37:11, 37:12, 38:2,
38:3, 38:10, 38:11,

38:12, 38:13, 38:14,
38:20, 38:25, 39:2,
39:5, 39:13, 39:14,
39:19, 40:6, 40:13,
40:14, 40:15, 40:25,
41:2, 41:3, 41:14,
42:2, 42:5, 42:6,
42:8, 42:10, 42:13,
42:15, 42:20, 42:22,
42:25, 43:8, 43:9,
43:10, 43:11, 44:12,
44:13, 44:19, 44:21,
44:22, 45:6, 45:11,
45:18, 45:21, 45:24,
46:1, 46:4, 46:20,
47:13, 47:15, 47:16,
47:17, 47:18, 47:19,
47:20, 48:16, 48:20,
48:22, 49:7, 49:10,
49:11, 49:13, 49:14,
49:15, 49:19, 49:20,
50:1, 50:3, 50:5,
50:6, 50:12, 50:14,
50:19, 50:20, 50:21,
51:1, 51:2, 51:9,
51:10, 51:12, 51:13,
51:16, 51:20, 51:21,
52:14, 52:20, 52:21,
52:22, 52:24, 52:25,
53:2, 53:4, 53:6,
53:9, 53:10, 53:11,
54:4, 54:10, 54:12,
54:15, 54:16, 54:17,
55:2, 55:3, 55:10,
55:15, 55:25, 56:1,
56:3, 56:10, 56:12,
56:20, 57:2, 57:5,
57:10, 57:20, 57:22,
58:19, 59:1, 59:4,
59:6, 59:9, 59:10,
59:11, 59:12, 59:15,
59:19, 59:20, 59:25,
60:6, 60:12, 60:13,
60:15, 60:16, 60:20,
60:21, 60:22, 60:24,
60:25, 61:1, 61:3,
61:8, 61:18, 61:19,
62:1, 62:4, 62:5,
62:6, 62:10, 62:11,
62:22, 62:25, 63:3,
63:6, 63:9, 63:10,
63:11, 63:12, 63:13,
63:14, 63:16, 64:2,
64:3, 64:9, 64:10,
64:11, 64:17, 65:2,
65:7, 65:8, 65:9,
65:10, 65:13, 65:18,
65:24, 66:3, 66:16,
66:17, 66:19, 66:25,
67:2, 67:5, 67:8,
67:11, 67:13, 67:15,

67:17, 67:19, 68:2,
68:8, 68:9, 68:11,
68:12, 68:14, 68:16,
68:25, 69:8, 69:10,
69:13, 69:16, 69:17,
69:22, 70:4, 70:7,
70:9, 70:13, 70:18,
70:21, 70:22, 70:24,
70:25, 71:1, 71:9,
72:3, 72:5, 72:6,
72:8, 72:10, 72:16,
72:17, 72:18, 73:5,
73:8, 73:11, 73:15,
73:21, 73:25, 74:2,
74:3, 74:4, 74:6,
74:7, 74:8, 74:10,
74:11, 74:12, 74:14,
74:15, 74:16, 74:18,
74:21, 74:23, 74:24,
75:2, 75:4, 75:6,
75:8, 75:9, 75:12,
75:15, 75:19, 75:23,
76:3, 76:5, 76:7,
76:14, 76:15, 76:19,
76:22, 77:8, 77:10,
77:11, 77:16, 77:17,
77:18, 77:19, 77:20,
77:21, 77:24, 77:25,
78:1, 78:2, 78:3,
78:4, 78:5, 78:6,
78:7, 78:8, 78:11,
78:17, 78:24, 79:3,
79:6, 79:10, 79:15,
79:16, 79:18, 79:23,
80:3, 80:5, 80:8,
80:10, 80:11, 80:13,
80:18, 80:19, 80:25,
81:1, 81:5, 81:13,
81:16, 81:18, 81:19,
81:20, 81:25, 82:7,
82:10, 82:11, 82:13,
82:17, 82:20, 82:22,
82:23, 83:1, 83:5,
83:7, 83:10, 83:11,
83:19, 83:20, 83:23,
83:24, 84:1, 84:6,
84:7, 84:9, 84:19,
84:20, 84:21, 84:22,
84:24, 85:3, 85:6,
85:11, 85:14, 85:21,
85:25, 86:4, 86:5,
86:6, 86:7, 86:8,
86:9, 86:12, 86:20,
86:22, 87:3, 87:10,
87:16, 87:18, 87:22,
87:23, 88:4, 88:8,
88:9, 88:10, 88:17,
88:21, 89:1, 89:11,
89:13, 89:15, 89:19,
90:1, 90:6, 90:8,
90:10, 90:11, 90:12,

90:15, 90:16, 90:17,
90:18, 90:20, 90:21,
91:1, 91:5, 91:9,
91:11, 91:16, 91:21,
92:2, 92:11, 92:18,
92:19, 92:22, 92:23,
93:5, 93:6, 93:9,
93:19, 93:20, 93:23,
93:25, 94:1, 94:2,
94:10, 94:12, 94:13,
94:14, 94:16, 94:21,
95:4, 95:5, 95:11,
95:12, 95:20, 95:22,
95:23, 96:1, 96:12,
96:14, 96:25, 97:1,
97:6, 97:8, 97:14,
97:16, 97:17, 97:20,
98:1, 98:12, 98:14,
98:17, 99:5, 99:8,
99:9, 99:13, 99:18,
99:21, 99:23, 99:24,
99:25, 100:11,
100:13, 100:14,
100:16, 100:17,
100:18, 100:19,
100:24, 100:25,
101:1, 101:13,
101:14, 101:21,
101:22, 101:24,
101:25, 102:2,
102:7, 102:13,
102:14, 102:18,
102:21, 102:24,
103:4, 103:5, 103:7,
103:14, 103:21,
104:3, 104:5, 104:6,
104:11, 104:12,
104:15, 104:19,
104:21, 104:23,
105:2, 105:6,
105:13, 105:14,
105:18, 105:22,
106:5, 106:6,
106:10, 106:21,
106:24, 106:25,
107:1, 107:5, 107:7,
107:12, 107:14,
107:16, 107:18,
107:20, 107:23,
107:24, 108:8,
108:12, 108:18,
109:4, 109:6,
109:14, 109:19,
109:25, 110:1,
110:2, 110:3, 110:7,
110:9, 110:10,
110:12, 110:18,
110:19, 110:20,
110:22, 111:2,
111:4, 111:11,
111:12, 111:17,

111:19, 111:22,
111:25, 112:6,
112:9, 112:10,
113:2, 113:3,
113:11, 113:12,
113:13, 113:19,
113:21, 113:22,
113:23, 114:1,
114:2, 114:4,
114:11, 114:13,
114:14, 114:16,
114:19, 114:22,
115:5, 115:15,
115:25, 116:2,
116:7, 116:9,
116:12, 116:13,
116:22, 117:4,
117:11, 117:12,
117:13, 117:14,
117:18, 117:19,
117:21, 118:13,
118:19, 118:21,
119:4, 119:8, 119:9,
119:10, 119:13,
119:15, 119:18,
119:20, 119:24,
119:25, 120:4,
120:9, 120:10,
120:12, 120:14,
120:25, 121:8,
121:16, 121:20,
121:23, 121:24,
122:1, 122:2, 122:3,
122:7, 122:10,
122:17, 122:18,
122:19, 122:21,
122:22, 123:1,
123:3, 123:4, 123:5,
123:6, 123:16,
123:18, 123:21,
123:23, 124:3,
124:6, 124:9,
124:13, 124:17,
124:18, 124:19,
124:24, 125:3,
125:7, 125:10,
125:11, 125:12,
125:16, 125:17,
125:20, 125:24,
126:9, 126:17,
126:24, 127:11,
127:12, 127:13,
127:14, 127:18,
127:22, 127:23,
127:25, 128:2,
128:17, 128:18,
128:25, 129:2,
129:4, 129:22,
129:24, 129:25,
130:1, 130:2, 130:5,
130:6, 130:8,

130:13, 130:16,
130:18, 130:19,
131:1, 131:6, 131:9,
131:10, 131:11,
131:12, 131:14,
131:19, 131:21,
131:24, 132:1,
132:2, 132:11,
132:13, 133:4,
133:10, 133:15,
133:25, 134:12,
134:13, 134:15,
134:16, 134:20,
134:22, 134:24,
135:4, 135:5, 135:6,
135:24, 135:25,
136:5, 136:7, 136:9,
136:11, 136:12,
136:20, 137:3,
137:5, 137:10,
137:14, 137:16,
137:19, 138:1,
138:5, 138:7,
138:14, 138:18,
138:22, 138:23,
139:8, 139:12,
139:13, 139:17,
140:2, 140:7, 140:9,
140:11, 140:16,
140:19, 141:4,
141:13, 141:14,
141:16, 141:19,
141:20, 141:23,
141:25, 142:1,
142:5, 142:6,
142:17, 142:20,
142:24, 143:2,
143:3, 143:6, 143:7,
143:9, 143:20,
143:22, 144:17,
144:21, 144:25,
145:2, 145:3, 145:5,
145:9, 145:12,
145:20, 145:21,
146:4, 146:6, 146:7,
146:10, 146:15,
146:19, 146:23,
147:2, 147:4,
147:10, 147:13,
147:14, 147:17,
147:22, 148:1,
148:11, 148:12,
148:14, 148:15,
148:20, 148:22,
149:4, 149:8,
149:14, 149:17,
150:1, 150:4, 150:8,
150:11, 150:13,
150:14, 150:16,
150:21, 150:23,
151:3, 151:11,

151:14, 151:15,
151:16, 151:19,
151:24, 152:4,
152:6, 152:8, 152:9,
152:11, 152:14,
152:18, 152:20,
152:25, 153:4,
153:9, 153:10,
153:13, 153:17,
153:18, 153:19,
153:20, 153:23,
153:25, 154:7,
154:8, 154:12,
154:13, 154:14,
154:19, 154:20,
154:22, 154:25,
155:11, 155:14,
155:17, 155:18,
155:20, 155:21,
155:23, 155:25,
156:3, 156:4, 156:5,
156:9, 156:12,
156:15, 156:21,
156:25, 157:5,
157:7, 157:11,
157:12, 157:15,
157:16, 157:17,
157:20, 157:22,
157:23, 158:1,
158:2, 158:5, 158:7,
158:11, 158:15,
158:16, 158:22,
158:25, 159:2,
159:7, 159:11,
159:12, 159:13,
159:16, 159:18,
159:20, 159:21,
159:23, 159:24,
160:2, 160:6, 160:7,
160:10, 160:18,
160:23, 160:24,
161:2, 161:4, 161:5,
161:13, 161:15,
161:17, 161:20,
162:1, 162:2, 162:3,
162:4, 162:7,
162:15, 162:16,
162:17, 162:18,
162:24, 163:3,
163:5, 163:6, 163:7,
163:8, 163:11,
163:17, 163:23,
164:3, 164:4, 164:9,
164:10, 164:17,
164:19, 164:25,
165:1, 165:2, 165:3,
165:5, 165:6, 165:7,
165:12, 165:14,
165:15, 165:16,
165:23, 166:5,
166:8, 166:13,

166:21, 166:25,
167:7, 167:8,
167:11, 167:13,
167:14, 167:18,
167:21, 167:25,
168:1, 168:4, 168:5,
168:8, 168:13,
168:16, 168:23,
169:3, 169:18,
170:4, 170:5,
170:10, 170:15,
170:17, 170:19,
170:23, 170:24,
170:25, 171:1,
171:5, 171:7,
171:11, 171:22,
171:23, 172:1,
172:4, 172:8,
172:24, 173:1,
173:10, 173:12,
173:20, 173:22,
175:2, 175:4, 175:6,
175:12, 175:15,
175:23, 175:25,
176:7, 176:9,
176:12, 177:3,
177:5, 177:6,
177:22, 178:5,
178:18, 178:20,
179:12, 179:14,
179:22, 179:23,
180:12, 180:19,
180:20, 181:1,
181:6, 181:9,
181:14, 181:17,
181:18, 182:2,
182:3, 182:7,
182:13, 182:16,
182:17, 182:25,
183:3, 183:6,
183:10, 183:21,
184:4, 184:15,
186:10, 186:12,
186:22, 187:4,
187:9, 187:12,
187:14, 187:15,
187:16, 187:17,
188:5, 188:14,
188:20, 189:1,
189:2, 189:4, 189:6,
189:17, 189:21,
190:1, 190:3, 190:7,
190:8, 190:9,
190:14, 190:18,
190:23, 191:2,
191:4, 191:14,
191:15, 191:18,
191:25, 192:3,
192:11, 192:15,
192:16, 192:20,
192:22, 192:23,

193:1, 193:5, 193:7,
193:11, 193:12,
193:13, 193:17,
193:22, 193:23,
194:1, 194:3,
194:11, 194:13,
194:15, 194:17,
194:18, 194:21,
194:24, 195:3,
195:4, 195:5, 195:6,
195:10, 195:14,
195:15, 195:17,
195:24, 195:25,
196:4, 196:10,
196:11, 196:13,
196:17, 196:18,
196:21, 196:23,
196:24, 197:5,
197:6, 197:18,
197:19, 197:22,
197:25, 198:1,
198:3, 198:7, 198:8,
198:21, 198:23,
198:24, 198:25,
199:2, 199:3, 199:4,
199:6, 199:9,
199:12, 199:13,
199:15, 199:23,
200:2, 200:3, 200:6,
200:7, 200:11,
200:14, 200:15,
200:24, 201:1,
201:3, 201:8,
201:14, 201:17,
201:18, 201:19,
201:20, 202:2,
202:6, 202:17,
202:19, 202:22,
203:2, 203:11,
203:14, 203:17,
204:5, 204:9,
204:13, 204:17,
204:20, 204:24,
204:25, 205:1,
205:4, 205:6,
205:11, 205:12,
205:17, 205:19,
205:22, 206:3,
206:17, 206:21,
207:4, 207:10,
207:15, 207:19,
207:21, 207:24,
208:11, 208:18,
208:24, 209:12,
209:17, 209:21,
210:3, 210:5,
210:12, 210:15,
210:17, 210:21,
210:24, 211:5,
211:13, 211:15,
211:17, 211:18,

212:3, 212:5, 212:9,
212:10, 212:18,
212:20, 212:21,
213:1, 213:5,
213:12, 213:16,
213:17, 213:18,
213:23, 213:24,
214:2, 214:3, 214:5,
214:6, 214:22,
215:10, 215:12,
215:13, 215:20,
215:21, 215:24,
216:3, 216:10,
216:12, 216:18,
217:13, 217:15,
217:16, 218:9,
218:10, 218:14,
218:20, 218:22,
218:23, 218:25,
219:8, 219:20,
220:1, 220:10,
220:12, 220:13,
220:14, 220:16,
220:24, 221:2,
221:6, 221:7,
221:16, 221:18,
221:21, 222:2,
222:19, 222:21,
222:24, 223:2,
223:8, 223:18,
223:19, 223:21,
223:22, 224:2,
224:11, 224:18,
224:22, 225:1,
225:8, 225:9,
225:10, 225:22,
225:24, 226:2,
226:8, 226:12,
226:13, 226:14,
226:16, 226:20,
226:21, 226:23,
226:25, 227:1,
227:3, 227:7, 227:8,
227:9, 227:11,
227:13, 227:18,
227:19, 227:25,
228:3, 228:9,
228:12, 228:13,
228:19, 228:21,
229:3, 229:13,
229:19, 229:25,
230:3, 230:15,
230:19, 230:20,
230:21, 231:2,
231:7, 231:11,
231:24, 232:1,
232:8, 232:11,
232:12, 232:19,
232:24, 233:4,
233:7, 233:10,
233:12, 233:13,

233:19, 233:25,
234:5, 234:7, 234:8,
234:19, 235:8,
235:14, 235:16,
236:5, 236:21,
237:11, 237:16,
237:20, 238:2,
238:6, 238:16,
238:19, 238:25,
239:1, 239:5,
239:11, 239:12,
239:16, 239:19,
239:20, 239:21,
240:11, 240:14,
240:25, 241:24,
242:4, 242:20,
242:22, 242:23,
242:24, 242:25,
243:1, 243:3,
243:16, 243:22,
243:23, 244:12,
244:13, 244:14,
244:20, 244:21,
244:22, 244:24,
245:1, 245:3, 245:5,
245:13, 245:25,
246:14, 246:15,
246:23, 247:2,
247:5, 247:17,
247:21, 248:1,
248:4, 248:5, 248:6,
248:8, 248:11,
249:3, 249:6, 249:8,
249:20, 249:23,
250:18, 250:19,
250:20, 250:22,
251:7, 251:8, 251:9,
251:13, 251:14,
251:17, 251:21,
251:22, 251:24,
251:25, 252:6,
252:7, 252:8,
252:11, 252:12,
252:13, 252:14,
252:16, 252:17,
252:19, 252:21,
253:4, 253:10,
253:16, 253:21,
253:24, 253:25,
254:3, 254:5,
254:13, 254:14,
254:18, 254:20,
254:21, 254:22,
255:11, 256:4,
256:18, 256:24,
257:2, 257:10,
257:14, 258:1,
258:7, 258:11,
258:12

**THEIR** [47] - 6:2, 18:7,
19:13, 20:23, 24:14,

27:12, 27:25, 37:4,
50:6, 52:16, 63:1,
66:25, 67:2, 69:17,
73:13, 75:19, 75:22,
78:1, 92:4, 108:1,
108:2, 108:3, 108:6,
108:11, 119:9,
119:20, 119:24,
120:24, 121:1,
121:2, 126:25,
135:3, 135:7,
141:21, 153:5,
161:11, 166:4,
166:22, 187:10,
200:12, 215:16

**THEM** [64] - 17:23,
17:24, 27:6, 27:13,
27:15, 27:24, 43:20,
44:8, 49:20, 50:3,
53:6, 56:3, 63:17,
74:17, 76:17, 82:6,
82:7, 85:13, 88:13,
89:16, 104:10,
116:25, 122:5,
131:16, 131:22,
133:1, 133:23,
135:3, 138:4,
138:11, 138:21,
142:12, 142:19,
150:15, 151:23,
151:24, 152:1,
152:2, 158:3,
158:10, 163:24,
165:19, 166:16,
167:4, 168:2,
169:17, 187:16,
211:25, 214:4,
214:7, 217:2, 217:6,
219:7, 230:9,
235:25, 236:12,
236:15, 240:1,
240:2, 240:7,
240:18, 242:18

**THEMSELVES** [1] -
108:15

**THEN** [119] - 3:13,
3:15, 4:6, 4:19, 5:23,
6:5, 7:4, 10:23,
17:23, 24:4, 24:21,
26:23, 32:5, 32:11,
32:19, 38:1, 39:6,
43:12, 43:14, 43:19,
44:6, 44:10, 45:24,
46:4, 46:13, 49:16,
49:21, 50:3, 53:21,
53:22, 54:16, 58:7,
60:6, 62:12, 63:23,
64:13, 71:10, 75:18,
76:12, 76:14, 82:17,
90:22, 91:9, 92:17,
96:20, 108:8,

108:11, 113:5,
113:23, 116:20,
117:14, 118:7,
121:2, 130:16,
132:24, 133:25,
134:5, 136:18,
139:15, 144:7,
145:24, 146:9,
146:18, 146:23,
148:5, 153:18,
163:21, 164:3,
166:8, 166:20,
168:4, 168:13,
168:14, 168:15,
168:22, 174:16,
175:11, 175:23,
176:8, 181:17,
182:11, 182:25,
183:6, 187:1,
187:21, 201:2,
201:15, 202:19,
203:14, 210:2,
210:24, 212:9,
214:5, 214:6, 214:7,
220:22, 222:24,
229:20, 229:21,
230:11, 230:16,
231:15, 233:2,
234:7, 235:19,
238:16, 238:18,
240:1, 240:17,
241:2, 242:10,
249:1, 250:8,
254:22, 257:1,
257:2, 257:9

**THERAPIST** [3] - 38:2,
38:12, 165:3

**THERAPY** [1] - 47:8

**THERE** [212] - 3:13,
3:18, 4:1, 5:5, 5:7,
8:16, 9:1, 9:15, 12:1,
12:20, 16:20, 17:10,
19:11, 22:18, 23:18,
23:19, 24:13, 24:16,
24:18, 26:1, 29:16,
30:24, 32:7, 32:15,
34:4, 34:17, 37:3,
37:14, 37:17, 39:3,
39:4, 40:4, 41:23,
43:24, 46:7, 46:13,
46:18, 47:1, 48:7,
48:13, 48:15, 49:16,
49:24, 51:14, 51:19,
52:25, 53:1, 53:5,
53:8, 56:9, 56:16,
56:25, 57:3, 57:11,
57:12, 58:24, 58:25,
59:5, 60:1, 63:12,
64:3, 64:8, 65:21,
66:22, 67:15, 72:15,
74:6, 74:9, 75:7,

75:10, 75:14, 76:9,
76:12, 77:9, 82:3,
84:2, 84:10, 87:4,
87:5, 87:16, 91:17,
94:19, 95:20, 97:7,
99:22, 100:2, 100:3,
100:5, 100:15,
102:4, 103:17,
106:5, 106:7,
106:15, 109:17,
110:21, 112:3,
112:18, 115:6,
117:1, 117:18,
117:22, 119:16,
121:13, 122:12,
122:24, 123:9,
123:23, 125:18,
126:7, 127:1,
127:19, 128:23,
129:16, 130:4,
131:25, 134:7,
134:16, 134:21,
138:6, 139:4, 140:5,
141:2, 142:6,
142:14, 143:1,
143:4, 143:15,
143:20, 144:13,
144:17, 145:19,
146:6, 146:24,
147:2, 147:9,
147:23, 147:24,
150:12, 150:15,
150:22, 151:18,
151:20, 152:15,
153:18, 154:8,
155:8, 155:12,
157:2, 158:19,
161:25, 163:15,
164:8, 166:19,
171:6, 175:1, 175:4,
177:20, 177:23,
178:3, 179:15,
180:22, 183:10,
185:2, 185:21,
188:6, 192:7,
193:14, 199:8,
199:14, 201:10,
205:13, 211:6,
212:24, 213:11,
213:15, 214:12,
216:8, 217:18,
220:16, 224:1,
226:22, 229:25,
230:11, 230:18,
231:9, 231:10,
232:25, 233:10,
233:11, 235:19,
238:22, 240:3,
240:16, 243:19,
247:12, 250:16,
251:7, 251:24,

252:1, 252:2,
252:18, 253:11,
254:19, 254:20,
255:13, 256:23

**THERE'S** [10] - 19:16,
26:6, 32:21, 32:22,
43:21, 75:10, 87:24,
162:10, 194:16

**THEREFORE** [1] -
15:5

**THESE** [117] - 13:11,
17:19, 19:22, 21:23,
22:8, 23:23, 24:20,
25:4, 25:7, 26:2,
27:7, 27:10, 27:11,
28:1, 29:25, 33:20,
37:25, 38:4, 38:7,
42:8, 49:22, 51:17,
51:19, 56:11, 59:7,
64:4, 73:6, 73:10,
75:16, 76:3, 76:4,
77:4, 78:16, 80:17,
81:11, 85:13, 86:9,
91:2, 91:4, 91:14,
92:7, 92:10, 92:25,
95:14, 96:2, 97:15,
100:8, 101:7,
101:19, 102:19,
103:21, 104:4,
113:1, 115:11,
116:11, 116:17,
118:3, 118:6,
118:14, 119:1,
126:9, 128:24,
129:3, 131:7,
131:15, 132:8,
132:18, 132:20,
133:14, 133:17,
133:20, 133:21,
133:23, 133:24,
134:19, 134:23,
138:11, 139:21,
139:23, 142:24,
148:3, 153:24,
155:20, 159:6,
159:19, 161:7,
161:9, 162:24,
164:5, 164:14,
164:15, 164:22,
164:24, 164:25,
165:10, 165:24,
166:24, 169:14,
172:23, 173:2,
193:15, 195:9,
215:13, 220:15,
239:5, 239:7, 240:4,
240:15, 245:13,
248:4, 248:23,
252:5, 257:6

**THEY** [173] - 6:2,
12:12, 13:23, 14:25,

16:15, 17:3, 18:13,
20:15, 24:22, 27:10,
27:25, 28:9, 32:23,
33:21, 43:15, 43:16,
44:6, 44:9, 44:10,
44:25, 51:9, 51:10,
51:16, 51:20, 51:22,
53:24, 53:25, 54:8,
60:9, 63:12, 63:19,
63:20, 66:25, 67:1,
67:2, 73:3, 73:14,
73:15, 75:7, 75:25,
76:17, 76:18, 77:5,
77:21, 78:3, 85:3,
94:20, 97:5, 97:10,
104:1, 107:24,
108:1, 108:2, 108:3,
108:4, 108:8,
108:10, 108:14,
108:15, 108:17,
110:15, 119:21,
119:22, 119:24,
120:18, 121:2,
121:14, 122:4,
122:7, 122:11,
125:3, 125:10,
129:6, 130:23,
131:2, 131:7,
131:18, 132:9,
132:16, 132:24,
133:4, 133:6, 135:2,
135:6, 137:25,
138:1, 138:2,
138:15, 141:22,
142:1, 142:5,
142:10, 142:20,
142:23, 143:9,
145:8, 146:25,
147:19, 147:20,
147:21, 148:5,
150:14, 150:15,
152:6, 152:7,
152:13, 155:17,
155:21, 157:18,
164:19, 164:22,
165:11, 166:24,
167:11, 167:13,
167:19, 168:3,
168:4, 168:9, 169:1,
169:2, 169:19,
169:21, 176:1,
176:11, 184:18,
187:9, 187:14,
187:15, 192:13,
193:11, 194:9,
196:23, 198:24,
200:17, 211:20,
213:25, 214:4,
214:5, 214:7, 222:8,
222:10, 222:12,
222:13, 222:15,

222:18, 222:19,
226:3, 232:9,
232:10, 233:14,
233:15, 235:9,
235:11, 236:2,
242:8, 242:9,
251:15, 251:22,
252:14
THEY'RE [1] - 97:5
THING [21] - 5:16,
20:8, 20:9, 33:2,
90:7, 96:7, 98:1,
98:21, 101:15,
117:11, 130:8,
140:11, 140:15,
147:10, 163:21,
164:17, 166:6,
169:19, 181:6,
214:4, 244:20
THINGS [88] - 6:5,
8:21, 15:7, 16:9,
19:10, 23:19, 24:20,
27:4, 27:14, 28:1,
32:16, 32:19, 33:20,
37:25, 38:5, 49:14,
59:24, 64:4, 74:3,
74:4, 75:4, 75:11,
75:13, 85:21, 87:17,
88:13, 91:3, 91:10,
92:7, 92:25, 100:23,
100:24, 108:4,
111:25, 112:16,
112:25, 114:2,
116:21, 117:10,
117:16, 122:24,
123:23, 129:10,
129:12, 132:6,
133:2, 133:24,
134:16, 137:24,
140:24, 151:11,
154:3, 159:6, 159:8,
163:9, 163:13,
163:16, 164:14,
164:22, 165:1,
165:23, 166:19,
166:21, 166:23,
166:24, 168:3,
169:3, 169:14,
171:21, 175:5,
175:7, 176:12,
193:16, 213:15,
214:2, 215:13,
217:6, 219:1,
245:13, 246:9,
249:22, 251:15,
251:22, 252:11,
252:18
THINK [112] - 3:10,
3:11, 5:17, 5:23, 6:3,
6:10, 6:14, 10:11,
11:23, 14:19, 22:3,

22:7, 28:2, 35:21,
55:4, 56:8, 60:15,
60:20, 60:21, 67:13,
67:14, 68:15, 70:1,
71:1, 72:17, 74:17,
75:5, 79:18, 86:21,
87:2, 87:8, 87:22,
88:5, 92:6, 95:7,
100:12, 102:23,
104:1, 105:22,
106:8, 107:3,
108:23, 108:24,
109:3, 114:7,
119:23, 125:22,
148:10, 148:15,
148:21, 148:23,
149:1, 150:19,
154:18, 158:10,
162:10, 162:23,
167:21, 167:22,
169:12, 169:22,
175:22, 180:20,
180:21, 181:1,
183:2, 184:10,
187:8, 190:7,
190:14, 190:21,
190:22, 191:4,
194:9, 199:13,
204:5, 205:7,
215:10, 216:21,
217:9, 219:15,
225:14, 228:8,
228:12, 228:18,
228:22, 229:3,
229:20, 231:10,
233:16, 236:11,
238:9, 238:10,
238:17, 239:2,
239:23, 240:3,
240:24, 242:4,
243:5, 244:4,
244:10, 249:12,
249:20, 250:25,
251:20, 255:21,
257:4, 257:12,
257:21
THINKING [7] - 5:20,
127:22, 148:22,
156:18, 165:9,
179:15, 200:23
THINKS [4] - 104:19,
110:12, 111:21,
250:10
THIRD [9] - 12:14,
56:5, 113:15,
119:10, 179:22,
186:23, 225:2,
225:8, 226:15
THIRD-PARTY [1] -
113:15

THIRDS [2] - 154:13,
196:4
THIS [721] - 3:3, 3:14,
3:16, 5:5, 5:12, 8:8,
8:15, 8:19, 9:13,
11:9, 14:5, 14:6,
14:8, 14:14, 16:23,
18:19, 19:18, 21:20,
22:5, 22:19, 22:21,
23:10, 24:9, 24:12,
25:22, 25:23, 25:25,
26:1, 26:6, 26:10,
26:22, 27:4, 28:20,
29:6, 31:8, 31:12,
31:14, 31:17, 34:24,
35:4, 35:10, 35:11,
35:14, 35:15, 35:20,
36:9, 36:13, 36:25,
38:7, 38:8, 39:22,
42:12, 43:17, 44:13,
45:7, 45:14, 46:21,
48:14, 48:16, 48:19,
49:6, 50:7, 51:15,
55:1, 56:7, 56:23,
56:24, 57:2, 57:4,
57:9, 57:10, 58:19,
58:20, 58:21, 58:24,
59:3, 59:6, 59:14,
59:18, 59:21, 60:12,
60:16, 61:13, 61:15,
64:7, 64:14, 65:1,
65:5, 65:13, 66:24,
67:4, 67:5, 68:16,
69:8, 73:23, 73:24,
73:25, 74:4, 74:6,
75:4, 75:21, 76:24,
78:24, 79:14, 81:3,
81:12, 81:14, 84:20,
84:24, 85:4, 86:5,
86:25, 87:1, 87:9,
87:13, 87:14, 88:15,
88:16, 89:5, 89:12,
89:14, 90:13, 90:19,
90:22, 90:24, 91:12,
91:18, 92:13, 92:24,
93:17, 93:20, 94:5,
94:12, 94:17, 94:18,
94:21, 94:22, 94:24,
94:25, 95:1, 95:10,
95:16, 95:17, 95:25,
96:5, 96:25, 98:20,
98:21, 99:2, 99:3,
99:8, 99:15, 99:16,
99:24, 100:1, 100:5,
100:19, 101:5,
101:7, 102:4, 102:5,
102:10, 102:22,
102:24, 103:2,
103:4, 103:13,
103:17, 103:18,
104:8, 104:9,

104:10, 104:18,
105:5, 105:12,
105:25, 106:2,
106:9, 106:14,
106:20, 107:2,
107:7, 107:8,
107:11, 107:21,
107:22, 108:9,
108:12, 108:13,
108:18, 108:19,
109:5, 109:11,
109:19, 109:21,
109:24, 110:5,
110:9, 110:12,
110:19, 111:1,
111:10, 111:23,
112:5, 112:6, 114:8,
114:16, 114:21,
115:3, 115:7,
115:10, 115:11,
115:12, 115:15,
116:5, 116:6,
117:15, 117:23,
118:1, 118:19,
120:3, 122:16,
122:17, 122:22,
122:25, 123:3,
123:5, 123:9,
123:14, 123:19,
123:20, 123:23,
124:4, 124:6, 124:7,
124:10, 124:12,
124:16, 124:17,
124:22, 125:2,
125:7, 125:9,
125:15, 125:18,
126:22, 127:2,
127:24, 128:8,
128:16, 129:6,
129:10, 129:11,
129:15, 129:23,
129:25, 130:8,
130:11, 130:15,
130:17, 130:23,
131:3, 131:20,
131:22, 131:23,
132:8, 132:16,
133:22, 133:23,
134:3, 134:12,
134:13, 135:10,
135:25, 136:1,
136:9, 136:14,
136:19, 136:20,
137:20, 137:22,
138:16, 138:20,
138:24, 139:1,
139:5, 139:8,
139:17, 139:18,
139:19, 140:3,
140:8, 140:10,
140:20, 140:22,

140:25, 141:4,
141:10, 141:12,
141:19, 142:8,
142:25, 143:3,
143:24, 144:2,
144:5, 144:7,
144:17, 144:18,
144:25, 145:4,
145:7, 145:10,
145:11, 145:13,
146:8, 146:14,
146:15, 146:22,
147:3, 147:5,
147:11, 147:12,
148:10, 148:12,
148:15, 149:25,
150:8, 151:16,
151:19, 151:24,
152:4, 152:13,
152:15, 152:17,
152:24, 153:15,
153:22, 154:2,
154:4, 154:9,
154:14, 154:21,
154:22, 155:5,
155:9, 155:10,
155:13, 155:17,
155:24, 156:3,
156:11, 156:24,
157:1, 157:4, 157:8,
157:21, 158:1,
158:2, 158:3, 158:4,
158:6, 158:12,
159:10, 159:14,
159:22, 160:1,
160:19, 160:21,
161:4, 161:13,
161:14, 161:19,
161:23, 161:24,
162:12, 162:13,
164:20, 165:3,
166:6, 167:18,
168:16, 169:7,
169:11, 170:2,
170:11, 170:18,
170:19, 172:23,
173:1, 173:5,
173:24, 174:2,
174:11, 174:18,
174:19, 176:19,
176:21, 176:24,
176:25, 177:1,
177:2, 177:8,
177:10, 178:4,
178:6, 178:9,
178:10, 178:11,
178:12, 178:15,
178:18, 178:23,
178:25, 179:3,
179:5, 179:6, 179:7,
179:8, 179:11,

179:13, 180:5,
180:7, 180:10,
180:12, 180:14,
180:21, 181:9,
181:11, 182:9,
182:16, 182:24,
183:14, 183:20,
184:6, 184:11,
185:8, 185:11,
185:12, 185:13,
185:14, 185:15,
185:16, 185:17,
185:20, 185:22,
185:25, 187:7,
187:13, 187:17,
188:13, 188:14,
188:21, 189:23,
189:25, 190:7,
190:12, 191:3,
191:19, 191:20,
191:22, 191:23,
192:10, 192:16,
192:19, 193:4,
194:13, 195:13,
195:22, 195:23,
196:14, 196:16,
197:5, 197:8,
197:19, 197:24,
198:1, 198:2, 198:6,
198:16, 198:19,
198:22, 199:22,
200:3, 200:8,
200:10, 200:20,
200:23, 201:4,
201:7, 201:18,
201:22, 202:1,
202:3, 202:4, 202:8,
202:9, 202:15,
202:24, 203:1,
203:4, 203:5, 203:8,
203:21, 203:24,
204:3, 204:8,
204:19, 204:22,
204:24, 205:4,
205:7, 205:10,
205:25, 206:3,
206:5, 206:7, 206:8,
206:11, 206:17,
206:18, 206:19,
207:9, 207:14,
207:17, 207:18,
208:17, 209:23,
209:24, 210:9,
210:14, 211:3,
211:8, 211:11,
211:12, 211:14,
211:23, 212:8,
212:11, 212:14,
212:16, 212:17,
213:8, 213:13,
213:19, 213:21,

214:18, 215:6,
215:8, 215:9,
216:21, 217:8,
219:13, 219:16,
219:20, 219:21,
220:4, 220:18,
221:8, 221:14,
222:23, 223:13,
223:18, 224:1,
224:7, 225:6,
225:15, 225:16,
225:18, 225:21,
226:1, 226:14,
226:20, 226:21,
226:22, 227:3,
227:7, 227:14,
227:20, 227:24,
228:7, 228:8, 228:9,
228:11, 228:12,
228:18, 229:14,
229:19, 230:1,
231:1, 231:6, 231:7,
231:16, 231:19,
231:25, 232:2,
233:3, 233:7,
233:19, 234:5,
234:11, 234:14,
235:14, 235:21,
236:2, 236:7, 236:8,
237:10, 237:11,
237:18, 237:23,
238:6, 238:7, 238:9,
238:10, 238:13,
238:15, 238:16,
238:17, 238:18,
238:19, 238:23,
238:24, 239:6,
239:8, 239:11,
239:13, 239:19,
240:4, 241:5,
241:12, 241:13,
241:18, 242:1,
242:5, 242:11,
243:6, 243:9,
243:19, 244:2,
244:3, 244:5, 244:7,
244:10, 244:16,
245:9, 246:1, 246:6,
246:8, 246:14,
246:17, 246:19,
247:2, 248:7,
248:10, 248:12,
248:15, 248:19,
248:20, 248:25,
249:1, 249:3, 249:6,
249:10, 249:11,
249:12, 249:14,
249:16, 250:2,
250:13, 250:14,
251:1, 251:8,
251:13, 252:7,

252:9, 252:10,
252:25, 253:18,
253:23, 254:6,
254:11, 254:24,
255:16, 256:8,
256:10, 256:11,
256:13, 256:17,
256:18, 256:20,
256:22, 257:17

**THOROUGHLY** [5] -
34:2, 34:15, 152:7,
152:9

**THOSE** [134] - 6:5,
6:11, 9:6, 9:7, 10:25,
11:2, 13:16, 14:24,
16:24, 17:20, 17:21,
17:22, 18:3, 19:3,
19:10, 19:18, 25:4,
26:7, 26:24, 27:14,
27:19, 27:22, 32:18,
34:4, 34:21, 38:5,
39:5, 42:22, 44:15,
44:24, 45:21, 46:19,
46:21, 49:25, 51:8,
51:12, 53:1, 53:5,
62:12, 63:13, 63:25,
68:15, 68:17, 72:24,
73:1, 73:2, 73:4,
73:19, 74:11, 74:17,
74:20, 75:6, 75:13,
75:17, 75:18, 77:22,
81:21, 82:6, 84:17,
85:4, 86:6, 86:11,
87:19, 90:7, 91:16,
96:3, 97:18, 97:24,
99:5, 99:9, 99:10,
99:14, 100:19,
101:6, 103:24,
112:24, 113:17,
116:21, 117:10,
117:11, 117:16,
118:9, 119:16,
119:25, 121:6,
122:24, 124:9,
127:9, 129:11,
129:22, 130:18,
131:21, 132:13,
133:2, 134:1,
134:15, 138:21,
142:22, 143:14,
151:14, 151:21,
154:2, 157:17,
158:14, 158:18,
163:13, 164:10,
164:11, 166:19,
175:5, 175:6,
175:20, 175:25,
176:4, 176:11,
187:12, 187:13,
190:16, 196:22,
196:24, 196:25,

198:8, 200:13,
201:12, 213:25,
219:1, 241:18,
242:10, 243:9,
243:12, 243:14,
252:18

**THOUGH** [14] - 20:14,
53:3, 90:17, 91:5,
111:24, 113:12,
133:13, 134:8,
143:1, 153:24,
169:20, 171:5,
249:14, 250:18

**THOUGHT** [16] -
131:14, 133:16,
133:22, 137:21,
139:19, 146:25,
157:24, 178:21,
203:25, 204:17,
205:10, 205:23,
213:11, 216:5,
247:6, 249:19

**THOUSANDS** [3] -
36:20, 166:2, 166:3

**THREAD** [1] - 162:16

**THREATEN** [2] -
206:11, 206:19

**THREATENED** [1] -
206:6

**THREATENING** [1] -
206:18

**THREATS** [1] - 47:15

**THREE** [19] - 13:4,
16:24, 17:20, 17:21,
19:1, 19:3, 19:8,
19:18, 26:4, 62:3,
62:14, 66:10, 93:21,
117:13, 119:7,
200:12, 200:16,
212:22

**THREE-MONTH** [1] -
200:16

**THRESHOLD** [1] -
123:4

**THROUGH** [79] - 3:14,
6:6, 6:15, 12:19,
15:6, 15:18, 16:10,
27:15, 32:20, 35:6,
36:6, 37:20, 37:21,
46:17, 51:12, 56:12,
56:16, 57:15, 58:2,
58:10, 65:24, 66:1,
68:11, 68:14, 68:18,
71:20, 71:21, 80:23,
87:11, 87:14, 88:17,
91:6, 95:10, 106:14,
106:22, 107:23,
107:25, 115:22,
115:23, 116:4,
116:13, 118:25,

122:18, 123:16,
123:17, 124:1,
133:18, 140:21,
140:22, 142:9,
142:16, 142:17,
148:23, 154:13,
159:7, 159:17,
161:6, 163:1,
164:14, 168:1,
197:17, 203:21,
206:6, 207:12,
208:3, 213:13,
217:1, 217:5,
230:15, 232:4,
232:5, 237:16,
240:9, 240:14,
245:19, 246:17,
248:12, 253:9,
254:22

**THROUGHOUT** [12] -
11:9, 69:17, 91:1,
98:20, 99:2, 101:7,
115:24, 116:2,
123:17, 136:14,
155:10

**THUNDERSTORMS**
[1] - 189:12

**TICKET** [1] - 236:18

**TIGHT** [2] - 96:8,
153:2

**TIME** [197] - 9:13,
12:24, 14:8, 18:9,
21:20, 27:16, 27:17,
28:20, 29:15, 30:1,
31:17, 34:12, 35:14,
37:10, 39:13, 42:12,
42:25, 47:14, 47:19,
48:19, 50:1, 50:2,
55:19, 56:4, 56:6,
56:7, 59:2, 60:19,
62:10, 64:1, 64:2,
67:4, 69:25, 70:5,
70:18, 72:7, 74:18,
79:5, 79:11, 83:23,
84:25, 89:23, 90:13,
90:15, 90:24, 94:12,
94:13, 95:2, 97:6,
97:20, 101:1,
101:23, 101:24,
102:5, 102:14,
103:17, 105:5,
107:18, 107:22,
112:5, 113:8,
113:10, 113:14,
114:19, 116:15,
117:19, 119:10,
119:25, 120:2,
121:7, 123:24,
124:1, 124:12,
125:8, 125:10,

125:13, 125:14,
125:16, 126:12,
127:2, 129:18,
129:20, 129:21,
130:7, 130:15,
131:9, 131:23,
132:22, 137:4,
137:5, 137:6,
137:12, 137:15,
138:12, 140:12,
141:20, 143:10,
143:11, 145:5,
145:20, 147:4,
147:8, 147:14,
147:16, 147:22,
147:24, 148:7,
148:8, 148:16,
149:6, 150:21,
152:14, 153:2,
153:10, 153:21,
154:14, 157:25,
158:2, 159:10,
159:15, 159:18,
160:11, 161:10,
161:11, 162:22,
162:25, 165:5,
165:7, 166:7,
166:12, 166:13,
167:7, 169:12,
169:18, 179:12,
182:14, 190:14,
190:19, 190:22,
191:22, 191:25,
192:9, 193:12,
193:18, 193:21,
193:22, 193:23,
194:6, 194:12,
197:13, 200:2,
200:3, 200:7,
200:12, 201:13,
201:19, 202:22,
205:19, 206:11,
206:14, 207:4,
209:18, 210:1,
210:16, 211:7,
211:15, 214:24,
215:23, 217:16,
218:18, 220:2,
221:7, 221:9, 223:5,
225:2, 225:8,
225:10, 226:15,
227:8, 229:3,
236:21, 244:14,
245:13, 246:19,
247:5, 247:14,
250:5, 254:5,
254:17, 254:20,
256:23

**TIMED** [3] - 155:19,
193:22

**TIMELINESS** [1] - 26:3

**TIMERS** [1] - 102:19

**TIMES** [19] - 9:11,
19:16, 30:18, 32:12,
33:11, 40:19, 48:1,
51:21, 73:4, 87:22,
89:6, 93:21, 102:19,
119:2, 134:2,
134:20, 142:5,
150:24, 164:1

**TIMING** [4] - 84:20,
84:21, 149:17, 198:4

**TINA** [3] - 247:17,
248:21, 254:10

**TIRED** [1] - 228:23

**TITLE** [1] - 118:12

**TO** [1503] - 3:4, 3:15,
3:20, 4:12, 4:19,
4:20, 5:3, 5:5, 5:8,
5:9, 5:10, 5:17, 5:19,
5:25, 6:1, 6:2, 6:4,
6:7, 6:8, 6:15, 6:21,
7:4, 7:10, 8:10, 8:11,
8:13, 8:14, 8:18, 9:3,
9:16, 9:19, 10:6,
10:15, 11:2, 11:7,
11:14, 11:23, 12:18,
12:25, 13:5, 13:8,
13:14, 13:15, 13:23,
14:1, 14:9, 14:12,
14:23, 14:25, 15:1,
15:2, 15:4, 15:19,
16:3, 16:4, 16:7,
16:10, 16:11, 16:12,
16:14, 16:17, 16:18,
16:20, 16:21, 17:6,
17:10, 17:25, 18:13,
19:1, 19:13, 19:15,
19:17, 19:21, 19:25,
20:2, 20:5, 20:6,
20:12, 20:22, 20:23,
21:1, 21:17, 21:21,
21:25, 23:6, 23:13,
23:14, 23:15, 23:21,
23:22, 23:23, 23:24,
24:3, 24:7, 24:8,
24:9, 25:2, 25:22,
26:6, 26:10, 27:2,
27:3, 27:5, 27:8,
27:11, 27:12, 27:13,
27:20, 27:24, 28:6,
28:15, 28:17, 28:20,
29:22, 29:23, 29:24,
30:5, 30:6, 30:12,
30:25, 31:8, 31:11,
31:17, 31:24, 32:2,
32:10, 32:13, 32:14,
32:15, 32:18, 33:12,
33:14, 33:15, 33:18,
33:19, 33:20, 33:21,
33:22, 33:24, 33:25,

34:1, 34:3, 34:7,
34:8, 34:16, 34:23,
35:15, 36:1, 36:8,
36:16, 37:1, 38:15,
38:22, 38:23, 39:3,
39:5, 39:12, 39:17,
40:18, 40:21, 40:25,
41:2, 41:10, 41:13,
42:5, 42:7, 42:8,
42:9, 42:13, 42:21,
42:22, 42:24, 43:1,
43:9, 43:10, 43:15,
43:16, 43:20, 44:6,
44:8, 44:9, 44:17,
44:25, 45:9, 46:4,
47:4, 47:7, 47:8,
47:11, 47:13, 47:15,
47:16, 47:17, 47:18,
47:20, 48:1, 48:4,
48:5, 48:8, 48:9,
48:20, 49:16, 49:17,
49:23, 50:4, 50:5,
50:17, 50:25, 51:3,
51:7, 51:12, 51:13,
51:14, 51:16, 52:7,
52:15, 53:2, 53:4,
53:6, 53:10, 53:11,
53:15, 53:16, 53:22,
54:3, 54:14, 54:19,
54:24, 55:1, 55:5,
55:24, 55:25, 56:4,
56:5, 56:11, 56:23,
56:24, 57:3, 57:6,
57:11, 57:15, 58:18,
58:21, 58:25, 59:1,
59:4, 59:7, 59:8,
59:12, 60:7, 60:12,
60:17, 60:18, 60:19,
60:24, 61:3, 61:15,
61:16, 61:18, 62:11,
62:12, 62:13, 62:14,
63:3, 63:9, 63:12,
63:16, 63:17, 63:18,
63:19, 63:20, 63:25,
64:12, 64:14, 65:10,
65:11, 65:16, 65:23,
67:1, 67:5, 67:8,
67:18, 67:20, 67:21,
68:2, 68:7, 68:14,
68:18, 69:12, 69:24,
70:2, 70:5, 70:24,
70:25, 71:16, 71:23,
72:7, 73:13, 73:23,
73:25, 74:1, 74:5,
74:11, 74:16, 74:24,
75:5, 75:6, 75:8,
75:11, 75:18, 75:19,
75:21, 75:25, 76:4,
76:5, 76:11, 76:18,
76:24, 77:2, 77:4,
77:7, 77:10, 77:11,

77:12, 77:17, 77:25,
79:9, 79:11, 79:14,
79:16, 80:9, 80:13,
80:17, 80:19, 80:20,
80:24, 80:25, 81:4,
81:6, 81:9, 81:11,
81:13, 81:14, 81:17,
81:20, 82:1, 82:4,
82:5, 82:6, 82:7,
82:12, 82:13, 82:16,
82:18, 82:22, 83:2,
83:25, 84:7, 84:20,
84:24, 85:2, 85:3,
85:5, 85:9, 85:11,
85:12, 85:16, 85:17,
85:19, 85:21, 85:24,
86:7, 86:9, 86:14,
86:16, 86:18, 87:12,
87:14, 87:19, 87:23,
88:1, 88:3, 88:4,
88:5, 88:7, 88:8,
88:9, 88:10, 88:12,
88:13, 88:16, 89:2,
89:4, 89:7, 89:9,
89:13, 89:15, 90:5,
90:6, 90:7, 90:8,
90:11, 90:13, 90:19,
90:22, 91:1, 91:2,
91:3, 91:10, 91:18,
92:1, 92:2, 92:9,
92:10, 92:11, 92:15,
92:20, 92:21, 92:22,
92:25, 93:2, 93:23,
93:25, 94:4, 94:13,
95:1, 95:2, 95:4,
95:12, 95:19, 95:20,
95:24, 95:25, 96:2,
96:10, 96:12, 96:15,
96:17, 96:22, 97:3,
97:4, 97:6, 97:10,
97:12, 97:14, 97:15,
97:16, 97:17, 97:18,
97:19, 97:21, 97:22,
97:23, 97:24, 98:4,
98:6, 98:11, 98:12,
98:13, 98:24, 99:3,
99:9, 99:11, 99:12,
99:13, 99:15, 99:18,
99:24, 100:1,
100:15, 100:18,
100:20, 101:5,
101:6, 101:10,
101:19, 101:20,
101:22, 101:24,
101:25, 102:4,
102:6, 102:7, 102:9,
102:20, 102:22,
102:23, 103:3,
103:11, 103:17,
103:18, 103:19,
103:20, 103:23,

104:5, 104:10,
104:13, 104:15,
104:17, 104:18,
104:22, 105:7,
106:2, 106:5,
106:10, 106:11,
106:17, 106:21,
107:10, 107:12,
107:15, 107:17,
108:1, 108:5, 108:6,
108:7, 108:10,
108:12, 108:14,
108:16, 108:21,
108:22, 108:25,
109:22, 110:2,
110:4, 110:12,
110:20, 111:1,
111:19, 111:20,
111:24, 112:5,
112:8, 112:15,
112:18, 112:19,
112:20, 112:21,
112:23, 112:24,
112:25, 113:1,
113:3, 113:6,
113:14, 113:15,
113:16, 113:17,
113:21, 114:1,
114:8, 114:10,
114:11, 114:20,
114:22, 114:23,
115:8, 115:11,
115:14, 115:15,
115:19, 115:20,
115:22, 115:25,
116:1, 116:9,
116:10, 117:4,
117:16, 118:2,
118:5, 118:8,
118:17, 118:18,
119:7, 119:10,
119:12, 119:15,
119:16, 119:17,
119:21, 119:22,
119:23, 119:25,
120:3, 120:10,
120:12, 120:13,
120:17, 120:18,
120:24, 121:2,
121:3, 121:4,
121:15, 122:2,
122:4, 122:5, 122:6,
122:9, 122:10,
122:18, 123:5,
123:6, 123:8,
123:11, 123:12,
123:21, 124:2,
124:3, 124:6, 124:8,
124:10, 124:12,
124:14, 125:7,
125:8, 125:9,

125:11, 125:12,
125:20, 126:5,
126:8, 126:11,
127:3, 127:25,
128:7, 129:1, 130:1,
130:2, 130:3, 130:5,
130:16, 131:6,
131:10, 131:12,
131:13, 131:20,
131:23, 132:5,
132:14, 133:1,
133:3, 133:12,
133:21, 133:22,
133:23, 134:6,
134:8, 134:15,
134:23, 134:25,
135:3, 135:4, 135:5,
135:7, 135:9,
135:10, 135:14,
136:1, 136:3, 136:9,
136:10, 136:17,
136:18, 136:23,
137:1, 137:3, 137:4,
137:6, 137:10,
137:11, 137:19,
138:2, 138:4, 138:7,
138:8, 138:10,
138:11, 138:22,
139:7, 139:8,
139:10, 139:12,
139:14, 139:19,
139:22, 139:25,
140:1, 140:13,
140:20, 140:24,
141:9, 141:11,
141:13, 141:15,
141:16, 141:22,
141:24, 141:25,
142:15, 142:18,
143:7, 143:12,
143:14, 143:22,
144:4, 144:12,
144:13, 144:18,
145:6, 145:8,
145:10, 145:12,
145:13, 145:15,
145:20, 145:23,
145:24, 145:25,
146:1, 146:5,
146:13, 146:17,
146:18, 146:19,
146:23, 147:5,
147:6, 147:8,
147:15, 147:17,
147:19, 147:20,
147:21, 147:23,
147:25, 148:1,
148:2, 148:3, 148:4,
148:6, 148:12,
148:15, 148:16,
148:20, 148:21,

148:25, 149:2,
149:5, 149:15,
149:17, 149:21,
149:23, 149:25,
150:1, 150:2,
150:13, 150:14,
151:1, 151:15,
151:24, 151:25,
152:2, 152:13,
152:15, 152:16,
152:17, 152:24,
153:5, 153:6,
153:11, 153:12,
153:13, 153:19,
153:20, 153:25,
154:1, 154:19,
154:22, 155:4,
155:15, 155:17,
156:2, 156:10,
156:12, 156:16,
157:10, 157:22,
157:23, 158:1,
158:3, 158:13,
158:14, 158:15,
158:17, 158:20,
158:25, 159:21,
159:23, 160:1,
160:4, 160:6,
160:11, 160:13,
160:23, 161:3,
161:4, 161:5, 161:6,
161:10, 161:11,
161:23, 162:4,
162:6, 162:8,
162:13, 162:15,
162:16, 162:17,
162:18, 163:2,
163:4, 163:6,
163:10, 163:17,
163:18, 163:21,
164:2, 164:4, 164:5,
164:10, 164:17,
164:23, 164:24,
164:25, 165:2,
165:9, 165:12,
165:16, 165:18,
165:21, 165:22,
166:5, 166:9,
166:10, 166:11,
166:14, 166:15,
166:16, 166:21,
167:4, 167:5, 167:6,
167:7, 167:22,
167:25, 168:2,
168:4, 168:5,
168:10, 168:17,
168:20, 168:21,
169:2, 169:5, 169:7,
169:9, 169:10,
169:16, 169:17,
169:20, 169:23,

169:25, 170:4,
170:5, 170:8, 170:9,
170:10, 170:11,
170:14, 170:17,
170:22, 170:23,
170:24, 171:6,
171:12, 171:14,
171:15, 171:18,
171:19, 171:20,
171:21, 172:2,
172:5, 172:6,
172:19, 172:20,
172:23, 172:24,
173:16, 174:7,
175:7, 176:1, 176:6,
176:7, 176:8, 176:9,
176:11, 176:12,
176:18, 177:7,
177:8, 177:25,
178:13, 178:18,
178:25, 179:9,
179:14, 179:24,
180:5, 180:10,
180:12, 180:20,
180:23, 181:6,
181:17, 181:20,
182:2, 182:12,
182:15, 182:19,
183:17, 184:9,
184:12, 184:14,
184:17, 184:18,
184:25, 185:17,
186:10, 186:22,
187:5, 187:12,
187:14, 187:18,
187:25, 188:5,
188:11, 188:12,
188:16, 189:13,
189:15, 190:8,
190:13, 190:15,
190:20, 191:6,
191:7, 191:14,
191:15, 192:1,
192:10, 192:11,
192:21, 193:9,
193:10, 193:11,
193:12, 193:15,
194:9, 194:12,
194:18, 194:22,
195:4, 195:9,
195:14, 195:19,
195:21, 195:25,
196:11, 196:14,
196:18, 196:24,
197:6, 197:11,
197:20, 198:2,
198:7, 198:8,
198:10, 199:5,
199:13, 200:2,
200:12, 200:15,
200:19, 201:5,

202:2, 202:9,
202:11, 202:19,
202:22, 203:2,
203:8, 203:9,
204:10, 204:20,
205:2, 205:6,
205:17, 205:19,
205:21, 206:7,
206:11, 206:22,
206:24, 207:18,
208:7, 208:8,
208:20, 208:22,
209:8, 209:25,
210:17, 211:7,
211:18, 211:21,
211:25, 212:3,
212:4, 212:5, 212:7,
212:22, 212:23,
213:3, 213:5,
213:16, 213:17,
214:1, 214:2, 214:3,
214:6, 214:7,
214:12, 214:17,
214:20, 214:24,
215:1, 215:6, 215:7,
215:12, 215:14,
216:3, 216:5, 216:9,
216:10, 216:16,
216:21, 216:22,
216:25, 217:1,
217:2, 217:4,
217:13, 217:16,
217:18, 217:19,
218:7, 218:8,
218:12, 218:15,
218:16, 218:25,
219:6, 219:7, 219:8,
219:11, 219:24,
220:5, 220:7,
220:12, 220:17,
220:18, 220:19,
220:25, 221:8,
221:9, 222:2, 222:6,
222:10, 222:11,
222:15, 222:19,
222:20, 222:23,
223:2, 223:4, 223:8,
223:9, 223:18,
223:19, 223:22,
224:3, 224:7,
225:11, 225:12,
225:22, 225:23,
226:1, 226:3, 226:6,
226:15, 226:18,
226:19, 226:20,
226:24, 226:25,
227:1, 227:4, 227:5,
227:6, 227:9,
227:11, 227:14,
227:21, 227:25,
228:2, 228:3, 228:4,

228:10, 228:14, 228:20, 228:21, 228:22, 228:24, 229:6, 229:10, 229:12, 229:13, 230:1, 230:7, 230:9, 230:16, 230:22, 231:6, 231:15, 231:17, 231:19, 232:1, 232:2, 232:3, 232:5, 232:9, 232:10, 232:11, 232:16, 232:24, 233:2, 233:3, 233:9, 233:13, 233:15, 233:20, 233:22, 234:4, 234:6, 234:9, 234:16, 235:5, 235:8, 235:10, 235:15, 235:22, 236:1, 236:9, 236:12, 236:14, 236:15, 236:20, 237:3, 237:7, 237:16, 237:19, 237:24, 238:6, 238:8, 238:9, 238:13, 238:16, 238:17, 238:19, 238:21, 238:24, 238:25, 239:5, 239:12, 239:14, 239:16, 239:18, 239:19, 239:23, 240:1, 240:3, 240:5, 240:7, 240:8, 240:9, 240:15, 240:16, 240:19, 240:21, 241:3, 241:10, 241:22, 241:24, 242:2, 242:8, 242:14, 242:18, 242:19, 242:24, 243:9, 243:12, 243:14, 244:16, 244:18, 244:20, 244:22, 245:3, 245:11, 245:14, 245:16, 245:22, 246:2, 246:4, 246:5, 246:19, 247:4, 247:6, 247:14, 247:15, 247:16, 247:17, 247:22, 248:3, 248:7, 248:11, 248:13, 248:17, 248:25, 249:1, 249:16, 249:18, 249:21, 249:22, 249:23, 249:24, 250:3,

250:4, 250:11, 250:16, 250:17, 250:18, 250:22, 251:3, 251:4, 251:5, 251:6, 251:9, 251:10, 251:17, 251:21, 252:4, 252:11, 252:21, 252:22, 253:6, 253:7, 253:8, 253:14, 253:19, 253:21, 254:3, 254:11, 255:5, 255:8, 255:17, 255:22, 255:23, 255:24, 256:1, 256:8, 256:9, 256:11, 256:18, 257:5, 257:7, 257:8, 257:9, 257:15, 257:21, 258:2

**TODAY** [14] - 4:21, 9:4, 9:9, 9:15, 9:18, 21:14, 29:20, 38:4, 55:10, 72:13, 76:8, 99:3, 164:20, 204:4

**TOGETHER** [4] - 96:1, 96:10, 150:25, 253:16

**TOLD** [13] - 22:11, 74:4, 91:7, 92:16, 92:19, 145:24, 150:17, 164:1, 164:3, 168:6, 169:18, 232:9, 232:11

**TOMORROW** [5] - 100:16, 240:18, 257:10, 257:17, 258:8

**TONE** [1] - 12:13

**TONIGHT** [1] - 257:9

**TOO** [10] - 5:5, 51:14, 68:22, 73:14, 89:7, 97:14, 172:2, 172:3, 204:5, 212:21

**TOOK** [64] - 61:13, 90:18, 93:20, 94:10, 94:17, 94:18, 101:24, 117:19, 123:9, 123:13, 124:4, 131:10, 131:21, 131:22, 154:14, 155:17, 155:18, 156:25, 157:21, 158:5, 161:11, 161:13, 161:17, 162:24, 163:23, 180:2, 181:19, 182:25,

187:24, 188:15, 188:23, 190:3, 195:15, 195:17, 196:10, 196:11, 196:12, 197:2, 197:21, 197:25, 198:3, 198:7, 198:12, 198:16, 198:22, 199:23, 200:2, 200:3, 200:7, 201:14, 201:18, 203:25, 204:25, 207:4, 209:17, 209:21, 210:3, 210:5, 210:12, 210:24, 211:8, 211:14, 225:1, 225:8

**TOOL** [5] - 18:20, 23:10, 24:13, 122:9, 194:22

**TOOLS** [1] - 24:13

**TOOTH** [2] - 41:24, 141:15

**TOP** [18] - 85:20, 91:9, 122:19, 124:3, 126:24, 169:6, 179:22, 199:15, 212:5, 223:20, 223:22, 224:2, 232:24, 233:13, 233:19, 238:16, 238:25

**TOPIC** [2] - 78:25, 99:16

**TOPICS** [9] - 14:13, 14:20, 14:24, 15:7, 80:17, 81:11, 88:19, 88:20, 97:1

**TORN** [1] - 51:18

**TORNADO** [1] - 189:12

**TOTAL** [4] - 40:20, 161:15, 204:1, 204:2

**TOTALLY** [1] - 6:16

**TOWARDS** [3] - 57:15, 90:9, 96:17

**TRACK** [2] - 144:18, 152:25

**TRADITIONAL** [2] - 101:18, 101:20

**TRAINED** [2] - 6:21, 15:19

**TRAINING** [5] - 12:17, 26:18, 26:22, 26:23, 66:5

**TRANSCRIPT** [19] - 1:22, 69:4, 69:14, 69:16, 81:1, 81:2, 85:24, 116:6, 117:24, 123:19,

163:3, 176:22, 177:13, 178:7, 179:3, 180:7, 183:14, 204:23, 258:12

**TRANSCRIPTION** [1] - 1:22

**TRANSCRIPTS** [6] - 68:12, 68:17, 93:18, 102:11, 185:10, 243:7

**TRANSPARENT** [1] - 138:8

**TRAVEL** [2] - 112:16, 112:19

**TREAT** [6] - 14:2, 51:25, 142:16, 142:21, 143:9, 146:13

**TREATED** [4] - 77:22, 139:2, 140:12, 146:16

**TREATING** [4] - 50:13, 50:14, 127:14, 139:23

**TREATMENT** [14] - 12:25, 14:21, 15:16, 15:17, 28:10, 37:3, 52:15, 53:16, 84:15, 108:4, 108:13, 128:10, 139:10, 146:4

**TREATMENTS** [3] - 13:16, 32:6, 32:8

**TRIAL** [10] - 1:12, 3:8, 74:6, 104:9, 116:2, 136:15, 164:20, 170:20, 220:20, 243:1

**TRIED** [4] - 30:14, 30:16, 43:9, 43:10

**TRIPS** [1] - 167:6

**TRUE** [20] - 52:25, 94:21, 121:9, 134:14, 146:3, 203:5, 206:15, 206:17, 207:14, 208:5, 208:17, 208:18, 209:5, 215:25, 220:4, 224:10, 225:21, 234:11, 237:18, 257:14

**TRUST** [4] - 28:13, 54:13, 211:5, 211:17

**TRUSTED** [1] - 134:25

**TRUTHFUL** [1] - 28:14

**TRY** [24] - 6:14, 27:5, 67:18, 89:4, 89:20, 97:21, 133:3, 149:2,

149:5, 153:11, 162:13, 165:22, 167:5, 169:7, 169:17, 169:25, 172:2, 206:24, 213:16, 225:12, 250:17, 251:3, 257:8, 257:9

**TRYING** [29] - 5:17, 11:23, 27:8, 75:8, 82:22, 90:7, 92:14, 100:18, 114:10, 117:4, 145:20, 150:14, 164:17, 165:21, 170:9, 171:12, 171:14, 176:9, 218:8, 224:7, 228:14, 232:1, 236:20, 239:23, 240:3, 241:3, 241:10, 241:24, 241:25

**TUITION** [1] - 99:8

**TURN** [2] - 71:1, 176:6

**TURNING** [2] - 100:5, 186:22

**TUTORING** [8] - 85:17, 85:18, 187:24, 188:3, 188:15, 188:21, 188:24, 189:2

**TWICE** [2] - 46:14, 56:1

**TWO** [64] - 9:23, 13:8, 17:12, 19:4, 32:4, 32:12, 32:21, 40:19, 47:10, 60:4, 62:3, 62:14, 63:6, 66:4, 66:7, 74:11, 74:21, 85:1, 86:24, 92:16, 115:24, 116:18, 116:22, 121:3, 121:15, 125:13, 129:20, 129:21, 144:14, 150:14, 154:13, 156:19, 162:1, 162:18, 163:1, 166:1, 173:21, 174:19, 175:11, 177:20, 177:23, 185:5, 187:6, 193:15, 194:2, 195:10, 196:4, 208:19, 209:6, 210:3, 210:12, 210:21, 210:25, 211:8, 212:24, 214:8, 214:9, 214:17, 220:16, 220:19,

239:4, 253:21

**TWO-THIRDS** [2] - 154:13, 196:4

**TYPE** [31] - 15:15, 20:17, 20:18, 20:20, 27:14, 31:25, 49:8, 65:5, 85:5, 86:12, 91:6, 96:2, 101:14, 117:17, 119:20, 122:24, 131:7, 133:24, 134:15, 142:18, 145:7, 155:20, 157:17, 159:19, 166:19, 168:15, 169:14, 183:22, 206:19, 219:1

**TYPES** [9] - 17:8, 19:22, 27:19, 108:16, 133:14, 163:14, 175:5, 192:24, 197:1

**TYPICAL** [4] - 17:8, 31:8, 31:9, 31:15

**TYPICALLY** [4] - 33:14, 39:6, 51:25, 72:24

**TYPING** [1] - 212:18

## U

**U.S** [6] - 66:3, 66:5, 66:19, 68:9, 121:10, 150:13

**U.S.M.L.E** [24] - 49:11, 61:9, 62:1, 64:11, 68:16, 69:4, 69:13, 69:16, 81:1, 81:2, 83:23, 121:21, 121:23, 122:2, 122:7, 122:11, 123:7, 123:18, 123:21, 125:11, 128:18, 134:24

**U.S.M.L.E.** [1] - 15:3

**UH** [3] - 18:22, 134:11, 231:14

**UH-HUH** [3] - 18:22, 134:11, 231:14

**UNABLE** [3] - 19:15, 49:23, 205:17

**UNDER** [33] - 15:6, 47:4, 58:25, 72:18, 77:20, 80:22, 81:9, 87:3, 99:21, 101:25, 132:11, 139:9, 139:10, 143:8, 144:8, 151:5, 193:18, 193:21, 194:3, 194:5,

197:23, 198:4, 198:18, 207:5, 209:18, 210:6, 210:25, 219:9, 221:22, 223:9, 224:1, 225:2, 241:11

**UNDERGO** [1] - 139:12

**UNDERGRAD** [2] - 68:13, 174:6

**UNDERGRADUATE** [1] - 174:5

**UNDERSTAND** [41] - 6:11, 16:7, 33:21, 77:16, 78:3, 78:4, 78:6, 78:7, 87:23, 89:17, 89:18, 92:23, 99:12, 101:13, 107:5, 108:25, 109:6, 114:3, 114:13, 114:22, 123:8, 135:24, 138:16, 143:12, 157:9, 159:7, 159:20, 160:24, 161:25, 165:22, 183:17, 183:21, 184:21, 198:1, 214:15, 217:19, 218:9, 227:4, 236:3, 244:15, 255:1

**UNDERSTANDING** [23] - 50:11, 54:22, 97:7, 107:4, 107:12, 107:13, 114:18, 114:21, 120:17, 135:18, 137:2, 138:13, 140:3, 141:1, 142:24, 168:6, 170:2, 177:17, 196:16, 222:12, 227:23, 244:25, 254:23

**UNDERSTOOD** [15] - 8:22, 81:21, 82:24, 89:10, 89:25, 98:17, 101:3, 147:5, 171:25, 172:7, 214:12, 221:15, 255:8, 257:25, 258:6

**UNDESERVING** [1] - 104:2

**UNFORTUNATELY** [3] - 44:24, 51:8, 119:11

**UNIQUE** [1] - 54:7

**UNIT** [2] - 27:23, 33:11

**UNITED** [12] - 1:1, 1:6, 10:7, 35:6, 58:19, 68:2, 134:22,

138:18, 152:11, 175:12, 187:12, 200:11

**UNIVERSITIES** [2] - 121:24, 200:11

**UNIVERSITY** [27] - 9:21, 9:23, 63:6, 63:15, 65:9, 65:14, 66:16, 103:22, 113:4, 116:7, 116:14, 117:7, 121:21, 122:18, 122:21, 123:5, 123:17, 123:18, 124:6, 124:10, 125:7, 130:6, 131:11, 131:12, 137:9, 175:25, 187:17

**UNLESS** [2] - 252:23, 253:11

**UNLIKE** [2] - 125:11, 135:1

**UNLIKELY** [2] - 216:4, 216:14

**UNOFFICIAL** [4] - 131:8, 133:14, 181:16, 182:10

**UNOPPOSED** [1] - 240:18

**UNTIL** [10] - 101:22, 135:17, 160:25, 168:25, 230:8, 252:24, 254:21, 254:22, 254:23, 256:25

**UNTIMED** [1] - 193:9

**UP** [158] - 3:20, 5:10, 25:10, 28:6, 28:20, 29:21, 31:14, 33:20, 34:13, 34:23, 35:8, 35:20, 36:8, 37:23, 39:17, 40:1, 40:24, 41:11, 41:14, 41:16, 44:11, 45:9, 46:7, 50:3, 54:8, 56:7, 59:8, 60:8, 64:22, 66:25, 67:21, 76:20, 77:12, 78:23, 79:1, 79:24, 82:6, 82:12, 82:16, 85:20, 87:9, 88:12, 93:2, 95:6, 96:1, 96:9, 96:17, 98:8, 102:8, 103:11, 105:8, 109:13, 109:16, 109:25, 111:8, 111:17, 114:4, 115:1, 115:13, 116:1, 116:3, 120:5,

122:15, 124:3, 124:8, 126:13, 127:19, 128:21, 128:22, 134:18, 138:24, 140:25, 143:18, 144:23, 149:11, 151:15, 152:5, 154:17, 155:6, 155:12, 157:3, 158:10, 160:15, 166:10, 166:11, 170:18, 172:14, 176:17, 179:15, 180:5, 181:3, 182:2, 182:3, 185:8, 188:7, 189:18, 191:5, 191:16, 193:22, 195:19, 195:20, 196:1, 197:5, 198:15, 199:6, 199:12, 199:20, 200:19, 201:10, 201:17, 202:15, 202:19, 207:6, 207:11, 208:2, 208:14, 209:2, 209:16, 210:2, 210:12, 210:24, 212:3, 212:4, 214:11, 219:13, 219:22, 222:1, 223:11, 225:15, 228:6, 228:17, 230:10, 230:13, 230:17, 231:15, 232:23, 232:24, 233:13, 234:4, 236:4, 238:16, 238:25, 240:1, 240:19, 240:21, 240:22, 244:9, 246:12, 248:2, 251:2, 252:4, 255:17, 257:7, 257:10

**UPCOMING** [1] - 29:23

**UPDATED** [2] - 5:9, 196:5

**UPDATES** [1] - 21:17

**UPMOST** [1] - 49:21

**UPON** [2] - 117:9, 118:14

**UPSET** [2] - 91:13, 219:1

**UPSIDE** [1] - 70:19

**US** [31] - 7:15, 23:14, 27:20, 38:15, 41:23, 42:5, 45:21, 46:12,

47:1, 62:5, 65:23, 91:5, 92:19, 98:16, 99:9, 109:23, 119:4, 119:21, 119:22, 119:25, 123:21, 124:19, 130:11, 134:21, 135:14, 158:7, 178:25, 202:23, 213:23, 214:8, 223:2

**USE** [19] - 11:3, 11:5, 24:19, 58:25, 60:18, 101:1, 110:17, 110:18, 118:16, 122:11, 149:6, 169:3, 178:18, 181:20, 196:17, 205:12, 228:14, 250:20, 251:3

**USED** [7] - 18:19, 25:1, 136:25, 138:17, 192:23, 225:9, 255:6

**USEFUL** [1] - 89:9

**USING** [7] - 22:4, 30:15, 85:19, 90:24, 90:25, 110:19, 253:16

**USMLE** [27] - 25:19, 35:4, 41:17, 151:18, 153:13, 153:20, 157:5, 157:18, 187:24, 188:3, 188:15, 188:24, 189:2, 190:1, 190:9, 192:22, 192:23, 196:22, 196:23, 208:19, 209:6, 210:24, 222:20, 233:4, 235:17, 251:9, 252:7

**USUAL** [1] - 170:21

**UTILIZATION** [1] - 52:14

**UTILIZE** [5] - 24:5, 24:22, 42:7, 117:16, 118:17

**UTILIZED** [3] - 17:8, 24:14, 24:21

**UTILIZING** [3] - 23:10, 54:10, 116:21

## V

**VALID** [1] - 48:17

**VALIDATE** [1] - 143:22

**VALIDITY** [2] - 48:16, 135:5

**VANDERBILTS** [1] -

24:17

**VARIETY** [2] - 25:1, 62:5

**VARIOUS** [10] - 11:8, 14:2, 24:18, 37:11, 49:19, 54:9, 60:8, 63:4, 75:10, 108:20

**VERBALIZE** [1] - 30:7

**VERBALIZES** [1] - 30:11

**VERIFY** [1] - 138:2

**VERSUS** [8] - 1:5, 97:7, 123:21, 130:3, 157:17, 159:24, 164:11, 183:19

**VERY** [65] - 16:21, 18:14, 32:25, 33:2, 51:4, 52:23, 53:23, 54:7, 54:10, 55:23, 55:24, 64:1, 66:24, 68:10, 68:20, 69:25, 70:2, 70:19, 75:9, 79:4, 83:18, 85:24, 86:11, 86:15, 87:11, 96:13, 98:16, 99:12, 107:3, 109:22, 117:6, 122:8, 125:4, 136:6, 136:13, 138:7, 140:15, 150:21, 153:4, 153:20, 157:10, 168:8, 171:13, 173:5, 177:25, 180:23, 182:3, 191:20, 192:6, 204:3, 205:11, 205:16, 205:22, 206:25, 213:10, 216:4, 216:14, 224:5, 227:12, 242:3, 249:9, 249:16

**VETORALL** [1] - 40:10

**VIA** [3] - 1:9, 135:13, 135:14

**VICE** [1] - 173:22

**VICE-PRESIDENT** [1] - 173:22

**VICINITY** [2] - 95:21, 148:6

**VICTIMS** [3] - 51:9, 51:10, 51:20

**VIDEO** [2] - 88:23, 89:1

**VIEW** [1] - 88:7

**VIRGINIA** [1] - 52:7

**VISA** [2] - 66:17, 66:20

**VISIT** [6] - 30:1, 232:11, 248:20, 248:24, 254:10, 256:15

**VITAMIN** [1] - 40:10

**VYVANSE** [1] - 33:17

---

# W

**WAIT** [8] - 89:7, 132:24, 135:10, 156:15, 158:4, 219:11, 223:4, 246:13

**WAITING** [2] - 148:14, 220:24

**WAKE** [1] - 48:1

**WALLER** [1] - 94:6

**WALLS** [1] - 135:6

**WANT** [67] - 3:20, 6:1, 27:3, 34:23, 37:1, 44:25, 47:20, 50:17, 54:19, 59:12, 64:12, 67:2, 69:24, 70:2, 70:5, 71:22, 77:10, 85:4, 88:1, 88:7, 88:8, 89:14, 92:9, 97:22, 97:23, 97:24, 103:19, 115:11, 119:23, 125:12, 131:6, 148:20, 158:20, 161:10, 162:15, 164:24, 167:22, 169:1, 170:8, 171:19, 176:11, 191:7, 191:13, 193:15, 194:16, 195:21, 198:2, 200:19, 212:5, 212:23, 213:3, 213:5, 217:19, 220:12, 227:4, 231:19, 238:7, 238:24, 240:1, 240:7, 240:13, 240:15, 248:11, 251:5, 251:6, 255:22

**WANTED** [31] - 4:19, 6:1, 83:25, 84:24, 97:23, 98:2, 99:24, 110:4, 110:5, 112:23, 119:21, 119:22, 137:19, 143:12, 149:20, 160:4, 160:6, 160:23, 161:23, 168:21, 169:20, 172:14, 215:7, 216:6, 222:18, 226:24, 228:13, 235:10, 249:18, 255:8, 257:7

**WANTING** [4] - 138:7,

138:10, 164:23, 222:8

**WANTS** [1] - 106:11

**WAREHOUSE** [1] - 150:18

**WARNINGS** [1] - 189:12

**WAS** [419] - 3:17, 4:2, 4:3, 4:15, 4:16, 5:5, 5:7, 5:16, 5:17, 5:20, 10:10, 11:10, 14:19, 22:25, 25:24, 33:25, 41:24, 42:21, 46:18, 46:20, 55:14, 55:15, 56:2, 57:2, 57:12, 61:1, 62:10, 67:15, 71:22, 72:15, 76:6, 77:5, 78:16, 80:9, 80:20, 81:6, 83:24, 83:25, 84:9, 84:10, 84:13, 84:22, 84:25, 85:1, 85:15, 85:20, 85:21, 86:3, 86:12, 86:13, 86:17, 87:2, 87:5, 90:4, 90:5, 90:7, 90:12, 90:17, 90:23, 91:1, 92:10, 92:16, 92:24, 93:21, 94:4, 94:5, 94:13, 94:22, 94:24, 95:1, 95:15, 95:20, 95:21, 95:23, 96:3, 96:11, 96:13, 96:15, 96:17, 97:13, 97:14, 97:17, 97:21, 98:4, 98:21, 98:24, 99:3, 99:17, 99:18, 99:21, 101:8, 101:9, 101:22, 101:23, 102:20, 103:14, 103:17, 103:20, 104:2, 104:6, 104:21, 104:22, 105:13, 105:14, 105:19, 106:2, 106:3, 106:12, 106:14, 107:22, 110:1, 110:10, 110:11, 110:20, 112:1, 112:2, 112:9, 112:15, 112:19, 112:20, 112:21, 113:2, 113:5, 113:10, 113:12, 113:14, 113:20, 114:10, 115:7, 115:8, 115:9, 115:19, 115:20, 115:25, 116:8, 116:9, 116:10, 116:12, 117:3,

117:7, 117:8, 117:11, 117:16, 118:4, 118:7, 119:3, 119:12, 119:15, 120:4, 120:13, 121:16, 121:17, 122:17, 123:1, 123:9, 123:10, 123:11, 123:24, 123:25, 124:8, 124:15, 125:18, 126:12, 127:10, 127:14, 127:22, 128:22, 128:24, 128:25, 130:14, 130:16, 131:10, 131:11, 131:12, 131:14, 131:15, 131:19, 131:24, 132:3, 132:18, 133:7, 133:12, 133:13, 134:1, 134:2, 134:8, 134:20, 134:21, 135:1, 135:2, 135:19, 135:22, 136:10, 136:17, 137:21, 138:7, 139:1, 139:7, 140:2, 140:3, 140:11, 140:12, 140:14, 140:17, 140:18, 140:21, 140:25, 141:18, 141:20, 142:8, 142:9, 142:14, 142:24, 143:4, 143:10, 143:11, 143:12, 143:17, 143:21, 144:16, 144:17, 144:19, 144:20, 144:21, 145:3, 145:6, 145:19, 145:20, 145:21, 145:23, 145:24, 146:2, 146:3, 146:5, 146:8, 146:9, 146:10, 146:12, 147:8, 148:11, 148:14, 149:5, 150:12, 150:13, 150:19, 150:21, 151:10, 152:16, 152:24, 153:10, 153:13, 153:18, 153:19, 153:24, 154:1, 154:2, 154:19, 155:9, 155:24, 156:3, 156:4, 157:5, 157:7, 157:14, 157:20,

158:3, 158:12, 158:23, 159:5, 159:8, 159:20, 160:20, 161:16, 162:2, 163:25, 164:2, 164:4, 165:5, 165:20, 165:21, 166:6, 168:6, 168:17, 172:18, 173:21, 174:19, 175:15, 175:16, 176:2, 177:5, 179:15, 180:10, 180:12, 181:12, 181:14, 184:6, 185:20, 187:17, 187:20, 188:8, 190:16, 190:18, 191:25, 192:6, 195:7, 195:8, 197:24, 198:15, 198:23, 198:25, 200:20, 201:22, 201:25, 204:9, 205:2, 205:11, 205:16, 205:24, 206:12, 206:14, 206:15, 206:16, 210:17, 210:21, 211:5, 211:20, 213:11, 214:10, 215:6, 215:10, 215:25, 216:7, 216:8, 217:14, 217:18, 217:23, 218:5, 218:8, 218:10, 218:20, 218:21, 220:5, 220:24, 226:15, 226:23, 226:24, 227:1, 229:2, 229:25, 230:11, 233:16, 235:22, 237:17, 238:9, 238:10, 238:20, 238:21, 238:22, 239:3, 239:21, 241:8, 242:19, 242:23, 244:25, 245:13, 246:15, 247:6, 247:22, 248:16, 249:6, 249:12, 249:17, 249:19, 249:20, 250:18, 250:19, 250:22, 250:24, 251:13, 251:15, 252:16, 252:17, 254:3, 254:20, 254:23, 255:5, 255:16, 256:11,

256:23, 257:1
**WASHINGTON** [1] - 2:3
**WASN'T** [11] - 92:6, 95:16, 116:14, 119:2, 134:7, 134:23, 145:23, 155:25, 156:1, 173:21, 254:17
**WASTE** [4] - 161:10, 166:7, 169:17, 211:7
**WASTED** [1] - 254:5
**WASTING** [1] - 162:25
**WATCHING** [1] - 4:16
**WATER** [1] - 48:2
**WAY** [41] - 1:15, 5:17, 8:18, 20:24, 23:24, 31:9, 51:14, 68:12, 72:13, 74:18, 75:2, 75:9, 76:7, 82:20, 88:9, 91:8, 91:16, 96:1, 98:23, 106:25, 119:17, 121:3, 126:9, 141:13, 164:19, 170:10, 170:19, 175:6, 185:24, 190:9, 193:11, 196:4, 204:8, 204:16, 219:21, 230:15, 237:22, 240:4, 240:12, 248:11
**WAYS** [4] - 25:1, 115:21, 169:13, 220:16
**WE** [448] - 3:3, 3:8, 3:11, 3:12, 3:13, 3:14, 3:21, 4:3, 5:6, 5:10, 5:18, 5:24, 6:1, 6:14, 6:21, 11:8, 13:20, 14:3, 14:6, 14:23, 15:7, 16:6, 16:7, 16:16, 17:16, 17:18, 17:21, 20:11, 20:14, 20:17, 20:19, 21:4, 22:5, 23:12, 23:18, 24:16, 24:17, 24:21, 24:22, 25:10, 25:17, 25:21, 26:25, 27:4, 27:14, 27:15, 27:16, 27:18, 28:13, 28:16, 29:1, 29:13, 31:12, 32:3, 32:5, 32:12, 32:18, 32:20, 32:24, 33:12, 33:13, 34:24, 35:19, 35:20, 37:9, 37:10, 37:17, 38:1, 38:3, 38:4, 39:25, 40:24, 42:1, 42:7, 42:9, 44:11,

44:15, 44:18, 45:17, 46:6, 46:21, 48:7, 49:16, 51:5, 51:6, 53:3, 53:9, 53:20, 55:3, 56:7, 57:5, 57:14, 57:24, 58:7, 59:1, 59:13, 59:18, 60:7, 61:19, 64:22, 65:16, 65:19, 65:23, 65:24, 66:2, 66:7, 66:12, 66:17, 67:6, 70:5, 73:19, 74:5, 76:8, 76:9, 76:13, 76:21, 76:24, 77:2, 77:3, 79:13, 79:14, 79:18, 79:19, 79:23, 80:6, 80:12, 80:24, 81:16, 81:18, 81:19, 82:18, 82:20, 86:18, 87:11, 88:15, 88:17, 88:23, 89:14, 89:18, 92:19, 93:12, 94:16, 95:5, 95:7, 95:8, 95:25, 96:4, 96:5, 96:9, 96:16, 98:16, 99:25, 100:4, 101:7, 102:3, 103:1, 105:15, 105:17, 109:11, 109:13, 109:16, 109:17, 109:25, 110:7, 110:8, 111:8, 111:16, 112:17, 115:1, 115:13, 115:15, 115:17, 116:16, 116:17, 116:24, 117:1, 117:2, 117:7, 117:8, 117:19, 117:21, 117:25, 118:11, 119:5, 119:7, 120:5, 122:14, 122:19, 123:10, 123:12, 124:2, 124:13, 124:22, 126:4, 126:5, 126:6, 126:13, 126:22, 126:23, 127:11, 127:18, 128:14, 128:20, 128:23, 129:12, 129:15, 129:17, 129:19, 130:6, 130:9, 130:22, 132:7, 133:5, 133:6, 134:10, 134:17, 134:19, 135:9, 135:20, 136:18, 138:22, 139:4, 139:6, 139:15, 140:6, 140:16,

141:7, 141:17, 141:19, 142:4, 142:11, 143:2, 143:5, 143:16, 143:22, 144:22, 146:20, 146:21, 147:1, 148:9, 149:1, 149:5, 149:8, 149:9, 149:10, 150:12, 150:25, 151:1, 151:10, 152:4, 152:9, 152:14, 153:15, 153:16, 153:17, 153:18, 154:5, 154:7, 154:11, 154:17, 155:8, 157:3, 157:16, 158:10, 158:18, 160:20, 160:21, 161:16, 162:11, 162:12, 162:13, 165:24, 167:25, 169:22, 170:19, 172:24, 176:6, 176:8, 176:17, 176:18, 177:13, 177:20, 177:21, 178:4, 179:13, 180:19, 180:20, 181:5, 181:8, 181:17, 182:2, 182:3, 182:4, 182:11, 182:19, 183:9, 183:11, 185:8, 186:3, 188:11, 189:11, 189:12, 191:4, 191:15, 192:5, 193:1, 194:10, 194:11, 195:20, 196:1, 197:5, 197:6, 197:11, 197:12, 197:17, 198:20, 199:1, 199:9, 199:20, 200:9, 200:19, 201:13, 202:5, 202:15, 202:16, 202:19, 204:20, 208:2, 208:8, 208:14, 209:2, 209:16, 210:12, 210:24, 212:8, 212:9, 212:18, 212:21, 213:15, 213:16, 214:1, 214:6, 216:16, 217:23, 219:15, 221:10, 222:1, 223:20, 225:16, 226:12, 227:10, 228:6,

228:17, 228:18, 230:1, 230:14, 230:21, 231:1, 231:6, 231:12, 231:13, 231:15, 232:16, 232:23, 233:2, 233:12, 234:4, 235:7, 235:13, 235:15, 236:2, 236:4, 236:19, 237:10, 237:15, 237:16, 238:6, 238:7, 239:2, 240:8, 240:11, 240:12, 240:21, 240:24, 241:1, 241:2, 242:1, 242:4, 244:8, 244:13, 245:1, 246:16, 248:6, 248:8, 248:10, 248:12, 248:17, 249:1, 249:5, 249:7, 249:14, 249:24, 250:8, 251:1, 251:2, 251:4, 252:4, 254:5, 255:15, 255:18, 255:22, 255:23, 256:8, 256:9, 256:18, 257:3, 257:9, 257:17
**WE'LL** [1] - 57:15
**WE'RE** [1] - 194:25
**WE'VE** [2] - 243:5, 248:5
**WEAR** [1] - 47:16
**WEATHER** [1] - 189:10
**WEAVED** [1] - 97:1
**WEAVING** [1] - 96:24
**WEBINARS** [1] - 44:23
**WEBSITE** [9] - 57:10, 65:3, 128:25, 129:2, 153:5, 167:8, 168:8, 232:11, 252:8
**WEDNESDAY** [1] - 240:6
**WEED** [1] - 67:1
**WEEK** [5] - 30:2, 150:13, 153:14, 154:15, 161:22
**WEEKEND** [2] - 14:6, 76:24
**WEEKENDS** [2] - 30:12, 91:21
**WEEKLY** [1] - 174:22
**WEEKS** [3] - 92:17, 176:13, 239:4
**WEIGHT** [4] - 33:12, 41:7, 107:15, 170:12

**WEIRD** [2] - 20:12, 71:10
**WELCOME** [2] - 4:23, 7:13
**WELFARE** [1] - 97:24
**WELL** [70] - 4:10, 7:5, 7:7, 8:9, 19:9, 22:10, 29:15, 29:22, 30:4, 30:19, 39:1, 51:4, 54:21, 55:16, 59:10, 60:5, 67:17, 72:6, 73:21, 79:15, 82:10, 83:18, 86:12, 86:24, 96:6, 97:17, 100:12, 102:5, 106:24, 109:22, 110:13, 113:25, 114:13, 114:16, 119:8, 121:9, 126:5, 128:17, 130:2, 131:3, 132:12, 133:24, 136:24, 138:15, 139:7, 139:19, 141:14, 141:24, 147:2, 153:4, 163:5, 163:10, 178:5, 184:4, 184:18, 192:6, 192:8, 195:13, 202:15, 204:25, 205:11, 211:13, 217:21, 220:16, 220:24, 227:6, 239:9, 245:18, 247:23, 256:9
**WENT** [27] - 68:10, 86:6, 95:9, 95:25, 98:24, 100:1, 103:17, 106:2, 108:17, 113:3, 113:10, 115:8, 118:25, 123:24, 126:11, 127:16, 128:25, 129:14, 129:23, 140:22, 145:24, 162:24, 197:17, 207:4, 210:2, 210:5, 252:10
**WERE** [84] - 34:4, 34:17, 54:24, 55:11, 55:19, 58:14, 60:21, 61:12, 61:24, 64:16, 69:3, 72:15, 72:17, 73:17, 78:8, 78:9, 82:8, 87:5, 94:19, 97:25, 99:7, 108:11, 116:25, 120:16, 120:17, 120:18, 123:10, 130:18,

130:20, 130:25, 131:8, 133:11, 135:6, 135:9, 142:1, 155:20, 157:15, 157:17, 158:22, 163:11, 171:23, 173:16, 173:25, 174:13, 174:22, 175:8, 176:14, 178:18, 179:24, 181:3, 183:15, 184:12, 185:1, 185:6, 187:18, 190:13, 192:1, 192:5, 193:13, 194:11, 196:22, 197:1, 198:24, 201:5, 204:4, 204:5, 205:13, 205:17, 205:23, 206:18, 206:20, 213:10, 216:25, 222:15, 228:2, 240:5, 252:12, 255:2, 255:3, 255:10, 256:10, 257:5

**WEREN'T** [1] - 171:22

**WESTERN** [5] - 139:2, 140:8, 140:12, 217:14, 218:5

**WHAT** [235] - 3:15, 6:4, 6:8, 6:25, 9:1, 10:25, 12:4, 13:24, 14:6, 15:15, 16:10, 20:5, 21:8, 23:8, 24:5, 24:8, 24:10, 25:14, 25:24, 26:1, 27:5, 27:9, 27:21, 29:6, 29:10, 31:11, 31:12, 31:25, 33:21, 34:21, 35:4, 38:21, 40:6, 41:23, 42:2, 42:5, 44:7, 45:14, 46:17, 46:18, 46:21, 47:1, 49:7, 49:8, 51:5, 51:24, 52:13, 52:23, 54:2, 55:3, 57:1, 57:4, 57:20, 58:5, 58:21, 59:20, 59:21, 60:17, 60:21, 61:1, 61:12, 61:24, 62:24, 65:5, 65:12, 66:22, 67:9, 67:11, 68:4, 68:19, 73:23, 77:16, 77:19, 77:23, 82:8, 82:23, 84:13, 85:3, 85:10, 87:5, 87:6, 87:24, 88:25, 89:21, 90:12, 90:23, 91:8, 91:9, 92:3, 92:4, 93:12, 94:2,

97:21, 104:19, 104:21, 104:22, 106:2, 106:11, 106:14, 106:21, 107:20, 108:3, 108:4, 108:11, 108:23, 109:5, 110:15, 111:19, 112:1, 112:20, 113:5, 113:14, 113:18, 114:15, 115:3, 116:17, 118:3, 119:11, 120:11, 120:14, 120:16, 120:18, 121:8, 121:20, 123:3, 125:9, 125:17, 127:10, 127:22, 129:14, 130:13, 130:14, 130:15, 130:18, 131:4, 132:16, 133:8, 133:22, 136:2, 139:22, 140:18, 140:24, 141:5, 142:8, 145:12, 145:19, 149:4, 151:13, 151:22, 152:1, 155:4, 155:10, 155:13, 155:15, 157:17, 158:6, 158:12, 159:20, 159:25, 160:13, 160:14, 160:22, 161:6, 162:10, 163:10, 165:10, 166:11, 167:2, 168:6, 169:11, 169:15, 171:14, 176:9, 181:2, 184:9, 184:10, 187:5, 188:8, 190:20, 192:10, 196:18, 198:20, 200:9, 200:24, 201:1, 202:16, 202:17, 204:8, 205:4, 205:7, 205:14, 207:3, 215:20, 216:2, 216:5, 216:6, 216:7, 216:8, 216:9, 218:8, 218:12, 219:12, 220:13, 222:16, 223:13, 228:25, 230:19, 230:20, 231:13, 237:3, 240:24, 241:9, 244:8, 248:16, 249:6, 249:20, 249:22, 250:9,

250:13, 251:23, 252:1, 255:19

**WHATEVER** [5] - 88:21, 108:16, 179:9, 211:21, 250:16

**WHATNOT** [1] - 5:22

**WHEN** [177] - 3:17, 10:10, 13:23, 16:15, 17:11, 18:13, 19:11, 23:10, 23:12, 24:2, 28:9, 30:12, 31:25, 32:3, 33:7, 33:9, 36:24, 37:2, 37:8, 38:21, 39:10, 43:19, 47:11, 49:10, 50:7, 51:20, 53:15, 53:24, 54:5, 54:24, 61:13, 61:25, 62:1, 63:10, 73:6, 73:17, 75:5, 75:21, 76:2, 76:9, 78:15, 82:7, 82:12, 83:24, 84:9, 84:21, 85:3, 85:16, 86:6, 87:20, 88:19, 90:6, 90:20, 91:3, 92:7, 92:18, 93:11, 96:20, 99:15, 100:3, 100:18, 103:17, 107:10, 107:11, 107:21, 107:22, 107:23, 112:19, 112:25, 113:5, 115:8, 115:19, 115:20, 116:6, 116:8, 116:10, 116:12, 116:16, 116:21, 118:4, 118:7, 120:4, 120:17, 121:4, 123:8, 123:13, 124:8, 125:5, 126:4, 126:6, 127:2, 128:7, 128:22, 128:24, 129:3, 130:5, 131:3, 131:7, 131:22, 132:8, 132:18, 133:7, 134:2, 134:20, 135:15, 136:24, 137:23, 138:16, 139:18, 140:21, 141:20, 142:1, 142:9, 146:4, 146:21, 147:15, 148:23, 148:24, 152:23, 155:4, 155:16, 157:20, 159:5, 161:13, 163:22, 163:23, 165:5, 166:5, 166:9, 168:24, 168:25,

169:3, 169:7, 169:8, 169:15, 170:1, 172:18, 174:5, 175:8, 176:10, 176:14, 181:3, 194:18, 196:10, 196:21, 196:25, 200:24, 206:18, 210:15, 211:14, 211:17, 213:16, 214:4, 215:9, 216:24, 217:9, 217:14, 217:22, 217:23, 218:9, 218:14, 218:15, 219:3, 220:18, 230:11, 252:23, 253:8, 253:9, 256:23

**WHERE** [87] - 3:19, 8:24, 9:19, 9:22, 19:14, 19:18, 20:21, 26:25, 27:2, 27:3, 27:5, 27:23, 33:12, 38:18, 40:3, 41:17, 41:20, 43:7, 44:12, 44:15, 45:18, 46:9, 46:23, 49:17, 50:2, 51:15, 52:21, 54:9, 56:15, 56:18, 57:4, 57:17, 58:3, 67:10, 67:20, 68:11, 68:16, 73:12, 87:23, 89:1, 89:19, 91:22, 96:10, 99:22, 100:14, 102:13, 106:16, 107:4, 107:15, 110:10, 113:3, 114:7, 123:3, 125:3, 126:6, 134:24, 140:16, 153:5, 153:12, 154:7, 157:11, 157:13, 157:22, 157:24, 158:15, 163:11, 166:14, 171:20, 176:7, 179:14, 181:14, 181:20, 182:14, 182:17, 183:11, 196:4, 199:15, 206:2, 212:25, 214:21, 214:23, 233:8, 235:15, 254:5

**WHEREAS** [3] - 97:2, 119:10, 157:16

**WHEREVER** [1] - 194:16

**WHETHER** [20] - 26:19, 32:15, 38:22, 50:1, 51:18, 80:18, 80:19, 80:25, 81:4,

81:5, 88:18, 89:20, 103:23, 122:6, 130:3, 136:25, 156:3, 193:9, 223:2, 244:22

**WHICH** [89] - 11:11, 12:9, 12:16, 14:4, 15:1, 16:16, 17:1, 17:15, 19:12, 20:20, 22:1, 25:24, 26:4, 30:17, 30:21, 30:22, 31:9, 40:10, 45:25, 50:21, 52:20, 54:3, 63:7, 63:18, 64:1, 66:5, 75:2, 76:8, 77:25, 86:4, 93:24, 94:10, 94:24, 97:3, 98:16, 98:22, 104:6, 105:19, 106:6, 107:21, 108:9, 109:1, 111:13, 113:8, 115:10, 116:19, 116:21, 119:22, 123:4, 123:22, 125:3, 126:12, 127:18, 130:17, 131:13, 131:15, 136:11, 140:15, 140:19, 141:8, 141:14, 141:20, 144:10, 146:5, 146:24, 148:1, 149:4, 154:19, 155:23, 161:12, 161:16, 166:14, 167:8, 183:9, 188:1, 193:1, 199:8, 200:6, 218:5, 218:21, 226:15, 227:13, 231:10, 243:17, 243:21, 247:10, 249:2, 252:25, 254:20

**WHILE** [14] - 55:11, 55:18, 87:13, 97:13, 115:19, 118:25, 137:9, 159:10, 167:22, 185:1, 255:3, 255:5, 257:23

**WHITE** [8] - 52:16, 115:4, 143:24, 218:19, 237:19, 238:13, 239:14, 250:23

**WHITES** [1] - 99:20

**WHO** [92] - 4:2, 4:5, 4:7, 4:8, 4:16, 4:20, 13:22, 27:22, 28:13, 28:14, 38:8, 38:9, 38:11, 38:12, 38:14,

44:4, 44:16, 49:22,
50:1, 50:9, 50:10,
51:6, 51:9, 51:15,
52:7, 53:1, 60:2,
63:23, 63:25, 64:10,
67:2, 71:22, 73:1,
75:6, 75:14, 77:22,
91:23, 92:13, 94:6,
94:23, 96:25, 97:9,
97:25, 98:6, 99:5,
99:9, 99:10, 99:22,
101:8, 110:14,
113:12, 119:15,
131:15, 135:1,
135:2, 138:14,
142:1, 142:25,
144:11, 145:8,
148:6, 149:15,
149:24, 150:14,
154:2, 154:14,
164:10, 164:11,
173:20, 175:4,
181:15, 181:21,
182:10, 187:12,
187:14, 194:21,
196:24, 211:22,
213:13, 213:24,
216:2, 216:3, 226:4,
250:19

**WHOLE** [1] - 55:25

**WHOM** [3] - 84:5,
136:3, 136:17

**WHOSE** [1] - 155:22

**WHY** [75] - 17:1,
22:13, 28:12, 28:16,
43:4, 44:19, 50:15,
51:11, 51:19, 53:18,
59:13, 74:9, 76:15,
77:3, 79:18, 79:19,
79:23, 87:5, 88:15,
88:17, 88:18, 89:4,
94:24, 98:3, 98:16,
99:13, 100:7,
107:13, 110:17,
115:11, 129:23,
133:3, 134:7, 138:4,
140:10, 141:9,
141:14, 143:12,
146:4, 147:11,
149:8, 152:2,
154:19, 157:10,
161:25, 162:4,
162:24, 163:2,
165:11, 165:12,
165:13, 165:22,
166:7, 171:19,
173:2, 192:8,
192:13, 201:9,
211:22, 212:20,
215:17, 221:9,
224:5, 226:24,

227:3, 229:25,
242:1, 249:4,
249:21, 250:24,
253:7, 254:20,
256:24

**WIDELY** [1] - 18:19

**WIFE** [17] - 30:8,
83:22, 123:11,
135:1, 158:3, 158:7,
164:21, 165:10,
168:17, 169:16,
172:22, 173:3,
192:5, 202:11,
203:6, 204:10, 226:1

**WIFE'S** [2] - 4:16,
158:15

**WILL** [155] - 3:22, 4:6,
4:12, 6:4, 6:5, 6:6,
6:7, 6:13, 6:14, 7:3,
9:16, 9:18, 14:24,
15:7, 16:22, 20:19,
20:24, 22:14, 23:23,
27:3, 27:10, 27:18,
27:23, 27:25, 28:23,
32:5, 32:20, 33:10,
33:14, 33:16, 38:1,
39:6, 45:1, 49:15,
49:16, 53:21, 53:22,
54:11, 54:16, 55:4,
55:9, 57:6, 66:11,
67:21, 67:24, 70:2,
74:5, 76:17, 76:22,
77:12, 81:20, 81:21,
82:11, 82:13, 82:15,
82:17, 82:18, 82:21,
82:22, 88:15, 89:18,
89:24, 94:19, 97:11,
97:12, 98:7, 99:14,
100:16, 101:1,
106:6, 107:10,
107:14, 108:8,
109:14, 109:17,
110:12, 112:17,
116:3, 117:14,
121:6, 121:24,
122:7, 122:24,
135:14, 137:6,
137:16, 138:15,
139:10, 139:12,
139:16, 147:21,
148:5, 149:15,
149:17, 151:12,
151:13, 154:12,
159:11, 159:15,
159:16, 162:1,
160:25, 162:13,
162:17, 163:2,
168:4, 170:17,
170:19, 171:3,
171:19, 171:20,
172:6, 176:18,

178:4, 182:4,
184:16, 188:11,
191:15, 193:23,
195:19, 196:1,
196:3, 196:4,
197:19, 200:12,
200:15, 202:16,
205:14, 207:11,
212:7, 216:4,
216:14, 220:21,
222:9, 222:10,
222:25, 227:15,
232:25, 233:2,
233:13, 236:2,
239:23, 240:21,
240:25, 248:3,
248:14, 251:21,
255:22, 255:24,
257:3, 257:17, 258:7

**WILLINGNESS** [1] -
137:11

**WISDOM** [1] - 141:15

**WISH** [1] - 109:8

**WITH** [227] - 7:3,
13:20, 13:21, 13:24,
17:17, 17:18, 18:16,
18:24, 21:13, 21:16,
22:1, 22:4, 23:6,
23:7, 23:15, 27:6,
27:7, 27:20, 29:25,
30:4, 30:10, 32:2,
32:9, 32:16, 32:18,
34:3, 34:16, 35:11,
36:10, 37:10, 38:2,
38:12, 39:5, 39:23,
43:11, 43:14, 46:20,
49:10, 49:15, 49:16,
50:1, 50:19, 50:20,
50:21, 52:9, 52:20,
54:1, 54:7, 54:12,
54:14, 54:16, 55:10,
55:20, 56:3, 57:9,
59:1, 59:7, 59:14,
62:22, 62:25, 63:23,
64:9, 69:12, 69:17,
72:12, 72:16, 72:17,
72:22, 73:1, 74:1,
74:23, 75:8, 76:21,
77:17, 77:20, 77:25,
78:2, 78:12, 83:22,
84:8, 84:11, 84:14,
85:12, 86:9, 90:13,
91:5, 91:14, 91:19,
92:15, 93:9, 93:22,
94:5, 95:25, 97:4,
97:13, 102:18,
104:21, 106:9,
106:12, 106:19,
107:2, 107:8,
107:24, 107:25,
108:18, 109:7,

114:11, 117:22,
118:18, 119:6,
119:20, 120:3,
123:23, 124:4,
124:5, 126:25,
127:7, 127:9,
127:10, 129:24,
130:19, 134:16,
135:4, 135:6,
136:19, 136:22,
137:12, 140:14,
141:4, 141:9,
141:12, 143:20,
144:10, 145:5,
146:8, 148:15,
148:16, 149:9,
149:18, 149:23,
151:13, 151:14,
158:6, 159:9,
159:12, 160:1,
161:19, 162:6,
162:16, 162:25,
164:16, 165:10,
168:2, 168:5,
170:13, 170:23,
171:18, 174:8,
174:14, 174:23,
179:17, 181:15,
182:9, 183:1, 183:3,
185:23, 189:21,
191:8, 192:24,
195:3, 195:5,
198:11, 202:24,
203:12, 203:22,
204:2, 204:9, 206:7,
206:11, 206:17,
211:16, 212:8,
212:10, 213:12,
214:3, 214:14,
214:23, 215:20,
216:21, 217:11,
218:5, 220:20,
226:20, 227:7,
229:6, 231:10,
233:17, 236:5,
236:10, 237:3,
238:21, 238:22,
239:14, 240:5,
240:7, 240:17,
241:7, 241:13,
242:5, 243:13,
247:20, 247:23,
248:1, 248:21,
254:6, 254:10,
256:16, 256:25,
257:3, 257:15,
257:20, 257:22,
257:23

**WITHIN** [19] - 13:8,
15:2, 20:15, 20:21,
23:19, 23:20, 52:22,

66:8, 80:18, 81:4,
90:14, 95:20, 109:1,
123:3, 138:18,
153:13, 154:15,
161:22, 163:24

**WITHOUT** [12] - 20:12,
81:14, 99:2, 103:24,
105:15, 105:16,
110:23, 111:14,
113:10, 119:1,
188:5, 210:13

**WITNESS** [22] - 6:24,
7:8, 7:11, 7:16, 7:21,
7:25, 14:18, 67:20,
69:23, 70:7, 71:2,
72:8, 79:6, 82:22,
106:12, 106:22,
107:6, 107:16,
160:22, 163:7,
227:3, 258:19

**WITNESSES** [4] -
87:14, 104:8, 258:3

**WOMAN** [2] - 4:1,
86:12

**WON'T** [5] - 117:23,
132:12, 147:3,
154:3, 215:24

**WONDERING** [1] - 4:3

**WOODSON** [1] - 99:22

**WORD** [3] - 40:9,
205:13, 213:1

**WORDING** [2] -
133:15, 161:20

**WORDS** [5] - 92:14,
213:15, 214:8,
220:15, 251:25

**WORK** [23] - 3:23,
8:24, 8:25, 12:19,
13:21, 27:13, 27:15,
27:20, 38:2, 39:1,
55:21, 63:23, 66:6,
98:11, 116:14,
117:7, 137:7, 161:4,
167:5, 168:5, 174:3,
215:21, 215:25

**WORKED** [3] - 73:1,
174:3, 174:16

**WORKING** [7] - 39:1,
39:6, 52:19, 86:25,
144:10, 174:14,
175:8

**WORKS** [7] - 17:18,
38:12, 167:9,
167:10, 167:12,
170:3, 240:21

**WORLD** [3] - 11:9,
164:4, 200:11

**WORRIED** [1] - 22:10

**WORRY** [1] - 76:7

**WORSE** [3] - 44:16,

44:18, 104:1
**WORSEN** [2] - 43:25, 45:1
**WORTHY** [1] - 164:2
**WOULD** [241] - 3:12, 5:10, 5:23, 5:24, 6:11, 7:10, 8:20, 14:1, 14:9, 16:12, 17:6, 17:16, 17:20, 19:21, 19:25, 20:13, 21:1, 21:21, 21:25, 22:3, 22:4, 22:15, 23:6, 25:2, 26:10, 28:5, 28:13, 28:15, 28:20, 30:25, 31:13, 31:17, 31:24, 32:24, 33:24, 34:1, 35:15, 36:6, 38:16, 38:21, 39:17, 40:21, 42:13, 43:15, 43:19, 45:9, 47:14, 48:20, 49:8, 49:9, 50:8, 50:10, 50:25, 51:1, 58:18, 60:11, 62:9, 62:13, 62:25, 66:23, 67:2, 67:4, 67:6, 67:16, 75:4, 75:7, 77:21, 77:23, 78:10, 79:19, 79:21, 81:10, 82:10, 82:12, 82:17, 85:8, 85:15, 85:16, 86:13, 87:3, 88:3, 88:5, 91:11, 91:19, 91:20, 91:21, 91:22, 91:23, 92:1, 92:17, 92:21, 92:22, 93:2, 93:10, 94:15, 96:2, 96:7, 98:21, 98:23, 101:22, 102:7, 103:3, 103:11, 103:22, 103:23, 104:1, 104:11, 105:5, 105:7, 107:17, 108:9, 108:10, 111:1, 112:5, 112:23, 113:7, 114:2, 115:14, 115:21, 118:18, 119:24, 122:4, 123:19, 124:12, 125:20, 127:4, 127:15, 127:20, 127:24, 129:25, 130:7, 134:4, 136:1, 138:19, 140:4, 141:22, 142:25, 145:2, 145:25, 146:6, 146:25, 147:18, 151:14, 152:17, 153:12,

154:5, 154:21, 154:22, 155:4, 156:2, 156:11, 157:7, 157:9, 157:10, 157:23, 158:14, 158:15, 158:24, 160:1, 162:3, 162:6, 162:10, 163:2, 163:21, 165:12, 165:13, 165:16, 165:17, 165:18, 165:19, 166:7, 169:11, 169:20, 169:21, 169:22, 171:6, 171:7, 172:20, 173:8, 174:15, 175:7, 178:21, 178:25, 180:1, 181:2, 181:6, 187:15, 191:15, 192:7, 192:10, 193:12, 194:20, 197:12, 202:22, 203:9, 205:12, 206:16, 208:8, 208:21, 213:19, 213:21, 216:2, 218:19, 219:2, 220:2, 223:2, 226:3, 227:9, 227:14, 232:16, 236:17, 239:17, 239:18, 239:19, 239:22, 242:21, 242:25, 244:17, 249:20, 250:17, 250:21, 252:22, 253:13, 253:18, 253:19, 254:4, 255:10, 257:7, 257:11
**WOULDN'T** [4] - 22:3, 22:4, 219:2, 253:18
**WOW** [1] - 153:23
**WRITE** [16] - 4:11, 92:17, 113:7, 113:21, 115:11, 138:19, 140:1, 145:15, 145:25, 146:6, 158:3, 203:8, 227:21, 246:5, 250:22
**WRITING** [6] - 36:10, 91:3, 115:9, 145:7, 146:10, 256:25
**WRITTEN** [4] - 31:10, 103:14, 112:3, 135:19
**WRONG** [9] - 60:23, 67:14, 77:7, 124:13,

164:16, 165:10, 167:10, 228:12, 246:15
**WROTE** [8] - 113:12, 132:22, 132:23, 146:21, 158:1, 202:11, 203:6, 225:22

---

## X

**X7** [1] - 5:6

---

## Y

**YEAH** [7] - 28:19, 36:19, 52:18, 62:9, 126:22, 227:12, 240:11
**YEAR** [32] - 11:24, 56:14, 56:22, 57:22, 63:8, 63:15, 66:4, 85:11, 94:16, 96:18, 96:21, 121:1, 130:14, 144:9, 144:13, 145:5, 168:24, 173:12, 173:24, 181:10, 181:18, 187:2, 187:10, 187:19, 189:7, 196:23, 199:2, 200:14, 241:24, 253:24
**YEAR-AND-A-HALF** [1] - 200:14
**YEARS** [28] - 6:20, 6:21, 10:5, 10:12, 13:8, 30:11, 49:3, 49:4, 53:13, 66:8, 73:18, 84:22, 115:24, 116:22, 139:21, 144:14, 153:5, 168:9, 168:10, 168:12, 172:17, 174:19, 185:5, 187:6, 195:7, 195:8, 195:10
**YES** [388] - 4:14, 7:2, 7:16, 8:20, 8:21, 8:23, 9:5, 9:8, 10:19, 11:17, 12:7, 13:1, 13:17, 15:23, 16:2, 17:10, 18:10, 18:17, 18:21, 19:24, 20:3, 20:9, 21:7, 21:15, 21:19, 22:17, 22:23, 24:11, 24:16, 25:6, 25:8, 25:13, 25:20, 26:20, 26:23, 27:14, 29:1, 29:5, 29:16, 29:19, 34:20, 34:22,

35:3, 35:9, 35:12, 35:17, 35:22, 36:12, 37:6, 39:4, 39:15, 39:21, 40:5, 40:22, 41:4, 41:5, 41:14, 41:15, 41:19, 41:22, 42:4, 42:6, 43:1, 45:4, 45:13, 45:20, 46:11, 46:15, 46:25, 47:22, 49:8, 50:23, 50:24, 52:3, 53:17, 55:3, 55:9, 55:13, 55:22, 56:17, 56:19, 57:13, 57:14, 57:19, 58:4, 58:9, 58:13, 59:16, 61:10, 61:11, 62:4, 62:18, 62:23, 64:8, 64:20, 64:24, 65:4, 65:11, 65:20, 67:12, 68:3, 69:2, 69:6, 69:19, 70:7, 71:14, 71:25, 72:8, 72:20, 72:24, 73:2, 75:1, 78:7, 78:14, 78:18, 79:17, 79:21, 80:1, 82:2, 82:24, 83:3, 83:12, 89:17, 90:1, 93:6, 93:14, 95:8, 102:12, 104:25, 105:8, 105:24, 107:16, 109:11, 109:15, 109:16, 109:18, 109:25, 112:21, 113:7, 114:10, 114:24, 117:21, 118:1, 118:2, 120:8, 120:21, 122:14, 123:2, 123:6, 124:21, 126:15, 126:23, 127:19, 127:20, 128:23, 132:19, 136:8, 136:13, 136:21, 139:4, 139:25, 143:18, 144:1, 144:20, 144:23, 146:21, 147:23, 148:10, 148:14, 148:18, 148:19, 149:7, 149:12, 151:6, 152:5, 154:6, 154:10, 155:3, 158:2, 158:24, 159:13, 160:15, 161:1, 163:5, 163:20, 166:17, 167:16, 171:9, 171:10, 172:17, 172:21, 173:5, 173:12, 173:15,

173:24, 174:2, 174:5, 174:9, 174:18, 174:21, 175:14, 175:25, 176:3, 176:6, 177:12, 177:16, 178:1, 178:3, 179:2, 179:19, 179:21, 180:9, 180:16, 180:18, 181:7, 181:11, 181:14, 181:23, 182:7, 182:9, 182:18, 182:22, 183:5, 183:8, 183:19, 184:24, 185:3, 185:13, 185:16, 186:9, 186:12, 186:15, 186:21, 186:25, 187:3, 187:23, 188:13, 188:17, 189:16, 189:23, 190:2, 190:6, 190:10, 190:12, 190:16, 190:24, 191:3, 191:13, 191:15, 191:19, 191:23, 192:3, 192:6, 192:18, 192:24, 193:4, 193:15, 194:9, 195:2, 195:6, 195:8, 196:7, 196:14, 197:12, 197:24, 198:6, 198:10, 198:14, 198:19, 199:9, 199:17, 199:19, 199:25, 200:5, 200:8, 201:4, 201:7, 201:21, 201:24, 202:25, 203:4, 203:16, 203:24, 204:3, 204:12, 204:15, 204:19, 204:23, 206:1, 206:4, 206:5, 206:17, 207:7, 207:16, 207:20, 209:20, 210:8, 210:19, 211:2, 211:11, 213:2, 213:7, 214:19, 215:6, 215:18, 215:23, 216:19, 217:3, 219:11, 219:19, 220:1, 221:1, 221:20, 222:4, 222:14, 222:18, 223:7, 223:11, 224:4,

224:13, 224:24,
225:20, 225:25,
227:5, 227:13,
227:16, 227:22,
228:5, 228:11,
229:11, 229:24,
230:6, 230:25,
231:5, 231:23,
231:25, 232:6,
233:6, 233:10,
233:11, 233:18,
234:10, 234:14,
235:11, 236:3,
236:23, 237:1,
237:14, 237:17,
238:9, 238:10,
238:11, 239:6,
239:9, 241:16,
241:20, 242:7,
242:9, 242:12,
243:11, 244:2,
244:15, 244:16,
244:24, 245:2,
245:24, 246:11,
246:19, 247:12,
247:19, 248:1,
248:22, 248:25,
249:6, 249:11,
250:1, 250:7,
250:23, 253:2,
253:20, 254:11,
255:20, 256:17

**YESTERDAY** [8] – 3:9,
4:3, 55:4, 61:19,
84:6, 98:4, 149:19,
172:15

**YET** [7] – 118:16,
134:1, 134:7,
214:13, 214:16,
231:2, 253:8

**YIN** [10] – 126:12,
127:2, 127:6,
127:22, 217:10,
217:13, 217:22,
218:1, 218:10,
218:13

**YOU** [1435] – 3:4, 3:22,
3:23, 4:5, 4:13, 4:20,
5:5, 5:9, 5:10, 5:11,
5:13, 6:24, 6:25, 7:9,
7:15, 7:17, 7:20,
7:23, 8:2, 8:4, 8:8,
8:9, 8:10, 8:15, 8:19,
8:24, 9:3, 9:6, 9:9,
9:11, 9:15, 9:19,
9:22, 10:1, 10:3,
10:6, 10:14, 10:17,
10:20, 11:12, 11:13,
11:14, 11:15, 12:3,
12:5, 12:23, 13:5,
13:7, 13:12, 13:14,

14:1, 14:7, 14:16,
15:9, 15:11, 15:13,
15:16, 15:20, 15:24,
16:4, 16:23, 17:5,
17:6, 17:7, 17:11,
17:15, 17:22, 17:24,
18:4, 18:13, 18:15,
18:23, 19:7, 19:8,
19:11, 19:15, 19:17,
19:20, 19:21, 19:22,
19:25, 20:4, 20:7,
20:12, 20:13, 20:16,
20:17, 20:25, 21:2,
21:5, 21:6, 21:8,
21:12, 21:14, 21:16,
22:11, 22:13, 22:14,
22:15, 22:17, 22:22,
23:6, 23:17, 24:2,
24:4, 24:5, 24:7,
24:8, 24:9, 24:24,
24:25, 25:2, 25:9,
25:11, 25:12, 25:14,
25:17, 25:21, 25:24,
26:9, 26:21, 27:17,
27:21, 28:5, 28:6,
28:16, 28:17, 28:23,
29:3, 29:7, 29:10,
29:13, 29:17, 30:24,
30:25, 31:1, 31:3,
31:6, 31:11, 31:12,
31:16, 31:24, 31:25,
32:1, 33:5, 33:9,
33:16, 33:19, 33:23,
33:24, 33:25, 34:1,
34:2, 34:21, 34:23,
34:25, 35:1, 35:2,
35:7, 35:9, 35:11,
35:13, 35:19, 35:25,
36:1, 36:3, 36:4,
36:6, 36:7, 36:10,
36:13, 36:16, 36:22,
36:24, 36:25, 37:2,
37:7, 37:12, 37:15,
37:20, 37:21, 37:22,
38:7, 38:8, 38:16,
38:17, 38:21, 39:9,
39:11, 39:12, 39:16,
39:19, 39:20, 39:22,
39:25, 40:1, 40:3,
40:6, 40:12, 40:13,
40:15, 40:21, 41:1,
41:6, 41:12, 41:13,
41:20, 41:23, 42:1,
42:2, 42:5, 42:11,
42:18, 42:21, 43:4,
43:22, 44:3, 44:7,
44:11, 44:20, 45:8,
45:11, 45:12, 45:14,
45:18, 45:21, 46:6,
46:9, 46:12, 46:15,
46:18, 46:20, 46:23,

47:1, 47:4, 47:20,
48:5, 48:13, 48:18,
49:1, 49:2, 49:6,
49:7, 49:9, 49:13,
50:7, 50:8, 50:9,
50:17, 50:19, 50:20,
50:25, 51:1, 51:23,
51:25, 52:9, 52:10,
52:18, 53:12, 53:13,
53:14, 53:20, 53:25,
54:15, 54:18, 54:23,
54:24, 55:7, 55:9,
55:10, 55:11, 55:18,
55:19, 56:7, 56:11,
56:15, 56:18, 56:20,
57:11, 57:12, 57:14,
57:17, 58:1, 58:2,
58:10, 58:12, 58:18,
58:21, 58:22, 59:3,
59:14, 59:20, 59:21,
60:10, 60:21, 61:4,
61:5, 61:8, 61:11,
61:13, 61:22, 62:5,
62:6, 62:15, 62:19,
62:22, 62:24, 62:25,
64:2, 64:6, 64:8,
64:22, 64:23, 65:2,
65:5, 65:6, 65:7,
65:18, 65:21, 66:13,
66:21, 66:22, 66:23,
67:3, 67:10, 67:11,
67:18, 67:19, 67:21,
67:23, 68:1, 68:4,
68:5, 68:7, 68:11,
68:14, 68:16, 68:18,
68:20, 68:22, 68:24,
68:25, 69:4, 69:13,
69:20, 70:8, 70:11,
70:15, 70:18, 70:25,
71:3, 71:4, 71:13,
71:15, 71:16, 71:19,
71:24, 72:2, 72:3,
72:6, 72:7, 72:15,
72:17, 72:21, 73:17,
73:18, 73:22, 73:23,
73:24, 74:19, 74:20,
74:21, 75:1, 75:2,
75:4, 75:5, 75:7,
75:14, 75:18, 75:21,
77:8, 77:13, 77:14,
77:16, 77:24, 78:4,
78:8, 78:9, 78:12,
78:15, 78:25, 79:4,
79:5, 79:6, 79:7,
79:8, 79:9, 79:11,
79:16, 79:24, 80:1,
80:3, 80:12, 81:17,
81:24, 82:1, 82:8,
82:11, 82:12, 82:13,
82:15, 82:16, 82:17,
82:18, 82:21, 82:22,

82:23, 83:2, 83:5,
83:7, 83:17, 84:5,
85:23, 86:21, 87:16,
87:18, 87:25, 88:3,
88:4, 88:5, 88:10,
88:12, 88:16, 88:17,
88:18, 88:19, 89:4,
89:5, 89:9, 89:12,
89:15, 89:20, 91:10,
92:8, 92:9, 92:12,
93:4, 93:8, 93:9,
93:11, 93:12, 93:19,
95:10, 96:18, 96:20,
96:21, 96:24, 97:4,
97:6, 97:7, 97:9,
98:8, 98:9, 98:10,
98:12, 98:14, 98:15,
100:6, 100:7, 100:9,
100:11, 100:13,
100:14, 100:16,
100:21, 100:23,
100:24, 100:25,
102:12, 104:2,
104:4, 104:18,
104:20, 104:22,
105:6, 105:22,
106:15, 106:16,
107:1, 107:5, 107:6,
107:8, 107:10,
107:11, 107:13,
107:22, 107:23,
107:25, 108:1,
108:3, 108:4, 108:5,
108:7, 108:10,
108:13, 109:7,
109:8, 110:1,
111:17, 114:4,
114:5, 114:6, 114:7,
114:8, 114:22,
115:13, 116:18,
116:19, 116:20,
116:21, 116:22,
116:25, 117:13,
117:14, 117:23,
118:15, 118:16,
118:17, 119:25,
120:7, 120:8, 120:9,
120:10, 120:11,
120:17, 120:18,
121:6, 121:8,
121:14, 121:17,
121:18, 121:22,
121:24, 122:1,
122:2, 122:4, 122:5,
122:6, 122:7,
122:16, 122:23,
123:2, 123:4, 123:6,
124:16, 124:18,
124:19, 124:24,
124:25, 125:10,
125:11, 125:15,

126:2, 126:19,
127:19, 128:5,
129:5, 132:5, 132:8,
132:10, 132:14,
132:17, 132:18,
132:20, 133:10,
133:13, 134:19,
134:23, 136:1,
136:9, 136:21,
137:16, 137:19,
137:22, 137:25,
138:16, 138:19,
139:13, 139:18,
140:1, 140:2,
140:14, 140:24,
141:1, 141:3,
141:11, 142:3,
142:6, 142:17,
143:17, 144:1,
147:12, 147:16,
147:17, 147:22,
147:24, 147:25,
148:1, 148:2, 148:4,
148:7, 148:15,
148:21, 148:23,
148:25, 149:2,
149:3, 149:14,
149:20, 149:21,
149:23, 150:3,
150:6, 150:23,
151:3, 151:4, 151:6,
151:17, 151:23,
151:25, 152:1,
152:8, 152:10,
153:5, 153:7, 153:9,
153:22, 154:1,
154:9, 155:15,
155:16, 156:4,
156:5, 156:6, 156:8,
156:9, 156:16,
157:16, 158:19,
158:20, 158:22,
159:17, 160:12,
161:6, 161:9,
161:22, 162:2,
162:9, 162:17,
163:6, 163:7, 163:8,
163:9, 163:10,
163:11, 163:12,
163:13, 163:16,
165:9, 165:12,
165:13, 165:14,
165:18, 165:24,
166:1, 166:2,
166:14, 166:15,
166:20, 167:2,
167:19, 167:22,
168:9, 168:12,
168:13, 168:14,
168:24, 168:25,
169:2, 169:3,

169:17, 170:15, 170:16, 170:17, 170:23, 170:25, 171:2, 171:3, 171:4, 171:5, 171:6, 171:7, 171:14, 171:18, 171:19, 171:20, 171:22, 171:23, 172:5, 172:16, 172:19, 172:22, 173:3, 173:6, 173:10, 173:13, 173:16, 173:22, 173:25, 174:3, 174:7, 174:10, 174:13, 174:14, 174:16, 174:19, 174:22, 175:8, 175:11, 175:19, 175:22, 176:1, 176:10, 176:11, 176:12, 176:14, 176:15, 176:21, 176:24, 177:2, 177:3, 177:7, 177:22, 177:25, 178:2, 178:6, 178:9, 178:12, 178:17, 178:25, 179:1, 179:6, 179:9, 179:17, 179:19, 179:20, 179:24, 180:2, 180:14, 180:17, 181:2, 181:3, 181:5, 181:6, 181:12, 181:19, 181:20, 181:21, 181:22, 181:24, 182:5, 182:6, 182:8, 182:17, 182:21, 182:23, 182:25, 183:5, 183:7, 183:11, 183:12, 183:15, 183:21, 184:3, 184:9, 184:10, 184:12, 184:17, 184:18, 184:22, 184:25, 185:1, 185:4, 185:11, 185:14, 185:17, 185:23, 185:25, 186:7, 186:8, 186:10, 186:11, 186:12, 186:14, 186:16, 186:19, 186:23, 187:2, 187:5, 187:8, 187:18, 187:21, 187:24, 188:1, 188:3, 188:10, 188:11, 188:15,

188:18, 188:20, 189:1, 189:5, 189:7, 189:11, 189:13, 189:14, 189:17, 189:21, 189:24, 190:3, 190:7, 190:13, 190:14, 190:21, 190:22, 190:25, 191:1, 191:4, 191:5, 191:8, 191:9, 191:13, 191:18, 191:22, 191:24, 192:1, 192:4, 192:7, 193:5, 193:7, 193:8, 193:13, 193:17, 193:21, 193:22, 193:25, 194:15, 194:16, 194:18, 195:3, 195:4, 195:9, 195:10, 195:13, 195:14, 195:15, 195:17, 195:19, 195:21, 195:24, 195:25, 196:2, 196:3, 196:8, 196:10, 196:11, 196:12, 196:15, 196:18, 197:2, 197:8, 197:11, 197:15, 197:16, 197:20, 198:2, 198:7, 198:11, 198:12, 198:16, 198:17, 198:19, 198:22, 198:23, 199:1, 199:2, 199:3, 199:4, 199:6, 199:9, 199:13, 199:14, 199:23, 200:1, 200:2, 200:3, 200:4, 200:6, 200:7, 200:15, 200:16, 200:21, 200:24, 200:25, 201:1, 201:2, 201:5, 201:8, 201:12, 201:13, 201:18, 201:19, 202:2, 202:5, 202:6, 202:9, 202:16, 202:17, 202:21, 202:22, 202:24, 203:21, 203:25, 204:4, 204:5, 204:8, 204:14, 204:16, 204:17, 204:21, 204:25, 205:2, 205:10, 205:17, 205:18, 205:19, 205:22, 205:23, 206:2, 206:6,

206:10, 206:15, 206:16, 206:18, 206:19, 206:20, 207:3, 207:6, 207:8, 207:11, 209:17, 209:22, 210:2, 210:5, 210:9, 210:12, 210:17, 210:20, 210:24, 211:3, 211:8, 211:9, 211:12, 211:13, 211:23, 211:24, 212:1, 212:4, 212:8, 212:10, 212:12, 212:21, 212:25, 213:3, 213:5, 213:9, 213:10, 213:11, 214:3, 214:4, 214:5, 214:11, 214:20, 214:21, 214:22, 215:1, 215:7, 215:9, 215:10, 215:11, 215:14, 215:20, 215:21, 216:2, 216:3, 216:5, 216:6, 216:17, 216:20, 216:21, 216:23, 216:24, 216:25, 217:5, 217:6, 217:9, 217:10, 217:17, 217:21, 217:22, 218:1, 218:9, 218:12, 218:14, 218:15, 218:16, 218:25, 219:1, 219:3, 219:5, 219:7, 219:8, 219:10, 219:13, 219:16, 219:18, 219:19, 220:1, 220:3, 220:4, 220:5, 220:17, 220:18, 220:19, 220:20, 220:21, 220:24, 221:12, 221:13, 221:16, 221:19, 221:22, 221:23, 221:24, 222:2, 222:5, 222:10, 222:16, 222:19, 222:24, 223:1, 223:2, 223:6, 223:8, 223:10, 223:12, 223:17, 223:19, 223:22, 223:24, 224:1, 224:3, 224:8, 224:10, 224:11, 224:22, 224:25, 225:1, 225:5, 225:7, 225:8, 225:16, 225:18, 225:23,

225:25, 226:5, 226:18, 226:19, 227:4, 227:13, 227:14, 227:15, 227:20, 227:25, 228:2, 228:9, 228:20, 228:22, 228:25, 229:1, 229:15, 229:18, 229:20, 229:21, 230:5, 230:7, 230:14, 230:15, 230:22, 230:24, 231:7, 231:8, 231:12, 231:13, 231:19, 231:22, 231:24, 232:3, 232:9, 232:11, 232:25, 233:7, 233:8, 233:14, 233:15, 233:16, 234:12, 234:13, 234:19, 234:23, 234:24, 234:25, 235:2, 235:3, 235:4, 235:5, 235:7, 235:10, 235:14, 235:20, 235:23, 236:4, 236:5, 236:7, 236:9, 236:14, 236:21, 236:24, 237:2, 237:3, 237:6, 237:12, 237:19, 237:20, 238:8, 238:13, 238:17, 238:18, 238:25, 239:2, 239:4, 239:7, 239:13, 239:15, 239:16, 239:23, 240:1, 240:5, 240:7, 240:12, 240:13, 240:14, 240:17, 240:19, 241:1, 241:3, 241:7, 241:8, 241:9, 241:13, 241:18, 241:21, 241:25, 242:3, 242:5, 242:8, 242:10, 242:13, 242:17, 242:19, 243:6, 243:8, 243:12, 243:16, 243:17, 243:20, 243:21, 243:24, 243:25, 244:4, 244:22, 245:2, 245:10, 245:12, 245:14, 245:16, 245:21, 245:25, 246:7, 246:16, 246:17, 247:3,

247:8, 247:10, 247:16, 247:20, 247:22, 247:24, 248:3, 248:5, 248:7, 248:11, 248:12, 248:23, 249:4, 249:12, 250:2, 250:6, 250:10, 250:19, 250:20, 251:6, 251:12, 251:17, 251:18, 251:21, 251:24, 252:5, 252:7, 252:13, 252:15, 252:20, 252:23, 253:2, 253:4, 253:7, 253:9, 253:10, 253:11, 253:12, 253:15, 253:17, 253:20, 253:23, 253:24, 254:12, 254:13, 254:14, 254:16, 255:2, 255:3, 255:8, 255:10, 255:17, 255:19, 255:22, 255:24, 256:10, 257:12, 257:15, 257:19, 257:21, 257:22, 257:23, 258:1, 258:2

**YOU'RE** [7] - 28:18, 89:21, 167:20, 196:17, 218:18, 234:18

**YOU'VE** [2] - 170:18, 177:11

**YOU..** [1] - 206:4

**YOUNG** [2] - 97:14, 98:16

**YOUR** [457] - 3:6, 4:1, 4:14, 4:18, 4:24, 5:2, 5:12, 5:15, 6:18, 6:24, 6:25, 7:2, 7:8, 7:9, 7:10, 7:16, 7:20, 7:24, 8:4, 9:1, 9:9, 9:17, 9:22, 10:2, 10:14, 12:4, 12:5, 12:23, 12:24, 13:5, 13:9, 14:8, 14:12, 15:13, 15:21, 18:5, 18:11, 18:21, 19:5, 19:6, 21:12, 21:20, 21:22, 22:15, 22:18, 23:9, 26:10, 26:12, 31:3, 31:6, 31:17, 31:19, 34:7, 35:14, 36:4, 36:10, 39:24, 42:12, 42:23, 43:4, 48:15, 48:19, 48:21,

49:8, 50:9, 51:25,
52:11, 52:13, 53:13,
54:20, 54:23, 54:24,
55:1, 55:7, 55:11,
55:19, 55:20, 56:23,
58:20, 58:23, 59:21,
60:11, 60:14, 60:19,
61:5, 61:9, 61:12,
61:14, 61:22, 61:24,
61:25, 63:19, 64:7,
64:8, 64:12, 66:13,
67:4, 67:6, 67:12,
67:18, 67:23, 68:13,
69:3, 69:4, 69:5,
69:7, 69:12, 69:14,
69:15, 69:20, 69:22,
69:24, 70:5, 70:8,
70:11, 70:15, 71:1,
71:4, 72:5, 72:10,
72:11, 72:12, 75:1,
75:21, 76:15, 77:4,
77:8, 77:14, 78:23,
79:2, 79:5, 79:6,
79:13, 80:1, 80:6,
81:10, 81:24, 82:2,
82:25, 83:4, 83:8,
83:11, 83:17, 86:19,
86:21, 86:24, 87:12,
88:5, 88:6, 88:7,
89:10, 89:24, 89:25,
92:2, 93:5, 93:14,
93:25, 96:20, 96:21,
97:4, 98:13, 100:4,
100:9, 100:10,
100:20, 101:3,
101:11, 102:23,
103:3, 104:17,
104:20, 104:24,
104:25, 105:21,
106:8, 107:12,
107:16, 108:22,
112:6, 114:3,
114:14, 114:21,
114:24, 115:14,
116:19, 116:20,
116:22, 117:8,
117:9, 118:15,
120:13, 120:16,
121:18, 124:14,
124:21, 124:25,
130:12, 132:20,
135:12, 136:13,
147:18, 148:6,
148:7, 148:13,
148:22, 149:2,
149:7, 149:12,
150:6, 151:4, 151:6,
152:10, 153:6,
154:12, 156:8,
156:18, 158:21,
160:17, 161:21,

162:8, 162:22,
163:11, 167:20,
168:10, 168:25,
169:1, 169:17,
169:25, 170:4,
170:24, 171:8,
171:17, 172:3,
172:22, 173:3,
173:6, 173:17,
175:11, 175:12,
176:5, 176:22,
177:8, 177:13,
177:17, 177:20,
177:23, 178:6,
178:25, 179:3,
179:10, 179:22,
180:7, 180:11,
181:8, 181:9,
181:17, 181:18,
181:20, 182:6,
182:14, 183:16,
185:6, 185:9,
185:18, 185:23,
186:1, 186:3,
186:11, 186:16,
186:19, 186:23,
187:1, 187:4, 187:6,
187:19, 189:4,
189:6, 189:24,
190:13, 190:22,
191:17, 191:24,
192:21, 193:6,
193:8, 193:23,
194:23, 196:9,
199:5, 199:22,
200:21, 202:6,
202:9, 202:10,
202:11, 202:12,
203:6, 203:7, 203:9,
203:16, 203:21,
203:22, 204:4,
204:10, 204:21,
205:9, 205:24,
206:6, 206:12,
207:15, 207:17,
207:23, 208:6,
208:8, 208:10,
208:21, 208:23,
209:6, 209:11,
211:10, 211:25,
213:8, 213:10,
213:11, 213:12,
215:8, 215:20,
215:21, 216:16,
216:25, 217:4,
217:5, 217:6,
217:11, 218:1,
218:10, 218:16,
219:3, 219:7, 219:8,
219:24, 220:8,
220:11, 220:23,

221:14, 221:20,
221:24, 222:6,
222:11, 222:16,
223:1, 223:3, 223:5,
223:24, 224:14,
224:17, 225:7,
227:2, 227:6,
227:15, 227:21,
227:24, 228:1,
228:14, 229:9,
229:16, 229:22,
230:5, 230:7,
231:17, 232:3,
232:16, 233:1,
233:8, 234:18,
234:23, 235:2,
235:3, 235:15,
235:17, 235:23,
236:10, 236:14,
236:15, 236:21,
237:3, 238:8,
238:14, 239:2,
239:14, 239:24,
241:22, 242:14,
242:17, 243:10,
243:13, 243:17,
243:18, 243:20,
243:21, 243:24,
243:25, 244:3,
244:4, 244:5,
244:19, 245:11,
245:14, 245:15,
245:16, 245:21,
245:22, 246:2,
246:7, 246:8, 246:9,
246:10, 247:3,
247:10, 247:17,
247:21, 247:23,
250:11, 251:4,
251:18, 252:15,
253:10, 254:12,
255:2, 255:17,
256:19, 257:4,
257:20, 257:22,
257:23, 257:25,
258:2, 258:4

YOURS [4] - 6:23, 7:8,
70:13, 172:19

YOURSELF [10] -
71:24, 79:24, 82:16,
100:15, 114:6,
163:9, 188:12,
195:25, 213:5,
257:22

ZERO [2] - 184:10,
213:22

ZOOLOGY [1] -
182:20

ZOOM [16] - 21:2,
25:17, 29:1, 34:25,
115:2, 122:16,
126:23, 153:16,
177:25, 179:1,
179:19, 186:12,
219:18, 230:5,
236:7, 238:7

ZOOMED [1] - 21:4

ZX [1] - 188:8

## Z