```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3
    DR. MARKCUS KITCHENS, JR.,   :  CIVIL CASE NUMBER
 4               PLAINTIFF       :
                                 :
 5        VERSUS                 :  22-3301
                                 :
 6  UNITED STATES MEDICAL        :
    LICENSING EXAMINATION,       :
 7               DEFENDANTS      :
    _____
 8
                            MAY 17, 2023
 9                          VIA MICROSOFT TEAMS
                            PHILADELPHIA, PA 19106
10

11  _____
          BEFORE THE HONORABLE JOHN F. MURPHY, J.
12  _____

                         BENCH TRIAL - DAY 3
13
    APPEARANCES:
14
    DR. MARKCUS KITCHENS, JR.
15  PRO SE
    625 HAMPTON WAY, #2
16  RICHMOND, KY 40475

17

18              LYNN GLIGOR, RMR
               OFFICIAL COURT REPORTER
19          ROOM 2609 U. S. COURTHOUSE
               601 MARKET STREET
20          PHILADELPHIA, PA 19106
                 (856)649-4774
21

22  PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
    TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
23

24

25
```

```
1     CONTINUED APPEARANCES:

2     CAROLINE M. MEW, ESQUIRE
      PERKINS, COIE, LLP
3     700-13TH STREET NW, SUITE 600
      WASHINGTON, DC 20005
4
      COUNSEL FOR THE DEFENDANT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    (CLERK OPENS COURT.)

2                    THE COURT:  LOOKS LIKE I SEE MS. MEW AND

3       DR. KITCHENS.  LET'S SEE DO WE HAVE ANY BUSINESS TO

4       ATTEND TO BEFORE WE RESUME TESTIMONY?

5                    MS. MEW:  I DON'T THINK SO.  I DIDN'T

6       KNOW IF WE WANTED TO TALK SCHEDULE NOW OR WAIT TO SEE

7       HOW THE DAY GOES.

8                    THE COURT:  WELL, WHY DON'T YOU TELL US

9       WHAT YOU HAVE IN MIND?

10                    MS. MEW:  WELL, JUST IN TERMS OF OUR

11      WITNESSES, WE HAVE ONE WITNESS, MICHAEL GORDON, WHO I

12      WOULD LIKE TO GET ON TODAY BECAUSE HE IS NOT AVAILABLE

13      TOMORROW.  HE IS ALSO NOT AVAILABLE TODAY UNTIL 11:00,

14      SO DEPENDING ON HOW THE TIMING GOES THIS MORNING WE

15      MIGHT BE ABLE TO GET AT LEAST ONE OF NBME'S WITNESSES ON

16      BEFORE HIM, BUT THAT WAS, I THINK, THE BIGGEST ISSUE AND

17      CAN SORT OF SEE HOW EVERYTHING ELSE PLAYS OUT.

18                    THE COURT:  OKAY.  WHAT ARE YOU THINKING

19      -- I HEARD THE WORD TOMORROW.  WHAT ARE YOU -- WHAT

20      WOULD YOU ESTIMATE, IN ADDITION TO TODAY, HOW MUCH MORE

21      DO THINK YOU NEED?

22                    MS. MEW:  WELL, WE HAVE FIVE WITNESSES,

23      YOUR HONOR.  I AM TRYING TO STREAMLINE.  I DON'T KNOW IF

24      WE CAN GET EVERYONE ON TODAY, AND A LOT OF IT OF COURSE

25      DEPENDS ON HOW LONG THE CROSS EXAMINATION IS.
```

1                    SO -- EXCUSE ME -- SEEING WHERE WE ARE ON

2      THE SCHEDULE I WAS TRYING TO CHECK WITH PEOPLE AT LEAST

3      TO SEE IF THEY WOULD BE AVAILABLE TOMORROW IF THERE WAS

4      SOME CARRY OVER.

5                    THE COURT:  OKAY.

6                    DR. KITCHENS:  AND THEN IN TERMS OF -- I

7      GUESS SINCE WE'RE TALKING ABOUT TOMORROW, IN TERMS OF

8      CLOSING ARGUMENTS, I'M ASSUMING WE WON'T BE DOING ANY

9      CLOSING ARGUMENTS TODAY, AND I WAS ALSO WONDERING IF IT

10     WOULD MAKE SENSE, AND IF IT WOULD WORK WITH THE JUDGE --

11     WITH YOUR SCHEDULE, YOUR HONOR, TO EVEN MAYBE PUSH THOSE

12     TO FRIDAY, JUST TO GIVE A LITTLE MORE TIME TO PULL THAT

13     TOGETHER.  JUST A THOUGHT.

14                   MS. MEW:  AND, YOUR HONOR, JUST FOR --

15     YOUR CAMERA IS NOT ON.  IT MIGHT HAVE BEEN INTENDED, BUT

16     I JUST WANTED TO LET YOU KNOW THAT, OR AT LEAST I CANNOT

17     SEE YOU RIGHT NOW.

18                   DR. KITCHENS:  I CAN SEE YOUR HONOR.

19                   MS. MEW:  OH.  OKAY.  NOW I CAN SEE YOU.

20                   DR. KITCHENS:  JUST THE TECHNOLOGY.

21                   MS. MEW:  IT IS THE TECHNOLOGY BECAUSE

22     NOW I CAN'T SEE YOU, DR. KITCHENS.

23                   DR. KITCHENS:  WOW, AND I SEE EVERYONE.

24                   THE COURT:  YEA, SO SOMETIMES WHEN THAT

25     HAPPENS I FIND IF I JUST TURN MY CAMERA OFF AND ON AGAIN

1    IT SEEMS TO FIX IT.  I DON'T KNOW, IT'S -- IT COMES AND

2    GOES.

3                    SO -- ALL RIGHT.  THAT'S OKAY.  I THINK

4    WHAT I WILL DO THEN IS MAYBE AT OUR FIRST BREAK TODAY OR

5    AT LUNCH TIME I WILL HUDDLE UP WITH MY TEAM HERE AND

6    FIGURE OUT THE -- BECAUSE I CAN'T GIVE YOU 100 PERCENT

7    OF MY TIME IN THE THE NEXT TWO DAYS, BUT I HAVE WINDOWS

8    SO I CAN GIVE YOU THE WINDOWS OF TIME WE CAN GET THINGS

9    FINISHED TOMORROW AND FRIDAY; OKAY?

10                   MS. MEW:  OKAY.

11                   DR. KITCHENS:  AND JUDGE, IF WE HAD TO

12   PREFERENCE BETWEEN THE TWO, BETWEEN THURSDAY AND FRIDAY,

13   THURSDAY WOULD BE MORE BENEFICIAL FOR ME.

14                   THE COURT:  WELL, I AM ALL IN FAVOR OF

15   CONTINUING TO MAKE PROGRESS SO WHAT I'M SURE THAT I WILL

16   DO IS GIVE YOU ALL THE TIME I CAN ON THURSDAY, AND IF --

17   AS FOR CLOSING ARGUMENTS, I DON'T -- BECAUSE YOU ARE NOT

18   -- I AM NOT GOING TO BE RULING FROM THE BENCH, YOU DON'T

19   NEED TO TRY TO JAM EVERYTHING IN MY HEAD FOR SOME KIND

20   OF LIKE GRAND FINALE.

21                   SO WE COULD -- I WILL THINK ABOUT IT A

22   LITTLE BIT, BUT WE COULD DO CLOSING ARGUMENTS.  IT DOES

23   NOT HAVE TO TO BE RIGHT AT THE END HERE.  ANOTHER

24   POSSIBILITY IS I HAD NOT THOUGHT ABOUT THIS BUT ANOTHER

25   POSSIBILITY IF WE DO POST TRIAL BRIEFING I COULD HAVE

1    YOU BACK ON FOR ARGUMENT AFTER THE BRIEFING COMES IN, IS

2    ANOTHER POSSIBILITY BUT LET ME THINK ABOUT THAT; OKAY?

3              MS. MEW:  THANK YOU, YOUR HONOR.

4              THE COURT:  ALL RIGHT.  ANY OTHER

5    BUSINESS?

6              DR. KITCHENS:  NO, YOUR HONOR.

7              THE COURT:  OKAY.  SO I BELIEVE WE WERE

8    DOING CROSS EXAMINATION OF DR. KITCHENS.  SO.

9              MS. MEW:  I'M SORRY, JUST BEFORE -- DR.

10   KITCHENS, COULD YOU TRY TURNING YOUR CAMERA ON AND OFF,

11   BECAUSE NOW I AM SEEING THE JUDGE BUT NOT YOU.  I TRIED

12   TURNING MINE ON AND OFF, I AM NOT SURE IF IT IS ON MY

13   END.

14             DR. KITCHENS:  OKAY.  LET ME TRY.  STILL

15   CAN'T SEE ME?

16             MS. MEW:  NO.

17             DR. KITCHENS:  HOW ABOUT NOW?

18             MS. MEW:  NOW I CAN.  LOOKS LIKE I HAVE A

19   CHOICE BETWEEN YOU OR YOUR HONOR, SO -- THAT'S FINE.

20             ACTUALLY, YOU KNOW WHAT IF --

21             THE COURT:  MUCH MORE IMPORTANT FOR DR.

22   KITCHENS TO BE ON CAMERA, SO THAT'S FINE.

23             MS. MEW:  OKAY.

24             THE COURT:  ALL RIGHT.  SO WE WILL RESUME

25   CROSS EXAMINATION OF DR. KITCHENS.

1                    MS. MEW, THE FLOOR IS YOURS AND, DR.

2    KITCHENS, JUST A REMINDER, YOU ARE STILL UNDER OATH.

3                    DR. KITCHENS:  UNDERSTOOD, YOUR HONOR.

4                    MS. MEW:  THANK YOU, YOUR HONOR.

5                    CROSS EXAMINATION (RESUMED.)

6    BY MS. MEW:

7    Q.     GOOD MORNING, DR. KITCHENS.

8    A.     GOOD MORNING, MS. MEW.

9    Q.     WE E-MAILED LAST NIGHT ABOUT SORT OF THE PENDING

10   EXHIBIT ISSUES, AND I JUST WANTED TO ADMIT TWO EXHIBITS

11   INTO EVIDENCE.

12                   MS. MEW:  DEFENDANTS MOVE TO ADMIT

13   EXHIBIT DX 28 INTO EVIDENCE?

14                   DR. KITCHENS:  NO OBJECTION, YOUR HONOR.

15                   THE COURT:  ADMITTED.

16                   (DEFENSE EXHIBIT 28 IS ADMITTED INTO

17   EVIDENCE.)

18                   MS. MEW:  AND DEFENDANT MOVES TO ADMIT DX

19   35 INTO EVIDENCE?

20                   DR. KITCHENS:  NO OBJECTION.

21                   THE COURT:  ADMITTED.

22                   (DEFENSE EXHIBIT 35 IS ADMITTED INTO

23   EVIDENCE.)

24                   MS. MEW:  AND WE HAVE NO FURTHER

25   QUESTIONS.

1                    THE COURT:  ALL RIGHT THEN.

2                    SO NOW, DR. KITCHENS, IS YOUR OPPORTUNITY

3      FOR REDIRECT.  JUST AS A REMINDER, THE REDIRECT SHOULD

4      BE LIMITED TO THE TOPICS OF CROSS EXAMINATION, WHATEVER

5      IT IS THAT MS. MEW BROUGHT UP, AND JUST FOR MY OWN

6      BENEFIT, DON'T FEEL LIKE YOU NEED TO REPEAT YOURSELF IF

7      IT IS SOMETHING YOU'VE ALREADY SAID.  NOT ONLY IS IT IN

8      THE RECORD, BUT I ALSO HEARD IT.  SO WITH THAT, GO

9      AHEAD.

10                    DR. KITCHENS:  ALL RIGHT, THANK YOU, YOUR

11     HONOR.

12                    REDIRECT EXAMINATION

13                    DR. KITCHENS:  LET'S SEE HERE.

14      IF WE COULD PULL UP, PLEASE, JX 4, WHICH IS -- EXHIBIT

15      JX 4, WHICH IS THE -- SORRY.  I'M SORRY.  I DON'T THINK

16      WE WERE PREPARED TO GO RIGHT TO IT, SO WE WILL WAIT FOR

17      MY WIFE TO GET THE EXHIBIT PULLED UP THERE.  WHICH

18      EXHIBIT IS THAT ONE?

19                    SORRY, THIS IS JX -- EXHIBIT JX 1.  JUST

20      SOME CLARIFICATION THAT I DID WANT TO -- TO KIND OF

21      RECTIFY HERE IS, AS WE CAN SEE HERE THIS IS A DOCUMENT

22      OF MY ELEMENTARY SCHOOL'S TRANSCRIPT.  AND ONE THING

23      THAT I DID WANT TO TALK ABOUT IS, IN THE FIRST GRADE WE

24      -- WE WERE ADDRESSING THE CONDUCT IN THERE, AS BEING

25      SATISFACTORY, "SS", BUT I DO WANT TO MAKE IT KNOWN THAT

1    IT WAS QUITE CLEAR THAT MY MOTHER WAS -- PLAYED A BIG

2    PART IN THAT BY COMMUNICATING WITH THOSE TEACHERS THERE.

3              BUT AS WE CAN SEE GOING FORWARD, IN THE

4    THIRD GRADE AND FOURTH GRADE, THESE -- WE CAN SEE THAT

5    THE CONDUCT IS A DRAMATIC DIFFERENCE THERE WITH N'S IN

6    CONDUCT FOR NON SATISFACTORY, AND "U", FOR

7    UNSATISFACTORY.  SO I DID WANT TO MAKE SURE THAT THAT

8    WAS POINTED OUT AS WELL.

9              WITH THIS CASE -- IF WE CAN SCROLL OVER

10   TO THE LEFT JUST A LITTLE BIT SO WE CAN SEE -- OR ZOOM

11   OUT JUST A TAD SO WE CAN SEE THE -- YES, THANK YOU.

12             AGAIN, WITH MY CASE HERE, IT IS ABOUT

13   CONCENTRATION AND BEING ABLE TO READ EXAM QUESTIONS;

14   RIGHT?

15             SO WHEN WE LOOK HERE, WE ARE LOOKING AT

16   MY READING, IF WE SEE THE SUBJECT HERE -- IF YOU CAN USE

17   THE CURSOR WHERE I AM SAYING -- AND COME OVER TO FIRST

18   GRADE, WE CAN SEE ACCORDING TO MY TESTIMONY AND ALSO MY

19   MOM'S, THESE WERE THINGS THAT -- WAS THE INDICATOR THAT

20   THE SCHOOL WANTED TO OR MY TEACHER WANTED TO HOLD ME

21   BACK.  SO IT WAS ALL UNSATISFACTORY.

22             AND IF WE CAN GO EVEN FURTHER ACROSS WE

23   CAN SEE THAT IN SECOND GRADE THESE PARTICULAR -- THIS

24   PARTICULAR SUBJECT WAS LOWER THAN ANY OTHER SUBJECTS

25   HERE.  IN THE THIRD GRADE, WE HAVE A FAILING GRADE OF A

1    67.  THEN A 71, WHICH WAS A BARELY PASSING AT -- WITH

2    THE PASSING BEING A 70 PERCENT.  AND THEN WE EVEN SEE A

3    43 PERCENT ON MY REPORT CARD.  AND THEN A 77.

4                  SO WE CAN SEE A DRAMATIC CHANGE.  EVEN IN

5    THE FOURTH GRADE, WE SEE FAILING GRADES HERE OR BARELY

6    MAKING IT TO A PASSING GRADE AT A 70, AND A 72 FINAL --

7    PERCENTS FOR THOSE.

8                  SO -- AND ANOTHER THING THAT I WANTED TO

9    ALSO MAKE SURE I BROUGHT UP HERE, PREVIOUSLY -- WE CAN

10   MOVING OVER TO THE LEFT, PLEASE.  TOWARDS THE SAIL

11   PROGRAM.

12                  WHETHER OR NOT WE -- YOU KNOW, IT HAS

13   BEEN TESTIFIED BEFORE THAT A PERSON THAT WOULD HAVE ADHD

14   WOULD SHOW THAT THEY HAVE GRADES THAT WOULD BE SUB PAR

15   OR INSUFFICIENT, ET CETERA, AND EVEN HAVE AN

16   INDIVIDUALIZED SCHOOLING THERE OR EDUCATION.

17                  AND I WANT IT TO BE NOTED THAT WE CAN SEE

18   HERE, IN THE FOURTH GRADE, I -- WHICH I WAS NOT AWARE OF

19   THIS, IT SAYS THAT I WAS IN THE SAIL PROGRAM.  WHETHER

20   OR NOT WE KNOW WHAT THE SAIL PROGRAM ACTUALLY MEANS OR

21   NOT, WE SEE THAT THE TEACHER WROTE DOWN FOR MY READING,

22   AND OVER TO THE LEFT OF IT IT SAYS THAT IT IS

23   INDIVIDUALIZED INSTRUCTION.

24                  SO I DID WANT TO MAKE SURE THAT I TOUCHED

25   ON THAT.  AND IT'S ALREADY IN THE RECORD.  WE CAN REMOVE

1    THAT ONE.  OR, FOR TIME SAKE I WOULD LIKE TO MOVE PRETTY

2    QUICK, YOUR HONOR.

3            WHEN WE LOOK AT -- IF WE CAN PULL UP JX

4    3, WHICH IS MY HIGH SCHOOL TRANSCRIPT?  WE TALKED ABOUT

5    -- WHAT I WOULD LIKE TO SEE HERE IS -- IT WAS MADE A

6    POINT ABOUT MY AP COURSES AND THAT -- AND IT SEEMS LIKE

7    IT -- YOU KNOW, I DON'T WANT TO SUGGEST WHAT COUNSEL WAS

8    -- WAS LEADING TO, BUT I DO WANT IT TO BE KNOWN THAT

9    WHEN WE ARE LOOKING AT THIS THESE PARTICULAR COURSES,

10   SUCH AS -- IF WE CAN SEE AP BIOLOGY, AT THE TOP, THE

11   MIDDLE COLUMN.  YES, THE VERY TOP.  GO UP ONE.

12            WE SEE THAT I DID HAVE AN 88 PERCENT IN

13   THAT CLASS.  AND THEN IF WE GO DOWN WE SEE AP BIOLOGY,

14   AGAIN, AT A 91 PERCENTILE.  AND WE ALSO SEE, RIGHT UP

15   UNDER THAT WE HAVE -- UP UNDER THAT PARTICULAR AP

16   BIOLOGY, WE HAVE HEALTH.  THIS IS HEALTH CAREER.  THIS

17   WAS WHERE WE WOULD GO INTO THE HOSPITALS A CERTAIN

18   AMOUNT OF STUDENTS, IT WAS SIX US OF US IN THAT

19   PARTICULAR CLASS, AND I HAD A 85 PERCENTILE IN THAT

20   SCIENCE COURSE AS WELL.

21            AND ALSO, I KNOW THAT I HAVE ALREADY

22   TOUCHED ON IT THERE, THE ACT PREP COURSE, WHICH WAS ALSO

23   CONSIDERED AN INDIVIDUALIZED COURSE WHO THOSE WHO HAVE

24   HAD TO REPEAT THE ACT BECAUSE OF SUCH INSUFFICIENT

25   SCORES.  AND I WANT IT TO BE ALSO KNOWN THAT IN THESE AP

1    COURSES, ESPECIALLY IN MY AP BIOLOGY COURSE, THERE WAS

2    ONLY FIVE OF US IN THAT -- IN THAT PARTICULAR COURSE.

3                   AND THE IMPORTANCE OF THAT, AS I SAID

4    BEFORE, OF THE BACKGROUND OF HOW MY SCHOOL WAS -- WAS

5    STRUCTURED, IS YOU GO DOWN DIFFERENT PATHWAYS TO KIND OF

6    SOLIDIFY OR KIND OF -- YEAH, SOLIDIFY THAT SMALL AMOUNT

7    OF NUMBER IN SUCH A COURSE FOR HIGH SCHOOL, IS THAT YOU

8    GO DOWN THOSE DIFFERENT PATHWAYS AS WELL.

9                   SO THAT THERE WASN'T -- AGAIN, IT WAS

10   LIKE AN INDIVIDUAL -- AS ONE-ON-ONE WITH THE PROFESSORS

11   THERE -- WITH MY TEACHERS, JUST BECAUSE OF SUCH A SMALL

12   AMOUNT OF TIME.

13                  IF YOU CAN LOOK AT THE 12TH GRADE, THAT

14   SAME COLUMN, YES, YOU SEE THAT IT SAYS "CLINICAL

15   INTERNSHIP," THERE.  YES.  CLINICAL INTERNSHIP, AND IT

16   SAYS THAT I HAD A 92 PERCENT.  THIS WAS THE ONLY FOUR

17   SENIORS WHO WAS INSPIRING TO GO INTO THE MEDICAL FIELD.

18                  AGAIN, WE WENT DOWN THE SCIENCE TRACK

19   HERE AND THIS IS THE NEXT LEVEL FROM THE OTHER CLINICAL

20   COURSE.  AND YOU CAN SEE THERE WE -- I GAINED A -- A

21   VERY GOOD SCORE THERE OF A 92 PERCENT, SHOWING THAT MY

22   SUFFICIENCY IN ACTUALLY BEING INSIDE OF THE -- OF THE

23   HOSPITAL CLINICAL THERE.  AND THIS IS ALREADY IN THE

24   RECORD.

25                  SO I WOULD LIKE TO MOVE ON NOW TO JX 4,

1    WHICH SHOULD BE THE BEREA TRANSCRIPT.  YES.

2                SO AS WE CAN SEE HERE IT WAS MADE A POINT

3    HERE ABOUT FOCUSING IN ON MY SCIENCE GPA, AND I WANT IT

4    TO BE KNOWN THAT JUST BECAUSE A PERSON HAS A LOWER GPA

5    OR A -- LOWER GRADES -- WE LOOKED AT THE CHEMISTRY

6    COURSE WITH A D, AND WHICH I -- LET'S SEE IF I CAN SEE

7    WHERE THAT WAS LOCATED.

8                ACTUALLY FOR TIME SAKE, MS. MEW YESTERDAY

9    SHOWED US THOSE -- THOSE PARTICULAR SCORES.  FOR THAT

10   CHEMISTRY COURSE I HAD A D IN THERE.  AGAIN, I DID NOT

11   HAVE ANY UNOFFICIAL ACCOMMODATIONS IN THAT PARTICULAR

12   CLASS.  WHICH, HINDSIGHT, I DEFINITELY WOULD HAVE WANTED

13   TO GO BACK THERE AND DO THAT AND ASK FOR IT.

14               AND FOR MY BOTANY COURSE, I DID HAVE

15   THOSE UNOFFICIAL ACCOMMODATIONS WHEN I HAD A C PLUS IN

16   THERE.  AND I WANT IT TO ALSO BE KNOWN THAT THESE

17   PARTICULAR GRADES HERE, AND MY SCIENCE GPA, ARE WAY -- A

18   LITTLE BIT DIFFERENT FROM MY MAJOR COURSES BECAUSE IF

19   YOU LOOK AT THE DIFFERENCE BETWEEN -- AGAIN, WITH THIS

20   PARTICULAR CASE, WE ARE NOT TALKING ABOUT WHETHER OR NOT

21   I CAN -- WHETHER OR NOT I CAN PERFORM TASKS IN -- IN

22   LIFE, SUCH AS -- OUTSIDE OF READING AND COMPREHENSION

23   AND SUCH A HIGH STRESSFUL SITUATION.

24               AND WITH MUSIC, THOSE THINGS ARE MORE

25   HANDS ON AND I AM A HANDS ON PERSON.  AND THIS IS WHY IT

1    IS PREVALENT OR WHY IT HAS BEEN SHOWN THROUGH

2    DOCUMENTATION OF MY TRANSCRIPTS IN EVEN MEDICAL SCHOOL,

3    WHERE THOSE CLASSROOM COURSES WERE MUCH LOWER THAN THE

4    CLINICAL -- THE CLINICAL ROTATIONS, WHICH IS -- WHICH IS

5    SHOWING THAT THOSE GRADES FROM THE CLINICALS -- AND I'M

6    SORRY, YOU CAN TAKE THIS DOCUMENT DOWN.  I THINK IT'S

7    ALREADY IN THE RECORD AS WELL -- ARE SHOWING THE

8    DIFFERENCE BETWEEN SITTING IN A CLASSROOM, HAVING TO

9    FOCUS AND TAKING AN EXAM, VERSUS IN MY CLINICALS, BEING

10   HANDS ON, TALKING WITH PATIENTS AND APPLYING THE

11   KNOWLEDGE, ALSO SHOWING THAT ON THE MERITS THE

12   INFORMATION IS CLEAR.

13            OTHERWISE, THE DOCTOR -- AS WE HEARD FROM

14   DIFFERENT TESTIMONIES, HAD TO REPEAT A CERTAIN ROTATION.

15   THEY ARE NOT GOING TO ALLOW -- BECAUSE SEE, THE DOCTORS,

16   THEIR JOB IS TO MAKE SURE THAT WE ARE TRAINED SO THAT

17   WHEN WE GO ON WE ARE NOT GOING TO KILL SOMEONE.  YOU

18   KNOW, THAT'S THE -- I MEAN, THAT'S THE -- THAT'S THE

19   REAL -- THE BIG DEAL OF THOSE THINGS AND THE DOCTORS

20   WILL TELL YOU, AND THEY ARE VERY HARD ON YOU.

21            I MEAN, ITS LIKE MILITARY, IS WHAT WE

22   ALWAYS USED TO SAY AS STUDENTS.  BECAUSE IT WAS VERY

23   STRICT, AND SO IF YOU DID NOT HAVE THAT INFORMATION TO

24   BE ABLE TO APPLY IT RIGHT THEN AND THERE, BECAUSE -- AND

25   TO GIVE AN EXAMPLE, WE COULD BE STANDING RIGHT OVER A

1    PATIENT IN A TEACHING HOSPITAL -- THIS IS INFORMATION

2    THAT'S WELL KNOWN, THE PATIENTS BE LAYING IN THE BED AND

3    YOU HAVE TO PRESENT TO YOUR -- TO YOUR ATTENDING, AND HE

4    MAY HAVE ASKED YOU QUESTIONS ABOUT DIFFERENT THINGS YOU

5    MIGHT HAVE MISSED, RIGHT THERE ON THE SPOT AND IN FRONT

6    OF THE PATIENT.

7                    SO THOSE GRADES THERE SHOULD BE WEIGHED

8    HEAVIER THAN THOSE LOWER GRADES TO SAY MAYBE THIS PERSON

9    IS NOT A GOOD STUDENT AND MAYBE THEY JUST WASN'T

10   PREPARED TO TAKE THESE EXAMINATIONS.

11                   AND I WILL MOVE ON NOW TO -- IF WE CAN

12   PULL UP NOW DX 3?  DX 3, PLEASE?

13                   SORRY, YOUR HONOR.  YOU SAID NOT TO

14   DISCUSS THINGS AND I DID NOT DISCUSS OR -- OR GIVE MY

15   WIFE AN UPDATE OF WHAT I WAS GOING TO BE DOING, SO...

16                   SO IN THIS PARTICULAR -- IN THIS DOCUMENT

17   HERE, SO -- THAT WE BROUGHT UP ABOUT THE TUTORING

18   COURSES, THE KEY ABOUT -- THE KEY THING ABOUT THIS IS

19   THAT BEFORE WE -- WE ZOOMED IN ON ONE PARTICULAR

20   TUTORING COURSE, WHICH WAS THE VERY FIRST TUTORING

21   COURSE, NOT TO MENTION THE SEVERAL OTHER COURSES THAT I

22   -- THAT I ATTENDED AFTER THAT.

23                   ONE, AND THAT I ALSO HAVE HERE IN MY -- I

24   THINK THIS IS MY DECLARATION?  YES, I BELIEVE SO.

25                   SO AND WITH -- AND IN THIS PARTICULAR

1    AREA, WE WERE TALKING ABOUT THE SMASH USMLE, BUT AFTER

2    THAT ONE I ALSO DID THE STEP PREP A.B.C., AND THEN --

3    AND THEN I ALSO -- SORRY, THAT WAS THE THIRD ONE.

4              AND THE SECOND ONE THAT I DID WAS ALSO

5    THE PREP EAGLE COURSE, WHICH WAS AN INTENSE THREE-WEEK

6    LONG MONDAY THROUGH FRIDAY, FROM 8 A.M. TO 5 P.M., WITH

7    A LUNCH BREAK.  AND WE ALSO HAD PREPS WHERE WE HAD TO GO

8    THROUGH PRACTICE QUESTIONS ONE-ON-ONE TUTORING EVERY

9    SINGLE DAY.  AND AT THE END OF EVERY DAY YOU MET WITH

10   THE ACTUAL OWNER WHO IS AN EMERGENCY MEDICINE PHYSICIAN.

11             NOT ONLY THAT, FOR THE PROGRAM OF THE

12   SMASH USMLE, AS WE CAN SEE HERE, THE SMASH USMLE IS ALSO

13   -- YOU ALSO MEET WITH HIM AND INDIVIDUALIZED TUTORING

14   WITH THE -- THE M.D., WHO OWNS IT -- WHO -- I'M SORRY,

15   WHO IS THE C.E.O., WHO IS ALSO AN INTERNAL MEDICINE

16   PHYSICIAN AND WHO'S WROTE SEVERAL DIFFERENT PREP BOOKS

17   AND USED WORLDWIDE.  AND ESPECIALLY FOR INTERNATIONAL

18   MEDICAL GRADUATES, TO HELP TAILOR, TO HELP THEM TO SEE

19   THE BIGGER PICTURE.

20             SO IT WAS NOT FROM THE LACK OF, WELL, I

21   TOOK A PREP COURSE, YOU KNOW, A WHOLE YEAR IN ADVANCE

22   AND NOW I JUST EXPECTED TO PASS THE USMLE AS WELL.  SO

23   WE CAN NOW TAKE DOWN AND I THINK THIS IS ALREADY IN THE

24   RECORD AS WELL.

25             IF WE COULD, LET'S SEE, IF WE CAN PULL UP

1    THE CBSE, WHICH IS PX 52, PX 52.  YES.

2                    SO AGAIN, I WANTED TO TOUCH JUST A TAD

3    BIT BECAUSE I KNOW I KIND OF TALKED ABOUT IT ALREADY

4    JUST FOR TIME SAKE.  HERE I WANT IT TO BE UNDERSTOOD

5    THAT THIS EXAMINATION WAS -- WAS AUTHORIZED BY MY

6    UNIVERSITY, NOT NECESSARILY THROUGH ME, AND YES, IT WAS

7    PROCTORED.  THE DIFFERENCE HERE WITH THIS PARTICULAR

8    SCORE IS, AGAIN, I CAN TAKE IT AS MANY TIMES, THERE IS

9    NO REPERCUSSIONS ON IT.  AND I HAD OTHER THINGS THAT

10   WERE IMPORTANT TO ME AT THAT TIME AND THIS PARTICULAR

11   SCORE HERE, I WOULD SAY WITH CONFIDENCE, WAS NOT THE

12   ACCURATE REPRESENTATION OF MY -- OF MY -- ACCURATE

13   REPRESENTATION OF MY KNOWLEDGE WITH THOSE

14   ACCOMMODATIONS.

15                   AND GOING FORWARD, IF I WOULD HAVE TAKEN

16   THE EXAM AGAIN I WOULD HAVE STILL GOTTEN THOSE

17   ACCOMMODATIONS BUT I DO -- ALSO, IF WE CAN BRING UP THE

18   CBSSA, IF WE CAN TAKE THIS ONE DOWN.  I THINK IT IS

19   ALREADY IN THE RECORD.  PX 53.  PX 53.

20                   THIS IS A DOCUMENT ON ME TAKING THE CBSSA

21   ON FEBRUARY THE 14TH.  IT WAS -- YOU KNOW, IT WAS

22   BROUGHT TO THE ATTENTION TO THE COURT THAT -- THAT THIS

23   EXAMINATION IS NOT PROCTORED, AND IT IS TAKING HERE, AT

24   MY HOME.  IF YOU COULD SCROLL DOWN TO THE -- JUST KEEP

25   GOING DOWN TO THE VERY LAST PAGE.  LET ME SEE.  AND KEEP

1    GOING, KEEP GOING, KEEP GOING.  STOP.  HERE.  SCROLL UP

2    JUST A LITTLE BIT.  YES.

3              SO WE CAN SEE THAT THIS WAS FORM 25, AND

4    IT WAS MADE AWARE THAT THIS FORM HAD BEEN TAKEN BEFORE,

5    BY MYSELF.  AND THAT IS TRUE, BUT WE NEED TO ALSO

6    REMEMBER THAT THE -- REMEMBER THIS -- THE TIMING OF

7    THIS.  MS. MEW MADE IT CLEAR THAT ON JULY THE 11TH,

8    2021, I TOOK THAT EXAM.  AND THEN ON FEBRUARY 14TH, AS

9    WE SEE HERE, I TOOK THE EXAM.

10              SO WE ARE TALKING -- YOU KNOW, SEVEN PLUS

11   MONTHS LATER ON DOWN THE ROAD OF ME RE TAKING THIS

12   EXAMINATION.  THE KEY POINT HERE IS THAT WE SEE THAT IT

13   SAYS "STANDARD PACE," WHICH MEANS THAT IT IS TIMED.  YOU

14   CANNOT JUST GO OUT OF THE EXAM OR REVISIT IT, ET CETERA,

15   BECAUSE THAT TIME WILL KEEP GOING IF YOU ARE WITHIN THAT

16   PARTICULAR -- IF YOU ARE WITHIN THAT BLOCK.

17              IF SOMEONE, HYPOTHETICALLY, WAS TO SCREEN

18   SHOT THOSE QUESTIONS FROM THEIR PREVIOUS FORM TO TAKE ON

19   THIS PARTICULAR EXAMINATION, THE QUESTION WOULD REALLY

20   COME DOWN TO IT IS, WOULD THAT BENEFIT THE CANDIDATE,

21   ESPECIALLY KNOWING THAT THEY ARE HAVING TO TAKE THE STEP

22   1 EXAMINATION ONLY LESS THAN A A WEEK, OR A WEEK DOWN

23   THE ROAD.

24              I DON'T THINK THAT WOULD BENEFIT THEM.

25   ONE.  TWO, IF THEY DID SCREEN SHOT THE QUESTIONS -- OR

1    BECAUSE THEY -- YOU KNOW THAT IS A POSSIBILITY TO BE

2    ABLE TO DO, IF THAT WAS DONE, IT WOULD BE VERY HARD FOR

3    THAT -- SORRY, NOT PATIENT -- IT WOULD BE VERY HARD FOR

4    THAT TEST TAKER TO TRY TO FIND THOSE QUESTIONS, BECAUSE

5    AGAIN IT IS A SCREEN SHOT.  IT'S NOT LIKE A WORD

6    DOCUMENT.

7              SO WITH THAT SCREEN SHOT THEY WON'T

8    NECESSARILY HAVE THE TIME TO GO AND LOOK FOR THAT

9    QUESTION.  AND AGAIN, IT -- EVEN THOUGH IT IS THE SAME

10   QUESTIONS, IT WON'T BE IN THE SAME ORDER EVERY SINGLE

11   TIME YOU GO IN IT.  QUESTION NUMBER ONE, IN FORM -- I

12   MEAN IN BLOCK ONE, QUESTION ONE, MAYBE BLOCK FOUR

13   QUESTION 25.

14             SO IT'S NOT REALLY FEASIBLE FOR -- OR

15   LOGICAL FOR A PERSON TO ACTUALLY CHEAT THEMSELVES.  IT'S

16   NOT BENEFICIAL TO THEM.  SO -- SO YES, BUT IF WE COULD,

17   PULL UP THE FORM 25?  SORRY, FORM 29, THAT I -- SORRY.

18   I FORGET WHICH -- ONE SECOND, I WANT TO PULL UP THE --

19   THE FORM WHERE WE HAD THE ENTIRE -- ONE SECOND HERE.

20   CAN WE PULL UP -- YES, AND CAN YOU SCROLL DOWN, PLEASE

21   TO SHOW THAT FORM.  AND ZOOM IN, PLEASE.  THANK YOU.

22             WE SEE HERE -- SORRY, THIS IS FORM 30.

23   THIS IS FORM 30.  AND IT WAS TAKEN ON -- YES, FORM

24   12022.  AND -- BUT THIS IS -- NO, THIS IS NOT THE FORM I

25   AM ACTUALLY LOOKING FOR, BUT WE CAN STAY HERE WITH THIS

1      ONE.

2                   THIS PARTICULAR FORM WE TALKED ABOUT --

3      YOU KNOW, AGAIN GOING WITH REPEATING THIS FORMS.  WELL,

4      COUNSEL FORGOT TO MENTION THAT ON THIS PARTICULAR FORM

5      -- AND SCROLL ALL THE WAY UP TO THE TOP WHERE WE SEE THE

6      PASSING SCORE -- THIS WAS A FORM THAT I HAD NEVER TAKEN

7      BEFORE.  I HAVE NEVER FORM 30 BEFORE, NOR FOR FORM 29,

8      WHICH WAS ALSO A PASSING SCORE, I HAD NEVER TAKEN

9      BEFORE.

10                  SO -- AND AGAIN, IT WOULD NOT BENEFIT ME

11     AND THIS IS ALSO SHOWING THAT ON MY OWN ON MERITS, ON

12     STANDARD PACE -- ESSENTIALLY THOSE ACCOMMODATIONS FOR

13     MYSELF, I WAS ABLE TO PASS ON MY MERITS.

14                  IT IS ALSO TO BE NOTED THAT TO BE ABLE TO

15     BE PROCTORED, TO THE BEST OF MY KNOWLEDGE, TO BE ABLE TO

16     BE PROCTORED FOR THE NBME -- WELL, WE CALL IT THE NBME,

17     BUT FOR THE CBSSA, YOU HAVE TO BE A MEDICAL STUDENT,

18     BECAUSE YOUR SCHOOL ORDERS THIS AND THEY ORDER IT TO GO

19     THROUGH THE -- THE CBSSA.

20                  IT'S NOT, TO MY KNOWLEDGE, THAT YOU CAN

21     GO AND REGISTER WITH THE -- WITH THE PROMETRIC CENTER

22     AND THEN E-MAIL THEM ANY OF THESE -- THESE EXAMINATIONS

23     THAT I PERSONALLY ORDERED AND NOT THE UNIVERSITY

24     ORDERED.  AND I THINK -- AND ACTUALLY, I DON'T -- I

25     WOULD LIKE TO PUT IN TO THE RECORD PX 55?

1                    I'M NOT SURE IF IT'S IN THERE AS OF YET.

2                    MS. MEW:  NO OBJECTION.

3                    THE COURT:  PX 55 ADMITTED.

4                    (PLAINTIFF EXHIBIT 55 IS ADMITTED INTO

5         EVIDENCE.)

6                    DR. KITCHENS:  OKAY.  AND CAN WE PULL UP

7         DX 84, PLEASE?  DX 84.  ALL RIGHT.  THANK YOU.

8                    SO WE TALKED ABOUT THIS LETTER HERE THAT

9         I ASKED MY WIFE TO PRODUCE ON MY BEHALF.  IF WE CAN

10        SCROLL DOWN SOME SO WE CAN SEE THIS.  AND I -- YES, AND

11        SCROLL UP?  THANK YOU.  HERE.

12                   SO I WANT IT TO BE KNOWN THAT -- AT THIS

13        TIME -- YOU KNOW -- I ASKED MY WIFE TO WRITE THIS LETTER

14        ON MY BEHALF.  AND WE DID NOT HAVE THE KNOWLEDGE THEN TO

15        KNOW THAT -- BECAUSE WE WASN'T IN ANY CIVIL LITIGATION

16        AT THOSE TIMES AND OF COURSE, I ASKED HER -- BECAUSE

17        AGAIN, I LOOKING AT MYSELF AS I AM THE LITTLE PERSON, IT

18        IS JUST ME, I AM AN IMG, AND THE PERCEPTION, YOU KNOW,

19        COULD BE THAT, WELL, THIS PERSON PROBABLY DOES NOT HAVE

20        THOSE -- THE RESOURCES OR THE WEIGHT BEHIND THEM TO

21        ACTUALLY FORCE US TO DO SOMETHING.

22                   AND EVEN -- SO, I WANTED MY WIFE'S

23        LETTERHEAD TO BE KIND OF LIKE HEY, LISTEN, YOU GUYS NEED

24        TO REALLY LEAN IN ON THIS AND REVIEW THIS.  OTHERWISE,

25        WE ARE GOING TO TAKE SOME LEGAL ACTION HERE, HOPING THAT

1    THIS WOULD GET THEIR ATTENTION.

2                    IN THAT E-MAIL, WHEN I CAME HOME, WHEN I

3    SAW THE SCORE AND I WAS ALSO THINKING TO MYSELF LIKE,

4    WAIT A SECOND, THIS CAN'T BE RIGHT.  I TOOK 320

5    QUESTIONS, WHICH HAS BEEN CLEAR THAT I HAVE NOT TAKEN

6    320 QUESTIONS.

7                    AND THAT IT WAS ONLY THE 280 QUESTIONS

8    THAT ARE GIVEN ON THE EXAMINATION, WHICH ALSO

9    DEMONSTRATES THE LACK OF ATTENTION AND CONCENTRATION

10   THAT I WAS ABLE TO HAVE ON THIS HIGH STAKES EXAMINATION.

11                   AND I THINK THIS IS ALREADY IN THE RECORD

12   AS WELL, DX 84.  LET'S SEE IF WE CAN -- ALMOST DONE

13   HERE.  YES, IF WE CAN PULL UP JX 10, PLEASE?  JX 10.

14                   SO JX 10 IS A DOCUMENT OF MY -- MY USMLE

15   STEP -- STEP SCORE THAT I TOOK ON MAY 9TH.  YOU KNOW, IT

16   -- IT WAS MADE APPARENT THAT, YOU KNOW, I DID NOT APPLY

17   FOR ACCOMMODATIONS ON THIS PARTICULAR EXAMINATION AND I

18   JUST WANT TO -- TO STATE FOR THE RECORD, AGAIN, THAT

19   WHEN I APPLIED FOR -- ORIGINALLY, FOR THE -- FOR

20   ACCOMMODATIONS, I DID NOT WAIT UNTIL AFTER I HAVE TAKEN

21   ONE OF THE EXAMS AND FAILED THE EXAM, AND THEN SAY THAT

22   I HAVE THIS DISABILITY AND I WANT TO APPLY FOR

23   ACCOMMODATIONS.

24                   I APPLIED FOR THE ACCOMMODATIONS

25   ORIGINALLY, BEFORE EVER TAKING THE EXAM AND I DID IT IN

1    A -- A TRANSPARENT WAY.  I NEVER QUESTIONED ANY OF THE

2    -- YOU KNOW, THE VALIDITY OF THE DOCUMENTATION FROM MY

3    PHYSICIAN, EVEN THOUGH IT WAS A -- YOU KNOW, WHAT --

4    WHAT CAN BE PERCEIVED TO BE A -- A SHORTER OR NOT

5    SUFFICIENT ENOUGH DOCUMENTATION FOR THOSE WHO DON'T

6    UNDERSTAND WHO TO READ THESE PARTICULAR LETTERS OF

7    RECOMMENDATIONS.

8                    IT WAS TRANSPARENT.  I WAS NOT TRYING TO

9    GET A GAIN.  AND SO GOING FORWARD, MY TRUST, OR -- OF --

10   MY TRUST IN THE NBME'S SYSTEM TO ACCOMMODATE THOSE WHO

11   HAVE A DIAGNOSES OR HAS A DISABILITY WAS SUBSTANTIALLY

12   LOWERED AND I WAS JUST LIKE, I'M GOING TO APPLY AND THEY

13   ARE JUST GOING TO DENY ME ANYWAY, I DON'T HAVE ANY MORE

14   INFORMATION, ET CETERA.

15                   SO I'M GOING TO GO AHEAD -- AND AGAIN,

16   SINCE I HAVE TAKEN THE PRACTICE EXAMINATION THAT SHOWED

17   THIS, THAT I WOULD HAVE PASSED WITH HAVING THESE --

18   THESE ACCOMMODATIONS, MEANING IN MY OFFICE, ET CETERA,

19   TIME IS OF THE ESSENCE AND TIME IS NOT ON MY SIDE IN

20   THIS CASE.  SO I DIDN'T HAVE THE CHOICE BUT TO GO AHEAD

21   AND TO TAKE THIS EXAMINATION WITHOUT APPLYING FOR THOSE.

22                   AND THAT -- THAT GOES WITH ANY OTHER OF

23   THE EXAMINATIONS THAT I TOOK WITHOUT REAPPLYING FOR

24   THOSE ACCOMMODATIONS THERE.  AND THIS IS ALREADY IN THE

25   RECORD.

1              IF WE CAN GO TO DX 93?

2              DX 93 IS THE PHONE CALL THAT WE -- THAT I

3     CALLED IN THERE.  AND CAN WE SCROLL DOWN, PLEASE?   KEEP

4     GOING.  ONE SECOND.  SCROLL DOWN SOME MORE.  SCROLL DOWN

5     SOME MORE.  STOP HERE, PLEASE.

6              SO ON THIS PHONE CALL, FOR AN --

7     ESPECIALLY FOR AN INTERNATIONAL MEDICAL GRADUATE, I CAN

8     TELL YOU THAT MAJORITY -- WELL, I CANNOT SPEAK FOR OTHER

9     PEOPLE BUT WHAT I WILL SAY, FROM MY EXPERIENCE AND THE

10    WAY I FEEL PERSONALLY IS THAT, AS AN IMG, WE HAVE TO GO

11    THROUGH THESE EXTRA LOOPHOLES.

12             AND EVEN AS AN AMERICAN, YOU KNOW, EVEN

13    FOR THE PRELIMINARY INJUNCTION, I WAS NOT ABLE TO EVEN

14    GO THROUGH WITH THAT BECAUSE OF A TECHNICALITY OF HAVING

15    TO TAKE AN ENGLISH EXAMINATION, WHICH IS -- I UNDERSTAND

16    AND I CAN APPRECIATE WHY THAT IS IN PLACE FOR THOSE WHO

17    ARE COMING FROM NON ENGLISH SPEAKING COUNTRIES, YOU

18    KNOW, THOSE TYPE OF THINGS I CAN APPRECIATE THAT, BUT AS

19    A BORN U.S. CITIZEN WHO SPEAKS ENGLISH AS MY -- MY FULL

20    -- AS MY ONLY LANGUAGE, YOU KNOW, THOSE ARE LOOPHOLES

21    THAT WE HAVE TO -- THAT ARE PUT THERE THAT WE HAVE TO

22    PAY MORE MONEY TO SIT AND TAKE THESE THINGS, AND ALSO

23    HINDER TIME AS WELL.

24             SO WHEN WE LOOK AT THESE THINGS, WHEN WE

25    HAVE A FAILED SCORE OR WE DON'T REALLY -- OR EVEN PEOPLE

1    WHO HAS PASSED A USMLE AND GOT EVEN A LOWER SCORE THAN

2    WHAT THEY FELT THEY SHOULD HAVE HAD AND QUESTIONED THE

3    VALIDITY OF THOSE TEST SCORES, WE WRITE IN TO THE NBME

4    WITH LITTLE TO NO EFFECT FROM THEM.

5             SO YOU HAVE TO USE CERTAIN LANGUAGE HERE

6    TO ACTUALLY SAY -- FOR THEM TO ACTUALLY -- TO GET THEM

7    TO RECOGNIZE IT.  AND THE TRUST IN THEIR SYSTEM AND --

8    THE TRUST IN THEIR SYSTEM TO CORRECTLY GRADE YOUR -- TO

9    GRADE YOUR SCORES IS JUST NOT THERE.

10            AS WE CAN SEE HERE, IT SAYS -- THE FIRST

11   LINE WHERE IT SAYS, "NBME," IT SAYS -- SORRY, IF WE CAN

12   SCROLL UP JUST A LITTLE BIT TO GIVE A LITTLE BIT OF

13   FOUNDATION TO THAT HERE, PLEASE.  YES.

14            I SAID TO THEM, IT IS TRUE THAT IT IS --

15   NO NBME SAID TO ME, "IT IS TRUE THAT IT IS VERY UNLIKELY

16   THAT A SCORE WILL CHANGE.  I HAVE BEEN HERE A LITTLE

17   OVER 12 YEARS AT THE NATIONAL BOARD," I GUESS OF MEDICAL

18   EXAMINERS AND SHE'S SAYING THAT NO, I HAVE NEVER SEEN

19   OUR SYSTEM, BECAUSE THERE IS NO WAY POSSIBLE FOR OUR

20   SYSTEM TO BE WRONG, EVEN THOUGH WE ARE SEEING IN OTHER

21   HIGH SAKES EXAMINATIONS, SUCH AS THE LSAT, HAS BEEN

22   WRONG AND HAS SENT OUT PASSING SCORES TO PEOPLE WHO DID

23   NOT PASS AND VICE VERSA AND HAD TO COME OUT PUBLICLY AND

24   SAY, WHOA, GUYS SORRY, WE HAD TO CHANGE THIS.

25            BUT NOT THE MEDICAL BOARD OF MEDICAL

```
 1    EXAMINERS, NO.  AND THAT MAKES IT HARD TO BELIEVE.  AND

 2    THAT IS WHEN I SAID HERE, THEY -- THAT -- SHE EVEN

 3    REITERATED THAT ON -- THE NBME SAYS TO ME THAT "I HAVE

 4    NOT KNOWN" -- "THANKS.  I HAVE NOT KNOWN A SCORE TO

 5    CHANGE AS A RESULT OF A SCORE RECHECK.  I HAVE NEVER

 6    SEEN THAT HAPPEN."

 7                 SO HOW IS IT THAT A PERSON WHO IS TAKING

 8    AN EXAM IS SUPPOSED TO TRUST THAT, WHEN THEY WON'T ALLOW

 9    YOU TO GO BACK TO THAT SECURE LOCATION, PROCTORED AS

10    THEY HAVE -- AS IT HAS BEEN SAID, PROCTORED LOCATION TO

11    GIVE THAT EXAM AND FOR YOU TO LOOK AT THE VERY SAME EXAM

12    THAT YOU TOOK AND GO THROUGH THE SAME PROTOCOLS TO GO

13    INTO THAT SECURED LOCATION TO REVIEW YOUR EXAMINATION.

14                 NOW, I UNDERSTAND THAT -- AND I CAN

15    APPRECIATE THE NBME TO PROTECT THE INTEGRITY OF THEIR

16    EXAM.  I UNDERSTAND THAT.  BUT THERE SHOULD BE SOMETHING

17    MORE IN -- IN PLACE, SOME TYPE OF GUIDELINES IN PLACE TO

18    ACTUALLY EASE THE PERSON, THE APPLICANT, OR THE TEST

19    TAKER'S MIND WHEN THEY SAY LISTEN, YOUR SCORE IS CORRECT

20    BECAUSE HERE, YOU CAN SEE -- AND I'M SURE LATER ON THAT

21    -- POSSIBLY THAT THE -- COUNSEL MAY BRING UP AN EXAM OF

22    THIS -- WHERE IT WOULD SAY STEP 1, BLOCK ONE, IT HAS THE

23    DATE, AND THEN THEY WILL -- IT SAYS, WAS A SCORE GIVEN

24    ONE OR ZERO, YES OR NO, WHAT ANSWER CHOICE DID THE --

25    THE PATIENT, DID THE -- THE TEST TAKER MARK, BUT THEN
```

1    THERE IS NOTHING ABOUT WHAT ANSWER WOULD HAVE -- OR

2    SORRY, THE LETTER SO IT WOULD A, B, C, D, OR E, THAT'S

3    IT, AND WHAT THE CORRECT ANSWER CHOICE WAS A, B, C, D,

4    OR E, AND ALSO TO SAY WHETHER OR NOT THAT PARTICULAR

5    QUESTION WAS EXPERIMENTAL OR NOT.

6                   BECAUSE WHEN YOU DON'T TELL THAT

7    INFORMATION, IT DOESN'T LET YOU KNOW WHETHER OR NOT YOU

8    WERE -- THAT THAT SCORE WAS ACTUALLY GRADED AND WENT

9    TOWARDS YOUR SCORE, WHETHER OR NOT YOU GOT IT CORRECT OR

10   NOT.

11                  AND THAT ALSO DOES PROTECT THE INTEGRITY,

12   IN MY OPINION, IT DOESN'T GIVE OUT ANY INFORMATION.  I

13   DON'T KNOW WHAT THE QUESTION WAS, ONLY THING I KNOW IS

14   WHAT I CHOOSE AS AN A, B, C, D, OR E, WITHOUT THE ACTUAL

15   ANSWER CHOICE AND ALSO THE WORDING OF IT, AND ALSO WHAT

16   THE NBME DEEMED TO BE THE CORRECT LETTER ANSWER.

17                  I DON'T THINK THAT'S ASKING TOO MUCH,

18   ESPECIALLY WHEN YOU ARE --

19                  THE COURT:  DOCTOR, DR. KITCHENS.

20                  DR. KITCHENS:  I CAN MOVE ON.

21                  THE COURT:  SORRY TO INTERRUPT.  I THINK

22   -- TELL ME IF I AM RIGHT, I THINK WHAT THE -- WHAT YOU

23   ARE CONVEYING TO ME IS AN EXPLANATION FOR WHY YOU SAID

24   WHAT YOU SAID ON THE PHONE CALL AND WHAT YOUR STATE OF

25   MIND WAS AT THE TIME?

1                    DR. KITCHENS:  YES, SIR, THAT'S CORRECT.

2                    THE COURT:  I FULLY -- I THINK FULLY

3     APPRECIATE WHAT YOU ARE TELLING ME.  I GOT IT.

4                    DR. KITCHENS:  YES, SIR, I DIGRESS AND I

5     WILL MOVE ON THERE.  AND IT IS ALREADY IN THE RECORD.

6                    THE COURT:  OKAY.

7                    DR. KITCHENS:  THANK YOU, YOUR HONOR.

8                    MS. MEW:  ACTUALLY, WE DIDN'T INTRODUCE

9     IT.  WE JUST REFERENCED IT.

10                   DR. KITCHENS:  I'M SORRY, AND THEN I

11    WOULD LIKE TO HAVE THAT PUT INTO THE RECORD, PLEASE,

12    WHICH IS DX 93?

13                   MS. MEW:  NO OBJECTION.

14                   THE COURT:  ADMITTED.

15                   (PLAINTIFF EXHIBIT DX 93 IS ADMITTED INTO

16    EVIDENCE.)

17                   DR. KITCHENS:  AND CAN WE PULL UP DX 87,

18    PLEASE?

19                   SO DX 87, THIS IS JUST ALSO WE CAN SEE

20    THAT THIS IS AN E-MAIL COMING TO ME FROM THE SCHOOL WHEN

21    I ASKED FOR A SCORE RECHECK AND THIS IS THE OUTCOME THAT

22    THEY SENT TO ME.  IF WE CAN SCROLL DOWN?

23                   JUST FOR THE RECORD, THIS IS WHAT THE

24    LETTER LOOKS LIKE WHEN AN APPLICANT GETS THE -- THE

25    LETTER BACK.  SO IT HAS THE DATE, IT SAYS "DEAR DOCTOR,"

1    IT SAYS THAT WE'VE RECHECKED IT AND THE RECHECK PROGRESS

2    CONFIRMS YOUR SCORE IS ACCURATE AS ORIGINALLY REPORTED,

3    AND THAT'S ALL IT SAYS TO IT.

4                   JUST FOR YOUR HONOR TO ACTUALLY

5    APPRECIATE EXACTLY WHAT I WAS SAYING THERE, AND THAT'S

6    ALL I WOULD LIKE TO SAY AND I WOULD LIKE TO HAVE IT

7    ADMITTED INTO THE RECORD?

8                   THE COURT:  AND THAT WAS PX?

9                   DR. KITCHENS:  I'M SORRY, YOUR HONOR, D

10   AS IN DOG, X 87.

11                  MS. MEW:  NO OBJECTION.

12                  THE COURT:  ADMITTED.

13                  (PLAINTIFF EXHIBIT DX87 IS ADMITTED INTO

14   EVIDENCE.)

15                  DR. KITCHENS:  IF WE CAN LOOK AT -- SORRY

16   -- YES, IF WE CAN LOOK AT DX 78?

17                  AND THIS IS A -- THE LETTER THAT, AS WE

18   TALKED ABOUT BEFORE, ABOUT THE ACCOMMODATIONS AND THE

19   NBME REQUESTING MORE DOCUMENTATION.  YOU KNOW, IN THIS

20   CASE, IT SEEMS THAT THE QUANTITY OF -- THE QUANTITY OF

21   DOCUMENTATION VERSUS THE QUALITY OF THE DOCUMENTATION

22   THAT IS GIVEN THAT WOULD BE SUFFICIENT ENOUGH TO SHOW OR

23   PROVE THAT A PERSON HAS PARTICULAR DIAGNOSES.

24                  HERE, I GAVE THE INFORMATION THAT WAS

25   READILY AVAILABLE, AND NOT ONLY THAT, THROUGHOUT THIS

```
1     LITIGATION THE DOCUMENTS -- THERE HAS NOT BEEN A LOT OF

2     NEW DOCUMENTATION FROM BACK DURING THOSE -- THE TIMES OF

3     THOSE APPLICATIONS THERE.

4                    AND AGAIN, WE ARE TALKING ABOUT QUANTITY

5     OF DOCUMENTATION.  SO -- AND I THINK THIS HAS ALREADY

6     BEEN PUT INTO THE RECORD, DX 78.  AND -- OH, AND SORRY,

7     CAN YOU PULL THAT BACK UP, PLEASE?

8                    CAN WE GO TO BATES STAMP -- I THINK IT'S

9     NBME 263.  YES.  OKAY.  SCROLL UP.  YES, THIS IS

10    CORRECT.  ALL RIGHT.  YOU CAN -- YOU CAN CANCEL OUT OF

11    THAT.  DX 79, PLEASE.  AND BATES STAMP NBME 6 -- I MEAN,

12    SORRY, 265. SOMETIMES I CAN'T READ MY OWN HANDWRITING.

13                   THIS HERE IS A -- IT'S THE LETTER THAT WE

14    TALKED ABOUT OF THE NBME ASKING ME THAT -- BASICALLY I

15    DID NOT HAVE SUFFICIENT INFORMATION, ET CETERA.  I JUST

16    WANTED TO REALLY CLARIFY HERE THAT THE FRUSTRATION, THE

17    FRUSTRATION OF A PERSON THAT -- FOR MYSELF, I WAS VERY

18    FRUSTRATED HERE WITH THE NBME, AND SO WITH THAT BEING

19    SAID, I THINK IT'S VERY CLEAR THAT IF SOMEBODY SAYS, YOU

20    KNOW, RELEASE HOLD, JUST RELEASE IT, FOR MYSELF, MY

21    INTERPRETATION -- WITH EVEN NOT A PERIOD, ANY OF THOSE

22    THINGS WAS OUT OF FRUSTRATION AND ALSO, I WAS IN

23    DISBELIEF THAT THIS PARTICULAR ENTITY IS -- DID NOT

24    UNDERSTAND, YOU KNOW, BASIC DOCUMENTATION OF A PERSON

25    WHO -- OR PROOF OF A PERSON WHO HAS A DISABILITY.
```

1          SO -- AND AGAIN, WITH TIMING NOT BEING ON

2     MY SIDE, I JUST TOLD THEM, RELEASE THE HOLD, LET ME JUST

3     GO ON, WHICH WOULD ALSO DECREASE MY -- YOU KNOW, MY --

4     IT WOULD DECREASE MY CONFIDENCE IN THE NBME'S PROCESS,

5     WHICH DETERRED ME NOT TO REPLY ONCE AGAIN.  SO WE CAN

6     TAKE THAT ONE DOWN.

7          AND I WON'T GO OVER THAT BECAUSE I THINK

8     WE ALREADY  TALKED ABOUT THAT, I THINK THE JUDGE CAN

9     APPRECIATE THAT.  ALL RIGHT.  APPLICATION, I THINK HE

10    CAN APPRECIATE.  OCTOBER 22ND.  YES, SO IF YOU CAN PULL

11    UP -- ACTUALLY, I DON'T HAVE IT PULLED UP BECAUSE WE'VE

12    ALREADY WENT OVER IT, DX 81, JUST FOR THE RECORD I THINK

13    IT WAS THE -- YES, CAN YOU PULL UP DX 81, SWEETHEART?

14          I'M SORRY, AMELIA.

15          AND JUDGE, I PROMISE I AM ALMOST

16    FINISHED.

17          ZOOM IN PLEASE.  RIGHT SO WHAT THIS IS

18    HERE IS LOOKING AT THAT DATE OF WHEN I ORIGINALLY --

19    WHEN I ORIGINALLY APPLIED INTO -- AND SCROLL DOWN.

20          SO IT WASN'T JUST NECESSARILY IN -- IN

21    JANUARY, A COUPLE OF WEEKS BEFORE THE EXAM, BUT IT WAS

22    MADE CLEAR THAT THEY DID ASK FOR -- THAT THEY COULD --

23    THAT THEY WAS NOT ABLE TO OPEN UP THAT RECORD -- OPEN UP

24    THE DOCUMENT, I'M SORRY, BECAUSE IT WAS ENCRYPTED, ET

25    CETERA.  SO THAT'S WHY I DID -- THEY DID DIRECT ME TO RE

```
1    SEND THAT INFORMATION IN THERE -- OH, SORRY, AS YOU CAN

2    SEE HERE, OCTOBER 22ND.

3                    THANK YOU FOR THAT CLARIFICATION THERE.

4    AND THIS IS ALREADY IN THE RECORD, WE CAN NOW GET OFF OF

5    THAT, PLEASE, OR YOU CAN CLOSE OUT.

6

7                    MS. MEW:  YOUR HONOR, I JUST --

8    OBJECTION.  I THINK THAT THAT TESTIMONY MISSTATES THE

9    RECORD.

10                    DR. KITCHENS:  CAN YOU PLEASE BRING BACK

11   UP DX 81, PLEASE, AND GO TO PAGE 2?

12                    SO -- AND CAN YOU SCROLL UP A LITTLE BIT,

13   PLEASE, SO WE CAN SEE THE DATE?  SCROLL UP A LITTLE

14   MORE.  SO WE SAY FROM -- SCROLL UP MORE.

15                    SO IT'S FROM ME, ON OCTOBER 22ND.  OKAY.

16   AND IF WE CAN SCROLL DOWN?

17                    2021, SORRY, OCTOBER 22ND, 2021, MY

18   LETTER TO THEM ON THAT PARTICULAR DATE REQUESTING --

19   YES, ASKING THEM TO CHANGE MY -- MY CURRENT APPLICATION

20   FOR MY EXAMINATION TO ONE WITH ACCOMMODATIONS AND THAT'S

21   WHEN I ALSO EXPLAINED, NOT THINKING I NEEDED TO DO MORE

22   BUT IN THIS PARTICULAR PART -- BUT IF WE CAN SCROLL DOWN

23   A LITTLE BIT MORE?  THEY DID -- THANK YOU -- TO ALSO

24   SHOW THAT I DID ATTACH THESE DOCUMENTS HERE FROM DR.

25   KHAN, ALSO JUST A LETTER AND ALSO MEDICAL DOCUMENTATION.
```

1        AGAIN, THE SAME DOCUMENTS THAT I HAVE

2    SUBMITTED IN EVERY ASPECT HERE, THAT I SUBMITTED TO THEM

3    AND THEY DID INFORM ME TO SEND IN THE -- THE APPLICATION

4    AS WELL.  SO I DO WANT THAT TO BE FOR THE RECORD FOR MS.

5    MEW'S PURPOSES POTENTIALLY.

6        AND NOW WE CAN MOVE OFF OF THIS.  MS.

7    MEW, ARE YOU OKAY WITH THIS?

8        MS. MEW:  SURE.  I'LL DEAL WITH IT AT THE

9    END.

10        DR. KITCHENS:  OKAY.  SO FOR -- DX 62,

11    PLEASE?  DX 62.  SO ZOOM IN, PLEASE?  YES.

12        THIS IS THE -- DX 62 IS THE DOCUMENT OF

13    -- THE CPTA FORM THAT THE NBME WOULD LIKE TO REQUEST,

14    BUT I DO WANT TO MAKE IT KNOWN THAT, YOU KNOW, EVEN WITH

15    QUESTIONING FROM YESTERDAY, THE DISCONNECT FROM REALITY

16    THAT ONE, THAT -- FROM A PERSON WHO COMES FROM NOT

17    HAVING PRIVILEGE, WHETHER FINANCIAL OR WHATNOT, THIS IS

18    SOMETHING THAT -- I THINK THE QUESTION WAS ASKED TO ME,

19    WELL, COULD YOU HAVE NOT GONE TO YOUR MEDICAL SCHOOL AND

20    HAVE THEM FILL OUT THIS -- FILL OUT THIS FORM.

21        AND I REPLIED BACK NO, I DON'T HAVE

22    $2,500, OR AROUND THAT, FOR A PLANE TICKET TO HAVE THEM

23    AUTHENTICATE THIS PARTICULAR DOCUMENT.  YOU KNOW, THIS

24    IS JUST ALSO TO SHOW EVEN MORE -- OR, TO PROVE, FOR ME,

25    THAT WHEN YOU ARE ASKING FOR MORE QUANTITY OF DOCUMENTS,

```
 1    MORE QUANTITIES OF PAPER AND TESTS PHYSICAL SCIENTIFIC,

 2    ALL OF THESE TYPE OF THINGS THAT ITS SOMETIMES JUST NOT

 3    FEASIBLE FOR EITHER THE AVERAGE PERSON OR EVEN THOSE WHO

 4    COME WHO ARE SUB AVERAGE WHEN IT COMES DOWN TO FINANCES

 5    AND THAT MATTER THERE.

 6                AND THAT'S WHAT I WOULD LIKE TO SAY FOR

 7    REBUTTAL ON THAT, SO WE CAN CLOSE OUT DX 62.

 8                WE TALKED ABOUT ON MY APPLICATION -- AND

 9    I WON'T BRING IT UP, WHAT EXHIBIT IT IS, BUT ON THE

10    APPLICATION I WAS ASKED THAT DURING THIS -- DURING

11    LITIGATION, I WAS -- I CAME UP WITH ALL OF THESE --

12    THESE AFFIDAVITS, DECLARATIONS AND SUCH, AND I -- I CAN

13    SAY WITH CONFIDENCE THAT THIS IS NOT THINGS THAT A

14    MEDICAL STUDENT OR A RECENT MEDICAL GRADUATE WOULD EVEN

15    REALLY UNDER -- CAN APPRECIATE.

16                I KNOW, FOR MYSELF, I HAD NO IDEA WHAT A

17    DECLARATION WAS.  I WOULD -- I HAD TO ASK MY WIFE OR

18    SOMEONE LIKE, WHAT IS ACTUALLY IS THAT, BECAUSE I WANTED

19    TO KNOW TO ATTACH THAT TO MY RECORD.  I WOULDN'T KNOW

20    ABOUT AN AFFIDAVIT FROM MY OTHER, YOU KNOW, PREVIOUS

21    TEACHERS, OR TO EVEN THINK TO MYSELF LIKE, EVEN IF I

22    WANTED TO ASK -- TELL MY MOM THAT I WAS APPLYING FOR

23    ACCOMMODATIONS, FOR ME, I WOULD THINK THAT WELL, IF I

24    SENT A LETTER FROM MY MOM, WOULD THAT BE SUBJECTIVE OR

25    OBJECTIVE?
```

1        YOU KNOW, WOULD THEY ACTUALLY BELIEVE

2   THAT MY MOTHER IS GOING TO NOT UNDER OATH CAN WRITE A

3   LETTER, YOU KNOW, SAYING THAT YES, OF COURSE A MOTHER IS

4   GOING TO WANT THEIR KIDS TO SUCCEED, ESPECIALLY WHEN

5   THEY KNEW ALL THIS TIME THAT THEY'VE HAD THIS

6   DISABILITY.  SO I DIDN'T REALLY THINK TO -- TO ASK MY

7   MOM TO WRITE A LETTER ON MY BEHALF THERE, WHICH IS WHY

8   THE DOCUMENTS THAT'S GONE THROUGH THIS LITIGATION WERE

9   NOT GIVEN THEN, AND NOT ONLY THAT BUT THE DOCUMENTS ALSO

10  THAT WAS GOING THROUGH THIS LITIGATION AND THAT HAD BEEN

11  SUBPOENAED BY -- BY THE DEFENDANT, THERE IS NOT REALLY

12  ANY NEW INFORMATION THAT THEY COULD HAVE GOTTEN DATING

13  BACK TO THOSE DATES VERSUS THE THINGS WITH BAPTIST

14  HEALTH OR -- YOU KNOW, WITH MY PSYCHOLOGIST AND THINGS I

15  DIDN'T EVEN KNOW THOSE PEOPLE AT THE TIME.

16        SO IT WASN'T NECESSARILY LIKE, WELL, YOU

17  HAVE ACCESSED IT NOW, WHY DIDN'T YOU HAVE ACCESS TO IT

18  THEN?  WELL, WHEN YOU ARE FIRST GRADUATING FROM MEDICAL

19  SCHOOL, I CAN TELL YOU NOW, YOU ARE BROKE.  AND

20  ESPECIALLY WHEN YOU DON'T HAVE A JOB MOVING FORWARD, YOU

21  ARE DEFINITELY BROKE AND FOR ME IT'S JUST A -- THANKS BE

22  TO GOD THAT -- THAT OUR LOAN DEFERMENT IS STILL IN

23  PLACE.  THESE ARE THINGS THAT ARE ALWAYS WEIGHING ON A

24  PERSON WHO HAS OVER $250,000 WORTH OF MEDICAL SCHOOL

25  DEBT.

1             SO TIME AGAIN, I WOULD NOT HAVE THOUGHT

2     TO DO THAT.  SO -- AND LASTLY, IF WE CAN PULL UP --

3     LET'S GO TO DX 35?  DX 35, PAGE 70.  DX 35.

4             FIRST, LET'S GO TO PAGE 61 FIRST, GET A

5     LITTLE BIT OF FOUNDATION HERE.  THANK YOU, SO 61,

6     PLEASE.  AND YOU CAN ALWAYS TYPE IT AT THE TOP.

7             SORRY.  I KNOW YOU KNOW THAT.

8             CAN YOU ZOOM IN, PLEASE?  THANK YOU.

9     AND SCROLL DOWN.  SO A LITTLE UP, PLEASE?  I NEED TO SEE

10    THIS LETTER HERE.  SO WHAT THIS IS -- STOP.  WAIT.

11    NOPE.  IS THIS 61?  I MUST -- SCROLL UP.

12            SO FOR THE RECORD, WHILE SHE IS -- WHAT I

13    AM LOOKING FOR IS, THIS IS THE LETTER THAT -- YES.  I

14    JUST SAW IT.

15            BUT THIS IS THE LETTER TALKING ABOUT --

16    UM, THE LETTER THAT UM -- MY -- MY TREATING -- UM --

17    PSYCHIATRIST -- SORRY, NOT TREATING PSYCHIATRIST, BUT

18    SHE IS A NURSE PRACTITIONER IN THE ROLE OF PSYCHIATRY,

19    AND THIS LETTER HERE SHE SAYS, TO WHOM IT MAY CONCERN,

20    ET CETERA.

21            WELL, SHE'S WROTE THIS LETTER, YOU KNOW,

22    FOR ME AND IT NEEDS TO BE -- IT NEEDS -- WEIGHT NEEDS TO

23    BE HELD HERE BECAUSE THIS IS JUST VERY MUCH SO SIMILAR

24    TO THE NOTE THAT DR. KHAN ORIGINALLY WROTE ME ON MY

25    ORIGINAL APPLICATION.  IT IS NOT SUPER GREAT DETAIL.  IT

1    HAS HER CONTACT INFORMATION.  IT'S ON AN OFFICIAL

2    LETTERHEAD.  IT HAS HER NAME.  CONTACT THEM IF THEY HAVE

3    ANY TYPES OF QUESTIONS.

4              THE SAME THING DR. KHAN DID, AND THE SAME

5    THING THAT WE HEARD HIM TESTIFY BY.  PRACTICING

6    PHYSICIANS FOR 20 PLUS YEARS HAVE ALSO SAID THAT THIS IS

7    A SUFFICIENT LETTER THAT WE WOULD WRITE, ESPECIALLY

8    CONSIDERING THE TIME THAT A DOCTOR HAS THROUGHOUT THE

9    DAY FOR -- TO DO THESE TYPES OF THINGS; IT'S IN AND OUT.

10             SO THIS LETTER IS TO BE APPRECIATED.  BUT

11   WHEN WE GO -- IF WE CAN SCROLL DOWN UNTIL WE GET TO MY

12   RESPONSE, ON PAGE 70, HOPEFULLY IT'S PAGE 70.  WAIT

13   SCROLL UP, SCROLL UP.  SCROLL UP SOME MORE.  KEEP GOING.

14   I THINK I SAW BLUE.  STOP HERE, PLEASE.  NO SCROLL DOWN

15   TO PAGE 70.  NO, NO, NO.  SORRY PAGE 10.  SORRY, DIDN'T

16   GET MUCH SLEEP LAST NIGHT.  YES.  IF YOU CAN ZOOM IN,

17   PLEASE.  HERE.  AND SCROLL DOWN TO WHERE IT SAYS, "SPOKE

18   TO THE PATIENT AND HE SAID."

19             SO I FEEL IT IS IMPORTANT FOR ME TO SAY

20   THAT I WAS NOT TELLING MY -- MY THERAPIST -- OR, MY

21   TREATING MEDICAL PROVIDER THAT HEY, I NEED FOR YOU TO

22   GIVE ME THIS MEDICATION AND GIVE ME THIS, AND -- AND X,

23   Y, Z.  NO.  AS IF A PERSON IS TRYING TO GET SOME TYPE OF

24   GAIN OUT OF IT.  THAT'S NOT WHAT WAS HAPPENING HERE.

25             WHAT I DID WAS -- IS BECAUSE, THROUGHOUT

1    LITIGATION, AND HEARING FROM THE OTHER SIDE SAYING THAT

2    WELL, THIS IS A SPARSE LETTER FROM A DOCTOR, YOU KNOW,

3    HIS TREATING DOCTOR, IT'S NOT ENOUGH INFORMATION, AND

4    THEN, YOU KNOW, WHEN I ORIGINALLY APPLIED AND NOW HERE

5    IS ANOTHER MEDICAL PROVIDER DOING THE EXACT SAME

6    STRUCTURE AS THAT PREVIOUS PERSON, IT WOULD BE -- IN MY

7    OPINION IT WOULD BE BENEFICIAL FOR ME TO INFORM MY -- TO

8    HAVE THAT COHERENT COMMUNICATION WITH MY MEDICAL

9    PROVIDER AND SAY HEY, THIS IS NOT ENOUGH.  THIS IS NOT

10   ENOUGH QUOTE UNQUOTE DOCUMENTATION, OR DETAILS, THAT

11   THEY ARE LOOKING FOR.

12              IT HAS TO BE MORE DETAILED HERE TO MAKE

13   SURE THAT THEY UNDERSTAND WHY AND WHAT YOU WOULD BE --

14   WHAT YOU WOULD BE -- YOU WOULD RECOMMEND.  AND DURING

15   THAT RECOMMENDATION, THEY HAVE TO KNOW WHAT IS EVEN

16   AVAILABLE AS AN ACCOMMODATION BECAUSE THEY DON'T KNOW

17   WHO THE NBME IS.  OR WELL, THEY KNOW, BUT THEY DON'T

18   KNOW WHAT THEIR GUIDELINES ARE FOR ACCOMMODATIONS.

19              AND I WOULD LIKE FOR DX 35 TO BE ENTERED

20   INTO THE RECORD?

21              MS. MEW:  I THINK IT ALREADY IS.

22              DR. KITCHENS:  IS IT ALREADY IN?  YES.

23              THE COURT:  I COULD BE WRONG, BUT I HAVE

24   IN MY NOTES IT WAS DISCUSSED BUT NOT ADMITTED SO JUST

25   FOR THE SAKE OF IF THAT'S WHAT YOU ALL WANT, LET'S DO

1    THAT.

2                    DR. KITCHENS:  YES, I WOULD LIKE THAT, DX

3    35 TO BE ADMITTED INTO THE RECORD, PLEASE?

4                    MS. MEW:  WELL, AND JUST -- I WANT TO

5    MAKE SURE BECAUSE THAT WAS THE ONE WE ADMITTED WHEN WE

6    STARTED THE TESTIMONY.  SO DO YOU ALSO HAVE -- I WANT TO

7    MAKE SURE YOU HAVE IN EVERYONE'S RECORD THAT DX 28 WAS

8    ALSO ADMITTED JUST HERE AT THE START OF TESTIMONY.

9                    THE COURT:  THAT I DO HAVE, YES.  SORRY.

10                    MS. MEW:  OKAY.

11                    THE COURT:  BUT ANYWAY DX 35 IS ADMITTED,

12    28 AS WELL.

13                    (DEFENSE EXHIBIT 35 AND 28 ARE ADMITTED

14    INTO EVIDENCE.)

15                    DR. KITCHENS:  OKAY.  FROM -- IF WE CAN

16    SEE HERE.  IF WE CAN LOOK AT PX 16, WHICH IS MY LAST

17    REDIRECT, YES.  SORRY, I AM LEARNING ON THE JOB.  PX 16,

18    PLEASE.  TAKE YOUR TIME.  WHICH IS --

19                    THE COURT:  MUCH LIKE MEDICINE, DR.

20    KITCHENS, LAW IS A PRACTICE SO YOU NEVER STOP LEARNING.

21                    DR. KITCHENS:  YES, SIR.  THIS IS VERY

22    CORRECT.  IF WE COULD SCROLL DOWN?

23                    SO THIS IS JUST THAT -- THAT MEDICAL

24    RECORD.  DID YOU SCROLL THROUGH?  YES, YOU DID.  OKAY,

25    SCROLL DOWN SOME MORE, PLEASE?  KEEP GOING.  YES, OKAY,

1    SCROLL UP.

2              WHAT I WOULD LIKE TO SAY ABOUT THIS

3    PARTICULAR DOCUMENT IS -- SCROLL UP SOME MORE, PLEASE,

4    WHERE WE SEE THE DIAGNOSES?  HERE.  PLEASE.

5              SO I WOULD JUST LIKE FOR IT TO BE KNOWN

6    ON THIS PARTICULAR -- SORRY, THIS IS NOT -- THIS IS NOT

7    ACTUALLY THE CORRECT DOCUMENT.  SCROLL UP.  SCROLL UP.

8    DON'T WORRY ABOUT IT.

9              YOUR HONOR, I HAVE NO FURTHER STATEMENTS.

10             THE COURT:  OKAY.  MS. MEW, DO YOU HAVE

11   ANY RECROSS?

12             MS. MEW:  JUST A FEW QUESTIONS, YOUR

13   HONOR, IF WE COULD PULL UP DX 62?

14             RECROSS EXAMINATION

15   BY MS. MEW:

16   Q.    THIS IS THE CERTIFICATION OF PRIOR TEST

17   ACCOMMODATIONS FORM.  AND IF WE LOOK AT THIS FORM, DR.

18   KITCHENS, IT SAYS ITS TO BE COMPLETED AND SIGNED BY YOUR

19   MEDICAL SCHOOL OFFICIAL, AND THEN IF YOU SCROLL DOWN TO

20   THE BOTTOM, IN THAT BOX, IT SAYS, "E-MAIL OR FAX THE

21   COMPLETED FORM TO DISABILITY SERVICES."

22             I'M ASSUMING LUBLIN USES E-MAIL; CORRECT?

23   A.    YES, LUBLIN DOES HAVE E-MAIL, BUT THAT WASN'T

24   THE QUESTION THAT WAS GIVEN TO ME.  THE QUESTION WAS,

25   COULD I NOT HAVE GONE TO MY SCHOOL -- WENT OVER TO MY

1     SCHOOL AND ASKED THEM TO FILL IT OUT.  AND THAT'S WHEN I

2     STATED, I CANNOT GO THERE AND IT WAS NOT CLARIFIED AFTER

3     THAT STATEMENT OF AN E-MAIL.

4     Q.     SO LET'S TRY THIS AGAIN THEN, DR. KITCHENS.

5            COULD YOU HAVE E-MAILED THEM THIS FORM TO

6     A SCHOOL OFFICIAL AT THE UNIVERSITY OF LUBLIN?

7     A.     UM -- I'M SURE THAT I COULD HAVE, BECAUSE I AM

8     LOOKING HERE -- I'M NOT SURE IF THIS IS A FORM THAT I

9     WOULD HAVE HAD TO SEND TO THE SCHOOL OR WOULD THE SCHOOL

10    HAVE TO DOWNLOAD IT AND E-MAIL TO YOU DIRECTLY.

11    Q.     EITHER CASE, YOU COULD HAVE COMMUNICATED BY

12    E-MAIL WITH YOUR MEDICAL SCHOOL ABOUT THIS FORM, DR.

13    KITCHENS?

14    A.     YES, I COULD HAVE, BUT TO REALLY APPRECIATE THIS

15    AND THE STATEMENT THAT WAS MADE THERE JUST SOLIDIFIES

16    THE DISCONNECT AND ACCESSIBILITY.  BUT YES, I COULD HAVE

17    E-MAILED, ACCORDING TO WHAT YOU ARE SAYING I CAN DO,

18    FROM THIS DOCUMENT.

19    Q.     AND IF WE COULD PULL UP PX 19?

20            DR. KITCHENS, AT LEAST AS OF MARCH 23,

21    2021, YOU WERE UNDER THE CARE OF DR. YIN, AND BAPTIST

22    HEALTH; CORRECT?

23    A.     OF 2021?

24    Q.     YES.

25    A.     YES.

1     Q.

2                    MS. MEW:  NO FURTHER QUESTIONS.

3                    THE COURT:  OKAY.  DR. KITCHENS, I JUST

4     HAVE A COUPLE OF QUESTIONS FOR YOU.

5     BY THE COURT:

6     Q.     AND LET ME JUST SET THIS STAGE A LITTLE.  THE

7     QUESTIONS ARE GOING TO BE ABOUT THE ISSUE IN THIS CASE

8     OF WHETHER YOU HAVE A MENTAL IMPAIRMENT THAT

9     SUBSTANTIALLY LIMITS YOUR ABILITY TO PERFORM ONE OR MORE

10    MAJOR LIFE ACTIVITIES RELEVANT TO TAKING THE TEST

11    COMPARED TO MOST PEOPLE.

12                   AND I WANT TO MAKE THE QUESTION AS

13    PERSONAL AS POSSIBLE AND I WANT TO -- I WANT TO ASK YOU:

14                   PLEASE TELL ME, FROM YOUR OWN PERSPECTIVE

15    OF DEALING WITH ADHD AND ANXIETY, HOW DO YOU PERCEIVE

16    ANY LIMITATIONS THAT MAY COME FROM ADHD AND ANXIETY WHEN

17    YOU ARE TAKING TESTS; WHICH IS TELL ME A STORY FROM YOUR

18    OWN PERSPECTIVE SO I CAN UNDERSTAND HOW IT FEELS TO YOU

19    AND AFFECTS YOU?

20    A.     YES, SO WHEN -- FOR ME PERSONALLY, BECAUSE OF MY

21    DISABILITY, WHEN IT COMES OUT TO READING, IT'S HARD FOR

22    ME TO READ.  AND YOU KNOW, AND IT'S ACTUALLY PRETTY

23    EMBARRASSING.  EVEN NOW WHEN -- YOU KNOW, FOR MY

24    TESTIMONY, YOUR HONOR, EMBARRASSING IT WAS MADE THAT I

25    COULD DO A NARRATIVE AND I HAD TO GO OFF SCRIPT BECAUSE

```
1     I WOULD EITHER A, MESS UP OVER A WORD OR NOT PRONOUNCE A

2     WORD CORRECTLY AND I AM SURE -- FOR THE -- YOU KNOW, AND

3     I APOLOGIZE TO THE COURT REPORTER FOR THOSE THINGS, JUST

4     TO SHOW THAT.

5               AND NOT ONLY THAT, WHEN I HAVE SUCH A

6     LONG AMOUNT -- OR, A QUANTITY OF SECTIONS OF READING

7     THAT I HAVE TO READ, SOMETIMES I HAVE TO GO BACK AND

8     READ OVER A QUESTION SEVERAL DIFFERENT TIMES TO MAKE

9     SURE THAT I'M FULLY UNDERSTANDING WHAT THEY ARE ASKING

10    ME.

11              YOU KNOW, ON THE USMLE, FOR EXAMPLE, YOU

12    MAY HAVE -- THEY HAVE ONE QUESTION, THEY HAVE YOU -- THE

13    MAIN QUESTION AT THE VERY LAST PART OF, MAYBE, SOMETIMES

14    A TWO PARAGRAPH LONG VIGNETTE, WHICH IS A CLINICAL

15    VIGNETTE, OKAY, AND EACH ONE OF THOSE PARAGRAPHS COULD

16    BE SOMETIMES FIVE OR SIX, MAYBE EVEN SEVEN, DETAILED

17    EXAM -- OR WORDING OF THE PATIENT.

18              AND THEN IT WOULD ALSO HAVE MEDICAL LABS.

19    I MEAN, A LONG LIST OF MEDICAL LABS AND THEN YOU HAVE TO

20    ANSWER A QUESTION AND THEN YOU HAVE FIVE TO SIX,

21    SOMETIMES MORE, ANSWER CHOICES.

22              SO FOR ME, WHEN I WAS -- WHEN I AM

23    READING THE EXAM, I AM LIKE OH, MY GOSH, WHAT WAS

24    THAT -- DID I READ THIS?   DID THEY SAY THIS PARTICULAR

25    THING THERE?
```

```
1                    SO THEN I HAVE TO GO BACK AND REREAD IT.

2    BUT THEN NOT ONLY THE PRESSURE OF THE ANXIETY -- I MEAN,

3    FROM MY ADHD NOT TO BE ABLE TO FOCUS IN ON THAT

4    PARTICULARLY -- ON THE INFORMATIONS GIVEN TO ME, MY

5    ANXIETY IS NOW KICKING IN.

6                    AND MY ANXIETY THEN MAKES ME LIKE, OKAY,

7    WAIT A SECOND, YOU'VE GOT TO WATCH YOUR TIME NOW.  YOU

8    ONLY HAVE X AMOUNT OF TIME AND IF YOU DON'T MAKE IT

9    THROUGH THAT PARTICULAR BLOCK, YOUR HONOR, THE TIME

10   AUTOMATICALLY GOES OUT AND THAT BLOCK CLOSES

11   IMMEDIATELY.

12                   AND YOU CANNOT GO BACK TO THOSE QUESTIONS

13   AND SAY, IF YOU FINISH THE ENTIRE 280 QUESTIONS, BUT YET

14   YOU WANT TO GO BACK TO BLOCK ONE TO REVIEW SOME OF THOSE

15   QUESTIONS, THAT'S NOT AN OPTION TO DO.

16                   SO NOW YOU ARE TRYING TO FOCUS ON THE

17   TIME AND ALSO THE STRESS OF NOT BEING ABLE TO FULLY

18   COMPREHEND WHAT IS GOING ON IN THAT PARTICULAR MOMENT --

19   ON THAT PARTICULAR QUESTION.  SO FOR ME, IT REALLY DID

20   PUT ME IN A STRESSFUL SITUATION AND THEN ALSO KNOWING

21   THE OTHER PRESSURE OF -- THAT EXASPERATES THE -- MY --

22   THE ANXIETY, ESPECIALLY ON THE USMLE IS THAT, MARCUS,

23   THIS IS AN EXAM THAT DETERMINES WHETHER OR NOT YOU WILL

24   PRACTICE AND THAT PRESSURE THERE FOLLOWS YOU FOREVER.

25                   AND IF YOU CAN'T DO THAT, YOU CAN'T
```

1    PROVIDE, YOU CAN'T PAY BACK YOUR LOANS, YOU CAN'T ANY OF

2    THESE THINGS, AND AS A 31-YEAR OLD MAN WHO HAS NOT EVEN

3    PURCHASED MY OWN HOUSE, YOU KNOW, BECAUSE I AM BROKE.

4              I JUST REALLY GRADUATED; NO JOB.  THOSE

5    ARE PRESSURE.  I DON'T HAVE ANY CHILDREN BECAUSE I DON'T

6    BELIEVE THAT I SHOULD TRY TO BRING CHILDREN IN THIS

7    WORLD AND I DON'T HAVE A JOB, OR I CAN'T AFFORD THEM.

8              SO THAT PRESSURE THERE, AND ESPECIALLY

9    WHEN IT ALL DEPENDS UPON THE STEP EXAMINATIONS THAT ARE

10   REQUIRED FOR ME TO GET INTO A RESIDENCY PROGRAM, YOU ARE

11   GOING INTO THAT EXAM KNOWING ALL OF THESE DIFFERENT

12   THINGS.  SO IT PUTS ME IN A WHOLE DIFFERENT SITUATION

13   THERE.

14   Q.     OKAY.

15             AND YOU MAY THINK THIS IS SEEMINGLY AN

16   OBVIOUS QUESTION, BUT I WANT TO HEAR YOUR COMPLETE

17   RESPONSE TO IT.

18             COULD YOU -- THE ACCOMMODATION THAT YOU

19   HAD ASKED FOR, THAT YOU SOUGHT, IS EXTRA TIME,

20   TYPICALLY.  AND COULD YOU TALK TO ME ABOUT HOW HAVING

21   EXTRA TIME AFFECTS YOUR ABILITY TO PERFORM ON THESE

22   TESTS OR HAS AFFECTED YOUR ABILITY TO PERFORM ON THESE

23   KINDS OF TESTS AND HOW YOU PERCEIVE IT AS ADDRESSING THE

24   ADHD AND ANXIETY EXPERIENCE THAT YOU HAVE?

25   A.     YES, YOUR HONOR.

```
 1                     SO WHAT THAT TIME WOULD DO IS IT REMOVES

 2      ONE OF THOSE STRESSORS, THAT THE NBME CAN ACTUALLY

 3      CONTROL.  THE OTHER THINGS THAT I HAVE THAT ARE

 4      PRESSURES ON ME, THEY CAN'T CONTROL THAT.

 5                     BUT WHAT THEY CAN CONTROL AND HELP

 6      MITIGATE IS GIVING ME EXTRA TIME AND THE RELIEVING THE

 7      STRESS OF, HOW MUCH TIME DO I HAVE LEFT, BECAUSE ON --

 8      WHEN YOU ARE TAKING THE EXAM, YOUR HONOR, YOU HAVE A

 9      CLOCK THERE AND THAT CLOCK IS TICKING DOWN AND YOU ARE

10      CONSTANTLY LOOKING AT THAT CLOCK AS IT'S GOING AND YOU

11      ARE ALSO LOOKING -- IT TELLS YOU WHAT QUESTION YOU ARE

12      OUT OF 40 QUESTIONS.

13                     AND IF YOU ARE ON 20, QUESTION 20, AND

14      YOU ONLY HAVE, SAY, YOU GET I THINK IT'S 60 MINUTES PER

15      BLOCK TO DO IT, NOW YOU ARE TRYING TO CALCULATE, HOW

16      MUCH MORE TIME DO I HAVE?

17                     AND THEN ALSO, SOME OF THE EXAM QUESTIONS

18      ARE MORE DETAILED THAN OTHERS AND SOME ARE MATHEMATICAL,

19      THEY ARE STATISTICAL, ALL OF THE DIFFERENT THINGS THAT

20      YOU HAVE TO ACTUALLY WORK OUT MATH PROBLEMS KNOWING THE

21      SQUARE ROOT OF DIFFERENT THING AND ACTUALLY WRITING IT

22      OUT BY HAND BECAUSE THE CALCULATOR THAT THEY GIVE YOU,

23      IT'S A DUMB CALCULATOR IS WHAT WE CALL IT, YOU KNOW,

24      IT'S JUST PLUS MINUS SUBTRACTION, THOSE TYPES OF THINGS.

25                     SO ARE THINGS THAT YOU -- YOU KNOW,
```

1    PEOPLE THINK OH, WELL, ITS JUST ASKING ABOUT WORDS AND

2    THINGS.  NO.  STATISTICS, EPIDEMIOLOGY, MICRO, EVERY

3    SINGLE AREA OF TWO YEARS IN ONE EXAM.

4              SO BY GIVING THAT EXTRA TIME IT WILL

5    REMOVE THAT STRESS OFF OF ME AND IT WILL REMOVE THE

6    INDICATION OF THE CLOCK.  AND NOW I CAN FOCUS ON THAT

7    QUESTION AND IF I NEEDED TO GO BACK OR IF I NEEDED TO

8    TAKE A NOTE FOR ME DURING THAT PARTICULAR QUESTION, I

9    CAN DO THAT AND I CAN FEEL COMFORTABLE TAKING NOTES AS I

10   AM GOING THROUGH THAT QUESTION SO THAT I DON'T HAVE TO

11   KEEP REREADING AND I CAN ACCURATELY, FROM THE

12   DIFFERENTIAL DIAGNOSES THAT I HAVE BEEN TRAINED TO DO,

13   FROM ALL OF THE STUDYING OVER ALL OF THESE YEARS, I CAN

14   THEN EFFECTIVELY ANSWER THE ANSWER ON MY MERITS, WHETHER

15   ITS RIGHT OR WRONG.

16             THE COURT:  OKAY.  THANK YOU FOR YOUR

17   PATIENCE THERE.

18             MS. MEW, DO YOU HAVE ANY FOLLOW UP TO MY

19   QUESTIONS?

20             MS. MEW:  NO, YOUR HONOR.

21             THE COURT:  ALL RIGHT.  IN THIS CASE, DR.

22   KITCHENS, YOU MAYBE EXCUSED AS A WITNESS, BUT NOT, OF

23   COURSE, OF IN YOUR LEGAL DUTIES IN THE CASE.

24             DR. KITCHENS:  YES, YOUR HONOR.

25             THE COURT:  AND LET'S SEE.  SO WE ARE

1     STILL -- YOUR CASE IS STILL OPEN HERE.  BUT I THINK YOU

2     MIGHT BE OUT OF WITNESSES.  DO YOU HAVE ANYTHING ELSE TO

3     ATTEND TO IN YOUR CASE, OR ARE YOU READY FOR MS. MEW TO

4     TAKE OVER?

5                    DR. KITCHENS:  I AM READY FOR MS. MEW TO

6     TAKE OVER.

7                    THE COURT:  OKAY.  ONE QUESTION WHILE

8     YOUR CASE IS -- WHILE WE HAVE YOUR CASE AND EVERYONE WE

9     ARE ALL HERE, I GUESS IT'S MORE OF A LEGAL QUESTION IS

10    MY -- I THINK THIS IS CONSISTENT WITH WHAT WE TALKED

11    ABOUT BEFORE THE TRIAL BUT JUST TO MAKE SURE WE ARE ON

12    THE SAME PAGE, BASED ON RULE 65, WHICH COVERS

13    PRELIMINARY INJUNCTION HEARINGS, MY UNDERSTANDING IS

14    THAT, FOR EXAMPLE, THE TESTIMONY OF -- WHICH WAS LIVE

15    TESTIMONY, IF I RECALL, OF DR. BACON, THAT TESTIMONY IS

16    PART OF -- IT GETS INCORPORATED AS PART OF THE TRIAL

17    RECORD AND AS PART OF YOUR CASE IN THE TRIAL.

18                    DO YOU AGREE WITH THAT, DR. KITCHENS?

19                    DR. KITCHENS:  YES, SIR, I DO.

20                    THE COURT:  WHAT ABOUT YOU, MS. MEW?

21                    MS. MEW:  YOUR HONOR, I -- TO BE CANDID I

22    HAD NOT LOOKED THAT UP.  I WAS NOT THINKING THAT WAS AN

23    OPTION AND I WOULD NOTE TOO THE TIME TO CROSS

24    EXAMINATION AT THE P.I. HEARING WAS A LITTLE BIT LIMITED

25    BUT I WILL SAY THAT WE HAVE TAKEN DR. BACON'S DEPOSITION

1    DURING DISCOVERY AND SO AND -- AND HIS DESIGNATED

2    TESTIMONY.

3              SO IF WE CAN RESERVE, I DON'T DOUBT YOUR

4    HONOR, I DON'T DOUBT WHAT YOU ARE SAYING, BUT JUST TO

5    MAKE SURE WE ARE CLEAR AND THEN MAKE A FINAL -- SAY OUR

6    FINAL POSITION ON THAT, YOU KNOW, EVENTUALLY.

7    OBVIOUSLY, IT DOESN'T HAVE TO BE --

8              THE COURT:  WELL, I WILL PULL IT TO YOU

9    THIS WAY.  MY PRESUMPTION, BASED ON RULE 65 A2, IS THAT

10   THE EVIDENCE RECEIVED ON THE PRELIMINARY INJUNCTION

11   MOTION THAT WOULD BE ADMISSIBLE AT TRIAL BECOMES PART OF

12   THE TRIAL RECORD AND MAY NOT BE REPEATED AT THE TRIAL,

13   WHICH WOULD INCLUDE DR. BACON'S TESTIMONY, BUT THAT'S

14   JUST MY PRESUMPTION.  IF YOU WANT TO ARGUE THAT LATER,

15   THAT'S FINE; OKAY?

16             ALL RIGHT.  IN THIS CASE, WE WILL TENDER

17   THE CASE OVER TO MS. MEW, AND YOU MAY BEGIN YOUR CASE.

18             DR. KITCHENS?

19             DR. KITCHENS:  YES, YOUR HONOR, IF I CAN

20   TWO SECONDS.  I NEED TO RUN TO THE RESTROOM.

21             MS. MEW:  CAN WE TAKE A FIVE-MINUTE BREAK

22   BECAUSE I ALSO HAVE TO CALL THE WITNESS.  SHE IS NOT ON

23   LINE YET.

24             THE COURT:  THAT'S GOOD.  LET'S TAKE A

25   TEN-MINUTE BREAK.

1                    DR. KITCHENS:  PERFECT.  THANK YOU, YOUR

2     HONOR.

3                    (RECESS TAKEN.)

4                    THE COURT:  ALL RIGHT, MS. MEW.

5                    MS. MEW:  THANK YOU, YOUR HONOR.

6                    THE NATIONAL BOARD OF MEDICAL EXAMINERS

7     CALLS ERIN CONVERY.

8                    THE COURT:  GOOD MORNING, MS. CONVERY.

9                    THE WITNESS:  GOOD MORNING.

10                    THE COURT:  LYNN, WOULD YOU PLEASE SWEAR

11     THE WITNESS IN.

12                    (DEFENSE WITNESS,ERIN CONVERY, IS SWORN.)

13                    THE REPORTER:  COULD YOU PLEASE STATE AND

14     SPELL YOUR NAME FOR THE RECORD?

15                    THE WITNESS:  ERIN CONVERY; E-R-I-N,

16     C-O-N-V-E-R-Y.

17                    THE REPORTER:  THANK YOU.

18                    THE COURT:  ALL RIGHT.  TAKE IT AWAY, MS.

19     MEW.

20                    DIRECT EXAMINATION

21     BY MS. MEW:

22     Q.     GOOD MORNING, MS. CONVERY.

23     A.     GOOD MORNING TO YOU, HOW ARE YOU?

24     Q.     I AM FINE, THANK YOU.

25                    WHAT IS YOUR CURRENT POSITION?

1    A.       I AM THE DIRECTOR OF DISABILITY SERVICES AT THE

2    NATIONAL BOARD OF MEDICAL EXAMINERS.

3    Q.       HOW LONG HAVE YOU WORKED WITH NBME?

4    A.       I HAVE BEEN WITH NBME FOR TEN AND A HALF YEARS.

5    Q.       WHAT IS THE NATIONAL BOARD OF MEDICAL EXAMINERS?

6    A.       THE NATIONAL BOARD OF MEDICAL EXAMINERS, OR THE

7    NBME, IS A NOT-FOR-PROFIT ORGANIZATION THAT CREATES

8    MEDICAL EXAMINATIONS AND THE LICENSING EXAM IN

9    COLLABORATION WITH THE FSMB, FOR THE USMLE, OR THE

10   UNITED STATES MEDICAL LICENSING EXAMINATION.

11   Q.       WHAT IS THE MISSION OF NBME?

12   A.       THE MISSION OF THE NBME IS TO PROTECT THE HEALTH

13   OF THE PUBLIC THROUGH STATE OF THE ART MEDICAL

14   ASSESSMENTS IN SHORT, IT'S A LITTLE BIT LONGER THAN

15   THAT, BUT IN SHORT.

16   Q.       AND ALSO BROADLY SPEAKING, WHAT IS THE UNITED

17   STATES MEDICAL LICENSING EXAMINATION?

18   A.       THE UNITED STATES MEDICAL LICENSING EXAM, OR

19   USMLE, IS A THREE STEP MEDICAL LICENSING EXAM THAT ONCE

20   PASSED ALL THREE STEPS CERTIFIES SOMEBODY TO PRACTICE

21   UNSUPERVISED MEDICINE IN THE UNITED STATES, AND CANADA.

22   Q.       AND ALSO, JUST BROADLY SPEAKING, WHAT ARE THE

23   STEP EXAMINATIONS?

24   A.       STEP EXAMINATIONS, STEPS ONE, TWO, AND THREE,

25   ARE TAKEN AT VARIOUS TIMES THROUGH SOMEBODY'S MEDICAL

1    JOURNEY THROUGH MEDICAL SCHOOL, OR ONCE THEY HAVE

2    GRADUATED FROM AN INTERNATIONAL SCHOOL.

3              STEP 1 IS FOCUSED ON THE BASIC SCIENCES.

4    STEP 2 IS FOCUSED ON CLINICAL KNOWLEDGE UNDER THE

5    SUPERVISED PRACTICE OF MEDICINE.  AND STEP 3 IS FOCUSED

6    ON THE CLINICAL KNOWLEDGE OF MEDICINE AND THE

7    APPLICATION OF MEDICINE FOR UNSUPERVISED PRACTICE.

8    Q.      MS. CONVERY, COULD YOU EXPLAIN TO ME THE GENERAL

9    PROCESS FOR REGISTERING FOR A STEP EXAM AND THEN

10   REQUESTING ACCOMMODATIONS?

11   A.      SURE.  IN GENERAL, YOU KNOW, EXAMINEES,

12   STUDENTS, WILL REGISTER FOR THE STEP EXAM THAT THEY ARE

13   MOST READY TO TAKE AT THAT TIME.  YOU DON'T REGISTER ALL

14   -- FOR ALL THREE STEPS, USUALLY, AT ONCE UNLESS YOU ARE

15   ELIGIBLE.

16             SO YOU GO TO YOUR REGISTRATION ENTITY,

17   EITHER NBME, ECFMG, OR THE FSMB FOR STEP 3.  YOU SELECT

18   THE EXAM THAT YOU ARE GOING TO APPLY FOR.  YOU SELECT A

19   THREE-MONTH ELIGIBLE PERIOD IN WHERE YOU ANTICIPATE

20   TAKING THE EXAM.

21             AND IF YOU ARE GOING TO SEEK TEST

22   ACCOMMODATIONS AT THAT TIME YOU CAN SAY YES TO THE

23   QUESTION, OR THE PROMPT, WILL YOU BE SEEKING TEST

24   ACCOMMODATIONS FOR AN ADA COVERED DISABILITY?

25             WHEN YOU CHECK THE BOX FOR THAT, IT

1    PLACES YOUR SCHEDULING ON HOLD WHILE WE REVIEW YOUR

2    REQUEST FOR TEST ACCOMMODATIONS.  SO ONCE YOU CHECK THAT

3    BOX AND YOU ARE ELIGIBLE FOR THE EXAM HAS BEEN VERIFIED

4    BY YOUR REGISTERING ENTITY, YOU EITHER ARE ISSUED A

5    STANDARD PERMIT OR IF YOU HAVE CHECKED THE BOX FOR TEST

6    ACCOMMODATIONS, YOUR PERMIT IS PLACED ON HOLD, AND THEN

7    YOU SUBMIT YOUR REQUEST FOR TEST ACCOMMODATIONS.

8              ONCE THE DECISION HAS BEEN MADE ON YOUR

9    REQUEST FOR TEST ACCOMMODATIONS, WE RELEASE THE HOLD ON

10   YOUR SCHEDULING PERMIT, AND IF YOU ARE APPROVED FOR TEST

11   ACCOMMODATIONS AN ACCOMMODATED PERMIT IS ISSUED TO YOU,

12   AND THEN YOU MAY SCHEDULE YOUR EXAM APPOINTMENTS.

13   Q.     SO EACH REQUEST FOR ACCOMMODATIONS THAT IS

14   SUBMITTED IS SPECIFIC TO A SPECIFIC TEST REGISTRATION --

15   OR, A SPECIFIC TEST ADMINISTRATION?

16   A.     CORRECT.

17   Q.     WHAT ARE YOUR RESPONSIBILITIES AS DIRECTOR OF

18   DS, OF DISABILITY SERVICES?

19   A.     I AM RESPONSIBILE FOR THE DAY-TO-DAY OPERATIONS

20   OF THE UNIT, INCLUDING OVERSIGHT IN THE PROVISION OF

21   TEST ACCOMMODATIONS.

22   Q.     HOW MANY REQUESTS FOR ACCOMMODATIONS DID NBME

23   RECEIVE LAST YEAR?

24   A.     IN 2022, WE RECEIVED APPROXIMATELY 2,500

25   REQUESTS FOR ACCOMMODATIONS.

1    Q.      AND APPROXIMATELY HOW MANY OF THOSE REQUESTS

2    WERE APPROVED, IN WHOLE OR IN PART?

3    A.      WE HAD AN -- ABOUT AN 84 PERCENT APPROVAL

4    PERCENTAGE.

5    Q.      DOES THE NBME PROVIDE INFORMATION TO EXAMINEES

6    WHO ARE INTERESTED IN REQUESTING ACCOMMODATIONS ON THE

7    USMLE?

8    A.      YES.  INFORMATION ABOUT TEST ACCOMMODATIONS CAN

9    BE FOUND IN THE BULLETIN OF INFORMATION THAT ALL

10   EXAMINEES ARE REQUIRED TO READ THROUGH AND SIGN PRIOR TO

11   REGISTERING OR TAKING THE STEP EXAM.

12              AND THEN INFORMATION IS ALSO PROVIDED ON

13   OUR WEBSITE, USMLE.ORG.  THERE IS A SPECIFIC LANDING

14   PAGE JUST FOR TEST ACCOMMODATION INFORMATION.

15   Q.      I AM GOING TO PULL UP EXHIBIT JX 8.  WE CAN JUST

16   CLICK THROUGH, I'LL ASK WHILE WE ARE CLICKING.

17              DO YOU RECOGNIZE THIS DOCUMENT?

18   A.      YES.  THIS LOOKS LIKE IT'S THE BULLETIN OF

19   INFORMATION.

20   Q.      AND WE MIGHT HAVE STARTED CLICKING WHILE YOU

21   WERE -- BEFORE IT CAME UP.  LET'S JUST GO BACK TO PAGE

22   1.

23   A.      OH, OKAY.

24   Q.      THERE.  OKAY.  YOU CAN JUST STAY ON PAGE 1 NOW.

25              IS THIS THE 2022 BULLETIN OF INFORMATION?

1    A.      YES, IT IS.

2    Q.      AND IS THIS INFORMATION -- WELL, HOW WOULD YOU

3    DESCRIBE THE BULLETIN OF INFORMATION?

4    A.      THE BULLETIN OF INFORMATION IS A LARGE OVERVIEW

5    PACKET THAT PROVIDES EXAMINEES ALL THE INFORMATION

6    RELATED TO THE EXAM ITSELF; WHAT THE REGISTRATION

7    REQUIREMENTS ARE; WHAT TO EXPECT ON TEST DAY, EXAM

8    SECURITY, SCORING, ET CETERA.

9              MS. MEW:  YOUR HONOR, NBME MOVES TO ADMIT

10   EXHIBIT JX 8 INTO EVIDENCE?

11             DR. KITCHENS:  NO -- NO OBJECTIONS, YOUR

12   HONOR.

13             THE COURT:  ADMITTED.

14             (DEFENSE  EXHIBIT 8 IS ADMITTED INTO

15   EVIDENCE.)

16   BY MS. MEW:

17   Q.      IF WE GO TO PAGE 14, OF THE BULLETIN, AND IF WE

18   LOOK -- IF YOU LOOK AT THE BOTTOM WHERE IT SAYS, "THE

19   USMLE:  PURPOSE, FORMAT, AND LENGTHS"?

20   A.      YES.

21   Q.      AND IF WE -- AND CAN YOU TELL ME IF THE TEXT IS

22   -- LOOKS TOO SMALL ON THE SCREEN?

23   A.      NO, THAT'S FINE.

24   Q.      AND IF WE CLICK OVER TO PAGE 15, THERE'S A

25   CONTINUATION OF THAT.  YOU CAN STAY UP.

1              ARE THESE ACCURATE DESCRIPTIONS OF STEP

2     1, STEP 2 CK, AND STEP 3 OF THE USMLE?

3     A.      YES, THEY ARE.

4     Q.      IF WE TURN TO PAGE 20, OF THE BULLETIN?  IF WE

5     SCROLL DOWN?

6              IS THIS THE INFORMATION YOU WERE

7     REFERENCING REGARDING TESTING ACCOMMODATIONS?

8     A.      YES, IT IS.

9     Q.      AND DO YOU SEE THE WORDS "USMLE WEBSITE" WITH --

10    IS UNDERSCORED, IS THAT A LINK?

11    A.      YES.  THAT'S A LINK THAT WILL TAKE YOU TO THE

12    WEBSITE PAGE THAT I MENTIONED EARLIER.

13    Q.      WE WILL PULL UP EXHIBIT DX 60?

14              IS THIS WHERE THE LINK TAKES YOU?

15    A.      YES, IT IS.  THIS IS THE -- THE LANDING PAGE, OR

16    THE MAIN OVERVIEW PAGE FOR TEST ACCOMMODATIONS.

17    Q.      AND IF WE WILL JUST CLICK THROUGH THIS?  IF YOU

18    WILL CLICK UP TO PAGE 3?

19              ARE THERE, AGAIN, VARIOUS LINKS WITHIN

20    THIS PAGE?

21    A.      YES.  SO UNDER EACH SECTION WHERE IT SAYS,

22    "LEARN MORE," UNDER "GUIDELINES, FORMS, AND

23    RECONSIDERATION,."  IF YOU CLICKED ON THOSE "LEARN MORE"

24    BOXES, MORE INFORMATION ABOUT EACH OF THOSE TOPIC AREAS

25    WOULD EXPAND.

1                    MS. MEW:   NBME MOVES TO ADMIT EXHIBIT DX

2    60 INTO EVIDENCE?

3                    DR. KITCHENS:   YES, I -- NO OBJECTIONS.

4                    THE COURT:   ADMITTED.

5                    (DEFENSE EXHIBIT 60 IS ADMITTED INTO

6    EVIDENCE.)

7    BY MS. MEW:

8    Q.      NOW PULL UP EXHIBIT DX 61?

9                    AND I WILL JUST EXPLAIN THERE ARE A

10   NUMBER OF PAGES BECAUSE THERE ARE VARIOUS DROP DOWN.

11                   MS. CONVERY, WHAT IS SHOWN IN EXHIBIT DX

12   61?

13   A.      THIS IS THE LANDING PAGE FOR OUR GUIDELINES,

14   ALSO FOUND ON THE USMLE.ORG WEBSITE THAT WE WERE JUST

15   REFERRING TO.  AT THE TOP HERE IS THE GENERAL GUIDELINES

16   THAT WE RECOMMEND EVERYONE FOLLOW.  AND THEN AS YOU

17   CLICK THROUGH IT'S ALL -- THERE ARE SPECIFIC GUIDELINES

18   FOR VARIOUS IMPAIRMENTS THAT PEOPLE CAN REVIEW FOR MORE

19   INFORMATION ABOUT WHAT WOULD BE HELPFUL TO SUBMIT FOR A

20   SPECIFIC IMPAIRMENT.

21                   MS. MEW:   NBME OFFERS EXHIBIT DX 61 INTO

22   EVIDENCE?

23                   DR. KITCHENS:   NO OBJECTION.

24                   THE COURT:   ADMITTED.

25                   (DEFENSE EXHIBIT 61 IS ADMITTED INTO

1    EVIDENCE.)

2    BY MS. MEW:

3    Q.      GENERALLY SPEAKING, WHAT IS THE PURPOSE OF THE

4    GUIDELINES?

5    A.      THE GUIDELINES ARE PROVIDED TO ALLOW ANYONE,

6    EXAMINEES, FUTURE EXAMINEES, TREATMENT PROFESSIONALS,

7    SCHOOL PERSONNEL, ET CETERA, TO REVIEW THE INFORMATION

8    THAT WOULD BE REQUIRED OR NEEDED TO SUBMIT A REQUEST FOR

9    TEST ACCOMMODATIONS AND TO HELP THEM DETERMINE WHAT THEY

10   MIGHT HAVE OR WISH TO SUBMIT FOR OUR REVIEWING

11   CONSIDERATION.

12   Q.      ARE THERE ANY SPECIFIC REQUIREMENTS FOR

13   SUBMITTING REQUESTS FOR TESTING ACCOMMODATIONS?

14   A.      WE DO REQUIRE -- WE ASK EXAMINEES TO SUBMIT A

15   COMPLETED REQUEST FOR TEST ACCOMMODATIONS FORM, A

16   PERSONAL STATEMENT, AND THEN A REPORT OR EVALUATION OR

17   APPROPRIATE RECORDS FROM THEIR TREATMENT PROFESSIONALS,

18   AND THEN ANY OBJECTIVE RECORDS OF IMPAIRED FUNCTIONING

19   TO SUPPORT THEIR REQUEST.

20   Q.      WHAT KIND OF RECORDS OR INFORMATION -- AGAIN,

21   BROADLY SPEAKING -- COULD AN EXAMINEE SUBMIT IN SUPPORT

22   OF AN ACCOMMODATION REQUEST?

23   A.      SO FOR STARTERS, THE PERSONAL STATEMENT IS

24   SOMEBODY'S OPPORTUNITY TO EXPLAIN THE NATURE, FREQUENCY,

25   ONSET OF THEIR DISABILITY.  THEY CAN EXPLAIN YOU KNOW,

1    HOWEVER MUCH OR AS LITTLE AS THEY WOULD LIKE TO BUT

2    THAT'S THEIR OPPORTUNITY TO PROVIDE A DETAILED HISTORY

3    OR INFORMATION ABOUT THEIR REQUEST AND WHY THEY THINK

4    ACCOMMODATIONS ARE NECESSARY TO ACCESS THE EXAM.

5            AND THEN DIFFERENT TYPES OF EVALUATIONS

6    OR DOCUMENTATION WILL VARY, BASED ON SOMEBODY'S HISTORY

7    AND THE NATURE OF THEIR IMPAIRMENT BUT IT COULD BE

8    EVALUATIONS, IT COULD BE JOB PERFORMANCE EVALUATIONS,

9    TEACHER OR PROFESSOR, YOU KNOW, FEEDBACK FORMS, PROGRESS

10   REPORTS, IEP'S, 504 PLANS, TRANSCRIPTS AND REPORT CARDS

11   FROM PRIOR INSTITUTIONS, AND THE LIKE.

12   Q.    WHAT DO YOU SEE IS THE ROLE OF THE DISABILITY

13   SERVICES SECTION?

14   A.    THE DISABILITY SERVICES UNIT IS HERE TO PROVIDE

15   INFORMATION TO TEST TAKERS ABOUT THE PROCESS, TO HELP

16   THEM, KIND OF GUIDE THEM AND SHEPHERD THEM THROUGH THE

17   PROCESS WITH ANY QUESTIONS THEY MAY HAVE ALONG THE WAY.

18            WE THEN THOROUGHLY AND CAREFULLY REVIEW

19   AND CONSIDER EVERY PIECE OF DOCUMENTATION THAT SOMEBODY

20   CARES TO SUBMIT TO US.  AND THEN ONCE A DECISION HAS

21   BEEN MADE, WE COMMUNICATE THAT TO THE EXAMINEES, LET

22   THEM KNOW NEXT STEPS.  AND IF THERE IS ANY TYPE OF

23   APPROVED ACCOMMODATIONS THAT NEED TO BE IMPLEMENTED ON

24   TEST DAY AT THE TEST CENTER, WE WORK TO MAKE SURE THAT

25   THOSE ACCOMMODATIONS ARE PROPERLY IMPLEMENTED.

1    Q.     I AM NOW GOING TO PULL UP EXHIBIT JX 7, AND WE

2    WILL JUST CLICK THROUGH THAT REAL QUICK SO YOU CAN SEE.

3                 WHAT IS THIS IS DOCUMENT?

4    A.     THIS IS THE 2023 TRAINING GUIDE FOR THE

5    DISABILITY SERVICES ASSESSMENT ANALYST.

6    Q.     AND WHAT DO YOU USE THIS DOCUMENT FOR?

7    A.     THIS IS JUST LIKE A -- A VERY HIGH-LEVEL

8    OVERVIEW DOCUMENT OR OUTLINE FOR AN NEW HIRE ON -- WHO'S

9    HIRED AS AN ANALYST TO UNDERSTAND THE PROCESS KNOW WHERE

10   TO GO TO FIND INFORMATION THAT MIGHT BE HELPFUL TO THEM.

11   THERE ARE SOME SCREEN SHOTS IN THERE OF THE SYSTEMS THAT

12   WE USE THAT THEY WILL BE LEARNING HOW TO NAVIGATE AND

13   USE AS WELL.

14                 MS. MEW:  NBME MOVES TO ADMIT EXHIBIT JX

15   7 INTO EVIDENCE?

16                 DR. KITCHENS: NO OBJECTION.

17                 THE COURT:  IT'S ADMITTED.  BUT IT MAY

18   HAVE BEEN ADMITTED ALREADY.  BUT, EITHER WAY, IT'S

19   ADMITTED.

20                 (DEFENSE EXHIBIT 7 IS ADMITTED INTO

21   EVIDENCE.)

22   BY MS. MEW:

23   Q.     MS. CONVERY, DID NBME RECEIVE A REQUEST FOR

24   TESTING ACCOMMODATIONS FROM DR. MARKCUS KITCHENS?

25   A.     YES, WE DID.

1    Q.      AND I WILL REFERENCE PX 2, WHICH IS ALREADY IN

2    EVIDENCE, AS A COPY OF THE REQUEST.

3                 WHEN DID NBME RECEIVE THIS ACCOMMODATION

4    REQUEST?

5    A.     IF THIS IS THE FIRST REQUEST, AND IF YOU CAN

6    SCROLL TO THE LAST PAGE SO THAT I CAN CONFIRM THE DATE?

7                 THIS IS THE FIRST REQUEST FOR STEP 1 THAT

8    WE RECEIVED FROM DR. KITCHENS, ON JANUARY 5TH, 2022.

9    Q.     HOW DO YOU KNOW IT WAS RECEIVED ON JANUARY 5TH,

10   2022?

11   A.     BECAUSE THAT IS THE DATE STAMP, THE TIME IT CAME

12   INTO OUR SYSTEM VIA E-MAIL, WHICH IS -- IT'S AN

13   ELECTRONIC RECORD SYSTEM, A CRN, THAT CATEGORIZES AND

14   PUT -- YOU KNOW, PUTS THINGS INTO OUR QUEUE THAT COME IN

15   VIA E-MAIL.

16   Q.     IF YOU WILL HOLD ON JUST A MINUTE, MS. CONVERY.

17   I WAS GOING TO INTRODUCE AN EXHIBIT BUT I THINK IT IS

18   ALREADY IN EVIDENCE.  I WANT TO MAKE SURE I DON'T WANT

19   TO DUPLICATE THINGS ON THE RECORD.  JUST ONE SECOND.

20                 NEVERMIND, I DON'T THINK IT IS.

21                 WE WILL PULL UP X DX 69.

22                 CAN YOU SEE THIS OKAY, MS. CONVERY?

23   A.     YES, I CAN.

24   Q.     DO YOU RECOGNIZE THIS DOCUMENT?

25   A.     YES I DO.

1    Q.      WHAT DOES THIS SHOW?

2    A.      THIS IS OUR E-MAIL RESPONSE TO THE INITIAL

3    E-MAIL WE RECEIVED FROM DR. KITCHENS, ON JANUARY 5TH,

4    JUST LETTING HIM KNOW WE COULD NOT ACCESS THE ENCRYPTED

5    LINKS THAT HE HAD SUBMITTED ORIGINALLY.

6    Q.      AND THEN AT THE TOP OF THE PAGE --

7                    DR. KITCHENS:  OBJECTION, YOUR HONOR.

8                    OBJECTION, YOUR HONOR, OR -- I GUESS, CAN

9    YOU ZOOM IN, PLEASE, SO I CAN SEE WHAT THE DOCUMENT

10   ACTUALLY IS A LITTLE BIT MORE, PLEASE?   OKAY.   THANK

11   YOU.

12                   I AM NOT SURE IF THAT'S THE RIGHT

13   PROTOCOL, BUT SORRY.

14                   MS. MEW:  THAT'S FINE.

15   BY MS. MEW:

16   Q.      AND LET'S JUST BE PRECISE FOR THE RECORD, MS.

17   CONVERY.

18                   SO IT'S AN E-MAIL STRING; RIGHT?

19                   SO THE FIRST E-MAIL AT THE BOTTOM IS A

20   JANUARY 5, 2022, E-MAIL FROM DR. KITCHENS?

21                   DR. KITCHENS:  I CANNOT READ IT.  I CAN'T

22   READ IT.   THANK YOU.

23   BY MS. MEW:

24   Q.      AND THEN IF YOU SCROLL TO THE MIDDLE.

25                   THEN THERE IS A JANUARY 5TH, 2022,

1    RESPONSE TO THAT E-MAIL FROM NBME, AND WE WILL SCROLL UP

2    TO THE TOP OF THE PAGE AND THAT IS A JANUARY 5TH, 2022,

3    RESPONSE FROM DR. KITCHENS TO NBME; CORRECT?

4    A.      CORRECT.

5              MS. MEW:  NBME MOVES TO ADMIT EXHIBIT DX

6    69 INTO EVIDENCE?

7              DR. KITCHENS:  NO OBJECTION.

8              THE COURT:  ADMITTED.

9              (DEFENSE EXHIBIT 69 IS ADMITTED INTO

10   EVIDENCE.)

11   BY MS. MEW:

12   Q.      IF WE GO BACK TO EXHIBIT PX 2, AND TO GO PAGE 3.

13              AND AGAIN, LET'S JUST CLICK THROUGH SO WE

14   HAVE, AGAIN, A SENSE OF WHAT THIS IS.

15              THIS IS THE FIRST REQUEST FOR TESTING

16   ACCOMMODATIONS?

17   A.      IT IS.

18   Q.      OH, I'M SORRY, YOU CAN JUST GO UP TO PAGE 3 NOW.

19              IN THIS REQUEST, WHICH EXAM DID DR.

20   KITCHENS SEEK ACCOMMODATIONS?

21   A.      THIS WAS FOR A STEP 1 EXAM.

22   Q.      AND YOU SPOKE PREVIOUSLY ABOUT THE PROCESS FOR

23   REGISTERING AND REQUESTING ACCOMMODATIONS, AND JUST

24   ORIENT US BACK:

25              DO EXAMINEES HAVE TO SUBMIT A NEW REQUEST

1    FOR EACH EXAM ADMINISTRATION WHERE THEY WANT

2    ACCOMMODATIONS?

3    A.      YES, THEY DO.

4    Q.      AND THEY HAVE TO BE REGISTERED FIRST?

5    A.      CORRECT.

6    Q.      AND WHY DO YOU REQUIRE A REQUEST FOR EACH

7    ADMINISTRATION WHERE THEY MAY BE SEEKING ACCOMMODATIONS,

8    AND FOR THEM TO BE REGISTERED?

9    A.      THE REQUEST FORM CONTAINS, YOU KNOW, LANGUAGE ON

10   THE LAST PAGE AND ASKS FOR A HARD SIGNATURE AND THE

11   DATE.  SO THAT AND THE DATE SO THAT SIGNALS TO US

12   SOMEBODY'S,  YOU KNOW, SPECIFIC INTENTION OF REQUESTING

13   ACCOMMODATIONS FOR THAT PARTICULAR STEP EXAM.

14                THEY NEED TO BE REGISTERED IN ORDER FOR

15   TO US REVIEW THE DOCUMENTATION SO THAT WE ARE

16   PURPOSEFULLY USING OUR RESOURCES FOR PEOPLE WHO INTEND

17   TO SIT FOR THE USMLE.

18   Q.      THEN WE WILL PULL UP EXHIBIT DX 70.  FIRST, WE

19   WILL ZOOM OUT, AND THEN LET'S ZOOM IN.  SCROLL DOWN.

20   SCROLL BACK UP.

21                WHAT IS THIS DOCUMENT?

22   A.      THIS IS THE ACKNOWLEDGEMENT E-MAIL THAT

23   DISABILITY SERVICES STAFF MEMBERS SENT TO DR. KITCHENS,

24   ON JANUARY 6TH, ACKNOWLEDGING RECEIPT OF HIS REQUEST FOR

25   TEST ACCOMMODATIONS ON STEP 1, AND ASKING HIM FOR ANY

1    ADDITIONAL SUPPLEMENTAL INFORMATION.

2    Q.      AND IS THIS A TRUE AND CORRECT COPY OF AN E-MAIL

3    THAT IS KEPT IN NBME'S RECORDS IN THE ORDINARY COURSE OF

4    ITS BUSINESS?

5    A.      YES, IT IS.

6                 MS. MEW:  NBME MOVES TO ADMIT EXHIBIT 70

7    INTO EVIDENCE?

8                 DR. KITCHENS:  NO OBJECTIONS, YOUR HONOR.

9                 THE COURT:  DX 70 ADMITTED.

10                (DEFENSE EXHIBIT 70 IS ADMITTED INTO

11   EVIDENCE.)

12   BY MS. MEW:

13   Q.      IF WE SCROLL DOWN I WILL TRY TO SEE IF WE CAN

14   GET ALL OF THE BULLET POINTS ON ONE PAGE.

15                WHAT ADDITIONAL DOCUMENTATION DID NBME

16   REQUEST IN THIS JANUARY 6, 2022, E-MAIL AT DX 70?

17   A.      WE REQUESTED A CERTIFICATION OF PRIOR TEST

18   ACCOMMODATIONS FORM, OR A CPTA FORM.

19                WE REQUESTED ANY MCAT SCORES THAT HE MAY

20   HAVE ACCESS TO.

21                AND WE ASKED HIM FOR A COPY OF HIS CVSE,

22   OR COMPREHENSIVE BASIC SCIENCE EXAM REPORT.

23                AND THEN WE ASKED HIM FOR A COMPREHENSIVE

24   REPORT OF EVALUATION, IF HE HAS ONE, REGARDING HIS

25   DIAGNOSE OF ADHD AND ANXIETY.

1    Q.        IF WE LOOK AT THE FOURTH BULLET POINT IN THE

2    LAST SENTENCE, IN THAT BULLET POINT, COULD YOU PLEASE

3    READ THAT INTO THE RECORD SLOWLY, REASONABLY SLOWLY, FOR

4    THE COURT REPORTER'S BENEFIT?

5    A.        "IF YOU HAVE NOT ALREADY DONE SO, I STRONGLY

6    ENCOURAGE YOU TO REVIEW THE USMLE GUIDELINES TO REQUEST

7    TEST ACCOMMODATIONS, WHICH INCLUDES SPECIFIC GUIDELINES

8    FOR REQUESTING ON THE BASIS OF ADHD, AND PAGE 1 OF THE

9    USMLE REQUEST FOR TEST ACCOMMODATIONS FORM FOR

10   INFORMATION ON HOW TO DOCUMENT A FUNCTIONAL IMPAIRMENT."

11   Q.        DID DR. KITCHENS PROVIDE ANY ADDITIONAL

12   DOCUMENTS IN RESPONSE TO THIS REQUEST?

13   A.        I BELIEVE HE -- EXCUSE ME -- SUBMITTED HIS CVSE

14   SCORE REPORT.

15   Q.        AND WHY DID YOU ASK FOR THE CVSE SCORE REPORT?

16   A.        BECAUSE DR. KITCHENS HAD PROVIDED AN E-MAIL

17   CORRESPONDENCE WITH HIS CVSE SCHEDULING CONFIRMATION

18   FROM PROMETRIC.

19   Q.        AND IF WE CAN PULL UP EXHIBIT PX 52?

20             THIS IS ALREADY IN THE RECORD BUT JUST SO

21   IT'S CLEAR, THIS IS THE CVS SCORE REPORT -- A COPY OF

22   THE CVSE REPORT THAT DR. KITCHENS PROVIDED TO NBME?

23   A.        (NO AUDIBLE RESPONSE.)

24   Q.        DID YOU SAY YES?  I JUST DIDN'T HEAR YOU.

25   A.        OH, I'M SORRY, YES.  CORRECT.  I AM LOSING MY

1     VOICE.

2     Q.      DID DR. KITCHENS PROVIDE ANY OTHER DOCUMENTATION

3     IN RESPONSE TO IN NBME'S COMMUNICATION?

4     A.      NO, HE DID NOT.

5     Q.      NEXT WE WILL LOOK AT EXHIBIT DX 62.

6             WHAT IS THIS DOCUMENT?

7     A.      THIS IS THE CERTIFICATION OF PRIOR TEST

8     ACCOMMODATIONS FORM THAT WE ASK MEDICAL SCHOOLS TO FILL

9     OUT IF THEY HAVE PROVIDED ACCOMMODATIONS TO THEIR

10    STUDENT.

11    Q.      AND IS THIS A TRUE AND CORRECT COPY OF THE CPTA

12    FORM THAT NBME USES IN THE ORDINARY COURSE OF ITS

13    BUSINESS?

14    A.      YES, IT IS.

15            MS. MEW:  NBME MOVES TO ADMIT EXHIBIT DX

16    62?

17            DR. KITCHENS:  NO OBJECTIONS.

18            THE COURT:  ADMITTED.

19            (DEFENSE EXHIBIT 62 IS ADMITTED INTO

20    EVIDENCE.)

21    BY MS. MEW:

22    Q.      WHAT INFORMATION IS SOUGHT IN THIS FORM?

23    A.      THIS IS A FORM WHERE WE ASK THE MEDICAL SCHOOL

24    REPRESENTATIVE TO IDENTIFY THE STUDENT THAT THEY ARE

25    FILLING THE FORM OUT FOR, WHAT TYPES OF ACCOMMODATIONS

1       THEY PROVIDED TO THAT STUDENT, WHEN THEY BEGAN, AND THE

2       REASON FOR PROVIDING THE ACCOMMODATIONS.

3       Q.      HAS NBME RECEIVED CPTA'S FILLED OUT BY FOREIGN

4       MEDICAL SCHOOLS?

5       A.      YES, WE HAVE.

6       Q.      CAN THE FORMS BE SUBMITTED BY E-MAIL?

7       A.      YES, THEY CAN.

8       Q.      NOW I AM NOW GOING TO PULL UP EXHIBIT PX 3.

9               I WILL REPRESENT TO YOU THAT THIS HAS

10      ALREADY BEEN ADMITTED INTO THE RECORD AS A COPY OF DR.

11      KITCHENS'S SECOND ACCOMMODATION REQUEST TO NBME.

12      A.      THAT'S CORRECT.

13      Q.      IF WE TURN TO PAGE 3, OF THIS DOCUMENT?

14              WHAT ACCOMMODATIONS ARE -- IS DR.

15      KITCHENS REQUESTING IN THIS REQUEST?

16      A.      FOR STEP 1, AND FOR TIME AND A HALF, AND

17      ADDITIONAL BREAK TIME OVER TWO DAYS.

18      Q.      DID DR. KITCHENS EVER REQUEST ACCOMMODATIONS ON

19      ANY ADMINISTRATION OF THE STEP 2 CK EXAM?

20      A.      NO, HE DID NOT.

21      Q.      DID DR. KITCHENS EVER REQUEST ACCOMMODATIONS ON

22      THE MAY 9TH, 2022, ADMINISTRATION OF THE STEP 1 EXAM?

23      A.      NO, HE DID NOT.

24      Q.      LET'S NOW TURN TO EXHIBIT DX 75.

25              AND WE WILL DO A CLICK THROUGH FIRST AND

1       THEN WE CAN -- THEN WE WILL DO -- FOR THE RECORD, DX 75

2       SHOWS AT THE TOP IT'S FROM DISABILITYSERVICES@NBME.ORG.

3       IT'S AN E-MAIL DATED AUGUST 30TH, 2022, TO DR. KITCHENS.

4                   CAN YOU EXPLAIN WHAT THAT THIS DOCUMENT

5       IS, MS. CONVERY?

6       A.      THIS IS ANOTHER ACKNOWLEDGEMENT E-MAIL FROM OUR

7       STAFF, LETTING DR. KITCHENS KNOW THAT WE RECEIVED HIS

8       REQUEST FOR STEP 1, AND ALSO ASKING HIM FOR -- TO

9       PROVIDE NEW SUBSTANTIVE DOCUMENTATION TO SUPPORT THIS

10      REQUEST; DOCUMENTATION THAT WE HAD NOT PREVIOUSLY

11      REVIEWED WHEN MAKING A DECISION ABOUT HIS REQUEST FOR

12      ACCOMMODATIONS PREVIOUSLY.

13      Q.      AND IS THIS TRUE AND CORRECT COPY OF AN E-MAIL

14      THAT NBME MAINTAINS -- NBME CREATED AND MAINTAINS IN THE

15      ORDINARY COURSE OF ITS BUSINESS?

16      A.      YES, IT IS.

17                  MS. MEW:  NBME MOVES TO ADMIT EXHIBIT DX

18      75 INTO EVIDENCE?

19                  DR. KITCHENS:  NO OBJECTION.

20                  THE COURT:  ADMITTED.

21                  (DEFENSE EXHIBIT 75 IS ADMITTED INTO

22      EVIDENCE.)

23      BY MS. MEW:

24      Q.      SO IF WE GO TO -- WE ARE GOING TO GO TO THE

25      MIDDLE OF THE PAGE HERE.  I AM A LITTLE HESITANT TO DO

1    THIS BUT IF YOU CAN, CAN YOU READ INTO THE RECORD WHAT

2    IT STATES IN THAT FIRST BULLET POINT UNDER, "BEFORE WE

3    CAN BEGIN TO PROCESS YOUR REQUEST YOU MUST DO THE

4    FOLLOWING"?

5    A.     SURE.   IT SAYS, "PLEASE PROVIDE NEW," AND THEN

6    IN PARENTHESIS, "(DOCUMENTATION THAT WE HAVE NOT ALREADY

7    REVIEWED), CLOSE PARENS, "SUBSTANTIVE DOCUMENTATION TO

8    SUPPORT YOUR REQUEST FOR ADDITIONAL TESTING TIME, TIME

9    AND A HALF, AND ADDITION BREAK TIME.  THE DOCUMENTATION

10   THAT WAS SUBMITTED WAS DOCUMENTATION WE HAD REVIEWED

11   PREVIOUSLY."

12                 "ULTIMATELY, IT IS UP TO EACH EXAMINEE TO

13   DETERMINE WHAT DOCUMENTATION THEY HAVE AVAILABLE AND

14   WOULD LIKE TO SUBMIT FOR OUR REVIEW.  GENERALLY, THE

15   MORE INFORMATION THAT WE HAVE, THE MORE INFORMED

16   DECISION WE CAN MAKE."

17                 "PLEASE FEEL FREE TO SHARE YOUR PREVIOUS

18   DECISION LETTER WITH YOUR TREATMENT PROVIDERS OR OTHERS

19   IF YOU FEEL THEY MAY BE ABLE TO ASSIST YOU IN OBTAINING

20   ADDITIONAL SUPPORTING INFORMATION."

21   Q.     DID DR. KITCHENS PROVIDE ANY ADDITIONAL

22   DOCUMENTATION IN RESPONSE TO THIS SUGGESTION?

23   A.     NO.

24   Q.     AND NOW I WILL TURN TO EXHIBIT DX 76.  JUST TO

25   IDENTIFY THE DOCUMENT FOR THE RECORD, THIS IS ANOTHER

1    E-MAIL STRING.

2              IF WE SCROLL DOWN TO THE -- THE FIRST

3    E-MAIL IS AN AUGUST 30TH, 2022, E-MAIL FROM DISABILITY

4    SERVICES.  I THINK IT IS THE ONE THAT WE JUST

5    REFERENCED.  AND WHEN YOU SCROLL UP THERE'S AN

6    AUGUST 30TH, 2022, RESPONSE FROM DR. KITCHENS, AND THEN

7    AN AUGUST 30TH, 2022, RESPONSE TO DR. KITCHENS, FROM

8    DISABILITY SERVICES.

9              MS. CONVERY, IS DX 76 A TRUE AND CORRECT

10   COPY OF AN E-MAIL RECORD THAT WAS CREATED AND MAINTAINED

11   IN NBME'S ORDINARY COURSE OF BUSINESS?

12   A.     YES, IT IS.

13             MS. MEW:  NBME MOVES TO ADMIT DX 76 INTO

14   THE RECORD?

15             DR. KITCHENS:  NO OBJECTION.

16             THE COURT:  ADMITTED.

17             (DEFENSE EXHIBIT 76 IS ADMITTED INTO

18   EVIDENCE.)

19   BY MS. MEW:

20   Q.     MS. CONVERY, CAN YOU EXPLAIN WHAT THIS STRING OF

21   COMMUNICATIONS IS?

22   A.     THIS IS A REPLY THREAD TO OUR ACKNOWLEDGEMENT

23   E-MAIL THAT WE PREVIOUSLY LOOKED AT, AND THIS IS DR.

24   KITCHENS REPLYING THAT HE ACKNOWLEDGES HE HAS NO NEW

25   DOCUMENTATION.

1    Q.      I AM NOW GOING TO PULL UP DX 78.   JUST FOR THE

2    RECORD, DX 78 IS A SEPTEMBER 2ND, 2022, E-MAIL FROM

3    DISABILITY SERVICES TO DR. KITCHENS.

4              MS. CONVERY, CAN YOU JUST EXPLAIN WHAT

5    THIS DOCUMENT IS?

6    A.      THIS IS AN E-MAIL -- THIS IS AN E-MAIL TO DR.

7    KITCHENS FROM DR. LUCIA MCGEEHAN, THE MANAGER OF

8    EXAMINEE ACCOMMODATIONS IN DISABILITY SERVICES, JUST

9    REITERATING THAT WE NEED NEW SUBSTANTIVE DOCUMENTATION

10   TO SUPPORT HIS NEWEST REQUEST FOR STEP 1.

11              AND IF HE DOESN'T HAVE ADDITIONAL

12   DOCUMENTATION TO SUBMIT, HE CAN ELECT TO HAVE HIS HOLD

13   RELEASED FOR A STANDARD EXAM TIME PERMIT.

14   Q.      AND THEN I WILL PULL UP EXHIBIT DX 79.

15              THIS DOCUMENT IS ALSO ALREADY IN

16   EVIDENCE, BUT CAN YOU EXPLAIN WHAT THIS DOCUMENT SHOWS

17   FOCUSING ON THE SEPTEMBER 7TH, 2022, E-MAIL FROM DR.

18   KITCHENS?

19   A.      THIS IS A RELY TO THAT E-MAIL FROM DOCTOR

20   MCGEEHAN, FROM DR. KITCHENS, WHICH STATES, "RELEASE

21   HOLD."

22   Q.      AND WHAT WOULD HAPPEN THEN AFTER SOMEONE --

23   AFTER AN EXAMINEE TELLS YOU TO RELEASE THE HOLD?

24   A.      WE WOULD RELEASE THE HOLD ON THEIR SCHEDULING

25   PERMIT SO THAT THEY GET A STANDARD TIME EXAMINATION

1       PERMIT TO SCHEDULE WITH.  AND WE WOULD CLOSE THEIR FILE

2       FOR THE REQUEST FOR TEST ACCOMMODATIONS AT THAT TIME.

3       Q.      JUST ONE LAST QUESTION, MS. CONVERY:

4               WERE YOU ASKED TO CHECK NBME DATA TO SEE

5       IF JOANNE SENOGA EVER REQUESTED AN ACCOMMODATIONS ON ANY

6       USMLE EXAM?

7       A.      YES, I WAS.

8       Q.      AND WHAT DID NBME DATA SHOW?

9       A.      THAT WE NEVER RECEIVED A REQUEST FROM THAT

10      INDIVIDUAL.

11              MS. MEW:  I DO NOT HAVE ANY OTHER

12      QUESTIONS.

13              THE COURT:  OKAY.  DR. KITCHENS?

14              DR. KITCHENS:  THANK YOU, YOUR HONOR.

15              CROSS-EXAMINATION

16      BY DR. KITCHENS:

17      Q.      GOOD MORNING MS. CONVERY.  HOW ARE YOU?

18      A.      GOOD MORNING, DR. KITCHENS.  I AM WELL.

19              HOW ARE YOU?

20      Q.      I AM DOING WELL MYSELF, THANK YOU.

21              MS. CONVERY, HAVE YOU EVER TESTIFIED ON

22      BEHALF OF NBME BEFORE TODAY?

23      A.      BEFORE TODAY?  JUST SEVERAL WEEKS AGO IN YOUR

24      EMERGENCY INJUNCTION HEARING.

25      Q.      AND BEFORE THEN, HOW MANY TIMES HAVE YOU

1     TESTIFIED ON BEHALF OF THE NBME?

2     A.      I HAVE NOT BEFORE THEN.

3     Q.      AND MS. CONVERY, YOU ARE -- YOU HAVE BEEN THE

4     DIRECTOR OF DISABILITY SERVICES AT THE NBME SINCE MARCH,

5     2022, CORRECT?

6     A.      THE VERY END OF MARCH, 2022, CORRECT.

7     Q.      AND AS THE DIRECTOR, YOU DO NOT REVIEW

8     INDIVIDUAL'S APPLICATIONS FOR ACCOMMODATIONS; CORRECT?

9     A.      THAT'S CORRECT.

10    Q.      BEFORE THAT, YOU WERE A SENIOR DISABILITY

11    SPECIALIST AT THE NBME; CORRECT?

12    A.      BEFORE THAT I WAS ACTUALLY THE MANAGER OF THE

13    UNIT.

14    Q.      YOU WERE THE MANAGER OF THE UNIT, AND BEFORE

15    THAT WHAT WAS YOUR POSITION?

16    A.      BEFORE THE MANAGER I WAS A SENIOR DISABILITY

17    SERVICES SPECIALIST.

18    Q.      SO THE NBME DOESN'T REQUIRE SENIOR DISABILITY

19    SERVICES SPECIALISTS TO HAVE ANY CLINICAL MEDICAL

20    KNOWLEDGE; CORRECT?

21    A.      THAT'S CORRECT.

22    Q.      AND THE NBME DOES NOT REQUIRE DISABILITY SERVICE

23    SPECIALISTS TO HAVE ANY MEDICAL KNOWLEDGE; CORRECT?

24    A.      CORRECT.

25    Q.      AND THE NBME DOES NOT REQUIRE DISABILITY

1    SERVICES EXPERTS TO HAVE MEDICAL KNOWLEDGE; CORRECT?

2    A.      CAN YOU CLARIFY BY WHAT YOU MEAN BY EXPERTS?

3    Q.      YES.  THOSE WHO -- SO THE NBME DOES NOT REQUIRE

4    DISABILITY SERVICES EXPERTS WITH PH.D.'S TO HAVE

5    CLINICAL MEDICAL KNOWLEDGE?

6    A.      ARE YOU REFERRING TO OUR ASSESSMENT ANALYSTS,

7    LIKE OUR IN-HOUSE STAFF OR?

8    Q.      NO, I'M -- MY QUESTION IS:

9            DOES NBME REQUIRE THOSE IN DISABILITY

10   SERVICES WHO HAVE A PH.D. TO HAVE CLINICAL EXPERIENCE OR

11   -- YES, CLINICAL EXPERIENCE?

12   A.      WELL, THE -- THOSE WITH THEIR PH.D.'S HAVE

13   EXPERIENCE IN THEIR RELATED FIELD SO THAT COULD BE IN A

14   CLINICAL CONTEXT, ESPECIALLY FOR OUR NEUROPSYCHOLOGISTS.

15   Q.      WELL, ACTUALLY THAT'S NOT -- SO SPECIFICALLY --

16   SO THERE IS A DIFFERENCE BETWEEN CLINICAL AND HAVING A

17   PH.D. AND NEVER PRACTICING WITH IT; RIGHT?  SO MY

18   QUESTION -- MY QUESTION IS:

19           DO THEY REQUIRE THE PEOPLE WHO HAVE THEIR

20   PH.D.'S IN YOUR DEPARTMENT TO HAVE CLINICAL MEDICAL

21   EXPERIENCE?

22   A.      WE REQUIRE THOSE FOLKS TO HAVE EXPERIENCE IN

23   THEIR FIELD.  SO IF THEY HAVE BEEN REQUIRED TO HAVE

24   CLINICAL EXPOSURE AND ENCOUNTER IN THE PROCESS OF

25   GETTING THEIR DOCTORATE, THAT IS A REQUIREMENT.  THEY

1    NEED TO HAVE THEIR DOCTORATE AND THEIR EXPERIENCE.

2    Q.     SO --

3    A.     LEADING UP TO THAT.  SO IF YOU ARE ASKING FOR DO

4    THEY HAVE DIRECT PATIENT -- IS IT A REQUIREMENT FOR THEM

5    TO HAVE DIRECT PATIENT INTERACTION?

6    Q.     NO, THAT'S NOT MY QUESTION.  I THINK ITS SAFE TO

7    SAY THAT ITS NOT A REQUIREMENT IN THE MANUAL THAT THEY

8    HAVE TO HAVE A CLINICAL EXPERIENCE?

9              MS. MEW:  OBJECTION, I THINK THAT

10   MISCHARACTERIZES.

11             THE COURT:  WELL, NO, I THINK THAT DR.

12   KITCHENS HAS NOT GOTTEN THE ANSWER THAT HE IS ENTITLED

13   TO HERE.  I THOUGHT I HEARD THAT THE ANSWER IS NO, NOT

14   EXPRESSLY BUT COULD THE -- MAYBE, MS. CONVERY, YOU COULD

15   -- MAYBE, DR. KITCHENS, REPHRASE THE QUESTION.

16             DR. KITCHENS:  OKAY.

17   BY DR. KITCHENS:

18   Q.     NBME DOES NOT REQUIRE FOR A PERSON IN DISABILITY

19   SERVICES TO HAVE -- WHO HAVE A PH.D., SO THEY ARE A

20   DOCTOR, TO HAVE CLINICAL MEDICAL EXPERIENCE?

21   A.     I'M GOING TO SAY NO, BUT I MEAN, I GUESS I WOULD

22   ASK YOU TO CLARIFY WHEN YOU SAY MEDICAL EXPERIENCE.

23   Q.     OKAY.  SO -- OKAY.  I THINK I GOT WHAT I NEED

24   FROM HERE.  I WILL MOVE ON HERE.

25             SO PRIOR TO WORKING AT THE NBME, YOU WERE

1   A BENEFITS ADMINISTRATOR, FOR LILY PULITZER; IS THAT

2   CORRECT?

3   A.     YES.

4   Q.     AND SO TO CLARIFY, YOU WERE A BENEFITS

5   ADMINISTRATOR MANAGING EMPLOYEE'S BENEFITS WITHIN A

6   COMPANY; CORRECT?

7   A.     CORRECT.

8   Q.     SO ISN'T -- SO ISN'T IT TRUE THAT THE NBME IS

9   THE ONLY PLACE THAT YOU HAVE DONE DISABILITY

10  APPLICATIONS?

11  A.     YES.

12  Q.     AND MS. CONVERY, YOU HAVE A BACHELOR'S DEGREE IN

13  PSYCHOLOGY; CORRECT?

14  A.     YES, I DO.

15  Q.     AND A MASTER'S -- AND WHAT IS YOUR MASTER'S

16  DEGREE IN?

17  A.     IN PUBLIC ADMINISTRATION.

18  Q.     PUBLIC ADMINISTRATION.  SO A MASTER'S IN PUBLIC

19  ADMINISTRATION DOES NOT ALLOW YOU TO TREAT PATIENTS;

20  CORRECT?

21  A.     CORRECT.

22  Q.     AND YOU WERE -- YOU HAVE NOT -- YOU ARE NOT ABLE

23  TO DO CLINICAL WORK AT ALL WITH THIS PARTICULAR DEGREE

24  THAT YOU HAVE; CORRECT?

25  A.     CORRECT.

```
1    Q.      SO I WOULD LIKE TO ASK YOU NOW:

2                 ARE YOU FAMILIAR WITH THE ADA?

3    A.      YES, I AM.

4    Q.      AND THE ADA DEFINES A DISABILITY AS A MENTAL OR

5    PHYSICAL IMPAIRMENT THAT SUBSTANTIALLY LIMITS ONE OR

6    MORE MAJOR LIFE ACTIVITIES; CORRECT?

7    A.      CORRECT.

8    Q.      AND THE ADA BREAKS DOWN THAT -- THAT DEFINITION;

9    CORRECT?

10   A.      IN THE -- YES.

11   Q.      AND ISN'T IT TRUE THAT THE ADA RECOGNIZES ADHD

12   AS A MENTAL IMPAIRMENT?

13   A.      GENERALLY SPEAKING, YES.

14   Q.      I WILL TELL YOU THAT THE -- THE ANSWER IS YES

15   THERE.

16                 WOULD YOU AGREE THAT CONCENTRATING

17   THINKING AND READING ARE MAJOR LIFE ACTIVITIES UNDER THE

18   ADA?

19                 MS. MEW:  OBJECTION, YOUR HONOR.  I MEAN,

20   JUST -- YOU CAN ANSWER IF YOU KNOW, MS. CONVERY, BUT SHE

21   IS OBVIOUSLY NOT A LAWYER.

22                 DR. KITCHENS:  NO, SHE IS THE DIRECTOR OF

23   DISABILITY SERVICES.  THIS IS PART OF HER JOB DUTIES.

24                 THE COURT:  I'M GOING TO -- MY

25   UNDERSTANDING OF THE OBJECTION, DR. KITCHENS, WAS THAT
```

1    THE -- THIS WITNESS IS NOT EXPECTED TO HAVE -- TO BE

2    ABLE TO MAKE LEGAL CONCLUSIONS, BUT I THINK I UNDERSTAND

3    THE PURPOSE OF YOUR LINE OF QUESTIONING, SO I WILL GIVE

4    YOU SOME LEEWAY.

5              DR. KITCHENS:  THANK YOU, YOUR HONOR.

6    BY DR. KITCHENS:

7    Q.    MS. CONVERY, AS THE DIRECTOR OF DISABILITY

8    SERVICES, WHO OVERSEE OTHER PEOPLE WHO ARE SUPPOSED TO

9    EVALUATE THOSE WITH DISABILITY APPLICATIONS, WOULD YOU

10   CONSIDER CONCENTRATION AND THINKING ARE EXECUTIVE

11   FUNCTIONS?

12   A.    UH --

13   Q.    I WILL REPHRASE MY QUESTION.  I WILL REPHRASE MY

14   QUESTION.

15              UNDER THE ADA, ISN'T IT TRUE THAT

16   CONCENTRATION AND THINKING ARE EXECUTIVE FUNCTIONS?

17   A.    I AM NOT -- AGAIN, FOR THE RECORD, I AM NOT A

18   LAWYER BUT UNDER THE ADA I DON'T THINK THEY SPECIFICALLY

19   CLAIM THAT AS AN EXECUTIVE FUNCTION, BUT THINKING AND

20   CONCENTRATING, I'M NOT SURE THE DIRECT QUESTION, OTHER

21   THAN IF IT'S PART OF THE EXECUTIVE FUNCTIONING SKILLS,

22   WHICH I DON'T BELIEVE THE ADA SPECIFICALLY STATES AS AN

23   EXECUTIVE FUNCTIONING SKILL.

24   Q.    I WILL TELL THAT YOU IT DOES.

25              MS. MEW:  OBJECTION, YOUR HONOR.

1                        DR. KITCHENS:  AM I NOT --

2                        THE COURT:  DR. KITCHENS, PART OF YOUR

3       CROSS YOU DON'T -- YOU SHOULD NOT TESTIFY AS PART OF

4       YOUR CROSS OR ARGUE.  YOU SHOULD JUST ASK QUESTIONS AND

5       YOU KNOW, I WILL -- IF YOU ASK A QUESTION AND IT'S A

6       FAIR QUESTION I WILL MAKE SURE YOU GET YOUR ANSWERS.  SO

7       GO AHEAD.

8                        DR. KITCHENS:  SORRY, YOUR HONOR.

9       BY DR. KITCHENS:

10      Q.      WOULD YOU SAY THAT CONCENTRATION AND THINKING

11      ARE KEY COMPONENTS NEEDED WHEN TAKING A HIGH STAKES

12      EXAMINATION SUCH AS THE USMLE?

13      A.      SURE, YES.

14      Q.      SO I GATHER HERE -- IN YOUR POSITION AS

15      DIRECTOR, AND FROM YOUR TESTIMONY EARLIER, ISN'T IT TRUE

16      THAT YOU DON'T FULLY UNDERSTAND THE RULES OF THE ADA?

17                       MS. MEW:  YOUR HONOR, OBJECTION.  AND

18      JUST TO THE FOUNDATION, AS A FOUNDATIONAL POINT, I

19      BELIEVE MS. CONVERY TESTIFIED SHE IS NOT THE ONE

20      DECIDING THE ACCOMMODATION REQUESTS SO I'M NOT ENTIRELY

21      SURE WHERE THIS IS GOING.

22                       DR. KITCHENS:  YOUR HONOR --

23                       THE COURT:  HOLD ON.  THE OBJECTION IS

24      OVERRULED.  MS. CONVERY, YOU CAN ANSWER.

25                       THE WITNESS:  WELL, CAN YOU PLEASE REPEAT

1    YOUR QUESTION, DR. KITCHENS?

2    BY DR. KITCHENS:

3    Q.      YES.  MY QUESTION TO YOU IS:

4              IS IT -- ISN'T IT TRUE THAT YOU DO NOT

5    FULLY UNDERSTAND THE RULES OF THE ADA?

6    A.      WHILE I AM NOT AN ATTORNEY, I HAVE A GENERAL

7    UNDERSTANDING OF THE ADA.

8    Q.      AND AS THE DIRECTOR OF DISABILITY SERVICES WHO

9    OVER -- YOU OVERSEE OTHER PEOPLE THAT IS UNDER YOU;

10   CORRECT?

11   A.      THAT'S CORRECT.

12   Q.      THOSE PEOPLE WHO -- THAT ARE UNDER YOU, THEY

13   REVIEW APPLICANTS FOR -- FOR ACCOMMODATIONS

14   APPLICATIONS; CORRECT?

15   A.      CORRECT.

16   Q.      AND WHEN THEY REVIEWING THESE APPLICATIONS THEY

17   HAVE A CHECKLIST THAT THEY HAVE TO COMPLETE BEFORE THEY

18   CAN MOVE ONTO CERTAIN STAGES; CORRECT?

19   A.      I WOULDN'T -- I WOULDN'T NECESSARILY DESCRIBE IT

20   AS A CHECKLIST.  CAN YOU SAY MORE ABOUT WHAT YOU MEAN

21   ABOUT A CHECKLIST?

22   Q.      SURE.  SO IN TRAINING, WHEN YOU HAVE -- WHEN YOU

23   HAVE NEW PEOPLE, I GUESS YOU COULD SAY, OR JUST THE

24   GUIDELINES, DO YOU GUYS HAVE SPECIFIC GUIDELINES OR FLOW

25   CHARTS THAT YOU MIGHT USE TO HELP A PERSON MAKE A GOOD

1    DECISION -- OR A -- THE BEST DECISION FOR THOSE WHO ARE

2    APPLYING FOR ACCOMMODATIONS?

3    A.      SO WE DO HAVE A FLOW CHART OF THE GENERAL

4    OVERALL PROCESS FLOW, MEANING RIGHT -- LIKE HIGH LEVEL,

5    LIKE IS SOMEBODY REGISTERED, DO WE NEED TO SEEK

6    ADDITIONAL INFORMATION FROM THEM, YES OR NO.  AND THEN

7    BASED ON THOSE YES OR NO WILL DECIDE HOW THE PROCESS

8    FLOWS.

9            BUT AS FAR AS MAKING A DECISION, EVERY --

10   EVERY PIECE OF DOCUMENTATION IS THOROUGHLY REVIEWED AND

11   CONSIDERED AND THEN THE DECISION RENDERED BASED ON THAT

12   THOROUGH AND CAREFUL REVIEW PROCESS.

13   Q.      SO -- SO ISN'T IT TRUE THAT THE NBME, BY THIS

14   GUIDELINE, YOU DEPEND HEAVILY ON THE -- ON THE

15   DOCUMENTATION THAT YOU RECEIVE?

16   A.      CORRECT.

17   Q.      AND IF THAT PERSON DOES NOT HAVE ENOUGH

18   DOCUMENTATION THEY DO NOT MOVE FORWARD IN THE PROCESS OF

19   ACCOMMODATIONS; CORRECT?

20   A.      NO, IT'S NOT THAT THEY DON'T MOVE FORWARD IN THE

21   PROCESS.  WE HAVE TO MAKE A DECISION BASED ON THE

22   DOCUMENTATION THAT WE HAVE RECEIVED.

23   Q.      GOT YOU.  SO IF -- AND FOR UNDERSTANDING, ARE

24   YOU SAYING THAT IF THEY BY THIS FLOW CHART OR WHATEVER

25   GUIDELINES THAT YOU HAVE, THAT IF -- IF THEY CANNOT GO

1    FORWARD ANY MORE YOU MAKE A DECISION AT THAT POINT?

2    A.      WELL, WE MAKE A DECISION BASED ON WHATEVER

3    DOCUMENTATION WE HAVE TO MAKE A DECISION BASED ON.

4    Q.      AND WHAT PROTOCOLS DO YOU HAVE IN PLACE THAT IF

5    A PERSON -- IF AN APPLICANT -- SORRY, IF A PERSON

6    APPLYING FOR ACCOMMODATIONS CANNOT PROVIDE EXTRA

7    DOCUMENTATION?

8    A.      WELL, IF THEY CANNOT OR WILL NOT, EITHER OR,

9    PROVIDE DOCUMENTATION FOR OUR REVIEW WE WILL MAKE A

10   DECISION BASED ON THE INFORMATION THAT WE HAVE AVAILABLE

11   TO US.

12   Q.      I WANT TO -- I WANT TO GO BACK AND BE SPECIFIC.

13           NOT THAT THEY WILL NOT PROVIDE THE

14   DOCUMENTATION BUT THEY CANNOT OR DO NOT HAVE ACCESS, SO

15   WHAT PROTOCOLS OR -- DO YOU HAVE IN PLACE THAT IF A

16   PERSON CANNOT PROVIDE NEW DOCUMENTATION WHEN APPLYING

17   FOR ACCOMMODATIONS?

18   A.      I BELIEVE I JUST ANSWERED THAT, BUT IF THEY

19   CANNOT SUPPLY ANY ADDITIONAL DOCUMENTATION WE WILL MAKE

20   A DECISION BASED ON THE INFORMATION THAT WE DO HAVE.

21   Q.      THANK YOU.

22           SO IT SAYS HERE THAT -- SO ACCORDING TO

23   YOUR -- ACCORDING TO YOUR DECLARATION FILED BY THE

24   NBME'S RESPONSE OPPOSING MY PRELIMINARY INJUNCTION,

25   ISN'T IT TRUE THAT DR. LUCIA MCGEEHAN WAS THE ONLY

```
 1    MANAGER TO REVIEW MY APPLICATION FOR ACCOMMODATIONS?

 2    A.      THAT IS CORRECT.

 3    Q.      AND NO OTHER ANALYST REVIEWED MY APPLICATION;

 4    CORRECT?

 5    A.      CORRECT.

 6    Q.      NO CONSULTANT REVIEWED MY APPLICATION; CORRECT?

 7    A.      CORRECT.

 8    Q.      IF I COULD -- YES, IF WE CAN BRING UP DOCUMENT

 9    -- I'M SORRY, EXHIBIT PX 75?  SCROLL DOWN, PLEASE.

10    OKAY.  AND MS. MEW ACTUALLY HAD I THINK SHE HAD IT -- NO

11    THIS IS --

12                  MS. MEW:  JUST TO CLARIFY THAT'S --

13                  DR. KITCHENS:  PX 69.  THANK YOU, SORRY.

14    BY DR. KITCHENS:

15    Q.      CAN YOU READ THE TITLE OF THIS DOCUMENT ON THE

16    SCREEN?

17    A.      THIS IS THE GENERAL GUIDELINES TO REQUEST TEST

18    ACCOMMODATIONS.

19    Q.      OKAY.  AND IN YOUR POSITION AS THE DIRECTOR OF

20    DISABILITY SERVICES, DID YOU HELP IN ANY WAY TO

21    CONSTRUCT SOME OF THESE GUIDELINES?

22    A.      MANY OF THESE GUIDELINES HAVE BEEN IN PLACE FOR

23    MANY YEARS.  I AM GENERALLY AWARE OF THEM AND REFER TO

24    THEM BUT WE HAVE NOT ALTERED THESE GUIDELINES IN MANY

25    YEARS, AND NOT IN MY TIME AS DIRECTOR.
```

1   Q.      OKAY.  SO IN AN ROUGH ESTIMATE, WHEN CAN -- WHEN

2   WAS THE LAST TIME THAT YOU CAN RECALL THESE GUIDELINES

3   WERE UPDATED?

4   A.      I CANNOT RECALL SPECIFICALLY -- SO -- I DON'T --

5   Q.      FIVE YEARS?

6   A.      AT LEAST FIVE YEARS BUT AGAIN, I DON'T HAVE A --

7   I DON'T HAVE A SOLID RECOLLECTION OF WHEN THEY WERE LAST

8   FORMALLY UPDATED.

9   Q.      SO FIVE YEARS AGO.  SO?

10  A.      I DIDN'T SAY FIVE YEARS AGO.

11  Q.      SO ISN'T IT SAFE TO SAY THAT POSSIBLY THAT THESE

12  -- THESE GUIDELINES ARE OUTDATED FOR TODAY'S TIMES?

13  A.      NO.

14  Q.      AND WHY IS THAT?

15  A.      BECAUSE THESE GUIDELINES ARE STILL APPLICABLE TO

16  TODAY'S GUIDELINES, OTHERWISE THEY WOULD HAVE BEEN

17  UPDATED SOONER IF WE HAD THOUGHT THEY WERE OUTDATED.

18  Q.      SO -- SO YOU ARE SAYING THAT -- AND FOR

19  CLARIFICATION, ARE YOU SAYING THAT IT JUST DEPENDS UPON

20  WHAT THE NBME FEELS ARE APPLICABLE FOR TODAY'S TIMES?

21  A.      IT'S WHAT'S APPLICABLE AND AGAIN, THESE ARE

22  GENERAL GUIDELINES FOR THE NBME PROCESS.  AND SPECIFIC

23  GUIDELINES ARE GENERALLY BASED AROUND INDUSTRY

24  STANDARDS.

25  Q.      INDUSTRY STANDARDS.

1              SO THEY USE DIFFERENT TYPES OF METRICS TO

2    COME UP WITH THESE GUIDELINES; IS THAT WHAT YOU ARE

3    SAYING?

4    A.    I'M NOT SURE I UNDERSTAND WHAT YOU ARE MEAN BY

5    METRICS.

6    Q.    YES.  SO YOU SAID ABOUT THE INDUSTRY.

7              WHAT DO YOU MEAN BY THE INDUSTRY?  I

8    GUESS I WAS GATHERING THAT THEY DID SOME TYPE OF STUDY

9    TO SHOW THAT THESE GUIDELINES ARE STILL RELEVANT FOR

10   TODAY'S TIME.

11   A.    WELL, RIGHT.  SO IF YOU -- LIKE, IF YOU LOOK AT

12   THE GUIDELINES FOR ADHD, RIGHT, AN EVALUATION BY AN

13   APPROPRIATE CLINICIAN IS STILL THE INDUSTRY STANDARD FOR

14   BEING DIAGNOSED WITH ADHD AND HAVING A FORMAL EVALUATION

15   AND HISTORY DOCUMENTED.

16   Q.    YES.  THAT'S TRUE -- OKAY.

17              AND I UNDERSTAND THAT, BUT FOR YOUR

18   GUIDELINES HERE, IT REQUIRES -- YOU KNOW, HERE AND

19   THROUGHOUT THIS ENTIRE LITIGATION WE HAVE SHOWN HERE

20   THAT EVEN IF THAT DOCUMENTATION IS -- IS GIVEN THAT

21   THINGS COULD BE MISCONSTRUED.

22              SO ISN'T IT TRUE THAT YOU HAVE TESTIFIED

23   EARLIER TODAY THAT THERE HAS BEEN E-MAILS SENT TO --

24   FROM DISABILITY SERVICES TO ME ASKING FOR MORE

25   DOCUMENTATION?

1            MS. MEW:  YOUR HONOR, I WANT TO OBJECT

2    JUST TO THAT BECAUSE THERE WAS TESTIMONY AT THE

3    BEGINNING OF THE -- OF THAT QUESTION AND THEN THERE WAS

4    A QUESTION.

5            DR. KITCHENS:  I WILL REPHRASE THE

6    QUESTION.

7            THE COURT:  AND I -- DR. KITCHENS, IT'S

8    ACTUALLY HELPFUL TO KEEP YOUR QUESTIONS SHORT WHEN YOU

9    CAN, JUST FOR THE WITNESS'S BENEFIT AND FOR MINE AS

10   WELL.  MAYBE YOU CAN REPHRASE THAT?

11           DR. KITCHENS:  YES, SIR.  YES, JUDGE.

12   BY DR. KITCHENS:

13   Q.     ISN'T IT TRUE THAT YOU TESTIFIED EARLIER THAT

14   THE DISABILITY SERVICES REQUESTED MORE DOCUMENTATION?

15   A.     THAT'S CORRECT.

16   Q.     FOR MY -- THANK YOU.

17           I WOULD LIKE TO -- LET'S SEE HERE IF I

18   COULD, LET'S SEE IF I HAVE -- IF WE COULD PULL UP THE

19   CHART THERE.  YES.  THIS IS PX 75.

20           AND MS. CONVERY, CAN YOU TELL US WHAT

21   THIS DOCUMENT -- DO YOU RECOGNIZE THIS DOCUMENT ON THE

22   PAGE?

23   A.     YES I DO.

24   Q.     SO WITH THIS DOCUMENT HERE, IF WE CAN KIND OF

25   ZOOM OR SCROLL DOWN JUST A LITTLE BIT HERE.  CAN YOU

1    EXPLAIN THIS DOCUMENT FROM YOUR POSITION?

2    A.      SURE.   THIS IS THE GENERAL OVERALL PROCESS FLOW

3    MAP THAT WE WERE TALKING ABOUT JUST A LITTLE WHILE AGO,

4    TO SHOW THE GENERAL FLOW AND DECISION TREE PROCESS OF

5    THAT FLOW WHEN A CASE COMES IN TO DISABILITY SERVICES.

6    Q.      SO BY LOOKING AT THIS, THIS IS AN INTERNAL

7    DOCUMENT; CORRECT, THAT YOU --

8    A.      CORRECT.

9    Q.      AND IF WE FOLLOW THIS -- THIS FLOW CHART HERE,

10   WHEN DR. MCGEEHAN REVIEWED MY -- WHEN SHE REVIEWED MY --

11   MY APPLICATION, SHE DID NOT ASSIGN IT TO ANY -- SHE DID

12   NOT SEND IT OUT TO ANY EXPERTS -- I MEAN, ANY OUTSIDE

13   EXPERTS; CORRECT?

14   A.      ANY -- CORRECT.

15   Q.      OKAY.

16               DR. KITCHENS:  YOUR HONOR, I WOULD LIKE

17   TO ADMIT EXHIBIT PX 75 INTO THE RECORD?

18               PLEASE LEAVE THIS UP.

19               MS. MEW:  IT'S ALREADY IN THE RECORD.

20               DR. KITCHENS:  OKAY.  THANK YOU.

21   BY DR. KITCHENS:

22   Q.      AND MS. CONVERY, ISN'T IT TRUE THAT THE -- THE

23   REASON THAT SHE DID NOT MOVE FORWARD IN REFERRING MY

24   APPLICATION TO AN OUTSIDE EXPERT IS BECAUSE I DIDN'T

25   HAVE -- DID NOT PROVIDE MORE DOCUMENTATION WHEN

1    REQUESTED?

2    A.      CORRECT, SHE FELT SHE COULD MAKE A DECISION

3    BASED ON THE INFORMATION THAT YOU PROVIDED TO US.

4    Q.      THANK YOU.

5            WE CAN REMOVE THIS DOCUMENT HERE.  IF WE

6    CAN PULL UP -- YES.  SORRY.  GO BACK TO PX 69.  AND WE

7    JUST WAS ON THIS PARTICULAR EXHIBIT HERE.

8            DO YOU SEE WHERE IT STATES, "REQUESTS FOR

9    ACCOMMODATIONS MUST INCLUDE THE FOLLOWING"?

10   A.      YES.

11   Q.      AND CAN YOU LOOK AT THE SUBPARAGRAPH 4, WHERE IT

12   STATES "RELEVANT OBJECTIVE RECORDS OF IMPAIRED

13   FUNCTION"?

14   A.      YES.

15   Q.      AND MS. CONVERY, CAN YOU READ FOR THE COURT THE

16   FIRST BULLET POINT THERE?

17   A.      "OBJECTIVE RECORDS OF FUNCTIONING SHOULD BE

18   SUBMITTED TO DOCUMENT THE REAL WORLD CURRENT IMPACT OF

19   THE DISABILITY AND DEMONSTRATE HOW A MAJOR LIFE ACTIVITY

20   RELEVANT TO THE SETTING AND CONTEXT OF THE SPECIFIC

21   EXAMINATION IS SUBSTANTIALLY LIMITED."

22   Q.      YES.  AND THEN UNDERNEATH THAT PARTICULAR

23   PARTICULAR BULLET POINT CAN YOU READ FOR THE COURT

24   RECORD THE -- THE TIME OF TYPES OF DOCUMENTATION?

25   A.      "EXAMPLES OF SUPPORTING DOCUMENTATION INCLUDE

1       BUT ARE NOT LIMITED TO; PRIOR CLINICAL EVALUATIONS,

2       DIAGNOSTIC REPORTS, TREATMENT AND/OR EDUCATIONAL PLANS,

3       OR OTHER RELEVANT MEDICAL RECORDS."

4       Q.      CAN YOU SCROLL DOWN, PLEASE.

5       A.      -- DID YOU WANT ME TO CONTINUE?

6       Q.      FOR TIME SAKE WE WILL STOP THERE.

7               BUT YOU DO RECOGNIZE THIS DOCUMENT;

8       CORRECT?

9       A.      CORRECT.

10      Q.      AND THESE ARE DOCUMENTS THAT WERE SUBMITTED WITH

11      MY APPLICATIONS; CORRECT?

12      A.      WHAT -- YOU MEAN CLINICAL EVALUATIONS AND

13      DIAGNOSTIC REPORTS?

14      Q.      FROM WHAT YOU JUST READ HERE, THESE ARE SOME

15      DOCUMENT -- TYPES OF DOCUMENTATION THAT I SUBMITTED WITH

16      BOTH OF MY APPLICATIONS; CORRECT?

17      A.      YOU SUBMITTED A LETTER FROM A TREATMENT PROVIDER

18      AND PRINTOUTS FROM A MEDICAL HISTORY RECORD, MEDICAL

19      RECORD.

20      Q.      SORRY.  YEAH.

21              SO ARE THESE TYPES OF DOCUMENTATION THAT

22      WOULD BE ACCEPTED ON -- FOR ONE'S APPLICATION?

23      A.      I MEAN, EVERY PIECE OF DOCUMENTATION THAT

24      SOMEONE CHOOSES TO SUBMIT IS ACCEPTED, IT IS ACCEPTABLE

25      DOCUMENTATION.

1    Q.      YES.  SO CAN WE SCROLL UP JUST A LITTLE BIT,

2    PLEASE?  YES, STOP THERE.

3              DID I PROVIDE -- DID I -- DO YOU SEE THE

4    FIRST BULLET POINT THERE, THE SECOND BULLET POINT SAYS,

5    "EXAMPLES OF SUPPORTING DOCUMENTS AND THEN THERE'S A --

6    ONE -- THERE'S A POINT RIGHT UP UNDER THAT.

7              WOULD YOU AGREE THAT TREATMENT AND --

8    THAT TREATMENT AND RELEVANT MEDICAL RECORDS WERE

9    SUBMITTED WITH MY APPLICATIONS?

10   A.      TREATMENT RECORDS WERE SUBMITTED WITH YOUR

11   APPLICATION, YES.

12   Q.      AND ISN'T IT TRUE THAT RELEVANT MEDICAL RECORDS

13   WAS ALSO SUBMITTED?

14   A.      I MEAN, RELEVANT TO THE DIAGNOSIS OF ADHD?  OR

15   RELEVANT TO SOME OTHER -- WHAT DO YOU MEAN?

16   Q.      RELEVANT TO -- RELEVANT TO MY REQUEST ON MY

17   ACCOMMODATIONS APPLICATION?

18   A.      AGAIN, ALL INFORMATION THAT YOU -- THAT YOU

19   SUBMITTED FOR OUR REVIEW, IF YOU CONSIDERED THAT TO BE

20   RELEVANT, IT'S PART OF YOUR FILE.  WE ARE NOT HERE TO

21   SAY WHETHER -- WE ARE NOT GOING TO NOT ACCEPT SOMETHING

22   THAT SOMEBODY CHOOSES TO SUBMIT TOWARDS THAT.

23   Q.      OKAY.  IF WE CAN -- 69, I THINK 69 FOR -- OKAY,

24   SO LET'S MOVE DOWN SOME MORE, PLEASE?  STOP HERE,

25   PLEASE.

1          SO CAN YOU READ THE -- DO YOU SEE THE

2    LAST BULLET POINT THERE?

3    A.     WHERE IT SAYS -- STARTS WITH "OFFICIAL"?

4    Q.     YEAH, SO -- YES.

5          DIDN'T I SUBMIT THESE TYPE OF

6    DOCUMENTATIONS FROM MY SCHOOL, SAYING THAT I HAVE HAD

7    ACCOMMODATIONS ON OTHER TEST EXAMINATIONS?

8    A.     NO.

9    Q.     CAN WE PULL UP MY SECOND APPLICATION, PLEASE?

10   I THINK IT'S -- IS IT PX 3, MAYBE?   YES, CAN YOU SCROLL

11   DOWN?   YES, HERE, AND CAN YOU ZOOM IN HERE?   SCROLL UP

12   TO THE TOP SO THAT MS. CONVERY CAN SEE THIS THE

13   DOCUMENT, PLEASE?

14          THIS IS P EXHIBIT PX 03.

15   A.     OKAY.

16   Q.     CAN YOU SCROLL TO THE VERY TOP, PLEASE, AMELIA,

17   SO SHE CAN SEE WHAT THIS DOCUMENT IS?

18          DO YOU RECOGNIZE THIS DOCUMENT?

19   A.     YOUR REQUEST FOR TEST ACCOMMODATIONS FORM?

20   Q.     YES.   AND SCROLL DOWN PLEASE SO SHE CAN SEE --

21   YES.

22          SO HERE.

23   A.     MM-HMM.

24   Q.     I WANT HER TO -- YES.   THERE.

25          DO YOU SEE -- FOR -- ON THIS PARTICULAR

1    SCREEN HERE, THIS IS WHERE I TOOK THIS CBSE PROVIDED BY

2    MY -- BY MY UNIVERSITY; OKAY?

3    A.     MM-HMM.

4    Q.     DO YOU SEE WHERE IT SAYS, "TESTING

5    ACCOMMODATIONS"?

6    A.     YES.

7    Q.     CAN YOU READ BELOW, WHAT THAT SAYS BELOW IT?

8    A.     IT SAYS "EXTENDED TIME."

9    Q.     SO WOULDN'T -- ISN'T IT TRUE THAT THIS IS AN

10   OFFICIAL DOCUMENT PROVING THAT A SCHOOL OR UNIVERSITY

11   HAS PROVIDED OFFICIAL ACCOMMODATIONS ON PRIOR TESTS?

12   A.     I WOULDN'T CONSIDER THIS DOCUMENT FROM

13   PROMETRIC, WHICH IS OUR THIRD PARTY VENDOR TO BE AN

14   OFFICIAL RECORD OF TEST ACCOMMODATIONS GIVEN BY YOUR

15   MEDICAL SCHOOL, NO.

16   Q.     ISN'T IT TRUE THAT THE UNIVERSITY HAS TO FIRST

17   PURCHASE THE -- THE EXAMINATION FROM THE NBME?

18   A.     CORRECT, YES.

19   Q.     AND ONCE THAT -- ONCE THEY MAKE THAT -- WHEN

20   THEY MAKE THAT PURCHASE FOR -- FOR NBME, ISN'T IT TRUE

21   THAT THEY THEN HAVE TO GET PERMISSION WHETHER OR NOT TO

22   PROVIDE ACCOMMODATIONS ON THESE PARTICULAR EXAMINATIONS?

23   A.     YES, THEY DO.

24   Q.     SO ISN'T IT TRUE THAT THIS STATEMENT OF EXTENDED

25   TIME PROVES THAT THE UNIVERSITY GAVE OFFICIAL

1    ACCOMMODATIONS ON A PREVIOUS HIGH STAKES EXAMINATION?

2    A.      WELL, THIS -- THE CBSE IS -- IS A SUBJECT EXAM.

3    ITS NOT IT'S NOT THE SAME AS A -- IT'S NOT A HIGH STAKES

4    EXAM AS FAR AS -- OR IN THE SAME VAIN BUT THIS, AGAIN,

5    IS FROM PROMETRIC.

6            IT IS NOT A DIRECT FORM SUBMITTED BY YOUR

7    MEDICAL SCHOOL CONFIRMING THAT THEY INTENDED TO GIVE YOU

8    EXTENDED TIME AND THE PURPOSE OR THE TIMELINE IN WHICH

9    THEY DECIDED TO PROVIDE YOU THAT ACCOMMODATION.

10           SO AGAIN, I THINK THE WORD WE WERE HONING

11   IN ON THE DOCUMENT BEFORE THIS WAS AN OFFICIAL RECORD OF

12   PREVIOUS TEST ACCOMMODATIONS AND THIS IS AN E-MAIL FROM

13   PROMETRIC, NOT AN OFFICIAL RECORD FROM YOUR MEDICAL

14   SCHOOL.

15   Q.      SO AS A CANDIDATE THAT IS TAKING THIS

16   EXAMINATION ARE THEY ALLOWED TO -- TO AUTOMATICALLY --

17   SO -- OKAY.  I THINK I MADE MY POINT HERE.

18           THIS IS ALREADY IN THE RECORD.  WE CAN

19   MOVE FROM THAT ONE, PLEASE.  AND CAN WE BRING BACK UP

20   THE OTHER EXHIBIT.  I DON'T THINK I HAVE THAT IN THE

21   RECORD THERE.

22           YES.  61.  I THINK -- YES.  I WOULD LIKE

23   FOR PX 69 TO BE PUT INTO THE RECORD IF IT'S NOT RECORD.

24   YES, IT IS, IT IS IN THE RECORD.  WAIT, NO IT'S NOT.

25           I WOULD MOVE TO PUT EXHIBIT PX 69 INTO

1      THE RECORD, YOUR HONOR?

2                      THE COURT:  IT TOOK ME A SECOND I FOUND

3      IT.  ITS ADMITTED ALREADY.

4                      MS. MEW:  ITS HAS NOT BEEN I THINK YOU

5      ARE THINKING OF DX 69.

6                      THE COURT:  NO, YOU ARE RIGHT.  YOU ARE

7      RIGHT.

8                      MS. MEW:  NO OBJECTION.  I HAVE NO

9      OBJECTION TO PX 69 BEING ADMITTED.

10                     THE COURT:  ALL RIGHT THEN, PX 69 IS

11     ADMITTED.

12                     (PLAINTIFF EXHIBIT 69 IS ADMITTED INTO

13     EVIDENCE.)

14     BY DR. KITCHENS:

15     Q.     WOULD A TEACHER BE CONSIDERED A PROFESSIONAL TO

16     SUBMIT A LETTER FOR ACCOMMODATIONS FOR THEIR STUDENT --

17     LET ME REPHRASE IT TO MAKE IT MORE CLEAR.

18                     WOULD YOU CONSIDER A TEACHER TO BE A

19     PROFESSIONAL?

20     A.     YES.

21     Q.     SO ISN'T IT TRUE THAT A LETTER IS CONSIDERED A

22     CORRESPONDENCE?

23     A.     A LETTER IS CORRESPONDENCE, YES.

24     Q.     SO A LETTER FROM A TEACHER WOULD HAVE TO BE ON

25     THE SCHOOL'S OFFICIAL LETTERHEAD; CORRECT?

1     A.      NO, IF THE SCHOOL HAS LETTERHEAD, SURE,

2     PREFERABLY.

3     Q.      YES.  SO.  I GUESS ON THIS PARTICULAR QUESTION

4     HERE, I AM ASKING YOU, WHEN THE TEACHER WRITES -- DOES

5     THE NBME ACCEPT LETTERS FROM A TEACHER WITHOUT A

6     LETTERHEAD?

7     A.      YES, WE DO, IF THEY ARE SIGNED AND THEY ARE --

8     YOU KNOW, THEY HAVE INCLUDED THE TEACHER'S SIGNATURE.

9     Q.      DO YOU SEE HERE -- LET'S SEE HERE.

10            AND DO YOU SEE WHERE THIS SECOND BULLET

11    POINT -- FIRST OF ALL, DO YOU RECOGNIZE THIS DOCUMENT,

12    THIS IS ONE WE JUST WENT OVER -- THIS IS PX 69, PX 69.

13    A.      YES, I DO RECOGNIZE IT.

14    Q.      YES.  CAN YOU SEE THIS PARTICULAR -- THE SECOND

15    BULLET POINT THERE?

16    A.      YES.

17    Q.      AND CAN YOU READ THAT OUT LOUD FOR THE RECORD?

18    A.      "REPORTS AND CORRESPONDENCE FROM PROFESSIONALS

19    MUST BE TYPEWRITTEN ON OFFICIAL LETTERHEAD, DATED AND

20    SIGNED BY THE PROFESSIONAL.  HANDWRITTEN OR UNSIGNED

21    LETTERS FROM PHYSICIANS OR EVALUATORS WILL NOT BE

22    ACCEPTED."

23    Q.      SO ISN'T IT TRUE THAT A TEACHER MUST WRITE A

24    LETTER OF RECOMMENDATION ON AN OFFICIAL LETTERHEAD?

25    A.      I MEAN, IT'S GUIDELINES, IT'S SUGGESTED, YES.

1    Q.    SO THE ANSWER IS -- ARE YOU SAYING THAT THE

2    ANSWER IS YES?

3    A.    I MEAN, I -- GENERALLY SPEAKING, YES.

4    Q.    OKAY.  THANK YOU.

5              YOU CAN WE CAN MOVE FROM THIS PARTICULAR

6    DOCUMENT, I THINK, AT THIS TIME.  YES.

7              SO BASED ON THE NBME'S WEBSITE THAT WE

8    JUST LOOKED AT THERE, ISN'T IT TRUE THAT UNOFFICIAL

9    ACCOMMODATIONS WOULD NOT BE ACCEPTED?

10    A.    AGAIN, WHEN YOU SAY ACCEPTED, I'M NOT SURE WHAT

11    YOU MEAN BY ACCEPTED WHEN I -- BECAUSE I HAVE ALREADY

12    STATED THAT ALL DOCUMENTATIONS ARE INCLUDED IN YOUR FILE

13    THAT SOMEBODY CHOOSES TO SUBMIT TO US.

14    Q.    YES.  SO WHAT I AM SAYING HERE, AGAIN, WHAT WE

15    JUST READ, HANDWRITTEN OR UNSIGNED, THAT IS FROM THE --

16    YOU GUYS'S WEBSITE, HANDWRITTEN OR UNSIGNED LETTERS FROM

17    PHYSICIANS OR EVALUATORS ARE NOT ACCEPTED, SO MY

18    QUESTION IS:

19              BASED ON YOUR WEBSITE, ISN'T IT TRUE THAT

20    UNOFFICIAL ACCOMMODATIONS WOULD NOT BE ACCEPTED AS PART

21    OF DOCUMENTATION FOR ONE'S APPLICATION FOR

22    ACCOMMODATIONS?

23    A.    UNOFFICIAL THAT IS UNSUBSTANTIATED BY THE

24    MEDICAL SCHOOL, I GUESS, IS WHERE YOU ARE GETTING AT, SO

25    YES.

1    Q.    SO THIS IS CORRECT?

2    A.    IS WHAT -- THAT IT MUST BE TYPEWRITTEN ON AN

3    OFFICIAL LETTERHEAD, IS WHAT WHAT YOU ARE SAYING TO BE

4    CORRECT?

5    Q.    NO.  SO MY QUESTION IS TO YOU:

6              WOULD YOU OR ANYONE IN YOUR DEPARTMENT,

7    SAY DR. MCGEEHAN, WOULD SHE ACCEPT -- OR IN YOUR --

8    WELL, NOT SHE BECAUSE WE ARE LOOKING AT GUIDELINES HERE.

9              DOES THE NBME'S GUIDELINES WITHIN

10   DISABILITY SERVICES ALLOW UNOFFICIAL ACCOMMODATIONS TO

11   BE ACCEPTED AS PART OF AN APPLICATION FOR

12   ACCOMMODATIONS?

13   A.    THE ANSWER IS YES, BECAUSE ALL DOCUMENT --

14   Q.    BUT ISN'T IT IT TRUE THAT YOUR ANSWER HERE GOES

15   AGAINST THE WRITING THAT'S HERE OTHERWISE THE WEBSITE?

16   A.    NO.

17   Q.    OKAY.  I DIGRESS.  I WILL MOVE ON.  WE CAN

18   REMOVE -- SO -- AND LASTLY, ON THIS PARTICULAR DOCUMENT,

19   ISN'T IT TRUE THAT IF AN APPLICANT RECEIVED

20   ACCOMMODATIONS IN SCHOOL, THEY WOULD HAVE TO ATTACH

21   OFFICIAL RECORDS CONFIRMING THE ACCOMMODATIONS?

22   A.    FROM MEDICAL SCHOOL, YES, WE DO.  THAT WAS WHAT

23   THE CPTA FORM IS FOR.

24   Q.    THANK YOU.

25              AND WHAT -- LET'S SEE, AND THEN --

1               SO ISN'T IT TRUE THAT LETTERS FROM

2     PARENTS WOULD NOT BE CONSIDERED AN OBJECTIVE RECORD?

3     A.      I MEAN, IT IS A PIECE OF DOCUMENTATION THAT IS

4     CONSIDERED IN THE THOROUGH REVIEW AND CONSIDERATION OF

5     EVERY REQUEST.

6     Q.      WOULD THAT LETTER FROM A PARENT BE CONSIDERED AN

7     OBJECTIVE RECORD?

8     A.      IT DEPENDS ON WHAT THE LETTER IS STATING, BUT

9     GENERALLY A PARENT'S LETTER IS MORE SUBJECTIVE WHEN THEY

10    ARE SPEAKING ABOUT THEIR CHILD.

11    Q.      AND YOU -- WHEN I ASKED YOU THE QUESTION ABOUT

12    OFFICIAL ACCOMMODATIONS, OR CONFIRMING OFFICIAL

13    ACCOMMODATIONS FROM -- FOR SCHOOLS, YOU SAID FROM

14    MEDICAL SCHOOL.

15              WHAT ABOUT FROM ELEMENTARY SCHOOL AND

16    THROUGH ALL OF -- ANY YEAR OF THEIR ACADEMIC CAREER?

17    A.      ANY TYPE OF LETTER THAT VERIFIES THAT THEY

18    RECEIVED ACCOMMODATIONS IN UNDERGRADUATE, HIGH SCHOOL,

19    ELEMENTARY SCHOOL, ANY TYPE OF EARLY CHILDHOOD EDUCATION

20    A LETTER IS PART OF THE -- AND THEY SUBMIT IS THAT ALSO

21    A CONSIDERATION POINT IN REVIEWING DOCUMENTATION FOR

22    REQUEST FOR TEST ACCOMMODATIONS.

23    Q.      OKAY.  CAN WE PULL UP JX 07, PLEASE?  WE

24    RECENTLY ADMITTED THIS.

25              DO YOU RECOGNIZE THIS DOCUMENT, MS.

1    CONVERY?

2    A.     YES.

3                MS. MEW:  I DON'T MEAN TO INTERRUPT, ARE

4    YOU USING THE MOST RECENT VERSION OF THIS THAT I SENT TO

5    YOU YESTERDAY MORNING?

6                DR. KITCHENS:  THIS IS JX 7, AND IT'S THE

7    ENTIRE PAGE.

8                MS. MEW:  I KNOW MY QUESTION IS, I HAD TO

9    ADD SOME MORE REDACTIONS TO TAKE OUT PERSONAL

10   INFORMATION.  SO I JUST -- IF YOU ARE NOT USING THE

11   VERSION THAT I GAVE YOU YESTERDAY MORNING I WOULD RATHER

12   THAT WE PUBLISH THE DOCUMENT AND WE WOULD BE HAPPY TO DO

13   IT AND SCROLL FOR YOU.

14               DR. KITCHENS:  YES, MA'AM.  THANK YOU,

15   MS. MEW.  WE CAN REMOVE THIS ONE, THIS DOCUMENT HERE AND

16   MS. MEW WILL BRING IT UP.

17               THANK YOU FOR THAT, MS. MEW.

18               MS. MEW:  THAT'S FINE.  THANK YOU, DR.

19   KITCHENS.

20               DR. KITCHENS:  IS IT THE SAME BATES STAMP

21   NUMBERS AS WELL?

22               MS. MEW:  YES, CHRISTINE IS SAYING YES.

23               DR. KITCHENS:  OKAY, THANK YOU.

24               SO YOU CAN SCROLL BACK UP TOWARDS THE

25   TOP, PLEASE.

1     BY DR. KITCHENS:

2     Q.      SO MS. CONVERY, DO YOU RECOGNIZE THIS DOCUMENT

3     AS WE SCROLL THROUGH JUST A LITTLE BIT?

4     A.      YES, I DO.

5     Q.      OKAY.  THANK YOU.  AND CAN WE GO TO BATES STAMP

6     NBME 67?  AND -- YES, AND ZOOM IT IN SO THAT MS. CONVERY

7     CAN READ HERE.

8                   SO -- IF WE CAN SCROLL DOWN JUST A LITTLE

9     BIT SO SHE CAN SEE.  SO ON THE VERY LINE OF -- THE VERY

10    LINE OF THIS PAGE CAN YOU READ FOR THE COURT WHAT IT

11    SAYS?  SCROLL DOWN, THE VERY LAST LINE OF THE PAGE.

12                  DO YOU SEE THE VERY LAST LINE OF THIS

13    PAGE WHERE IT SAYS "NEW REQUESTS," STARTING THERE

14    PLEASE, CAN YOU READ THAT?

15    A.      "NEW REQUESTS," AND THEN A BULLET POINT.

16                  "IN GENERAL THE FOLLOWING ITEMS ARE

17    REQUIRED TO BE GIVEN AN AUDIT FOR A NEW FIRST TIME

18    REQUEST FOR ACCOMMODATIONS."

19    Q.      THANK YOU.  CAN YOU SCROLL DOWN A LITTLE BIT,

20    PLEASE?

21    A.      OKAY.  AND THEN WE HAVE NUMBER ONE, "A PERSONAL

22    STATEMENT DESCRIBING THEIR IMPAIRMENT AND HOW IT IMPACTS

23    THEM IN DAILY ACTIVITIES."

24    Q.      THANK YOU.  AND SO WE CAN -- WE CAN SCROLL DOWN.

25                  JUST FOR TIME SAKE I WON'T OF YOU READ

1    ALL OF IT, BUT DO YOU RECOGNIZE THESE PARTICULAR

2    DOCUMENTS HERE?

3    A.    YES.

4    Q.    AND SO, IS IT SAFE TO SAY THAT THESE PARTICULAR

5    DOCUMENTS FROM WHAT I AM LOOKING AT HERE, FOR NUMBER

6    THREE, DOCUMENTATION OF FUNCTIONING IS CURRENT, FOR

7    NUMBER FOUR A COMPLETE CERTIFICATION OF PRIOR TEST

8    ACCOMMODATIONS FROM THE CPTA, AND FIVE, WRITTEN

9    VERIFICATIONS OF APPROVED ACCOMMODATIONS.

10            DO YOU SEE THAT THERE?

11    A.    YES.

12    Q.    AMELIA, CAN YOU DO A WORD SEARCH FOR UNOFFICIAL

13    ACCOMMODATIONS, PLEASE?  OH, SORRY.

14            SO IT SEEMS AS THOUGH -- MISS, CAN YOU

15    LEAVE THIS UP?

16            MS. CONVERY, CAN YOU READ WHAT IT SAYS

17    THERE ON THE COMPUTER?

18    A.    YOU MEAN IN THE ADOBE POP-UP MESSAGE?

19    Q.    YES, PLEASE?

20    A.    "ADOBE ACROBAT HAS FINISHED SEARCHING THE

21    DOCUMENT.  NO MATCHES WERE FOUND."

22    Q.    OKAY.  THANK YOU.  SO THERE'S NO MATCHES FOUND.

23    YOU CAN HIT OKAY, PLEASE.  THANK YOU.

24            SO THERE IS NO MATCHES FOUND FOR UN

25    OFFICIAL OR -- WITHIN THIS ENTIRE DOCUMENT AND SO IT

1     WOULD BE SAFE TO SAY WOULDN'T IT BE TRUE -- WOULDN'T IT

2     BE SAFE TO SAY THAT THERE IS NO LANGUAGE IN THIS

3     DOCUMENT FOR UNOFFICIAL ACCOMMODATIONS?

4     A.     YES.

5     Q.     AND ISN'T IT TRUE THAT LETTERS FROM FAMILY

6     MEMBERS OR FRIENDS ARE NOT CONSIDERED IN AN APPLICATION

7     FOR ACCOMMODATIONS?

8     A.     AGAIN, I BELIEVE I ALREADY ANSWERED THIS.  ALL

9     DOCUMENTATION THAT IS SUBMITTED IS REVIEWED AND

10    CONSIDERED AS A POINT OF INFORMATION.

11    Q.     I'M SORRY, THAT'S NOT MY QUESTION.  THAT'S NOT

12    MY QUESTION.  MY QUESTION IS:

13               ARE LETTERS FROM MY FRIEND JOHN, WOULD IT

14    BE ACCEPTED TO BE CONSIDERED AS PART OF MY APPLICATION,

15    WOULD IT BE ACCEPTED?

16    A.     YES, I HAVE ALREADY STATED THAT ALL

17    DOCUMENTATION THAT YOU WISH TO SUBMIT IS ACCEPTED AND

18    CONSIDERED IN OUR REVIEW PROCESS.

19    Q.     OKAY.  AND SO -- YOU STATED -- AND WE CAN TAKE

20    THIS DOCUMENT DOWN, PLEASE.  THANK YOU.

21               SO MS. CONVERY, EARLIER YOU EXPLAINED TO

22    THE COURT WHAT THE USMLE -- WHAT THE USMLE STANDARD EXAM

23    IS; RIGHT?  CORRECT?

24    A.     CORRECT.

25    Q.     UH-HUH.  AND YOU SAID THAT -- ISN'T IT -- SO

1    WOULD YOU AGREE THAT -- NO.

2              YOU STATED EARLIER THAT BY COMPLETING ALL

3    OF THE USMLE STEP EXAMINATIONS THAT IT WOULD AUTHORIZE

4    THEM TO PRACTICE MEDICINE UNATTENDED?

5    A.    UNSUPERVISED MEDICINE, YES.

6    Q.    UH-HUH.  AND ISN'T IT TRUE THAT WITHOUT

7    RESIDENCY PROGRAM -- WITHOUT RESIDENCY -- WITHOUT

8    COMPLETING RESIDENCY, A DOCTOR CANNOT PRACTICE MEDICINE

9    WITHOUT -- PRACTICE MEDICINE UNATTENDED JUST BECAUSE

10   THEY HAVE COMPLETED ALL THREE STEP EXAMINATIONS?

11   A.    WITHOUT -- I'M SORRY, WITHOUT A RESIDENCY

12   PROGRAM, IS THAT WHAT?

13   Q.    YES.

14   A.    WELL, IF AGAIN, IF YOU ARE PRACTICING MEDICINE

15   IN A CLINICAL CONTEXT IN A HOSPITAL AND TREATING

16   PATIENTS, CORRECT, I DO BELIEVE YOU NEED TO HAVE YOUR

17   RESIDENCY COMPLETED AND HAVE YOUR BOARD CERTIFICATION BY

18   YOUR STATE MEDICAL BOARD.

19   Q.    RIGHT.  SO ISN'T IT TRUE THAT JUST BECAUSE YOU

20   HAVE COMPLETED ALL THREE STEP EXAMINATIONS THAT YOU

21   CANNOT PRACTICE CLINICAL MEDICINE AND UNATTENDED?

22   A.    CORRECT.

23   Q.    UNSUPERVISED?

24   A.    CORRECT.

25   Q.    OKAY, THANK YOU.

```
 1                    THE COURT:  DR. KITCHENS ABOUT HOW MUCH

 2      MORE TIME DO YOU THINK YOU HAVE FOR YOUR CROSS?

 3                    DR. KITCHENS:  YOU KNOW, YOUR HONOR,

 4      HONESTLY I THINK I HAVE GOTTEN WHAT I NEED OUT OF THIS.

 5                    IF THAT'S --

 6                    THE COURT:  OKAY.

 7                    DR. KITCHENS:  THANK YOU, MS. CONVERY.

 8                    THE WITNESS:  THANK YOU, DR. KITCHENS.

 9                    THE COURT:  MS. MEW, ANY REDIRECT?

10                    MS. MEW:  YES, YOUR HONOR.

11                    REDIRECT EXAMINATION

12      BY MS. MEW:

13      Q.        MS. CONVERY, I JUST WANT TO BACK UP, AND MAYBE

14      IT WOULD BE HELPFUL TO EXPLAIN THE STRUCTURE OF YOUR

15      GROUP A LITTLE BIT.

16                    SO CAN YOU EXPLAIN WHAT -- WHAT THE

17      DIFFERENT POSITIONS ARE, SO THE DISABILITY SPECIALIST

18      VERSUS THE DISABILITY ANALYSTS, AND THEN WHERE YOU ARE

19      IN THAT STRUCTURE?

20      A.        SURE.  WE ARE MADE UP OF -- DISABILITY SERVICES

21      SPECIALISTS ARE MORE LIKE OUR FRONT LINE STAFF WHO ARE

22      ANSWERING QUESTIONS, PUTTING TOGETHER THE CASE FILE OF

23      ALL THE DOCUMENTS SUBMITTED TO US, REVIEWING IT

24      INITIALLY FOR COMPLETENESS AND, YOU KNOW, CURRENT

25      REGISTRATION.
```

1          AND ONCE ALL OF THOSE STEPS ARE MET THEY

2     PASS THE FILE ONTO OUR DISABILITY SERVICES ASSESSMENT

3     ANALYSTS, WHO ARE REVIEWING THE FILE COMPLETELY AND

4     THOROUGHLY AND MAKING THE DECISION ON THE REQUEST FOR

5     TEST ACCOMMODATIONS.

6          THOSE ANALYSTS REPORT UP TO DR. LUCIA

7     MCGEEHAN CURRENTLY, AND THE SPECIALISTS AND DR. MCGEEHAN

8     REPORT UP THROUGH MYSELF.

9     Q.     AND JUST SO I AM CLEAR ON THAT, DO YOU REVIEW

10    THE SUBSTANTIVE DECISIONS THAT THE ANALYSTS AND MS.

11    MCGEEHAN ARE MAKING?

12    A.     NO, I DO NOT.

13    Q.     AND SO WHO IS RESPONSIBLE FOR ACTUALLY -- LIKE,

14    SUBSTANTIVELY REVIEWING REQUESTS AND MAKING THE

15    DECISIONS?

16    A.     THE DISABILITY SERVICES ASSESSMENT ANALYST AND

17    DR. LUCIA MCGEEHAN AS THE MANAGER OF EXAMINEE

18    ACCOMMODATIONS HAS OVERALL OVERSIGHT IF THERE IS A

19    QUESTION OR CONCERN OR NEED FOR ANOTHER SET OF EYES.

20          MS. MEW:  I DO NOT HAVE ANY OTHER

21    QUESTIONS.

22          THE COURT:  ANY RECROSS, DR. KITCHENS?

23          DR. KITCHENS:  YES, SIR.

24               RECROSS-EXAMINATION

25    BY DR. KITCHENS:

```
1     Q.      AND JUST SPECIFICALLY WITH THIS PARTICULAR

2     TOPIC.

3             YOU TALKED ABOUT WHO THAT -- ISN'T IT

4     TRUE THAT AS THE DIRECTOR OF -- ISN'T IT TRUE THE -- AS

5     THE DIRECTOR OF DISABILITY SERVICES THAT THOSE WHO ARE

6     UNDER YOU FALL UNDER YOUR RESPONSIBILITY?

7     A.      THAT IS CORRECT.

8     Q.      OKAY.  THANK YOU.

9             AND YOU TALKED ABOUT YOUR -- HOW YOUR

10    DEPARTMENT IS MADE UP IN DIFFERENT ROLES AND SUCH THINGS

11    OF THAT -- OF THAT NATURE; RIGHT?

12    A.      YES.

13    Q.      AND I WOULD LIKE TO ASK YOU HERE:

14            HOW MANY OF YOUR DISABILITY ASSESSMENT

15    ANALYSTS ARE AFRICAN AMERICAN IN YOUR DEPARTMENT?

16    A.      WE DO NOT HAVE ANYBODY THAT IS AFRICAN AMERICAN.

17    Q.      HOW MANY DISABILITY SPECIALISTS ARE AFRICAN

18    AMERICAN IN YOUR DEPARTMENT?

19    A.      CURRENTLY TODAY, NONE.

20    Q.      AND IN YOUR DIRECT DEPARTMENT, HOW MANY AFRICAN

21    AMERICANS ARE UNDER YOUR WATCH?

22    A.      IN DISABILITY SERVICES SPECIFICALLY?

23    Q.      YES.

24    A.      CURRENTLY, TODAY, THERE ARE NONE.

25    Q.      SO ZERO FOR -- SO IT'S TRUE TO SAY THAT THEY ARE
```

1    -- THERE ARE NO AFRICAN AMERICANS REPRESENTED IN YOUR

2    DEPARTMENT AS A WHOLE?

3    A.      AS OF TODAY, THAT'S CORRECT.

4               DR. KITCHENS:  THANK YOU.

5               YOUR HONOR, NO FURTHER QUESTIONS.

6               MS. MEW:  YOU'RE ON MUTE, YOUR HONOR.

7               THE COURT:  THANK YOU.

8               MS. CONVERY, I HAVE A COUPLE OF SHORT

9    QUESTIONS FOR YOU CLARIFICATIONS FOR ME I THINK.

10   BY THE COURT:

11   Q.      WHEN YOU WERE TALKING ABOUT THE PROCESS OF

12   RECEIVING REQUESTS FOR ACCOMMODATIONS, DEALING WITH IT

13   AND RESPONDING, YOU USED THIS TERMINOLOGY ABOUT A HOLD,

14   THAT THERE WAS LIKE A HOLD ON THE -- AND THAT COULD BE

15   RELEASED, CAN YOU EXPLAIN TO ME A LITTLE BETTER WHAT IS

16   GOING ON WITH THAT?

17   A.      SURE.  SO AT THE TIME OF REGISTERING FOR THE

18   STEP EXAM, SOMEBODY HAS AN OPPORTUNITY TO SAY -- TO PUT

19   THEIR SCHEDULING PERMIT ON HOLD FOR REQUESTING TEST

20   ACCOMMODATIONS AND WHAT THAT IS, IS IT HOLDS BACK THEIR

21   SCHEDULING PERMIT WHILE THEY SUBMIT THEIR REQUESTS FOR

22   TEST ACCOMMODATIONS AND WHILE IT IS UNDER REVIEW, SO

23   THAT ONCE THE SCHEDULING PERMIT IS ISSUED TO THEM IT'S

24   THE CURRENT AND CORRECT PERMIT.

25               IF SOMEBODY DOES NOT CHECK THAT BOX THEY

1        GET A STANDARD PERMIT.  THEY CAN STILL SUBMIT A REQUEST

2        TO US AND WE WILL STILL REVIEW IT, BUT IF THEY ARE TO BE

3        APPROVED FOR TEST ACCOMMODATIONS WE NEED TO GO BACK TO

4        THE REGISTRATION AND WORK WITH THE EXAMINEE AND THE

5        REGISTRATION ENTITY TO RE REGISTER THAT BACK END

6        PROCESS, GET THEM ON HOLD SO THAT WE CAN APPLY THE

7        ACCOMMODATIONS ELECTRONICALLY TO THE PERMIT, SO WHEN

8        THEY DO -- WHEN THE PERMIT IS ISSUED, THE HOLD RELEASED,

9        THEY ARE GETTING THE CORRECT PERMIT TO SCHEDULE THE EXAM

10       WITH.

11       Q.       IS THERE ANY LIMIT AS TO HOW LONG THAT PERMIT

12       CAN BE HELD?

13       A.       NO, THERE IS NO -- THERE IS NO LIMITS.  BUT

14       GENERALLY, IF SOMEBODY IS ACTIVELY ENGAGED IN THE

15       PROCESS, OUR SPECIALIST ARE MONITORING THAT.  SO FOR

16       EXAMPLE, IF SOMEBODY WERE TO PUT THEMSELVES ON HOLD AND

17       NEVER CONTACT US AND SUBMIT A REQUEST FOR

18       ACCOMMODATIONS, WHICH DOES HAPPEN, WE WILL REACH OUT TO

19       THE EXAMINEE IF WE ARE ABLE TO, IF WE HAVE THEIR CONTACT

20       INFORMATION, OR TO THE REGISTRATION ENTITY AND LET THEM

21       KNOW THAT IT'S ON HOLD AND CONFIRM WHETHER OR NOT THEY

22       ARE EVER GOING TO SUBMIT A REQUEST, OR RELEASE THE HOLD

23       IF IT WAS DONE IN ERROR, WHICH HAPPENS QUITE FREQUENTLY,

24       AND THEY WILL BE AN ISSUE A STANDARD PERMIT AT SOME

25       POINT IN TIME.

1    Q.     IS THERE SOME -- IS THERE ANY PRACTICAL

2    DIFFERENCE BETWEEN JUST KEEPING A PERMIT ON HOLD FOR A

3    LONG TIME VERSUS LETTING THE PERMIT EXPIRE AND

4    REQUESTING ANOTHER ONE?

5    A.     SO IF IF IT EXPIRES THEN THE APPLICANT WOULD

6    HAVE TO GO THROUGH THE REGISTRATION PROCESS AGAIN AND

7    INCUR RE REGISTRATION FEES AND THINGS OF THAT NATURE TO

8    GET A NEW AND CURRENT PERMIT.

9           THERE IS A GRACE PERIOD ON THE

10   EXPIRATION, I THINK IT'S 30 DAYS.  SO IF, BY CHANCE,

11   THEY LET IT EXPIRED ACCIDENTALLY, THEY HAVE A 30-DAY

12   GRACE PERIOD WITH THE REGISTRATION ENTITY TO GET THAT

13   CURRENT WITHOUT HAVING TO INCUR ALL OF THE NEW

14   REGISTRATION FEES.

15   Q.     OKAY.  THAT HELPS.  I JUST WANTED TO UNDERSTAND

16   THAT LAY OF THE LAND THERE.

17   A.     YEAH, THE SCHEDULING PERMIT, BECAUSE

18   ACCOMMODATIONS CAN BE MULTIPLE DAYS, WITH EXTRA TIME AND

19   WHATNOT, THE PERMIT HAS ALL OF THAT INFORMATION ENCODED

20   IN IT ELECTRONICALLY IN THE BACK END, SO THAT HELPS THEM

21   TO NOT -- TO BE ABLE TO SCHEDULE PROPERLY THE LENGTH OF

22   TIME AND AMOUNT OF DAYS NEEDED.

23          THE COURT:  OKAY.  DR. KITCHENS, ANY

24   FOLLOW UP TO THAT SPECIFIC QUESTIONS?

25          DR. KITCHENS:  NO, YOUR HONOR.

1          THE COURT:  OKAY, MS. MEW?

2          DR. KITCHENS:  SORRY?  YES, YOUR HONOR.

3          NO, I DO NOT.  SORRY.

4          THE COURT:  OKAY.

5          MS. MEW:  YOU KNOW, I MIGHT -- I DO JUST

6    HAVE A FOLLOW UP JUST, AGAIN, TO MAKE SURE EVERYONE IS

7    UNDERSTAND THE PROCESS.

8          FURTHER REDIRECT EXAMINATION

9    BY MS. MEW:

10   Q.     SO MS. CONVERY, IS THE EXAM ESSENTIALLY -- YOU

11   KNOW, BECAUSE SOME EXAMS YOU HAVE FIVE DAYS PER YEAR

12   WHERE IT IS OFFERED.

13         DOES THE NBME OFFER -- THE USMLE OFFERED

14   PRETTY MUCH CONTINUALLY THROUGHOUT THE YEAR?

15   A.     YES.  ALL THREE STEPS ARE CONTINUOUS TESTING.

16   Q.     AND SO YOU GET SORT OF THIS THREE-MONTH PERIOD

17   AND THEN ONCE YOU HAVE YOUR PERMIT, YOU CAN -- AND I AM

18   JUST DOING THIS IN THE INTEREST OF TIME -- YOU CAN GO

19   AND SCHEDULE LIKE WITH PROMETRIC AS SOON AS THEY HAVE AN

20   APPOINTMENT OPEN?

21   A.     MM-HMM, THAT'S CORRECT.  YOU CAN HAVE YOUR

22   THREE-MONTH LONG ELIGIBILITY PERIOD, AND ONCE YOU HAVE

23   YOUR PERMIT YOU CAN SCHEDULE WITH PROMETRIC FOR ANY TIME

24   AT YOUR CONVENIENCE AND AT YOUR LEISURE, AND YOU DO HAVE

25   AN EXTENSION -- EXAMINEE ARE ALLOWED TO EXTEND THEIR

1    ELIGIBILITY PERIOD FOR A CONTINUOUS THREE MONTHS WITH A

2    FEE.

3               THE COURT:  OKAY.  ALL RIGHT.  IN THAT

4    CASE, MS. CONVERY, YOU MAY BE EXCUSED.

5               THE WITNESS:  THANK YOU, VERY MUCH.

6               DR. KITCHENS:  THANK YOU, MS. CONVERY.

7               THE WITNESS:  THANK YOU, DR. KITCHENS.

8               THANK YOU, MS. MEW.  HAVE A GOOD DAY.

9               THE COURT:  OKAY.  WE WILL TAKE OUR LUNCH

10   BREAK NOW.  WE WILL RE GROUP AT 1 P.M. TO CONTINUE.

11              QUESTION FOR THE -- BEFORE WE BREAK UP,

12   ONE QUESTION FOR THE BOTH OF YOU AND I AM THINKING A

13   LITTLE BIT ABOUT TIME.  ACTUALLY, YOU KNOW, WHAT LET'S

14   DO THAT.  I DID HAVE A CHANCE TO CHECK MY SCHEDULE.

15              TOMORROW WE CAN PICK BACK UP TOMORROW AT

16   9 A.M. AND I CAN GIVE YOU THE WHOLE DAY, EXCEPT FOR I

17   HAVE ONE OTHER VIDEO CONFERENCE AT 10:00.  SO WHAT WE

18   WILL HAVE TO DO IS PICKUP AT 9:00, GO FROM 9:00  TO

19   10:00, OR A COUPLE OF MINUTES BEFORE 10:00, THEN WE WILL

20   TAKE LIKE PROBABLY 15 MINUTES, REALLY, WE CAN TAKE A

21   15 MINUTE BREAK AND THEN RE GROUP AND CONTINUE ON AND,

22   LIKE I SAID, I CAN GIVE YOU THE DAY.

23              WE SHOULD TRY REALLY HARD TO FINISH

24   TOMORROW IF WE CAN.  FRIDAY IS TIGHT.  I CAN MAYBE DO

25   LIKE AN HOUR AND A HALF IN THE LATE MORNING, THAT IS

1    GOING TO BE ABOUT IT FOR FRIDAY.  SO I WOULD REALLY LIKE

2    TO FINISH THURSDAY.

3                I AM THINKING ABOUT CLOSING STATEMENTS,

4    WHERE IS I AM ON THAT IS PROBABLY I DON'T NEED THEM.  WE

5    HAVE HAD A LOT OF DISCUSSIONS IN THIS TRIAL, AND THE

6    OPENINGS WERE -- YOU KNOW, THEY WERE PRETTY THOROUGH AS

7    WELL.  AND THERE'S GOING TO BE BRIEFING I'M NOT GOING TO

8    RULE FROM THE BENCH.

9                SO I THINK WHAT WE PROBABLY DO IS GIVE

10   YOU THE ASSIGNMENT FOR POST TRIAL BRIEFING AND IF I NEED

11   TO RE GROUP EVERYONE TO HAVE SOME ARGUMENT THE BRIEFING

12   I CAN DO THAT.  I THINK THAT'S WHERE I AM, AND THEN

13   THAT'LL HELP WITH THE TIME AS WELL.

14               WITH RESPECT TO HOW WE ARE USING OUR

15   TIME, ONE QUESTION I HAVE FOR BOTH OF YOU IS, YOU KNOW,

16   I WAS LOOKING AT THE ISSUES FOR THE CASE.  THEY ARE

17   STATED A LITTLE DIFFERENTLY BY BOTH OF YOU BUT THEY ARE

18   MORE SIMILAR THAN THEY ARE DIFFERENT.

19               I WILL SAY, I'M NOT OVERLY -- I'M NOT --

20   I DON'T THINK I AM OVERLY CONCERNED ABOUT TWO CATEGORIES

21   OF TOPICS.  THE FIRST CATEGORY OF TOPIC IS -- WELL,

22   ACTUALLY BOTH CATEGORIES COULD BE LABELED LET'S SAY

23   MOTIVATIONS AND REASONS.  OKAY.

24               AND IT APPLIES BOTH TO DR. KITCHENS AND

25   TO THE NBME.  I DON'T THINK I AM PARTICULARLY CONCERNED,

1    OTHER THAN FOR CONTEXT AND, YOU KNOW, TO A DEGREE TO

2    UNDERSTANDING, IN WHAT THE NBME'S AND DR. KITCHENS'

3    MOTIVATIONS AND REASONS FOR PARTICULAR DECISIONS THAT

4    WERE MADE THROUGHOUT THIS PROCESS.

5                    AND EVEN FOR DR. KITCHENS, BEFORE THE

6    PROCESS -- I DON'T THINK I AM PARTICULARLY INTERESTED IN

7    THE NBME'S ADMINISTRATIVE PROCESSES AND WHETHER -- YOU

8    KNOW, WHAT WE THINK OF THOSE.  SO I AM VERY CONCERNED

9    WITH THE ISSUES THAT WERE STATED IN THE BY THE PARTIES

10   IN THE PRETRIAL ORDER, ABOUT WHETHER THERE IS A

11   DISABILITY HERE AND WHETHER THE ACCOMMODATION THAT'S

12   PROPOSED IS REASONABLE.

13                    THOSE ARE TWO THINGS I REALLY WANT TO

14   MAKE SURE WE SPEND A GOOD AMOUNT OF TIME ON SO I HAVE A

15   FULL AND COMPLETE RECORD ON THAT.  SO I THINK I

16   ENCOURAGE YOU BOTH TRY, MAYBE OVER THE LUNCH BREAK GIVE

17   A -- TAKE ANOTHER LOOK AT THAT PRETRIAL ORDER AND WHAT

18   YOU THINK THE ISSUES IN THE CASE ARE AND THINK ABOUT

19   THAT, ESPECIALLY MAYBE DR. KITCHENS, IN FORMULATING A

20   CROSS EXAMINATION, TRYING TO HELP GET AS MUCH EVIDENCE

21   OUT ON THE KEY ISSUES; OKAY?

22                    DR. KITCHENS:  UNDERSTOOD, JUDGE.

23                    THE COURT:  MS. MEW, IS THAT OKAY?

24                    MS. MEW:  YES, YOUR HONOR.

25                    THE COURT:  OKAY.  LET'S TAKE OUR LUNCH

1      BREAK AND WE WILL REGROUP AT 1 O'CLOCK.

2                        (RECESS TAKEN.)

3                        (CLERK OPENS COURT.)

4                        THE COURT:   DR. KITCHENS, ARE YOU THERE?

5      GOOD, EVERYONE IS HERE.  ARE WE READY TO BEGIN?

6                        DR. KITCHENS:  I AM, YES.

7                        THE COURT:  OKAY.  GOOD.

8                        IN THAT CASE, MS. MEW, YOU MAY PROCEED.

9                        MS. MEW:  THE NATIONAL BOARD OF MEDICAL

10     EXAMINERS CALLS DR. MICHAEL GORDON.

11                       THE COURT:  ALL RIGHT.  LYNN, WOULD YOU

12     PLEASE SWEAR IN THE WITNESS?

13          (DEFENSE WITNESS, MICHAEL GORDON, IS SWORN.)

14                       THE REPORTER:  PLEASE STATE AND SPELL

15     YOUR NAME FOR THE RECORD.

16                       THE WITNESS:  MICHAEL GORDON;

17     M-I-C-H-A-E-L, G-O-R-D-O-N.

18                       THE REPORTER:  THANK YOU.

19                       THE COURT:  ALL RIGHT.

20                       GO AHEAD, MS. MEW.

21                       MS. MEW:  THANK YOU, YOUR HONOR.

22                       DIRECT EXAMINATION

23     BY MS. MEW:

24     Q.     GOOD AFTERNOON, DR. GORDON.

25     A.     GOOD AFTERNOON.

1    Q.       I THINK YOU HAD MENTIONED TO ME THE LAST -- AT

2    THE LAST HEARING YOU HAD SOME TROUBLE HEARING ME SO LET

3    ME KNOW AND I CAN TRY SWITCHING OVER TO THE HEADSET IF

4    YOU HAVE TROUBLE HEARING ME THIS AFTERNOON.

5    A.       SO FAR I HEAR YOU QUITE WELL, SO THANKS.

6    Q.       THANK YOU.

7             DR. GORDON, WHAT IS YOUR EDUCATIONAL

8    BACKGROUND?

9    A.       A PH.D. IN CLINICAL PSYCHOLOGY, AFTER A MASTERS

10   AND UNDERGRADUATE DEGREE, ALSO INTERNSHIPS FOR MY

11   CLINICAL DEGREE.

12   Q.       DO YOU HAVE A PARTICULAR SPECIALTY?

13   A.       MY SPECIALTY IS CLINICAL PSYCHOLOGY.  WITHIN

14   THAT, MY SPECIALTY HAS BEEN ATTENTION

15   DEFICIT-HYPERACTIVITY DISORDER IN CHILDREN AND ADULTS.

16   Q.       HOW LONG -- AND IF I SAY ATTENTION

17   DEFICIT-HYPERACTIVITY DISORDER, CAN WE ALL AGREE WE CAN

18   ALSO SAY THAT IS ADHD?

19   A.       YES, WE CAN.

20   Q.       HOW LONG HAVE YOU WORKED THE FIELD OF ADHD?

21   A.       SINCE 1977.

22   Q.       HOW MANY INDIVIDUALS DO YOU ESTIMATE THAT YOU

23   HAVE EVALUATED CLINICALLY FOR ADHD?

24   A.       HUNDREDS.

25   Q.       I WILL PULL UP EXHIBIT DX 58.  WE WILL CLICK

1      THROUGH VERY QUICKLY SO YOU CAN SEE WHAT IS HERE.

2                    IF YOU CAN TAKE MY WORD FOR IT, DR.

3      GORDON, IS THIS A TRUE AND CORRECT COPY OF YOUR C.V.?

4      A.     IT IS.

5                    MS. MEW:  DEFENDANT MOVES TO ADMIT DX 58?

6                    DR. KITCHENS:  NO OBJECTIONS.

7                    THE COURT:  ADMITTED.

8                    (DEFENSE EXHIBIT 58 IS ADMITTED INTO

9      EVIDENCE.)

10     BY MS. MEW:

11     Q.     IF WE TURN TO PAGE 2, OF YOUR C.V., AT THE TOP

12     IT MENTIONS THAT YOU ARE AN INDUCTEE TO THE CHADD HALL

13     OF FAME.

14                    WHAT IS CHADD?

15     A.     CHADD IS A NATIONAL SUPPORT GROUP FOR CHILDREN

16     AND ADOLESCENTS AND ADULTS WITH ADHD.  IT STARTED WITH

17     CHILDREN, AND THAT'S WHY ITS CHILDREN WITH ADD, ALTHOUGH

18     THAT DOESN'T REFLECT THE FACT THAT BACK IN THE 80'S, OR

19     EARLY '90'S, WHEN THIS BEGAN PEOPLE THOUGHT THAT ADD DID

20     NOT HAPPEN IN ADULTS, THAT IT WENT AWAY DURING

21     ADOLESCENCE, SO THAT WAS WHY IT WAS CHADD.  IT HAS NOT

22     CHANGED.

23     Q.     DO YOU KNOW WHY YOU WERE INDUCTED INTO ITS HALL

24     OF FAME?

25     A.     I THINK IT WAS RECOGNIZING THE FACT THAT I WAS

1    VERY VERY INVOLVED IN THE BEGINNING AND IN ESTABLISHING

2    DIAGNOSTIC PROCEDURES, TREATMENT APPROACHES, FOR THE

3    DISORDER, I WAS INVOLVED IN ADVOCACY TO GET ADHD

4    RECOGNIZED AS A LEARNING PROBLEM AND AN EDUCATIONAL

5    PROBLEM UNDER THE I-D-E-A.

6              I JUST WAS VERY VERY INVOLVED IN TRYING

7    TO GET ADHD TO A POINT WHERE WE HAD RESEARCH, WE HAD

8    DIAGNOSTIC PROTOCOLS THAT COULD MAKE IT A LEGITIMATE

9    DISORDER THAT PEOPLE SAW AS BONA FIDE.

10   Q.     HAVE YOU AUTHORED ANY PEER-REVIEWED PAPERS ON

11   ADHD?

12   A.     I HAVE.

13   Q.     APPROXIMATELY HOW MANY?

14   A.     60, 70, THEREABOUTS.

15   Q.     IF WE TURN TO PAGE 3, OF YOUR C.V., AT EXHIBIT

16   DX 58, IS THIS WHERE WE BEGIN A LISTING OF YOUR

17   PUBLICATIONS?

18   A.     IT IS.

19   Q.     AND THEN I SEE THIS CONTINUES TO PAGE 11, AND

20   THEN LISTS VARIOUS PAPER PRESENTATIONS OVER TO PAGE 14.

21              HAS THERE BEEN ANY PARTICULAR AREA OF

22   FOCUS IN YOUR RESEARCH OVER THE PAST 20 OR SO YEARS?

23   A.     MY RESEARCH IS PRIMARILY FOCUSED ON DIAGNOSTIC

24   ISSUES.  I WAS VERY INTERESTED FROM THE BEGINNING IN --

25   IN CONTRIBUTING WAYS, BOTH THROUGH PSYCHOLOGICAL

1    TESTING, SELF-REPORT RATING SCALE APPROACHES, TO -- TO

2    AID CLINICIANS SUCH AS MYSELF IN IDENTIFYING A DISORDER

3    THAT WASN'T AT THE TIME SO EASY TO IDENTIFY BECAUSE

4    THERE WASN'T A LOT OF CONSENSUS AT THAT MOMENT ABOUT HOW

5    BEST TO GO ABOUT IT.

6              I WAS ESPECIALLY INTERESTED IN OBJECTIVE

7    MEASURES OF ADHD BECAUSE OF THE CONCERN I HAD SHARED, BY

8    MY COLLEAGUES, ABOUT THE EXTENT TO WHICH SO MUCH OF THE

9    IDENTIFICATION OF THE DISORDER IN CHILDREN WAS BASED ON

10   PEOPLE'S OPINION.  AND I WANTED TO CONTRIBUTE

11   INFORMATION THAT COULD -- THAT COULD GLEAN FROM BEHAVIOR

12   OF THE YOUNGSTERS, NOT JUST PEOPLE'S PERCEPTION OF THOSE

13   BEHAVIORS.

14   Q.    HAVE YOU TAUGHT ANY CLASSES ON ASSESSING FOR

15   ADHD?

16   A.    I HAVE.  I HAVE TAUGHT CLASSES, CONDUCTED

17   WORKSHOPS FOR DECADES IN HOW TO EVALUATE ADHD.  AGAIN,

18   FIRST WITH CHILDREN AND WE BEGAN TO REALIZE THAT ADHD

19   DID PERSIST.  I WAS VERY VERY INVOLVED IN TRYING TO

20   TEACH ABOUT THE IDENTIFICATION AND MANAGEMENT OF ADHD IN

21   ADULTS.

22   Q.    AND THROUGH YOUR RESEARCH AND WORK, HAVE YOU

23   FAMILIAR WITH HOW CLINICIANS ASSESS FOR ADHD?

24   A.    I HAVE.

25   Q.    IN YOUR TRAINING, AND YOUR WORK, ARE YOU ALSO

1      FAMILIAR WITH PSYCHIATRIC DISORDERS INCLUDING ANXIETY?

2      A.      I AM.

3      Q.      I THINK YOU JUST FROZE, DR. GORDON?

4      A.      I'M SORRY.  I DID.  I AM AWARE OF THE

5      IDENTIFICATION MANAGEMENT OF ANXIETY DISORDERS, BOTH IN

6      CHILDREN AND ADULTS.

7      Q.      DO YOU REVIEW REQUESTS FROM INDIVIDUALS WHO ARE

8      SEEKING ACCOMMODATIONS ON STANDARDIZED TESTS AS AN

9      OUTSIDE REVIEWER?

10     A.      I DO.

11     Q.      HOW LONG HAVE YOU BEEN DOING THIS WORK?

12     A.      SINCE 1994, OR 1995.

13     Q.      CAN YOU GIVE A COUPLE OF EXAMPLES OF THE

14     ENTITIES FOR WHOM YOU HAVE REVIEWED REQUESTS?

15     A.      ACTUALLY, THE FIRST ENTITY WAS THE NATIONAL

16     BOARD OF MEDICAL EXAMINERS.  I WAS INVOLVED BOTH IN

17     REVIEWING REQUESTS AND ALSO HELPING TO ESTABLISH

18     DOCUMENTATION REQUIREMENTS FOR EVALUATING THESE -- THESE

19     REVIEWS THAT WERE COMING IN.

20              THIS WAS JUST A COUPLE OF YEARS AFTER THE

21     PASSAGE OF THE ADA, AND IT TOOK A WHILE TO -- AS YOU

22     MIGHT IMAGINE FOR ENTITIES, AND FOR US REVIEWERS, TO TRY

23     TO DETERMINE HOW BEST TO GO ABOUT THIS.

24              THIS LED TO A GREAT DEAL OF RESEARCH ON

25     MY PART, ALONG WITH OTHER RESEARCHERS, CONSULTANTS, ON

1    VARIOUS ISSUES INVOLVED IN REVIEWING THESE.  I WROTE TWO

2    BOOKS AND A BUNCH OF CHAPTERS AND LECTURED A GOOD DEAL

3    ON HOW BEST TO GO ABOUT IDENTIFYING INDIVIDUALS FOR ADHD

4    UNDER THE ADA, AND HOW BEST TO GO ABOUT REVIEWING THAT

5    DOCUMENTATION.

6    Q.       AND JUST TO CIRCLE BACK, ARE THERE ANY OTHER

7    ENTITIES, JUST A COUPLE OF EXAMPLES FROM WHOM YOU HAVE

8    REVIEWED TESTING ACCOMMODATION REQUESTS BESIDES NBME?

9    A.       YES, THERE HAVE BEEN MANY AND CONTINUE TO BE.

10   MOST OF THEM ARE LARGER DISTRICTS, NEW YORK, KENTUCKY,

11   CALIFORNIA, NORTH CAROLINA, AND A HOST OF OTHERS.

12              I HAVE DONE, ALSO, REVIEWS FOR OTHER

13   ENTITIES, THE PROFESSIONAL ENTITIES, OSTEOPATHIC

14   MEDICINE BEING ONE OF THEM.

15   Q.       AND THROUGH THAT WORK, REVIEWING REQUESTS AS AN

16   EXTERNAL REVIEWER, HAVE YOU BECOME FAMILIAR WITH THE

17   TYPES AND EXTENT OF RECORDS THAT INDIVIDUALS SEEKING

18   ACCOMMODATIONS HAVE SUBMITTED TO TESTING ENTITIES TO

19   SUPPORT REQUESTS FOR TESTING ACCOMMODATIONS?

20   A.       I HAVE.

21              MS. MEW:  YOUR HONOR, WE OFFER DR. GORDON

22   AS AN EXPERT IN ADHD AND ADHD ASSESSMENTS, ANXIETY, AS

23   WELL AS DOCUMENTING AND REVIEWING ACCOMMODATION REQUESTS

24   UNDER THE ADA?

25              THE COURT:  DR. KITCHENS, ANY --

1          DR. KITCHENS:  NO OBJECTION, YOUR HONOR.

2          THE COURT:  OBJECTION.  ALL RIGHT.

3          TESTIMONY WILL BE HEARD.

4    BY MS. MEW:

5    Q.     DR. GORDON, WHAT IS THE DIAGNOSTIC AND

6    STATISTICAL MANUAL OF MENTAL DISORDERS OR DSM?

7    A.     IT'S THE LISTING OF CRITERIA FOR ALL OF THE

8    MENTAL DISORDERS THAT HAVE BEEN IDENTIFIED IN CHILDREN,

9    ADOLESCENTS, AND ADULTS.

10   Q.     HOW DO YOU GO ABOUT IDENTIFYING ADHD, ACCORDING

11   TO THE DSM?

12   A.     ACCORDING TO THE DSM, THE PROCESS IS AS FOLLOWS:

13          FIRST, THE SYMPTOMS NEED TO BE PRESENT.

14   AS YOU KNOW THE SYMPTOMS HAD TO DO DO WITH INATTENTION,

15   PROBLEMS OF IMPULSE CONTROL, AND OVER ACTIVITY.

16          THERE ARE SUB TYPES OF THE DISORDER THAT

17   IDENTIFY MORE THE IMPULSE CONTROL VERSUS THE

18   INATTENTION, VERSUS BOTH TOGETHER, WHICH IS CALLED

19   COMBINED.  SO FIRST, THE SYMPTOMS NEED TO BE THERE.

20          THE SYMPTOMS ARE NOT ENOUGH THOUGH,

21   BECAUSE THOSE SYMPTOMS ARE ALSO PREVALENT IN MANY MANY

22   OTHER PSYCHIATRIC DISORDERS, SO THE FOLLOWING THINGS

23   HAVE BEEN SHOWN TO BE SPECIFIC TO ADHD.

24          ONE, AN EARLY ONSET OF THE DISORDER. THE

25   DISORDER IS LISTED IN THE DSM AS NEURO DEVELOPMENT

1    DISORDER, A CHILDHOOD ONSET BRAIN-BASED DISORDER.  AND

2    SO ONE OF THE THINGS THAT BECAME VERY CLEAR TO US, THAT

3    I HOPED MARQUED ADHD FROM ALL OF THE REASONS AT THE TIME

4    CHILDREN COULD BE RESTLESS AND INATTENTIVE, IS THAT THIS

5    DID NOT JUST SHOW UP ONE FINE DAY, THIS WAS PATTERN IN

6    THE YOUNGSTER'S BEHAVIOR SINCE VERY VERY EARLY ON.

7              INITIALLY, BEFORE THE AGE OF SEVEN, THAT

8    GOT STRETCHED A BIT TO 12 IN LATER EDITIONS OF THE DSM.

9    AND SO EARLY ONSET IS IMPORTANT AND THE REST OF THE

10   CRITERIA HAD TO DO WITH THREE FACTORS.

11             ONE, THAT IT WOULD BE ACROSS CONSISTENT

12   SITUATIONS.  BECAUSE AFTER ALL, IF YOU HAVE A

13   BRAIN-BASED DISORDER THAT PRECLUDED YOU FROM MANAGING

14   ATTENTION, IT WOULD NOT START IN AND IN ONLY BE IN

15   READING AND NOT IN MATH, OR AT HOME AND NOT IN SCHOOL,

16   AND ET CETERA, THAT IT WOULD BE ACROSS THE CHILD'S

17   EXPERIENCE AND THEN THE ADULT'S EXPERIENCE REGARDING AS

18   LONG AS THERE WAS A DEMAND FOR ATTENTION, SELF-CONTROL.

19             AND THE NEXT TWO ARE AS FOLLOWS:

20             ONE, IT HAD TO BE RELATIVELY CONSISTENT

21   OVER TIME.  AGAIN, YOU WOULDN'T EXPECT DISRUPTIONS WHERE

22   A CHILD WAS WILDLY ADHD IN THIRD GRADE AND NOT IN FOURTH

23   GRADE, ET CETERA.  AGAIN, IF THIS IS HOW THE PERSON'S

24   BRAIN WORKS THEN YOU WOULD EXPECT SOME DEGREE OF

25   CONSISTENCY.

1              AND THE LAST CRITERIA, WHICH HAS BEEN SO

2    MUCH A PART OF MY RESEARCH, MY COLLEAGUES', ET CETERA,

3    IS TO ESTABLISH THAT THERE IS IMPAIRMENT AS A

4    CONSEQUENCE OF THOSE SYMPTOMS.  AND SO, BECAUSE IT IS

5    NOT AT ALL UNUSUAL FOR SOMEBODY TO BE INATTENTIVE AT

6    TIMES IN THEIR LIFE, AT TIMES IN THE DAY, BASED ON

7    CERTAIN CIRCUMSTANCES THAT MIGHT BE CHALLENGING OR NOT

8    CHALLENGING.

9              BECAUSE OF THAT, WHAT WE HAVE ESTABLISHED

10   IS A SENSE OF WHAT IT MEANS TO BE IMPAIRED.  AND THAT

11   GETS JUDGED DIFFERENTLY DEPENDING ON THE SITUATION BUT

12   THE CRITERIA IN THE DSM, AND VERY MUCH FOR RESEARCH

13   STUDIES THAT WE HAVE DONE AND OTHER RESEARCHERS HAVE

14   DONE, HAVE BEEN TO SHOW THAT THERE IS CLINICALLY

15   SIGNIFICANT IMPAIRMENT.

16             IN OTHER WORDS, THIS ISN'T JUST A

17   PERSONALITY TRAIT.  SOME OF US ARE MORE ATTENTIVE THAN

18   OTHER, SOME OF US ARE MORE CONTAINED OR QUIETER,

19   WHATEVER, BUT PEOPLE DO WHAT THEY NEED TO DO.  IF YOU

20   HAVE A DISORDER, YOU ARE DISORDERED.  YOU KNOW, YOU ARE

21   NOT -- UNABLE TO MANAGE SITUATIONS THAN MOST OTHERS CAN

22   MANAGE AND THAT'S THE LAST LEG OF THE PIECE OF THIS, IS

23   THE INDICATION CLINICALLY SIGNIFICANT IMPAIRMENT.

24   Q.     UNDER THE DSM, CAN YOU BASE A DIAGNOSIS OF ADHD

25   SOLELY ON AN INDIVIDUAL'S SELF-REPORT?

1    A.      NO, YOU CAN'T AND THE CRITERIA ARE QUITE CLEAR

2    ON THAT.

3    Q.      WHAT DOES THE DSM REQUIRE?

4    A.      IT REQUIRES DOCUMENTATION.  WHAT WE USED TO CALL

5    IT IS MULTI MODAL ASSESSMENT.  THE DSM REQUIRES THAT

6    THERE BE EVIDENCE NOT JUST FROM ONE TEACHER, NOT JUST

7    FROM ONE PARENT, NOT JUST IN THE CASE OF ADULTS, FROM

8    THE CLIENT HIM OR HERSELF.

9               IT REQUIRES EVIDENCE FROM HISTORY AND

10    FROM EXTERNAL CONTEMPORANEOUS SOURCES THE SYMPTOMS ARE

11    THERE AND THAT ARE IMPAIRING.

12    Q.      FROM YOUR EXPERIENCE OVER THE YEARS HAVE YOU

13    SEEN OR DO YOU KNOW, IS IT POSSIBLE THAT SOMEONE COULD

14    RECEIVE A DIAGNOSE OF ADHD EVEN IF HE OR SHE DOES NOT

15    MEET THE DIAGNOSTIC CRITERIA IN THE DSM?

16    A.      YES.

17    Q.      IS ADHD ANY TYPE OF READING DISORDER?

18    A.      NO.  A READING DISORDER IS A SEPARATE SITUATION,

19    SEPARATE DISORDER.  ACTUALLY THERE IS NO ESTABLISHED

20    LINK BETWEEN ADHD AND A READING DISORDER.  YOU CAN HAVE

21    ADHD AND HAVE A READING DISORDER BUT YOU CAN ALSO HAVE A

22    READING DISORDER AND NOT BE ADHD.

23               THERE IS NO FORMAL LINK SUCH THAT YOU

24    COULD SAY, BECAUSE YOU HAVE ADHD YOU ARE GOING TO HAVE A

25    READING DISORDER.  THERE MIGHT BE A HIGHER LIKELIHOOD

1    BECAUSE OF THE TWO TOGETHER BECAUSE PSYCHIATRIC

2    DISORDERS TEND TO CO-EXIST, BUT NO, THE FACT THAT

3    SOMEBODY HAS ADHD DOES NOT IN ANY WAY DICTATE THAT THEY

4    ARE GOING TO HAVE A READING DISORDER, OR VICE VERSA.

5    Q.    WHEN YOU ARE REVIEWING REQUESTS FOR TESTING

6    ACCOMMODATIONS UNDER THE AMERICANS WITH DISABILITIES

7    ACT, WHAT STANDARD ARE YOU APPLYING?

8    A.    I AM APPLYING THE STANDARD OF THE DSM TO BEGIN

9    WITH.  SO I HAVE TWO JOBS WHEN THEY SEND ME THIS

10   INFORMATION.  ONE, DOES THE INFORMATION THAT IS PROVIDED

11   SUPPORT THE DIAGNOSIS?  IN OTHER WORDS, IS THERE

12   EVIDENCE FROM BEYOND SELF-REPORT OF EARLY APPEARING

13   CONSISTENT IMPAIRING SYMPTOMS.

14                AND THEN FOR THESE EVALUATIONS I NEED TO

15   LOOK FOR FUNCTIONAL LIMITATIONS, AND ESSENTIALLY

16   ESTABLISH WHETHER THE PERSON RELATIVE TO MOST OTHER

17   PEOPLE IN THE GENERAL POPULATION ARE UNABLE TO DO WHAT

18   MOST PEOPLE CAN DO.

19   Q.    DID YOU REVIEW DR. KITCHENS' 2022 REQUEST FOR

20   ACCOMMODATIONS ON THE USMLE IN CONNECTION WITH THIS

21   LITIGATION?

22   A.    I DID.

23   Q.    AND JUST TO BE CLEAR YOU ARE NOT AN EXTERNAL

24   REVIEWER OF THE REQUEST WHEN IT CAME IN IN THE ORDINARY

25   COURSE BACK IN 2022?

1   A.      THAT'S CORRECT.

2   Q.      OKAY.  I'M GOING TO PULL UP EXHIBIT PX 2.  AND I

3   WILL REPRESENT TO YOU THAT THIS IS DR. KITCHENS' FIRST

4   REQUEST FOR TESTING ACCOMMODATIONS THAT WAS SENT TO THE

5   NBME.

6           SO I AM GOING TO ASK YOU SOME QUESTIONS

7   FOCUSED ON ADHD.  IF WE CAN TO GO PAGES 4, AND 5.

8           UNFORTUNATELY WE CAN ONLY DO ONE AT A

9   TIME.  BUT IF WE LOOK DOWN HERE TO THE SECTION E, IN THE

10  ACCOMMODATION HISTORY SECTION, WHAT DOES THIS -- WE'LL

11  START HERE AT E 1, STANDARDIZED EXAMINATIONS.

12          WHAT DOES THIS INFORMATION TELL YOU AS

13  YOU ARE REVIEWING THIS REQUEST?

14  A.      THAT ALL THE WAY UP, AT LEAST THROUGH ENTRY INTO

15  MEDICAL SCHOOL, HE NEVER REQUIRED ACCOMMODATIONS TO BE

16  ABLE TO PROGRESS.  SO THIS IS THE FIRST THING WE ALL

17  LOOK AT TO SEE IF THERE IS A HISTORY OF ACCOMMODATIONS,

18  SOMEBODY WHO HAS BEEN IMPAIRED BY A DISORDER HAS --

19  WOULD HAVE NEEDED TO HAVE SOME ACCOMMODATIONS ALONG THE

20  WAY, ESPECIALLY AS IT GOT INTO -- TOWARDS MEDICAL SCHOOL

21  AND SUCH.

22          SO I WOULD LOOK AT THAT AND SAY, GEEZ

23  THERE IS NO ACCOMMODATIONS HERE, SO THERE IS NO HISTORY

24  TO CONSIDER OF THAT.

25  Q.      AND THEN WE WILL GO TO PAGE 5, OF EXHIBIT PX 2.

1    AND WE CAN PROBABLY PULL OUT ON THIS.

2                    AND LOOKING COLLECTIVELY AT SECTIONS E 2,

3    AND E 3, WHAT DOES THE REST OF THIS ACCOMMODATION

4    HISTORY OF THE FORM TELL YOU WHEN YOU REVIEW THIS 2022

5    REQUEST?

6    A.    IT TELLS ME THAT HE DOES NOT HAVE A HISTORY OF

7    HAVING RECEIVED FORMAL ACCOMMODATIONS.

8    Q.    IF YOU TURN NOW TO THE PAGE BEGINNING, "TO WHOM

9    IT MAY CONCERN," WHICH WE ARE ALL -- THIS IS DR.

10   KITCHENS' PERSONAL STATEMENT.

11                   WHAT DOES THIS LETTER TELL YOU REGARDING

12   DR. KITCHENS' ALLEGED DIAGNOSIS OF ADHD?

13   A.    IT DOES NOT TELL ME ANYTHING ABOUT HIS HISTORY,

14   WHY HE DIDN'T GET ACCOMMODATIONS OR NEED ACCOMMODATIONS.

15                   IT DOES NOT TELL ME MUCH ABOUT THE CASE

16   HE IS BUILDING FOR HIMSELF FOR WHY HE FEELS HE SHOULD

17   RECEIVE ACCOMMODATIONS.

18   Q.    IF WE FOCUS IN, WE'LL TRY TO -- IN THAT SECOND

19   PARAGRAPH, SECOND TO LAST SENTENCE == OH, NO, THIRD TO

20   LAST SENTENCE, THERE IS A REFERENCE TO "WHILE IN

21   UNIVERSITY I NEVER HAD THE NEED TO FILE AN

22   ACCOMMODATION" -- "I NEVER HAD THE NEED TO FILE AN

23   OFFICIAL DOCUMENTATION FOR MY SITUATION DUE TO MY

24   PROFESSOR'S WILLINGNESS TO TAKE ANY EXAMS ONE-ON-ONE

25   WITH EXTENDED TIME."

1       WHAT DO YOU DO WITH THAT INFORMATION AS

2   PART OF YOUR ANALYSIS?

3   A.      WELL, LIKE -- WHAT I LOOK FOR IS WHETHER

4   SOMEBODY HAS NEEDED EXTRAORDINARY ACCOMMODATIONS, NOT

5   JUST THE KINDS OF ACCOMMODATIONS THAT WE PROFESSORS WILL

6   GIVE IN CERTAIN CIRCUMSTANCES FOR CERTAIN TESTS.

7       SOMEBODY WHO HAS A LONG TRACK RECORD OF

8   BEING IMPAIRED BY ADHD NEEDS FAR MORE THAN JUST

9   UNOFFICIAL HELP FROM SOME OF THE PROFESSORS.  THEY NEED

10  A GOOD DEAL OF SUPPORT AND RESOURCES TO BE ABLE TO

11  HANDLE THE SITUATIONS THAT REQUIRE THEM TO PAY

12  ATTENTION.

13  Q.      TURNING TO THE NEXT PAGE, WHICH IS AN

14  APRIL 22ND, 2020, LETTER FROM DOCTOR GORY KHAN.

15      WHAT DOES THIS DOCUMENT TELL BUT DR.

16  KITCHENS' CLAIMED DIAGNOSIS OF ADHD WHEN YOU ARE

17  REVIEWING THIS REQUEST?

18  A.      DOESN'T MENTION ADHD.  IT JUST SAYS THAT HE HAS

19  SIGNIFICANT ANXIETY.  SO THIS WOULD INDICATE TO ME THAT

20  THAT IF THERE IS SOMETHING GOING ON PERHAPS IT MIGHT

21  HAVE MORE TO DO WITH ANXIETY.  I WOULD NOT KNOW.  BUT

22  THERE IS NO EVEN MENTION OF ADHD AT ALL.

23      I WOULD LOOK BACK TO SEE TO SEE WHETHER

24  THE PERSON ACTUALLY CLAIMED HAVING ANXIETY, WHICH IN

25  THIS CASE HE CLAIMED HE HAD TEST ANXIETY, BUT NO, THIS

1   DOES NOT TELL ME ANYTHING ABOUT ADHD.

2   Q.      DOES THIS PAGE TELL YOU ANYTHING ABOUT THE

3   EXISTENCE OR EXTENT OF ANY FUNCTIONAL LIMITATIONS?

4   A.      NO, IT DOES NOT.

5   Q.      TURNING TO THE NEXT PAGE.  THIS, I WILL JUST

6   REPRESENT, IS PAGE 9, FOR THE RECORD, FROM AN

7   OCTOBER 5TH, 2020, OFFICE VISIT TO NORTH WESTERN

8   MEDICINE DERMATOLOGY.

9                   WHAT DID THIS PAGE YOU ABOUT THE CLAIMED

10  ADHD DIAGNOSIS?

11  A.      WELL, IT'S FROM A DERMATOLOGY APPOINTMENT, SO

12  NOT MUCH.  HE HAS THE PERSON WRITING THE RECORD, THE

13  PROVIDER, INDICATED THAT THERE IS A HISTORICAL DIAGNOSIS

14  OF ADHD.  THAT WOULD JUST BE FROM DR. KITCHENS'

15  SELF-REPORT.

16                  THE REST OF IT, HE WAS -- IT JUST SEEMS

17  LIKE A PROVIDER WHO IS INDICATING THAT THERE WAS SOME

18  REPORT OF ADHD BUT THERE IS NO INFORMATION HERE ABOUT

19  THE HISTORY OR ANY OF THE OTHER ELEMENTS THAT WE WOULD

20  NEED TO SEE.

21  Q.      WHAT DOES THIS PAGE TELL YOU ABOUT THE -- ANY

22  EXISTENCE OR EXTENT OF FUNCTIONAL LIMITATIONS?

23  A.      NOTHING.

24  Q.      IF YOU LOOK AT THE BOTTOM OF THE PAGE, THERE IS

25  SOME PRESCRIPTION INFORMATION CIRCLED.

1           WHAT DOES THE INFORMATION REGARDING

2     CURRENT OUT-PATIENT MEDICATIONS TELL YOU ABOUT THE

3     EXISTENCE AND EXTENT OF ANY FUNCTIONAL IMPAIRMENT?

4     A.      NOTHING.

5     Q.      TURNING TO THE NEXT TWO PAGES.  FOR THE RECORD

6     THESE ARE DOCUMENTS THAT HAVE THE DATE MAY 25TH, 2018,

7     IN THE FOOTER.

8           WHAT DO THESE TWO PAGES TELL US ABOUT DR.

9     KITCHENS' CLAIMED ADHD DIAGNOSIS?

10    A.      NOTHING AT ALL.

11    Q.      WHY IS THAT?

12    A.      BECAUSE ESSENTIALLY THE PHYSICIAN IS -- HEARD

13    THE CONCERNS AND IS JUST LOOKING TO REFER OUT FOR AN

14    EVALUATION AND TREATMENT.

15          THE OTHER THING I WOULD BE VERY AWARE OF

16    IS THAT THE POTENTIAL DIAGNOSIS OF ADHD IS UNSPECIFIED

17    TYPE, AND AS SOON AS0 ANY OF US SEE UNSPECIFIED TYPE, WE

18    KNOW THAT EVEN IF SHE FELT THAT THIS WAS ADHD, IT WOULD

19    BE OF A TYPE THAT DID NOT MEET FULL CRITERIA.  THAT'S

20    WHAT UNSPECIFIED TYPE, IT'S A WAY OF SAYING WELL, IT

21    COULD BE ADHD BUT THERE DOESN'T SEEM TO BE THE NUMBER OF

22    SYMPTOMS OR THE DEGREE OF IMPAIRMENT REQUIRED AND SO

23    THAT WOULD, IF ANYTHING, SUGGEST THAT THIS MAY NOT BE A

24    PROBLEM THAT IS SUBSTANTIAL.

25    Q.      WHAT DO THOSE TWO PAGES DATED MAY 25TH, 2018,

1    TELL YOU ABOUT THE NATURE AND EXTENT OF ANY FUNCTIONAL

2    LIMITATIONS?

3    A.    THEY REALLY DON'T SAY ANYTHING ABOUT FUNCTIONAL

4    LIMITATIONS.

5    Q.    IF WE TURN TO THE NEXT TWO PAGES.  AND AGAIN FOR

6    THE RECORD THESE -- THIS IS THE REPORT FROM JULY 26TH,

7    2017.

8              WHAT DO THESE PAGES TELL YOU ABOUT DR.

9    KITCHENS' CLAIMED ADHD DIAGNOSIS, AND LET'S STAY ON THE

10   FIRST PAGE, FIRST.

11             DR. GORDON, TELL ME IF YOU NEED TO US

12   EXPAND?

13   A.    OH, THERE YOU GO.  THAT'S FINE.  THANK YOU.

14             THIS DOESN'T PROVIDE ANY INFORMATION

15   ABOUT HIS FUNCTIONAL LIMITATIONS OTHER THAN HE IS

16   FOCUSING BETTER.

17   Q.    IF WE TURN TO THE NEXT PAGE.

18             WHAT DOES THIS INFORMATION TELL YOU ABOUT

19   DR. KITCHENS' CLAIMED ADHD DIAGNOSIS?

20   A.    NOTHING.  IT HAS NOTHING TO DO WITH HIS HISTORY

21   OR SYMPTOMS OR PERVASIVENESS OR ANYTHING LIKE THAT.

22   Q.    WHAT IS IT TELLING YOU?

23   A.    IT IS TELLING ME THAT THE PHYSICIAN FELT HE

24   SHOULD BE REFERRED OUT, AND IT'S ALSO TELLING ME THAT IT

25   SEEMS LIKE HE WAS COMING FOR MEDICATION SO HE WOULD HAVE

1    WHEN HE WENT TO MEDICAL SCHOOL IN POLAND.  DOESN'T LOOK

2    LIKE SHE WAS COMFORTABLE DOING THAT, AND THAT'S WHAT IT

3    SAYS.

4    Q.      TO TAKE IT AS A WHOLE, WE HAVE BEEN THROUGH THE

5    MEDICAL RECORDS THAT WERE THE PART OF THIS REQUEST.

6              DO THE MEDICAL RECORDS SUBMITTED BY DR.

7    KITCHENS, WITH HIS 2022 ACCOMMODATION REQUEST,

8    SUBSTANTIATE AN ADHD DIAGNOSIS?

9    A.      IT WOULD NOT.

10   Q.      DO THEY PROVIDE ANY INFORMATION ABOUT DR.

11   KITCHENS' FUNCTIONAL LIMITATIONS?

12   A.      NO, IT DOES NOT PROVIDE ANY INFORMATION ABOUT

13   FUNCTIONAL LIMITATIONS.

14   Q.      IF WE WILL CLICK AHEAD TO THE NEXT PAGE.  THIS,

15   FOR THE RECORD, IS AN OCTOBER 27TH, 2020, E-MAIL

16   CONFIRMATION FROM PROMETRIC.

17              AND IF WE SCROLL DOWN JUST A LITTLE BIT,

18   IT SAYS FOR THE COMPREHENSIVE SCIENCE EXAMINATION, UNDER

19   TEST ACCOMMODATIONS, IT SAYS "EXTENDED TIME."

20              SO WHAT DOES THIS DOCUMENT TELL YOU IN

21   YOUR ANALYSIS OF THE 2022 REQUEST, DR. GORDON?

22   A.      AGAIN, PROVIDES NO INFORMATION ABOUT HIS

23   FUNCTIONING.  IT JUST SAYS THAT ON THIS ONE TEST HE

24   RECEIVED EXTENDED TIME, I SUPPOSE FROM HIS MEDICAL

25   SCHOOL.

1     Q.      IN THE INTEREST OF COMPLETENESS, I WILL

2     REPRESENT TO YOU THAT NBME REQUESTED THAT DR. KITCHENS

3     SUBMIT HIS CBSE SCORE REPORT AS PART OF HIS REQUEST.

4     AND WE HAVE PULLED OUT EXHIBIT PX 52, WHICH IS THE SCORE

5     REPORT -- AND YOU CAN KIND OF SCROLL OUT ON THIS --

6     WHICH IS THE SCORE REPORT FOR THE DECEMBER 10TH, 2020,

7     CBSE.

8                   SO WHAT DOES THIS DOCUMENT TELL YOU AS

9     YOU ARE ASSESSING THE 2022 ACCOMMODATION REQUEST?

10    A.      IT WOULD TELL ME THAT EVEN WITH EXTENDED TIME HE

11    STILL HAD TROUBLE WITH THE TEST.

12    Q.      I WILL ALSO REPRESENT TO YOU THAT DR. KITCHENS

13    SUBMITTED ANOTHER REQUEST FOR ACCOMMODATIONS, IN

14    AUGUST 2022, WITHOUT ANY NEW SUPPORTING DOCUMENTATION.

15                  SO CONSIDERED AS A WHOLE THE DOCUMENTS

16    THAT WE HAVE JUST BEEN THROUGH, DO THE DOCUMENTS THAT

17    DR. KITCHENS SUBMITTED TO NBME IN SUPPORT OF HIS 2022

18    ACCOMMODATIONS REQUEST TELL YOU ANYTHING ABOUT HIS

19    CLAIMED ADHD?

20    A.      NO.

21    Q.      DOES IT TELL YOU ABOUT WHETHER HIS CLAIMED ADHD

22    AFFECTS HIS ABILITY TO CONCENTRATE?

23    A.      NO.

24    Q.      DOES IT TELL YOU ANYTHING ABOUT WHETHER HIS

25    CLAIMED ADHD AFFECTS HIS ABILITY TO THINK?

1    A.       NO, IT DOESN'T.

2    Q.       DOES IT TELL YOU ANYTHING ABOUT HOW HIS CLAIMED

3    ADHD AFFECTS HIS ABILITY TO READ?

4    A.       NO.

5    Q.       DOES IT TELL YOU ANYTHING ABOUT HOW HIS CLAIMED

6    ADHD AFFECTS ANY OTHER SKILL THAT DR. KITCHENS WOULD

7    HAVE TO USE WHEN TAKING AN EXAM LIKE THE USMLE TO THE

8    EXTENT IT RISES TO THE LEVEL OF A MAJOR LIFE ACTIVITY?

9    A.       NO, IT DOESN'T.

10   Q.       DOES THE DOCUMENTATION PROVIDE ANY INFORMATION

11   THAT WOULD SHOW THAT DR. KITCHENS IS SUBSTANTIALLY

12   LIMITED IN ANY MAJOR LIFE ACTIVITY RELEVANT TO TAKING

13   THE USMLE COMPARED TO MOST PEOPLE?

14   A.       NO, IT DOES NOT.

15   Q.       DO THE DOCUMENTS THAT DR. KITCHENS SUBMITTED TO

16   NBME, IN 2022, DEMONSTRATE THAT DR. KITCHENS NEEDS EXTRA

17   TIME, EXTRA BREAKS, OR OTHER ACCOMMODATIONS IN ORDER TO

18   TAKE THE STEP EXAMS IN AN ACCESSIBLE MANNER?

19   A.       NO, IT DOESN'T.

20   Q.       AND IN YOUR OPINION, WAS THERE ANY BASIS FOR

21   NBME TO PROVIDE DR. KITCHENS ANY DISABILITY BASED

22   TESTING ACCOMMODATIONS BASED ON THE DOCUMENTATION WE

23   JUST REVIEWED?

24   A.       I DON'T BELIEVE THEY COULD DECIDE BECAUSE THERE

25   WAS NOTHING TO REVIEW THAT WAS RELEVANT TO THAT

1    DECISION.

2    Q.      LET'S SHIFT TO LOOKING AT SOME ADDITIONAL

3    MEDICAL AND EDUCATIONAL RECORDS THAT DR. KITCHENS HAS

4    RELIED ON IN THE COURSE OF THIS LAWSUIT BUT, JUST FOR

5    CLARITY, WERE NOT PART OF THE DOCUMENTATION HE SUBMITTED

6    TO NBME IN 2022.

7              SO IF YOU -- WE WILL TURN TO EXHIBIT PX

8    5.  AND WE MIGHT NEED TO SCROLL IN HERE A LITTLE BIT.

9    A.      A BIT MORE PLEASE?  THERE YOU GO.  THANK YOU.

10   Q.      WHAT DOES THIS DOCUMENT APPEAR TO BE, DR.

11   GORDON?

12   A.      THIS APPEARS TO BE A DOCUMENT FROM THE

13   DISABILITY SERVICES AT DR. KITCHENS' COLLEGE --

14   (UNINTELLIGIBLE) -- AND DISCUSS HIS CIRCUMSTANCES.

15   Q.      DR. GORDON, I THINK YOUR SCREEN FROZE.  IF YOU

16   COULD FOR THE RECORD REPEAT YOUR ANSWER TO THE BEST OF

17   YOUR ABILITY?

18   A.      I AM SORRY.  THIS LOOKS LIKE THE REPORT OF

19   PROGRESS NOTE WRITTEN BY AN LD COORDINATOR AT DR.

20   KITCHENS' COLLEGE.

21   Q.      AND WHAT DOES THIS DOCUMENT TELL YOU RELATIVE TO

22   THE ISSUES THAT YOU ARE REVIEWING?

23   A.      WELL, IT TELLS ME NOT A WHOLE LOT BUT HE HAD --

24   BUT THE FACT THAT HE SAID HE HAD NO PROBLEMS WITH

25   FUNCTIONING UP UNTIL RECENTLY, A BELL DOES GO OFF

1    BECAUSE AGAIN, YOU WOULD NOT EXPECT SOMEBODY WHO HAD A

2    DISABILITY OF THIS SORT PARTICULARLY TO HAVE NO PROBLEMS

3    UNTIL THEY GOT TO COLLEGE.  THERE WOULD BE A HISTORY OF

4    THAT.

5             HE WAS NOT ON ACADEMIC PROBATION.  HAD A

6    FEW BAD GRADES, BUT THAT HE DID NOT WANT TO

7    ACCOMMODATIONS, AGAIN, IT SPEAKS TO THE FACT THAT

8    PERHAPS WHATEVER WAS GOING ON FOR HIM AS A STUDENT WAS

9    NOT SO SERIOUS THAT HE NEEDED -- FELT HE NEEDED

10   ACCOMMODATIONS OR SUPPORT.

11            IT REALLY LOOKED LIKE HE WANTED

12   MEDICATION, WHICH OF COURSE A LOT OF COLLEGE STUDENTS DO

13   LOOK FOR TO BE ABLE TO FOCUS BETTER.

14   Q.    I AM GOING TO PULL UP TWO DOCUMENTS, PX 9, AND

15   PX 6.  AND LET'S LOOK AT PX 6 FIRST.  I THINK YOU WILL

16   NEED TO EXPAND ENOUGH TO READ AND WE CAN SCROLL DOWN.

17   AND IF YOU WILL JUST SCROLL UP FOR A SECOND.

18            SO IN PX 6, THIS IS BEREA COLLEGE HEALTH

19   SERVICE NOTE, DATE JANUARY 11TH, 2013.  AND IF YOU

20   SCROLL DOWN TO THE SUBJECTIVE STATEMENT.

21            WHAT DOES THIS SUBJECTIVE STATEMENT TELL

22   YOU, DR. GORDON, RELATIVE TO THE ISSUES YOU ARE

23   ADDRESSING?

24   A.    NOT MUCH.  IT SOUNDS LIKE HE IS CONCERNED ABOUT

25   HIS FUNCTIONING -- HIS PERFORMANCE ON TESTS.  THERE IS

1    NO REASON TO BELIEVE WHY SOMEBODY WITH ADHD WOULD FIND

2    IT MORE DIFFICULT TO STUDY AT HOME.  USUALLY OUR

3    PATIENTS HAVE TROUBLE WHEN THERE IS A LOT OF

4    DISTRACTIONS AROUND, AS IN CLASS, SO I WOULD LOOK AT

5    THAT AND JUST WONDER ABOUT IT.

6                BUT AGAIN, IT DOESN'T INDICATE THAT HE IS

7    PARTICULARLY IMPAIRED.  IT JUST INDICATES THAT, I GUESS

8    LIKE A LOT OF PEOPLE, THEY FOCUS BETTER IN SOME

9    CIRCUMSTANCES THAN OTHERS.  AND MOST OF US, A LOT OF US,

10   DO CONCERN OURSELVES WITH HOW WELL WE PERFORM ON TESTS.

11   Q.      UNDER ASSESSMENTS, DOES THIS SHOW AN ADHA

12   DIAGNOSIS?

13   A.      YES.

14   Q.      IF WE GO TO PX 9 -- OH, CAN WE GO BACK TO PX 6

15   FOR JUST A SECOND?

16                I JUST WANT TO -- IS THAT ALSO THE CASE

17   DR. GORDON, WHEN IT SAYS PROBABLE, IS IT STILL YOUR

18   READING THAT'S ALL -- THAT STILL SHOWS AN ADHA

19   DIAGNOSIS?

20   A.      WELL, FAIR ENOUGH.  I MEAN, THERE IS ONE WRITTEN

21   THERE.  IT'S CLEARLY A PROBABLE -- I AM LOSING THE WORD

22   RIGHT NOW, BUT A POTENTIAL DIAGNOSIS.

23   Q.      OKAY.  AND THEN, LET'S --

24   A.      IT'S VERY MUCH LIKE WHAT YOU HAD BEFORE,

25   EVALUATE AND TREAT, BUT THERE IS A DIAGNOSIS THERE.

1    Q.        OKAY.  IF YOU LOOK AT PX 9, AND WE WILL -- THIS

2    IS AN AUGUST 5TH, 2013, RECORD FROM BEREA COLLEGE HEALTH

3    SERVICE.

4                   IF WE LOOK AT THE SUBJECTIVE REPORT, WHAT

5    DOES THIS TELL YOU RELEVANT TO THE ISSUES THAT YOU ARE

6    REVIEWING?

7    A.        WELL, I DEFINITELY TAKE NOTE OF THAT LINE THERE

8    BECAUSE THIS WOULD LOOK TO ME TO BE A STUDENT WHO REALLY

9    WAS -- WANTED TO MAXIMIZE HIS PERFORMANCE, IN THIS CASE

10   ON THE MCAT, THAT HE WAS LOOKING FOR MEDICATIONS REALLY

11   TO DO HIS WELL AS HE COULD DO ON AN EXAM.

12                  YOU HAVE TO UNDERSTAND THAT THAT IS

13   DIFFERENT THAN WHAT WE SEE WITH OUR ADHD PATIENTS.  THEY

14   NEED ALL THE HELP THAT THEY CAN GET.  THEY ARE NOT

15   LOOKING SO MUCH TO MAXIMIZE OR OPTIMIZE THEIR

16   PERFORMANCE, THEY ARE LOOKING JUST TO BE ABLE TO ACCESS

17   -- TO BE ABLE TO DO WELL AT ALL ON THE TEST.

18                  SO IT'S THE DIFFERENCE BETWEEN JUST

19   TRYING TO COPE WITH THE TEST AND BEING ABLE TO PERFORM

20   ON IT, AS OPPOSED TO WANTING TO TAKE THE TEST AND GET AS

21   GOOD AS GRADE AS YOU CAN GET.

22   Q.        AND SO I UNDERSTAND YOUR TESTIMONY THAT IS

23   WHETHER THE PRIOR DOCUMENT OR THIS DOCUMENT, THEY DO

24   SHOW AN ADHA DIAGNOSIS; CORRECT?

25   A.        IT DOES.

1    Q.      DOES ANYTHING IN THESE DOCUMENTS REFLECT AN

2    APPROPRIATE ASSESSMENT FOR ADHD?

3    A.      NO, THERE IS NONE LISTED.

4    Q.      SO THAT WAS GOING TO BE MY NEXT QUESTION:

5            DO EITHER OF THE DOCUMENTS SHOW THE BASIS

6    FOR THE DIAGNOSIS?

7    A.      NO, THEY DON'T.

8    Q.      DO THE DOCUMENTS DEMONSTRATE THE NATURE AND

9    EXTENT OF ANY FUNCTIONAL LIMITATIONS?

10   A.      NO, THEY DON'T.

11   Q.      I'M GOING TO PULL UP EXHIBIT DX 7.  THIS IS A

12   GROUP OF MEDICAL RECORDS THAT DR. KITCHENS OBTAINED FROM

13   THE WHITE HOUSE CLINICS.  WE ARE GOING TO TURN TO THE

14   JULY 8TH, 2014, RECORD THAT STARTS AT PAGE 14, IT DOES

15   NOT START -- GO ONE MORE PAGE, PLEASE.

16           I AM LOOKING FOR MK 23.  AND THEN -- SO

17   LET ME IDENTIFY THIS.

18           THIS IS A JULY 8TH, 2014, OFFICE VISIT

19   NOTE.  AND NOW WE CAN EXPAND.  AND WHAT I'M GOING TO DO

20   IS LOOK THROUGH THIS REPORT -- CLICK THROUGH SO YOU CAN

21   SEE WHAT IS THERE.

22           DR. GORDON, DOES ANYTHING IN THIS RECORD

23   SUGGEST THAT NURSE PRACTITIONER AMBROSE DID HER OWN ADHD

24   ASSESSMENT OF DR. KITCHENS IN 2014?

25   A.      NO.

1    Q.        AND NOW IF WE CLICK BACK TO -- IT WILL BE THE

2    PAGE BATES NUMBERED MK 00019.  THIS IS A FEBRUARY 15TH,

3    2016, RECORD FOR AN OFFICE VISIT WITH VICKI HACKMAN

4    M.D., AND IF WE KIND OF SCROLL DOWN THIS PAGE...

5              DOES ANYTHING IN THIS RECORD SHOW ANY

6    KIND OF ASSESSMENT FOR ADHD BY DR. HACKMAN IN

7    FEBRUARY OF 2016?

8    A.        IT DOES NOT.

9    Q.        AND IF WE GO BACK TO THE LAST PAGE, BATES

10   NUMBERED MK 22.

11             WHAT DOES THIS PAGE SHOW REGARDING

12   MEDICATIONS ADDED, CONTINUED, OR STOPPED DURING THIS

13   VISIT?

14   A.        WELL, IT INDICATES THAT IT BEEN STOPPED PRIOR TO

15   THIS APPOINTMENT.

16   Q.        THAT WHAT HAD BEEN STOPPED?

17   A.        I'M SORRY, THAT THE MEDICATION HAD BEEN STOPPED

18   PRIOR TO THIS APPOINTMENT.

19   Q.        WHY DO YOU THINK --

20   A.        IN THE YEAR PRIOR.

21   Q.        IN THE YEAR PRIOR?

22   A.        IT SAID STOPPED 2-15, AND 2006 -- OH, I'M SORRY

23   IS THAT A SIX OR A FIVE?

24   Q.        LET'S?

25   A.        IT'S A SIX.  I'M SORRY.  OKAY.  IT LOOKS LIKE

1    THE MEDICATION HAD BEEN STOPPED.  SHE STOPPED THE

2    MEDICATION.

3    Q.     AND THEN WE WILL GO UP TO STILL IN DX 16, THE

4    PAGE BATES NUMBERED MK 16.

5              DR. KITCHENS:  I'M SORRY, MS. MEW, I

6    DON'T MEAN TO INTERRUPT YOU.  WHAT WAS THE BATES STAMP

7    FOR THE LAST PAGE YOU WERE JUST ON, PLEASE?

8              MS. MEW:  SURE.  I'LL GO BACK.

9              DR. KITCHENS:  THANK YOU.

10             MS. MEW:  MK 22.

11             DR. KITCHENS:  THANK YOU.

12             MS. MEW:  NOW WE ARE GOING TO GO TO MK

13   16.

14   BY MS. MEW:

15   Q.     THIS IS A RECORD OF A JULY 26, 2017, OFFICE

16   VISIT WITH DR. HACKMAN.

17             AND LOOKING UNDER "HISTORY OF PRESENT

18   ILLNESS," WHAT DOES DR. KITCHENS PRESENTING FOR,

19   ACCORDING TO THIS RECORD?

20   A.     A MED REFILL.

21   Q.     IF WE GO DOWN TO THE ASSESSMENT PLAN.  AND I

22   THINK KEEP SCROLLING DOWN, ACTUALLY BELOW TO -- WE WILL

23   COME BACK TO THIS.  KEEP SCROLLING.  OKAY.  I THINK

24   THAT'S IT.  SO LET'S GO -- I THINK THAT'S THE END.

25             DOES IT APPEAR FROM THIS RECORD THAT DR.

1      HACKMAN PRESCRIBED ANY MEDICATION FOR DR. KITCHENS AS

2      PART OF THIS VISIT?

3      A.      NO.

4      Q.      DOES IT APPEAR THAT DR. HACKMAN DIAGNOSED DR.

5      KITCHENS WITH ADHD?

6      A.      NO.

7      Q.      WHY DO YOU SAY THAT?  I SEE THE ATTENTION AND

8      CONCENTRATION DEFICIT IS LISTED THERE?

9      A.      BECAUSE SHE PUTS EVALUATE AND TREAT, NEEDS

10     EVALUATION.  I THINK SHE MEANT EVALUATION FOR ADHD.  SO

11     SHE CLEARLY DIDN'T FEEL COMFORTABLE DOING THAT ON HER

12     OWN AND REFERRED HIM OUT.

13              AND SHE SAYS THAT, I TOLD HIM I COULD NOT

14     DO THAT BUT I COULD REFER HIM TO A SPECIALIST FOR AN

15     EVALUATION AND GET THEIR OPINION ABOUT HIM NEEDING THE

16     MEDICATION.

17     Q.      AND THEN IF WE GO BACK TO -- I THINK IT'S PAGE 4

18     OF THIS DOCUMENT.  THIS IS A REPORT OF A MAY 25TH, 2018,

19     VISIT WITH WHITE HOUSE CLINICS AND DR. HACKMAN.  IF WE

20     SCROLL DOWN.  KEEP GOING.  OKAY.  SO WE WILL STOP HERE,

21     WHERE -- AT ASSESSMENT AND PLAN.

22              DID DR. HACKMAN DIAGNOSE DR. KITCHENS

23     WITH ADHD AT THIS OFFICE VISIT?

24     A.      NO.

25     Q.      WHAT IS THE REFERENCE TO ATTENTION

1    DEFICIT-HYPERACTIVITY DISORDER -- WE HAVE ACTUALLY

2    ALREADY COVERED THIS, BUT JUST FOR THE RECORD WHAT IS THE

3    REFERENCE TO ATTENTION DEFICIT-HYPERACTIVITY DISORDER

4    UNSPECIFIED TYPE?

5    A.      WELL, IT'S WHAT A PROVIDER WOULD DO TO INDICATE

6    THAT THAT IS AN AREA OF CONCERN THAT SHOULD BE EVALUATED

7    AND TREATED.

8    Q.      AND THEN IF YOU LOOK DOWN UNDER "MEDICATIONS,"

9    DID DR. HACKMAN PRESCRIBE ANY ADHD MEDICATION AT THIS

10   VISIT?

11   A.      NO.

12   Q.      LOOKING AT JUST A FEW MORE RECENT RECORDS AND

13   FOCUSING ON ONES THAT HAVE BEEN ADMITTED INTO EVIDENCE,

14   I AM GOING TO PULL UP EXHIBIT PX 37.  THIS IS A

15   SEPTEMBER 22ND, 2022, PROGRESS NOTE FOR A VISIT WITH

16   NURSE PRACTITIONER TINA HOLBROOK.

17           AND IF WE GO DOWN UNDER "HISTORY OF

18   PRESENT ILLNESS," IF WE SORT OF MID-WAY THROUGH THIS

19   PARAGRAPH, DR. GORDON, I WILL JUST READ A COUPLE OF

20   SENTENCES FOR THE RECORD AND THEN I WILL ASK MY

21   QUESTION.

22           "HAS HISTORY OF ADHD.  HE DOES COMPLAIN

23   OF CONTINUED SYMPTOMS ASSOCIATED WITH ADHD.  HAS BEEN ON

24   CURRENT DOSE OF ADDERALL FOR SEVERAL YEARS.  VERBALIZES

25   THAT HE DOES NOT TAKE MEDICATIONS ON THE WEEKENDS OR

1    WHEN HE DOES NOT HAVE TO COMPLETE MENTALLY CHALLENGING

2    TASKS.  HAS TRIED SEVERAL INTERVENTIONS AT HOME, SUCH AS

3    USING HEADPHONES TO BLOCK OUT NOISE, SPECIALTY LIGHTING

4    AND SOOTHING SOUND MACHINES."

5              SO FROM THE PERSPECTIVE OF, YOU KNOW, OF

6    COURSE THE ENTIRE HISTORY THAT IS DISCUSSED HERE AND

7    THEN ALSO WHAT WE -- WHAT I JUST READ IN THE RECORD,

8    WHAT DOES THIS DOCUMENT TELL YOU RELATIVE TO THE ISSUES

9    WE ARE DISCUSSING TODAY?

10   A.    WELL, THIS IS A REPORT OF SOMEBODY WHO IS

11   LOOKING TO FOCUS AND BE AS COMFORTABLE HE CAN HANDLING

12   CHALLENGING TASKS.  OUR PATIENTS WOULD FIND IT DIFFICULT

13   ON WEEKENDS TOO, AND TAKE THEIR MEDICATION BECAUSE IT'S

14   NOT JUST ABOUT BEING CHALLENGED AND HAVING TO THINK

15   THROUGH THINGS.

16             IT'S ABOUT BEING ABLE TO PLAN AND

17   STRATEGIZE AND COPE FOR ALL OF THE DEMANDS THAT WE HAVE

18   IN OUR LIFE, WELL BEYOND THAT -- THOSE ARE MENTALLY

19   CHALLENGING.  AS A MATTER OF FACT, IT'S THE ONES THAT

20   ARE THE LEAST MENTALLY CHALLENGING THAT CAN BE MOST

21   DIFFICULT FOR SOMEBODY WITH ADHD BECAUSE THEY MAY BE

22   LESS INTERESTING.

23             IT'S THE ROTE TASKS AND ROUTINE TASKS

24   THAT MOST CAUSE DIFFICULTIES FOR MOST INDIVIDUALS WITH

25   ADHD.  SO THIS DOES NOT SOUND LIKE SOMEBODY WHO IS VERY

1    SIGNIFICANTLY IMPAIRED AND LIMITED IN THEIR ABILITY TO

2    FUNCTION.  BUT DOES WHAT ANYBODY IN THIS SITUATION OR

3    ANYBODY ELSE'S SITUATION WOULD DO TO TRY TO FIND WAYS TO

4    BEST FOCUS AND BEST FEEL COMFORTABLE AND RELAXED.

5    Q.    HOW ABOUT THE INTERVENTIONS, SUCH AS USING

6    HEADPHONES THAT BLOCK OUT NOISE AND LIGHTING AND

7    SOOTHING SOUND MACHINES?

8    A.    THAT'S WHAT MANY MANY PEOPLE DO TO MAKE AN

9    ENVIRONMENT THAT IS MORE SOOTHING AND QUIET.  THE FACT

10   THAT YOU USE -- ONE USES A SOUND MACHINE OR USES

11   HEADPHONES TO BLOCK OUT NOISE DOES NOT MEAN ANYTHING

12   OTHER THAN THAT IS WHAT THEY SEEM TO DO TO BE ABLE TO

13   FEEL THEY CAN FOCUS THE BEST.

14   Q.    I WILL NOW PULL UP EXHIBIT DX 28.  THIS IS A

15   PROGRESS NOTE FROM A JANUARY 10TH, 2023, VISIT WITH

16   NURSE PRACTITIONER TINA HOLBROOK.

17         AND IF WE LOOK UNDER "HISTORY OF PRESENT

18   ILLNESS," WHAT DOES THIS RECORD, DR. GORDON, TELL YOU

19   WITH RESPECT TO THE ISSUES WE ARE DISCUSSING TODAY AND

20   ADHD?

21   A.    I MEAN, GENERALLY IT TELLS ME HE, AT THIS POINT,

22   FELT THAT AS FOR ADHD HIS SYMPTOMS WORE CONTROLLED.  AND

23   THAT HE WAS FUNCTIONING OKAY, AT LEAST NOT HAVING

24   DIFFICULTIES BECAUSE OF INATTENTION PER SE.

25         THIS READS LIKE A NOTE OF SOMEBODY WHO IS

1    STABLE AND DOING PRETTY WELL FOR THEMSELVES.

2    Q.    I WILL NOW PULL UP EXHIBIT DX 35.  I LOST MY

3    PAGE NUMBERS, SO WE WILL JUST -- WE ARE GOING TO THE

4    PAGE THAT IS BATES NUMBERED NBME BAPT 0061.  THIS IS A

5    PROGRESS NOTE FROM A FEBRUARY 6, 2023, VISIT WITH TINA

6    HOLBROOK.  AND WE WILL FOCUS IN, AGAIN, UNDER THE

7    HISTORY OF PRESENT ILLNESS.

8              LOOKING AT THIS REPORT, DR. GORDON, WHAT

9    DOES THIS INFORMATION TELL YOU RELATIVE TO ADHD AND THE

10   ISSUES THAT WE ARE DISCUSSING TODAY FOR YOUR REVIEW?

11   A.    ME EYE WENT, AND WOULD, GO TO STATEMENTS SUCH AS

12   "CONTINUES TO FEEL THAT ADHD SYMPTOMS ARE ADEQUATELY

13   CONTROLLED" HE SAYS, WITH CURRENT MEDICATION REGIMENT.

14             I ALSO CAN'T HELP BUT LOOK AT THIS AND

15   AND SEE THAT -- THAT HE REALLY DID NOT FEEL THAT HE

16   REQUIRED ACCOMMODATIONS.  AND AGAIN, THAT -- THAT WOULD

17   BE VERY UNUSUAL FOR SOMEBODY WHO WAS REALLY IMPAIRED BY

18   THESE KINDS OF SYMPTOMS.

19   Q.    IF WE GO TO -- STAY IN THIS FILE AND GO TO PAGE

20   NBME BAPT 0070.

21             IF YOU WERE TO RECEIVE THIS LETTER, DR.

22   GORDON, FOR REVIEW WHAT DOES IT TELL YOU ABOUT ANY

23   FUNCTIONAL LIMITATIONS RELATED TO ADHD?

24   A.    IT SAYS NOTHING ABOUT THEM IN THIS LETTER.

25   Q.    I AM NOW GOING TO PULL UP EXHIBIT PX 46.  THIS

1    IS A PROGRESS NOTE FROM A MARCH 24TH, 2023, VISIT WITH

2    CHRISTINE BALLA.

3                    IF WE AGAIN SCROLL DOWN TO THE HISTORY OF

4    PRESENT ILLNESS.  AND LET'S JUST SCROLL DOWN SO WE CAN

5    SEE.

6                    DR. GORDON, WHAT DOES THIS INFORMATION

7    TELL YOU ABOUT DR. KITCHENS' CLAIMED ADHD?

8    A.      WELL, AGAIN, HE REPORTED THAT HIS ADHD SYMPTOMS

9    WERE ADEQUATELY MANAGED.  HE IS ABLE TO FOCUS WELL.  AND

10   DOES NOT EVEN NEED IT.  HE IS NOW WORKING.  AND SO

11   AGAIN, IT WOULD NOT TELL ME ANYTHING ABOUT IMPAIRMENT.

12   IT WOULD TELL ME THAT HE, FOR WHATEVER REASON, IS

13   FUNCTIONING OKAY IN HIS ABILITY TO RETAIN AND ASSERT

14   SELF-CONTROL.

15   Q.      I WANT TO GO BACK -- I FOUND MY PAGE NUMBER.  I

16   WANT TO GO BACK, IF WE CAN, TO DX 35.  AND IF -- DX --

17   IF WE LOOK AT NBME BAPT 0048, AND IF WE SCROLL DOWN,0 I

18   WANT TO FOCUS FOR A MINUTE ON THE RECORD THAT BEGINS,

19   "AGAIN, I CONSULTED WITH DR. MARTIN ABOUT DETAILS THAT

20   COULD BE INCLUDED IN THE LETTER."

21                   THERE'S A REFERENCE TO A PSYCHOLOGICAL

22   EVALUATION THERE.  DO YOU SEE THAT, DR. GORDON?  DO YOU

23   SEE WHERE WE ARE?

24   A.      HE CAN CALL MY SIDE AND SCHEDULE FOR THE

25   PSYCHOLOGICAL EVALUATION?

1   Q.      YES.

2   A.      YES, I SEE IT.

3   Q.      AND IT SAYS, "THIS WILL FURTHER ASSESS MORE

4   SPECIFIC NEEDS FOR ACCOMMODATION."

5               DO YOU SEE THAT?

6   A.      I DO.

7   Q.      WHY WOULD A PSYCHOLOGICAL EVALUATION BE NEEDED

8   TO FURTHER ASSESS MORE SPECIFIC NEEDS FOR

9   ACCOMMODATIONS?

10  A.      PSYCHOLOGICAL TESTING CAN BE EXTREMELY IMPORTANT

11  AS PART OF AN ADHD EVALUATION.  BOTH TO IDENTIFY WHETHER

12  THERE ARE DEFICITS ASSOCIATED WITH THE DISORDER, AND THE

13  EXTENT OF THOSE DEFICITS, BUT ALSO RULE OUT ALL THE

14  OTHER REASONS WHY SOMEBODY CAN BE INATTENTIVE AND

15  IMPULSIVE.

16              AS A MATTER OF FACT, MOST OF US FEEL THAT

17  PSYCHOLOGICAL TESTING IS AT ITS BEST IN THIS DIAGNOSTIC

18  REALM IN TRYING TO MAKE SURE THAT ISN'T OTHER FACTORS

19  THAT TESTS CAN ESTABLISH; ENDEMIC ABILITIES,

20  INTELLECTUAL ABILITIES, ET CETERA.

21  Q.      LET'S TURN TO EXHIBIT PX 30.  AND YOU CAN SCROLL

22  OUT FOR JUST A MINUTE SO WE CAN SEE.

23              SO IT DOES APPEAR THAT DR. KITCHENS

24  OBTAINED A PSYCHOLOGICAL EVALUATION; IS THAT WHAT IT

25  LOOKS LIKE TO YOU TOO?

1    A.       YES, IT DOES.

2    Q.       AND YOU HAVE REVIEWED THIS EVALUATION BEFORE,

3    CORRECT, DR. GORDON, IN CONNECTION WITH THE PRELIMINARY

4    INJUNCTION HEARING?

5    A.       I DID.

6    Q.       IS THIS THE ONLY PSYCHOLOGICAL EVALUATIONS OF

7    DR. KITCHENS THAT YOU ARE AWARE OF FROM THE MEDICAL

8    RECORDS?

9    A.       IT IS.

10   Q.       SO YOU HAVE REVIEWED THIS REPORT; CORRECT?

11   A.       THAT'S CORRECT.

12   Q.       AND I WILL ALSO NOTE FOR THE RECORD THAT YOU

13   ALSO REVIEWED DR. BACON'S DEPOSITION TRANSCRIPTS;

14   CORRECT?

15   A.       I DID.

16   Q.       IN THIS REPORT, DOCTOR -- MRS. BACON DIAGNOSED

17   DR. KITCHENS WITH ADHD; ISN'T THAT RIGHT?

18   A.       YES.

19   Q.       ONE OF DR. KITCHENS' EXPERT WITNESSES, DR.

20   SHEPHERD, OPINED THAT MRS. BACON'S EVALUATION REPORT WAS

21   COMPREHENSIVE.

22            DO YOU SHARE THAT OPINION?

23   A.       NO, I DON'T.

24   Q.       WHY NOT?

25   A.       BECAUSE THE REPORT IS ESSENTIALLY BASED ON DR.

1    KITCHENS' SELF-REPORT OF THE SYMPTOMS AND HISTORY.  AND

2    ON ONE -- OR BASED ON A COMPUTERIZED MEASURE OF

3    ASSESSMENT THAT HAS NEVER BEEN ESTABLISHED AS A DIVINING

4    ROD FOR THE DISORDER.

5              THIS REPRESENTS A CURSORY EVALUATION FOR

6    THE DISORDER.  IT WOULD BE, IN ALL THE MANY, MANY, MANY

7    EVALUATIONS SOMEBODY LIKE I WOULD SEE IN A SUBMISSION

8    FOR AN ACCOMMODATION, WOULD BE ON THE VERY VERY LOW END

9    OF IT, BECAUSE IT'S MISSING SO MANY ESSENTIALS ASPECTS.

10             SO MUCH OF THE EVALUATION FOR ADHD, AS WE

11   TALKED ABOUT, GOES ON HISTORY AND AS I UNDERSTAND IT,

12   DOCTOR -- MRS. BACON NEVER REVIEWED HISTORY.

13             IT RELIES ON GETTING JOB PERFORMANCE

14   REVIEWS, PAST TEST PROTOCOLS, ALL OF THE INFORMATION

15   THAT YOU COULD GATHER TO UNDERSTAND IN THIS CASE HOW DR.

16   KITCHENS HAS FUNCTIONED OVER THE COURSE OF HIS LIFE.

17   BUT THAT DID NOT HAPPEN HERE.

18             DOCTOR -- MRS. BACON DID NOT, I FEEL,

19   DOCTOR SERVE DR. KITCHENS WELL BECAUSE WHAT SHE SHOULD

20   BE DOING IS BUILDING A CASE, SAYING LOOK, HERE IS THE

21   HISTORY YOU NEED, HERE IS THE PERVASIVENESS,

22   CONSISTENCY, HERE IS EVIDENCE OF IMPAIRMENT.  THIS IS

23   WHY YOU SHOULD OFFER THE ACCOMMODATIONS.

24             AND THAT'S JUST NOT HERE.  IT'S JUST

25   FORMATTED SELF-REPORT AND A COMPUTERIZED MEASURE OF

1    ATTENTION THAT ITSELF MAKES VERY CLEAR IT SHOULD NOT BE

2    USED AS A SOLE DIAGNOSTIC INDICATOR.

3    Q.    IN YOUR OPINION, DOES THIS REPORT ADDRESS THE

4    EXISTENCE OR EXTENT OF DR. KITCHENS' FUNCTIONAL

5    LIMITATIONS?

6    A.    IT DOES NOT.

7    Q.    WELL, LET'S LOOK DOWN -- THERE'S A REFERENCE IN

8    HERE, AND I AM AFRAID I DON'T HAVE A PAGE REFERENCE, SO

9    MAYBE WE WILL JUST TALK ABOUT IT.

10            THERE IS A REFERENCE IN HERE TO DR.

11   KITCHENS', FOR EXAMPLE, MAINTAINING STRUCTURE THROUGH

12   WHITE BOARDS, NOTES, AND REMINDERS.

13            WHAT DOES THAT TELL YOU?

14   A.    IT'S NON DIAGNOSTIC.  MOST OF US WHO HAVE

15   DEMANDING LIVES, JUST ORDINARY LIVES, LEAVE OUR NOTES,

16   PUT OUR KEYS NEXT TO SOMETHING WE NEED TO TAKE WITH US,

17   THAT'S WHAT WE DO AS HUMANS.  WE COMPENSATE FOR NOT

18   BEING PERFECT IN OUR FOCUS AND IN OUR ABILITY TO FOLLOW

19   ROUTINES.  THOSE ARE JUST THINGS WE ALL DO.

20            AND THE MERE FACT THAT WE DO THEM DOES

21   NOT MEAN WE HAVE A MENTAL DISORDER.  IT JUST MEANS, I

22   THINK, THAT WE ARE HUMAN.  SOME OF US ARE MORE SCATTERED

23   THAN OTHERS PERHAPS, SOME OF US ARE MORE DISCIPLINED OF

24   OTHERS, BUT THAT'S NOT A REFLECTION OF PATHOLOGY.

25   Q.    THERE IS ALSO A REFERENCE IN HERE TO DR.

1       KITCHENS FORGETTING TASKS OR LOSING TRACK OF TIME.

2                       DOES THAT SHOW FUNCTIONAL LIMITATIONS?

3       A.      THERE'S A WELL-KNOWN STUDY IN MASSACHUSETTS,

4       WHERE COLLEAGUES OF MINE ASKED PEOPLE COMING TO THE

5       DEPARTMENT OF MOTOR VEHICLES WHETHER THEY DID THINGS

6       LIKE LOOSE THINGS AND THEY GAVE THE CRITERIA OF SYMPTOMS

7       FOR THE DSM, AND AN EXTRAORDINARY NUMBER OF THOSE

8       PEOPLE, USUALLY AROUND 60 TO 65 PERCENT OF JUST PEOPLE

9       JUST WALKING IN TO THE DMV, REPORTED THOSE SAME

10      SYMPTOMS.

11                      SO THE MERE FACT THAT YOU ARE FORGETFUL

12      AND INTERRUPT, THAT YOU SHOW SHOWS SYMPTOMS TO SOME

13      EXTENT, DOES NOT MEAN YOU HAVE A PSYCHIATRIC DISORDER.

14      Q.      I BELIEVE YOU REFERENCED THIS, BUT DID MRS.

15      BACON ADMINISTER THE MOXO DISTRACTED CONTINUOUS

16      PERFORMANCE TEST?

17      A.      SHE DID.

18      Q.      WHAT WAS THIS TEST?

19      A.      IT'S A TEST IS WITHIN THE GROUP OF TESTS CALLED

20      CONTINUOUS PERFORMANCE TESTS, THAT'S THE CPT PART.  I

21      SHOULD BE CLEAR THAT I AM ONE OF THE DEVELOPER OF THE

22      CPT, ACTUALLY THE FIRST ONE THAT WAS COMMERCIALLY

23      AVAILABLE BACK IN THE MID-80'S.

24                      THEY ALL VARY A BIT IN WHAT -- HOW THEY

25      DELIVER THE TEST AND THE NUANCES AROUND IT, BUT

1    ESSENTIALLY THE PERSON IS TOLD TO IDENTIFY CERTAIN

2    COMBINATIONS OF NUMBERS, IN THIS CASE IMAGES, AND YOU

3    SHOULD ONLY PRESS THE BUTTON WHEN A CERTAIN COMBINATION

4    GOES BY.

5              AND IT'S A MEASURE OF SUSTAINED ATTENTION

6    AND A DEGREE OF IMPULSIVENESS AS WELL.  SOME HAVE

7    DISTRACTORS, SOME DON'T.  MINE HAD BOTH, BUT THAT'S --

8    THIS IS WITHIN THE TRADITION THAT HAPPENS TO BE

9    ADMINISTERED BY A COMPUTER.

10   Q.    ARE MOXO TESTS DIAGNOSTIC OF ADHD -- OR, I'M

11   SORRY, CONTINUOUS PERFORMANCE TESTS, MORE GENERALLY?

12   A.    YOU BETTER REPEAT THE QUESTION, I MIGHT HAVE

13   MISHEARD IT.

14   Q.    LET'S DO THIS, LET'S PULL UP PX 27.  THIS IS THE

15   MOXO REPORT AND YOU CAN SCROLL OUT ON THIS ONE.

16              SO LOOKING AT THESE SCORES, HOW DID DR.

17   KITCHENS DO ON THE MOXO?

18   A.    NOT WELL.

19   Q.    SO WHY DOESN'T THIS SHOW THAT HE WAS PROPERLY

20   DIAGNOSED WITH ADHD?

21   A.    BECAUSE DOING POORLY ON A COMPUTER MEASURE IS

22   NOT REFLECTIVE OF HOW SOMEBODY PERFORMS IN THEIR REAL

23   LIFE FUNCTIONS UNLESS THERE IS EVIDENCE THAT IN REAL

24   LIFE AND ACTUAL FUNCTIONING THERE IS THIS LEVEL OF

25   IMPAIRMENT.

```
1                    THE LINK BETWEEN OR THE LINE BETWEEN HOW

2       ONE DOES ON A COMPUTERIZED MEASURE AND HOW ONE DOES IN

3       LIFE IS A VERY VERY THIN ONE.  THE WAY AND EVEN AS A

4       DEVELOPER OF THE CPT, WHERE THE CPT HELPS US IS WE HAVE

5       ALL KINDS OF OTHER EVIDENCE OF IMPAIRMENT ASSOCIATED

6       WITH ADHD SYMPTOMS AND THIS MAKES US FEEL BETTER THAT

7       NOT JUST OTHER RATINGS SCALES BUT ALSO BASED ON THE

8       PERSON'S BEHAVIOR.  THERE IS EVIDENCE OF PROBLEMS OF

9       HANDING THESE KINDS OF SITUATIONS.

10                   DR. KITCHENS:  OBJECTION, YOUR HONOR.

11      CAN WE ZOOM IN ON THE DOCUMENTS SO WE CAN HAVE AN

12      ACCURATE REPRESENTATION.  I CANNOT READ ANYTHING THAT'S

13      ON THE SCREEN AT ALL, ANY NUMBERS I'M NOT SURE HOW DR.

14      GORDON WAS ABLE TO READ THAT.  THANK YOU.

15      BY MS. MEW:

16      Q.      DR. GORDON, YOU HAVE READ-- YOU HAVE REVIEWED

17      THIS REPORT BEFORE; CORRECT?

18      A.      I HAVE.

19                   MS. MEW:  I UNDERSTAND, DR. KITCHENS,

20      SORRY ABOUT THAT.  LET ME -- DON'T BE AFRAID TO SPEAK

21      UP.  I'M SORRY.  IF YOU CAN SCROLL DOWN MAYBE SO WE CAN

22      SEE -- THERE WE GO.  OKAY.

23                   CAN YOU SEE THE NUMBERS NOW, DR.

24      KITCHENS?

25                   DR. KITCHENS:  YES, MA'AM, THANK YOU.
```

1                    MS. MEW:  NO PROBLEM, JUST LET ME KNOW.

2    BY MS. MEW:

3    Q.     I WANT TO FOCUS ON THAT FIRST MEASURE ON THE

4    LEFT THERE.  AND IF WE -- I NEED TO SCROLL BACK UP JUST

5    TO SEE WHAT THE A IS FOR, I THINK IT'S FOR

6    ATTENTIVENESS.  YES.  OKAY.

7                    IT'S NEGATIVE 15.2, THAT SEEMS LIKE A --

8    WELL, YOU TELL ME, DR. GORDON:

9                    WHAT DOES THAT SCORE TELL YOU?

10   A.     THAT'S REMARKABLY OUT OF THE NORMAL RANGE.

11   Q.     AND SO WHAT DO YOU DO WITH THAT INFORMATION AS

12   PART OF YOUR REVIEW?

13   A.     WELL, THAT'S SO -- SOMEBODY WOULD HAVE TO BE

14   LIKELY SUBSTANTIALLY BRAIN DAMAGED TO HAVE SCORES THAT

15   FAR OUTSIDE THE NORM, SO TO BE HONEST, I WOULD LIKE AT

16   THAT AND GO -- UNLESS SOMEBODY REALLY HAD A GROSS DEGREE

17   OF IMPAIRMENT IN THEIR LIFE, THAT -- THAT IS A CURIOUS

18   SCORE.

19   Q.     AND IF WE SCROLL DOWN -- CAN YOU SCROLL DOWN TO

20   THE BOTTOM OF THE PAGE AND ACTUALLY -- KEEP SCROLLING.

21                   WHAT WE NEED TO DO IS LOOK AT THE VERY

22   BOTTOM DO YOU SEE THE -- UNFORTUNATELY, I THINK SOME OF

23   THE KEY LANGUAGE IS GOING TO BE COVERED WITH THE LABEL.

24                   IF YOU CAN EXPAND AS MUCH AS YOU CAN.

25                   DR. GORDON, I REALIZE THAT SOME OF THE

1      LANGUAGE AT THE BOTTOM HERE IS COVERED UP, BUT TO THE

2      BEST OF YOUR UNDERSTANDING, IS THIS INFORMATION FROM THE

3      TEST DEVELOPERS CONSISTENT WITH WHAT YOU HAVE SAID ABOUT

4      USING THE MOXO CPT AS A DIAGNOSTIC MEASURE?

5      A.      YES.  THAT LANGUAGE SHOULD ONLY BE USED AS A

6      DECISION SUPPORT TOOL AND SHOULD NOT BE THE SOLE BASIS

7      FOR DIAGNOSES.  THIS IS EXACTLY WHAT I AM SAYING.  THIS

8      IS THE ONLY THINGS YOU CAN SAY ABOUT THESE MEASURES.

9      THEY ARE USEFUL BUT NO MEANS ARE MEASURES THAT YOU

10     SHOULD HANK YOUR DIAGNOSTIC HAT ON.

11     Q.      LET'S GO BACK TO PX 30.  IF WE CAN TURN TO PAGE

12     3, WE ARE BACK ON MRS. BACON'S REPORT.  IF WE CAN SCROLL

13     DOWN TO THE BOTTOM HALF OF THE PAGE.  THIS IS WHERE --

14              MS. MEW:  CAN YOU SEE THIS OKAY, DR.

15     KITCHENS?

16     BY MS. MEW:

17     Q.      THIS IS WHERE MRS. BACON IS BEGINNING HER

18     DISCUSSION OF THE DIAGNOSTIC INTERVIEW FOR ADHD IN

19     ADULTS 2, OR THE A-DIVA 2.

20              WHY DOESN'T THE INFORMATION THAT SHE IS

21     PROVIDING FROM THE A-DIVA SUBSTANTIATE AN ADHA DIAGNOSIS

22     AND SHOW FUNCTIONAL IMPAIRMENT?

23     A.      BECAUSE THE INFORMATION IS COMPLETELY AND

24     TOTALLY PROVIDED BY DR. KITCHENS, IN THE MIDDLE OF A

25     LEGAL ACTION.  SO THIS WOULD NOT BE PARTICULARLY

1    CONVINCING ON ITS OWN AS EVIDENCE OF EITHER THE SYMPTOMS

2    OR THE IMPAIRMENT ASSOCIATED WITH THE SYMPTOMS.

3    Q.    JUST SO THAT I AM CLEAR, IS THIS THE SELF-REPORT

4    THAT I HAVE HEARD YOU REFER TO?

5    A.    YES.

6    Q.    BUT IT'S IN A FORM.  JUST EXPLAIN THAT FOR US?

7    A.    WELL, THE WAY I WOULD PUT THAT, THE SOURCE OF

8    THE INFORMATION IS, IN THIS CASE, DR. KITCHENS.  THAT'S

9    SELF-REPORT.  THE FACT THAT YOU CAN MAKE GRAPHS OUT OF

10   THE RESPONSES, THAT YOU CAN LINK THEM TOGETHER IN

11   CERTAIN CLUSTERS OF SYMPTOMS OR DOMAINS OF IMPAIRMENT,

12   NONETHELESS, IT'S ALL STEMMING FROM THE CLIENT.

13   Q.    AND THEN IF WE GO TO PAGE 4, OF PX 30, AND HERE

14   IT BEGINS DISCUSSION OF THE ACHENBACH SYSTEM OF

15   EMPIRICALLY BASED ASSESSMENTS.  AND I KNOW YOU HAVE

16   REVIEWED THIS BEFORE, DR. GORDON, SO I WILL JUST GIVE

17   REFERENCE IN THE RECORD.

18           SO THERE IS DISCUSSIONS OF DR. KITCHENS'

19   AND HIS WIFE'S RESPONSE TO THESE ASSESSMENTS.

20           WHY DOESN'T THIS INFORMATION, WHICH

21   OTHERWISE PAGES 4 TO 6 OF THE REPORT, WHY DOESN'T THIS

22   SHOW SIGNIFICANT LEVELS OF -- AND ACTUALLY, LET'S SCROLL

23   DOWN.  LET'S GO TO THE NEXT PAGE.

24           LET'S JUST LOOK FOR A MINUTE AT SORT OF

25   THE SUMMARY OF THE SCORES FROM DR. KITCHENS.

```
 1                    AND THEN IF WE GO DOWN AND SEE THE

 2     SUMMARY OF THE REPORT FROM MRS. KITCHENS, HIS WIFE.   SO

 3     MRS. KITCHENS, BOTH DR. KITCHENS AND HIS WIFE REPORT

 4     SIGNIFICANT LEVELS OF PROBLEMS FROM ADHD, ACCORDING TO

 5     THESE SCALES; CORRECT?

 6     A.      THAT'S CORRECT.

 7     Q.      OKAY.  SO WHY DON'T THESE REPORTS SUPPORT THE

 8     DIAGNOSIS?

 9     A.      AGAIN, THEY'RE SELF-REPORT.  THERE IS -- YOU

10     DON'T MAKE THE DIAGNOSIS OF ADHD BY ESSENTIALLY ASKING

11     THE PATIENT DO THEY HAVE ADHD.  OR THE PATIENT'S WIFE,

12     IN THIS CASE.  THAT'S JUST NOT HOW IT GOES.

13                    NEUROPSYCHOLOGY, NEUROPSYCHIATRY, IF WE

14     HAVE LEARNED ANYTHING PARTICULARLY IN FORENSIC SETTINGS

15     IS THAT YOU NEED CONFIRMATION OR VALIDATION THAT THE DSM

16     WAS NOT ESTABLISHED SO THAT WE SIMPLY ASK THE PATIENTS

17     WELL, DO YOU THINK YOU HAVE ADHD, AND TELL US WHAT IT'S

18     LIKE FOR YOU.

19     Q.      YOU CAN TAKE THIS DOWN.

20                    DR. GORDON, WHAT ARE SYMPTOM VALIDITY

21     TESTS?

22     A.      SYMPTOM VALIDITY TESTS ARE WAYS OF MAKING SURE

23     OR TRYING TO MAKE SURE THAT PATIENTS ARE NOT

24     EXAGGERATING THEIR SYMPTOMS.  THEY WERE DEVELOPED IN --

25     FOR NEUROPSYCHOLOGY, NEUROPSYCHIATRY, FOR FORENSIC
```

1    SETTINGS BECAUSE IT BECAME VERY VERY CLEAR, MANY YEARS

2    AGO, THAT PATIENTS IN SITUATIONS, CONSCIOUSLY OR

3    OTHERWISE, IF THERE WAS SOME POTENTIAL GAIN WOULD

4    PROVIDE REPORTS OF THEIR SYMPTOMS THAT MAY NOT BE WHOLLY

5    ACCURATE.

6              SO THAT'S WHERE THEY CAME FROM.  THEY ARE

7    A STANDARD PART OF NEUROLOGICAL AND NEUROPSYCHOLOGICAL

8    TESTS.  I DON'T THINK NOWADAYS ONE WOULD BOTHER

9    SUBMITTING A NEUROPSYCHOLOGY REPORT REGARDING BRAIN

10   DAMAGE OR ANY OTHER ISSUE UNLESS THERE WAS SOME FORM OF

11   A SYMPTOM VALIDITY TEST AS PART OF IT.

12   Q.      DO YOU ADMINISTER SYMPTOM VALIDITY TESTS WHEN

13   YOU ASSESS INDIVIDUALS FOR ADHD?

14   A.      YES.

15   Q.      DID MRS. BACON ADMINISTER ANY SYMPTOM VALIDITY

16   TESTS TO DR. KITCHENS?

17   A.      NO.

18   Q.      IS THE RECORD REVIEW AN IMPORTANT PART OF AN

19   ADHD ANALYSIS?

20   A.      MOST OF US WILL TELL YOU IT'S THE ESSENTIAL PART

21   OF AN ADHA DIAGNOSIS.  IT'S WHAT MAKE DIAGNOSING ADHD A

22   WHOLE LOT EASIER THAN OTHER DISORDERS, LIKE LEARNING

23   DISABILITY, IT'S WHERE YOU GET IN DISCUSSIONS OF WHICH

24   TESTS AND DIFFERENCES IN TESTS.

25              WITH US, IT RIDES ON CLINICAL HISTORY.

```
1      IF SOMEBODY HAS ADHD FROM EARLY IN THEIR LIFE, ITS

2      EVIDENT, AND THEY CAN REGALE YOU WITH ALL KINDS OF

3      EVIDENCE OF THE EXTENT TO WHICH THOSE SYMPTOMS HAD

4      CAUSED SOME PROBLEMS IN THEIR LIVES.

5      Q.      HAVE YOU SEEN RECORDS, MEDICAL OR EDUCATIONAL

6      RECORDS, THAT DR. KITCHENS HAS PRODUCED IN THIS

7      LITIGATION?

8      A.      I HAVE SEEN RECORDS, YES.

9      Q.      ARE THESE EXAMPLES OF OBJECTIVE RECORDS THAT

10     COULD BE PROVIDED AS PART OF A RECORD REVIEW?

11     A.      SURE.

12     Q.      DID YOU SEE ANY DISCUSSION OF THESE TYPES OF

13     RECORDS IN MRS. BACON'S REPORT?

14     A.      NO.

15     Q.      WHAT IS A DIFFERENTIAL DIAGNOSIS?

16     A.      CAN I JUST GO BACK A SECOND, DO YOU MIND?  I

17     JUST REALIZED I DIDN'T GIVE YOU A FULL ENOUGH ANSWER TO

18     THAT.

19                 THE MOST SUPERVISING ASPECT OF SOME OF

20     THESE REPORTS, LIKE MRS. BACON'S, IS NOT LOOKING AT

21     PRIOR TEST PERFORMANCE WITH AND WITHOUT ACCOMMODATIONS.

22                 THAT'S THE FIRST THING WE WOULD LOOK AT.

23     IF SOMEBODY FEELS THAT THEY NEED ACCOMMODATIONS, THEY

24     WOULD HAVE GOTTEN THOSE ACCOMMODATIONS, LIKELY, ALL

25     ALONG THE WAY AND THAT'S WHY ANY OF THE TESTING
```

```
1    ORGANIZATIONS' DOCUMENTATION REQUIREMENTS ASK YOU TO

2    SUBMIT THOSE SCORES SO YOU CAN SEE HOW THEY DO WITH AND

3    WITHOUT ACCOMMODATIONS.

4                   CLEARLY, IF SOMEBODY DOES IN THE

5    90TH PERCENTILE -- WHATEVER, 80TH PERCENTILE, WITHOUT

6    ACCOMMODATIONS THEN IT'S HARD TO MAKE THE ARGUMENT THAT

7    THEY ARE --

8                   MS. MEW:  YOU FROZE, DOCTOR.

9                   THE WITNESS:  I'S SORRY -- IS IT

10   GENERALLY FREEZING, OR JUST EVERY ONCE IN A WHILE?

11                  MS. MEW:  JUST RIGHT THEN IT DID.

12                  THE WITNESS:  OKAY.  I'M SORRY.

13                  I JUST WAS MAKING THE POINT THAT TO MAKE

14   THAT TO MAKE THE CASE THAT SOMEBODY IS LIMITED IN THEIR

15   ABILITY TO TAKE A TEST, YOU WOULD WANT TO KNOW HOW THEY

16   DID ON TESTS IN THE PAST.

17                  AND YOU WOULD, IF YOU WERE TRYING TO

18   BUILD A CASE FOR ACCOMMODATIONS, YOU COULD SAY LOOK,

19   HERE IS HOW I DID WITH ACCOMMODATIONS, HERE IS HOW I DID

20   WITHOUT ACCOMMODATIONS, JUDGE FOR YOURSELF.

21   Q.      WHAT IS A DIFFERENTIAL DIAGNOSIS?

22   A.      DIFFERENTIAL DIAGNOSIS IS RULING OUT ALL OF THE

23   OTHER REASONS SOMEBODY COULD HAVE THE SYMPTOMS YOU ARE

24   LOOKING AT.  SO IN THIS CASE IT'S INCREDIBLY IMPORTANT

25   TO MAKE SURE THAT SOMEBODY WHO IS REPORTING THESE
```

1    SYMPTOMS DOES NOT ACTUALLY HAVE SOME OTHER DISORDER OR

2    SOME OTHER PHENOMENON OR CIRCUMSTANCES GOING ON.

3                    AGAIN, IF YOU LOOK THROUGH THE DSM YOU

4    WILL FIND SOME VERSION OF POOR CONCENTRATION AND POOR

5    FOCUS IN ABOUT EVERY DISORDER.  AND SO YOU NEED TO MAKE

6    SURE, PARTICULARLY WHEN IT COMES TO MEDICATIONS,

7    DECIDING ABOUT MEDICATIONS.

8                    IF SOMEBODY IS HAVING TROUBLE

9    CONCENTRATING BUT IT IS BECAUSE THEY ARE ANXIOUS AND NOT

10   BECAUSE THEY ARE ADHD, YOU DON'T WANT TO GIVE THEM

11   STIMULANTS.  YOU WOULD WANT TO GIVE THEM -- IF YOU WERE

12   TO GIVE MEDICATION AN ANTIANXIETY SORT OF MEDICATION.

13                    IF SOMEBODY, IF A YOUNGSTER FOR EXAMPLE,

14   IS HAVING TROUBLE PAPERING ATTENTION BECAUSE THEY DON'T

15   HAVE PROCESS TO WORDS RIGHT, THEY HAVE A LEARNING

16   PROBLEM OR SOME NORMAL ABILITIES GENERALLY, YOU CAN GIVE

17   THEM TWO PACK -- (UNINTELLIGIBLE) -- SOME OTHER

18   DISORDER.

19                    THE REPORTER:  YOU FROZE AGAIN.

20                    THE WITNESS:  SORRY.  I WAS WAXING POETIC

21   THERE TOO. WHAT PART DO I NEED TO REPEAT.

22                    MS. MEW:  I THINK THE PART -- YOU WERE

23   TALKING ABOUT -- YOU GOT TO THE POINT WHERE YOU WERE

24   TALKING ABOUT THE TESTING THAT YOU COULD DO IF SOMEONE

25   WAS HAVING, FOR EXAMPLE, IF YOU NEEDED TO TEST FOR

1    READING OR COGNITIVE OR ISSUES LIKE THAT.

2    A.      RIGHT.  AND SO I WAS JUST MAKING THE POINT THAT

3    YOU NEED TO MAKE SURE THAT THE PROBLEMS ARE ASSOCIATED

4    WITH ADHD, AND NOT ALL THE OTHER DISORDERS OR LIFE

5    CIRCUMSTANCES THAT CAN LEAD SOMEBODY TO BE INATTENTIVE.

6    Q.      DID MRS. BACON CONDUCT A DIFFERENTIAL DIAGNOSIS?

7    A.      NO.

8    Q.      IS THE INFORMATION IN MRS. BACON'S REPORT SHOW

9    THAT DR. KITCHENS IS SUBSTANTIALLY LIMITED IN ANY MAJOR

10   LIFE ACTIVITY, COMPARED TO MOST PEOPLE, RELEVANT TO

11   TAKING THE USMLE?

12   A.      IT DID NOT.

13   Q.      AND WHY NOT?

14   A.      IT DOES NOT EVEN ADDRESS HIS FUNCTIONAL

15   LIMITATIONS, EITHER CURRENTLY OR HISTORICALLY.  IT JUST

16   SIMPLY REPORTS HIS CONCERNS ABOUT HIS ABILITY TO ATTEND,

17   AND DOES NOT REALLY SEEK TO, AGAIN, BUILD A CASE THAT

18   THIS IS HAS BEEN A PROBLEM HE HAS HAD OVER TIME THAT HAS

19   IMPACTED HIM SUBSTANTIALLY IN MULTIPLE SITUATIONS.

20           SHE ESSENTIALLY SEEMED TO SAY WELL, HE

21   SAYS HE HAS ADHD, AND SO WE WILL ACCEPT THAT.

22   Q.      DOES THE INFORMATION IN MRS. BACON'S REPORT SHOW

23   THAT DR. KITCHENS NEEDS ACCOMMODATIONS SUCH AS EXTRA

24   TIME TO ACCESS THE USMLE?

25   A.      IT DOES NOT, AND SHE WOULD HAVE HAD TROUBLE

1    BUILDING THAT CASE BECAUSE SHE DIDN'T LOOK AT THE

2    DOCUMENTATION REQUIREMENTS FOR -- OR, AT LEAST, I DON'T

3    BELIEVE SHE DID -- FOR THE NBME'S PROCESS.

4              SO YOU HAVE TO KNOW ABOUT THE TEST TO BE

5    ABLE TO BE AWARE OF -- (UNINTELLIGIBLE).

6              MS. MEW:  DR. GORDON, I APOLOGIZE, YOUR

7    HONOR, THIS HAS NOT HAPPENED.

8              YOU WERE -- YOU FROZE AGAIN, DR. GORDON.

9              DO YOU HAVE ALL -- IS THIS THE ONLY THING

10   RUNNING ON YOUR COMPUTER RIGHT NOW?

11             THE WITNESS:  YEAH, IT IS AND I HAVE

12   NEVER REALLY HAD A PROBLEM LIKE THIS I'M SORRY.

13             MS. MEW:  THAT'S FINE.

14   BY MS. MEW:

15   Q.     YOU WERE SAYING THAT SHE WOULD NEED TO KNOW

16   ABOUT THE TEST.  IS THERE ANYTHING ELSE YOU WANT TO SAY

17   ON THAT POINT?

18   A.     NO, IT'S JUST HOW DO YOU SAY WHETHER SOMEBODY

19   NEEDS MORE OR LESS TIME IF YOU DON'T KNOW HOW LONG THE

20   TEST GOES FOR, THE NUMBER OF BREAKS INVOLVED, ET CETERA.

21   Q.     HAVE YOU SEEN ANY DOCUMENTATION ASSESSING DR.

22   KITCHENS FOR A READING DISORDER?

23   A.     NO.

24   Q.     HOW WOULD YOU ASSESS FOR A READING DISORDER?

25   A.     YOU ADMINISTER TESTS OF READING.

1    Q.      CAN YOU EXPLAIN WHAT THOSE TESTS ARE?

2    A.      WELL, THERE ARE A VARIETY OF THEM BUT THEY LOOK

3    AT VARIOUS ASPECTS OF READING, HOW QUICKLY THEY READ,

4    HOW WELL THEY UNDERSTAND WHAT THEY READ, ET CETERA.

5    Q.      YOU HAVE TALKED ABOUT A RECORD REVIEW AND I

6    BELIEVE YOU'VE TESTIFIED THAT ONE CATEGORY OF

7    INFORMATION THAT MIGHT BE HELPFUL IN ASSESSING SOMEONE

8    FOR ADHD IS PRIOR SCHOOL RECORDS; IS THAT CORRECT?

9    A.      THAT'S CORRECT.

10   Q.      AND WHEN YOU REVIEWED THE INFORMATION THAT DR.

11   KITCHENS SUBMITTED TO NBME, WITH HIS 2022 REQUEST, JUST

12   TO BE CLEAR, THERE WERE NOT SCHOOL RECORDS IN THOSE

13   REQUESTS; CORRECT?

14   A.      THAT'S CORRECT.

15   Q.      BUT WE DO NOW HAVE SOME SCHOOL RECORDS THAT HAVE

16   BEEN PRODUCED IN THE LITIGATION AND I WILL PULL UP JX 1.

17           SO THESE ARE HISTORICALLY -- LET ME ASK

18   YOU A QUESTION BEFORE WE GET STARTED IN THESE BASE LINE

19   QUESTIONS.

20           DR. GORDON, CAN SOMEONE BE FIRST

21   DIAGNOSED WITH ADHD AS AN ADULT?

22   A.      NO, UNLESS THEY HAVE A LONG LONG HISTORY, JUST

23   TO BE CLEAR.  IF SOMEBODY HAS A LONG LONG --

24   (UNINTELLIGIBLE) -- THAT'S ONE THING.  BUT IF SOMEBODY

25   --

1    Q.      DR. GORDON, PLEASE STOP, BECAUSE YOU FROZE

2    AGAIN.

3    A.      IF SOMEBODY HAS A LONG HISTORY OF ADHD TYPE

4    IMPAIRMENT, AND FINALLY THAT IS RECOGNIZED LATER IN

5    LIFE, YES, THEY CAN BE BUT IF SOMEBODY IS -- FUNCTIONS

6    WELL THROUGH THE COURSE OF THEIR LIFE THEY CAN'T BECOME

7    ADHD WHEN THEY ARE 20, 30, 40.

8              WE ONCE HAD A REFERRAL FOR AN 83-YEAR OLD

9    MAN.  IT JUST DOESN'T WORK THAT WAY YOU DON'T COME DOWN

10   WITH ADHD SUDDENLY.

11   Q.      RIGHT.  BUT SO I GUESS ASKING IN A DIFFERENT

12   WAY:

13             EVEN IF YOU ARE DIAGNOSED WITH ADHD AS AN

14   ADULT, DOES THE DSM REQUIRE YOU TO SHOW CHILDHOOD ONSET?

15   A.      YES.

16   Q.      SO LOOKING AT THIS ELEMENTARY SCHOOL REPORT CARD

17   HOW DOES THIS INFORM THE ADHD ANALYSIS?

18   A.      THERE IS NOTHING ON HERE THAT INDICATES THAT HE

19   IS DOING UNUSUALLY POORLY.  THAT HE IS -- LOOKS LIKE A

20   REASONABLY WELL-ADJUSTED STUDENT.  IF YOU GO TO THE

21   CONDUCT SCORES WHERE WE OBVIOUSLY GO TO PRETTY QUICKLY,

22   YOU CAN SEE THAT THEN FIRST AND SECOND GRADE THEY WERE

23   ALL SATISFACTORY.

24             LOOKS LIKE THIRD GRADE STARTED OKAY AND

25   DIDN'T DO SO WELL.  AND THEN BY FIFTH GRADE HE'S BACK ON

1    TRACK.  THIS IS NOT UNUSUAL.  IT LOOKED LIKE HIS

2    BEHAVIOR DETERIORATED A LITTLE BIT IN THIRD AND FOURTH

3    GRADE, BUT IT'S NOT THE CONSISTENT PATTERN WE WOULD SEE

4    AND IN BOLD TERMS WITH SOMEBODY WHO HAS ADHD.

5    Q.      IT LOOKS LIKE DR. KITCHENS RECEIVED INDIVIDUAL

6    INSTRUCTION IN READING IN FIRST GRADE.

7                WHAT DOES THAT TELL US RELEVANT TO THE

8    ADHD ANALYSIS?

9    A.      IT'S VERY VERY COMMON FOR CHILDREN.  ITS USUALLY

10   ABOUT A THIRD OF A CLASS WILL GET SOME REMEDIAL READING

11   HELP JUST AS THEY ARE LEARNING TO READ AND SOME NEED A

12   LITTLE MORE SUPPORT THAN OTHERS.

13   Q.      I WILL NOW PULL UP EXHIBIT JX 2.  AND FOR THE

14   RECORD, WE HAVE ESTABLISHED THIS IS A MIDDLE SCHOOL

15   TRANSCRIPT FOR DR. KITCHENS.

16                WHAT DOES THIS INFORMATION TELL YOU

17   RELATIVE TO AN ADHD ANALYSIS?

18   A.      HE IS A "B", "C" STUDENT GENERALLY, AND THERE IS

19   NOTHING ON HERE.  HE WAS PROMOTED FROM GRADE-TO-GRADE.

20   AND THERE IS NOTHING HERE THAT WOULD SEEM TO INDICATE

21   THAT HE WAS ESPECIALLY MALADJUSTED OR LEARNING POORLY.

22   Q.      I WANT TO PULL UP JX 3.  AND WE HAVE ESTABLISHED

23   THIS IS A HIGH SCHOOL TRANSCRIPT FOR DR. KITCHENS.  AND

24   YOU HAVE REVIEWED THIS.

25                MS. MEW:  DR. KITCHENS, CAN YOU SEE THIS

1    OKAY?

2    BY MS. MEW:

3    Q.    WHAT DOES THIS HIGH SCHOOL TRANSCRIPT SHOW US

4    RELEVANT TO AN ADHD ANALYSIS?

5    A.    HE WAS A SOLID STUDENT.  HE GRADUATED 45TH OUT

6    OF 135.  IT LOOKS LIKE HE WAS PROMOTED YEAR-TO-YEAR.

7    THERE IS NOTHING ON HERE THAT CATCHES THE EYE.

8    Q.    I AM NOW GOING TO PULL UP EXHIBIT JX 4.

9          I THINK EVERYTHING IS A LITTLE LAG-EY

10   THIS AFTERNOON.  OKAY.

11          AND WE HAVE ESTABLISHED THAT THIS IS DR.

12   KITCHENS' COLLEGE TRANSCRIPT FOR BEREA COLLEGE.

13          AND YOU HAVE REVIEWED THIS BEFORE, DR.

14   GORDON, AS WELL?

15   A.    YES.

16   Q.    WHAT DOES THE COLLEGE TRANSCRIPT SHOW US

17   RELATIVE TO AN ADHD ANALYSIS?

18   A.    AGAIN, THERE IS NOTHING HERE THAT SEEMS TERRIBLY

19   OUT OF THE ORDINARY.  IT LOOKS LIKE A COLLEGE TRANSCRIPT

20   OF A SOLID, YOU KNOW, "B", "C" STUDENT.

21   Q.    AND NOW PULL UP --

22   A.    (UNINTELLIGIBLE) -- SOMETIMES NOT.

23   Q.    I WILL NOW PULL UP JX 5.  WE HAVE ESTABLISHED

24   THAT THIS IS DR. KITCHENS' MEDICAL SCHOOL TRANSCRIPT AND

25   HAVE YOU REVIEWED THIS DOCUMENT, DR. GORDON?

1    A.      I DID.

2    Q.      WHAT DOES THIS MEDICAL SCHOOL TRANSCRIPT SHOW US

3    RELATIVE TO AN ADHD ANALYSIS?

4    A.      WELL, FIRST HE WAS IN MEDICAL SCHOOL AND THAT

5    WOULD MAKE IT -- HIM, A RARE ADHD PERSON IF HE WERE TO

6    BE, BECAUSE NOT TOO MANY OF US MAKE IT TO MEDICAL SCHOOL

7    AND THE FACT THAT HE MADE IT IN AND THROUGH WOULD

8    SUGGEST THAT HE DOES QUITE WELL FOR HIMSELF, AND PASSED

9    MEDICAL SCHOOL.

10            SO THIS IS AN INDICATION OF GOOD

11   FUNCTIONING, NOT POOR FUNCTIONING.

12   Q.      WE CAN TAKE THAT DOWN.  I AM GOING TO JUST

13   DISCUSS A FEW THINGS GENERALLY, DR. GORDON, JUST IN THE

14   INTEREST OF TIME AND MOVING FORWARD.

15            DID YOU REVIEW DR. KITCHENS' DECLARATION

16   THAT WAS SUBMITTED AS PART OF THE PRELIMINARY INJUNCTION

17   MOTION?

18   A.      YES.

19   Q.      AND DID YOU REVIEW THE DECLARATION FROM DR.

20   KITCHENS' MOTHER, MISSIE KING, THAT WAS FILED AS PART OF

21   THE PART OF THE PRELIMINARY INJUNCTION MOTION?

22   A.      I DID.

23   Q.      AND DID YOU REVIEW THE TRANSCRIPT OF DR.

24   KITCHENS' AND MS. KING'S TESTIMONY AT THE PRELIMINARY

25   INJUNCTION HEARING?

1   A.      I DID.

2   Q.      IS THE INFORMATION CONVEYED IN THIS MATERIAL IS

3   THIS INFORMATION THAT IS INFORMATIVE WHEN YOU ARE

4   CONDUCTING AN ADHD ANALYSIS?

5   A.      YES.

6   Q.      HOW DOES -- HOW DID THIS INFORMATION, THE

7   TESTIMONY THAT YOU REVIEWED, INFORM YOUR ANALYSIS

8   RELATIVE TO ADHD?

9   A.      I WAS MOST TAKEN WITH MS. KING'S DECLARATION

10  BECAUSE IT -- IT PRESENTED HIS HISTORY OF SOMEBODY WHO,

11  IN SOME OF THE EARLY GRADES, THE TEACHERS DID COME TO

12  HER WITH SOME CONCERNS ABOUT HIS BEHAVIOR.  AND SHE FELT

13  THOUGH THAT HE WAS PERFORMING WELL, AND SAID THAT SHE

14  WOULD ESSENTIALLY WORK WITH HIM IN A SUB CLINICAL WAY.

15          IN OTHER WORDS, NOT THAT HE HAD A

16  DISORDER BUT SOMETHING THAT HE COULD WORK ON AND SHE

17  COULD WORK ON AND THE TEACHERS COULD SEPARATELY.  SO

18  INFORMALLY SHE FELT IT SHOULD BE APPROACHED, NOT WITH

19  MEDICATIONS AND EVALUATIONS, ET CETERA.  AND WHAT WAS

20  MOST INTERESTING --

21          DR. KITCHENS:  OBJECTION, YOUR HONOR.

22  MISS CONSTRUCTION OF ACTUAL DECLARATION OR TESTIMONY?

23          THE COURT:  I AM GOING TO OVERRULE IT

24  BECAUSE IT'S IN THE RECORD AND I WILL HAVE A CHANCE THE

25  REEVALUATE THE DECLARATION IN COMPARISONS TO DR.

1    GORDON'S TESTIMONY.

2                    YOU CAN FINISH YOUR ANSWER, DR. GORDON.

3                    THE WITNESS:  I WAS JUST -- WHAT SHE

4    INDICATED IN THAT DECLARATION AND ALSO, I BELIEVE, IN

5    THE DEPOSITION, IS THAT DR. KITCHENS WAS ABLE TO PERFORM

6    WELL.  INSTITUTING STRATEGIES AT THAT AT FIRST SHE AND

7    THE TEACHERS SUGGESTED, AND THEN HE SUGGESTED -- OR HE

8    IMPLEMENTED AND THOUGHT ABOUT AND WORKED ON ON HIS OWN.

9                    THAT WAS VERY STRIKING TO ME.  THE WHOLE

10   IDEA THAT ADHD IS THAT YOU DON'T DO THOSE WHAT ARE

11   CALLED "EXECUTIVE FUNCTIONS."  YOU DON'T STOP AND

12   STRATEGIZE AND COME UP WITH STRATEGIES AND IMPLEMENT

13   THOSE STRATEGIES.  IF WE COULD GOT OUR ADHD PATIENTS TO

14   STEP -- (UNINTELLIGIBLE) -- HE WAS RIGHT, THAT HE COULD

15   PERFORM WELL IF HE IMPLEMENTED THE STRATEGIES, THAT HE

16   EVENTUALLY DID SO AND FIGURED IT OUT.

17                   SOUNDS LIKE IN NO SMALL WAY ON HIS OWN,

18   THAT SPEAKS TO SOMEBODY WHO CAN STOP, THINK, CONSIDER

19   THINGS, AND DISCIPLINE HIMSELF WITHOUT EVEN ANY INTERNAL

20   NEEDS.  SO THAT SHOWS REFLECTION AND IMPULSE CONTROL.

21   IT DOESN'T SHOW AN INABILITY TO STRATEGIZE AND IMPLEMENT

22   STRATEGIES.

23   Q.    I AM GOING TO TRY TO DO THIS QUICKLY.  IF WE

24   COULD PULL UP DX 4.  IF WE COULD SCROLL DOWN TO THE

25   BOTTOM OF THE FIRST PAGE.

1                    DR. GORDON, IF YOU LOOK AT PARAGRAPH 6,

2      IS THAT THE TESTIMONY THAT YOU WERE REFERENCING IN TERMS

3      OF HIGH PERFORMANCE IN CLASS WORK?

4      A.      CORRECT.

5      Q.      AND THEN IF YOU WOULD ALSO TURN TO PAGE 4, OF

6      THIS DOCUMENT, I MEAN, 3, I'M SORRY.   PARAGRAPH 16.

7                    DOES THIS ALSO REFLECT TESTIMONY THAT DR.

8      KITCHENS' TEACHERS NOTED HE PERFORM WELL ACADEMICALLY?

9      A.      YES.

10     Q.      YOU CAN TAKE THAT DOWN.

11                   DR. GORDON, IS DIFFICULTY PASSING THE

12     USMLE ITSELF A SIGN THAT SOMEONE HAS AN IMPAIRMENT?

13     A.      NO.

14     Q.      OR THAT THEY ARE DISABLED?

15     A.      NO.

16     Q.      WE HAVE BEEN MORE INFORMAL -- AND THIS IS BY WAY

17     OF CONCLUSION -- WE HAVE BEEN MORE INFORMAL IN OUR

18     EXPERT DISCLOSURES, BUT I WANTED TO GIVE SOME SENSE OF

19     THE RECORDS THAT YOU HAVE REVIEWED.

20                   DO THE RECORDS THAT YOU HAVE REVIEWED

21     INCLUDE DR. KITCHENS' REQUEST FOR ACCOMMODATIONS?

22     A.      YES.

23     Q.      RECORDS FROM BEREA COLLEGE DISABILITY SERVICES?

24     A.      YES.

25     Q.      AND THEIR HEALTH SERVICES?

1    A.      YES.

2    Q.      RECORDS FROM WHITE HOUSE CLINICS?

3    A.      YES.

4    Q.      RECORDS FROM BAPTIST HEALTH?

5    A.      YES.

6    Q.      THE CHRISTINA BACON REPORT AND SOURCE MATERIAL

7    IN HER FILE?

8    A.      YES.

9    Q.      MRS. BACON'S DEPOSITION TRANSCRIPT?

10   A.      YES.

11   Q.      THE DECLARATIONS AND TRANSCRIPTS FROM DR.

12   KITCHENS AND HIS MOTHER, THAT WE WERE JUST DISCUSSING?

13   A.      YES.

14   Q.      THE SCHOOL TRANSCRIPTS THAT WE JUST LOOKED AT?

15   A.      THAT'S CORRECT.

16   Q.      FROM THE DOCUMENTS AND INFORMATION YOU HAVE

17   REVIEWED, HAS DR. KITCHENS DEMONSTRATED THAT HE HAS A

18   MENTAL IMPAIRMENT OF ADHD?

19   A.      NO.

20   Q.      FROM THE DOCUMENTATION -- DOCUMENTS AND

21   INFORMATION YOU HAVE REVIEWED, HAS DR. KITCHENS

22   DEMONSTRATED HE IS SUBSTANTIALLY LIMITED TO MOST PEOPLE

23   IN HIS ABILITY TO CONCENTRATE?

24   A.      HE HAS NOT.

25   Q.      OR THINK?

1    A.      NO.

2    Q.      OR READ?

3    A.      NO.

4    Q.      OR PERFORM ANY OTHER MAJOR LIFE ACTIVITY

5    RELEVANT TO TAKING THE USMLE?

6    A.      NO.

7    Q.      FROM THE DOCUMENTS AND INFORMATION YOU HAVE

8    REVIEWED, HAS DR. KITCHENS DEMONSTRATED THAT HE NEEDS

9    ACCOMMODATIONS TO ACCESS THE USMLE?

10   A.      HE HAS NOT.

11           MS. MEW:  I DO NOT HAVE ANY OTHER

12   QUESTIONS.  THANK YOU, DR. GORDON.

13           THE WITNESS:  YOU'RE WELCOME.

14           THE COURT:  WHY -- JUST AS A GOOD TIME,

15   WHY DON'T WE TAKE A 10-MINUTE BREAK AND THEN WHEN WE

16   COME BACK WE WILL PICK UP WITH THE CROSS EXAMINATION;

17   ALL RIGHT?

18           DR. KITCHENS:  THANK YOU.

19           THE COURT:  ALL RIGHT.  10 MINUTES.

20           (RECESS TAKEN.)

21           THE COURT:  THERE ARE LAGGING PROBLEMS.

22   I THINK WHAT I AM GOING TO DO IS TURN MY CAMERA OFF.

23           I DON'T KNOW IF THAT WILL HELP SAVE DATA

24   ON THE CALL, BUT IF YOU SEE MY CAMERA OFF, THAT'S ALL I

25   AM DOING; ALL RIGHT?

1                    DR. KITCHENS:  I DID CHECK MY SPEED ON

2      THIS END AND IT'S WHERE IT IS SUPPOSED TO BE.  I'M NOT

3      QUITE SURE -- I AM THE ONLY ONE THAT YOU HAVE HAD ISSUES

4      WITH?

5                    DR. KITCHENS:  YES.

6                    THE COURT:  SO FAR.

7                    THE WITNESS:  I'M SORRY.

8                    THE COURT:  I -- YOU KNOW, I DID -- THE

9      WAY -- ASSUMING IT DOESN'T GET TOO FREQUENT, THE WAY WE

10     HAVE BEEN DOING IT SO FAR WHERE MS. MEW, OR I GUESS DR.

11     KITCHENS WOULD MAYBE ASK YOU TO JUST REPEAT A CERTAIN

12     PART THAT DROPS OUT, THAT'S GOOD ENOUGH BECAUSE THE

13     QUESTIONER WILL KNOW WHAT PART OF THE ANSWER NEEDED TO

14     BE HEARD.

15                    SO WE WILL KEEP UP WITH THAT ASSUMING IT

16     STAYS AT A MINIMUM LEVEL.  ALL RIGHT.

17                    LYNN, ARE YOU BACK WITH US?

18                    THE REPORTER:  YES, I AM, JUDGE.

19                    THE COURT:  OKAY.

20                    DR. KITCHENS, YOU CAN BEGIN YOUR CROSS

21     EXAMINATION.

22                    DR. KITCHENS:  THANK YOU, YOUR HONOR.

23                    CROSS-EXAMINATION

24     BY DR. KITCHENS:

25     Q.      HI DR. GORDON.  IT'S GOOD TO SEE YOU AGAIN.

1      A.      GOOD TO SEE YOU, SIR.

2      Q.      SO DR. GORDON, ISN'T IT TRUE THAT YOU STATED

3      EARLIER IN YOUR TESTIMONY THAT THE NBME WAS ONE OF THE

4      FIRST ORGANIZATIONS THAT YOU TESTIFIED -- THAT YOU

5      TESTIFIED AS AN EXPERT FOR?

6      A.      I HAD ONLY BROUGHT UP THE NBME IS THE FIRST ONE

7      THAT I WAS A REVIEWER FOR, DR. KITCHENS.

8      Q.      OKAY.

9      A.      I ALSO --

10     Q.      I WILL REPEAT MY QUESTION, DR. GORDON.  I WILL

11     REPEAT MY QUESTION AGAIN, YOU FROZE UP.  OKAY.  I WILL

12     REPEAT IT AGAIN.

13             ISN'T IT TRUE THAT YOU STATED EARLIER IN

14     YOUR TESTIMONY THAT THE NBME WAS ONE OF THE FIRST

15     ORGANIZATIONS THAT YOU TESTIFIED AS AN EXPERT FOR?

16     A.      WELL, WHEN I WAS -- WHEN I INDICATED, IT WAS THE

17     FIRST ORGANIZATION I DID REVIEWS FOR.

18     Q.      OH, SORRY.  FOR REVIEWS.  ONE OF THE FIRST -- SO

19     IT'S CORRECT THAT IT WAS ONE OF THE FIRST ORGANIZATIONS

20     THAT YOU DID REVIEWS FOR; CORRECT?

21     A.      THAT'S CORRECT.

22     Q.      AND HOW MANY YEARS HAVE YOU BEEN DOING REVIEWS

23     FOR THE NBME?

24     A.      SINCE AROUND 1994, 1995.

25     Q.      AND DR. GORDON, DID YOU NOT EVALUATE ME;

1      CORRECT?

2      A.      THAT'S CORRECT.

3      Q.      YOU WERE NOT PRESENT AT ANY TIME WHEN I WAS

4      BEING EVALUATED FOR ADHD, WERE YOU NOT; CORRECT?

5      A.      CORRECT.

6      Q.      YOU WERE NOT PRESENT AT ANY TIME WHEN I WAS

7      BEING EVALUATED FOR ANXIETY; CORRECT?

8      A.      THAT'S CORRECT.

9      Q.      YOU SPOKE EARLIER ABOUT THE CHADD ORGANIZATION.

10             WHEN WAS THE LAST TIME YOU WERE INVOLVED

11     IN ACTIVITIES WITHIN THE CHADD ORGANIZATION?

12     A.      IT'S GOT TO BE AT LEAST TEN YEARS AGO, WHEN I

13     RETIRED FROM THE FULL-TIME FACULTY.

14     Q.      UH-HUH.  AND ARE YOU AN IN ANY SHAPE OR FORM

15     INVOLVED WITH THEM TODAY?

16     A.      NO, I'M NOT.

17     Q.      SO DR. GORDON, ISN'T IT TRUE THAT 75 PERCENT OF

18     CHILDREN WITH ADHD CONTINUE TO HAVE ADHD INTO ADULTHOOD?

19     A.      WELL, THERE'S AN AVERAGE THERE.  USUALLY WHAT WE

20     GIVE IS BETWEEN 60 AND 70, 75 PERCENT.  IT DEPENDS ON --

21     I HATE TO SOUNDS LIKE A PROFESSOR HERE, BUT IT DEPENDS

22     ON THE CRITERIA USED, BUT IT'S SOMEWHERE A PERSISTENCE

23     RATE OF AROUND 60 TO 70 PERCENT.

24     Q.      I WOULD LIKE, FOR REFERENCE HERE, CAN YOU PULL

25     UP, JUST FOR REFERENCE THE CHADD, PLEASE?

1              DR. GORDON -- AND SCROLL THROUGH, PLEASE,

2     FOR -- CAN YOU SEE AT THE BOTTOM -- SCROLL DOWN TO THE

3     VERY BOTTOM, PLEASE, AND ZOOM IN.  AND SCROLL DOWN.

4              DO YOU SEE WHAT IT SAYS AT THE BOTTOM OF

5     THE SCREEN HERE, TO THE RIGHT -- CAN YOU HIGHLIGHT OVER

6     YES, HERE.

7              DO YOU RECOGNIZE THIS SYMBOL HERE?

8     A.     I DO.

9     Q.     AND OVER TO THE RIGHT, DO YOU RECOGNIZE -- YOU

10    SAID YOU WERE ON THE BOARD FOR THEM, DO YOU RECOGNIZE

11    THIS PARTICULAR LOCATION?

12    A.     I DON'T.  I DON'T.  I THINK THEY HAVE MOVED AND

13    EVOLVED OVER THE YEARS.  I WAS INVOLVED IN THE FIRST

14    DECADE OR SO.

15    Q.     UH-HUH.  THANK YOU.  CAN YOU GO TO THE VERY TOP,

16    PLEASE?

17              DR. GORDON, CAN YOU SEE CLEARLY ON THE

18    SCREEN THE WORDS HERE, IN THE ORANGE BOX?

19              DR. GORDON -- OH, SORRY.

20    A.     I AM SORRY.  I INDICATED THAT I CAN SEE THAT THE

21    TEXT IN THE ORANGE BOX.

22    Q.     THANK YOU.  CAN YOU READ THE FIRST STANZA HERE,

23    THE FIRST LITTLE PARAGRAPH OR STANZA?

24    A.     "MORE THAN 75 PERCENT OF CHILDREN WITH ADHD

25    CONTINUE TO EXPERIENCE SIGNIFICANT SYMPTOMS IN

1    ADULTHOOD.  IN EARLY ADULTHOOD, ADHD MAY BE ASSOCIATED

2    WITH DEPRESSION, MOOD OR CONDUCT DISORDER, AND SUBSTANCE

3    ABUSE.

4    Q.    THANK YOU FOR THAT, DR. GORDON.

5              YOU CAN CLOSE OUT OF THIS DOCUMENT HERE.

6              CAN YOU PLEASE PULL UP JX 1, PLEASE?

7              DR. GORDON, DO YOU RECOGNIZE THIS

8    DOCUMENT?

9    A.    I DO.

10   Q.    AND CAN YOU SCROLL DOWN JUST A LITTLE BIT,

11   PLEASE, THERE?

12             DR. GORDON, CAN YOU SEE IN THE FIRST --

13   ISN'T IT TRUE IN THE FIRST GRADE I WAS PLACED IN -- WITH

14   INDIVIDUALIZED INSTRUCTION?

15   A.    I DO.

16   Q.    ISN'T IT TRUE THAT IN THE FIRST GRADE I WAS PUT

17   INTO INDIVIDUALIZED INSTRUCTIONS; ISN'T THAT CORRECT?

18   A.    THAT'S CORRECT.

19   Q.    THANK YOU.  YOU MAY CANCEL OUT OF THIS DOCUMENT,

20   PLEASE.  IF WE CAN PULL UP DX 4.

21             AND DR. GORDON, WHEN YOU REVIEWED MS.

22   KING'S DECLARATION, DID YOU REVIEW IT ITS ENTIRETY?

23   A.    YES.

24   Q.    AND CAN WE GO TO -- DO YOU SEE HERE ON LINE 6,

25   DO YOU SEE THAT WORDING THERE?

1    A.      I DO.

2    Q.      NOW, ISN'T IT TRUE THAT A GRADE SCHOOL TEACHER

3    WOULD NOT RECOMMEND HOLDING BACK A STUDENT WITH HIGH

4    PERFORMING GRADES?

5    A.      IT'S THE CASE THAT A TEACHER COULD RECOMMEND

6    HOLDING BACK BECAUSE HE OR SHE FELT THAT THE STUDENT

7    COULD USE SOME EXTRA TIME.  IT'S NOT VERY COMMON

8    NOWADAYS BUT THERE ARE A VARIETY OF REASONS WHY THEY

9    WOULD RECOMMEND THAT.

10   Q.      I'M SORRY, DR. GORDON.  I'M SORRY.

11                   MY QUESTION TO YOU WAS:

12                   ISN'T IT TRUE THAT A GRADE SCHOOL TEACHER

13   WOULD NOT RECOMMEND HOLDING BACK A STUDENT WHO HAS HIGH

14   PERFORMING GRADES?

15   A.      THAT'S NOT TRUE.  THAT IS NOT TRUE.

16   Q.      AND FOR CLARIFICATION THERE, ARE YOU SAYING --

17   CAN YOU -- ARE YOU SAYING THAT A GRADE SCHOOL TEACHER

18   WOULD RECOMMEND HOLDING BACK A STUDENT IF THEY HAVE HIGH

19   PERFORMING GRADES?

20   A.      COULD POTENTIALLY RECOMMEND.

21   Q.      BUT IN MOST CASES -- IN MOST SITUATIONS -- A --

22   BECAUSE OBVIOUSLY FOR WHATEVER -- THERE IS REASONS BUT

23   IN THE MAJORITY OF CASES, A SCHOOL TEACHER WOULD NOT

24   RECOMMEND THIS; CORRECT?

25                   DR. GORDON, ARE YOU WITH US?

1    A.      YES.  I SAID NO, THAT'S NOT NECESSARILY THE

2    CASE.

3    Q.      I'M SORRY.  WE DIDN'T GET THAT ON THE RECORD.

4            YOU HAD FROZE UP ON US.  I'M SORRY?

5    A.      I AM SO SORRY.

6    Q.      ITS OKAY.  IT'S ALL RIGHT.  SO FOR THE RECORD

7    YOU WERE SAYING THAT -- THAT IT IS TRUE, THAT A SCHOOL

8    TEACHER WOULD NOT RECOMMENDING HOLDING BACK A STUDENT

9    WITH HIGH PERFORMING GRADES CORRECT?

10   A.      THAT IS NOT TRUE.  YOU ARE INCORRECT IN MY

11   OPINION.

12   Q.      SO YOU'RE -- YOU ARE SAYING THAT A TEACHER WOULD

13   RECOMMEND HOLDING BACK A STUDENT WITH HIGH PERFORMING

14   GRADES?

15   A.      A TEACHER CAN RECOMMEND THAT IN SOME

16   CIRCUMSTANCES.

17   Q.      OKAY.  I THINK I GOT WHAT I NEED FROM THAT

18   QUESTION.  THANK YOU.

19           THEN -- WE CAN BRING DOWN -- SO ISN'T IT

20   TRUE FOR -- I'M SORRY, IF WE CAN BRING THAT BACK UP, AND

21   GO BACK TO LINE 6 THERE.  YES.

22           SO AFTER HEARING THAT PARTICULAR ANSWER

23   THERE, ISN'T IT TRUE THAT THE WORD HIGH, IN LINE 6, IS

24   MOST LIKELY AN ERROR CONSIDERING MS. KING'S COMPLETE

25   DECLARATION?

1    A.      I CAN ONLY READ WHAT'S THERE.

2    Q.      RIGHT.  BUT YOU SAID EARLIER THAT YOU READ HER

3    ENTIRE DECLARATION; CORRECT?

4    A.      YES.

5    Q.      SO WITH YOUR LEVEL OF EXPERTISE AND BACKGROUND,

6    YOUR INTERPRETATION OF THIS LINE, ISN'T IT TRUE THAT

7    THIS COULD BE GIVEN AN ERROR DUE TO THE ENTIRETY OF THE

8    DOCUMENT?

9    A.      I SUPPOSE ANYTHING IS POSSIBLE BUT YOU WERE A

10   HIGH PERFORMER.  YOU DID WELL IN SCHOOL.  SO IT WOULD

11   SEEM THAT -- I WOULD NOT PICK THAT UP AS A TYPO.

12   Q.      THANK YOU, DR. GORDON, FOR THAT.  IF YOU CAN

13   CLOSE OUT OF THIS ONE, PLEASE.

14                   DR. GORDON, YOU -- EARLIER -- ISN'T IT

15   TRUE THAT YOU TESTIFIED DURING THE PRELIMINARY HEARING

16   AND ALSO DURING YOUR TESTIMONY TODAY THAT AN ADULT

17   CANNOT BE DIAGNOSED WITH ADHD?

18   A.      AN ADULT CAN BE DIAGNOSED WITH ADHD.

19   Q.      ISN'T IT TRUE THAT YOU TESTIFIED IN THE

20   PRELIMINARY HEARING AND ALSO TODAY THAT AN ADULT WHO WAS

21   NOT DIAGNOSED WITH ADHD AS A KID CANNOT BE DIAGNOSED

22   WITH ADHD AS AN ADULT?

23   A.      I DID NOT SAY THAT.

24   Q.      WELL, I DON'T HAVE THE RECORD FOR TODAY.  SO DR.

25   GORDON, I GUESS I WOULD LIKE TO YOU ASK THIS HERE:

1               IF -- IF AN ADULT WAS NOT DIAGNOSED WITH

2   ADHD AS A CHILD, COULD THEY BE DIAGNOSED WITH ADHD AS AN

3   ADULT?

4   A.    YES.

5   Q.    BUT THAT'S NOT WHAT YOU SAID EARLIER.

6   A.    NO, YOU SAID DIAGNOSED.  BE VERY CLEAR.  IF

7   SOMEBODY -- WHETHER OR NOT THEY ARE DIAGNOSED EARLY ON,

8   IF THEY HAD AN ADHD TYPE LIFE HISTORY AND HISTORY OF

9   FUNCTIONAL LIMITATIONS, IF THEY HAVE THAT, THEN YES,

10  THEY CAN BE DIAGNOSED LATER ON, WHETHER OR NOT THEY WERE

11  DIAGNOSED EARLIER ON.

12              I DON'T CARE ABOUT WHETHER THE PERSON WAS

13  DIAGNOSED OR NOT, I CARE WHETHER THEY SHOWED FUNCTIONAL

14  LIMITATIONS ASSOCIATED WITH ADHD.

15  Q.    SO -- THANK YOU FOR THAT.  SO I WILL CLARIFY

16  EVEN MORE FOR YOU, BE MORE SPECIFIC.

17              ISN'T IT TRUE THAT YOU TESTIFIED EARLIER

18  TODAY AND IN THE PRELIMINARY INJUNCTION THAT AN ADULT

19  CANNOT HAVE ADHD IF THEY DID NOT HAVE IT WHEN THEY -- IF

20  THEY WERE NOT DIAGNOSED WITH IT DURING CHILDHOOD.

21  A.    NO, I'M NOT SAYING THAT AT ALL.

22  Q.    OKAY.  LET'S SEE HERE.  AND I'M NOT SURE IF THIS

23  IS IN THE RULES OR NOT WHERE THE COURT REPORTER CAN

24  ACTUALLY GO BACK AND LOOK AT THAT OR, YOUR HONOR, DID

25  YOU GET WHAT YOU NEED FROM IT FOR TIME SAKE?

1          THE COURT:  YEAH, IT'S NOT -- BECAUSE

2   SOMETIMES YOU HAVE A LIVE TRANSCRIPT BUT WE DON'T.  IT'S

3   NOT REALLY PRACTICAL TO DO ANYTHING ABOUT THAT.  SO THE

4   BEST WAY TO PROCEED IS THE WAY YOU HAVE BEEN, DR.

5   KITCHENS WHERE, YOU KNOW, IF YOU FEEL AS THOUGH THERE IS

6   INCONSISTENCIES YOU CAN ASK THE QUESTIONS THAT YOU WOULD

7   LIKE TO ASK TO ATTEMPT TO ESTABLISH THAT AND THEN THE

8   RECORD WILL SHOW WHAT IT SHOWS.

9          DR. KITCHENS:  YES, YOUR HONOR.  THANK

10  YOU.

11          NO FURTHER QUESTIONS, YOUR HONOR.

12          THE COURT:  ALL RIGHT.  MS. MEW, ANY

13  REDIRECT?

14          MS. MEW:  NO, YOUR HONOR.

15          THE COURT:  OKAY.

16          DR. GORDON, YOU HAVE A LITTLE TIME FOR A

17  FEW QUESTIONS FROM ME?

18          THE WITNESS:  ABSOLUTELY.

19  BY THE COURT:

20  Q.     OKAY.  WERE YOU -- DID YOU LISTEN IN ON THE

21  TRIAL?  I DIDN'T TAKE NOTE OF WHETHER YOU WERE PRESENT

22  FOR THE BEGINNING OF THE TRIAL.

23  A.     I WAS NOT.  I JUST JOINED IT AT 1 O'CLOCK TODAY.

24  Q.     AT 1 O'CLOCK TODAY?  OKAY.

25          LET'S SEE WERE YOU INFORMED BEFORE YOU

```
1     TESTIFIED ABOUT THE CONTENT OF ANY OF THE TESTIMONY OF

2     DR. KITCHENS, OR ANY OF HIS WITNESSES IN THE TRIAL?

3     A.     TODAY?

4     Q.     YES.

5     A.     NO.  NO, NO, NO.

6     Q.     OKAY.  LET'S SEE, A FEW QUESTIONS.

7            JUST TO MY UNDERSTANDING OF THE LAY OF

8     THE LAND, IT'S POSSIBLE -- WITH DR. KITCHENS

9     SPECIFICALLY, IT'S POSSIBLE THAT AN ADHA DIAGNOSIS

10    SHOULD HAVE BEEN MADE WHEN HE WAS A CHILD BUT WASN'T;

11    RIGHT?

12    A.     YES.

13    Q.     OKAY.  AND ONE QUESTION -- I GUESS, ANOTHER

14    QUESTION IS, I THOUGHT I HEARD YOU SAY THAT SOMEONE WHO

15    IS IMPAIRED UNDER THE ADA STANDARD WOULD NEED TO HAVE

16    ACCOMMODATIONS, AND I WAS TRYING TO -- I WANT TO UNPACK

17    THAT A LITTLE BIT.

18            HAVE YOU EVER REACHED AN OPINION OR THE

19    VIEW THAT AN ACCOMMODATION WAS APPROPRIATE UPON REQUEST

20    WHEN NO ACCOMMODATION HAD EVER BEEN GIVEN BEFORE?

21    A.      IT IS POSSIBLE THAT THAT CAN BE THE CASE.  IT'S

22    A RARE CIRCUMSTANCE, ESPECIALLY AT THE LEVEL OF SOMEBODY

23    IN MEDICAL SCHOOL.  BUT THERE ARE PEOPLE WHO WERE NOT

24    DIAGNOSED, DID VERY VERY POORLY WITHOUT ACCOMMODATIONS

25    ON TESTS, THEN MAY HAVE GOTTEN THEM OR PLACED ON
```

1    MEDICATION, AND THEN DID WELL ENOUGH TO GET INTO MEDICAL

2    SCHOOL AND TO THE POINT THAT THEY COULD TAKE THE USMLE.

3              SO THAT'S POSSIBLE.  YOU DON'T SEE IT

4    VERY MUCH, ESPECIALLY NOWADAYS WHEN THERE IS SO MUCH

5    MORE AWARENESS ABOUT ADHD.  IT'S POSSIBLE.

6              MY MAIN POINT THAT IS SOMEBODY WITH ADHD

7    LIKELY HAS HAD THE NEED FOR ACCOMMODATIONS OVER MUCH OF

8    THEIR EDUCATION, IF NOT ALL OF IT.

9    Q.    OKAY.  NOW, SUPPOSE I WERE TO ACCEPT THAT THERE

10   WERE VERY GOOD REASONS, NON MEDICAL REASONS, WHY DR.

11   KITCHENS DID NOT HAVE A DIAGNOSIS OF ADHD, OR ANY

12   ACCOMMODATIONS IN HIS CHILDHOOD.

13             AND SUPPOSE I REACHED THAT CONCLUSION, I

14   CAN ASK YOU TO ACCEPT THAT AS A HYPOTHETICAL.

15             WHAT, AS AN ADULT LACKING THAT HISTORY,

16   WHAT ARE THE APPROPRIATE STEPS TO TAKE IN ORDER TO

17   DECIDE WHETHER THAT PATIENT DOES HAVE ADHD AND DOES NEED

18   ACCOMMODATIONS?

19   A.    I THINK WE NEED TO CONTINUE TO MAKE THE

20   DISTINCTION BETWEEN GETTING A DIAGNOSIS AND THE BEHAVIOR

21   ASSOCIATED WITH THE SYMPTOMS AND IMPAIRMENT ASSOCIATED

22   WITH THE DISORDER.

23             JUST TO BE REALLY CLEAR, SOMEONE CAN NOT

24   HAVE A DIAGNOSE, SHOULD HAVE HAD IT BUT DIDN'T, BUT

25   NONETHELESS THE REASON THEY SHOULD HAVE HAD THE

1    DIAGNOSIS AND ACCOMMODATIONS IS BECAUSE THEY WERE

2    IMPAIRED; THEY HAD FUNCTIONAL LIMITATIONS.

3            AND SO IF IT'S THE CASE THAT YOU CAN LOOK

4    BACK AND SEE THROUGH THE PERSON'S LIFE THAT THEY SHOULD

5    HAVE BEEN DIAGNOSED, THEY SHOULD HAVE GOTTEN

6    ACCOMMODATIONS, THEN AS A CLINICIAN YOU FEEL VERY GOOD

7    ABOUT THE FACT THAT YOU SAY TO THAT PERSON, LOOK, YOU

8    HAVE HAD PROBLEMS AND THESE ARE ACTUALLY RISING TO THE

9    LEVEL OF DISABILITY OR DISORDER.  YOU HAVE OPTIONS HERE

10   THAT SHOULD HELP YOU.

11           IF YOU ARE WITH SOMEBODY WHO SAYS, LOOK,

12   I NEVER GOT A DIAGNOSIS.  THERE ARE -- YOU SAY, OKAY,

13   BUT REGARDLESS OF DIAGNOSIS, NO DIAGNOSIS, WHERE WERE

14   THE PROBLEMS?  HOW DID IT INTERFERE WITH YOUR LIFE?  AND

15   AGAIN, BECAUSE ADHD DOES NOT JUST SHOW UP LIKE THE FLU,

16   THERE HAS GOT TO BE SOME EVIDENCE OF IT ALONG THE WAY.

17   Q.     ALL RIGHT.  WELL, ONE FORM THAT EVIDENCE MIGHT

18   TAKE, THAT WE DISCUSSED, IS ACADEMIC TRANSCRIPTS,

19   ACADEMIC HISTORY; RIGHT?

20   A.     THAT'S CORRECT.

21   Q.     AND I THINK I UNDERSTOOD YOUR TESTIMONY TO SAY

22   THAT WHEN YOU LOOKED AT DR. KITCHENS' ACADEMIC HISTORY

23   YOU DID NOT FIND IT PARTICULARLY PERSUASIVE BECAUSE HE

24   GENERALLY HAD ACADEMIC SUCCESS AND WAS ABLE TO GET INTO

25   MEDICAL SCHOOL AND GRADUATE FROM MEDICAL SCHOOL; RIGHT?

1    A.      CORRECT.

2    Q.      WELL, BUT NONETHELESS, IT IS POSSIBLE FOR

3    SOMEONE TO HAVE UNDIAGNOSED ADHD OR EVEN FUNCTIONAL --

4    LET'S JUST SAY IT'S POSSIBLE FOR SOMEONE TO HAVE

5    FUNCTIONAL LIMITATIONS AND NONETHELESS HAVE A DEGREE OF

6    ACADEMIC SUCCESS; RIGHT?

7    A.      NO, I DON'T BELIEVE SO.  HOW CAN YOU BE

8    SUCCESSFUL ACADEMICALLY IF YOU SAY YOU HAVE A DISORDER

9    THAT BY DEFINITION LIMITS YOUR ABILITY TO BE SUCCESSFUL

10   ACADEMICALLY.

11           ITS LIKE SOMEBODY SAYING, WELL, I CAN

12   WALK FINE -- YOU CAN'T INDICATE THAT YOU HAVE A

13   DISABILITY THAT LEADS TO POOR ACHIEVEMENT, BUT HAVE GOOD

14   ACHIEVEMENT -- (UNINTELLIGIBLE) --

15

16   Q.      WELL, MAYBE WE ARE MIXING OUR ADJECTIVES.  I

17   MEAN, YOU KNOW AS WELL AS I DO THAT IN THE LOVE CASE IT

18   WAS ESTABLISHED THAT YOU COULD HAVE, YOU KNOW, YOU COULD

19   HAVE SOME ACADEMIC HISTORY THAT WAS PRETTY GOOD AND YOU

20   COULD GET AN AVERAGE SCHOOL ON THE LSAT'S BUT

21   NONETHELESS POTENTIALLY HAVE FUNCTIONAL IMPAIRMENT;

22   RIGHT?

23   A.      WELL, ON THE LOVE CASE I DON'T WANT TO DISCUSS

24   THE LAW WITH YOU, SIR -- BUT -- SO I CAN'T SPEAK TO

25   THAT -- (UNINTELLIGIBLE) --

1    Q.      SORRY, DOCTOR I MISSED YOUR ANSWER.  AFTER

2    SAYING YOU DIDN'T WANT TO TALK ABOUT THE LAW, WHICH I

3    APPRECIATE, THEN I MISSED YOUR ANSWER AFTER THAT?

4    A.      YOU KNOW, THAT I TESTIFIED IN THE LOVE CASE?

5    Q.      I KNOW LOTS OF THINGS, DR. GORDON.

6    A.      I JUST DON'T KNOW IF I SHOULD BE TELLING YOU

7    THAT I WAS INVOLVED IN THAT CASE.

8            BUT LOOK, HE -- I DON'T REMEMBER ALL THE

9    DETAILS IN MR. LOVE'S CASE, BUT HE WAS AN ADEQUATELY

10   FUNCTIONING SOLID FUNCTIONING INDIVIDUAL WHO, YEAH, HAD

11   SOME -- HAD SOME CLINICIANS WHO SAID THAT HE HAD SOME

12   DIFFICULTIES, BUT HE WAS A GOOD STUDENT.  THAT'S WHY I

13   -- HE DIDN'T PREVAIL IN THE CASE.

14   Q.      SO HOW MANY TIMES HAVE YOU TESTIFIED IN

15   ADMINISTRATIVE HEARINGS OR TRIALS ON ISSUES OF ADHD?

16   A.      I THINK IT'S IN MY DATA.  I WOULD SAY FOUR OR

17   FIVE TIMES OVER THE YEARS.

18   Q.      ALL RIGHT.  HAVE YOU EVER TESTIFIED FOR A

19   PLAINTIFF?

20   A.      NO.  I HAVE PREPARED DOCUMENTATION FOR PATIENTS

21   BUT I HAVE NEVER BEEN IN COURT AROUND ONE.

22   Q.      WHEN I LISTEN TO YOUR TESTIMONY ONE THING I

23   HEARD IS, BASED ON LOOKING AT DR. KITCHENS' HISTORY,

24   IT'S -- YOU CONCLUDED IT DID NOT LOOK LIKE DR. KITCHENS

25   REQUIRED ACCOMMODATIONS AND I THINK YOU USED THE WORD

1    REQUIRED.  AT LEAST I WROTE IT DOWN WITH QUOTES ON IT.

2              AND SO I GUESS THE QUESTION I HAVE FOR

3    YOU, TO MAKE SURE YOU ARE COMING AT THIS FROM THE

4    PERSPECTIVE I THINK IS HELPFUL, IT'S -- THE STANDARD IS

5    NOT THAT ACCOMMODATIONS ARE REQUIRED; RIGHT?

6    A.    MY COMMENT -- MY USE OF THE WORD REQUIRED IS

7    THAT TO BE ABLE TO DO WELL HE DID NOT NEED EXTENDED TIME

8    ON TESTS.  HE DID PERFECTLY WELL FOR HIMSELF, UNDER

9    STANDARD ADMINISTRATION UNDER WHATEVER TESTS HE TOOK

10   PRIOR TO -- TO THESE CURRENT TESTS.

11             SO WHEN I MEANT REQUIRED, SIR, I JUST

12   MEANT THAT HE WAS ABLE TO DO WELL.  IT'S LIKE HE WALKED

13   PERFECTLY WELL WITHOUT A CRUTCH.  HE DID NOT NEED -- HE

14   DID NOT REQUIRE THE CRUTCH.

15   Q.    ALL RIGHT.  IS IT CORRECT, I DIDN'T -- I DON'T

16   KNOW THAT I HEARD THIS DISCUSSED, IS IT CORRECT THAT AN

17   ADDERALL PRESCRIPTION IS AN INDICATOR OF A FUNCTIONAL

18   IMPAIRMENT?

19   A.    IT ISN'T AND THEN, I THINK IT PUT IT THIS WAY IN

20   MY EXPERT OPINION, THAT WAS PUT TO BED LONG AGO AS

21   DIAGNOSTIC TOOL FOR ADHD.  THE REASON BEING IS THAT

22   UNLESS YOU HAVE A PSYCHOSIS OR YOU ARE SEVERELY ANXIOUS,

23   THE CHANCES VERY VERY HIGH THAT TAKING ADDERALL WILL

24   IMPROVE -- A, WILL IMPROVE YOUR ABILITY TO ATTEND.

25             AND ALSO, THE EVIDENCE IS VERY VERY CLEAR

1    THAT MANY PEOPLE TAKE STIMULANTS JUST FOR THAT REASON

2    JUST TO ENHANCE THEIR PERFORMANCE IN THOSE SITUATIONS

3    REQUIRING THEM TO ATTEND.

4    Q.     BUT IT'S AT LEAST -- I MEAN, IT'S AT LEAST

5    CONSISTENT WITH THE IDEA THAT THERE IS A FUNCTIONAL

6    IMPAIRMENT BECAUSE A PERSON CAPABLE OF WRITING A

7    PRESCRIPTION FOR ADDERALL DEEMED IT APPROPRIATE; RIGHT?

8    A.     I NEED TO BREAK THOSE TWO THINGS APART.

9    PROVIDERS WILL WRITE PRESCRIPTIONS FOR ADDERALL, OR ANY

10   OF THE STIMULANTS, BECAUSE THEY FEEL THEIR CLIENTS WANT

11   IT AND MIGHT DO BETTER WITH IT.

12                THAT'S ONE OF THE REASONS I HAVE BEEN ON

13   TASK FORCES FOR THE UNIVERSITY TO CUT DOWN ON THE

14   PRESCRIPTION OF MEDICATIONS THROUGH THE HEALTH SERVICE

15   TO STUDENTS WHO ARE SEEKING MEDICATIONS TO HELP THEM

16   STUDY, ET CETERA.

17                THE MERE FACT THAT SOMEBODY GETS AN

18   ADDERALL PRESCRIPTION DOES NOT MEAN THEY ARE

19   FUNCTIONALLY LIMITED.  IT JUST MEANS THAT SOMEBODY FEELS

20   -- IT MAY BE THAT THAT'S WHY THEY GOT IT, BUT ALSO IT'S

21   ALSO PRESCRIBED IT ENHANCES THE ABILITY TO ATTEND.

22                IT'S THE SAME WITH HUMAN GROWTH HORMONE.

23   YOU KNOW, NOT EVERY CHILD WHO GETS HUMAN GROWTH HORMONE

24   IS ABNORMALLY SHORT.  THERE ARE PARENTS WHO HAVE FOUND

25   PHYSICIANS TO GIVE THEIR CHILDREN HUMAN GROWTH HORMONE

1    BECAUSE THEY WANT THEM TO BE TALLER, EVEN THOUGH THEY

2    ARE WITHIN AN AVERAGE RANGE OF HEIGHT.

3    Q.      THE QUESTION ABOUT DR. BACON'S REPORT AND I

4    SUPPOSE TESTIMONY THAT YOU REVIEWED, BUT SPECIFIC TO THE

5    REPORT.

6            I THINK I UNDERSTOOD YOU TO BE

7    DISCOUNTING THE A-DIVA 2 ANALYSIS BECAUSE -- AT LEAST IN

8    PART BECAUSE IT WAS DONE IN THE MIDST OF LITIGATION.

9            DID I UNDERSTAND THAT CORRECTLY?

10   A.      THAT I ADDED THAT ON.  I WAS JUST MAKING THE

11   POINT THAT A FORM LIKE THE A-DIVA, THE OCCIVA, ANY OF

12   THE RATINGS SCALES WE USE, AND I USE THE OCCIVA FOR WHAT

13   ITS WORTH.  WE JUST NEED TO KEEP IN MIND THAT THOSE ARE

14   JUST FORMATTINGS OF OPINION.

15           THE FACT THAT IT CAME DURING LITIGATION,

16   WELL, THERE ARE REASONS AGAIN, WHY WE HAVE SYMPTOM

17   VALIDITY TESTS, BECAUSE ITS HUMAN NATURE.  IF THERE IS

18   SOME BENEFIT TO A RESPONSE OR A PERFORMANCE BECAUSE OF

19   SECONDARY GAIN, WHETHER ITS INTENTIONAL OR NOT, JUST

20   BEING HUMAN YOU NEED TO MAKE SURE THAT IT'S A VALID

21   TEST.

22   Q.      EVERY SINGLE APPLICANT FOR -- OR REQUESTOR FOR

23   REASONABLE ACCOMMODATIONS IS IS SEEKING A BENEFIT;

24   RIGHT?

25   A.      THAT'S CORRECT.

1    Q.      SO AND WHAT IS A SYMPTOM VALIDITY TEST?  WHAT

2    WOULD THAT INVOLVE IN THIS SITUATION?

3    A.      THERE ARE A VARIETY OF THEM.  I HAPPEN TO LIKE

4    WHAT'S CALLED THE TOMM, THE T-O-M-M, TEST OF MEMORY AND

5    MALINGERING.  THE CONCEPT IS THIS:

6            A PERSON IS GIVEN A TASK TO DO, LIKE

7    REMEMBERING A VERY FEW NUMBER OF DIGITS OR LETTERS OR

8    PICTURES, AND THEY ARE ASKED TO DO THAT TO THE BEST OF

9    THEIR ABILITY.  THESE ARE TASKS THAT ARE SO SIMPLE THAT

10   PATIENTS WHO ARE TESTED WITHIN -- WHO HAVE DEMONSTRATIVE

11   BRAIN INJURY STILL DO WELL ON THEM.

12           SO THE IDEA OF IT IS THAT IF YOU DO WELL

13   ON THIS -- I'M SORRY IF YOU DO POORLY ON THESE TESTS

14   THAT ARE SO SIMPLE, THAT EVEN A BRAIN INJURED PERSON

15   COULD DO IT, THAT MIGHT MEAN YOU ARE MALINGERING.

16   Q.      HOW MUCH -- ABOUT APPROXIMATELY HOW MUCH TIME

17   AND ATTENTION FROM A TRAINED ADMINISTERING PERSON WOULD

18   IT REQUIRE TO DO A SYMPTOM VALIDITY TEST?

19   A.      TEN MINUTES.

20   Q.      IS IT YOUR EXPECTATION THAT THAT -- WELL, LET ME

21   ASK IT THIS WAY:

22           IS THAT SOMETHING YOU WOULD ALWAYS DO?

23   A.      OH, ABSOLUTELY.  ITS STANDARD PRACTICE.  IT'S

24   NOT JUST ME.  IT'S STANDARD ACCEPTED PRACTICE,

25   PARTICULARLY IF THERE IS ANY LEGAL COMPONENT.

1    Q.     ONE SECOND.  YOU MENTIONED -- THIS CAME UP JUST

2    WHEN YOU AND I WERE HAVING A DISCUSSION A FEW MINUTES

3    AGO.  I WANT TO COME BACK TO IT.

4              THERE HAS BEEN SOME DISCUSSION HERE ABOUT

5    THE VALIDITY OF -- THE EXISTENCE OR VALIDITY OF AN ADHA

6    DIAGNOSIS, BUT THEN THERE IS ALSO A RELATED, I SUPPOSE,

7    BUT LEGALLY DIFFERENT QUESTION OF THE ADA STANDARD,

8    WHETHER THERE IS A SUBSTANTIAL IMPAIRMENT.

9              DO YOU -- WHAT -- WHEN YOU DID YOUR

10   ANALYSIS AND YOU REACHED YOUR OPINION, I THINK YOU SAID

11   THIS BUT YOU REACHED YOUR OPINION THAT THERE WAS NO

12   SUBSTANTIAL IMPAIRMENT.  YOU DIDN'T STOP AT THE ADHD

13   PART; RIGHT?

14   A.     I CAN STOP IN THIS CASE, IN DR. KITCHENS' CASE,

15   AT THE DIAGNOSTIC, THE DSM-5 CLINICALLY SIGNIFICANT

16   IMPAIRMENT.  I DON'T NEED TO GO TO THE LEGAL DEFINITION,

17   OR CONSTRUAL OF IT.

18             I LOOKED AT DR. KITCHENS' RECORD REMEMBER

19   AND SAW MUCH MORE THAT REFLECTED COMPETENCE THAN

20   INCOMPETENCE.  I COULD NOT FIND ANY SIGNIFICANT

21   IMPAIRMENT.  THE MAN HAS DONE EXTREMELY WELL FOR

22   HIMSELF, TO HIS CREDIT.

23             SO YEAH, I DIDN'T NEED TO GET TO GENERAL

24   POPULATION, ALTHOUGH I HAVE DONE THIS LONG ENOUGH I

25   REALIZE THAT THAT'S PART OF THE EQUATION FOR YOU.

```
 1                    THE COURT:  OKAY.  THANKS FOR YOUR

 2       PATIENCE.  I APPRECIATE IT.  NOW LET ME, IN THE SPIRIT

 3       OF FAIRNESS, I AM GOING TO LET YOUR LAWYERS ASK ANY

 4       FOLLOW-UP QUESTIONS IF THEY FEEL THE NEED.  AND LET ME

 5       START WITH MS. MEW, AND THEN WE WILL GO TO DR. KITCHENS.

 6                    MS. MEW:  I HAVE NO FURTHER QUESTIONS,

 7       YOUR HONOR.

 8                    THE COURT:  ALL RIGHT.  DR. KITCHENS,

 9       ANYTHING FURTHER?

10                    DR. KITCHENS:  NO FURTHER QUESTIONS, YOUR

11       HONOR, SORRY, I WAS MUTED.

12                    THE COURT:  ALL RIGHT.  THANK YOU FOR

13       YOUR PATIENCE, DR. GORDON, AND YOUR TIME.

14                    AND YOU MAY BE EXCUSED.

15                    THE WITNESS:  THANK YOU VERY MUCH.  TAKE

16       CARE.

17                    THE COURT:  ALL RIGHT.  HOPEFULLY THE

18       FREEZING ISSUES ARE ISOLATED TO DR. GORDON.  WE'LL KEEP

19       OUR FINGERS CROSSED.

20                    MS. MEW:  I APPRECIATE YOUR PATIENCE AND

21       MY APOLOGIES TO YOU AND DR. KITCHENS.

22                    THE COURT:  THINK ABOUT ALL OF THE TIME

23       AND MONEY AND ENERGY WE'RE SAVING BY DOING IT IN VIDEO

24       AND NOT IN PERSON.  A LITTLE GLITCH HERE AND THERE IS

25       OKAY.
```

1                    MS. MEW:  THERE'S ONLY SO MUCH WE CAN

2      CONTROL; RIGHT?

3                    DR. KITCHENS:  EXACTLY.

4                    THE COURT:  ALL RIGHT.  MS. MEW, YOU MAY

5      PROCEED.

6                    MS. MEW:  YES, YOUR HONOR, THAT WENT

7      FASTER THAN I THOUGHT SO I NEED TO JUST -- IF PEOPLE

8      JUST -- I NEED TO CALL -- I LITERALLY NEED TO CALL, ON

9      THE PHONE, THE NEXT WITNESS TO GET THEM ON BOARD.

10                   THE COURT:  SURE.  YOU CAN JUST MUTE

11     YOURSELF AND TAKE CARE OF THAT.

12                   (BRIEF PAUSE IN THE PROCEEDING.)

13                   MS. MEW:  DR. KITCHENS, IT WILL BE LUCIA

14     MCGEEHAN COMING ON.  I AM WAITING FOR HER TO JOIN UP.

15                   DR. KITCHENS:  THANK YOU.

16                   MS. MEW:  THINGS MOVED A LITTLE FASTER

17     THAN I THOUGHT.

18                   THE COURT:  MS. MEW, YOU MAY CALL THE

19     WITNESS.

20                   MS. MEW:  THE NATIONAL BOARD OF MEDICAL

21     EXAMINERS CALLS LUCIA MCGEEHAN.

22                   THE COURT:  HELLO.

23                   AND LYNN, WOULD YOU PLEASE SWEAR IN THE

24     WITNESS.

25                   (DEFENSE WITNESS, LUCIA MCEEHAN, IS

```
 1    SWORN.)

 2                    THE REPORTER:  CAN YOU STATE AND SPELL

 3    YOUR NAME FOR THE RECORD.

 4                    THE WITNESS:  LUCIA MCGEEHAN, L-U-C-I-A

 5    M-C-G-E-E-H-A-N.

 6                    THE COURT:  THANK YOU.

 7                    DIRECT EXAMINATION

 8    BY MS. MEW:

 9    Q.      GOOD AFTERNOON, DR. MCGEEHAN.

10    A.      GOOD AFTERNOON.

11    Q.      WHAT IS YOUR CURRENT POSITION?

12    A.      MY CURRENT POSITION IS MANAGER OF EXAMINEE

13    ACCOMMODATIONS IN THE DISABILITY SERVICES UNIT AT THE

14    NATIONAL BOARD OF MEDICAL EXAMINERS.

15    Q.      WHAT IS YOUR EDUCATIONAL BACKGROUND?

16    A.      I EARNED MY BACHELOR'S DEGREE FROM AUBURN

17    UNIVERSITY, AND I EARNED A MASTERS AND DOCTORATE OF

18    PHILOSOPHY DEGREE FROM THE UNIVERSITY OF GEORGIA, WITH A

19    FOCUS IN SCHOOL PSYCHOLOGY.

20    Q.      DO YOU HAVE ANY CERTIFICATIONS OR LICENSES?

21    A.      YES.  I AM A NATIONALLY CERTIFIED SCHOOL

22    PSYCHOLOGIST BY THE NATIONAL ASSOCIATION OF SCHOOL

23    PSYCHOLOGISTS.  AND I AM A LICENSED PSYCHOLOGIST BY THE

24    STATE OF PENNSYLVANIA.

25    Q.      AND CAN YOU BRIEFLY DESCRIBE YOUR WORK
```

1    EXPERIENCE AS A PSYCHOLOGIST?

2    A.     YES.  I COMPLETED A PRE DOCTORAL INTERNSHIP WITH

3    LOUDOUN COUNTY PUBLIC SCHOOLS, WHERE I SERVED AS A

4    SCHOOL PSYCHOLOGIST FOR AN ELEMENTARY SCHOOL AND A HIGH

5    SCHOOL.  IN THAT ROLE I COMPLETED PSYCHOLOGICAL

6    EVALUATIONS, AND I ELIGIBILITY DETERMINATIONS.  I ALSO

7    COMPLETED SECTION 504 DETERMINATIONS.

8             DURING MY TIME AT LOUDOUN COUNTY, I TOOK

9    A POSITION WITH EASTERN UNIVERSITY AS AN ASSISTANT

10    PROFESSOR IN THE CAMPOLO COLLEGE OF GRADUATE AND

11    PROFESSIONAL STUDIES, WHERE I TAUGHT SCHOOL PSYCHOLOGY,

12    SCHOOL COUNSELING, AND CLINICAL COUNSELING MASTERS LEVEL

13    STUDENTS.

14             I TAUGHT GENERAL COURSE WORK AND TAUGHT

15    SPECIFIC COURSE WORK IN SCHOOL PSYCHOLOGY.  I COMPLETED

16    A POST DOCTORAL INTERNSHIP WITH MAIN LINE THERAPY

17    SOLUTIONS, AND I ALSO WORKED FOR MAIN LINE THERAPY

18    SELECTIONS AS A PSYCHOLOGIST WHERE I PROVIDED THERAPY TO

19    CHILDREN, ADOLESCENTS, AND ADULTS, AND I ALSO CONDUCTED

20    COMPREHENSIVE PSYCHOEDUCATIONAL EVALUATIONS FOR

21    CHILDREN, ADOLESCENTS, AND ADULTS.

22             AND AFTER THAT, I BECAME A DISABILITY

23    ASSESSMENT ANALYST AT THE NATIONAL BOARD OF MEDICAL

24    EXAMINERS AND I HAVE BEEN WITH THE BOARD EVER SINCE.

25    Q.    WHEN DID YOU START WORKING WITH NBME?

1    A.      IN 2016.

2    Q.      WHAT ARE YOUR RESPONSIBILITIES IN YOUR ROLE AS

3    MANAGER OF EXAMINEE ACCOMMODATIONS?

4    A.      IN MY ROLE I AM RESPONSIBLE FOR SUPERVISING,

5    MENTORING, AND TRAINING THE DISABILITY ASSESSMENT

6    ANALYSTS.  I AM ALSO RESPONSIBLE FOR REVIEWING REQUESTS

7    FOR TEST ACCOMMODATIONS FOR THE UNITED STATES MEDICAL

8    LICENSING EXAMINATION.

9            AND I SUPPORT SPECIAL PROJECTS, I WORK

10   ALONGSIDE THE DIRECTOR WORKING TO IMPROVE PROCESSES AND

11   EFFICIENCIES TO SUPPORT THE CUSTOMER EXPERIENCE.

12   Q.      AND I BELIEVE YOU SAID YOU HAVE BEEN WITH NBME

13   FOR SEVEN YEARS.

14           SO HAVE BEEN REVIEWING ACCOMMODATIONS

15   REQUESTS FOR SEVEN YEARS?

16   A.      YES.

17   Q.      AMONG THOSE REQUESTS ARE REQUESTS BASED ON ADHD?

18   A.      YES, REQUESTS BASED -- YES, I REVIEW REQUESTS

19   BASED ON THE IMPAIRMENTS THAT INDIVIDUAL REPORTS AND

20   THAT CAN BE PHYSICAL OR MENTAL IMPAIRMENTS, WHICH CAN

21   INCLUDE NEURODEVELOPMENTAL DISABILITIES, MEDICAL

22   CONDITIONS, PSYCHIATRIC IMPAIRMENTS, JUST TO SPECIFY.

23           MS. MEW:  YOUR HONOR, DR. MCGEEHAN IS

24   TESTIFYING IN PART AS A FACT WITNESS, BUT WE ALSO OFFER

25   HER AS AN EXPERT ON CONDUCTING PSYCHOLOGICAL EVALUATIONS

1    ON MENTAL DISORDERS, INCLUDING ADHD AND ANXIETY, AND

2    REVIEWING REQUESTS FOR TESTING ACCOMMODATIONS?

3              YOU ARE ON MUTE, DR. KITCHENS.

4              YOU ARE STILL ON MUTE.  WE HAVE NOT HEARD

5    YOU ON THE RECORD.

6              DR. KITCHENS:  NO OBJECTIONS.

7              THE COURT:  YES, THAT'S FINE AND THE

8    WITNESS MAY TESTIFY AS YOU SUGGEST, MS. MEW.  IT WILL BE

9    HELPFUL TO ME PROBABLY OBVIOUS TO YOU OBVIOUS TO DO A

10   LITTLE DEMARCATION AS TO WHAT TYPE OF ANSWER YOU ARE

11   SOLICITING, WHETHER ITS IN HER EXPERT OPINION OR WHETHER

12   ITS SOMETHING A PARTICULAR -- SOME PARTICULAR EXPERIENCE

13   THAT ACTUALLY HAPPENED.  ALL RIGHT?

14             MS. MEW:  I UNDERSTAND.

15             THE COURT:  THANK YOU.

16   BY MS. MEW:

17   Q.     DOES NBME PROVIDE ANY INFORMATION TO EXAMINEES

18   WHO WANT TO SEEK ACCOMMODATIONS ON THE USMLE?

19   A.     YES.  ON THE USMLE WEBSITE THERE IS A TEST

20   ACCOMMODATIONS PAGE THAT IS AVAILABLE FOR EXAMINEES TO

21   REVIEW.  ON THE TEST ACCOMMODATIONS PAGE, THERE IS AN

22   OVERVIEW AND INTRODUCTION, WHICH PROVIDES EXAMINEES WITH

23   BASIC INFORMATION ABOUT ACCOMMODATIONS, INCLUDING THE

24   PURPOSE.

25             IT ALSO STATES THAT ITS ESSENTIAL FOR

1    EXAMINEES' SUPPORTING DOCUMENTATION TO DESCRIBE THEIR

2    FUNCTIONAL IMPAIRMENT AND TO PROVIDE A CLEAR RATIONALE

3    FOR THE ACCOMMODATIONS THEY ARE REQUESTING.

4              IN ADDITION TO THE OVERVIEW AND

5    INTRODUCTION, WE ALSO HAVE GENERAL GUIDELINES THAT

6    PROVIDE INFORMATION ABOUT THE TYPE OF -- THE TYPES OF

7    DOCUMENTATION THAT WE ASK EXAMINEES TO SUBMIT WITH THEIR

8    REQUEST FOR ACCOMMODATIONS.

9              SO THAT INCLUDES THE PERSONAL STATEMENT,

10   IT ALSO INCLUDES AN EVALUATION OR RECORDS FROM A

11   TREATMENT PROFESSIONAL, AS WELL AS OBJECTIVE RECORDS.

12   AND IN ADDITION TO THOSE GENERAL GUIDELINES WE ALSO HAVE

13   SPECIFIC GUIDELINES OR FOR SOME SPECIFIC IMPAIRMENTS,

14   INCLUDING ATTENTION DEFICIT-HYPERACTIVITY DISORDER,

15   WHERE AGAIN, THERE IS JUST MORE DETAILED AND SPECIFIC

16   INFORMATION ABOUT THE DOCUMENTATION THAT EXAMINEES

17   SHOULD PROVIDE TO SUPPORT THEIR REQUEST FOR

18   ACCOMMODATIONS.

19   Q.     AND FROM YOUR PERSPECTIVE, WHAT IS THE PURPOSE

20   OF THE TESTING ACCOMMODATION GUIDELINES?

21   A.     THE GUIDELINES ARE MEANT TO BE CLEAR AND

22   TRANSPARENT AND TO PROVIDE EXAMINEES WITH INFORMATION

23   AHEAD OF TIME SO THAT THEY CAN PREPARE IN ADVANCE AND

24   KNOW WHAT DOCUMENTATION IS EXPECTED IN ORDER TO SUPPORT

25   THEIR REQUEST FOR ACCOMMODATIONS.

1    Q.     IF AN EXAMINEE DOES NOT FOLLOW THE GUIDELINES,

2    WILL YOU STILL REVIEW ANY DOCUMENTATION THEY PROVIDE?

3    A.     YES.  BECAUSE WE TRY NOT TO BE OVERLY

4    BURDENSOME.

5    Q.     WHAT IS YOUR GENERAL APPROACH TO REVIEWING

6    ACCOMMODATION REQUESTS?

7    A.     WHEN I AM REVIEWING AN ACCOMMODATION REQUEST,

8    FIRST, I REVIEW THE INFORMATION THAT THE EXAMINEE STATED

9    ON THE REQUEST FORM.  SO SPECIFICALLY, THE REPORTED

10    DIAGNOSES, THE ACCOMMODATION THAT THEY ARE REQUESTING,

11    THEIR EDUCATIONAL HISTORY AND WHETHER ACCOMMODATIONS

12    WERE PROVIDED.

13               BUT -- AND THEN ADDITIONALLY, I REVIEW

14    THEIR PERSONAL STATEMENT TO HEAR IN THEIR OWN WORDS

15    ABOUT THEIR REPORTED DISABILITY AND HOW IT IS IMPAIRING

16    TO THEM IN THEIR DAILY LIFE, BUT ON THE MORE GENERAL

17    LEVEL I AM LOOKING TO SEE IF THE DOCUMENTATION SUPPORTS

18    THE REPORTED DIAGNOSES, WHETHER THAT REPORTED DIAGNOSES

19    THAT -- THE REPORTED DIAGNOSES OR DIAGNOSES IS CAUSING

20    AN IMPAIRMENT IN A MAJOR LIFE ACTIVITY.

21               AND ALSO, WHETHER THERE IS A CLEAR

22    RATIONALE FOR THE REQUESTED ACCOMMODATION AND IF THE

23    ACCOMMODATION IS APPROPRIATE AND REASONABLE.

24    Q.     I BELIEVE YOU ALLUDED TO THIS BEFORE IN TALKING

25    ABOUT THE KINDS OF REQUESTS THAT COME IN, BUT WHAT KIND

1    OF BASIS DO EXAMINEES REQUEST TESTING ACCOMMODATIONS ON,

2    WHAT COULD BE THE BASIS FOR THE REQUEST?

3    A.    EXAMINEE'S REQUEST ON THE BASIS OF

4    NEURODEVELOPMENTAL DISABILITIES, SUCH AS ADHD AND

5    SPECIFIC LEARNING DISABILITY.  ALSO THEY REQUEST

6    ACCOMMODATIONS ON THE BASIS OF PSYCHIATRIC IMPAIRMENT,

7    SUCH AS ANXIETY OR BIPOLAR DISORDER, AND ALSO PHYSICAL

8    IMPAIRMENTS AS WELL.

9    Q.    WHEN YOU REVIEW AN ACCOMMODATION REQUEST ARE YOU

10   ONLY LOOKING TO SEE IF SOMEONE HAS A DIAGNOSIS?

11   A.    NO.

12   Q.    WHY NOT?

13   A.    BECAUSE A DIAGNOSIS ALONE IS NOT SUFFICIENT TO

14   DEMONSTRATE AN IMPAIRMENT.  I AM LOOKING TO DETERMINE

15   WHETHER THE DOCUMENTATION PROVIDED DEMONSTRATES A

16   CURRENT FUNCTIONAL IMPAIRMENT IN A MAJOR LIFE ACTIVITY

17   THAT IS RELEVANT TO TAKING THE USMLE.

18   Q.    I AM GOING TO PULL UP PX EXHIBIT 2?

19           DR. KITCHENS:  OBJECTION, YOUR HONOR.  IS

20   DR. MCGEEHAN READING FROM A DOCUMENT OF HER TESTIMONY?

21           MS. MEW:  ARE YOU, DR. MCGEEHAN?

22           THE COURT:  WELL -- SORRY, MS. MEW ASKED

23   THE WITNESS A QUESTION.  I DIDN'T HEAR A RESPONSE.

24   BY MS. MEW:

25   Q.    WE SHOULD HAVE NO NOTES OR ANYTHING, SORRY?

1    A.     I DON'T HAVE ANY NOTES OR ANYTHING.

2    Q.     OKAY.  SORRY.

3    A.     NO.

4    Q.     SORRY.  SO YEAH.  NO NOTES?

5    A.     I HAVE NOTHING.  I CAN SEND YOU A PICTURE OF MY

6    OFFICE.

7    Q.     OKAY.  ALL RIGHT.  PX 2.

8           DO YOU RECOGNIZE THIS COLLECTION OF

9    DOCUMENTS?

10    A.     YES, I DO.

11    Q.     AND SO WHAT IS THIS -- WELL, LET ME -- I'M

12    SORRY, I WILL TELL YOU ITS ALREADY BEEN PUT ON THE

13    RECORD, BUT WE WILL CLICK THROUGH.  THIS IS DR.

14    KITCHENS' FIRST REQUEST FOR TESTING ACCOMMODATIONS.

15           YOU CAN LET ME KNOW IF YOU RECOGNIZE

16    THESE DOCUMENTS?

17    A.     YES, THIS IS THE DOCUMENTATION THAT DR. KITCHENS

18    PROVIDED WITH HIS INITIAL REQUEST FOR TEST

19    ACCOMMODATIONS IN JANUARY OF 2022.

20    Q.     AND LET'S GO BACK TO THE FIRST PAGE.

21           SO WHAT IS THIS FIRST PAGE?

22    A.     THE FIRST PAGE IS THE USMLE REQUEST FOR TEST

23    ACCOMMODATIONS FORM, WHICH WE REQUIRE EVERY EXAMINEE TO

24    SUBMIT AS THEIR OFFICIAL NOTIFICATION TO REQUEST TEST

25    ACCOMMODATIONS.

1    Q.      AND AS YOU ARE LOOKING AT THE PAGE GENERALLY,

2    WHAT KIND OF INFORMATION IS CONVEYED ON THIS FIRST PAGE?

3    A.      WE PROVIDE SOME GENERAL INFORMATION ABOUT THE

4    TEST ACCOMMODATIONS PROCESS AND THE TIMELINE WHERE

5    EXAMINEES SHOULD -- HOW EXAMINEES SHOULD SUBMIT THEIR

6    DOCUMENTATION TO US.

7              WE REFER EXAMINEES BACK TO THE GUIDELINES

8    ON THE WEBSITE AND THEN WE ALSO EXPLAIN TO EXAMINEES

9    MORE CLEARLY IN THAT BOTTOM SECTION, THE DOCUMENTATION

10   THAT THEY MUST PROVIDE TO US WITH THEIR REQUEST, WHICH

11   INCLUDES A PERSONAL STATEMENT, RECORDS OR AN EVALUATION

12   FROM A TREATING PROFESSIONAL, AND THEN ALSO ADDITIONAL

13   SUPPORTING DOCUMENTATION.

14   Q.      LET'S TURN TO PAGE 3.

15              WHAT ACCOMMODATIONS DID DR. KITCHENS

16   REQUEST?

17   A.      DR. KITCHENS CROSSED OUT ADDITIONAL BREAK TIME

18   AND REQUESTED 100 PERCENT ADDITIONAL TEST TIME OVER TWO

19   DAYS FOR STEP 1.

20   Q.      LOOKING AT PAGE 4 OF THE FORM -- AND ACTUALLY,

21   STRIKE THAT, I WANT TO JUST ALSO ESTABLISH FOR THE

22   RECORD I THINK I HAVE ASSUMED THIS ALL ALONG.

23              DR. MCGEEHAN, ARE YOU THE INDIVIDUAL WHO

24   REVIEWED DR. KITCHENS' REQUEST FOR ACCOMMODATIONS ON

25   BEHALF OF NBME?

1   A.      YES, I DID.

2   Q.      OKAY.  THANK YOU.

3            SO IF WE LOOK HERE AT PAGE 4, WHAT

4   INFORMATION ARE YOU SEEKING UP HERE IN SECTION D 1, OF

5   THE FORM?

6   A.      THE REPORTED DISABILITY THAT THE EXAMINEE IS

7   MAKING THEIR REQUEST FOR ACCOMMODATION IS BASED OFF.  SO

8   DR. KITCHENS INDICATED HE WAS REQUESTING ACCOMMODATIONS

9   ON THE BASIS OF ATTENTION DEFICIT-HYPERACTIVITY

10  DISORDER, DIAGNOSED IN 2013, AND TEST ANXIETY, DIAGNOSED

11  IN 2018.

12  Q.      AND HOW DO YOU USE THIS PARTICULAR INFORMATION

13  ON THE FORM?

14  A.      LOOKING AT THE INDIVIDUAL'S SUPPORTING

15  DOCUMENTATION, I AM LOOKING TO DETERMINE WHETHER THERE

16  IS SUPPORTING DOCUMENTATION -- WHETHER IT SUPPORTS THESE

17  REPORTED DIAGNOSES AND WHETHER THIS REPORTED DIAGNOSES

18  -- AGAIN, WHETHER THE DOCUMENTATION DEMONSTRATES THAT

19  THE REPORTED DIAGNOSES ARE IMPAIRING TO THE INDIVIDUAL.

20  Q.      UP HERE IT STATES "TEST ANXIETY" UNDER

21  DISABILITY.

22            IS TEST ANXIETY A RECOGNIZED MENTAL

23  DISORDER?

24  A.      NO, IT IS NOT RECOGNIZED IN THE DIAGNOSTIC AND

25  STATISTICAL MANUAL OF MENTAL DISORDERS, FIFTH EDITION

1    TEXT REVISION.

2    Q.      STILL LOOKING HERE ON PAGE 4, I WANT TO LOOK

3    HERE IN THE MIDDLE OF THE PAGE, SECTION D 2, PERSONAL

4    STATEMENT.

5                  WHAT KIND OF INFORMATION IS BEING

6    REQUESTED IN SECTION D-2?

7    A.      WE TELL EXAMINEES THAT THE PERSONAL STATEMENT IS

8    REALLY THEIR OPPORTUNITY TO EXPLAIN HOW -- TO EXPLAIN TO

9    US WHAT THEIR SYMPTOMS ARE IN DETAIL.

10                  SO GIVE A DESCRIPTION OF THEIR CURRENT

11   SYMPTOMS, EXPLAIN TO US HOW THOSE SYMPTOMS ARE IMPAIRING

12   THEM IN THEIR DAY-TO-DAY LIFE, IN MULTIPLE SETTINGS SO

13   NOT JUST IN AN ACADEMIC SETTING OR IN AN -- ON AN

14   STANDARDIZED TEST, BUT IN OTHER AREAS OF THEIR LIFE.

15                  AND THEN WE ASK FOR THEM TO TELL US WHY

16   THEY ARE REQUESTING THE ACCOMMODATIONS THEY ARE, AND HOW

17   THOSE ACCOMMODATIONS WOULD AMELIORATE THEIR IMPAIRMENTS.

18   Q.      AND WHY ARE YOU ASKING FOR THIS KIND OF

19   INFORMATION?

20   A.      WE ASK FOR THIS INFORMATION TO HAVE A BETTER

21   UNDERSTANDING OF, AGAIN, HOW THE DIAGNOSES CAME TO BE IN

22   THE INDIVIDUAL'S LIFE AND REALLY IT'S AN OPPORTUNITY FOR

23   THE INDIVIDUAL TO TELL US, IN THEIR OWN WORDS, THEIR

24   STORY.

25   Q.      IF WE CAN TURN TO THE PAGE THAT HAS DR.

1  KITCHENS' PERSONAL STATEMENT.

2             DR. MCGEEHAN, DID DR. KITCHENS PROVIDE

3  THE KIND OF PERSONAL STATEMENT INFORMATION THAT YOU FIND

4  USEFUL IN REVIEWING AN ACCOMMODATION REQUEST?

5  A.      UNFORTUNATELY, HE DID NOT.  HE SIMPLY STATED HIS

6  REPORTED DIAGNOSES OF ADHD AND TEST ANXIETY.  BUT HE DID

7  NOT GO INTO DETAIL ABOUT HOW THOSE DIAGNOSES CAME TO BE.

8             HE DIDN'T DESCRIBE IN ANY DETAIL ANY OF

9  HIS SYMPTOMS, NOR DID HE EXPLAIN HOW THOSE SYMPTOMS ARE

10  IMPAIRING TO HIM.  AND HE ALSO DID NOT PROVIDE A CLEAR

11  RATIONALE FOR WHY 100 PERCENT ADDITIONAL TEST TIME WOULD

12  BE NECESSARY TO ACCESS A HIGH STAKES LICENSING EXAM.

13  Q.      AND DR. MCGEEHAN, IS IT A FUNCTION OF LENGTH,

14  ARE YOU LOOKING FOR A LONGER STATEMENT?

15  A.      NO.  IT'S MORE QUALITY OVER QUANTITY.  I FEEL

16  LIKE THAT INFORMATION COULD HAVE BEEN PROVIDED IN TWO

17  PARAGRAPHS.

18  Q.      AND THEN IF WE TURN BACK TO PAGE 4, OF THE FORM.

19  AND IF WE LOOK DOWN TO SECTION E, "ACCOMMODATION

20  HISTORY."

21             WHAT KIND OF INFORMATION IS NBME SEEKING

22  IN THIS SECTION?

23  A.      WE DO CONSIDER IT RELEVANT AS TO WHETHER AN

24  INDIVIDUAL WAS PREVIOUSLY PROVIDED ACCOMMODATIONS ON

25  PRIOR TO STANDARDIZED EXAMS DUE TO REPORTED DISABILITY

1    OR IN THEIR EDUCATIONAL HISTORY.

2              AND SO WE ASK INDIVIDUALS TO INFORM US

3    WHETHER THEY WERE PREVIOUSLY FORMALLY ACCOMMODATED.

4    AGAIN, IN ANY PRIOR STANDARDIZED EXAMS OR IN THEIR

5    EDUCATIONAL HISTORY.

6    Q.      WHY IS -- AND WHAT DID DR. KITCHENS REPORT IN

7    HIS ACCOMMODATION FORM, AND WE CAN LOOK AT PAGE 4 AND

8    PAGE 5.

9    A.      THAT HE WAS NOT ACCOMMODATED ON THE ON THE SAT

10   OR THE ACT.  NO ACCOMMODATIONS WERE PROVIDED ON THE MCAT

11   AND HE NOTED THAT HE WAS NOT DIAGNOSED IN ELEMENTARY,

12   MIDDLE, OR HIGH SCHOOL, AND NO ACCOMMODATIONS WERE

13   LISTED FOR UNDERGRADUATE OR MEDICAL SCHOOL.

14   Q.      DID DR. KITCHENS PROVIDE ANY MEDICAL RECORDS AS

15   PART OF HIS REQUEST?

16   A.      YES, HE DID.

17   Q.      WHEN YOU ARE REVIEWING MEDICAL RECORDS WHAT ARE

18   YOU LOOKING FOR IN THOSE RECORDS?

19   A.      GENERALLY, I AM LOOKING FOR AGAIN, WHETHER OR

20   NOT THE DOCUMENTATION SUPPORTS THE REPORTED DIAGNOSES.

21              SO I AM LOOKING FOR WHETHER THE TREATING

22   PROFESSIONAL CLEARLY DELINEATES HOW THE DIAGNOSTIC

23   CRITERIA WERE MET FOR THE DIAGNOSES.  I AM LOOKING FOR A

24   DISCUSSION OF HOW THE REPORTED DIAGNOSES ARE CAUSING AN

25   IMPAIRMENT IN THE INDIVIDUAL'S DAY-TO-DAY LIFE, IN

1    MULTIPLE SETTINGS, ACADEMIC, OCCUPATIONAL, SOCIAL.

2              AND FOR A CLEAR RATIONALE FOR ANY

3    ACCOMMODATIONS THAT ARE RECOMMENDED AND WHY THOSE

4    ACCOMMODATIONS ARE NECESSARY FOR ACCESS TO THE USMLE.

5    Q.    AND WE ARE GOING TO DISCUSS THE INDIVIDUAL

6    RECORDS, WE WILL GO THROUGH THEM BUT BROADLY SPEAKING IN

7    YOUR REVIEW, DID YOU FIND THAT THE MEDICAL RECORDS

8    SUBMITTED BY DR. KITCHENS SUPPORTED HIS REQUEST FOR

9    100 PERCENT EXTRA TESTING TIME ON THE STEP 1

10   EXAMINATION?

11   A.    NO. I THOUGH THAT THE MEDICAL RECORDS THAT WERE

12   SUBMITTED BY DR. KITCHENS WERE AMBIGUOUS AND THAT THEY

13   DID NOT SUPPORT HIS REQUEST FOR 100 PERCENT ADDITIONAL

14   TEST TIME.

15   Q.    IF WE LOOK TO THE APRIL 22, 2020, LETTER FROM

16   GORY KHAN -- SORRY, I DON'T HAVE A PAGE.  OKAY.

17              DID YOU REVIEW THIS LETTER AS PART OF

18   YOUR REVIEW OF THE FILE, DR. MCGEEHAN?

19   A.    YES, I DID.

20   Q.    IN YOUR REVIEW DID YOU FIND THAT THIS LETTER

21   SUPPORTED DR. KITCHENS' REQUEST FOR TESTING

22   ACCOMMODATIONS?

23   A.    NO.

24   Q.    WHY NOT?

25   A.    THIS LETTER BY DOCTOR KHAN IS EXTREMELY VAGUE.

1    IT DOES NOT PROVIDE A DIAGNOSTIC CODE FROM THE DSM-5 TR.

2    IT STATES THAT DR. KITCHENS HAS SIGNIFICANT ANXIETY AND

3    IS UNDER TREATMENT.

4              THERE IS NO RELEVANT CLINICAL INFORMATION

5    PROVIDED IN REGARD TO SYMPTOMS, HOW DIAGNOSTIC CRITERIA

6    ARE MET, THERE IS NO DISCUSSION OF FUNCTIONAL

7    IMPAIRMENT, AND THERE IS NOT A CLEAR RECOMMENDATION FOR

8    ACCOMMODATION ON TESTING.

9              DOCTOR KHAN SIMPLY STATES TO ALLOW SOME

10   RELAXATION IN THE RULES AND I AM UNCLEAR AS TO WHAT THAT

11   MEANS.

12   Q.    AND IF YOU LOOK --

13   A.    I JUST WANTED TO ALSO NOTE THAT THIS LETTER

14   APRIL 22ND, 2020, WAS SUBMITTED WITH HIS 2022 REQUEST

15   AND SYMPTOMS OF MOOD CAN VARY CONSIDERABLY OVER TIME AND

16   WITH TREATMENT AND WE DO ASK EXAMINEES TO PROVIDE

17   DOCUMENTATION THAT'S RECENT, WITHIN THE LAST SIX MONTHS,

18   FROM A MENTAL HEALTH TREATMENT PROFESSIONAL.

19   Q.    AND IF WE CLICKED THE NEXT PAGE, FOR THE RECORD

20   IS THE OCTOBER 5TH, 2020, OFFICE VISIT RECORD FROM NORTH

21   WESTERN DERMATOLOGY, PAGE 9.

22             IN YOUR REVIEW DID THIS REPORT SUPPORT

23   DR. KITCHENS' REQUEST FOR TESTING ACCOMMODATIONS?

24   A.    NO, IT DID NOT.

25   Q.    AND WHY NOT?

1    A.       AGAIN, THIS RECORD CONTAINS LITTLE -- NO

2    RELEVANT CLINICAL INFORMATION, WHATSOEVER.  IT STATES

3    THAT PAST MEDICAL HISTORY DIAGNOSIS OF ADHD BUT THERE IS

4    NO INFORMATION AS TO HOW OR WHO MADE THAT DIAGNOSIS, HOW

5    THAT DIAGNOSIS CAME TO BE, THE CRITERIA THAT WERE USED

6    TO MAKE THAT DIAGNOSIS.

7                THERE IS NO DISCUSSION OF ANY FUNCTIONAL

8    IMPAIRMENT, AND THERE IS NO RECOMMENDATION FOR

9    ACCOMMODATIONS THAT HAS BEEN PROVIDED.

10   Q.       AND IF WE LOOK TO THE BOTTOM OF THE PAGE.

11   A.       MM-HMM.

12   Q.       WHAT DOES THE REFERENCE TO PRESCRIPTION

13   MEDICATION AT THE BOTTOM OF THE PAGE TELL YOU AS PART OF

14   YOUR ANALYSIS?

15   A.       IT DOES NOT TELL ME MUCH, OTHER THAN THOSE WERE

16   MEDICATION -- CURRENT OUT-PATIENT MEDICATIONS THAT HAD

17   BEEN PRESCRIBED, BUT IT TELLS ME NOTHING ABOUT THE

18   DIAGNOSIS OR IMPAIRMENT OR ITS RELEVANCY TO TAKING A

19   STANDARDIZED EXAMINATION.

20   Q.       THEN IF WE CLICK TO THE NEXT TWO PAGES.

21                THESE -- AND JUST FOR THE RECORD, THESE

22   ARE THE TWO PAGES THAT HAVE THE DATE MAY 25TH, 2018, IN

23   THE FOOTER.

24                IN YOUR REVIEW, DID THESE TWO PAGES

25   SUPPORT DR. KITCHENS' REQUEST FOR TESTING

1    ACCOMMODATIONS?

2    A.       THEY DID NOT.

3    Q.       WHY NOT?

4    A.       THIS APPEARS TO BE AN EXCERPT, I GUESS, FROM A

5    COMPLETE RECORD THAT WASN'T PROVIDED TO US FOR REVIEW,

6    AGAIN, IN ADDITION WHILE IT LISTS INFORMATION IN THE

7    ASSESSMENT/PLAN SESSION, THERE IS NO RELEVANT CLINICAL

8    INFORMATION PROVIDED AS TO HOW A DIAGNOSIS CAME TO BE,

9    THE CRITERIA THAT WERE USED TO MAKE THE DIAGNOSES.

10           THERE IS NO DISCUSSION OF FUNCTIONAL

11   IMPAIRMENT IN DAY-TO-DAY LIFE, AND THERE IS NO NOT A

12   RECOMMENDATION FOR ACCOMMODATIONS FOR TESTING.  AND

13   THERE IS ACTUALLY A REFERRAL MADE TO BE -- A REFERRAL

14   MADE TO A MENTAL HEALTH COUNSELOR TO BE EVALUATED AND

15   TREATED.

16   Q.      IF WE CLICK TO THE NEXT TWO PAGES, WHICH IS THE

17   JULY 26, 2017, OFFICE VISIT.

18           IN YOUR REVIEW DID THAT RECORD SUPPORT

19   DR. KITCHENS' REQUEST FOR TESTING ACCOMMODATIONS?

20   A.       NO, THEY DID NOT.

21   Q.       AND WHY IS THAT?

22   A.       AGAIN, THERE WAS LITTLE TO NO CLINICAL

23   INFORMATION PROVIDED HERE BY DR. HACKMAN.  DR. HACKMAN

24   ACTUALLY REFERS DR. KITCHENS OUT TO BE EVALUATED FOR

25   ADHD IN THIS PROGRESS NOTE.  SO I AM UNCLEAR AS TO

1    WHETHER DR. HACKMAN IS EVEN MAKING A DIAGNOSIS.

2              THERE IS NO INFORMATION PROVIDED AT ALL

3    ABOUT DR. KITCHENS, ABOUT ANY SYMPTOMS HE WAS

4    EXPERIENCING AT THE TIME.  THERE IS NO INFORMATION

5    PROVIDED AS TO HOW HE WAS EXPERIENCING ANY IMPAIRMENT

6    BECAUSE OF THOSE SYMPTOMS, AND THERE IS NO

7    RECOMMENDATION THAT IS MADE FOR TEST ACCOMMODATIONS.

8    Q.     AND THEN IF YOU CLICK TO THE NEXT TWO PAGES.

9              AND WHAT DOES THIS DOCUMENT APPEAR TO BE?

10   A.     IT APPEARS TO BE AN E-MAIL FROM PROMETRIC, TO

11   DR. KITCHENS, REGARDING AN APPOINTMENT CONFIRMATION FOR

12   THE NBME SUBJECT EXAMINATION PROGRAM, THE COMPUTER-BASED

13   COMPREHENSIVE BASIC SCIENCE EXAM.

14             AND IT LISTS EXTENDED TIME UNDER TEST

15   ACCOMMODATIONS.

16   Q.     WHAT IS THE CBSE?

17   A.     ITS AN EXAMINATION THAT IS PROVIDED BY THE NBME

18   SUBJECT EXAMINATION PROGRAM.

19   Q.     AND I THINK WE HAVE ESTABLISHED THIS BUT DOES

20   THE NBME DECIDE WHO RECEIVES ACCOMMODATION IS ON THE

21   CBSE?

22   A.     NO, THEY DO NOT.

23   Q.     AND SO HOW DID THIS DOCUMENT INFORM YOUR

24   ANALYSIS?

25   A.     THERE IS NOT REALLY MUCH INFORMATION THAT I CAN

1    GAIN FROM THIS.  ALTHOUGH IT LISTS EXTENDED TIME UNDER

2    TEST ACCOMMODATIONS, I'M UNCLEAR AS TO WHY DR. KITCHENS

3    WAS PROVIDED EXTENDED TIME FOR THIS ONE EXAMINATION.

4              WE DO ASK THAT IF EXAMINEES ARE BEING

5    PROVIDED ACCOMMODATIONS BY THEIR MEDICAL SCHOOL, THAT

6    THEY COMPLETE THE CERTIFICATION OF PRIOR TEST

7    ACCOMMODATIONS FORM.  THAT FORM SHOULD BE COMPLETED BY A

8    MEDICAL SCHOOL OFFICIAL IN THE DISABILITY SERVICES UNIT

9    WHO CAN ACTUALLY SPEAK TO THE SPECIFIC ACCOMMODATIONS

10   THAT ARE PROVIDED ON COMPUTER-BASED EXAMINATIONS.

11             AND THEN WE ALSO ASK FOR THE INDIVIDUAL

12   TO PROVIDE A RATIONALE AS TO WHY THOSE ACCOMMODATIONS

13   ARE PROVIDED.  SO I DON'T KNOW IF DR. KITCHENS WAS

14   PROVIDED ACCOMMODATIONS FOR A BROKEN WRIST OR SOMETHING

15   THAT HAPPENED RANDOMLY AT THE TIME AND THAT'S WHY NEEDED

16   ACCOMMODATIONS FOR THAT ONE EXAM, I AM UNCLEAR.

17   Q.     LET'S TAKE THAT DOWN.  AND THEN LET'S PULL UP

18   EXHIBIT PX 4.

19             CAN YOU TAKE A LOOK AT THAT DOCUMENT?

20   A.     YES.

21   Q.     OKAY.  DO YOU RECOGNIZE THIS DOCUMENT?

22   A.     YES, I DO.

23   Q.     WHAT IS THIS?

24   A.     THIS IS THE CORRESPONDENCE THAT I WROTE TO DR.

25   KITCHENS, EXPLAINING OUR RATIONALE AS TO WHY HIS REQUEST

1    FOR TEST ACCOMMODATIONS WAS DENIED.

2    Q.     GENERALLY SPEAKING, WHY DID NBME DENY DR.

3    KITCHENS' REQUEST?

4    A.     WE EXPLAINED THAT HIS DOCUMENTATION DID NOT

5    SUPPORT HIS REQUEST FOR TEST ACCOMMODATIONS BECAUSE THE

6    DOCUMENTATION DID NOT SUBSTANTIATE A DIAGNOSIS OF ADHD.

7              WE EXPLAINED THAT TEST ANXIETY IN AND OF

8    ITSELF WAS NOT EVIDENCE OF A DISABILITY OR IMPAIRMENT IN

9    A MAJOR LIFE ACTIVITY.  AND WE EXPLAINED THAT DR.

10   KITCHENS WAS ABLE TO PROGRESS THROUGHOUT HIS EDUCATION

11   WITHOUT ANY ACCOMMODATIONS AND THAT DEMONSTRATED THAT HE

12   DID NOT REQUIRE ACCOMMODATIONS TO ACCESS THE USMLE.

13   Q.     WE CAN TAKE THAT DOCUMENT DOWN.

14              AND WE WILL PULL UP EXHIBIT PX 3.  IF YOU

15   CAN TAKE A LOOK AT THIS DOCUMENT.

16              DOES THIS IS DOCUMENT OR THIS COLLECTION

17   OF DOCUMENTS LOOK FAMILIAR TO YOU, DR. MCGEEHAN?

18   A.     YES, THIS WAS DR. KITCHENS' SECOND REQUEST FOR

19   TEST ACCOMMODATIONS THAT HE SUBMITTED IN OCTOBER OF

20   2022.

21   Q.     AND WE WILL FORWARD TO PAGE 3.

22              WHAT IS DR. KITCHENS' SEEKING IN THIS

23   REQUEST?

24   A.     HE CHECKED OFF ADDITIONAL BREAK TIME AND

25   50 PERCENT ADDITIONAL TEST TIME.

```
1    Q.      AND WE CAN TAKE THAT DOWN.

2                 DID DR. KITCHENS PROVIDE ANY NEW

3    DOCUMENTATION WITH THIS REQUEST?

4    A.      NO, HE DID NOT.

5    Q.      DID YOU COMMUNICATE WITH DR. KITCHENS ABOUT THIS

6    REQUEST?

7    A.      I DID.

8    Q.      AND NOW WE WILL PULL UP EXHIBIT DX 78.  TAKE A

9    LOOK AT THIS DOCUMENT.

10                DO YOU RECOGNIZE THIS DOCUMENT?

11   A.      YES.  I WROTE -- I WROTE THAT EMAIL TO DR.

12   KITCHENS.

13   Q.      IN YOUR OWN WORDS, WHAT ARE YOU TRYING TO CONVEY

14   TO DR. KITCHENS IN THIS E-MAIL?

15   A.      WELL, I WANT TO POINT OUT THAT THIS E-MAIL WAS

16   WRITTEN AFTER A DISABILITY SERVICES SPECIALIST HAD

17   ALREADY COMMUNICATED WITH DR. KITCHENS AND EXPLAINED

18   THAT NO ADDITIONAL OR NEW DOCUMENTATION WAS SUBMITTED

19   WITH HIS REQUEST.

20                AND I WAS JUST REITERATING THAT

21   INFORMATION TO HIM TO SAY, WE HAVE PREVIOUSLY REVIEWED

22   -- CAREFULLY AND THOROUGHLY REVIEWED ALL OF THE

23   DOCUMENTATION HE HAD PREVIOUSLY PROVIDED, SO I WAS

24   TRYING TO EXPLAIN TO HIM TO, PLEASE, GO BACK AND LOOK AT

25   OUR GUIDELINES.
```

1          WE WOULD BE HAPPY TO REVIEW SOMETHING NEW

2    OR SUBSTANTIVE THAT WE HAVE NOT ALREADY LOOKED AT, BUT

3    ALTERNATIVELY, WE COULD RELEASE THE HOLD ON THE

4    SCHEDULING PERMIT SO THAT HE CAN GO AHEAD AND SCHEDULE

5    AN EXAM, SINCE WE LIKE TO BE AWARE OF INDIVIDUAL'S TIME

6    LINES.

7    Q.     DOES THE NBME HAVE ANY MINIMUM PAGE -- YOU CAN

8    TAKE THAT DOWN.

9          DOES THE NBME HAVE ANY MINIMUM PAGE

10   REQUIREMENTS FOR THE AMOUNT OF SUPPORTING DOCUMENTATION

11   THAT GOES INTO THE REQUEST?

12   A.     NO.

13   Q.     SO WHAT ARE YOU -- WHAT ARE YOU LOOKING FOR WHEN

14   YOU ARE SAYING YOU -- YOU ARE LOOKING FOR NEW

15   DOCUMENTATION?

16   A.     LOOKING FOR DOCUMENTATION, AGAIN, THAT WE HAD

17   NOT PREVIOUSLY REVIEWED WITH HIS PRIOR REQUESTS.  SO WE

18   PROVIDE A LOT OF EXAMPLES ON OUR WEBSITE, AND IT DOES

19   NOT NECESSARILY HAVE TO BE A COMPREHENSIVE OR EXTENSIVE

20   EVALUATION.

21          IT DOES NOT NECESSARILY EVEN HAVE TO BE

22   TREATMENT RECORDS.  IT COULD BE ANY SORT OF OBJECTIVE

23   RECORDS THAT MIGHT DEMONSTRATE THE INDIVIDUAL'S REPORTED

24   IMPAIRMENT.

25          THAT COULD BE A PRIOR TRANSCRIPTS.  IT

```
1      COULD BE LETTERS FROM -- LETTERS OR FEEDBACK FROM

2      FACULTY.  LETTERS FROM A NEIGHBOR WHO IS SAYING THAT YOU

3      EXHIBIT OR YOU REPORTED SYMPTOMS.

4                     IT COULD ALSO BE RECORDS THAT DEMONSTRATE

5      YOU HAVE NOT BEEN ABLE TO PAY -- YOU PASSED DUE ON YOUR

6      BILLS BECAUSE OF YOUR INATTENTION OR -- SO AGAIN, WE

7      HAVE A NUMBER OF EXAMPLES THAT WE PROVIDE ON OUR

8      WEBSITE.

9                     IT DOES NOT NECESSARILY HAVE TO BE

10     SOMETHING THAT IS -- LIKE I SAID, IT DOES NOT

11     NECESSARILY HAVE TO BE A COMPREHENSIVE OR EXPENSIVE

12     EVALUATION.

13                    MS. MEW:  I DO NOT HAVE ANY OTHER

14     QUESTIONS FOR DR. MCGEEHAN.

15                    THE COURT:  OKAY.  DR. KITCHENS?

16                    CROSS EXAMINATION

17     BY DR. KITCHENS:

18     Q.     HI THERE, DR. MCGEEHAN.  NICE TO MEET YOU IN

19     PERSON -- WELL, OVER VIDEO.

20     A.     I KNOW.

21     Q.     SO CAN YOU REITERATE WHAT YOU STATED THAT YOU

22     HAD YOUR PH.D. IN?

23     A.     YES.  I HAVE A DOCTORAL DEGREE IN EDUCATIONAL

24     PSYCHOLOGY, WITH A FOCUS IN SCHOOL PSYCHOLOGY.

25     Q.     OKAY.  THANK YOU.
```

1                    SO DID YOU EVER GO TO MEDICAL SCHOOL?

2    A.      NO.

3    Q.      OKAY.  THANK YOU.

4                    YOU MENTIONED EARLIER ABOUT THE DSM-5 TR

5    MANUAL THAT -- SO YOU -- ISN'T IT TRUE THAT YOU ARE

6    AWARE OF THE CHANGE OF THE DSM-5 TO THE DSM-5 TR?

7    A.      I AM AWARE OF WHAT CHANGE?  CAN YOU CLARIFY?

8    Q.      YES.  SO RECENTLY THERE WAS A CHANGE FROM THE --

9    YOU MENTIONED EARLIER THAT YOU REVIEWED THE DSM -- THE

10   DSM-5 TR EARLIER FOR ADHD, BUT IT RECENTLY CHANGED TO

11   THE DSM-5 TR.  SO WERE YOU AWARE OF THE CHANGE FROM

12   DSM-5 TO DSM-5 TR?

13   A.      YES.  THAT THERE WAS A TEXT REVISION?  YES.

14   Q.      UH-HUH.  AND WERE THERE ANY CHANGES BETWEEN THE

15   DSM-5 AND DSM-5 TR REGARDING ADHD?

16   A.      AS FAR AS THE CRITERIA, THE CRITERIA STAYED THE

17   SAME.  I CAN'T RECALL ANY SPECIFIC OR DRASTIC CHANGES

18   THAT WERE MADE TO THE CRITERIA.

19   Q.      AND THANK YOU FOR THAT.

20                   ISN'T IT TRUE THAT THE DSM-5 TR AND --

21   ACTUALLY, LET ME CHANGE THAT THERE.

22                   IS IT IN YOUR -- WITHIN YOUR

23   UNDERSTANDING THAT ONE, AS AN ADULT, CAN BE DIAGNOSED

24   WITH ADHD?

25   A.      YES.

1    Q.      ISN'T IT TRUE THAT THE DSM-5 TR RECOGNIZES THAT

2    A SUBSTANTIAL PORTION OF CHILDREN WITH ADHD REMAIN

3    RELATIVE IMPAIRED UNTIL ADULTHOOD?

4    A.      YES.

5    Q.      IF I COULD NOW GO AND IF WE CAN PULL UP PX 03.

6    AND I AM GOING TO PLUG UP MY COMPUTER.  SORRY.  SO WE

7    RECENTLY WENT OVER THIS, WE CAN SCROLL THROUGH QUICKLY

8    JUST FOR CLARITY'S SAKE.

9                DO YOU RECOGNIZE THIS -- THIS DOCUMENT,

10   DR. MCGEEHAN?

11   A.      THE REQUEST FOR TEST ACCOMMODATIONS FORM?

12   Q.      YES, OH, SORRY.  PLEASE GO THROUGH SO SHE CAN

13   SEE THE DOCUMENT IN ITS ENTIRETY, PLEASE.  OKAY.

14                SO NOW THAT -- SO YOU RECOGNIZE THIS

15   DOCUMENT; CORRECT?

16   A.      YES.

17   Q.      SO THIS IS MY -- IF WE GO DOWN TO THE DATE SO WE

18   CAN THE DATE THERE.  ZOOM UP JUST A LITTLE BIT, PLEASE.

19                SO WHEN YOU REVIEWED MY DOCUMENT FOR --

20   REVIEWED THIS -- MY APPLICATION, FOR ACCOMMODATIONS,

21   WOULD YOU SAY THAT YOU SPENT AN ADEQUATE AMOUNT OF TIME

22   IN REVIEWING THE RECORDS ATTACHED?

23   A.      YES.

24   Q.      AND HOW MUCH TIME EXACTLY DID YOU SPEND

25   REVIEWING MY APPLICATION?

1      A.      I MEAN, I CAN'T -- I CAN'T GIVE AN ESTIMATED

2      AMOUNT OF TIME BUT I PROVIDE A THOROUGH AND

3      INDIVIDUALIZED REVIEW FOR EVERY SINGLE REQUEST THAT

4      COMES ACROSS MY DESK.

5      Q.      I CAN APPRECIATE YOU SAYING THAT YOU CAN'T GIVE

6      AN ACCURATE AMOUNT OF TIME BUT CAN YOU GIVE AN ESTIMATE

7      AMOUNT OF TIME THAT YOU SPENT REVIEWING MY

8      DOCUMENTATION, AN ESTIMATE; FIVE MINUTES, TEN MINUTES?

9      A.      TO BE HONEST, I REVIEWED YOUR REQUEST -- YOU

10     KNOW, A FEW -- I REVIEWED YOUR REQUEST INITIALLY WHEN I

11     CAME IN -- YOU KNOW, TOPICALLY A THOROUGH INDIVIDUALIZED

12     REVIEW TAKES MORE THAN A FEW MINUTES.  SO I WOULD SAY AT

13     LEAST TWO OR SO HOURS, MAYBE MORE.

14     Q.      SO YOU ARE SAYING FOR THE RECORD THAT YOU SPENT

15     APPROXIMATELY TWO HOURS REVIEWING MY -- MY APPLICATIONS?

16     A.      REVIEWING YOUR APPLICATION IN DETAIL, YES.

17             DRAFTING CORRESPONDENCE TO YOU, YES.

18     Q.      SO -- OKAY.  LET ME BE A LITTLE BIT MORE

19     SPECIFIC.

20             WHEN I SUBMITTED MY DOCUMENTATION TO YOU,

21     WHEN YOU REVIEWED -- NOT INCLUDING CORRESPONDENCE TO ME

22     -- WHEN YOU REVIEWED THIS DOCUMENT, WHEN I SENT IT IN

23     AND YOU LOOKED OVER AND REVIEWED IT, APPROXIMATELY HOW

24     MUCH TIME DID IT TAKE FOR YOU TO REVIEW THAT -- THOSE

25     MEDICAL DOCUMENTS INCLUDED WITH THIS PARTICULAR

1    APPLICATION?

2    A.      AGAIN, AROUND ONE OR TWO HOURS.

3    Q.      OKAY.  TWO HOURS.  TO REVIEW THIS, DID I HEAR

4    YOU -- FOR THE RECORD, DID I HEAR YOU SAY YOU SPENT TWO

5    HOURS REVIEWING THIS DOCUMENT THAT WE HAVE HERE ON THE

6    SCREEN?  FOR THE RECORD?

7    A.      WAIT, JUST FOR THE REQUEST FORM?  I THINK I AM

8    CONFUSED AS TO WHAT YOU ARE ASKING ME?

9            CAN YOU CLARIFY WHAT YOU ARE ASKING ME,

10   BECAUSE I THINK I AM CONFUSED.

11           MS. MEW:  AND DR. KITCHENS, I DON'T MEAN

12   TO INTERRUPT AND I'M SORRY TO DO THIS, FIRST AND JUST SO

13   THE RECORD IS CLEAR, YOU PULLED UP PX 3 AND I THINK THAT

14   -- ARE YOU TALKING ABOUT YOUR FIRST REQUEST OR YOUR

15   SECOND REQUEST?

16           DR. KITCHENS:  I ASKED FOR PX 3.

17           MS. MEW:  OKAY.

18           DR. KITCHENS:  AND THAT'S -- I SHOWED THE

19   DATE THERE SO WE CAN SEE.

20           MS. MEW:  OKAY.

21   BY DR. KITCHENS:

22   Q.      AND SO WHEN REVIEWING THIS DOCUMENT, DR.

23   MCGEEHAN, ON THIS APPLICATION AND THE DOCUMENTS ATTACHED

24   TO IT, IT ESTIMATED -- HOW MUCH ESTIMATED TIME DID IT

25   TAKE FOR YOU TO REVIEW MY DOCUMENTATION FOR MY

1     APPLICATION?

2     A.     SO I JUST WANT TO CLARIFY THAT YOU ARE ASKING

3     HOW MUCH TIME IT TOOK ME TO REVIEW YOUR SECOND REQUEST

4     FOR TEST ACCOMMODATIONS THAT CAME IN?   AND NOT JUST

5     YOUR ASKING HOW MUCH TIME IT TOOK TO REVIEW ALL OF THAT

6     DOCUMENTATION FOR THE SECOND TIME?

7     Q.     THIS DOCUMENT HERE, THAT'S ON THE SCREEN, THAT

8     WAS GIVEN ON AUGUST 30TH, 2020?

9     A.     JUST REVIEWING THE REQUEST FORM?

10    Q.     OKAY.  IT INCLUDES ALL OF THE DOCUMENTATION IN

11    THIS.  CAN WE SCROLL THROUGH FOR DR. MCGEEHAN'S

12    CONVENIENCE, PLEASE?

13              THAT'S THE ENTIRE DOCUMENT, DR. MCGEEHAN.

14              HOW LONG DID IT TAKE YOU FOR YOU TO

15    REVIEW THIS DOCUMENT, AN ESTIMATE?

16    A.     TO REVIEW YOUR SECOND REQUEST FOR TEST

17    ACCOMMODATIONS IT PROBABLY TOOK ME AROUND 30 MINUTES BUT

18    THEN I WENT BACK TO COMPARE IT TO WHAT YOU HAD

19    PREVIOUSLY PROVIDED WITH YOUR INITIAL REQUEST FOR TEST

20    ACCOMMODATIONS.

21    Q.     30 MINUTES.  OKAY.  AND THEN FOR MY INITIAL

22    ACCOMMODATIONS, FOR WHICH WE HAVE -- I THINK FOR TIME'S

23    SAKE, THERE WAS NO NEW DOCUMENTATION.  I THINK WE CAN

24    AGREE TO THAT DUE TO CORRESPONDENCE AND THINGS OF THAT

25    NATURE.

1          MY QUESTION WOULD BE NOW IS:

2          HOW MUCH TIME DO YOU ESTIMATE THAT YOU

3     SPENT REVIEWING MY ORIGINAL, MY FIRST -- SORRY,

4     APPLICATION FOR ACCOMMODATIONS?

5     A.     OUR INITIAL APPLICATION FOR ACCOMMODATIONS?

6     AGAIN, PROBABLY AROUND ONE TO TWO HOURS.

7     Q.     OKAY.  AND DR. MCGEEHAN, HOW MANY APPLICATIONS

8     DO YOU REVIEW IN ANY GIVEN DAY?

9     A.     I CAN'T REALLY QUANTIFY THAT.  I AM NOT ONLY

10    REVIEWING TESTS FOR ACCOMMODATIONS IN MY DAY-TO-DAY

11    ROLE.  I AM ALSO INVOLVED IN OTHER PROJECTS AND SO.

12    Q.     MM-HMM?

13    A.     I CAN'T SPEAK TO EXACTLY HOW MANY REQUESTS I

14    REVIEW IN ONE DAY.  I WOULD NOT BE ABLE TO GIVE YOU AN

15    ACCURATE ESTIMATE OF THAT.

16    Q.     AND I UNDERSTAND THAT YOU HAVE MANY OTHER ROLES

17    AS WELL BUT YOU KNOW, DO YOU KNOW NORMALLY REVIEW, ON

18    ANY GIVEN DAY ONE APPLICATION, TWO APPLICATIONS?

19    A.     IT DEPENDS ON WHAT MY SCHEDULE LOOKS LIKE FOR

20    THE DAY.

21    Q.     OKAY.  THANK YOU.

22          I THINK EARLIER IT WAS SAID THAT THE NBME

23    RECEIVES SEVERAL THOUSAND APPLICATIONS A YEAR AND THAT

24    85 PERCENT OF THEM ARE APPROVED.  SO I JUST WANT TO SEE

25    REALLY ABOUT, YOU KNOW, HERE IS -- ANYWAY, I DIGRESS.  I

1    MOVE FORWARD.

2               SO ISN'T IT TRUE THAT ALL OF THE

3    APPLICATIONS THAT YOU -- THAT ARE -- THAT I HAVE

4    SUBMITTED TO YOU CONTAIN A PERSONAL STATEMENT?

5    A.    YES.

6    Q.    AND IF I COULD, LET'S SEE IF WE CAN PULL BACK UP

7    THAT PARTICULAR DOCUMENT, PLEASE?  AND TO GO MY PERSONAL

8    STATEMENT THERE, THANK YOU.

9               DR. MCGEEHAN, ISN'T IT TRUE THAT THERE

10    HAVE BEEN DOCUMENTED APPLICANTS WHO HAVE PROVIDED A

11    PERSONAL STATEMENT THAT IS MUCH MORE DETAILED AND IN

12    LENGTH THAN MY PERSONAL STATEMENT HERE AND HAVE BEEN

13    DENIED ACCOMMODATIONS?

14    A.    INDIVIDUALS' PERSONAL STATEMENTS VARY IN LENGTH

15    AND, AS I EXPLAINED TO MS. MEW, IT'S QUALITY OVER

16    QUANTITY.  SO IT DOES NOT NECESSARILY MATTER IN REGARD

17    TO HOW MANY PAGES OR PARAGRAPHS AN INDIVIDUAL WRITES.

18               IT'S THE DEPTH AND BREADTH OF THE

19    INFORMATION THAT THE INDIVIDUAL PROVIDES TO US ABOUT

20    THEIR REPORTED DISABILITY AND HOW IT IS IMPAIRING TO

21    THEM IN THEIR DAILY LIFE.

22    Q.    YES, DR. MCGEEHAN, I DON'T MEAN TO CUT YOU OFF,

23    JUST FOR TIME'S SAKE, I AM LOOKING AT THE TIME HERE.

24               IF YOU COULD GIVE A TRUE OR NOT TRUE,

25    JUST TIME SAKE ON THIS QUESTION IS REALLY A YES OR NO.

1              ISN'T IT TRUE THAT -- ISN'T IT TRUE THAT

2    PEOPLE WHO HAVE APPLIED FOR ACCOMMODATIONS HAVE PROVIDED

3    MORE SUBSTANTIAL DOCUMENTATION THAN MY APPLICATION AND

4    HAS BEEN DENIED ACCOMMODATIONS; TRUE -- ISN'T THAT TRUE?

5    A.    I AM NOT SURE HOW OTHER INDIVIDUALS' REQUEST FOR

6    TEST ACCOMMODATIONS ARE RELEVANT TO YOURS, DR. KITCHENS.

7    Q.    IT'S RELEVANT BECAUSE -- WELL

8              THE COURT:  HOLD ON, DR. KITCHENS, HOLD

9    ON.

10              DR. MCGEEHAN, COULD YOU PLEASE ANSWER THE

11    QUESTION.

12              THE WITNESS:  CAN YOU REPEAT IT BACK TO

13    ME, PLEASE?

14              DR. KITCHENS:  YES, MA'AM, NO PROBLEM.

15    BY DR. KITCHENS:

16    Q.    ISN'T IT TRUE THAT THERE ARE APPLICANTS WHO HAVE

17    APPLIED FOR ACCOMMODATIONS WITH MORE -- WITH MORE

18    DETAILED DOCUMENTATION THAN I HAVE PROVIDED HERE AND HAS

19    BEEN DENIED ACCOMMODATIONS?

20    A.    I GUESS I AM UNCLEAR ABOUT WHAT YOU MEAN BY MORE

21    DETAILED.

22    Q.    OKAY.

23    A.    YES, IT'S POSSIBLE THAT AN INDIVIDUAL MIGHT HAVE

24    PROVIDED A LENGTHIER PERSONAL STATEMENT AND THEIR

25    REQUEST WAS DENIED.  AGAIN, IF THE PERSONAL STATEMENT

```
1      WASN'T -- IT DIDN'T CONTAIN THE INFORMATION TO SUPPORT

2      THEIR REQUEST FOR ACCOMMODATIONS.

3      Q.      OKAY.  AND ISN'T IT TRUE THAT THERE HAVE BEEN

4      APPLICANTS THAT HAVE PROVIDED SEVERAL DIFFERENT DETAILED

5      EVALUATIONS FOR ADHD, BY SEVERAL DIFFERENT MEDICAL

6      PROVIDERS AND WERE DENIED THEIR DENIED ACCOMMODATIONS

7      FOR THE USMLE?

8      A.      WE REVIEW THESE REQUESTS ON AN INDIVIDUALIZED

9      BASIS ITS DEPENDENT ON WHETHER THE DOCUMENTATION

10     SUPPORTS THE REQUESTED ACCOMMODATIONS.

11     Q.      OKAY.

12     A.      WE WOULD KEEP TRACK OF -- YOU KNOW, WE DON'T

13     NECESSARILY KEEP TRACK OF EXAMINEES THAT THE LENGTH OF

14     THE DOCUMENTATION AND WHETHER AN ACCOMMODATION WAS

15     APPROVED OR NOT.

16     Q.      RIGHT.  WELL, MY QUESTION HERE IS:

17             WERE THOSE PEOPLE WHO HAVE PROVIDED ALL

18     OF THESE DOCUMENTATIONS THAT YOU HAVE REQUESTED HAVE

19     ALSO BEEN DENIED, TO BE MORE SPECIFIC; ISN'T THAT

20     CORRECT?

21     A.      BUT AGAIN, AS I MENTIONED DR. KITCHENS, ITS NOT

22     NECESSARILY THAT WE ARE ASKING FOR, YOU KNOW, A

23     COMPREHENSIVE EVALUATION OR THESE LENGTHY TREATMENT

24     RECORDS.  IT'S JUST, WE ARE ASKING FOR DOCUMENTATION TO

25     SUBSTANTIATE THE DIAGNOSIS.
```

```
 1                    THE COURT:  DR. MCGEEHAN, I THINK

 2   SOMETHING IS OFF ON MY EAR, BUT THESE ARE SOUNDING LIKE

 3   QUESTIONS WHERE THERE IS A PRETTY STRAIGHTFORWARD YES,

 4   NO, OR I DON'T KNOW.

 5                    SO DR. KITCHENS, WHY DON'T YOU TRY THAT

 6   AGAIN.

 7   BY DR. KITCHENS:

 8   Q.     DR. MCGEEHAN, ISN'T IT TRUE THAT APPLICANTS

 9   THERE HAS BEEN APPLICANTS WHO HAVE SUBMITTED ALL OF THE

10   -- THE THINGS THAT YOU GUYS HAVE -- THAT NBME REQUESTS

11   FROM THEIR GUIDELINES FOR ACCOMMODATIONS AND WERE

12   DENIED; CORRECT?

13   A.     NO, IF IT DIDN'T SUPPORT THEIR REQUESTS.

14   Q.     SO DID YOU SAY NO, THAT'S NOT CORRECT?

15   A.     AN INDIVIDUAL PROVIDED DOCUMENTATION AND WE

16   PROVIDED -- THAT THEY PROVIDED DOCUMENTATION THAT WE

17   ASKED BUT IT DIDN'T SUPPORT THEIR REQUEST, THEN YES, IT

18   WAS DENIED.

19   Q.     OKAY.  LET'S GO AHEAD AND MOVE ON.  CAN YOU

20   SCROLL DOWN, PLEASE, TOWARDS THE MEDICAL RECORD?  SORRY,

21   SCROLL UP SOME FIRST.

22                    DR. MCGEEHAN, HERE CAN YOU SEE ON THE

23   SCREEN HERE THERE IS A CONFIRMATION OF -- MY

24   CONFIRMATION FROM THE PROMETRIC CENTER.

25                    DO YOU SEE THAT?
```

1    A.      YES.

2    Q.      DO YOU SEE WHERE IT SAYS "TESTING ACCOMMODATIONS

3    AND EXTENDED TIME"?

4    A.      YES.

5    Q.      ISN'T IT TRUE THAT IF THERE WAS AN OPTION

6    BETWEEN A CERTAIN PERCENTAGE OF EXTENDED TIME THAT IT

7    WOULD HAVE BEEN -- THAT IT WOULD HAVE BEEN INDICATED ON

8    THIS PARTICULAR DOCUMENT?

9    A.      I DON'T KNOW.  I DON'T KNOW THAT ANSWER.

10   Q.      OKAY.  LET ME ASK THAT QUESTION DIFFERENTLY.

11           ISN'T IT MOST LIKELY THAT IF MY SCHOOL

12   SAID THAT WE PROVIDE 25 PERCENT EXTRA MORE TIME, THAT IT

13   WOULD HAVE INDICATED HERE ON THIS DOCUMENT NEAR

14   "EXTENDED TIME"?

15   A.      WHERE?

16   Q.      DO YOU SEE WHERE IT SAYS "EXTENDED TIME" THERE?

17   A.      YES.

18   Q.      OKAY. LET'S MOVE ON.  IF YOU CAN SCROLL DOWN,

19   PLEASE.  ALL RIGHT.  HERE.  SCROLL DOWN A LITTLE MORE,

20   PLEASE.

21           DR. MCGEEHAN, DO YOU SEE SEE WHERE IT

22   SAYS PAST "MEDICAL HISTORY"?

23   A.      YES.

24   Q.      AND CAN YOU SEE THE WORD THAT IS WRITTEN RIGHT

25   UP UNDER THERE?

1    A.       YES.

2    Q.       FOR THE RECORD CAN YOU SAY WHAT THIS WORD IS?

3    A.       ADHD

4    Q.       NO, THE WORD ABOVE ADHD?

5    A.       DIAGNOSIS.

6    Q.       AND THEN THE WORD UNDER DIAGNOSES, THAT FIRST

7    BULLET POINT, WHAT WAS THE DIAGNOSE?

8    A.       ADHD.

9    Q.       AND WHAT WAS THE DATE THAT I WAS DIAGNOSED WITH

10   ADHD, ACCORDING TO THIS MEDICAL RECORD?

11   A.       ACCORDING TO THE MEDICAL RECORD, IT HAS LISTED

12   2013.

13   Q.       OKAY.  WOULD A PROFESSIONAL -- ISN'T IT TRUE

14   THAT IT WOULD BE UNLIKELY FOR A PROFESSIONAL MEDICAL

15   DOCTOR TO GIVE A DIAGNOSIS OF ADHD WITHOUT DOING THE

16   PROPER EXAMINATIONS?

17   A.       I DON'T KNOW IF THAT'S TRUE OR NOT.  I CAN'T

18   SPEAK TO THAT.

19   Q.       OKAY.  SO LET ME ASK THAT QUESTION A LITTLE BIT

20   DIFFERENT THEN.

21            WOULD IT BE PROFESSIONAL FOR A MEDICAL

22   DOCTOR TO GIVE A DIAGNOSES OF ADHD WITHOUT DOING THE

23   PROPER EVALUATIONS?

24            WOULD IT BE UNPROFESSIONAL FOR THEM TO

25   GIVE A DIAGNOSES OF ADHD WITHOUT DOING THE PROPER

```
 1    EVALUATIONS TO JUSTIFY THEIR DIAGNOSES OF ADHD?

 2    A.      THERE ARE VARIOUS TREATING PROFESSIONALS WHO ARE

 3    QUALIFIED TO DIAGNOSE ADHD, AND WHO EVALUATE AND

 4    DIAGNOSE ADHD IN VARIOUS WAYS.  SO I -- AGAIN, I CAN'T

 5    SPEAK TO HOW A MEDICAL DOCTOR MIGHT DIAGNOSE ADHD.  I AM

 6    A PSYCHOLOGIST, AND I CAN EXPLAIN TYPICALLY

 7    PSYCHOLOGISTS GO AHEAD DIAGNOSING ADHD.

 8    Q.      THE QUESTIONS WAS REALLY A YES OR NO.

 9              WAS -- IS IT PROFESSIONAL FOR A MEDICAL

10    DOCTOR TO GIVE A DIAGNOSES OF ADHD WITHOUT DOING PROPER

11    EVALUATION -- WITHOUT CONDUCTING A PROPER EVALUATION TO

12    JUSTIFY THEIR DIAGNOSES; YES OR NO?

13              THE COURT:  DR. KITCHENS, I UNDERSTOOD

14    THE ANSWER TO BE, I DON'T KNOW.

15              DR. KITCHENS:  MOVING ON.  OKAY.  MOVING

16    ON, IF WE CAN SCROLL DOWN, PLEASE?

17    BY DR. KITCHENS:

18    Q.      DO YOU SEE THE -- WHERE IT SAYS THE MEDICATION

19    -- MEDICATION LIST HERE?

20    A.      YES.

21    Q.      DR. MCGEEHAN?

22              AND CAN YOU SAY -- DO YOU SEE THIS WHERE

23    IT'S CIRCLED IN RED.

24    A.      YES.

25    Q.      AND AS A PSYCHOLOGIST, WHAT IS THAT PARTICULAR
```

1    MEDICATION USED FOR, BUSPIRONE?

2    A.        APPARENTLY ANXIETY.

3    Q.        APPARENTLY ANXIETY?   OKAY.   AND WHAT DID WE SEE

4    HERE CIRCLED IN THE RED?   RIGHT BESIDE -- SORRY, YES,

5    WHERE THE CURSOR IS?

6    A.        AND DEXTROAMPHETAMINE-AMPHETAMINE.

7    Q.        AND THIS DRUG HERE IS WRITTEN SPECIFICALLY FOR

8    WHICH DIAGNOSES?

9    A.        I'M ASSUMING ADHD.

10   Q.        YES.   AND DO YOU SEE RIGHT BESIDE IT -- AND WHAT

11   IS THE DOSAGE?

12   A.        THAT'S OUTSIDE OF MY SCOPE.   I CAN TELL WHAT YOU

13   IT SAYS RIGHT THERE, IT SAYS TAKE ONE TABLET BY MOUTH

14   DAILY.

15   Q.        UH-HUH.   AND DO YOU SEE THE AMOUNT HERE?

16   A.        HERE?

17   Q.        NO, GO BACK TO WHERE THE DEXTROAMPHETAMINE -- DO

18   YOU SEE THE MILLIGRAM RIGHT BESIDE IT?

19   A.        15 MILLIGRAMS.

20   Q.        AND DO YOU SEE WHERE IT SAYS P-O-B-I-D.?

21   A.        MM-HMM.

22   Q.        CAN YOU TELL ME WHAT P-O-B-I-D STANDS FOR AND

23   WHAT IT MEANS?

24   A.        NO, I CAN'T.

25   Q.        THANK YOU.   IF WE CAN -- AND DR. MCGEEHAN, ARE

1     YOU ABLE TO PRESCRIBE MEDICATION?

2     A.     I AM NOT.

3     Q.     AND DO YOU KNOW HOW THE MEDICATION FOR ADHD

4     WORKS?

5     A.     THAT'S OUTSIDE OF MY SCOPE OF PRACTICE.

6     Q.     OKAY.  SO THAT'S OUTSIDE OF YOUR SCOPE OF

7     PRACTICE.

8                   ISN'T IT TRUE THAT YOU ARE NOT QUALIFIED

9     TO REVIEW THESE MEDICAL RECORDS?

10    A.     AGAIN, THE MEDICATIONS DON'T TELL ME ANYTHING

11    ABOUT THE DIAGNOSIS OR IMPAIRMENT AND AN INDIVIDUAL IS

12    STILL QUALIFIED TO -- AN INDIVIDUAL CAN STILL BE

13    QUALIFIED TO DIAGNOSE ADHD.

14                  I WOULD ASSUME THAT MISTAKEN CAN'T

15    PRESCRIBE MEDICATION BUT SHE COMPLETED AN EVALUATION FOR

16    YOU --

17    Q.     I'M SORRY, YOUR HONOR, I'M SORRY, DR. MCGEEHAN.

18                  MY STATEMENT TO YOU WAS:

19                  ISN'T IT TRUE THAT YOU ARE NOT QUALIFIED

20    TO REVIEW THESE MEDICAL RECORDS?

21    A.     -- I AM NOT QUALIFIED TO REVIEW THESE MEDICAL

22    RECORDS.

23    Q.     AND --

24                  MS. MEW:  I JUST COULDN'T -- I THINK THAT

25    THE SOUND FLIPPED OUT.  I WANT TO MAKE SURE THE RECORD

1    IS CLEAR.

2                    DR. KITCHENS:  SORRY YES, MY QUESTION TO

3    DR. MCGEEHAN WAS:  ISN'T IT TRUE THAT SHE IS NOT

4    QUALIFIED TO REVIEW THE THESE MEDICAL RECORDS.

5    BY DR. KITCHENS:

6    Q.     AND CAN YOU SAY YOUR ANSWER AGAIN, PLEASE, DR.

7    MCGEEHAN.

8    A.     YES.  I SAID I AM QUALIFIED TO REVIEW THESE

9    MEDICAL RECORDS AND I REVIEW THESE -- I REVIEW MEDICAL

10   RECORDS AS PART OF MY DAY-TO-DAY RESPONSIBILITY.

11   Q.     I'M SORRY, DR. MCGEEHAN.  THAT'S THAT WASN'T

12   YOUR ANSWER.  YOUR ANSWER WAS NO, I WAS NOT QUALIFIED.

13   A.     NO, THAT'S NOT WHAT I SAID.

14   Q.     OKAY.  THE RECORD WILL -- OKAY.

15   A.     I WANT TO CLARIFY THAT, THAT'S NOT WHAT I SAID.

16   Q.     ALL RIGHT.

17                    IF WE CAN, DR. MCGEEHAN, HERE ON THIS

18   PARTICULAR MEDICAL RECORD HERE, HOW MUCH MEDICATION DID

19   MY DOCTOR PRESCRIBE FOR ME TO TAKE IN A DAY OR

20   DEXTROAMPHETAMINE-AMPHETAMINE?

21   A.     IN A DAY?

22   Q.     YES, MA'AM, ONE TABLET, DAILY?

23   Q.     ISN'T IT TRUE THAT P-O-B-I-D ACTUALLY MEANS TO

24   TAKE ONE TABLET ORAL -- TAKE THE TABLET ORALLY TWICE A

25   DAY?

1    A.       AGAIN, I THINK I STATED EARLIER THAT I DIDN'T

2    KNOW WHAT THAT MEANT.

3    Q.       SO ISN'T IT TRUE THAT IF THIS IS SAYING THAT --

4    THIS SAYS TO TAKE ONE TABLET BY MOUTH -- SORRY -- TAKE

5    ONE TABLET BY MOUTH, TWICE A DAY, ISN'T IT TRUE THAT

6    THAT WOULD INDICATE THAT THAT MY MEDICATION IS

7    30 MILLIGRAMS PER DAY THAT I WOULD HAVE TO TAKE?

8    A.       I GUESS.

9    Q.       OKAY.  AND ISN'T IT TRUE THAT A PERSON WHO IS

10   TAKING A MEDICATION SUCH AS ADDERALL FOR ADHD,

11   30 MILLIGRAMS A DAY, IS CONSIDERED TO BE MODERATE TO

12   SEVERE SYMPTOMS FOR -- OF ADHD; ISN'T THAT TRUE?

13   A.       I DON'T KNOW.

14   Q.       AND ISN'T IT TRUE THAT THE MAXIMUM AMOUNT OF

15   DOSAGE THAT YOU CAN GIVE A PERSON WITH ADHD IS

16   40 MILLIGRAMS PER DAY?

17   A.       I DON'T KNOW THE MAXIMUM DOSAGE.

18   Q.       THANK YOU.  ALL RIGHT.  WE CAN REMOVE THAT

19   THERE.  IF YOU COULD PX AND LET'S SEE.  SORRY ABOUT

20   THAT.  SORRY ABOUT THE DELAY.  I AM ALMOST FINISHED

21   HERE, OKAY.

22            DR. MCGEEHAN, ISN'T IT TRUE THAT YOU HAVE

23   NOT CONDUCTED AN EVALUATION ON ME FOR ADHD?

24   A.       I HAVE NOT.

25   Q.       AND BUT BASED ON YOUR ONE TO TWO-HOUR LONG

1    REVIEW, AS YOU STATED EARLIER, WOULD YOU HAVE THIS COURT

2    TO BELIEVE THAT YOU KNOW BETTER THAN MY MEDICAL

3    PHYSICIANS WHO HAVE TREATED ME?

4    A.      I CAREFULLY CONSIDER THE INFORMATION THAT IS

5    PROVIDED BY YOUR QUALIFIED TREATING PROFESSIONALS.

6    Q.      THAT'S NOT MY QUESTION DR. MCGEEHAN.  AND I'M

7    SORRY, YOUR HONOR, I DON'T MEAN TO CUT OFF.

8              I WILL REPEAT THE QUESTION FOR YOU, DR.

9    MCGEEHAN.

10             BASED ON THE ONE TO TWO-HOUR LONG REVIEW

11   OF MY APPLICATION, AS YOU MENTIONED EARLIER, WOULD YOU

12   HAVE THIS COURT TO BELIEVE THAT YOU WOULD KNOW BETTER

13   THAN THE MEDICAL PHYSICIANS WHO HAVE TREATED ME; YES OR

14   NO?

15   A.

16             MS. MEW:  WAIT A MINUTE.  I'M SORRY, WHAT

17   IS THE QUESTION?

18             DR. KITCHENS:  THE QUESTION IS:  WOULD --

19   DOES -- DOES DR. MCGEEHAN BELIEVE THAT SHE WOULD KNOW

20   MORE ABOUT ME THAN MY TREATING PHYSICIAN?

21             THAT'S A FAIR QUESTION IN MY OPINION.

22             THE WITNESS:  WOULD I KNOW MORE ABOUT YOU

23   THEN YOUR TREATING PHYSICIAN?  I DON'T KNOW HOW MUCH

24   YOUR TREATING PHYSICIAN KNOWS ABOUT YOU.  I DON'T KNOW,

25   AND AGAIN, BASED ON THE RECORDS THAT WERE PROVIDED, THEY

```
 1      DIDN'T REALLY SPEAK TO -- THEY DIDN'T PROVIDE ANY

 2      INFORMATION ABOUT YOU.

 3      BY DR. KITCHENS:

 4      Q.      SO ISN'T IT TRUE THAT MY MEDICAL PROVIDER SPENT

 5      MORE TIME WITH ME THAN YOU HAVE?

 6      A.      I DON'T KNOW HOW MUCH TIME YOU SPENT WITH YOUR

 7      MEDICAL PROVIDERS, DR. KITCHENS.

 8      Q.      HOW MUCH TIME, DR. MCGEEHAN, HAVE YOU SPENT IN

 9      THE PRESENCE -- TALKING TO ME OUTSIDE THIS LITIGATION?

10      A.      NONE.

11      Q.      SO IS -- ISN'T IT TRUE THAT IF I HAVE MET WITH

12      MY PHYSICIANS IN PERSON WHO HAS MADE THESE DOCUMENTATION

13      ISN'T IT -- WOULDN'T IT BE -- ISN'T IT TRUE THAT I HAVE

14      MET WITH THEM MORE THAN I HAVE WITH YOU?

15      A.      YES, BUT YOUR TREATMENT RECORDS DID NOT EVEN

16      STATE HOW MANY TIMES YOU MET WITH THEM.

17      Q.      SO RIGHT.  BUT THAT MY QUESTION WAS, YES, THANK

18      YOU.

19              CAN WE PULL UP -- JUDGE, I AM REALIZING

20      THE TIME.  SHOULD I PAUSE AND PICK IT UP TOMORROW?

21              THE COURT:  NO.  LET'S GO TO ABOUT --

22      LET'S GO ABOUT TEN MORE MINUTES.

23              DR. KITCHENS:  YES, SIR.  THANK YOU, YES

24      JUDGE.

25      BY DR. KITCHENS:
```

1    Q.      CAN WE PLEASE PULL UP -- YES, CAN WE PLEASE PULL

2    UP PX 30.

3              DR. MCGEEHAN, ARE YOU FAMILIAR WITH THIS

4    DOCUMENT THAT YOU SEE HERE ON THE SCREEN?

5    A.      YES, ALTHOUGH IT WAS NOT PROVIDED WITH YOUR

6    INITIAL OR SECOND REQUEST FOR TEST ACCOMMODATIONS.

7    Q.      YES.  DR. MCGEEHAN, ARE YOU FAMILIAR WITH THE

8    DOCUMENT THAT'S ON THE SCREEN?

9    A.      YES.

10   Q.      AND DR. MCGEEHAN -- IF WE SCROLL DOWN SOME

11   PLEASE UNTIL WE GET TO THE DIAGNOSTIC PAGE -- SORRY,

12   STOP HERE FIRST.

13             DR. MCGEEHAN, DO YOU SEE WHERE IT SAYS

14   "ASSESSMENT PROCEDURES"?

15   A.      YES.

16   Q.      FOR THE COURT RECORD, CAN YOU PLEASE QUICKLY

17   READ THAT OUT LOUD?

18   A.      "MEDICAL INTERVIEW RECORD REVIEW, BEHAVIORAL

19   OBSERVATIONS, A-DIVA 2, ACHENBACH SYSTEM OF EMPIRICALLY

20   -BASED ASSESSMENT SELF-REPORT, ACHENBACH SYSTEM OF

21   EMPIRICALLY-BASED ASSESSMENTS SPOUSE'S REPORT, ACHENBACH

22   SYSTEM OF EMPIRICALLY-BASED ASSESSMENT MOTHER'S REPORT,

23   MOXO DISTRACTED CONTINUOUS PERFORMANCE TEST.

24   Q.      SO ISN'T IT TRUE THAT WHEN CONDUCTING THIS --

25   THIS EVALUATION, THESE ARE THE PROCEDURES THAT WERE

1    TAKEN INTO ACCOUNT?

2    A.      YES, THAT'S -- THESE WERE THE -- THESE WERE THE

3    ASSESSMENTS WERE THAT ADMINISTERED TO YOU BY MRS. BACON.

4    Q.      CAN WE SCROLL DOWN TO WHERE WE SEE THE

5    DIAGNOSTIC PAGE, PLEASE.  YES.

6            SO DO YOU SEE WHERE IT SAYS "DIAGNOSTIC

7    IMPRESSIONS," DR. MCGEEHAN?

8    A.      YES, I DO.

9    Q.      SO ISN'T IT TRUE THAT THE EVALUATION ON THE

10   SCREEN CONTAINS A DIAGNOSTIC IMPRESSION?

11   A.      YES.

12   Q.      AND WHAT IS THAT DIAGNOSTIC IMPRESSION?

13   A.      "ATTENTION DEFICIT-HYPERACTIVITY DISORDER,

14   COMBINED PRESENTATION."

15   Q.      THANK YOU.

16           AND LET'S SCROLL DOWN.  THANK YOU.

17           DR. MCGEEHAN, ISN'T IT TRUE THAT AS A

18   DISABILITY SPECIALIST PART OF YOUR FINAL DECISION IS TO

19   DETERMINE WHAT ACCOMMODATIONS ARE APPROPRIATE FOR AN

20   EXAMINATION?

21   A.      YES.

22   Q.      ISN'T IT TRUE THAT ADDITIONAL TIME IS AN

23   ACCOMMODATION LISTED ON THE USMLE?  AND FOR THE RECORD,

24   THIS IS PX -- SORRY, YOU CAN TAKE -- YES -- NO, KEEP

25   THIS UP HERE.

1                    YES WE ARE STILL ON PX 30 HERE, THANK

2      YOU.

3                    SO YES SO I WILL STATE MY QUESTION AGAIN,

4      DR. MCGEEHAN; OKAY?

5                    ISN'T IT TRUE THAT ADDITIONAL TIME

6      TESTING TIME IS AN ACCOMMODATION LISTED ON THE USMLE'S

7      APPLICATION FORM?

8      A.      YES, ADDITIONAL TEST TIME IS LISTED ON THE USMLE

9      REQUEST FORM.

10     Q.      25 PERCENT ADDITIONAL TEST TIME OVER TWO DAYS IS

11     A REASONABLE ACCOMMODATION; CORRECT?

12                   MS. MEW:  OBJECTION.  I MEAN, IN WHAT

13     CONTEXT IN YOUR CASE?

14                   DR. KITCHENS:  ACCORDING TO ON THE FORM

15     THAT IS THERE, THAT A PERSON IS ABLE TO CHECK OFF THAT

16     IT'S LISTED AS AN OPTION.

17     BY DR. KITCHENS:

18     Q.      ISN'T IT TRUE THAT 25 PERCENT ADDITIONAL TEST

19     TIME OVER TWO DAYS IS A REASONABLE ACCOMMODATION;

20     CORRECT?

21     A.      IT'S AN ACCOMMODATION THAT IS AVAILABLE TO

22     EXAMINEES, YES, 25 PERCENT ADDITIONAL TEST TIME IS

23     LISTED ON THE TEST FORM.

24     Q.      AND 50 PERCENT OF ADDITIONAL TEST TIME OVER TWO

25     DAYS IS ALSO A REASONABLE ACCOMMODATION; CORRECT?

1                    MS. MEW:  JUST OBJECTION TO THE EXTENT

2       THAT'S VAGUE.  WHAT ARE YOU TALKING ABOUT?  IN WHAT

3       CONTEXT?  IS IT FOR YOUR IN YOUR CASE OR JUST?

4       BY DR. KITCHENS:

5       Q.     FOR AN APPLICANT WHO IS APPLYING FOR

6       ACCOMMODATIONS WHICH IS LISTED ON THE FORM FOR ASKING

7       FOR ACCOMMODATIONS, BECAUSE THAT PERSON CHECKS IT OFF

8       BEFORE THEY SUBMIT IT TO YOU, ISN'T IT TRUE THAT

9       100 PERCENT OF ADDITIONAL OVER TWO DAYS IS A REASONABLE

10      ACCOMMODATION; CORRECT?

11                   MS. MEW:  I OBJECT TO FORM.

12                   THE COURT:  YES, DR. KITCHENS, THE

13      STRUGGLE HERE IS AND THINK ABOUT PERSPECTIVE OF READING

14      THE TRANSCRIPT LATER, THERE IS GOING TO BE SOME

15      UNCLARITY ABOUT WHETHER WE ARE TALKING ABOUT THE

16      HYPOTHETICAL QUESTION, ABOUT WHETHER THAT ACCOMMODATION

17      COULD BE REASONABLE FOR THE RIGHT APPLICANT, OR WHETHER

18      DR. MCGEEHAN THOUGHT IT WAS REASONABLY FOR YOU.

19                   DR. KITCHENS:  THANK YOU, JUDGE. AND I

20      WILL REPHRASE MY QUESTION, IF THAT'S OKAY.

21      BY DR. KITCHENS:

22      Q.     FOR THE RIGHT APPLICANT WHO IS REQUESTING

23      ACCOMMODATIONS ON THE USMLE, 100 PERCENT OF ADDITIONAL

24      TIME OVER TWO DAYS IS A REASONABLE ACCOMMODATION;

25      CORRECT?

1                      MS. MEW:  I AM GOING TO JUST OBJECT

2      AGAIN.  I DON'T MEAN BUT --

3                      THE COURT:  OVERRULED.  GO AHEAD AND

4      ANSWER, DR. MCGEEHAN.

5                      THE WITNESS:  FOR THE -- YES, EXAMINEES

6      CAN REQUEST 100 PERCENT ADDITIONAL TEST TIME FOR USMLE.

7      BY DR. KITCHENS:

8      Q.      AND FOR THE RIGHT APPLICANT APPLYING FOR

9      ACCOMMODATIONS ISN'T IT TRUE THAT IT IS -- ISN'T IT TRUE

10     THAT ADDITIONAL BREAK TIME IS ALSO AN -- A REASONABLE

11     ACCOMMODATIONS; IS THAT CORRECT?

12     A.      YES, WE ALSO HAVE ADDITIONAL BREAK TIME FORMS

13     AND SO EXAMINEES CAN REQUEST ADDITIONAL BREAK TIME AS

14     WELL.

15                     DR. KITCHENS:  THANK YOU, YOUR HONOR.  I

16     HAVE NO FURTHER QUESTIONS.

17                     THE COURT:  ALL RIGHT.  MS. MEW, GO

18     AHEAD, WE CAN SQUEEZE -- DEPENDING ON WHAT YOU HAVE IN

19     MIND WE SHOULD BE ABLE TO SQUEEZE IN YOUR REDIRECT.

20                     MS. MEW:  I THINK SO.  CAN WE TAKE THIS

21     DOCUMENT DOWN?  THANK YOU.

22                     REDIRECT EXAMINATION

23     BY MS. MEW:

24     Q.      DR. MCGEEHAN, IS THIS -- IS THIS YOUR FIRST TIME

25     TESTIFYING?

1    A.      YES.   SORRY, I WAS REALLY NERVOUS, JUDGE, SO I

2    APOLOGIZE IF -- I HAVE BEEN REALLY NERVOUS.

3    Q.      IT HAS BEEN A LONG WAIT.   YOU HAVE BEEN ON CALL

4    SINCE MONDAY?

5    A.      YES, SO I APOLOGIZE FOR ASKING YOU TO CLARIFY.

6              THE WITNESS:   DR. KITCHENS, I APPRECIATE

7    IT AND LIKE I SAID, I HAVE BEEN REALLY NERVOUS.

8              DR. KITCHENS:   THAT'S FINE.

9              THE WITNESS:   IT'S UNFORTUNATE THAT THIS

10   IS HOW WE ARE MEETING, SO...

11   BY MS. MEW:

12   Q.      JUST FOR CLARITY, ONE THING.

13              WHEN DR. KITCHENS WAS ASKING YOU ABOUT

14   THE AMOUNT OF TIME THAT YOU WERE -- YOU SPENT REVIEWING

15   HIS FIRST REQUEST, AND YOU WERE ALSO TALKING ABOUT

16   PREPARING THE LETTER, JUST IN THE INTEREST OF TIME

17   BECAUSE YOU HAVE EXPLAINED THIS TO ME BEFORE I AM GOING

18   TO ASK YOU THIS AND YOU CAN JUST TELL ME IF I HAVE IT

19   RIGHT.

20              IS IT YOUR PRACTICE TO -- YOU SORT OF

21   REVIEW THE DOCUMENTS AND PREPARE THE LETTER WHILE YOU

22   ARE PREPARING THE DOCUMENTS?

23   A.      SO INITIALLY I DO A FULL REVIEW OF THE DOCUMENTS

24   AND THEN AFTER THAT I MIGHT GO ON -- WE REVIEW REQUESTS

25   IN THE ORDER IN WHICH THEY ARE RECEIVED.

1          SO AT THAT POINT IN TIME, DEPENDING ON

2     WHEN THE EXAMINEES' REQUEST CAME IN,0 IT KIND OF GOES

3     INTO A LIST AND THEN I AM ALLOWED -- I APPRECIATE BEING

4     ABLE TO AND I GIVE MYSELF TIME THEN TO BE ABLE TO GO

5     BACK TO IT WHEN I AM READY TO THEN DRAFT THE LETTER FOR

6     IT.  SO THEN I ESSENTIALLY LOOK AT IT AGAIN, WITH LIKE A

7     FRESH SET OF EYES.

8     Q.     SO YOU ARE LOOKING THROUGH THE DOCUMENTS TWO

9     TIMES AT LEAST?

10    A.     YES, AT LEAST TWO TIMES, YES.

11    Q.     OKAY.  AND ALSO JUST FOR CLARITY, WHEN DR.

12    KITCHENS WAS ASKING YOU HOW MANY APPLICATIONS YOU REVIEW

13    PER DAY, AND AGAIN JUST IN THE INTEREST OF TIME, ARE YOU

14    TRYING TO SAY THAT YOU DON'T NECESSARILY SPEND A FULL

15    DAY REVIEWING APPLICATIONS; SOME DAYS YOU MIGHT DO IT

16    SOME PART OF THE DAY, OTHER TIMES YOU MIGHT BE DOING

17    OTHER ACTIVITIES?

18    A.     YES, EXACTLY.  SO I MIGHT SPEND TIME IN THE

19    MORNING REVIEWING, AND AGAIN, IT JUST DEPENDS ON WHAT MY

20    DAY LOOKS LIKE.

21    Q.     OR YOU MIGHT SPEND PART OF THE DAY TESTIFYING AT

22    TRIAL FOR THE FIRST TIME?

23    A.     YES.

24    Q.     OKAY.  AND JUST SOMETHING ELSE I WANTED TO

25    CLARIFY.

1          AND AGAIN, DID YOU -- WAS DR. KITCHENS'

2   REQUEST FOR ACCOMMODATIONS WHEN HE SUBMITTED THAT FIRST

3   REQUEST FOR ACCOMMODATIONS THAT'S YOU REVIEWED ON THE

4   MERITS, WAS IT DENIED BECAUSE HE DID NOT COMPLY WITH THE

5   GUIDELINES?

6   A.     NO.

7   Q.     AND I THINK YOU SAID THIS BUT AGAIN, REGARDLESS

8   OF SOMEONE -- WHATEVER IT MIGHT BE, COMPLYING WITH THE

9   GUIDELINES, IS IT -- DO YOU REVIEW WHAT YOU RECEIVE ON

10  THE MERITS?

11  A.     YES, AGAIN BECAUSE WE TRY NOT TO BE OVERLY

12  BURDENSOME TO EXAMINEES.

13          MS. MEW:  NO FURTHER QUESTIONS.  THANK

14  YOU, DR. MCGEEHAN.

15          THE WITNESS:  THANK YOU.

16          MS. MEW:  THE JUDGE MIGHT HAVE QUESTIONS.

17          THE COURT:  DR. KITCHENS, ANY VERY

18  LIMITED RECROSS JUST ON THOSE EXACT TOPICS?

19          DR. KITCHENS:  YES, SIR.

20          RECROSS EXAMINATION

21  BY DR. KITCHENS:

22  Q.     DR. MCGEEHAN, THROUGHOUT THIS ENTIRE LITIGATION

23  I HAVE BEEN REMINDED HOW SPARSE MY APPLICATION IS.

24          ISN'T IT -- IS IT A TRUE STATEMENT THAT

25  YOU REVIEWED MY APPLICATION TWO TIMES BEFORE YOU MADE A

```
1     DECISION UPON MY APPLICATION?

2     A.      YES.

3     Q.      AND DR. MCGEEHAN, HOW MANY PEOPLE ARE IN YOUR

4     DEPARTMENT WHO REVIEW THESE -- WHO REVIEWS APPLICATIONS

5     FOR ACCOMMODATIONS?

6     A.      CURRENTLY?

7                 THE COURT:  DR. KITCHENS, I'M GOING TO --

8     I WILL GIVE YOU A LITTLE BIT OF LEEWAY HERE BUT YOU NEED

9     TO KEEP THE SCOPE OF YOUR RECROSS LIKE NARROWED TO WHAT

10    MS. MEW WAS JUST ASKING.  SORRY, GO AHEAD.

11                DR. KITCHENS:  I AM, JUDGE.

12    BY DR. KITCHENS:

13    Q.      GO AHEAD.  MY QUESTION IS:

14                HOW MANY PEOPLE IN YOUR DEPARTMENT

15    REVIEWS APPLICATIONS?

16    A.      CURRENTLY THERE ARE FOUR INDIVIDUALS WHO ARE --

17    REVIEW REQUEST FOR TEST ACCOMMODATIONS.

18    Q.      AND MY LAST QUESTION IS:

19                AND HOW MANY APPLICANTS PER YEAR DO YOU

20    GUYS -- DOES THE NBME RECEIVE?

21    A.      PER YEAR?

22    Q.      YES, IN ONE YEAR?

23    A.      I BELIEVE LAST YEAR WE RECEIVED OVER 2,500

24    REQUESTS.

25    Q.      OKAY.  SO IS IT ACCURATE THAT OUT OF 2,500, IT'S
```

1    DIVIDED BY FOUR PEOPLE TO REVIEW THOSE DOCUMENTS?

2    A.      NO, BECAUSE SOME OF THOSE REQUESTS ARE REQUESTS

3    THAT WERE PREVIOUSLY APPROVED.  SOME OF THOSE REQUESTS

4    ARE JUST FOR ADDITIONAL BREAK TIME ONLY.

5            SO THAT'S -- THE TOTAL NUMBER OF REQUESTS

6    WE RECEIVED ARE 2,500, BUT NOT ALL OF THOSE REQUESTS ARE

7    COMPREHENSIVELY AND THOROUGHLY REVIEWED.

8            DR. KITCHENS:  NO FURTHER QUESTIONS, YOUR

9    HONOR.

10           THE COURT:  OKAY.  DR. MCGEEHAN, THANK

11   YOU FOR YOUR TIME.  YOU MAY BE EXCUSED.

12           THE WITNESS:  THANK YOU.

13           THE COURT:  ALL RIGHT.  WELL, THAT BRINGS

14   US TO THE END OF THE TRIAL DAY.

15           LIKE I SAID BEFORE, I AM SET UP SO THAT

16   WE CAN RESUME TOMORROW MORNING AT 9 A.M.

17           WE WILL ONLY GO FOR A LITTLE UNDER AN

18   HOUR BECAUSE I HAVE TO BREAK FOR A QUICK CONFERENCE IN

19   ANOTHER CASE, BUT THEN WE WILL -- AT THAT BREAK WE WILL

20   PROBABLY BE 20 MINUTES OR SOMETHING, I WILL TELL YOU AT

21   THE TIME AND WE WILL RESUME AND HOPEFULLY GET THIS THING

22   FINISHED TOMORROW.

23           DR. KITCHENS:  YES, JUDGE.

24           MS. MEW:  THANK YOU, YOUR HONOR.

25           THE COURT:  ALL RIGHT.  THANK YOU.  HAVE

1    A GOOD EVENING AND SEE IN YOU THE MORNING.

2                    (COURT ADJOURNED.)

3                    I CERTIFY THAT THE FOREGOING IS A CORRECT

4    TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

5    ABOVE-ENTITLED MATTER.

6    **6-7-23**                    *Lynn Gligor*

7    DATE                         OFFICIAL COURT REPORTER

8                                 LYNN GLIGOR, RMR

9                    I   N   D   E   X

10   WITNESS              DIRECT  CROSS  REDIRECT  RECROSS

11    MARKCUS KITCHENS

12   BY MS. MEW            --       7       --       40

13   BY DR. KITCHENS       --       --       8       --

14   BY THE COURT                          42

15    ERIN CONVERY

16   BY MS. MEW            50       --   105, 111     --

17   BY DR. KITCHENS       --       73       --      106

18   BY THE COURT                          108

19    DR. MICHAEL GORDON

20   BY MS. MEW           115       --       --       --

21   BY DR. KITCHENS       --      176       --       --

22   BY THE COURT                          185

23    LUCIA MCGEEHAN

24   BY MS. MEW           198       --      244       --

25   BY DR. KITCHENS       --      220       --      247

| 1 | EXHIBITS | PAGE |
|---|---|---|
| 2 | D 28 | 7 |
|   | D 35 | 7 |
| 3 | P 55 | 21 |
|   | PDX 93 | 28 |
| 4 | PDX 87 | 29 |
|   | D 8 | 55 |
| 5 | D 60 | 57 |
|   | D 61 | 57 |
| 6 | D 7 | 60 |
|   | D 69 | 63 |
| 7 | D 70 | 65 |
|   | D 62 | 67 |
| 8 | D 75 | 69 |
|   | D 76 | 71 |
| 9 | D 69 | 95 |
|   | D 58 | 117 |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$2,500** [1] - 33:22
**$250,000** [1] - 35:24

**0**

**00019** [1] - 141:2
**0048** [1] - 148:17
**0061** [1] - 147:4
**0070** [1] - 147:20
**03** [2] - 92:14, 222:5
**07** [1] - 99:23

**1**

**1** [25] - 8:19, 18:22,
26:22, 52:3, 54:22,
54:24, 56:2, 61:7,
63:21, 64:25, 66:8,
68:16, 68:22, 69:8,
72:10, 112:10,
115:1, 127:11,
166:16, 180:6,
185:23, 185:24,
206:19, 207:4, 211:9
**10** [5] - 22:13, 22:14,
37:15, 175:19
**10-MINUTE** [1] -
175:15
**100** [8] - 5:6, 206:18,
209:11, 211:9,
211:13, 243:9,
243:23, 244:6
**105** [1] - 250:16
**106** [1] - 250:17
**108** [1] - 250:18
**10:00** [3] - 112:17,
112:19
**10TH** [2] - 134:6,
146:15
**11** [1] - 118:19
**111** [1] - 250:16
**115** [1] - 250:20
**117** [1] - 251:9
**11:00** [1] - 3:13
**11TH** [2] - 18:7,
137:19
**12** [2] - 25:17, 123:8
**12022** [1] - 19:24
**12TH** [1] - 12:13
**135** [1] - 169:6
**14** [3] - 55:17, 118:20,
140:14
**14TH** [2] - 17:21, 18:8
**15** [4] - 55:24, 112:20,
112:21, 234:19
**15.2** [1] - 156:7
**15TH** [1] - 141:2
**16** [6] - 39:16, 39:17,

142:3, 142:4,
142:13, 173:6
**17** [1] - 1:8
**176** [1] - 250:21
**185** [1] - 250:22
**19** [1] - 41:19
**19106** [2] - 1:9, 1:20
**1977** [1] - 116:21
**198** [1] - 250:24
**1994** [2] - 120:12,
177:24
**1995** [2] - 120:12,
177:24

**2**

**2** [19] - 1:15, 32:11,
52:4, 56:2, 61:1,
63:12, 68:19,
117:11, 127:2,
127:25, 128:2,
157:19, 168:13,
193:7, 204:18,
205:7, 208:3, 240:19
**2,500** [4] - 53:24,
248:23, 248:25,
249:6
**2-15** [1] - 141:22
**20** [7] - 37:6, 46:13,
56:4, 118:22, 167:7,
249:20
**20005** [1] - 2:3
**2006** [1] - 141:22
**2013** [4] - 137:19,
139:2, 207:10,
232:12
**2014** [3] - 140:14,
140:18, 140:24
**2016** [3] - 141:3,
141:7, 200:1
**2017** [3] - 132:7,
142:15, 214:17
**2018** [5] - 131:6,
131:25, 143:18,
207:11, 213:22
**2020** [8] - 129:14,
130:7, 133:15,
134:6, 211:15,
212:14, 212:20,
225:8
**2021** [5] - 18:8, 32:17,
41:21, 41:23
**2022** [32] - 53:24,
54:25, 61:8, 61:10,
62:20, 62:25, 63:2,
65:16, 68:22, 69:3,
71:3, 71:6, 71:7,
72:2, 72:17, 74:5,
74:6, 126:19,
126:25, 128:4,

133:7, 133:21,
134:9, 134:14,
134:17, 135:16,
136:6, 144:15,
166:11, 205:19,
212:14, 217:20
**2023** [5] - 1:8, 60:4,
146:15, 147:5, 148:1
**21** [1] - 251:3
**22** [3] - 141:10,
142:10, 211:15
**22-3301** [1] - 1:5
**220** [1] - 250:25
**22ND** [7] - 31:10, 32:2,
32:15, 32:17,
129:14, 144:15,
212:14
**23** [2] - 41:20, 140:16
**244** [1] - 250:24
**247** [1] - 250:25
**24TH** [1] - 148:1
**25** [7] - 18:3, 19:13,
19:17, 231:12,
242:10, 242:18,
242:22
**25TH** [4] - 131:6,
131:25, 143:18,
213:22
**26** [2] - 142:15, 214:17
**2609** [1] - 1:19
**263** [1] - 30:9
**265** [1] - 30:12
**26TH** [1] - 132:6
**27** [1] - 154:14
**27TH** [1] - 133:15
**28** [8] - 7:13, 7:16,
39:7, 39:12, 39:13,
146:14, 251:2, 251:3
**280** [2] - 22:7, 44:13
**29** [3] - 19:17, 20:7,
251:4
**2ND** [1] - 72:2

**3**

**3** [23] - 1:12, 11:4,
15:12, 52:5, 52:17,
56:2, 56:18, 63:12,
63:18, 68:8, 68:13,
92:10, 118:15,
128:3, 157:12,
168:22, 173:6,
206:14, 217:14,
217:21, 224:13,
224:16
**30** [14] - 19:22, 19:23,
20:7, 110:10,
149:21, 157:11,
158:13, 167:7,
225:17, 225:21,

237:7, 237:11,
240:2, 242:1
**30-DAY** [1] - 110:11
**30TH** [5] - 69:3, 71:3,
71:6, 71:7, 225:8
**31-YEAR** [1] - 45:2
**320** [2] - 22:4, 22:6
**35** [12] - 7:19, 7:22,
36:3, 38:19, 39:3,
39:11, 39:13, 147:2,
148:16, 251:2
**37** [1] - 144:14

**4**

**4** [18] - 8:14, 8:15,
12:25, 89:11, 127:7,
143:17, 158:13,
158:21, 169:8,
172:24, 173:5,
180:20, 206:20,
207:3, 208:2,
209:18, 210:7,
216:18
**40** [4] - 46:12, 167:7,
237:16, 250:12
**40475** [1] - 1:16
**42** [1] - 250:14
**43** [1] - 10:3
**45TH** [1] - 169:5
**46** [1] - 147:25

**5**

**5** [7] - 16:6, 62:20,
127:7, 127:25,
136:8, 169:23, 210:8
**50** [3] - 217:25,
242:24, 250:16
**504** [2] - 59:10, 199:7
**52** [4] - 17:1, 66:19,
134:4
**53** [2] - 17:19
**55** [5] - 20:25, 21:3,
21:4, 251:3, 251:4
**57** [2] - 251:5, 251:5
**58** [5] - 116:25, 117:5,
117:8, 118:16, 251:9
**5TH** [8] - 61:8, 61:9,
62:3, 62:25, 63:2,
130:7, 139:2, 212:20

**6**

**6** [12] - 30:11, 65:16,
137:15, 137:18,
138:14, 147:5,
158:21, 173:1,
180:24, 182:21,
182:23

**60** [10] - 46:14, 56:13,
57:2, 57:5, 118:14,
153:8, 178:20,
178:23, 251:5, 251:6
**600** [1] - 2:3
**601** [1] - 1:19
**61** [9] - 36:4, 36:5,
36:11, 57:8, 57:12,
57:21, 57:25, 94:22,
251:5
**62** [3] - 33:10, 33:11,
33:12, 34:7, 40:13,
67:5, 67:16, 67:19,
251:7
**625** [1] - 1:15
**63** [1] - 251:6
**65** [4] - 48:12, 49:9,
153:8, 251:7
**67** [3] - 10:1, 101:6,
251:7
**69** [6] - 61:21, 63:6,
63:9, 84:13, 89:6,
91:23, 94:23, 94:25,
95:5, 95:9, 95:10,
95:12, 96:12, 251:6,
251:8, 251:9
**6TH** [1] - 64:24

**7**

**7** [9] - 60:1, 60:15,
60:20, 100:6,
140:11, 250:12,
251:2, 251:2, 251:6
**70** [15] - 10:2, 10:6,
36:3, 37:12, 37:15,
64:18, 65:6, 65:9,
65:10, 65:16,
118:14, 178:20,
178:23, 251:7
**700-13TH** [1] - 2:3
**71** [2] - 10:1, 251:8
**72** [1] - 10:6
**73** [1] - 250:17
**75** [11] - 68:24, 69:1,
69:18, 69:21, 84:9,
87:19, 88:17,
178:17, 178:20,
179:24, 251:8
**76** [5] - 70:24, 71:9,
71:13, 71:17, 251:8
**77** [1] - 10:3
**78** [5] - 29:16, 30:6,
72:1, 72:2, 218:8
**79** [2] - 30:11, 72:14
**7TH** [1] - 72:17

**8**

**8** [6] - 16:6, 54:15,

55:10, 55:14,
250:13, 251:4
**80'S** [1] - 117:18
**80TH** [1] - 162:5
**81** [3] - 31:12, 31:13,
32:11
**83-YEAR** [1] - 167:8
**84** [4] - 21:7, 22:12,
54:3
**85** [2] - 11:19, 226:24
**856)649-4774** [1] -
1:20
**87** [4] - 28:17, 28:19,
29:10, 251:4
**88** [1] - 11:12
**8TH** [2] - 140:14,
140:18

**9**

**9** [7] - 112:16, 130:6,
137:14, 138:14,
139:1, 212:21,
249:16
**90'S** [1] - 117:19
**90TH** [1] - 162:5
**91** [1] - 11:14
**92** [2] - 12:16, 12:21
**93** [5] - 24:1, 24:2,
28:12, 28:15, 251:3
**95** [1] - 251:9
**9:00** [2] - 112:18
**9TH** [2] - 22:15, 68:22

**A**

**A-DIVA** [5] - 157:19,
157:21, 193:7,
193:11, 240:19
**A.B.C** [1] - 16:2
**A.M** [3] - 16:6, 112:16,
249:16
**A2** [1] - 49:9
**ABILITIES** [3] -
149:19, 149:20,
163:16
**ABILITY** [17] - 42:9,
45:21, 45:22,
134:22, 134:25,
135:3, 136:17,
146:1, 148:13,
152:18, 162:15,
164:16, 174:23,
189:9, 191:24,
192:21, 194:9
**ABLE** [40] - 3:15, 9:13,
14:24, 19:2, 20:13,
20:14, 20:15, 22:10,
24:13, 31:23, 44:3,
44:17, 70:19, 77:22,

79:2, 109:19,
110:21, 127:16,
129:10, 137:13,
139:16, 139:17,
139:19, 145:16,
146:12, 148:9,
155:14, 165:5,
172:5, 188:24,
191:7, 191:12,
217:10, 220:5,
226:14, 235:1,
242:15, 244:19,
246:4
**ABNORMALLY** [1] -
192:24
**ABOUT** [163] - 4:7,
5:21, 5:24, 6:2, 6:17,
7:9, 8:23, 9:12, 11:4,
11:6, 13:3, 13:20,
15:4, 15:17, 15:18,
16:1, 17:3, 20:2,
21:8, 27:1, 29:18,
30:4, 30:14, 31:8,
34:8, 34:20, 36:15,
40:2, 40:8, 41:12,
42:7, 45:20, 47:1,
48:11, 48:20, 54:3,
54:8, 56:24, 57:19,
59:3, 59:15, 63:22,
69:11, 81:20, 81:21,
86:6, 88:3, 99:10,
99:11, 99:15, 105:1,
107:3, 107:9,
108:11, 108:13,
112:13, 113:1,
113:3, 113:20,
114:10, 114:18,
119:4, 119:5, 119:8,
119:20, 120:23,
121:3, 121:4,
122:10, 128:13,
128:15, 130:1,
130:2, 130:9,
130:18, 130:21,
131:2, 131:8, 132:1,
132:3, 132:8,
132:15, 132:18,
133:10, 133:12,
133:22, 134:18,
134:21, 134:24,
135:2, 135:5,
137:24, 138:5,
143:15, 145:14,
145:16, 146:5,
147:22, 147:24,
148:7, 148:11,
148:19, 151:11,
152:9, 155:20,
157:3, 157:8, 163:5,
163:7, 163:23,
163:24, 164:16,

165:4, 165:16,
166:5, 168:10,
171:12, 172:8,
178:9, 184:12,
185:3, 186:1, 187:5,
188:7, 190:2, 193:3,
194:16, 195:4,
196:22, 201:23,
202:6, 202:16,
203:15, 203:25,
206:3, 209:7,
213:17, 215:3,
218:5, 221:4,
224:14, 226:25,
227:19, 228:20,
235:11, 237:19,
237:20, 238:20,
238:22, 238:24,
239:2, 239:21,
239:22, 243:2,
243:13, 243:15,
243:16, 245:13,
245:15
**ABOVE** [2] - 232:4,
250:5
**ABOVE-ENTITLED** [1]
- 250:5
**ABSOLUTELY** [2] -
185:18, 194:23
**ABUSE** [1] - 180:3
**ACADEMIC** [10] -
99:16, 137:5,
188:18, 188:19,
188:22, 188:24,
189:6, 189:19,
208:13, 211:1
**ACADEMICALLY** [3] -
173:8, 189:8, 189:10
**ACCEPT** [6] - 91:21,
96:5, 98:7, 164:21,
187:9, 187:14
**ACCEPTABLE** [1] -
90:24
**ACCEPTED** [13] -
90:22, 90:24, 96:22,
97:9, 97:10, 97:11,
97:17, 97:20, 98:11,
103:14, 103:15,
103:17, 194:24
**ACCESS** [11] - 35:17,
59:4, 62:4, 65:20,
83:14, 139:16,
164:24, 175:9,
209:12, 211:4,
217:12
**ACCESSED** [1] -
35:17
**ACCESSIBILITY** [1] -
41:16
**ACCESSIBLE** [1] -

135:18
**ACCIDENTALLY** [1] -
110:11
**ACCOMMODATE** [1] -
23:10
**ACCOMMODATED** [3]
- 53:11, 210:3, 210:9
**ACCOMMODATION**
[43] - 38:16, 45:18,
54:14, 58:22, 61:3,
68:11, 80:20, 94:9,
114:11, 121:8,
121:23, 127:10,
128:3, 128:22,
133:7, 134:9, 149:4,
151:8, 186:19,
186:20, 202:20,
203:6, 203:7,
203:10, 203:22,
203:23, 204:9,
207:7, 209:4,
209:19, 210:7,
212:8, 215:20,
229:14, 241:23,
242:6, 242:11,
242:19, 242:21,
242:25, 243:10,
243:16, 243:24
**ACCOMMODATIONS**
[234] - 13:11, 13:15,
17:14, 17:17, 20:12,
22:17, 22:20, 22:23,
22:24, 23:18, 23:24,
29:18, 32:20, 34:23,
38:18, 40:17, 52:10,
52:22, 52:24, 53:2,
53:6, 53:7, 53:9,
53:11, 53:13, 53:21,
53:22, 53:25, 54:6,
54:8, 56:7, 56:16,
58:9, 58:13, 58:15,
59:4, 59:23, 59:25,
60:24, 63:16, 63:20,
63:23, 64:2, 64:7,
64:13, 64:25, 65:18,
66:7, 66:9, 67:8,
67:9, 67:25, 68:2,
68:14, 68:18, 68:21,
69:12, 72:8, 73:2,
73:5, 74:8, 81:13,
82:2, 82:19, 83:6,
83:17, 84:1, 84:18,
89:9, 91:17, 92:7,
92:19, 93:5, 93:11,
93:14, 93:22, 94:1,
94:12, 95:16, 97:9,
97:20, 97:22, 98:10,
98:12, 98:20, 98:21,
99:12, 99:13, 99:18,
99:22, 101:18,

102:8, 102:9,
102:13, 103:3,
103:7, 106:5,
106:18, 108:12,
108:20, 108:22,
109:3, 109:7,
109:18, 110:18,
120:8, 121:18,
121:19, 126:6,
126:20, 127:4,
127:15, 127:17,
127:19, 127:23,
128:7, 128:14,
128:17, 129:4,
129:5, 133:19,
134:13, 134:18,
135:17, 135:22,
137:7, 137:10,
147:16, 149:9,
151:23, 161:21,
161:23, 161:24,
162:3, 162:6,
162:18, 162:19,
162:20, 164:23,
173:21, 175:9,
186:16, 186:24,
187:7, 187:12,
187:18, 188:1,
188:6, 190:25,
191:5, 193:23,
198:13, 200:3,
200:7, 200:14,
201:2, 201:18,
201:20, 201:21,
201:23, 202:3,
202:8, 202:18,
202:25, 203:11,
204:1, 204:6,
205:14, 205:19,
205:23, 205:25,
206:4, 206:15,
206:24, 207:8,
208:16, 208:17,
209:24, 210:10,
210:12, 211:3,
211:4, 211:22,
212:23, 213:9,
214:1, 214:12,
214:19, 215:7,
215:15, 216:2,
216:5, 216:7, 216:9,
216:12, 216:14,
216:16, 217:1,
217:5, 217:11,
217:12, 217:19,
222:11, 222:20,
225:4, 225:17,
225:20, 225:22,
226:4, 226:5,
226:10, 227:13,
228:2, 228:4, 228:6,

228:17, 228:19,
229:2, 229:6,
229:10, 230:11,
231:2, 240:6,
241:19, 243:6,
243:7, 243:23,
244:9, 244:11,
247:2, 247:3, 248:5,
248:17
**ACCORDING** [11] -
9:18, 41:17, 83:22,
83:23, 122:10,
122:12, 142:19,
159:4, 232:10,
232:11, 242:14
**ACCOUNT** [1] - 241:1
**ACCURATE** [9] -
17:12, 29:2, 56:1,
155:12, 160:5,
223:6, 226:15,
248:25
**ACCURATELY** [1] -
47:11
**ACHENBACH** [4] -
158:14, 240:19,
240:20, 240:21
**ACHIEVEMENT** [2] -
189:13, 189:14
**ACKNOWLEDGEME
NT** [3] - 64:22, 69:6,
71:22
**ACKNOWLEDGES** [1]
- 71:24
**ACKNOWLEDGING**
[1] - 64:24
**ACROBAT** [1] -
102:20
**ACROSS** [4] - 9:22,
123:11, 123:16,
223:4
**ACT** [4] - 11:22, 11:24,
126:7, 210:10
**ACTION** [2] - 21:25,
157:25
**ACTIVELY** [1] -
109:14
**ACTIVITIES** [6] -
42:10, 78:6, 78:17,
101:23, 178:11,
246:17
**ACTIVITY** [9] - 89:19,
122:15, 135:8,
135:12, 164:10,
175:4, 203:20,
204:16, 217:9
**ACTUAL** [4] - 16:10,
27:14, 154:24,
171:22
**ACTUALLY** [48] -
6:20, 10:20, 12:22,

13:8, 19:15, 19:25,
20:24, 21:21, 25:6,
26:18, 27:8, 28:8,
29:4, 31:11, 34:18,
35:1, 40:7, 42:22,
46:2, 46:20, 46:21,
62:10, 74:12, 75:15,
84:10, 87:8, 106:13,
112:13, 113:22,
120:15, 125:19,
129:24, 142:22,
144:1, 153:22,
156:20, 158:22,
163:1, 184:24,
188:8, 201:13,
206:20, 214:13,
214:24, 216:9,
221:21, 236:23
**ADA** [17] - 52:24, 78:2,
78:4, 78:8, 78:11,
78:18, 79:15, 79:18,
79:22, 80:16, 81:5,
81:7, 120:21, 121:4,
121:24, 186:15,
195:7
**ADD** [3] - 100:9,
117:17, 117:19
**ADDED** [2] - 141:12,
193:10
**ADDERALL** [7] -
144:24, 191:17,
191:23, 192:7,
192:9, 192:18,
237:10
**ADDITION** [5] - 3:20,
70:9, 202:4, 202:12,
214:6
**ADDITIONAL** [33] -
65:1, 65:15, 66:11,
66:17, 70:8, 70:20,
70:21, 72:11, 82:6,
83:19, 136:2,
206:12, 206:17,
206:18, 209:11,
211:13, 217:24,
217:25, 218:18,
241:22, 242:5,
242:8, 242:10,
242:18, 242:22,
242:24, 243:9,
243:23, 244:6,
244:10, 244:12,
244:13, 249:4
**ADDITIONALLY** [1] -
203:13
**ADDRESS** [2] - 152:3,
164:14
**ADDRESSING** [3] -
8:24, 45:23, 137:23
**ADEQUATE** [1] -

222:21
**ADEQUATELY** [3] -
147:12, 148:9, 190:9
**ADHA** [7] - 138:11,
138:18, 139:24,
157:21, 160:21,
186:9, 195:5
**ADHD** [173] - 10:13,
42:15, 42:16, 44:3,
45:24, 65:25, 66:8,
78:11, 86:12, 86:14,
91:14, 116:18,
116:20, 116:23,
117:16, 118:3,
118:7, 118:11,
119:7, 119:15,
119:17, 119:18,
119:20, 119:23,
121:3, 121:22,
122:10, 122:23,
123:3, 123:22,
124:24, 125:14,
125:17, 125:20,
125:21, 125:22,
125:24, 126:3,
127:7, 128:12,
129:8, 129:16,
129:18, 129:22,
130:1, 130:10,
130:14, 130:18,
131:9, 131:16,
131:18, 131:21,
132:9, 132:19,
133:8, 134:19,
134:21, 134:25,
135:3, 135:6, 138:1,
139:13, 140:2,
140:23, 141:6,
143:5, 143:10,
143:23, 144:9,
144:22, 144:23,
145:21, 145:25,
146:20, 146:22,
147:9, 147:12,
147:23, 148:7,
148:8, 149:11,
150:17, 151:10,
154:10, 154:20,
155:6, 157:18,
159:4, 159:10,
159:11, 159:17,
160:13, 160:19,
160:21, 161:1,
163:10, 164:4,
164:21, 166:8,
166:21, 167:3,
167:7, 167:10,
167:13, 167:17,
168:4, 168:8,
168:17, 169:4,
169:17, 170:3,

170:5, 171:4, 171:8,
172:10, 172:13,
174:18, 178:4,
178:18, 179:24,
180:1, 183:17,
183:18, 183:21,
183:22, 184:2,
184:8, 184:14,
184:19, 187:5,
187:6, 187:11,
187:17, 188:15,
189:3, 190:15,
191:21, 195:12,
200:17, 201:1,
204:4, 209:6, 213:3,
214:25, 217:6,
221:10, 221:15,
221:24, 222:2,
229:5, 232:3, 232:4,
232:8, 232:10,
232:15, 232:22,
232:25, 233:1,
233:3, 233:4, 233:5,
233:7, 233:10,
234:9, 235:3,
235:13, 237:10,
237:12, 237:15,
237:23
**ADJECTIVES** [1] -
189:16
**ADJOURNED** [1] -
250:2
**ADJUSTED** [1] -
167:20
**ADMINISTER** [4] -
153:15, 160:12,
160:15, 165:25
**ADMINISTERED** [2] -
154:9, 241:3
**ADMINISTERING** [1] -
194:17
**ADMINISTRATION** [9]
- 53:15, 64:1, 64:7,
68:19, 68:22, 77:17,
77:18, 77:19, 191:9
**ADMINISTRATIVE** [1]
- 114:7, 190:15
**ADMINISTRATOR** [2]
- 77:1, 77:5
**ADMISSIBLE** [1] -
49:11
**ADMIT** [13] - 7:10,
7:12, 7:18, 55:9,
57:1, 60:14, 63:5,
65:6, 67:15, 69:17,
71:13, 88:17, 117:5
**ADMITTED** [46] - 7:15,
7:16, 7:21, 7:22,
21:3, 21:4, 28:14,
28:15, 29:7, 29:12,

29:13, 38:24, 39:3,
39:5, 39:8, 39:11,
39:13, 55:13, 55:14,
57:4, 57:5, 57:24,
57:25, 60:17, 60:18,
60:19, 60:20, 63:8,
63:9, 65:9, 65:10,
67:18, 67:19, 68:10,
69:20, 69:21, 71:16,
71:17, 95:3, 95:9,
95:11, 95:12, 99:24,
117:7, 117:8, 144:13
**ADOBE** [2] - 102:18,
102:20
**ADOLESCENCE** [1] -
117:21
**ADOLESCENTS** [4] -
117:16, 122:9,
199:19, 199:21
**ADULT** [11] - 166:21,
167:14, 183:16,
183:18, 183:20,
183:22, 184:1,
184:3, 184:18,
187:15, 221:23
**ADULT'S** [1] - 123:17
**ADULTHOOD** [4] -
178:18, 180:1, 222:3
**ADULTS** [10] - 116:15,
117:16, 117:20,
119:21, 120:6,
122:9, 125:7,
157:19, 199:19,
199:21
**ADVANCE** [2] - 16:21,
202:23
**ADVOCACY** [1] -
118:3
**AFFECTED** [1] - 45:22
**AFFECTS** [6] - 42:19,
45:21, 134:22,
134:25, 135:3, 135:6
**AFFIDAVIT** [1] - 34:20
**AFFIDAVITS** [1] -
34:12
**AFFORD** [1] - 45:7
**AFRAID** [2] - 152:8,
155:20
**AFRICAN** [5] - 107:15,
107:16, 107:17,
107:20, 108:1
**AFTER** [16] - 6:1,
15:22, 16:1, 22:20,
41:2, 72:22, 72:23,
116:9, 120:20,
123:12, 182:22,
190:1, 190:3,
199:22, 218:16,
245:24
**AFTERNOON** [6] -

115:24, 115:25,
116:4, 169:10,
198:9, 198:10
**AGAIN** [93] - 4:25,
9:12, 11:14, 12:9,
12:18, 13:10, 13:19,
17:2, 17:8, 17:16,
19:5, 19:9, 20:3,
20:10, 21:17, 22:18,
23:15, 30:4, 31:1,
31:5, 33:1, 36:1,
41:4, 56:19, 58:20,
63:13, 63:14, 79:17,
85:6, 85:21, 91:18,
94:4, 94:10, 97:10,
97:14, 103:8,
104:14, 110:6,
111:6, 119:17,
123:21, 123:23,
132:5, 133:22,
137:1, 137:7, 138:6,
147:6, 147:16,
148:3, 148:8,
148:11, 148:19,
159:9, 163:3,
163:19, 164:17,
165:8, 167:2,
169:18, 176:25,
177:11, 177:12,
188:15, 193:16,
202:15, 207:18,
208:21, 210:4,
210:19, 213:1,
214:6, 214:22,
219:16, 220:6,
224:2, 226:6,
228:25, 229:21,
230:6, 233:4,
235:10, 236:6,
237:1, 238:25,
242:3, 244:2, 246:6,
246:13, 246:19,
247:1, 247:7, 247:11
**AGAINST** [1] - 98:15
**AGE** [1] - 123:7
**AGO** [8] - 73:23, 85:9,
85:10, 88:3, 160:2,
178:12, 191:20,
195:3
**AGREE** [6] - 48:18,
78:16, 91:7, 104:1,
116:17, 225:24
**AHEAD** [14] - 8:9,
23:15, 23:20, 80:7,
115:20, 133:14,
202:23, 219:4,
230:19, 233:7,
244:3, 244:18,
248:10, 248:13
**AID** [1] - 119:2

**AIDED** [1] - 1:22
**ALL** [120] - 5:3, 5:14,
5:16, 6:4, 6:24, 8:1,
8:10, 9:21, 20:5,
21:7, 29:3, 29:6,
30:10, 31:9, 34:2,
34:11, 35:5, 38:25,
45:9, 45:11, 46:19,
47:13, 47:21, 48:9,
49:16, 50:4, 50:18,
51:20, 52:13, 52:14,
54:9, 55:5, 57:17,
65:14, 77:23, 91:18,
95:10, 96:11, 97:12,
98:13, 99:16, 102:1,
103:8, 103:16,
104:2, 104:10,
104:20, 105:23,
106:1, 110:13,
110:19, 111:15,
112:3, 115:11,
115:19, 116:17,
122:2, 122:7, 123:3,
123:12, 124:5,
127:14, 127:16,
128:9, 129:22,
131:10, 138:18,
139:14, 139:17,
145:17, 149:13,
151:6, 151:14,
152:19, 153:24,
155:5, 155:13,
158:12, 161:2,
161:24, 162:22,
164:4, 165:9,
167:23, 175:17,
175:19, 175:24,
175:25, 176:16,
182:6, 184:21,
185:12, 187:8,
188:17, 190:8,
190:18, 191:15,
196:8, 196:12,
196:17, 196:22,
197:4, 201:13,
205:7, 206:22,
215:2, 218:22,
225:5, 225:10,
227:2, 229:17,
230:9, 231:19,
236:16, 237:18,
244:17, 249:6,
249:13, 249:25
**ALLEGED** [1] - 128:12
**ALLOW** [6] - 14:15,
26:8, 58:5, 77:19,
98:10, 212:9
**ALLOWED** [3] - 94:16,
111:25, 246:3
**ALLUDED** [1] - 203:24

**ALMOST** [3] - 22:12,
31:15, 237:20
**ALONE** [1] - 204:13
**ALONG** [6] - 59:17,
120:25, 127:19,
161:25, 188:16,
206:22
**ALONGSIDE** [1] -
200:10
**ALREADY** [35] - 8:7,
10:25, 11:21, 12:23,
14:7, 16:23, 17:3,
17:19, 22:11, 23:24,
28:5, 30:5, 31:8,
31:12, 32:4, 38:21,
38:22, 60:18, 61:1,
61:18, 66:5, 66:20,
68:10, 70:6, 72:15,
88:19, 94:18, 95:3,
97:11, 103:8,
103:16, 144:2,
205:12, 218:17,
219:2
**ALSO** [110] - 3:13, 4:9,
8:8, 9:18, 10:9,
11:14, 11:21, 11:22,
11:25, 13:16, 14:11,
15:23, 16:2, 16:3,
16:4, 16:7, 16:12,
16:13, 16:15, 17:17,
18:5, 20:8, 20:11,
20:14, 22:3, 22:8,
24:22, 27:4, 27:11,
27:15, 28:19, 30:22,
31:3, 32:21, 32:23,
32:25, 33:24, 35:9,
37:6, 39:6, 39:8,
43:18, 44:17, 44:20,
46:11, 46:17, 49:22,
51:16, 51:22, 54:12,
57:14, 69:8, 72:15,
91:13, 99:20,
116:10, 116:18,
119:25, 120:17,
121:12, 122:21,
125:21, 132:24,
134:12, 138:16,
145:7, 147:14,
149:13, 150:12,
150:13, 152:25,
155:7, 172:4, 173:5,
173:7, 177:9,
183:16, 183:20,
191:25, 192:20,
192:21, 195:6,
199:6, 199:17,
199:19, 200:6,
200:24, 201:25,
202:5, 202:10,
202:12, 203:21,

204:5, 204:7, 206:8,
206:12, 206:21,
209:10, 212:13,
216:11, 220:4,
226:11, 229:19,
242:25, 244:10,
244:12, 245:15,
246:11
**ALTERED** [1] - 84:24
**ALTERNATIVELY** [1] -
219:3
**ALTHOUGH** [4] -
117:17, 195:24,
216:1, 240:5
**ALWAYS** [4] - 14:22,
35:23, 36:6, 194:22
**AM** [115] - 3:23, 5:14,
5:18, 6:11, 6:12,
9:17, 13:25, 19:25,
21:17, 21:18, 27:22,
31:15, 36:13, 39:17,
41:7, 43:2, 43:22,
43:23, 45:3, 47:10,
48:5, 50:24, 51:1,
53:19, 54:15, 60:1,
62:12, 66:25, 68:8,
69:25, 72:1, 73:18,
73:20, 78:3, 79:17,
80:1, 81:6, 84:23,
96:4, 97:14, 102:5,
106:9, 111:17,
112:12, 113:3,
113:4, 113:12,
113:20, 113:25,
114:6, 114:8, 115:6,
120:2, 120:4, 126:8,
127:6, 136:18,
137:14, 138:21,
140:16, 144:14,
147:25, 152:8,
153:21, 157:7,
158:3, 169:8,
170:12, 171:23,
172:23, 175:22,
175:25, 176:3,
176:18, 179:20,
182:5, 196:3,
197:14, 198:21,
198:23, 200:4,
200:6, 203:7,
203:17, 204:14,
204:18, 207:15,
210:19, 210:21,
210:23, 212:10,
214:25, 216:16,
221:7, 222:6, 224:7,
224:10, 226:9,
226:11, 227:23,
228:5, 228:20,
233:5, 235:2,

235:21, 236:8,
237:20, 239:19,
244:1, 245:17,
246:3, 246:5,
248:11, 249:15
**AMBIGUOUS** [1] -
211:12
**AMBROSE** [1] -
140:23
**AMELIA** [3] - 31:14,
92:16, 102:12
**AMELIORATE** [1] -
208:17
**AMERICAN** [4] -
24:12, 107:15,
107:16, 107:18
**AMERICANS** [3] -
107:21, 108:1, 126:6
**AMONG** [1] - 200:17
**AMOUNT** [15] - 11:18,
12:6, 12:12, 43:6,
44:8, 110:22,
114:14, 219:10,
222:21, 223:2,
223:6, 223:7,
234:15, 237:14,
245:14
**AMPHETAMINE** [2] -
234:6, 236:20
**AN** [203] - 10:15,
11:12, 11:23, 12:10,
14:9, 14:25, 15:15,
16:5, 16:10, 16:15,
21:18, 24:6, 24:7,
24:10, 24:12, 24:15,
26:8, 26:21, 27:14,
27:23, 28:20, 28:24,
34:20, 37:1, 38:16,
41:3, 44:15, 44:23,
45:15, 48:22, 52:2,
52:24, 53:11, 54:3,
58:21, 58:22, 60:8,
60:9, 61:12, 61:17,
62:18, 65:2, 66:16,
69:3, 69:13, 71:3,
71:5, 71:7, 71:10,
72:6, 72:23, 73:5,
79:19, 79:22, 81:6,
83:5, 85:1, 86:12,
88:6, 88:24, 93:9,
93:13, 94:11, 94:12,
94:13, 96:24, 98:2,
98:11, 98:19, 99:2,
99:6, 101:17, 103:6,
108:18, 109:24,
111:19, 111:25,
112:25, 117:12,
118:4, 120:8,
121:15, 121:22,
122:24, 124:25,

126:23, 128:21,
128:22, 129:13,
130:6, 131:13,
133:8, 133:15,
135:7, 135:18,
136:19, 138:11,
138:18, 139:2,
139:11, 139:24,
140:1, 141:3,
143:14, 144:6,
146:8, 149:11,
151:8, 153:7,
155:11, 157:21,
160:18, 160:21,
163:12, 166:21,
167:8, 167:13,
168:17, 169:4,
169:17, 170:3,
170:10, 171:4,
172:21, 173:12,
177:5, 177:15,
178:14, 178:19,
182:24, 183:7,
183:16, 183:18,
183:20, 183:22,
184:1, 184:2, 184:8,
184:18, 186:9,
186:18, 186:19,
187:15, 189:20,
190:9, 191:16,
191:17, 192:17,
193:2, 195:5, 199:4,
199:9, 200:25,
201:21, 202:10,
203:1, 203:7,
203:20, 204:9,
204:14, 206:11,
208:13, 208:22,
209:4, 209:23,
210:24, 214:4,
215:10, 215:11,
215:17, 219:5,
221:23, 222:21,
223:1, 223:6, 223:8,
225:15, 226:14,
227:17, 228:23,
229:8, 229:14,
230:15, 231:5,
235:11, 235:12,
235:15, 237:23,
241:19, 241:22,
242:6, 242:16,
242:21, 243:5,
244:10, 249:17
**ANALYSIS** [15] -
129:2, 133:21,
160:19, 167:17,
168:8, 168:17,
169:4, 169:17,
170:3, 171:4, 171:7,
193:7, 195:10,

213:14, 215:24
**ANALYST** [5] - 60:5,
60:9, 84:3, 106:16,
199:23
**ANALYSTS** [7] - 75:6,
105:18, 106:3,
106:6, 106:10,
107:15, 200:6
**AND** [1140] - 3:2, 3:16,
3:24, 4:6, 4:9, 4:10,
4:14, 4:23, 4:25, 5:1,
5:5, 5:9, 5:11, 5:12,
5:16, 6:10, 6:12, 7:1,
7:10, 7:18, 7:24, 8:5,
8:22, 9:4, 9:6, 9:13,
9:17, 9:18, 9:22,
10:2, 10:3, 10:6,
10:8, 10:15, 10:17,
10:22, 10:25, 11:6,
11:13, 11:14, 11:19,
11:21, 11:25, 12:3,
12:15, 12:19, 12:20,
12:23, 13:3, 13:6,
13:13, 13:14, 13:16,
13:17, 13:22, 13:23,
13:24, 13:25, 14:5,
14:9, 14:10, 14:19,
14:20, 14:23, 14:24,
15:2, 15:3, 15:5,
15:9, 15:11, 15:14,
15:23, 15:25, 16:2,
16:3, 16:4, 16:7,
16:9, 16:13, 16:16,
16:17, 16:22, 16:23,
17:6, 17:9, 17:10,
17:15, 17:23, 17:25,
18:3, 18:5, 18:8,
19:8, 19:9, 19:20,
19:21, 19:23, 19:24,
20:5, 20:10, 20:11,
20:18, 20:21, 20:22,
20:23, 20:24, 21:6,
21:10, 21:14, 21:16,
21:18, 21:22, 21:24,
22:3, 22:7, 22:9,
22:11, 22:17, 22:21,
22:22, 22:25, 23:9,
23:12, 23:15, 23:19,
23:21, 23:22, 23:24,
24:3, 24:9, 24:12,
24:16, 24:22, 25:1,
25:2, 25:7, 25:18,
25:22, 25:23, 26:1,
26:11, 26:12, 26:14,
26:20, 26:23, 27:3,
27:4, 27:8, 27:11,
27:15, 27:24, 28:4,
28:5, 28:10, 28:17,
28:21, 29:1, 29:3,
29:5, 29:6, 29:8,
29:17, 29:18, 29:25,

30:4, 30:5, 30:6,
30:11, 30:18, 30:22,
31:1, 31:7, 31:15,
31:19, 32:4, 32:11,
32:12, 32:16, 32:20,
32:25, 33:3, 33:6,
33:19, 33:21, 34:1,
34:5, 34:6, 34:8,
34:12, 35:9, 35:10,
35:14, 35:19, 35:21,
36:2, 36:6, 36:9,
36:19, 36:22, 37:4,
37:9, 37:17, 37:18,
37:22, 38:1, 38:3,
38:4, 38:9, 38:13,
38:14, 38:19, 39:4,
39:13, 40:17, 40:18,
40:19, 41:1, 41:2,
41:10, 41:15, 41:16,
41:19, 41:21, 42:6,
42:12, 42:13, 42:15,
42:16, 42:19, 42:22,
42:25, 43:2, 43:5,
43:7, 43:15, 43:18,
43:19, 43:20, 44:1,
44:6, 44:8, 44:10,
44:12, 44:13, 44:17,
44:20, 44:24, 44:25,
45:2, 45:7, 45:8,
45:15, 45:20, 45:23,
45:24, 46:5, 46:6,
46:9, 46:10, 46:13,
46:17, 46:18, 46:21,
47:1, 47:5, 47:6,
47:7, 47:9, 47:11,
47:25, 48:8, 48:17,
48:23, 49:1, 49:5,
49:12, 49:17, 50:13,
51:4, 51:8, 51:16,
51:21, 51:22, 51:24,
52:5, 52:6, 52:9,
52:21, 53:3, 53:6,
53:10, 53:12, 54:1,
54:10, 54:12, 54:20,
55:2, 55:17, 55:19,
55:21, 55:24, 56:2,
56:9, 56:17, 56:22,
57:9, 57:16, 58:9,
58:16, 58:18, 59:3,
59:5, 59:7, 59:10,
59:11, 59:16, 59:18,
59:19, 59:20, 59:22,
60:1, 60:6, 60:12,
61:1, 61:5, 61:13,
62:6, 62:16, 62:24,
63:1, 63:2, 63:12,
63:13, 63:22, 63:23,
64:4, 64:6, 64:8,
64:10, 64:11, 64:19,
64:25, 65:2, 65:21,
65:23, 65:25, 66:8,

66:15, 66:19, 67:11,
68:1, 68:16, 68:25,
69:8, 69:13, 69:14,
70:5, 70:9, 70:13,
70:24, 71:5, 71:6,
71:9, 71:10, 71:23,
72:11, 72:14, 72:22,
73:1, 73:8, 73:25,
74:3, 74:7, 74:14,
74:22, 74:25, 75:16,
75:17, 75:24, 76:1,
77:4, 77:12, 77:15,
77:22, 78:4, 78:8,
78:11, 78:17, 79:10,
79:16, 79:19, 80:4,
80:5, 80:10, 80:15,
80:17, 81:8, 81:16,
82:6, 82:10, 82:11,
82:12, 82:17, 82:23,
83:4, 83:12, 84:3,
84:10, 84:19, 84:23,
84:25, 85:14, 85:18,
85:21, 85:22, 86:14,
86:15, 86:17, 86:18,
87:3, 87:7, 87:9,
87:20, 88:4, 88:9,
88:22, 89:6, 89:11,
89:15, 89:19, 89:20,
89:22, 90:10, 90:12,
90:18, 91:5, 91:7,
91:8, 91:12, 92:11,
92:20, 93:19, 94:8,
94:12, 94:19, 96:7,
96:10, 96:17, 96:18,
96:19, 98:18, 98:25,
99:4, 99:11, 99:15,
99:20, 100:6,
100:12, 100:13,
100:15, 101:5,
101:6, 101:15,
101:21, 101:22,
101:24, 102:4,
102:8, 102:25,
103:5, 103:9,
103:17, 103:19,
103:25, 104:6,
104:15, 104:17,
104:21, 105:13,
105:18, 105:24,
106:1, 106:3, 106:4,
106:7, 106:9,
106:10, 106:13,
106:14, 106:16,
107:1, 107:9,
107:10, 107:13,
107:20, 108:13,
108:14, 108:20,
108:22, 108:24,
109:2, 109:4,
109:16, 109:17,
109:20, 109:21,

109:24, 110:3,
110:6, 110:7, 110:8,
110:18, 110:22,
111:16, 111:17,
111:19, 111:22,
111:24, 112:12,
112:16, 112:21,
112:25, 113:5,
113:7, 113:10,
113:12, 113:23,
113:24, 114:1,
114:2, 114:3, 114:5,
114:7, 114:11,
114:15, 114:17,
114:18, 115:1,
115:14, 116:3,
116:10, 116:15,
116:16, 116:17:3,
117:16, 117:17,
118:1, 118:4,
118:19, 119:10,
119:18, 119:20,
119:22, 119:25,
120:6, 120:17,
120:21, 120:22,
121:2, 121:4, 121:6,
121:9, 121:11,
121:15, 121:17,
121:22, 121:23,
122:5, 122:9,
122:15, 123:1,
123:4, 123:9,
123:14, 123:15,
123:16, 123:17,
123:19, 123:22,
124:1, 124:4,
124:10, 124:12,
124:13, 124:22,
125:1, 125:9,
125:11, 125:20,
125:21, 125:22,
126:14, 126:15,
126:23, 127:2,
127:7, 127:21,
127:22, 127:25,
128:1, 128:2, 128:3,
129:10, 131:3,
131:13, 131:14,
131:17, 131:22,
132:1, 132:5, 132:9,
132:24, 133:2,
133:17, 134:4,
134:5, 135:20,
136:3, 136:8,
136:14, 136:21,
137:14, 137:15,
137:16, 137:17,
137:19, 138:5,
138:9, 138:23,
138:25, 139:1,
139:19, 139:20,

139:22, 140:8,
140:16, 140:19,
141:1, 141:4, 141:9,
141:22, 142:3,
142:17, 142:21,
143:7, 143:9,
143:12, 143:13,
143:15, 143:17,
143:19, 143:21,
144:7, 144:8,
144:12, 144:17,
144:20, 145:4,
145:6, 145:11,
145:13, 145:14,
145:16, 145:17,
145:23, 146:1,
146:4, 146:6, 146:9,
146:17, 146:19,
146:22, 147:1,
147:6, 147:9,
147:11, 147:14,
147:15, 147:16,
147:19, 148:4,
148:9, 148:10,
148:13, 148:16,
148:17, 148:24,
149:3, 149:12,
149:14, 149:21,
150:2, 150:12,
151:1, 151:11,
151:24, 151:25,
152:8, 152:12,
152:18, 152:20,
153:6, 153:7,
153:12, 153:25,
154:2, 154:5, 154:6,
154:15, 154:24,
155:2, 155:3, 155:6,
156:4, 156:11,
156:16, 156:19,
156:20, 157:6,
157:22, 157:23,
158:13, 158:15,
158:19, 158:22,
159:1, 159:3,
159:17, 160:7,
160:24, 161:2,
161:21, 161:25,
162:2, 162:17,
163:4, 163:5, 163:9,
164:2, 164:4,
164:13, 164:17,
164:21, 164:25,
165:11, 166:5,
166:10, 166:16,
167:4, 167:22,
167:24, 167:25,
168:2, 168:4,
168:11, 168:13,
168:18, 168:20,
168:22, 168:23,

169:11, 169:13,
169:21, 169:24,
170:4, 170:7, 170:8,
170:14, 170:19,
170:23, 170:24,
171:12, 171:13,
171:16, 171:17,
171:19, 171:24,
172:4, 172:6, 172:7,
172:8, 172:11,
172:12, 172:16,
172:19, 172:20,
172:21, 173:5,
173:16, 173:25,
174:6, 174:11,
174:12, 174:16,
174:20, 175:7,
175:15, 176:2,
177:22, 177:25,
178:14, 178:20,
179:1, 179:3, 179:9,
179:12, 180:2,
180:10, 180:21,
180:24, 181:16,
182:20, 183:5,
183:16, 183:20,
184:8, 184:18,
184:22, 184:24,
185:7, 186:13,
186:16, 187:1,
187:2, 187:13,
187:17, 187:20,
187:21, 188:1,
188:3, 188:4, 188:8,
188:14, 188:21,
188:24, 188:25,
189:5, 189:19,
190:25, 191:2,
191:19, 191:25,
192:11, 193:3,
193:12, 194:1,
194:4, 194:8,
194:17, 195:2,
195:10, 195:19,
196:4, 196:5,
196:13, 196:14,
196:20, 196:21,
196:23, 196:24,
197:11, 197:23,
198:2, 198:17,
198:23, 198:25,
199:4, 199:6,
199:10, 199:12,
199:14, 199:17,
199:19, 199:21,
199:22, 199:24,
200:5, 200:9,
200:10, 200:12,
200:19, 201:1,
201:7, 201:22,
202:2, 202:4,

202:12, 202:15,
202:19, 202:21,
202:22, 202:23,
203:11, 203:13,
203:15, 203:21,
203:22, 203:23,
204:4, 204:7,
205:11, 205:20,
206:1, 206:4, 206:8,
206:12, 206:18,
206:20, 207:10,
207:12, 207:17,
207:24, 208:15,
208:16, 208:18,
208:22, 209:6,
209:10, 209:13,
209:18, 209:19,
210:2, 210:6, 210:7,
210:11, 210:12,
211:2, 211:3, 211:5,
211:12, 212:2,
212:7, 212:10,
212:12, 212:15,
212:16, 212:19,
212:25, 213:8,
213:10, 213:21,
214:11, 214:12,
214:14, 214:21,
215:6, 215:8, 215:9,
215:14, 215:19,
215:23, 216:11,
216:15, 216:17,
217:7, 217:9,
217:11, 217:14,
217:21, 217:24,
218:1, 218:8,
218:17, 218:20,
218:22, 218:24,
219:4, 219:18,
221:14, 221:15,
221:19, 221:20,
222:5, 222:6,
222:24, 223:2,
223:23, 224:11,
224:12, 224:13,
224:18, 224:22,
224:23, 225:4,
225:21, 225:24,
226:7, 226:11,
226:16, 226:23,
227:6, 227:7,
227:11, 227:12,
227:15, 227:18,
227:20, 228:3,
228:18, 228:24,
229:3, 229:6,
229:14, 230:11,
230:15, 230:19,
231:3, 231:24,
232:6, 232:9, 233:3,
233:6, 233:22,

233:25, 234:3,
234:6, 234:7,
234:10, 234:15,
234:20, 234:22,
234:25, 235:3,
235:11, 235:23,
236:6, 236:9, 237:9,
237:14, 237:19,
237:25, 238:6,
238:25, 239:20,
240:10, 241:12,
241:16, 241:23,
242:24, 243:13,
243:19, 244:3,
244:8, 244:13,
245:7, 245:15,
245:18, 245:21,
245:24, 246:3,
246:4, 246:11,
246:13, 246:19,
246:24, 247:1,
247:7, 248:3,
248:18, 248:19,
249:7, 249:21, 250:1

**AND/OR** [1] - 90:2
**ANOTHER** [13] - 5:23,
5:24, 6:2, 10:8, 38:5,
69:6, 70:25, 106:19,
110:4, 114:17,
134:13, 186:13,
249:19

**ANSWER** [33] - 26:24,
27:1, 27:3, 27:15,
27:16, 43:20, 43:21,
47:14, 76:12, 76:13,
78:14, 78:20, 80:24,
97:1, 97:2, 98:13,
98:14, 136:16,
161:17, 172:2,
176:13, 182:22,
190:1, 190:3,
201:10, 228:10,
231:9, 233:14,
236:6, 236:12, 244:4

**ANSWERED** [2] -
83:18, 103:8

**ANSWERING** [1] -
105:22

**ANSWERS** [1] - 80:6
**ANTIANXIETY** [1] -
163:12

**ANTICIPATE** [1] -
52:19

**ANXIETY** [26] - 42:15,
42:16, 44:2, 44:5,
44:6, 44:22, 45:24,
65:25, 120:1, 120:5,
121:22, 129:19,
129:21, 129:24,
129:25, 178:7,

201:1, 204:7,
207:10, 207:20,
207:22, 209:6,
212:2, 217:7, 234:2,
234:3

**ANXIOUS** [2] - 163:9,
191:22

**ANY** [124] - 3:3, 4:8,
6:4, 9:24, 13:11,
20:22, 21:15, 23:1,
23:13, 23:22, 27:12,
30:21, 35:12, 37:3,
40:11, 42:16, 45:1,
45:5, 47:18, 58:12,
58:18, 59:17, 59:22,
64:25, 65:19, 66:11,
67:2, 68:19, 70:21,
73:5, 73:11, 74:19,
74:23, 83:1, 83:19,
84:20, 88:11, 88:12,
88:14, 99:16, 99:17,
99:19, 105:9,
106:20, 106:22,
109:11, 110:1,
110:23, 111:23,
118:10, 118:21,
119:14, 121:6,
121:25, 125:17,
126:3, 128:24,
130:3, 130:19,
130:21, 131:3,
131:17, 132:1,
132:14, 133:10,
133:12, 134:14,
135:6, 135:10,
135:12, 135:20,
135:21, 140:9,
141:5, 143:1, 144:9,
147:22, 155:13,
160:10, 160:15,
161:12, 161:25,
164:9, 165:21,
172:19, 175:4,
175:11, 178:3,
178:6, 178:14,
185:12, 186:1,
186:2, 187:11,
192:9, 193:11,
194:25, 195:20,
196:3, 198:20,
201:17, 203:2,
205:1, 209:8, 210:4,
210:14, 211:2,
213:7, 215:3, 215:5,
217:11, 218:2,
219:7, 219:9,
219:22, 220:13,
221:14, 221:17,
226:8, 226:18,
239:1, 247:17

**ANYBODY** [3] -

107:16, 146:2, 146:3

**ANYONE** [2] - 58:5, 98:6

**ANYTHING** [25] - 48:2, 128:13, 130:1, 130:2, 131:23, 132:3, 132:21, 134:18, 134:24, 135:2, 135:5, 140:1, 140:22, 141:5, 146:11, 148:11, 155:12, 159:14, 165:16, 183:9, 185:3, 196:9, 204:25, 205:1, 235:10

**ANYWAY** [3] - 23:13, 39:11, 226:25

**AP** [6] - 11:6, 11:10, 11:13, 11:15, 11:25, 12:1

**APART** [1] - 192:8

**APOLOGIES** [1] - 196:21

**APOLOGIZE** [4] - 43:3, 165:6, 245:2, 245:5

**APPARENT** [1] - 22:16

**APPARENTLY** [2] - 234:2, 234:3

**APPEAR** [5] - 136:10, 142:25, 143:4, 149:23, 215:9

**APPEARANCES** [2] - 1:13, 2:1

**APPEARING** [1] - 126:12

**APPEARS** [3] - 136:12, 214:4, 215:10

**APPLICABLE** [3] - 85:15, 85:20, 85:21

**APPLICANT** [10] - 26:18, 28:24, 83:5, 98:19, 110:5, 193:22, 243:5, 243:17, 243:22, 244:8

**APPLICANTS** [7] - 81:13, 227:10, 228:16, 229:4, 230:8, 230:9, 248:19

**APPLICATION** [35] - 31:9, 32:19, 33:3, 34:8, 34:10, 36:25, 52:7, 84:1, 84:3, 84:6, 88:11, 88:24, 90:22, 91:11, 91:17, 92:9, 97:21, 98:11, 103:6, 103:14,

222:20, 222:25, 223:16, 224:1, 224:23, 225:1, 226:4, 226:5, 226:18, 228:3, 238:11, 242:7, 247:23, 247:25, 248:1

**APPLICATIONS** [18] - 30:3, 74:8, 77:10, 79:9, 81:14, 81:16, 90:11, 90:16, 91:9, 223:15, 226:7, 226:18, 226:23, 227:3, 246:12, 246:15, 248:4, 248:15

**APPLIED** [6] - 22:19, 22:24, 31:19, 38:4, 228:2, 228:17

**APPLIES** [1] - 113:24

**APPLY** [6] - 14:24, 22:16, 22:22, 23:12, 52:18, 109:6

**APPLYING** [10] - 14:10, 23:21, 34:22, 82:2, 83:6, 83:16, 126:7, 126:8, 243:5, 244:8

**APPOINTMENT** [5] - 111:20, 130:11, 141:15, 141:18, 215:11

**APPOINTMENTS** [1] - 53:12

**APPRECIATE** [15] - 24:16, 24:18, 26:15, 28:3, 29:5, 31:9, 31:10, 34:15, 41:14, 190:3, 196:2, 196:20, 223:5, 245:6, 246:3

**APPRECIATED** [1] - 37:10

**APPROACH** [1] - 203:5

**APPROACHED** [1] - 171:18

**APPROACHES** [2] - 118:2, 119:1

**APPROPRIATE** [8] - 58:17, 86:13, 140:2, 186:19, 187:16, 192:7, 203:23, 241:19

**APPROVAL** [1] - 54:3

**APPROVED** [8] - 53:10, 54:2, 59:23, 102:9, 109:3, 226:24, 229:15,

249:3

**APPROXIMATELY** [6] - 53:24, 54:1, 118:13, 194:16, 223:15, 223:23

**APRIL** [3] - 129:14, 211:15, 212:14

**ARE** [356] - 3:18, 3:19, 4:1, 5:17, 7:2, 9:15, 11:9, 13:17, 13:20, 13:24, 14:7, 14:15, 14:16, 14:17, 14:20, 18:10, 18:15, 18:16, 18:21, 21:25, 22:8, 23:13, 24:17, 24:20, 24:21, 25:20, 27:18, 27:23, 28:3, 30:4, 33:7, 33:25, 34:4, 35:18, 35:19, 35:21, 35:23, 38:11, 38:18, 39:13, 41:17, 42:7, 42:17, 43:9, 44:16, 45:5, 45:9, 45:10, 46:3, 46:8, 46:9, 46:11, 46:13, 46:15, 46:18, 46:19, 46:25, 47:25, 48:3, 48:9, 48:11, 49:4, 49:5, 50:23, 51:22, 51:25, 52:12, 52:14, 52:18, 52:21, 53:3, 53:4, 53:10, 53:17, 54:6, 54:10, 54:16, 55:7, 56:1, 56:3, 56:19, 57:9, 57:10, 57:17, 58:5, 58:12, 59:4, 59:25, 60:11, 64:15, 67:24, 68:14, 69:24, 73:17, 73:19, 74:3, 75:6, 76:3, 76:19, 77:22, 78:2, 78:17, 79:8, 79:10, 79:16, 80:11, 81:12, 82:1, 82:23, 85:12, 85:15, 85:18, 85:19, 85:20, 85:21, 85:23, 86:2, 86:4, 86:9, 90:1, 90:10, 90:14, 90:21, 91:20, 91:21, 94:16, 95:5, 95:6, 96:7, 97:1, 97:12, 97:17, 97:24, 98:3, 98:8, 99:10, 100:3, 100:10, 101:16, 103:6, 103:13, 104:14, 105:17, 105:18, 105:20, 105:21, 106:1, 106:3, 106:11, 107:5, 107:15, 107:17, 107:21,

107:24, 107:25, 108:1, 109:2, 109:9, 109:15, 109:19, 109:22, 111:15, 111:25, 113:14, 113:16, 113:17, 113:18, 114:13, 114:18, 115:4, 115:5, 117:12, 119:25, 120:7, 121:6, 121:10, 122:16, 122:20, 122:21, 123:19, 124:17, 124:18, 124:20, 125:1, 125:10, 125:11, 125:24, 126:4, 126:5, 126:7, 126:17, 126:23, 127:13, 128:9, 129:16, 131:6, 134:9, 136:22, 137:22, 139:5, 139:14, 139:16, 140:13, 142:12, 145:9, 145:18, 145:20, 146:19, 147:3, 147:10, 147:12, 148:23, 149:12, 150:7, 152:19, 152:22, 152:23, 153:11, 154:10, 157:9, 157:12, 159:20, 159:22, 159:23, 160:6, 161:9, 162:7, 162:23, 163:9, 163:10, 164:3, 166:1, 166:2, 166:17, 167:7, 167:13, 168:11, 171:3, 172:10, 173:14, 175:21, 176:17, 178:14, 181:8, 181:16, 181:17, 181:25, 182:10, 182:12, 184:7, 186:23, 187:16, 188:8, 188:11, 188:12, 189:16, 191:3, 191:5, 191:22, 192:15, 192:18, 192:24, 193:2, 193:13, 193:16, 194:3, 194:8, 194:9, 194:10, 194:14, 194:15, 196:18, 200:2, 200:17, 201:3, 201:4, 201:10, 202:3,

202:21, 203:10, 204:9, 204:21, 206:1, 206:23, 207:4, 207:19, 208:9, 208:11, 208:16, 208:18, 209:9, 209:14, 210:17, 210:24, 211:3, 211:4, 211:5, 212:6, 213:22, 216:4, 216:10, 216:13, 218:13, 219:13, 219:14, 221:5, 223:14, 224:8, 224:9, 224:14, 225:2, 226:24, 227:3, 228:6, 228:16, 229:22, 229:24, 230:2, 233:2, 234:25, 235:8, 235:19, 240:3, 240:7, 240:25, 241:19, 242:1, 243:2, 243:15, 245:10, 245:22, 245:25, 246:8, 246:13, 248:3, 248:16, 249:2, 249:4, 249:6

**AREA** [4] - 16:1, 47:3, 118:21, 144:6

**AREAS** [2] - 56:24, 208:14

**ARGUE** [2] - 49:14, 80:4

**ARGUMENT** [3] - 6:1, 113:11, 162:6

**ARGUMENTS** [4] - 4:8, 4:9, 5:17, 5:22

**AROUND** [11] - 33:22, 85:23, 138:4, 153:8, 153:25, 177:24, 178:23, 190:21, 224:2, 225:17, 226:6

**ART** [1] - 51:13

**AS** [222] - 5:17, 8:3, 8:21, 8:24, 9:3, 9:8, 11:10, 11:20, 12:3, 12:8, 12:10, 13:2, 13:22, 14:7, 14:13, 14:22, 16:12, 16:22, 16:24, 17:8, 18:8, 21:1, 21:17, 22:12, 24:10, 24:12, 24:18, 24:19, 24:20, 24:23, 25:10, 25:21, 26:5, 26:9, 26:10, 27:14, 29:2, 29:10, 29:17, 32:1, 33:4, 37:23,

38:6, 38:16, 39:12, 41:20, 42:12, 42:13, 45:2, 45:23, 46:10, 47:9, 47:22, 48:16, 48:17, 53:17, 57:16, 59:1, 60:9, 60:13, 61:2, 68:10, 74:7, 78:4, 78:12, 79:7, 79:19, 79:22, 80:3, 80:12, 80:14, 80:18, 81:8, 81:20, 82:9, 84:19, 84:25, 87:9, 94:3, 94:4, 94:15, 97:20, 98:11, 100:21, 101:3, 102:14, 103:10, 103:14, 106:17, 107:4, 108:2, 108:3, 109:11, 111:19, 113:6, 113:13, 114:20, 118:4, 118:9, 119:2, 120:8, 120:21, 121:15, 121:22, 121:23, 122:12, 122:14, 122:25, 123:17, 123:18, 123:19, 124:3, 127:12, 127:20, 129:1, 131:17, 133:4, 134:3, 134:8, 134:15, 137:8, 138:4, 139:11, 139:20, 139:21, 143:1, 145:2, 145:11, 145:19, 146:5, 146:22, 147:11, 149:11, 149:16, 151:3, 151:10, 151:11, 152:2, 152:17, 154:6, 155:3, 156:11, 156:24, 157:4, 157:5, 158:1, 160:11, 161:10, 164:23, 166:21, 167:13, 168:11, 169:14, 170:16, 170:20, 175:14, 177:5, 177:15, 183:11, 183:21, 183:22, 184:2, 185:5, 187:14, 187:15, 188:6, 189:17, 191:20, 199:1, 199:3, 199:9, 199:18, 200:2, 200:24, 200:25, 201:8, 201:10, 202:11, 204:4, 204:7, 204:8,

205:24, 206:1, 209:23, 210:14, 211:17, 212:10, 213:4, 213:13, 214:8, 214:25, 215:5, 216:2, 216:12, 216:25, 221:16, 221:23, 224:8, 226:17, 227:15, 229:21, 233:25, 236:10, 237:10, 238:1, 238:11, 241:17, 242:16, 244:13
**AS0** [1] - 131:17
**ASK** [38] - 13:13, 31:22, 34:17, 34:22, 35:6, 42:13, 54:16, 58:14, 66:15, 67:8, 67:23, 76:22, 78:1, 80:4, 80:5, 107:13, 127:6, 144:20, 159:16, 162:1, 166:17, 176:11, 183:25, 185:6, 185:7, 187:14, 194:21, 196:3, 202:7, 208:15, 208:20, 210:2, 212:16, 216:4, 216:11, 231:10, 232:19, 245:18
**ASKED** [18] - 15:4, 21:9, 21:13, 21:16, 28:21, 33:18, 34:10, 41:1, 45:19, 65:21, 65:23, 73:4, 99:11, 153:4, 194:8, 204:22, 224:16, 230:17
**ASKING** [25] - 27:17, 30:14, 32:19, 33:25, 43:9, 47:1, 64:25, 69:8, 76:3, 86:24, 96:4, 159:10, 167:11, 208:18, 224:8, 224:9, 225:2, 225:5, 229:22, 229:24, 243:6, 245:5, 245:13, 246:12, 248:10
**ASKS** [1] - 64:10
**ASPECT** [2] - 33:2, 161:19
**ASPECTS** [2] - 151:9, 166:3
**ASSERT** [1] - 148:13
**ASSESS** [5] - 119:23, 149:3, 149:8, 160:13, 165:24

**ASSESSING** [4] - 119:14, 134:9, 165:21, 166:7
**ASSESSMENT** [17] - 60:5, 75:6, 106:2, 106:16, 107:14, 125:5, 140:2, 140:24, 141:6, 142:21, 143:21, 151:3, 199:23, 200:5, 240:14, 240:20, 240:22
**ASSESSMENT/PLAN** [1] - 214:7
**ASSESSMENTS** [7] - 51:14, 121:22, 138:11, 158:15, 158:19, 240:21, 241:3
**ASSIGN** [1] - 88:11
**ASSIGNMENT** [1] - 113:10
**ASSIST** [1] - 70:19
**ASSISTANT** [1] - 199:9
**ASSOCIATED** [9] - 144:23, 149:12, 155:5, 158:2, 164:3, 180:1, 184:14, 187:21
**ASSOCIATION** [1] - 198:22
**ASSUME** [1] - 235:14
**ASSUMED** [1] - 206:22
**ASSUMING** [5] - 4:8, 40:22, 176:9, 176:15, 234:9
**AT** [191] - 3:15, 4:2, 4:16, 5:4, 5:5, 5:23, 9:15, 10:1, 10:6, 11:3, 11:9, 11:10, 11:14, 12:13, 13:5, 13:19, 16:9, 17:10, 17:23, 21:12, 21:16, 21:17, 24:24, 25:17, 26:11, 27:25, 29:15, 29:16, 31:18, 33:8, 35:15, 36:6, 39:8, 39:16, 40:17, 41:6, 41:20, 43:13, 46:10, 48:24, 49:11, 49:12, 51:1, 51:25, 52:13, 52:14, 52:22, 55:18, 57:15, 59:24, 62:6, 62:19, 65:16, 66:1, 67:5, 69:2, 71:23, 73:2, 74:4, 74:11, 76:25, 77:23, 83:1, 85:6, 86:11, 87:2,

88:6, 89:11, 97:6, 97:8, 97:24, 98:8, 102:5, 108:17, 109:24, 111:24, 112:10, 112:15, 112:17, 112:18, 113:16, 114:17, 115:1, 115:8, 116:1, 117:11, 118:15, 119:3, 119:4, 123:3, 123:15, 124:5, 124:6, 127:8, 127:11, 127:14, 127:17, 127:22, 128:2, 129:22, 130:24, 131:10, 136:2, 136:13, 136:19, 137:15, 138:2, 138:4, 139:1, 139:4, 139:17, 140:14, 143:21, 143:23, 144:9, 144:12, 145:2, 146:21, 146:23, 147:8, 147:14, 148:17, 149:17, 154:16, 155:13, 156:15, 156:21, 157:1, 158:24, 161:20, 161:22, 162:24, 165:1, 165:2, 166:3, 167:16, 170:24, 172:6, 173:1, 174:14, 176:16, 178:3, 178:6, 178:12, 179:2, 179:4, 184:21, 184:24, 185:23, 185:24, 186:22, 188:22, 190:23, 191:1, 191:3, 192:4, 193:7, 195:12, 195:15, 195:18, 198:13, 199:8, 199:23, 206:1, 206:20, 207:3, 207:14, 210:7, 213:13, 215:2, 215:4, 216:15, 216:19, 217:15, 218:9, 218:24, 219:2, 223:12, 227:23, 246:1, 246:6, 246:9, 246:10, 246:21, 249:16, 249:19, 249:20
**ATTACH** [3] - 32:24, 34:19, 98:20
**ATTACHED** [2] -

222:22, 224:23
**ATTEMPT** [1] - 185:7
**ATTEND** [6] - 3:4, 48:3, 164:16, 191:24, 192:3, 192:21
**ATTENDED** [1] - 15:22
**ATTENDING** [1] - 15:3
**ATTENTION** [18] - 17:22, 22:1, 22:9, 116:14, 116:16, 123:14, 123:18, 129:12, 143:7, 143:25, 144:3, 152:1, 154:5, 163:14, 194:17, 202:14, 207:9, 241:13
**ATTENTIVE** [1] - 124:17
**ATTENTIVENESS** [1] - 156:6
**ATTORNEY** [1] - 81:6
**AUBURN** [1] - 198:16
**AUDIBLE** [1] - 66:23
**AUDIT** [1] - 101:17
**AUGUST** [7] - 69:3, 71:3, 71:6, 71:7, 134:14, 139:2, 225:8
**AUTHENTICATE** [1] - 33:23
**AUTHORED** [1] - 118:10
**AUTHORIZE** [1] - 104:3
**AUTHORIZED** [1] - 17:5
**AUTOMATICALLY** [2] - 44:10, 94:16
**AVAILABLE** [10] - 3:12, 3:13, 4:3, 29:25, 38:16, 70:13, 83:10, 153:23, 201:20, 242:21
**AVERAGE** [5] - 34:3, 34:4, 178:19, 189:20, 193:2
**AWARE** [11] - 10:18, 18:4, 84:23, 120:4, 131:15, 150:7, 165:5, 219:5, 221:6, 221:7, 221:11
**AWARENESS** [1] - 187:5
**AWAY** [2] - 50:18, 117:20

**B**

**BACHELOR'S** [2] -

77:12, 198:16
**BACK** [70] - 6:1, 9:21,
13:13, 26:9, 28:25,
30:2, 30:7, 32:10,
33:21, 35:13, 43:7,
44:1, 44:12, 44:14,
45:1, 47:7, 54:21,
63:12, 63:24, 64:20,
83:12, 89:6, 94:19,
100:24, 105:13,
108:20, 109:3,
109:5, 110:20,
112:15, 117:18,
121:6, 126:25,
129:23, 138:14,
141:1, 141:9, 142:8,
142:23, 143:17,
148:15, 148:16,
153:23, 156:4,
157:11, 157:12,
161:16, 167:25,
175:16, 176:17,
181:3, 181:6,
181:13, 181:18,
182:8, 182:13,
182:20, 182:21,
184:24, 188:4,
195:3, 205:20,
206:7, 209:18,
218:24, 225:18,
227:6, 228:12,
234:17, 246:5
**BACKGROUND** [4] -
12:4, 116:8, 183:5,
198:15
**BACON** [10] - 48:15,
150:16, 151:12,
151:18, 153:15,
157:17, 160:15,
164:6, 174:6, 241:3
**BACON'S** [11] - 48:25,
49:13, 150:13,
150:20, 157:12,
161:13, 161:20,
164:8, 164:22,
174:9, 193:3
**BAD** [1] - 137:6
**BALLA** [1] - 148:2
**BAPT** [3] - 147:4,
147:20, 148:17
**BAPTIST** [3] - 35:13,
41:21, 174:4
**BARELY** [2] - 10:1,
10:5
**BASE** [2] - 124:24,
166:18
**BASED** [37] - 48:12,
49:9, 59:6, 82:7,
82:11, 82:21, 83:2,
83:3, 83:10, 83:20,

85:23, 89:3, 97:7,
97:19, 119:9, 123:1,
123:13, 124:6,
135:21, 135:22,
150:25, 151:2,
155:7, 158:15,
190:23, 200:17,
200:18, 200:19,
207:7, 215:12,
216:10, 237:25,
238:10, 238:25,
240:20, 240:21,
240:22
**BASIC** [5] - 30:24,
52:3, 65:22, 201:23,
215:13
**BASICALLY** [1] -
30:14
**BASIS** [10] - 66:8,
135:20, 140:5,
157:6, 204:1, 204:2,
204:3, 204:6, 207:9,
229:9
**BATES** [9] - 30:8,
30:11, 100:20,
101:5, 141:2, 141:9,
142:4, 142:6, 147:4
**BE** [264] - 3:15, 4:3,
4:8, 5:13, 5:18, 5:23,
6:22, 8:4, 10:14,
10:17, 11:8, 11:25,
13:1, 13:4, 13:16,
14:24, 14:25, 15:2,
15:7, 15:15, 17:4,
19:1, 19:2, 19:3,
19:10, 20:14, 20:15,
20:16, 20:17, 21:12,
21:19, 21:23, 22:4,
23:4, 25:20, 26:16,
27:16, 29:22, 33:4,
34:24, 35:21, 36:22,
36:23, 37:10, 38:6,
38:7, 38:12, 38:13,
38:14, 38:19, 38:23,
39:3, 40:5, 40:18,
42:7, 43:16, 44:3,
48:2, 48:21, 49:7,
49:11, 49:12, 52:23,
54:9, 57:19, 58:8,
59:7, 59:8, 59:23,
60:10, 60:12, 62:16,
64:4, 64:7, 64:8,
64:14, 68:6, 70:19,
75:13, 79:1, 83:12,
86:21, 89:17, 90:22,
91:19, 93:13, 94:23,
95:15, 95:18, 95:24,
96:19, 96:21, 97:9,
97:20, 98:2, 98:3,
98:11, 99:2, 99:6,

100:12, 101:17,
103:1, 103:2,
103:14, 103:15,
105:14, 108:14,
109:2, 109:12,
109:24, 110:18,
110:21, 112:4,
113:1, 113:7,
113:22, 121:9,
122:3, 122:13,
122:19, 122:23,
123:4, 123:11,
123:14, 123:16,
123:20, 124:5,
124:7, 124:10,
125:6, 125:22,
125:25, 126:23,
127:15, 129:10,
130:14, 131:15,
131:19, 131:21,
131:23, 132:24,
136:10, 136:12,
137:3, 137:13,
139:8, 139:16,
139:17, 140:4,
141:1, 144:6,
145:11, 145:20,
145:21, 146:12,
147:17, 148:20,
149:7, 149:10,
149:14, 151:6,
151:8, 151:20,
152:1, 153:21,
154:8, 155:20,
156:13, 156:15,
156:23, 157:5,
157:6, 157:25,
160:4, 161:10,
164:5, 165:4, 165:5,
166:7, 166:12,
166:20, 166:23,
167:5, 170:6,
171:18, 176:2,
176:14, 178:12,
180:1, 183:7,
183:17, 183:18,
183:21, 184:2,
184:6, 184:10,
184:16, 186:21,
187:23, 188:16,
189:7, 189:9, 190:6,
191:7, 192:20,
193:1, 193:6,
196:14, 197:13,
200:20, 201:8,
202:21, 203:3,
204:2, 208:21,
209:7, 209:12,
213:5, 214:4, 214:8,
214:13, 214:14,
214:24, 215:9,

215:10, 216:7,
219:1, 219:5,
219:19, 219:21,
219:22, 219:25,
220:1, 220:4, 220:9,
220:11, 221:23,
223:9, 223:18,
226:1, 226:14,
229:19, 232:14,
232:21, 232:24,
233:14, 235:12,
237:11, 239:13,
243:14, 243:17,
244:19, 246:4,
246:16, 247:8,
247:11, 249:11,
249:20
**BECAME** [3] - 123:2,
160:1, 199:22
**BECAUSE** [110] - 3:12,
4:21, 5:6, 5:17, 6:11,
11:24, 12:11, 13:4,
13:18, 14:15, 14:22,
14:24, 17:3, 18:15,
19:1, 19:4, 20:18,
21:15, 21:16, 24:14,
25:19, 26:20, 27:6,
31:7, 31:11, 31:24,
34:18, 36:23, 37:25,
38:16, 39:5, 41:7,
42:20, 42:25, 45:3,
45:5, 46:7, 46:22,
49:22, 57:10, 61:11,
66:16, 85:15, 87:2,
88:24, 97:11, 98:8,
98:13, 104:9,
104:19, 110:17,
111:11, 119:3,
119:7, 122:21,
123:12, 124:4,
124:9, 125:24,
126:1, 131:12,
135:24, 137:1,
139:8, 143:9,
145:13, 145:21,
146:24, 150:25,
151:9, 151:19,
154:21, 157:23,
160:1, 163:9,
163:10, 163:14,
165:1, 167:1, 170:6,
171:10, 171:24,
176:12, 181:6,
181:22, 185:1,
188:1, 188:15,
188:23, 192:6,
192:10, 193:1,
193:7, 193:8,
193:17, 193:18,
203:3, 204:13,
215:6, 217:5, 220:6,

224:10, 228:7,
243:7, 245:17,
247:4, 247:11,
249:2, 249:18
**BECOME** [2] - 121:16,
167:6
**BECOMES** [1] - 49:11
**BED** [2] - 15:2, 191:20
**BEEN** [77] - 4:15,
10:13, 14:1, 18:4,
22:5, 25:16, 25:21,
26:10, 30:1, 30:6,
35:10, 47:12, 51:4,
53:3, 53:8, 59:21,
60:18, 68:10, 74:3,
75:23, 84:22, 85:16,
86:23, 95:4, 116:14,
118:21, 120:11,
121:9, 122:8,
122:23, 124:1,
124:14, 127:18,
133:4, 134:16,
141:14, 141:16,
141:17, 142:1,
144:13, 144:23,
151:3, 164:18,
166:16, 173:16,
173:17, 176:10,
177:22, 185:4,
186:10, 186:20,
188:5, 190:21,
192:12, 195:4,
199:24, 200:12,
200:14, 205:12,
209:16, 213:9,
213:17, 220:5,
227:10, 227:12,
228:4, 228:19,
229:3, 229:19,
230:9, 231:7, 245:2,
245:3, 245:7, 247:23
**BEFORE** [44] - 1:11,
3:4, 3:16, 6:9, 10:13,
12:4, 15:19, 18:4,
20:7, 20:9, 22:25,
29:18, 31:21, 48:11,
54:21, 70:2, 73:22,
73:23, 73:25, 74:2,
74:10, 74:12, 74:14,
74:16, 81:17, 94:11,
112:11, 112:19,
114:5, 123:7,
138:24, 150:2,
155:17, 158:16,
166:18, 169:13,
185:25, 186:20,
203:24, 243:8,
245:17, 247:25,
249:15
**BEGAN** [3] - 68:1,

117:19, 119:18
BEGIN [6] - 49:17,
70:3, 115:5, 118:16,
126:8, 176:20
BEGINNING [6] - 87:3,
118:1, 118:24,
128:8, 157:17,
185:22
BEGINS [2] - 148:18,
158:14
BEHALF [6] - 21:9,
21:14, 35:7, 73:22,
74:1, 206:25
BEHAVIOR [6] -
119:11, 123:6,
155:8, 168:2,
171:12, 187:20
BEHAVIORAL [1] -
240:18
BEHAVIORS [1] -
119:13
BEHIND [1] - 21:20
BEING [23] - 8:24,
9:13, 10:2, 12:22,
14:9, 30:18, 31:1,
44:17, 86:14, 95:9,
121:14, 129:8,
139:19, 145:14,
145:16, 152:18,
178:4, 178:7,
191:21, 193:20,
208:5, 216:4, 246:3
BELIEVE [24] - 6:7,
15:24, 26:1, 35:1,
45:6, 66:13, 79:22,
80:19, 83:18, 103:8,
104:16, 135:24,
138:1, 153:14,
165:3, 166:6, 172:4,
189:7, 200:12,
203:24, 238:2,
238:12, 238:19,
248:23
BELL [1] - 136:25
BELOW [3] - 93:7,
142:22
BENCH [3] - 1:12,
5:18, 113:8
BENEFICIAL [3] -
5:13, 19:16, 38:7
BENEFIT [8] - 8:6,
18:20, 18:24, 20:10,
66:4, 87:9, 193:18,
193:23
BENEFITS [3] - 77:1,
77:4, 77:5
BEREA [5] - 13:1,
137:18, 139:2,
169:12, 173:23
BESIDE [3] - 234:4,

234:10, 234:18
BESIDES [1] - 121:8
BEST [14] - 20:15,
82:1, 119:5, 120:23,
121:3, 121:4,
136:16, 146:4,
146:13, 149:17,
157:2, 185:4, 194:8
BETTER [10] - 108:15,
132:16, 137:13,
138:8, 154:12,
155:6, 192:11,
208:20, 238:2,
238:12
BETWEEN [15] - 5:12,
6:19, 13:19, 14:8,
75:16, 110:2,
125:20, 139:18,
155:1, 178:20,
187:20, 221:14,
231:6
BEYOND [2] - 126:12,
145:18
BIG [2] - 9:1, 14:19
BIGGER [1] - 16:19
BIGGEST [1] - 3:16
BILLS [1] - 220:6
BIOLOGY [4] - 11:10,
11:13, 11:16, 12:1
BIPOLAR [1] - 204:7
BIT [32] - 5:22, 9:10,
13:18, 17:3, 18:2,
25:12, 32:12, 32:23,
36:5, 48:24, 51:14,
62:10, 87:25, 91:1,
101:3, 101:9,
101:19, 105:15,
112:13, 123:8,
133:17, 136:8,
136:9, 153:24,
168:2, 180:10,
186:17, 222:18,
223:18, 232:19,
248:8
BLOCK [11] - 18:16,
19:12, 26:22, 44:9,
44:10, 44:14, 46:15,
145:3, 146:6, 146:11
BLUE [1] - 37:14
BOARD [16] - 25:17,
25:25, 50:6, 51:2,
51:5, 51:6, 104:17,
104:18, 115:9,
120:16, 179:10,
197:9, 197:20,
198:14, 199:23,
199:24
BOARDS [1] - 152:12
BOLD [1] - 168:4
BONA [1] - 118:9

BOOKS [2] - 16:16,
121:2
BORN [1] - 24:19
BOTANY [1] - 13:14
BOTH [14] - 90:16,
112:12, 113:15,
113:17, 113:22,
113:24, 114:16,
118:25, 120:5,
120:16, 122:18,
149:11, 154:7, 159:3
BOTHER [1] - 160:8
BOTTOM [15] - 40:20,
55:18, 62:19,
130:24, 156:20,
156:22, 157:1,
157:13, 172:25,
179:2, 179:3, 179:4,
206:9, 213:10,
213:13
BOX [7] - 40:20,
52:25, 53:3, 53:5,
108:25, 179:18,
179:21
BOXES [1] - 56:24
BRAIN [7] - 123:1,
123:13, 123:24,
156:14, 160:9,
194:11, 194:14
BRAIN-BASED [2] -
123:1, 123:13
BREADTH [1] - 227:18
BREAK [21] - 5:4,
16:7, 49:21, 49:25,
68:17, 70:9, 112:10,
112:11, 112:21,
114:16, 115:1,
175:15, 192:8,
206:17, 217:24,
244:10, 244:12,
244:13, 249:4,
249:18, 249:19
BREAKS [3] - 78:8,
135:17, 165:20
BRIEF [1] - 197:12
BRIEFING [5] - 5:25,
6:1, 113:7, 113:10,
113:11
BRIEFLY [1] - 198:25
BRING [10] - 17:17,
26:21, 32:10, 34:9,
45:6, 84:8, 94:19,
100:16, 182:19,
182:20
BRINGS [1] - 249:13
BROADLY [4] - 51:16,
51:22, 58:21, 211:6
BROKE [3] - 35:19,
35:21, 45:3
BROKEN [1] - 216:14

BROUGHT [5] - 8:5,
10:9, 15:17, 17:22,
177:6
BUILD [2] - 162:18,
164:17
BUILDING [3] -
128:16, 151:20,
165:1
BULLET [13] - 65:14,
66:1, 66:2, 70:2,
89:16, 89:23, 91:4,
92:2, 96:10, 96:15,
101:15, 232:7
BULLETIN [7] - 54:9,
54:18, 54:25, 55:3,
55:4, 55:17, 56:4
BUNCH [1] - 121:2
BURDENSOME [2] -
203:4, 247:12
BUSINESS [6] - 3:3,
6:5, 65:4, 67:13,
69:15, 71:11
BUSPIRONE [1] -
234:1
BUT [178] - 3:16, 4:15,
5:7, 5:22, 5:24, 6:2,
6:11, 8:8, 8:25, 9:3,
11:8, 16:1, 17:17,
18:5, 19:16, 19:24,
19:25, 20:17, 23:20,
24:9, 24:18, 25:25,
26:16, 26:25, 31:21,
32:22, 33:14, 34:9,
35:9, 36:15, 36:17,
37:10, 38:17, 38:23,
38:24, 39:11, 40:23,
41:14, 41:16, 44:2,
44:13, 45:16, 46:5,
47:22, 48:1, 48:11,
48:25, 49:4, 49:13,
51:15, 59:1, 59:7,
60:17, 60:18, 61:17,
62:13, 66:20, 70:1,
72:16, 76:14, 76:21,
78:20, 79:2, 79:18,
79:19, 82:9, 83:14,
83:18, 84:24, 85:6,
86:17, 90:1, 90:7,
94:4, 98:14, 99:8,
102:1, 109:2,
109:13, 113:17,
124:11, 124:19,
125:21, 126:2,
127:9, 129:15,
129:21, 129:25,
130:18, 131:21,
136:4, 136:23,
136:24, 137:6,
138:6, 138:22,
138:25, 143:14,

146:2, 147:14,
149:13, 151:17,
152:24, 153:14,
153:25, 154:7,
155:7, 157:1, 157:9,
158:6, 163:9, 166:2,
166:15, 166:24,
167:5, 167:11,
168:3, 171:16,
173:18, 175:24,
178:21, 178:22,
181:8, 181:21,
181:22, 183:2,
183:9, 184:5, 185:2,
186:10, 186:23,
187:24, 188:13,
189:2, 189:13,
189:20, 189:24,
190:8, 190:9,
190:12, 190:21,
192:4, 192:20,
193:4, 195:6, 195:7,
195:11, 200:24,
203:13, 203:16,
203:25, 205:13,
208:14, 209:6,
211:6, 213:3,
213:17, 215:19,
219:2, 221:10,
223:2, 223:6,
225:17, 226:17,
229:21, 230:2,
230:17, 235:15,
237:25, 239:15,
239:17, 244:2,
247:7, 248:8, 249:6,
249:19
BUTJUST [1] - 144:2
BUTTON [1] - 154:3
BY [138] - 1:22, 1:22,
7:6, 9:2, 17:5, 18:5,
35:11, 37:5, 40:15,
40:18, 41:11, 42:5,
46:22, 47:4, 50:21,
53:4, 55:16, 57:7,
58:2, 60:22, 62:15,
62:23, 63:11, 65:12,
67:21, 68:3, 68:6,
69:23, 71:19, 73:16,
75:2, 76:17, 79:6,
80:9, 81:2, 82:13,
82:24, 83:23, 84:14,
86:4, 86:7, 86:12,
87:12, 88:6, 88:21,
93:1, 93:2, 93:14,
94:6, 95:14, 96:20,
97:11, 97:23, 101:1,
104:2, 104:17,
105:12, 106:25,
108:10, 110:10,
111:9, 113:17,

114:9, 115:23,
117:10, 119:7,
122:4, 127:18,
129:8, 133:6,
136:19, 141:6,
142:14, 147:17,
154:4, 154:9,
155:15, 156:2,
157:16, 157:24,
159:10, 165:14,
167:25, 169:2,
173:16, 176:24,
185:19, 189:9,
196:23, 198:8,
198:22, 198:23,
201:16, 204:24,
211:8, 211:12,
211:25, 214:23,
215:17, 216:5,
216:7, 220:17,
224:21, 228:15,
228:20, 229:5,
230:7, 233:17,
234:13, 236:5,
237:4, 237:5, 238:5,
239:3, 239:25,
241:3, 242:17,
243:4, 243:21,
244:7, 244:23,
245:11, 247:21,
248:12, 249:1,
250:12, 250:13,
250:14, 250:16,
250:17, 250:18,
250:20, 250:21,
250:22, 250:24,
250:25

## C

**C-O-N-V-E-R-Y** [1] -
50:16
**C.E.O** [1] - 16:15
**C.V** [3] - 117:3,
117:11, 118:15
**CALCULATE** [1] -
46:15
**CALCULATOR** [2] -
46:22, 46:23
**CALIFORNIA** [1] -
121:11
**CALL** [13] - 20:16,
24:2, 24:6, 27:24,
46:23, 49:22, 125:4,
148:24, 175:24,
197:8, 197:18, 245:3
**CALLED** [5] - 24:3,
122:18, 153:19,
172:11, 194:4
**CALLS** [3] - 50:7,

115:10, 197:21
**CAME** [15] - 22:2,
34:11, 54:21, 61:11,
126:24, 160:6,
193:15, 195:1,
208:21, 209:7,
213:5, 214:8,
223:11, 225:4, 246:2
**CAMERA** [6] - 4:15,
4:25, 6:10, 6:22,
175:22, 175:24
**CAMPOLO** [1] -
199:10
**CAN** [366] - 3:17, 3:24,
4:18, 4:19, 5:8, 5:16,
6:18, 8:21, 9:3, 9:4,
9:9, 9:10, 9:11, 9:16,
9:18, 9:22, 9:23,
10:4, 10:9, 10:17,
10:25, 11:3, 11:10,
12:13, 12:20, 13:2,
13:6, 13:21, 14:6,
15:11, 16:12, 16:23,
16:25, 17:8, 17:17,
17:18, 18:3, 19:20,
19:25, 20:20, 21:6,
21:9, 21:10, 22:12,
22:13, 23:4, 24:1,
24:3, 24:7, 24:16,
24:18, 25:10, 25:11,
26:14, 26:20, 27:20,
28:17, 28:19, 28:22,
29:15, 29:16, 30:7,
30:8, 30:10, 31:5,
31:8, 31:10, 31:13,
32:1, 32:4, 32:5,
32:10, 32:12, 32:13,
32:16, 32:22, 33:6,
34:7, 34:12, 34:15,
35:2, 35:19, 36:2,
36:6, 36:8, 37:11,
37:16, 39:15, 39:16,
41:17, 42:18, 46:2,
46:5, 47:6, 47:9,
47:11, 47:13, 49:3,
49:19, 49:21, 52:22,
54:8, 54:15, 54:24,
55:21, 55:25, 57:18,
58:25, 60:2, 61:5,
61:6, 61:22, 61:23,
62:8, 62:9, 63:18,
65:13, 66:19, 68:6,
68:7, 69:1, 69:4,
70:1, 70:3, 70:16,
71:20, 72:4, 72:12,
72:16, 75:2, 78:20,
80:24, 80:25, 81:18,
81:20, 84:8, 84:15,
85:1, 85:2, 87:9,
87:10, 87:20, 87:24,
87:25, 89:5, 89:6,

89:11, 89:15, 89:23,
90:4, 91:1, 91:23,
92:1, 92:9, 92:10,
92:11, 92:12, 92:16,
92:17, 92:20, 93:7,
94:18, 94:19, 96:14,
96:17, 97:5, 98:17,
99:23, 100:15,
100:24, 101:5,
101:7, 101:8, 101:9,
101:10, 101:14,
101:19, 101:24,
102:12, 102:14,
102:16, 102:23,
103:19, 105:16,
108:15, 109:1,
109:6, 109:12,
110:18, 111:17,
111:18, 111:21,
111:23, 112:15,
112:16, 112:20,
112:22, 112:24,
113:12, 116:3,
116:17, 116:19,
117:1, 117:2,
120:13, 124:21,
124:24, 125:20,
125:21, 126:18,
127:7, 127:8, 128:1,
134:5, 137:16,
138:14, 139:14,
139:21, 140:19,
140:20, 145:11,
145:20, 146:13,
148:4, 148:16,
148:24, 149:10,
149:14, 149:19,
149:21, 149:22,
154:15, 155:11,
155:21, 155:23,
156:19, 156:24,
157:8, 157:11,
157:12, 157:14,
158:9, 158:10,
159:19, 161:2,
161:16, 162:2,
163:16, 164:5,
166:1, 166:20,
167:5, 167:22,
168:25, 170:12,
172:2, 172:18,
173:10, 176:20,
178:24, 179:2,
179:5, 179:15,
179:17, 179:20,
179:22, 180:5,
180:6, 180:10,
180:12, 180:20,
180:24, 181:17,
182:15, 182:19,
182:20, 183:1,

183:12, 183:18,
184:10, 184:23,
185:6, 186:21,
187:14, 187:23,
188:3, 189:7,
189:11, 195:14,
197:1, 197:10,
198:2, 198:25,
200:20, 202:23,
205:5, 205:15,
208:25, 210:7,
212:15, 215:25,
216:9, 216:19,
217:13, 217:15,
218:1, 219:4, 219:7,
220:21, 221:7,
221:23, 222:5,
222:7, 222:12,
222:18, 223:5,
223:6, 224:9,
224:19, 225:11,
225:23, 227:6,
228:12, 230:19,
230:22, 231:18,
231:24, 232:2,
233:6, 233:16,
233:22, 234:12,
234:22, 234:25,
235:12, 236:6,
236:17, 237:15,
237:18, 239:19,
240:1, 240:16,
241:4, 241:24,
244:6, 244:13,
244:18, 244:20,
245:18, 249:16
**CAN'T** [27] - 4:22, 5:6,
6:15, 22:4, 30:12,
44:25, 45:1, 45:7,
46:4, 62:21, 125:1,
147:14, 167:6,
189:12, 189:24,
221:17, 223:1,
223:5, 226:9,
226:13, 232:17,
233:4, 234:24,
235:14
**CANADA** [1] - 51:21
**CANCEL** [2] - 30:10,
180:19
**CANDID** [1] - 48:21
**CANDIDATE** [2] -
18:20, 94:15
**CANNOT** [19] - 4:16,
18:14, 24:8, 41:2,
44:12, 62:21, 82:25,
83:6, 83:8, 83:14,
83:16, 83:19, 85:4,
104:8, 104:21,
155:12, 183:17,

183:21, 184:19
**CAPABLE** [1] - 192:6
**CARD** [2] - 10:3,
167:16
**CARDS** [1] - 59:10
**CARE** [5] - 41:21,
184:12, 184:13,
196:16, 197:11
**CAREER** [2] - 11:16,
99:16
**CAREFUL** [1] - 82:12
**CAREFULLY** [3] -
59:18, 218:22, 238:4
**CARES** [1] - 59:20
**CAROLINA** [1] -
121:11
**CAROLINE** [1] - 2:2
**CARRY** [1] - 4:4
**CASE** [54] - 1:3, 9:9,
9:12, 13:20, 23:20,
29:20, 41:11, 42:7,
47:21, 47:23, 48:1,
48:3, 48:8, 48:17,
49:16, 49:17, 88:5,
105:22, 112:4,
113:16, 114:18,
115:8, 125:7,
128:15, 129:25,
138:16, 139:9,
151:15, 151:20,
154:2, 158:8,
159:12, 162:14,
162:18, 162:24,
164:17, 165:1,
181:5, 182:2,
186:21, 188:3,
189:17, 189:23,
190:4, 190:7, 190:9,
190:13, 195:14,
242:13, 243:3,
249:19
**CASES** [2] - 181:21,
181:23
**CATCHES** [1] - 169:7
**CATEGORIES** [2] -
113:20, 113:22
**CATEGORIZES** [1] -
61:13
**CATEGORY** [2] -
113:21, 166:6
**CAUSE** [1] - 145:24
**CAUSED** [1] - 161:4
**CAUSING** [2] - 203:19,
210:24
**CBSE** [7] - 17:1, 93:1,
94:2, 134:3, 134:7,
215:16, 215:21
**CBSSA** [4] - 17:18,
17:20, 20:17, 20:19
**CENTER** [3] - 20:21,

59:24, 230:24

CERTAIN [12] - 11:17, 14:14, 25:5, 81:18, 124:7, 129:6, 154:1, 154:3, 158:11, 176:11, 231:6

CERTIFICATION [6] - 40:16, 65:17, 67:7, 102:7, 104:17, 216:6

CERTIFICATIONS [1] - 198:20

CERTIFIED [1] - 198:21

CERTIFIES [1] - 51:20

CERTIFY [1] - 250:3

CETERA [17] - 10:15, 18:14, 23:14, 23:18, 30:15, 31:25, 36:20, 55:8, 58:7, 123:16, 123:23, 124:2, 149:20, 165:20, 166:4, 171:19, 192:16

CHADD [7] - 117:12, 117:14, 117:15, 117:21, 178:9, 178:11, 178:25

CHALLENGED [1] - 145:14

CHALLENGING [6] - 124:7, 124:8, 145:1, 145:12, 145:19, 145:20

CHANCE [3] - 110:10, 112:14, 171:24

CHANCES [1] - 191:23

CHANGE [10] - 10:4, 25:16, 25:24, 26:5, 32:19, 221:6, 221:7, 221:8, 221:11, 221:21

CHANGED [2] - 117:22, 221:10

CHANGES [2] - 221:14, 221:17

CHAPTERS [1] - 121:2

CHART [4] - 82:3, 82:24, 87:19, 88:9

CHARTS [1] - 81:25

CHEAT [1] - 19:15

CHECK [8] - 4:2, 52:25, 53:2, 73:4, 108:25, 112:14, 176:1, 242:15

CHECKED [2] - 53:5, 217:24

CHECKLIST [3] - 81:17, 81:20, 81:21

CHECKS [1] - 243:7

CHEMISTRY [2] - 13:5, 13:10

CHILD [5] - 99:10, 123:22, 184:2, 186:10, 192:23

CHILD'S [1] - 123:16

CHILDHOOD [5] - 99:19, 123:1, 167:14, 184:20, 187:12

CHILDREN [18] - 45:5, 45:6, 116:15, 117:15, 117:17, 119:9, 119:18, 120:6, 122:8, 123:4, 168:9, 178:18, 179:24, 192:25, 199:19, 199:21, 222:2

CHOICE [5] - 6:19, 23:20, 26:24, 27:3, 27:15

CHOICES [1] - 43:21

CHOOSE [1] - 27:14

CHOOSES [3] - 90:24, 91:22, 97:13

CHRISTINA [1] - 174:6

CHRISTINE [2] - 100:22, 148:2

CIRCLE [1] - 121:6

CIRCLED [3] - 130:25, 233:23, 234:4

CIRCUMSTANCE [1] - 186:22

CIRCUMSTANCES [7] - 124:7, 129:6, 136:14, 138:9, 163:2, 164:5, 182:16

CITIZEN [1] - 24:19

CIVIL [2] - 1:3, 21:15

CK [2] - 56:2, 68:19

CLAIM [1] - 79:19

CLAIMED [13] - 129:16, 129:24, 129:25, 130:9, 131:9, 132:9, 132:19, 134:19, 134:21, 134:25, 135:2, 135:5, 148:7

CLARIFICATION [4] - 8:20, 32:3, 85:19, 181:16

CLARIFICATIONS [1] - 108:9

CLARIFIED [1] - 41:2

CLARIFY [12] - 30:16, 75:2, 76:22, 77:4, 84:12, 184:15, 221:7, 224:9, 225:2,

236:15, 245:5, 246:25

CLARITY [3] - 136:5, 245:12, 246:11

CLARITY'S [1] - 222:8

CLASS [6] - 11:13, 11:19, 13:12, 138:4, 168:10, 173:3

CLASSES [2] - 119:14, 119:16

CLASSROOM [2] - 14:3, 14:8

CLEAR [30] - 9:1, 14:12, 18:7, 22:5, 30:19, 31:22, 49:5, 66:21, 95:17, 106:9, 123:2, 125:1, 126:23, 152:1, 153:21, 158:3, 160:1, 166:12, 166:23, 184:6, 187:23, 191:25, 202:2, 202:21, 203:21, 209:10, 211:2, 212:7, 224:13, 236:1

CLEARLY [6] - 138:21, 143:11, 162:4, 179:17, 206:9, 210:22

CLERK [2] - 3:1, 115:3

CLICK [16] - 54:16, 55:24, 56:17, 56:18, 57:17, 60:2, 63:13, 68:25, 116:25, 133:14, 140:20, 141:1, 205:13, 213:20, 214:16, 215:8

CLICKED [2] - 56:23, 212:19

CLICKING [2] - 54:16, 54:20

CLIENT [2] - 125:8, 158:12

CLIENTS [1] - 192:10

CLINICAL [34] - 12:14, 12:15, 12:19, 12:23, 14:4, 43:14, 52:4, 52:6, 74:19, 75:5, 75:10, 75:11, 75:14, 75:16, 75:20, 75:24, 76:8, 76:20, 77:23, 90:1, 90:12, 104:15, 104:21, 116:9, 116:11, 116:13, 160:25, 171:14, 199:12, 212:4, 213:2, 214:7, 214:22

CLINICALLY [4] -

116:23, 124:14, 124:23, 195:15

CLINICALS [2] - 14:5, 14:9

CLINICIAN [2] - 86:13, 188:6

CLINICIANS [3] - 119:2, 119:23, 190:11

CLINICS [3] - 140:13, 143:19, 174:2

CLOCK [4] - 46:9, 46:10, 47:6

CLOSE [6] - 32:5, 34:7, 70:7, 73:1, 180:5, 183:13

CLOSES [1] - 44:10

CLOSING [5] - 4:8, 4:9, 5:17, 5:22, 113:3

CLUSTERS [1] - 158:11

CO [1] - 126:2

CO-EXIST [1] - 126:2

CODE [1] - 212:1

COGNITIVE [1] - 164:1

COHERENT [1] - 38:8

COIE [1] - 2:2

COLLABORATION [1] - 51:9

COLLEAGUES [2] - 119:8, 153:4

COLLEAGUES' [1] - 124:2

COLLECTION [2] - 205:8, 217:16

COLLECTIVELY [1] - 128:2

COLLEGE [12] - 136:13, 136:20, 137:3, 137:12, 137:18, 139:2, 169:12, 169:16, 169:19, 173:23, 199:10

COLUMN [2] - 11:11, 12:14

COMBINATION [1] - 154:3

COMBINATIONS [1] - 154:2

COMBINED [2] - 122:19, 241:14

COME [14] - 9:17, 18:20, 25:23, 34:4, 42:16, 61:14, 86:2, 142:23, 167:9, 171:11, 172:12, 175:16, 195:3,

203:25

COMES [8] - 5:1, 6:1, 33:16, 34:4, 42:21, 88:5, 163:6, 223:4

COMFORTABLE [5] - 47:9, 133:2, 143:11, 145:11, 146:4

COMING [7] - 24:17, 28:20, 120:19, 132:25, 153:4, 191:3, 197:14

COMMENT [1] - 191:6

COMMERCIALLY [1] - 153:22

COMMON [2] - 168:9, 181:7

COMMUNICATE [2] - 59:21, 218:5

COMMUNICATED [2] - 41:11, 218:17

COMMUNICATING [1] - 9:2

COMMUNICATION [2] - 38:8, 67:3

COMMUNICATIONS [1] - 71:21

COMPANY [1] - 77:6

COMPARE [1] - 225:18

COMPARED [3] - 42:11, 135:13, 164:10

COMPARISONS [1] - 171:25

COMPENSATE [1] - 152:17

COMPETENCE [1] - 195:19

COMPLAIN [1] - 144:22

COMPLETE [8] - 45:16, 81:17, 102:7, 114:15, 145:1, 182:24, 214:5, 216:6

COMPLETED [12] - 40:18, 40:21, 58:15, 104:10, 104:17, 104:20, 199:2, 199:5, 199:7, 199:15, 216:7, 235:15

COMPLETELY [2] - 106:3, 157:23

COMPLETENESS [2] - 105:24, 134:1

COMPLETING [1] - 104:2, 104:8

COMPLY [1] - 247:4

COMPLYING [1] - 247:8

COMPONENT [1] - 194:25
COMPONENTS [1] - 80:11
COMPREHEND [1] - 44:18
COMPREHENSION [1] - 13:22
COMPREHENSIVE [9] - 65:22, 65:23, 133:18, 150:21, 199:20, 215:13, 219:19, 220:11, 229:23
COMPREHENSIVELY [1] - 249:7
COMPUTER [9] - 1:22, 1:22, 102:17, 154:9, 154:21, 165:10, 215:12, 216:10, 222:6
COMPUTER-AIDED [1] - 1:22
COMPUTER-BASED [2] - 215:12, 216:10
COMPUTERIZED [3] - 151:2, 151:25, 155:2
CONCENTRATE [2] - 134:22, 174:23
CONCENTRATING [3] - 78:16, 79:20, 163:9
CONCENTRATION [7] - 9:13, 22:9, 79:10, 79:16, 80:10, 143:8, 163:4
CONCEPT [1] - 194:5
CONCERN [6] - 36:19, 106:19, 119:7, 128:9, 138:10, 144:6
CONCERNED [4] - 113:20, 113:25, 114:8, 137:24
CONCERNS [3] - 131:13, 164:16, 171:12
CONCLUDED [1] - 190:24
CONCLUSION [2] - 173:17, 187:13
CONCLUSIONS [1] - 79:2
CONDITIONS [1] - 200:22
CONDUCT [6] - 8:24, 9:5, 9:6, 164:6, 167:21, 180:2
CONDUCTED [3] - 119:16, 199:19, 237:23
CONDUCTING [4] -

171:4, 200:25, 233:11, 240:24
CONFERENCE [2] - 112:17, 249:18
CONFIDENCE [3] - 17:11, 31:4, 34:13
CONFIRM [2] - 61:6, 109:21
CONFIRMATION [6] - 66:17, 133:16, 159:15, 215:11, 230:23, 230:24
CONFIRMING [3] - 94:7, 98:21, 99:12
CONFIRMS [1] - 29:2
CONFUSED [2] - 224:8, 224:10
CONNECTION [2] - 126:20, 150:3
CONSCIOUSLY [1] - 160:2
CONSENSUS [1] - 119:4
CONSEQUENCE [1] - 124:4
CONSIDER [8] - 59:19, 79:10, 93:12, 95:18, 127:24, 172:18, 209:23, 238:4
CONSIDERABLY [1] - 212:15
CONSIDERATION [3] - 58:11, 99:4, 99:21
CONSIDERED [14] - 11:23, 82:11, 91:19, 95:15, 95:21, 99:2, 99:4, 99:6, 103:6, 103:10, 103:14, 103:18, 134:15, 237:11
CONSIDERING [2] - 37:8, 182:24
CONSISTENCY [2] - 123:25, 151:22
CONSISTENT [7] - 48:10, 123:11, 123:20, 126:13, 157:3, 168:3, 192:5
CONSTANTLY [1] - 46:10
CONSTRUAL [1] - 195:17
CONSTRUCT [1] - 84:21
CONSTRUCTION [1] - 171:22
CONSULTANT [1] - 84:6
CONSULTANTS [1] -

120:25
CONSULTED [1] - 148:19
CONTACT [4] - 37:1, 37:2, 109:17, 109:19
CONTAIN [2] - 227:4, 229:1
CONTAINED [1] - 124:18
CONTAINS [3] - 64:9, 213:1, 241:10
CONTEMPORANEOUS [1] - 125:10
CONTENT [1] - 186:1
CONTEXT [6] - 75:14, 89:20, 104:15, 114:1, 242:13, 243:3
CONTINUALLY [1] - 111:14
CONTINUATION [1] - 55:25
CONTINUE [7] - 90:5, 112:10, 112:21, 121:9, 178:18, 179:25, 187:19
CONTINUED [3] - 2:1, 141:12, 144:23
CONTINUES [2] - 118:19, 147:12
CONTINUING [1] - 5:15
CONTINUOUS [6] - 111:15, 112:1, 153:15, 153:20, 154:11, 240:23
CONTRIBUTE [1] - 119:10
CONTRIBUTING [1] - 118:25
CONTROL [9] - 46:3, 46:4, 46:5, 122:15, 122:17, 123:18, 148:14, 172:20, 197:2
CONTROLLED [2] - 146:22, 147:13
CONVENIENCE [2] - 111:24, 225:12
CONVERY [41] - 50:7, 50:8, 50:12, 50:15, 50:22, 52:8, 57:11, 60:23, 61:16, 61:22, 62:17, 69:5, 71:9, 71:20, 72:4, 73:3, 73:17, 73:21, 74:3, 76:14, 77:12, 78:20, 79:7, 80:19, 80:24, 87:20, 88:22, 89:15, 92:12, 100:1, 101:2, 101:6, 102:16,

103:21, 105:7, 105:13, 108:8, 111:10, 112:4, 112:6, 250:15
CONVEY [1] - 218:13
CONVEYED [2] - 171:2, 206:2
CONVEYING [1] - 27:23
CONVINCING [1] - 158:1
COORDINATOR [1] - 136:19
COPE [2] - 139:19, 145:17
COPY [9] - 61:2, 65:2, 65:21, 66:21, 67:11, 68:10, 69:13, 71:10, 117:3
CORRECT [123] - 26:19, 27:3, 27:9, 27:16, 28:1, 30:10, 39:22, 40:7, 40:22, 41:22, 53:16, 63:3, 63:4, 64:5, 65:2, 66:25, 67:11, 68:12, 69:13, 71:9, 74:5, 74:6, 74:8, 74:9, 74:11, 74:20, 74:21, 74:23, 74:24, 75:1, 77:2, 77:6, 77:7, 77:13, 77:20, 77:21, 77:24, 77:25, 78:6, 78:7, 78:9, 81:10, 81:11, 81:14, 81:15, 81:18, 82:16, 82:19, 84:2, 84:4, 84:5, 84:6, 84:7, 87:15, 88:7, 88:8, 88:13, 88:14, 89:2, 90:8, 90:9, 90:11, 90:16, 93:18, 95:25, 98:1, 98:4, 103:23, 103:24, 104:16, 104:22, 104:24, 107:7, 108:3, 108:24, 109:9, 111:21, 117:3, 127:1, 139:24, 150:3, 150:10, 150:11, 150:14, 155:17, 159:5, 159:6, 166:8, 166:9, 166:13, 166:14, 173:4, 174:15, 177:19, 177:20, 177:21, 178:1, 178:2, 178:4, 178:5, 178:7, 178:8, 180:17, 180:18,

181:24, 182:9, 183:3, 188:20, 189:1, 191:15, 191:16, 193:25, 222:15, 229:20, 230:12, 230:14, 242:11, 242:20, 242:25, 243:10, 243:25, 244:11, 250:3
CORRECTLY [3] - 25:8, 43:2, 193:9
CORRESPONDENCE [8] - 66:17, 95:22, 95:23, 96:18, 216:24, 223:17, 223:21, 225:24
COULD [94] - 5:21, 5:22, 5:25, 6:10, 8:14, 14:25, 16:25, 17:24, 19:16, 21:19, 31:22, 33:19, 35:12, 38:23, 39:22, 40:13, 40:25, 41:5, 41:7, 41:11, 41:14, 41:16, 41:19, 42:25, 43:15, 45:18, 45:20, 50:13, 52:8, 58:21, 59:7, 59:8, 62:4, 66:2, 75:13, 76:14, 81:23, 84:8, 86:21, 87:18, 89:2, 108:14, 113:22, 118:8, 119:11, 123:4, 125:13, 125:24, 131:21, 135:24, 136:16, 139:11, 143:13, 143:14, 148:20, 151:15, 161:10, 162:18, 162:23, 163:24, 171:16, 171:17, 172:13, 172:14, 172:24, 181:5, 181:7, 181:20, 183:7, 184:2, 187:2, 189:18, 189:20, 194:15, 195:20, 204:2, 209:16, 219:3, 219:22, 219:25, 220:1, 220:4, 222:5, 227:6, 227:24, 228:10, 237:19, 243:17
COULDN'T [1] - 235:24
COUNSEL [4] - 2:4, 11:7, 20:4, 26:21
COUNSELING [2] - 199:12

COUNSELOR [1] - 214:14
COUNTRIES [1] - 24:17
COUNTY [2] - 199:3, 199:8
COUPLE [8] - 31:21, 42:4, 108:8, 112:19, 120:13, 120:20, 121:7, 144:19
COURSE [30] - 3:24, 11:20, 11:22, 11:23, 12:1, 12:2, 12:7, 12:20, 13:6, 13:10, 13:14, 15:20, 15:21, 16:5, 16:21, 21:16, 35:3, 47:23, 65:3, 67:12, 69:15, 71:11, 126:25, 136:4, 137:12, 145:6, 151:16, 167:6, 199:14, 199:15
COURSES [7] - 11:6, 11:9, 12:1, 13:18, 14:3, 15:18, 15:21
COURT [135] - 1:1, 1:18, 3:1, 3:2, 3:8, 3:18, 4:5, 4:24, 5:14, 6:4, 6:7, 6:21, 6:24, 7:15, 7:21, 8:1, 17:22, 21:3, 27:19, 27:21, 28:2, 28:6, 28:14, 29:8, 29:12, 38:23, 39:9, 39:11, 39:19, 40:10, 42:3, 42:5, 43:3, 47:16, 47:21, 47:25, 48:7, 48:20, 49:8, 49:24, 50:4, 50:8, 50:10, 50:18, 55:13, 57:4, 57:24, 60:17, 63:8, 65:9, 66:4, 67:18, 69:20, 71:16, 73:13, 76:11, 78:24, 80:2, 80:23, 87:7, 89:15, 89:23, 95:2, 95:6, 95:10, 101:10, 103:22, 105:1, 105:6, 105:9, 106:22, 108:7, 108:10, 110:23, 111:1, 111:4, 112:3, 112:9, 114:23, 114:25, 115:3, 115:4, 115:7, 115:11, 115:19, 117:7, 121:25, 122:2, 171:23, 175:14, 175:19, 175:21, 176:6,

176:8, 176:19, 184:23, 185:1, 185:12, 185:15, 185:19, 190:21, 196:1, 196:8, 196:12, 196:17, 196:22, 197:4, 197:10, 197:18, 197:22, 198:6, 201:7, 201:15, 204:22, 220:15, 228:8, 230:1, 233:13, 238:1, 238:12, 239:21, 240:16, 243:12, 244:3, 244:17, 247:17, 248:7, 249:10, 249:13, 249:25, 250:2, 250:7, 250:14, 250:18, 250:22
COURTHOUSE [1] - 1:19
COVERED [4] - 52:24, 144:2, 156:23, 157:1
COVERS [1] - 48:12
CPT [5] - 153:20, 153:22, 155:4, 157:4
CPTA [5] - 33:13, 65:18, 67:11, 98:23, 102:8
CPTA'S [1] - 68:3
CREATED [2] - 69:14, 71:10
CREATES [1] - 71:10
CREDIT [1] - 195:22
CRITERIA [16] - 122:7, 123:10, 124:1, 124:12, 125:1, 125:15, 131:19, 153:6, 178:22, 210:23, 212:5, 213:5, 214:9, 221:16, 221:18
CRN [1] - 61:13
CROSS [16] - 3:25, 6:8, 6:25, 7:5, 8:4, 48:23, 73:15, 80:3, 80:4, 105:2, 114:20, 175:16, 176:20, 176:23, 220:16, 250:10
CROSS-EXAMINATION [2] - 73:15, 176:23
CROSSED [2] - 196:19, 206:17
CRUTCH [2] - 191:13, 191:14
CURIOUS [1] - 156:17

CURRENT [17] - 32:19, 50:25, 89:18, 102:6, 105:24, 108:24, 110:8, 110:13, 131:2, 144:24, 147:13, 191:10, 198:11, 198:12, 204:16, 208:10, 213:16
CURRENTLY [6] - 106:7, 107:19, 107:24, 164:15, 248:6, 248:16
CURSOR [2] - 9:17, 234:5
CURSORY [1] - 151:5
CUSTOMER [1] - 200:11
CUT [3] - 192:13, 227:22, 238:7
CVS [1] - 66:21
CVSE [5] - 65:21, 66:13, 66:15, 66:17, 66:22

## D

D-2 [1] - 208:6
DAILY [5] - 101:23, 203:16, 227:21, 234:14, 236:22
DAMAGE [1] - 160:10
DAMAGED [1] - 156:14
DATA [4] - 73:4, 73:8, 175:23, 190:16
DATE [17] - 26:23, 28:25, 31:18, 32:13, 32:18, 61:6, 61:11, 64:11, 131:6, 137:19, 213:22, 222:17, 222:18, 224:19, 232:9, 250:7
DATED [3] - 69:3, 96:19, 131:25
DATES [1] - 35:13
DATING [1] - 35:12
DAY [41] - 1:12, 3:7, 16:9, 37:9, 53:19, 55:7, 59:24, 112:8, 112:16, 112:22, 123:5, 124:6, 208:12, 210:25, 214:11, 226:8, 226:10, 226:14, 226:18, 226:20, 236:10, 236:19, 236:21, 236:25, 237:5, 237:7, 237:11, 237:16,

246:13, 246:15, 246:16, 246:20, 246:21, 249:14
DAY-TO-DAY [6] - 53:19, 208:12, 210:25, 214:11, 226:10, 236:10
DAYS [13] - 5:7, 68:17, 110:10, 110:18, 110:22, 111:11, 206:19, 242:10, 242:19, 242:25, 243:9, 243:24, 246:15
DC [1] - 2:3
DEAL [5] - 14:19, 33:8, 120:24, 121:2, 129:10
DEALING [2] - 42:15, 108:12
DEAR [1] - 28:25
DEBT [1] - 35:25
DECADE [1] - 179:14
DECADES [1] - 119:17
DECEMBER [1] - 134:6
DECIDE [4] - 82:7, 135:24, 187:17, 215:20
DECIDED [1] - 94:9
DECIDING [2] - 80:20, 163:7
DECISION [22] - 53:8, 59:20, 69:11, 70:16, 70:18, 82:1, 82:9, 82:11, 82:21, 83:1, 83:2, 83:3, 83:10, 83:20, 88:4, 89:2, 106:4, 136:1, 157:6, 241:18, 248:1
DECISIONS [3] - 106:10, 106:15, 114:3
DECLARATION [12] - 15:24, 34:17, 83:23, 170:15, 170:19, 171:9, 171:22, 171:25, 172:4, 180:22, 182:25, 183:3
DECLARATIONS [2] - 34:12, 174:11
DECREASE [2] - 31:3, 31:4
DEEMED [2] - 27:16, 192:7
DEFENDANT [4] - 2:4, 7:18, 35:11, 117:5
DEFENDANTS [2] - 1:7, 7:12

DEFENSE [16] - 7:16, 7:22, 39:13, 50:12, 55:14, 57:5, 57:25, 60:20, 63:9, 65:10, 67:19, 69:21, 71:17, 115:13, 117:8, 197:25
DEFERMENT [1] - 35:22
DEFICIT [8] - 116:15, 116:17, 143:8, 144:1, 144:3, 202:14, 207:9, 241:13
DEFICIT-HYPERACTIVITY [7] - 116:15, 116:17, 144:1, 144:3, 202:14, 207:9, 241:13
DEFICITS [2] - 149:12, 149:13
DEFINES [1] - 78:4
DEFINITELY [3] - 13:12, 35:21, 139:7
DEFINITION [3] - 78:8, 189:9, 195:16
DEGREE [14] - 77:12, 77:16, 77:23, 114:1, 116:10, 116:11, 123:24, 131:22, 154:6, 156:16, 189:5, 198:16, 198:18, 220:23
DELAY [1] - 237:20
DELINEATES [1] - 210:22
DELIVER [1] - 153:25
DEMAND [1] - 123:18
DEMANDING [1] - 152:15
DEMANDS [1] - 145:17
DEMARCATION [1] - 201:10
DEMONSTRATE [6] - 89:19, 135:16, 140:8, 204:14, 219:23, 220:4
DEMONSTRATED [4] - 174:17, 174:22, 175:8, 217:11
DEMONSTRATES [3] - 22:9, 204:15, 207:18
DEMONSTRATIVE [1] - 194:10
DENIED [11] - 217:1, 227:13, 228:4, 228:19, 228:25,

229:6, 229:19,
230:12, 230:18,
247:4
**DENY** [2] - 23:13,
217:2
**DEPARTMENT** [10] -
75:20, 98:6, 107:10,
107:15, 107:18,
107:20, 108:2,
153:5, 248:4, 248:14
**DEPEND** [1] - 82:14
**DEPENDENT** [1] -
229:9
**DEPENDING** [4] -
3:14, 124:11,
244:18, 246:1
**DEPENDS** [8] - 3:25,
45:9, 85:19, 99:8,
178:20, 178:21,
226:19, 246:19
**DEPOSITION** [4] -
48:25, 150:13,
172:5, 174:9
**DEPRESSION** [1] -
180:2
**DEPTH** [1] - 227:18
**DERMATOLOGY** [3] -
130:8, 130:11,
212:21
**DESCRIBE** [5] - 55:3,
81:19, 198:25,
202:1, 209:8
**DESCRIBING** [1] -
101:22
**DESCRIPTION** [1] -
208:10
**DESCRIPTIONS** [1] -
56:1
**DESIGNATED** [1] -
49:1
**DESK** [1] - 223:4
**DETAIL** [5] - 36:25,
208:9, 209:7, 209:8,
223:16
**DETAILED** [9] - 38:12,
43:16, 46:18, 59:2,
202:15, 227:11,
228:18, 228:21,
229:4
**DETAILS** [3] - 38:10,
148:19, 190:9
**DETERIORATED** [1] -
168:2
**DETERMINATIONS**
[2] - 199:6, 199:7
**DETERMINE** [6] -
58:9, 70:13, 120:23,
204:14, 207:15,
241:19
**DETERMINES** [1] -

44:23
**DETERRED** [1] - 31:5
**DEVELOPED** [1] -
159:24
**DEVELOPER** [2] -
153:21, 155:4
**DEVELOPERS** [1] -
157:3
**DEVELOPMENT** [1] -
122:25
**DEXTROAMPHETAM
INE** [3] - 234:6,
234:17, 236:20
**DEXTROAMPHETAM
INE-
AMPHETAMINE** [2] -
234:6, 236:20
**DIAGNOSE** [9] -
65:25, 125:14,
143:22, 187:24,
232:7, 233:3, 233:4,
233:5, 235:13
**DIAGNOSED** [25] -
86:14, 143:4,
150:16, 154:20,
166:21, 167:13,
183:17, 183:18,
183:21, 184:1,
184:2, 184:6, 184:7,
184:10, 184:11,
184:13, 184:20,
186:24, 188:5,
207:10, 210:11,
221:23, 232:9
**DIAGNOSES** [27] -
23:11, 29:23, 40:4,
47:12, 157:7,
203:10, 203:18,
203:19, 207:17,
207:19, 208:21,
209:6, 209:7,
210:20, 210:23,
210:24, 214:9,
232:6, 232:22,
232:25, 233:1,
233:10, 233:12,
234:8
**DIAGNOSING** [2] -
160:21, 233:7
**DIAGNOSIS** [48] -
91:14, 124:24,
126:11, 128:12,
129:16, 130:10,
130:13, 131:9,
131:16, 132:9,
132:19, 133:8,
138:12, 138:19,
138:22, 138:25,
139:24, 140:6,
157:21, 159:8,

159:10, 160:21,
161:15, 162:21,
162:22, 164:6,
186:9, 187:11,
187:20, 188:1,
188:12, 188:13,
195:6, 204:10,
204:13, 213:3,
213:4, 213:5, 213:6,
213:18, 214:8,
215:1, 217:6,
229:25, 232:5,
232:15, 235:11
**DIAGNOSTIC** [25] -
90:2, 90:13, 118:2,
118:8, 118:23,
122:5, 125:15,
149:17, 152:2,
152:14, 154:10,
157:4, 157:10,
157:18, 191:21,
195:15, 207:24,
210:22, 212:1,
212:5, 240:11,
241:5, 241:6,
241:10, 241:12
**DICTATE** [1] - 126:3
**DID** [167] - 8:20, 8:23,
9:7, 10:24, 11:12,
13:10, 13:14, 14:23,
15:14, 16:2, 16:4,
18:25, 21:14, 22:16,
22:20, 22:25, 25:22,
26:24, 26:25, 30:15,
30:23, 31:22, 31:25,
32:23, 32:24, 33:3,
37:4, 37:25, 39:24,
43:24, 44:19, 53:22,
60:23, 60:25, 61:3,
63:19, 65:15, 66:11,
66:15, 66:24, 67:2,
67:4, 68:18, 68:20,
68:21, 68:23, 70:21,
73:8, 84:20, 86:8,
88:11, 88:23, 88:25,
90:5, 91:3, 112:14,
117:19, 119:19,
120:4, 123:5,
126:19, 126:22,
130:9, 131:19,
137:6, 140:23,
143:22, 144:9,
147:15, 150:5,
150:15, 151:17,
151:18, 153:5,
153:14, 153:17,
154:16, 160:15,
161:12, 162:11,
162:16, 162:19,
164:6, 164:12,
165:3, 170:1,

170:15, 170:19,
170:22, 170:23,
171:1, 171:6,
171:11, 172:16,
176:1, 176:8,
177:17, 177:20,
177:25, 180:22,
183:10, 183:23,
184:19, 184:24,
185:20, 186:24,
187:1, 187:11,
188:14, 188:23,
190:24, 191:7,
191:8, 191:13,
191:14, 193:9,
195:9, 199:25,
206:15, 207:1,
209:2, 209:5, 209:6,
209:9, 209:10,
210:6, 210:14,
210:16, 211:7,
211:13, 211:17,
211:19, 211:20,
212:22, 212:24,
213:24, 214:2,
214:18, 214:20,
215:23, 217:2,
217:4, 217:6,
217:12, 218:2,
218:4, 218:5, 218:7,
221:1, 222:24,
223:24, 224:3,
224:4, 224:24,
225:14, 230:14,
234:3, 236:18,
239:15, 247:1, 247:4
**DIDN'T** [32] - 3:5,
23:20, 28:8, 35:6,
35:15, 35:17, 37:15,
66:24, 85:10, 88:24,
92:5, 128:14,
143:11, 161:17,
165:1, 167:25,
182:3, 185:21,
187:24, 190:2,
190:13, 191:15,
195:12, 195:23,
204:23, 209:8,
229:1, 230:13,
230:17, 237:1, 239:1
**DIFFERENCE** [7] -
9:5, 13:19, 14:8,
17:7, 75:16, 110:2,
139:18
**DIFFERENCES** [1] -
160:24
**DIFFERENT** [22] -
12:5, 12:8, 13:18,
14:14, 15:4, 16:16,
43:8, 45:11, 45:12,
46:19, 46:21, 59:5,

86:1, 105:17,
107:10, 113:18,
139:13, 167:11,
195:7, 229:4, 229:5,
232:20
**DIFFERENTIAL** [5] -
47:12, 161:15,
162:21, 162:22,
164:6
**DIFFERENTLY** [3] -
113:17, 124:11,
231:10
**DIFFICULT** [3] -
138:2, 145:12,
145:21
**DIFFICULTIES** [3] -
145:24, 146:24,
190:12
**DIFFICULTY** [1] -
173:11
**DIGITS** [1] - 194:7
**DIGRESS** [3] - 28:4,
98:17, 226:25
**DIRECT** [10] - 31:25,
50:20, 76:4, 76:5,
79:20, 94:6, 107:20,
115:22, 198:7,
250:10
**DIRECTLY** [1] - 41:10
**DIRECTOR** [13] - 51:1,
53:17, 74:4, 74:7,
78:22, 79:7, 80:15,
81:8, 84:19, 84:25,
107:4, 107:5, 200:10
**DISABILITIES** [3] -
126:6, 200:21, 204:4
**DISABILITY** [69] -
22:22, 23:11, 30:25,
35:6, 40:21, 42:21,
51:1, 52:24, 53:18,
58:25, 59:12, 59:14,
60:5, 64:23, 71:3,
71:8, 72:3, 72:8,
74:4, 74:10, 74:16,
74:18, 74:22, 74:25,
75:4, 75:9, 76:18,
77:9, 78:4, 78:23,
79:7, 79:9, 81:8,
84:20, 86:24, 87:14,
88:5, 89:19, 98:10,
105:17, 105:18,
105:20, 106:2,
106:16, 107:5,
107:14, 107:17,
107:22, 114:11,
135:21, 136:13,
137:2, 160:23,
173:23, 188:9,
189:13, 198:13,
199:22, 200:5,

203:15, 204:5,
207:6, 207:21,
209:25, 216:8,
217:8, 218:16,
227:20, 241:18

**DISABILITYSERVIC ES@NBME.ORG** [1] - 69:2

**DISABLED** [1] - 173:14

**DISBELIEF** [1] - 30:23

**DISCIPLINE** [1] - 172:19

**DISCIPLINED** [1] - 152:23

**DISCLOSURES** [1] - 173:18

**DISCONNECT** [2] - 33:15, 41:16

**DISCOUNTING** [1] - 193:7

**DISCOVERY** [1] - 49:1

**DISCUSS** [6] - 15:14, 136:14, 170:13, 189:23, 211:5

**DISCUSSED** [4] - 38:24, 145:6, 188:18, 191:16

**DISCUSSING** [4] - 145:9, 146:19, 147:10, 174:12

**DISCUSSION** [9] - 157:18, 158:14, 161:12, 195:2, 195:4, 210:24, 212:6, 213:7, 214:10

**DISCUSSIONS** [3] - 113:5, 158:18, 160:23

**DISORDER** [44] - 116:15, 116:17, 118:3, 118:9, 119:2, 119:9, 122:16, 122:24, 122:25, 123:1, 123:13, 124:20, 125:17, 125:18, 125:19, 125:20, 125:21, 125:22, 125:25, 126:4, 127:18, 144:1, 144:3, 149:12, 151:4, 151:6, 152:21, 153:13, 163:1, 163:5, 163:18, 165:22, 165:24, 171:16, 180:2, 187:22, 188:9, 189:8, 202:14, 204:7, 207:10,

207:23, 241:13

**DISORDERED** [1] - 124:20

**DISORDERS** [10] - 120:1, 120:5, 122:6, 122:8, 122:22, 126:2, 160:22, 164:4, 201:1, 207:25

**DISRUPTIONS** [1] - 123:21

**DISTINCTION** [1] - 187:20

**DISTRACTED** [2] - 153:15, 240:23

**DISTRACTIONS** [1] - 138:4

**DISTRACTORS** [1] - 154:7

**DISTRICT** [2] - 1:1, 1:2

**DISTRICTS** [1] - 121:10

**DIVA** [5] - 157:19, 157:21, 193:7, 193:11, 240:19

**DIVIDED** [1] - 249:1

**DIVINING** [1] - 151:3

**DMV** [1] - 153:9

**DO** [241] - 3:3, 3:21, 5:4, 5:16, 5:22, 5:25, 8:25, 11:8, 13:13, 17:17, 19:2, 21:21, 32:21, 33:4, 33:14, 36:2, 37:9, 38:25, 39:6, 39:9, 40:10, 41:17, 42:15, 42:25, 44:15, 44:25, 46:1, 46:7, 46:15, 46:16, 47:9, 47:12, 47:18, 48:2, 48:18, 48:19, 54:17, 56:9, 58:14, 59:12, 60:6, 61:9, 61:24, 61:25, 63:25, 64:3, 64:6, 68:25, 69:1, 69:25, 70:3, 73:11, 74:7, 75:19, 76:3, 77:14, 77:23, 81:4, 81:24, 82:3, 82:5, 82:18, 83:4, 83:14, 83:15, 83:20, 86:7, 87:21, 87:23, 89:8, 90:7, 91:3, 91:15, 92:1, 92:18, 92:25, 93:4, 93:23, 96:7, 96:9, 96:10, 96:11, 96:13, 98:22, 99:25, 100:12, 101:2, 101:4, 101:12, 102:1, 102:10, 102:12, 104:16, 105:2,

106:9, 106:12, 106:20, 107:16, 109:8, 111:3, 111:5, 111:24, 112:14, 112:18, 112:24, 113:9, 113:12, 116:12, 116:22, 117:23, 120:7, 120:10, 122:10, 122:14, 123:10, 124:19, 125:13, 126:17, 126:18, 127:8, 129:1, 129:21, 131:8, 131:25, 132:8, 132:20, 133:6, 133:10, 134:16, 135:15, 137:12, 138:10, 139:11, 139:17, 139:23, 140:5, 140:8, 140:19, 141:19, 143:7, 143:14, 144:5, 146:3, 146:8, 146:12, 148:22, 149:5, 149:6, 150:22, 152:17, 152:19, 152:20, 154:14, 154:17, 156:11, 156:21, 156:22, 159:11, 159:17, 160:12, 161:16, 162:2, 163:21, 163:24, 165:9, 165:18, 166:15, 167:25, 172:10, 172:23, 173:20, 175:11, 175:22, 179:4, 179:7, 179:8, 179:9, 179:10, 180:7, 180:9, 180:15, 180:24, 180:25, 181:1, 185:3, 189:17, 191:7, 191:12, 192:11, 194:6, 194:8, 194:11, 194:12, 194:13, 194:15, 194:18, 194:22, 195:9, 198:20, 201:9, 204:1, 205:8, 205:10, 207:12, 209:23, 212:16, 215:22, 216:4, 216:21, 216:22, 218:10, 220:13, 222:9, 224:12, 226:2, 226:8, 226:17, 230:25, 231:2, 231:16,

231:21, 233:18, 233:22, 234:10, 234:15, 234:17, 234:20, 235:3, 240:13, 241:6, 241:8, 245:23, 246:15, 247:9, 248:19

**DOCTOR** [23] - 14:13, 27:19, 28:25, 37:8, 38:2, 38:3, 72:19, 76:20, 104:8, 129:14, 150:16, 151:12, 151:18, 151:19, 162:8, 190:1, 211:25, 212:9, 232:15, 232:22, 233:5, 233:10, 236:19

**DOCTORAL** [3] - 199:2, 199:16, 220:23

**DOCTORATE** [3] - 75:25, 76:1, 198:17

**DOCTORS** [2] - 14:15, 14:19

**DOCUMENT** [98] - 8:21, 14:6, 15:16, 17:20, 19:6, 22:14, 31:24, 33:12, 33:23, 40:3, 40:7, 41:18, 54:17, 60:3, 60:6, 60:8, 61:24, 62:9, 64:21, 66:10, 67:6, 68:13, 69:4, 70:25, 72:5, 72:15, 72:16, 84:8, 84:15, 87:21, 87:24, 88:1, 88:7, 89:5, 89:18, 90:7, 90:15, 92:13, 92:17, 92:18, 93:10, 93:12, 94:11, 96:11, 97:6, 98:13, 98:18, 99:25, 100:12, 100:15, 101:2, 102:21, 102:25, 103:3, 103:20, 129:15, 133:20, 134:8, 136:10, 136:12, 136:21, 139:23, 143:18, 145:8, 169:25, 173:6, 180:5, 180:8, 180:19, 183:8, 204:20, 215:9, 215:23, 216:19, 216:21, 217:13, 217:15, 217:16, 218:9, 218:10, 222:9, 222:13,

222:15, 222:19, 223:22, 224:5, 224:22, 225:7, 225:13, 225:15, 227:7, 231:8, 231:13, 240:4, 240:8, 244:21

**DOCUMENTATION** [104] - 14:2, 23:2, 23:5, 29:19, 29:21, 30:2, 30:5, 30:24, 32:25, 38:10, 59:6, 59:19, 64:15, 65:15, 67:2, 69:9, 69:10, 70:6, 70:7, 70:9, 70:10, 70:13, 70:22, 71:25, 72:9, 72:12, 82:10, 82:15, 82:18, 82:22, 83:3, 83:7, 83:9, 83:14, 83:16, 83:19, 86:20, 86:25, 87:14, 88:25, 89:24, 89:25, 90:15, 90:21, 90:23, 90:25, 97:21, 99:3, 99:21, 102:6, 103:9, 103:17, 120:18, 121:5, 125:4, 128:23, 134:14, 135:10, 135:22, 136:5, 162:1, 165:2, 165:21, 174:20, 190:20, 202:1, 202:7, 202:16, 202:24, 203:2, 203:17, 204:15, 205:17, 206:6, 206:9, 206:13, 207:15, 207:16, 207:18, 210:20, 212:17, 217:4, 217:6, 218:3, 218:18, 218:23, 219:10, 219:15, 219:16, 223:8, 223:20, 224:25, 225:6, 225:10, 225:23, 228:3, 228:18, 229:9, 229:14, 229:24, 230:15, 230:16, 239:12

**DOCUMENTATIONS** [3] - 92:6, 97:12, 229:18

**DOCUMENTED** [2] - 86:15, 227:10

**DOCUMENTING** [1] - 121:23

**DOCUMENTS** [34] -

30:1, 32:24, 33:1,
33:25, 35:8, 35:9,
66:12, 90:10, 91:5,
102:2, 102:5,
105:23, 131:6,
134:15, 134:16,
135:15, 137:14,
140:1, 140:5, 140:8,
155:11, 174:16,
174:20, 175:7,
205:9, 205:16,
217:17, 223:25,
224:23, 245:21,
245:22, 245:23,
246:8, 249:1

**DOES** [123] - 5:22,
21:19, 27:11, 40:23,
54:5, 62:1, 74:22,
74:25, 75:3, 75:9,
76:18, 77:19, 79:24,
82:17, 96:4, 98:9,
108:25, 109:18,
111:13, 125:3,
125:14, 126:3,
126:10, 127:10,
127:12, 128:3,
128:6, 128:11,
128:13, 128:15,
129:15, 130:1,
130:2, 130:4,
130:21, 131:1,
132:18, 133:12,
133:20, 134:8,
134:21, 134:24,
135:2, 135:5,
135:10, 135:14,
136:10, 136:21,
136:25, 137:21,
138:11, 139:5,
139:25, 140:1,
140:14, 140:22,
141:5, 141:8,
141:11, 142:18,
142:25, 143:4,
144:22, 144:25,
145:1, 145:8,
145:25, 146:2,
146:11, 146:18,
147:9, 147:22,
148:6, 148:10,
149:23, 150:1,
152:3, 152:6,
152:13, 152:20,
153:2, 153:13,
155:2, 156:9, 162:4,
163:1, 164:14,
164:17, 164:22,
164:25, 167:14,
167:17, 168:7,
168:16, 169:3,
169:16, 170:2,

170:8, 171:6, 173:7,
187:17, 188:15,
192:18, 201:17,
203:1, 212:1,
213:12, 213:15,
215:9, 215:19,
217:16, 219:7,
219:9, 219:18,
219:21, 220:9,
220:10, 227:16,
238:19, 248:20

**DOESN'T** [21] - 27:7,
27:12, 49:7, 72:11,
74:18, 117:18,
129:18, 131:21,
132:14, 133:1,
135:1, 135:9,
135:19, 138:6,
154:19, 157:20,
158:20, 158:21,
167:9, 172:21, 176:9

**DOG** [1] - 29:10

**DOING** [22] - 4:8, 6:8,
15:15, 38:5, 73:20,
111:18, 120:11,
133:2, 143:11,
147:1, 151:20,
154:21, 167:19,
175:25, 176:10,
177:22, 196:23,
232:15, 232:22,
232:25, 233:10,
246:16

**DOMAINS** [1] - 158:11

**DON'T** [101] - 3:5, 3:8,
3:23, 5:1, 5:17, 5:18,
8:6, 8:15, 11:7,
18:24, 20:24, 23:5,
23:13, 24:25, 27:6,
27:13, 27:17, 31:11,
33:21, 35:20, 38:16,
38:17, 40:8, 44:8,
45:5, 45:7, 47:10,
49:3, 49:4, 52:13,
61:18, 61:20, 79:18,
79:22, 80:3, 80:16,
82:20, 85:4, 85:6,
85:7, 94:20, 100:3,
113:4, 113:20,
113:25, 114:6,
132:3, 135:24,
140:7, 140:10,
142:6, 150:23,
152:8, 154:7,
155:20, 159:7,
159:10, 160:8,
163:10, 163:14,
165:2, 165:19,
167:9, 172:10,
172:11, 175:15,

175:23, 179:12,
183:24, 184:12,
185:2, 187:3, 189:7,
189:23, 190:6,
190:8, 191:15,
195:16, 205:1,
211:16, 216:13,
224:11, 227:22,
229:12, 230:4,
230:5, 231:9,
232:17, 233:14,
235:10, 237:13,
237:17, 238:7,
238:23, 238:24,
239:6, 244:2, 246:14

**DONE** [11] - 19:2,
22:12, 66:5, 77:9,
109:23, 121:12,
124:13, 124:14,
193:8, 195:21,
195:24

**DOSAGE** [3] - 234:11,
237:15, 237:17

**DOSE** [1] - 144:24

**DOUBT** [2] - 49:3,
49:4

**DOWN** [93] - 10:21,
11:13, 12:5, 12:8,
12:18, 14:6, 16:23,
17:18, 17:24, 17:25,
18:11, 18:20, 18:22,
19:20, 21:10, 24:3,
24:4, 28:22, 31:6,
31:19, 32:16, 32:22,
34:4, 36:9, 37:11,
37:14, 37:17, 39:22,
39:25, 40:19, 46:9,
56:5, 57:10, 64:19,
65:13, 71:2, 78:8,
84:9, 87:25, 90:4,
91:24, 92:11, 92:20,
101:8, 101:11,
101:19, 101:24,
103:20, 127:9,
133:17, 137:16,
137:20, 141:4,
142:21, 142:22,
143:20, 144:8,
144:17, 148:3,
148:4, 152:7,
155:21, 156:19,
157:13, 158:23,
159:1, 159:19,
167:9, 170:12,
172:24, 173:10,
179:2, 179:3,
180:10, 182:19,
191:1, 192:13,
209:19, 216:17,
217:13, 218:1,

219:8, 222:17,
230:20, 231:18,
231:19, 233:16,
240:10, 241:4,
241:16, 244:21

**DOWN,0** [1] - 148:17

**DOWNLOAD** [1] -
41:10

**DR** [470] - 1:3, 1:14,
3:3, 4:6, 4:18, 4:20,
4:22, 4:23, 5:11, 6:6,
6:8, 6:9, 6:14, 6:17,
6:21, 6:25, 7:1, 7:3,
7:7, 7:14, 7:20, 8:2,
8:10, 8:13, 21:6,
27:19, 27:20, 28:1,
28:4, 28:7, 28:10,
28:17, 29:9, 29:15,
32:10, 32:24, 33:10,
36:24, 37:4, 38:22,
39:2, 39:15, 39:19,
39:21, 40:17, 41:4,
41:12, 41:20, 41:21,
42:3, 47:21, 47:24,
48:5, 48:15, 48:18,
48:19, 48:25, 49:13,
49:18, 49:19, 50:1,
55:11, 57:3, 57:23,
60:16, 60:24, 61:8,
62:3, 62:7, 62:20,
62:21, 63:3, 63:7,
63:19, 64:23, 65:8,
66:11, 66:16, 66:22,
67:2, 67:17, 68:10,
68:14, 68:18, 68:21,
69:3, 69:7, 69:19,
70:21, 71:6, 71:7,
71:15, 71:23, 72:3,
72:6, 72:7, 72:17,
72:20, 73:13, 73:14,
73:16, 73:18, 76:11,
76:15, 76:16, 76:17,
78:22, 78:25, 79:5,
79:6, 80:1, 80:2,
80:8, 80:9, 80:22,
81:1, 81:2, 83:25,
84:13, 84:14, 87:5,
87:7, 87:11, 87:12,
88:10, 88:16, 88:20,
88:21, 95:14, 98:7,
100:6, 100:14,
100:18, 100:20,
100:23, 101:1,
105:1, 105:3, 105:7,
105:8, 106:6, 106:7,
106:17, 106:22,
106:23, 106:25,
108:4, 110:23,
110:25, 111:2,
112:6, 112:7,
113:24, 114:2,

114:5, 114:19,
114:22, 115:4,
115:6, 115:10,
115:24, 116:7,
117:2, 117:6, 120:3,
121:21, 121:25,
122:1, 122:5,
126:19, 127:3,
128:9, 128:12,
129:15, 130:14,
131:8, 132:8,
132:11, 132:19,
133:6, 133:10,
133:21, 134:2,
134:12, 134:17,
135:6, 135:11,
135:15, 135:16,
136:3, 136:3,
136:10, 136:13,
136:16, 136:19,
137:22, 138:17,
140:12, 140:22,
140:24, 141:6,
142:5, 142:9,
142:11, 142:16,
142:18, 142:25,
143:1, 143:4,
143:19, 143:22,
144:9, 144:19,
146:18, 147:8,
147:21, 148:6,
148:7, 148:19,
148:22, 149:23,
150:3, 150:7,
150:13, 150:17,
150:19, 150:25,
151:15, 151:19,
152:4, 152:10,
152:25, 154:16,
155:10, 155:13,
155:16, 155:19,
155:23, 155:25,
156:8, 156:25,
157:14, 157:24,
158:8, 158:16,
158:18, 158:25,
159:3, 159:20,
160:16, 161:6,
164:9, 164:23,
165:6, 165:8,
165:21, 166:10,
166:20, 167:1,
168:5, 168:15,
168:23, 168:25,
169:11, 169:13,
169:24, 169:25,
170:13, 170:15,
170:19, 170:23,
171:21, 171:25,
172:2, 172:5, 173:1,
173:7, 173:11,

173:21, 174:11, 174:17, 174:21, 175:8, 175:12, 175:18, 176:1, 176:5, 176:10, 176:20, 176:22, 176:24, 176:25, 177:2, 177:7, 177:10, 177:25, 178:17, 179:1, 179:17, 179:19, 180:4, 180:7, 180:12, 180:21, 181:10, 181:25, 183:12, 183:14, 183:24, 185:4, 185:9, 185:16, 186:2, 186:8, 187:10, 188:22, 190:5, 190:23, 190:24, 193:3, 195:14, 195:18, 196:5, 196:8, 196:10, 196:13, 196:18, 196:21, 197:3, 197:13, 197:15, 198:9, 200:23, 201:3, 201:6, 204:19, 204:20, 204:21, 205:13, 205:17, 206:15, 206:17, 206:23, 206:24, 207:8, 208:25, 209:2, 209:13, 210:6, 210:14, 211:8, 211:12, 211:18, 211:21, 212:2, 212:23, 213:25, 214:19, 214:23, 214:24, 215:1, 215:3, 215:11, 216:2, 216:13, 216:24, 217:2, 217:9, 217:17, 217:18, 217:22, 218:2, 218:5, 218:11, 218:14, 218:17, 220:14, 220:15, 220:17, 220:18, 222:10, 224:11, 224:16, 224:18, 224:21, 224:22, 225:11, 225:13, 226:7, 227:9, 227:22, 228:6, 228:8, 228:10, 228:14, 228:15, 229:21, 230:1, 230:5, 230:7, 230:8,

230:22, 231:21, 233:13, 233:15, 233:17, 233:21, 234:25, 235:17, 236:2, 236:3, 236:5, 236:6, 236:11, 236:17, 237:22, 238:6, 238:8, 238:18, 238:19, 239:3, 239:7, 239:8, 239:23, 239:25, 240:3, 240:7, 240:10, 240:13, 241:7, 241:17, 242:4, 242:14, 242:17, 243:4, 243:12, 243:18, 243:19, 243:21, 244:4, 244:7, 244:15, 244:24, 245:6, 245:8, 245:13, 246:11, 247:1, 247:14, 247:17, 247:19, 247:21, 247:22, 248:3, 248:7, 248:11, 248:12, 249:8, 249:10, 249:23, 250:13, 250:17, 250:19, 250:21, 250:25

**DRAFT** [1] - 246:5
**DRAFTING** [1] - 223:17
**DRAMATIC** [2] - 9:5, 10:4
**DRASTIC** [1] - 221:17
**DROP** [1] - 57:10
**DROPS** [1] - 176:12
**DRUG** [1] - 234:7
**DS** [1] - 53:18
**DSM** [16] - 122:6, 122:11, 122:12, 122:25, 123:8, 124:12, 124:24, 125:3, 125:5, 125:15, 126:8, 153:7, 159:15, 163:3, 167:14, 221:9
**DSM-5** [13] - 195:15, 212:1, 221:4, 221:6, 221:10, 221:11, 221:12, 221:15, 221:20, 222:1
**DUE** [1] - 128:23, 183:7, 209:25, 220:5, 225:24
**DUMB** [1] - 46:23
**DUPLICATE** [1] - 61:19

**DURING** [13] - 30:2, 34:10, 38:14, 47:8, 49:1, 117:20, 141:12, 183:15, 183:16, 184:20, 193:15, 199:8
**DUTIES** [2] - 47:23, 78:23
**DX** [65] - 7:13, 7:18, 15:12, 21:7, 22:12, 24:1, 24:2, 28:12, 28:15, 28:17, 28:19, 29:16, 30:6, 30:11, 31:12, 31:13, 32:11, 33:10, 33:11, 33:12, 34:7, 36:3, 38:19, 39:2, 39:7, 39:11, 40:13, 56:13, 57:1, 57:8, 57:11, 57:21, 61:21, 63:5, 64:18, 65:9, 65:16, 67:5, 67:15, 68:24, 69:1, 69:17, 70:24, 71:9, 71:13, 72:1, 72:2, 72:14, 95:5, 116:25, 117:5, 118:16, 140:11, 142:3, 146:14, 147:2, 148:16, 172:24, 180:20, 218:8
**DX87** [1] - 29:13

# E

**E-MAIL** [40] - 20:22, 22:2, 28:20, 40:20, 40:22, 40:23, 41:3, 41:10, 41:12, 61:12, 61:15, 62:2, 62:3, 62:18, 62:19, 62:20, 63:1, 64:22, 65:2, 65:16, 66:16, 68:6, 69:3, 69:6, 69:13, 71:1, 71:3, 71:10, 71:23, 72:2, 72:6, 72:17, 72:19, 94:12, 133:15, 215:10, 218:14, 218:15
**E-MAILED** [3] - 7:9, 41:5, 41:17
**E-MAILS** [1] - 86:23
**EACH** [7] - 43:15, 53:13, 56:21, 56:24, 64:1, 64:6, 70:12
**EAGLE** [1] - 16:5
**EAR** [1] - 230:2
**EARLIER** [21] - 56:12, 80:15, 86:23, 87:13, 103:21, 104:2, 177:3, 177:13,

178:9, 183:2, 183:14, 184:5, 184:11, 184:17, 221:4, 221:9, 221:10, 226:22, 237:1, 238:1, 238:11
**EARLY** [10] - 99:19, 117:19, 122:24, 123:6, 123:9, 126:12, 161:1, 171:11, 180:1, 184:7
**EARNED** [2] - 198:16, 198:17
**EASE** [1] - 26:18
**EASIER** [1] - 160:22
**EASTERN** [2] - 1:2, 199:9
**EASY** [1] - 119:3
**ECFMG** [1] - 52:17
**EDITION** [1] - 207:25
**EDITIONS** [1] - 123:8
**EDUCATION** [4] - 10:16, 99:19, 187:8, 217:10
**EDUCATIONAL** [10] - 90:2, 116:7, 118:4, 136:3, 161:5, 198:15, 203:11, 210:1, 210:5, 220:23
**EFFECT** [1] - 25:4
**EFFECTIVELY** [1] - 47:14
**EFFICIENCIES** [1] - 200:11
**EITHER** [10] - 34:3, 41:11, 43:1, 52:17, 53:4, 60:18, 83:8, 140:5, 158:1, 164:15
**ELECT** [1] - 72:12
**ELECTRONIC** [1] - 61:13
**ELECTRONICALLY** [2] - 109:7, 110:20
**ELEMENTARY** [6] - 8:22, 99:15, 99:19, 167:16, 199:4, 210:11
**ELEMENTS** [1] - 130:19
**ELIGIBILITY** [3] - 111:22, 112:1, 199:6
**ELIGIBLE** [3] - 52:15, 52:19, 53:3
**ELSE** [4] - 3:17, 48:2, 165:16, 246:24
**ELSE'S** [1] - 146:3
**EMAIL** [1] - 218:11
**EMBARRASSING** [2] - 42:23, 42:24
**EMERGENCY** [2] -

16:10, 73:24
**EMPIRICALLY** [4] - 158:15, 240:19, 240:21, 240:22
**EMPIRICALLY-BASED** [2] - 240:21, 240:22
**EMPLOYEE'S** [1] - 77:5
**ENCODED** [1] - 110:19
**ENCOUNTER** [1] - 75:24
**ENCOURAGE** [2] - 66:6, 114:16
**ENCRYPTED** [2] - 31:24, 62:4
**END** [11] - 5:23, 6:13, 16:9, 33:9, 74:6, 109:5, 110:20, 142:24, 151:8, 176:2, 249:14
**ENDEMIC** [1] - 149:19
**ENERGY** [1] - 196:23
**ENGAGED** [1] - 109:14
**ENGLISH** [3] - 24:15, 24:17, 24:19
**ENHANCE** [1] - 192:2
**ENHANCES** [1] - 192:21
**ENOUGH** [13] - 23:5, 29:22, 38:3, 38:9, 38:10, 82:17, 122:20, 137:16, 138:20, 161:17, 176:12, 187:1, 195:24
**ENTERED** [1] - 38:19
**ENTIRE** [9] - 19:19, 44:13, 86:19, 100:7, 102:25, 145:6, 183:3, 225:13, 247:22
**ENTIRELY** [1] - 80:20
**ENTIRETY** [3] - 180:22, 183:7, 222:13
**ENTITIES** [6] - 120:14, 120:22, 121:7, 121:13, 121:18
**ENTITLED** [2] - 76:12, 250:5
**ENTITY** [7] - 30:23, 52:16, 53:4, 109:5, 109:20, 110:12, 120:15
**ENTRY** [1] - 127:14
**ENVIRONMENT** [1] - 146:9

EPIDEMIOLOGY [1] - 47:2
EQUATION [1] - 195:25
ERIN [4] - 50:7, 50:15, 250:15
ERROR [3] - 109:23, 182:24, 183:7
ESPECIALLY [17] - 12:1, 16:17, 18:21, 24:7, 27:18, 35:4, 35:20, 37:7, 44:22, 45:8, 75:14, 114:19, 119:6, 127:20, 168:21, 186:22, 187:4
ESQUIRE [1] - 2:2
ESSENCE [1] - 23:19
ESSENTIAL [2] - 160:20, 201:25
ESSENTIALLY [10] - 20:12, 111:10, 126:15, 131:12, 150:25, 154:1, 159:10, 164:20, 171:14, 246:6
ESSENTIALS [1] - 151:9
ESTABLISH [6] - 120:17, 124:3, 126:16, 149:19, 185:7, 206:21
ESTABLISHED [10] - 124:9, 125:19, 151:3, 159:16, 168:14, 168:22, 169:11, 169:23, 189:18, 215:19
ESTABLISHING [1] - 118:1
ESTIMATE [8] - 3:20, 85:1, 116:22, 223:6, 223:8, 225:15, 226:2, 226:15
ESTIMATED [3] - 223:1, 224:24
ET [17] - 10:15, 18:14, 23:14, 23:18, 30:15, 31:24, 36:20, 55:8, 58:7, 123:16, 123:23, 124:2, 149:20, 165:20, 166:4, 171:19, 192:16
EVALUATE [6] - 79:9, 119:17, 138:25, 143:9, 177:25, 233:3
EVALUATED [6] - 116:23, 144:6, 178:4, 178:7,

214:14, 214:24
EVALUATING [1] - 120:18
EVALUATION [28] - 58:16, 65:24, 86:12, 86:14, 131:14, 143:10, 143:15, 148:22, 148:25, 149:7, 149:11, 149:24, 150:2, 150:20, 151:5, 151:10, 202:10, 206:11, 219:20, 220:12, 229:23, 233:11, 235:15, 237:23, 240:25, 241:9
EVALUATIONS [15] - 59:5, 59:8, 90:1, 90:12, 126:14, 150:6, 151:7, 171:19, 199:6, 199:20, 200:25, 229:5, 232:23, 233:1
EVALUATORS [2] - 96:21, 97:17
EVEN [46] - 4:11, 9:22, 10:2, 10:4, 10:15, 14:2, 19:9, 21:22, 23:3, 24:12, 24:13, 24:25, 25:1, 25:20, 26:2, 30:21, 33:14, 33:24, 34:3, 34:14, 34:21, 35:15, 38:15, 42:23, 43:16, 45:2, 86:20, 114:5, 125:14, 129:22, 131:18, 134:10, 148:10, 155:3, 164:14, 167:13, 172:19, 184:16, 189:3, 193:1, 194:14, 215:1, 219:21, 239:15
EVENING [1] - 250:1
EVENTUALLY [2] - 49:6, 172:16
EVER [11] - 22:25, 68:18, 68:21, 73:5, 73:21, 109:22, 186:18, 186:20, 190:18, 199:24, 221:1
EVERY [16] - 16:8, 16:9, 19:10, 33:2, 47:2, 59:19, 82:9, 82:10, 90:23, 99:5, 162:10, 163:5, 192:23, 193:22, 205:23, 223:3

EVERYONE [7] - 3:24, 4:23, 48:8, 57:16, 111:6, 113:11, 115:5
EVERYONE'S [1] - 39:7
EVERYTHING [3] - 3:17, 5:19, 169:9
EVIDENCE [46] - 7:11, 7:13, 7:17, 7:19, 7:23, 21:5, 28:16, 29:14, 39:14, 49:10, 55:10, 55:15, 57:2, 57:6, 57:22, 58:1, 60:15, 60:21, 61:2, 61:18, 63:6, 63:10, 65:7, 65:11, 67:20, 69:18, 69:22, 71:18, 72:16, 95:13, 114:20, 117:9, 125:6, 125:9, 126:12, 144:13, 151:22, 154:23, 155:5, 155:8, 158:1, 161:3, 188:16, 188:17, 191:25, 217:8
EVIDENT [1] - 161:2
EVOLVED [1] - 179:13
EXACT [2] - 38:5, 247:18
EXACTLY [6] - 29:5, 157:7, 197:3, 222:24, 226:13, 246:18
EXAGGERATING [1] - 159:24
EXAM [55] - 9:13, 14:9, 17:16, 18:8, 18:9, 18:14, 22:21, 22:25, 26:8, 26:11, 26:16, 26:21, 31:21, 43:17, 43:23, 44:23, 45:11, 46:8, 46:17, 47:3, 51:8, 51:18, 51:19, 52:9, 52:12, 52:18, 52:20, 53:3, 53:12, 54:11, 55:6, 55:7, 59:4, 63:19, 63:21, 64:1, 64:13, 65:22, 68:19, 68:22, 72:13, 73:6, 94:2, 94:4, 103:22, 108:18, 109:9, 111:10, 135:7, 139:11, 209:12, 215:13, 216:16, 219:5
EXAMINATION [53] - 1:6, 3:25, 6:8, 6:25, 7:5, 8:4, 8:12, 17:5,

17:23, 18:12, 18:19, 18:22, 22:8, 22:10, 22:17, 23:16, 23:21, 24:15, 26:13, 32:20, 40:14, 48:24, 50:20, 51:10, 51:17, 72:25, 73:15, 80:12, 89:21, 93:17, 94:1, 94:16, 105:11, 106:24, 111:8, 114:20, 115:22, 133:18, 175:16, 176:21, 176:23, 198:7, 200:8, 211:10, 213:19, 215:12, 215:17, 215:18, 216:3, 220:16, 241:20, 244:22, 247:20
EXAMINATIONS [16] - 15:10, 20:22, 23:23, 25:21, 45:9, 51:8, 51:23, 51:24, 92:7, 93:22, 104:3, 104:10, 104:20, 127:11, 216:10, 232:16
EXAMINEE [14] - 58:21, 70:12, 72:8, 72:23, 106:17, 109:4, 109:19, 111:25, 198:12, 200:3, 203:1, 203:8, 205:23, 207:6
EXAMINEE'S [1] - 204:3
EXAMINEES [28] - 52:11, 54:5, 54:10, 55:5, 58:6, 58:14, 59:21, 63:25, 201:17, 201:20, 201:22, 202:7, 202:16, 202:22, 204:1, 206:5, 206:7, 206:8, 208:7, 212:16, 216:4, 229:13, 242:22, 244:5, 244:13, 247:12
EXAMINEES' [2] - 202:1, 246:2
EXAMINERS [11] - 25:18, 26:1, 50:6, 51:2, 51:5, 51:6, 115:10, 120:16, 197:21, 198:14, 199:24
EXAMPLE [7] - 14:25, 43:11, 48:14, 109:16, 152:11,

163:13, 163:25
EXAMPLES [7] - 89:25, 91:5, 120:13, 121:7, 161:9, 219:18, 220:7
EXAMS [6] - 22:21, 111:11, 128:24, 135:18, 209:25, 210:4
EXASPERATES [1] - 44:21
EXCEPT [1] - 112:16
EXCERPT [1] - 214:4
EXCUSE [2] - 4:1, 66:13
EXCUSED [4] - 47:22, 112:4, 196:14, 249:11
EXECUTIVE [6] - 79:10, 79:16, 79:19, 79:21, 79:23, 172:11
EXHIBIT [71] - 7:10, 7:13, 7:16, 7:22, 8:14, 8:17, 8:18, 8:19, 21:4, 28:15, 29:13, 34:9, 39:13, 54:15, 55:10, 55:14, 56:13, 57:1, 57:5, 57:8, 57:11, 57:21, 57:25, 60:1, 60:14, 60:20, 61:17, 63:5, 63:9, 63:12, 64:18, 65:6, 65:10, 66:19, 67:5, 67:15, 67:19, 68:8, 68:24, 69:17, 69:21, 70:24, 71:17, 72:14, 84:9, 88:17, 89:7, 92:14, 94:20, 94:25, 95:12, 116:25, 117:8, 118:15, 127:2, 127:25, 134:4, 136:7, 140:11, 144:14, 146:14, 147:2, 147:25, 149:21, 168:13, 169:8, 204:18, 216:18, 217:14, 218:8, 220:3
EXHIBITS [2] - 7:10, 251:1
EXIST [1] - 126:2
EXISTENCE [5] - 130:3, 130:22, 131:3, 152:4, 195:5
EXPAND [5] - 56:25, 132:12, 137:16, 140:19, 156:24
EXPECT [4] - 55:7, 123:21, 123:24,

137:1

EXPECTATION [1] -
194:20

EXPECTED [3] -
16:22, 79:1, 202:24

EXPENSIVE [1] -
220:11

EXPERIENCE [18] -
24:9, 45:24, 75:10,
75:11, 75:13, 75:21,
75:22, 76:1, 76:8,
76:20, 76:22,
123:17, 125:12,
179:25, 199:1,
200:11, 201:12

EXPERIENCING [2] -
215:4, 215:5

EXPERIMENTAL [1] -
27:5

EXPERT [9] - 88:24,
121:22, 150:19,
173:18, 177:5,
177:15, 191:20,
200:25, 201:11

EXPERTISE [1] -
183:5

EXPERTS [5] - 75:1,
75:2, 75:4, 88:12,
88:13

EXPIRATION [1] -
110:10

EXPIRE [1] - 110:3

EXPIRED [1] - 110:11

EXPIRES [1] - 110:5

EXPLAIN [21] - 52:8,
57:9, 58:24, 58:25,
69:4, 71:20, 72:4,
72:16, 88:1, 105:14,
105:16, 108:15,
158:6, 166:1, 206:8,
208:8, 208:11,
209:9, 218:24, 233:6

EXPLAINED [8] -
32:21, 103:21,
217:4, 217:7, 217:9,
218:17, 227:15,
245:17

EXPLAINING [1] -
216:25

EXPLANATION [1] -
27:23

EXPOSURE [1] -
75:24

EXPRESSLY [1] -
76:14

EXTEND [1] - 111:25

EXTENDED [15] -
93:8, 93:24, 94:8,
128:25, 133:19,
133:24, 134:10,

191:7, 215:14,
216:1, 216:3, 231:3,
231:6, 231:14,
231:16

EXTENSION [1] -
111:25

EXTENSIVE [1] -
219:19

EXTENT [13] - 119:8,
121:17, 130:3,
130:22, 131:3,
132:1, 135:8, 140:9,
149:13, 152:4,
153:13, 161:3, 243:1

EXTERNAL [3] -
121:16, 125:10,
126:23

EXTRA [13] - 24:11,
45:19, 45:21, 46:6,
47:4, 83:6, 110:18,
135:16, 135:17,
164:23, 181:7,
211:9, 231:12

EXTRAORDINARY [2]
- 129:4, 153:7

EXTREMELY [3] -
149:10, 195:21,
211:25

EY [1] - 169:9

EYE [2] - 147:11,
169:7

EYES [2] - 106:19,
246:7

_____

F

FACT [16] - 117:18,
117:25, 126:2,
136:24, 137:7,
145:19, 146:9,
149:16, 152:20,
153:11, 158:9,
170:7, 188:7,
192:17, 193:15,
200:24

FACTORS [2] -
123:10, 149:18

FACULTY [2] -
178:13, 220:2

FAILED [2] - 22:21,
24:25

FAILING [2] - 9:25,
10:5

FAIR [3] - 80:6,
138:20, 238:21

FAIRNESS [1] - 196:3

FALL [1] - 107:6

FAME [2] - 117:13,
117:24

FAMILIAR [7] - 78:2,

119:23, 120:1,
121:16, 217:17,
240:3, 240:7

FAMILY [1] - 103:5

FAR [8] - 82:9, 94:4,
116:5, 129:8,
156:15, 176:6,
176:10, 221:16

FASTER [2] - 197:7,
197:16

FAVOR [1] - 5:14

FAX [1] - 40:20

FEASIBLE [2] - 19:14,
34:3

FEBRUARY [5] -
17:21, 18:8, 141:2,
141:7, 147:5

FEE [1] - 112:2

FEEDBACK [2] - 59:9,
220:1

FEEL [19] - 8:6, 24:10,
37:19, 47:9, 70:17,
70:19, 143:11,
146:4, 146:13,
147:12, 147:15,
149:16, 151:18,
155:6, 185:5, 188:6,
192:10, 196:4,
209:15

FEELS [5] - 42:18,
85:20, 128:16,
161:23, 192:19

FEES [2] - 110:7,
110:14

FELT [9] - 25:2, 89:2,
131:18, 132:23,
137:9, 146:22,
171:12, 171:18,
181:6

FEW [10] - 40:12,
137:6, 144:12,
170:13, 185:17,
186:6, 194:7, 195:2,
223:10, 223:12

FIDE [1] - 118:9

FIELD [4] - 12:17,
75:13, 75:23, 116:20

FIFTH [2] - 167:25,
207:25

FIGURE [1] - 5:6

FIGURED [1] - 172:16

FILE [11] - 73:1, 91:20,
97:12, 105:22,
106:2, 106:3,
128:21, 128:22,
147:19, 174:7,
211:18

FILED [2] - 83:23,
170:20

FILL [4] - 33:20, 41:1,

67:8

FILLED [1] - 68:3

FILLING [1] - 67:25

FINAL [4] - 10:6, 49:5,
49:6, 241:18

FINALE [1] - 5:20

FINALLY [1] - 167:4

FINANCES [1] - 34:4

FINANCIAL [1] - 33:17

FIND [12] - 4:25, 19:4,
60:10, 138:1,
145:12, 146:3,
163:4, 188:23,
195:20, 209:3,
211:7, 211:20

FINE [13] - 6:19, 6:22,
49:15, 50:24, 55:23,
62:14, 100:18,
123:5, 132:13,
165:13, 189:12,
201:7, 245:8

FINGERS [1] - 196:19

FINISH [4] - 44:13,
112:23, 113:2, 172:2

FINISHED [5] - 5:9,
31:16, 102:20,
237:20, 249:22

FIRST [69] - 5:4, 8:23,
9:17, 15:20, 25:10,
35:18, 36:4, 61:5,
61:7, 62:19, 63:15,
64:4, 64:18, 68:25,
70:2, 71:2, 89:16,
91:4, 93:16, 96:11,
101:17, 113:21,
119:18, 120:15,
122:13, 122:19,
127:3, 127:16,
132:10, 137:15,
153:22, 156:3,
161:22, 166:20,
167:22, 168:6,
170:4, 172:6,
172:25, 177:4,
177:6, 177:14,
177:17, 177:18,
177:19, 179:13,
179:22, 179:23,
180:12, 180:13,
180:16, 203:8,
205:14, 205:20,
205:21, 205:22,
206:2, 224:12,
224:14, 226:3,
230:21, 232:6,
240:12, 244:24,
245:15, 246:22,
247:2

FIVE [14] - 3:22, 12:2,
43:16, 43:20, 49:21,

85:5, 85:6, 85:9,
85:10, 102:8,
111:11, 141:23,
190:17, 223:8

FIVE-MINUTE [1] -
49:21

FIX [1] - 5:1

FLIPPED [1] - 235:25

FLOOR [1] - 7:1

FLOW [8] - 81:24,
82:3, 82:4, 82:24,
88:2, 88:4, 88:5,
88:9

FLOWS [1] - 82:8

FLU [1] - 188:15

FOCUS [19] - 14:9,
44:3, 44:16, 47:6,
118:22, 128:18,
137:13, 138:8,
145:11, 146:4,
146:13, 147:6,
148:9, 148:18,
152:18, 156:3,
163:5, 198:19,
220:24

FOCUSED [5] - 52:3,
52:4, 52:5, 118:23,
127:7

FOCUSING [4] - 13:3,
72:17, 132:16,
144:13

FOLKS [1] - 75:22

FOLLOW [8] - 47:18,
57:16, 88:9, 110:24,
111:6, 152:18,
196:4, 203:1

FOLLOW-UP [1] -
196:4

FOLLOWING [4] -
70:4, 89:9, 101:16,
122:22

FOLLOWS [3] - 44:24,
122:12, 123:19

FOOTER [1] - 131:7,
213:23

FOR [580] - 1:2, 2:4,
4:14, 5:13, 5:17,
5:19, 6:1, 6:21, 8:3,
8:5, 8:16, 9:6, 10:7,
10:21, 11:1, 12:7,
13:8, 13:9, 13:13,
13:14, 16:11, 16:17,
17:4, 19:2, 19:3,
19:8, 19:14, 19:15,
19:25, 20:7, 20:12,
20:16, 20:17, 22:17,
22:18, 22:19, 22:22,
22:24, 23:5, 23:21,
23:23, 24:6, 24:7,
24:8, 24:13, 24:16,

25:6, 25:19, 26:11, 27:23, 28:21, 28:23, 29:4, 30:17, 30:20, 31:12, 31:22, 32:3, 32:20, 33:4, 33:10, 33:22, 33:24, 33:25, 34:3, 34:6, 34:16, 34:22, 34:23, 35:21, 36:12, 36:13, 36:22, 37:6, 37:9, 37:19, 37:21, 38:7, 38:11, 38:18, 38:19, 38:25, 40:5, 42:4, 42:20, 42:21, 42:23, 43:2, 43:3, 43:11, 43:22, 44:19, 45:10, 45:19, 47:8, 47:16, 48:3, 48:5, 48:14, 50:14, 51:4, 51:7, 51:9, 52:7, 52:9, 52:12, 52:14, 52:17, 52:18, 52:24, 52:25, 53:2, 53:3, 53:5, 53:7, 53:9, 53:10, 53:13, 53:19, 53:22, 53:25, 54:14, 56:16, 57:13, 57:18, 57:19, 58:8, 58:10, 58:12, 58:13, 58:15, 58:23, 60:4, 60:6, 60:8, 60:23, 61:7, 62:16, 63:15, 63:21, 63:22, 64:1, 64:6, 64:8, 64:10, 64:13, 64:14, 64:16, 64:17, 64:24, 64:25, 65:21, 65:23, 66:3, 66:8, 66:9, 66:15, 67:25, 68:2, 68:16, 69:1, 69:8, 69:11, 70:8, 70:14, 70:25, 72:1, 72:10, 72:13, 73:2, 74:8, 75:14, 76:3, 76:4, 76:18, 77:1, 79:17, 81:13, 82:1, 82:2, 82:23, 83:6, 83:9, 83:17, 84:1, 84:22, 85:12, 85:18, 85:20, 85:22, 86:9, 86:12, 86:13, 86:17, 86:24, 87:9, 87:16, 89:8, 89:15, 89:23, 90:6, 90:22, 91:19, 91:23, 92:19, 92:25, 93:20, 94:23, 95:16, 96:17, 97:21, 98:11, 98:23, 99:13, 99:21, 99:22, 100:13, 100:17, 101:10, 101:17, 101:18, 101:25, 102:5, 102:6,

102:12, 102:24, 103:3, 103:7, 105:2, 105:24, 106:4, 106:13, 106:19, 107:25, 108:9, 108:12, 108:17, 108:19, 108:21, 109:3, 109:15, 109:17, 110:2, 111:23, 112:1, 112:11, 112:12, 112:16, 113:1, 113:10, 113:15, 113:16, 114:1, 114:3, 114:5, 115:15, 116:10, 116:23, 117:2, 117:15, 118:2, 119:14, 119:17, 119:23, 120:14, 120:18, 120:22, 121:3, 121:12, 121:19, 122:7, 123:18, 124:5, 124:12, 126:5, 126:14, 126:15, 126:19, 127:4, 128:16, 128:23, 129:3, 129:6, 130:6, 131:5, 131:13, 132:5, 132:25, 133:15, 133:18, 134:6, 134:13, 135:20, 136:4, 136:16, 137:8, 137:13, 137:17, 138:15, 139:10, 140:2, 140:6, 140:16, 141:3, 141:6, 142:7, 142:18, 143:1, 143:10, 143:14, 144:2, 144:15, 144:20, 144:24, 145:17, 145:21, 145:24, 146:22, 147:1, 147:10, 147:17, 147:22, 148:12, 148:18, 148:24, 149:4, 149:8, 149:22, 150:12, 151:4, 151:5, 151:8, 151:10, 152:11, 152:17, 153:7, 156:5, 157:7, 157:18, 158:6, 158:24, 159:18, 159:25, 160:13, 162:18, 162:20, 163:13, 163:25,

165:2, 165:3, 165:20, 165:22, 165:24, 166:8, 167:8, 168:9, 168:13, 168:15, 168:23, 169:12, 170:8, 173:21, 177:5, 177:7, 177:15, 177:17, 177:18, 177:20, 177:23, 178:4, 178:7, 178:24, 178:25, 179:2, 179:10, 180:4, 181:16, 181:22, 182:6, 182:20, 183:12, 183:24, 184:15, 184:16, 184:25, 185:16, 185:22, 187:7, 189:2, 189:4, 190:18, 190:20, 191:2, 191:8, 191:21, 192:1, 192:7, 192:9, 192:13, 193:12, 193:22, 195:21, 195:25, 196:1, 196:12, 197:14, 198:3, 199:4, 199:17, 199:20, 200:4, 200:6, 200:7, 200:13, 200:15, 201:2, 201:20, 201:25, 202:3, 202:8, 202:13, 202:17, 202:25, 203:22, 204:2, 205:14, 205:18, 205:22, 206:19, 206:21, 206:24, 207:7, 208:15, 208:18, 208:20, 208:22, 209:11, 209:14, 210:13, 210:18, 210:19, 210:21, 210:23, 211:2, 211:4, 211:8, 211:13, 211:21, 212:7, 212:19, 212:23, 213:8, 213:21, 213:25, 214:5, 214:12, 214:19, 214:24, 215:7, 215:11, 216:3, 216:11, 216:14, 216:16, 217:1, 217:5, 217:18, 219:10, 219:13, 219:14, 219:16, 220:14,

221:10, 221:19, 222:8, 222:11, 222:19, 222:20, 223:3, 223:14, 223:24, 224:4, 224:6, 224:7, 224:16, 224:25, 225:4, 225:6, 225:11, 225:14, 225:16, 225:19, 225:21, 225:22, 226:4, 226:5, 226:10, 226:19, 227:23, 228:2, 228:5, 228:17, 229:2, 229:5, 229:7, 229:22, 229:24, 230:11, 232:2, 232:14, 232:21, 232:24, 233:9, 234:1, 234:7, 234:22, 235:3, 235:15, 236:19, 237:10, 237:12, 237:23, 238:8, 240:6, 240:16, 241:19, 241:23, 243:3, 243:5, 243:6, 243:7, 243:17, 243:18, 243:22, 244:5, 244:6, 244:8, 245:5, 245:12, 246:5, 246:11, 246:22, 247:2, 247:3, 248:5, 248:17, 249:4, 249:11, 249:17, 249:18

**FORCE** [1] - 21:21

**FORCES** [1] - 192:13

**FOREGOING** [1] - 250:3

**FOREIGN** [1] - 68:3

**FORENSIC** [2] - 159:14, 159:25

**FOREVER** [1] - 44:24

**FORGET** [1] - 19:18

**FORGETFUL** [1] - 153:11

**FORGETTING** [1] - 153:1

**FORGOT** [1] - 20:4

**FORM** [62] - 18:3, 18:4, 18:18, 19:11, 19:17, 19:19, 19:21, 19:22, 19:23, 19:24, 20:2, 20:4, 20:6, 20:7, 33:13, 33:20, 40:17, 40:21, 41:5, 41:8, 41:12, 58:15,

64:9, 65:18, 66:9, 67:8, 67:12, 67:22, 67:23, 67:25, 92:19, 94:6, 98:23, 128:4, 158:6, 160:10, 178:14, 188:17, 193:11, 203:9, 205:23, 206:20, 207:5, 207:13, 209:18, 210:7, 216:7, 222:11, 224:7, 225:9, 242:7, 242:9, 242:14, 242:23, 243:6, 243:11

**FORMAL** [3] - 86:14, 125:23, 128:7

**FORMALLY** [2] - 85:8, 210:3

**FORMAT** [1] - 55:19

**FORMATTED** [1] - 151:25

**FORMATTINGS** [1] - 193:14

**FORMS** [5] - 20:3, 56:22, 59:9, 68:6, 244:12

**FORMULATING** [1] - 114:19

**FORWARD** [11] - 9:3, 17:15, 23:9, 35:20, 82:18, 82:20, 83:1, 88:23, 170:14, 217:21, 227:1

**FOUND** [8] - 54:9, 57:14, 95:2, 102:21, 102:22, 102:24, 148:15, 192:24

**FOUNDATION** [3] - 25:13, 36:5, 80:18

**FOUNDATIONAL** [1] - 80:18

**FOUR** [6] - 12:16, 19:12, 102:7, 190:16, 248:16, 249:1

**FOURTH** [6] - 9:4, 10:5, 10:18, 66:1, 123:22, 168:2

**FREE** [1] - 70:17

**FREEZING** [2] - 162:10, 196:18

**FREQUENCY** [1] - 58:24

**FREQUENT** [1] - 176:9

**FREQUENTLY** [1] - 109:23

**FRESH** [1] - 246:7

**FRIDAY** [6] - 4:12, 5:9,

5:12, 16:6, 112:24, 113:1

**FRIEND** [1] - 103:13

**FRIENDS** [1] - 103:6

**FROM** [164] - 5:18, 12:19, 13:18, 14:5, 14:13, 16:6, 16:20, 18:18, 23:2, 24:9, 24:17, 25:4, 28:20, 30:2, 32:14, 32:15, 32:24, 33:15, 33:16, 34:20, 34:24, 35:18, 38:1, 38:2, 39:15, 41:18, 42:14, 42:16, 42:17, 44:3, 47:11, 47:13, 52:2, 58:17, 59:11, 60:24, 61:8, 62:3, 62:20, 63:1, 63:3, 66:18, 69:2, 69:6, 71:3, 71:6, 71:7, 72:2, 72:7, 72:17, 72:19, 72:20, 73:9, 76:24, 80:15, 82:6, 86:24, 88:1, 90:14, 90:17, 90:18, 92:6, 93:12, 93:17, 94:5, 94:12, 94:13, 94:19, 95:24, 96:5, 96:18, 96:21, 97:5, 97:15, 97:16, 98:22, 99:1, 99:6, 99:13, 99:15, 102:5, 102:8, 103:5, 103:13, 112:18, 113:8, 118:24, 119:11, 120:7, 121:7, 123:3, 123:13, 125:6, 125:7, 125:9, 125:10, 125:12, 126:12, 129:9, 129:14, 130:6, 130:11, 130:14, 132:6, 133:16, 133:24, 136:12, 139:2, 140:12, 142:25, 145:5, 146:15, 147:5, 148:1, 150:7, 157:2, 157:21, 158:12, 158:25, 159:2, 159:4, 160:6, 161:1, 168:19, 170:19, 173:23, 174:2, 174:4, 174:11, 174:16, 174:20, 175:7, 178:13, 182:17, 184:25, 185:17, 188:25, 191:3, 194:17, 198:16, 198:18, 202:10, 202:19,

204:20, 206:12, 211:15, 212:1, 212:18, 212:20, 214:4, 215:10, 216:1, 220:1, 220:2, 221:8, 221:11, 230:11, 230:24, 250:4

**FRONT** [2] - 15:5, 105:21

**FROZE** [8] - 120:3, 136:15, 162:8, 163:19, 165:8, 167:1, 177:11, 182:4

**FRUSTRATED** [1] - 30:18

**FRUSTRATION** [3] - 30:16, 30:17, 30:22

**FSMB** [2] - 51:9, 52:17

**FULL** [7] - 24:19, 114:15, 131:19, 161:17, 178:13, 245:23, 246:14

**FULL-TIME** [1] - 178:13

**FULLY** [6] - 28:2, 43:9, 44:17, 80:16, 81:5

**FUNCTION** [4] - 79:19, 89:13, 146:2, 209:13

**FUNCTIONAL** [29] - 66:10, 126:15, 130:3, 130:22, 131:3, 132:1, 132:3, 132:15, 133:11, 133:13, 140:9, 147:23, 152:4, 153:2, 157:22, 164:14, 184:9, 184:13, 188:2, 189:3, 189:5, 189:21, 191:17, 192:5, 202:2, 204:16, 212:6, 213:7, 214:10

**FUNCTIONALLY** [1] - 192:19

**FUNCTIONED** [1] - 151:16

**FUNCTIONING** [15] - 58:18, 79:21, 79:23, 89:17, 102:6, 133:23, 136:25, 137:25, 146:23, 148:13, 154:24, 170:11, 190:10

**FUNCTIONS** [5] - 79:11, 79:16, 154:23, 167:5,

172:11

**FURTHER** [15] - 7:24, 9:22, 40:9, 42:2, 108:5, 111:8, 149:3, 149:8, 185:11, 196:6, 196:9, 196:10, 244:16, 247:13, 249:8

**FUTURE** [1] - 58:6

# G

**G-O-R-D-O-N** [1] - 115:17

**GAIN** [5] - 23:9, 37:24, 160:3, 193:19, 216:1

**GAINED** [1] - 12:20

**GATHER** [2] - 80:14, 151:15

**GATHERING** [1] - 86:8

**GAVE** [4] - 29:24, 93:25, 100:11, 153:6

**GEEZ** [1] - 127:22

**GENERAL** [18] - 52:8, 52:11, 57:15, 81:6, 82:3, 84:17, 85:22, 88:2, 88:4, 101:16, 126:17, 195:23, 199:14, 202:5, 202:12, 203:5, 203:16, 206:3

**GENERALLY** [18] - 58:3, 70:14, 78:13, 84:23, 85:23, 97:3, 99:9, 109:14, 146:21, 154:11, 162:10, 163:16, 168:18, 170:13, 188:24, 206:1, 210:19, 217:2

**GEORGIA** [1] - 198:18

**GET** [45] - 3:12, 3:15, 3:24, 5:8, 8:17, 22:1, 23:9, 25:6, 32:4, 36:4, 37:11, 37:16, 37:23, 45:10, 46:14, 65:14, 72:25, 80:6, 93:21, 109:1, 109:6, 110:8, 110:12, 111:16, 114:20, 118:3, 118:7, 128:14, 139:14, 139:20, 139:21, 143:15, 160:23, 166:18, 168:10, 176:9, 182:3, 184:25, 187:1, 188:24, 189:20, 195:23, 197:9, 240:11, 249:21

**GETS** [5] - 28:24, 48:16, 124:11, 192:17, 192:23

**GETTING** [5] - 75:25, 97:24, 109:9, 151:13, 187:20

**GIVE** [42] - 4:12, 5:6, 5:8, 5:16, 14:25, 15:14, 25:12, 26:11, 27:12, 37:22, 46:22, 79:3, 94:7, 112:16, 112:22, 113:9, 114:16, 120:13, 129:6, 158:16, 161:17, 163:10, 163:11, 163:12, 163:16, 173:18, 178:20, 192:25, 208:10, 223:1, 223:5, 223:6, 226:14, 227:24, 232:15, 232:22, 232:25, 233:10, 237:15, 246:4, 248:8

**GIVEN** [15] - 22:8, 26:23, 29:22, 35:9, 40:24, 44:4, 86:20, 93:14, 101:17, 183:7, 186:20, 194:6, 225:8, 226:8, 226:18

**GIVING** [2] - 46:6, 47:4

**GLEAN** [1] - 119:11

**GLIGOR** [2] - 1:18, 250:8

**GLITCH** [1] - 196:24

**GO** [121] - 8:8, 8:16, 9:22, 11:11, 11:13, 11:17, 12:5, 12:8, 12:17, 13:13, 14:17, 16:7, 18:14, 19:8, 19:11, 20:18, 20:21, 23:15, 23:20, 24:1, 24:10, 24:14, 26:9, 26:12, 30:8, 31:3, 31:7, 32:11, 36:3, 36:4, 37:11, 41:2, 42:25, 43:7, 44:1, 44:12, 44:14, 47:7, 52:16, 54:21, 55:17, 60:10, 63:12, 63:18, 69:24, 80:7, 82:25, 83:12, 89:6, 101:5, 109:3, 110:6, 111:18, 112:18, 115:20, 119:5, 120:23, 121:3, 121:4, 122:10, 127:7, 127:25,

132:13, 136:9, 136:25, 138:14, 140:15, 141:9, 142:3, 142:8, 142:12, 142:21, 142:24, 143:17, 144:17, 147:11, 147:19, 148:15, 148:16, 155:22, 156:16, 157:11, 158:13, 158:23, 159:1, 161:16, 167:20, 167:21, 179:15, 180:24, 182:21, 184:24, 195:16, 196:5, 205:20, 209:7, 211:6, 218:24, 219:4, 221:1, 222:5, 222:12, 222:17, 227:7, 230:19, 233:7, 234:17, 239:21, 239:22, 244:3, 244:17, 245:24, 246:4, 248:10, 248:13, 249:17

**GOD** [1] - 35:22

**GOES** [12] - 3:7, 3:14, 5:2, 23:22, 44:10, 98:14, 151:11, 154:4, 159:12, 165:20, 219:11, 246:2

**GOING** [76] - 5:18, 9:3, 14:15, 14:17, 15:15, 17:15, 17:25, 18:1, 18:15, 20:3, 21:25, 23:9, 23:12, 23:13, 23:15, 24:4, 35:2, 35:4, 35:10, 37:13, 39:25, 42:7, 44:18, 45:11, 46:10, 47:10, 52:18, 52:21, 54:15, 60:1, 61:17, 68:8, 69:24, 72:1, 76:21, 78:24, 80:21, 91:21, 108:16, 109:22, 113:1, 113:7, 125:24, 126:4, 127:2, 127:6, 129:20, 137:8, 137:14, 140:4, 140:11, 140:13, 140:19, 142:12, 143:20, 144:14, 147:3, 147:25, 156:23, 163:2, 169:8, 170:12, 171:23, 172:23, 175:22, 196:3,

204:18, 211:5, 222:6, 243:14, 244:1, 245:17, 248:7
**GONE** [3] - 33:19, 35:8, 40:25
**GOOD** [34] - 7:7, 7:8, 12:21, 15:9, 49:24, 50:8, 50:9, 50:22, 50:23, 73:17, 73:18, 81:25, 112:8, 114:14, 115:5, 115:7, 115:24, 115:25, 121:2, 129:10, 139:21, 170:10, 175:14, 176:12, 176:25, 177:1, 187:10, 188:6, 189:13, 189:19, 190:12, 198:9, 198:10, 250:1
**GORDON** [63] - 3:11, 115:10, 115:13, 115:16, 115:24, 116:7, 117:3, 120:3, 121:21, 122:5, 132:11, 133:21, 136:11, 136:15, 137:22, 138:17, 140:22, 144:19, 146:18, 147:8, 147:22, 148:6, 148:22, 150:3, 155:14, 155:16, 156:8, 156:25, 158:16, 159:20, 165:6, 165:8, 166:20, 167:1, 169:14, 169:25, 170:13, 172:2, 173:1, 173:11, 175:12, 176:25, 177:2, 177:10, 177:25, 178:17, 179:1, 179:17, 179:19, 180:4, 180:7, 180:12, 180:21, 181:10, 181:25, 183:12, 183:14, 183:25, 185:16, 190:5, 196:13, 196:18, 250:19
**GORDON'S** [1] - 172:1
**GORY** [2] - 129:14, 211:16
**GOSH** [1] - 43:23
**GOT** [16] - 25:1, 27:9, 28:3, 44:7, 76:23, 82:23, 123:8, 127:20, 137:3,

163:23, 172:13, 178:12, 182:17, 188:12, 188:16, 192:20
**GOTTEN** [7] - 17:16, 35:12, 76:12, 105:4, 161:24, 186:25, 188:5
**GPA** [3] - 13:3, 13:4, 13:17
**GRACE** [2] - 110:9, 110:12
**GRADE** [28] - 8:23, 9:4, 9:18, 9:23, 9:25, 10:5, 10:6, 10:18, 12:13, 25:8, 25:9, 123:22, 123:23, 139:21, 167:22, 167:24, 167:25, 168:3, 168:6, 168:19, 180:13, 180:16, 181:2, 181:12, 181:17
**GRADE-TO-GRADE** [1] - 168:19
**GRADED** [1] - 27:8
**GRADES** [14] - 10:5, 10:14, 13:5, 13:17, 14:5, 15:7, 15:8, 137:6, 171:11, 181:4, 181:14, 181:19, 182:9, 182:14
**GRADUATE** [4] - 24:7, 34:14, 188:25, 199:10
**GRADUATED** [3] - 45:4, 52:2, 169:5
**GRADUATES** [1] - 16:18
**GRADUATING** [1] - 35:18
**GRAND** [1] - 5:20
**GRAPHS** [1] - 158:9
**GREAT** [2] - 36:25, 120:24
**GROSS** [1] - 156:16
**GROUP** [7] - 105:15, 112:10, 112:21, 113:11, 117:15, 140:12, 153:19
**GROWTH** [3] - 192:22, 192:23, 192:25
**GUESS** [18] - 4:7, 25:17, 48:9, 62:8, 76:21, 81:23, 86:8, 96:3, 97:24, 138:7, 167:11, 176:10, 183:25, 186:13, 191:2, 214:4,

228:20, 237:8
**GUIDE** [2] - 59:16, 60:4
**GUIDELINE** [1] - 82:14
**GUIDELINES** [41] - 26:17, 38:18, 56:22, 57:13, 57:15, 57:17, 58:4, 58:5, 66:6, 66:7, 81:24, 82:25, 84:17, 84:21, 84:22, 84:24, 85:2, 85:12, 85:15, 85:16, 85:22, 85:23, 86:2, 86:9, 86:12, 86:18, 96:25, 98:8, 98:9, 202:5, 202:12, 202:13, 202:20, 202:21, 203:1, 206:7, 218:25, 230:11, 247:5, 247:9
**GUYS** [5] - 21:23, 25:24, 81:24, 230:10, 248:20
**GUYS'S** [1] - 97:16

# H

**HACKMAN** [11] - 141:3, 141:6, 142:16, 143:1, 143:4, 143:19, 143:22, 144:9, 214:23, 215:1
**HAD** [85] - 5:11, 5:24, 11:19, 11:24, 12:16, 13:10, 13:15, 14:14, 16:7, 17:9, 18:4, 19:19, 20:6, 20:8, 25:2, 25:23, 25:24, 34:16, 34:17, 35:5, 35:10, 41:9, 42:25, 45:19, 48:22, 54:3, 62:5, 66:16, 69:10, 70:10, 84:10, 85:17, 92:6, 100:8, 113:5, 116:1, 116:2, 118:7, 119:7, 122:14, 123:10, 123:20, 128:21, 128:22, 129:25, 134:11, 136:23, 136:24, 137:1, 137:5, 138:24, 141:16, 141:17, 142:1, 154:7, 156:16, 161:3, 164:18, 164:25, 165:12, 167:8, 171:15, 176:3, 177:6, 182:4, 184:8, 186:20,

187:7, 187:24, 187:25, 188:2, 188:8, 188:24, 190:10, 190:11, 213:16, 218:16, 218:23, 219:16, 220:22, 225:18
**HALF** [5] - 51:4, 68:16, 70:9, 112:25, 157:13
**HALL** [2] - 117:12, 117:23
**HAMPTON** [1] - 1:15
**HAND** [1] - 46:22
**HANDING** [1] - 155:9
**HANDLE** [1] - 129:11
**HANDLING** [1] - 145:11
**HANDS** [3] - 13:25, 14:10
**HANDWRITING** [1] - 30:12
**HANDWRITTEN** [3] - 96:20, 97:15, 97:16
**HANK** [1] - 157:10
**HAPPEN** [6] - 26:6, 72:22, 109:18, 117:20, 151:17, 194:3
**HAPPENED** [3] - 165:7, 201:13, 216:15
**HAPPENING** [1] - 37:24
**HAPPENS** [3] - 4:25, 109:23, 154:8
**HAPPY** [2] - 100:12, 219:1
**HARD** [8] - 14:20, 19:2, 19:3, 26:1, 42:21, 64:10, 112:23, 162:6
**HAS** [89] - 10:12, 13:4, 14:1, 22:5, 23:11, 25:1, 25:21, 25:22, 26:10, 26:22, 28:25, 29:23, 30:1, 30:5, 30:25, 35:24, 37:1, 37:2, 37:8, 38:12, 45:2, 45:22, 53:3, 53:8, 59:20, 65:24, 68:3, 68:9, 71:24, 76:12, 86:23, 93:11, 93:16, 95:4, 96:1, 102:20, 106:18, 108:18, 110:19, 116:14, 117:21, 118:21, 124:1, 126:3, 127:18, 129:4, 129:7, 129:18, 130:12,

132:20, 136:3, 144:22, 144:23, 145:2, 151:3, 151:16, 161:1, 161:6, 164:18, 164:21, 165:7, 166:23, 167:3, 168:4, 173:12, 174:17, 174:21, 174:24, 175:8, 175:10, 181:13, 187:7, 188:16, 195:4, 195:21, 204:10, 208:25, 212:2, 213:9, 228:4, 228:18, 230:9, 232:11, 239:12, 245:3
**HAT** [1] - 157:10
**HATE** [1] - 178:21
**HAVE** [458] - 3:3, 3:9, 3:11, 3:22, 4:15, 5:7, 5:23, 5:25, 6:18, 7:24, 9:25, 10:13, 10:14, 10:15, 11:12, 11:15, 11:16, 11:21, 11:23, 13:11, 13:12, 13:14, 14:23, 15:3, 15:4, 15:5, 15:23, 17:15, 17:16, 19:8, 20:7, 20:17, 21:14, 21:19, 22:5, 22:10, 22:20, 22:22, 23:11, 23:13, 23:16, 23:17, 23:20, 24:10, 24:21, 24:25, 25:2, 25:5, 25:16, 25:18, 26:3, 26:4, 26:5, 26:10, 27:1, 28:11, 29:6, 30:15, 31:11, 33:1, 33:19, 33:20, 33:21, 33:22, 35:12, 35:17, 35:20, 36:1, 37:2, 37:6, 38:8, 38:15, 38:23, 39:6, 39:7, 39:9, 40:9, 40:10, 40:23, 40:25, 41:5, 41:7, 41:9, 41:10, 41:11, 41:14, 41:16, 42:4, 42:8, 43:5, 43:7, 43:12, 43:18, 43:19, 43:20, 44:1, 44:8, 45:5, 45:7, 45:24, 46:3, 46:7, 46:8, 46:14, 46:16, 46:20, 47:10, 47:12, 47:18, 48:2, 48:8, 48:25, 49:7, 49:22, 51:3, 51:4, 52:1, 53:5, 54:20, 58:10, 59:17, 60:18, 63:14,

63:25, 64:4, 65:20,
66:5, 67:9, 68:5,
70:6, 70:13, 70:15,
72:11, 72:12, 73:11,
73:21, 73:25, 74:2,
74:3, 74:19, 74:23,
75:1, 75:4, 75:10,
75:12, 75:19, 75:20,
75:22, 75:23, 76:1,
76:4, 76:5, 76:8,
76:19, 76:20, 77:9,
77:12, 77:22, 77:24,
79:1, 81:6, 81:17,
81:22, 81:23, 81:24,
82:3, 82:17, 82:21,
82:22, 82:25, 83:3,
83:4, 83:10, 83:14,
83:15, 83:20, 84:22,
84:24, 85:6, 85:7,
85:16, 86:19, 86:22,
87:18, 88:25, 92:6,
93:21, 94:20, 95:8,
95:24, 96:8, 97:11,
98:20, 101:21,
103:16, 104:10,
104:16, 104:17,
104:20, 105:2,
105:4, 106:20,
107:16, 108:8,
109:19, 110:6,
110:11, 111:6,
111:11, 111:17,
111:19, 111:21,
111:22, 111:24,
112:8, 112:14,
112:17, 112:18,
113:5, 113:11,
113:15, 114:14,
116:4, 116:12,
116:20, 116:23,
118:10, 118:12,
119:14, 119:16,
119:22, 119:24,
120:11, 120:14,
121:7, 121:9,
121:12, 121:16,
121:18, 121:20,
122:8, 122:23,
123:12, 124:9,
124:13, 124:14,
124:20, 125:12,
125:20, 125:21,
125:24, 126:4,
126:9, 127:19,
128:6, 129:21,
131:6, 132:25,
133:4, 134:4,
134:16, 135:7,
137:2, 138:3,
139:12, 144:1,
144:13, 145:1,

145:17, 150:2,
150:10, 152:8,
152:14, 152:21,
153:13, 154:6,
154:12, 155:4,
155:11, 155:16,
155:18, 156:13,
156:14, 157:3,
158:4, 158:15,
159:11, 159:14,
159:17, 161:5,
161:8, 161:24,
162:23, 163:1,
163:15, 164:25,
165:4, 165:9,
165:11, 165:21,
166:5, 166:15,
166:22, 168:14,
168:22, 168:24,
169:11, 169:13,
169:23, 169:25,
171:24, 173:16,
173:17, 173:19,
173:20, 174:16,
174:21, 175:7,
175:11, 176:3,
176:10, 177:22,
178:18, 179:12,
181:18, 183:24,
184:9, 184:19,
185:2, 185:4,
185:16, 186:10,
186:15, 186:18,
186:25, 187:11,
187:17, 187:24,
187:25, 188:5,
188:8, 188:9, 189:3,
189:4, 189:5, 189:8,
189:12, 189:13,
189:18, 189:19,
189:21, 190:14,
190:18, 190:20,
190:21, 191:2,
191:22, 192:12,
192:24, 193:16,
194:10, 195:24,
196:6, 198:20,
199:24, 200:12,
200:14, 201:4,
202:5, 202:12,
204:25, 205:1,
205:5, 206:22,
208:20, 209:16,
211:16, 213:22,
215:19, 218:21,
219:2, 219:7, 219:9,
219:19, 219:21,
220:5, 220:7, 220:9,
220:11, 220:13,
220:23, 224:5,
225:22, 226:16,

227:3, 227:10,
227:12, 228:2,
228:16, 228:18,
228:23, 229:3,
229:4, 229:17,
229:18, 230:9,
230:10, 231:7,
231:13, 237:7,
237:22, 237:24,
238:1, 238:3,
238:12, 238:13,
239:5, 239:8,
239:11, 239:13,
239:14, 244:12,
244:16, 244:18,
245:2, 245:3, 245:7,
245:17, 245:18,
247:16, 247:23,
249:18, 249:25

**HAVING** [17] - 14:8,
18:21, 23:17, 24:14,
33:17, 45:20, 75:16,
86:14, 110:13,
128:7, 129:24,
145:14, 146:23,
163:8, 163:14,
163:25, 195:2

**HE** [106] - 3:12, 3:13,
15:3, 31:9, 37:18,
62:5, 65:19, 65:24,
66:13, 67:4, 68:20,
68:23, 71:24, 72:11,
72:12, 76:12,
125:14, 127:15,
128:6, 128:14,
128:16, 129:18,
129:25, 130:12,
130:16, 132:15,
132:23, 132:25,
133:1, 133:23,
134:10, 136:5,
136:23, 136:24,
137:5, 137:6, 137:9,
137:11, 137:24,
138:6, 139:10,
139:11, 144:22,
144:25, 145:1,
145:11, 146:21,
146:23, 147:13,
147:15, 148:8,
148:9, 148:10,
148:12, 148:24,
154:19, 164:18,
164:20, 164:21,
167:18, 167:19,
168:18, 168:19,
168:21, 169:5,
169:6, 170:4, 170:5,
170:7, 170:8,
171:13, 171:15,
171:16, 172:7,

172:14, 172:15,
173:8, 174:17,
174:22, 174:24,
175:8, 175:10,
181:6, 186:10,
188:23, 190:8,
190:9, 190:11,
190:12, 190:13,
191:7, 191:8, 191:9,
191:12, 191:13,
207:8, 209:5, 209:6,
209:8, 209:9,
209:10, 210:9,
210:11, 210:16,
215:3, 215:5,
217:11, 217:19,
217:24, 218:4,
218:23, 219:4,
247:2, 247:4

**HE'S** [1] - 167:25
**HEAD** [1] - 5:19
**HEADPHONES** [3] -
145:3, 146:6, 146:11
**HEADSET** [1] - 116:3
**HEALTH** [12] - 11:16,
35:14, 41:22, 51:12,
137:18, 139:2,
173:25, 174:4,
192:14, 212:18,
214:14
**HEAR** [7] - 45:16,
66:24, 116:5,
203:14, 204:23,
224:3, 224:4
**HEARD** [13] - 3:19,
8:8, 14:13, 37:5,
76:13, 122:3,
131:12, 158:4,
176:14, 186:14,
190:23, 191:16,
201:4
**HEARING** [11] - 38:1,
48:24, 73:24, 116:2,
116:4, 150:4,
170:25, 182:22,
183:15, 183:20
**HEARINGS** [2] -
48:13, 190:15
**HEAVIER** [1] - 15:8
**HEAVILY** [1] - 82:14
**HEIGHT** [1] - 193:2
**HELD** [2] - 36:23,
109:12
**HELLO** [1] - 197:22
**HELP** [16] - 16:18,
46:5, 58:9, 59:15,
81:25, 84:20,
113:13, 114:20,
129:9, 139:14,
147:14, 168:11,

175:23, 188:10,
192:15
**HELPFUL** [7] - 57:19,
60:10, 87:8, 105:14,
166:7, 191:4, 201:9
**HELPING** [1] - 120:17
**HELPS** [3] - 110:15,
110:20, 155:4
**HER** [15] - 21:16, 37:1,
37:2, 78:23, 92:24,
140:23, 143:11,
157:17, 171:12,
174:7, 183:2,
197:14, 200:25,
201:11, 204:20
**HERE** [173] - 5:5, 5:23,
8:13, 8:21, 9:12,
9:15, 9:16, 9:25,
10:5, 10:9, 10:18,
11:5, 12:19, 13:2,
13:3, 13:17, 15:17,
15:23, 16:12, 17:4,
17:7, 17:11, 17:23,
18:1, 18:9, 18:12,
19:19, 19:22, 19:25,
21:8, 21:11, 21:25,
22:13, 24:5, 25:5,
25:10, 25:13, 25:16,
26:2, 26:20, 29:24,
30:13, 30:16, 30:18,
31:18, 32:2, 32:24,
33:2, 36:5, 36:10,
36:19, 36:23, 37:14,
37:17, 37:24, 38:4,
38:12, 39:8, 39:16,
40:4, 41:8, 48:1,
48:9, 57:15, 59:14,
69:25, 76:13, 76:24,
80:14, 83:22, 86:18,
86:19, 87:17, 87:24,
87:25, 88:9, 89:5,
89:7, 90:14, 91:20,
91:24, 92:11, 92:22,
93:1, 94:17, 96:4,
96:9, 97:14, 98:8,
98:14, 98:15,
100:15, 101:7,
102:2, 102:5,
107:13, 114:11,
115:5, 117:1, 127:9,
127:11, 127:23,
130:18, 136:8,
143:20, 145:6,
151:17, 151:20,
151:21, 151:22,
151:24, 152:8,
152:10, 152:25,
157:1, 158:13,
162:19, 167:18,
168:19, 168:20,

169:7, 169:18, 178:21, 178:24, 179:5, 179:6, 179:7, 179:18, 179:22, 180:5, 180:24, 183:25, 184:22, 188:9, 195:4, 196:24, 207:3, 207:4, 207:20, 208:2, 208:3, 214:23, 224:5, 225:7, 226:25, 227:12, 227:23, 228:18, 229:16, 230:22, 230:23, 231:13, 231:19, 233:19, 234:4, 234:7, 234:15, 234:16, 236:17, 236:18, 237:21, 240:4, 240:12, 241:25, 242:1, 243:13, 248:8

**HERSELF** [1] - 125:8
**HESITANT** [1] - 69:25
**HEY** [3] - 21:23, 37:21, 38:9
**HI** [2] - 176:25, 220:18
**HIGH** [25] - 11:4, 12:7, 13:23, 22:10, 25:21, 60:7, 80:11, 82:4, 94:1, 94:3, 99:18, 168:23, 169:3, 173:3, 181:3, 181:13, 181:18, 182:9, 182:13, 182:23, 183:10, 191:23, 199:4, 209:12, 210:12
**HIGH-LEVEL** [1] - 60:7
**HIGHER** [1] - 125:25
**HIGHLIGHT** [1] - 179:5
**HIM** [20] - 3:16, 16:13, 37:5, 62:4, 64:25, 65:21, 65:23, 69:8, 125:8, 137:8, 143:12, 143:13, 143:14, 143:15, 164:19, 170:5, 171:14, 209:10, 218:21, 218:24
**HIMSELF** [5] - 128:16, 170:8, 172:19, 191:8, 195:22
**HINDER** [1] - 24:23
**HINDSIGHT** [1] - 13:12
**HIRE** [1] - 60:8

**HIRED** [1] - 60:9
**HIS** [69] - 38:3, 49:1, 64:24, 65:21, 65:24, 66:13, 66:17, 69:7, 69:11, 72:10, 72:12, 128:13, 132:15, 132:20, 133:7, 133:22, 133:24, 134:3, 134:17, 134:18, 134:21, 134:22, 134:24, 134:25, 135:2, 135:3, 135:5, 136:14, 137:25, 139:9, 139:11, 146:22, 148:8, 148:13, 151:16, 158:19, 159:2, 159:3, 164:14, 164:16, 166:11, 168:1, 171:10, 171:12, 172:8, 172:17, 174:12, 174:23, 186:2, 187:12, 195:22, 205:18, 209:5, 209:9, 210:7, 210:15, 211:8, 211:13, 212:14, 216:25, 217:4, 217:5, 217:10, 218:19, 219:17, 245:15
**HISTORICAL** [1] - 130:13
**HISTORICALLY** [2] - 164:15, 166:17
**HISTORY** [42] - 59:2, 59:6, 86:15, 90:18, 125:9, 127:10, 127:17, 127:23, 128:4, 128:6, 128:13, 130:19, 132:20, 137:3, 142:17, 144:17, 144:22, 145:6, 146:17, 147:7, 148:3, 151:1, 151:11, 151:12, 151:21, 160:25, 166:22, 167:3, 171:10, 184:8, 187:15, 188:19, 188:22, 189:19, 190:23, 203:11, 209:20, 210:1, 210:5, 213:3, 231:22
**HIT** [1] - 102:23
**HMM** [6] - 92:23, 93:3, 111:21, 213:11,

226:12, 234:21
**HOLBROOK** [3] - 144:16, 146:16, 147:6
**HOLD** [24] - 9:20, 30:20, 31:2, 53:1, 53:6, 53:9, 61:16, 72:12, 72:21, 72:23, 72:24, 80:23, 108:13, 108:14, 108:19, 109:6, 109:8, 109:16, 109:21, 109:22, 110:2, 219:3, 228:8
**HOLDING** [6] - 181:3, 181:6, 181:13, 181:18, 182:8, 182:13
**HOLDS** [1] - 108:20
**HOME** [5] - 17:24, 22:2, 123:15, 138:2, 145:2
**HONEST** [2] - 156:15, 223:9
**HONESTLY** [1] - 105:4
**HONING** [1] - 94:10
**HONOR** [73] - 3:23, 4:11, 4:14, 4:18, 6:3, 6:6, 6:19, 7:3, 7:4, 7:14, 8:11, 11:2, 15:13, 28:7, 29:4, 29:9, 32:7, 40:9, 40:13, 42:24, 44:9, 45:25, 46:8, 47:20, 47:24, 48:21, 49:4, 49:19, 50:2, 50:5, 55:9, 55:12, 62:7, 62:8, 65:8, 73:14, 78:19, 79:5, 79:25, 80:8, 80:17, 80:22, 87:1, 88:16, 95:1, 105:3, 105:10, 108:5, 108:6, 110:25, 111:2, 114:24, 115:21, 121:21, 122:1, 155:10, 165:7, 171:21, 176:22, 184:24, 185:9, 185:11, 185:14, 196:7, 196:11, 197:6, 200:23, 204:19, 235:17, 238:7, 244:15, 249:9, 249:24
**HONORABLE** [1] - 1:11
**HOPED** [1] - 123:3
**HOPEFULLY** [3] - 37:12, 196:17,

249:21
**HOPING** [1] - 21:25
**HORMONE** [3] - 192:22, 192:23, 192:25
**HOSPITAL** [3] - 12:23, 15:1, 104:15
**HOSPITALS** [1] - 11:17
**HOST** [1] - 121:11
**HOUR** [4] - 112:25, 237:25, 238:10, 249:18
**HOURS** [6] - 223:13, 223:15, 224:2, 224:3, 224:5, 226:6
**HOUSE** [5] - 45:3, 75:7, 140:13, 143:19, 174:2
**HOW** [120] - 3:7, 3:14, 3:17, 3:20, 3:25, 6:17, 12:4, 26:7, 42:15, 42:18, 45:20, 45:23, 46:7, 46:15, 50:23, 51:3, 53:22, 54:1, 55:2, 60:12, 61:9, 66:10, 73:17, 73:19, 73:25, 82:7, 89:19, 101:22, 105:1, 107:9, 107:14, 107:17, 107:20, 109:11, 113:14, 116:16, 116:20, 116:22, 118:13, 119:4, 119:17, 119:23, 120:11, 120:23, 121:3, 121:4, 122:10, 123:23, 135:2, 135:5, 138:10, 146:5, 151:15, 153:24, 154:16, 154:22, 155:1, 155:2, 155:13, 159:12, 162:2, 162:15, 162:19, 165:18, 165:19, 165:24, 166:3, 166:4, 167:17, 171:6, 177:22, 188:14, 189:7, 190:14, 194:16, 203:15, 206:5, 207:12, 208:8, 208:11, 208:16, 208:21, 209:7, 209:9, 210:22, 210:24, 212:5, 213:4, 214:8, 215:5, 215:23,

222:24, 223:23, 224:24, 225:3, 225:5, 225:14, 226:2, 226:7, 226:13, 227:17, 227:20, 228:5, 233:5, 235:3, 236:18, 238:23, 239:6, 239:8, 239:16, 245:10, 246:12, 247:23, 248:3, 248:14, 248:19
**HOWEVER** [1] - 59:1
**HUDDLE** [1] - 5:5
**HUH** [6] - 103:25, 104:6, 178:14, 179:15, 221:14, 234:15
**HUMAN** [6] - 152:22, 192:22, 192:23, 192:25, 193:17, 193:20
**HUMANS** [1] - 152:17
**HUNDREDS** [1] - 116:24
**HYPERACTIVITY** [7] - 116:15, 116:17, 144:1, 144:3, 202:14, 207:9, 241:13
**HYPOTHETICAL** [2] - 187:14, 243:16
**HYPOTHETICALLY** [1] - 18:17

---

**I**

**I'LL** [3] - 33:8, 54:16, 142:8
**I'M** [68] - 4:8, 5:15, 6:9, 8:15, 14:5, 16:14, 21:1, 23:12, 23:15, 26:20, 28:10, 29:9, 31:14, 31:24, 40:22, 41:7, 41:8, 43:9, 63:18, 66:25, 75:8, 76:21, 78:24, 79:20, 80:20, 84:9, 86:4, 97:10, 103:11, 104:11, 113:7, 113:19, 120:4, 127:2, 140:11, 140:19, 141:17, 141:22, 141:25, 142:5, 154:10, 155:13, 155:21, 162:12, 165:12, 173:6, 176:2, 176:7, 178:16, 181:10,

182:3, 182:4,
182:20, 184:21,
184:22, 194:13,
205:11, 216:2,
224:12, 234:9,
235:17, 236:11,
238:6, 238:16, 248:7
**I'S** [1] - 162:9
**I-D-E-A** [1] - 118:5
**IDEA** [4] - 34:16,
172:10, 192:5,
194:12
**IDENTIFICATION** [3] -
119:9, 119:20, 120:5
**IDENTIFIED** [1] -
122:8
**IDENTIFY** [7] - 67:24,
70:25, 119:3,
122:17, 140:17,
149:11, 154:1
**IDENTIFYING** [3] -
119:2, 121:3, 122:10
**IEP'S** [1] - 59:10
**IF** [314] - 3:6, 3:23, 4:3,
4:9, 4:10, 4:25, 5:11,
5:16, 5:25, 6:12,
6:20, 8:6, 8:14, 9:9,
9:16, 9:22, 11:3,
11:10, 11:13, 12:13,
13:6, 13:18, 14:23,
15:11, 16:25, 17:15,
17:17, 17:18, 17:24,
18:15, 18:16, 18:17,
18:25, 19:2, 19:16,
21:1, 21:9, 22:12,
22:13, 24:1, 25:11,
27:22, 28:22, 29:15,
29:16, 30:19, 31:10,
32:16, 32:22, 34:21,
34:23, 36:2, 37:2,
37:11, 37:16, 37:23,
38:25, 39:15, 39:16,
39:22, 40:13, 40:17,
40:19, 41:8, 41:19,
44:8, 44:13, 44:25,
46:13, 47:7, 48:15,
49:3, 49:14, 49:19,
52:21, 53:5, 53:10,
55:17, 55:18, 55:21,
55:24, 56:4, 56:17,
56:23, 59:22, 61:5,
61:16, 62:12, 62:24,
63:12, 65:13, 65:24,
66:1, 66:5, 66:19,
67:9, 68:13, 69:24,
70:1, 70:19, 71:2,
72:11, 73:5, 75:23,
76:3, 78:20, 79:21,
80:5, 82:17, 82:23,
82:24, 82:25, 83:4,

83:5, 83:8, 83:15,
83:18, 84:8, 85:17,
86:11, 86:20, 87:17,
87:18, 87:24, 88:9,
89:5, 91:19, 91:23,
94:23, 96:1, 96:7,
98:19, 100:10,
101:8, 104:14,
105:5, 106:18,
108:25, 109:2,
109:14, 109:16,
109:19, 109:23,
110:5, 110:10,
112:24, 113:10,
116:3, 116:16,
117:2, 117:11,
118:15, 123:12,
123:23, 124:19,
125:14, 127:7,
127:9, 127:17,
128:8, 128:18,
129:20, 130:24,
131:18, 131:23,
132:5, 132:11,
132:17, 133:14,
133:17, 136:7,
136:15, 137:17,
137:19, 138:14,
139:1, 139:4, 141:1,
141:4, 141:9,
142:21, 143:17,
143:19, 144:8,
144:17, 144:18,
146:17, 147:19,
147:21, 148:3,
148:16, 148:17,
155:21, 156:4,
156:19, 156:24,
157:11, 157:12,
158:13, 159:1,
159:13, 160:3,
161:1, 161:23,
162:4, 162:17,
163:3, 163:8,
163:11, 163:13,
163:24, 163:25,
165:19, 166:23,
166:24, 167:3,
167:5, 167:13,
167:20, 170:5,
172:13, 172:15,
172:23, 172:24,
173:1, 173:5,
175:23, 175:24,
180:20, 181:18,
182:20, 183:12,
184:1, 184:6, 184:8,
184:9, 184:19,
184:22, 185:5,
187:8, 188:3,
188:11, 189:8,

190:6, 193:17,
194:12, 194:13,
194:25, 196:4,
197:7, 203:1,
203:17, 203:22,
204:10, 205:15,
207:3, 208:25,
209:18, 209:19,
211:15, 212:12,
212:19, 213:10,
213:20, 214:16,
215:8, 216:4,
216:13, 217:14,
222:5, 222:17,
227:6, 227:24,
228:25, 230:13,
231:5, 231:11,
231:18, 232:17,
233:16, 234:25,
236:17, 237:3,
237:19, 239:11,
240:10, 243:20,
245:2, 245:18
**ILLNESS** [5] - 142:18,
144:18, 146:18,
147:7, 148:4
**IMAGES** [1] - 154:2
**IMAGINE** [1] - 120:22
**IMG** [2] - 21:18, 24:10
**IMMEDIATELY** [1] -
44:11
**IMPACT** [1] - 89:18
**IMPACTED** [1] -
164:19
**IMPACTS** [1] - 101:22
**IMPAIRED** [11] -
58:18, 89:12,
124:10, 127:18,
129:8, 138:7, 146:1,
147:17, 186:15,
188:2, 222:3
**IMPAIRING** [7] -
125:11, 126:13,
203:15, 207:19,
208:11, 209:10,
227:20
**IMPAIRMENT** [45] -
42:8, 57:20, 59:7,
66:10, 78:5, 78:12,
101:22, 124:3,
124:15, 124:23,
131:3, 131:22,
148:11, 151:22,
154:25, 155:5,
156:17, 157:22,
158:2, 158:11,
167:4, 173:12,
174:18, 187:21,
189:21, 191:18,
192:6, 195:8,

195:12, 195:16,
195:21, 202:2,
203:20, 204:6,
204:14, 204:16,
210:25, 212:7,
213:8, 213:18,
214:11, 215:5,
217:8, 219:24,
235:11
**IMPAIRMENTS** [7] -
57:18, 200:19,
200:20, 200:22,
202:13, 204:8,
208:17
**IMPLEMENT** [2] -
172:12, 172:21
**IMPLEMENTED** [4] -
59:23, 59:25, 172:8,
172:15
**IMPORTANCE** [1] -
12:3
**IMPORTANT** [7] -
6:21, 17:10, 37:19,
123:9, 149:10,
160:18, 162:24
**IMPRESSION** [2] -
241:10, 241:12
**IMPRESSIONS** [1] -
241:7
**IMPROVE** [3] -
191:24, 200:10
**IMPULSE** [3] - 122:15,
122:17, 172:20
**IMPULSIVE** [1] -
149:15
**IMPULSIVENESS** [1] -
154:6
**IN** [565] - 1:1, 3:9,
3:10, 3:20, 4:6, 4:7,
5:7, 5:14, 5:19, 6:1,
8:7, 8:23, 8:24, 9:2,
9:3, 9:5, 9:23, 9:25,
10:4, 10:18, 10:19,
10:25, 11:12, 11:18,
11:19, 11:25, 12:1,
12:2, 12:7, 12:22,
12:23, 13:3, 13:10,
13:11, 13:15, 13:21,
14:2, 14:7, 14:8,
14:9, 15:1, 15:2,
15:5, 15:16, 15:19,
15:23, 15:25, 16:21,
16:23, 17:19, 19:10,
19:11, 19:12, 19:21,
20:25, 21:1, 21:15,
21:24, 22:2, 22:11,
22:25, 23:10, 23:18,
23:19, 23:24, 24:3,
24:16, 25:3, 25:7,
25:8, 25:20, 26:17,

27:12, 28:5, 29:10,
29:19, 30:22, 31:4,
31:17, 31:20, 32:1,
32:4, 32:22, 33:2,
33:3, 33:11, 35:22,
36:8, 36:18, 37:9,
37:16, 38:6, 38:22,
38:24, 39:7, 40:20,
42:7, 44:3, 44:5,
44:18, 44:20, 45:6,
45:12, 47:3, 47:21,
47:23, 48:3, 48:17,
49:16, 50:11, 51:8,
51:14, 51:15, 51:21,
52:11, 52:19, 53:20,
53:24, 54:2, 54:6,
54:9, 57:11, 58:21,
60:11, 61:1, 61:14,
61:18, 62:9, 63:19,
64:14, 64:19, 65:3,
65:16, 66:1, 66:2,
66:12, 66:20, 67:3,
67:12, 67:22, 68:15,
69:14, 70:2, 70:6,
70:19, 70:22, 71:11,
72:8, 72:15, 73:23,
75:7, 75:9, 75:13,
75:20, 75:22, 75:24,
76:7, 76:18, 77:12,
77:16, 77:17, 77:18,
78:10, 80:14, 81:22,
82:18, 82:20, 83:4,
83:15, 84:19, 84:20,
84:22, 84:24, 84:25,
85:1, 88:5, 88:19,
88:23, 92:11, 94:4,
94:8, 94:11, 94:18,
94:20, 94:24, 97:12,
98:6, 98:7, 98:20,
99:4, 99:18, 99:21,
101:6, 101:16,
101:23, 102:18,
103:2, 103:6,
103:18, 104:15,
105:19, 107:10,
107:15, 107:18,
107:20, 107:22,
108:1, 109:14,
109:23, 109:25,
110:20, 111:18,
112:3, 112:25,
113:5, 114:2, 114:6,
114:9, 114:10,
114:18, 114:19,
115:3, 115:12,
116:9, 116:15,
117:18, 117:20,
118:1, 118:3, 118:6,
118:22, 118:24,
118:25, 119:2,
119:6, 119:9,

119:17, 119:19,
119:20, 119:25,
120:5, 120:16,
120:19, 121:1,
121:22, 122:8,
122:21, 122:25,
123:5, 123:8,
123:14, 123:15,
123:22, 124:6,
124:12, 124:16,
125:7, 125:15,
126:3, 126:11,
126:17, 126:20,
126:24, 126:25,
127:9, 128:18,
128:20, 129:6,
129:24, 131:7,
133:1, 133:20,
134:1, 134:13,
134:17, 135:12,
135:16, 135:17,
135:18, 135:20,
136:4, 136:6, 136:8,
137:18, 138:4,
138:8, 139:9, 140:1,
140:22, 140:24,
141:5, 141:6,
141:20, 141:21,
142:3, 145:7,
145:18, 146:1,
146:2, 147:6,
147:19, 147:24,
148:13, 148:20,
149:17, 149:18,
150:3, 150:16,
151:6, 151:7,
151:15, 152:3,
152:7, 152:10,
152:18, 152:25,
153:3, 153:9,
153:23, 153:24,
154:2, 154:22,
154:23, 155:2,
155:11, 156:17,
157:18, 157:24,
158:6, 158:8,
158:10, 158:17,
159:12, 159:14,
159:24, 160:2,
160:23, 160:24,
161:1, 161:4, 161:6,
161:13, 162:4,
162:10, 162:14,
162:16, 162:24,
163:5, 164:8, 164:9,
164:19, 164:22,
166:7, 166:12,
166:16, 166:18,
167:4, 167:11,
168:2, 168:4, 168:6,
170:4, 170:7,

170:13, 171:2,
171:11, 171:14,
171:15, 171:24,
171:25, 172:4,
172:17, 173:2,
173:3, 173:17,
174:7, 174:23,
177:3, 177:13,
178:11, 178:14,
179:3, 179:13,
179:18, 179:21,
179:25, 180:1,
180:12, 180:13,
180:16, 181:21,
181:23, 182:10,
182:15, 182:23,
183:10, 183:19,
184:18, 184:23,
185:20, 186:2,
186:23, 187:12,
187:16, 189:17,
190:4, 190:7, 190:9,
190:13, 190:14,
190:16, 190:21,
191:19, 192:2,
193:7, 193:8,
193:13, 194:2,
195:14, 196:2,
196:23, 196:24,
197:12, 197:23,
198:13, 198:19,
199:5, 199:10,
199:15, 200:1,
200:2, 200:4,
200:24, 201:11,
202:4, 202:12,
202:23, 202:24,
203:14, 203:16,
203:20, 203:24,
203:25, 204:16,
205:19, 206:9,
207:4, 207:10,
207:11, 207:24,
208:3, 208:6, 208:9,
208:12, 208:13,
208:14, 208:21,
208:23, 209:4,
209:8, 209:16,
209:22, 210:1,
210:4, 210:6,
210:11, 210:18,
210:25, 211:6,
211:20, 212:5,
212:10, 212:22,
213:22, 213:24,
214:6, 214:11,
214:18, 214:25,
216:8, 217:7, 217:8,
217:19, 217:22,
218:13, 218:14,
220:18, 220:22,

220:23, 220:24,
221:22, 222:13,
222:22, 223:11,
223:16, 223:22,
225:4, 225:10,
226:8, 226:10,
226:11, 226:14,
227:11, 227:14,
227:16, 227:21,
233:4, 233:23,
234:4, 236:19,
236:21, 238:21,
239:8, 239:12,
242:12, 242:13,
243:2, 243:3,
244:18, 244:19,
245:16, 245:25,
246:1, 246:13,
246:18, 248:3,
248:14, 248:22,
249:18, 250:1, 250:4

IN,0 [1] - 246:2
IN-HOUSE [1] - 75:7
INABILITY [1] - 172:21
INATTENTION [4] -
   122:14, 122:18,
   146:24, 220:6
INATTENTIVE [4] -
   123:4, 124:5,
   149:14, 164:5
INCLUDE [5] - 49:13,
   89:9, 89:25, 173:21,
   200:21
INCLUDED [4] - 96:8,
   97:12, 148:20,
   223:25
INCLUDES [5] - 66:7,
   202:9, 202:10,
   206:11, 225:10
INCLUDING [6] -
   53:20, 120:1, 201:1,
   201:23, 202:14,
   223:21
INCOMPETENCE [1] -
   195:20
INCONSISTENCIES
   [1] - 185:6
INCORPORATED [1] -
   48:16
INCORRECT [1] -
   182:10
INCREDIBLY [1] -
   162:24
INCUR [2] - 110:7,
   110:13
INDICATE [6] -
   129:19, 138:6,
   144:5, 168:20,
   189:12, 237:6
INDICATED [7] -

130:13, 172:4,
177:16, 179:20,
207:8, 231:7, 231:13
INDICATES [3] -
   138:7, 141:14,
   167:18
INDICATING [1] -
   130:17
INDICATION [3] -
   47:6, 124:23, 170:10
INDICATOR [3] - 9:19,
   152:2, 191:17
INDIVIDUAL [17] -
   12:10, 73:10, 168:5,
   190:10, 200:19,
   206:23, 207:19,
   208:23, 209:24,
   211:5, 216:11,
   227:17, 227:19,
   228:23, 230:15,
   235:11, 235:12
INDIVIDUAL'S [7] -
   74:8, 124:25,
   207:14, 208:22,
   210:25, 219:5,
   219:23
INDIVIDUALIZED [9] -
   10:16, 10:23, 11:23,
   16:13, 180:14,
   180:17, 223:3,
   223:11, 229:8
INDIVIDUALS [8] -
   116:22, 120:7,
   121:3, 121:17,
   145:24, 160:13,
   210:2, 248:16
INDIVIDUALS' [2] -
   227:14, 228:5
INDUCTED [1] -
   117:23
INDUCTEE [1] -
   117:12
INDUSTRY [5] - 85:23,
   85:25, 86:6, 86:7,
   86:13
INFORM [6] - 33:3,
   38:7, 167:17, 171:7,
   210:2, 215:23
INFORMAL [2] -
   173:16, 173:17
INFORMALLY [1] -
   171:18
INFORMATION [109] -
   14:12, 14:23, 15:1,
   23:14, 27:7, 27:12,
   29:24, 30:15, 32:1,
   35:12, 37:1, 38:3,
   54:5, 54:8, 54:9,
   54:12, 54:14, 54:19,
   54:25, 55:2, 55:3,

55:4, 55:5, 56:6,
56:24, 57:19, 58:7,
58:20, 59:3, 59:15,
60:10, 65:1, 66:10,
67:22, 70:15, 70:20,
82:6, 83:10, 83:20,
89:3, 91:18, 100:10,
103:10, 109:20,
110:19, 119:11,
126:10, 127:12,
129:1, 130:18,
130:25, 131:1,
132:14, 132:18,
133:10, 133:12,
133:22, 135:10,
147:9, 148:6,
151:14, 156:11,
157:2, 157:20,
157:23, 158:8,
158:20, 164:8,
164:22, 166:7,
166:10, 168:16,
171:2, 171:3, 171:6,
174:16, 174:21,
175:7, 201:17,
201:23, 202:6,
202:16, 202:22,
203:8, 206:2, 206:3,
207:4, 207:12,
208:5, 208:19,
208:20, 209:3,
209:16, 209:21,
212:4, 213:2, 213:4,
214:6, 214:8,
214:23, 215:2,
215:4, 215:25,
218:21, 227:19,
229:1, 238:4, 239:2
INFORMATIONS [1] -
   44:4
INFORMATIVE [1] -
   171:3
INFORMED [2] -
   70:15, 185:25
INITIAL [6] - 62:2,
   205:18, 225:19,
   225:21, 226:5, 240:6
INITIALLY [4] -
   105:24, 123:7,
   223:10, 245:23
INJUNCTION [10] -
   24:13, 48:13, 49:10,
   73:24, 83:24, 150:4,
   170:16, 170:21,
   170:25, 184:18
INJURED [1] - 194:14
INJURY [1] - 194:11
INSIDE [1] - 12:22
INSPIRING [1] - 12:17
INSTITUTING [1] -

172:6

**INSTITUTIONS** [1] -
59:11

**INSTRUCTION** [3] -
10:23, 168:6, 180:14

**INSTRUCTIONS** [1] -
180:17

**INSUFFICIENT** [2] -
10:15, 11:24

**INTEGRITY** [2] -
26:15, 27:11

**INTELLECTUAL** [1] -
149:20

**INTEND** [1] - 64:16

**INTENDED** [2] - 4:15,
94:7

**INTENSE** [1] - 16:5

**INTENTION** [1] - 64:12

**INTENTIONAL** [1] -
193:19

**INTERACTION** [1] -
76:5

**INTEREST** [5] -
111:18, 134:1,
170:14, 245:16,
246:13

**INTERESTED** [4] -
54:6, 114:6, 118:24,
119:6

**INTERESTING** [2] -
145:22, 171:20

**INTERFERE** [1] -
188:14

**INTERNAL** [3] - 16:15,
88:6, 172:19

**INTERNATIONAL** [3] -
16:17, 24:7, 52:2

**INTERNSHIP** [4] -
12:15, 199:2, 199:16

**INTERNSHIPS** [1] -
116:10

**INTERPRETATION** [2]
- 30:21, 183:6

**INTERRUPT** [5] -
27:21, 100:3, 142:6,
153:12, 224:12

**INTERVENTIONS** [2] -
145:2, 146:5

**INTERVIEW** [2] -
157:18, 240:18

**INTO** [59] - 7:11, 7:13,
7:16, 7:19, 7:22,
11:17, 12:17, 21:4,
26:13, 28:11, 28:15,
29:7, 29:13, 30:6,
31:19, 38:20, 39:3,
39:14, 45:10, 45:11,
55:10, 55:14, 57:2,
57:5, 57:21, 57:25,
60:15, 60:20, 61:12,

61:14, 63:6, 63:9,
65:7, 65:10, 66:3,
67:19, 68:10, 69:18,
69:21, 70:1, 71:13,
71:17, 88:17, 94:23,
94:25, 95:12, 117:8,
117:23, 127:14,
127:20, 144:13,
178:18, 180:17,
187:1, 188:24,
209:7, 219:11,
241:1, 246:3

**INTRODUCE** [2] -
28:8, 61:17

**INTRODUCTION** [2] -
201:22, 202:5

**INVOLVE** [1] - 194:2

**INVOLVED** [12] -
118:1, 118:3, 118:6,
119:19, 120:16,
121:1, 165:20,
178:10, 178:15,
179:13, 190:7,
226:11

**IS** [768] - 3:12, 3:13,
3:25, 4:15, 4:21, 5:4,
5:16, 5:24, 6:1, 6:12,
7:1, 7:16, 7:22, 8:2,
8:5, 8:7, 8:14, 8:15,
8:18, 8:19, 8:21,
8:23, 9:5, 9:12,
10:22, 11:4, 11:5,
11:16, 12:5, 12:7,
12:19, 12:23, 13:25,
14:1, 14:4, 14:12,
14:16, 14:21, 15:1,
15:9, 15:18, 15:24,
16:10, 16:12, 16:15,
16:23, 17:1, 17:8,
17:18, 17:20, 17:23,
18:5, 18:12, 18:13,
18:20, 19:1, 19:5,
19:9, 19:22, 19:23,
19:24, 20:11, 20:14,
21:4, 21:18, 22:11,
22:14, 23:19, 23:24,
24:2, 24:10, 24:15,
24:16, 25:9, 25:14,
25:15, 25:19, 26:2,
26:7, 26:8, 26:19,
27:1, 27:13, 27:23,
28:5, 28:12, 28:15,
28:19, 28:20, 28:21,
28:23, 29:2, 29:13,
29:17, 29:22, 30:9,
30:13, 30:23, 31:17,
31:18, 32:4, 33:12,
33:17, 33:24, 34:9,
34:13, 34:18, 35:2,
35:3, 35:7, 35:11,

35:22, 36:10, 36:11,
36:12, 36:13, 36:15,
36:18, 36:23, 36:25,
37:6, 37:10, 37:19,
37:23, 37:25, 38:2,
38:5, 38:9, 38:15,
38:17, 38:21, 38:22,
39:11, 39:16, 39:18,
39:20, 39:21, 39:23,
40:3, 40:6, 40:16,
41:8, 42:17, 43:14,
44:5, 44:18, 44:22,
44:23, 45:15, 45:19,
46:1, 46:6, 46:9,
46:23, 48:1, 48:8,
48:9, 48:10, 48:13,
48:15, 49:9, 49:22,
50:12, 50:25, 51:5,
51:7, 51:11, 51:12,
51:16, 51:19, 52:3,
52:4, 52:5, 53:6,
53:11, 53:13, 53:14,
54:12, 54:13, 54:25,
55:1, 55:2, 55:4,
55:14, 55:21, 56:6,
56:8, 56:10, 56:14,
56:15, 57:5, 57:11,
57:13, 57:15, 57:25,
58:3, 58:23, 59:12,
59:14, 59:22, 60:3,
60:4, 60:7, 60:20,
61:1, 61:5, 61:7,
61:11, 61:12, 61:17,
61:20, 62:2, 62:10,
62:19, 62:25, 63:2,
63:9, 63:14, 63:15,
63:17, 64:21, 64:22,
65:2, 65:3, 65:5,
65:10, 66:20, 66:21,
67:6, 67:7, 67:11,
67:14, 67:19, 67:22,
67:23, 68:14, 69:5,
69:6, 69:13, 69:16,
69:21, 70:12, 70:25,
71:3, 71:4, 71:9,
71:12, 71:17, 71:21,
71:22, 71:23, 72:2,
72:5, 72:6, 72:15,
72:19, 75:8, 75:16,
75:18, 75:25, 76:4,
76:12, 76:13, 77:1,
77:8, 77:15, 78:14,
78:21, 78:22, 78:23,
79:1, 80:19, 80:21,
80:23, 81:3, 81:4,
81:9, 82:5, 82:10,
84:2, 84:11, 84:17,
85:14, 86:2, 86:13,
86:20, 87:19, 88:2,
88:6, 88:24, 89:21,
90:24, 92:10, 92:14,

92:17, 93:1, 93:9,
93:13, 94:2, 94:5,
94:6, 94:12, 94:15,
94:18, 94:24, 95:10,
95:12, 95:21, 95:23,
96:12, 97:1, 97:2,
97:15, 97:18, 97:23,
97:24, 98:1, 98:2,
98:3, 98:5, 98:13,
98:23, 99:3, 99:8,
99:9, 99:20, 100:6,
100:8, 100:20,
100:22, 102:4,
102:6, 102:24,
103:2, 103:9,
103:12, 103:17,
103:23, 104:12,
106:13, 106:18,
107:7, 107:10,
107:16, 108:15,
108:20, 108:22,
108:23, 109:8,
109:11, 109:13,
109:14, 110:1,
110:9, 111:6,
111:10, 111:12,
112:18, 112:24,
112:25, 113:4,
113:9, 113:15,
113:21, 114:10,
114:12, 114:23,
115:5, 115:13,
116:7, 116:13,
116:18, 117:1,
117:3, 117:4, 117:8,
117:14, 117:15,
118:16, 118:18,
118:23, 122:5,
122:12, 122:18,
122:25, 123:4,
123:9, 123:23,
124:3, 124:4,
124:10, 124:14,
124:22, 125:5,
125:13, 125:17,
125:18, 125:19,
125:23, 126:10,
126:11, 127:3,
127:16, 127:17,
127:23, 128:9,
128:16, 128:20,
129:3, 129:13,
129:20, 129:22,
130:6, 130:13,
130:17, 130:18,
130:24, 131:11,
131:12, 131:13,
131:16, 131:24,
132:6, 132:15,
132:22, 132:23,
133:15, 134:4,

134:6, 135:11,
137:18, 137:24,
137:25, 138:3,
138:6, 138:16,
138:17, 138:20,
138:25, 139:2,
139:12, 139:22,
140:3, 140:11,
140:18, 140:20,
140:21, 141:2,
141:23, 142:15,
143:8, 143:18,
143:25, 144:2,
144:6, 144:14,
145:6, 145:10,
145:25, 146:9,
146:12, 146:14,
146:25, 147:4,
148:1, 148:9,
148:10, 148:12,
149:17, 149:24,
150:6, 150:9,
150:25, 151:20,
151:21, 151:22,
152:10, 152:25,
153:19, 154:1,
154:8, 154:14,
154:21, 154:23,
154:24, 155:3,
155:4, 155:8, 156:5,
156:17, 156:21,
156:23, 157:1,
157:2, 157:7, 157:8,
157:13, 157:17,
157:20, 157:23,
158:3, 158:8,
158:18, 159:9,
159:15, 160:18,
161:15, 161:20,
162:9, 162:14,
162:19, 162:21,
162:22, 162:25,
163:8, 163:9,
163:14, 164:8,
164:9, 164:18,
165:9, 165:11,
165:16, 166:8,
167:4, 167:5,
167:18, 167:19,
168:1, 168:14,
168:18, 168:20,
168:23, 169:7,
169:9, 169:11,
169:18, 169:24,
170:10, 171:2,
171:3, 172:5,
172:10, 173:2,
173:11, 173:16,
174:22, 175:22,
176:2, 177:6,
178:20, 181:15,

181:22, 182:7,
182:10, 182:23,
183:9, 184:23,
185:4, 185:5,
186:14, 186:15,
186:21, 187:4,
187:6, 188:1,
188:18, 189:2,
190:23, 191:4,
191:6, 191:15,
191:16, 191:17,
191:21, 191:25,
192:5, 192:24,
193:17, 193:23,
194:1, 194:5, 194:6,
194:12, 194:20,
194:22, 194:25,
195:6, 195:8,
196:24, 197:25,
198:11, 198:12,
198:15, 200:23,
201:19, 201:20,
201:21, 202:15,
202:19, 202:24,
203:5, 203:15,
203:19, 203:21,
203:23, 204:13,
204:17, 204:19,
205:11, 205:13,
205:17, 205:21,
205:22, 206:2,
207:6, 207:7,
207:16, 207:22,
207:24, 208:5,
208:7, 209:13,
209:21, 210:6,
211:25, 212:3,
212:4, 212:6, 212:7,
212:20, 213:3,
213:7, 213:8, 214:7,
214:10, 214:11,
214:13, 214:16,
214:21, 215:1,
215:2, 215:4, 215:6,
215:7, 215:16,
215:17, 215:20,
215:25, 216:23,
216:24, 217:16,
217:22, 220:2,
220:10, 221:22,
222:17, 224:13,
226:1, 226:25,
227:11, 227:20,
227:25, 229:16,
230:2, 230:3,
230:23, 231:24,
232:2, 233:9,
233:25, 234:5,
234:7, 234:11,
235:11, 236:1,
236:3, 237:3, 237:6,

237:9, 237:11,
237:15, 238:4,
238:17, 238:18,
239:11, 241:12,
241:18, 241:22,
241:24, 242:6,
242:8, 242:10,
242:15, 242:19,
242:21, 242:22,
242:25, 243:3,
243:5, 243:6, 243:9,
243:13, 243:14,
243:22, 243:24,
244:9, 244:10,
244:11, 244:24,
245:10, 245:20,
247:9, 247:23,
247:24, 248:13,
248:18, 248:25,
250:3

**ISN'T** [87] - 77:8,
78:11, 79:15, 80:15,
81:4, 82:13, 83:25,
85:11, 86:22, 87:13,
88:22, 91:12, 93:9,
93:16, 93:20, 93:24,
95:21, 96:23, 97:8,
97:19, 98:14, 98:19,
99:1, 103:5, 103:25,
104:6, 104:19,
107:3, 107:4,
124:16, 149:18,
150:17, 177:2,
177:13, 178:17,
180:13, 180:16,
180:17, 181:2,
181:12, 182:19,
182:23, 183:6,
183:14, 183:19,
184:17, 191:19,
221:5, 221:20,
222:1, 227:2, 227:9,
228:1, 228:4,
228:16, 229:3,
229:19, 230:8,
231:5, 231:11,
232:13, 235:8,
235:19, 236:3,
236:23, 237:3,
237:5, 237:9,
237:12, 237:14,
237:22, 239:4,
239:11, 239:13,
240:24, 241:9,
241:17, 241:22,
242:5, 242:18,
243:8, 244:9, 247:24

**ISOLATED** [1] -
196:18

**ISSUE** [4] - 3:16, 42:7,
109:24, 160:10

**ISSUED** [4] - 53:4,
53:11, 108:23, 109:8

**ISSUES** [17] - 7:10,
113:16, 114:9,
114:18, 114:21,
118:24, 121:1,
136:22, 137:22,
139:5, 145:8,
146:19, 147:10,
164:1, 176:3,
190:15, 196:18

**IT** [615] - 3:24, 4:9,
4:10, 4:15, 4:21, 5:1,
5:21, 5:22, 6:12, 8:5,
8:7, 8:8, 8:16, 8:25,
9:1, 9:12, 9:21, 10:6,
10:12, 10:17, 10:19,
10:22, 11:5, 11:6,
11:7, 11:8, 11:18,
11:22, 11:25, 12:9,
12:14, 12:15, 13:2,
13:3, 13:13, 13:16,
13:25, 14:1, 14:22,
14:24, 16:14, 16:20,
17:3, 17:4, 17:6,
17:8, 17:9, 17:18,
17:21, 17:23, 18:4,
18:7, 18:12, 18:13,
18:14, 18:20, 19:2,
19:3, 19:5, 19:9,
19:10, 19:11, 19:23,
20:10, 20:14, 20:16,
20:18, 21:12, 21:17,
22:7, 22:15, 22:16,
22:25, 23:3, 23:8,
25:7, 25:10, 25:11,
25:14, 25:15, 26:1,
26:7, 26:10, 26:22,
26:23, 27:2, 27:3,
27:7, 27:9, 27:12,
27:15, 28:3, 28:5,
28:9, 28:25, 29:1,
29:3, 29:6, 29:20,
30:20, 31:4, 31:11,
31:12, 31:13, 31:20,
31:21, 31:24, 33:8,
33:14, 34:4, 34:9,
35:16, 35:17, 36:6,
36:14, 36:19, 36:22,
36:25, 37:2, 37:17,
37:19, 37:24, 38:6,
38:7, 38:12, 38:21,
38:22, 38:24, 40:5,
40:8, 40:18, 40:20,
41:1, 41:2, 41:10,
42:18, 42:21, 42:24,
43:18, 44:1, 44:8,
44:19, 45:9, 45:12,
45:17, 45:23, 46:1,
46:11, 46:15, 46:21,
46:23, 47:4, 47:5,

48:16, 49:7, 49:8,
50:18, 52:25, 54:21,
55:1, 55:18, 56:8,
56:15, 56:21, 59:7,
59:8, 60:17, 61:9,
61:11, 61:17, 61:20,
62:21, 62:22, 63:17,
65:5, 67:14, 69:16,
70:2, 70:5, 70:12,
71:4, 71:12, 75:17,
76:4, 77:8, 78:11,
79:15, 79:24, 80:15,
81:4, 81:19, 82:13,
83:22, 83:25, 84:10,
85:11, 85:19, 86:18,
86:22, 87:13, 88:11,
88:12, 88:22, 89:8,
89:11, 90:24, 91:12,
92:3, 92:10, 93:4,
93:7, 93:8, 93:9,
93:16, 93:20, 93:24,
94:6, 94:24, 95:2,
95:3, 95:17, 95:21,
96:13, 96:23, 97:8,
97:19, 98:2, 98:14,
98:19, 99:1, 99:3,
99:8, 100:13,
100:16, 100:20,
101:6, 101:10,
101:13, 101:22,
102:1, 102:4,
102:14, 102:16,
102:25, 103:1,
103:5, 103:13,
103:15, 103:25,
104:3, 104:6,
104:19, 105:14,
105:23, 107:3,
107:4, 108:12,
108:20, 108:22,
109:2, 109:23,
110:5, 110:11,
110:20, 111:12,
113:1, 113:24,
117:2, 117:4,
117:12, 117:16,
117:20, 117:21,
117:25, 118:8,
118:18, 119:5,
120:21, 123:11,
123:14, 123:16,
123:20, 124:4,
124:10, 125:4,
125:5, 125:9,
125:13, 126:24,
127:20, 128:6,
128:9, 128:13,
128:15, 129:18,
129:20, 130:4,
130:16, 131:18,
131:20, 132:20,

132:22, 132:23,
132:24, 133:2,
133:4, 133:9,
133:12, 133:18,
133:19, 133:23,
134:10, 134:21,
134:24, 135:1,
135:2, 135:5, 135:8,
135:9, 135:14,
135:19, 136:23,
137:7, 137:11,
137:24, 138:2,
138:5, 138:6, 138:7,
138:17, 139:20,
139:25, 140:14,
141:1, 141:8,
141:14, 141:22,
141:25, 142:24,
142:25, 143:4,
145:12, 146:21,
147:22, 147:24,
148:10, 148:11,
148:12, 149:2,
149:3, 149:23,
149:24, 150:1,
150:9, 151:6, 151:9,
151:11, 151:13,
152:1, 152:6, 152:9,
152:21, 153:25,
154:13, 158:14,
159:12, 160:1,
160:11, 160:25,
162:9, 162:11,
163:6, 163:9,
164:12, 164:14,
164:15, 164:25,
165:11, 167:9,
168:1, 168:5, 169:6,
169:19, 170:5,
170:6, 170:7,
171:10, 171:18,
171:23, 172:16,
172:21, 176:2,
176:9, 176:10,
176:15, 177:2,
177:12, 177:13,
177:16, 177:19,
178:17, 178:20,
178:21, 179:4,
180:13, 180:16,
180:22, 181:2,
181:12, 182:7,
182:19, 182:23,
183:6, 183:10,
183:14, 183:19,
184:17, 184:19,
184:20, 184:25,
185:8, 185:23,
186:21, 187:3,
187:8, 187:24,
188:14, 188:16,

188:23, 189:2,
189:17, 190:24,
191:1, 191:15,
191:16, 191:19,
192:7, 192:11,
192:19, 192:20,
192:21, 193:8,
193:15, 194:12,
194:15, 194:18,
194:20, 194:21,
195:3, 195:17,
196:2, 196:23,
197:13, 201:8,
201:25, 202:10,
203:15, 207:16,
207:20, 207:24,
209:13, 209:23,
212:1, 212:2,
212:24, 213:2,
213:15, 213:17,
214:6, 215:10,
215:14, 216:1,
219:18, 219:21,
219:22, 219:25,
220:4, 220:9,
220:10, 221:5,
221:10, 221:20,
221:22, 222:1,
223:22, 223:23,
223:24, 224:24,
225:3, 225:5,
225:10, 225:14,
225:17, 225:18,
226:19, 226:22,
227:2, 227:9,
227:16, 227:20,
228:1, 228:12,
228:16, 229:1,
229:3, 230:8,
230:13, 230:17,
231:2, 231:5, 231:6,
231:7, 231:11,
231:12, 231:16,
231:21, 232:11,
232:13, 232:14,
232:21, 232:24,
233:9, 233:18,
234:10, 234:13,
234:18, 234:20,
234:23, 235:8,
235:19, 236:3,
236:23, 237:3,
237:5, 237:9,
237:14, 237:22,
239:4, 239:11,
239:13, 239:20,
240:5, 240:13,
240:24, 241:6,
241:9, 241:17,
241:22, 242:5,
242:18, 243:3,

243:7, 243:8,
243:18, 244:9,
245:3, 245:7,
245:18, 245:20,
246:2, 246:5, 246:6,
246:15, 246:19,
247:4, 247:8, 247:9,
247:24, 248:25
**IT'S** [125] - 5:1, 10:25,
14:6, 19:5, 19:14,
19:15, 20:20, 21:1,
30:8, 30:13, 30:19,
32:15, 35:21, 37:1,
37:9, 37:12, 38:3,
42:21, 42:22, 46:10,
46:14, 46:23, 46:24,
48:9, 51:14, 54:18,
57:17, 60:17, 60:18,
61:12, 62:18, 66:21,
69:2, 69:3, 79:21,
80:5, 82:20, 85:21,
87:7, 88:19, 91:20,
92:10, 94:3, 94:23,
94:24, 96:25, 100:6,
107:25, 108:23,
109:21, 110:10,
122:7, 130:11,
131:20, 132:24,
138:21, 138:24,
139:18, 141:25,
143:17, 144:5,
145:13, 145:16,
145:19, 145:23,
151:9, 151:24,
152:14, 153:19,
154:5, 156:5, 156:7,
158:6, 158:12,
159:17, 160:20,
160:21, 160:23,
162:6, 162:24,
165:18, 168:3,
168:9, 171:24,
176:2, 176:25,
177:19, 178:12,
178:22, 181:5,
181:7, 182:6, 185:1,
185:2, 186:8, 186:9,
186:21, 187:5,
188:3, 189:4,
190:16, 190:24,
191:4, 191:12,
192:4, 192:20,
192:22, 193:20,
194:23, 194:24,
208:22, 209:15,
227:15, 227:18,
228:7, 228:23,
229:24, 233:23,
242:16, 242:21,
245:9, 248:25
**ITEMS** [1] - 101:16

**ITS** [35] - 14:21, 34:2,
40:18, 47:1, 47:15,
65:4, 67:12, 69:15,
76:6, 76:7, 94:3,
95:3, 95:4, 117:17,
117:23, 149:17,
158:1, 161:1, 168:9,
180:22, 182:6,
189:11, 193:13,
193:17, 193:19,
194:23, 201:11,
201:12, 201:25,
205:12, 213:18,
215:17, 222:13,
229:9, 229:21
**ITSELF** [4] - 55:6,
152:1, 173:12, 217:8

---

## J

**JAM** [1] - 5:19
**JANUARY** [12] -
31:21, 61:8, 61:9,
62:3, 62:20, 62:25,
63:2, 64:24, 65:16,
137:19, 146:15,
205:19
**JOANNE** [1] - 73:5
**JOB** [8] - 14:16, 35:20,
39:17, 45:4, 45:7,
59:8, 78:23, 151:13
**JOBS** [1] - 126:9
**JOHN** [2] - 1:11,
103:13
**JOIN** [1] - 197:14
**JOINED** [1] - 185:23
**JOURNEY** [1] - 52:1
**JR** [2] - 1:3, 1:14
**JUDGE** [16] - 4:10,
5:11, 6:11, 31:8,
31:15, 87:11,
114:22, 162:20,
176:18, 239:19,
239:24, 243:19,
245:1, 247:16,
248:11, 249:23
**JUDGED** [1] - 124:11
**JULY** [6] - 18:7, 132:6,
140:14, 140:18,
142:15, 214:17
**JUST** [247] - 3:10,
4:12, 4:13, 4:14,
4:16, 4:20, 4:25, 6:9,
7:2, 7:10, 8:3, 8:5,
8:19, 9:10, 9:11,
12:11, 13:4, 15:9,
16:22, 17:2, 17:4,
17:24, 18:2, 18:14,
21:18, 22:18, 23:12,
23:13, 25:9, 25:12,

28:9, 28:19, 28:23,
29:4, 30:15, 30:20,
31:2, 31:12, 31:20,
32:7, 32:25, 33:24,
34:2, 35:21, 36:14,
36:23, 38:24, 39:4,
39:8, 39:23, 40:5,
40:12, 41:15, 42:3,
42:6, 43:3, 45:4,
46:24, 47:1, 48:11,
49:4, 49:14, 51:22,
54:14, 54:15, 54:21,
54:24, 56:17, 57:9,
57:14, 60:2, 60:7,
61:16, 61:19, 62:4,
62:16, 63:13, 63:18,
63:23, 66:20, 66:24,
70:24, 71:4, 72:1,
72:4, 72:8, 73:3,
73:23, 78:20, 80:4,
80:18, 81:23, 83:18,
84:12, 85:19, 87:2,
87:9, 87:25, 88:3,
89:7, 90:14, 91:1,
96:12, 97:8, 97:15,
100:10, 101:3,
101:8, 101:25,
104:9, 104:19,
105:13, 106:9,
107:1, 110:2,
110:15, 111:5,
111:6, 111:18,
118:6, 119:12,
120:3, 120:20,
121:6, 121:7, 123:5,
124:16, 125:6,
125:7, 126:23,
129:5, 129:8,
129:18, 130:5,
130:14, 130:16,
131:13, 133:17,
133:23, 134:16,
135:23, 136:4,
137:17, 138:5,
138:7, 138:15,
138:16, 139:16,
139:18, 142:7,
144:12, 144:19,
145:7, 145:14,
147:3, 148:4,
149:22, 151:24,
152:9, 152:15,
152:19, 152:21,
153:8, 153:9, 155:7,
156:1, 156:4, 158:3,
158:6, 158:16,
158:24, 159:12,
161:16, 161:17,
162:10, 162:11,
162:13, 164:2,
164:15, 165:18,

166:11, 166:22,
167:9, 168:11,
170:12, 170:13,
172:3, 174:12,
174:14, 175:14,
176:11, 178:25,
180:10, 185:23,
186:7, 187:23,
188:15, 189:4,
190:6, 191:11,
192:1, 192:2,
192:19, 193:10,
193:13, 193:14,
193:19, 194:24,
195:1, 197:7, 197:8,
197:10, 200:22,
202:15, 206:21,
208:13, 212:13,
213:21, 218:20,
222:8, 222:18,
224:7, 224:12,
225:2, 225:4, 225:9,
226:24, 227:23,
227:25, 229:24,
235:24, 243:1,
243:3, 244:1,
245:12, 245:16,
245:18, 246:11,
246:13, 246:19,
246:24, 247:18,
248:10, 249:4
**JUSTIFY** [2] - 233:1,
233:12
**JX** [21] - 8:14, 8:15,
8:19, 11:3, 12:25,
22:13, 22:14, 54:15,
55:10, 60:1, 60:14,
99:23, 100:6,
166:16, 168:13,
168:22, 169:8,
169:23, 180:6

---

## K

**KEEP** [21] - 17:24,
17:25, 18:1, 18:15,
24:3, 37:13, 39:25,
47:11, 87:8, 142:22,
142:23, 143:20,
156:20, 176:15,
193:13, 196:18,
229:12, 229:13,
241:24, 248:9
**KEEPING** [1] - 110:2
**KENTUCKY** [1] -
121:10
**KEPT** [1] - 65:3
**KEY** [6] - 15:18, 18:12,
80:11, 114:21,
156:23
**KEYS** [1] - 152:16

**KHAN** [7] - 32:25, 36:24, 37:4, 129:14, 211:16, 211:25, 212:9

**KICKING** [1] - 44:5

**KID** [1] - 183:21

**KIDS** [1] - 35:4

**KILL** [1] - 14:17

**KIND** [19] - 5:19, 8:20, 12:5, 12:6, 17:3, 21:23, 58:20, 59:16, 87:24, 134:5, 141:4, 141:6, 203:25, 206:2, 208:5, 208:18, 209:3, 209:21, 246:2

**KINDS** [7] - 45:23, 129:5, 147:18, 155:5, 155:9, 161:2, 203:25

**KING** [1] - 170:20

**KING'S** [4] - 170:24, 171:9, 180:22, 182:24

**KITCHENS** [293] - 1:3, 1:14, 3:3, 4:6, 4:18, 4:20, 4:22, 4:23, 5:11, 6:6, 6:8, 6:10, 6:14, 6:17, 6:22, 6:25, 7:2, 7:3, 7:7, 7:14, 7:20, 8:2, 8:10, 8:13, 21:6, 27:19, 27:20, 28:1, 28:4, 28:7, 28:10, 28:17, 29:9, 29:15, 32:10, 33:10, 38:22, 39:2, 39:15, 39:20, 39:21, 40:18, 41:4, 41:13, 41:20, 42:3, 47:22, 47:24, 48:5, 48:18, 48:19, 49:18, 49:19, 50:1, 55:11, 57:3, 57:23, 60:16, 60:24, 61:8, 62:3, 62:7, 62:20, 62:21, 63:3, 63:7, 63:20, 64:23, 65:8, 66:11, 66:16, 66:22, 67:2, 67:17, 68:15, 68:18, 68:21, 69:3, 69:7, 69:19, 70:21, 71:6, 71:7, 71:15, 71:24, 72:3, 72:7, 72:18, 72:20, 73:13, 73:14, 73:16, 73:18, 76:12, 76:15, 76:16, 76:17, 78:22, 78:25, 79:5, 79:6, 80:1, 80:2, 80:8, 80:9, 80:22, 81:1, 81:2, 84:13, 84:14,

87:5, 87:7, 87:11, 87:12, 88:16, 88:20, 88:21, 95:14, 100:6, 100:14, 100:19, 100:20, 100:23, 101:1, 105:1, 105:3, 105:7, 105:8, 106:22, 106:23, 106:25, 108:4, 110:23, 110:25, 111:2, 112:6, 112:7, 113:24, 114:5, 114:19, 114:22, 115:4, 115:6, 117:6, 121:25, 122:1, 133:7, 134:2, 134:12, 134:17, 135:6, 135:11, 135:15, 135:16, 135:21, 136:3, 140:12, 140:24, 142:5, 142:9, 142:11, 142:18, 143:1, 143:5, 143:22, 149:23, 150:7, 150:17, 151:16, 151:19, 153:1, 154:17, 155:10, 155:19, 155:24, 155:25, 157:15, 157:24, 158:8, 158:25, 159:2, 159:3, 160:16, 161:6, 164:9, 164:23, 165:22, 166:11, 168:5, 168:15, 168:23, 168:25, 171:21, 172:5, 174:12, 174:17, 174:21, 175:8, 175:18, 176:1, 176:5, 176:11, 176:20, 176:22, 176:24, 177:7, 185:5, 185:9, 186:2, 186:8, 187:11, 190:24, 196:5, 196:8, 196:10, 196:21, 197:3, 197:13, 197:15, 201:3, 201:6, 204:19, 205:17, 206:15, 206:17, 207:8, 209:2, 210:6, 210:14, 211:8, 211:12, 212:2, 214:24, 215:3, 215:11, 216:2, 216:13, 216:25, 217:10, 218:2,

218:5, 218:12, 218:14, 218:17, 220:15, 220:17, 224:11, 224:16, 224:18, 224:21, 228:6, 228:8, 228:14, 228:15, 229:21, 230:5, 230:7, 233:13, 233:15, 233:17, 236:2, 236:5, 238:18, 239:3, 239:7, 239:23, 239:25, 242:14, 242:17, 243:4, 243:12, 243:19, 243:21, 244:7, 244:15, 245:6, 245:8, 245:13, 246:12, 247:17, 247:19, 247:21, 248:7, 248:11, 248:12, 249:8, 249:23, 250:11, 250:13, 250:17, 250:21, 250:25

**KITCHENS'** [41] - 114:2, 126:19, 127:3, 128:10, 128:12, 129:16, 130:14, 131:9, 132:9, 132:19, 133:11, 136:13, 136:20, 148:7, 150:19, 151:1, 152:4, 152:11, 158:18, 169:12, 169:24, 170:15, 170:20, 170:24, 173:8, 173:21, 188:22, 190:23, 195:14, 195:18, 205:14, 206:24, 209:1, 211:21, 212:23, 213:25, 214:19, 217:3, 217:18, 217:22, 247:1

**KITCHENS'S** [1] - 68:11

**KNEW** [1] - 35:5

**KNOW** [139] - 3:6, 3:23, 4:16, 5:1, 6:20, 10:12, 10:20, 11:7, 11:21, 14:18, 16:21, 17:3, 17:21, 18:10, 19:1, 20:3, 21:13, 21:15, 21:18, 22:15, 22:16, 23:2, 23:3, 24:12, 24:18, 24:20, 27:7, 27:13, 29:19,

30:20, 30:24, 31:3, 33:14, 33:23, 34:16, 34:19, 34:20, 35:1, 35:3, 35:14, 35:15, 36:7, 36:21, 38:2, 38:4, 38:15, 38:16, 38:17, 38:18, 42:22, 42:23, 43:2, 43:11, 45:3, 46:23, 46:25, 49:6, 52:11, 58:25, 59:9, 59:22, 60:9, 61:9, 61:14, 62:4, 64:9, 64:12, 69:7, 78:20, 80:5, 86:18, 96:8, 100:8, 105:3, 105:24, 109:21, 111:5, 111:11, 112:13, 113:6, 113:15, 114:1, 114:8, 116:3, 117:23, 122:14, 124:20, 125:13, 129:21, 131:18, 145:5, 156:1, 158:15, 162:15, 165:4, 165:15, 165:19, 169:20, 175:23, 176:8, 176:13, 185:5, 189:17, 189:18, 190:4, 190:5, 190:6, 191:16, 192:23, 202:24, 205:15, 216:13, 220:20, 223:10, 223:11, 226:17, 226:25, 229:12, 229:22, 230:4, 231:9, 232:17, 233:14, 235:3, 237:2, 237:13, 237:17, 238:2, 238:12, 238:19, 238:22, 238:23, 238:24, 239:6

**KNOWING** [4] - 18:21, 44:20, 45:11, 46:20

**KNOWLEDGE** [11] - 14:11, 17:13, 20:15, 20:20, 21:14, 52:4, 52:6, 74:20, 74:23, 75:1, 75:5

**KNOWN** [12] - 8:25, 11:8, 11:25, 13:4, 13:16, 15:2, 21:12, 26:4, 33:14, 40:5, 153:3

**KNOWS** [1] - 238:24

**KY** [1] - 1:16

## L

**LABEL** [1] - 156:23

**LABELED** [1] - 113:22

**LABS** [2] - 43:18, 43:19

**LACK** [2] - 16:20, 22:9

**LACKING** [1] - 187:15

**LAG** [1] - 169:9

**LAG-EY** [1] - 169:9

**LAGGING** [1] - 175:21

**LAND** [2] - 110:16, 186:8

**LANDING** [3] - 54:13, 56:15, 57:13

**LANGUAGE** [7] - 24:20, 25:5, 64:9, 103:2, 156:23, 157:1, 157:5

**LARGE** [1] - 55:4

**LARGER** [1] - 121:10

**LAST** [27] - 7:9, 17:25, 37:16, 39:16, 43:13, 53:23, 61:6, 64:10, 66:2, 73:3, 85:2, 85:7, 92:2, 101:11, 101:12, 116:1, 116:2, 124:1, 124:22, 128:19, 128:20, 141:9, 142:7, 178:10, 212:17, 248:18, 248:23

**LASTLY** [2] - 36:2, 98:18

**LATE** [1] - 112:25

**LATER** [7] - 18:11, 26:20, 49:14, 123:8, 167:4, 184:10, 243:14

**LAW** [3] - 39:20, 189:24, 190:2

**LAWSUIT** [1] - 136:4

**LAWYER** [2] - 78:21, 79:18

**LAWYERS** [1] - 196:3

**LAY** [2] - 110:16, 186:7

**LAYING** [1] - 15:2

**LD** [1] - 136:19

**LEAD** [1] - 164:5

**LEADING** [2] - 11:8, 76:3

**LEADS** [1] - 189:13

**LEAN** [1] - 21:24

**LEARN** [2] - 56:22, 56:23

**LEARNED** [1] - 159:14

**LEARNING** [9] - 39:17, 39:20, 60:12,

118:4, 160:22,
163:15, 168:11,
168:21, 204:5
**LEAST** [17] - 3:15, 4:2,
4:16, 41:20, 85:6,
127:14, 145:20,
146:23, 165:2,
178:12, 191:1,
192:4, 193:7,
223:13, 246:9,
246:10
**LEAVE** [3] - 88:18,
102:15, 152:15
**LECTURED** [1] - 121:2
**LED** [1] - 120:24
**LEEWAY** [2] - 79:4,
248:8
**LEFT** [5] - 9:10, 10:10,
10:22, 46:7, 156:4
**LEG** [1] - 124:22
**LEGAL** [7] - 21:25,
47:23, 48:9, 79:2,
157:25, 194:25,
195:16
**LEGALLY** [1] - 195:7
**LEGITIMATE** [1] -
118:8
**LEISURE** [1] - 111:24
**LENGTH** [5] - 110:21,
209:13, 227:12,
227:14, 229:13
**LENGTHIER** [1] -
228:24
**LENGTHS** [1] - 55:19
**LENGTHY** [1] - 229:23
**LESS** [3] - 18:22,
145:22, 165:19
**LET** [26] - 4:16, 6:2,
6:14, 17:25, 27:7,
31:2, 42:6, 59:21,
95:17, 109:20,
110:11, 116:2,
140:17, 155:20,
156:1, 166:17,
194:20, 196:2,
196:3, 196:4,
205:11, 205:15,
221:21, 223:18,
231:10, 232:19
**LET'S** [54] - 3:3, 8:13,
13:6, 16:25, 22:12,
36:3, 36:4, 38:25,
41:4, 47:25, 49:24,
54:21, 62:16, 63:13,
64:19, 68:24, 87:17,
87:18, 91:24, 96:9,
98:25, 112:13,
113:22, 114:25,
132:9, 136:2,
137:15, 138:23,

141:24, 142:24,
148:4, 149:21,
152:7, 154:14,
157:11, 158:22,
158:23, 158:24,
184:22, 185:25,
186:6, 189:4,
205:20, 206:14,
216:17, 227:6,
230:19, 231:18,
237:19, 239:21,
239:22, 241:16
**LETTER** [47] - 21:8,
21:13, 27:2, 27:16,
28:24, 28:25, 29:17,
30:13, 32:18, 32:25,
34:24, 35:3, 35:7,
36:10, 36:13, 36:15,
36:16, 36:19, 36:21,
37:7, 37:10, 38:2,
70:18, 90:17, 95:16,
95:21, 95:23, 95:24,
96:24, 99:6, 99:8,
99:9, 99:17, 99:20,
128:11, 129:14,
147:21, 147:24,
148:20, 211:15,
211:17, 211:20,
211:25, 212:13,
245:16, 245:21,
246:5
**LETTERHEAD** [8] -
21:23, 37:2, 95:25,
96:1, 96:6, 96:19,
96:24, 98:3
**LETTERS** [11] - 23:6,
96:5, 96:21, 97:16,
99:1, 103:5, 103:13,
194:7, 220:1, 220:2
**LETTING** [3] - 62:4,
69:7, 110:3
**LEVEL** [11] - 12:19,
60:7, 82:4, 135:8,
154:24, 176:16,
183:5, 186:22,
188:9, 199:12,
203:17
**LEVELS** [2] - 158:22,
159:4
**LICENSED** [1] -
198:23
**LICENSES** [1] -
198:20
**LICENSING** [8] - 1:6,
51:8, 51:10, 51:17,
51:18, 51:19, 200:8,
209:12
**LIFE** [33] - 13:22,
42:10, 78:6, 78:17,
89:19, 124:6, 135:8,

135:12, 145:18,
151:16, 154:23,
154:24, 155:3,
156:17, 161:1,
164:4, 164:10,
167:5, 167:6, 175:4,
184:8, 188:4,
188:14, 203:16,
203:20, 204:16,
208:12, 208:14,
208:22, 210:25,
214:11, 217:9,
227:21
**LIGHTING** [2] - 145:3,
146:6
**LIKE** [106] - 3:2, 3:12,
5:20, 6:18, 8:6, 11:1,
11:5, 11:6, 12:10,
12:25, 14:21, 19:5,
20:25, 21:23, 22:3,
23:12, 28:11, 28:24,
29:6, 33:13, 34:6,
34:18, 34:21, 35:16,
38:19, 39:2, 39:19,
40:2, 40:5, 43:23,
44:6, 54:18, 59:1,
59:11, 60:7, 70:14,
75:7, 78:1, 82:4,
82:5, 86:11, 87:17,
88:16, 94:22,
105:21, 106:13,
107:13, 108:14,
111:19, 112:20,
112:22, 112:25,
113:1, 129:3,
130:17, 132:21,
132:25, 133:2,
135:7, 136:18,
137:11, 137:24,
138:8, 138:24,
141:25, 145:25,
146:25, 149:25,
151:7, 153:6, 156:7,
156:15, 159:18,
160:22, 161:20,
164:1, 165:12,
167:19, 167:24,
168:1, 168:5, 169:6,
169:19, 172:17,
178:21, 178:24,
183:25, 185:7,
188:15, 189:11,
190:24, 191:12,
193:11, 194:3,
194:6, 209:16,
219:5, 220:10,
226:19, 230:2,
245:7, 246:6,
246:20, 248:9,
249:15
**LIKELIHOOD** [1] -

125:25
**LIKELY** [5] - 156:14,
161:24, 182:24,
187:7, 231:11
**LILY** [1] - 77:1
**LIMIT** [1] - 109:11
**LIMITATIONS** [18] -
42:16, 126:15,
130:3, 130:22,
132:2, 132:4,
132:15, 133:11,
133:13, 140:9,
147:23, 152:5,
153:2, 164:15,
184:9, 184:14,
188:2, 189:5
**LIMITED** [11] - 8:4,
48:24, 89:21, 90:1,
135:12, 146:1,
162:14, 164:9,
174:22, 192:19,
247:18
**LIMITS** [4] - 42:9,
78:5, 109:13, 189:9
**LINE** [17] - 25:11,
49:23, 79:3, 101:9,
101:10, 101:11,
101:12, 105:21,
139:7, 155:1,
166:18, 180:24,
182:21, 182:23,
183:6, 199:16,
199:17
**LINES** [1] - 219:6
**LINK** [7] - 56:10,
56:11, 56:14,
125:20, 125:23,
155:1, 158:10
**LINKS** [1] - 56:19,
62:5
**LIST** [3] - 43:19,
233:19, 246:3
**LISTED** [11] - 122:25,
140:3, 143:8,
210:13, 232:11,
241:23, 242:6,
242:8, 242:16,
242:23, 243:6
**LISTEN** [4] - 21:23,
26:19, 185:20,
190:22
**LISTING** [2] - 118:16,
122:7
**LISTS** [4] - 118:20,
214:6, 215:14, 216:1
**LITERALLY** [1] -
197:8
**LITIGATION** [14] -
21:15, 30:1, 34:11,
35:8, 35:10, 38:1,

86:19, 126:21,
161:7, 166:16,
193:8, 193:15,
239:9, 247:22
**LITTLE** [51] - 4:12,
5:22, 9:10, 13:18,
18:2, 21:17, 25:4,
25:12, 25:16, 32:12,
32:13, 32:23, 36:5,
36:9, 42:6, 48:24,
51:14, 59:1, 62:10,
69:25, 87:25, 88:3,
91:1, 101:3, 101:8,
101:19, 105:15,
108:15, 112:13,
113:17, 133:17,
136:8, 168:2,
168:12, 169:9,
179:23, 180:10,
185:16, 186:17,
196:24, 197:16,
201:10, 213:1,
214:22, 222:18,
223:18, 231:19,
232:19, 248:8,
249:17
**LIVE** [2] - 48:14, 185:2
**LIVES** [3] - 152:15,
161:4
**LLP** [1] - 2:2
**LOAN** [1] - 35:22
**LOANS** [1] - 45:1
**LOCATED** [1] - 13:7
**LOCATION** [4] - 26:9,
26:10, 26:13, 179:11
**LOGICAL** [1] - 19:15
**LONG** [26] - 3:25,
16:6, 43:6, 43:14,
43:19, 51:3, 109:11,
110:3, 111:22,
116:16, 116:20,
120:11, 123:18,
129:7, 165:19,
166:22, 166:23,
167:3, 191:20,
195:24, 225:14,
237:25, 238:10,
245:3
**LONGER** [2] - 51:14,
209:14
**LOOK** [66] - 9:15,
11:3, 12:13, 13:19,
19:8, 24:24, 26:11,
29:15, 29:16, 39:16,
40:17, 55:18, 66:1,
67:5, 86:11, 89:11,
114:17, 126:15,
127:9, 127:17,
127:22, 129:3,
129:23, 130:24,

133:1, 137:13, 137:15, 138:4, 139:1, 139:4, 139:8, 140:20, 144:8, 146:17, 147:14, 148:17, 151:20, 152:7, 156:21, 158:24, 161:22, 162:18, 163:3, 165:1, 166:2, 173:1, 184:24, 188:3, 188:7, 188:11, 190:8, 190:24, 207:3, 208:2, 209:19, 210:7, 211:15, 212:12, 213:10, 216:19, 217:15, 217:17, 218:9, 218:24, 246:6
**LOOKED** [11] - 13:5, 48:22, 71:23, 97:8, 137:11, 168:1, 174:14, 188:22, 195:18, 219:2, 223:23
**LOOKING** [48] - 9:15, 11:9, 19:25, 21:17, 31:18, 36:13, 38:11, 41:8, 46:10, 46:11, 88:6, 98:8, 102:5, 113:16, 128:2, 131:13, 136:2, 139:10, 139:15, 139:16, 140:16, 142:17, 144:12, 145:11, 147:8, 154:16, 161:20, 162:24, 167:16, 190:23, 203:17, 204:10, 204:14, 206:1, 206:20, 207:14, 207:15, 208:2, 209:14, 210:18, 210:19, 210:21, 210:23, 219:13, 219:14, 219:16, 227:23, 246:8
**LOOKS** [15] - 3:2, 6:18, 28:24, 54:18, 55:22, 136:18, 141:25, 149:25, 167:19, 167:24, 168:5, 169:6, 169:19, 226:19, 246:20
**LOOPHOLES** [2] - 24:11, 24:20
**LOOSE** [1] - 153:6
**LOSING** [3] - 66:25,

138:21, 153:1
**LOST** [1] - 147:2
**LOT** [11] - 3:24, 30:1, 113:5, 119:4, 136:23, 137:12, 138:3, 138:8, 138:9, 160:22, 219:18
**LOTS** [1] - 190:5
**LOUD** [2] - 96:17, 240:17
**LOUDOUN** [2] - 199:3, 199:8
**LOVE** [3] - 189:17, 189:23, 190:4
**LOVE'S** [1] - 190:9
**LOW** [1] - 151:8
**LOWER** [6] - 9:24, 13:4, 13:5, 14:3, 15:8, 25:1
**LOWERED** [1] - 23:12
**LSAT** [1] - 25:21
**LSAT'S** [1] - 189:20
**LUBLIN** [3] - 40:22, 40:23, 41:6
**LUCIA** [10] - 72:7, 83:25, 106:6, 106:17, 197:13, 197:21, 197:25, 198:4, 250:23
**LUNCH** [5] - 5:5, 16:7, 112:9, 114:16, 114:25
**LYNN** [6] - 1:18, 50:10, 115:11, 176:17, 197:23, 250:8

# M

**M-C-G-E-E-H-A-N** [1] - 198:5
**M.D** [2] - 16:14, 141:4
**MA'AM** [4] - 100:14, 155:25, 228:14, 236:22
**MACHINE** [1] - 146:10
**MACHINES** [2] - 145:4, 146:7
**MADE** [23] - 11:5, 13:2, 18:4, 18:7, 22:16, 31:22, 41:15, 42:24, 53:8, 59:21, 94:17, 105:20, 107:10, 114:4, 170:7, 186:10, 213:4, 214:13, 214:14, 215:7, 221:18, 239:12, 247:25
**MAKES** [4] - 26:1, 44:6, 152:1, 155:6
**MAKING** [12] - 10:6, 69:11, 82:9, 106:4, 106:11, 106:14,

22:2, 28:20, 40:20, 40:22, 40:23, 41:3, 41:10, 41:12, 61:12, 61:15, 62:2, 62:3, 62:18, 62:19, 62:20, 63:1, 64:22, 65:2, 65:16, 66:16, 68:6, 69:3, 69:6, 69:13, 71:1, 71:3, 71:10, 71:23, 72:2, 72:6, 72:17, 72:19, 94:12, 133:15, 215:10, 218:14, 218:15
**MAILED** [3] - 7:9, 41:5, 41:17
**MAILS** [1] - 86:23
**MAIN** [5] - 43:13, 56:16, 187:6, 199:16, 199:17
**MAINTAINED** [1] - 71:10
**MAINTAINING** [1] - 152:11
**MAINTAINS** [2] - 69:14
**MAJOR** [12] - 13:18, 42:10, 78:6, 78:17, 89:19, 135:8, 135:12, 164:9, 175:4, 203:20, 204:16, 217:9
**MAJORITY** [2] - 24:8, 181:23
**MAKE** [56] - 4:10, 5:15, 8:25, 9:7, 10:9, 10:24, 14:16, 33:14, 38:12, 39:5, 39:7, 42:12, 43:8, 44:8, 48:11, 49:5, 59:24, 61:18, 70:16, 79:2, 80:6, 81:25, 82:21, 83:1, 83:2, 83:3, 83:9, 83:19, 89:2, 93:19, 93:20, 95:17, 111:6, 114:14, 118:8, 146:8, 149:18, 158:9, 159:10, 159:23, 160:21, 162:6, 162:13, 162:14, 162:25, 163:5, 164:3, 170:5, 170:6, 187:19, 191:3, 193:20, 213:6, 214:9, 235:25

159:22, 162:13, 164:2, 193:10, 207:7, 215:1
**MALADJUSTED** [1] - 168:21
**MALINGERING** [2] - 194:5, 194:15
**MAN** [3] - 45:2, 167:9, 195:21
**MANAGE** [2] - 124:21, 124:22
**MANAGED** [1] - 148:9
**MANAGEMENT** [2] - 119:20, 120:5
**MANAGER** [8] - 72:7, 74:12, 74:14, 74:16, 84:1, 106:17, 198:12, 200:3
**MANAGING** [2] - 77:5, 123:13
**MANNER** [1] - 135:18
**MANUAL** [4] - 76:7, 122:6, 207:25, 221:5
**MANY** [35] - 17:8, 53:22, 54:1, 73:25, 84:22, 84:23, 84:24, 107:14, 107:17, 107:20, 116:22, 118:13, 121:9, 122:21, 146:8, 151:6, 151:9, 160:1, 170:6, 177:22, 190:14, 192:1, 226:7, 226:13, 226:16, 227:17, 239:16, 246:12, 248:3, 248:14, 248:19
**MAP** [1] - 88:3
**MARCH** [4] - 41:20, 74:4, 74:6, 148:1
**MARCUS** [1] - 44:22
**MARK** [1] - 26:25
**MARKCUS** [4] - 1:3, 1:14, 60:24, 250:11
**MARKET** [1] - 1:19
**MARQUED** [1] - 123:3
**MARTIN** [1] - 148:19
**MASSACHUSETTS** [1] - 153:3
**MASTER'S** [3] - 77:15, 77:18
**MASTERS** [3] - 116:9, 198:17, 199:12
**MATCHES** [3] - 102:21, 102:22, 102:24
**MATERIAL** [2] - 171:2, 174:6
**MATH** [2] - 46:20,

123:15
**MATHEMATICAL** [1] - 46:18
**MATTER** [5] - 34:5, 145:19, 149:16, 227:16, 250:5
**MAXIMIZE** [2] - 139:9, 139:15
**MAXIMUM** [2] - 237:14, 237:17
**MAY** [36] - 1:8, 15:4, 22:15, 26:21, 36:19, 42:16, 43:12, 45:15, 49:12, 49:17, 53:12, 59:17, 60:17, 64:7, 65:19, 68:22, 70:19, 112:4, 115:8, 128:9, 131:6, 131:23, 131:25, 143:18, 145:21, 160:4, 180:1, 180:19, 186:25, 192:20, 196:14, 197:4, 197:18, 201:8, 213:22, 249:11
**MAYBE** [21] - 4:11, 5:4, 15:8, 15:9, 19:12, 43:13, 43:16, 47:22, 76:14, 76:15, 87:10, 92:10, 105:13, 112:24, 114:16, 114:19, 152:9, 155:21, 176:11, 189:16, 223:13
**MCAT** [3] - 65:19, 139:10, 210:10
**MCEEHAN** [1] - 197:25
**MCGEEHAN** [61] - 72:7, 72:20, 83:25, 88:10, 98:7, 106:7, 106:11, 106:17, 197:14, 197:21, 198:4, 198:9, 200:23, 204:20, 204:21, 206:23, 209:2, 209:13, 211:18, 217:17, 220:14, 220:18, 222:10, 224:23, 225:13, 226:7, 227:9, 227:22, 228:10, 230:1, 230:8, 230:22, 231:21, 233:21, 234:25, 235:17, 236:3, 236:7, 236:11, 236:17, 237:22, 238:6,

238:9, 238:19, 239:8, 240:3, 240:7, 240:10, 240:13, 241:7, 241:17, 242:4, 243:18, 244:4, 244:24, 247:14, 247:22, 248:3, 249:10, 250:23

**MCGEEHAN'S** [1] - 225:11

**ME** [123] - 4:1, 5:13, 6:2, 6:14, 6:15, 9:20, 17:6, 17:10, 17:20, 17:25, 18:11, 20:10, 21:18, 23:13, 25:15, 26:3, 27:22, 27:23, 28:3, 28:20, 28:22, 30:14, 31:2, 31:5, 31:25, 32:15, 33:3, 33:18, 33:24, 34:23, 35:21, 36:22, 36:24, 37:19, 37:22, 38:7, 40:24, 42:6, 42:14, 42:17, 42:20, 42:22, 43:10, 43:22, 44:4, 44:6, 44:19, 44:20, 45:10, 45:12, 45:20, 46:4, 46:6, 47:5, 47:8, 52:8, 55:21, 66:13, 86:24, 90:5, 95:2, 95:17, 108:9, 108:15, 116:1, 116:2, 116:3, 116:4, 126:9, 128:6, 128:13, 128:15, 129:19, 130:1, 132:11, 132:23, 132:24, 134:10, 136:23, 139:8, 140:17, 146:21, 147:11, 148:11, 148:12, 155:20, 156:1, 156:8, 166:17, 172:9, 177:25, 185:17, 194:20, 194:24, 196:2, 196:4, 201:9, 205:11, 205:15, 213:15, 213:17, 221:21, 223:18, 223:21, 224:8, 224:9, 225:3, 225:17, 228:13, 231:10, 232:19, 234:22, 235:10, 236:19, 237:23, 238:3, 238:13, 238:20, 239:5, 239:9, 245:17, 245:18

**MEAN** [41] - 14:18, 14:21, 19:12, 30:11, 43:19, 44:2, 75:2, 76:21, 78:19, 81:20, 86:4, 86:7, 88:12, 90:12, 90:23, 91:14, 91:15, 96:25, 97:3, 97:11, 99:3, 100:3, 102:18, 138:20, 142:6, 146:11, 146:21, 152:21, 153:13, 173:6, 189:17, 192:4, 192:18, 194:15, 223:1, 224:11, 227:22, 228:20, 238:7, 242:12, 244:2

**MEANING** [2] - 23:18, 82:4

**MEANS** [9] - 10:20, 18:13, 124:10, 152:21, 157:9, 192:19, 212:11, 234:23, 236:23

**MEANT** [5] - 143:10, 191:11, 191:12, 202:21, 237:2

**MEASURE** [7] - 151:2, 151:25, 154:5, 154:21, 155:2, 156:3, 157:4

**MEASURES** [3] - 119:7, 157:8, 157:9

**MED** [1] - 142:20

**MEDICAL** [115] - 1:6, 12:17, 14:2, 16:18, 20:17, 24:7, 25:17, 25:25, 32:25, 33:19, 34:14, 35:18, 35:24, 37:21, 38:5, 38:8, 39:23, 40:19, 41:12, 43:18, 43:19, 50:6, 51:2, 51:5, 51:6, 51:8, 51:10, 51:13, 51:17, 51:18, 51:19, 51:25, 52:1, 67:8, 67:23, 68:4, 74:19, 74:23, 75:1, 75:5, 75:20, 76:20, 76:22, 90:3, 90:18, 91:8, 91:12, 93:15, 94:7, 94:13, 97:24, 98:22, 99:14, 104:18, 115:9, 120:16, 127:15, 127:20, 133:1, 133:5, 133:6, 133:24, 136:3, 140:12, 150:7, 161:5, 169:24, 170:2, 170:4, 170:6,

170:9, 186:23, 187:1, 187:10, 188:25, 197:20, 198:14, 199:23, 200:7, 200:21, 210:13, 210:14, 210:17, 211:7, 211:11, 213:3, 216:5, 216:8, 221:1, 223:25, 229:5, 230:20, 231:22, 232:10, 232:11, 232:14, 232:21, 233:5, 233:9, 235:9, 235:20, 235:21, 236:4, 236:9, 236:18, 238:2, 238:13, 239:4, 239:7, 240:18

**MEDICATION** [25] - 37:22, 132:25, 137:12, 141:17, 142:1, 142:2, 143:1, 143:16, 144:9, 145:13, 147:13, 163:12, 187:1, 213:13, 213:16, 233:18, 233:19, 234:1, 235:1, 235:3, 235:15, 236:18, 237:6, 237:10

**MEDICATIONS** [12] - 131:2, 139:10, 141:12, 144:8, 144:25, 163:6, 163:7, 171:19, 192:14, 192:15, 213:16, 235:10

**MEDICINE** [15] - 16:10, 16:15, 39:19, 51:21, 52:5, 52:6, 52:7, 104:4, 104:5, 104:8, 104:9, 104:14, 104:21, 121:14, 130:8

**MEET** [4] - 16:13, 125:15, 131:19, 220:18

**MEETING** [1] - 245:10

**MEMBERS** [2] - 64:23, 103:6

**MEMORY** [1] - 194:4

**MENTAL** [13] - 42:8, 78:4, 78:12, 122:6, 122:8, 152:21, 174:18, 200:20, 201:1, 207:22, 207:25, 212:18, 214:14

**MENTALLY** [3] -

145:1, 145:18, 145:20

**MENTION** [4] - 15:21, 20:4, 129:18, 129:22

**MENTIONED** [7] - 56:12, 116:1, 195:1, 221:4, 221:9, 229:21, 238:11

**MENTIONS** [1] - 117:12

**MENTORING** [1] - 200:5

**MERE** [3] - 152:20, 153:11, 192:17

**MERITS** [6] - 14:11, 20:11, 20:13, 47:14, 247:4, 247:10

**MESS** [1] - 43:1

**MESSAGE** [1] - 102:18

**MET** [7] - 16:9, 106:1, 210:23, 212:6, 239:11, 239:14, 239:16

**METRICS** [2] - 86:1, 86:5

**MEW** [173] - 2:2, 3:2, 3:5, 3:10, 3:22, 4:14, 4:19, 4:21, 5:10, 6:3, 6:9, 6:16, 6:18, 6:23, 7:1, 7:4, 7:6, 7:8, 7:12, 7:18, 7:24, 8:5, 13:8, 18:7, 21:2, 28:8, 28:13, 29:11, 32:7, 33:7, 33:8, 38:21, 39:4, 39:10, 40:10, 40:12, 40:15, 42:2, 47:18, 47:20, 48:3, 48:5, 48:20, 48:21, 49:17, 49:21, 50:4, 50:5, 50:19, 50:21, 55:9, 55:16, 57:1, 57:7, 57:21, 58:2, 60:14, 60:22, 62:14, 62:15, 62:23, 63:5, 63:11, 65:6, 65:12, 67:15, 67:21, 69:17, 69:23, 71:13, 71:19, 73:11, 76:9, 78:19, 79:25, 80:17, 84:10, 84:12, 87:1, 88:19, 95:4, 95:8, 100:3, 100:8, 100:15, 100:16, 100:17, 100:18, 100:22, 105:9, 105:10, 105:12, 106:20, 108:6, 111:1, 111:5, 111:9, 112:8, 114:23,

114:24, 115:8, 115:9, 115:20, 115:21, 115:23, 117:5, 117:10, 121:21, 122:4, 142:5, 142:8, 142:10, 142:12, 142:14, 155:15, 155:19, 156:1, 156:2, 157:14, 157:16, 162:8, 162:11, 163:22, 165:6, 165:13, 165:14, 168:25, 169:2, 175:11, 176:10, 185:12, 185:14, 196:5, 196:6, 196:20, 197:1, 197:4, 197:6, 197:13, 197:16, 197:18, 197:20, 198:8, 200:23, 201:8, 201:14, 201:16, 204:21, 204:22, 204:24, 220:13, 224:11, 224:17, 224:20, 227:15, 235:24, 238:16, 242:12, 243:1, 243:11, 244:1, 244:17, 244:20, 244:23, 245:11, 247:13, 247:16, 248:10, 249:24, 250:12, 250:16, 250:20, 250:24

**MEW'S** [1] - 33:5

**MICHAEL** [6] - 3:11, 115:10, 115:13, 115:16, 115:17, 250:19

**MICRO** [1] - 47:2

**MICROSOFT** [1] - 1:9

**MID** [1] - 144:18

**MID-80'S** [1] - 153:23

**MID-WAY** [1] - 144:18

**MIDDLE** [7] - 11:11, 62:24, 69:25, 157:24, 168:14, 208:3, 210:12

**MIDST** [1] - 193:8

**MIGHT** [29] - 3:15, 4:15, 15:5, 48:2, 54:20, 58:10, 60:10, 81:25, 111:5, 120:22, 124:7, 125:25, 129:20, 136:8, 154:12, 166:7, 188:17,

192:11, 194:15, 219:23, 228:23, 233:5, 245:24, 246:15, 246:16, 246:18, 246:21, 247:8, 247:16
**MILITARY** [1] - 14:21
**MILLIGRAM** [1] - 234:18
**MILLIGRAMS** [4] - 234:19, 237:7, 237:11, 237:16
**MIND** [6] - 3:9, 26:19, 27:25, 161:16, 193:13, 244:19
**MINE** [4] - 6:12, 87:9, 153:4, 154:7
**MINIMUM** [3] - 176:16, 219:7, 219:9
**MINUS** [1] - 46:24
**MINUTE** [8] - 49:21, 49:25, 61:16, 112:21, 148:18, 149:22, 158:24, 238:16
**MINUTES** [13] - 46:14, 112:19, 112:20, 175:19, 194:19, 195:2, 223:8, 223:12, 225:17, 225:21, 239:22, 249:20
**MISCHARACTERIZE S** [1] - 76:10
**MISCONSTRUED** [1] - 86:21
**MISHEARD** [1] - 154:13
**MISS** [2] - 102:14, 171:22
**MISSED** [3] - 15:5, 190:1, 190:3
**MISSIE** [1] - 170:20
**MISSING** [1] - 151:9
**MISSION** [2] - 51:11, 51:12
**MISSTATES** [1] - 32:8
**MISTAKEN** [1] - 235:14
**MITIGATE** [1] - 46:6
**MIXING** [1] - 189:16
**MK** [6] - 140:16, 141:2, 141:10, 142:4, 142:10, 142:12
**MM** [6] - 92:23, 93:3, 111:21, 213:11, 226:12, 234:21
**MM-HMM** [6] - 92:23, 93:3, 111:21, 213:11, 226:12,

234:21
**MODAL** [1] - 125:5
**MODERATE** [1] - 237:11
**MOM** [3] - 34:22, 34:24, 35:7
**MOM'S** [1] - 9:19
**MOMENT** [2] - 44:18, 119:4
**MONDAY** [2] - 16:6, 245:4
**MONEY** [2] - 24:22, 196:23
**MONITORING** [1] - 109:15
**MONTH** [3] - 52:19, 111:16, 111:22
**MONTHS** [3] - 18:11, 112:1, 212:17
**MOOD** [2] - 180:2, 212:15
**MORE** [91] - 3:20, 4:12, 5:13, 6:21, 13:24, 23:13, 24:4, 24:5, 24:22, 26:17, 29:19, 32:14, 32:21, 32:23, 33:24, 33:25, 34:1, 37:13, 38:12, 39:25, 40:3, 42:9, 43:21, 46:16, 46:18, 48:9, 56:22, 56:23, 56:24, 57:18, 62:10, 70:15, 78:6, 81:20, 83:1, 86:24, 87:14, 88:25, 91:24, 95:17, 99:9, 100:9, 105:2, 105:21, 113:18, 122:17, 124:17, 124:18, 129:8, 129:21, 136:9, 138:2, 140:15, 144:12, 146:9, 149:3, 149:8, 152:22, 152:23, 154:11, 165:19, 168:12, 173:16, 173:17, 179:24, 184:16, 187:5, 195:19, 202:15, 203:16, 206:9, 209:15, 223:12, 223:13, 223:18, 227:11, 228:3, 228:17, 228:20, 229:19, 231:12, 231:19, 238:20, 238:22, 239:5, 239:14, 239:22
**MORNING** [15] - 3:14, 7:7, 7:8, 50:8, 50:9,

50:22, 50:23, 73:17, 73:18, 100:5, 100:11, 112:25, 246:19, 249:16, 250:1
**MOST** [24] - 42:11, 52:13, 100:4, 121:10, 124:21, 126:16, 126:18, 135:13, 138:9, 145:20, 145:24, 149:16, 152:14, 160:20, 161:19, 164:10, 171:9, 171:20, 174:22, 181:21, 182:24, 231:11
**MOTHER** [5] - 9:1, 35:2, 35:3, 170:20, 174:12
**MOTHER'S** [1] - 240:22
**MOTION** [3] - 49:11, 170:17, 170:21
**MOTIVATIONS** [2] - 113:23, 114:3
**MOTOR** [1] - 153:5
**MOUTH** [3] - 234:13, 237:4, 237:5
**MOVE** [20] - 7:12, 11:1, 12:25, 15:11, 27:20, 28:5, 33:6, 76:24, 81:18, 82:18, 82:20, 88:23, 91:24, 94:19, 94:25, 97:5, 98:17, 227:1, 230:19, 231:18
**MOVED** [2] - 179:12, 197:16
**MOVES** [10] - 7:18, 55:9, 57:1, 60:14, 63:5, 65:6, 67:15, 69:17, 71:13, 117:5
**MOVING** [5] - 10:10, 35:20, 170:14, 233:15
**MOXO** [6] - 153:15, 154:10, 154:15, 154:17, 157:4, 240:23
**MR** [1] - 190:9
**MRS** [17] - 150:16, 150:20, 151:12, 151:18, 153:14, 157:12, 157:17, 159:2, 159:3, 160:15, 161:13, 161:20, 164:6, 164:8, 164:22, 174:9, 241:3

**MS** [215] - 3:2, 3:5, 3:10, 3:22, 4:14, 4:19, 4:21, 5:10, 6:3, 6:9, 6:16, 6:18, 6:23, 7:1, 7:4, 7:6, 7:8, 7:12, 7:18, 7:24, 8:5, 13:8, 18:7, 21:2, 28:8, 28:13, 29:11, 32:7, 33:4, 33:6, 33:8, 38:21, 39:4, 39:10, 40:10, 40:12, 40:15, 42:2, 47:18, 47:20, 48:3, 48:5, 48:20, 48:21, 49:17, 49:21, 50:4, 50:5, 50:8, 50:18, 50:21, 50:22, 52:8, 55:9, 55:16, 57:1, 57:7, 57:11, 57:21, 58:2, 60:14, 60:22, 60:23, 61:16, 61:22, 62:14, 62:15, 62:16, 62:23, 63:5, 63:11, 65:6, 65:12, 67:15, 67:21, 69:5, 69:17, 69:23, 71:9, 71:13, 71:19, 71:20, 72:4, 73:3, 73:11, 73:17, 73:21, 74:3, 76:9, 76:14, 77:12, 78:19, 78:20, 79:7, 79:25, 80:17, 80:19, 80:24, 84:10, 84:12, 87:1, 87:20, 88:19, 88:22, 89:15, 92:12, 95:4, 95:8, 99:25, 100:3, 100:8, 100:15, 100:16, 100:17, 100:18, 100:22, 101:2, 101:6, 102:16, 103:21, 105:7, 105:9, 105:10, 105:12, 105:13, 106:10, 106:20, 108:6, 108:8, 111:1, 111:5, 111:9, 111:10, 112:4, 112:6, 112:8, 114:23, 114:24, 115:8, 115:9, 115:20, 115:21, 115:23, 117:5, 117:10, 121:21, 122:4, 142:5, 142:8, 142:10, 142:12, 142:14, 155:15, 155:19, 156:1, 156:2, 157:14, 157:16, 162:8, 162:11, 163:22, 165:6, 165:13,

165:14, 168:25, 169:2, 170:24, 171:9, 175:11, 176:10, 180:21, 182:24, 185:12, 185:14, 196:5, 196:6, 196:20, 197:1, 197:4, 197:6, 197:13, 197:16, 197:18, 197:20, 198:8, 200:23, 201:8, 201:14, 201:16, 204:21, 204:22, 204:24, 220:13, 224:11, 224:17, 224:20, 227:15, 235:24, 238:16, 242:12, 243:1, 243:11, 244:1, 244:17, 244:20, 244:23, 245:11, 247:13, 247:16, 248:10, 249:24, 250:12, 250:16, 250:20, 250:24
**MUCH** [45] - 3:20, 6:21, 14:3, 27:17, 36:23, 37:16, 39:19, 46:7, 46:16, 59:1, 105:1, 111:14, 112:5, 114:20, 119:8, 124:2, 124:12, 128:15, 130:12, 137:24, 138:24, 139:15, 151:10, 156:24, 187:4, 187:7, 194:16, 195:19, 196:15, 197:1, 213:15, 215:25, 222:24, 223:24, 224:24, 225:3, 225:5, 226:2, 227:11, 236:18, 238:23, 239:6, 239:8
**MULTI** [1] - 125:5
**MULTIPLE** [4] - 110:18, 164:19, 208:12, 211:1
**MURPHY** [1] - 1:11
**MUSIC** [1] - 13:24
**MUST** [7] - 36:11, 70:3, 89:9, 96:19, 96:23, 98:2, 206:10
**MUTE** [4] - 108:6, 197:10, 201:3, 201:4
**MUTED** [1] - 196:11
**MY** [226] - 4:25, 5:5, 5:7, 5:19, 6:12, 8:5,

8:17, 8:22, 9:1, 9:12, 9:16, 9:18, 9:20, 10:3, 10:21, 11:4, 11:6, 12:1, 12:4, 12:11, 12:21, 13:3, 13:14, 13:17, 13:18, 14:2, 14:9, 15:14, 15:23, 15:24, 17:5, 17:12, 17:13, 17:24, 20:11, 20:13, 20:15, 20:20, 21:9, 21:13, 21:14, 21:22, 22:14, 23:2, 23:9, 23:10, 23:18, 23:19, 24:9, 24:19, 24:20, 27:12, 30:12, 30:20, 31:2, 31:3, 31:4, 32:17, 32:19, 32:20, 34:8, 34:17, 34:19, 34:20, 34:22, 34:24, 35:2, 35:6, 35:7, 35:14, 36:16, 36:24, 37:11, 37:20, 38:6, 38:7, 38:8, 38:24, 39:16, 40:25, 42:20, 42:23, 43:23, 44:3, 44:4, 44:6, 44:21, 45:3, 47:14, 47:18, 48:10, 48:13, 49:9, 49:14, 66:25, 75:8, 75:17, 75:18, 76:6, 78:24, 79:13, 81:3, 83:24, 84:1, 84:3, 84:6, 84:25, 87:16, 88:10, 88:11, 88:23, 90:11, 90:16, 91:9, 91:16, 92:6, 92:9, 93:2, 94:17, 97:17, 98:5, 100:8, 103:11, 103:12, 103:13, 103:14, 112:14, 116:10, 116:13, 116:14, 117:2, 118:23, 119:8, 120:25, 124:2, 128:23, 140:4, 144:20, 147:2, 148:15, 148:24, 175:22, 175:24, 176:1, 177:10, 177:11, 181:11, 182:10, 186:7, 187:6, 190:16, 191:6, 191:20, 196:21, 198:12, 198:16, 199:8, 200:4, 205:5, 222:6, 222:17, 222:19, 222:20, 222:25, 223:4, 223:7, 223:15, 223:20,

224:25, 225:21, 226:1, 226:3, 226:10, 226:19, 227:7, 227:12, 228:3, 229:16, 230:2, 230:23, 231:11, 234:12, 235:5, 235:18, 236:2, 236:10, 236:19, 237:6, 238:2, 238:6, 238:11, 238:20, 238:21, 239:4, 239:12, 239:17, 242:3, 243:20, 246:19, 247:23, 247:25, 248:1, 248:13, 248:18
MYSELF [12] - 18:5, 20:13, 21:17, 22:3, 30:17, 30:20, 34:16, 34:21, 73:20, 106:8, 119:2, 246:4

**N**

N'S [1] - 9:5
NAME [4] - 37:2, 50:14, 115:15, 198:3
NARRATIVE [1] - 42:25
NARROWED [1] - 248:9
NATIONAL [12] - 25:17, 50:6, 51:2, 51:5, 51:6, 115:9, 117:15, 120:15, 197:20, 198:14, 198:22, 199:23
NATIONALLY [1] - 198:21
NATURE [8] - 58:24, 59:7, 107:11, 110:7, 132:1, 140:8, 193:17, 225:25
NAVIGATE [1] - 60:12
NBME [96] - 20:16, 25:3, 25:11, 25:15, 26:3, 26:15, 27:16, 29:19, 30:9, 30:11, 30:14, 30:18, 33:13, 38:17, 46:2, 51:3, 51:4, 51:7, 51:11, 51:12, 52:17, 53:22, 54:5, 55:9, 57:1, 57:21, 60:14, 60:23, 61:3, 63:1, 63:3, 63:5, 65:6, 65:15, 66:22, 67:12, 67:15, 68:3, 68:11, 69:14,

69:17, 71:13, 73:4, 73:8, 73:22, 74:1, 74:4, 74:11, 74:18, 74:22, 74:25, 75:3, 75:9, 76:18, 76:25, 77:8, 82:13, 85:20, 85:22, 93:17, 93:20, 96:5, 101:6, 111:13, 113:25, 121:8, 127:5, 134:2, 134:17, 135:16, 135:21, 136:6, 147:4, 147:20, 148:17, 166:11, 177:3, 177:6, 177:14, 177:23, 199:25, 200:12, 201:17, 206:25, 209:21, 215:12, 215:17, 215:20, 217:2, 219:7, 219:9, 226:22, 230:10, 248:20
NBME'S [12] - 3:15, 23:10, 31:4, 65:3, 67:3, 71:11, 83:24, 97:7, 98:9, 114:2, 114:7, 165:3
NEAR [1] - 231:13
NECESSARILY [14] - 17:6, 19:8, 31:20, 35:16, 81:19, 182:1, 219:19, 219:21, 220:9, 220:11, 227:16, 229:13, 229:22, 246:14
NECESSARY [3] - 59:4, 209:12, 211:4
NEED [63] - 3:21, 5:19, 8:6, 18:5, 21:23, 36:9, 37:21, 49:20, 59:23, 64:14, 72:9, 76:1, 76:23, 82:5, 104:16, 105:4, 106:19, 109:3, 113:4, 113:10, 122:13, 122:19, 124:19, 126:14, 128:14, 128:21, 128:22, 129:9, 130:20, 132:11, 136:8, 137:16, 139:14, 148:10, 151:21, 152:16, 156:4, 156:21, 159:15, 161:23, 163:5, 163:21, 164:3, 165:15, 168:11, 182:17, 184:25, 186:15,

187:7, 187:17, 187:19, 191:7, 191:13, 192:8, 193:13, 193:20, 195:16, 195:23, 196:4, 197:7, 197:8, 248:8
NEEDED [14] - 32:21, 47:7, 58:8, 80:11, 110:22, 127:19, 129:4, 137:9, 149:7, 163:25, 176:13, 216:15
NEEDING [1] - 143:15
NEEDS [12] - 36:22, 129:8, 135:16, 143:9, 149:4, 149:8, 164:23, 165:19, 172:20, 175:8
NEGATIVE [1] - 156:7
NEIGHBOR [1] - 220:2
NERVOUS [3] - 245:1, 245:2, 245:7
NEURO [1] - 122:25
NEURODEVELOPM ENTAL [2] - 200:21, 204:4
NEUROLOGICAL [1] - 160:7
NEUROPSYCHIATR Y [2] - 159:13, 159:25
NEUROPSYCHOLO GICAL [1] - 160:7
NEUROPSYCHOLO GISTS [1] - 75:14
NEUROPSYCHOLO GY [3] - 159:13, 159:25, 160:9
NEVER [18] - 20:6, 20:7, 20:8, 23:1, 25:18, 26:5, 39:20, 73:9, 75:17, 109:17, 127:15, 128:21, 128:22, 151:3, 151:12, 165:12, 188:12, 190:21
NEVERMIND [1] - 61:20
NEW [22] - 30:2, 35:12, 60:8, 63:25, 69:9, 70:5, 71:24, 72:9, 81:23, 83:16, 101:13, 101:15, 101:17, 110:8, 110:13, 121:10, 134:14, 218:2, 218:18, 219:1, 219:14, 225:23
NEWEST [1] - 72:10

NEXT [19] - 5:7, 12:19, 59:22, 67:5, 123:19, 129:13, 130:5, 131:5, 132:5, 132:17, 133:14, 140:4, 152:16, 158:23, 197:9, 212:19, 213:20, 214:16, 215:8
NICE [1] - 220:18
NIGHT [2] - 7:9, 37:16
NO [199] - 6:6, 6:16, 7:14, 7:20, 7:24, 17:9, 19:24, 21:2, 25:4, 25:15, 25:18, 25:19, 26:1, 26:24, 28:13, 29:11, 33:21, 34:16, 37:14, 37:15, 37:23, 40:9, 42:2, 45:4, 47:2, 47:20, 55:11, 55:23, 57:3, 57:23, 60:16, 63:7, 65:8, 66:23, 67:4, 67:17, 68:20, 68:23, 69:19, 70:23, 71:15, 71:24, 75:8, 76:6, 76:11, 76:13, 76:21, 78:22, 82:6, 82:7, 82:20, 84:3, 84:6, 84:10, 85:13, 92:8, 93:15, 94:24, 95:6, 95:8, 96:1, 98:5, 98:16, 102:21, 102:22, 102:24, 103:2, 104:1, 106:12, 108:1, 108:5, 109:13, 110:25, 111:3, 117:6, 122:1, 125:1, 125:18, 125:19, 125:23, 126:2, 127:23, 128:19, 129:22, 129:25, 130:4, 130:18, 133:12, 133:22, 134:20, 134:23, 135:1, 135:4, 135:9, 135:14, 135:19, 136:24, 137:2, 138:1, 140:3, 140:7, 140:10, 140:25, 143:3, 143:6, 143:24, 144:11, 150:23, 156:1, 157:9, 160:17, 161:14, 164:7, 165:18, 165:23, 166:22, 172:17, 173:13, 173:15, 174:19, 175:1, 175:3, 175:6,

178:16, 182:1, 184:6, 184:21, 185:11, 185:14, 186:5, 186:20, 188:13, 189:7, 190:20, 195:11, 196:6, 196:10, 201:6, 204:11, 204:25, 205:3, 205:4, 207:24, 209:15, 210:10, 210:12, 211:11, 211:23, 212:4, 212:6, 212:24, 213:1, 213:4, 213:7, 213:8, 214:7, 214:10, 214:11, 214:20, 214:22, 215:2, 215:4, 215:6, 215:22, 218:4, 218:18, 219:12, 221:2, 225:23, 227:25, 228:14, 230:4, 230:13, 230:14, 232:4, 233:8, 233:12, 234:17, 234:24, 236:12, 236:13, 238:14, 239:21, 241:24, 244:16, 247:6, 247:13, 249:2, 249:8

**NOISE** [3] - 145:3, 146:6, 146:11

**NON** [4] - 9:6, 24:17, 152:14, 187:10

**NONE** [4] - 107:19, 107:24, 140:3, 239:10

**NONETHELESS** [5] - 158:12, 187:25, 189:2, 189:5, 189:21

**NOPE** [1] - 36:11

**NOR** [2] - 20:7, 209:9

**NORM** [1] - 156:15

**NORMAL** [2] - 156:10, 163:16

**NORMALLY** [1] - 226:17

**NORTH** [3] - 121:11, 130:7, 212:20

**NOT** [392] - 3:12, 3:13, 4:15, 5:17, 5:18, 5:23, 5:24, 6:11, 6:12, 8:7, 10:12, 10:18, 10:20, 10:21, 13:10, 13:20, 13:21, 14:15, 14:17, 14:23, 15:9, 15:13, 15:14, 15:21, 16:11, 16:20,

17:6, 17:11, 17:23, 19:3, 19:5, 19:14, 19:16, 19:24, 20:10, 20:20, 20:23, 21:1, 21:14, 21:19, 22:5, 22:16, 22:20, 23:4, 23:8, 23:19, 24:13, 25:9, 25:23, 25:25, 26:4, 27:4, 27:5, 27:7, 27:9, 27:10, 29:25, 30:1, 30:15, 30:21, 30:23, 31:1, 31:5, 31:23, 32:21, 33:16, 33:19, 34:2, 34:13, 35:2, 35:9, 35:11, 36:1, 36:17, 36:25, 37:20, 37:24, 38:3, 38:9, 38:24, 40:6, 40:25, 41:2, 41:8, 43:1, 43:5, 44:2, 44:3, 44:15, 44:17, 44:23, 45:2, 47:22, 48:22, 49:12, 49:22, 51:7, 62:4, 62:12, 66:5, 67:4, 68:20, 68:23, 69:10, 70:6, 73:11, 74:2, 74:7, 74:22, 74:25, 75:3, 75:15, 76:6, 76:7, 76:12, 76:13, 76:18, 77:19, 77:22, 78:21, 79:1, 79:17, 79:20, 80:1, 80:3, 80:19, 80:20, 81:4, 81:6, 82:17, 82:18, 82:20, 83:8, 83:13, 83:14, 84:24, 84:25, 86:4, 88:11, 88:12, 88:23, 88:25, 90:1, 91:20, 91:21, 93:21, 94:3, 94:6, 94:13, 94:23, 94:24, 95:4, 96:21, 97:9, 97:10, 97:17, 97:20, 98:8, 99:2, 100:10, 103:6, 103:11, 106:12, 106:20, 107:16, 108:25, 109:21, 110:21, 111:3, 113:7, 113:19, 117:20, 117:21, 119:12, 122:20, 123:5, 123:14, 123:15, 123:22, 124:5, 124:7, 124:21, 125:6, 125:7, 125:14, 125:22, 126:3, 126:23, 128:6, 128:13, 128:15, 129:4, 129:21,

130:1, 130:4, 130:12, 131:19, 131:23, 133:9, 133:12, 135:14, 136:5, 136:23, 137:1, 137:5, 137:6, 137:9, 137:24, 139:14, 140:15, 141:8, 143:13, 144:25, 145:1, 145:14, 145:25, 146:11, 146:23, 147:15, 148:10, 148:11, 150:24, 151:17, 151:18, 151:24, 152:1, 152:6, 152:17, 152:21, 152:24, 153:13, 154:18, 154:22, 155:7, 155:13, 157:6, 157:25, 159:12, 159:16, 159:23, 160:4, 161:20, 163:1, 163:9, 164:4, 164:12, 164:13, 164:14, 164:17, 164:25, 165:7, 166:12, 168:1, 168:3, 169:22, 170:6, 170:11, 171:15, 171:18, 174:24, 175:10, 175:11, 176:2, 177:25, 178:3, 178:4, 178:6, 178:16, 181:3, 181:7, 181:13, 181:15, 181:23, 182:1, 182:8, 182:10, 183:11, 183:21, 183:23, 184:1, 184:5, 184:7, 184:10, 184:13, 184:19, 184:20, 184:21, 184:22, 184:23, 185:1, 185:3, 185:23, 186:23, 187:8, 187:11, 187:23, 188:15, 188:23, 190:24, 191:5, 191:7, 191:13, 191:14, 192:18, 192:23, 193:19, 194:24, 195:20, 196:24, 201:4, 203:1, 203:3, 204:12, 204:13, 207:24, 208:13, 209:5, 209:7,

209:10, 210:9, 210:11, 210:20, 211:13, 211:24, 212:1, 212:7, 212:24, 212:25, 213:15, 214:2, 214:3, 214:11, 214:20, 215:22, 215:25, 217:4, 217:6, 217:8, 217:12, 218:4, 219:2, 219:17, 219:19, 219:21, 220:5, 220:9, 220:10, 220:13, 223:21, 225:4, 226:9, 226:14, 227:16, 227:24, 228:5, 229:15, 229:21, 230:14, 232:17, 235:2, 235:8, 235:19, 235:21, 236:3, 236:12, 236:13, 236:15, 237:23, 237:24, 238:6, 239:15, 240:5, 247:4, 247:11, 249:6

**NOT-FOR-PROFIT** [1] - 51:7

**NOTE** [16] - 36:24, 47:8, 48:23, 136:19, 137:19, 139:7, 140:19, 144:15, 146:15, 146:25, 147:5, 148:1, 150:12, 185:21, 212:13, 214:25

**NOTED** [4] - 10:17, 20:14, 173:8, 210:11

**NOTES** [7] - 38:24, 47:9, 152:12, 152:15, 204:25, 205:1, 205:4

**NOTHING** [15] - 27:1, 130:23, 131:4, 131:10, 132:20, 135:25, 147:24, 167:18, 168:19, 168:20, 169:7, 169:18, 205:5, 213:17

**NOTIFICATION** [1] - 205:24

**NOW** [59] - 3:6, 4:17, 4:19, 4:22, 6:11, 6:17, 6:18, 8:2, 12:25, 15:11, 15:12, 16:22, 16:23, 26:14, 32:4, 33:6, 35:17,

35:19, 38:4, 42:23, 44:5, 44:7, 44:16, 46:15, 47:6, 54:24, 57:8, 60:1, 63:18, 68:8, 68:24, 70:24, 72:1, 78:1, 112:10, 128:8, 138:22, 140:19, 141:1, 142:12, 146:14, 147:2, 147:25, 148:10, 155:23, 165:10, 166:15, 168:13, 169:8, 169:21, 169:23, 181:2, 187:9, 196:2, 218:8, 222:5, 222:14, 226:1

**NOWADAYS** [3] - 160:8, 181:8, 187:4

**NUANCES** [1] - 153:25

**NUMBER** [14] - 1:3, 12:7, 19:11, 57:10, 101:21, 102:5, 102:7, 131:21, 148:15, 153:7, 165:20, 194:7, 220:7, 249:5

**NUMBERED** [4] - 141:2, 141:10, 142:4, 147:4

**NUMBERS** [5] - 100:21, 147:3, 154:2, 155:13, 155:23

**NURSE** [4] - 36:18, 140:23, 144:16, 146:16

**NW** [1] - 2:3

## O

**O'CLOCK** [3] - 115:1, 185:23, 185:24

**OATH** [2] - 7:2, 35:2

**OBJECT** [3] - 87:1, 243:11, 244:1

**OBJECTION** [28] - 7:14, 7:20, 21:2, 28:13, 29:11, 32:8, 57:23, 60:16, 62:7, 62:8, 63:7, 69:19, 71:15, 76:9, 78:19, 78:25, 79:25, 80:17, 80:23, 95:8, 95:9, 122:1, 122:2, 155:10, 171:21, 204:19, 242:12, 243:1

**OBJECTIONS** [6] -

55:11, 57:3, 65:8,
67:17, 117:6, 201:6
**OBJECTIVE** [10] -
34:25, 58:18, 89:12,
89:17, 99:2, 99:7,
119:6, 161:9,
202:11, 219:22
**OBSERVATIONS** [1] -
240:19
**OBTAINED** [2] -
140:12, 149:24
**OBTAINING** [1] -
70:19
**OBVIOUS** [3] - 45:16,
201:9
**OBVIOUSLY** [4] -
49:7, 78:21, 167:21,
181:22
**OCCIVA** [2] - 193:11,
193:12
**OCCUPATIONAL** [1] -
211:1
**OCTOBER** [8] - 31:10,
32:2, 32:15, 32:17,
130:7, 133:15,
212:20, 217:19
**OF** [787] - 1:2, 3:10,
3:15, 3:17, 3:24, 4:6,
4:7, 5:7, 5:8, 5:14,
5:20, 6:8, 6:25, 7:9,
8:4, 8:20, 8:22, 9:25,
10:18, 10:22, 11:18,
11:24, 12:2, 12:3,
12:4, 12:5, 12:6,
12:7, 12:11, 12:12,
12:21, 12:22, 13:22,
14:2, 14:19, 15:6,
15:15, 16:9, 16:11,
16:20, 17:3, 17:12,
17:13, 18:6, 18:11,
18:14, 20:15, 20:22,
21:1, 21:16, 21:23,
22:9, 22:14, 22:21,
23:1, 23:2, 23:6,
23:9, 23:19, 23:22,
24:14, 24:18, 25:3,
25:12, 25:17, 25:25,
26:5, 26:15, 26:17,
26:21, 27:15, 27:24,
29:20, 29:21, 30:1,
30:2, 30:5, 30:10,
30:14, 30:17, 30:21,
30:22, 30:24, 30:25,
31:18, 31:21, 32:4,
33:6, 33:12, 33:25,
34:1, 34:2, 34:11,
35:3, 35:24, 36:5,
36:18, 37:3, 37:9,
37:23, 37:24, 38:25,
39:8, 40:16, 41:3,

41:6, 41:20, 41:21,
41:23, 42:4, 42:8,
42:15, 42:20, 43:6,
43:13, 43:15, 43:17,
43:19, 44:2, 44:8,
44:14, 44:17, 44:21,
45:1, 45:11, 45:23,
46:2, 46:7, 46:12,
46:17, 46:19, 46:21,
46:24, 47:3, 47:5,
47:6, 47:13, 47:22,
47:23, 48:2, 48:9,
48:14, 48:15, 48:16,
48:17, 49:11, 50:6,
51:1, 51:2, 51:5,
51:6, 51:11, 51:12,
51:13, 52:5, 52:6,
52:7, 53:17, 53:18,
53:20, 54:1, 54:9,
54:18, 54:25, 55:3,
55:4, 55:17, 55:25,
56:1, 56:2, 56:4,
56:24, 57:10, 58:3,
58:18, 58:20, 58:22,
58:25, 59:5, 59:7,
59:12, 59:16, 59:19,
59:22, 60:11, 61:2,
62:6, 63:2, 63:14,
64:12, 64:24, 65:2,
65:3, 65:14, 65:17,
65:21, 65:24, 65:25,
66:8, 66:21, 67:7,
67:11, 67:12, 67:25,
68:10, 68:13, 68:19,
68:22, 69:13, 69:15,
69:25, 71:10, 71:11,
71:20, 72:7, 73:22,
74:1, 74:4, 74:6,
74:12, 74:14, 75:24,
78:22, 78:23, 78:25,
79:3, 79:7, 79:21,
80:2, 80:3, 80:16,
81:5, 81:7, 81:8,
82:3, 82:10, 82:18,
84:15, 84:19, 84:21,
84:22, 84:23, 85:7,
86:1, 86:8, 87:3,
87:24, 88:4, 89:12,
89:17, 89:18, 89:20,
89:24, 89:25, 90:15,
90:16, 90:21, 90:23,
91:5, 91:14, 91:20,
92:5, 93:14, 93:24,
94:11, 95:5, 96:11,
96:24, 97:21, 98:11,
99:3, 99:4, 99:16,
99:17, 99:19, 99:20,
100:4, 101:9,
101:10, 101:11,
101:12, 101:25,
102:1, 102:6, 102:7,

102:9, 103:10,
103:14, 104:3,
105:4, 105:14,
105:20, 105:22,
106:1, 106:17,
106:19, 107:4,
107:5, 107:11,
107:14, 108:3,
108:8, 108:11,
108:17, 110:7,
110:13, 110:16,
110:19, 110:21,
110:22, 111:16,
111:18, 112:12,
112:19, 113:5,
113:15, 113:17,
113:21, 114:8,
114:14, 115:9,
116:20, 117:3,
117:11, 117:13,
117:24, 118:15,
118:16, 118:21,
119:4, 119:7, 119:8,
119:9, 119:12,
119:20, 120:4,
120:5, 120:13,
120:16, 120:20,
120:21, 120:24,
121:2, 121:7,
121:10, 121:11,
121:14, 121:17,
122:6, 122:7,
122:15, 122:16,
122:24, 123:2,
123:3, 123:7, 123:8,
123:9, 123:24,
124:2, 124:4, 124:9,
124:10, 124:17,
124:18, 124:22,
124:24, 125:7,
125:14, 125:17,
126:1, 126:8,
126:12, 126:24,
127:17, 127:24,
127:25, 128:3,
128:4, 128:6,
128:12, 129:2,
129:5, 129:7, 129:9,
129:10, 129:16,
129:22, 130:3,
130:14, 130:16,
130:18, 130:19,
130:22, 130:24,
131:3, 131:15,
131:16, 131:17,
131:19, 131:20,
131:21, 131:22,
132:1, 133:5,
133:21, 134:1,
134:3, 134:5,
134:17, 135:8,

136:4, 136:5,
136:16, 136:18,
137:2, 137:3,
137:12, 138:3,
138:8, 138:9, 139:7,
140:5, 140:9,
140:12, 140:24,
141:4, 141:6, 141:7,
142:15, 142:17,
143:2, 143:18,
144:6, 144:17,
144:18, 144:19,
144:22, 144:23,
144:24, 145:5,
145:10, 145:17,
145:19, 146:17,
146:24, 146:25,
147:7, 147:18,
148:3, 149:11,
149:13, 149:16,
150:6, 150:7,
150:19, 151:1,
151:2, 151:9,
151:10, 151:14,
151:16, 151:22,
151:25, 152:4,
152:14, 152:22,
152:23, 152:24,
153:1, 153:4, 153:5,
153:6, 153:7, 153:8,
153:19, 153:21,
154:2, 154:5, 154:6,
154:10, 154:22,
154:24, 155:4,
155:5, 155:8, 155:9,
156:10, 156:12,
156:17, 156:20,
156:22, 156:25,
157:2, 157:13,
157:18, 157:24,
158:1, 158:7, 158:9,
158:11, 158:13,
158:14, 158:18,
158:21, 158:22,
158:24, 158:25,
159:2, 159:4,
159:10, 159:22,
160:4, 160:7,
160:10, 160:11,
160:18, 160:20,
160:21, 160:23,
161:2, 161:3, 161:9,
161:10, 161:12,
161:19, 161:25,
162:22, 163:4,
163:12, 165:5,
165:20, 165:25,
166:2, 166:3, 166:6,
167:3, 167:6,
168:10, 169:6,
169:19, 169:20,

170:6, 170:10,
170:14, 170:16,
170:20, 170:21,
170:23, 171:10,
171:11, 171:22,
172:25, 173:3,
173:5, 173:17,
173:18, 174:18,
176:13, 177:3,
177:14, 177:18,
177:19, 178:17,
178:23, 179:4,
179:24, 180:5,
180:19, 181:8,
181:23, 183:5,
183:6, 183:7,
183:13, 184:8,
185:21, 185:22,
186:1, 186:2, 186:7,
186:22, 187:7,
187:8, 187:11,
188:9, 188:13,
188:16, 189:5,
190:5, 190:15,
191:6, 191:17,
192:6, 192:10,
192:12, 192:14,
193:2, 193:8,
193:11, 193:14,
193:18, 194:3,
194:4, 194:7, 194:8,
194:12, 195:5,
195:7, 195:17,
195:25, 196:3,
196:22, 197:11,
197:20, 198:12,
198:14, 198:17,
198:18, 198:22,
198:24, 199:10,
199:23, 200:3,
201:10, 202:6,
202:20, 202:23,
203:25, 204:1,
204:3, 204:6,
204:20, 205:5,
205:8, 205:19,
206:2, 206:20,
206:25, 207:4,
207:9, 207:25,
208:3, 208:5,
208:10, 208:14,
208:18, 208:21,
209:3, 209:6, 209:8,
209:13, 209:18,
209:21, 210:15,
210:24, 211:17,
211:18, 212:6,
212:15, 213:3,
213:7, 213:10,
213:13, 214:10,
215:6, 216:6, 217:6,

217:7, 217:8,
217:17, 217:19,
218:22, 219:5,
219:10, 219:18,
219:22, 220:6,
220:7, 221:6, 221:7,
221:11, 222:2,
222:21, 223:2,
223:6, 223:7, 225:5,
225:10, 225:24,
226:15, 226:24,
227:2, 227:18,
229:12, 229:13,
229:18, 230:9,
230:23, 231:6,
232:15, 232:22,
232:25, 233:1,
233:10, 234:12,
235:5, 235:6,
236:10, 237:12,
237:14, 238:11,
240:19, 240:20,
240:22, 241:18,
242:24, 243:9,
243:13, 243:23,
245:14, 245:16,
245:20, 245:23,
246:2, 246:7,
246:13, 246:16,
246:21, 247:8,
248:8, 248:9,
248:25, 249:2,
249:3, 249:5, 249:6,
249:14, 250:4

**OFF** [17] - 4:25, 6:10,
6:12, 32:4, 33:6,
42:25, 47:5, 136:25,
175:22, 175:24,
207:7, 217:24,
227:22, 230:2,
238:7, 242:15, 243:7

**OFFER** [4] - 111:13,
121:21, 151:23,
200:24

**OFFERED** [2] -
111:12, 111:13

**OFFERS** [1] - 57:21

**OFFICE** [9] - 23:18,
130:7, 140:18,
141:3, 142:15,
143:23, 205:6,
212:20, 214:17

**OFFICIAL** [23] - 1:18,
37:1, 40:19, 41:6,
92:3, 93:10, 93:11,
93:14, 93:25, 94:11,
94:13, 95:25, 96:19,
96:24, 98:3, 98:21,
99:12, 102:25,
128:23, 205:24,

216:8, 250:7

**OH** [17] - 4:19, 30:6,
32:1, 43:23, 47:1,
54:23, 63:18, 66:25,
102:13, 128:19,
132:13, 138:14,
141:22, 177:18,
179:19, 194:23,
222:12

**OKAY** [139] - 3:18, 4:5,
4:19, 5:3, 5:9, 5:10,
6:2, 6:7, 6:14, 6:23,
21:6, 28:6, 30:9,
32:15, 33:7, 33:10,
39:10, 39:15, 39:24,
39:25, 40:10, 42:3,
43:15, 44:6, 45:14,
47:16, 48:7, 49:15,
54:23, 54:24, 61:22,
62:10, 73:13, 76:16,
76:23, 84:10, 84:19,
85:1, 86:16, 88:15,
88:20, 91:23, 92:15,
93:2, 94:17, 97:4,
98:17, 99:23,
100:23, 101:5,
101:21, 102:22,
102:23, 103:19,
104:25, 105:6,
107:8, 110:15,
110:23, 111:1,
111:4, 112:3, 112:9,
113:23, 114:21,
114:23, 114:25,
115:7, 127:2,
138:23, 139:1,
141:25, 142:23,
143:20, 146:23,
148:13, 155:22,
156:6, 157:14,
159:7, 162:12,
167:24, 169:1,
169:10, 176:19,
177:8, 177:11,
182:6, 182:17,
184:22, 185:15,
185:20, 185:24,
186:6, 186:13,
187:9, 188:12,
196:1, 196:25,
205:2, 205:7, 207:2,
211:16, 216:21,
220:15, 220:25,
221:3, 222:13,
223:18, 224:3,
224:17, 224:20,
225:10, 225:21,
226:7, 226:21,
228:22, 229:3,
229:11, 230:19,
231:10, 231:18,

232:13, 232:19,
233:15, 234:3,
235:6, 236:14,
237:9, 237:21,
242:4, 243:20,
246:11, 246:24,
248:25, 249:10

**OLD** [2] - 45:2, 167:8

**ON** [355] - 3:12, 3:14,
3:15, 3:24, 3:25, 4:1,
4:15, 4:25, 5:16, 6:1,
6:10, 6:12, 6:22,
10:3, 10:25, 11:22,
12:10, 12:25, 13:3,
13:25, 14:10, 14:11,
14:17, 14:20, 15:5,
15:11, 15:19, 16:8,
17:9, 17:20, 17:21,
18:7, 18:8, 18:11,
18:18, 19:23, 20:4,
20:11, 20:13, 21:9,
21:14, 21:24, 22:8,
22:10, 22:15, 22:17,
23:19, 24:6, 26:3,
26:20, 27:20, 27:24,
28:5, 31:1, 31:3,
32:15, 32:18, 34:7,
34:8, 34:9, 35:7,
35:23, 36:24, 37:1,
37:12, 39:17, 40:6,
43:11, 44:3, 44:4,
44:16, 44:18, 44:19,
44:22, 45:21, 45:22,
46:4, 46:7, 46:13,
47:6, 47:14, 48:11,
48:12, 49:6, 49:9,
49:10, 49:22, 52:3,
52:4, 52:6, 53:1,
53:6, 53:8, 53:9,
54:6, 54:12, 54:24,
55:7, 55:22, 56:23,
57:14, 59:6, 59:23,
60:8, 61:8, 61:9,
61:16, 61:19, 62:3,
64:9, 64:24, 64:25,
65:14, 66:8, 66:10,
68:18, 68:21, 72:17,
72:24, 73:5, 73:21,
74:1, 76:24, 80:23,
82:7, 82:11, 82:14,
82:21, 83:2, 83:3,
83:10, 83:20, 84:15,
87:21, 89:3, 89:7,
90:22, 91:16, 92:7,
92:25, 93:11, 93:22,
94:1, 94:11, 95:24,
96:3, 96:19, 96:24,
97:7, 97:19, 98:2,
98:17, 98:18, 99:8,
101:9, 102:17,
106:4, 106:9, 108:6,

108:14, 108:16,
108:19, 109:6,
109:16, 109:21,
110:2, 110:9,
112:21, 113:4,
114:14, 114:15,
114:21, 118:10,
118:23, 119:9,
119:14, 120:8,
120:24, 120:25,
121:3, 123:6, 124:6,
124:11, 124:25,
125:2, 126:20,
127:7, 128:1,
128:24, 129:20,
132:9, 133:23,
134:5, 135:22,
136:4, 137:5, 137:8,
137:25, 138:10,
139:10, 139:11,
139:17, 139:20,
142:7, 143:11,
144:13, 144:23,
144:25, 145:13,
148:18, 150:25,
151:2, 151:8,
151:11, 151:13,
154:15, 154:17,
154:21, 155:2,
155:7, 155:11,
155:13, 156:3,
157:10, 157:12,
158:1, 160:25,
162:16, 163:2,
165:10, 165:17,
167:18, 167:25,
168:19, 169:7,
171:16, 171:17,
172:8, 172:17,
175:24, 176:1,
178:20, 178:22,
179:10, 179:17,
180:24, 182:3,
182:4, 184:7,
184:10, 184:11,
185:20, 186:25,
189:20, 189:23,
190:15, 190:23,
191:1, 191:8,
192:12, 192:13,
193:10, 194:11,
194:13, 197:8,
197:9, 197:14,
200:17, 200:19,
200:25, 201:1,
201:3, 201:4, 201:5,
201:18, 201:19,
201:21, 203:9,
203:16, 204:1,
204:3, 204:6,
205:12, 206:2,

206:8, 206:24,
207:9, 207:13,
208:2, 208:13,
209:24, 210:9,
210:10, 211:9,
212:8, 215:20,
216:10, 219:3,
219:18, 220:5,
220:7, 224:5,
224:23, 225:7,
225:8, 226:17,
226:19, 227:25,
228:8, 228:9, 229:8,
229:9, 230:2,
230:19, 230:22,
231:7, 231:13,
231:18, 233:15,
233:16, 236:17,
237:23, 237:25,
238:10, 238:25,
240:4, 240:8, 241:9,
241:23, 242:1,
242:6, 242:8,
242:14, 242:23,
243:6, 243:23,
244:18, 245:3,
245:24, 246:1,
246:19, 247:3,
247:9, 247:18

**ONCE** [15] - 31:5,
51:19, 52:1, 52:14,
53:2, 53:8, 59:20,
93:19, 106:1,
108:23, 111:17,
111:22, 162:10,
167:8

**ONE** [111] - 3:11, 3:15,
8:18, 8:22, 11:1,
11:11, 12:10, 15:19,
15:23, 16:2, 16:3,
16:4, 16:8, 17:18,
18:25, 19:11, 19:12,
19:18, 19:19, 20:1,
22:21, 24:4, 26:22,
26:24, 31:6, 32:20,
33:16, 39:5, 42:9,
43:12, 43:15, 44:14,
46:2, 47:3, 48:7,
51:24, 61:19, 65:14,
65:24, 71:4, 73:3,
78:5, 80:19, 91:6,
94:19, 96:12,
100:15, 101:21,
110:4, 112:12,
112:17, 113:15,
121:14, 122:24,
123:2, 123:5,
123:11, 123:20,
125:6, 125:7,
126:10, 127:8,
128:24, 133:23,

138:20, 140:15,
146:10, 150:19,
151:2, 153:21,
153:22, 154:15,
155:2, 155:3, 160:8,
166:6, 166:24,
176:3, 177:3, 177:6,
177:14, 177:18,
177:19, 183:13,
186:13, 188:17,
190:21, 190:22,
192:12, 195:1,
216:3, 216:16,
221:23, 224:2,
226:6, 226:14,
226:18, 234:13,
236:22, 236:24,
237:4, 237:5,
237:25, 238:10,
245:12, 248:22

**ONE'S** [2] - 90:22,
97:21

**ONE-ON-ONE** [3] -
12:10, 16:8, 128:24

**ONES** [2] - 144:13,
145:19

**ONLY** [31] - 8:7, 12:2,
12:16, 16:11, 18:22,
22:7, 24:20, 27:13,
29:25, 35:9, 43:5,
44:2, 44:8, 46:14,
77:9, 83:25, 123:14,
127:8, 150:6, 154:3,
157:5, 157:8, 165:9,
176:3, 177:6, 183:1,
197:1, 204:10,
226:9, 249:4, 249:17

**ONSET** [5] - 58:25,
122:24, 123:1,
123:9, 167:14

**ONTO** [2] - 81:18,
106:2

**OPEN** [4] - 31:23,
48:1, 111:20

**OPENINGS** [1] - 113:6

**OPENS** [2] - 3:1,
115:3

**OPERATIONS** [1] -
53:19

**OPINED** [1] - 150:20

**OPINION** [15] - 27:12,
38:7, 119:10,
135:20, 143:15,
150:22, 152:3,
182:11, 186:18,
191:20, 193:14,
195:10, 195:11,
201:11, 238:21

**OPPORTUNITY** [6] -
8:2, 58:24, 59:2,

108:18, 208:8,
208:22

**OPPOSED** [1] -
139:20

**OPPOSING** [1] - 83:24

**OPTIMIZE** [1] - 139:15

**OPTION** [4] - 44:15,
48:23, 231:5, 242:16

**OPTIONS** [1] - 188:9

**OR** [271] - 3:6, 4:16,
5:4, 6:19, 9:10, 9:20,
10:5, 10:12, 10:15,
10:16, 10:20, 11:1,
12:6, 13:5, 13:20,
13:21, 14:1, 15:14,
18:14, 18:22, 18:25,
19:14, 21:20, 23:4,
23:9, 23:11, 24:25,
26:18, 26:24, 27:1,
27:2, 27:4, 27:5,
27:7, 27:9, 27:14,
29:22, 30:25, 32:5,
33:17, 33:22, 33:24,
34:3, 34:14, 34:17,
34:21, 34:24, 35:14,
37:20, 38:10, 38:17,
40:20, 41:9, 42:9,
43:1, 43:6, 43:16,
43:17, 44:23, 45:7,
45:22, 47:7, 47:15,
48:3, 51:6, 51:9,
51:18, 52:1, 52:17,
52:23, 53:5, 53:15,
54:2, 54:11, 56:15,
58:8, 58:10, 58:16,
58:20, 59:1, 59:3,
59:6, 59:9, 60:8,
62:8, 65:18, 65:22,
70:18, 75:7, 75:10,
78:4, 78:5, 80:4,
81:23, 81:24, 82:1,
82:6, 82:7, 82:24,
83:8, 83:14, 83:15,
87:25, 90:3, 91:14,
93:10, 93:21, 94:4,
94:8, 96:20, 96:21,
97:15, 97:16, 97:17,
98:6, 98:7, 99:12,
102:25, 103:6,
106:19, 109:20,
109:21, 109:22,
112:19, 117:18,
118:22, 120:12,
122:6, 123:15,
124:7, 124:18,
125:8, 125:13,
125:14, 126:4,
128:14, 130:3,
130:19, 130:22,
131:22, 132:21,

135:17, 137:10,
139:15, 139:23,
141:12, 141:23,
144:25, 146:2,
146:10, 151:2,
152:4, 153:1,
154:10, 155:1,
157:19, 158:2,
158:11, 159:11,
159:15, 159:23,
160:2, 160:10,
161:5, 162:10,
163:1, 163:2,
163:16, 164:1,
164:4, 164:15,
165:2, 165:19,
168:21, 171:22,
172:7, 173:14,
174:25, 175:2,
175:4, 176:10,
178:14, 179:14,
179:23, 180:2,
181:6, 184:7,
184:10, 184:13,
184:23, 184:24,
186:2, 186:18,
186:25, 187:11,
188:9, 189:3,
190:15, 190:16,
191:22, 192:9,
193:18, 193:19,
193:22, 194:7,
195:5, 195:17,
198:20, 200:20,
201:11, 202:10,
202:13, 203:19,
204:7, 204:25,
205:1, 206:11,
208:13, 210:1,
210:4, 210:10,
210:12, 210:13,
210:19, 213:4,
213:18, 216:14,
217:8, 217:16,
218:18, 219:2,
219:19, 220:1,
220:3, 220:6,
220:11, 221:17,
223:13, 224:2,
224:14, 227:17,
227:24, 227:25,
229:15, 229:23,
230:4, 232:17,
233:8, 233:12,
235:11, 236:19,
238:13, 240:6,
243:3, 243:17,
246:21, 249:20

**ORAL** [1] - 236:24

**ORALLY** [1] - 236:24

**ORANGE** [2] - 179:18,

179:21

**ORDER** [9] - 19:10,
20:18, 64:14,
114:10, 114:17,
135:17, 187:16,
202:24, 245:25

**ORDERED** [2] - 20:23,
20:24

**ORDERS** [1] - 20:18

**ORDINARY** [7] - 65:3,
67:12, 69:15, 71:11,
126:24, 152:15,
169:19

**ORGANIZATION** [4] -
51:7, 177:17, 178:9,
178:11

**ORGANIZATIONS** [3]
- 177:4, 177:15,
177:19

**ORGANIZATIONS'** [1]
- 162:1

**ORIENT** [1] - 63:24

**ORIGINAL** [2] - 36:25,
226:3

**ORIGINALLY** [8] -
22:19, 22:25, 29:2,
31:18, 31:19, 36:24,
38:4, 62:5

**OSTEOPATHIC** [1] -
121:13

**OTHER** [62] - 6:4,
9:24, 12:19, 15:21,
17:9, 23:22, 24:8,
25:20, 34:20, 38:1,
44:21, 46:3, 67:2,
73:11, 79:8, 79:20,
81:9, 84:3, 90:3,
91:15, 92:7, 94:20,
106:20, 112:17,
114:1, 120:25,
121:6, 121:12,
122:22, 124:13,
124:16, 124:18,
126:11, 126:16,
130:19, 131:15,
132:15, 135:6,
135:17, 146:12,
149:14, 149:18,
155:5, 155:7,
160:10, 160:22,
162:23, 163:1,
163:2, 163:17,
164:4, 171:15,
175:4, 175:11,
208:14, 213:15,
220:13, 226:11,
226:16, 228:5,
246:16, 246:17

**OTHERS** [8] - 46:18,
70:18, 121:11,

124:21, 138:9,
152:23, 152:24,
168:12

**OTHERWISE** [6] -
14:13, 21:24, 85:16,
98:15, 158:21, 160:3

**OUR** [46] - 3:10, 5:4,
25:19, 35:22, 49:5,
54:13, 57:13, 58:10,
61:12, 61:14, 62:2,
64:16, 69:6, 70:14,
71:22, 75:6, 75:7,
75:14, 83:9, 91:19,
93:13, 103:18,
105:21, 106:2,
109:15, 112:9,
113:14, 114:25,
138:2, 139:13,
145:12, 145:18,
152:15, 152:16,
152:18, 172:13,
173:17, 189:16,
196:19, 216:25,
218:25, 219:18,
220:7, 226:5

**OURSELVES** [1] -
138:10

**OUT** [63] - 3:17, 5:6,
9:8, 9:11, 18:14,
25:22, 25:23, 27:12,
30:10, 30:22, 32:5,
33:20, 34:7, 37:9,
37:24, 41:1, 42:21,
44:10, 46:12, 46:20,
46:22, 48:2, 64:19,
67:9, 67:25, 68:3,
88:12, 96:17, 100:9,
105:4, 109:18,
114:21, 128:1,
131:2, 131:13,
132:24, 134:4,
134:5, 143:12,
145:3, 146:6,
146:11, 149:13,
149:22, 154:15,
156:10, 158:9,
162:22, 169:5,
169:19, 172:16,
176:12, 180:5,
180:19, 183:13,
206:17, 213:16,
214:24, 218:15,
235:25, 240:17,
248:25

**OUT-PATIENT** [2] -
131:2, 213:16

**OUTCOME** [1] - 28:21

**OUTDATED** [2] -
85:12, 85:17

**OUTLINE** [1] - 60:8

OUTSIDE [9] - 13:22, 88:12, 88:24, 120:9, 156:15, 234:12, 235:5, 235:6, 239:9
OVER [48] - 4:4, 9:9, 9:17, 10:10, 10:22, 14:25, 25:17, 31:7, 31:12, 35:24, 40:25, 43:1, 43:8, 47:13, 48:4, 48:6, 49:17, 55:24, 68:17, 81:9, 96:12, 114:16, 116:3, 118:20, 118:22, 122:15, 123:21, 125:12, 151:16, 164:18, 179:5, 179:9, 179:13, 187:7, 190:17, 206:18, 209:15, 212:15, 220:19, 222:7, 223:23, 227:15, 242:10, 242:19, 242:24, 243:9, 243:24, 248:23
OVERALL [3] - 82:4, 88:2, 106:18
OVERLY [4] - 113:19, 113:20, 203:3, 247:11
OVERRULE [1] - 171:23
OVERRULED [2] - 80:24, 244:3
OVERSEE [2] - 79:8, 81:9
OVERSIGHT [2] - 53:20, 106:18
OVERVIEW [5] - 55:4, 56:16, 60:8, 201:22, 202:4
OWN [14] - 8:5, 20:11, 30:12, 42:14, 42:18, 45:3, 140:23, 143:12, 158:1, 172:8, 172:17, 203:14, 208:23, 218:13
OWNER [1] - 16:10
OWNS [1] - 16:14

**P**

P-O-B-I-D [1] - 234:20
P.I [1] - 48:24
P.M [2] - 16:6, 112:10
PA [2] - 1:9, 1:20
PACE [2] - 18:13, 20:12
PACK [1] - 163:17

PACKET [1] - 55:5
PAGE [99] - 17:25, 32:11, 36:3, 36:4, 37:12, 37:15, 48:12, 54:14, 54:21, 54:24, 55:17, 55:24, 56:4, 56:12, 56:15, 56:16, 56:18, 56:20, 57:13, 61:6, 62:6, 63:2, 63:12, 63:18, 64:10, 66:14, 66:8, 68:13, 69:25, 87:22, 100:7, 101:10, 101:11, 101:13, 117:11, 118:15, 118:19, 118:20, 127:25, 128:8, 129:13, 130:2, 130:5, 130:6, 130:9, 130:21, 130:24, 132:10, 132:17, 133:14, 140:14, 140:15, 141:2, 141:9, 141:11, 142:4, 142:7, 143:17, 147:3, 147:4, 147:19, 148:15, 152:8, 156:20, 157:11, 157:13, 158:13, 158:23, 172:25, 173:5, 201:20, 201:21, 205:20, 205:21, 205:22, 206:1, 206:2, 206:14, 206:20, 207:3, 208:2, 208:3, 208:25, 209:18, 210:7, 210:8, 211:16, 212:19, 212:21, 213:10, 213:13, 217:21, 219:7, 219:9, 240:11, 241:5, 251:1
PAGE.. [1] - 141:4
PAGES [14] - 57:10, 127:7, 131:5, 131:8, 131:25, 132:5, 132:8, 158:21, 213:20, 213:22, 213:24, 214:16, 215:8, 227:17
PAPER [2] - 34:1, 118:20
PAPERING [1] - 163:14
PAPERS [1] - 118:10
PAR [1] - 10:14
PARAGRAPH [6] - 43:14, 128:19,

144:19, 173:1, 173:6, 179:23
PARAGRAPHS [3] - 43:15, 209:17, 227:17
PARENS [1] - 70:7
PARENT [2] - 99:6, 125:7
PARENT'S [1] - 99:9
PARENTHESIS [1] - 70:6
PARENTS [2] - 99:2, 192:24
PART [50] - 9:2, 32:22, 43:13, 48:16, 48:17, 49:11, 54:2, 78:23, 79:21, 80:2, 80:3, 91:20, 97:20, 98:11, 99:20, 103:14, 120:25, 124:2, 129:2, 133:5, 134:3, 136:5, 143:2, 149:11, 153:20, 156:12, 160:7, 160:11, 160:18, 160:20, 161:10, 163:21, 163:22, 170:16, 170:20, 170:21, 176:12, 176:13, 193:8, 195:13, 195:25, 200:24, 210:15, 211:17, 213:13, 236:10, 241:18, 246:16, 246:21
PARTICULAR [61] - 9:23, 9:24, 11:9, 11:15, 11:19, 12:2, 13:9, 13:11, 13:17, 13:20, 15:16, 15:19, 15:25, 17:7, 17:10, 18:16, 18:19, 20:2, 20:4, 22:17, 23:6, 27:4, 29:23, 30:23, 32:18, 32:22, 33:23, 40:3, 40:6, 43:24, 44:9, 44:18, 44:19, 47:8, 64:13, 77:23, 89:7, 89:22, 89:23, 92:25, 93:22, 96:3, 96:14, 97:5, 98:18, 102:1, 102:4, 107:1, 114:3, 116:12, 118:21, 179:11, 182:22, 201:12, 207:12, 223:25, 227:7, 231:8, 233:25, 236:18
PARTICULARLY [10] - 44:4, 113:25, 114:6,

137:2, 138:7, 157:25, 159:14, 163:6, 188:23, 194:25
PARTIES [1] - 114:9
PARTY [1] - 93:13
PASS [4] - 16:22, 20:13, 25:23, 106:2
PASSAGE [1] - 120:21
PASSED [5] - 23:17, 25:1, 51:20, 170:8, 220:5
PASSING [7] - 10:1, 10:2, 10:6, 20:6, 20:8, 25:22, 173:11
PAST [5] - 118:22, 151:14, 162:16, 213:3, 231:22
PATHOLOGY [1] - 152:24
PATHWAYS [2] - 12:5, 12:8
PATIENCE [4] - 47:17, 196:2, 196:13, 196:20
PATIENT [12] - 15:1, 15:6, 19:3, 26:25, 37:18, 43:17, 76:4, 76:5, 131:2, 159:11, 187:17, 213:16
PATIENT'S [1] - 159:11
PATIENTS [13] - 14:10, 15:2, 77:19, 104:16, 138:3, 139:13, 145:12, 159:16, 159:23, 160:2, 172:13, 190:20, 194:10
PATTERN [2] - 123:5, 168:3
PAUSE [2] - 197:12, 239:20
PAY [4] - 24:22, 45:1, 129:11, 220:5
PDX [2] - 251:3, 251:4
PEER [1] - 118:10
PEER-REVIEWED [1] - 118:10
PENDING [1] - 7:9
PENNSYLVANIA [2] - 1:2, 198:24
PEOPLE [35] - 4:2, 24:9, 24:25, 25:22, 35:15, 42:11, 47:1, 57:18, 64:16, 75:19, 79:8, 81:9, 81:12, 81:23, 117:19, 118:9, 124:19, 126:17, 126:18,

135:13, 138:8, 146:8, 153:4, 153:8, 164:10, 174:22, 186:23, 192:1, 197:7, 228:2, 229:17, 248:3, 248:14, 249:1
PEOPLE'S [2] - 119:10, 119:12
PER [8] - 46:14, 111:11, 146:24, 237:7, 237:16, 246:13, 248:19, 248:21
PERCEIVE [2] - 42:15, 45:23
PERCEIVED [1] - 23:4
PERCENT [26] - 5:6, 10:2, 10:3, 11:12, 12:16, 12:21, 54:3, 153:8, 178:17, 178:20, 178:23, 179:24, 206:18, 209:11, 211:9, 211:13, 217:25, 226:24, 231:12, 242:10, 242:18, 242:22, 242:24, 243:9, 243:23, 244:6
PERCENTAGE [2] - 54:4, 231:6
PERCENTILE [4] - 11:14, 11:19, 162:5
PERCENTS [1] - 10:7
PERCEPTION [2] - 21:18, 119:12
PERFECT [2] - 50:1, 152:18
PERFECTLY [2] - 191:8, 191:13
PERFORM [10] - 13:21, 42:9, 45:21, 45:22, 138:10, 139:19, 172:5, 172:15, 173:8, 175:4
PERFORMANCE [13] - 59:8, 137:25, 139:9, 139:16, 151:13, 153:16, 153:20, 154:11, 161:21, 173:3, 192:2, 193:18, 240:23
PERFORMER [1] - 183:10
PERFORMING [6] - 171:13, 181:4, 181:14, 181:19, 182:9, 182:13
PERFORMS [1] -

154:22

**PERHAPS** [3] - 129:20, 137:8, 152:23

**PERIOD** [7] - 30:21, 52:19, 110:9, 110:12, 111:16, 111:22, 112:1

**PERKINS** [1] - 2:2

**PERMISSION** [1] - 93:21

**PERMIT** [25] - 53:5, 53:6, 53:10, 53:11, 72:13, 72:25, 73:1, 108:19, 108:21, 108:23, 108:24, 109:1, 109:7, 109:8, 109:9, 109:11, 109:24, 110:2, 110:3, 110:8, 110:17, 110:19, 111:17, 111:23, 219:4

**PERSIST** [1] - 119:19

**PERSISTENCE** [1] - 178:22

**PERSON** [42] - 10:13, 13:4, 13:25, 15:8, 19:15, 21:17, 21:19, 26:7, 26:18, 29:23, 30:17, 30:24, 30:25, 33:16, 34:3, 35:24, 37:23, 38:6, 76:18, 81:25, 82:17, 83:5, 83:16, 126:16, 129:24, 130:12, 154:1, 170:5, 184:12, 188:7, 192:6, 194:6, 194:14, 194:17, 196:24, 220:19, 237:9, 237:15, 239:12, 242:15, 243:7

**PERSON'S** [3] - 123:23, 155:8, 188:4

**PERSONAL** [20] - 42:13, 58:16, 58:23, 100:9, 101:21, 128:10, 202:9, 203:14, 206:11, 208:3, 208:7, 209:1, 209:3, 227:4, 227:7, 227:11, 227:12, 227:14, 228:24, 228:25

**PERSONALITY** [1] - 124:17

**PERSONALLY** [3] - 20:23, 24:10, 42:20

**PERSONNEL** [1] - 58:7

**PERSPECTIVE** [6] - 42:14, 42:18, 145:5, 191:4, 202:19, 243:13

**PERSUASIVE** [1] - 188:23

**PERVASIVENESS** [2] - 132:21, 151:21

**PH.D** [5] - 75:10, 75:17, 76:19, 116:9, 220:22

**PH.D.'S** [3] - 75:4, 75:12, 75:20

**PHENOMENON** [1] - 163:2

**PHILADELPHIA** [2] - 1:9, 1:20

**PHILOSOPHY** [1] - 198:18

**PHONE** [4] - 24:2, 24:6, 27:24, 197:9

**PHYSICAL** [4] - 34:1, 78:5, 200:20, 204:7

**PHYSICIAN** [8] - 16:10, 16:16, 23:3, 131:12, 132:23, 238:20, 238:23, 238:24

**PHYSICIANS** [7] - 37:6, 96:21, 97:17, 192:25, 238:3, 238:13, 239:12

**PICK** [4] - 112:15, 175:16, 183:11, 239:20

**PICKUP** [1] - 112:18

**PICTURE** [2] - 16:19, 205:5

**PICTURES** [1] - 194:8

**PIECE** [5] - 59:19, 82:10, 90:23, 99:3, 124:22

**PLACE** [8] - 24:16, 26:17, 35:23, 77:9, 83:4, 83:15, 84:22

**PLACED** [3] - 53:6, 180:13, 186:25

**PLACES** [1] - 53:1

**PLAINTIFF** [6] - 1:4, 21:4, 28:15, 29:13, 95:12, 190:19

**PLAN** [3] - 142:21, 143:21, 145:16

**PLANE** [1] - 33:22

**PLANS** [2] - 59:10, 90:2

**PLAYED** [1] - 9:1

**PLAYS** [1] - 3:17

**PLEASE** [93] - 8:14, 10:10, 15:12, 19:20, 19:21, 21:7, 22:13, 24:3, 24:5, 25:13, 28:11, 28:18, 30:7, 30:11, 31:17, 32:5, 32:10, 32:11, 32:13, 33:11, 36:6, 36:8, 36:9, 37:14, 37:17, 39:3, 39:18, 39:25, 40:3, 40:4, 42:14, 50:10, 50:13, 62:9, 62:10, 66:2, 70:5, 70:17, 80:25, 84:9, 88:18, 90:4, 91:2, 91:24, 91:25, 92:9, 92:13, 92:16, 92:20, 94:19, 99:23, 100:25, 101:14, 101:20, 102:13, 102:19, 102:23, 103:20, 115:12, 115:14, 136:9, 140:15, 142:7, 167:1, 178:25, 179:1, 179:3, 179:16, 180:6, 180:11, 180:20, 183:13, 197:23, 218:24, 222:12, 222:13, 222:18, 225:12, 227:7, 228:10, 228:13, 230:20, 231:19, 231:20, 233:16, 236:6, 240:1, 240:11, 240:16, 241:5

**PLUG** [1] - 222:6

**PLUS** [4] - 13:15, 18:10, 37:6, 46:24

**POBID** [2] - 234:22, 236:23

**POETIC** [1] - 163:20

**POINT** [33] - 11:6, 13:2, 18:12, 66:1, 66:2, 70:2, 80:18, 83:1, 89:16, 89:23, 91:4, 91:6, 92:2, 94:17, 96:11, 96:15, 99:21, 101:15, 103:10, 109:25, 118:7, 146:21, 162:13, 163:23, 164:2, 165:17, 187:2, 187:6, 193:11, 218:15, 232:7, 246:1

**POINTED** [1] - 9:8

**POINTS** [1] - 65:14

**POLAND** [1] - 133:1

**POOR** [4] - 163:4, 170:11, 189:13

**POORLY** [5] - 154:21, 167:19, 168:21, 186:24, 194:13

**POP** [1] - 102:18

**POP-UP** [1] - 102:18

**POPULATION** [2] - 126:17, 195:24

**PORTION** [1] - 222:2

**POSITION** [9] - 49:6, 50:25, 74:15, 80:14, 84:19, 88:1, 198:11, 198:12, 199:9

**POSITIONS** [1] - 105:17

**POSSIBILITY** [4] - 5:24, 5:25, 6:2, 19:1

**POSSIBLE** [12] - 25:19, 42:13, 125:13, 183:9, 186:8, 186:9, 186:21, 187:3, 187:5, 189:2, 189:4, 228:23

**POSSIBLY** [2] - 26:21, 85:11

**POST** [3] - 5:25, 113:10, 199:16

**POTENTIAL** [3] - 131:16, 138:22, 160:3

**POTENTIALLY** [3] - 33:5, 181:20, 189:21

**PRACTICAL** [2] - 110:1, 185:3

**PRACTICE** [16] - 16:8, 23:16, 39:20, 44:24, 51:20, 52:5, 52:7, 104:4, 104:8, 104:9, 104:21, 194:23, 194:24, 235:5, 235:7, 245:20

**PRACTICING** [3] - 37:5, 75:17, 104:14

**PRACTITIONER** [4] - 36:18, 140:23, 144:16, 146:16

**PRE** [1] - 199:2

**PRECISE** [1] - 62:16

**PRECLUDED** [1] - 123:13

**PREFERABLY** [1] - 96:2

**PREFERENCE** [1] - 5:12

**PRELIMINARY** [11] - 24:13, 48:13, 49:10, 83:24, 150:3,

**POLAND** 170:16, 170:21, 170:24, 183:15, 183:20, 184:18

**PREP** [5] - 11:22, 16:2, 16:5, 16:16, 16:21

**PREPARE** [2] - 202:23, 245:21

**PREPARED** [3] - 8:16, 15:10, 190:20

**PREPARING** [2] - 245:16, 245:22

**PREPS** [1] - 16:7

**PRESCRIBE** [4] - 144:9, 235:1, 235:15, 236:19

**PRESCRIBED** [3] - 143:1, 192:21, 213:17

**PRESCRIPTION** [6] - 130:25, 191:17, 192:7, 192:14, 192:18, 213:12

**PRESCRIPTIONS** [1] - 192:9

**PRESENCE** [1] - 239:9

**PRESENT** [10] - 15:3, 122:13, 142:17, 144:18, 146:17, 147:7, 148:4, 178:3, 178:6, 185:21

**PRESENTATION** [1] - 241:14

**PRESENTATIONS** [1] - 118:20

**PRESENTED** [1] - 171:10

**PRESENTING** [1] - 142:18

**PRESS** [1] - 154:3

**PRESSURE** [5] - 44:2, 44:21, 44:24, 45:5, 45:8

**PRESSURES** [1] - 46:4

**PRESUMPTION** [2] - 49:9, 49:14

**PRETRIAL** [2] - 114:10, 114:17

**PRETTY** [8] - 11:1, 42:22, 111:14, 113:6, 147:1, 167:21, 189:19, 230:3

**PREVAIL** [1] - 190:13

**PREVALENT** [2] - 14:1, 122:21

**PREVIOUS** [6] - 18:18, 34:20, 38:6,

70:17, 94:1, 94:12
PREVIOUSLY [13] -
10:9, 63:22, 69:10,
69:12, 70:11, 71:23,
209:24, 210:3,
218:21, 218:23,
219:17, 225:19,
249:3
PRIMARILY [1] -
118:23
PRINTOUTS [1] -
90:18
PRIOR [22] - 40:16,
54:10, 59:11, 65:17,
67:7, 76:25, 90:1,
93:11, 102:7,
139:23, 141:14,
141:18, 141:20,
141:21, 161:21,
166:8, 191:10,
209:25, 210:4,
216:6, 219:17,
219:25
PRIVILEGE [1] - 33:17
PRO [1] - 1:15
PROBABLE [2] -
138:17, 138:21
PROBABLY [9] -
21:19, 112:20,
113:4, 113:9, 128:1,
201:9, 225:17,
226:6, 249:20
PROBATION [1] -
137:5
PROBLEM [8] - 118:4,
118:5, 131:24,
156:1, 163:16,
164:18, 165:12,
228:14
PROBLEMS [11] -
46:20, 122:15,
136:24, 137:2,
155:8, 159:4, 161:4,
164:3, 175:21,
188:8, 188:14
PROCEDURES [3] -
118:2, 240:14,
240:25
PROCEED [3] - 115:8,
185:4, 197:5
PROCEEDING [1] -
197:12
PROCEEDINGS [2] -
1:22, 250:4
PROCESS [28] - 31:4,
52:9, 59:15, 59:17,
60:9, 63:22, 70:3,
75:24, 82:4, 82:7,
82:12, 82:18, 82:21,
85:22, 88:2, 88:4,

103:18, 108:11,
109:6, 109:15,
110:6, 111:7, 114:4,
114:6, 122:12,
163:15, 165:3, 206:4
PROCESSES [2] -
114:7, 200:10
PROCTORED [6] -
17:7, 17:23, 20:15,
20:16, 26:9, 26:10
PRODUCE [1] - 21:9
PRODUCED [3] -
1:22, 161:6, 166:16
PROFESSIONAL [13]
- 95:15, 95:19,
96:20, 121:13,
199:11, 202:11,
206:12, 210:22,
212:18, 232:13,
232:14, 232:21,
233:9
PROFESSIONALS [5]
- 58:6, 58:17, 96:18,
233:2, 238:5
PROFESSOR [3] -
59:9, 178:21, 199:10
PROFESSOR'S [1] -
128:24
PROFESSORS [3] -
12:10, 129:5, 129:9
PROFIT [1] - 51:7
PROGRAM [9] -
10:11, 10:19, 10:20,
16:11, 45:10, 104:7,
104:12, 215:12,
215:18
PROGRESS [11] -
5:15, 29:1, 59:9,
127:16, 136:19,
144:15, 146:15,
147:5, 148:1,
214:25, 217:10
PROJECTS [2] -
200:9, 226:11
PROMETRIC [10] -
20:21, 66:18, 93:13,
94:5, 94:13, 111:19,
111:23, 133:16,
215:10, 230:24
PROMISE [1] - 31:15
PROMOTED [2] -
168:19, 169:6
PROMPT [1] - 52:23
PRONOUNCE [1] -
43:1
PROOF [1] - 30:25
PROPER [5] - 232:16,
232:23, 232:25,
233:10, 233:11
PROPERLY [3] -

59:25, 110:21,
154:19
PROPOSED [1] -
114:12
PROTECT [3] - 26:15,
27:11, 51:12
PROTOCOL [1] -
62:13
PROTOCOLS [5] -
26:12, 83:4, 83:15,
118:8, 151:14
PROVE [2] - 29:23,
33:24
PROVES [1] - 93:25
PROVIDE [43] - 45:1,
54:5, 59:2, 59:14,
66:11, 67:2, 69:9,
70:5, 70:21, 83:6,
83:9, 83:13, 83:16,
88:25, 91:3, 93:22,
94:9, 132:14,
133:10, 133:12,
135:10, 135:21,
160:4, 201:17,
202:2, 202:6,
202:17, 202:22,
203:2, 206:3,
206:10, 209:2,
209:10, 210:14,
212:1, 212:16,
216:12, 218:2,
219:18, 220:7,
223:2, 231:12, 239:1
PROVIDED [46] -
54:12, 58:5, 66:16,
66:22, 67:9, 68:1,
89:3, 93:1, 93:11,
126:10, 157:24,
161:10, 199:18,
203:12, 204:15,
205:18, 209:16,
209:24, 210:10,
212:5, 213:9, 214:5,
214:8, 214:23,
215:2, 215:5,
215:17, 216:3,
216:5, 216:10,
216:13, 216:14,
218:23, 225:19,
227:10, 228:2,
228:18, 228:24,
229:4, 229:17,
230:15, 230:16,
238:5, 238:25, 240:5
PROVIDER [8] -
37:21, 38:5, 38:9,
90:17, 130:13,
130:17, 144:5, 239:4
PROVIDERS [4] -
70:18, 192:9, 229:6,

239:7
PROVIDES [4] - 55:5,
133:22, 201:22,
227:19
PROVIDING [2] - 68:2,
157:21
PROVING [1] - 93:10
PROVISION [1] -
53:20
PSYCHIATRIC [6] -
120:1, 122:22,
126:1, 153:13,
200:22, 204:6
PSYCHIATRIST [2] -
36:17
PSYCHIATRY [1] -
36:18
PSYCHOEDUCATIO
NAL [1] - 199:20
PSYCHOLOGICAL
[10] - 118:25, 148:21,
148:25, 149:7,
149:10, 149:17,
149:24, 150:6,
199:5, 200:25
PSYCHOLOGIST [8] -
35:14, 198:22,
198:23, 199:1,
199:4, 199:18,
233:6, 233:25
PSYCHOLOGISTS [2]
- 198:23, 233:7
PSYCHOLOGY [8] -
77:13, 116:9,
116:13, 198:19,
199:11, 199:15,
220:24
PSYCHOSIS [1] -
191:22
PUBLIC [5] - 51:13,
77:17, 77:18, 199:3
PUBLICATIONS [1] -
118:17
PUBLICLY [1] - 25:23
PUBLISH [1] - 100:12
PULITZER [1] - 77:1
PULL [61] - 4:12, 8:14,
11:3, 15:12, 16:25,
19:17, 19:18, 19:20,
21:6, 22:13, 28:17,
30:7, 31:10, 31:13,
36:2, 40:13, 41:19,
49:8, 54:15, 56:13,
57:8, 60:1, 61:21,
64:18, 66:19, 68:8,
72:1, 72:14, 87:18,
89:6, 92:9, 99:23,
116:25, 127:2,
128:1, 137:14,
140:11, 144:14,

146:14, 147:2,
147:25, 154:14,
166:16, 168:13,
168:22, 169:8,
169:21, 169:23,
172:24, 178:24,
180:6, 180:20,
204:18, 216:17,
217:14, 218:8,
222:5, 227:6,
239:19, 240:1
PULLED [4] - 8:17,
31:11, 134:4, 224:13
PURCHASE [2] -
93:17, 93:20
PURCHASED [1] -
45:3
PURPOSE [6] - 55:19,
58:3, 79:3, 94:8,
201:24, 202:19
PURPOSEFULLY [1] -
64:16
PURPOSES [1] - 33:5
PUSH [1] - 4:11
PUT [16] - 20:25,
24:21, 28:11, 30:6,
44:20, 61:14, 94:23,
94:25, 108:18,
109:16, 152:16,
158:7, 180:16,
191:19, 191:20,
205:12
PUTS [3] - 45:12,
61:14, 143:9
PUTTING [1] - 105:22
PX [55] - 17:1, 17:19,
20:25, 21:3, 29:8,
39:16, 39:17, 41:19,
61:1, 63:12, 66:19,
68:8, 84:9, 84:13,
87:19, 88:17, 89:6,
92:10, 92:14, 94:23,
94:25, 95:9, 95:10,
96:12, 127:2,
127:25, 134:4,
136:7, 137:14,
137:15, 137:18,
139:1, 139:1,
144:14, 147:25,
149:21, 154:14,
157:11, 158:13,
204:18, 205:7,
216:18, 217:14,
222:5, 224:13,
224:16, 237:19,
240:2, 241:24, 242:1

Q

QUALIFIED [10] -

233:3, 235:8, 235:12, 235:13, 235:19, 235:21, 236:4, 236:8, 236:12, 238:5
QUALITY [3] - 29:21, 209:15, 227:15
QUANTIFY [1] - 226:9
QUANTITIES [1] - 34:1
QUANTITY [7] - 29:20, 30:4, 33:25, 43:6, 209:15, 227:16
QUESTION [85] - 18:19, 19:9, 19:11, 19:12, 19:13, 27:5, 27:13, 33:18, 40:24, 42:12, 43:8, 43:12, 43:13, 43:20, 44:19, 45:16, 46:11, 46:13, 47:7, 47:8, 47:10, 48:7, 48:9, 52:23, 73:3, 75:8, 75:18, 76:6, 76:15, 79:13, 79:14, 79:20, 80:5, 80:6, 81:1, 81:3, 87:3, 87:4, 87:6, 96:3, 97:18, 98:5, 99:11, 100:8, 103:11, 103:12, 106:19, 112:11, 112:12, 113:15, 140:4, 144:21, 154:12, 166:18, 177:10, 177:11, 181:11, 182:18, 186:13, 186:14, 191:2, 193:3, 195:7, 204:23, 226:1, 227:25, 228:11, 229:16, 231:10, 232:19, 236:2, 238:6, 238:8, 238:17, 238:18, 238:21, 239:17, 242:3, 243:16, 243:20, 248:13, 248:18
QUESTIONED [2] - 23:1, 25:2
QUESTIONER [1] - 176:13
QUESTIONING [2] - 33:15, 79:3
QUESTIONS [48] - 7:25, 9:13, 15:4, 16:8, 18:18, 18:25, 19:4, 19:10, 22:5, 22:6, 22:7, 37:3, 40:12, 42:2, 42:4,

42:7, 44:12, 44:13, 44:15, 46:12, 46:17, 47:19, 59:17, 73:12, 80:4, 87:8, 105:22, 106:21, 108:5, 108:9, 110:24, 127:6, 166:19, 175:12, 185:6, 185:11, 185:17, 186:6, 196:4, 196:6, 196:10, 220:14, 230:3, 233:8, 244:16, 247:13, 247:16, 249:8
QUEUE [1] - 61:14
QUICK [3] - 11:2, 60:2, 249:18
QUICKLY [6] - 117:1, 166:3, 167:21, 172:23, 222:7, 240:16
QUIET [1] - 146:9
QUIETER [1] - 124:18
QUITE [6] - 9:1, 109:23, 116:5, 125:1, 170:8, 176:3
QUOTE [1] - 38:10
QUOTES [1] - 191:1

# R

RANDOMLY [1] - 216:15
RANGE [2] - 156:10, 193:2
RARE [2] - 170:5, 186:22
RATE [1] - 178:23
RATHER [1] - 100:11
RATING [1] - 119:1
RATINGS [2] - 155:7, 193:12
RATIONALE [6] - 202:2, 203:22, 209:11, 211:2, 216:12, 216:25
RE [7] - 18:11, 31:25, 109:5, 110:7, 112:10, 112:21, 113:11
REACH [1] - 109:18
REACHED [4] - 186:18, 187:13, 195:10, 195:11
READ [40] - 9:13, 23:6, 30:12, 42:22, 43:7, 43:8, 43:24, 54:10, 62:21, 62:22, 66:3, 70:1, 84:15, 89:15, 89:23, 90:14,

92:1, 93:7, 96:17, 97:15, 101:7, 101:10, 101:14, 101:25, 102:16, 135:3, 137:16, 144:19, 145:7, 155:12, 155:14, 155:16, 166:3, 166:4, 168:11, 175:2, 179:22, 183:1, 183:2, 240:17
READILY [1] - 29:25
READING [25] - 9:16, 10:21, 13:22, 42:21, 43:6, 43:23, 78:17, 123:15, 125:17, 125:18, 125:20, 125:21, 125:22, 125:25, 126:4, 138:18, 164:1, 165:22, 165:24, 165:25, 166:3, 168:6, 168:10, 204:20, 243:13
READS [1] - 146:25
READY [5] - 48:3, 48:5, 52:13, 115:5, 246:5
REAL [5] - 14:19, 60:2, 89:18, 154:22, 154:23
REALITY [1] - 33:15
REALIZE [3] - 119:18, 156:25, 195:25
REALIZED [1] - 161:17
REALIZING [1] - 239:19
REALLY [37] - 18:19, 19:14, 21:24, 24:25, 30:16, 34:15, 35:6, 35:11, 41:14, 44:19, 45:4, 112:20, 112:23, 113:1, 114:13, 132:3, 137:11, 139:8, 139:10, 147:15, 147:17, 156:16, 164:17, 165:12, 185:3, 187:23, 208:8, 208:22, 215:25, 226:9, 226:25, 227:25, 233:8, 239:1, 245:1, 245:2, 245:7
REALM [1] - 149:18
REAPPLYING [1] - 23:23
REASON [7] - 68:2, 88:23, 138:1,

148:12, 187:25, 191:21, 192:1
REASONABLE [10] - 114:12, 193:23, 203:23, 242:11, 242:19, 242:25, 243:9, 243:17, 243:24, 244:10
REASONABLY [3] - 66:3, 167:20, 243:18
REASONS [11] - 113:23, 114:3, 123:3, 149:14, 162:23, 181:8, 181:22, 187:10, 192:12, 193:16
REBUTTAL [1] - 34:7
RECALL [4] - 48:15, 85:2, 85:4, 221:17
RECEIPT [1] - 64:24
RECEIVE [9] - 53:23, 60:23, 61:3, 82:15, 125:14, 128:17, 147:21, 247:9, 248:20
RECEIVED [17] - 49:10, 53:24, 61:8, 61:9, 62:3, 68:3, 69:7, 73:9, 82:22, 98:19, 99:18, 128:7, 133:24, 168:5, 245:25, 248:23, 249:6
RECEIVES [2] - 215:20, 226:23
RECEIVING [1] - 108:12
RECENT [4] - 34:14, 100:4, 144:12, 212:17
RECENTLY [5] - 99:24, 136:25, 221:8, 221:10, 222:7
RECESS [3] - 50:3, 115:2, 175:20
RECHECK [3] - 26:5, 28:21, 29:1
RECHECKED [1] - 29:1
RECOGNIZE [21] - 25:7, 54:17, 61:24, 87:21, 90:7, 92:18, 96:11, 96:13, 99:25, 101:2, 102:1, 179:7, 179:9, 179:10, 180:7, 205:8, 205:15, 216:21, 218:10, 222:9, 222:14
RECOGNIZED [4] -

118:4, 167:4, 207:22, 207:24
RECOGNIZES [2] - 78:11, 222:1
RECOGNIZING [1] - 117:25
RECOLLECTION [1] - 85:7
RECOMMEND [11] - 38:14, 57:16, 181:3, 181:5, 181:9, 181:13, 181:18, 181:20, 181:24, 182:13, 182:15
RECOMMENDATION [8] - 38:15, 96:24, 212:7, 213:8, 214:12, 215:7
RECOMMENDATIONS [1] - 23:7
RECOMMENDED [1] - 211:3
RECOMMENDING [1] - 182:8
RECONSIDERATION , [1] - 56:23
RECORD [118] - 8:8, 10:25, 12:24, 14:7, 16:24, 17:19, 20:25, 22:11, 22:18, 23:25, 28:5, 28:11, 28:23, 29:7, 30:6, 31:12, 31:23, 32:4, 32:9, 33:4, 34:19, 36:12, 38:20, 39:3, 39:7, 39:24, 48:17, 49:12, 50:14, 61:13, 61:19, 62:16, 66:3, 66:20, 68:10, 69:1, 70:1, 70:25, 71:10, 71:14, 72:2, 79:17, 88:17, 88:19, 89:24, 90:18, 90:19, 93:14, 94:11, 94:13, 94:18, 94:21, 94:23, 94:24, 95:1, 96:17, 99:2, 99:7, 114:15, 115:15, 129:7, 130:6, 130:12, 131:5, 132:6, 133:15, 136:16, 139:2, 140:14, 140:22, 141:3, 141:5, 142:15, 142:19, 142:25, 144:2, 144:20, 145:7, 146:18, 148:18, 150:12, 158:17, 160:18, 161:10, 166:5, 168:14,

171:24, 182:3, 182:6, 183:24, 185:8, 195:18, 198:3, 201:5, 205:13, 206:22, 212:19, 212:20, 213:1, 213:21, 214:5, 214:18, 223:14, 224:4, 224:6, 224:13, 230:20, 232:2, 232:10, 232:11, 235:25, 236:14, 236:18, 240:16, 240:18, 241:23, 250:4

**RECORDED** [1] - 1:22

**RECORDS** [53] - 58:17, 58:18, 58:20, 65:3, 89:12, 89:17, 90:3, 91:8, 91:10, 91:12, 98:21, 121:17, 133:5, 133:6, 136:3, 140:12, 144:12, 150:8, 161:5, 161:6, 161:8, 161:9, 161:13, 166:8, 166:12, 166:15, 173:19, 173:20, 173:23, 174:2, 174:4, 202:10, 202:11, 206:11, 210:14, 210:17, 210:18, 211:6, 211:7, 211:11, 219:22, 219:23, 220:4, 222:22, 229:24, 235:9, 235:20, 235:22, 236:4, 236:9, 236:10, 238:25, 239:15

**RECROSS** [8] - 40:11, 40:14, 106:22, 106:24, 247:18, 247:20, 248:9, 250:10

**RECROSS-EXAMINATION** [1] - 106:24

**RECTIFY** [1] - 8:21

**RED** [2] - 233:23, 234:4

**REDACTIONS** [1] - 100:9

**REDIRECT** [11] - 8:3, 8:12, 39:17, 105:9, 105:11, 111:8, 185:13, 244:19,

244:22, 250:10

**REEVALUATE** [1] - 171:25

**REFER** [5] - 84:23, 131:13, 143:14, 158:4, 206:7

**REFERENCE** [13] - 61:1, 128:20, 143:25, 144:3, 148:21, 152:7, 152:8, 152:10, 152:25, 158:17, 178:24, 178:25, 213:12

**REFERENCED** [3] - 28:9, 71:5, 153:14

**REFERENCING** [2] - 56:7, 173:2

**REFERRAL** [3] - 167:8, 214:13

**REFERRED** [2] - 132:24, 143:12

**REFERRING** [3] - 57:15, 75:6, 88:23

**REFERS** [1] - 214:24

**REFILL** [1] - 142:20

**REFLECT** [3] - 117:18, 140:1, 173:7

**REFLECTED** [1] - 195:19

**REFLECTION** [2] - 152:24, 172:20

**REFLECTIVE** [1] - 154:22

**REGALE** [1] - 161:2

**REGARD** [2] - 212:5, 227:16

**REGARDING** [9] - 56:7, 65:24, 123:17, 128:11, 131:1, 141:11, 160:9, 215:11, 221:15

**REGARDLESS** [2] - 188:13, 247:7

**REGIMENT** [1] - 147:13

**REGISTER** [4] - 20:21, 52:12, 52:13, 109:5

**REGISTERED** [4] - 64:4, 64:8, 64:14, 82:5

**REGISTERING** [5] - 52:9, 53:4, 54:11, 63:23, 108:17

**REGISTRATION** [11] - 52:16, 53:14, 55:6, 105:25, 109:4, 109:5, 109:20, 110:6, 110:7, 110:12, 110:14

**REGROUP** [1] - 115:1

**REITERATE** [1] - 220:21

**REITERATED** [1] - 26:3

**REITERATING** [2] - 72:9, 218:20

**RELATED** [4] - 55:6, 75:13, 147:23, 195:6

**RELATIVE** [10] - 126:16, 136:21, 137:22, 145:8, 147:9, 168:17, 169:17, 170:3, 171:8, 222:3

**RELATIVELY** [1] - 123:20

**RELAXATION** [1] - 212:10

**RELAXED** [1] - 146:4

**RELEASE** [9] - 30:20, 31:2, 53:9, 72:20, 72:23, 72:24, 109:22, 219:3

**RELEASED** [3] - 72:13, 108:15, 109:8

**RELEVANCY** [1] - 213:18

**RELEVANT** [26] - 42:10, 86:9, 89:12, 89:20, 90:3, 91:8, 91:12, 91:14, 91:15, 91:16, 91:20, 135:12, 135:25, 139:5, 164:10, 168:7, 169:4, 175:5, 204:17, 209:23, 212:4, 213:2, 214:7, 228:6, 228:7

**RELIED** [1] - 136:4

**RELIES** [1] - 151:13

**RELIEVING** [1] - 46:6

**RELY** [1] - 72:19

**REMAIN** [1] - 222:2

**REMARKABLY** [1] - 156:10

**REMEDIAL** [1] - 168:10

**REMEMBER** [4] - 18:6, 190:8, 195:18

**REMEMBERING** [1] - 194:7

**REMINDED** [1] - 247:23

**REMINDER** [2] - 7:2, 8:3

**REMINDERS** [1] - 152:12

**REMOVE** [7] - 10:25, 47:5, 89:5, 98:18,

100:15, 237:18

**REMOVES** [1] - 46:1

**RENDERED** [1] - 82:11

**REPEAT** [13] - 8:6, 11:24, 14:14, 80:25, 136:16, 154:12, 163:21, 176:11, 177:10, 177:11, 177:12, 228:12, 238:8

**REPEATED** [1] - 49:12

**REPEATING** [1] - 20:3

**REPERCUSSIONS** [1] - 17:9

**REPHRASE** [7] - 76:15, 79:13, 87:5, 87:10, 95:17, 243:20

**REPLIED** [1] - 33:21

**REPLY** [2] - 31:5, 71:22

**REPLYING** [1] - 71:24

**REPORT** [15] - 10:3, 58:16, 59:10, 65:22, 65:24, 66:14, 66:15, 66:21, 66:22, 106:6, 106:8, 119:1, 124:25, 126:12, 130:15, 130:18, 132:6, 134:3, 134:5, 134:6, 136:18, 139:4, 140:20, 143:18, 145:10, 147:8, 150:10, 150:16, 150:20, 150:25, 151:1, 151:25, 152:3, 154:15, 155:17, 157:12, 158:3, 158:9, 158:21, 159:2, 159:3, 159:9, 160:9, 161:13, 164:8, 164:22, 167:16, 174:6, 193:3, 193:5, 210:6, 212:22, 240:20, 240:21, 240:22

**REPORTED** [19] - 29:2, 148:8, 153:9, 203:9, 203:15, 203:18, 203:19, 207:6, 207:17, 207:19, 209:6, 209:25, 210:20, 210:24, 219:23, 220:3, 227:20

**REPORTER** [7] - 1:18, 43:3, 50:13, 50:17, 115:14, 115:18, 163:19,

176:18, 184:23, 198:2, 250:7

**REPORTER'S** [1] - 66:4

**REPORTING** [1] - 162:25

**REPORTS** [9] - 59:10, 90:2, 90:13, 96:18, 159:7, 160:4, 161:20, 164:16, 200:19

**REPRESENT** [5] - 68:9, 127:3, 130:6, 134:2, 134:12

**REPRESENTATION** [3] - 17:12, 17:13, 155:12

**REPRESENTATIVE** [1] - 67:24

**REPRESENTED** [1] - 108:1

**REPRESENTS** [1] - 151:5

**REQUEST** [123] - 33:13, 53:2, 53:7, 53:9, 53:13, 58:8, 58:15, 58:19, 58:22, 59:3, 60:23, 61:2, 61:4, 61:5, 61:7, 63:15, 63:19, 63:25, 64:6, 64:9, 64:24, 65:16, 66:6, 66:9, 66:12, 68:11, 68:15, 68:18, 68:21, 69:8, 69:10, 69:11, 70:3, 70:8, 72:10, 73:2, 73:9, 84:17, 91:16, 92:19, 99:5, 99:22, 101:18, 106:4, 109:1, 109:17, 109:22, 126:19, 126:24, 127:4, 127:13, 128:5, 129:17, 133:5, 133:7, 133:21, 134:3, 134:9, 134:13, 134:18, 166:11, 173:21, 186:19, 202:8, 202:17, 202:25, 203:7, 203:9, 204:1, 204:2, 204:3, 204:5, 204:9, 205:14, 205:18, 205:22, 205:24, 206:10, 206:16, 206:24, 207:7, 209:4, 210:15, 211:8, 211:13, 211:21, 212:14, 212:23,

213:25, 214:19,
216:25, 217:3,
217:5, 217:18,
217:23, 218:3,
218:6, 218:19,
219:11, 222:11,
223:3, 223:9,
223:10, 224:7,
224:14, 224:15,
225:3, 225:9,
225:16, 225:19,
228:5, 228:25,
229:2, 230:17,
240:6, 242:9, 244:6,
244:13, 245:15,
246:2, 247:2, 247:3,
248:17
REQUESTED [11] -
65:17, 65:19, 73:5,
87:14, 89:1, 134:2,
203:22, 206:18,
208:6, 229:10,
229:18
REQUESTING [15] -
29:19, 32:18, 52:10,
54:6, 63:23, 64:12,
66:8, 68:15, 108:19,
110:4, 202:3,
203:10, 207:8,
208:16, 243:22
REQUESTOR [1] -
193:22
REQUESTS [41] -
53:22, 53:25, 54:1,
58:13, 80:20, 89:8,
101:13, 101:15,
106:14, 108:12,
108:21, 120:7,
120:14, 120:17,
121:8, 121:15,
121:19, 121:23,
126:5, 166:13,
200:6, 200:15,
200:17, 200:18,
201:2, 203:6,
203:25, 219:17,
226:13, 229:8,
230:10, 230:13,
245:24, 248:24,
249:2, 249:3, 249:5,
249:6
REQUIRE [17] - 58:14,
64:6, 74:18, 74:22,
74:25, 75:3, 75:9,
75:19, 75:22, 76:18,
125:3, 129:11,
167:14, 191:14,
194:18, 205:23,
217:12
REQUIRED [13] -

45:10, 54:10, 58:8,
75:23, 101:17,
127:15, 131:22,
147:16, 190:25,
191:1, 191:5, 191:6,
191:11
REQUIREMENT [3] -
75:25, 76:4, 76:7
REQUIREMENTS [6] -
55:7, 58:12, 120:18,
162:1, 165:2, 219:10
REQUIRES [4] -
86:18, 125:4, 125:5,
125:9
REQUIRING [1] -
192:3
REREAD [1] - 44:1
REREADING [1] -
47:11
RESEARCH [7] -
118:7, 118:22,
118:23, 119:22,
120:24, 124:2,
124:12
RESEARCHERS [2] -
120:25, 124:13
RESERVE [1] - 49:3
RESIDENCY [6] -
45:10, 104:7, 104:8,
104:11, 104:17
RESOURCES [3] -
21:20, 64:16, 129:10
RESPECT [2] -
113:14, 146:19
RESPONDING [1] -
108:13
RESPONSE [15] -
37:12, 45:17, 62:2,
63:1, 63:3, 66:12,
66:23, 67:3, 70:22,
71:6, 71:7, 83:24,
158:19, 193:18,
204:23
RESPONSES [1] -
158:10
RESPONSIBILE [1] -
53:19
RESPONSIBILITIES
[2] - 53:17, 200:2
RESPONSIBILITY [2]
- 107:6, 236:10
RESPONSIBLE [3] -
106:13, 200:4, 200:6
REST [3] - 123:9,
128:3, 130:16
RESTLESS [1] - 123:4
RESTROOM [1] -
49:20
RESULT [1] - 26:5
RESUME [4] - 3:4,

6:24, 249:16, 249:21
RESUMED [1] - 7:5
RETAIN [1] - 148:13
RETIRED [1] - 178:13
REVIEW [81] - 21:24,
26:13, 44:14, 53:1,
57:18, 58:7, 59:18,
64:15, 66:6, 70:14,
74:7, 81:13, 82:12,
83:9, 84:1, 91:19,
99:4, 103:18, 106:9,
108:22, 109:2,
120:7, 126:19,
128:4, 135:25,
147:10, 147:22,
156:12, 160:18,
161:10, 166:5,
170:15, 170:19,
170:23, 180:22,
200:18, 201:21,
203:2, 203:8,
203:13, 204:9,
211:7, 211:17,
211:18, 211:20,
212:22, 213:24,
214:5, 214:18,
219:1, 223:3,
223:12, 223:24,
224:3, 224:25,
225:3, 225:5,
225:15, 225:16,
226:8, 226:14,
226:17, 229:8,
235:9, 235:20,
235:21, 236:4,
236:8, 236:9, 238:1,
238:10, 240:18,
245:21, 245:23,
245:24, 246:12,
247:9, 248:4,
248:17, 249:1
REVIEWED [46] -
69:11, 70:7, 70:10,
82:10, 84:3, 84:6,
88:10, 103:9,
118:10, 120:14,
121:8, 135:23,
150:2, 150:10,
150:13, 151:12,
155:16, 158:16,
166:10, 168:24,
169:13, 169:25,
171:7, 173:19,
173:20, 174:17,
174:21, 175:8,
180:21, 193:4,
206:24, 218:21,
218:22, 219:17,
221:9, 222:19,
222:20, 223:9,

223:10, 223:21,
223:22, 223:23,
247:3, 247:25, 249:7
REVIEWER [4] -
120:9, 121:16,
126:24, 177:7
REVIEWERS [1] -
120:22
REVIEWING [36] -
58:10, 81:16, 99:21,
105:23, 106:3,
106:14, 120:17,
121:1, 121:4,
121:15, 121:23,
126:5, 127:13,
129:17, 136:22,
139:6, 200:6,
200:14, 201:2,
203:5, 203:7, 209:4,
210:17, 222:22,
222:25, 223:7,
223:15, 223:16,
224:5, 224:22,
225:9, 226:3,
226:10, 245:14,
246:15, 246:19
REVIEWS [9] -
120:19, 121:12,
151:14, 177:17,
177:18, 177:20,
177:22, 248:4,
248:15
REVISION [2] - 208:1,
221:13
REVISIT [1] - 18:14
RICHMOND [1] - 1:16
RIDES [1] - 160:25
RIGHT [94] - 4:17, 5:3,
5:23, 6:4, 6:24, 8:1,
8:10, 8:16, 9:14,
11:14, 14:24, 14:25,
15:5, 21:7, 22:4,
27:22, 30:10, 31:9,
31:17, 47:15, 47:21,
49:16, 50:4, 50:18,
62:12, 62:18, 75:17,
82:4, 86:11, 86:12,
91:6, 95:6, 95:7,
95:10, 103:23,
104:19, 107:11,
112:3, 115:11,
115:19, 122:2,
138:22, 150:17,
162:11, 163:15,
164:2, 165:10,
167:11, 172:14,
175:17, 175:19,
175:25, 176:16,
179:5, 179:9, 182:6,
183:2, 185:12,

186:11, 188:17,
188:19, 188:25,
189:6, 189:22,
190:18, 191:5,
191:15, 192:7,
193:24, 195:13,
196:8, 196:12,
196:17, 197:2,
197:4, 201:13,
205:7, 229:16,
231:19, 231:24,
234:4, 234:10,
234:13, 234:18,
236:16, 237:18,
239:17, 243:17,
243:22, 244:8,
244:17, 245:19,
249:13, 249:25
RISES [1] - 135:8
RISING [1] - 188:8
RMR [2] - 1:18, 250:8
ROAD [2] - 18:11,
18:23
ROD [1] - 151:4
ROLE [6] - 36:18,
59:12, 199:5, 200:2,
200:4, 226:11
ROLES [2] - 107:10,
226:16
ROOM [1] - 1:19
ROOT [1] - 46:21
ROTATION [1] - 14:14
ROTATIONS [1] - 14:4
ROTE [1] - 145:23
ROUGH [1] - 85:1
ROUTINE [1] - 145:23
ROUTINES [1] -
152:19
RULE [4] - 48:12,
49:9, 113:8, 149:13
RULES [4] - 80:16,
81:5, 184:23, 212:10
RULING [2] - 5:18,
162:22
RUN [1] - 49:20
RUNNING [1] - 165:10

_____

S

SAFE [5] - 76:6, 85:11,
102:4, 103:1, 103:2
SAID [37] - 8:7, 12:3,
15:13, 25:14, 25:15,
26:2, 26:10, 27:23,
27:24, 30:19, 37:6,
37:18, 86:6, 99:13,
103:25, 112:22,
136:24, 141:22,
157:3, 171:13,
179:10, 182:1,

183:2, 184:5, 184:6,
190:11, 195:10,
200:12, 220:10,
226:22, 231:12,
236:8, 236:13,
236:15, 245:7,
247:7, 249:15

**SAIL** [3] - 10:10,
10:19, 10:20

**SAKE** [11] - 11:1, 13:8,
17:4, 38:25, 90:6,
101:25, 184:25,
222:8, 225:23,
227:23, 227:25

**SAKES** [1] - 25:21

**SAME** [16] - 12:14,
19:9, 19:10, 26:11,
26:12, 33:1, 37:4,
38:5, 48:12, 94:3,
94:4, 100:20, 153:9,
192:22, 221:17

**SAT** [1] - 210:9

**SATISFACTORY** [3] -
8:25, 9:6, 167:23

**SAVE** [1] - 175:23

**SAVING** [1] - 196:23

**SAW** [5] - 22:3, 36:14,
37:14, 118:9, 195:19

**SAY** [70] - 14:22, 15:8,
17:11, 22:21, 24:9,
25:6, 25:24, 26:19,
26:22, 27:4, 29:6,
32:14, 34:6, 34:13,
37:19, 38:9, 40:2,
43:24, 44:13, 46:14,
48:25, 49:5, 52:22,
66:24, 76:7, 76:21,
76:22, 80:10, 81:20,
81:23, 85:10, 85:11,
91:21, 97:10, 98:7,
102:4, 103:1, 103:2,
107:25, 108:18,
113:19, 113:22,
116:16, 116:18,
125:24, 127:22,
132:3, 143:7, 157:8,
162:18, 164:20,
165:16, 165:18,
183:23, 186:14,
188:7, 188:12,
188:21, 189:4,
189:8, 190:16,
218:21, 222:21,
223:12, 224:4,
230:14, 232:2,
233:22, 236:6,
246:14

**SAYING** [32] - 9:17,
25:18, 29:5, 35:3,
38:1, 41:17, 49:4,

82:24, 85:18, 85:19,
86:3, 92:6, 97:1,
97:14, 98:3, 100:22,
131:20, 151:20,
157:7, 165:15,
181:16, 181:17,
182:7, 182:12,
184:21, 189:11,
190:2, 219:14,
220:2, 223:5,
223:14, 237:3

**SAYS** [53] - 10:19,
10:22, 12:14, 12:16,
18:13, 25:10, 25:11,
26:3, 26:23, 28:25,
29:1, 29:3, 30:19,
36:19, 37:17, 40:18,
40:20, 55:18, 56:21,
70:5, 83:22, 91:4,
92:3, 93:4, 93:7,
93:8, 101:11,
101:13, 102:16,
129:18, 133:3,
133:18, 133:19,
133:23, 138:17,
143:13, 147:13,
147:24, 149:3,
164:21, 179:4,
188:11, 231:2,
231:16, 231:22,
233:18, 234:13,
234:20, 237:4,
240:13, 241:6

**SCALE** [1] - 119:1

**SCALES** [3] - 155:7,
159:5, 193:12

**SCATTERED** [1] -
152:22

**SCHEDULE** [13] - 3:6,
4:2, 4:11, 53:12,
73:1, 109:9, 110:21,
111:19, 111:23,
112:14, 148:24,
219:4, 226:19

**SCHEDULING** [9] -
53:1, 53:10, 66:17,
72:24, 108:19,
108:21, 108:23,
110:17, 219:4

**SCHOOL** [79] - 9:20,
11:4, 12:4, 12:7,
14:2, 20:18, 28:20,
33:19, 35:19, 35:24,
40:19, 40:25, 41:1,
41:6, 41:9, 41:12,
52:1, 52:2, 58:7,
67:23, 92:6, 93:10,
93:15, 94:7, 94:14,
96:1, 97:24, 98:20,
98:22, 99:14, 99:15,

99:18, 99:19,
123:15, 127:15,
127:20, 133:1,
133:25, 166:8,
166:12, 166:15,
167:16, 168:14,
168:23, 169:3,
169:24, 170:2,
170:4, 170:6, 170:9,
174:14, 181:2,
181:12, 181:17,
181:23, 182:7,
183:10, 186:23,
187:2, 188:25,
189:20, 198:19,
198:21, 198:22,
199:4, 199:5,
199:11, 199:12,
199:15, 210:12,
210:13, 216:5,
216:8, 220:24,
221:1, 231:11

**SCHOOL'S** [2] - 8:22,
95:25

**SCHOOLING** [1] -
10:16

**SCHOOLS** [4] - 67:8,
68:4, 99:13, 199:3

**SCIENCE** [7] - 11:20,
12:18, 13:3, 13:17,
65:22, 133:18,
215:13

**SCIENCES** [1] - 52:3

**SCIENTIFIC** [1] - 34:1

**SCOPE** [4] - 234:12,
235:5, 235:6, 248:9

**SCORE** [26] - 12:21,
17:8, 17:11, 20:6,
20:8, 22:3, 22:15,
24:25, 25:16, 25:16,
26:4, 26:5, 26:19,
26:23, 27:8, 27:9,
28:21, 29:2, 66:14,
66:15, 66:21, 134:3,
134:4, 134:6, 156:9,
156:18

**SCORES** [11] - 11:25,
13:9, 25:3, 25:9,
25:22, 65:19,
154:16, 156:14,
158:25, 162:2,
167:21

**SCORING** [1] - 55:8

**SCREEN** [18] - 18:17,
18:25, 19:5, 19:7,
55:22, 60:11, 84:16,
93:1, 136:15,
155:13, 179:5,
179:18, 224:16,
225:7, 230:23,

240:4, 240:8, 241:10

**SCRIPT** [1] - 42:25

**SCROLL** [93] - 9:9,
17:24, 18:1, 19:20,
20:5, 21:10, 21:11,
24:3, 24:4, 25:12,
28:22, 30:9, 31:19,
32:12, 32:13, 32:14,
32:16, 32:22, 36:9,
36:11, 37:11, 37:13,
37:14, 37:17, 39:22,
39:24, 39:25, 40:1,
40:3, 40:7, 40:19,
56:5, 61:6, 62:24,
63:1, 64:19, 64:20,
65:13, 71:2, 71:5,
84:9, 87:25, 90:4,
91:1, 92:10, 92:11,
92:16, 92:20,
100:13, 100:24,
101:3, 101:8,
101:11, 101:19,
101:24, 133:17,
134:5, 136:8,
137:16, 137:17,
137:20, 141:4,
143:20, 148:3,
148:4, 148:17,
149:21, 154:15,
155:21, 156:4,
156:19, 157:12,
158:22, 172:24,
179:1, 179:2, 179:3,
180:10, 222:7,
225:11, 230:20,
230:21, 231:18,
231:19, 233:16,
240:10, 241:4,
241:16

**SCROLLING** [3] -
142:22, 142:23,
156:20

**SE** [2] - 1:15, 146:24

**SEARCH** [1] - 102:12

**SEARCHING** [1] -
102:20

**SECOND** [27] - 9:23,
16:4, 19:18, 19:19,
22:4, 24:4, 44:7,
61:19, 68:11, 91:4,
92:9, 95:2, 96:10,
96:14, 128:18,
128:19, 137:17,
138:15, 161:16,
167:22, 195:1,
217:18, 224:15,
225:3, 225:6,
225:16, 240:6

**SECONDARY** [1] -
193:19

**SECONDS** [1] - 49:20

**SECTION** [11] - 56:21,
59:13, 127:9,
127:10, 199:7,
206:9, 207:4, 208:3,
208:6, 209:19,
209:22

**SECTIONS** [2] - 43:6,
128:2

**SECURE** [1] - 26:9

**SECURED** [1] - 26:13

**SECURITY** [1] - 55:8

**SEE** [151] - 3:2, 3:3,
3:6, 3:17, 4:3, 4:17,
4:18, 4:19, 4:22,
4:23, 6:15, 8:13,
8:21, 9:3, 9:4, 9:10,
9:11, 9:16, 9:18,
9:23, 10:2, 10:4,
10:5, 10:17, 10:21,
11:5, 11:10, 11:12,
11:13, 11:14, 12:14,
12:20, 13:2, 13:6,
14:15, 16:12, 16:18,
16:25, 17:25, 18:3,
18:9, 18:12, 19:22,
20:5, 21:10, 22:12,
25:10, 26:20, 28:19,
32:2, 32:13, 36:9,
39:16, 40:4, 47:25,
56:9, 59:12, 60:2,
61:22, 62:9, 65:13,
73:4, 87:17, 87:18,
89:8, 91:3, 92:1,
92:12, 92:17, 92:20,
92:25, 93:4, 96:9,
96:10, 96:14, 98:25,
101:9, 101:12,
102:10, 117:1,
118:19, 127:17,
129:23, 130:20,
131:17, 139:13,
140:21, 143:7,
147:15, 148:5,
148:22, 148:23,
149:2, 149:5,
149:22, 151:7,
155:22, 155:23,
156:5, 156:22,
157:14, 159:1,
161:12, 162:2,
167:22, 168:3,
168:25, 175:24,
176:25, 177:1,
179:2, 179:4,
179:17, 179:20,
180:12, 180:24,
180:25, 184:22,
185:25, 186:6,
187:3, 188:4,

203:17, 204:10, 222:13, 224:19, 226:24, 227:6, 230:22, 230:25, 231:2, 231:16, 231:21, 231:24, 233:18, 233:22, 234:3, 234:10, 234:15, 234:18, 234:20, 237:19, 240:4, 240:13, 241:4, 241:6, 250:1

**SEEING** [3] - 4:1, 6:11, 25:20

**SEEK** [5] - 52:21, 63:20, 82:5, 164:17, 201:18

**SEEKING** [9] - 52:23, 64:7, 120:8, 121:17, 192:15, 193:23, 207:4, 209:21, 217:22

**SEEM** [4] - 131:21, 146:12, 168:20, 183:11

**SEEMED** [1] - 164:20

**SEEMINGLY** [1] - 45:15

**SEEMS** [8] - 5:1, 11:6, 29:20, 102:14, 130:16, 132:25, 156:7, 169:18

**SEEN** [6] - 25:18, 26:6, 125:13, 161:5, 161:8, 165:21

**SELECT** [2] - 52:17, 52:18

**SELECTIONS** [1] - 199:18

**SELF** [12] - 119:1, 123:18, 124:25, 126:12, 130:15, 148:14, 151:1, 151:25, 158:3, 158:9, 159:9, 240:20

**SELF-CONTROL** [2] - 123:18, 148:14

**SELF-REPORT** [10] - 119:1, 124:25, 126:12, 130:15, 151:1, 151:25, 158:3, 158:9, 159:9, 240:20

**SEND** [6] - 32:1, 33:3, 41:9, 88:12, 126:9, 205:5

**SENIOR** [3] - 74:10, 74:16, 74:18

**SENIORS** [1] - 12:17

**SENOGA** [1] - 73:5

**SENSE** [4] - 4:10, 63:14, 124:10, 173:18

**SENT** [8] - 25:22, 28:22, 34:24, 64:23, 86:23, 100:4, 127:4, 223:22

**SENTENCE** [3] - 66:2, 128:19, 128:20

**SENTENCES** [1] - 144:20

**SEPARATE** [2] - 125:18, 125:19

**SEPARATELY** [1] - 171:17

**SEPTEMBER** [3] - 72:2, 72:17, 144:15

**SERIOUS** [1] - 137:9

**SERVE** [1] - 151:19

**SERVED** [1] - 199:3

**SERVICE** [4] - 74:22, 137:19, 139:3, 192:14

**SERVICES** [37] - 40:21, 51:1, 53:18, 59:13, 59:14, 60:5, 64:23, 71:4, 71:8, 72:3, 72:8, 74:4, 74:17, 74:19, 75:1, 75:4, 75:10, 76:19, 78:23, 79:8, 81:8, 84:20, 86:24, 87:14, 88:5, 98:10, 105:20, 106:2, 106:16, 107:5, 107:22, 136:13, 173:23, 173:25, 198:13, 216:8, 218:16

**SESSION** [1] - 214:7

**SET** [4] - 42:6, 106:19, 246:7, 249:15

**SETTING** [2] - 89:20, 208:13

**SETTINGS** [4] - 159:14, 160:1, 208:12, 211:1

**SEVEN** [5] - 18:10, 43:16, 123:7, 200:13, 200:15

**SEVERAL** [9] - 15:21, 16:16, 43:8, 73:23, 144:24, 145:2, 226:23, 229:4, 229:5

**SEVERE** [1] - 237:12

**SEVERELY** [1] - 191:22

**SHAPE** [1] - 178:14

**SHARE** [2] - 70:17, 150:22

**SHARED** [1] - 119:7

**SHE** [47] - 26:2, 36:12, 36:18, 36:19, 49:22, 78:20, 78:22, 80:19, 84:10, 88:10, 88:11, 88:23, 89:2, 92:17, 92:20, 98:7, 98:8, 101:9, 125:14, 131:18, 133:2, 142:1, 143:9, 143:10, 143:11, 143:13, 151:19, 153:17, 157:20, 164:20, 164:25, 165:1, 165:3, 165:15, 171:12, 171:13, 171:16, 171:18, 172:3, 172:6, 181:6, 222:12, 235:15, 236:3, 238:19

**SHE'S** [2] - 25:18, 36:21

**SHEPHERD** [2] - 59:16, 150:20

**SHIFT** [1] - 136:2

**SHORT** [5] - 51:14, 51:15, 87:8, 108:8, 192:24

**SHORTER** [1] - 23:4

**SHOT** [4] - 18:18, 18:25, 19:5, 19:7

**SHOTS** [1] - 60:11

**SHOULD** [36] - 8:3, 13:1, 15:7, 25:2, 26:16, 45:6, 80:3, 80:4, 89:17, 112:23, 128:16, 132:24, 144:6, 151:19, 151:23, 152:1, 153:21, 154:3, 157:5, 157:6, 157:10, 171:18, 186:10, 187:24, 187:25, 188:4, 188:5, 188:10, 190:6, 202:17, 204:25, 206:5, 216:7, 239:20, 244:19

**SHOW** [32] - 10:14, 19:21, 29:22, 32:24, 33:24, 43:4, 62:1, 73:8, 86:9, 88:4, 123:5, 124:14, 135:11, 138:11, 139:24, 140:5, 141:5, 141:11, 153:2, 153:12, 154:19, 157:22, 158:22, 164:8,

164:22, 167:14, 169:3, 169:16, 170:2, 172:21, 185:8, 188:15

**SHOWED** [4] - 13:9, 23:16, 184:13, 224:18

**SHOWING** [5] - 12:21, 14:5, 14:7, 14:11, 20:11

**SHOWN** [4] - 14:1, 57:11, 86:19, 122:23

**SHOWS** [6] - 69:2, 72:16, 138:18, 153:12, 172:20, 185:8

**SIDE** [4] - 23:19, 31:2, 38:1, 148:24

**SIGN** [2] - 54:10, 173:12

**SIGNALS** [1] - 64:11

**SIGNATURE** [2] - 64:10, 96:8

**SIGNED** [3] - 40:18, 96:7, 96:20

**SIGNIFICANT** [9] - 124:15, 124:23, 129:19, 158:22, 159:4, 179:25, 195:15, 195:20, 212:2

**SIGNIFICANTLY** [1] - 146:1

**SIMILAR** [2] - 36:23, 113:18

**SIMPLE** [2] - 194:9, 194:14

**SIMPLY** [4] - 159:16, 164:16, 209:5, 212:9

**SINCE** [10] - 4:7, 23:16, 74:4, 116:21, 120:12, 123:6, 177:24, 199:24, 219:5, 245:4

**SINGLE** [5] - 16:9, 19:10, 47:3, 193:22, 223:3

**SIR** [11] - 28:1, 28:4, 39:21, 48:19, 87:11, 106:23, 177:1, 189:24, 191:11, 239:23, 247:19

**SIT** [2] - 24:22, 64:17

**SITTING** [1] - 14:8

**SITUATION** [9] - 13:23, 44:20, 45:12, 124:11, 125:18, 128:23, 146:2, 146:3, 194:2

**SITUATIONS** [8] -

123:12, 124:21, 129:11, 155:9, 160:2, 164:19, 181:21, 192:2

**SIX** [6] - 11:18, 43:16, 43:20, 141:23, 141:25, 212:17

**SKILL** [2] - 79:23, 135:6

**SKILLS** [1] - 79:21

**SLEEP** [1] - 37:16

**SLOWLY** [2] - 66:3

**SMALL** [4] - 12:6, 12:11, 55:22, 172:17

**SMASH** [3] - 16:1, 16:12

**SO** [417] - 3:5, 3:14, 4:1, 4:24, 5:3, 5:8, 5:15, 5:21, 6:7, 6:8, 6:19, 6:22, 6:24, 8:2, 8:8, 8:16, 9:7, 9:10, 9:11, 9:15, 9:21, 10:4, 10:8, 10:24, 12:9, 12:25, 13:2, 14:16, 14:23, 15:7, 15:16, 15:17, 15:24, 15:25, 16:20, 16:22, 17:2, 18:3, 18:10, 19:7, 19:14, 19:16, 20:10, 21:8, 21:10, 21:12, 21:22, 22:14, 23:9, 23:15, 23:20, 24:6, 24:24, 25:5, 26:7, 27:2, 28:19, 28:25, 30:5, 30:18, 31:1, 31:5, 31:10, 31:17, 31:20, 31:25, 32:12, 32:13, 32:14, 32:15, 33:4, 33:10, 33:11, 34:7, 35:6, 35:16, 36:1, 36:2, 36:5, 36:9, 36:10, 36:12, 36:23, 37:10, 37:19, 38:24, 39:6, 39:20, 39:23, 40:5, 41:4, 42:18, 42:20, 43:22, 44:1, 44:16, 44:19, 45:8, 45:12, 46:1, 46:25, 47:4, 47:10, 47:25, 49:1, 49:3, 52:16, 53:2, 53:13, 56:21, 58:23, 60:2, 61:6, 62:9, 62:18, 62:19, 63:13, 64:11, 64:15, 66:5, 66:20, 69:24, 72:25, 74:18, 75:3, 75:13, 75:15, 75:16, 75:17, 75:23, 76:2, 76:3, 76:19, 76:23, 76:25,

77:4, 77:8, 77:18, 78:1, 79:3, 80:6, 80:14, 80:20, 81:22, 82:3, 82:13, 82:23, 83:14, 83:22, 85:1, 85:4, 85:9, 85:11, 85:18, 86:1, 86:6, 86:11, 86:22, 87:24, 88:6, 90:21, 91:1, 91:24, 92:1, 92:4, 92:12, 92:17, 92:20, 92:22, 93:9, 93:24, 94:10, 94:15, 94:17, 95:21, 95:24, 96:3, 96:23, 97:1, 97:7, 97:14, 97:17, 97:24, 98:1, 98:5, 98:18, 99:1, 100:10, 100:24, 101:2, 101:6, 101:8, 101:9, 101:24, 102:4, 102:14, 102:22, 102:24, 102:25, 103:19, 103:21, 103:25, 104:19, 105:16, 105:17, 106:9, 106:13, 107:25, 108:17, 108:22, 109:6, 109:7, 109:15, 110:5, 110:10, 110:20, 111:10, 111:16, 112:17, 113:1, 113:9, 114:8, 114:14, 114:15, 116:2, 116:5, 117:1, 117:21, 118:22, 119:3, 119:8, 122:19, 122:22, 123:2, 123:9, 124:1, 124:4, 126:9, 127:6, 127:16, 127:22, 127:23, 129:19, 130:11, 131:22, 132:25, 133:20, 134:8, 134:15, 136:7, 137:9, 137:18, 138:4, 139:15, 139:18, 139:22, 140:4, 140:16, 140:20, 142:24, 143:10, 143:20, 145:5, 145:25, 147:3, 148:4, 148:10, 149:22, 149:23, 150:10, 151:9, 151:10, 152:8, 153:11, 154:16, 154:19, 155:11, 155:21, 156:11,

156:13, 156:15, 157:25, 158:3, 158:16, 158:18, 159:2, 159:7, 159:16, 160:6, 162:2, 162:24, 163:5, 164:2, 164:21, 165:4, 166:17, 167:11, 167:16, 167:25, 170:10, 171:17, 172:16, 172:20, 176:6, 176:10, 176:15, 177:2, 177:18, 178:17, 179:14, 182:5, 182:6, 182:12, 182:19, 182:22, 183:5, 183:10, 183:24, 184:15, 185:3, 187:3, 187:4, 188:3, 189:7, 189:24, 190:14, 191:2, 191:11, 194:1, 194:9, 194:12, 194:14, 195:23, 197:1, 197:7, 200:14, 202:9, 202:23, 203:9, 205:4, 205:11, 205:21, 207:3, 207:7, 208:10, 208:12, 210:2, 210:21, 214:25, 215:23, 216:13, 218:23, 219:4, 219:13, 219:17, 220:6, 220:21, 221:1, 221:5, 221:8, 221:11, 222:6, 222:12, 222:14, 222:17, 222:19, 223:12, 223:13, 223:14, 223:18, 224:12, 224:19, 224:22, 225:2, 226:11, 226:24, 227:2, 227:16, 230:5, 230:14, 232:19, 233:4, 235:6, 237:3, 239:4, 239:11, 239:17, 240:24, 241:6, 241:9, 242:3, 244:13, 244:20, 245:1, 245:5, 245:23, 246:1, 246:6, 246:8, 246:18, 248:25, 249:5, 249:15

**SO..** [2] - 15:15, 245:10
**SOCIAL** [1] - 211:1
**SOLE** [2] - 152:2, 157:6
**SOLELY** [1] - 124:25
**SOLICITING** [1] - 201:11
**SOLID** [4] - 85:7, 169:5, 169:20, 190:10
**SOLIDIFIES** [1] - 41:15
**SOLIDIFY** [2] - 12:6
**SOLUTIONS** [1] - 199:17
**SOME** [80] - 4:4, 5:19, 8:20, 21:10, 21:25, 24:4, 24:5, 26:17, 37:13, 37:23, 39:25, 40:3, 44:14, 46:17, 46:18, 60:11, 79:4, 84:21, 86:8, 90:14, 91:15, 91:24, 100:9, 109:24, 110:1, 111:11, 113:11, 116:2, 123:24, 124:17, 124:18, 127:6, 127:19, 129:9, 130:17, 130:25, 136:2, 138:8, 152:22, 152:23, 153:12, 154:6, 154:7, 156:22, 156:25, 160:3, 160:10, 161:4, 161:19, 163:1, 163:2, 163:4, 163:16, 163:17, 166:15, 168:10, 168:11, 171:11, 171:12, 173:18, 181:7, 182:15, 188:16, 189:19, 190:11, 193:18, 195:4, 201:12, 202:13, 206:3, 212:9, 230:21, 240:10, 243:14, 246:15, 246:16, 249:2, 249:3
**SOMEBODY** [51] - 30:19, 51:20, 59:19, 82:5, 91:22, 97:13, 108:18, 108:25, 109:14, 109:16, 124:5, 126:3, 127:18, 129:4, 129:7, 137:1, 138:1, 145:10, 145:21,

145:25, 146:25, 147:17, 149:14, 151:7, 154:22, 156:13, 156:16, 161:1, 161:23, 162:4, 162:14, 162:23, 162:25, 163:8, 163:13, 164:5, 165:18, 166:23, 166:24, 167:3, 167:5, 168:4, 171:10, 172:18, 184:7, 186:22, 187:6, 188:11, 189:11, 192:17, 192:19
**SOMEBODY'S** [4] - 51:25, 58:24, 59:6, 64:12
**SOMEONE** [16] - 14:17, 18:17, 34:18, 72:22, 90:24, 125:13, 163:24, 166:7, 166:20, 173:12, 186:14, 187:23, 189:3, 189:4, 204:10, 247:8
**SOMETHING** [16] - 8:7, 21:21, 26:16, 33:18, 91:21, 129:20, 152:16, 171:16, 194:22, 201:12, 216:14, 219:1, 220:10, 230:2, 246:24, 249:20
**SOMETIMES** [9] - 4:24, 30:12, 34:2, 43:7, 43:13, 43:16, 43:21, 169:22, 185:2
**SOMEWHERE** [1] - 178:22
**SOON** [2] - 111:19, 131:17
**SOONER** [1] - 85:17
**SOOTHING** [3] - 145:4, 146:7, 146:9
**SORRY** [98] - 6:9, 8:15, 8:19, 14:6, 15:13, 16:3, 16:14, 19:3, 19:17, 19:22, 25:11, 25:24, 27:2, 27:21, 28:10, 29:9, 29:15, 30:6, 30:12, 31:14, 31:24, 32:1, 32:17, 36:7, 36:17, 37:15, 39:9, 39:17, 40:6, 62:13, 63:18, 66:25, 80:8, 83:5, 84:9, 84:13, 89:6,

90:20, 102:13, 103:11, 104:11, 111:2, 111:3, 120:4, 136:18, 141:17, 141:22, 141:25, 142:5, 154:11, 155:20, 155:21, 162:9, 162:12, 163:20, 165:12, 173:6, 176:7, 177:18, 179:19, 179:20, 181:10, 182:3, 182:4, 182:5, 182:20, 190:1, 194:13, 196:11, 204:22, 204:25, 205:2, 205:4, 205:12, 211:16, 222:6, 222:12, 224:12, 226:3, 230:20, 234:4, 235:17, 236:2, 236:11, 237:4, 237:19, 237:20, 238:7, 238:16, 240:11, 241:24, 245:1, 248:10
**SORT** [9] - 3:17, 7:9, 111:16, 137:2, 144:18, 158:24, 163:12, 219:22, 245:20
**SOUGHT** [2] - 45:19, 67:22
**SOUND** [5] - 145:4, 145:25, 146:7, 146:10, 235:25
**SOUNDING** [1] - 230:2
**SOUNDS** [3] - 137:24, 172:17, 178:21
**SOURCE** [2] - 158:7, 174:6
**SOURCES** [1] - 125:10
**SPARSE** [2] - 38:2, 247:23
**SPEAK** [8] - 24:8, 155:20, 189:24, 216:9, 226:13, 232:18, 233:5, 239:1
**SPEAKING** [10] - 24:17, 51:16, 51:22, 58:3, 58:21, 78:13, 97:3, 99:10, 211:6, 217:2
**SPEAKS** [3] - 24:19, 137:7, 172:18
**SPECIAL** [1] - 200:9
**SPECIALIST** [7] - 74:11, 74:17,

105:17, 109:15, 143:14, 218:16, 241:18

**SPECIALISTS** [5] - 74:19, 74:23, 105:21, 106:7, 107:17

**SPECIALTY** [4] - 116:12, 116:13, 116:14, 145:3

**SPECIFIC** [28] - 53:14, 53:15, 54:13, 57:17, 57:20, 58:12, 64:12, 66:7, 81:24, 83:12, 85:22, 89:20, 110:24, 122:23, 149:4, 149:8, 184:16, 193:4, 199:15, 202:13, 202:15, 204:5, 216:9, 221:17, 223:19, 229:19

**SPECIFICALLY** [9] - 75:15, 79:18, 79:22, 85:4, 107:1, 107:22, 186:9, 203:9, 234:7

**SPECIFY** [1] - 200:22

**SPEED** [1] - 176:1

**SPELL** [3] - 50:14, 115:14, 198:2

**SPEND** [5] - 114:14, 222:24, 246:14, 246:18, 246:21

**SPENT** [9] - 222:21, 223:7, 223:14, 224:4, 226:3, 239:4, 239:6, 239:8, 245:14

**SPIRIT** [1] - 196:2

**SPOKE** [3] - 37:17, 63:22, 178:9

**SPOT** [1] - 15:5

**SPOUSE'S** [1] - 240:21

**SQUARE** [1] - 46:21

**SQUEEZE** [2] - 244:18, 244:19

**SS** [1] - 8:25

**STABLE** [1] - 147:1

**STAFF** [4] - 64:23, 69:7, 75:7, 105:21

**STAGE** [1] - 42:6

**STAGES** [1] - 81:18

**STAKES** [5] - 22:10, 80:11, 94:1, 94:3, 209:12

**STAMP** [6] - 30:8, 30:11, 61:11, 100:20, 101:5, 142:6

**STANDARD** [18] - 18:13, 20:12, 53:5,

72:13, 72:25, 86:13, 103:22, 109:1, 109:24, 126:7, 126:8, 160:7, 186:15, 191:4, 191:9, 194:23, 194:24, 195:7

**STANDARDIZED** [6] - 120:8, 127:11, 208:14, 209:25, 210:4, 213:19

**STANDARDS** [2] - 85:24, 85:25

**STANDING** [1] - 14:25

**STANDS** [1] - 234:22

**STANZA** [2] - 179:22, 179:23

**START** [6] - 39:8, 123:14, 127:11, 140:15, 196:5, 199:25

**STARTED** [5] - 39:6, 54:20, 117:16, 166:18, 167:24

**STARTERS** [1] - 58:23

**STARTING** [1] - 101:13

**STARTS** [2] - 92:3, 140:14

**STATE** [10] - 22:18, 27:24, 50:13, 51:13, 104:18, 115:14, 198:2, 198:24, 239:16, 242:3

**STATED** [14] - 41:2, 97:12, 103:16, 103:19, 104:2, 113:17, 114:9, 177:2, 177:13, 203:8, 209:5, 220:21, 237:1, 238:1

**STATEMENT** [25] - 41:3, 41:15, 58:16, 58:23, 93:24, 101:22, 128:10, 137:20, 137:21, 202:9, 203:14, 206:11, 208:4, 208:7, 209:1, 209:3, 209:14, 227:4, 227:8, 227:11, 227:12, 228:24, 228:25, 235:18, 247:24

**STATEMENTS** [4] - 40:9, 113:3, 147:11, 227:14

**STATES** [17] - 1:1, 1:6, 51:10, 51:17, 51:18, 51:21, 70:2, 72:20,

79:22, 89:8, 89:12, 200:7, 201:25, 207:20, 212:2, 212:9, 213:2

**STATING** [1] - 99:8

**STATISTICAL** [3] - 46:19, 122:6, 207:25

**STATISTICS** [1] - 47:2

**STAY** [5] - 19:25, 54:24, 55:25, 132:9, 147:19

**STAYED** [1] - 221:16

**STAYS** [1] - 176:16

**STEMMING** [1] - 158:12

**STENOTYPE** [1] - 1:22

**STENOTYPE-COMPUTER** [1] - 1:22

**STEP** [36] - 16:2, 18:21, 22:15, 26:22, 45:9, 51:19, 51:23, 51:24, 52:3, 52:4, 52:5, 52:9, 52:12, 52:17, 54:11, 56:1, 56:2, 61:7, 63:21, 64:13, 64:25, 68:16, 68:19, 68:22, 69:8, 72:10, 104:3, 104:10, 104:20, 108:18, 135:18, 172:14, 206:19, 211:9

**STEPS** [7] - 51:20, 51:24, 52:14, 59:22, 106:1, 111:15, 187:16

**STILL** [22] - 6:14, 7:2, 17:16, 35:22, 48:1, 85:15, 86:9, 86:13, 109:1, 109:2, 134:11, 138:17, 138:18, 142:3, 194:11, 201:4, 203:2, 208:2, 235:12, 242:1

**STIMULANTS** [3] - 163:11, 192:1, 192:10

**STOP** [15] - 18:1, 24:5, 36:10, 37:14, 39:20, 90:6, 91:2, 91:24, 143:20, 167:1, 172:11, 172:18, 195:12, 195:14, 240:12

**STOPPED** [7] - 141:12, 141:14, 141:16, 141:17,

141:22, 142:1

**STORY** [2] - 42:17, 208:24

**STRAIGHTFORWARD** [1] - 230:3

**STRATEGIES** [5] - 172:6, 172:12, 172:13, 172:15, 172:22

**STRATEGIZE** [3] - 145:17, 172:12, 172:21

**STREAMLINE** [1] - 3:23

**STREET** [2] - 1:19, 2:3

**STRESS** [3] - 44:17, 46:7, 47:5

**STRESSFUL** [2] - 13:23, 44:20

**STRESSORS** [1] - 46:2

**STRETCHED** [1] - 123:8

**STRICT** [1] - 14:23

**STRIKE** [1] - 206:21

**STRIKING** [1] - 172:9

**STRING** [3] - 62:18, 71:1, 71:20

**STRONGLY** [1] - 66:5

**STRUCTURE** [4] - 38:6, 105:14, 105:19, 152:11

**STRUCTURED** [1] - 12:5

**STRUGGLE** [1] - 243:13

**STUDENT** [20] - 15:9, 20:17, 34:14, 67:10, 67:24, 68:1, 95:16, 137:8, 139:8, 167:20, 168:18, 169:5, 169:20, 181:3, 181:6, 181:13, 181:18, 182:8, 182:13, 190:12

**STUDENTS** [6] - 11:18, 14:22, 52:12, 137:12, 192:15, 199:13

**STUDIES** [2] - 124:13, 199:11

**STUDY** [4] - 86:8, 138:2, 153:3, 192:16

**STUDYING** [1] - 47:13

**SUB** [4] - 10:14, 34:4, 122:16, 171:14

**SUBJECT** [5] - 9:16, 9:24, 94:2, 215:12, 215:18

**SUBJECTIVE** [5] - 34:24, 99:9, 137:20, 137:21, 139:4

**SUBJECTS** [1] - 9:24

**SUBMISSION** [1] - 151:7

**SUBMIT** [27] - 53:7, 57:19, 58:8, 58:10, 58:14, 58:21, 59:20, 63:25, 70:14, 72:12, 90:24, 91:22, 92:5, 95:16, 97:13, 99:20, 103:17, 108:21, 109:1, 109:17, 109:22, 134:3, 162:2, 202:7, 205:24, 206:5, 243:8

**SUBMITTED** [35] - 33:2, 53:14, 62:5, 66:13, 68:6, 70:10, 89:18, 90:10, 90:15, 90:17, 91:9, 91:10, 91:13, 91:19, 94:6, 103:9, 105:23, 121:18, 133:6, 134:13, 134:17, 135:15, 136:5, 166:11, 170:16, 211:8, 211:12, 212:14, 217:19, 218:18, 223:20, 227:4, 230:9, 247:2

**SUBMITTING** [2] - 58:13, 160:9

**SUBPARAGRAPH** [1] - 89:11

**SUBPOENAED** [1] - 35:11

**SUBSTANCE** [1] - 180:2

**SUBSTANTIAL** [5] - 131:24, 195:8, 195:12, 222:2, 228:3

**SUBSTANTIALLY** [9] - 23:11, 42:9, 78:5, 89:21, 135:11, 156:14, 164:9, 164:19, 174:22

**SUBSTANTIATE** [4] - 133:8, 157:21, 217:6, 229:25

**SUBSTANTIVE** [5] - 69:9, 70:7, 72:9, 106:10, 219:2

**SUBSTANTIVELY** [1] - 106:14

**SUBTRACTION** [1] - 46:24

**SUCCEED** [1] - 35:4

**SUCCESS** [2] -

188:24, 189:6
**SUCCESSFUL** [2] -
189:8, 189:9
**SUCH** [21] - 11:10,
11:24, 12:7, 12:11,
13:22, 13:23, 25:21,
34:12, 43:5, 80:12,
107:10, 119:2,
125:23, 127:21,
145:2, 146:5,
147:11, 164:23,
204:4, 204:7, 237:10
**SUDDENLY** [1] -
167:10
**SUFFICIENCY** [1] -
12:22
**SUFFICIENT** [5] -
23:5, 29:22, 30:15,
37:7, 204:13
**SUGGEST** [5] - 11:7,
131:23, 140:23,
170:8, 201:8
**SUGGESTED** [3] -
96:25, 172:7
**SUGGESTION** [1] -
70:22
**SUITE** [1] - 2:3
**SUMMARY** [2] -
158:25, 159:2
**SUPER** [1] - 36:25
**SUPERVISED** [1] -
52:5
**SUPERVISING** [2] -
161:19, 200:4
**SUPPLEMENTAL** [1] -
65:1
**SUPPLY** [1] - 83:19
**SUPPORT** [26] -
58:19, 58:21, 69:9,
70:8, 72:10, 117:15,
121:19, 126:11,
129:10, 134:17,
137:10, 157:6,
159:7, 168:12,
200:9, 200:11,
202:17, 202:24,
211:13, 212:22,
213:25, 214:18,
217:5, 229:1,
230:13, 230:17
**SUPPORTED** [2] -
211:8, 211:21
**SUPPORTING** [9] -
70:20, 89:25, 91:5,
134:14, 202:1,
206:13, 207:14,
207:16, 219:10
**SUPPORTS** [4] -
203:17, 207:16,
210:20, 229:10

**SUPPOSE** [6] -
133:24, 183:9,
187:9, 187:13,
193:4, 195:6
**SUPPOSED** [3] - 26:8,
79:8, 176:2
**SURE** [52] - 5:15, 6:12,
9:7, 10:9, 10:24,
14:16, 21:1, 26:20,
33:8, 38:13, 39:5,
39:7, 41:7, 41:8,
43:2, 43:9, 48:11,
49:5, 52:11, 59:24,
61:18, 62:12, 70:5,
79:20, 80:6, 80:13,
80:21, 81:22, 86:4,
88:2, 96:1, 97:10,
105:20, 108:17,
111:6, 114:14,
142:8, 149:18,
155:13, 159:22,
159:23, 161:11,
162:25, 163:6,
164:3, 176:3,
184:22, 191:3,
193:20, 197:10,
228:5, 235:25
**SUSTAINED** [1] -
154:5
**SWEAR** [3] - 50:10,
115:12, 197:23
**SWEETHEART** [1] -
31:13
**SWITCHING** [1] -
116:3
**SWORN** [3] - 50:12,
115:13, 198:1
**SYMBOL** [1] - 179:7
**SYMPTOM** [8] -
159:20, 159:22,
160:11, 160:12,
160:15, 193:16,
194:1, 194:18
**SYMPTOMS** [41] -
122:13, 122:14,
122:19, 122:20,
122:21, 124:4,
125:10, 126:13,
131:22, 132:21,
144:23, 146:22,
147:12, 147:18,
148:8, 151:1, 153:6,
153:10, 153:12,
155:6, 158:1, 158:2,
158:11, 159:24,
160:4, 161:3,
162:23, 163:1,
179:25, 187:21,
208:9, 208:11,
209:9, 212:5,

212:15, 215:3,
215:6, 220:3, 237:12
**SYSTEM** [11] - 23:10,
25:7, 25:8, 25:19,
25:20, 61:12, 61:13,
158:14, 240:19,
240:20, 240:22
**SYSTEMS** [1] - 60:11

---

## T

**TABLET** [6] - 234:13,
236:22, 236:24,
237:4, 237:5
**TAD** [2] - 9:11, 17:2
**TAILOR** [1] - 16:18
**TAKE** [68] - 14:6,
15:10, 16:23, 17:8,
17:18, 18:18, 18:21,
21:25, 23:21, 24:15,
24:22, 31:6, 39:18,
47:8, 48:4, 48:6,
49:21, 49:24, 50:18,
52:13, 56:11, 100:9,
103:19, 112:9,
112:20, 114:17,
114:25, 117:2,
128:24, 133:4,
135:18, 139:7,
139:20, 144:25,
145:13, 152:16,
159:19, 162:15,
170:12, 173:10,
175:15, 185:21,
187:2, 187:16,
188:18, 192:1,
196:15, 197:11,
216:17, 216:19,
217:13, 217:15,
218:1, 218:8, 219:8,
223:24, 224:25,
225:14, 234:13,
236:19, 236:24,
237:4, 237:7,
241:24, 244:20
**TAKEN** [15] - 17:15,
18:4, 19:23, 20:6,
20:8, 22:5, 22:20,
23:16, 48:25, 50:3,
51:25, 115:2, 171:9,
175:20, 241:1
**TAKER** [2] - 19:4,
26:25
**TAKER'S** [1] - 26:19
**TAKERS** [1] - 59:15
**TAKES** [2] - 56:14,
223:12
**TAKING** [22] - 14:9,
17:20, 17:23, 18:11,
22:25, 26:7, 42:10,

42:17, 46:8, 47:9,
52:20, 54:11, 80:11,
94:15, 135:7,
135:12, 164:11,
175:5, 191:23,
204:17, 213:18,
237:10
**TALK** [5] - 3:6, 8:23,
45:20, 152:9, 190:2
**TALKED** [13] - 11:4,
17:3, 20:2, 21:8,
29:18, 30:14, 31:8,
34:8, 48:10, 107:3,
107:9, 151:11, 166:5
**TALKING** [17] - 4:7,
13:20, 14:10, 16:1,
18:10, 30:4, 36:15,
88:3, 108:11,
163:23, 163:24,
203:24, 224:14,
239:9, 243:2,
243:15, 245:15
**TALLER** [1] - 193:1
**TASK** [2] - 192:13,
194:6
**TASKS** [7] - 13:21,
145:2, 145:12,
145:23, 153:1, 194:9
**TAUGHT** [5] - 119:14,
119:16, 199:11,
199:14
**TEACH** [1] - 119:20
**TEACHER** [18] - 9:20,
10:21, 59:9, 95:15,
95:18, 95:24, 96:4,
96:5, 96:23, 125:6,
181:2, 181:5,
181:12, 181:17,
181:23, 182:8,
182:12, 182:15
**TEACHER'S** [1] - 96:8
**TEACHERS** [7] - 9:2,
12:11, 34:21,
171:11, 171:17,
172:7, 173:8
**TEACHING** [1] - 15:1
**TEAM** [1] - 5:5
**TEAMS** [1] - 1:9
**TECHNICALITY** [1] -
24:14
**TECHNOLOGY** [2] -
4:20, 4:21
**TELL** [64] - 3:8, 14:20,
24:8, 27:6, 27:22,
34:22, 35:19, 42:14,
42:17, 55:21, 78:14,
79:24, 87:20,
127:12, 128:4,
128:11, 128:13,
128:15, 129:15,

130:1, 130:2,
130:21, 131:2,
131:8, 132:1, 132:8,
132:11, 132:18,
133:20, 134:8,
134:10, 134:18,
134:21, 134:24,
135:2, 135:5,
136:21, 137:21,
139:5, 145:8,
146:18, 147:9,
147:22, 148:7,
148:11, 148:12,
152:13, 156:8,
156:9, 159:17,
160:20, 168:7,
168:16, 205:12,
208:7, 208:15,
208:23, 213:13,
213:15, 234:12,
234:22, 235:10,
245:18, 249:20
**TELLING** [6] - 28:3,
37:20, 132:22,
132:23, 132:24,
190:6
**TELLS** [6] - 46:11,
72:23, 128:6,
136:23, 146:21,
213:17
**TEN** [6] - 49:25, 51:4,
178:12, 194:19,
223:8, 239:22
**TEN-MINUTE** [1] -
49:25
**TEND** [1] - 126:2
**TENDER** [1] - 49:16
**TERMINOLOGY** [1] -
108:13
**TERMS** [5] - 3:10, 4:6,
4:7, 168:4, 173:2
**TERRIBLY** [1] -
169:18
**TEST** [105] - 19:4,
25:3, 26:18, 26:25,
40:16, 42:10, 52:21,
52:23, 53:2, 53:5,
53:7, 53:9, 53:10,
53:14, 53:15, 53:21,
54:8, 54:14, 55:7,
56:16, 58:9, 58:15,
59:15, 59:24, 64:25,
65:17, 66:7, 66:9,
67:7, 73:2, 84:17,
92:7, 92:19, 93:14,
94:12, 99:22, 102:7,
106:5, 108:19,
108:22, 109:3,
129:25, 133:19,
133:23, 134:11,

139:17, 139:19, 139:20, 151:14, 153:16, 153:18, 153:19, 153:25, 157:3, 160:11, 161:21, 162:15, 163:25, 165:4, 165:16, 165:20, 193:21, 194:1, 194:4, 194:18, 200:7, 201:19, 201:21, 205:18, 205:22, 205:24, 206:4, 206:18, 207:10, 207:20, 207:22, 208:14, 209:6, 209:11, 211:14, 215:7, 215:14, 216:2, 216:6, 217:1, 217:5, 217:7, 217:19, 217:25, 222:11, 225:4, 225:16, 225:19, 228:6, 240:6, 240:23, 242:8, 242:10, 242:18, 242:22, 242:23, 242:24, 244:6, 248:17

**TESTED** [1] - 194:10

**TESTIFIED** [17] - 10:13, 73:21, 74:1, 80:19, 86:22, 87:13, 166:6, 177:4, 177:5, 177:15, 183:15, 183:19, 184:17, 186:1, 190:4, 190:14, 190:18

**TESTIFY** [3] - 37:5, 80:3, 201:8

**TESTIFYING** [3] - 200:24, 244:25, 246:21

**TESTIMONIES** [1] - 14:14

**TESTIMONY** [29] - 3:4, 9:18, 32:8, 39:6, 39:8, 42:24, 48:14, 48:15, 49:2, 49:13, 80:15, 87:2, 122:3, 139:22, 170:24, 171:7, 171:22, 172:1, 173:2, 173:7, 177:3, 177:14, 183:16, 186:1, 188:21, 190:22, 193:4, 204:20

**TESTING** [31] - 56:7, 58:13, 60:24, 63:15, 70:8, 93:4, 111:15,

119:1, 121:8, 121:18, 121:19, 126:5, 127:4, 135:22, 149:10, 149:17, 161:25, 163:24, 201:2, 202:20, 204:1, 205:14, 211:9, 211:21, 212:8, 212:23, 213:25, 214:12, 214:19, 231:2, 242:6

**TESTS** [31] - 34:1, 42:17, 45:22, 45:23, 93:11, 120:8, 129:6, 137:25, 138:10, 149:19, 153:19, 153:20, 154:10, 154:11, 159:21, 159:22, 160:8, 160:12, 160:16, 160:24, 162:16, 165:25, 166:1, 186:25, 191:8, 191:9, 191:10, 193:17, 194:13, 226:10

**TEXT** [4] - 55:21, 179:21, 208:1, 221:13

**TH** [1] - 115:8

**THAN** [34] - 9:24, 14:3, 15:8, 18:22, 25:1, 46:18, 51:14, 79:21, 113:18, 114:1, 124:17, 124:21, 129:8, 132:15, 138:9, 139:13, 146:12, 152:23, 160:22, 168:12, 179:24, 195:19, 197:7, 197:17, 213:15, 223:12, 227:12, 228:3, 228:18, 238:2, 238:13, 238:20, 239:5, 239:14

**THANK** [96] - 6:3, 7:4, 8:10, 9:11, 19:21, 21:7, 21:11, 28:7, 32:3, 32:23, 36:5, 36:8, 47:16, 50:1, 50:5, 50:17, 50:24, 62:10, 62:22, 73:14, 73:20, 79:5, 83:21, 84:13, 87:16, 88:20, 89:4, 97:4, 98:24, 100:14, 100:17, 100:18, 100:23, 101:5, 101:19,

101:24, 102:22, 102:23, 103:20, 104:25, 105:7, 105:8, 107:8, 108:4, 108:7, 112:5, 112:6, 112:7, 112:8, 115:18, 115:21, 116:6, 132:13, 136:9, 142:9, 142:11, 155:14, 155:25, 175:12, 175:18, 176:22, 179:15, 179:22, 180:4, 180:19, 182:18, 183:12, 184:15, 185:9, 196:12, 196:15, 197:15, 198:6, 201:15, 207:2, 220:25, 221:3, 221:19, 226:21, 227:8, 234:25, 237:18, 239:17, 239:23, 241:15, 241:16, 242:1, 243:19, 244:15, 244:21, 247:13, 247:15, 249:10, 249:12, 249:24, 249:25

**THANKS** [4] - 26:4, 35:21, 116:5, 196:1

**THAT** [1209] - 3:16, 4:12, 4:16, 4:24, 5:15, 6:2, 8:5, 8:8, 8:18, 8:20, 8:23, 8:25, 9:1, 9:2, 9:4, 9:7, 9:19, 9:23, 10:8, 10:13, 10:14, 10:17, 10:19, 10:21, 10:22, 10:24, 10:25, 11:1, 11:6, 11:8, 11:12, 11:13, 11:15, 11:18, 11:19, 11:21, 11:25, 12:2, 12:3, 12:6, 12:7, 12:9, 12:13, 12:14, 12:16, 12:21, 13:4, 13:7, 13:9, 13:11, 13:13, 13:16, 14:5, 14:11, 14:16, 14:23, 15:17, 15:19, 15:21, 15:22, 15:23, 16:2, 16:3, 16:4, 16:11, 17:5, 17:9, 17:10, 17:22, 18:3, 18:4, 18:5, 18:6, 18:7, 18:8, 18:12, 18:13, 18:15, 18:16, 18:20, 18:21, 18:24, 19:1, 19:2, 19:3, 19:4, 19:7, 19:8,

19:17, 19:21, 20:4, 20:6, 20:11, 20:14, 20:20, 20:23, 21:8, 21:12, 21:15, 21:19, 21:25, 22:2, 22:5, 22:7, 22:8, 22:10, 22:15, 22:16, 22:18, 22:21, 23:16, 23:17, 23:22, 23:23, 24:2, 24:8, 24:10, 24:14, 24:16, 24:18, 24:21, 25:13, 25:14, 25:15, 25:16, 25:18, 26:1, 26:2, 26:3, 26:6, 26:7, 26:8, 26:9, 26:11, 26:12, 26:13, 26:14, 26:16, 26:20, 26:21, 27:4, 27:6, 27:8, 27:11, 28:11, 28:20, 28:21, 29:1, 29:8, 29:17, 29:20, 29:22, 29:23, 29:24, 29:25, 30:7, 30:11, 30:13, 30:14, 30:16, 30:17, 30:18, 30:19, 30:23, 31:6, 31:7, 31:8, 31:9, 31:18, 31:22, 31:23, 32:1, 32:3, 32:5, 32:8, 32:18, 32:24, 33:1, 33:2, 33:4, 33:13, 33:14, 33:16, 33:18, 33:22, 33:25, 34:2, 34:5, 34:7, 34:10, 34:13, 34:18, 34:19, 34:22, 34:23, 34:24, 35:2, 35:3, 35:5, 35:9, 35:10, 35:12, 35:22, 35:23, 36:2, 36:7, 36:13, 36:16, 36:24, 37:5, 37:6, 37:7, 37:8, 37:20, 37:21, 38:1, 38:6, 38:8, 38:10, 38:13, 38:15, 39:1, 39:2, 39:5, 39:7, 39:9, 39:23, 40:20, 40:23, 40:24, 41:3, 41:7, 41:8, 41:15, 42:8, 42:16, 42:24, 43:4, 43:5, 43:7, 43:9, 43:24, 44:3, 44:9, 44:10, 44:18, 44:19, 44:21, 44:22, 44:23, 44:24, 44:25, 45:6, 45:8, 45:9, 45:11, 45:18, 45:19, 45:24, 46:1, 46:2, 46:3, 46:4, 46:9, 46:10, 46:19, 46:22, 46:25, 47:4, 47:5, 47:6,

47:8, 47:9, 47:10, 47:12, 48:14, 48:15, 48:18, 48:22, 48:25, 49:6, 49:9, 49:11, 49:14, 51:7, 51:15, 51:19, 52:12, 52:13, 52:18, 52:22, 52:25, 53:2, 53:13, 54:9, 55:5, 55:25, 56:10, 56:11, 56:12, 57:14, 57:16, 57:18, 58:8, 59:19, 59:21, 59:23, 59:24, 60:2, 60:10, 60:11, 60:12, 61:6, 61:7, 61:11, 61:13, 61:14, 62:5, 63:1, 63:2, 64:11, 64:13, 64:15, 64:22, 65:3, 65:19, 66:2, 66:3, 66:22, 67:8, 67:12, 67:24, 68:1, 68:9, 69:4, 69:7, 69:10, 69:14, 70:2, 70:6, 70:10, 70:15, 71:4, 71:10, 71:23, 71:24, 72:9, 72:19, 72:25, 73:2, 73:9, 74:10, 74:12, 74:15, 75:13, 75:25, 76:3, 76:7, 76:9, 76:11, 76:12, 76:13, 77:1, 77:8, 77:9, 77:24, 78:5, 78:8, 78:11, 78:14, 78:16, 78:25, 79:15, 79:19, 79:24, 80:10, 80:16, 81:4, 81:9, 81:12, 81:17, 81:25, 82:11, 82:13, 82:15, 82:17, 82:20, 82:22, 82:24, 82:25, 83:1, 83:4, 83:10, 83:13, 83:15, 83:18, 83:20, 83:22, 83:25, 84:2, 85:2, 85:11, 85:14, 85:18, 85:19, 86:2, 86:8, 86:9, 86:17, 86:20, 86:22, 86:23, 87:2, 87:3, 87:10, 87:13, 88:3, 88:5, 88:7, 88:22, 88:23, 89:3, 89:22, 90:10, 90:15, 90:21, 90:23, 91:6, 91:7, 91:8, 91:12, 91:18, 91:19, 91:22, 92:6, 92:12, 93:7, 93:9, 93:10, 93:16, 93:19, 93:20, 93:21, 93:24, 93:25, 94:7, 94:9, 94:15, 94:19, 94:20, 95:21, 96:17, 96:23, 97:1,

97:7, 97:8, 97:12,
97:13, 97:15, 97:19,
97:23, 98:2, 98:14,
98:19, 98:22, 99:1,
99:3, 99:6, 99:17,
99:20, 100:4,
100:11, 100:12,
100:17, 101:6,
101:14, 102:4,
102:10, 103:2,
103:5, 103:9,
103:16, 103:17,
103:25, 104:1,
104:2, 104:3, 104:6,
104:12, 104:19,
104:20, 105:19,
106:9, 106:10,
107:3, 107:4, 107:5,
107:7, 107:11,
107:16, 107:25,
108:14, 108:16,
108:20, 108:23,
108:25, 109:5,
109:6, 109:11,
109:15, 109:21,
110:7, 110:12,
110:15, 110:16,
110:19, 110:20,
110:24, 112:3,
112:14, 112:25,
113:4, 113:12,
114:3, 114:9,
114:15, 114:17,
114:19, 114:23,
116:14, 116:18,
116:22, 117:12,
117:18, 117:19,
117:20, 117:21,
117:25, 118:8,
118:9, 119:3, 119:4,
119:11, 119:18,
120:19, 121:4,
121:15, 121:17,
122:8, 122:16,
123:2, 123:4, 123:7,
123:11, 123:13,
123:16, 124:3,
124:7, 124:9,
124:10, 124:13,
124:14, 125:2,
125:5, 125:11,
125:13, 125:23,
126:2, 126:3,
126:10, 127:3,
127:4, 127:14,
127:22, 127:24,
128:6, 128:18,
129:1, 129:5,
129:11, 129:18,
129:19, 129:20,
130:13, 130:14,

130:17, 130:19,
131:6, 131:11,
131:16, 131:18,
131:19, 131:23,
131:24, 132:21,
132:23, 132:24,
133:2, 133:5,
133:23, 134:2,
134:10, 134:12,
134:16, 135:6,
135:11, 135:15,
135:16, 135:25,
136:3, 136:22,
136:24, 137:4,
137:6, 137:7, 137:9,
138:5, 138:6, 138:7,
138:16, 138:18,
139:5, 139:7,
139:10, 139:12,
139:14, 139:22,
140:4, 140:12,
140:14, 140:23,
141:14, 141:16,
141:17, 141:23,
142:25, 143:4,
143:7, 143:11,
143:13, 143:14,
144:6, 144:13,
144:25, 145:6,
145:17, 145:18,
145:19, 145:20,
145:24, 146:6,
146:9, 146:10,
146:12, 146:22,
146:23, 147:4,
147:10, 147:12,
147:15, 147:16,
148:8, 148:12,
148:18, 148:19,
148:22, 149:5,
149:16, 149:18,
149:19, 149:23,
149:24, 150:7,
150:12, 150:17,
150:20, 150:22,
151:3, 151:15,
151:17, 152:1,
152:13, 152:20,
152:22, 153:2,
153:11, 153:12,
153:21, 153:22,
154:8, 154:19,
154:23, 155:6,
155:14, 155:20,
156:3, 156:7, 156:9,
156:11, 156:14,
156:16, 156:17,
156:25, 157:5,
157:9, 157:20,
158:3, 158:4, 158:6,
158:7, 158:9,

158:10, 159:15,
159:16, 159:23,
160:2, 160:4, 161:6,
161:9, 161:18,
161:23, 162:6,
162:13, 162:14,
162:25, 163:24,
164:1, 164:2, 164:3,
164:5, 164:9,
164:17, 164:18,
164:21, 164:23,
165:1, 165:15,
165:17, 166:6,
166:7, 166:8,
166:10, 166:15,
167:4, 167:9,
167:18, 167:19,
167:22, 168:7,
168:20, 168:21,
169:7, 169:11,
169:18, 169:24,
170:4, 170:7, 170:8,
170:12, 170:16,
170:20, 171:3,
171:7, 171:13,
171:15, 171:16,
172:4, 172:5, 172:6,
172:9, 172:10,
172:14, 172:15,
172:18, 172:20,
173:2, 173:7,
173:10, 173:12,
173:14, 173:19,
173:20, 174:12,
174:14, 174:17,
175:8, 175:23,
176:3, 176:12,
176:15, 177:2,
177:3, 177:4, 177:7,
177:13, 177:14,
177:15, 177:19,
177:20, 178:17,
179:20, 180:4,
180:16, 180:17,
180:25, 181:2,
181:5, 181:6, 181:9,
181:12, 181:15,
181:17, 182:3,
182:7, 182:10,
182:12, 182:15,
182:17, 182:20,
182:22, 182:23,
183:2, 183:6,
183:11, 183:12,
183:15, 183:16,
183:19, 183:20,
183:23, 184:9,
184:15, 184:17,
184:18, 184:21,
184:24, 185:3,
185:6, 185:7, 186:9,

186:14, 186:17,
186:19, 186:21,
187:2, 187:6, 187:9,
187:13, 187:14,
187:15, 187:17,
188:3, 188:4, 188:7,
188:10, 188:17,
188:18, 188:22,
189:9, 189:12,
189:13, 189:17,
189:18, 189:19,
189:25, 190:3,
190:4, 190:7,
190:11, 191:5,
191:7, 191:12,
191:16, 191:20,
191:21, 191:23,
192:1, 192:5,
192:17, 192:19,
192:20, 193:4,
193:9, 193:10,
193:11, 193:13,
193:15, 193:20,
194:2, 194:8, 194:9,
194:12, 194:14,
194:15, 194:20,
194:22, 195:11,
195:19, 195:25,
197:6, 197:11,
199:5, 199:22,
200:19, 200:20,
201:13, 201:20,
201:25, 202:5,
202:7, 202:9,
202:16, 202:23,
203:8, 203:10,
203:18, 203:19,
203:25, 204:17,
205:17, 206:9,
206:10, 206:21,
207:6, 207:18,
208:7, 208:25,
209:3, 209:16,
210:9, 210:11,
211:3, 211:7,
211:11, 211:12,
211:20, 212:2,
212:10, 212:13,
213:3, 213:4, 213:5,
213:6, 213:9,
213:16, 213:22,
214:5, 214:9,
214:18, 214:21,
215:7, 215:17,
215:25, 216:4,
216:5, 216:7,
216:10, 216:15,
216:16, 216:17,
216:19, 216:24,
217:4, 217:7, 217:9,
217:11, 217:13,

217:19, 218:1,
218:11, 218:15,
218:16, 218:20,
219:2, 219:4, 219:8,
219:11, 219:16,
219:23, 219:25,
220:2, 220:4, 220:7,
220:10, 220:21,
221:5, 221:9,
221:13, 221:18,
221:19, 221:20,
221:21, 221:23,
222:1, 222:14,
222:21, 223:3,
223:5, 223:7,
223:14, 223:24,
224:5, 224:13,
225:2, 225:4, 225:5,
225:7, 225:24,
226:2, 226:9,
226:15, 226:16,
226:22, 226:23,
227:2, 227:3, 227:7,
227:9, 227:11,
227:19, 228:1,
228:4, 228:16,
228:23, 229:3,
229:4, 229:13,
229:18, 229:19,
229:22, 230:5,
230:8, 230:10,
230:16, 230:25,
231:5, 231:6, 231:7,
231:9, 231:10,
231:11, 231:12,
231:24, 232:6,
232:9, 232:14,
232:18, 232:19,
233:25, 235:8,
235:14, 235:19,
235:24, 236:3,
236:11, 236:15,
236:23, 237:1,
237:2, 237:3, 237:5,
237:6, 237:7, 237:9,
237:12, 237:14,
237:15, 237:18,
237:20, 237:22,
238:2, 238:4,
238:12, 238:19,
238:25, 239:4,
239:11, 239:13,
239:17, 240:4,
240:17, 240:24,
240:25, 241:3,
241:9, 241:12,
241:17, 241:22,
242:5, 242:15,
242:18, 242:21,
243:7, 243:8,
243:16, 244:9,

244:10, 244:11,
245:9, 245:14,
245:24, 246:1,
246:14, 247:2,
247:24, 248:25,
249:3, 249:13,
249:15, 249:19,
250:3
**THAT'LL** [1] - 113:13
**THAT'S** [115] - 5:3,
6:19, 6:22, 14:18,
15:2, 27:2, 27:17,
28:1, 29:3, 29:5,
31:25, 32:20, 34:6,
35:8, 37:24, 38:25,
41:1, 44:15, 49:13,
49:15, 49:24, 55:23,
56:11, 59:2, 62:12,
62:14, 68:12, 74:9,
74:21, 75:15, 76:6,
81:11, 84:12, 86:16,
87:15, 98:15,
100:18, 103:11,
105:5, 108:3,
111:21, 113:12,
114:11, 117:17,
124:22, 127:1,
131:19, 132:13,
133:2, 138:18,
142:24, 146:8,
150:11, 151:24,
152:17, 152:24,
153:20, 154:7,
155:12, 156:10,
156:13, 158:8,
159:6, 159:12,
160:6, 161:22,
161:25, 165:13,
166:9, 166:14,
166:24, 174:15,
175:24, 176:12,
177:21, 178:2,
178:8, 180:18,
181:15, 182:1,
184:5, 187:3,
188:20, 190:12,
192:12, 192:20,
193:25, 195:25,
201:7, 212:17,
216:15, 224:18,
225:7, 225:13,
230:14, 232:17,
234:12, 235:5,
235:6, 236:11,
236:13, 236:15,
238:6, 238:21,
240:8, 241:2, 243:2,
243:20, 245:8,
247:3, 249:5
**THE** [1801] - 1:1, 1:2,
1:11, 2:4, 3:2, 3:7,

3:8, 3:14, 3:16, 3:18,
3:19, 3:25, 4:2, 4:5,
4:10, 4:20, 4:21,
4:24, 5:6, 5:7, 5:8,
5:12, 5:14, 5:16,
5:18, 5:23, 6:1, 6:4,
6:7, 6:11, 6:21, 6:24,
7:1, 7:9, 7:15, 7:21,
8:1, 8:3, 8:4, 8:8,
8:15, 8:17, 8:23,
8:24, 9:3, 9:5, 9:10,
9:11, 9:16, 9:17,
9:19, 9:20, 9:25,
10:2, 10:5, 10:10,
10:18, 10:19, 10:20,
10:21, 10:22, 10:25,
11:10, 11:11, 11:17,
11:22, 11:24, 12:3,
12:4, 12:10, 12:13,
12:16, 12:17, 12:18,
12:19, 12:22, 12:23,
13:1, 13:5, 13:19,
14:3, 14:4, 14:5,
14:7, 14:10, 14:11,
14:13, 14:15, 14:18,
14:19, 15:2, 15:5,
15:6, 15:17, 15:18,
15:20, 15:21, 16:1,
16:2, 16:3, 16:4,
16:5, 16:9, 16:10,
16:11, 16:12, 16:14,
16:15, 16:19, 16:20,
16:22, 16:23, 17:1,
17:7, 17:11, 17:16,
17:17, 17:19, 17:20,
17:21, 17:22, 17:24,
17:25, 18:6, 18:7,
18:9, 18:11, 18:12,
18:14, 18:19, 18:20,
18:21, 18:23, 18:25,
19:8, 19:9, 19:10,
19:17, 19:18, 19:19,
19:24, 20:5, 20:15,
20:16, 20:17, 20:19,
20:21, 20:23, 20:25,
21:3, 21:14, 21:17,
21:18, 21:20, 22:3,
22:7, 22:8, 22:9,
22:11, 22:18, 22:19,
22:21, 22:24, 22:25,
23:1, 23:2, 23:10,
23:16, 23:19, 23:20,
23:23, 23:24, 24:2,
24:9, 24:13, 25:2,
25:3, 25:7, 25:8,
25:10, 25:17, 25:21,
25:25, 26:3, 26:11,
26:12, 26:15, 26:18,
26:21, 26:22, 26:24,
26:25, 27:2, 27:3,
27:11, 27:13, 27:14,

27:15, 27:16, 27:19,
27:21, 27:22, 27:24,
27:25, 28:2, 28:5,
28:6, 28:11, 28:14,
28:20, 28:21, 28:23,
28:24, 28:25, 29:1,
29:7, 29:8, 29:12,
29:17, 29:18, 29:20,
29:21, 29:24, 30:1,
30:2, 30:6, 30:13,
30:14, 30:16, 30:18,
31:2, 31:4, 31:8,
31:12, 31:13, 31:21,
31:24, 32:4, 32:8,
32:13, 33:1, 33:3,
33:4, 33:8, 33:12,
33:13, 33:15, 33:18,
34:3, 34:9, 35:8,
35:9, 35:11, 35:13,
35:15, 36:6, 36:12,
36:13, 36:15, 36:16,
36:18, 36:24, 37:4,
37:8, 37:18, 38:1,
38:5, 38:17, 38:20,
38:23, 38:25, 39:3,
39:5, 39:6, 39:8,
39:9, 39:11, 39:17,
39:19, 40:4, 40:7,
40:10, 40:16, 40:20,
40:24, 41:6, 41:9,
41:15, 41:16, 41:21,
42:3, 42:5, 42:6,
42:7, 42:10, 42:12,
43:2, 43:3, 43:11,
43:12, 43:13, 43:17,
43:23, 44:2, 44:4,
44:9, 44:13, 44:16,
44:17, 44:21, 44:22,
45:9, 45:18, 45:23,
46:2, 46:3, 46:6,
46:8, 46:17, 46:19,
46:20, 46:22, 47:5,
47:6, 47:11, 47:13,
47:14, 47:16, 47:21,
47:23, 47:25, 48:7,
48:11, 48:12, 48:14,
48:16, 48:17, 48:20,
48:23, 48:24, 49:8,
49:10, 49:12, 49:17,
49:20, 49:22, 49:24,
50:4, 50:6, 50:8,
50:9, 50:10, 50:11,
50:13, 50:14, 50:15,
50:17, 50:18, 51:1,
51:5, 51:6, 51:8,
51:9, 51:11, 51:12,
51:13, 51:16, 51:18,
51:21, 51:22, 52:3,
52:4, 52:6, 52:8,
52:12, 52:17, 52:18,
52:20, 52:22, 52:23,

52:25, 53:3, 53:5,
53:8, 53:9, 53:19,
53:20, 54:5, 54:6,
54:9, 54:11, 54:18,
54:25, 55:3, 55:4,
55:5, 55:6, 55:13,
55:17, 55:18, 55:21,
55:22, 56:2, 56:4,
56:6, 56:9, 56:11,
56:14, 56:15, 56:16,
57:4, 57:13, 57:14,
57:15, 57:24, 58:3,
58:5, 58:7, 58:23,
58:24, 59:4, 59:7,
59:11, 59:12, 59:14,
59:15, 59:16, 59:17,
59:21, 59:24, 60:4,
60:9, 60:11, 60:17,
61:2, 61:5, 61:6,
61:7, 61:11, 61:19,
62:2, 62:4, 62:6,
62:9, 62:12, 62:16,
62:19, 62:24, 63:2,
63:8, 63:15, 63:22,
64:9, 64:10, 64:11,
64:15, 64:17, 64:22,
65:3, 65:9, 65:14,
66:1, 66:3, 66:4,
66:6, 66:8, 66:15,
66:20, 66:21, 66:22,
67:7, 67:11, 67:12,
67:18, 67:23, 67:24,
67:25, 68:1, 68:2,
68:6, 68:10, 68:19,
68:22, 69:1, 69:2,
69:14, 69:20, 69:24,
69:25, 70:1, 70:3,
70:9, 70:14, 70:15,
70:25, 71:2, 71:4,
71:14, 71:16, 72:1,
72:7, 72:17, 72:23,
72:24, 73:2, 73:13,
74:1, 74:3, 74:4,
74:6, 74:7, 74:11,
74:12, 74:14, 74:16,
74:18, 74:22, 74:25,
75:3, 75:12, 75:19,
75:24, 76:7, 76:11,
76:12, 76:13, 76:14,
76:15, 76:25, 77:8,
77:9, 78:2, 78:4,
78:8, 78:10, 78:11,
78:14, 78:17, 78:22,
78:24, 78:25, 79:1,
79:3, 79:7, 79:15,
79:17, 79:18, 79:20,
79:21, 79:22, 80:2,
80:12, 80:16, 80:18,
80:19, 80:20, 80:23,
80:25, 81:5, 81:7,
81:8, 81:23, 82:1,

82:3, 82:7, 82:11,
82:13, 82:14, 82:18,
82:20, 82:21, 83:10,
83:13, 83:20, 83:23,
83:25, 84:15, 84:17,
84:19, 85:2, 85:20,
85:22, 86:6, 86:7,
86:12, 86:13, 87:2,
87:3, 87:5, 87:7,
87:9, 87:14, 87:18,
87:21, 88:2, 88:4,
88:17, 88:19, 88:22,
89:3, 89:9, 89:11,
89:15, 89:18, 89:19,
89:20, 89:23, 89:24,
91:3, 91:4, 91:14,
92:1, 92:12, 92:16,
93:16, 93:17, 93:25,
94:2, 94:3, 94:4,
94:8, 94:10, 94:11,
94:18, 94:20, 94:23,
94:24, 95:1, 95:2,
95:6, 95:10, 95:25,
96:1, 96:4, 96:5,
96:8, 96:14, 96:17,
96:20, 97:1, 97:7,
97:15, 97:23, 98:9,
98:13, 98:15, 98:21,
98:23, 99:4, 99:8,
99:11, 99:20, 100:4,
100:6, 100:10,
100:12, 100:20,
100:24, 101:9,
101:10, 101:11,
101:12, 101:16,
102:8, 102:17,
102:18, 102:20,
103:22, 104:3,
105:1, 105:6, 105:8,
105:9, 105:14,
105:16, 105:17,
105:18, 105:22,
105:23, 106:2,
106:3, 106:4, 106:7,
106:10, 106:14,
106:16, 106:17,
106:22, 107:4,
107:5, 108:7,
108:10, 108:11,
108:14, 108:17,
108:23, 108:24,
109:4, 109:6, 109:7,
109:8, 109:9,
109:14, 109:19,
109:20, 109:22,
110:3, 110:5, 110:6,
110:9, 110:12,
110:13, 110:16,
110:17, 110:19,
110:20, 110:21,
110:23, 111:1,

111:4, 111:7,
111:10, 111:13,
111:14, 111:18,
112:3, 112:5, 112:7,
112:9, 112:11,
112:12, 112:16,
112:22, 112:25,
113:5, 113:8,
113:10, 113:11,
113:13, 113:16,
113:21, 113:25,
114:2, 114:5, 114:7,
114:9, 114:10,
114:11, 114:16,
114:18, 114:21,
114:23, 114:25,
115:4, 115:7, 115:9,
115:11, 115:12,
115:14, 115:15,
115:16, 115:18,
115:19, 116:1,
116:2, 116:3,
116:20, 117:7,
117:11, 117:12,
117:18, 117:25,
118:1, 118:2, 118:5,
118:22, 118:24,
119:3, 119:7, 119:8,
119:9, 119:12,
119:20, 120:4,
120:13, 120:15,
120:20, 120:21,
121:4, 121:13,
121:16, 121:24,
121:25, 122:2,
122:5, 122:7,
122:11, 122:12,
122:13, 122:14,
122:16, 122:17,
122:19, 122:20,
122:22, 122:24,
122:25, 123:2,
123:3, 123:6, 123:7,
123:8, 123:9,
123:16, 123:17,
123:19, 123:23,
124:1, 124:6,
124:11, 124:12,
124:22, 124:23,
124:24, 125:1,
125:3, 125:5, 125:7,
125:8, 125:10,
125:12, 125:15,
126:1, 126:2, 126:6,
126:8, 126:10,
126:11, 126:16,
126:17, 126:20,
126:24, 127:4,
127:9, 127:14,
127:16, 127:19,
128:3, 128:4, 128:8,

128:15, 128:21,
128:22, 129:5,
129:9, 129:11,
129:13, 129:24,
130:2, 130:5, 130:6,
130:9, 130:12,
130:16, 130:19,
130:21, 130:24,
131:1, 131:2, 131:5,
131:6, 131:7,
131:12, 131:13,
131:15, 131:16,
131:21, 131:22,
132:1, 132:5, 132:6,
132:9, 132:17,
132:23, 133:4,
133:5, 133:6,
133:14, 133:15,
133:18, 133:21,
134:1, 134:4, 134:6,
134:9, 134:11,
134:15, 134:16,
135:7, 135:8,
135:10, 135:13,
135:15, 135:18,
135:22, 136:4,
136:5, 136:12,
136:16, 136:18,
136:22, 136:24,
137:7, 137:20,
137:22, 138:16,
138:21, 139:4,
139:5, 139:10,
139:14, 139:17,
139:18, 139:19,
139:20, 139:23,
140:5, 140:6, 140:8,
140:13, 141:1,
141:9, 141:17,
141:20, 141:21,
142:1, 142:3, 142:6,
142:7, 142:21,
142:24, 143:7,
143:15, 143:25,
144:2, 144:20,
144:25, 145:5,
145:6, 145:7, 145:8,
145:17, 145:19,
145:20, 145:23,
146:5, 146:9,
146:13, 146:19,
147:3, 147:6, 147:9,
148:3, 148:18,
148:20, 148:24,
149:12, 149:13,
150:3, 150:6, 150:7,
150:12, 150:25,
151:1, 151:4, 151:6,
151:8, 151:10,
151:14, 151:16,
151:20, 151:21,

151:23, 152:3,
152:20, 153:4,
153:6, 153:7, 153:9,
153:11, 153:15,
153:19, 153:20,
153:21, 153:22,
153:23, 153:25,
154:1, 154:3, 154:8,
154:12, 154:14,
154:17, 155:1,
155:3, 155:4, 155:7,
155:11, 155:13,
155:23, 156:3,
156:5, 156:10,
156:15, 156:20,
156:21, 156:22,
156:23, 156:25,
157:1, 157:2, 157:4,
157:6, 157:8,
157:13, 157:18,
157:19, 157:20,
157:21, 157:23,
157:24, 158:1,
158:2, 158:3, 158:7,
158:8, 158:9,
158:10, 158:12,
158:14, 158:17,
158:21, 158:23,
158:25, 159:1,
159:2, 159:7,
159:10, 159:11,
159:15, 159:16,
160:18, 160:20,
161:3, 161:19,
161:22, 161:25,
162:4, 162:6, 162:9,
162:12, 162:13,
162:14, 162:16,
162:22, 162:23,
163:3, 163:19,
163:20, 163:22,
163:23, 163:24,
164:2, 164:3, 164:4,
164:8, 164:11,
164:22, 164:24,
165:1, 165:3, 165:4,
165:9, 165:11,
165:16, 165:19,
165:20, 166:10,
166:16, 167:6,
167:14, 167:17,
167:20, 168:3,
168:7, 168:13,
169:7, 169:16,
169:19, 170:7,
170:13, 170:16,
170:19, 170:21,
170:23, 170:24,
171:2, 171:6,
171:11, 171:17,
171:23, 171:24,

171:25, 172:3,
172:5, 172:7, 172:9,
172:15, 172:24,
172:25, 173:2,
173:11, 173:19,
173:20, 174:6,
174:11, 174:14,
174:16, 174:20,
175:5, 175:7, 175:9,
175:13, 175:14,
175:16, 175:19,
175:21, 175:24,
176:3, 176:6, 176:7,
176:8, 176:9,
176:12, 176:13,
176:18, 176:19,
177:3, 177:6,
177:14, 177:16,
177:18, 177:19,
177:23, 178:9,
178:10, 178:11,
178:13, 178:22,
178:25, 179:2,
179:4, 179:5, 179:9,
179:10, 179:13,
179:15, 179:17,
179:18, 179:20,
179:21, 179:22,
179:23, 180:12,
180:13, 180:16,
181:5, 181:6,
181:23, 182:1,
182:3, 182:6,
182:23, 183:7,
183:15, 183:19,
183:24, 184:12,
184:18, 184:23,
185:1, 185:3, 185:4,
185:6, 185:7,
185:12, 185:15,
185:18, 185:19,
185:20, 185:22,
186:1, 186:2, 186:7,
186:8, 186:15,
186:18, 186:21,
186:22, 187:2,
187:7, 187:16,
187:19, 187:20,
187:21, 187:22,
187:25, 188:3,
188:4, 188:7, 188:8,
188:14, 188:15,
188:16, 189:17,
189:20, 189:23,
189:24, 190:2,
190:4, 190:8,
190:13, 190:17,
190:25, 191:2,
191:3, 191:4, 191:6,
191:14, 191:21,
191:23, 191:25,

192:5, 192:10,
192:12, 192:13,
192:14, 192:17,
192:21, 192:22,
193:3, 193:4, 193:7,
193:8, 193:10,
193:11, 193:12,
193:15, 194:4,
194:5, 194:8,
194:12, 195:5,
195:7, 195:12,
195:15, 195:16,
195:21, 195:25,
196:1, 196:2, 196:4,
196:8, 196:12,
196:15, 196:17,
196:22, 197:4,
197:9, 197:10,
197:12, 197:18,
197:20, 197:22,
197:23, 198:2,
198:3, 198:4, 198:6,
198:13, 198:18,
198:22, 198:23,
199:10, 199:23,
199:24, 200:5,
200:7, 200:10,
200:11, 200:19,
201:5, 201:7,
201:15, 201:18,
201:19, 201:21,
201:23, 202:3,
202:4, 202:6, 202:9,
202:16, 202:19,
202:20, 202:21,
203:1, 203:8, 203:9,
203:10, 203:16,
203:17, 203:18,
203:19, 203:22,
203:25, 204:2,
204:3, 204:6,
204:15, 204:17,
204:22, 204:23,
205:12, 205:17,
205:20, 205:22,
206:1, 206:3, 206:4,
206:7, 206:8, 206:9,
206:20, 206:21,
206:23, 207:5,
207:6, 207:9,
207:13, 207:14,
207:18, 207:19,
207:24, 208:3,
208:7, 208:16,
208:21, 208:22,
208:23, 208:25,
209:3, 209:18,
210:9, 210:10,
210:20, 210:21,
210:22, 210:23,
210:24, 210:25,

211:4, 211:5, 211:7, 211:9, 211:11, 211:15, 211:18, 212:1, 212:10, 212:17, 212:19, 212:20, 213:5, 213:10, 213:12, 213:13, 213:17, 213:20, 213:21, 213:22, 213:23, 214:6, 214:9, 214:16, 215:4, 215:8, 215:12, 215:16, 215:17, 215:20, 216:6, 216:8, 216:9, 216:11, 216:15, 216:24, 217:5, 217:12, 218:22, 219:3, 219:7, 219:9, 219:10, 219:11, 219:23, 220:15, 221:4, 221:6, 221:8, 221:9, 221:11, 221:14, 221:16, 221:18, 221:20, 222:1, 222:11, 222:13, 222:17, 222:18, 222:22, 223:14, 224:4, 224:5, 224:6, 224:7, 224:13, 224:18, 224:23, 225:6, 225:7, 225:9, 225:10, 225:13, 226:20, 226:22, 227:2, 227:18, 227:19, 227:23, 228:8, 228:10, 228:12, 228:25, 229:1, 229:7, 229:9, 229:10, 229:13, 229:14, 229:25, 230:1, 230:9, 230:10, 230:20, 230:22, 230:24, 231:24, 232:2, 232:4, 232:6, 232:7, 232:9, 232:11, 232:15, 232:22, 232:25, 233:8, 233:13, 233:14, 233:18, 234:4, 234:5, 234:11, 234:15, 234:17, 234:18, 235:3, 235:10, 235:11, 235:25, 236:4, 236:14, 236:24, 237:14, 237:17, 237:20, 238:4,

238:8, 238:10, 238:13, 238:17, 238:18, 238:22, 238:25, 239:9, 239:20, 239:21, 240:4, 240:7, 240:8, 240:11, 240:16, 240:25, 241:2, 241:4, 241:9, 241:23, 242:6, 242:8, 242:14, 242:23, 243:1, 243:6, 243:12, 243:14, 243:15, 243:17, 243:22, 243:23, 244:3, 244:5, 244:8, 244:17, 245:6, 245:9, 245:14, 245:16, 245:21, 245:22, 245:23, 245:25, 246:2, 246:5, 246:8, 246:13, 246:16, 246:18, 246:21, 246:22, 247:3, 247:4, 247:8, 247:10, 247:15, 247:16, 247:17, 248:7, 248:9, 248:20, 249:5, 249:10, 249:12, 249:13, 249:14, 249:21, 249:25, 250:1, 250:3, 250:4, 250:14, 250:18, 250:22

**THEIR** [86] - 14:16, 18:18, 22:1, 25:7, 25:8, 26:15, 35:4, 38:18, 58:17, 58:19, 58:25, 59:2, 59:3, 59:7, 67:9, 72:24, 73:1, 75:12, 75:13, 75:19, 75:23, 75:25, 76:1, 95:16, 99:10, 99:16, 101:22, 108:19, 108:20, 108:21, 109:19, 111:25, 124:6, 139:15, 143:15, 145:13, 146:1, 154:22, 156:17, 159:24, 160:4, 161:1, 161:4, 162:14, 167:6, 173:25, 187:8, 192:2, 192:10, 192:25, 194:9, 202:1, 202:7, 202:17, 202:25,

203:11, 203:14, 203:15, 203:16, 205:24, 206:5, 206:10, 207:7, 208:8, 208:9, 208:10, 208:12, 208:14, 208:17, 208:23, 210:1, 210:4, 216:5, 227:20, 227:21, 228:24, 229:2, 229:6, 230:11, 230:13, 230:17, 233:1, 233:12

**THEM** [65] - 16:18, 18:24, 19:16, 20:22, 21:20, 25:4, 25:6, 25:14, 31:2, 32:18, 32:19, 33:2, 33:20, 33:22, 37:2, 41:1, 41:5, 45:7, 58:9, 59:16, 59:22, 60:10, 64:8, 76:4, 82:6, 84:23, 84:24, 101:23, 104:4, 108:23, 109:6, 109:20, 110:20, 113:4, 121:10, 121:14, 129:11, 147:24, 152:20, 158:10, 163:10, 163:11, 163:17, 166:2, 178:15, 179:10, 186:25, 192:3, 192:15, 193:1, 194:3, 194:11, 197:9, 203:16, 208:12, 208:15, 211:6, 226:24, 227:21, 232:24, 239:14, 239:16

**THEMSELVES** [3] - 19:15, 109:16, 147:1

**THEN** [125] - 4:6, 5:4, 8:1, 10:1, 10:2, 10:3, 11:13, 14:24, 16:2, 16:3, 18:8, 20:22, 21:14, 22:21, 26:23, 26:25, 28:10, 35:9, 35:18, 38:4, 40:19, 41:4, 43:18, 43:19, 43:20, 44:1, 44:2, 44:6, 44:20, 46:17, 47:14, 49:5, 52:9, 53:6, 53:12, 54:12, 57:16, 58:16, 58:18, 59:5, 59:18, 59:20, 62:6, 62:24, 62:25, 64:18, 64:19, 65:23, 69:1, 70:5, 71:6,

72:14, 72:22, 73:25, 74:2, 82:6, 82:11, 87:3, 89:22, 91:5, 93:21, 95:10, 98:25, 101:15, 101:21, 105:18, 110:5, 111:17, 112:19, 112:21, 113:12, 118:19, 118:20, 123:17, 123:24, 126:14, 127:25, 138:23, 140:16, 142:3, 143:17, 144:8, 144:20, 145:7, 158:13, 159:1, 162:6, 162:11, 167:22, 167:25, 172:7, 173:5, 175:15, 182:19, 184:9, 185:7, 186:25, 187:1, 188:6, 190:3, 191:19, 195:6, 196:5, 203:13, 206:8, 206:12, 208:15, 209:18, 213:20, 215:8, 216:11, 216:17, 225:18, 225:21, 230:17, 232:6, 232:20, 238:23, 245:24, 246:3, 246:4, 246:5, 246:6, 249:19

**THERAPIST** [1] - 37:20

**THERAPY** [3] - 199:16, 199:17, 199:18

**THERE** [224] - 4:3, 8:17, 8:24, 9:2, 9:5, 10:16, 11:22, 12:1, 12:9, 12:11, 12:15, 12:20, 12:21, 12:23, 13:10, 13:13, 13:16, 14:24, 15:5, 15:7, 17:8, 21:1, 23:24, 24:3, 24:21, 25:9, 25:19, 26:16, 27:1, 28:5, 29:5, 30:1, 30:3, 32:1, 32:3, 34:5, 35:7, 35:11, 41:2, 41:15, 43:25, 44:24, 45:8, 45:13, 46:9, 47:17, 54:13, 54:24, 56:19, 57:9, 57:10, 57:17, 58:12, 59:22, 60:11, 62:25, 75:16, 78:15, 86:23, 87:2, 87:3, 87:19, 89:16, 90:6, 91:2,

91:4, 92:2, 92:24, 94:21, 96:15, 97:8, 101:13, 102:10, 102:17, 102:24, 103:2, 106:18, 107:24, 108:1, 108:14, 109:11, 109:13, 110:1, 110:9, 110:16, 114:10, 115:4, 118:21, 119:4, 121:6, 121:9, 122:16, 122:19, 123:18, 124:3, 124:14, 125:6, 125:11, 125:19, 125:23, 125:25, 126:11, 127:17, 127:23, 128:20, 129:20, 129:22, 130:13, 130:17, 130:18, 130:24, 131:21, 132:13, 135:20, 135:24, 136:9, 137:3, 137:25, 138:3, 138:20, 138:21, 138:25, 139:7, 140:3, 140:21, 143:8, 148:22, 149:12, 152:10, 152:25, 154:23, 154:24, 155:8, 155:22, 156:4, 158:18, 159:9, 160:3, 160:10, 163:21, 165:16, 166:2, 166:12, 167:18, 168:18, 168:20, 169:7, 169:18, 175:21, 178:19, 180:11, 180:25, 181:8, 181:16, 181:22, 182:21, 182:23, 183:1, 185:5, 186:23, 187:4, 187:9, 188:12, 188:16, 192:5, 192:24, 193:16, 193:17, 194:3, 194:25, 195:4, 195:6, 195:8, 195:11, 196:24, 201:19, 201:21, 202:15, 203:21, 207:15, 212:4, 212:6, 212:7, 213:3, 213:7, 213:8, 214:7, 214:10, 214:11, 214:13, 214:22,

215:2, 215:4, 215:6, 215:25, 220:18, 221:8, 221:13, 221:14, 221:21, 222:18, 224:19, 225:23, 227:8, 227:9, 228:16, 229:3, 230:3, 230:9, 230:23, 231:5, 231:16, 231:25, 233:2, 234:13, 237:19, 242:15, 243:14, 248:16

**THERE'S** [11] - 55:24, 71:5, 91:5, 91:6, 102:22, 113:7, 148:21, 152:7, 153:3, 178:19, 197:1

**THEREABOUTS** [1] - 118:14

**THESE** [91] - 9:4, 9:19, 9:23, 11:9, 11:25, 13:16, 15:10, 20:22, 23:6, 23:17, 23:18, 24:11, 24:22, 24:24, 32:24, 34:2, 34:11, 34:12, 35:23, 37:9, 45:2, 45:11, 45:21, 45:22, 47:13, 56:1, 81:16, 84:21, 84:22, 84:24, 85:2, 85:11, 85:12, 85:15, 85:21, 86:2, 86:9, 90:10, 90:14, 90:21, 92:5, 93:22, 102:1, 102:4, 120:18, 121:1, 126:14, 131:6, 131:8, 132:6, 132:8, 140:1, 147:18, 154:16, 155:9, 157:8, 158:19, 159:5, 159:7, 161:9, 161:12, 161:20, 162:25, 166:17, 166:18, 188:8, 191:10, 194:9, 194:13, 205:16, 207:16, 213:21, 213:24, 229:8, 229:18, 229:23, 230:2, 235:9, 235:20, 235:21, 236:4, 236:8, 236:9, 239:12, 240:25, 242:1, 248:4

**THEY** [216] - 4:3, 10:14, 14:15, 14:20, 15:9, 18:21, 18:25, 19:1, 19:7, 20:18, 23:12, 25:2, 26:2, 26:8, 26:10, 26:19,

26:23, 28:22, 31:22, 31:23, 31:25, 32:23, 33:3, 35:1, 35:5, 35:12, 37:2, 38:11, 38:13, 38:15, 38:16, 38:17, 43:9, 43:12, 43:24, 46:4, 46:5, 46:19, 46:22, 52:1, 52:12, 56:3, 58:9, 58:25, 59:1, 59:3, 59:17, 60:12, 64:1, 64:3, 64:4, 64:7, 64:14, 67:9, 67:24, 68:1, 68:7, 70:13, 70:19, 72:25, 75:19, 75:23, 75:25, 76:4, 76:7, 76:19, 79:18, 81:12, 81:16, 81:17, 82:18, 82:20, 82:24, 82:25, 83:8, 83:13, 83:14, 83:18, 85:7, 86:8, 93:19, 93:20, 93:21, 93:23, 94:7, 94:9, 94:16, 96:7, 96:8, 98:20, 99:9, 99:17, 99:20, 104:10, 106:1, 107:25, 108:21, 108:25, 109:1, 109:2, 109:8, 109:9, 109:21, 109:24, 110:11, 111:19, 113:6, 113:16, 113:17, 113:18, 124:19, 126:3, 126:9, 129:9, 132:3, 133:10, 135:24, 137:3, 138:8, 139:13, 139:14, 139:16, 139:23, 140:7, 140:10, 145:21, 146:12, 146:13, 153:5, 153:6, 153:24, 157:9, 159:11, 159:24, 160:6, 161:2, 161:23, 162:2, 162:7, 162:15, 163:9, 163:10, 163:14, 163:15, 166:2, 166:3, 166:4, 166:22, 167:5, 167:6, 167:7, 167:22, 168:11, 173:14, 179:12, 181:8, 181:18, 184:2, 184:7, 184:8, 184:9, 184:10, 184:13, 184:19,

184:20, 187:2, 187:25, 188:1, 188:2, 188:4, 188:5, 192:10, 192:18, 192:20, 193:1, 194:8, 196:4, 202:3, 202:23, 203:2, 203:10, 204:5, 206:10, 208:16, 210:3, 211:12, 214:2, 214:20, 215:22, 216:6, 230:16, 238:25, 239:1, 243:8, 245:25

**THEY'RE** [1] - 159:9

**THEY'VE** [1] - 35:5

**THIN** [1] - 155:3

**THING** [16] - 8:22, 10:8, 15:18, 27:13, 37:4, 37:5, 43:25, 46:21, 127:16, 131:15, 161:22, 165:9, 166:24, 190:22, 245:12, 249:21

**THINGS** [45] - 5:8, 9:19, 13:24, 14:19, 15:4, 15:14, 17:9, 24:18, 24:22, 24:24, 30:22, 34:2, 34:13, 35:13, 35:14, 35:23, 37:9, 43:3, 45:2, 45:12, 46:3, 46:19, 46:24, 46:25, 47:2, 61:14, 61:19, 86:21, 107:10, 110:7, 114:13, 122:22, 123:2, 145:15, 152:19, 153:5, 153:6, 157:8, 170:13, 172:19, 190:5, 192:8, 197:16, 225:24, 230:10

**THINK** [117] - 3:5, 3:16, 3:21, 5:3, 5:21, 6:2, 8:15, 14:6, 15:24, 16:23, 17:18, 18:24, 20:24, 22:11, 27:17, 27:21, 27:22, 28:2, 30:5, 30:8, 30:19, 31:7, 31:8, 31:9, 31:12, 32:8, 33:18, 34:21, 34:23, 35:6, 37:14, 38:21, 45:15, 46:14, 47:1, 48:1, 48:10, 59:3, 61:17, 61:20, 71:4, 76:6, 76:9, 76:11, 76:23, 79:2, 79:18,

84:10, 91:23, 92:10, 94:10, 94:17, 94:20, 94:22, 95:4, 97:6, 105:2, 105:4, 108:9, 110:10, 113:9, 113:12, 113:20, 113:25, 114:6, 114:8, 114:15, 114:18, 116:1, 117:25, 120:3, 134:25, 136:15, 137:15, 141:19, 142:22, 142:23, 142:24, 143:10, 143:17, 145:14, 152:22, 156:5, 156:22, 159:17, 160:8, 163:22, 169:9, 172:18, 174:25, 175:22, 179:12, 182:17, 187:19, 188:21, 190:16, 190:25, 191:4, 191:19, 193:6, 195:10, 196:22, 206:22, 215:19, 224:7, 224:10, 224:13, 225:22, 225:23, 226:22, 230:1, 235:24, 237:1, 243:13, 244:20, 247:7

**THINKING** [12] - 3:18, 22:3, 32:21, 48:22, 78:17, 79:10, 79:16, 79:19, 80:10, 95:5, 112:12, 113:3

**THIRD** [9] - 9:4, 9:25, 16:3, 93:13, 123:22, 128:19, 167:24, 168:2, 168:10

**THIS** [533] - 3:14, 5:24, 8:19, 8:21, 9:9, 9:23, 10:19, 11:9, 11:16, 12:16, 12:19, 12:23, 13:19, 13:25, 14:6, 15:1, 15:8, 15:16, 15:18, 15:24, 15:25, 16:23, 17:5, 17:7, 17:10, 17:18, 17:20, 17:22, 18:3, 18:4, 18:6, 18:7, 18:11, 18:19, 19:22, 19:23, 19:24, 19:25, 20:2, 20:3, 20:4, 20:6, 20:11, 20:18, 21:8, 21:10, 21:12, 21:13, 21:19, 21:24, 22:1, 22:4, 22:10, 22:11, 22:17, 22:22, 23:17,

23:20, 23:21, 23:24, 24:6, 25:24, 26:22, 28:19, 28:20, 28:21, 28:23, 29:17, 29:19, 29:25, 30:5, 30:9, 30:13, 30:23, 31:17, 32:4, 32:22, 33:6, 33:7, 33:12, 33:17, 33:20, 33:23, 34:10, 34:13, 35:5, 35:8, 35:10, 36:10, 36:11, 36:13, 36:15, 36:19, 36:21, 36:23, 37:6, 37:10, 37:22, 38:2, 38:9, 39:21, 39:23, 40:2, 40:6, 40:16, 40:17, 41:4, 41:5, 41:8, 41:12, 41:14, 41:18, 42:6, 42:7, 43:24, 44:23, 45:6, 45:15, 47:21, 48:10, 49:9, 49:16, 54:17, 54:18, 54:25, 55:2, 56:6, 56:14, 56:15, 56:17, 56:20, 57:13, 60:3, 60:4, 60:6, 60:7, 61:3, 61:5, 61:7, 61:22, 61:24, 62:1, 62:2, 63:14, 63:15, 63:19, 63:21, 64:21, 64:22, 65:2, 65:16, 66:12, 66:20, 66:21, 67:6, 67:7, 67:11, 67:22, 67:23, 68:9, 68:13, 68:15, 69:4, 69:6, 69:9, 69:13, 70:1, 70:22, 70:25, 71:20, 71:22, 72:15, 72:16, 72:19, 77:23, 78:23, 79:1, 80:21, 82:13, 82:24, 84:11, 84:15, 84:17, 86:19, 87:19, 87:21, 87:24, 88:1, 88:2, 88:6, 88:9, 88:18, 89:5, 89:7, 90:7, 92:12, 92:14, 92:17, 92:18, 92:25, 93:1, 93:9, 93:12, 93:24, 94:2, 94:4, 94:11, 94:12, 94:15, 94:18, 96:3, 96:10, 96:11, 96:12, 96:14, 97:5, 97:6, 98:1, 98:18, 99:24, 99:25, 100:4, 100:6, 100:15, 101:2, 101:10, 101:12, 102:15, 102:25, 103:2, 103:8, 103:20,

105:4, 107:1,
108:13, 111:16,
111:18, 113:5,
114:4, 116:4, 117:3,
117:19, 118:16,
118:19, 120:11,
120:20, 120:23,
120:24, 123:4,
123:5, 123:23,
124:16, 124:22,
126:9, 126:20,
127:3, 127:10,
127:12, 127:13,
127:16, 128:1,
128:3, 128:4, 128:9,
128:11, 129:15,
129:17, 129:19,
129:25, 130:2,
130:5, 130:9,
130:21, 131:18,
131:23, 132:6,
132:14, 132:18,
133:5, 133:14,
133:20, 133:23,
134:5, 134:8, 136:4,
136:10, 136:12,
136:18, 136:21,
137:2, 137:18,
137:21, 138:11,
139:1, 139:5, 139:8,
139:9, 139:23,
140:11, 140:17,
140:18, 140:20,
140:22, 141:2,
141:4, 141:5,
141:11, 141:12,
141:15, 141:18,
142:15, 142:19,
142:23, 142:25,
143:2, 143:18,
143:23, 144:2,
144:9, 144:14,
144:18, 145:8,
145:10, 145:25,
146:2, 146:14,
146:18, 146:21,
146:25, 147:4,
147:8, 147:9,
147:14, 147:19,
147:21, 147:24,
147:25, 148:6,
149:3, 149:17,
150:2, 150:6,
150:10, 150:16,
151:5, 151:15,
151:22, 152:3,
153:14, 153:18,
154:2, 154:8,
154:14, 154:15,
154:19, 154:24,
155:6, 155:17,

157:2, 157:7,
157:13, 157:14,
157:17, 157:25,
158:3, 158:8,
158:16, 158:20,
158:21, 159:12,
159:19, 161:6,
162:24, 164:18,
165:7, 165:9,
165:12, 167:16,
167:17, 168:1,
168:14, 168:16,
168:23, 168:24,
168:25, 169:3,
169:10, 169:11,
169:13, 169:24,
169:25, 170:2,
170:10, 171:2,
171:3, 171:6,
172:23, 173:6,
173:7, 173:16,
176:2, 179:7,
179:11, 180:5,
180:7, 180:19,
181:24, 183:6,
183:7, 183:13,
183:25, 184:22,
191:3, 191:16,
191:19, 194:2,
194:5, 194:13,
194:21, 195:1,
195:11, 195:14,
195:24, 203:24,
205:8, 205:11,
205:13, 205:17,
205:21, 206:2,
206:22, 207:12,
207:17, 208:18,
208:20, 209:22,
211:17, 211:20,
211:25, 212:13,
212:22, 213:1,
214:4, 214:25,
215:9, 215:19,
215:23, 216:1,
216:3, 216:21,
216:23, 216:24,
217:15, 217:16,
217:18, 217:22,
218:3, 218:5, 218:9,
218:10, 218:14,
218:15, 222:7,
222:9, 222:14,
222:17, 222:20,
223:22, 223:25,
224:3, 224:5,
224:12, 224:22,
224:23, 225:7,
225:11, 225:15,
227:25, 231:8,
231:13, 232:2,

232:10, 233:22,
234:7, 236:17,
237:3, 237:4, 238:1,
238:12, 239:9,
240:3, 240:24,
240:25, 241:24,
241:25, 244:20,
244:24, 245:9,
245:17, 245:18,
247:7, 247:22,
249:21

**THOROUGH** [5] -
82:12, 99:4, 113:6,
223:2, 223:11

**THOROUGHLY** [5] -
59:18, 82:10, 106:4,
218:22, 249:7

**THOSE** [96] - 4:11,
9:2, 10:7, 11:23,
12:8, 13:9, 13:15,
13:24, 14:3, 14:5,
14:19, 15:7, 15:8,
17:13, 17:16, 18:18,
19:4, 20:12, 21:16,
21:20, 23:5, 23:10,
23:21, 23:24, 24:16,
24:18, 24:20, 25:3,
30:2, 30:3, 30:21,
34:3, 35:13, 35:15,
43:3, 43:15, 44:12,
44:14, 45:4, 46:2,
46:24, 54:1, 56:23,
56:24, 59:25, 75:3,
75:9, 75:12, 75:22,
79:9, 81:12, 82:1,
82:7, 106:1, 106:6,
107:5, 114:8,
114:13, 119:12,
122:21, 124:4,
131:25, 145:18,
149:13, 152:19,
153:7, 153:9, 161:3,
161:24, 162:2,
166:1, 166:12,
172:10, 172:13,
192:2, 192:8,
193:13, 200:17,
202:12, 208:11,
208:17, 209:7,
209:9, 210:18,
211:3, 213:15,
215:6, 216:12,
223:24, 229:17,
247:18, 249:1,
249:2, 249:3, 249:6

**THOUGH** [9] - 19:9,
23:3, 25:20, 102:14,
122:20, 171:13,
185:5, 193:1, 211:11

**THOUGHT** [11] - 4:13,

5:24, 36:1, 76:13,
85:17, 117:19,
172:8, 186:14,
197:7, 197:17,
243:18

**THOUSAND** [1] -
226:23

**THREAD** [1] - 71:22

**THREE** [14] - 16:5,
51:19, 51:20, 51:24,
52:14, 52:19, 102:6,
104:10, 104:20,
111:15, 111:16,
111:22, 112:1,
123:10

**THREE-MONTH** [3] -
52:19, 111:16,
111:22

**THREE-WEEK** [1] -
16:5

**THROUGH** [52] - 14:1,
16:6, 16:8, 17:6,
20:19, 24:11, 24:14,
26:12, 35:8, 35:10,
39:24, 44:9, 47:10,
51:13, 51:25, 52:1,
54:10, 54:16, 56:17,
57:17, 59:16, 60:2,
63:13, 68:25, 99:16,
101:3, 106:8, 110:6,
117:1, 118:25,
119:22, 121:15,
127:14, 133:4,
134:16, 140:20,
144:18, 145:15,
152:11, 163:3,
167:6, 170:7, 179:1,
188:4, 192:14,
205:13, 211:6,
222:7, 222:12,
225:11, 246:8

**THROUGHOUT** [8] -
29:25, 37:8, 37:25,
86:19, 111:14,
114:4, 217:10,
247:22

**THURSDAY** [4] - 5:12,
5:13, 5:16, 113:2

**TICKET** [1] - 33:22

**TICKING** [1] - 46:9

**TIGHT** [1] - 112:24

**TIME** [157] - 4:12, 5:5,
5:7, 5:8, 5:16, 11:1,
12:12, 13:8, 17:4,
17:10, 18:15, 19:8,
19:11, 21:13, 23:19,
24:23, 27:25, 35:5,
35:15, 36:1, 37:8,
39:18, 44:7, 44:8,
44:9, 44:17, 45:19,

45:21, 46:1, 46:6,
46:7, 46:16, 47:4,
48:23, 52:13, 52:22,
61:11, 68:16, 68:17,
70:8, 70:9, 72:13,
72:25, 73:2, 84:25,
85:2, 86:10, 89:24,
90:6, 93:8, 93:25,
94:8, 97:6, 101:17,
101:25, 105:2,
108:17, 109:25,
110:3, 110:18,
110:22, 111:18,
111:23, 112:13,
113:13, 113:15,
114:14, 119:3,
123:3, 123:21,
127:9, 128:25,
133:19, 133:24,
135:13, 135:17,
153:1, 164:18,
164:24, 165:19,
170:14, 175:14,
178:3, 178:6,
178:10, 178:13,
181:7, 184:25,
185:16, 191:7,
194:16, 196:13,
196:22, 199:8,
202:23, 206:17,
206:18, 209:11,
211:9, 211:14,
212:15, 215:4,
215:14, 216:1,
216:3, 216:15,
217:24, 217:25,
219:5, 222:21,
222:24, 223:2,
223:6, 223:7,
223:24, 224:24,
225:3, 225:5, 225:6,
226:2, 227:23,
227:25, 231:3,
231:6, 231:12,
231:14, 231:16,
239:5, 239:6, 239:8,
239:20, 241:22,
242:5, 242:6, 242:8,
242:10, 242:19,
242:22, 242:24,
243:24, 244:6,
244:10, 244:12,
244:13, 244:24,
245:14, 245:16,
246:1, 246:4,
246:13, 246:18,
246:22, 249:4,
249:11, 249:21

**TIME'S** [2] - 225:22,
227:23

**TIMED** [1] - 18:13

**TIMELINE** [2] – 94:8,
206:4

**TIMES** [17] – 17:8,
21:16, 30:2, 43:8,
51:25, 73:25, 85:12,
85:20, 124:6,
190:14, 190:17,
239:16, 246:9,
246:10, 246:16,
247:25

**TIMING** [3] – 3:14,
18:6, 31:1

**TINA** [3] – 144:16,
146:16, 147:5

**TITLE** [1] – 84:15

**TO** [1285] – 3:3, 3:4,
3:6, 3:12, 3:15, 3:20,
3:23, 4:2, 4:3, 4:11,
4:12, 4:16, 5:1, 5:11,
5:15, 5:18, 5:19,
5:23, 6:22, 7:10,
7:12, 7:18, 8:4, 8:6,
8:16, 8:17, 8:20,
8:23, 8:25, 9:7, 9:10,
9:13, 9:17, 9:18,
9:20, 10:6, 10:8,
10:10, 10:17, 10:22,
10:24, 11:1, 11:5,
11:7, 11:8, 11:24,
11:25, 12:5, 12:17,
12:25, 13:4, 13:13,
13:16, 14:8, 14:14,
14:15, 14:16, 14:17,
14:22, 14:23, 14:24,
14:25, 15:3, 15:8,
15:10, 15:11, 15:13,
15:15, 15:21, 16:6,
16:7, 16:18, 16:22,
17:2, 17:4, 17:10,
17:22, 17:24, 17:25,
18:5, 18:17, 18:18,
18:20, 18:21, 19:1,
19:2, 19:4, 19:8,
19:15, 19:16, 19:18,
19:21, 20:4, 20:5,
20:13, 20:14, 20:15,
20:17, 20:18, 20:20,
20:25, 21:9, 21:12,
21:13, 21:14, 21:20,
21:21, 21:23, 21:24,
21:25, 22:3, 22:10,
22:18, 22:22, 23:4,
23:6, 23:8, 23:10,
23:12, 23:13, 23:15,
23:20, 23:21, 24:1,
24:10, 24:13, 24:15,
24:21, 24:22, 25:3,
25:4, 25:5, 25:6,
25:7, 25:8, 25:12,
25:13, 25:14, 25:15,

25:20, 25:22, 25:23,
25:24, 26:1, 26:3,
26:4, 26:8, 26:9,
26:10, 26:11, 26:12,
26:13, 26:15, 26:17,
27:4, 27:16, 27:21,
27:23, 28:11, 28:20,
28:22, 29:3, 29:4,
29:6, 29:22, 30:8,
30:16, 31:5, 31:23,
31:25, 32:11, 32:18,
32:19, 32:20, 32:21,
32:23, 33:2, 33:3,
33:4, 33:13, 33:14,
33:18, 33:19, 33:22,
33:24, 34:4, 34:6,
34:17, 34:19, 34:21,
34:22, 35:2, 35:4,
35:6, 35:7, 35:13,
35:17, 35:22, 36:2,
36:3, 36:4, 36:9,
36:19, 36:22, 36:24,
37:9, 37:10, 37:11,
37:15, 37:17, 37:18,
37:19, 37:21, 37:23,
38:7, 38:12, 38:15,
38:19, 39:3, 39:4,
39:6, 40:2, 40:5,
40:18, 40:19, 40:21,
40:24, 40:25, 41:1,
41:5, 41:9, 41:10,
41:14, 41:17, 42:7,
42:9, 42:10, 42:11,
42:12, 42:13, 42:18,
42:21, 42:22, 42:25,
43:3, 43:4, 43:7,
43:8, 43:19, 43:20,
44:1, 44:3, 44:4,
44:7, 44:12, 44:14,
44:15, 44:16, 44:17,
45:6, 45:10, 45:16,
45:17, 45:20, 45:21,
45:22, 46:15, 46:20,
47:7, 47:10, 47:12,
47:18, 48:2, 48:3,
48:5, 48:11, 48:21,
48:23, 49:4, 49:7,
49:8, 49:14, 49:17,
49:20, 49:22, 50:23,
51:12, 51:20, 52:8,
52:13, 52:16, 52:18,
52:21, 52:22, 53:11,
53:14, 53:19, 54:5,
54:10, 54:15, 54:21,
55:6, 55:7, 55:9,
55:17, 55:24, 56:4,
56:11, 56:18, 57:1,
57:15, 57:19, 58:5,
58:7, 58:8, 58:9,
58:10, 58:14, 58:19,
58:24, 59:1, 59:2,

59:4, 59:14, 59:15,
59:20, 59:21, 59:23,
59:24, 60:1, 60:9,
60:10, 60:12, 60:14,
61:6, 61:17, 61:18,
61:19, 62:2, 62:24,
63:1, 63:2, 63:3,
63:5, 63:12, 63:18,
63:25, 64:4, 64:8,
64:11, 64:14, 64:15,
64:17, 64:23, 65:6,
65:13, 65:20, 66:6,
66:10, 66:12, 66:22,
67:3, 67:8, 67:9,
67:15, 67:24, 68:1,
68:8, 68:9, 68:11,
68:13, 68:24, 69:3,
69:8, 69:9, 69:17,
69:24, 69:25, 70:3,
70:7, 70:12, 70:14,
70:17, 70:19, 70:22,
70:24, 71:2, 71:7,
71:13, 71:22, 72:1,
72:3, 72:6, 72:10,
72:12, 72:19, 72:23,
73:1, 73:4, 74:19,
74:23, 75:1, 75:4,
75:6, 75:10, 75:20,
75:22, 75:23, 76:1,
76:3, 76:5, 76:6,
76:8, 76:13, 76:19,
76:20, 76:21, 76:22,
76:25, 77:4, 77:19,
77:23, 78:1, 78:24,
79:1, 79:2, 79:8,
80:18, 81:3, 81:17,
81:25, 82:5, 82:21,
83:3, 83:11, 83:12,
83:22, 83:23, 84:1,
84:12, 84:17, 84:20,
84:23, 85:11, 85:15,
86:1, 86:9, 86:23,
86:24, 87:1, 87:2,
87:8, 87:17, 88:4,
88:5, 88:11, 88:12,
88:17, 88:24, 89:3,
89:6, 89:18, 89:20,
90:1, 90:5, 90:24,
91:14, 91:15, 91:16,
91:19, 91:20, 91:21,
91:22, 92:12, 92:16,
92:24, 93:13, 93:16,
93:21, 94:7, 94:9,
94:16, 94:23, 94:25,
95:9, 95:15, 95:17,
95:18, 95:24, 97:13,
98:3, 98:5, 98:10,
98:20, 100:3, 100:4,
100:8, 100:9,
100:12, 101:5,
101:17, 102:4,

103:1, 103:2,
103:14, 103:17,
103:21, 104:4,
104:16, 105:13,
105:14, 105:23,
106:6, 107:13,
107:25, 108:15,
108:18, 108:23,
109:2, 109:3, 109:5,
109:7, 109:9,
109:11, 109:16,
109:18, 109:19,
109:20, 109:22,
110:6, 110:7,
110:12, 110:13,
110:15, 110:21,
110:24, 111:6,
111:25, 112:10,
112:14, 112:18,
112:23, 113:1,
113:2, 113:7,
113:11, 113:14,
113:24, 113:25,
114:1, 114:13,
114:20, 115:5,
116:1, 116:3, 117:5,
117:11, 117:12,
118:3, 118:7,
118:15, 118:19,
118:20, 119:1,
119:3, 119:5, 119:8,
119:10, 119:17,
119:18, 119:19,
120:17, 120:21,
120:22, 120:23,
120:24, 121:3,
121:4, 121:6, 121:9,
121:18, 122:11,
122:12, 122:13,
122:14, 122:19,
122:23, 123:2,
123:8, 123:10,
123:20, 124:3,
124:5, 124:10,
124:14, 124:19,
124:21, 125:4,
125:24, 126:2,
126:4, 126:8,
126:14, 126:16,
126:17, 126:23,
127:2, 127:3, 127:4,
127:6, 127:7, 127:9,
127:15, 127:16,
127:17, 127:19,
127:24, 127:25,
128:8, 128:18,
128:19, 128:20,
128:21, 128:22,
128:23, 128:24,
129:10, 129:11,
129:13, 129:19,

129:21, 129:23,
130:5, 130:7,
130:20, 131:5,
131:13, 131:21,
132:5, 132:11,
132:17, 132:20,
133:1, 133:4,
133:14, 134:2,
134:12, 134:17,
134:22, 134:25,
135:3, 135:7, 135:8,
135:12, 135:13,
135:15, 135:17,
135:21, 135:25,
136:2, 136:6, 136:7,
136:8, 136:10,
136:12, 136:16,
136:21, 137:2,
137:3, 137:6, 137:7,
137:13, 137:14,
137:16, 137:20,
137:22, 138:1,
138:2, 138:14,
138:16, 139:5,
139:8, 139:9,
139:11, 139:12,
139:15, 139:16,
139:17, 139:19,
139:20, 140:4,
140:11, 140:13,
140:19, 141:1,
141:9, 141:14,
141:18, 142:3,
142:6, 142:12,
142:19, 142:21,
142:22, 142:23,
143:14, 143:17,
143:25, 144:3,
144:5, 144:14,
145:1, 145:3, 145:8,
145:11, 145:14,
145:16, 146:1,
146:3, 146:8,
146:11, 146:12,
146:19, 147:3,
147:9, 147:11,
147:12, 147:19,
147:21, 147:23,
147:25, 148:3,
148:13, 148:13,
148:15, 148:16,
148:18, 148:21,
149:8, 149:11,
149:18, 149:21,
149:25, 151:15,
152:10, 152:16,
152:18, 152:25,
153:4, 153:8, 153:9,
153:12, 154:1,
154:8, 155:14,
155:20, 156:3,

156:4, 156:5,
156:13, 156:14,
156:15, 156:19,
156:21, 156:23,
157:1, 157:11,
157:13, 158:4,
158:13, 158:19,
158:21, 158:23,
159:4, 159:23,
160:16, 161:3,
161:17, 162:1,
162:6, 162:13,
162:14, 162:15,
162:17, 162:25,
163:5, 163:6,
163:10, 163:11,
163:12, 163:15,
163:21, 163:23,
163:25, 164:3,
164:5, 164:10,
164:16, 164:17,
164:20, 164:24,
165:4, 165:5,
165:15, 165:16,
166:11, 166:12,
166:23, 167:14,
167:20, 167:21,
168:7, 168:11,
168:17, 168:19,
168:20, 168:22,
169:4, 169:6, 169:8,
169:17, 170:3,
170:5, 170:6,
170:12, 171:8,
171:11, 171:23,
171:25, 172:5,
172:9, 172:13,
172:18, 172:21,
172:23, 172:24,
173:5, 173:18,
174:22, 174:23,
175:5, 175:9,
175:22, 176:2,
176:11, 176:13,
176:25, 177:1,
178:12, 178:18,
178:21, 178:23,
179:2, 179:5, 179:9,
179:15, 179:25,
180:24, 181:11,
182:21, 183:7,
183:25, 185:3,
185:4, 185:7, 186:7,
186:15, 186:16,
187:1, 187:2, 187:9,
187:14, 187:16,
187:19, 187:23,
188:7, 188:8,
188:16, 188:21,
188:24, 189:3,
189:4, 189:9,

189:13, 189:23,
189:24, 190:2,
190:22, 191:3,
191:7, 191:10,
191:12, 191:20,
191:24, 192:2,
192:3, 192:8,
192:13, 192:15,
192:21, 192:25,
193:1, 193:4, 193:6,
193:13, 193:18,
193:20, 194:3,
194:6, 194:8,
194:18, 195:3,
195:16, 195:22,
195:23, 196:3,
196:5, 196:18,
196:21, 197:7,
197:8, 197:9,
197:14, 199:18,
200:10, 200:11,
200:22, 201:9,
201:10, 201:17,
201:18, 201:20,
202:1, 202:2, 202:4,
202:7, 202:12,
202:17, 202:21,
202:22, 202:24,
203:3, 203:5,
203:14, 203:16,
203:17, 203:24,
204:10, 204:13,
204:14, 204:17,
204:18, 205:20,
205:23, 205:24,
206:6, 206:7, 206:8,
206:10, 206:14,
206:21, 207:15,
207:19, 208:2,
208:8, 208:11,
208:12, 208:15,
208:20, 208:21,
208:23, 208:25,
209:7, 209:10,
209:12, 209:18,
209:19, 209:23,
209:25, 210:2,
210:25, 211:4,
211:5, 211:15,
212:5, 212:9,
212:10, 212:13,
212:16, 213:4,
213:5, 213:6,
213:10, 213:12,
213:18, 213:20,
214:4, 214:5, 214:8,
214:9, 214:11,
214:13, 214:14,
214:16, 214:22,
214:24, 214:25,
215:5, 215:8, 215:9,

215:10, 216:2,
216:9, 216:12,
216:24, 216:25,
217:10, 217:12,
217:17, 217:21,
218:11, 218:13,
218:14, 218:15,
218:21, 218:24,
219:1, 219:5,
219:19, 219:21,
220:5, 220:9,
220:11, 220:18,
221:1, 221:6,
221:10, 221:12,
221:18, 222:6,
222:17, 223:9,
223:17, 223:20,
223:21, 223:24,
224:3, 224:8,
224:12, 224:24,
224:25, 225:2,
225:3, 225:5,
225:14, 225:16,
225:18, 225:24,
226:6, 226:10,
226:13, 226:14,
226:24, 227:4,
227:7, 227:15,
227:17, 227:19,
227:20, 227:22,
228:6, 228:12,
229:1, 229:19,
229:24, 232:10,
232:11, 232:15,
232:18, 232:22,
232:24, 233:1,
233:3, 233:5,
233:10, 233:11,
233:14, 234:17,
235:1, 235:9,
235:12, 235:13,
235:18, 235:20,
235:21, 235:25,
236:2, 236:4, 236:8,
236:10, 236:15,
236:19, 236:23,
237:4, 237:7,
237:11, 237:25,
238:2, 238:7,
238:10, 238:12,
239:1, 239:9,
239:21, 240:11,
241:3, 241:4,
241:18, 242:14,
242:15, 242:21,
243:1, 243:8,
243:11, 243:14,
244:1, 244:19,
245:5, 245:17,
245:18, 245:20,
246:4, 246:5,

246:14, 246:24,
247:11, 247:12,
248:7, 248:9, 249:1,
249:14, 249:18

**TODAY** [23] - 3:12,
3:13, 3:20, 3:24, 4:9,
5:4, 73:22, 73:23,
86:23, 107:19,
107:24, 108:3,
145:9, 146:19,
147:10, 178:15,
183:16, 183:20,
183:24, 184:18,
185:23, 185:24,
186:3

**TODAY'S** [4] - 85:12,
85:16, 85:20, 86:10

**TOGETHER** [5] - 4:13,
105:22, 122:18,
126:1, 158:10

**TOLD** [3] - 31:2,
143:13, 154:1

**TOMM** [2] - 194:4

**TOMORROW** [11] -
3:13, 3:19, 4:3, 4:7,
5:9, 112:15, 112:24,
239:20, 249:16,
249:22

**TOO** [8] - 27:17,
48:23, 55:22,
145:13, 149:25,
163:21, 170:6, 176:9

**TOOK** [15] - 16:21,
18:8, 18:9, 22:4,
22:15, 23:23, 26:12,
93:1, 95:2, 120:21,
191:9, 199:8, 225:3,
225:5, 225:17

**TOOL** [2] - 157:6,
191:21

**TOP** [13] - 11:10,
11:11, 20:5, 36:6,
57:15, 62:6, 63:2,
69:2, 92:12, 92:16,
100:25, 117:11,
179:15

**TOPIC** [3] - 56:24,
107:2, 113:21

**TOPICALLY** [1] -
223:11

**TOPICS** [3] - 8:4,
113:21, 247:18

**TOTAL** [1] - 249:5

**TOTALLY** [1] - 157:24

**TOUCH** [1] - 17:2

**TOUCHED** [2] - 10:24,
11:22

**TOWARDS** [6] - 10:10,
27:9, 91:22, 100:24,
127:20, 230:20

**TR** [9] - 212:1, 221:4,
221:6, 221:10,
221:11, 221:12,
221:15, 221:20,
222:1

**TRACK** [6] - 12:18,
129:7, 153:1, 168:1,
229:12, 229:13

**TRADITION** [1] - 154:8

**TRAINED** [3] - 14:16,
47:12, 194:17

**TRAINING** [4] - 60:4,
81:22, 119:25, 200:5

**TRAIT** [1] - 124:17

**TRANSCRIPT** [17] -
1:22, 8:22, 11:4,
13:1, 168:15,
168:23, 169:3,
169:12, 169:16,
169:19, 169:24,
170:2, 170:23,
174:9, 185:2,
243:14, 250:4

**TRANSCRIPTION** [1] -
1:22

**TRANSCRIPTS** [7] -
14:2, 59:10, 150:13,
174:11, 174:14,
188:18, 219:25

**TRANSPARENT** [3] -
23:1, 23:8, 202:22

**TREAT** [3] - 77:19,
138:25, 143:9

**TREATED** [4] - 144:7,
214:15, 238:3,
238:13

**TREATING** [12] -
36:16, 36:17, 37:21,
38:3, 104:15,
206:12, 210:21,
233:2, 238:5,
238:20, 238:23,
238:24

**TREATMENT** [17] -
58:6, 58:17, 70:18,
90:2, 90:17, 91:7,
91:8, 91:10, 118:2,
131:14, 202:11,
212:3, 212:16,
212:18, 219:22,
229:23, 239:15

**TREE** [1] - 88:4

**TRIAL** [15] - 1:12,
5:25, 48:11, 48:16,
48:17, 49:11, 49:12,
113:5, 113:10,
185:21, 185:22,
186:2, 246:22,
249:14

**TRIALS** [1] - 190:15

TRIED [2] - 6:11, 145:2
TROUBLE [7] - 116:2, 116:4, 134:11, 138:3, 163:8, 163:14, 164:25
TRUE [95] - 18:5, 25:14, 25:15, 65:2, 67:11, 69:13, 71:9, 77:8, 78:11, 79:15, 80:15, 81:4, 82:13, 83:25, 86:16, 86:22, 87:13, 88:22, 91:12, 93:9, 93:16, 93:20, 93:24, 95:21, 96:23, 97:8, 97:19, 98:14, 98:19, 99:1, 103:1, 103:5, 104:6, 104:19, 107:4, 107:25, 117:3, 177:2, 177:13, 178:17, 180:13, 180:16, 181:2, 181:12, 181:15, 182:7, 182:10, 182:20, 182:23, 183:6, 183:15, 183:19, 184:17, 221:5, 221:20, 222:1, 227:2, 227:9, 227:24, 228:1, 228:4, 228:16, 229:3, 230:8, 231:5, 232:13, 232:17, 235:8, 235:19, 236:3, 236:23, 237:3, 237:5, 237:9, 237:12, 237:14, 237:22, 239:4, 239:11, 239:13, 240:24, 241:9, 241:17, 241:22, 242:5, 242:18, 243:8, 244:9, 247:24
TRUST [5] - 23:9, 23:10, 25:7, 25:8, 26:8
TRY [17] - 5:19, 6:10, 6:14, 19:4, 41:4, 45:6, 65:13, 112:23, 114:16, 116:3, 120:22, 128:18, 146:3, 172:23, 203:3, 230:5, 247:11
TRYING [17] - 3:23, 4:2, 23:8, 37:23, 44:16, 46:15, 114:20, 118:6, 119:19, 139:19, 149:18, 159:23,

162:17, 186:16, 218:13, 218:24, 246:14
TURN [19] - 4:25, 56:4, 68:13, 68:24, 70:24, 117:11, 118:15, 128:8, 132:5, 132:17, 136:7, 140:13, 149:21, 157:11, 173:5, 175:22, 206:14, 208:25, 209:18
TURNING [5] - 6:10, 6:12, 129:13, 130:5, 131:5
TUTORING [5] - 15:17, 15:20, 16:8, 16:13
TWICE [2] - 236:24, 237:5
TWO [46] - 5:7, 5:12, 7:10, 18:25, 43:14, 47:3, 49:20, 51:24, 68:17, 113:20, 114:13, 121:1, 123:19, 126:1, 126:9, 131:5, 131:8, 131:25, 132:5, 137:14, 163:17, 192:8, 206:18, 209:16, 213:20, 213:22, 213:24, 214:16, 215:8, 223:13, 223:15, 224:2, 224:3, 224:4, 226:6, 226:18, 237:25, 238:10, 242:10, 242:19, 242:24, 243:9, 243:24, 246:8, 246:10, 247:25
TWO-HOUR [2] - 237:25, 238:10
TYPE [20] - 24:18, 26:17, 34:2, 36:6, 37:23, 59:22, 86:8, 92:5, 99:17, 99:19, 125:17, 131:17, 131:19, 131:20, 144:4, 167:3, 184:8, 201:10, 202:6
TYPES [13] - 37:3, 37:9, 46:24, 59:5, 67:25, 86:1, 89:24, 90:15, 90:21, 121:17, 122:16, 161:12, 202:6
TYPEWRITTEN [2] - 96:19, 98:2
TYPICALLY [2] -

45:20, 233:6
TYPO [1] - 183:11

U

U.S [1] - 24:19
UH [7] - 79:12, 103:25, 104:6, 178:14, 179:15, 221:14, 234:15
UH-HUH [6] - 103:25, 104:6, 178:14, 179:15, 221:14, 234:15
ULTIMATELY [1] - 70:12
UM [4] - 36:16, 41:7
UN [1] - 102:24
UNABLE [2] - 124:21, 126:17
UNATTENDED [3] - 104:4, 104:9, 104:21
UNCLARITY [1] - 243:15
UNCLEAR [5] - 212:10, 214:25, 216:2, 216:16, 228:20
UNDER [42] - 7:2, 11:15, 34:15, 35:2, 41:21, 52:4, 56:21, 56:22, 70:2, 78:17, 79:15, 79:18, 81:9, 81:12, 91:6, 107:6, 107:21, 108:22, 118:5, 121:4, 121:24, 124:24, 126:6, 133:18, 138:11, 142:17, 144:8, 144:17, 146:17, 147:6, 186:15, 191:8, 191:9, 207:20, 212:3, 215:14, 216:1, 231:25, 232:6, 249:17
UNDERGRADUATE [3] - 99:18, 116:10, 210:13
UNDERNEATH [1] - 89:22
UNDERSCORED [1] - 56:10
UNDERSTAND [24] - 23:6, 24:15, 26:14, 26:16, 30:24, 38:13, 42:18, 60:9, 79:2, 80:16, 81:5, 86:4, 86:17, 110:15, 111:7, 139:12,

139:22, 151:11, 151:15, 155:19, 166:4, 193:9, 201:14, 226:16
UNDERSTANDING [10] - 43:9, 48:13, 78:25, 81:7, 82:23, 114:2, 157:2, 186:7, 208:21, 221:23
UNDERSTOOD [6] - 7:3, 17:4, 114:22, 188:21, 193:6, 233:13
UNDIAGNOSED [1] - 189:3
UNFORTUNATE [1] - 245:9
UNFORTUNATELY [3] - 127:8, 156:22, 209:5
UNINTELLIGIBLE [7] - 136:14, 163:17, 166:24, 169:22, 172:14, 189:14, 189:25
UNINTELLIGIBLE) [1] - 165:5
UNIT [6] - 53:20, 59:14, 74:13, 74:14, 198:13, 216:8
UNITED [7] - 1:1, 1:6, 51:10, 51:16, 51:18, 51:21, 200:7
UNIVERSITY [12] - 17:6, 20:23, 41:6, 93:2, 93:10, 93:16, 93:25, 128:21, 192:13, 198:17, 198:18, 199:9
UNLESS [6] - 52:14, 154:23, 156:16, 160:10, 166:22, 191:22
UNLIKELY [2] - 25:15, 232:14
UNOFFICIAL [9] - 13:11, 13:15, 97:8, 97:20, 97:23, 98:10, 102:12, 103:3, 129:9
UNPACK [1] - 186:16
UNPROFESSIONAL [1] - 232:24
UNQUOTE [1] - 38:10
UNSATISFACTORY [2] - 9:7, 9:21
UNSIGNED [3] - 96:20, 97:15, 97:16
UNSPECIFIED [4] - 131:16, 131:17, 131:20, 144:4

UNSUBSTANTIATED [1] - 97:23
UNSUPERVISED [4] - 51:21, 52:7, 104:5, 104:23
UNTIL [7] - 3:13, 22:20, 37:11, 136:25, 137:3, 222:3, 240:11
UNUSUAL [3] - 124:5, 147:17, 168:1
UNUSUALLY [1] - 167:19
UP [153] - 5:5, 8:5, 8:14, 8:17, 10:9, 11:3, 11:11, 11:14, 11:15, 15:12, 15:17, 16:25, 17:17, 18:1, 19:17, 19:18, 19:20, 20:5, 21:6, 21:11, 22:13, 25:12, 26:21, 28:17, 30:7, 30:9, 31:11, 31:13, 31:23, 32:11, 32:12, 32:13, 32:14, 34:9, 34:11, 36:2, 36:9, 36:11, 37:13, 40:1, 40:3, 40:7, 40:13, 41:19, 43:1, 47:18, 48:22, 54:5, 54:21, 55:25, 56:13, 56:18, 57:8, 60:1, 61:21, 63:1, 63:18, 64:18, 64:20, 66:19, 68:8, 70:12, 71:5, 72:1, 72:14, 76:3, 84:8, 86:2, 87:18, 88:18, 89:6, 91:1, 91:6, 92:9, 92:11, 94:19, 99:23, 100:16, 100:24, 102:15, 102:18, 105:13, 105:20, 106:6, 106:8, 107:10, 110:24, 111:6, 112:11, 112:15, 116:25, 123:5, 127:2, 127:14, 136:25, 137:14, 137:17, 140:11, 142:3, 144:14, 146:14, 147:2, 147:25, 154:14, 155:21, 156:4, 157:1, 166:16, 168:13, 168:22, 169:8, 169:21, 169:23, 172:12, 172:24, 175:16, 176:15, 177:6, 177:11,

178:25, 180:6, 180:20, 182:4, 182:20, 183:11, 188:15, 195:1, 196:4, 197:14, 204:18, 207:4, 207:20, 216:17, 217:14, 218:8, 222:5, 222:6, 222:18, 224:13, 227:6, 230:21, 231:25, 239:19, 239:20, 240:1, 240:2, 241:25, 249:15

**UPDATE** [1] - 15:15
**UPDATED** [3] - 85:3, 85:8, 85:17
**UPON** [4] - 45:9, 85:19, 186:19, 248:1
**US** [55] - 3:8, 11:18, 12:2, 13:9, 21:21, 59:20, 63:24, 64:11, 64:15, 83:11, 87:20, 89:3, 97:13, 105:23, 109:2, 109:17, 120:22, 123:2, 124:17, 124:18, 131:8, 131:17, 132:11, 138:9, 149:16, 152:14, 152:16, 152:22, 152:23, 155:4, 155:6, 158:6, 159:17, 160:20, 160:25, 168:7, 169:3, 169:16, 170:2, 170:6, 176:17, 181:25, 182:4, 206:6, 206:10, 208:9, 208:11, 208:15, 208:23, 210:2, 214:5, 227:19, 249:14
**USE** [14] - 9:16, 25:5, 60:6, 60:12, 60:13, 81:25, 86:1, 135:7, 146:10, 181:7, 191:6, 193:12, 207:12
**USED** [11] - 14:22, 16:17, 108:13, 125:4, 152:2, 157:5, 178:22, 190:25, 213:5, 214:9, 234:1
**USEFUL** [2] - 157:9, 209:4
**USES** [4] - 40:22, 67:12, 146:10

**USING** [7] - 64:16, 100:4, 100:10, 113:14, 145:3, 146:5, 157:4
**USMLE** [43] - 16:1, 16:12, 16:22, 22:14, 25:1, 43:11, 44:22, 51:9, 51:19, 54:7, 55:19, 56:2, 56:9, 64:17, 66:6, 66:9, 73:6, 80:12, 103:22, 104:3, 111:13, 126:20, 135:7, 135:13, 164:11, 164:24, 173:12, 175:5, 175:9, 187:2, 201:18, 201:19, 204:17, 205:22, 211:4, 217:12, 229:7, 241:23, 242:8, 243:23, 244:6
**USMLE'S** [1] - 242:6
**USMLE.ORG** [2] - 54:13, 57:14
**USUALLY** [5] - 52:14, 138:2, 153:8, 168:9, 178:19

---

## V

**VAGUE** [2] - 211:25, 243:2
**VAIN** [1] - 94:4
**VALID** [1] - 193:20
**VALIDATION** [1] - 159:15
**VALIDITY** [12] - 23:2, 25:3, 159:20, 159:22, 160:11, 160:12, 160:15, 193:17, 194:1, 194:18, 195:5
**VARIETY** [3] - 166:2, 181:8, 194:3
**VARIOUS** [9] - 51:25, 56:19, 57:10, 57:18, 118:20, 121:1, 166:3, 233:2, 233:4
**VARY** [4] - 59:6, 153:24, 212:15, 227:14
**VEHICLES** [1] - 153:5
**VENDOR** [1] - 93:13
**VERBALIZES** [1] - 144:24
**VERIFICATIONS** [1] - 102:9
**VERIFIED** [1] - 53:3
**VERIFIES** [1] - 99:17
**VERSA** [2] - 25:23,

126:4
**VERSION** [3] - 100:4, 100:11, 163:4
**VERSUS** [8] - 1:5, 14:9, 29:21, 35:13, 105:18, 110:3, 122:17, 122:18
**VERY** [67] - 11:11, 12:21, 14:20, 14:22, 15:20, 17:25, 19:2, 19:3, 25:15, 26:11, 30:17, 30:19, 36:23, 39:21, 43:13, 60:7, 74:6, 92:16, 101:9, 101:11, 101:12, 112:5, 114:8, 117:1, 118:1, 118:6, 118:24, 119:19, 123:2, 123:6, 124:12, 131:15, 138:24, 145:25, 147:17, 151:8, 152:1, 155:3, 156:21, 160:1, 168:9, 172:9, 179:3, 179:15, 181:7, 184:6, 186:24, 187:4, 187:10, 188:6, 191:23, 191:25, 194:7, 196:15, 247:17
**VIA** [3] - 1:9, 61:12, 61:15
**VICE** [2] - 25:23, 126:4
**VICKI** [1] - 141:3
**VIDEO** [3] - 112:17, 196:23, 220:19
**VIEW** [1] - 186:19
**VIGNETTE** [2] - 43:14, 43:15
**VISIT** [15] - 130:7, 140:18, 141:3, 141:13, 142:16, 143:2, 143:19, 143:23, 144:10, 144:15, 146:15, 147:5, 148:1, 212:20, 214:17
**VOICE** [1] - 67:1

---

## W

**WAIT** [11] - 3:6, 8:16, 22:4, 22:20, 36:10, 37:12, 44:7, 94:24, 224:7, 238:16, 245:3
**WAITING** [1] - 197:14
**WALK** [1] - 189:12
**WALKED** [1] - 191:12
**WALKING** [1] - 153:9

**WANT** [63] - 8:20, 8:23, 8:25, 9:7, 10:17, 10:24, 11:7, 11:8, 11:25, 13:3, 13:16, 17:4, 19:18, 21:12, 22:18, 22:22, 33:4, 33:14, 35:4, 38:25, 39:4, 39:6, 42:12, 42:13, 44:14, 45:16, 49:14, 61:18, 64:1, 83:12, 87:1, 90:5, 92:24, 105:13, 114:13, 137:6, 138:16, 148:15, 148:16, 148:18, 156:3, 162:15, 163:10, 163:11, 165:16, 168:22, 186:16, 189:23, 190:2, 192:10, 193:1, 195:3, 201:18, 206:21, 208:2, 218:15, 225:2, 226:24, 235:25, 236:15
**WANTED** [19] - 3:6, 4:16, 7:10, 9:20, 10:8, 13:12, 17:2, 21:22, 30:16, 34:18, 34:22, 110:15, 119:10, 137:11, 139:9, 173:18, 212:13, 246:24
**WANTING** [1] - 139:20
**WAS** [257] - 3:16, 4:2, 4:3, 4:9, 9:1, 9:8, 9:19, 9:21, 9:24, 10:1, 10:18, 10:19, 11:5, 11:7, 11:8, 11:17, 11:18, 11:22, 12:1, 12:4, 12:9, 12:16, 12:17, 13:2, 13:7, 14:22, 15:15, 15:20, 16:3, 16:4, 16:5, 16:20, 17:5, 17:6, 17:11, 17:21, 18:3, 18:4, 18:17, 19:2, 19:23, 20:6, 20:8, 20:13, 22:3, 22:7, 22:10, 22:16, 23:3, 23:8, 23:11, 23:12, 24:13, 26:23, 27:3, 27:5, 27:8, 27:13, 27:25, 29:5, 29:8, 29:24, 30:17, 30:22, 31:13, 31:21, 31:23, 31:24, 33:18, 34:10, 34:11, 34:17, 34:22, 35:10, 37:20, 37:24, 37:25, 38:24, 39:5, 39:7, 40:24,

41:2, 41:15, 42:24, 43:22, 43:23, 48:14, 48:22, 48:24, 61:9, 61:17, 63:21, 70:10, 71:10, 73:7, 74:12, 74:15, 74:16, 78:25, 83:25, 85:2, 86:8, 87:2, 87:3, 89:7, 91:13, 94:11, 98:22, 108:14, 109:23, 113:16, 117:21, 117:25, 118:3, 118:6, 118:24, 119:6, 119:9, 119:19, 120:15, 120:16, 120:20, 123:5, 123:18, 123:22, 127:4, 130:16, 130:17, 131:18, 132:25, 133:2, 135:20, 135:25, 137:5, 137:8, 139:9, 139:10, 140:4, 142:6, 146:23, 147:17, 150:20, 153:18, 153:22, 154:19, 155:14, 159:16, 160:3, 160:10, 162:13, 163:20, 163:25, 164:2, 168:19, 168:21, 169:5, 169:6, 170:4, 170:16, 170:20, 171:9, 171:13, 171:19, 172:3, 172:5, 172:9, 172:14, 177:3, 177:7, 177:14, 177:16, 177:19, 178:3, 178:6, 178:10, 179:13, 180:13, 180:16, 181:11, 183:20, 184:1, 184:12, 185:23, 186:10, 186:16, 186:19, 188:24, 189:18, 189:19, 190:7, 190:9, 190:12, 191:12, 191:20, 193:8, 193:10, 195:11, 196:11, 207:8, 209:24, 210:9, 210:11, 212:14, 214:22, 215:3, 215:5, 216:3, 216:13, 217:1, 217:8, 217:10, 217:18, 218:15,

218:18, 218:20, 218:23, 221:8, 221:13, 225:8, 225:23, 226:22, 228:25, 229:14, 230:18, 231:5, 232:7, 232:9, 233:8, 233:9, 235:18, 236:3, 236:12, 239:17, 240:5, 243:18, 245:1, 245:13, 246:12, 247:1, 247:4, 248:10

**WASHINGTON** [1] - 2:3

**WASN'T** [12] - 12:9, 15:9, 21:15, 31:20, 35:16, 40:23, 119:3, 119:4, 186:10, 214:5, 229:1, 236:11

**WATCH** [2] - 44:7, 107:21

**WAXING** [1] - 163:20

**WAY** [30] - 1:15, 13:17, 20:5, 23:1, 24:10, 25:19, 49:9, 59:17, 60:18, 84:20, 126:3, 127:14, 127:20, 131:20, 144:18, 155:3, 158:7, 161:25, 167:9, 167:12, 171:14, 172:17, 173:16, 176:9, 185:4, 188:16, 191:19, 194:21

**WAYS** [4] - 118:25, 146:3, 159:22, 233:4

**WE** [540] - 3:3, 3:4, 3:6, 3:11, 3:14, 3:22, 3:24, 4:1, 4:8, 5:8, 5:11, 5:21, 5:22, 5:25, 6:7, 6:24, 7:9, 7:24, 8:14, 8:16, 8:21, 8:23, 8:24, 9:3, 9:4, 9:9, 9:10, 9:11, 9:15, 9:16, 9:18, 9:22, 9:25, 10:2, 10:4, 10:5, 10:9, 10:12, 10:17, 10:20, 10:21, 10:25, 11:3, 11:4, 11:9, 11:10, 11:12, 11:13, 11:14, 11:15, 11:16, 11:17, 12:18, 12:20, 13:2, 13:5, 13:20, 14:13, 14:16, 14:17, 14:21, 14:25, 15:11, 15:17, 15:19, 16:1, 16:7, 16:12, 16:23, 16:25,

17:17, 17:18, 18:3, 18:5, 18:9, 18:10, 18:12, 19:16, 19:19, 19:20, 19:22, 19:25, 20:2, 20:5, 20:16, 21:6, 21:8, 21:9, 21:10, 21:14, 21:15, 21:25, 22:12, 22:13, 24:1, 24:2, 24:3, 24:10, 24:21, 24:24, 24:25, 25:3, 25:10, 25:11, 25:20, 25:24, 28:8, 28:9, 28:17, 28:19, 28:22, 29:15, 29:16, 29:17, 30:4, 30:8, 30:13, 31:5, 31:8, 32:4, 32:13, 32:14, 32:16, 32:22, 33:6, 34:7, 34:8, 36:2, 37:5, 37:7, 37:11, 39:5, 39:15, 39:16, 39:22, 40:4, 40:13, 40:17, 41:19, 46:23, 47:25, 48:8, 48:10, 48:11, 48:25, 49:3, 49:5, 49:16, 49:21, 53:1, 53:9, 53:24, 54:3, 54:15, 54:16, 54:20, 55:17, 55:21, 55:24, 56:4, 56:13, 56:17, 57:14, 57:16, 58:14, 59:18, 59:21, 59:24, 60:1, 60:12, 60:25, 61:8, 61:21, 62:3, 62:4, 63:1, 63:12, 63:13, 64:15, 64:18, 65:13, 65:17, 65:19, 65:21, 65:23, 66:1, 66:19, 67:5, 67:8, 67:23, 68:5, 68:13, 68:25, 69:1, 69:7, 69:10, 69:24, 70:2, 70:6, 70:10, 70:15, 70:16, 71:2, 71:4, 71:23, 72:9, 72:24, 73:1, 73:9, 75:22, 82:3, 82:5, 82:21, 82:22, 83:2, 83:3, 83:9, 83:10, 83:19, 83:20, 84:8, 84:24, 85:17, 86:19, 87:18, 87:24, 88:3, 88:9, 89:5, 89:6, 90:6, 91:1, 91:20, 91:21, 91:23, 92:9, 94:10, 94:18, 94:19, 96:7, 96:12, 97:5, 97:7, 97:14, 98:8, 98:17, 98:22, 99:23, 100:12, 100:15, 101:3,

101:5, 101:8, 101:21, 101:24, 103:19, 105:20, 107:16, 109:2, 109:3, 109:6, 109:18, 109:19, 112:9, 112:10, 112:11, 112:15, 112:17, 112:19, 112:20, 112:23, 112:24, 113:4, 113:9, 113:14, 114:8, 114:14, 115:1, 115:5, 116:17, 116:19, 116:25, 117:11, 118:7, 118:15, 118:16, 119:18, 121:21, 124:9, 124:13, 125:4, 127:7, 127:8, 127:9, 127:16, 127:25, 128:1, 128:9, 128:18, 129:5, 130:19, 131:17, 132:5, 132:17, 133:4, 133:14, 133:17, 134:4, 134:16, 135:22, 136:7, 136:8, 137:16, 138:10, 138:14, 139:1, 139:4, 139:13, 140:13, 140:19, 141:1, 141:4, 141:9, 142:3, 142:12, 142:21, 142:22, 143:17, 143:19, 143:20, 144:1, 144:17, 144:18, 145:7, 145:9, 145:17, 146:17, 146:19, 147:3, 147:6, 147:10, 147:19, 148:3, 148:4, 148:16, 148:17, 148:23, 149:22, 151:10, 152:9, 152:16, 152:17, 152:19, 152:20, 152:21, 152:22, 155:4, 155:11, 155:21, 155:22, 156:4, 156:19, 156:21, 157:11, 157:12, 158:13, 159:1, 159:13, 159:16, 161:22, 164:21, 166:15, 166:18, 167:8, 167:21,

168:3, 168:14, 168:22, 169:11, 169:23, 170:12, 172:13, 172:23, 172:24, 173:16, 173:17, 174:12, 174:14, 175:15, 175:16, 176:9, 176:15, 178:19, 180:20, 180:24, 182:3, 182:19, 182:20, 185:2, 187:19, 188:18, 189:16, 193:12, 193:13, 193:16, 196:5, 197:1, 200:24, 201:4, 202:5, 202:7, 202:12, 203:3, 204:25, 205:13, 205:23, 206:3, 206:7, 206:8, 207:3, 208:7, 208:15, 208:20, 208:25, 209:18, 209:19, 209:23, 210:2, 210:7, 211:5, 211:6, 211:15, 212:16, 212:19, 213:10, 213:20, 214:16, 215:19, 216:4, 216:11, 217:4, 217:7, 217:9, 217:13, 217:14, 217:21, 218:1, 218:8, 218:21, 219:1, 219:2, 219:3, 219:5, 219:16, 219:17, 220:6, 220:7, 222:5, 222:6, 222:7, 222:17, 224:5, 224:19, 225:11, 225:22, 225:23, 227:6, 229:8, 229:12, 229:22, 229:24, 230:15, 230:16, 231:12, 233:16, 234:3, 234:25, 236:17, 237:18, 239:19, 240:1, 240:10, 240:11, 241:4, 242:1, 243:15, 244:12, 244:18, 244:19, 244:20, 245:10, 245:24, 247:11, 248:23, 249:6, 249:16, 249:17, 249:19, 249:21

**WE'LL** [3] - 127:10,

128:18, 196:18

**WE'RE** [2] - 4:7, 196:23

**WE'VE** [2] - 29:1, 31:11

**WEBSITE** [12] - 54:13, 56:9, 56:12, 57:14, 97:7, 97:16, 97:19, 98:15, 201:19, 206:8, 219:18, 220:8

**WEEK** [3] - 16:5, 18:22

**WEEKENDS** [2] - 144:25, 145:13

**WEEKS** [2] - 31:21, 73:23

**WEIGHED** [1] - 15:7

**WEIGHING** [1] - 35:23

**WEIGHT** [2] - 21:20, 36:22

**WELCOME** [1] - 175:13

**WELL** [120] - 3:8, 3:10, 3:22, 5:14, 9:8, 11:20, 12:8, 14:7, 15:2, 16:20, 16:22, 16:24, 20:3, 20:16, 21:19, 22:12, 24:8, 24:23, 33:4, 33:19, 34:23, 35:16, 35:18, 36:21, 38:2, 38:17, 39:4, 39:12, 47:1, 49:8, 55:2, 60:13, 73:18, 73:20, 75:12, 75:15, 76:11, 80:25, 83:2, 83:8, 86:11, 87:10, 94:2, 98:8, 100:21, 104:14, 113:7, 113:13, 113:21, 116:5, 121:23, 129:3, 130:11, 131:20, 136:23, 138:10, 138:20, 139:7, 139:11, 139:17, 141:14, 144:5, 145:10, 145:18, 147:1, 148:8, 148:9, 151:19, 152:7, 153:3, 154:6, 154:18, 156:8, 156:13, 158:7, 159:17, 164:20, 166:2, 166:4, 167:6, 167:20, 167:25, 169:14, 170:4, 170:8, 171:13, 172:6, 172:15, 173:8, 177:16, 178:19, 183:10,

183:24, 187:1,
188:17, 189:2,
189:11, 189:16,
189:17, 189:23,
191:7, 191:8,
191:12, 191:13,
193:16, 194:11,
194:12, 194:20,
195:21, 202:11,
204:8, 204:22,
205:11, 218:15,
220:19, 226:17,
228:7, 229:16,
244:14, 249:13
WELL-ADJUSTED [1]
- 167:20
WELL-KNOWN [1] -
153:3
WENT [11] - 12:18,
27:8, 31:12, 40:25,
96:12, 117:20,
133:1, 147:11,
197:6, 222:7, 225:18
WERE [96] - 6:7, 8:16,
8:24, 9:19, 14:3,
16:1, 17:10, 27:8,
35:8, 41:21, 54:2,
54:21, 56:6, 57:14,
73:4, 74:10, 74:14,
76:25, 77:4, 77:22,
85:3, 85:7, 85:17,
88:3, 90:10, 91:8,
91:10, 94:10,
102:21, 108:11,
109:16, 113:6,
114:4, 114:9,
117:23, 120:19,
133:5, 136:5, 142:7,
147:21, 148:9,
159:24, 162:17,
163:11, 163:22,
163:23, 165:8,
165:15, 166:12,
167:22, 170:5,
173:2, 174:12,
178:3, 178:4, 178:6,
178:10, 179:10,
182:7, 183:9,
184:10, 184:20,
185:20, 185:21,
185:25, 186:23,
187:9, 187:10,
188:1, 188:13,
195:2, 203:12,
210:3, 210:10,
210:12, 210:23,
211:11, 211:12,
213:5, 213:15,
214:9, 221:11,
221:14, 221:18,
229:6, 229:17,

230:11, 238:25,
240:25, 241:2,
241:3, 245:14,
245:15, 249:3
WESTERN [2] - 130:7,
212:21
WHAT [286] - 3:9,
3:18, 3:19, 5:4, 5:15,
6:20, 10:20, 11:5,
11:7, 14:21, 15:15,
23:3, 23:4, 24:9,
25:2, 26:24, 27:1,
27:3, 27:13, 27:14,
27:15, 27:22, 27:24,
28:3, 28:23, 29:5,
31:17, 34:6, 34:9,
34:16, 34:18, 36:10,
36:12, 37:24, 37:25,
38:13, 38:14, 38:15,
38:18, 38:25, 40:2,
41:17, 43:9, 43:23,
44:18, 46:1, 46:5,
46:11, 46:23, 48:10,
48:20, 49:4, 50:25,
51:5, 51:11, 51:16,
51:22, 53:17, 55:6,
55:7, 57:11, 57:19,
58:3, 58:9, 58:20,
59:12, 60:3, 60:6,
62:1, 62:9, 63:14,
64:21, 65:15, 67:6,
67:22, 67:25, 68:14,
69:4, 70:1, 70:13,
71:20, 72:4, 72:16,
72:22, 73:8, 74:15,
75:2, 76:23, 77:15,
81:20, 83:4, 83:15,
85:20, 86:2, 86:4,
86:7, 87:20, 90:12,
90:14, 91:15, 92:17,
93:7, 97:10, 97:14,
98:2, 98:3, 98:22,
98:25, 99:8, 99:15,
101:10, 102:5,
102:16, 103:22,
104:12, 105:4,
105:16, 108:15,
108:20, 112:13,
112:17, 113:9,
114:2, 114:8,
114:17, 116:7,
117:1, 117:14,
122:5, 124:9,
124:10, 124:19,
125:3, 125:4, 126:7,
126:17, 127:10,
127:12, 128:3,
128:11, 129:1,
129:3, 129:15,
130:9, 130:21,
131:1, 131:8,

131:20, 131:25,
132:8, 132:18,
132:22, 133:2,
133:20, 134:8,
136:10, 136:21,
137:21, 138:24,
139:4, 139:13,
140:19, 140:21,
141:11, 141:16,
142:6, 142:18,
143:25, 144:2,
144:5, 145:7, 145:8,
146:2, 146:8,
146:12, 146:18,
147:8, 147:22,
148:6, 149:24,
151:19, 152:13,
152:17, 153:18,
153:24, 156:5,
156:9, 156:11,
156:21, 157:3,
157:7, 159:17,
159:20, 160:21,
161:15, 162:21,
163:21, 166:1,
166:4, 168:7,
168:16, 169:3,
169:16, 170:2,
171:19, 172:3,
172:10, 175:22,
176:13, 178:19,
179:4, 182:17,
184:5, 184:25,
185:8, 187:15,
187:16, 193:12,
194:1, 195:9,
198:11, 198:15,
200:2, 201:10,
202:19, 202:24,
203:5, 203:25,
204:2, 205:11,
205:21, 206:2,
206:15, 207:3,
208:5, 208:9,
209:21, 210:6,
210:17, 212:10,
213:12, 215:9,
215:16, 216:23,
217:22, 218:13,
219:13, 220:21,
221:7, 224:8, 224:9,
225:18, 226:19,
228:20, 232:2,
232:7, 232:9,
233:25, 234:3,
234:10, 234:12,
234:22, 234:23,
236:13, 236:15,
237:2, 238:16,
241:12, 241:19,
242:12, 243:2,

244:18, 246:19,
247:9, 248:9
WHAT'S [3] - 85:21,
183:1, 194:4
WHATEVER [10] - 8:4,
82:24, 83:2, 124:19,
137:8, 148:12,
162:5, 181:22,
191:9, 247:8
WHATNOT [2] - 33:17,
110:19
WHATSOEVER [1] -
213:2
WHEN [119] - 4:24,
9:15, 11:3, 11:9,
13:15, 14:17, 22:2,
22:19, 24:24, 26:2,
26:8, 26:19, 27:6,
27:18, 28:20, 28:24,
31:18, 31:19, 32:21,
33:25, 34:4, 35:4,
35:18, 35:20, 37:11,
38:4, 39:5, 41:1,
42:16, 42:20, 42:21,
42:23, 43:5, 43:22,
45:9, 46:8, 52:25,
61:3, 68:1, 69:11,
71:5, 76:22, 80:11,
81:16, 81:22, 83:16,
85:1, 85:7, 87:8,
88:5, 88:10, 88:25,
93:19, 96:4, 97:10,
97:11, 99:9, 99:11,
108:11, 109:7,
109:8, 117:19,
126:5, 126:9,
126:24, 128:4,
129:16, 133:1,
135:7, 138:3,
138:17, 145:1,
154:3, 160:12,
163:6, 166:10,
167:7, 171:3,
175:15, 177:16,
178:3, 178:6,
178:10, 178:12,
180:21, 184:19,
186:10, 186:20,
187:4, 188:22,
190:22, 191:11,
195:2, 195:9,
199:25, 203:7,
204:9, 210:17,
219:13, 222:19,
223:10, 223:20,
223:21, 223:22,
224:22, 240:24,
245:13, 246:2,
246:5, 246:11, 247:2
WHERE [69] - 4:1,

9:17, 11:17, 13:7,
14:3, 16:7, 19:19,
20:5, 25:11, 26:22,
37:17, 40:4, 52:19,
55:18, 56:14, 56:21,
60:9, 64:1, 64:7,
67:23, 80:21, 89:8,
89:11, 92:3, 93:1,
93:4, 96:10, 97:24,
101:13, 105:18,
112:12, 113:4,
113:12, 118:7,
118:16, 123:21,
143:21, 148:23,
153:4, 155:4,
157:13, 157:17,
160:6, 160:23,
163:23, 167:21,
176:2, 176:10,
184:23, 185:5,
188:13, 199:3,
199:11, 199:18,
202:15, 206:4,
230:3, 231:2,
231:15, 231:16,
231:21, 233:18,
233:22, 234:5,
234:17, 234:20,
240:13, 241:4, 241:6
WHETHER [54] -
10:12, 10:19, 13:20,
13:21, 27:4, 27:7,
27:9, 33:17, 42:8,
44:23, 47:14, 91:21,
93:21, 109:21,
114:7, 114:10,
114:11, 126:16,
129:3, 129:23,
134:21, 134:24,
139:23, 149:11,
153:5, 165:18,
184:7, 184:10,
184:12, 184:13,
185:21, 187:17,
193:19, 195:8,
201:11, 203:11,
203:18, 203:21,
204:15, 207:15,
207:16, 207:17,
207:18, 209:23,
210:3, 210:19,
210:21, 215:1,
229:9, 229:14,
243:15, 243:16,
243:17
WHICH [64] - 8:14,
8:15, 8:17, 10:1,
10:18, 11:4, 11:22,
13:1, 13:6, 13:12,
14:4, 15:20, 16:5,
17:1, 18:13, 19:18,

20:8, 22:5, 22:8,
24:15, 28:12, 31:3,
31:5, 35:7, 39:16,
39:18, 42:17, 43:14,
48:12, 48:14, 49:13,
61:1, 61:12, 63:19,
66:7, 72:20, 79:22,
93:13, 94:8, 109:18,
109:23, 119:8,
122:18, 124:1,
128:9, 129:13,
129:24, 134:4,
134:6, 137:12,
158:20, 160:23,
161:3, 190:2,
200:20, 201:22,
205:23, 206:10,
214:16, 225:22,
234:8, 243:6, 245:25
WHILE [15] - 36:12,
48:7, 48:8, 53:1,
54:16, 54:20, 81:6,
88:3, 108:21,
108:22, 120:21,
128:20, 162:10,
214:6, 245:21
WHITE [4] - 140:13,
143:19, 152:12,
174:2
WHO [90] - 3:11,
11:23, 12:17, 16:10,
16:14, 16:15, 23:5,
23:6, 23:10, 24:16,
24:19, 25:1, 25:22,
26:7, 30:25, 33:16,
34:3, 34:4, 35:24,
38:17, 45:2, 54:6,
64:16, 75:3, 75:10,
75:19, 76:19, 79:8,
81:8, 81:12, 82:1,
105:21, 106:3,
106:13, 107:3,
107:5, 120:7,
127:18, 129:7,
130:17, 137:1,
139:8, 145:10,
145:25, 146:25,
147:17, 152:14,
162:25, 168:4,
171:10, 172:18,
181:13, 183:20,
186:14, 186:23,
188:11, 190:10,
190:11, 192:15,
192:23, 192:24,
194:10, 201:18,
206:23, 213:4,
215:20, 216:9,
220:2, 227:10,
228:2, 228:16,
229:17, 230:9,

233:2, 233:3, 237:9,
238:3, 238:13,
239:12, 243:5,
243:22, 248:4,
248:16
WHO'S [2] - 16:16,
60:8
WHOA [1] - 25:24
WHOLE [10] - 16:21,
45:12, 54:2, 108:2,
112:16, 133:4,
134:15, 136:23,
160:22, 172:9
WHOLLY [1] - 160:4
WHOM [4] - 36:19,
120:14, 121:7, 128:8
WHY [56] - 3:8, 13:25,
14:1, 24:16, 27:23,
31:25, 35:7, 35:17,
38:13, 59:3, 64:6,
66:15, 85:14,
117:17, 117:21,
117:23, 128:14,
128:16, 131:11,
138:1, 141:19,
143:7, 149:7,
149:14, 150:24,
151:23, 154:19,
157:20, 158:20,
158:21, 159:7,
161:25, 164:13,
175:14, 175:15,
181:8, 187:10,
190:12, 192:20,
193:16, 204:12,
208:15, 208:18,
209:11, 210:6,
211:3, 211:24,
212:25, 214:3,
214:21, 216:2,
216:12, 216:15,
216:25, 217:2, 230:5
WIFE [8] - 8:17, 15:15,
21:9, 21:13, 34:17,
159:2, 159:3, 159:11
WIFE'S [2] - 21:22,
158:19
WILDLY [1] - 123:22
WILL [137] - 5:4, 5:5,
5:15, 5:21, 6:24,
8:16, 14:20, 15:11,
18:15, 24:9, 25:16,
26:23, 28:5, 44:23,
47:4, 47:5, 48:25,
49:8, 49:16, 52:12,
52:23, 56:11, 56:13,
56:17, 56:18, 57:9,
59:6, 60:2, 60:12,
61:1, 61:16, 61:21,
63:1, 64:18, 64:19,

65:13, 67:5, 68:9,
68:25, 69:1, 70:24,
72:14, 76:24, 78:14,
79:3, 79:13, 79:24,
80:5, 80:6, 82:7,
83:8, 83:9, 83:13,
83:19, 87:5, 90:6,
96:21, 98:17,
100:16, 109:2,
109:18, 109:24,
112:9, 112:10,
112:18, 112:19,
113:19, 115:1,
116:25, 122:3,
127:3, 127:25,
129:5, 130:5,
133:14, 134:1,
134:12, 136:7,
137:15, 137:17,
139:1, 141:1, 142:3,
142:22, 143:20,
144:19, 144:20,
146:14, 147:2,
147:3, 147:6, 149:3,
150:12, 152:9,
158:16, 160:20,
163:4, 164:21,
166:16, 168:10,
168:13, 169:23,
171:24, 175:16,
175:23, 176:13,
176:15, 177:10,
177:11, 184:15,
185:8, 191:23,
191:24, 192:9,
196:5, 197:13,
201:8, 203:2,
205:12, 205:13,
211:6, 217:14,
217:21, 218:8,
236:14, 238:8,
242:3, 243:20,
248:8, 249:17,
249:19, 249:20,
249:21
WILLINGNESS [1] -
128:24
WINDOWS [2] - 5:7,
5:8
WISH [2] - 58:10,
103:17
WITH [225] - 4:2, 4:10,
4:11, 5:5, 8:8, 9:2,
9:5, 9:9, 9:12, 10:1,
12:10, 12:11, 13:6,
13:19, 13:24, 14:10,
15:25, 16:6, 16:9,
16:13, 16:14, 17:7,
17:11, 17:13, 19:7,
19:25, 20:3, 20:21,
23:17, 23:22, 24:14,

25:4, 30:18, 30:21,
31:1, 32:20, 33:7,
33:8, 33:14, 34:11,
34:13, 35:13, 35:14,
38:8, 41:12, 42:15,
48:10, 48:18, 51:3,
51:4, 51:9, 56:9,
59:17, 66:17, 70:18,
73:1, 75:4, 75:12,
75:17, 77:23, 78:2,
79:9, 86:2, 86:14,
87:24, 90:10, 90:15,
91:9, 91:10, 92:3,
107:1, 108:12,
108:16, 109:4,
109:10, 110:12,
110:18, 111:19,
111:23, 112:1,
113:13, 113:14,
114:9, 117:16,
117:17, 119:18,
119:23, 120:1,
120:25, 121:16,
122:14, 123:10,
126:6, 126:9,
126:20, 128:25,
129:1, 129:21,
132:20, 133:7,
134:10, 134:11,
136:24, 138:1,
138:10, 139:13,
139:19, 141:3,
142:16, 143:5,
143:19, 143:23,
144:15, 144:23,
145:21, 145:24,
146:15, 146:19,
147:5, 147:13,
148:1, 148:19,
149:12, 150:3,
150:17, 152:16,
154:20, 155:6,
156:11, 156:23,
157:3, 158:2,
160:25, 161:2,
161:21, 162:2,
162:19, 164:4,
166:11, 166:21,
167:10, 167:13,
168:4, 171:9,
171:12, 171:14,
171:18, 172:12,
175:16, 176:4,
176:15, 176:17,
178:15, 178:18,
179:24, 180:2,
180:13, 181:3,
181:25, 182:9,
182:13, 183:5,
183:17, 183:18,
183:21, 183:22,

184:1, 184:2,
184:14, 184:20,
186:8, 187:6,
187:21, 187:22,
188:11, 188:14,
189:24, 191:1,
192:5, 192:11,
192:22, 196:5,
198:18, 199:2,
199:9, 199:16,
199:24, 199:25,
200:12, 201:22,
202:7, 202:22,
205:18, 206:10,
212:14, 212:16,
218:3, 218:5,
218:17, 218:19,
219:17, 220:24,
221:24, 222:2,
223:25, 225:19,
228:17, 232:9,
237:15, 239:5,
239:6, 239:11,
239:14, 239:16,
240:3, 240:5, 240:7,
246:6, 247:4, 247:8
WITHIN [14] - 18:15,
18:16, 56:19, 77:5,
98:9, 102:25,
116:13, 153:19,
154:8, 178:11,
193:2, 194:10,
212:17, 221:22
WITHOUT [25] - 23:21,
23:23, 27:14, 96:5,
104:6, 104:7, 104:9,
104:11, 110:13,
134:14, 161:21,
162:3, 162:5,
162:20, 172:19,
186:24, 191:13,
217:11, 232:15,
232:22, 232:25,
233:10, 233:11
WITNESS [39] - 3:11,
47:22, 49:22, 50:9,
50:11, 50:15, 79:1,
80:25, 105:8, 112:5,
112:7, 115:12,
115:13, 115:16,
162:9, 162:12,
163:20, 165:11,
172:3, 175:13,
176:7, 185:18,
196:15, 197:9,
197:19, 197:24,
197:25, 198:4,
200:24, 201:8,
204:23, 228:12,
238:22, 244:5,
245:6, 245:9,

247:15, 249:12,
250:10
**WITNESS'S** [1] - 87:9
**WITNESS,ERIN** [1] -
50:12
**WITNESSES** [6] -
3:11, 3:15, 3:22,
48:2, 150:19, 186:2
**WON'T** [7] - 4:8, 19:7,
19:10, 26:8, 31:7,
34:9, 101:25
**WONDER** [1] - 138:5
**WONDERING** [1] - 4:9
**WORD** [15] - 3:19,
19:5, 43:1, 43:2,
94:10, 102:12,
117:2, 138:21,
182:23, 190:25,
191:6, 231:24,
232:2, 232:4, 232:6
**WORDING** [3] - 27:15,
43:17, 180:25
**WORDS** [10] - 47:1,
56:9, 124:16,
126:11, 163:15,
171:15, 179:18,
203:14, 208:23,
218:13
**WORE** [1] - 146:22
**WORK** [18] - 4:10,
46:20, 59:24, 77:23,
109:4, 119:22,
119:25, 120:11,
121:15, 167:9,
171:14, 171:16,
171:17, 173:3,
198:25, 199:14,
199:15, 200:9
**WORKED** [4] - 51:3,
116:20, 172:8,
199:17
**WORKING** [4] - 76:25,
148:10, 199:25,
200:10
**WORKS** [2] - 123:24,
235:4
**WORKSHOPS** [1] -
119:17
**WORLD** [2] - 45:7,
89:18
**WORLDWIDE** [1] -
16:17
**WORRY** [1] - 40:8
**WORTH** [2] - 35:24,
193:13
**WOULD** [203] - 3:12,
3:20, 4:3, 4:10, 5:13,
10:13, 10:14, 11:1,
11:5, 11:17, 12:25,
13:12, 17:11, 17:15,

17:16, 18:19, 18:20,
18:24, 19:2, 19:3,
20:10, 20:25, 22:1,
23:17, 26:22, 27:1,
27:2, 28:11, 29:6,
29:22, 31:3, 31:4,
33:13, 34:6, 34:14,
34:17, 34:23, 34:24,
35:1, 36:1, 37:7,
38:6, 38:7, 38:13,
38:14, 38:19, 39:2,
40:2, 40:5, 41:9,
43:1, 43:18, 46:1,
48:23, 49:11, 49:13,
50:10, 55:2, 56:25,
57:19, 58:8, 59:1,
70:14, 72:22, 72:24,
73:1, 76:21, 78:1,
78:16, 79:9, 80:10,
85:16, 87:17, 88:16,
90:22, 91:7, 94:22,
94:25, 95:15, 95:18,
95:24, 97:9, 97:20,
98:6, 98:7, 98:20,
99:2, 99:6, 100:11,
100:12, 103:1,
103:13, 103:15,
104:1, 104:3,
105:14, 107:13,
110:5, 113:1,
115:11, 123:11,
123:14, 123:16,
123:24, 127:19,
127:22, 129:19,
129:21, 129:23,
130:14, 130:19,
131:15, 131:18,
131:23, 132:25,
133:9, 134:10,
135:6, 135:11,
137:1, 137:3, 138:1,
138:4, 139:8, 144:5,
145:12, 146:3,
147:11, 147:16,
148:11, 148:12,
149:7, 151:6, 151:7,
151:8, 156:13,
156:15, 157:25,
158:7, 160:3, 160:8,
161:22, 161:24,
162:15, 162:17,
163:11, 164:25,
165:15, 165:24,
168:3, 168:20,
170:5, 170:7,
171:14, 173:5,
176:11, 178:24,
181:3, 181:9,
181:13, 181:18,
181:23, 182:8,
182:12, 183:10,

183:11, 183:25,
185:6, 186:15,
190:16, 194:2,
194:17, 194:22,
197:23, 208:17,
209:11, 219:1,
222:21, 223:12,
226:1, 226:14,
229:12, 231:7,
231:13, 232:13,
232:14, 232:21,
232:24, 235:14,
237:6, 237:7, 238:1,
238:11, 238:12,
238:18, 238:19,
238:22
**WOULDN'T** [9] -
34:19, 81:19, 93:9,
93:12, 103:1,
123:21, 239:13
**WOW** [1] - 4:23
**WRIST** [1] - 216:14
**WRITE** [7] - 21:13,
25:3, 35:2, 35:7,
37:7, 96:23, 192:9
**WRITES** [2] - 96:4,
227:17
**WRITING** [4] - 46:21,
98:15, 130:12, 192:6
**WRITTEN** [6] - 102:8,
136:19, 138:20,
218:16, 231:24,
234:7
**WRONG** [4] - 25:20,
25:22, 38:23, 47:15
**WROTE** [9] - 10:21,
16:16, 36:21, 36:24,
121:1, 191:1,
216:24, 218:11

---

# Y

**YEA** [1] - 4:24
**YEAH** [9] - 12:6,
90:20, 92:4, 110:17,
165:11, 185:1,
190:10, 195:23,
205:4
**YEAR** [14] - 16:21,
53:23, 99:16,
111:11, 111:14,
141:20, 141:21,
169:6, 226:23,
248:19, 248:21,
248:22, 248:23
**YEAR-TO-YEAR** [1] -
169:6
**YEARS** [22] - 25:17,
37:6, 47:3, 47:13,
51:4, 84:23, 84:25,

85:5, 85:6, 85:9,
85:10, 118:22,
120:20, 125:12,
144:24, 160:1,
177:22, 178:12,
179:13, 190:17,
200:13, 200:15
**YES** [268] - 9:11,
11:11, 12:14, 12:15,
13:1, 15:24, 17:1,
17:6, 18:2, 19:16,
19:20, 19:23, 21:10,
22:13, 25:13, 26:24,
28:1, 28:4, 29:16,
30:9, 31:10, 31:13,
32:19, 33:11, 35:3,
36:13, 37:16, 38:22,
39:2, 39:9, 39:17,
39:21, 39:24, 39:25,
40:23, 41:14, 41:16,
41:24, 41:25, 42:20,
45:25, 47:24, 48:19,
49:19, 52:22, 54:8,
54:18, 55:1, 55:20,
56:3, 56:8, 56:11,
56:15, 56:21, 57:3,
60:25, 61:23, 61:25,
64:3, 65:5, 66:24,
66:25, 67:14, 68:5,
68:7, 69:16, 71:12,
73:7, 75:3, 75:11,
77:3, 77:11, 77:14,
78:3, 78:10, 78:13,
78:14, 80:13, 81:3,
82:6, 82:7, 84:8,
86:6, 86:16, 87:11,
87:19, 87:23, 89:6,
89:10, 89:14, 89:22,
91:1, 91:2, 91:11,
92:4, 92:10, 92:11,
92:20, 92:21, 92:24,
93:6, 93:18, 93:23,
94:22, 94:24, 95:20,
95:23, 96:3, 96:7,
96:13, 96:14, 96:16,
96:25, 97:2, 97:3,
97:6, 97:14, 97:25,
98:13, 98:22, 100:2,
100:14, 100:22,
101:4, 101:6, 102:3,
102:11, 102:19,
103:4, 103:16,
104:5, 104:13,
105:10, 106:23,
107:12, 107:23,
111:2, 111:15,
114:24, 115:6,
116:19, 121:9,
125:16, 138:13,
149:1, 149:2, 150:1,
150:18, 155:25,

156:6, 157:5, 158:5,
160:14, 161:8,
167:5, 167:15,
169:15, 170:18,
171:5, 173:9,
173:22, 173:24,
174:1, 174:3, 174:5,
174:8, 174:10,
174:13, 176:5,
176:18, 179:6,
180:23, 182:1,
182:21, 183:4,
184:4, 184:9, 185:9,
186:4, 186:12,
197:6, 198:21,
199:2, 200:16,
200:18, 201:7,
201:19, 203:3,
205:10, 205:17,
207:1, 210:16,
211:19, 216:20,
216:22, 217:18,
218:11, 220:23,
221:8, 221:13,
221:25, 222:4,
222:12, 222:16,
222:23, 223:16,
223:17, 227:5,
227:22, 227:25,
228:14, 228:23,
230:3, 230:17,
231:1, 231:4,
231:17, 231:23,
232:1, 233:8,
233:12, 233:20,
233:24, 234:4,
234:10, 236:2,
236:8, 236:22,
238:13, 239:15,
239:17, 239:23,
240:1, 240:5, 240:7,
240:9, 240:15,
241:2, 241:5, 241:8,
241:11, 241:21,
241:24, 242:1,
242:3, 242:8,
242:22, 243:12,
244:5, 244:12,
245:1, 245:5,
246:10, 246:18,
246:23, 247:11,
247:19, 248:2,
248:22, 249:23
**YESTERDAY** [4] -
13:8, 33:15, 100:5,
100:11
**YET** [3] - 21:1, 44:13,
49:23
**YIN** [1] - 41:21
**YORK** [1] - 121:10

**YOU** [1156] - 3:8, 3:9,
3:18, 3:19, 3:20,
3:21, 4:16, 4:17,
4:19, 4:22, 5:6, 5:8,
5:16, 5:17, 5:18, 6:1,
6:3, 6:10, 6:11, 6:19,
6:20, 7:2, 7:4, 8:6,
8:10, 9:11, 9:16,
10:12, 11:7, 12:5,
12:7, 12:13, 12:14,
12:20, 13:19, 14:6,
14:17, 14:20, 14:23,
15:3, 15:4, 15:13,
16:9, 16:13, 16:21,
17:21, 17:24, 18:10,
18:13, 18:15, 18:16,
19:1, 19:11, 19:20,
19:21, 20:3, 20:17,
20:20, 21:7, 21:11,
21:13, 21:18, 21:23,
22:15, 22:16, 23:2,
23:3, 24:8, 24:12,
24:17, 24:20, 25:5,
26:9, 26:11, 26:12,
26:20, 27:6, 27:7,
27:9, 27:18, 27:22,
27:23, 27:24, 28:3,
28:7, 29:19, 30:7,
30:10, 30:19, 30:24,
31:3, 31:10, 31:13,
32:1, 32:3, 32:5,
32:10, 32:12, 32:23,
33:7, 33:14, 33:19,
33:23, 33:25, 34:20,
35:1, 35:3, 35:14,
35:16, 35:17, 35:18,
35:19, 35:20, 36:5,
36:6, 36:7, 36:8,
36:21, 37:16, 37:21,
38:2, 38:4, 38:13,
38:14, 38:25, 39:6,
39:7, 39:20, 39:24,
40:10, 40:19, 41:5,
41:10, 41:11, 41:17,
41:21, 42:4, 42:8,
42:13, 42:15, 42:17,
42:18, 42:19, 42:22,
42:23, 43:2, 43:11,
43:12, 43:19, 43:20,
44:7, 44:8, 44:12,
44:13, 44:14, 44:16,
44:23, 44:24, 44:25,
45:1, 45:3, 45:10,
45:15, 45:18, 45:19,
45:20, 45:23, 45:24,
46:8, 46:9, 46:10,
46:11, 46:13, 46:14,
46:15, 46:20, 46:22,
46:23, 46:25, 47:16,
47:18, 47:22, 48:1,
48:2, 48:3, 48:18,

48:20, 49:4, 49:6,
49:8, 49:14, 49:17,
50:1, 50:5, 50:10,
50:13, 50:17, 50:23,
50:24, 51:3, 52:8,
52:11, 52:13, 52:14,
52:16, 52:17, 52:18,
52:19, 52:21, 52:22,
52:23, 52:25, 53:2,
53:3, 53:4, 53:5,
53:7, 53:10, 53:11,
53:12, 54:17, 54:20,
54:24, 55:2, 55:18,
55:21, 55:25, 56:6,
56:9, 56:11, 56:14,
56:17, 56:23, 57:16,
58:25, 59:9, 59:12,
60:2, 60:6, 61:5,
61:9, 61:14, 61:16,
61:22, 61:24, 62:9,
62:11, 62:22, 62:24,
63:18, 63:22, 64:6,
64:9, 64:12, 66:2,
66:5, 66:6, 66:15,
66:24, 68:9, 69:4,
70:1, 70:3, 70:19,
71:5, 71:20, 72:4,
72:16, 72:23, 73:4,
73:14, 73:17, 73:19,
73:20, 73:21, 73:25,
74:3, 74:7, 74:10,
74:14, 75:2, 75:6,
76:3, 76:14, 76:22,
76:25, 77:4, 77:9,
77:12, 77:19, 77:22,
77:24, 78:1, 78:2,
78:14, 78:16, 78:20,
79:4, 79:5, 79:9,
79:24, 80:3, 80:4,
80:5, 80:6, 80:10,
80:16, 80:24, 80:25,
81:3, 81:4, 81:9,
81:12, 81:20, 81:22,
81:23, 81:24, 81:25,
82:14, 82:15, 82:23,
82:24, 82:25, 83:1,
83:4, 83:15, 83:21,
84:13, 84:15, 84:20,
85:2, 85:18, 85:19,
86:2, 86:4, 86:6,
86:7, 86:11, 86:18,
86:22, 87:8, 87:10,
87:13, 87:16, 87:20,
87:21, 87:25, 88:7,
88:20, 89:3, 89:4,
89:8, 89:11, 89:15,
89:23, 90:4, 90:5,
90:7, 90:12, 90:14,
90:17, 91:3, 91:7,
91:15, 91:18, 91:19,
92:1, 92:10, 92:11,

92:16, 92:18, 92:25,
93:4, 93:7, 94:7,
94:9, 95:4, 95:6,
95:18, 96:4, 96:8,
96:9, 96:10, 96:11,
96:14, 96:17, 97:1,
97:4, 97:5, 97:10,
97:11, 97:16, 97:24,
98:3, 98:5, 98:6,
98:24, 99:11, 99:13,
99:25, 100:4, 100:5,
100:10, 100:11,
100:13, 100:14,
100:17, 100:18,
100:23, 100:24,
101:2, 101:5,
101:10, 101:12,
101:14, 101:19,
101:24, 101:25,
102:1, 102:10,
102:12, 102:14,
102:16, 102:18,
102:22, 102:23,
103:17, 103:19,
103:20, 103:21,
103:25, 104:1,
104:2, 104:14,
104:16, 104:19,
104:20, 104:25,
105:2, 105:3, 105:7,
105:8, 105:16,
105:18, 105:24,
106:9, 107:3, 107:6,
107:8, 107:9,
107:13, 108:4,
108:7, 108:9,
108:11, 108:13,
108:15, 111:5,
111:10, 111:11,
111:16, 111:17,
111:18, 111:21,
111:22, 111:23,
111:24, 112:4,
112:5, 112:6, 112:7,
112:8, 112:12,
112:13, 112:16,
112:22, 113:6,
113:10, 113:15,
113:17, 114:1,
114:7, 114:16,
114:18, 115:4,
115:8, 115:11,
115:18, 115:21,
116:1, 116:2, 116:4,
116:5, 116:6,
116:12, 116:20,
116:22, 117:1,
117:2, 117:12,
117:23, 118:10,
119:14, 119:22,
119:25, 120:3,

120:7, 120:11,
120:13, 120:14,
120:21, 121:7,
121:16, 122:10,
122:14, 123:12,
123:13, 123:21,
123:24, 124:19,
124:20, 124:24,
125:1, 125:12,
125:13, 125:20,
125:21, 125:23,
125:24, 126:5,
126:7, 126:19,
126:23, 127:3,
127:6, 127:12,
127:13, 128:4,
128:8, 128:11,
129:1, 129:16,
130:2, 130:9,
130:21, 130:24,
131:2, 132:1, 132:8,
132:11, 132:13,
132:18, 132:22,
133:20, 134:2,
134:5, 134:8, 134:9,
134:12, 134:18,
134:21, 134:24,
135:2, 135:5, 136:7,
136:9, 136:15,
136:21, 136:22,
137:1, 137:15,
137:17, 137:19,
137:22, 138:24,
139:1, 139:5,
139:12, 139:21,
140:20, 141:19,
142:6, 142:7, 142:9,
142:11, 143:7,
144:8, 145:5, 145:8,
146:10, 146:18,
147:9, 147:21,
147:22, 148:7,
148:22, 149:5,
149:21, 149:25,
150:2, 150:7,
150:10, 150:12,
150:22, 151:15,
151:21, 151:23,
152:13, 153:11,
153:12, 153:13,
153:14, 154:2,
154:12, 154:15,
155:14, 155:16,
155:21, 155:23,
155:25, 156:8,
156:9, 156:11,
156:19, 156:22,
156:24, 157:3,
157:8, 157:9,
157:14, 158:4,
158:9, 158:10,

158:15, 159:9,
159:15, 159:17,
159:18, 159:19,
160:12, 160:13,
160:20, 160:23,
161:2, 161:5,
161:12, 161:16,
161:17, 162:1,
162:2, 162:8,
162:15, 162:17,
162:18, 162:23,
163:3, 163:5,
163:10, 163:11,
163:16, 163:19,
163:22, 163:23,
163:24, 163:25,
164:3, 165:4, 165:8,
165:9, 165:15,
165:16, 165:18,
165:19, 165:21,
165:24, 165:25,
166:1, 166:5,
166:10, 166:18,
167:1, 167:9,
167:13, 167:14,
167:20, 167:22,
168:16, 168:24,
168:25, 169:13,
169:20, 169:25,
170:15, 170:19,
170:23, 171:3,
171:7, 172:2,
172:10, 172:11,
173:1, 173:2, 173:5,
173:10, 173:19,
173:20, 174:16,
174:21, 175:7,
175:12, 175:18,
175:24, 176:3,
176:8, 176:11,
176:17, 176:20,
176:22, 176:25,
177:1, 177:2, 177:4,
177:11, 177:13,
177:15, 177:20,
177:22, 177:25,
178:3, 178:4, 178:6,
178:9, 178:10,
178:14, 178:24,
179:2, 179:4, 179:5,
179:7, 179:9,
179:10, 179:15,
179:17, 179:22,
180:4, 180:5, 180:6,
180:7, 180:10,
180:12, 180:19,
180:21, 180:22,
180:24, 180:25,
181:11, 181:16,
181:17, 181:25,
182:4, 182:7,

182:10, 182:12,
182:18, 183:2,
183:9, 183:10,
183:12, 183:14,
183:15, 183:19,
183:25, 184:5,
184:6, 184:15,
184:16, 184:17,
184:25, 185:2,
185:4, 185:5, 185:6,
185:10, 185:16,
185:20, 185:21,
185:25, 186:14,
186:18, 187:3,
187:14, 188:3,
188:6, 188:7, 188:9,
188:10, 188:11,
188:12, 188:22,
188:23, 189:7,
189:8, 189:12,
189:17, 189:18,
189:19, 189:24,
190:2, 190:4, 190:6,
190:14, 190:18,
190:24, 190:25,
191:3, 191:22,
192:23, 193:4,
193:6, 193:20,
194:12, 194:13,
194:15, 194:22,
195:1, 195:2, 195:9,
195:10, 195:11,
195:12, 195:25,
196:12, 196:14,
196:15, 196:21,
197:4, 197:10,
197:15, 197:18,
197:23, 198:2,
198:6, 198:20,
198:25, 199:25,
200:12, 201:3,
201:4, 201:5, 201:8,
201:9, 201:10,
201:15, 203:2,
203:24, 204:9,
204:21, 205:5,
205:8, 205:12,
205:15, 206:1,
206:23, 207:2,
207:4, 207:12,
208:18, 209:3,
209:14, 210:17,
210:18, 211:7,
211:17, 211:20,
212:12, 213:13,
215:8, 216:19,
216:21, 217:14,
217:17, 218:5,
218:10, 218:13,
219:7, 219:13,
219:14, 220:2,

220:3, 220:5,
220:18, 220:21,
220:25, 221:1,
221:3, 221:4, 221:5,
221:7, 221:9,
221:11, 221:19,
222:9, 222:14,
222:19, 222:21,
222:24, 223:5,
223:6, 223:7, 223:9,
223:11, 223:14,
223:17, 223:20,
223:21, 223:22,
223:23, 223:24,
224:4, 224:8, 224:9,
224:13, 224:14,
224:25, 225:2,
225:14, 225:18,
226:2, 226:8,
226:14, 226:16,
226:17, 226:21,
226:25, 227:3,
227:4, 227:8,
227:22, 227:24,
228:10, 228:12,
228:20, 229:12,
229:18, 229:22,
230:5, 230:10,
230:14, 230:19,
230:22, 230:25,
231:2, 231:16,
231:18, 231:21,
231:24, 232:2,
233:18, 233:22,
234:10, 234:12,
234:15, 234:18,
234:20, 234:22,
234:25, 235:1,
235:3, 235:8,
235:16, 235:18,
235:19, 236:6,
237:15, 237:18,
237:19, 237:22,
238:1, 238:2, 238:8,
238:11, 238:12,
238:22, 238:24,
239:2, 239:5, 239:6,
239:8, 239:14,
239:16, 239:18,
239:23, 240:3,
240:4, 240:7,
240:13, 240:16,
241:3, 241:6,
241:15, 241:16,
241:24, 242:2,
243:2, 243:8,
243:18, 243:19,
244:15, 244:18,
244:21, 245:3,
245:5, 245:13,
245:14, 245:15,

245:17, 245:18,
245:20, 245:21,
246:8, 246:12,
246:13, 246:14,
246:15, 246:16,
246:21, 247:1,
247:3, 247:7, 247:9,
247:14, 247:15,
247:25, 248:8,
248:19, 249:11,
249:12, 249:20,
249:24, 249:25,
250:1
YOU'RE [3] - 108:6,
175:13, 182:12
YOU'VE [3] - 8:7, 44:7,
166:6
YOUNGSTER [1] -
163:13
YOUNGSTER'S [1] -
123:6
YOUNGSTERS [1] -
119:12
YOUR [272] - 3:23,
4:11, 4:14, 4:15,
4:18, 6:3, 6:6, 6:10,
6:19, 7:3, 7:4, 7:14,
8:2, 8:10, 11:2, 15:3,
15:13, 20:18, 25:8,
25:9, 26:13, 26:19,
27:9, 27:24, 28:7,
29:2, 29:4, 29:9,
32:7, 33:19, 39:18,
40:9, 40:12, 40:18,
41:12, 42:9, 42:14,
42:17, 42:24, 44:7,
44:9, 45:1, 45:16,
45:21, 45:22, 45:25,
46:8, 47:16, 47:20,
47:23, 47:24, 48:1,
48:3, 48:8, 48:17,
48:21, 49:3, 49:17,
49:19, 50:1, 50:5,
50:14, 50:25, 52:16,
53:1, 53:4, 53:6,
53:7, 53:8, 53:10,
53:12, 53:17, 55:9,
55:11, 62:7, 62:8,
65:8, 70:3, 70:8,
70:17, 70:18, 73:14,
73:23, 74:15, 75:20,
77:15, 78:19, 79:3,
79:5, 79:25, 80:2,
80:4, 80:6, 80:8,
80:14, 80:15, 80:17,
80:22, 81:1, 83:23,
84:19, 86:17, 87:1,
87:8, 88:1, 88:16,
91:10, 91:20, 92:19,
93:14, 94:6, 94:13,

95:1, 97:12, 97:19,
98:6, 98:7, 98:14,
104:16, 104:17,
104:18, 105:2,
105:3, 105:10,
105:14, 107:6,
107:9, 107:14,
107:15, 107:18,
107:20, 107:21,
108:1, 108:5, 108:6,
110:25, 111:2,
111:17, 111:21,
111:23, 111:24,
114:24, 115:15,
115:21, 116:7,
117:3, 117:11,
118:15, 118:16,
118:22, 119:22,
119:25, 121:21,
122:1, 125:12,
129:2, 133:21,
135:20, 136:15,
136:16, 136:17,
138:17, 139:22,
147:10, 152:3,
155:10, 156:12,
157:2, 157:10,
165:6, 165:10,
171:7, 171:21,
172:2, 176:20,
176:22, 177:3,
177:14, 183:5,
183:6, 183:16,
184:24, 185:9,
185:11, 185:14,
188:14, 188:21,
189:9, 190:1, 190:3,
190:22, 191:24,
194:20, 195:9,
195:10, 195:11,
196:1, 196:3, 196:7,
196:10, 196:13,
196:20, 197:6,
198:3, 198:11,
198:15, 198:25,
200:2, 200:23,
202:19, 203:5,
204:19, 211:7,
211:18, 211:20,
212:22, 213:14,
213:24, 214:18,
215:23, 218:13,
220:5, 220:6,
220:22, 221:22,
223:9, 223:10,
223:16, 224:14,
225:3, 225:5,
225:16, 225:19,
235:6, 235:17,
236:6, 236:12,
237:25, 238:5,

238:7, 238:23,
238:24, 239:6,
239:15, 240:5,
241:18, 242:13,
243:3, 244:15,
244:19, 244:24,
245:20, 248:3,
248:9, 248:14,
249:8, 249:11,
249:24
YOURS [2] - 7:1,
228:6
YOURSELF [3] - 8:6,
162:20, 197:11

# Z

ZERO [2] - 26:24,
107:25
ZOOM [15] - 9:10,
19:21, 31:17, 33:11,
36:8, 37:16, 62:9,
64:19, 87:25, 92:11,
101:6, 155:11,
179:3, 222:18
ZOOMED [1] - 15:19