1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

   DR. MARKCUS KITCHENS, JR.,   :  CIVIL CASE NUMBER
4              PLAINTIFF        :
                                :
5       VERSUS                  :  22-3301
                                :
6   UNITED STATES MEDICAL       :
    LICENSING EXAMINATION,      :
7              DEFENDANTS       :
   _____

8
                              MAY 18, 2023
9                             VIA MICROSOFT TEAMS
                              PHILADELPHIA, PA 19106
10

11 _____
        BEFORE THE HONORABLE JOHN F. MURPHY, J.
12 _____

                              BENCH TRIAL - DAY 4
13
   APPEARANCES:
14
   DR. MARKCUS KITCHENS, JR.
15 PRO SE
   625 HAMPTON WAY, #2
16 RICHMOND, KY 40475

17

18              LYNN GLIGOR, RMR
                OFFICIAL COURT REPORTER
19         ROOM 2609 U. S. COURTHOUSE
                601 MARKET STREET
20         PHILADELPHIA, PA 19106
                (856)649-4774
21

22 PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
   TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
23

24

25

```
1     CONTINUED APPEARANCES:

2     CAROLINE M. MEW, ESQUIRE
      PERKINS, COIE, LLP
3     700-13TH STREET NW, SUITE 600
      WASHINGTON, DC 20005
4
      COUNSEL FOR THE DEFENDANT
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         (CLERK OPENS COURT.)

 2                    THE COURT:  GOOD MORNING, MS. MEW.

 3                    GOOD MORNING, DR. KITCHENS.

 4                    DR. KITCHENS:  GOOD MORNING, JUDGE.

 5                    THE COURT:  LET'S SEE, I HAVE ONE PIECE

 6   OF BUSINESS.  ONE IS A REMINDER THAT WE ARE GOING TO

 7   STOP AT ABOUT 10 OF 9, 8:50.  I HAVE A CONFERENCE THAT

 8   STARTS AT 9:00.  IT SHOULD ONLY BE 10, 15 MINUTES, SO

 9   WHY DON'T WE -- WE WILL PLAN TO RESUME AT 9:20.  OKAY,

10   SO WE WILL TAKE A 30-MINUTE BREAK FROM 8:50 TO 9:20, ALL

11   RIGHT?

12                    MS. MEW:  OKAY.

13                    THE COURT:  THE OTHER IS I GOT A BIT OF

14   AN OMINOUS E-MAIL FROM OUR I.T. DEPARTMENT SAYING THAT

15   THEY WERE GOING TO BE DOING A MICROSOFT TEAMS UPDATE

16   TODAY.  AND MY DEPUTY TELLS ME THAT WILL NOT EFFECT THIS

17   TRIAL, I DON'T KNOW, MY CONFIDENCE LEVEL IS LIKE 50/50.

18                    SO IF THIS JUST EXPLODES AND SHUTS DOWN,

19   THAT'S WHAT HAPPENED AND WE WILL FIGURE IT OUT FROM

20   THERE, OKAY?

21                    MS. MEW:  OKAY.

22                    THE COURT:  ALL RIGHT.  DO EITHER OF YOU

23   HAVE ANY BUSINESS FOR ME?

24                    MS. MEW:  NOT FROM ME, YOUR HONOR.

25                    DR. KITCHENS:  NOT FROM ME AS WELL, YOUR
```

1    HONOR.

2                    THE COURT:  ALL RIGHT.  IN THAT CASE, MS.

3    MEW, YOU MAY PROCEED AND CALL YOUR NEXT WITNESS.

4                    MS. MEW:  THANK YOU, YOUR HONOR.

5                    THE NATIONAL BOARD OF MEDICAL EXAMINERS

6    CALLS DR. TIMOTHY ALLEN.

7                    THE COURT:  GOOD MORNING, DR. ALLEN.

8                    THE WITNESS:  GOOD MORNING, YOUR HONOR.

9                    THE COURT:  LYNN, WOULD YOU PLEASE SWEAR

10   IN THE WITNESS.

11                   THE COURT REPORTER:  GOOD MORNING, DR.

12   ALLEN.  COULD YOU PLEASE RAISE YOUR RIGHT HAND?

13                   (DEFENSE WITNESS, DR. TIMOTHY ALLEN, IS

14   SWORN.)

15                   THE COURT REPORTER:  CAN YOU PLEASE STATE

16   AND SPELL YOUR NAME FOR THE RECORD?

17                   THE WITNESS:  TIMOTHY ALLEN,

18   T-I-M-O-T-H-Y A-L-L-E-N.

19                        DIRECT EXAMINATION

20   BY MS. MEW:

21   Q.      GOOD MORNING, DR. ALLEN.

22   A.      HELLO.

23   Q.      WHAT IS YOUR EDUCATIONAL BACKGROUND?

24   A.      SO, I GRADUATED FROM THE UNIVERSITY OF

25   LOUISVILLE WITH A BACHELOR'S DEGREE IN POLITICAL SCIENCE

1     IN 1994, WENT TO UK COLLEGE OF MEDICINE, GOT MY M.D. IN

2     1998.  I COMPLETED A PSYCHIATRY RESIDENCY AT UK IN 2002,

3     AND A FORENSIC PSYCHIATRY FELLOWSHIP AT TULANE

4     UNIVERSITY IN NEW ORLEANS IN 2003.

5                    I GUESS THAT'S THE END OF THE EDUCATION

6     PART, ANYWAY.

7     Q.      ARE YOU A LICENSED PHYSICIAN?

8     A.      YES.  SO I AM LICENSED TO PRACTICE IN KENTUCKY

9     SINCE 1999.  I ALSO HAVE LICENSES IN WEST VIRGINIA,

10    TENNESSEE AND OKLAHOMA.

11    Q.      DO YOU HAVE ANY PARTICULAR SPECIALTIES?

12    A.      YES, I DO.  SO ALONG WITH MY RESIDENCY TRAINING,

13    I AM BOARD CERTIFIED BY THE AMERICAN PSYCHIATRY AND

14    NEUROLOGY AND GENERAL PSYCHIATRY AND FORENSIC

15    PSYCHIATRY, AND THEN I ADDED BRAIN INJURY MEDICINE IN

16    THE LAST FEW YEAR, WHICH IS A NEW SUBSPECIALTY

17    AVAILABLE.

18    Q.      WHERE ARE YOU CURRENTLY EMPLOYED?

19    A.      SO I HAVE A FEW EMPLOYMENTS.  I AM A PART-TIME

20    FACULTY MEMBER AT THE UNIVERSITY OF KENTUCKY IN THE

21    DEPARTMENT OF PSYCHIATRY, I HAVE BEEN SINCE 2003.  I WAS

22    FULL-TIME FOR SEVEN YEARS AND HAVE BEEN PART-TIME SINCE.

23    I WORK PART-TIME FOR A STATE AGENCY IN KENTUCKY FOR THE

24    CABINET -- FOR HEALTH AND FAMILY SERVICES PROVIDING

25    ASSESSMENTS OF CRIMINAL DEFENDANTS FOR COMPETENCY TO

1    STAND TRIAL, CRIMINAL RESPONSIBILITY.  AND THEN I HAVE A

2    PRIVATE PRACTICE WHERE I DO EVALUATIONS, FITNESS REVIEW

3    EVALUATIONS, I DO INDEPENDENT MEDICAL EXAMS AND I ALSO

4    HAVE A TREATMENT PRACTICE OF TRANSCRANIAL MAGNETIC

5    STIMULATION FOR REFRACTORY DEPRESSION.

6    Q.      WHAT IS FORENSIC PSYCHIATRY?

7    A.       SO FORENSIC PSYCHIATRY, AS I MENTIONED, IS A

8    BOARD RECOGNIZED SUBSPECIALTY OF PSYCHIATRY WHERE IT

9    SORT OF INTERFACES BETWEEN MENTAL ILLNESS AND LEGAL

10   PROCESS, AT LAST HALF OF THAT IS CRIMINAL.  IT'S A

11   COMPETENCY TO STAND TRIAL CRIMINAL RESPONSIBILITY

12   COMPONENT, THAT IS A BIG PART OF MY PROFESSIONAL LIFE.

13              BUT THEN ALSO THERE IS A CIVIL COMPONENT

14   WHICH CAN BE REVIEWING MEDICAL MALPRACTICE CASES,

15   REVIEWING FITNESS FOR DUTY OR DANGEROUSNESS ASSESSMENTS,

16   DISABILITY ASSESSMENTS AND INDEPENDENT MEDICAL

17   EXAMINATIONS.

18              AND THE TRAINING INCLUDES SOME BASIC

19   UNDERSTANDING OF CASE LAW, OF CONSTITUTIONAL LAW, DUE

20   PROCESS, EQUAL PROTECTION, THAT SORT OF THING.  BUT ALSO

21   HOW TO PROVIDE SCIENTIFIC EVIDENCE TO A LEGAL PROCESS,

22   BECAUSE THE TERMS ARE DIFFERENT, THE STANDARDS ARE

23   DIFFERENT, AND SO IT'S NOT ALWAYS THAT EASY.  AND SO IN

24   THAT TRAINING WE LEARN SOMETHING ABOUT THAT.

25   Q.      YOU ALSO TREAT PATIENTS ON A REGULAR BASIS?

1    A.      I DO.  SO ABOUT -- PUT IT ALL TOGETHER, ABOUT

2    HALF OF MY TIME I AM TREATING BOTH AT UK DOING CLINICS,

3    TEACHING RESIDENTS AT THE SAME TIME, I AM SEEING

4    PATIENTS PHYSICALLY, THE RESIDENTS ARE THERE, I'M THERE

5    AND THE PATIENTS ARE THERE.  AND SO THAT IS A WEEKLY

6    CLINIC I DO.

7              I TREAT INPATIENTS AT THE FORENSIC

8    HOSPITAL WHERE I DO THE CRIMINAL ASSESSMENTS, AND THEN I

9    TREAT PATIENTS IN MY PRIVATE PRACTICE WITH THE TMS THAT

10   I MENTIONED EARLIER.

11   Q.      I WILL PULL UP EXHIBIT DX57.

12              DR. ALLEN, IS THIS A TRUE AND CORRECT

13   COPY OF YOUR C.V.?

14   A.      IT IS.

15              MS. MEW:  DEFENDANT MOVES TO ADMIT DX57.

16              DR. KITCHENS:  NO OBJECTIONS.

17              THE COURT:  ADMITTED.

18              (DEFENSE EXHIBIT 57 IS ADMITTED INTO

19   EVIDENCE.)

20   BY MS. MEW:

21   Q.      WE CAN TAKE THAT DOWN.

22              DR. ALLEN, ARE YOU FAMILIAR WITH A

23   DIAGNOSTIC FOR MOOD DISORDERS SUCH AS ANXIETY?

24   A.      ABSOLUTELY.

25   Q.      IS THERE A TREATISE OR OTHER WELL-RECOGNIZED

1    PUBLICATION THAT SETS FORTH THOSE DIAGNOSTIC CRITERIA?

2    A.      YES.   THE DIAGNOSTIC AND STATISTICAL MANUAL FIVE

3    PUBLISHED IN 2014.   THERE IS A TEXT PROVISION WHICH

4    DOESN'T CHANGE THE CRITERIA THAT JUST CAME OUT LAST

5    YEAR.   AND SO THOSE PUBLICATIONS SET OUT THE CRITERIA

6    THAT ALL OF US USE TO DETERMINE THESE DIAGNOSES.   AND

7    BASICALLY ALL I CAN THINK OF IT IS AS A DICTIONARY.   SO

8    WHEN SOMEBODY SAYS, FOR EXAMPLE, GENERALIZED ANXIETY

9    DISORDER, EVERYBODY KNOWS EXACTLY WHAT YOU ARE TALKING

10   ABOUT, THE SYMPTOMS YOU ARE TALKING ABOUT.

11   Q.      AND ON THE TOPIC OF ANXIETY, IN YOUR WORK, DO

12   YOU REGULARLY EVALUATE AND TREAT PEOPLE WHO ARE

13   EXPERIENCING MENTAL DISORDERS?

14   A.      YES, EVERY DAY.

15   Q.      ARE YOU ALSO FAMILIAR WITH THE DIAGNOSTIC

16   CRITERIA FOR ADHD IN THE NATURE OF SYMPTOMS AND

17   IMPAIRMENT FROM ADHD?

18   A.      I AM.

19   Q.      HAVE YOU EVALUATED PATIENTS FOR ANXIETY?

20   A.      YES, THAT'S ALMOST ON A DAILY BASIS.

21   Q.      HAVE YOU EVALUATED PATIENTS FOR ADHD?

22   A.      YES, IT COMES UP IN ALMOST EVERY WALK OF LIFE,

23   AND SO IT'S LESS COMMON THAN ANXIETY FOR SURE, BUT IT'S

24   SOMETHING THAT I DO REGULARLY.

25   Q.      AS A PRACTICING PSYCHIATRIST, ARE YOU FAMILIAR

1     WITH MEDICATIONS THAT CAN BE PRESCRIBED FOR ANXIETY OR

2     ADHD?

3     A.      YES, I PRESCRIBE THEM AND TEACH RESIDENTS ABOUT

4     THEM.

5     Q.      IN YOUR WORK AS A FORENSIC PSYCHIATRIST, DO YOU

6     REGULARLY REVIEW MEDICAL RECORDS PREPARED BY OTHER

7     HEALTHCARE PROFESSIONALS?

8     A.      YES, THAT'S A ROUTINE PROCESS WHENEVER I AM

9     DOING A FORENSIC EXAMINATION, THERE ARE ALMOST ALWAYS

10    RECORDS OF OTHER PROFESSIONALS, NOT PSYCHIATRISTS, BUT

11    FAMILY PRACTITIONERS, INTERNISTS, SURGEONS AND EVERY

12    SPECIALTY, SO THAT'S SOMETHING I DO ROUTINELY.

13    Q.      AND ARE YOU ALSO FAMILIAR WITH PHYSICIAN

14    PRACTICES AROUND PRESCRIBING MEDICATION FOR ANXIETY AND

15    ADHD?

16    A.      YES, ABSOLUTELY.  NOT ONLY AM I FAMILIAR WITH

17    THOSE, I TEACH THEM.

18    Q.      AND I THINK YOU REFERRED TO THIS, BUT DO YOU

19    ALSO REVIEW REQUESTS FROM INDIVIDUALS WHO ARE SEEKING

20    ACCOMMODATIONS ON STANDARDIZED TESTS AS AN OUTSIDE

21    REVIEWER?

22    A.      I DO.  I DO FOR SEVERAL DIFFERENT KINDS OF TEST

23    AGENCIES.  I HAVE BEEN DOING SUCH REVIEWS FOR AT LEAST

24    15 YEARS.

25    Q.      THROUGH THAT WORK, HAVE YOU BECOME FAMILIAR WITH

1    THE TYPE AND EXTENT OF RECORDS THAT INDIVIDUALS SEEKING

2    ACCOMMODATIONS HAVE SUBMITTED TO TESTING ENTITIES TO

3    SUPPORT REQUESTS FOR TESTING ACCOMMODATIONS?

4    A.      YES, ROUTINELY.

5                 MS. MEW:  YOUR HONOR, NBME OFFERS DR.

6    ALLEN AS AN EXPERT IN ANXIETY AND ADHD, PRESCRIPTION

7    PRACTICES AROUND ANXIETY AND ADHD, PHYSICIAN PRACTICES

8    IN KEEPING MEDICAL RECORDS, AS WELL AS THE DOCUMENTATION

9    AND REVIEW OF ACCOMMODATION REQUESTS UNDER THE ADA.

10                THE COURT:  DR. KITCHENS?

11                YOU ARE ON MUTE.

12                DR. KITCHENS:  I WAS TRYING TO HEAR YOU

13   -- MAKE SURE I WAS THINKING CLEARLY.

14                YOU SAID THAT YOU WOULD LIKE TO HAVE HIM

15   AS AN EXPERT OF INTERPRETING THE ADA?

16                MS. MEW:  THE DOCUMENTATION AND REVIEW OF

17   ACCOMMODATION REQUEST UNDER THE ADA.  NOT AS A LAWYER,

18   BUT AS HIS PRACTICES AS A REVIEWER.

19                DR. KITCHENS:  NO OBJECTION.

20                THE COURT:  THE TESTIMONY WILL BE

21   ACCEPTED.

22   BY MS. MEW:

23   Q.      DR. ALLEN, FROM A CLINICAL STANDPOINT, WHAT IS

24   ANXIETY?

25   A.      WELL, ANXIETY IS A WORD THAT HAS A COUPLE OF

1    MEANINGS.  THERE IS THE SYMPTOM OR MOOD OR EXPERIENCE OF

2    ANXIETY, WHICH IS A NORMAL RESPONSE TO STRESS THAT WE

3    ALL HAVE AT VARYING DEGREES OF THROUGH OUR LIVES.  IT'S

4    AN ADAPTIVE MECHANISM WHERE FROM AN EVOLUTIONARY

5    STANDPOINT YOU LITERALLY NEED TO BE ANXIOUS TO INCREASE

6    YOUR PERFORMANCE, WHETHER IT BE IN A SPORTING EVENT OR

7    RUNNING FROM A BEAR, IF WE TALK TO ONE OF OUR ANCESTORS.

8              THEN THERE IS A CLINICAL DIAGNOSIS OF

9    ANXIETY, WHICH THERE IS A FEW DIFFERENT VERSIONS.  BUT

10   GENERALIZED ANXIETY IS ONE OF THE MORE COMMON, WHERE YOU

11   HAVE THE SYMPTOM OF ANXIETY AS PART OF IT, BUT ALSO

12   THERE IS MORE TO IT THEN THAN.  IT'S NOT JUST LIKE I

13   FEEL NERVOUS, THERE HAS TO BE A PERVASIVENESS AND A

14   SEVERITY OF THE SYMPTOM THAT IT CAUSES FUNCTIONAL

15   LIMITATION, IT PREVENTS YOU FROM DOING THE THINGS YOU

16   NEED TO DO ON A DAY-TO-DAY BASIS.

17             AND ONLY IF THOSE SYMPTOMS ARE THAT

18   SEVERE AND OCCUR MORE THAN JUST IN A BLUE MOON, THEY

19   HAVE TO BE PERVASIVE AND OCCUR COMMONLY.  DOES IT RISE

20   TO THE LEVEL OF A MENTAL ILLNESS OR A CLINICAL DIAGNOSIS

21   OF ANXIETY.

22   Q.      IN YOUR EXPERIENCE AND FROM YOUR REVIEW OF

23   THOUSANDS -- WELL, YOU TELL ME, MEDICAL RECORDS FROM

24   OTHER HEALTHCARE PROFESSIONALS, DO HEALTHCARE

25   PROFESSIONAL EVER TREAT PATIENTS FOR ANXIETY-TYPE

1     CONDITIONS THAT MAY NOT NECESSARILY RISE TO THE LEVEL OF

2     A CLINICAL DISORDER?

3     A.        YES, I HAVE LITERALLY REVIEWED THOUSANDS OF

4     OTHER MEDICAL RECORDS FOR PEOPLE WITH MENTAL ILLNESS

5     FROM OTHER CLINICIANS.  AND WHEN WE LOOK AT WHY

6     CLINICIANS ACT AND TREAT, WE ARE TREATING SYMPTOMS.

7     TYPICALLY WHEN SOMEBODY PRESENTS TO A CLINIC OF MINE AND

8     THEY ARE PRESENTING WITH SYMPTOMS THAT ARE DISTRESSING

9     IN SOME WAY, I WANT TO HELP ALLEVIATE THOSE SYMPTOMS.

10    AND VERY COMMONLY, IF THE ANXIETY OR DISTRESS IS

11    TEMPORARY, WE WILL TRY TO DO THAT THROUGH PSYCHOTHERAPY.

12    THAT MAY NOT BE AVAILABLE IN ALL CLINICIAN'S OFFICES.

13                  IF IT RISES TO THE LEVEL OF SEVERITY AND

14    PERSUASIVENESS, I MAY CONSIDER MEDICATIONS.  BUT WHAT I

15    SEE IN THE RECORDS IS THAT VERY COMMONLY WE ARE IN A

16    MEDICALIZED KIND OF SOCIETY NOW, MORE NOW THAN 20 YEARS

17    WHEN I STARTED PRACTICING, THAT MEDICATIONS ARE AN

18    EASIER TREATMENT FOR THE CLINICIAN, IT'S EASIER FOR THE

19    PATIENT, IT TAKES LESS TIME, IT'S BENEFICIAL IN MOST

20    PEOPLE, AND REALLY IMPORTANTLY, THE MEDICATIONS

21    GENERALLY HAVE VERY LOW SIDE EFFECTS AND VERY LOW RISK.

22                  SO THE RISK BENEFIT RATIO OF THE

23    CLINICIAN IS, CAN I HELP WITH PRESCRIBING THE

24    MEDICATION?  YES.  IS THERE HARM?  PROBABLY NOT.

25                  SO WE DO SEE PEOPLE PRESCRIBED THINGS

1    LIKE SSRI'S AND ANTIDEPRESSANTS, OTHER ANXIETY MEDICINE

2    LIKE BUSPIRONE ROUTINELY WITHOUT MEETING ALL OF THE

3    CRITERIA FOR A CLINICAL DIAGNOSIS OF GENERALIZED ANXIETY

4    DISORDER OR PANIC DISORDER, ONE OR THE OTHER DSM

5    RECOGNIZED ILLNESSES.

6    Q.      WE HAVE SEEN IN MEDICAL RECORDS REFERENCES TO

7    PHQ FORMS.  WHAT IS A PHQ FORM?

8    A.      SO THE PHQ IS -- AND TYPICALLY WE SEE THE PHQ9

9    THESE DAYS.  AND THIS A -- IT'S A FREE QUESTIONNAIRE,

10   THAT IS IMPORTANT, THAT HAS BEEN ADOPTED BY ALMOST ALL

11   ELECTRONIC MEDICAL RECORDS PER COMPANIES AS A SCREENING

12   TOOL FOR DEPRESSION.  AND IT ASKS NINE SIMPLE YES, NO

13   QUESTIONS THAT WILL ALERT THE CLINICIAN THAT MAYBE THIS

14   PERSON HAS DEPRESSION, YOU SHOULD LOOK FURTHER, IF THEY

15   ANSWER ENOUGH OF THE QUESTIONS IN THE POSITIVE MANNER.

16              SO IT IS A VERY BRIEF QUESTIONNAIRE, AND

17   IT'S AGAIN, A SCREENER, IT'S NOT DIAGNOSTIC, IT'S NOT BY

18   ITSELF SUFFICIENT, BY IT IS THE FIRST STEP IN AN

19   EVALUATION FOR DEPRESSION.

20   Q.      WHAT IS A G-A-D OR GAD7 FORM.

21   A.      SO THIS IS THE ANXIETY VERSION OF THE PHQ9, SO

22   IT'S SEVEN QUESTIONS, THAT'S WHY IT SAYS THAT.  AND

23   AGAIN, IT'S A SCREENING TOOL THAT YOU GIVE OFTEN TO

24   EVERY NEW PATIENT THAT COMES INTO A CLINIC, AND

25   SOMETIMES EVERY PATIENT IN A MENTAL HEALTH CLINIC EVERY

1      TIME, JUST TO ALERT THE CLINICIAN, HEY, YOU MAY NEED TO

2      LOOK FURTHER.  AND ELECTRONIC MEDICAL RECORDS NOW HAVE

3      SORT OF LIKE THIS ALERT SYSTEM WHERE THE PERSON, AS THEY

4      SIGN INTO THEIR TELEHEALTH VISIT, THEY HAVE TO FILL OUT

5      THESE QUESTIONS, AND THEN IT ALERTS THE CLINICIAN

6      IMMEDIATELY, HEY, LOOK INTO THIS MORE.

7                    SO AGAIN, A SCREENING TOOL, NOT A

8      DIAGNOSTIC ONE.

9      Q.      SO WITH ANXIETY, IS IT STATIC CONDITION?

10     A.      NO, IT'S SOMETHING THAT LITERALLY CAN CHANGE

11     HOUR TO HOUR, SO DEPENDING OR YOUR CIRCUMSTANCES.  AND

12     CERTAINLY IT CAN CHANGE FROM HOUR TO HOUR DEPENDING ON

13     THE CIRCUMSTANCES, IT COULD CHANGE MONTH TO MONTH,

14     DEPENDING ON YOUR MOOD AND OTHER LONG-TERM STRESSORS IN

15     YOUR LIFE.  SO PATIENTS CAN HAVE SEVERE ANXIETY FOR A

16     DAY OR A WEEK AND THEN NEVER HAVE IT AGAIN.  AND THAT'S

17     NOT NECESSARILY INDICATIVE OF NEEDING LONG-TERM

18     MEDICATIONS WHEREAS IF YOU HAVE IT PERSUASIVELY, IT

19     LASTS FOR WEEKS OR MONTHS, THAT'S WHEN YOU START

20     THINKING OF MENTAL ILLNESS AS A POSSIBILITY.

21     Q.      DOES THE ANXIETY EFFECT READING SKILLS?

22     A.      GENERALLY, NO.  READING IS ONE OF THE MOST

23     FUNDAMENTAL OVERLEARNED SKILLS WE HAVE.  TO GIVE YOU AN

24     EXAMPLE, I DO A LOT OF TRAUMATIC BRAIN INJURY

25     EVALUATIONS.  READING IS ONE OF THOSE THINGS THAT IS NOT

1   EFFECTED EVEN BY TRAUMATIC BRAIN INJURY, TYPICALLY, AND

2   WE USE IT AS A BASELINE.

3                    THE ABILITY TO READ IS SO DIFFUSELY

4   STORED IN THE BRAIN, IT'S A SKILL THAT IS SO OVERLEARNED

5   THAT IT'S NOT ONE THAT IS AMENABLE OR EFFECTED BY SLIGHT

6   CHANGES IN YOUR MOOD OR YOUR COGNITION.  AS A RESULT,

7   IT'S GENERALLY VERY STABLE THROUGH THE LIFETIME AND

8   REGARDLESS OF PSYCHIATRIC OR COGNITIVE DIAGNOSIS.

9   Q.      ONE LAST GENERAL QUESTION.

10                    IS TEST ANXIETY A DIAGNOSIS RECOGNIZED IN

11  THE DSM?

12  A.      IT IS NOT A DIAGNOSIS IN THE DSM, IT IS NOT --

13  IT DOES NOT HAVE IT'S OWN CATEGORY, IT'S NOT REALLY EVEN

14  MENTIONED IN THE BOOK.  THERE ARE SOME CLINICIANS WHICH

15  HAVE TRIED TO ATTACH IT TO SPECIFIC PHOBIAS OR

16  PERFORMANCE ANXIETY, BUT IT IS NOT SPECIFICALLY

17  DESCRIBED IN THE DSM THAT WAY.  AND THERE IS NOT GOOD

18  RESEARCH TO SUPPORT IT AS A STANDALONE PSYCHIATRIC

19  ILLNESS.

20  Q.      I WANT TO SHIFT OVER, DR. ALLEN, TO DR.

21  KITCHENS'S REQUEST FOR TESTING ACCOMMODATIONS TO THE

22  NBME FOR THE STEP 1 EXAM IN 2022.

23                    AS SORT OF A BASELINE QUESTION, FOR

24  SOMEONE WHO IS REQUESTING TESTING ACCOMMODATIONS, WHAT

25  ARE YOU LOOKING FOR IN THEIR RECORDS?

1    A.        WHAT I AM LOOKING FOR, FIRST OF ALL, A DIAGNOSIS

2    OF MENTAL ILLNESS; I AM LOOKING FOR A LONGEVITY OF

3    SYMPTOMS; I AM LOOKING FOR DESCRIPTION OF THE ACTUAL

4    SYMPTOM BURDEN, NOT JUST A TITLE OR A DIAGNOSIS CODE; I

5    AM LOOKING FOR EVIDENCE IN THE RECORD OR A PERSONAL

6    STATEMENT ABOUT HOW THOSE SPECIFIC SYMPTOMS THAT ARE

7    DESCRIBED IN THE MEDICAL RECORD DIRECTLY IMPACT ACADEMIC

8    FUNCTION OR MORE IMPORTANTLY, TESTING ABILITY.

9              AND DEPENDING ON THE DIAGNOSIS AND

10   CONDITION, IF IT'S A CONDITION THAT TYPICALLY DOES NOT

11   CAUSE SIGNIFICANT READING IMPAIRMENT, THAT SORT OF

12   THING, I AM LOOKING FOR OBJECTIVE MEASURES OF COGNITIVE

13   IMPAIRMENT OR ACADEMIC DIFFICULTIES THAT WOULD INDICATE

14   THAT THEY ARE SUBSTANTIALLY LIMITED COMPARED TO THE

15   GENERAL POPULATION.

16   Q.        I AM GOING TO PULL UP EXHIBIT PX2.

17              I WILL REPRESENT TO YOU THAT THIS IS A

18   REQUEST FOR ACCOMMODATIONS THAT PLAINTIFF, MARKCUS

19   KITCHENS, SUBMITTED TO NBME IN JANUARY OF 2022.  AND IF

20   YOU LOOK AT PAGE FOUR, WHERE DR. KITCHENS LISTS HIS

21   IMPAIRMENTS.

22              MS. MEW:  CAN YOU SEE THIS, DR. KITCHENS?

23              DR. KITCHENS:  (DR. KITCHENS SHAKES HEAD

24   IN THE AFFIRMATIVE.)

25   BY MS. MEW:

1    Q.       AND HERE AGAIN, I SEE THE REFERENCE TO TEST

2    ANXIETY.

3                    AND AGAIN, IS THIS A RECOGNIZED MENTAL

4    DISORDER?

5    A.       NO, THAT DIAGNOSIS CODE APPLIES TO UNSPECIFIED

6    ANXIETY.  DIAGNOSTIC CODES ARE NECESSARY FOR BILLING TO

7    SHOW WHY YOU ARE SEEING A PATIENT.  YOU HAVE TO PUT THEM

8    INTO EVERY ELECTRONIC MEDICAL RECORD, SO THEY HAD TO PUT

9    IN SOMETHING.  AND THEY CHOSE THIS UNSPECIFIED ANXIETY,

10   WHICH IS NOT REALLY A DIAGNOSIS UNDER DSM, IT'S SORT OF

11   A CATCHALL, THERE IS SOME ANXIETY HERE, AND I DON'T KNOW

12   WHAT ELSE TO CALL IT.

13                   BUT AGAIN, IT'S NOT -- THAT CODE DOES NOT

14   EQUAL TEST ANXIETY, IF YOU LOOK IT UP UNDER THE ICD-10

15   CODE.

16   Q.       IF YOU LOOK AT THE DIAGNOSTIC CODE F90.9 FOR

17   ADHD, WHAT IS DIAGNOSTIC CODE 90.9?

18   A.       SO THIS IS ANOTHER UNSPECIFIED CODE, IT'S

19   UNSPECIFIED ADHD, WHICH MEANS TYPICALLY WHEN YOU LEAVE A

20   CODE UNSPECIFIED, IT MEANS YOU HAVE NOT DONE A FULL

21   EVALUATION, YOU HAVE NOT DRILLED DOWN ON THE SPECIFICITY

22   OF THE TYPE OF ATTENTION PROBLEMS YOU ARE SEEING.  SO

23   BOTH OF THESE END UP BEING UNSPECIFIED, SORT OF, ALMOST

24   LIKE I AM CONSIDERING THIS, BUT I HAVE NOT GOTTEN DOWN

25   TO THE SPECIFICITY THAT IS AVAILABLE IN THE DSM.

1    Q.      IF YOU LOOK IN THE MIDDLE OF THE PAGE AT SECTION

2    D2, THE PERSONAL STATEMENT.

3    A.      YES.

4    Q.      IS THIS TYPE OF INFORMATION SOMETHING YOU FIND

5    HELPFUL AS AN EXTERNAL REVIEWER?

6    A.      ABSOLUTELY.  SO I NEED A PERSONAL STATEMENT THAT

7    EXPLAINS EXACTLY HOW THE DIAGNOSIS AND THE SYMPTOMS

8    DIRECTLY IMPACT THE TESTING ABILITY.  BECAUSE, I MEAN,

9    THAT'S THE INTERNAL EXPERIENCE OF THE APPLICANT.  I NEED

10   TO UNDERSTAND -- JUST MAKING BROAD STATEMENTS ABOUT, I

11   HAVE A DIAGNOSIS, THEREFORE I MUST BE DISABLED, IS --

12   DOES NOT PROVIDE ENOUGH INFORMATION.  BECAUSE DIAGNOSES

13   ARE BROAD, THERE ARE PEOPLE WITH MILD SYMPTOMS AND

14   SEVERE SYMPTOMS; THERE ARE PEOPLE WHO HAVE VARIOUS TYPES

15   SYMPTOMS OF ANXIETY THAT AFFECT MAYBE THEIR

16   DISTRACTABILITY VERSUS THEIR FEAR OF BEING IN A CROWD

17   VERSUS -- THERE ARE SO MANY PARTICULAR SYMPTOMS, SO THE

18   SPECIFICS OF THE INDIVIDUAL IS VERY IMPORTANT, AND

19   TYPICALLY THE WAY WE GET THIS, AT LEAST MOST CLEARLY, IS

20   THROUGH THE PERSON'S STATEMENT.

21   Q.      IF WE TURN TO DR. KITCHENS'S PERSONAL STATEMENT.

22           WHEN YOU REVIEWED HIS PERSONAL STATEMENT,

23   WHAT DID IT TELL YOU ABOUT HIS CLAIMED ANXIETY -- WE ARE

24   GOING TO FOCUS ON ANXIETY FOR MUCH OF WHAT YOU ARE

25   TESTIFYING TO -- ABOUT HIS CLAIMED ANXIETY DISORDER AND

1    FUNCTIONAL LIMITATIONS?

2    A.      WELL, IT MENTIONS A DIAGNOSIS, SEVERE TEST

3    ANXIETY, WHICH WE TALKED ABOUT.  AND THEN IT MENTIONS

4    THAT HE FEELS THAT HE NEEDS -- THAT ADDITIONAL TIME

5    WOULD DECREASE HIS ANXIETY AND INCREASE HIS FOCUS.

6              THAT'S ESSENTIALLY ALL THIS LETTER

7    DESCRIBES.  IT DOES NOT TELL ME WHAT THE ANXIETY LEADS

8    TO; WHAT THE SYMPTOMS ARE WHILE TAKING A TEST; WHAT HIS

9    HISTORY HAS BEEN IN TAKING PRIOR TESTS; AND HOW IT

10   DIRECTLY IS CAUSED HIM OR IMPACTED HIS TEST TAKING

11   ABILITY IN THE PAST.  NONE OF THAT IS AVAILABLE.  THERE

12   IS  ESSENTIALLY NO CLINICAL INFORMATION HERE TO EXPLAIN

13   THE CONNECTION BETWEEN DIAGNOSIS AND DISABILITY.

14   Q.      JUST SO THE RECORD IS CLEAR, I THINK HE REFERRED

15   TO HIS DIAGNOSIS OF SEVERE TEST ANXIETY.

16              DO YOU MEAN, LIKE, THAT THAT WAS HIS

17   PREFERRED DIAGNOSIS?

18   A.      YES, THAT IS WHAT HE IS CLAIMING, THAT'S WHAT WE

19   JUST SAW IN THE PRIOR FORM HE HAS WRITTEN IN.  THAT'S

20   CLAIMED AS A DIAGNOSIS, WHICH AS WE KIND OF ALREADY

21   SAID, REALLY IS NOT A DIAGNOSIS, IT'S A SYMPTOM THAT HE

22   IS REPORTING.

23   Q.      AND LET ME ASK YOU, YOU WERE TALKING A LOT ABOUT

24   SORT OF THE IMPACT ON TESTING.  IN LOOKING AT SORT OF

25   THE TESTING ACCOMMODATION REQUEST, WHEN YOU ARE ALSO

1    LOOKING JUST FOR THE ANXIETY DISORDER GENERALLY, ARE YOU

2    ONLY LOOKING FOR IMPAIRMENT IN THE TESTING REALM?

3    A.       WELL, NO.  BECAUSE I MEAN, IF YOU HAVE AN

4    ANXIETY DISORDER, AND LET'S SAY, YOU KNOW, GENERALIZED

5    ANXIETY DISORDER, AGAIN BEING A GOOD EXAMPLE, YOU WILL

6    HAVE IMPAIRMENT THROUGHOUT YOUR FUNCTIONING.  SO YOUR

7    TREATMENT RECORD SHOULD SHOW SOCIAL ANXIETY, DIFFICULTY

8    IN CROWDS, DIFFICULTY WITH MEETING NEW PEOPLE, AND JUST

9    ALL OF THE OTHER AREAS OF ANXIETY THAT WE TYPICALLY SEE.

10                   SO THOSE ARE VERY COMMON IN THE

11   APPLICATIONS THAT I REVIEW WHERE THERE IS A DESCRIPTION

12   IN THEIR TREATMENT RECORDS OF, THIS IS PERVASIVE PROBLEM

13   THAT EFFECTS ALL OF THEIR AREAS OF LIFE, AND TESTING IS

14   A PART OF IT.

15                   SO I AM LOOKING FOR THIS BROAD

16   EXPLANATION OF HOW THIS DIAGNOSIS OCCURS, HOW IT'S

17   EFFECTING THEM AND THEN ULTIMATELY WHAT THE TREATMENT

18   COURSE HAS BEEN.

19                   SO I DON'T WANT JUST -- I TALKED ABOUT

20   THE TEST IMPACT, THAT'S IMPORTANT, BUT I REALLY NEED TO

21   SEE THE WHOLE PERSPECTIVE TO UNDERSTAND WHETHER THIS IS

22   A REAL PSYCHIATRIC ILLNESS THAT IS, AGAIN, PERVASIVE AND

23   CAUSING FUNCTIONAL LIMITATION IN ALL AREAS OF LIFE.

24   Q.    LET'S TURN TO THE NEXT PAGE.  THIS IS A

25   APRIL 22, 2022 LETTER FROM GORY KHAN.

1              FIRST OF ALL, DOES THIS LETTER TO YOU

2       INDICATE A DIAGNOSE?

3       A.      IT DOES NOT.  IT DESCRIBES A SYMPTOM OF ANXIETY,

4       A SIGNIFICANT AMOUNT, WHICH IS NOT -- I DON'T KNOW HOW

5       TO QUALIFY THAT.  USUALLY IN MENTAL ILLNESS WE TALK

6       ABOUT, MILD, MODERATE, SEVERE.  THE DSM SORT OF RATES

7       ILLNESS IN THAT MANNER.

8              SO I DON'T REALLY KNOW WHAT SIGNIFICANT

9       ANXIETY MEANS, AND IT DOES NOT TELL ME ANYTHING ABOUT

10      THE ACTUAL SYMPTOMS HE EXPERIENCES OTHER THAN THAT AND

11      HOW THAT IMPACTS HIM AND GIVES NO DIAGNOSE.

12      Q.      DOES THIS LETTER SUPPORT -- WOULD IT SUPPORT A

13      REQUEST FOR 100 PERCENT EXTRA TESTING TIME AS A

14      DISABILITY-BASED TESTING ACCOMMODATION?

15      A.      I DON'T BELIEVE SO.  A COUPLE OF THINGS, ONE IS

16      IT DOES NOT DESCRIBE ANYTHING ABOUT HIS FUNCTIONAL

17      LIMITATION FOR ANY ACCOMMODATION, LET ALONE 100 PERCENT

18      EXTRA TIME, WHICH ACADEMIC RESEARCH WOULD SORT OF

19      SUGGEST IT IS SORT OF AN EXTRAORDINARY ACCOMMODATION.

20      EVEN MOST PEOPLE WITH DISABILITIES DO NOT REQUIRE THAT

21      OR DO NOT -- AND SO THERE IS ALMOST LIKE TWO STEPS

22      REMOVED FROM WHAT THIS WOULD NEED TO PROVIDE, AND IT

23      DOES NOT.

24      Q.      WHAT ABOUT THE TIMING OF THE LETTER.  IF I TOLD

25      YOU, AGAIN, THAT DR. KITCHENS'S REQUEST WAS SUBMITTED IN

1      JANUARY OF 2022.

2      A.        RIGHT.  SO THIS IS 18 MONTHS, ALMOST, OR A

3      LITTLE MORE THAN THAT BEFORE JANUARY 2022, I AM TAKING

4      THAT AS THE SUBMISSION DATE.  SO ANXIETY, AS WE TALKED

5      ABOUT EARLIER BEING A FLUID SYMPTOM, DEPENDING ON YOUR

6      CIRCUMSTANCES AND HORMONAL CHANGES AND BIOCHEMICAL

7      ALTERATIONS AND ALL OF THESE OTHER THINGS THAT CHANGE

8      OVER THE LIFE COURSE.  18 MONTHS AGO SAYING HE HAD

9      SIGNIFICANT ANXIETY IS NOT INDICATIVE TO ME THAT HE HAS

10     FUNCTIONAL IMPAIRMENT IN JANUARY 2022.

11     Q.        CAN WE TURN TO THE NEXT PAGE.  THIS IS PAGE 9 OF

12     AN OCTOBER 5, 2020 OFFICE VISIT IN NORTHWEST MEDICINE

13     DERMATOLOGY.

14                DOES THIS LETTER SUPPORT DR. KITCHENS'S

15     REQUEST FOR 100 PERCENT TESTING TIME AS A

16     DISABILITY-BASED TESTING ACCOMMODATION?

17     A.        I DO NOT BELIEVE IT DOES.  IT DOES NOT PROVIDE

18     ANY SYMPTOMS RELATED TO THIS DIAGNOSIS, AND IT LISTS A

19     PAST DIAGNOSIS OF ADHD, SO THIS CLINICIAN IS NOT REALLY

20     EVEN ADDRESSING IT.  SO THIS IS A DERMATOLOGY CLINIC.

21     AND SO THERE IS NO DESCRIPTION OF NOT ONLY SYMPTOMS

22     RELATED TO ADHD, BUT FUNCTIONAL LIMITATION AS A RESULT.

23     SO THIS DOES NOT SUPPORT THAT DIAGNOSE.

24     Q.        LET'S SCROLL DOWN.

25                DO YOU SEE THE REFERENCE TO CURRENT

1    OUTPATIENT MEDICATIONS?

2    A.     YES.

3    Q.     CAN YOU TELL ME WHAT IS BUSPIRONE?

4    A.     SO BUSPIRONE, THE BRAND NAME IS BUSPAR, IS AN

5    ANXIETY MEDICATION THAT IS A SEROTONIN MODULATING

6    MEDICATION.  IT IS A FIRST-LINE TREATMENT FOR ANXIETY

7    BECAUSE IT HAS REMARKABLY LOW SIDE EFFECTS.  IT SORT OF

8    HAS -- IT'S VERY, VERY SAFE, AND SO IT'S OFTEN A FIRST

9    CHOICE BECAUSE OF THAT.

10             IT'S A MEDICATION YOU HAVE TO TAKE EVERY

11   DAY FOR IT TO BE EFFECTIVE, IT BUILDS UP IN YOUR SYSTEM.

12   IT DOES REDUCE ANXIETY IN GENERAL, BUT AGAIN, IT IS

13   PRESCRIBED FAIRLY GENEROUSLY BECAUSE IT IS SO SAFE AND

14   INEXPENSIVE AND BEEN AROUND FOR A LONG TIME, BUT THAT'S

15   THE PURPOSE.

16   Q.     DID YOU JUST SAY THAT IT HAS TO BE TAKEN EVERY

17   DAY TO BE EFFECTIVE?

18   A.     IT DOES.  AND THIS DOES SAY IT'S TAKEN TWO TIMES

19   AS NEEDED DAILY, AS NEEDED, WHICH IS NOT A PROPER

20   PRESCRIPTION FOR BUSPIRONE.  IF IT'S TAKEN ONLY AS

21   NEEDED, IT'S NOT EFFECTIVE.  JUST LIKE ANTIDEPRESSANTS

22   LIKE ZOLOFT, PROZAC, PAXIL THAT HAVE TO BE TAKEN EVERY

23   DAY.  BUSPIRONE IS THE SAME.  IT DOES NOT HAVE IMMEDIATE

24   EFFECT AND MUST BUILD IN YOUR SYSTEM AND IF YOU TAKING

25   IT ONLY OCCASIONALLY, IT HAS ESSENTIALLY NO CLINICAL

1    BENEFIT AT ALL.

2    Q.      WHAT IS THE -- THERE IS THE REFERENCE TO

3    DEXTROAMPHETAMINE-AMPHETAMINE.   WHAT IS THAT?

4    A.      SO THE BRAND NAME IS ADDERALL, SO THIS IS CALLED

5    A MIXTURE OF AMPHETAMINE SALTS.   IT'S A STIMULANT

6    MEDICATION USED FOR ADHD, AND THESE MEDICATIONS ARE

7    PRESCRIBED FOR COMPLAINTS OF CONCENTRATION AND FOCUS

8    DEFICITS.   AND IT'S A STANDARD TREATMENT FOR THAT

9    MEDICATION -- OR FOR THAT CONDITION.

10                   BUT AGAIN, THIS RECORD DOES NOT TELL US

11   ANYTHING ABOUT THE CURRENT SYMPTOMS.

12   Q.      LET'S LOOK TO THE NEXT TWO PAGES.   AND I AM

13   TRYING TO -- THESE I WILL REPRESENT TO YOU -- OR TWO

14   PAGES.   CAN WE LOOK AT THE FOOTER, FROM A MAY 25, 2018

15   RECORD.   AND MAYBE WE CAN JUST SCROLL OUT A LITTLE BIT.

16                   MS. MEW:   AND DR. KITCHENS, JUST LET ME

17   KNOW IF YOU WANT US TO SCROLL THROUGH.   I THINK WE HAVE

18   LOOKED THROUGH THIS, I WANT TO GET THE WHOLE PAGE ON THE

19   SCREEN.

20   BY MS. MEW:

21   Q.      SO DO THESE TWO PAGES SHOW THAT DR. HACKMAN

22   DIAGNOSED DR. KITCHENS WITH ADHD HERE IN MAY 2018?

23   A.      WELL, IT SHOWS THAT ADHD UNSPECIFIED TYPE, WHICH

24   AGAIN IS THAT KIND OF BROADER TERM, HAS BEEN DIAGNOSED.

25   IT'S NOT CLEAR WHETHER IT'S AN ACTIVE DIAGNOSIS BY HER

1    AT THIS TIME OR SOMETHING THAT SHE HAS BEEN TOLD ABOUT.

2    BUT, OF COURSE, IT DOES SAY THAT SHE HAS REFERRED TO

3    MENTAL HEALTH COUNSELOR TO EVALUATE AND TREAT,

4    INDICATING THAT HER ABILITY AND DESIRE TO DIAGNOSIS THAT

5    -- THIS IS NOT IN HER WHEELHOUSE AND SHE WANTS TO REFER

6    IT OUT.  AND WE SEE RECORDS LATER FROM HER THAT SHOWS --

7    THIS IS NOT MORE EXPLICIT, BUT WE KNOW EVEN AT THIS TIME

8    SHE IS EVALUATING FOR MENTAL HEALTH ASSESSMENT.  AND SHE

9    ALSO DIAGNOSES HIS ANXIETY, THIS UNSPECIFIED ANXIETY,

10    BUT AGAIN WITHOUT ANY DESCRIPTION OF SYMPTOMS.

11    Q.    WE WILL LOOK AT THE NEXT TWO PAGES.  AND WE ARE

12    ACTUALLY GOING BACK IN TIME WITH DR. HACKMAN, SO THIS IS

13    NOW JULY -- GOING BACK TO JULY 2017.  IF WE CAN LOOK AT

14    THOSE.  GO TO THE NEXT PAGE.

15    DO THESE TWO PAGES SHOW THAT DR. HACKMAN

16    DIAGNOSED DR. KITCHENS WITH -- HOLD ON A MINUTE -- ADHD?

17    A.    CAN WE GO TO THE SECOND PAGE?

18    Q.    CAN WE GO TO THE SECOND PAGE?

19    A.    THERE WE GO, RIGHT.

20    SO AGAIN, THERE IS A DIAGNOSIS LISTED OF

21    ADHD.  NOW THAT CODE OF R 41840 IS BASICALLY -- IT'S A

22    BROAD DIAGNOSIS OF -- AS IT SAYS, ATTENTION AND

23    CONCENTRATION DEFICIT, IT'S NOT THE DIAGNOSIS OF ADHD.

24    SO SHE IS PUTTING IN KIND OF A VAGUER CODE, A BROADER

25    BROADER CODE TO SAY HE IS COMPLAINING OF THESE SYMPTOMS,

1      BUT SHE SPECIFICALLY STATES THAT SHE DOES NOT FEEL

2      COMFORTABLE PRESCRIBING ADDERALL FOR THAT CONDITION.

3      AND ULTIMATELY, SHE IS SORT OF ACKNOWLEDGING HIS

4      COMPLAINTS, BUT NOT MAKING A FORMAL DIAGNOSIS OF ADHD.

5      Q.      DO THESE TWO PAGES SHOW THAT DR. HACKMAN

6      DIAGNOSED DR. KITCHENS WITH ANXIETY?

7      A.      THESE TWO PAGES DO NOT.

8      Q.      AND IF YOU LOOK BACK TO THE PRIOR PAGE AND THE

9      HISTORY AND PRESENT ILLNESS, TAKING THE RECORD AS A

10     WHOLE, EVEN IF THERE WAS A DIAGNOSIS HERE, AND YOU HAVE

11     TESTIFIED THERE IS NOT.  BUT DO THESE TWO PAGES PROVIDE

12     ANY INFORMATION ABOUT DR. KITCHENS'S LEVEL OF IMPAIRMENT

13     OR FUNCTIONAL LIMITATION?

14     A.      IT SAYS NOTHING ABOUT THAT.  IT SAYS HIS

15     SUBJECTIVE REPORT OF FOCUSING BETTER ON ADDERALL, BUT WE

16     KNOW FROM RESEARCH ON STIMULANTS THAT PEOPLE

17     SUBJECTIVELY FEEL BETTER ON THOSE MEDICATIONS, BUT IT

18     DOES NOT NECESSARILY MEAN THAT THEY ARE IMPAIRED OR THAT

19     THEY HAD ACTUAL IMPROVEMENT ON COGNITIVE TESTING.  SO

20     THAT IS NOT SUFFICIENT TO SHOW FUNCTIONAL LIMITATION.

21     Q.      IF WE CAN GO BACK FOR JUST A MINUTE TO THE MAY

22     2018, AND TO GO THE FIRST PAGE.  IS THIS THE FIRST PAGE?

23     OKAY.

24              IS THERE ANY -- I JUST WANT TO MAKE SURE

25     FOR COMPLETENESS.  IS THERE ANYTHING IN THIS RECORD THAT

1      SPEAKS TO FUNCTIONAL IMPAIRMENTS?

2      A.      NOTHING.

3      Q.      LET'S GO NOW TO THE PROMETRIC PAGE.

4              FOR THE RECORD, WE ARE ON THE PAGE WITH

5      THE OCTOBER 27, 2020 E-MAIL FROM PROMETRIC.  AND IF WE

6      ZOOM IN JUST A LITTLE BIT HERE TO THE MIDDLE OF THE

7      PAGE.

8              WHAT DOES THAT RECORD TELL YOU?

9      A.      SO IT TELLS ME THAT ON THE COMPREHENSIVE BASIC

10     SCIENCE EXAM HE WAS PROVIDED EXTRA TIME.

11     Q.      AND THEN WE WILL TURN TO PX52.

12             AND THIS IS THE CVS SCORE REPORT FROM

13     DECEMBER 10, 2020 THAT CORRELATES WITH THAT EXTENDED

14     TIME RECORD.

15             LOOKING AT THIS DOCUMENT, WHAT DOES THIS

16     RECORD TELL YOU?

17     A.      WELL, IT SHOWS ME THAT THE RESULTS OF THIS EXAM

18     WERE FAR BELOW PASSING, BELOW THE LOWEST BAR OF OTHER

19     APPLICANTS, SO IT'S A LOW SCORE.

20     Q.      REFLECTING ON ALL OF THE DOCUMENTATION THAT DR.

21     KITCHENS SUBMITTED IN SUPPORT OF HIS REQUEST FOR

22     ACCOMMODATIONS IN 2022, WHICH WE HAVE JUST DISCUSSED

23     HERE IN EXHIBIT DX2, DOES THAT INFORMATION DEMONSTRATE A

24     SUBSTANTIAL LIMITATION IN ANY MAJOR LIFE ACTIVITY

25     RELEVANT TO TAKING THE USMLE AS COMPARED TO MOST PEOPLE?

1    A.      I DON'T BELIEVE IT DOES.

2    Q.      DID THE DOCUMENTATION SUPPORT DR. KITCHENS'S

3    REQUEST FOR 100 PERCENT EXTRA TESTING TIME TO ACCESS THE

4    STEP 1 EXAM?

5    A.      NO.

6    Q.      I WANT TO LOOK NOW AT SOME ADDITIONAL DOCUMENTS

7    THAT HAVE BEEN ENTERED AS EVIDENCE AT THIS TRIAL, AND WE

8    ARE FOCUSED PRIMARILY ON ANXIETY.  WE WILL PULL UP

9    EXHIBIT PX6.  YOU CAN COME OUT A LITTLE BIT.

10              OKAY.  THIS IS JANUARY 11, 2013 RECORD

11   FROM BEREA COLLEGE HEALTH SERVICES.  IF WE SCROLL DOWN

12   HERE, GET PAST THE INTAKE CHART, AND SEE IF WE CAN GET

13   THE REST ON THE SCREEN.  SCROLL ONE LITTLE BIT.  OKAY.

14              MS. MEW:  CAN YOU SEE THIS OKAY, DR.

15   KITCHENS?

16              DR. KITCHENS:  (DR. KITCHENS SHAKES HIS

17   HEAD IN THE AFFIRMATIVE.)

18   BY MS. MEW:

19   Q.      DOES THIS RECORD SHOW ANYTHING RELEVANT TO

20   ANXIETY?

21   A.      IT DOES NOT.

22   Q.      THAT WAS A LOT OF FORMATTING FOR A SHORT

23   QUESTION, SORRY, WE WILL GO ON TO PX9.

24              DOES ANYTHING IN THIS RECORD FROM

25   AUGUST 5, 2013 FROM BEREA COLLEGE HEALTH SERVICES, DOES

1   THIS SHOW ANYTHING REGARDING ANXIETY?

2   A.      IT DOES NOT.

3   Q.      LET'S PULL UP EXHIBIT DX12.  THIS IS A SEPTEMBER

4   5, 2013 RECORD FROM BEREA COLLEGE HEALTH SERVICES.

5            DOES THIS DOCUMENT SAY ANYTHING ABOUT

6   ANXIETY?

7   A.      NO.

8   Q.      NOW LET'S TURN TO EXHIBIT DX7, AND WE WILL GO TO

9   THE PAGE BATES NUMBERED MK24.  GO UP ONE, PLEASE.  VERY

10   GOOD, THANK YOU.

11            THIS IS A JULY 8, 2014 RECORD FROM WHITE

12   HOUSE CLINICS.  WE WILL JUST KIND OF SCROLL DOWN HERE A

13   LITTLE AND GIVE YOU A CHANCE TO MAKE SURE EVERYONE HAS

14   SEEN IT.  LET'S GO BACK UP TO 24.

15            THERE UNDER THE NEUROPSYCHIATRIC

16   CATEGORY, WHAT DOES IT STATE?

17   A.      IT SAYS NEGATIVE FOR ANXIETY AND DEPRESSION.

18   Q.      IS THERE ANYTHING ELSE IN THIS RECORD THAT TELLS

19   YOU ANYTHING ABOUT ANXIETY?

20   A.      UNDER -- RIGHT THERE IN THE MIDDLE OF THIS PAGE,

21   PSYCHIATRIC PHYSICAL EXAM, IT SAY, PATIENT DEMONSTRATES

22   APPROPRIATE MOOD AND AFFECT, SO HE IS NOT JUMPY, HE IS

23   NOT FIGGITY, SO THIS IS CONSISTENT WITH THE PRIOR

24   STATEMENT.

25   Q.      LET'S GO TO THE PAGE BATES NUMBERED MK19, IN

```
1     DX7.  THIS IS A FEBRUARY 15, 2016 RECORD FROM WHITE

2     HOUSE CLINICS.

3                     IS THERE ANYTHING ABOUT ANXIETY IN THE

4     HISTORY OF PRESENT ILLNESS?

5     A.      NO.

6     Q.      SCROLL DOWN.

7                     AND HERE FOR THE PHYSICAL EXAM, IS THERE

8     ANYTHING ABOUT ANXIETY THERE?

9     A.      NO.  AGAIN, APPROPRIATE MOOD AND AFFECT, NO

10    EVIDENCE OF ANXIETY.

11    Q.      AND IF WE LOOK DOWN FURTHER, IS THERE ANYTHING

12    ELSE IN THIS DOCUMENT RELATIVE TO ANXIETY?

13    A.      THERE IS NOT.

14    Q.      WE CAN NOW GO TO PAGE MK16 IN DX7. SO THIS IS

15    THE JULY 26, 2017 RECORD FROM WHITE HOUSE CLINICS.  IT

16    WAS -- PART OF IT WAS IN THE 2022 ACCOMMODATION REQUEST.

17                    BUT JUST FOR COMPLETENESS, IS THERE

18    ANYTHING IN THE COMPLETE RECORD THAT TELLS YOU ANYTHING

19    RELEVANT TO ANXIETY?

20    A.      YOU SCROLLED THROUGH IT ALL.  THERE IS NOTHING

21    IN THERE RELATED TO ANXIETY.

22    Q.      IF WE NOW GO TO PAGE MK12 IN DX7.  AND A MORE

23    COMPLETE RECORD FROM THAT MAY 25, 2018 VISIT.  LET'S

24    SCROLL DOWN HERE TO THE HISTORY OF PRESENT ILLNESS.

25    A.      YES, WE ARE STARTING TO SEE ACTUALLY SOME
```

1    DESCRIPTION OF ANXIETY, STRESS SYMPTOMS, TALKS ABOUT

2    STRESS LEVEL PEAKING, MAKING HIMSELF SICK, EPISODES OF

3    VOMITING, BUT THAT WAS ACTUALLY A SHORT-TERM THING FROM

4    A GI BUG IT SOUNDS LIKE.  BUT THAT'S REALLY IT.  THAT'S

5    THE EXTENT OF ANY PSYCHIATRIC SYMPTOMS RELATED TO

6    ANXIETY.

7    Q.      AND IF WE LOOK DOWN, AGAIN FOR COMPLETENESS,

8    IT'S THE ASSESSMENT PLAN.

9    A.      SO YES, IN THE ASSESSMENT SECTION THERE IS THE

10   NOTATION OF ANXIETY, AGAIN, IT'S THAT'S UNSPECIFIED.

11   THERE IS NO TREATMENT FOR THAT, AND THERE IS DISCUSSION

12   OF REFERRAL FOR A NEED FOR AN EMOTIONAL SERVICE DOG, SO

13   SHE IS REFERRING HIM TO A MENTAL HEALTH COUNSELOR TO

14   ASSESS THAT IN MORE DEPTH.

15   Q.      AND NOW WE WILL MOVE TO SOME MORE RECENT RECORDS

16   THAT HAVE BEEN INTRODUCED INTO EVIDENCE.  I WILL PULL UP

17   PX19.  THIS IS A MARCH 23, 2023 AFTER VISIT SUMMARY WITH

18   INSTRUCTIONS FROM DR. YIN.

19            WHAT IS THIS RECORD SHOWING HERE AT THE

20   TOP?

21   A.      THIS SHOWS ME THAT THERE IS A MEDICATION CHANGE

22   IN THIS VISIT WITH DR. YIN FOR -- IN THE PRIMARY CARE

23   CLINIC, THAT HE STOPPED BUSPIRONE, WHICH WE TALKED ABOUT

24   EARLIER BEING A SEROTONIN DRUG THAT YOU TAKE EVERY DAY

25   TO PREVENT ANXIETY.  AND DR. YIN HAS CHANGED HIM TO

1    PROPRANOLOL, WHICH IS AN OLD BLOOD PRESSURE MEDICINE

2    THAT WE USE SOMETIMES FOR EPISODIC ANXIETY.  THIS IS

3    SOMETHING YOU CAN TAKE AS NEEDED, AND IT HELPS BREAK THE

4    CYCLE BETWEEN YOUR SUBJECTIVE PERCEPTION OF BEING

5    ANXIOUS AND THE PHYSICAL SYMPTOMS OF ANXIETY, LIKE

6    INCREASED HEART RATE, SWEATING, SHORTNESS OF BREATH,

7    THOSE KIND OF THINGS PROPRANOLOL BREAKS THAT CYCLE, AND

8    IT ALSO JUST HAS A CALMING EFFECT OVERALL.

9                   SO DR. YIN, BASED ON DR. KITCHENS'S

10   COMPLAINTS, CHOSE TO MAKE THIS CHANGE.  AGAIN, IT DOES

11   NOT DESCRIBE TO US SYMPTOM BURDEN OR SPECIFICALLY THE

12   CLINICAL THINKING, IT JUST SHOWS US THAT A MEDICATION

13   CHANGE HAS BEEN MADE.

14   Q.      DOES IT TELL YOU ANYTHING ABOUT HOW DR. KITCHENS

15   -- HOW HIS FUNCTIONAL LIMITATIONS MIGHT BE CHANGED ON

16   THE MEDICATION?

17   A.      NO, IT DOES NOT GIVE US ANY CLINICAL INFORMATION

18   ABOUT THAT.

19   Q.      I WILL PULL NOW UP PX37.  THIS IS A

20   SEPTEMBER 22ND PROGRESS NOTE FROM TINA HOLBROOK.  WE

21   WILL SCROLL OVER SO EVERYONE CAN SEE WHAT IT IS.  AND WE

22   WILL FOCUS IN -- I ACTUALLY WANT TO GO TO THE THIRD

23   PAGE, PLEASE, FIRST.

24                   IF WE LOOK DOWN HERE, DOES THIS SHOW --

25   DID NURSE HOLBROOK DIAGNOSIS DR. KITCHENS WITH

```
1     GENERALIZED ANXIETY DISORDER?

2     A.      SHE DID.

3     Q.      NOW, GOING BACK TO THE FIRST PAGE OF THE

4     DOCUMENT, SCROLLING DOWN.  IF WE CAN LOOK AT THE HISTORY

5     OF PRESENT ILLNESS AND ZOOM IN ON THAT A LITTLE.

6             OKAY.  WHAT DOES THIS DESCRIPTION OF

7     HISTORY OF PRESENT ILLNESS TELL YOU ABOUT DR. KITCHENS'S

8     LEVEL OF FUNCTIONING AT THAT TIME RELATIVE TO HIS

9     CLAIMED IMPAIRMENT OF ANXIETY?

10    A.      SO HE CLAIMS TO BE OVERWHELMED WITH THE PRESSURE

11    OF PASSING THE EXAMS, WHICH I AM ASSUMING HE IS

12    REFERRING TO USMLE, THAT THAT HAS BEEN -- HE HAS BEEN

13    STUDYING CONSTANTLY AND HE IS OVERWHELMED BY THAT WHOLE

14    PROCESS.  BUT THEN HE SAYS, FEELS THAT OVERALL ANXIETY,

15    DEPRESSION IS WELL CONTROLLED WITH MEDICATION.

16            SO STRESS, BUT AGAIN, A LOT OF IT --

17    ANXIETY SYMPTOMS ARE NOT DESCRIBED, THERE IS NOT A HUGE

18    SYMPTOM BURDEN DESCRIBED, AND HE INDICATES THAT HIS

19    SYMPTOMS ARE UNDER CONTROL.

20    Q.      LET ME ASK YOU THIS WITH REFERENCE TO ADDERALL.

21    IT SAYS VERBALIZED THAT HE DOES NOT TAKE MEDICATIONS ON

22    THE WEEKENDS OR WHEN HE DOES NOT HAVE TO COMPLETE

23    MENTALLY CHALLENGING TASKS.

24            WHAT DOES THAT TELL YOU ABOUT SORT OF

25    THIS FUNCTIONING RELATIVE TO THE CLAIMED ADHD?
```

1    A.        SO AS PART OF THE DIAGNOSTIC CRITERIA FOR ADHD,

2    YOU ARE SUPPOSED TO SEE THE DISFUNCTION IN ALL WALKS OF

3    LIFE, NOT JUST ACADEMICALLY.  AND SO PATIENTS I HAVE

4    WITH ADHD, WHO THEY CAN'T KEEP THEIR HOME CLEAN, THEY

5    DON'T PAY THEIR BILLS ON TIME, THE REST OF THEIR LIFE IS

6    JUST AS CHAOTIC AS THEIR WORK OR SCHOOL LIFE.  AND SO

7    THEY NEED THE MEDICATION TO DO ALL OF THE BASIC

8    FUNCTIONS IN A TIMELY AND REASONABLE MANNER.

9              WHAT YOU WOULD SUGGEST IF HE ONLY NEEDS

10   IT WHEN HIS COGNITIVE DEMAND IS THE HIGHEST, SUCH AS ON

11   AN USMLE LICENSURE EXAM, THEN THAT LEADS AWAY FROM THE

12   DIAGNOSIS OF ADHD, AND INSTEAD, SUGGESTS JUST DIFFICULTY

13   WITH REALLY HARD TASKS, WHICH, I GUESS, IS TRUE FOR MOST

14   PEOPLE.  SO THAT EVIDENCE IS SOMEWHAT CONTRADICTORY TO

15   THE DIAGNOSIS OF ADHD.

16   Q.      IF WE LOOK DOWN TO THE SECOND PAGE, LOOKING TO

17   THE -- WE HAVE BEEN LOOKING AT OTHER DOCUMENTS.  IF YOU

18   STOP THERE IN THE MIDDLE, THE PSYCHIATRIC BEHAVIORAL

19   SECTION.

20              WHAT IS REPORTED THERE?

21   A.        POSITIVE FOR DECREASED CONCENTRATION, SLEEP

22   DISTURBANCE, DEPRESSED MOOD AND STRESS.

23   Q.        YOU CAN KEEP GOING.

24              NOT GOING DOWN, WE ARE STILL ON THE --

25   A.        YOU WANT ME TO KEEP READING?  SORRY.

1          NEGATIVE FOR SUICIDAL IDEAS, THE PATIENT

2    IS NOT NERVOUS/ANXIOUS.

3    Q.    WHAT DOES THIS TELL YOU?

4    A.    SO THIS CORRELATES WITH THE SUBJECTIVE REPORT WE

5    GOT EARLIER THAT HE IS STRESSED OUT ABOUT HIS

6    CIRCUMSTANCES, THERE IS SOME DEPRESSED MOOD.  BUT AGAIN,

7    NOT ANXIOUS, AND AS WE NOTICED EARLIER, THOUGHT THE

8    MEDICATIONS WERE KEEPING MOST OF HIS SYMPTOMS WELL

9    CONTROLLED, AND THIS SUBSTANTIATES THAT CLAIM.

10   Q.    AND THEN I JUST --

11          THE COURT:  EXCUSE ME, SORRY, MS. MEW,

12   DR. ALLEN, I HAVE TO INTERRUPT.

13          MS. MEW:  I'M SORRY, I WAS NOT LOOKING AT

14   THE TIME, YOUR HONOR.

15          THE COURT:  THAT'S ALL RIGHT.  I WAS

16   WAITING FOR A GOOD SPOT, BUT THIS IS GOOD ENOUGH.

17          SO LET'S TAKE A BREAK NOW, AND WE WILL

18   REJOIN AT 10:20, ALL RIGHT EVERYONE?

19          (SHORT RECESS TAKEN.)

20          THE COURT:  DR. KITCHENS, ARE YOU READY?

21          DR. KITCHENS:  (DR. KITCHENS NODDED IN

22   THE AFFIRMATIVE.)

23          THE COURT:  MS. MEW, YOU MAY PROCEED.

24          MS. MEW:  I DO HAVE JUST ONE AREA OF

25   QUESTIONING LEFT ABOUT PX37.  IF WE CAN PULL THAT BACK

```
1    UP AND GO TO THE TOP OF THE FIRST PAGE.

2    BY MS. MEW:

3    Q.      SO I JUST WANTED TO CLARIFY SORT OF THE DATES.

4    IF WE LOOK HERE AT THE TOP OF THE PROGRESS NOTE, DR.

5    ALLEN, THE ENCOUNTER DATE IS SEPTEMBER 22, 2022?

6    A.      RIGHT.

7    Q.      AND ACTUALLY JUST FOR A MINUTE, LET'S TO GO THE

8    END OF THE DOCUMENT.  MAYBE GO UP ONE.

9                    SO WHAT DOES THIS SHOW?

10   A.      THIS SHOWS A SIGNATURE LINE OF MS. HOLBROOK

11   SIGNED ON SEPTEMBER 22, 2022.  THE ENCOUNTER DATE IS THE

12   SAME DAY, SO SHE WROTE A DOCUMENT, HER NOTE, AND SIGNED

13   IT THAT DAY.

14                   AND ONCE THAT HAPPENS IN AN ELECTRONIC

15   MEDICAL RECORD, IT IS LOCKED.  ONCE YOU SIGNED IT, YOU

16   CANNOT EDIT IT.  AND SO -- AND THEN THE ONLY WAY TO

17   CHANGE IT IF YOU REALIZE YOU MADE AN ERROR IS TO GO BACK

18   AND DO AN ADDENDUM, WHICH SHOULD BE TRACKED.

19   Q.      LET'S GO BACK UP TO THE TOP.

20                   SO WHAT DOES THIS FILE DATE OF

21   SEPTEMBER 5, 2023 IN THIS STATUS ADDENDUM, WHAT DOES

22   THAT TELL YOU?

23   A.      I THINK FEBRUARY 5TH, RIGHT.

24   Q.      I'M SORRY, LET'S MAKE IT CLEAR FOR THE RECORD.

25                   THE FILE DATE OF FEBRUARY 5, 2023 IN THE
```

1    STATUS ADDENDUM, WHAT DOES THAT TELL?

2    A.        THIS INDICATES THAT THERE WAS A CHANGE TO

3    MEDICAL RECORD ON FEBRUARY 5TH.   THE NOTE WAS COMPLETED

4    AND SIGNED ON SEPTEMBER 20, 2022, THEN AN ADDENDUM WAS

5    CREATED ON FEBRUARY 5, 2023.

6               MY REVIEW OF THIS DOCUMENT DOES NOT

7    EXPLICITLY SHOW ME WHAT HAS BEEN ADDENDED, BUT WE KNOW

8    THERE HAS BEEN AN ALTERATION TO THE NOTE AS OF THAT DAY.

9    Q.        IS IN PRACTICE, IS THIS UNUSUAL?

10   A.        TO GO BACK SIX MONTHS LATER IS VERY UNUSUAL TO

11   CHANGE A NOTE.   OFTEN IF THERE IS AN ADDENDUM TO THE

12   NOTE, IT'S THE DAY AFTER.   AS SOMEBODY WHO SUPERVISES

13   RESIDENTS, THEY WRITE A NOTE AND THEN THEY SEND IT AND

14   THEN THEY SEND IT TO ME, I WILL ADDEND THOSE.   THAT'S

15   USUALLY WITHIN TWO OR THREE DAYS.

16              OR IF WHEN I AM SEEING A PATIENT I SIGN

17   SOMETHING AND THEN I LEARN ADDITIONAL INFORMATION THAT

18   DAY OR THE NEXT DAY OR MAYBE EVEN THE NEXT WEEK, TO

19   ADDEND ONE WITHIN A FEW DAYS IS NOT THAT UNCOMMON.   IT'S

20   NOT THE NORM, BUT IT'S NOT THAT UNCOMMON.   TO ADDEND ONE

21   MONTHS LATER IS VERY UNUSUAL.   BECAUSE WHAT YOU ARE

22   SAYING IS AT THE TIME I SHOULD HAVE KNOWN THIS, NOT THAT

23   I HAD GOTTEN ADDITIONAL INFORMATION SIX MONTHS LATER.

24   THAT SHOULD BE A WHOLE NEW NOTE IF YOU ACQUIRED A WHOLE

25   LOT OF INFORMATION.

1    Q.       WE CAN TAKE THIS DOWN.  AND LET'S PULL UP DX28.

2    THIS IS A JANUARY 10, 2023 PROGRESS NOTE FROM TINA

3    HOLBROOK.  AND IF WE GO TO PAGE 1164 OF THIS DOCUMENT,

4    SCROLL BACK UP TO WHERE -- THAT'S FINE.  A LITTLE BIT

5    MORE.  OKAY.

6              SO DID NURSE HOLBROOK DIAGNOSIS DR.

7    KITCHENS WITH ANXIETY IN THIS RECORD?

8    A.       NO.

9    Q.       LET'S GO BACK UP TO THE FIRST PAGE.  AND GO DOWN

10   TO THE HISTORY.

11             WHAT DOES THE HISTORY OF PRESENT ILLNESS

12   TELL YOU ABOUT DR. KITCHENS'S LEVEL OF FUNCTIONING AT

13   THE TIME OF THIS REPORT?

14   A.       HE NOTES THAT HE IS MORE ACCEPTING AND POSITIVE

15   ABOUT HIS CURRENT SITUATION; THAT HE STOPPED TAKING

16   PROZAC BECAUSE HE FELT HE'S MANAGING HIS SYMPTOMS OF

17   DEPRESSION AND ANXIETY WELL; HE FEELS THAT HIS ADHD

18   SYMPTOMS ARE CONTROLLED ON -- WHILE TAKING ADDERALL; AND

19   NOTES THAT HE DOES NOT TAKE IT EVERY DAY, ONLY WHEN

20   SUSTAINED MENTAL EFFORT IS REQUIRED; SLEEPING REASONABLY

21   WELL; NO SIDE EFFECTS.

22             SO IT SUGGESTS THAT HIS SYMPTOMS ARE WELL

23   CONTROLLED AT THIS TIME.

24   Q.       LET'S NOW PULL UP DX35.  THIS IS A VERY LENGTHY

25   RECORD OF FEBRUARY 6, 2023.  A VERY LENGTHY FEBRUARY 26,

```
1    2023 RECORD FROM BAPTIST HEALTH.  AND I WOULD LIKE TO GO
2    TO PAGE 61.  LET'S SCROLL IN A LITTLE BIT ON PRESENT
3    ILLNESS.
4                    DR. ALLEN, WHAT DOES THIS PRESENTATION
5    TELL YOU ABOUT DR. KITCHENS'S THEN CURRENT FUNCTIONING?
6    A.      SO HE REPORTS ANXIETY OVER HIS LAWSUIT.  HE HAS
7    ALREADY FILED FOR INJUNCTIVE RELIEF THAT DAY, OR IT WAS
8    DUE THAT DAY, SO HE IS IN THE MIDST OF FILING THAT.  HE
9    SAYS THAT HIS DEPRESSION/ANXIETY WERE WORSE RECENTLY DUE
10   TO THIS CURRENT SITUATION AND THE STRESSORS, BUT HE
11   CONTINUES TO FEEL HIS ADHD SYMPTOMS ARE ADEQUATELY
12   CONTROLLED.
13   Q.      IF YOU LOOK AT THE FIRST SENTENCE IN THIS
14   HISTORY OF PRESENT ILLNESS, WHAT DOES THIS SHOW DR.
15   KITCHENS GOING INTO -- WHAT IS THE PURPOSE OF THIS
16   VISIT?
17   A.      HE SAYS HE IS REQUESTING A LETTER WITH CURRENT
18   DIAGNOSIS AS WELL AS ACCOMMODATIONS NEEDED IN RELATION
19   TO THE DIAGNOSIS.
20   Q.      AND LET'S TURN TO PAGE 70 OF THIS PX35.  SO THIS
21   IS A LETTER THAT IS IN THIS RECORD FROM TINA HOLBROOK.
22                    DOES NURSE HOLBROOK RECOMMEND TESTING
23   ANXIETY BASED ON ANY SYMPTOMS OF ANXIETY OR FUNCTIONAL
24   IMPAIRMENT FROM ANXIETY?
25   A.      NO.
```

1    Q.        I WILL NOW PULL UP EXHIBIT PX46.  THIS IS A

2    MARCH 24, 2023 PROGRESS NOTE FROM BAPTIST, THIS TIME

3    WITH DR. CHRISTINE BALLA.  IF WE GO TO THE THIRD PAGE,

4    AND SCROLL DOWN.

5                    DOES DR. BALLA DIAGNOSE DR. KITCHENS WITH

6    ANXIETY IN THIS REPORT?

7    A.        SHE DOES.

8    Q.        AND IF WE GO BACK TO PAGE ONE.  AND IF WE GO

9    DOWN TO THE HISTORY OF PRESENT ILLNESS, PLEASE.

10                   WHAT DOES THIS HISTORY OF PRESENT ILLNESS

11   TELL YOU ABOUT DR. KITCHENS'S MORE RECENT LEVEL OF

12   FUNCTIONING RELATIVE TO HIS CLAIMED ANXIETY?

13   A.        HE REPORTS -- THIS IS ONE OF THE FIRST TIMES --

14   REALLY, THIS IS THE FIRST TIME WE HAVE EVER SEEN AN

15   ACTUAL DESCRIPTION OF REAL SYMPTOMS IN ANY OF THE

16   MEDICAL RECORDS WE HAVE DISCUSSED TODAY.

17                   HE DESCRIBES A HEIGHTENED SENSE OF

18   ANXIETY RELATED TO HIS CURRENT CIRCUMSTANCES, WITH

19   SPECIFIC SYMPTOMS DESCRIBED, FEELS A SENSE OF TIGHTNESS

20   IN HIS BODY, PINKING IN HIS SKIN, MOTIVATION IS

21   DECREASED, ANHEDONIA, OR LACK OF ENJOYMENT IN TYPICALLY

22   ENJOYABLE ACTIVITIES, INTRUSIVE NEGATIVE THOUGHTS AND

23   FEELINGS OF GUILT, TEARFULNESS, HOPELESSNESS.

24                   SO THESE ARE SYMPTOMS THAT I AM LOOKING

25   FOR IN ALL OF THESE RECORDS TO DEFINE ANXIETY, AND HE IS

1    REPORTING THEM NOW.  SO SHE IS CONSIDERING ALL OF THAT

2    IN HER DIAGNOSIS.  BUT AGAIN, THESE SYMPTOMS ARE

3    IMPORTANT FOR THE DIAGNOSIS, BUT THEY ARE NOT DESCRIBING

4    IN ANY WAY SPECIFICALLY HOW THEY IMPACT HIS TEST TAKING

5    ABILITY, OR, YOU KNOW, FUNCTIONAL LIMITATION IN AN

6    ACADEMIC SENSE.

7    Q.     DO THEY SHOW A SUBSTANTIAL LIMITATION COMPARED

8    TO MOST PEOPLE?

9    A.     NO, IT SHOWS THAT HE IS STRESSED OUT OVER A BAD

10   SITUATION, BUT THAT'S NOT THE SAME THING.  IT ALSO

11   SUGGESTS LATER THAT, AGAIN -- THEY DESCRIBED ADHD

12   SYMPTOMS, AND THERE IS SOME OVERLAP WITH DISTRACTABILITY

13   DUE TO ANXIETY OR ADHD, BUT IT DOES SAY SPECIFICALLY

14   THAT HE IS FOCUSING WELL, THAT HE IS OVERALL -- THAT

15   THOSE SYMPTOMS ARE WELL CONTROLLED.

16              SO AGAIN, HE IS HAVING SOME SUBJECTIVE

17   SYMPTOMS OF ANXIETY, BUT THE COGNITIVE COMPONENT OF THAT

18   IS REPORTED AS WELL CONTROLLED.

19   Q.     I HAVE ONE BIGGER PICTURE QUESTION THAT I MEANT

20   TO ASK YOU IN THE BEGINNING.  YOU CAN TAKE THIS DOWN.

21              WHEN YOU ARE DOING AN ASSESSMENT FOR ANY

22   TYPE OF MENTAL DISORDER, CAN YOU RELY SOLELY ON A

23   PATIENT'S SELF REPORT?

24   A.     WELL, SO, IT DEPENDS ON THE PURPOSE AND THE

25   FUNCTION OF THAT EVALUATION.  WHEN I AM DOING A FORENSIC

1     EVALUATION, I ALWAYS HAVE EXTERNAL DATA, COLLATERAL

2     INFORMATION, WHETHER IT BE FAMILY, DOCUMENTATION,

3     PSYCHOLOGICAL TESTING.

4                    IN A CLINICAL SETTING, IN A BUSY FAMILY

5     PRACTICE SETTING, THERE IS NOT TIME FOR THOSE KIND OF

6     THINGS.  SO VERY COMMONLY THE DIAGNOSES ARE MADE SOLELY

7     ON SUBJECTIVE COMPLAINTS.

8                    BUT WHEN WE ARE TAKING A CRITICAL LOOK

9     AT, DO THEY MEET CRITERIA FOR A DIAGNOSIS, DOES THAT

10    DIAGNOSIS HAVE SYMPTOMS THAT ARE SUFFICIENT ENOUGH TO

11    CAUSE FUNCTIONAL LIMITATION AND ULTIMATELY SUBSTANTIALLY

12    LIMIT SOMEBODY COMPARED THE GENERAL POPULATION.  YOU

13    CAN'T JUST BASE THAT ON SUBJECTIVE COMPLAINT, BECAUSE

14    IT'S NOT THAT WE DON'T NECESSARILY TRUST THE PERSON

15    COMPLAINING, BUT PATIENTS DON'T HAVE PERSPECTIVE ON HOW

16    THEIR SYMPTOMS ARE COMPARED TO OTHER PEOPLE'S SYMPTOMS

17    WITH THE SAME DIAGNOSIS.  THEY DON'T KNOW HOW ANYONE

18    ELSE EXPERIENCES THESE THINGS, EVEN -- THEY DON'T KNOW

19    HOW PEOPLE EXPERIENCE THE NORMALITY OF -- OR NORMALCY IN

20    TEST TAKING IN HIGH STRESS SITUATIONS AND ALL OF THOSE

21    OTHER THINGS, THEY ONLY KNOW THEIR SUBJECTIVE

22    COMPLAINTS.

23                    SO BASING IT SOLELY ON ONE HUE IS REALLY

24    LIMITING, AND DOES NOT -- WHEN WE ARE TALKING ABOUT

25    DISABILITY, BY DEFINITION YOU ARE COMPARING TO THE

```
1    GENERAL POPULATION, YOU ARE COMPARING TO OTHERS.  AND SO

2    YOU CAN'T JUST RELY UPON ONE PERSON'S PERSPECTIVE.

3    Q.     SO JUST TO CLOSE, I WANTED TO GIVE A SENSE,

4    BECAUSE WE HAVE BEEN MORE INFORMAL ABOUT OUR EXPERT

5    REPORT, BUT JUST TO GIVE SORT OF A RUNDOWN OF THE

6    RECORDS YOU REVIEWED.

7              YOU REVIEWED DR. KITCHENS'S REQUEST FOR

8    ACCOMMODATIONS?

9    A.     YES.

10   Q.     AND HIS RECORDS FROM BEREA COLLEGE DISABILITY

11   SERVICES AND HEALTH SERVICES?

12   A.     YES.

13   Q.     RECORDS FROM WHITE HOUSE CLINICS?

14   A.     YES.

15   Q.     RECORDS FROM BAPTIST HEALTH?

16   A.     YES.

17   Q.     AND DID YOU READ THE CHRISTINA BACON REPORT AND

18   THE SOURCE MATERIAL FROM HER FILE?

19   A.     I DID.

20   Q.     DID YOU READ DR. KITCHENS'S DECLARATION FROM THE

21   PRELIMINARY INJUNCTION MOTION?

22   A.     I DID.

23   Q.     DID YOU READ THE DECLARATION OF MISSIE KING, DR.

24   KITCHENS'S MOTHER, FROM THE PRELIMINARY INJUNCTION

25   MOTION?
```

1    A.      I DID.

2    Q.      DID YOU REVIEW DR. KITCHENS'S SCHOOL TRANSCRIPTS

3    THAT WERE PRODUCED IN THIS CASE?

4    A.      YES.

5    Q.      DID YOU READ DR. KITCHENS'S USMLE SCORE REPORTS?

6    A.      YES.

7    Q.      AND DID YOU READ DR. KITCHENS'S TESTIMONY AT THE

8    PRELIMINARY INJUNCTION HEARING?

9    A.      I DID.

10   Q.      OKAY.  AND WHEN YOU REVIEWED THESE RECORDS, YOU

11   WERE REVIEWING IT -- WE HAVE TALKED A LOT TODAY ABOUT

12   ANXIETY, BUT WERE YOU ALSO LOOKING THEM FROM AN ADHD

13   PERSPECTIVE AS WELL?

14   A.      YES.  I MEAN, I KIND OF -- WHEN I AM REVIEWING A

15   CASE, I AM ALWAYS LOOKING INTO HOW ALL OF THESE THINGS

16   INTERPLAY.  THEY ARE NOT IN SILOS, THEY DO INTERACT, AND

17   SO I TRY TO LOOK AT THE ENTIRE PICTURE.

18   Q.      FROM YOUR REVIEW, IS IT YOUR OPINION THAT DR.

19   KITCHENS IS SUBSTANTIALLY LIMITED COMPARED TO MOST

20   PEOPLE IN ANY MAJOR LIFE ACTIVITY RELEVANT TO TAKING THE

21   USMLE?

22   A.      I DON'T THINK THAT HAS BEEN SUBSTANTIATED IN THE

23   RECORDS I REVIEWED.

24   Q.      AND FROM YOUR REVIEW, IS IT YOUR OPINION THAT

25   DR. KITCHENS NEEDS 100 PERCENT EXTRA TIME IN ORDER TO

```
1     ACCESS THE USMLE?

2     A.      NO.

3                   MS. MEW:  I DO NOT HAVE ANY FURTHER

4     QUESTIONS ON DIRECT, YOUR HONOR.

5                   THE COURT:  ALL RIGHT.

6                   DR. KITCHENS, ARE YOU READY FOR CROSS?

7                   DR. KITCHENS:  YES, YOUR HONOR, I AM.

8                   THE COURT:  ALL RIGHT.  YOU MAY PROCEED.

9                   CROSS-EXAMINATION

10    BY DR. KITCHENS:

11    Q.      GOOD MORNING, DR. ALLEN, HOW ARE YOU TODAY?

12    A.      I AM DOING PRETTY WELL.  THANK YOU.

13    Q.      SEEMS LIKE WE ARE NEIGHBORS.  I AM DOWN IN

14    RICHMOND.

15    A.      NOT FAR AWAY.

16    Q.      NOT THAT FAR AWAY AT ALL.

17                  DR. ALLEN, I WOULD LIKE TO ASK YOU, HAVE

18    YOU EVER TESTIFIED IN COURT BEFORE TODAY?

19    A.      YES.

20    Q.      HOW MANY -- ROUGHLY, HOW MANY TIMES HAVE YOU

21    TESTIFIED IN COURT?

22    A.      I HAVE TESTIFIED IN CRIMINAL CASES FOR THE STATE

23    PROBABLY 500 TIMES IN THE LAST 15 YEARS.  I HAVE

24    TESTIFIED IN CIVIL HEARINGS AND TRIALS PROBABLY 50 TIMES

25    OR MORE.
```

1     Q.     SO WOULD YOU CONSIDER YOURSELF A PROFESSIONAL

2     EXPERT IN TESTIMONY -- IN GIVING TESTIMONIES?

3     A.     I HAVE DONE IT A LOT MORE THAN MOST, AND IT'S

4     PART OF MY PRACTICE.  SO IN SOME SENSE, YES.

5     Q.     AND ISN'T IT TRUE THAT YOU PRIMARILY USE -- YOU

6     TALKED ABOUT DIFFERENT PARTS THAT YOU WOULD -- THAT YOU

7     HAVE HAD TESTIFIED TO, BUT ISN'T IT TRUE THAT YOU

8     PRIMARILY TESTIFY IN WORKER'S COMP CLAIMS?

9     A.     WELL, IN THE CIVIL WORLD, YES, THAT WOULD BE THE

10    MOST COMMON WORLD THAT -- OR SITUATION THAT I TESTIFY

11    IN.  BUT AS FAR AS VOLUME, IT'S DEFINITELY THE CRIMINAL

12    ASSESSMENT, THAT'S ALMOST A WEEKLY BASIS I AM DOING

13    COMPETENCY HEARINGS.

14    Q.     I IMAGINE THAT TAKES UP A LOT OF YOUR TIME.

15             DR. ALLEN, DID YOU EVER EVALUATE ME?

16    A.     NO.

17    Q.     HAVE YOU EVER MET ME BEFORE TODAY?

18    A.     NO.

19    Q.     AND WERE YOU PRESENT WHEN THE EVALUATIONS WERE

20    GIVEN TO ME?

21    A.     NEVER.

22    Q.     YOU MENTIONED EARLIER THAT YOU ARE LICENSED IN

23    SEVERAL DIFFERENT STATES, ISN'T THAT CORRECT?

24    A.     YES.

25    Q.     AND I THINK YOU SAID WAS IT OKLAHOMA, TENNESSEE,

1    KENTUCKY AND VIRGINIA?

2    A.        WEST VIRGINIA, YES.

3    Q.        WEST VIRGINIA, ALL RIGHT, YES.

4              ARE YOU FAMILIAR WITH THE FSMB THE

5    FEDERATION OF STATE MEDICAL BOARDS?

6    A.        YES.

7    Q.        CAN WE PULL UP, PLEASE, JX25.  IF WE COULD

8    SCROLL TO THE TOP, PLEASE, SO HE CAN SEE IT.

9              DR. ALLEN, ARE YOU FAMILIAR WITH THIS

10   DOCUMENT FROM THE FSMB'S WEBSITE.

11   A.        NOT SPECIFICALLY, BUT GENERALLY I OBVIOUSLY AM

12   JUST A LITTLE BIT.

13   Q.        DOWN JUST A LITTLE BIT --

14   A.        I'VE INTERACTED WITH THIS INFORMATION BEFORE, I

15   AM GENERALLY FAMILIAR WITH IT.  I DON'T KNOW THAT I HAVE

16   LOOKED AT THIS DOCUMENT AT LEAST NOT IN THE LAST MANY,

17   MANY YEARS.

18   Q.        UNDERSTOOD.  YOU PROBABLY DON'T REALLY --

19   BECAUSE I KNOW GOING FORWARD, ESPECIALLY WITH APPLYING

20   FOR DIFFERENT STATES FOR SURE.

21             ONE THING I WOULD LIKE TO ALSO ASK YOU

22   CONCERNING THIS, ISN'T IT TRUE THAT EACH STATE HAS ITS

23   OWN REQUIREMENTS FOR LICENSURE?

24             MS. MEW:  YOUR HONOR, I JUST WANT TO

25   OBJECT FOR THE RECORD THAT THIS IS REALLY BEYOND THE

1    SCOPE OF OUR DIRECT.

2                    DR. KITCHENS:  HE MENTIONED THAT HE WAS

3    LICENSED IN DIFFERENT STATES, HE OPENED THAT DOOR, AND I

4    AM JUST CLARIFYING IT.

5                    MS. MEW:  THAT WAS ADDRESSING HIS

6    EXPERTISE.

7                    THE COURT:  DR. KITCHENS, I WOULD JUST

8    SAY MS. MEW IS MAKING A GOOD POINT HERE, BUT I WANT TO

9    GIVE YOU SOME LEEWAY HERE AND SEE WHERE THIS GOES.

10                   SO GO AHEAD.

11   BY DR. KITCHENS:

12   Q.     SO I WILL ASK THE QUESTION FOR YOU AGAIN, DR.

13   ALLEN.

14                   ISN'T IT TRUE THAT EACH STATE HAS ITS OWN

15   REQUIREMENTS FOR LICENSURE?

16   A.     YES.

17                   DR. KITCHENS:  YOUR HONOR, AT THIS TIME I

18   WOULD LIKE TO ENTER JX25 INTO THE RECORD.

19                   MS. MEW:  I DON'T THINK IT'S RELEVANT,

20   AND I DON'T THINK IT'S BEEN AUTHENTICATED BY DR. ALLEN,

21   BUT...

22                   THE COURT:  I THINK WE HAVE GOT CLOSE

23   ENOUGH, GIVEN WHAT THE DOCUMENT IS, SO I AM GOING TO

24   ADMIT IT.

25                   (PLAINTIFF JOINT EXHIBIT 25 IS ADMITTED

1    INTO EVIDENCE.)

2    BY DR. KITCHENS:

3    Q.      DR. ALLEN, WOULD YOU AGREE THAT THE ONLY REVIEW

4    DOCUMENTATION SUCH AS THE DOCUMENT TRANSCRIPTS AND

5    SCHOOL RECORDS YOU PROVIDED WITH WERE GIVEN TO YOU BY

6    THE DEFENDANT?

7    A.      THAT'S TRUE.

8    Q.      HOW MANY ADHD EVALUATIONS HAVE YOU CONDUCTED IN

9    THE PAST YEAR?

10   A.      SO LET ME CLARIFY THE QUESTION.

11           YOU MEAN LIKE EVALUATED A PATIENT I AM

12   PHYSICALLY SEEING FOR ADHD?

13   Q.      YES, SIR.

14   A.      PROBABLY 25 OR 30, SOMEWHERE IN THAT BALLPARK.

15   Q.      AND WHAT ARE YOUR TOP THREE RELIABLE DIAGNOSTIC

16   TOOLS THAT YOU TEND TO GO TO WHEN DIAGNOSING A PATIENT

17   WITH ADHD?

18   A.      WELL, I WILL REFER THEM BEFORE PRESCRIBING

19   PSYCHIATRIC MEDICATIONS IF THEY HAVE NOT HAD A VERY LONG

20   DOCUMENTED HISTORY.  I WILL REFER THEM FOR PSYCHOLOGICAL

21   TESTING TO ONE OF MY PSYCHOLOGIST COLLEAGUES.

22           IN THOSE TESTS FOR AN ADHD EVAL, YOU WILL

23   LOOK FOR AN I.Q. TEST, YOU WILL LOOK FOR TEST OF

24   ATTENTION AND CONCENTRATION, LIKE A CONTINUOUS

25   PERFORMANCE EXAM.  I WILL LOOK FOR EFFORT TESTING TO

1      MAKE SURE THAT ALL OF THOSE ARE VALID.

2      Q.      SO YOU DON'T ACTUALLY PERFORM THESE DIAGNOSTIC

3      TESTS, YOU WILL REFER THEM OUT?

4      A.      THAT'S RIGHT.

5      Q.      AND WHY WOULD YOU PREFER TO REFER THEM TO

6      ANOTHER PERSON TO DIAGNOSIS THEM?

7      A.      WELL, I AM NOT QUALIFIED TO ADMINISTER THOSE

8      TEST.  IT'S ANALOGOUS TO WHEN I ORDER BLOOD TESTS, I

9      DON'T DRAW THE BLOOD AND SEND IT TO THE LAB AND PUT IT

10     IN THE CENTRIFUGE, I HAVE A LAB TECH DO THAT.

11             BUT THE FINAL RESULTS OF THE TESTING, I

12     CAN INTERPRET AND INCORPORATE INTO MY DIAGNOSIS.  BUT

13     THE PROCESS OF DOING THAT TESTING, I DO NOT DO.

14     Q.      SO YOU RELY ON THE DOCUMENTATION GIVEN TO YOU BY

15     THE PERSON WHO THEY ARE REFERRED TO, CORRECT?

16     A.      THAT'S RIGHT.

17     Q.      HAVE YOU EVER USED THE CONNOR'S CP3 TEST BEFORE?

18     A.      YES. AGAIN, I DON'T ADMINISTER IT, I HAVE

19     SOMEONE ADMINISTER IT FOR ME.  AND I HAVE REVIEWED THE

20     RESULTS MANY, MANY TIMES.

21     Q.      OKAY.  AND HAVE YOU EVER ADMINISTERED THE MOXO

22     DISTRACTIVE CONTINUATION PERFORMANCE TEST?

23     A.      THAT ONE I HAVE NOT PERSONALLY HAD A PATIENT WHO

24     HAD THAT ADMINISTERED.

25     Q.      AND HAVE YOU EVER PERSONALLY USED THE TOOL THAT

1   DIVA 2 TEST ON PATIENTS WITH ADHD?

2   A.      I AM MORE FAMILIAR WITH THAT ONE, BUT I HAVE NOT

3   USED IT PARTICULARLY FOR MY PATIENTS.

4   Q.      AND IN YOUR PARTICULAR LOCATION OF YOUR

5   PRACTICE, WHAT TENDS TO BE THE DEMOGRAPHICS OF YOUR

6   PATIENTS?

7   A.      WELL, IT'S VERY DIFFERENT FOR EACH OF THE

8   LOCATIONS I HAVE MENTIONED, IT'S --

9   Q.      SO PRIVATE PRACTICE.

10  A.      FOR INSTANCE, WELL, WHERE I SEEING THE ADHD

11  PATIENTS MOSTLY THESE DAYS IS THE CLINIC I DO WITH UK

12  WHICH IT IS A ROYAL OUTREACH PROGRAM.  AND SO WE ARE

13  SEEING PATIENTS THAT LIVE IN APPALACHIA VIA TELEMEDICINE

14  THROUGH THEIR PRIMARY CARE DOCTOR.  AND SO IT'S SORT OF

15  A RURAL, LOW SOCIOECONOMIC GROUP, MANY OF THEM ON

16  MEDICAID.

17          THAT'S POP APPLICATION, THAT'S WHERE I AM

18  MOSTLY SEEING ADHD PATIENTS NOW.

19  Q.      THANK YOU.

20          AND THIS IS THE PART-TIME POSITION,

21  CORRECT?

22  A.      THAT'S RIGHT.

23  Q.      AND HOW OFTEN -- OF THOSE PATIENTS THAT YOU ARE

24  DIAGNOSING IN THESE RURAL AREAS, HOW MANY OF THEM

25  AFRICAN AMERICAN?

1     A.     FEW.  LESS THAN TEN PERCENT.

2     Q.     LESS THAN TEN PERCENT.

3            ISN'T IT TRUE THAT A PATIENT'S MEDICAL

4     HISTORY INCLUDES CURRENT AND PAST ILLNESSES?

5     A.     THAT'S TRUE.

6     Q.     IF WE CAN NOW PULL UP PX3, SO I AM SURE WE ARE

7     ALL FAMILIAR WITH THIS DOCUMENT.  AND CAN YOU GO DOWN TO

8     THE MEDICAL RECORDS PART, PLEASE.

9            DR. ALLEN, DO YOU RECOGNIZE THIS

10    DOCUMENT?

11    A.     I DO.

12    Q.     DO YOU SEE WHERE IT SAYS, PAST MEDICAL HISTORY?

13    A.     YES, SIR.

14    Q.     CAN YOU READ THE SUBHEADING UNDER PAST MEDICAL

15    HISTORY?

16    A.     IT SAYS, DIAGNOSIS AND THEN IT SAYS, ADHD.

17    Q.     YES, THANK YOU.

18           AND THIS DOCUMENT HERE THAT WOULD BE

19    GIVEN TO THIS PHYSICIAN WOULD HAVE TO RELY ON -- WOULD

20    HAVE TO RELY ON DOING THEIR OWN -- DOING A DIAGNOSES,

21    RIGHT, USING -- LET ME CLARIFY.  EXCUSE ME.

22           SO ON THIS PAGE HERE, FOR IT TO HAVE A

23    DIAGNOSES OF ADHD, ISN'T IT TRUE THAT SOME SORT OF

24    EVALUATION WOULD HAVE TO BE CONDUCTED?

25    A.     NOT NECESSARILY BY THIS CLINICIAN.  I MEAN, BUT

1      BY NATURE OF IT BEING PAST MEDICAL HISTORY MEANS IT'S IN

2      THE HISTORY.  BUT I DON'T KNOW, BECAUSE WE HAVE ONLY

3      THIS ONE PAGE, WHETHER THIS CLINICIAN GOT IT FROM THE

4      ELECTRONIC MEDICAL OR GOT IT VERBALLY FROM YOU WHEN YOU

5      SAW THEM, OR -- I DON'T THINK WHAT IT'S BASED ON,

6      HONESTLY, BECAUSE THIS IS ALL WE HAVE IS THE LIST.  AND

7      THAT COULD BE JUST LIKE A HOLDOVER FROM A PRIOR

8      ELECTRONIC RECORD NOTE.

9      Q.      YES.  BUT IN ORDER FOR IT TO -- SO YOU SPOKE

10     EARLIER ABOUT THAT IT'S NOT COMMON FOR A PHYSICIAN TO GO

11     SOLELY ON THE DOCUMENTATION COMING FROM THE PATIENT

12     ITSELF.

13             SO ESPECIALLY WITH ADHD, WOULDN'T IT BE

14     IRREGULAR BEHAVIOR FOR A PHYSICIAN TO DIAGNOSIS A

15     PATIENT IN THEIR MEDICAL RECORDS WITH ADHD WITHOUT

16     VERIFICATION?

17             MS. MEW:  OBJECTION TO THE EXTENT IT

18     MISCHARACTERIZES PRIOR TESTIMONY.

19             THE WITNESS:  SO -- I'M SORRY.

20             THE COURT:  YOU CAN ANSWER.

21             THE WITNESS:  OKAY.  SO IT DEPENDS ON

22     WHAT THE DOCTOR IS DOING.  ARE THEY JUST LISTING THINGS

23     THAT ARE REPORTEDLY PAST PSYCHIATRIC HISTORY OR MEDICAL

24     HISTORY, THEY MY NOT VERIFY EACH ONE OF THOSE.  FOR

25     INSTANCE, IF I SEE SOMEBODY WHO TELLS ME THEY HAVE A

1    HISTORY OF HYPERTHYROIDISM, I AM NOT GOING TO

2    NECESSARILY GO INDEPENDENTLY VERIFY THAT, I MIGHT

3    INCLUDE IT IN MY PAST MEDICAL HISTORY.  BUT IF I AM

4    GOING TO TREAT THAT DISORDER, PRESCRIBE A THYROID PILL,

5    I AM GOING TO DOUBLE CHECK THE LAB WORK AND MAKE SURE IT

6    IS THERE.

7                SO THIS CLINICIAN, IF THEY WERE

8    PRESCRIBING ADDERALL, THEY DEFINITELY SHOULD GO BACK AND

9    TAKE MORE THAN THE WORD FOR IT.  BUT IF THEY ARE JUST

10   INCLUDING IT JUST TO FILL OUT THE HISTORY AND THAT'S NOT

11   THE PRIMARY FOCUS, THEN THEY MAY NOT.  AND A

12   DERMATOLOGIST TYPICALLY WOULD NOT GO BACK AND

13   INDEPENDENTLY VERIFY A PSYCHIATRIC DIAGNOSIS.

14   BY DR. KITCHENS:

15   Q.      RIGHT.  AND SO WOULD A DERMATOLOGIST TYPICALLY

16   PRESCRIBE A MEDICATION FOR ADHD?

17   A.      NO.

18   Q.      OKAY.  AND IF WE CAN SCROLL UP JUST A LITTLE

19   BIT, PLEASE, SO WE CAN SEE THE NAME ON HERE.

20                CAN YOU SEE IN THE TOP LEFT CORNER OF

21   THIS.. THE NAME OF THE HOSPITAL HERE?

22   A.      NORTHWEST MEDICINE.

23   Q.      AND CAN WE SCROLL DOWN JUST A LITTLE BIT,

24   PLEASE, TO DR. KHAN'S LETTER.  GO UP JUST A LITTLE BIT,

25   I THINK.

1          OKAY.  JUST FOR THE SAKE OF TIME HERE,

2    DR. KHAN IS ALSO A PHYSICIAN IN THE SAME HOSPITAL --

3    HERE WE ARE HERE.

4          CAN YOU SEE AT THE TOP RIGHT?  CAN YOU

5    READ WHAT HOSPITAL THAT IS?

6    A.     NORTHWEST MEDICINE.

7    Q.     AND WOULD YOUR EXPERIENCE AS A CLINICAL

8    PSYCHOLOGIST, ISN'T IT TRUE THAT IF YOU ARE WORKING

9    INSIDE A -- INSIDE OF THE SAME HOSPITAL THAT YOU WOULD

10   BE ABLE TO SEE THE MEDICAL RECORDS FIRSTHAND WITHIN THAT

11   PARTICULAR SYSTEM?

12   A.     YES.

13   Q.     THANK YOU.  CAN YOU PLEASE GO BACK, PLEASE, TO

14   PX03.

15          AND BASED ON THIS PARTICULAR DIAGNOSIS --

16   AND FOR WHOLENESS, DR. KHAN WAS MY TREATING PHYSICIAN.

17   HE IS AN INTERNIST, FOR WHOLENESS, OKAY?

18          SO MY QUESTION IS HERE IS IF A MEDICAL

19   HISTORY LISTS A DIAGNOSES AND A DATE, THE DATE IN A CASE

20   WHEN THE DIAGNOSES WAS MADE, CORRECT?

21   A.     YES.

22   Q.     AND WHAT IS THE DATE THAT YOU SEE THERE?

23   A.     2013.

24   Q.     AND IF WE CAN SCROLL UP, PLEASE, SO WE CAN SEE

25   THE DATE OF THIS MEDICAL RECORD.

1            CAN YOU SEE RIGHT UNDER IT SAYS -- RIGHT

2   UP UNDER THE ADDRESS IN THE GRAY BOX?

3   A.      YES, THE VISIT DATE IS OCTOBER 5, 2020.

4   Q.      OKAY.  THANK YOU.

5            SO ACCORDING TO THIS RECORD, ISN'T IT

6   TRUE THAT I HAVE A DIAGNOSES OF ADHD?

7   A.      YES.

8   Q.      AND NOW THAT WE HAVE SEEN THAT WE HAVE A

9   DIAGNOSIS OF ADHD SINCE 2013, CORRECT, ISN'T THAT SHOWN?

10  A.      THAT'S WHAT THAT INDICATES, YES.

11  Q.      SO ISN'T IT TRUE THAT THERE IS THE -- THE FDA

12  MANDATES A MAXIMUM DOSAGE OF ADDERALL, CORRECT?

13  A.      YES.

14  Q.      AND DR. ALLEN, WHAT IS THAT MAXIMUM DOSAGE?

15  A.      IT'S DIFFERENT FOR THE DIFFERENT FORMULATIONS.

16  THE LARGEST PILL SIZE OF ADDERALL XR, THE EXTENDED

17  RELEASE IS 30 MILLIGRAMS.  I AM NOT SURE AS I SIT HERE,

18  BECAUSE I HAVE NOT LOOKED AT THE PDR RECENTLY, BUT THE

19  HIGHEST I TYPICALLY WILL PRESCRIBE OF THE SHORT ACTING

20  IS 20 MILLIGRAMS TWICE A DAY.  SO 40 MILLIGRAMS A DAY.

21  I AM NOT EXACTLY SURE OFF THE TOP OF MY HEAD WHAT THE

22  MAXIMUM IS RECOMMENDED, BUT THAT'S ABUOT THE HIGHEST WE

23  WILL GO.

24  Q.      AND YOU ARE CORRECT, 40 MILLIGRAMS IS THE

25  MAXIMUM AMOUNT THERE.

1          IF WE CAN SCROLL DOWN, PLEASE.  IF WE CAN

2     SEE -- DO YOU SEE WHERE IT SAYS CURRENT OUTPATIENT

3     MEDICATIONS?

4     A.     YES.

5     Q.     SO AS A CLINICAL PSYCHIATRIST, ISN'T IT TRUE

6     THAT YOU CAN INFER THE SEVERITY OF A PATIENT'S DIAGNOSES

7     BASED ON THE PRESCRIPTION OF THE MEDICATION?

8     A.     POTENTIALLY.  THERE ARE OTHER FACTORS THAT GO

9     INTO THAT.  EVERYBODY METABOLIZES DRUGS DIFFERENTLY,

10    BODY SIZE MAY HAVE SOMETHING TO DO WITH IT OR THE

11    DIFFERENCE BETWEEN MUSCLE VERSUS FAT, BECAUSE THE WAY

12    DRUGS ARE ABSORBED.  BUT ALSO AFFECT IS A COMPONENT, SO

13    ALL OF THOSE THINGS ARE CONSIDERED.

14    Q.     RIGHT, BUT FOR ADDERALL, IS THAT THE SAME CASE

15    FOR ADDERALL?

16    A.     YES.  ALL OF THOSE THINGS CAN BE -- CAN BE

17    CONSIDERED.  FOR INSTANCE, YOUNG CHILDREN METABOLIZE

18    DRUGS FASTER, SO PER POUND OF BODY MASS, THEY ACTUALLY

19    HAVE HIGHER DOSES THAN ADULTS VERY COMMONLY, EVEN THOUGH

20    THEY ARE MUCH SMALLER PEOPLE, BECAUSE THEY METABOLIZE IT

21    FASTER.  SO YOU ARE HAVE TO CONSIDERED ALL OF THOSE

22    THINGS.

23    Q.     LET ME ASK YOU THIS, WOULD YOU AGREE THAT A

24    PATIENT WHO IS PRESCRIBED 30 MILLIGRAMS OF ADDERALL,

25    KNOWING THAT THE MAXIMUM DOSAGE IS 40 MILLIGRAM THAT IS

```
 1      ALLOWED TO BE GIVEN, THAT THIS PERSON HAS A MODERATE TO

 2      SEVERE LEVEL OF ADHD?

 3                  MS. MEW:  I WANT TO OBJECT JUST BECAUSE I

 4      THIN IT MISCHARACTERIZES THE EVIDENCE.  DOESN'T THIS

 5      SHOW 15 MILLIGRAMS IN ONE TABLET DAILY?

 6                  DR. KITCHENS:  NO, MS. BACON, (SIC) IT

 7      SAYS --

 8                  THE COURT:  HOLD ON, DR. KITCHENS.

 9                  MS. MEW, SORRY, UNLESS THE WITNESS SAYS

10      THAT HE CAN'T READ WHAT IS BEING SHOWN, WE WILL LET THE

11      WITNESS READ IT FOR HIMSELF.

12                  MS. MEW:  OKAY, SORRY.

13                  THE WITNESS:  I'M SORRY, WHAT WAS THE

14      LAST QUESTION?

15      BY DR. KITCHENS:

16      Q.    NO, THAT'S ALL RIGHT.

17                  GIVEN HERE THE DOSAGE OF MEDICATION,

18      WOULD YOU AGREE THAT A PATIENT WHO IS PRESCRIBED

19      30 MILLIGRAMS OF ADDERALL, GIVEN THAT THE MAXIMUM AMOUNT

20      THAT CAN BE GIVEN IS 40 MILLIGRAMS, WOULD INDICATE A

21      MODERATE TO SEVERE LEVEL OF ADHD?

22      A.    SO YES, SO IT DOES SAY 15 MILLIGRAMS BID, WHICH

23      IS LATIN FOR TWICE A DAY, SO IT IS 30 MILLIGRAMS A  DAY

24      TOTAL.

25                  BUT THAT BEING SAID, IT IS AN INDICATOR
```

1    OR SEVERITY, BUT IT IS ALSO AN INDICATOR OF THE OTHER

2    FACTORS THAT I MENTIONED.  SO IT IS ONE OF THE FACTORS

3    THAT I CONSIDER, YES.

4    Q.      BUT THE MAXIMUM DOSAGE THAT YOU ABLE TO GIVE

5    GIVE OUT BY REGULATION OF THE FDA IS 40 MILLIGRAMS

6    REGARDLESS?

7    A.      YES.

8    Q.      THANK YOU.

9             LET'S SEE HERE, HOW OFTEN DO YOU -- HOW

10   OFTEN DO YOU MEET AND REVIEW WITH PATIENTS ABOUT THIS

11   PARTICULAR MEDICATION?

12   A.      LIKE HOW OFTEN AM I SEEING SOMEBODY WHO IS

13   TAKING ADDERALL?

14   Q.      YES.

15   A.      I WOULD SAY ALMOST EVERY WEEK AT LEAST ONE.

16   Q.      AND DO YOU PRESCRIBE THIS MEDICATION TO THEM?

17   A.      YES.

18   Q.      AND FOR THAT -- FOR ONE GIVEN PATIENT THAT YOU

19   PRESCRIBED THAT MEDICATION WITH, HOW OFTEN DO YOU VISIT

20   WITH THEM?

21   A.      TYPICALLY NO MORE THAN THE GAP.  WE SEE THEM

22   TYPICALLY, IF THEY ARE VERY STABLE, EVERY TWO TO

23   THREE MONTHS AT MOST.  WITH A STATEMENT LIKE THIS, IT IS

24   NEVER MORE THAN THREE MONTHS.

25   Q.      IF YOU ARE WRITING THIS MEDICATION FOR A PATIENT

1    FOR THE VERY FIRST TIME, HOW OFTEN WOULD YOU MEET WITH

2    THIS PATIENT?

3    A.      I WOULD SEE THEM WITHIN A MONTH.

4    Q.      SO IF A PATIENT SHOWS YOU THAT THEY HAVE A PAST

5    MEDICAL HISTORY OF SEVERAL DIFFERENT YEARS OF THIS

6    MEDICATION, WOULD YOU -- WOULD YOU RECOMMEND MEETING

7    WITH THEM EVERY MONTH?

8    A.      NO.

9    Q.      SO YOU WOULD TAKE INTO ACCOUNT THE PRESCRIPTION

10   HISTORY, THE LENGTH OF THE HISTORY?

11   A.      YES.

12   Q.      OKAY.  AND ISN'T IT TRUE THAT A PATIENT'S

13   LENGTHY PRESCRIPTION HISTORY WOULD INDICATE A VALIDATION

14   OF DIAGNOSES?

15   A.      WELL, I MEAN IT SHOWS THAT ONE CLINICIAN THOUGHT

16   THAT THEY BENEFITTED FROM THE MEDICATION, BUT IT DOES

17   NOT SPECIFICALLY SAY THEY MET THE CRITERIA AS LAID OUT

18   IN THE DSM.

19   Q.      OKAY.  ISN'T IT TRUE THAT A PATIENT'S HISTORY OF

20   -- ISN'T IT TRUE THAT A PATIENT'S HISTORY OF -- LET'S

21   SAY HYPOTHETICALLY, YOU HAVE A PATIENT -- NO, LET ME

22   REASK THAT QUESTION TO BE MORE SPECIFICALLY.

23                 ISN'T IT TRUE THAT A PATIENT WHO HAS BEEN

24   ON A MEDICATION FOR SEVERAL YEARS AND PRESCRIBED THIS

25   MEDICATION BY SEVERAL DIFFERENT PHYSICIANS WOULD BE A

1      GOOD INDICATOR THAT THIS PERSON HAS A DIAGNOSES?

2      A.      IT IS AN INDICATOR, I AGREE.

3      Q.      THANK YOU.

4                      DR. ALLEN, ADHD IS A NEURODEVELOPMENTAL

5      DISORDER, CORRECT?

6      A.      YES, SIR.

7      Q.      ISN'T IT TRUE THAT A NEURODEVELOPMENTAL DISORDER

8      CANNOT BE CURED WITH MEDICATION?

9      A.      TRUE.

10     Q.      WOULD YOU AGREE THAT -- WELL, LET ME ASK THIS.

11                     SO IF IT'S -- IF IT CANNOT BE CURED WITH

12     MEDICATION, ISN'T IT TRUE THEN THAT ADHD CAN BE A LIFE

13     SPAN DISORDER?

14     A.      YES.  IN SOME PEOPLE THE SEVERITY CAN WAX OR

15     WAYNE OVER THE LIFETIME, BUT IT TYPICALLY IS PERMANENT

16     AND THERE ARE SOME RESIDUAL SYMPTOMS FOR THEIR WHOLE

17     LIFE.

18     Q.      MANY OF THE ADHD SYMPTOMS ARE SYMPTOMS OF

19     EXECUTIVE FUNCTION IMPAIRMENTS, CORRECT?

20     A.      YES.

21     Q.      IF I CAN NOW PULL UP -- IF YOU CAN NOW PULL UP

22     PE -- SORRY, PX49.

23                     DO YOU RECOGNIZE THIS DOCUMENT HERE?

24     A.      YES, THIS IS AN EXCERPT FROM THE DSM5.

25     Q.      AND WHAT EXCERPT IS THIS FROM?  SORRY, IS

1       ENTITLED UP HERE, THIS SECTION?

2       A.      GENERALIZED ANXIETY DISORDER.

3       Q.      OKAY.  THANK YOU.

4               AND DO YOU SEE UNDERNEATH THE SUBHEADING,

5       DIAGNOSTIC FEATURES?

6       A.      I DO.

7       Q.      AND CAN YOU READ FOR ME THE LINES I HAVE

8       HIGHLIGHTED?  IF YOU CAN HIGHLIGHT WHERE IT SAYS

9       ESSENTIAL FEATURES THERE, AND ZOOM IN JUST A LITTLE BIT

10      FOR DR. ALLEN'S CONVENIENCE, PLEASE

11      A.      THE ESSENTIAL FEATURE OF GENERALIZED ANXIETY

12      DISORDER IS EXCESSIVE ANXIETY AND WORRY FOR APPREHENSIVE

13      EXPECTATION ABOUT A NUMBER OF EVENTS OR ACTIVITIES.  THE

14      INTENSITY, DURATION, OR FREQUENCY OF THE ANXIETY AND

15      WORRY IS OUT OF PROPORTION TO THE ACTUAL LIKELIHOOD OR

16      IMPACT OF THE ANTICIPATED EVENT.

17      Q.      THANK YOU, DR. ALLEN.

18              AND NOW CAN YOU SCROLL DOWN TO THE SECOND

19      PAGE AND THE LINE SAYS ABOUT THE INDIVIDUALS WITH

20      GENERALIZED ANXIETY DISORDER.  DO YOU SEE THAT?

21      A.      I SEE IT.  THAT'S FINE.  INDIVIDUALS WITH

22      GENERALIZED ANXIETY DISORDER REPORT SUBJECTED DISTRESS

23      DUE TO CONSTANT WORRY AND RELATED IMPAIRMENT IN SOCIAL

24      OCCUPATIONAL OTHER IMPORTANT AREAS OF FUNCTIONING.

25      Q.      THANK YOU.

1              AND DR. ALLEN, YOU ARE A PART-TIME

2     PROFESSOR THE UNIVERSITY OF KENTUCKY, CORRECT?

3     A.      YES.

4     Q.      CAN YOU SEE HERE WHERE IT SAYS UNDER PREVALENCE,

5     THE HIGHLIGHTED SECTION, CAN YOU READ THAT FOR US,

6     PLEASE?

7     A.      INDIVIDUALS OF THE EUROPEAN DESCENT TEND TO

8     EXPERIENCE GENERALIZED ANXIETY DISORDER MORE FREQUENTLY

9     THAN DO INDIVIDUALS OF NON-EUROPEAN DESCENT, ANY ASIAN,

10    AFRICAN, NATIVE AMERICAN AND PACIFIC ISLANDER.

11    Q.      DR. ALLEN, WHY DO YOU PERCEIVE THERE ARE MORE --

12    THAT IT IS PREVALENT IN INDIVIDUALS OF EUROPEAN DESCENT

13    THAN CAUCASIANS?

14    A.      THAT'S A REALLY COMPLEX QUESTION, BUT MY

15    PERCEPTION IS THAT EVERY SOCIETY AND CULTURE HAS THEIR

16    OWN MENTAL ILLNESS THAT IS PERVASIVE IN THAT CULTURE.

17    AND SO WHILE EUROPEAN DESCENT HAS MORE GENERALIZED

18    ANXIETY DISORDER, I THINK WE WOULD SEE THAT EACH OF

19    THESE OTHER GROUPS TEND TO HAVE MORE OTHER SYMPTOMS,

20    EITHER DEPRESSION OR MAYBE EVEN PANIC DISORDER OR

21    OBSESSIVE COMPULSIVE TRAITS.  SO BASED ON YOUR CULTURE,

22    THE ILLNESS YOU HAVE, I THINK A LOT OF THOSE ILLNESSES I

23    HAVE JUST DESCRIBED HAVE COMMON BIOLOGICAL CAUSES, BUT

24    THEY DISPLAY THEMSELVES IN DIFFERENT WAYS BASED ON YOUR

25    CULTURE, UPBRINGING, CIRCUMSTANCES AND STRESSORS.

1          AND SO I THINK OVERALL MOST CULTURES HAVE

2     SIMILAR LEVELS OF MENTAL ILLNESS, THEY JUST EXPRESS

3     THEMSELVES IN DIFFERENT MANNERS.

4     Q.      THANK YOU.

5          AND YOU MENTIONED EARLIER WHEN YOU WERE

6     EXPLAINING THIS, BUT FOR CLARIFICATION.

7          SO COULD LACK OF ACCESS BE A REASON THAT

8     PEOPLE ARE NOT ABLE TO BE DIAGNOSED?

9     A.      THERE IS NO DOUBT THAT THERE IS AN ACCESS

10     PROBLEM FOR MENTAL HEALTH SERVICES IN THIS COUNTRY, AND

11     THAT MINORITIES ARE DISPROPORTIONATELY SUBJECTED TO THAT

12     LACK OF ACCESS, THAT IS UNDOUBTED.

13          AND SO CAN THAT IMPACT THE WAY WE FIND

14     THE PREVALENCE OF THESE CONDITIONS?  IT IS POSSIBLE.

15     Q.      AND NOW CAN WE SCROLL DOWN TO THE FOURTH PAGE,

16     PLEASE.

17          AND DO YOU SEE UNDER FUNCTIONAL

18     CONSEQUENCES OF GENERALIZED ANXIETY DISORDER?

19     A.      YES.

20     Q.      AND JUST FOR THE RECORD, CAN YOU, PLEASE, READ

21     THIS, PLEASE?

22     A.      SURE.

23          EXCESSIVE WORRYING IMPAIRS THE

24     INDIVIDUAL'S CAPACITY TO DO THINGS QUICKLY AND

25     EFFICIENTLY, WHETHER AT HOME OR AT WORK.  THE WORRYING

```
1    TAKES TIME AND ENERGY.  THE ASSOCIATED SYMPTOMS OF
2    MUSCLE TENSION AND FEELING KEYED UP OR ON EDGE,
3    TIREDNESS, DIFFICULTY CONCENTRATING AND DISTURBED SLEEP
4    CONTRIBUTE TO THE IMPAIRMENT.  IMPORTANTLY, THE
5    EXCESSIVE WORRYING MAY IMPAIR THE ABILITY OF THE
6    INDIVIDUALS WITH GENERALIZED ANXIETY DISORDER TO
7    ENCOURAGE CONFIDENCE IN THEIR CHILDREN.  GENERALIZED
8    ANXIETY DISORDER IS ASSOCIATED WITH THE SIGNIFICANT
9    ABILITY AND DISTRESS THAT IS INDEPENDENT OF CO-MORBID
10   DISORDERS AND MOST NONINSTITUTIONALIZED ADULTS WITH THIS
11   DISORDER ARE MODERATELY TO SERIOUSLY DISABLED.
12               GENERALIZED ANXIETY DISORDER ACCOUNTS FOR
13   110,000,000 DISABILITY DAYS PER ANA IN THE U.S.
14   POPULATION.
15   Q.     THANK YOU, DR. ALLEN.
16               DR. KITCHENS:  YOUR HONOR, AT THIS TIME I
17   WOULD LIKE TO ADD IN PX49 INTO THE RECORD.
18               MS. MEW:  NO OBJECTION.
19               THE COURT:  ADMITTED.
20               (PLAINTIFFS JOINT EXHIBIT 49 IS ADMITTED
21   INTO EVIDENCE.)
22   BY DR. KITCHENS:
23   Q.     THANK YOU.
24               AND AT THIS TIME I WOULD LIKE TO PULL UP
25   PX30.  AND ZOOM IN.  THANK YOU.
```

1                   DR. ALLEN, DO YOU SEE THIS DOCUMENT ON

2       THE SCREEN?

3       A.      I DO.

4       Q.      DO YOU SEE THE ASSESSMENT PROCEDURES PERFORMED

5       AS PART OF THIS EVALUATION?

6                   CAN YOU SCROLL DOWN WHERE IT SAYS

7       ASSESSMENTS PROCEDURES?

8       A.      YES, I SEE THAT.  YES.

9       Q.      AND JUST FOR TIME'S SAKE HERE, YOU DO RECOGNIZE

10      IT, CORRECT?

11      A.      I DO, YES, I RECOGNIZE THIS REPORT.

12      Q.      AND IF WE CAN SCROLL DOWN TO PAGE 130, IT SHOWS

13      THE RESULTS.  YES.

14                  SO ON HERE, WHAT I AM SHOWING YOU ARE THE

15      RESULTS OF THE ACHENBACH STEP REPORT.

16                  DO YOU SEE THOSE?

17      A.      YES.

18      Q.      AND CAN YOU EXPLAIN WHAT THESE FINDINGS WERE?

19      A.      SO AS YOU MENTIONED, THE ACHENBACH IS A

20      SELF-REPORT MEASURE.  YOU ARE ANSWERING QUESTIONS ABOUT

21      SYMPTOMS, AND SO THIS IS INDICATING WHICH SYMPTOMS OF

22      INATTENTION AND/OR HYPERACTIVITY/IMPULSIVITY ARE

23      ACKNOWLEDGED OR REPORTED IN THIS SELF-REPORT MEASURE.

24      AND IT GOES INTO EACH ONE, AND THEN IT KIND OF COMPILES

25      THOSE ON THE BOTTOM TO GIVE YOU A RAW SCORE AND A T

1    SCORE.

2                    T SCORES ARE STATISTICAL ANALYSIS WHERE

3    50 IS AVERAGE AND 10 IS A STANDARD.  SO T SCORES OF 76

4    AND 75 ARE ELEVATED.  AND THEN THEY GAVE A PERCENTILE

5    INDICATING THAT THERE IS A CLINICAL CONCERN ABOUT BOTH

6    OF THESE PROBLEMS.  SO BASED ON THIS SELF-REPORT

7    MEASURE, YOU HAVE INDICATED CLINICAL PROBLEMS IN BOTH

8    INATTENTION AND HYPERACTIVITY/IMPULSIVITY.

9    Q.      AND IS THERE ANY REASON FOR YOU TO DOUBT THE

10   VALIDITY OF THIS DOCUMENT?

11   A.      WELL --

12   Q.      WE CAN SCROLL THROUGH.

13   A.      THERE IS NO VALIDITY SCALE ON THE ACHENBACH.  IT

14   IS SELF-REPORT, IT IS FACE VALID, SO IT IS BASED ON THE

15   INTERPRETATION OF THE PERSON GIVING THE RESPONSES.  SO

16   IT'S WHOLLY BASED ON THEIR SUBJECTIVE COMPLAINTS.

17                   SO I HAVE NO REASON TO BELIEVE THAT THESE

18   AREN'T YOUR SUBJECTIVE COMPLAINTS, BUT AGAIN, THERE IS

19   NO VALIDITY SCALE BUILT INTO THAT TEST.

20   Q.      THANK YOU SO CAN WE SCROLL DOWN, PLEASE.  SCROLL

21   DOWN, KEEP GOING.  IF WE CAN ZOOM OUT.  I THINK IT'S

22   TOWARD THE BOTTOM, THE MOXO.  YES, HERE.

23                   DO YOU SEE THIS, DO YOU SEE THE LANGUAGE

24   HERE ON THE SCREEN?

25   A.      YES.

1    Q.      AND DO YOU UNDERSTAND -- DO YOU UNDERSTAND THE

2    RESULTS OF THIS MOXO TEST?

3    A.      I DO.

4    Q.      AND DO YOU UNDERSTAND HOW THE MOXO TEST WORKS?

5    A.      YES.  MOST OF THE CONTINUOUS PERFORMANCE EXAMS

6    ARE SLIGHT VARIATIONS OF THE SAME PROCESS OR COMPUTER AS

7    AN EXAM, YOU GET SHOWN THINGS FOR A CERTAIN AMOUNT OF

8    TIME AND YOU HAVE TO ACKNOWLEDGE SOME THINGS AND IGNORE

9    OTHERS, STIMULI.  IT'S A -- AND THEN, AGAIN, THERE IS

10   SLIGHT TWEAKS WITH ALL THE DIFFERENT TYPES, LIKE THE

11   CONNORS AND MOXO, BUT THEY ARE ALL BASED ON THE SAME

12   PHILOSOPHY.

13   Q.      YES.  AND CAN YOU SEE WHAT THE T SCORE SAYS

14   THERE?

15   A.      WELL, SO THE T SCORES --

16   Q.      JUST FOR THE RECORD, CAN YOU JUST SAY THE NUMBER

17   FOR THE T SCORE?

18   A.      WELL, I AM LOOKING -- THE T SCORE THAT IS

19   SHOWING HERE IS STILL ACHENBACH, THAT'S ALL I SEE.

20   Q.      IS THAT FOR THE ACHENBACH?

21   A.      THIS IS THE SECOND HALF OF THE ACHENBACH THAT

22   WAS DONE BY YOUR SPOUSE.  THIS IS NOT THE MOXO RESULTS.

23   THESE ARE YOUR WIFE'S ACHENBACH RESULTS HERE.

24   Q.      SCROLL DOWN HERE.  YOU SAID THE MOXO IS THERE,

25   SORRY ABOUT THAT.  SCROLL DOWN SOME MORE, PLEASE.  KEEP

1    GOING, TOWARDS THE RESULTS.  KEEP GOING, PLEASE.  I WILL

2    TELL YOU WHEN TO STOP.  HERE.

3              DO YOU SEE WHERE IT SAYS THE DIAGNOSTIC

4    IMPRESSIONS THERE?

5    A.      YES, I DO.

6    Q.      AND CAN YOU READ THAT OUT LOUD FOR THE RECORD?

7    A.      ATTENTION DEFICIT-HYPERACTIVITY DISORDER,

8    COMBINED PRESENTATION.

9    Q.      IS THERE ANY REASON FOR YOU TO DOUBT THE

10   VALIDITY OF THE MOXO -- THE MOXO EVALUATION?

11   A.      YES.  THERE IS SOME RESEARCH ON THE MOXO THAT I

12   HAVE LOOKED AT RECENTLY IN AN ARTICLE IN, I THINK, THE

13   JOURNAL OF ATTENTION DISORDER IN 2021 THAT LOOKED AT THE

14   MOXO SPECIFICALLY, AND IT COMPARED THREE GROUPS THAT

15   THEY GAVE THE MOXO TO.  ONE WAS NORMAL, QUOTE, UNQUOTE,

16   NORMAL, WHATEVER THAT MEANS.  ONE GROUP WAS DIAGNOSED

17   WITH ADHD AND ONE GROUP WAS SIMULATORS.

18              AND, FOR INSTANCE, ON THE INATTENTION

19   SCALE, NORMAL PEOPLE HAD A Z SCORE AND A Z SCORE IS A

20   STATISTICAL ANALYSIS WHERE ZERO IS NORMAL, MINUS ONE IS

21   STANDARD DEVIATION BELOW THE MEAN.  NORMAL PEOPLE WERE

22   MINUS .7.  SO ALMOST NORMAL.  ADHD OR MINUS TWO ON

23   AVERAGE AND SIMULATORS WERE MINUS NINE ON AVERAGE.  THE

24   SCORE ON THIS MOXO WAS A MINUS 15.  SO THIS IS MUCH

25   CLOSER TO A SIMULATOR RESPONSE THAN AN ADHD RESPONSE.

1    Q.      SO I WILL -- FOR THE RECORD, WE DON'T HAVE ANY

2    PROOF OF THIS INFORMATION THAT YOU WERE SAYING HERE.

3              BUT ONE THING I WILL SAY ON THIS EXAM,

4    AND ACCORDING TO MS. BACON'S DEPOSITION, AND ALSO IN HER

5    TESTIMONY IN THE PRELIMINARY INJUNCTION, ARE YOU AWARE

6    THAT THE MOXO HAS BUILT-IN SYSTEMS THAT INDICATES WHEN A

7    PATIENT IS FAKING THE SYSTEM?

8    A.      YES, THERE IS A SCALE CALLED A-PRIME, WHICH CAN

9    BE REPORTED AND I DON'T SEE IT IN HER REPORT, SO THAT

10   INFORMATION WAS NOT AVAILABLE TO ME.

11   Q.      THANK YOU.  CAN WE REMOVE THIS DOCUMENT, PLEASE?

12   IF WE CAN NOW PULL UP DX35.

13              DR. ALLEN, DO YOU RECOGNIZE THAT

14   DOCUMENT, RIGHT?

15   A.      I DO.

16   Q.      OKAY.  AND IF WE CAN SCROLL TO -- IF WE CAN

17   SCROLL DOWN TO THE PAGE WHERE -- YES, SCROLL IN.  DO YOU

18   SEE -- SCROLL IN JUST A LITTLE BIT MORE.  I CAN'T EVEN

19   SEE THAT.  ZOOM IN A LITTLE MORE.

20              SO YOU TALKED A LITTLE BIT ABOUT -- AND

21   WE ARE NOW TALKING ABOUT -- DO YOU SEE WHERE IT SAYS

22   HISTORY OF PRESENT ILLNESS?

23   A.      I DO.

24   Q.      AND DO YOU SEE THE LINE WHERE -- AND THIS IS A

25   DOCUMENT FROM MS. TINA HOLBROOK.  WE CAN SCROLL DOWN

```
1      JUST A.

2                   BIT DO YOU SEE THE LINE WHERE SHE STATES,

3      CONTINUES TO FEEL THAT ADHD SYMPTOMS ARE ADEQUATELY

4      CONTROLLED WITH CURRENT MEDICATION REGIMENT?

5      A.      YES.

6      Q.      ISN'T IT TRUE THAT THIS IS A COMMON STATEMENT

7      MADE BY A MEDICAL PROFESSIONALS IN ORDER TO INDICATE

8      THAT THE MEDICATION DOSAGES DOES NOT INDICATE A CHANGE,

9      OR SHOULD NOT BE CHANGED?

10     A.      YES.

11     Q.      ISN'T IT TRUE THAT YOU HAVE NOTICED THIS SAME

12     LANGUAGE ON THE -- FROM SEVERAL DIFFERENT MEDICAL

13     PROVIDERS IN THE DOCUMENTS YOU WERE PROVIDED BY THE

14     NBME?

15     A.      I AGREE.

16     Q.      THANK YOU.  IF WE CAN GET RID OF THAT ONE.  IF

17     WE CAN NOW MOVE TO PX37.  IF YOU CAN BRING UP PX37,

18     PLEASE.

19                   AND DR. ALLEN, DO YOU RECOGNIZE THIS

20     DOCUMENT FROM EARLIER?

21     A.      YES, I DO.

22     Q.      AND DO YOU SEE -- IF WE CAN HIGHLIGHT ON HERE

23     WHERE IT SAYS, FEELING DOWN, SAD AND BEING EASILY

24     OVERWHELMED.

25                   DO YOU RECOGNIZE THIS STATEMENT HERE?
```

1    A.      I DO.

2    Q.      YOU JUST TESTIFIED THAT YOU HAVE NOT SEEN AN

3    INDICATION OF SYMPTOMS PRIOR TO DR. BALLA'S

4    DOCUMENTATION ON 3/24/2023, CORRECT?

5    A.      RIGHT.  I WAS TALKING ABOUT VERY SPECIFIC

6    SYMPTOMS OF HOW THESE CONDITIONS ARE ACTUALLY EFFECTING

7    LIKE -- AND RESULTING IN REAL LIFE EXPERIENCES.  THIS

8    TALKS ABOUT KIND OF THE SEVERITY ON AN UPTAKE, BUT IT'S

9    NOT NEARLY AS SPECIFIC AS DR. BALLA SHOULD HAVE --

10   Q.      I AM NOT ASKING ABOUT SPECIFICS, BUT IT IS TRUE

11   THAT YOU HAVE SEEN SIGNS AND SYMPTOMS INDICATED IN THIS

12   DOCUMENT BEFORE DR. BALLA'S DOCUMENTATION, CORRECT?

13   A.      VERY BRIEFLY, BUT YES, SIR.

14   Q.      OKAY.  THANK YOU.

15                   DR. ALLEN, IF A PATIENT HAS A

16   DEVELOPMENTAL DISORDER, THERE ARE NO PRE IMPAIRMENTS OF

17   RECORDS.

18                   ONE THING I WOULD LIKE TO ASK YOU IS

19   THAT, ISN'T IT TRUE THAT IF A PERSON HAS A DEVELOPMENTAL

20   DISORDER THAT THEY MAY NOT HAVE PREMATURE DOCUMENTATION

21   OF THIS?

22   A.      IT HAPPENS, SOMETIMES.  YOU HAVE KIND OF ELUDED

23   TO IT.  IF YOU HAVE LACK OF ACCESS EITHER FROM AN

24   EDUCATIONAL STANDPOINT OR MEDICAL STANDPOINT, THERE ARE

25   TIMES THAT THOSE RECORDS ARE NOT AVAILABLE.  YES, THAT

1    DOES HAPPEN.

2    Q.      AND ACCORDING TO YOUR WEBSITE OF YOUR PRIVATE

3    PRACTICE, YOU HAVE INDICATE THAT ACADEMIC RECORDS MAY BE

4    USEFUL FOR DETERMINING PRIOR LEVELS OF FUNCTIONING,

5    CORRECT?

6    A.      YES.

7    Q.      WOULD YOU CONSIDER ACADEMIC RECORDS TO INDICATE

8    AN INDIVIDUAL'S EXECUTIVE FUNCTION?

9    A.      THAT IS ONE -- EXECUTIVE FUNCTION IS ONE --

10   Q.      YOU CAN JUST ANSWER YES OR NO IF THAT'S EASIER.

11   A.      WELL, I MEAN IT IS ONE OF THE COMPONENTS,

12   ABSOLUTELY.

13   Q.      AND ISN'T IT TRUE THAT ADHD IS ASSOCIATED WITH

14   REDUCED SCHOOL PERFORMANCE?

15   A.      GENERALLY, YES.

16   Q.      PART OF YOUR TESTIMONY TODAY WAS BASED OFF OF

17   RECORDS WHERE I WAS DIAGNOSED WITH ADHD IN 2013 AND

18   2014, CORRECT?

19   A.      THERE WAS REFERENCE BACK TO THOSE DATES, YES.

20   Q.      AND EARLIER YOU ALSO TESTIFIED THAT A PERSON

21   TAKING ADDERALL WOULD BE MORE FOCUSED, CORRECT?

22   A.      YES.

23   Q.      AND ISN'T IT TRUE THAT THERE IS A STIGMA THAT

24   COLLEGE STUDENTS ABUSE ADDERALL TO BE MORE FOCUSED AND

25   TO RECEIVE BETTER GRADES?

1    A.        YES, UNFORTUNATELY THAT HAS BEEN A GROWING

2    PROBLEM.

3    Q.        AND IF A PERSON WITHOUT ADHD TAKING ADDERALL

4    WITHOUT -- SORRY, WITHOUT ACTUALLY HAVING IT, HAVING --

5    LET ME CLARIFY, SORRY.

6              IF A PERSON WITHOUT ADHD TAKES ADDERALL,

7    WOULDN'T YOU SEE A CHANGE IN THEIR GRADE PERFORMANCE?

8    A.        SO, PROBABLY.  THEY HAVE A SUBJECTIVE

9    IMPROVEMENT IN ATTENTION AND CONCENTRATION, THAT HAS

10   BEEN REALLY STRONGLY PROVEN.  AND THEY PROBABLY HAVE

11   SOME IMPROVED FOCUS OF DURATION AND THAT SORT OF THINGS

12   WHEN CRAMMING FOR TESTS, THAT SORT OF THING.

13   Q.        IN YOUR PROFESSIONAL OPINION AS A PSYCHIATRIST,

14   WHAT DO YOU PERCEIVE TO THE REASON WHY NONE -- PATIENTS

15   WITHOUT ADHD SEEK OUT THE DRUG  ADDERALL?

16   A.        I THINK PATIENTS DO SEEK ADDERALL WITHOUT THAT

17   DIAGNOSIS.  AND THEN THAT'S -- IT BECAME A BIG PROBLEM

18   IN THE LAST TEN YEARS, SO WE ARE SEEING PEOPLE COME TO

19   OUR CLINIC AND THE STUDENT HEALTH CLINICS WANTING

20   STIMULANTS THAT DO NOT MEET CRITERIA.  THAT DOES HAPPEN.

21   Q.        AND COLLEGE STUDENTS IN PARTICULAR, WHY DO THEY

22   SEEK OUT ADDERALL, THOSE WHO DO NOT HAVE THE DIAGNOSES

23   OF ADHD?

24   A.        WELL, AGAIN, THERE IS SOME GOOD RESEARCH TO SHOW

25   THAT IF YOU TAKE IT, YOU FEEL BETTER ABOUT THE WAY YOU

1    ARE PERFORMING.  AND THEN THERE IS PROBABLY ALSO SOME

2    PERFORMANCE BENEFIT ALSO, BUT THE SUBJECTIVE WELL-BEING

3    IS PRETTY POWERFUL.  THE STUDENTS THINK THEY DO BETTER

4    AND THEY WANT TO TAKE IT.

5    Q.       AND WHAT IS THE MECHANISM OF ACTION OF ADDERALL?

6    A.       IT INCREASES THE AVAILABLE DOPAMINE IN SYNAPSES

7    IN THE BRAIN, WHICH TENDS TO BE STIMULATING.  IN SOME

8    WAYS, IT'S LIKE COCAINE, BUT A MUCH MILDER VERSION OF

9    IT.  IT WORKS IN THE SAME MANNER.

10   Q.       SO IS DOPAMINE STIPULATING OR IS NOREPINEPHRINE

11   STIMULATING?

12   A.       BOTH, ACTUALLY.  THEY BOTH -- AND IT HAS SOME

13   NOREPINEPHRINE FUNCTION ALSO, BUT THEY ARE BOTH

14   STIMULATING TRANSMITTERS.

15   Q.       CAN WE PULL UP JX04, PLEASE?

16            DO YOU RECOGNIZE THIS DOCUMENT?

17   A.       I DO.

18   Q.

19            DR. KITCHENS:  AND JUST FOR THE RECORD,

20   THIS IS A DOCUMENT JX04 IS MY COLLEGE TRANSCRIPT AT

21   BEREA COLLEGE.

22   BY DR. KITCHENS:

23   Q.       DR. ALLEN.  I AM SURE YOU ARE PROBABLY FAMILIAR

24   WITH IT?

25   A.       YES, I AM.

1    Q.       YES.

2                    AS WE WAS TALKING ABOUT BEFORE, CAN YOU

3    SEE -- CAN YOU READ MY SCIENCE CLASS HERE?

4    A.       MODERN BIOLOGY, FALL OF '22 WAS A C PLUS.

5    Q.       YES.   AND CAN WE SCROLL DOWN -- YES.

6                    DO YOU SEE THE FOUNDATIONS OF CHEMISTRY?

7    A.       RIGHT.   THAT'S A D GRADE IN THE FALL OF 2011.

8    Q.       AND THEN CAN YOU GO OVER.

9                    DO YOU SEE BOTANY THERE?

10   A.       BOTANY GRADE WAS A C.

11   Q.       AND CAN WE SCROLL OVER TO THE LEFT?

12                   DO YOU SEE IF YOU SCROLL UP TOWARDS

13   ZOOLOGY, GO UP FIRST.

14   A.       YES.

15   Q.       WHAT GRADE IS INDICATED THERE?

16   A.       THAT'S A D, AS IN DOG.

17   Q.       DO YOU SEE BELOW THAT MICROBIOLOGY FOR 222?

18   A.       I DO, AND IT LOOKS LIKE IT IS WITHDRAW/FAILING.

19   Q.       WITHDRAW/FAILING.

20                   AND DO YOU SEE ORGANIC CHEMISTRY ONE?

21   A.       YES, THAT'S A D, AS IN DOG.

22   Q.       THANK YOU, DR. ALLEN.

23                   SO ISN'T IT TRUE THAT IF I WAS TAKING

24   ADDERALL AT THIS TIME WITHOUT ADHD, THAT THOSE GRADES

25   WOULD MOST LIKELY BE SIGNIFICANTLY HIGHER?

1    A.       I DON'T KNOW, I CANNOT EVEN REALLY -- WITHIN A

2    REASONABLE DEGREE OF MEDICAL CERTAINLY, I CANNOT ANSWER

3    THAT QUESTION.   THERE ARE SO MANY THINGS THAT GO INTO

4    GRADES.   IT'S POSSIBLE IT COULD BE HIGHER, BUT WE DON'T.

5    Q.       YOU INDICATED EARLIER THAT ADDERALL HELPS

6    INCREASES CONCENTRATION, CORRECT?

7    A.       GENERALLY, YES.

8    Q.       YOU INDICATED EARLIER THAT ADDERALL IS A

9    STIMULANT, CORRECT?

10   A.       YES.

11   Q.       ADDERALL BEING A STIMULANT WOULD GIVE A PERSON

12   WITHOUT ADHD EXTRA ENERGY, CORRECT?

13   A.       YES.

14   Q.       AND SIDE EFFECTS OF ADDERALL ARE WHAT, DR.

15   ALLEN?

16   A.       THE PRIMARY ONE WE WORRY ABOUT IS SUPPRESSING

17   THE APPETITE,  SO IN YOUNG KIDS CAN CAN BECOME A HUGE

18   PROBLEM.   NOT AS BIG OF A PROBLEM IN ADULTS TYPICALLY.

19   THE OTHERS CAN BE HEADACHES, STOMACH PAIN, IT INCREASE

20   BLOOD PRESSURE.

21   Q.       YES.

22            AND DR. ALLEN, IS INSOMNIA PART OF THE

23   ADVERSE AFFECT OF ADDERALL?

24   A.       IT CAN BE, ESPECIALLY IF YOU TAKE IT LATER IN

25   THE DAY.  SO WE TRY TO MAKE SURE THE DOSING IS TAKEN AS

1    EARLY AS POSSIBLE.  BUT IF YOU TAKE IT LATER, IT

2    CERTAINLY CAN INTERFERE WITH SLEEP INITIATION.

3    Q.     SO IT IS TRUE THAT ADDERALL WOULD DECREASE A

4    PERSON'S SLEEPING HABITS?

5    A.     IT CAN.

6    Q.     LET'S SEE HERE.

7                DR. KITCHENS:  AND AT THIS TIME, YOUR

8    HONOR, LET'S SEE -- ONE SECOND, PLEASE.  SORRY ABOUT

9    THIS, DR. ALLEN.

10               THE WITNESS:  NO PROBLEM.

11               DR. KITCHENS:  I HAVE NO FURTHER

12   QUESTIONS, YOUR HONOR.

13               THE COURT:  ALL RIGHT.

14               MS. MEW, REDIRECT?

15               MS. MEW:  NO REDIRECT, YOUR HONOR.

16               THE COURT:  I JUST HAD JUST A COUPLE OF

17   SMALL QUESTIONS.

18   BY THE COURT:

19   Q.     ONE IS, I DIDN'T MAKE A NOTE OF THIS, SO I'M NOT

20   SURE -- I'M NOT ASKING IT TO BE REPETITIVE IF IT WAS

21   ALREADY ASKED.

22               BUT, DR. ALLEN, ARE YOU ONE OF THE NBME'S

23   REVIEWERS FOR DISABILITY ACCOMMODATION REQUESTS?

24   A.     I AM.

25   Q.     OKAY.  THE SECOND QUESTION IS, DID YOU WATCH ANY

1    DR. KITCHENS'S CASE IN CHIEF THE FIRST FEW DAYS OF THIS

2    WEEK?

3    A.       NONE OF IT.

4                     THE COURT:  OKAY.  THOSE ARE MY ONLY

5    QUESTIONS.

6                     ANYTHING ELSE FROM -- I GUESS, I WILL

7    ASK, JUST IN CASE, MS. MEW OR DR. KITCHENS, A RESPONSE

8    TO WHAT I JUST ASKED?

9                     MS. MEW:  NO, YOUR HONOR.

10                    DR. KITCHENS:  NO, YOUR HONOR.

11                    THE COURT:  DR. ALLEN, THANK YOU FOR YOUR

12   TIME.  YOU MAY BE EXCUSED.

13                    THE WITNESS:  THANK YOU.

14                    THE COURT:  ALL RIGHT.  LET'S SEE, SO IF

15   BY MY COUNT, MS. MEW, YOU HAVE ONE MORE WITNESS.

16                    MS. MEW:  ONE MORE WITNESS, YOUR HONOR.

17                    THE COURT:  OKAY.  WHY DON'T WE -- I

18   WOULD LIKE TO HAVE THE LUNCH BREAK TODAY BE LIKE 12:15

19   TO 1:00 OR SO, JUST BASED ON A COUPLE OF CALLS I HAVE TO

20   MAKE.  ASSUMING THAT'S OKAY WITH YOU, DO YOU WANT TO --

21   IS THE WITNESS READY, OR DO YOU HAVE TO --

22                    MS. MEW:  I WILL JUST NEED TO CALL HIM.

23   I WOULD NOT MIND JUST A VERY QUICK BREAK.  CAN WE TAKE A

24   FIVE-MINUTE BREAK?

25                    THE COURT:  WHY DON'T WE TAKE FIVE, AND

1       THEN RESUME -- WE WILL START THE WITNESS AND THEN WE

2       WILL STOP FOR LUNCH 12:15.

3                       MS. MEW:  OKAY, THANK YOU.

4                       (RECESS TAKEN.)

5                       THE COURT:  ALL RIGHT.

6                       MS. MEW, ARE YOU READY?

7                       MS. MEW:  YES, THANK YOU, YOUR HONOR.

8                       THE NATIONAL BOARD OF MEDICAL EXAMINERS

9       CALLS DR. DANIEL JURICH.  YOU CAN COME ON CAMERA.

10                      THE COURT:  HELLO, DR. JORDAN.

11                      THE WITNESS:  HELLO, YOUR HONOR.

12                      THE COURT:  LYNN, WOULD YOU PLEASE SWEAR

13      IN THE WITNESS?

14                      THE COURT REPORTER:  CAN YOU PLEASE RAISE

15      YOUR RIGHT HAND?

16                      (DEFENSE WITNESS, DR. DANIEL JURICH, IS

17      SWORN.)

18                      THE COURT REPORTER:  CAN YOU PLEASE STATE

19      AND SPELL YOUR NAME FOR THE RECORD.

20                      THE WITNESS:  DANIEL JURICH, D-A-N-I-E-L

21      J-U-R-I-C-H.

22                          DIRECT EXAMINATION

23      BY MS. MEW:

24      Q.      GOOD MORNING, DR. JURICH.

25      A.      GOOD MORNING.

1    Q.      WHAT IS YOUR CURRENT POSITION?

2    A.      I AM THE ASSOCIATE VICE-PRESIDENT OF THE USMLE

3    PROGRAM.

4    Q.      HOW LONG HAVE YOU BEEN IN THIS POSITION?

5    A.      A LITTLE OVER A YEAR.

6    Q.      HOW LONG HAVE YOU WORKED WITH NBME?

7    A.      I WORKED AT THE NBME FOR ABOUT NINE YEARS.

8    Q.      AND CAN YOU BRIEFLY LIST THE OTHER POSITIONS YOU

9    HAVE HELD?

10   A.      YES. PRIOR TO THIS POSITION I WORKED IN THE

11   PSYCHOMETRICS UNIT.  I WAS A PSYCHOMETRICIAN, SENIOR

12   PSYCHOMETRICIAN AND THEN A MANAGER IN THE PSYCHOMETRICS

13   DEPARTMENT.

14   Q.      WHAT IS A PSYCHOMETRICIAN?

15   A.      I WOULD SAY BRIEFLY A PSYCHOMETRICIAN IS SOMEONE

16   WHO SPECIALIZES IN THE APPLICATION OF STATISTICAL

17   TECHNIQUES AND MEASUREMENT SCIENCE CONCEPTS TO THE

18   DEVELOPMENT ADMINISTRATION AND SCORING OF AN EXAM, TO

19   ENSURE THAT THE EXAM IS A VALID, FAIR, RELIABLE MEASURE

20   OF WHAT IS INTENDING TO ASSESS.

21   Q.      WHAT IS YOUR EDUCATIONAL BACKGROUND?

22   A.      I HAVE A MASTER'S IN QUANTITATIVE PSYCHOLOGY AND

23   A DOCTORATE IN ASSESSMENT AND MEASUREMENT, WHICH IS --

24   THERE ARE MANY TERMS FOR PSYCHOMETRICS, SO IT'S ONE OF

25   THEM.

1    Q.        IN YOUR WORK AS A ASSOCIATE VICE-PRESIDENT OF

2    USMLE AND AS A PSYCHOMETRICIAN FOR NBME, ARE YOU

3    FAMILIAR WITH THE USMLE EXAMINATION?

4    A.        I AM FAMILIAR WITH THE USMLE, YES.

5    Q.        AND DOES PART OF YOUR WORK AS A PSYCHOMETRICIAN

6    AT NBME OVER THE PAST APPROXIMATELY NINE YEARS, ARE YOU

7    FAMILIAR WITH EXAMINEE TEST PERFORMANCE DATA?

8    A.        YES, I HAVE INTERACTED WITH TEST PERFORMANCE AS

9    PART OF THE ROLE.

10   Q.        DO YOU USE -- THANK YOU.  I THINK YOU JUST

11   ANSWERED THE QUESTION I WAS GOING TO ASK.

12                   WHEN DO YOU MOST MEDICAL STUDENTS TAKE

13   THE STEP 1 EXAMINATION?

14   A.        STEP 1 TYPICALLY FOR A U.S. MEDICAL GRADUATE

15   IT'S TAKEN IN THE SECOND YEAR BEFORE STARTING CLINICAL

16   CLERKSHIPS AFTER FINISHING THE PRECLERKSHIP PERIOD.

17   Q.        IS THERE ANY BENEFIT TO TAKING IT AFTER THE

18   SECOND YEAR MEDICAL SCHOOL, LIKE CONTEMPORANEOUS WITH

19   IT?

20   A.        MY UNDERSTANDING FROM STUDENTS AND THE FACULTY

21   TAKING IT AFTER PRECLERKSHIP PERIODS, THAT IS WHEN THE

22   CURRICULUM IS FOCUSED ON THE CONTENT COVERED IN STEP 1.

23   SO IT'S REASONABLE FOR EXAMINEES TO TAKE IT AFTER HAVING

24   EXPOSURE, LEARNING FROM THAT CONTENT.

25   Q.        AND THEN WHEN DO MOST MEDICAL STUDENTS TAKE THE

1    STEP 2 CK EXAMINATION?

2    A.        THE STEP 2 CK EXAMINATION IS TYPICALLY TAKEN IN

3    THE FOURTH YEAR AFTER THE EXAMINEES HAVE FINISHED THEIR

4    CLINICAL CLERKSHIPS, WHICH IS THE PERIOD THAT THE

5    CURRICULUM ARE FOCUSED, ON CLINICAL KNOWLEDGE ASSESSED

6    IN STEP 2 CK.

7    Q.        AND JUST FOR COMPLETENESS, WHEN IS STEP 3

8    TYPICALLY TAKEN?

9    A.        STEP 3 IS TYPICALLY TAKEN IN RESIDENCY, USUALLY

10   IN THE FIRST OR SECOND YEAR.

11   Q.        AND UNDER USMLE PROGRAM RULES, MAY EXAMINEES

12   TAKE EACH STEP EXAM MORE THAN ONE TIME?

13   A.        YES, EACH STEP EXAM CAN BE TAKEN UP TO FOUR

14   TIMES.

15   Q.        WHY THERE IS A LIMIT TO THE NUMBER OF ATTEMPTS?

16   A.        THE LIMIT WAS INFORMED BY STATE MEDICAL BOARDS.

17   THE MAJORITY OF STATE MEDICAL BOARDS ALREADY HAD A FOUR

18   ATTEMPT LIMIT.  AND WE FELT THAT ALIGNING WITH THEM,

19   WITH THE BEST SERVICES OF PROTECTING THE PUBLIC.

20             AND IN CONSIDERING THIS DECISION, WE ALSO

21   REVIEWED DATA ASSOCIATED WITH PERFORMANCE THAT SHOULD

22   EXAMINEES WHO ATTEMPT MORE THAN FOUR TIMES TYPICALLY DO

23   NOT FINISH THE USMLE SEQUENCE, AND THEY ALSO TYPICALLY

24   HAVE HIGHER BOARD SANCTIONS, WHICH ARE GIVEN UNDER

25   CONDITIONS WHERE THE STATE MEDICAL BOARD MUST SANCTION

1    THEM FOR SOME DISCIPLINARY ACTION.

2    Q.      UNDER CURRENT POLICIES, ARE ALL ATTEMPTS ON A

3    STEP EXAM CURRENTLY REPORTED ON A SCORE TRANSCRIPTS?

4    A.      YES, ALL ATTEMPTS WOULD BE REPORTED ON THE

5    TRANSCRIPT.

6    Q.      HOW LONG IS THE STEP 1 EXAM?

7    A.      STEP 1 IS 280 ITEMS ROPED INTO SEVEN SECTIONS OF

8    40 ITEMS EACH, EACH SECTION IS GIVEN 60 MINUTES OR AN

9    HOUR.  SO THAT'S SEVEN HOURS.  AND THEN THERE IS ALSO

10   15 MINUTES FOR THE TUTORIAL AND 45 MINUTES OF BREAK

11   TIME.  SO IT'S AN EIGHT-HOUR EXAM.

12   Q.      DID YOU MENTION, DO EXAMINEES RECEIVE ANY BREAK

13   TIME ON THE STEP 1 EXAM?

14   A.      TO BE CLEAR, YES, 45 MINUTES OF BREAK TIME IS

15   ALLOTTED.  THERE IS A 15-MINUTE TUTORIAL, AND ANY TIME

16   UNUSED OF THAT 15 MINUTES WOULD CARRY OVER INTO THE

17   BREAK TIME.

18   Q.      HOW LONG IS THE STEP 2 CK EXAM?

19   A.      THE STEP 2 CK HAS SIMILAR STRUCTURE, WITH AN

20   ADDITIONAL SECTION.  IT'S APPROXIMATELY 318 ITEMS.  IT

21   HAS THEN EIGHT SECTIONS OF 40 ITEMS, ABOUT ITEMS.

22   APPROXIMATELY 40 ITEMS.  EACH OF THE SECTIONS IS AN

23   HOUR.  AND THE EXAMINEES HAVE THE SAME 45 MINUTES BREAK

24   TIME ALONG WITH THE 15 MINUTES OF TUTORIAL TIME THAT CAN

25   BE CARRIED INTO BREAK.

1    Q.      WHAT I WOULD LIKE TO DO NEXT IS PULL UP A SERIES

2    OF DOCUMENTS AND SEE IF WE CAN GET THOSE ALL ADMITTED.

3    AND THEN WE WILL BE ABLE TO TALK ABOUT THEM A LITTLE

4    EASIER.  SO IF WE CAN FIRST PULL UP JX14 HAS ALREADY

5    BEEN ADMITTED.

6              LET'S PULL UP JX15.  SO FIRST, LET'S JUST

7    EXPLAIN WHAT THIS DOCUMENT IS.  MAYBE IF WE CAN -- CAN

8    WE --

9              FIRST, JUST GENERALLY, DR. JURICH, WHAT

10   IS THIS DOCUMENT WITH TIMING REVIEW AT THE TOP?

11   A.      YES.  THIS IS A REPORT PRODUCED BY THE NBME

12   SYSTEMS THAT PROVIDES INFORMATION ABOUT HOW AN EXAMINEE

13   WOULD USE THEIR TIMING THROUGHOUT THE DIFFERENT SECTIONS

14   OF A SPECIFIC ADMINISTRATION OF A STEP EXAM.

15   Q.      AND THEN LET'S JUST EXPLAIN THE DATA THAT IS

16   SHOWN IN THE REPORT.

17              SO UP IN YOUR TOP BOX, WHAT IS IT TELLING

18   YOU?

19   A.      THE TOP BOX CONTAINS GENERAL INFORMATION ON WHAT

20   EXAM IT WAS, I.D. INFORMATION RELATED TO THE CANDIDATE,

21   THE CANDIDATE'S NAME AND WHERE THEY HAVE COMPLETED THE

22   EXAM.

23              AND IF YOU ARE SPEAKING OF THE ACTUAL BOX

24   ABOVE KIND OF THE TABLE, THAT ALSO CONTAINS SIMILAR

25   GENERAL INFORMATION, WHEN THE EXAM WAS TAKEN.  STEP 1 IS

1    A ONE DAY EXAM, SO IT'S DAY ONE.  THE ALLOTTED DAYTIME,

2    WHICH IS THE LOTTED TIME TO TEST AND THEN THE ALLOTTED

3    BREAK TIME, WHICH WE HAVE DISCUSSED EARLIER.  AND THE

4    END OF SESSION INDICATES WHEN THE SESSION WAS CLOSED IN

5    TERMS OF THE 24-HOUR CALENDAR TIME.

6    Q.     AND BEFORE WE TALK ABOUT ANY OF THE SPECIFICS IN

7    HERE, WHAT DOES THIS EXHIBIT JX15 -- WHOSE'S DATA IS

8    THIS?

9    A.     THIS IS -- I WOULD SAY NBME OUTCOME DATA THAT WE

10    RECEIVED AFTER THE EXAMINEE COMPLETES THEIR TESTING

11    EXPERIENCE.

12    Q.     I GUESS I AM MORE BASICALLY -- IS THIS THE

13    TIMING REVIEW FOR DR. KITCHENS'S STEP 1 EXAM ON MAY 9,

14    2022?

15    A.     YES.  YOU CAN SEE IN THE VERY TOP OF THE

16    DOCUMENT THAT IT IS DR. KITCHENS'S STEP 1 EXAM FROM

17    MAY 9, 2022.

18           MS. MEW:  WE MOVE TO ADMIT EXHIBIT JX15

19    INTO EVIDENCE.

20           DR. KITCHENS:  NO OBJECTIONS, YOUR HONOR.

21           THE COURT:  ADMITTED.

22           (DEFENSE EXHIBIT JX 15 IS ADMITTED INTO

23    EVIDENCE.)

24    BY MS. MEW:

25    Q.     AND LET'S JUST PULL UP JX16.

1              DR. JURICH, IS THIS THE TIMING REVIEW FOR

2    DR. KITCHENS'S STEP 2 EXAM TAKEN ON MAY 28, 2022?

3    A.     YES.

4                   MS. MEW:  AND WE MOVE TO ADMIT EXHIBIT

5    JX16 INTO THE RECORD.

6                   DR. KITCHENS:  NO OBJECTION.

7                   THE COURT:  ADMITTED.

8                   (DEFENSE EXHIBIT JX 16 IS ADMITTED INTO

9    EVIDENCE.)

10   BY MS. MEW:

11   Q.     IF WE CAN TURN TO JX17.

12                  IS THIS THE TIMING REVIEW FOR DR.

13   KITCHENS'S STEP 2 EXAM ON JUNE 29, 2022?

14   A.     YES.

15                  MS. MEW:  WE MOVE TO ADMIT EXHIBIT JX17

16   INTO THE RECORD.

17                  DR. KITCHENS:  NO OBJECTIONS.

18                  THE COURT:  ADMITTED.

19                  (DEFENSE EXHIBIT JX17 IS ADMITTED INTO

20   EVIDENCE.)

21   BY MS. MEW:

22   Q.     THEN IF WE PULL UP JX18.

23                  IS THIS THE TIMING REVIEW FOR DR.

24   KITCHENS'S STEP 1 EXAM FROM SEPTEMBER 29, 2022?

25   A.     YES.

1          MS. MEW:  MOVE TO ADMIT EXHIBIT JX18 INTO

2     THE RECORD.

3               DR. KITCHENS:  NO OBJECTIONS.

4               THE COURT:  ADMITTED.

5               (DEFENSE EXHIBIT JX 18 IS ADMITTED INTO

6     EVIDENCE.)

7     BY MS. MEW:

8     Q.       THE BIG PICTURE HERE, DR. JURICH, ARE THE TIMING

9     REVIEW DOCUMENTS THAT WE HAVE SEEN JX14, JX15, 16, 17

10    AND 18, ARE THEY BASED ON DATA ROUTINELY CAPTURED BY

11    NBME AS PART OF AN EXAMINEE'S TEST DATA SO HERE DR.

12    KITCHENS'S DATA?

13    A.       YES.

14    Q.       AND IS THE DATA GATHERED AT THE TIME OF TESTING?

15    A.       YES.

16    Q.       AND THEN ARE THE TIMING REVIEWS -- THE TIMING

17    REVIEW DATA MAINTAINED BY NBME IN THE ORDINARY COURSE OF

18    ITS BUSINESS?

19    A.       YES.

20    Q.       LET'S GET ANOTHER SET OF DOCUMENTS IN AND THEN

21    WE WILL GO BACK.  SO WE CAN PULL UP JX19.  LET'S SCROLL

22    OUT ON THIS ONE RIGHT NOW SO WE CAN SEE THE FIRST PAGE.

23               CAN YOU GENERALLY EXPLAIN THE DATA IN

24    THIS TYPE OF REPORT?

25    A.       SURE.  THIS REPORT PRESENTS DATA RELATED TO THE

1 INDIVIDUAL ITEMS IN TERMS OF THE SEQUENCE ON AN

2 EXAMINEE.  I HAVE SEEN THEM, THEIR SCORE ON THAT ITEM,

3 THE RESPONSE THEY PROVIDED AND THEN THE TIMING THAT --

4 THE TIME THEY SPENT ON THE ITEM.

5 Q. AND I WILL JUST REPRESENT THAT THERE WAS A

6 COLUMN WITH THE USMLE I.D. NUMBER TO IDENTIFY

7 DR. KITCHENS'S DATA, BUT INSTEAD HAVING REDACTIONS ALL

8 THROUGHOUT, WHICH CREATES A LOT OF LAG TIME, WE JUST

9 TOOK THAT AWAY.

10 MS. MEW:  BUT DR. KITCHENS, YOU HAVE

11 RECEIVED THEM IN THOSE FORMS AND WILL YOU STIPULATE THAT

12 THIS IS YOUR DATA?

13 DR. KITCHENS:  YES, I WILL STIPULATE THAT

14 I DID ASK YOU TO REMOVE THAT COLUMN.

15 MS. MEW:  DO YOU AGREE THAT THIS IS DATA

16 THAT PERTAINS TO YOUR TEST?

17 DR. KITCHENS:  WELL, I CAN'T NECESSARILY

18 TELL BY JUST LOOKING AT ANSWERS, BUT I DID ASK YOU TO

19 REMOVE THAT.

20 MS. MEW:  WOULD YOU RATHER THAT WE USE

21 THE DATA WITH YOUR NUMBERS ON IT, YOUR USMLE NUMBERS?

22 DR. KITCHENS:  UNLESS -- I AM OKAY WITH

23 THAT FOR NOW, AS LONG AS WE SUBMIT THIS ONE INTO THE

24 RECORD.

25 MS. MEW:  OKAY.  LET'S DO THIS, BECAUSE

1    THIS IS WHAT I'VE GOT ALL KEYED UP.

2                        DR. KITCHENS:  IT'S FINE.  FOR TIME SAKE,

3    IT'S FINE.

4    BY MS. MEW:

5    Q.      ALL RIGHT.  SO THIS DATA HERE AT JX19, WITH THAT

6    REPRESENTATION AND AGREEMENT, IS THIS DOCUMENT SHOWING

7    THE OUTCOME DATA FOR DR. KITCHENS'S FEBRUARY 22, '20 --

8    FEBRUARY 25, 2022 STEP 1 EXAM?

9    A.      YES.

10                       MS. MEW:  NBME MOVES TO ADMIT EXHIBIT

11   JX19 INTO THE RECORD.

12                       DR. KITCHENS:  NO OBJECTIONS.

13                       THE COURT:  ADMITTED.

14                       (DEFENSE EXHIBIT JX19 IS ADMITTED INTO

15   EVIDENCE.)

16   BY MS. MEW:

17   Q.      AND IF WE CAN PULL UP EXHIBIT JX20.

18                       IS THIS THE OUTCOME DATA FOR

19   DR. KITCHENS'S MAY 9, 2022 STEP 1 EXAM?

20   A.      YES.

21                       MS. MEW:  NBME MOVES TO ADMIT JX20 INTO

22   THE RECORD.

23                       DR. KITCHENS:  NO OBJECTIONS.

24                       THE COURT:  ADMITTED.

25                       (DEFENSE EXHIBIT JX20 IS ADMITTED INTO

1     EVIDENCE.)

2     BY MS. MEW:

3     Q.      IF WE CAN PULL UP EXHIBIT JX21.

4                   IS THIS THE OUTCOME DATA FOR

5     DR. KITCHENS'S SEPTEMBER 29, 2022, STEP 1 EXAM?

6     A.      YES.

7                   MS. MEW:  NBME MOVES TO ADMIT EXHIBIT

8     JX21 INTO THE RECORD.

9                   DR. KITCHENS:  NO OBJECTIONS.

10                  THE COURT:  ADMITTED.

11                  (DEFENSE EXHIBIT JX21 IS ADMITTED INTO

12    EVIDENCE.)

13    BY MS. MEW:

14    Q.      WE CAN PULL UP JX22.

15                  IS THIS THE OUTCOME DATA FOR

16    DR. KITCHENS'S MAY 28, 2022 STEP 2 CK EXAM?

17    A.      YES.

18                  MS. MEW:  NBME MOVES TO ADMIT EXHIBIT

19    JX22 INTO THE RECORD.

20                  DR. KITCHENS:  NO OBJECTIONS.

21                  THE COURT:  JX22 IS ADMITTED.

22                  (DEFENSE EXHIBIT JX22 IS ADMITTED INTO

23    EVIDENCE.)

24    BY MS. MEW:

25    Q.      AND THEN IF WE PULL UP JX23.

1                    IS THIS THE OUTCOME DATA FOR

2     DR. KITCHENS'S JUNE 19, 2022 STEP 2 EXAM?

3     A.      I THINK IT'S JUNE 22ND, CORRECT?  I'M SORRY, THE

4     29TH, JUNE 29TH.  SORRY.

5     Q.      LET'S DO IT AGAIN, JUST FOR THE RECORD.

6                    IS THIS THE OUTCOME DATA FOR

7     DR. KITCHENS'S JUNE 29, 2022 STEP 2 EXAM?

8     A.      YES.

9                    MS. MEW:  NBME MOVES TO ADMIT JX23 INTO

10    THE RECORD.

11                   DR. KITCHENS:  NO OBJECTIONS.

12                   THE COURT:  ADMITTED.

13                   (DEFENSE EXHIBIT JX23 IS ADMITTED INTO

14    EVIDENCE.)

15    BY MS. MEW:

16    Q.      AND WITH THE OUTCOME RECORDS, DR. JURICH, SO

17    JX19, JX20, JX21, JX22 AND JX23, ARE THEY BASED ON DATA

18    THAT IS CAPTURED DURING AN EXAMINEE'S TEST DAY

19    EXPERIENCE, HERE DR. KITCHENS?

20    A.      YES.

21    Q.      AND IT'S GATHERED AT THE TIME OF TESTING?

22    A.      YES.

23    Q.      IS THE DATA MAINTAINED BY NBME IN THE ORDINARY

24    COURSE OF ITS BUSINESS?

25    A.      YES.

1      Q.      LET'S GO BACK TO JX14, BACK TO THE TIMING

2      REVIEWS.  I JUST WANTED TO WALK THROUGH THE INFORMATION

3      THAT IS SHOWN IN THIS, AND IF YOU CAN MAYBE GET IT SO WE

4      CAN SEE THE TABLE.  THE WHOLE TABLE SO THAT THE TABLE --

5      THANK YOU.

6                      MS. MEW:  CAN EVERYONE SEE THIS OKAY, DR.

7      KITCHENS?

8                      DR. KITCHENS:  (DR. KITCHENS NODDED IN

9      THE AFFIRMATIVE.)

10     BY MS. MEW:

11     Q.      COULD YOU START, DR. JURICH, BY JUST EXPLAINING

12     WHAT INFORMATION IS CONTAINED BY EACH OF THESE TABLE

13     HEADERS, THE LINE STARTING WITH, BLOCK?

14     A.      YES.  PERHAPS IT WOULD BE USEFUL IF I GO THROUGH

15     JUST BY COLUMN.  THE BLOCK REFLECTS THE SEQUENCE OF THE

16     SECTIONS SEEN BY AN EXAMINEE.  THE TYPE IS THEN THE TYPE

17     OF SECTION, AND YOU WILL SEE THREE DIFFERENT POTENTIAL

18     FIELDS THERE; TUTORIAL WHICH IS THE TUTORIAL WE

19     REFERENCED EARLIER; THE MULTIPLE CHOICE QUESTION BLOCKS,

20     WHICH IS A SET OF ITEMS; AND THEN BREAKS, IF AN EXAMINEE

21     HAS TAKEN A BREAK BETWEEN TWO QUESTION SECTIONS; THE

22     START TIME IS THE CALENDAR TIME WHEN THE EXAMINEE

23     STARTED THAT SECTION; THE END TIME IS THE CALENDAR TIME

24     WHEN THE EXAMINEE COMPLETED THAT SECTION; THE ALLOTTED

25     TIME IS THE TIME AN EXAMINEE IS ALLOWED TO SPEND WITHIN

1    THAT SECTION; THE UNUSED TIME REPRESENTS THE TIME THAT

2    THE EXAMINEE DID NOT USE FROM THE ALLOTTED TIME.  AND

3    THEN THE ELAPSED DAYTIME IS THE COUNTER, IT'S THE TIME

4    THE EXAMINEE DID USE WITHIN THAT SECTION, SO ALLOTTED

5    TIME; THE AVAILABLE BREAK TIME AT END REPRESENTS HOW

6    MUCH BREAK TIME AN EXAMINEE HAD AT THE END OF THAT

7    PARTICULAR SECTION; AND THEN THE ELAPSE DAYTIME IS JUST

8    A TOTAL COUNT OF HOURS CUMULATIVE THROUGH THE EXAM --

9    TIME THROUGH THE EXAM.  I SAID HOURS, OF COURSE IT COULD

10   BE MINUTES AS WELL; AND THEN THE END CLAUSE REPRESENTS

11   THAT THAT SECTION TERMINATED NORMALLY.  AND IN THIS

12   CASE, NORMALLY INDICATES THAT THE SECTION ENDED BECAUSE

13   THE ALLOTTED TIME HAD EXPIRED OR THAT THE EXAMINEE HAD

14   CLOSED THE SECTION MANUALLY, INDICATING THEY ARE

15   COMPLETE WITH THAT SECTION.

16   Q.      LET'S PULL UP JX19.  IF WE CAN, AGAIN, MAYBE

17   LET'S LOOK AT THIS -- WELL, I THINK WE CAN START HERE.

18              CAN YOU EXPLAIN BY COLUMN, DR. JURICH,

19   WHAT INFORMATION IS CONVEYED IN THESE OUTCOME DATA

20   REPORTS?

21   A.      SURE.  THE EXAM IS THE STEP EXAMINE, TEST DATE

22   IS THE DATE THE EXAMINEE WAS ADMINISTERED THE EXAM.

23   SECTION AND ENCOUNTER ORDER REPRESENTS THE SEQUENCE IN

24   WHICH THE EXAMINEE SAW THAT BLOCK OF ITEMS THAT YOU WILL

25   RECALL FROM THE LAST DOCUMENT, THE ADMINISTRATION -- THE

1    ITEMS ARE ADMINISTERED IN SECTIONS THAT ARE TIMED

2    INDEPENDENTLY AND INDIVIDUALLY.  SO THAT'S THE SEQUENCE

3    THEY SAW, THAT BLOCK OF ITEMS.  AND THEN THE ITEM

4    SEQUENCE IS THE SEQUENCE THEY SAW THE ITEMS WITHIN THAT

5    SECTION.  THE SCORE REPRESENTS ONE IF THEY GOT THE ITEM

6    CORRECT AND IT WILL TAKE A VALUE OF ZERO.  IF THE

7    EXAMINEE GOT THE ITEM INCORRECT, THE RESPONSE IS THE

8    SPECIFIC LETTER THAT THE EXAMINEE SELECTED.  AND I-TIME

9    REPRESENTS THE TOTAL AMOUNT OF TIME THE EXAMINEE SPENT

10   ON THAT ITEM.

11   Q.      AND IF WE JUST SCROLL OUT A MINUTE SO WE CAN SEE

12   THE FULL PAGE.

13                  AND SO IT LOOKS LIKE THIS RUNS

14   SEQUENTIALLY FROM SORT OF BLOCK TO BLOCK, IS THAT RIGHT?

15   A.      BLOCK TO BLOCK, AND ITEM WITHIN BLOCK.

16   Q.      WHILE WE ARE IN THIS DOCUMENT, IS THERE AN

17   AVERAGE LENGTH OF TIME FOR THE WAY THE TEST IS DEVELOPED

18   FOR EXAMINEES TO SPEND AN ON INDIVIDUAL TEST QUESTION?

19   A.      AS I RECALL, EACH BLOCK IS GIVEN AN HOUR OR

20   60 MINUTES AND THERE ARE 40 ITEMS WITHIN EACH BLOCKS.

21   THEN THE AVERAGE AMOUNT OF TIME PER ITEM IS 90 SECONDS.

22   OF COURSE INDIVIDUAL ITEMS VARY AND HOW LONG THEY MAY

23   TAKE.

24   Q.      HOW DOES THAT WORK OUT THEN IF THE INDIVIDUAL

25   ITEMS VARY THAT YOU GOT AN AVERAGE OF 90 SECONDS ACROSS

1       THIS SECTION?

2       A.      ACROSS ALL OF THE ITEMS IN A SECTION, THE

3       AVERAGE LENGTH OF AN ITEM COULD BE AROUND 90 SECONDS.

4       Q.      THEN LET'S GO BACK TO -- SO WE HAVE JX19 UP, AND

5       I WANTED -- AND THIS IS AGAIN FOR THE FEBRUARY 25, 2022

6       ADMINISTRATION OF STEP 1.  I WANT TO ASK YOU ABOUT THE

7       DATA IN JX19 RELATIVE TO SOME TESTIMONY THAT DR.

8       KITCHENS HAS PROVIDED IN THIS LITIGATION.

9                       SO IF WE CAN PULL UP DX3.

10                      SO THIS IS A DECLARATION FILED ON

11      FEBRUARY 7, 2023, AND I WOULD LIKE TO GO DOWN TO

12      PARAGRAPH 35.  I THINK WE CAN SHOW 35 AND 36 IF

13      POSSIBLE.  I JUST WANT EVERYONE TO HAVE A CHANCE TO READ

14      IF THEY WANTED.  PARAGRAPH 35 IN EXHIBIT DX3 IS FOR

15      CONTEXT, SO WE ARE TALKING ABOUT FEBRUARY 25, 2022 USMLE

16      STEP 1 EXAM.

17                      AND THEN WE WILL SCROLL DOWN TO PARAGRAPH

18      36.  CAN YOU SCROLL DOWN JUST A LITTLE BIT MORE SO WE

19      CAN SEE ALL OF THE PARAGRAPH?

20                      SO THERE IS A DISCUSSION BY DR. KITCHENS

21      OF ONE OF HIS STRATEGIES THAT HE EMPLOYED TO ANSWERING

22      QUESTIONS ON THIS STEP 1 ADMINISTRATION.  AND THEN AT

23      THE END, THE LAST SENTENCE, DR. KITCHENS WRITES, DESPITE

24      THIS APPROACH, AS I CAME TO THE END OF THE HOUR FOR EACH

25      BLOCK, I WOULD THEN RANDOMLY GUESS AT QUESTIONS UNTIL

1     THE CLOCK RAN OUT TO BE SURE NOTHING WAS LEFT BLANK.

2                SO NOW I WOULD LIKE TO LOOK BACK AT

3     EXHIBIT JX19.

4                DOES THE DATA THAT YOU HAVE REVIEWED IN

5     JX19 REFLECT THAT DR. KITCHENS WAS RANDOMLY GUESSING AT

6     QUESTIONS UNTIL THE CLOCK RAN OUT WHEN HE TOOK THE STEP

7     1 EXAMINATION IN FEBRUARY OF 2022?

8     A.      NO, THE DATA IS NOT CONSISTENT WITH THAT

9     PARTICULAR STATEMENT AROUND RANDOMLY GUESSING TOWARDS

10    THE END.

11    Q.      AND WHY IS THAT?

12    A.      SO IN TYPICAL SITUATIONS WHERE THERE IS SPEEDED,

13    RUSHING AND GUESSING AT THE END, YOU WOULD SEE REALLY

14    TWO THINGS APPEAR IN THE DATA.  FIRST IS THAT THE AMOUNT

15    OF TIME SPENT ON ITEMS AT THE END OF THE SECTION WHEN

16    TIME IS RUNNING OUT WOULD BE VERY MINIMAL; AND SECOND,

17    YOU WOULD SEE PERFORMANCE DECREASE AS YOU REACH THE

18    ITEMS WHERE THE EXAMINEE STARTS TO FEEL RUSHED.

19                IN THIS DATA, AND PERHAPS WE CAN ZOOM IN

20    A LITTLE ON THE END OF THIS SECTION TO DOWN HERE, THE

21    LAST TEN OR SO ITEMS, 30 THROUGH 40.  YOU STILL SEE A

22    MEANINGFUL AMOUNT OF TIME SPENT ON THOSE ITEMS, SIMILAR

23    TO PREVIOUS ITEMS IN THAT SAME BLOCK.  AND THE

24    PERFORMANCE IS ALSO RELATIVELY CONSISTENT WITH ITEMS IN

25    THAT SAME BLOCK.

```
1     Q.        SO LET'S LOOK NOW AT BLOCK THREE.  AND LET'S

2     ALSO LOOK AT ITEMS AROUND 30 TO 40 OR SO.  YOU CAN KEEP

3     AS MUCH UP AS YOU CAN, JUST SO WE CAN SEE THE END OF

4     THREE.  CAN YOU PULL IT OUT A LITTLE BIT, SO WE CAN SEE

5     -- THERE WE GO.  OKAY.

6               AND HOW DOES THE DATA LOOK FOR THE END OF

7     BLOCK THREE, DR. JURICH?

8     A.        IT REMAINS CONSISTENT.  THE TIMING SEEMS TO BE

9     RATHER CONSISTENT THROUGHOUT THE BLOCKS WITH A

10    MEANINGFUL AMOUNT OF TIME SPENT AND SOME OF THE ITEMS

11    TOWARDS THE END OF THE SECTIONS AND PERFORMANCE ALSO

12    APPEARS CONSISTENT THROUGHOUT THE BLOCK.

13    Q.        LET'S LOOK NOW AT BLOCK FOUR.

14              DOES THE DATA FOR BLOCK FOUR, IS IT

15    CONSISTENT OR -- WITH THE OTHER BLOCKS THAT WE HAVE

16    SEEN?

17    A.        YES, IT'S CONSISTENT WITH THE PREVIOUS BLOCKS AS

18    WELL.

19    Q.        AND THEN IF WE LOOK TO BLOCK FIVE.

20              IS THIS DATA CONSISTENT WITH WHAT WE HAVE

21    SEEN WITH PRIOR BLOCKS?

22    A.        YES, IT LOOKS CONSISTENT.

23    Q.        AND THEN IF WE GO TO BLOCK SIX.

24              IS THIS DATA GENERALLY CONSISTENT WITH

25    WHAT WE HAVE SEEN WITH THE OTHER BLOCKS?
```

1    A.       YES, WE STILL SEE STANDARD VARIATION WITH THE

2    ITEM TIMES AND DOES NOT LOOK LIKE ANY CHANGE IN

3    PERFORMANCE TOWARDS THE END.

4    Q.       AND THEN IF WE GO TO BLOCK SEVEN.

5                 IS THIS DATA CONSISTENT WITH WHAT WE HAVE

6    REPORTED FOR BLOCKS ONE THROUGH SIX?

7    A.       YES.

8    Q.       AND THEN IF WE GO TO BLOCK EIGHT.

9                 IS THIS DATA CONSISTENT FOR WHAT WE HAVE

10   REPORTED FOR OTHER BLOCKS?

11   A.       YES.

12   Q.       WE CAN TAKE THIS DOCUMENT DOWN.

13                 AND I WILL NOW PULL UP EXHIBIT JX20.

14                 SO WE HAVE IDENTIFIED THIS AS THE OUTCOME

15   DATA FOR THE MAY 9, 2022 STEP 1 EXAM.  AND I WANT TO ASK

16   YOU A QUESTION ABOUT THIS DATA, AGAIN, AS IT RELATES TO

17   PRIOR TESTIMONY.  SO IF WE CAN GO BACK TO DR. KITCHENS'S

18   FEBRUARY 7, 2023 DECLARATION AT DX3.  IF WE CAN GO TO

19   PARAGRAPH 41.

20                 I WANT TO FOCUS ON THE LAST SENTENCE OF

21   THIS PARAGRAPH.  AND AGAIN, WITH RESPECT TO THE USMLE

22   STEP 1 MAY 29, 2022 EXAM.

23                 IT READS, HOWEVER, I AGAIN RAN OUT OF

24   TIME AND WAS FORCED TO BEGIN GUESSING AT QUESTIONS

25   RANDOMLY UNTIL THE CLOCK RAN OUT TO BE SURE NOTHING WAS

1    LEFT BLANK.

2                    SO IF WE CAN PULL UP JX20.

3                    WHEN YOU LOOKED AT THE DATA FOR THE MAY

4    9, 2022 STEP 1 EXAM, DR. JURICH, DID IT APPEAR

5    CONSISTENT WITH THE STATEMENT THAT DR. KITCHENS RAN OUT

6    OF TIME AND WAS FORCED TO BEGIN GUESSING AT QUESTIONS

7    RANDOMLY UNTIL THE CLOCK RAN OUT TO BE SURE THAT NOTHING

8    WAS LEFT BLANK.

9    A.      NO, IT DOES NOT APPEAR CONSISTENT WITH THIS TYPE

10   OF RANDOM GUESSING BEHAVIOR TOWARDS THE END OF THE

11   SECTION.

12   Q.      LET'S LOOK AT THE END OF BLOCK TWO.

13                   AND IS THAT YOUR IMPRESSION WITH RESPECT

14   TO THE END OF BLOCK TWO?

15   A.      YES, THAT'S MY IMPRESSION.  YOU STILL SEE THE

16   VARIATION IN THE MEANINGFUL TIME OF AMOUNT OF TIME SPENT

17   AT THE END, AND PERFORMANCE DOES NOT SEEM TO HAVE A

18   NOTICEABLE SHIFT.

19   Q.      IF YOU LOOK TO BLOCK THREE.

20                   IS THE PERFORMANCE HERE CONSISTENT WITH

21   WHAT YOU DESCRIBED WITH RESPECT TO BLOCK TWO?

22   A.      YES.

23   Q.      IF WE LOOK TO BLOCK FOUR.

24                   IS THE PERFORMANCE CONSISTENT WITH WHAT

25   WE HAVE SEEN WITH RESPECT TO BLOCKS ONE AND TWO?

1    A.      YES.

2    Q.      IF WE LOOK AT BLOCK FIVE.

3            IS THE PERFORMANCE DATA CONSISTENT WITH

4    WHAT WE HAVE DESCRIBED FOR THE PRECEDING FOUR BLOCKS?

5    A.      YES.

6    Q.      IF WE LOOK TO BLOCK SIX.

7            IS THE OUTCOME DATA HERE CONSISTENT WITH

8    WHAT YOU HAVE REPORTED FOR THE OTHER BLOCKS?

9    A.      YES.

10   Q.      IF WE GO TO BLOCK SEVEN.

11           IS THE OUTCOME DATA HERE CONSISTENT WITH

12   WHAT YOU HAVE REPORTED FOR THE OTHER BLOCKS?

13   A.      YES.

14   Q.      AND THEN IF WE GO DOWN TO BLOCK EIGHT.

15           IS THE OUTCOME DATA FOR BLOCK EIGHT

16   CONSISTENT WITH WHAT YOU HAVE SEEN WITH THE OTHER

17   BLOCKS?  AND MAYBE JUST FOR COMPLETENESS, REITERATE WHAT

18   THAT SHOWS, IF THAT'S THE CASE.

19   A.      YES.  THE DATA SUGGESTS RATHER CONSISTENT TIME

20   SPENT THROUGHOUT THE SECTIONS, INCLUDING IN THOSE AT THE

21   END OF THE BLOCK WHERE A MEANINGFUL AMOUNT OF TIME IS

22   SPENT ON THOSE ITEMS, AND THERE IS NOT A PARTICULARLY

23   NOTICEABLE PERFORMANCE CHANGE TOWARDS THE END OF A BLOCK

24   AS WELL.

25   Q.      IF WE CAN PULL UP EXHIBIT JX15.  THIS IS THE

1    TIMING REVIEW FOR DR. KITCHENS'S MAY 9, 2022 STEP 1

2    EXAM.

3              DOES THIS DATA REFLECT THAT DR. KITCHENS

4    RAN OUT OF TIME AND WAS FORCED TO BEGIN GUESSING AT

5    QUESTIONS RANDOMLY UNTIL THE CLOCK RAN OUT TO BE SURE

6    NOTHING WAS LEFT BLANK?

7    A.       SO IN SOME INSTANCES, THIS DATA IS NOT

8    CONSISTENT WITH WHAT WE WOULD EXPECT UNDER THAT TYPE OF

9    BEHAVIOR.  FOR EXAMPLE, UNDER BLOCK FOUR, FIVE, SEVEN

10   AND EIGHT, THERE WAS UNUSED BLOCK TIME, MEANING THE

11   EXAMINEE CLOSED THAT BLOCK WITH TIME STILL LEFT TO

12   REVIEW AND ANSWER ITEMS.

13   Q.       CAN I ASK, IS IT COMMON OR NOT FOR EXAMINEES TO,

14   AS A GENERAL MATTER, RESOLVE THEIR TIME SO IN THE

15   SECTIONS WHERE THERE IS ZERO TIME REMAINING?

16   A.       YES, EXAMINEES TEND TO USE ALL OF THEIR TIME.

17              MS. MEW:  YOUR HONOR, I WAS GOING TO

18   START ON ANOTHER OUTCOME REVIEW.  DO YOU WANT ME TO KEEP

19   GOING?  I DON'T KNOW IF YOU HAD A HARD STOP AT 12:15.

20              THE COURT:  THIS IS A GOOD TIME TO STOP,

21   SO LET'S TAKE A BREAK HERE.  AND WE WILL RESUME AT

22   1 O'CLOCK.  ALL RIGHT.

23              MS. MEW:  DR. JURICH, JUST LOG BACK IN AT

24   1:00  OR A LITTLE BEFORE, THANK YOU.

25              THE COURT:  ALL RIGHT.  SEE YOU ALL THEN.

```
 1                    (LUNCHEON RECESS TAKEN.)

 2                    THE COURT:  ALL RIGHT.

 3                    DR. KITCHENS, ARE YOU READY?

 4                    DR. KITCHENS:  (DR. KITCHENS NODS HIS

 5      HEAD IN THE AFFIRMATIVE.)

 6                    THE COURT:  MS. MEW, I SEE YOU AND YOUR

 7      WITNESS.

 8                    ARE YOU READY TO RESUME?

 9                    MS. MEW:  I AM.

10                    DR. JURICH, I DON'T SEE YOUR CAMERA, BUT

11      THERE HAVE BEEN THE ISSUES WHERE I AM THE -- DOES

12      EVERYONE ELSE SEE HIM?

13                    THE COURT:  BY THE WAY, I LEARNED A TRICK

14      ON ONE OF THE THINGS --

15                    MS. MEW:  NOW I CAN SEE HIM.

16                    THE COURT:  I HAVE BEEN DOING THIS, MS.

17      MEWS, THIS IS MY TRICK.  I HAVE LEARNED THAT IF THERE IS

18      SOMEONE WHO I DEFINITELY WANT TO SEE, IF I RIGHT CLICK

19      ON THEIR PICTURE AND THEN I DO PIN FOR ME, THAT MAKES

20      THEIR CAMERA TURN ON, EVEN IF FOR SOME REASON IT WAS NOT

21      SHOWING THEIR CAMERA.  I DON'T KNOW WHY THAT WORKED, BUT

22      IT WORKED.

23                    MS. MEW:  OKAY.  WELL, YOUR HONOR, THIS

24      REMOTE STUFF -- OKAY.

25                    THE COURT:  YOU ARE FREE TO MOVE ON.
```

1                    MS. MEW:   THANK YOU.

2       BY MS. MEW:

3       Q.        IF WE CAN NOW PULL UP EXHIBIT JX21.  WE HAVE

4       PREVIOUSLY IDENTIFIED THIS AS THE OUTCOME DATA FOR

5       DR. KITCHENS'S SEPTEMBER 29, 2022 STEP 1 EXAM.  AND I

6       WOULD LIKE TO ASK YOU A QUESTION ABOUT THIS DATA

7       RELEVANT TO ANOTHER STATEMENT IN DR. KITCHENS'S

8       FEBRUARY 7, 2023 DECLARATION.  SO WE CAN PULL UP DX3

9       AGAIN.  IF WE CAN SCROLL DOWN TO PARAGRAPH 47.

10                    SO HERE IS WHERE DR. KITCHENS IS

11      DISCUSSING HIS SEPTEMBER 29, 2022 EXAM.  AND IF YOU

12      COULD KEEP SCROLLING.  GIVE EVERYONE A CHANCE TO READ

13      IT, I'M NOT GOING TO READ IT INTO THE RECORD.  AND THEN

14      IF WE CAN SCROLL DOWN TO PARAGRAPH 48.

15                    I WILL JUST READ THIS INTO THE RECORD.

16      MY RECOLLECTION IS THAT AT THE BEGINNING OF EACH BLOCK,

17      I WENT TO THE 21ST QUESTION PREEMPTIVELY AND MARKED ALL

18      OF THE QUESTIONS FROM 21 OF 40 OF EACH BLOCK WITH THE

19      SAME LETTER AS NOTED ABOVE, I BELIEVE C, FOR EACH

20      ENSUING ANSWER.  THIS WAS TO ENSURE THAT NO QUESTIONS

21      WERE LEFT BLANK.  IT PROBABLY TOOK ME TWO OR

22      THREE SECONDS PER QUESTION TO DO THIS.

23                    THEN EVERYONE CAN JUST READ TO THEMSELVES

24      PARAGRAPH 49, JUST TO GET ORIENTED.  AND THEN WE WILL GO

25      DOWN TO PARAGRAPH 50.  AND THEN TO 51.

1                    AND IF WE LOOK AT 51, SORT OF THE

2       CONCLUDING PART.  IT SAYS, IN TOTAL, I ESTIMATE THAT I

3       WAS ABLE TO READ TO SOME DEGREE, APPROXIMATELY 200 OF

4       AFTER OF 320 QUESTIONS.  IN SUM, THE REST OF THE ANSWERS

5       WERE FILLED IN WITH THE LETTERS C, WHICH HAD TO GIVE ME

6       20 PERCENT STATISTICAL CHANCE OF CORRECT ANSWERS ON

7       THOSE QUESTIONS I DID NOT HAVE SUFFICIENT TIME TO READ.

8                    DR. KITCHENS:  MS. MEW, FOR

9       CLARIFICATION, WHAT WAS THAT EXHIBIT NUMBER?

10                   MS. MEW:  DX3, DR. KITCHENS.

11                   DR. KITCHENS:  THANK YOU, MA'AM.

12      BY MS. MEW:

13      Q.       MY QUESTION FOR YOU, IF WE GO BACK TO JX21,

14      PLEASE.  DR. JURICH, IS LOOKING AT THE OUTCOME DATA FOR

15      DR. KITCHENS'S SEPTEMBER 29, 2022 STEP 1 EXAM.

16                   DOES THE DATA REFLECT DR. KITCHENS'S

17      TESTIMONY INDICATING THAT APPROXIMATELY 120 OF ANSWERS

18      WERE FILLED IN WITH THE LETTER C?

19      A.       HAVING SEEN THE TOTALITY OF THIS DATA BEFORE,

20      THE ANSWER -- THE RESPONSES SEEM MORE EVENLY

21      DISTRIBUTED, AND THERE DON'T SEEN TO BE A PREPONDERANCE

22      OF THE ANSWER C OR ANY SPECIFIC RESPONSE OPTION, SO NO,

23      THE DATA DOES NOT SEEM CONSISTENT WITH THAT DEGREE OF

24      SINGULAR RESPONDING.

25      Q.       DID YOU ALSO LOOK AT THIS DATA, DR. JURICH, TO

1    SEE IF THERE WAS ANYTHING ABOUT THE TIMING AT THE END OF

2    THE EXAM THAT LOOKED DIFFERENT THAN THE TIMING FROM THE

3    BEGINNING?

4    A.      YES.  THE TIMING IS RELATIVELY CONSISTENT

5    THROUGHOUT THE EXAM.

6    Q.      I WANT TO LOOK BACK AT DX3.  IF WE LOOK TO

7    PARAGRAPH 42, THIS IS DISCUSSING DR. KITCHENS'S FIRST

8    ATTEMPT AT THE STEP 2 CK EXAM.

9              YOU JUST REMINDED ME, JUST FOR THE

10   RECORD, DR. JURICH, WHEN WE ARE TALKING ABOUT STEP 2

11   VERUS STEP 2 CK, ARE WE TALKING ABOUT THE SAME CASE?

12   A.      IF IT'S REFERRING TO THE MULTIPLE CHOICE STEP 2

13   EXAM, THEN YES, THAT IS STEP  CK EXAM AND ALL THE DATA

14   WE HAVE PRESENTED SO FAR IS IN REFERENCE TO THE STEP 2

15   CLINICAL COLLEGE FOR CK EXAM.

16   Q.      SO THIS IS, AGAIN, DISCUSSING THE SEPTEMBER --

17   THE SEPTEMBER 29, 2022, STEP 2 CK.  HOLD ON JUST ONE

18   MINUTE.  STRIKE THAT.  I AM GETTING --  OKAY.  MY

19   APOLOGIES.

20              THIS IS IN REFERENCE TO THE MAY 28, 2022

21   STEP 2 CK.  SO HERE, AGAIN, IF WE LOOK BACK AT PARAGRAPH

22   42.  CAN YOU GO DOWN --

23              MS. MEW:  I APOLOGIZE, DR. KITCHENS AND

24   THE COURT.

25   BY MS. MEW:

1    Q.       IF WE CAN GO DOWN TO PARAGRAPH 43, I'M SORRY.

2    OKAY.  ELECTRONICS.

3              LET'S START AGAIN.  IF WE CAN GO BACK TO

4    PARAGRAPH 42 OF DX3.  OKAY.  SO THIS IS DISCUSSING THE

5    MAY 28, 2022 STEP 2 CK, AND WE ARE LOOKING MORE TOWARDS

6    THE MIDDLE OF THE PARAGRAPH.  AND I AM LOOKING AT THE

7    SENTENCE WHERE IT SAYS, ACCORDINGLY, MY STRATEGY TO GET

8    THROUGH THE EXAM WAS UNAVAILING AND I WAS NOT ABLE TO

9    READ THROUGH A SIZEABLE PORTION OF VIGNETTES IN EACH

10   BLOCK.

11             SO NOW IF WE PULL UP JX16.  THIS IS THE

12   TIMING REVIEW FOR THE MAY 28, 2022 STEP 2 CK.

13             AND MY QUESTION, DR. JURICH, IS DOES THIS

14   DATA SHOW, DID DR. KITCHENS HAVE ANY TIME LEFT FOR ANY

15   OF THE BLOCKS ON THIS TEST?

16   A.       YES, THE UNUSED BLOCK TIME COLUMN SERVES AS A

17   REFERENCE.  AND WE CAN SEE THE -- PARTICULARLY SECOND

18   FOURTH, FIFTH, SIXTH, SEVENTH, EIGHTH AND NINTH BLOCKS

19   HAD VARYING DEGREES OF UNUSED BLOCK TIME.

20   Q.       WHAT WAS THE HIGHEST AMOUNT OF BLOCK TIME LEFT?

21   A.       IT LOOKS LIKE ON BLOCK EIGHT, THERE IS TEN

22   MINUTES OF UNUSED TIME.

23   Q.       IF WE PULL UP JX14 FOR THE FEBRUARY 25, 2022

24   STEP 1 EXAM.

25             DID DR. KITCHENS HAVE ANY BREAK TIME LEFT

1      AT THE END OF THE DAY?

2      A.      YES, THE COLUMN AVAILABLE, BREAK TIME AT END, IS

3      THE REFERENCE POINT HERE.  AND IF YOU SCROLL DOWN TO

4      BLOCK EIGHT, THE VALUE IN THAT CELL WILL SHOW YOU THAT

5      THE EXAMINEE HAD SIX MINUTES OF BREAK TIME REMAINING AT

6      THE END OF THE EXAM.

7      Q.      IF WE LOOK AT JX15.

8              DID DR. KITCHENS USE ALL OF BREAK TIME

9      POTENTIALLY AVAILABLE TO HIM ON THIS EXAM FOR THE MAY 9,

10     2022 STEP 1?

11     A.      NO, THERE IS 32 MINUTES LEFT OF BREAK TIME AT

12     THE END OF THIS EXAM.

13     Q.      IF WE PULL UP JX16.  THIS IS FOR THE MAY 28,

14     2022 STEP 2 CK EXAM.

15             DID DR. KITCHENS USE ALL OF THE BREAK

16     TIME AVAILABLE TO HIM?

17     A.      NO, HERE THERE IS 50 MINUTES LEFT OF BREAK TIME

18     AT THE END OF THE EXAM.

19     Q.      IF WE PULL UP EXHIBIT JX17.  IS THIS FOR THE

20     JULY 29, 2022 STEP 2 CK EXAM.

21             DID DR. KITCHENS USE ALL OF THE BREAK

22     TIME AVAILABLE TO HIM?

23     A.      NO.  IN THIS INSTANCE THERE IS 23 MINUTES LEFT

24     OF BREAK TIME.

25     Q.      AND IF WE PULL UP JX18.  THIS IS FOR THE

1    SEPTEMBER 29, 2022 STEP 1 EXAM.

2               DID DR. KITCHENS USE ALL OF THE BREAK

3    TIME AVAILABLE TO HIM?

4    A.      NO, THIS EXAMINATION ADMINISTRATION, THERE IS

5    20 MINUTES LEFT OF BREAK TIME BY THE END OF THE EXAM.

6               MS. MEW:  THANK YOU, DR. JURICH.

7               I DO NOT HAVE ANY OTHER QUESTIONS, YOUR

8    HONOR.

9               THE COURT:  ALL RIGHT.  DR. KITCHENS,

10   READY FOR YOUR CROSS EXAMINATION?

11              DR. KITCHENS:  YES, YOUR HONOR, I AM.

12              THE COURT:  ALL RIGHT.

13              AND DR. JURICH, HAVE YOU EVER TESTIFIED

14   BEFORE?  I CAN'T REMEMBER IF YOU SAID THAT.

15              THE WITNESS:  I HAVE NOT.

16              THE COURT:  OKAY.  YOUR COUNSEL MAY HAVE

17   LAID THIS OUT FOR YOU -- IF THERE IS A WITNESS WHO IS

18   NOT AS QUITE AS EXPERIENCED, THIS MIGHT BE A LITTLE

19   UNUSUAL.

20              TO HELP GET THE CROSS FLOW IN A NICE WAY,

21   JUST BE AWARE THAT YOU ARE GOING TO BE ASKED SOME

22   QUESTIONS THAT ARE PROBABLY RELATIVELY NARROW QUESTIONS

23   AND IT'S APPROPRIATE TO GIVE AN ANSWER TO THOSE

24   QUESTION.  AND YOU MAY IN YOUR MIND HAVE SOMETHING YOU

25   AS THOUGH YOU WOULD LIKE ADD THAT IS NOT THE QUESTION,

```
1      BUT SOMETHING THAT YOU WOULD LIKE TO ADD, WELL, IT'S THE

2      WHICH -- THE WAY TO HANDLE THAT IS TO NOT SAY THOSE

3      THINGS, AND WAIT FOR MS. MEW, IF SHE WISHES, TO ASK YOU

4      QUESTIONS ON REDIRECT.   THAT'S A LEGAL QUESTION FOR HER

5      TO PUZZLE OUT, BUT YOUR JOB IS JUST TO ANSWER THE

6      QUESTIONS THAT YOU ARE ASKED, ALL RIGHT?

7                    THE WITNESS:  YES, YOUR HONOR, THANK YOU,

8      I UNDERSTAND.

9                    THE COURT:  WITH THAT, GO AHEAD, DR.

10     KITCHENS.

11                         CROSS-EXAMINATION

12     BY DR. KITCHENS:

13     Q.      GOOD AFTERNOON, DR. ALLEN.  HOW ARE YOU?

14     A.      I AM DOING WELL, THANK YOU.

15     Q.      YOU'RE WELCOME.

16              SO DR. ALLEN, YOU ARE A PSYCHOMETRICIAN,

17     CORRECT?

18     A.      THAT IS MY TRAINING, YES.

19     Q.      AND EARLIER YOU SAID THAT -- YOU TESTIFIED THAT

20     YOU SPOKE WITH DIFFERENT STUDENTS REGARDING AROUND THIS

21     STEP EXAMINATIONS, CORRECT?

22     A.      IN MY ROLE, I SOMETIMES MEET WITH STUDENTS ABOUT

23     USMLE ISSUES, YES.

24     Q.      AND HOW MANY OF THOSE STUDENTS ARE INTERNATIONAL

25     MEDICAL GRADUATES OR FOREIGN MEDICAL SCHOOL STUDENTS?
```

1    A.        IT WOULD BE DIFFICULT TO GIVE A PRECISE NUMBER,

2    BUT I HAVE MET WITH SOME INTERNATIONAL STUDENTS, YES.

3    Q.        AND JUST FOR THE RECORD, I KNOW IT'S HARD TO

4    GIVE A PRECISE NUMBER, BUT JUST AN ESTIMATE, A

5    PERCENTAGE, OUT OF THE -- COMPARED TO THE AMERICAN --

6    WELL, AMERICAN-BASED STUDENTS?

7    A.        SURE, SURE.  TEN TO 15 PERCENT.

8    Q.        ARE STATE MEDICAL SCHOOL BOARDS ABLE TO REVIEW

9    AN APPLICANT'S USMLE SCORE WHEN APPLYING FOR LICENSURE?

10   A.        YES, THEY REVIEW THE TRANSCRIPT WHICH CONTAINS

11   THE PERFORMANCE ON USMLE EXAMS.

12   Q.        DR. JURICH, ARE YOU FAMILIAR -- SORRY, I CALLED

13   YOU DR. ALLEN EARLIER.  FOR THE RECORD, I AM SO SORRY

14   ABOUT THAT.

15   A.        NO PROBLEM.

16   Q.        ARE YOU FAMILIAR WITH THE CBSSA'S?

17   A.        YES, THE COMPREHENSIVE -- THE ACRONYM IS ALWAYS

18   A BIT TRICKY, BUT THE COMPREHENSIVE BASIC SCIENCE

19   SELF-ASSESSMENT, YES.

20   Q.        DO YOU DEVELOP THOSE QUESTIONS ON THAT

21   EXAMINATION?

22   A.        THE NBME DEVELOPS THOSE QUESTIONS.  I AM NOT

23   INVOLVED IN THAT EXAM.

24   Q.        ISN'T IT TRUE THAT THE CBSSA IS DESIGNED

25   SPECIFICALLY FOR PEOPLE PLANNING ON TAKING THE STEP 1

1    EXAMINATION OR STEP 2 OR STEP 3?  SORRY, THE STEP 1

2    EXAMINATION?

3    A.      THE CBSSA, IN PARTICULAR, IS A READINESS

4    ASSESSMENT FOR STEP 1.

5    Q.      IF WE CAN, CAN YOU PULL UP THE DOCUMENT EARLIER?

6              MS. MEW:  YOUR HONOR, I AM JUST GOING TO

7    LODGE AN OBJECTION THAT IT IS OUT OF THE SCOPE OF THE

8    DIRECT.

9              THE COURT:  DR. KITCHENS, I THINK YOU

10   APPRECIATE THAT IT IS NECESSARY TO KEEP THE SCOPE OF

11   YOUR QUESTIONS RELEVANT TO THE DIRECT.  BUT I THINK YOU

12   ARE AWARE OF THAT, SO I WILL GIVE YOU SOME LEEWAY.

13             DR. KITCHENS:  YES, YOUR HONOR.  I'M

14   SORRY, I GUESS -- I WAS UNDER THE IMPRESSION THAT IN HIS

15   PARTICULAR ROLE THAT THAT WOULD HAVE ALSO BEEN PART OF

16   HIS JOB DUTIES, SO I APOLOGIZE FOR THAT.

17             THE COURT:  NO, IT'S THAT IT MAY BE PART

18   OF HIS JOB DUTIES, BUT THE WAY CROSS EXAMINATION WORKS

19   IS YOU CROSS EXAMINE ON THE TOPICS THAT MS. MEW DID HER

20   DIRECT EXAMINATION ON.

21             TO BE FAIR, I THINK YOU DID LIST DR.

22   JURICH -- YOU LISTED ALL OF MS. MEW'S WITNESS AS

23   POTENTIAL WITNESSES IN YOUR CASE.

24             SO MS. MEW, I AM GOING TO GIVE HIM A

25   LITTLE LEEWAY IF HE WANTS TO DO A LITTLE BIT OF

1    EXPLORATORY DIRECT EXAMINATION ON SOME ISSUE, WITHIN

2    REASON.  WE ONLY HAVE SO MUCH TIME.

3                   GO AHEAD, DR. KITCHENS, JUST BASED ON HOW

4    THINGS HAVE BEEN GOING, I DON'T THINK IT'S GOING TO TAKE

5    TOO LONG.

6                   GO AHEAD.

7                   DR. KITCHENS:  OKAY.  THANK YOU.

8    BY DR. KITCHENS:

9    Q.      CAN YOU PLEASE PULL UP THE DOCUMENT HERE,

10   PLEASE, NBME WEBSITE.

11                  I AM SORRY, I'M TALKING TO MY WIFE.

12                  YOU CAN SCROLL THROUGH IT, PLEASE, SO

13   THAT HE CAN SEE THE ENTIRE DOCUMENT.

14                  DR. JURICH, CAN YOU SEE THE DOCUMENT HERE

15   ON THE SCREEN?

16   A.      YES.

17   Q.      AND CAN YOU SEE THE FIRST PARAGRAPH THERE?

18   A.      YES.

19   Q.      AND IF WE CAN HIGHLIGHT WHERE IT SAYS CBSSA'S,

20   PLEASE?  AND ZOOM IN JUST A LITTLE BIT FOR OUR

21   CONVENIENCE.

22                  CAN YOU PLEASE READ THE HIGHLIGHTED AREA?

23   A.      SURE.

24                  CBSSA RESULTS CAN BE USED IN CONJUNCTION

25   WITH OTHER INFORMATION TO ASSESS READINESS NOR THE

1   UNITED STATES MEDICAL LICENSING EXAMINATION, STEP 1,

2   ESPECIALLY WHEN THE SELF-ASSESSMENT IS TAKEN IN

3   CONDITIONS THAT MIRROR A STEP 1 ADMINISTRATION.  FOR

4   EXAMPLE, STANDARDIZED FORMAT, TESTING IN ONE SITTING

5   WITH BRIEF BREAKS BETWEEN BLOCKS.

6   Q.      OKAY.  THANK YOU.

7           AND CAN YOU SCROLL DOWN WHERE IT SAYS,

8   UNDER THESE CONDITIONS, DO YOU SEE THAT?

9           MS. MEW:  CAN I OBJECT?  I DON'T WANT TO

10  MAKE THIS TOO DIFFICULT, BUT THIS IS A EXHIBIT -- ARE

11  YOU ASKING -- DO YOU HAVE A QUESTION FOR DR. JURICH THAT

12  YOU --

13          DR. KITCHENS:  YES.

14          MS. MEW:  OKAY.

15          THE COURT:  GO AHEAD.  DR. KITCHENS, GO

16  AHEAD.

17          DR. KITCHENS:  THANK YOU.

18  BY DR. KITCHENS:

19  Q.      DR. JURICH, CAN YOU PLEASE READ IN THE

20  HIGHLIGHTED AREA HERE?

21  A.      SURE.

22          UNDER THOSE CONDITIONS, YOUR SCORE WOULD

23  FALL WITHIN FOUR POINTS OF THE REPORTED SCORE TWO THIRDS

24  OF THE TIME IT COULD BE FOUR POINTS LOWER OR HIGHER.

25  Q.      AND CAN YOU SCROLL DOWN NOW TO WHERE IT SAYS, IF

1       THE CBSSA.  CAN YOU READ THE HIGHLIGHTED AREA HERE?

2       A.      IF YOU ARE A CBSSA, LIKELY SCORE RANGE IS

3       COMPLETELY ABOVE THE STEP 1 LOW/PASS RANGE, YOU ARE

4       LIKELY READY TO TAKE STEP 1.

5       Q.      SO DR. JURICH, ISN'T IT POSSIBLE -- ISN'T IT

6       TRUE THAT IF A PATIENT -- I'M SORRY, A PATIENT.  IF A

7       TEST TAKER PERFORMS THIS EXAM WITHIN A WEEK OF TAKING

8       THEIR STEP EXAMINATION THAT IT IS LIKELY THAT THEY WOULD

9       PASS THE EXAMINATION?

10      A.      REFERENCING BACK TO THE DOCUMENT, THE PIECE I

11      READ, YES, UNDER THE CONDITIONS THAT THEY TOOK IT

12      SIMILAR TO THE WAY STEP 1 EXAM WOULD BE TAKEN.

13      Q.      THANK YOU.

14              CAN WE PULL UP PX53, PLEASE?

15              CAN YOU SEE THE DATE AS INDICATED HERE?

16      AND CAN YOU READ THE SCORE THAT IT SAYS THERE?

17      A.      YOU WOULD LIKE ME TO READ IT?

18      Q.      YES, DID YOU RECOGNIZE -- YOU CAN SEE THE SCORES

19      THAT IS ON THERE, RIGHT?

20      A.      YES.

21      Q.      AND IF WE CAN SCROLL DOWN JUST A LITTLE BIT,

22      PLEASE, SO WE CAN SEE MORE OF THE DOCUMENT HERE.

23              BASED ON THE SCORE YOU SEE ON THE SCREEN,

24      ISN'T IT TRUE THAT THE EXAMINEE WOULD FEEL CONFIDENT IN

25      REGISTERING FOR THE EXAM?

```
 1                    MS. MEW:  OBJECTION, YOUR HONOR.

 2                    DR. KITCHENS:  CAN YOU SCROLL DOWN?

 3                    THE WITNESS:  AM I ANSWERING THE

 4       QUESTION?

 5                    THE COURT:  I WAS NOT SURE IF DR.

 6       KITCHENS WAS ABOUT TO REPHRASE.

 7                    DR. KITCHENS:  YES.

 8       BY DR. KITCHENS:

 9       Q.      DR. JURICH, ISN'T IT TRUE THAT IT COULD BE --

10       THAT THIS PARTICULAR -- ISN'T IT TRUE THAT THIS CBSSA

11       SCORE GIVEN WOULD GIVE SOME INDICATION THAT AN EXAMINEE

12       IS LIKELY TO PASS THE STEP 1 EXAMINATION GIVEN WITHIN

13       ONE WEEK?

14       A.      AS NOTED, THERE ARE SEVERAL FACTORS THAT INCLUDE

15       WHETHER THERE WAS TAKEN IN A SIMILAR SETTING WITHOUT

16       USING MATERIALS, FOR EXAMPLE, AS THE STEP 1 EXAM.  BUT

17       YES, IT WOULD INDICATE THAT THE STUDENT WAS READY HAD

18       THEY COMPLETED THIS UNDER A SIMILAR SETTING AS THE STEP

19       1 EXAM.

20       Q.      AND --

21       A.      SORRY, GO AHEAD.

22       Q.      ALL RIGHT.  IF I CAN, LET'S GO TO -- LET'S SEE

23       -- SORRY.  FOR TIME SAKE AND FOR THE RESPECT OF THE

24       COURT, I WON'T GO TOO MUCH FURTHER IN THE CBSSA'S.

25                    IF WE CAN PULL UP JX14, PLEASE.
```

1           DR. JURICH, DO YOU RECOGNIZE THIS

2    DOCUMENT?

3    A.      YES.

4    Q.      ISN'T IT TRUE THAT EXAMINEES MAY NOT USE ALL OF

5    THEIR BREAK TIME DURING AN EXAMINATION?

6    A.      YES, THERE IS NO RULE THAT SAYS EXAMINEES MUST

7    USE ALL OF THEIR BREAK TIME, IT'S UP TO THE EXAMINEE.

8    Q.      AND YOU TESTIFIED EARLIER THAT THE TIME FROM THE

9    TUTORIAL IS REFUNDED OR THEN USED FOR THE REGULAR TEST,

10   ISN'T THAT CORRECT?

11   A.      THAT'S CORRECT.

12   Q.      AND HOW MUCH TIME IS NORMALLY REFUNDED?

13   A.      SO IT WILL BE THE AMOUNT OF TIME SPENT ON THE

14   TUTORIAL TAKEN AWAY FROM THE 15 MINUTES AND THEN THE

15   REMAINING TIME IS FED TO THE BREAK TIME IN PARTICULAR.

16   I DISTRIBUTE IT, JUST THE HELP.

17                   IN THIS CASE IT WOULD BE THE 1442 OF

18   UNUSED BLOCK TIME IN THE TUTORIAL.

19   Q.      WHAT IS THE MAXIMUM ALLOTTED TIME THAT A PERSON

20   IS ABLE TO BE REFUNDED?

21   A.      15 MINUTES.

22   Q.      AND HOW MANY -- YOU SAID EARLIER THAT THE

23   ALLOTTED TIME FOR ME ON THIS -- ON THIS PARTICULAR

24   EXAMINATION IS 14.2, CORRECT, 14 MINUTES AND 42 SECONDS?

25   A.      THAT'S THE UNUSED TIME FOR THE TUTORIAL.

1    Q.       SO GIVEN THE INFORMATION YOU SAID BEFORE, I WAS

2    BEING GIVEN 14 MINUTES AND 42 SECONDS EXTRA ON --

3    A.       RIGHT, ON BREAKS.

4    Q.       CORRECT.  THANK YOU.

5             AND LET'S SEE, IF WE CAN -- SORRY.  ALL

6    RIGHT, AND IF WE COULD -- SCROLL DOWN JUST A LITTLE BIT.

7    YES.  ALL RIGHT IF WE CAN NOW -- SCROLL DOWN, YES, HERE

8    WE ARE.  THANK YOU.

9             DO YOU SEE USED TIME PER BLOCK THERE,

10   USED BLOCK TIME?

11   A.       THE UNUSED BLOCK TIME COLUMN?

12   Q.       YES, I'M SORRY.  YES, UNUSED -- I'M SORRY,

13   UNUSED BLOCK TIME.

14   A.       YES.

15   Q.       AND CAN YOU SEE THE UNUSED BLOCK TIME THAT'S

16   GOING DOWN THAT COLUMN?

17   A.       MM-HMM.  YES.

18   Q.       DO YOU SEE THAT IT'S FOR THE FIRST BLOCK IS

19   24 SECONDS LEFT?

20   A.       YES, THE FIRST MULTIPLE CHOICE QUESTION, YES.

21   Q.       AND THE MAJORITY OF -- IS IT SAFE TO SAY THAT

22   THE MAJORITY OF THE BLOCKS, THE TIME IS EXPIRED?

23   A.       YES.

24   Q.       CAN WE PULL UP DX3, PLEASE?  AND ACTUALLY, LET'S

25   NOT PULL UP DX3 FOR NOW.  HOLD ON.  THANK YOU.  AND YES,

1       LET'S PULL UP DX -- SORRY.  LET'S SEE, GOT MY NUMBERS

2       MIXED UP HERE.  YES, LET'S PULL UP DX3, PLEASE.

3                       AND DO YOU RECOGNIZE THIS DOCUMENT

4       HERE -- AND FOR THE RECORD -- DR. JURICH?

5       A.      YES.

6       Q.      THIS HERE -- DX3 IS MY DECLARATION.  IF WE CAN

7       ZOOM IN AND GO TO LINE 47, PLEASE.

8                       MS. MEW:  JUST SO THE RECORD IS CLEAR,

9       DR. KITCHENS, IS IT PARAGRAPH 47?

10                      DR. KITCHENS:  YES, PARAGRAPH 47.

11      BY DR. KITCHENS:

12      Q.      AND FOR THE SAKE OF TIME HERE, WE KIND OF WENT

13      OVER IT EARLIER, SO WE WON'T NECESSARILY READ IT IN ITS

14      ENTIRETY?

15                      WOULD YOU AGREE THAT THIS PARTICULAR

16      PARAGRAPH IS SAYING THAT I WAS NOT ABLE TO ANSWER ALL OF

17      THE QUESTIONS GIVEN IN THE BLOCK?

18      A.      YES.

19      Q.      AND THAT AT THE BOTTOM IT SAYS THAT I PUT A

20      SINGLE ANSWER LETTER, I BELIEVE IT TO BE C?

21      A.      YES.

22      Q.      THANK YOU.

23                      CAN WE CLOSE OUT OF THAT AND PULL UP

24      JX18.  LET ME SEE IF THIS IS THE CORRECT ONE HERE.  YES,

25      SORRY, LET'S GO OUT OF THAT ONE.  AND LET'S PULL UP

1    JX19.   JX19.

2                    DO YOU RECOGNIZE THIS DOCUMENT HERE?   AND

3    JX19 IS MY FEBRUARY 25TH, STEP EXAMINATION FOR STEP 1?

4    A.      YES.

5    Q.      AND IF WE CAN ZOOM IN, PLEASE, ON THE COLUMNS OR

6    ZOOM IN HERE SO WE CAN SEE, YES, THANK YOU.

7                    DR. JURICH, ISN'T IT TRUE THAT THE NBME

8    COLLECTS CHANGED ANSWER CHOICES SELECTIONS?

9    A.      YES.

10   Q.      ISN'T IT TRUE THAT I HAVE -- THAT I COULD HAVE

11   GONE BACK AND RANDOMLY GUESSED ON QUESTIONS THAT I WAS

12   NOT CONFIDENT ON?

13   A.      YES.

14   Q.      ISN'T IT TRUE THAT THIS INFORMATION IS NOT

15   INDICATED ON NEITHER OF THE DOCUMENTS SIMILAR TO THIS

16   THAT YOU TESTIFIED TO TODAY?

17   A.      THE ANSWER CHOICE CHANGES ARE NOT INDICATED,

18   YES.

19   Q.      YOU TESTIFIED ALSO EARLIER TODAY THAT YOU SPOKE

20   TO STUDENTS, AND JUST EARLIER HERE THAT YOU SPEAK TO

21   STUDENTS REGARDING DIFFERENT CAPACITIES FOR YOUR JOB.

22                   WOULD THAT BEING SAID, ISN'T IT TRUE THAT

23   IT IS COMMON KNOWLEDGE FOR EACH EXAM OR EACH STEP EXAM

24   ADMINISTERED THAT EXPERIMENTAL QUESTIONS ARE CONTAINED?

25   A.      YES.

1    Q.      ISN'T IT ALSO POSSIBLE FOR A TEST TAKER TO

2    INTENTIONALLY DECIDE NOT TO INVEST A SIGNIFICANT AMOUNT

3    OF TIME ON QUESTIONS THEY DO NOT KNOW?

4    A.      THAT WOULD BE SPECULATION ON MY PART.

5    Q.      OKAY.  SO GIVEN THE INFORMATION THAT THERE ARE

6    EXPERIMENTAL QUESTIONS THAT ARE ON THE EXAM, AND THAT

7    THOSE QUESTIONS ARE NOT GRADED AT ALL, COULD IT -- ISN'T

8    IT POSSIBLE THEN THAT A TEST TAKER COULD HAVE THIS

9    NOTION IN THE BACK OF THEIR HEAD WHEN SPENDING TOO MUCH

10   TIME ON ANY GIVEN ANSWER CHOICE OR ANY --

11              MS. MEW:  OBJECTION, YOUR HONOR

12              DR. KITCHENS:  -- QUESTION?

13              MS. MEW:  I AM JUST OBJECTING BECAUSE IT

14   WAS TALKING ABOUT ANY EXAMINEE.

15              THE COURT:  OKAY.  YOU CAN ANSWER, DR.

16   JURICH.

17              THE WITNESS:  I HAVE NOT HEARD THAT TYPE

18   OF BEHAVIOR DESCRIBED NECESSARILY BEFORE, BECAUSE IT IS

19   UNKNOWN WHICH ITEMS ARE EXPERIMENTAL.

20   Q.      ISN'T IT TRUE THAT THIS INFORMATION IS NOT

21   INDICATED ON THE DOCUMENT WE SEE BEFORE US?

22   A.      THE INFORMATION BEING WHICH INFORMATION?

23   Q.      YES.  SO WE WERE TALKING ABOUT THE -- SO ISN'T

24   IT TRUE THAT THE INFORMATION ON EXPERIMENTAL QUESTIONS

25   OF WHICH QUESTIONS WOULD BE -- I GUESS, WHICH LINE WOULD

1    BE EXPERIMENTAL QUESTIONS, ARE NOT ON THIS DOCUMENT?

2    A.      YES, THAT'S NOT INDICATED.  YES.

3    Q.      ISN'T IT TRUE THAT THE NBME KEEPS RECORD OF

4    WHICH QUESTIONS ARE EXPERIMENTAL?

5    A.      YES.

6    Q.      AND ISN'T IT TRUE THAT THIS INFORMATION COULD BE

7    HELPFUL TO GIVE A CLEAR AND COMPLETE REPRESENTATION OF

8    THE DOCUMENT PUT BEFORE THE COURT TODAY?

9                    MS. MEW:  OBJECTION, YOUR HONOR.

10                   THE COURT:  OVERRULED.

11                   YOU CAN ANSWER, IF YOU CAN.

12                   THE WITNESS:  THANK YOU, YOUR HONOR.

13                   BECAUSE THE TIMING OF THE SECTION DOES

14   NOT INCORPORATE WHETHER AN ITEM IS EXPERIMENTAL OR NOT,

15   AND THEY ARE INTERSPERSED THROUGH SECTIONS EVENLY.  AND

16   AGAIN, THE EXAMINEES DON'T KNOW WHETHER AN ITEM IS

17   EXPERIMENTAL.  IT SHOULD NOT EFFECT THE PACING BEHAVIOR

18   AND THE PERFORMANCE OF THE EXAMINEE THROUGHOUT THE

19   SECTION.

20                   SO IN THE CASE OF TALKING SPECIFICALLY

21   TOWARDS RAPID RESPONDING, GUESSING BEHAVIOR, I DON'T

22   THINK KNOWLEDGE OF THE EXPERIMENTAL DATA ADDS MUCH.

23   Q.      ACCORDING TO WHAT WE READ ON THAT ON -- THAT

24   COUNSEL HAD YOU READ ON MY DECLARATION INDICATING THAT I

25   DID A SPECIFIC ANSWER OR MOVING FORWARD, WOULDN'T THAT

1    INFORMATION BE HELPFUL FOR US TO GIVE A CLEAR AND

2    PRECISE REPRESENTATION OF THE DOCUMENTS THAT WERE SHOWN

3    BEFORE THE COURT?

4                    MS. MEW:  I AM LOGGING THE SAME

5    OBJECTION.

6                    THE COURT:  YOU CAN ANSWER, PLEASE.

7                    THE WITNESS:  SORRY, YOUR HONOR.

8                    THE COURT:  GO AHEAD.

9                    THE WITNESS:  THANK YOU.

10                   CAN YOU CLARIFY IN THIS INSTANCE OF WHAT

11   INFORMATION YOU ARE SPECIFICALLY REFERRING TO?

12   BY DR. KITCHENS:

13   Q.      YES.

14                   IF YOU CAN BRING THAT DOCUMENT BACK UP,

15   PLEASE.

16                   DR. JURICH, DO YOU SEE WHERE IT SAYS,

17   RESP, MY RESPONSE?

18   A.      YES.

19   Q.      AND DO YOU SEE THOSE ARE -- WHAT IS THAT COLUMN

20   THERE, DR. JURICH?

21   A.      THE OPTION SELECTED.

22   Q.      THAT I --

23   A.      FINAL OPTION SELECTED, YES, THAT THE EXAMINEE

24   SELECTED.  IN THIS CASE,  YOUR FINAL RESPONSE OPTION,

25   YES.

1   Q.      AND THIS IS MY FINAL SELECTION, CORRECT?

2   A.      YES.

3   Q.      NOW, WOULDN'T IT BE HELPFUL FOR THIS COURT TO

4   HAVE A CLEAR AND ACCURATE REPRESENTATION OF THIS

5   DOCUMENT IF IT ALSO SHOWED THAT THERE WAS A COLUMN WHERE

6   I HAVE PICKED ANOTHER ANSWER CHOICE AND THEN CAME FOR

7   THE FINAL ANSWER CHOICE?

8   A.      SO WOULD IT BE POSSIBLE TO REVIEW THE STATEMENT

9   AGAIN THAT YOU ARE REFERRING TO IN TERMS OF THE

10  BEHAVIOR?

11          I THINK MY ANSWER WOULD DEPEND UPON THE

12  STRATEGY THAT WAS DISCUSSED.

13  Q.      IT'S NOT NECESSARILY ABOUT STRATEGY HERE.  THE

14  QUESTION IS JUST, WOULD IT BE HELPFUL FOR THE COURT TO

15  BE ABLE TO SEE THAT THERE WAS POSSIBLY ANOTHER ANSWER

16  CHOICE THERE THAT WAS MY ORIGINAL RESPONSE, AND THEN

17  ALSO ALONG WITH THE ACTUAL FINAL RESPONSE?

18  A.      IT COULD POTENTIALLY BE HELPFUL.

19  Q.      OKAY.  AND DR. JURICH, WHAT IS THE AVERAGE TIME

20  YOU SAID IS SPENT ON EACH QUESTION?

21          PLEASE BRING THAT DOCUMENT BACK.  I WILL

22  TELL YOU WHEN TO REMOVE IT.

23  A.      SO I DON'T HAVE THE AVERAGE TIME SPENT, BUT THE

24  AVERAGE TIME ALLOTTED BASED ON THE TIME ALLOTTED AND THE

25  NUMBER OF QUESTIONS IS ABOUT 90 SECONDS.

1    Q.      90 SECONDS?

2    A.      ROUGHLY, YES.

3    Q.      DO YOU SEE LINE -- WHERE IT SAYS ON ITEM

4    SEQUENCE NUMBER THREE?

5    A.      YES.

6    Q.      HOW MUCH TIME DID IT TAKE FOR ME TO ANSWER MY

7    FINAL RESPONSE ON THIS QUESTION?

8    A.      TOTAL TIME SPENT ON THE TIME WAS 220 SECONDS.

9    Q.      AND DO YOU SEE ITEM NUMBER FIVE?

10   A.      YES.

11   Q.      TIME SPENT ON THIS QUESTION WAS WHAT TIME?  HOW

12   MUCH TIME BEFORE I HAD MY FINAL RESPONSE?

13   A.      136 SECONDS.

14   Q.      CAN YOU GO TO SEQUENCE NUMBER TEN -- SORRY

15   NUMBER TEN.

16            WHAT TIME WAS SPENT ON THAT -- ON THAT

17   QUESTION THAT I GAVE MY FINAL RESPONSE?

18   A.      193.

19   Q.      OKAY, .5, THANK YOU.

20            YOU CAN REMOVE THIS DOCUMENT HERE.

21            DR. JURICH, YOUR TESTIMONY TODAY, YOU

22   TALKED A LOT ABOUT TIMING, AND HOW MUCH TIME IT WOULD

23   TAKE FOR -- YOU KNOW, THAT IS ALLOTTED, AND HOW THIS IS

24   WHAT YOU DO, CORRECT, AS PART OF YOUR JOB?

25   A.      YES.

```
 1    Q.       SO DR. JURICH, ONE THING THAT I WOULD LIKE TO

 2    ASK YOU IS DOES ADDITIONAL TESTING TIME GIVEN TO A

 3    QUALIFIED TEST TAKER ALTER OR CHANGE THE FUNCTION OF

 4    YOUR USMLE EXAMINATION?

 5    A.       CAN YOU CLARIFY ALTER CHANGE?

 6                 MS. MEW:  I AM NOT TRYING TO INTERRUPT.

 7    I AM JUST OBJECTING TO THE FORM OF WHAT QUALIFIED TEST

 8    TAKER MEANS.

 9                 THE COURT:  DR. KITCHENS, COULD YOU

10    REPHRASE THE QUESTION?

11                 DR. KITCHENS:  YES, JUDGE.

12    BY DR. KITCHENS:

13    Q.       IN ADDITION TO GIVING TEST -- ADDITIONAL TEST

14    TAKING TIME GIVEN TO A PERSON WHO IS GIVEN

15    ACCOMMODATIONS FOR EXTRA TEST TAKING TIME, WOULD IT

16    ALTER OR CHANGE THE FUNCTION OF THE USMLE EXAMINATION?

17    A.       I APOLOGIZE, BUT I NEED VERIFICATION.  I AM

18    ASKING FOR THE WORD FUNCTION OF THE USMLE.  DO YOU MEAN

19    THE PURPOSE OF THE USMLE?

20    Q.       WOULD IT CHANGE THE EXAM IN ANY WAY?

21    A.       THE PURPOSE OF IT ALLOWING?

22    Q.       IT'S A YES OR NO QUESTION, DR. JURICH, IF THAT'S

23    OKAY FOR TIME SAKE HERE.

24                 WOULD IT CHANGE THE FUNCTION OR ALTER IN

25    ANYWAY THE EXAMINATION?
```

1    A.       YES.

2    Q.       CAN WE PLEASE PULL UP EXHIBIT 70, PLEASE.

3                 AND DR. JURICH, BEFORE WE PULL UP

4    EXHIBIT 70, HOW WOULD IT ALTER OR CHANGE THE EXAM?

5    A.       SO WHEN THE APPROPRIATE ACCOMMODATION IS GIVEN

6    AND JUSTIFIED, IT ALLOWS THE PERFORMANCE -- OR THE EXAM

7    ADMINISTRATION BECOMES MORE COMPARABLE IN TERMS OF

8    ADJUSTING FOR THAT ACCOMMODATION WHEN THE ACCOMMODATION

9    IS UNRELATED TO THE SKILLS BEING MEASURED IN THE

10   ASSESSMENT.  SO IT ESSENTIALLY ALLOWS THAT INDIVIDUAL TO

11   TEST IN A MORE COMPARABLE SETTING AS THE STANDARD TIME

12   AND THE STANDARD CONDITIONS.

13   Q.       SO IT DOES NOT ALTER OR CHANGE THE EXAMINATION,

14   CORRECT?

15   A.       SO I THINK THIS NEEDS THE DISTINCTION.

16                 SO IT ALTERS THE COMPARABILITY FOR THAT

17   EXAMINEE, BUT IT DOES NOT ALTER THE FUNCTION OR THE

18   ASSESSMENT OF THE EXAM.

19   Q.       THANK YOU FOR THAT.

20   A.       SORRY.

21   Q.       THAT'S ALL RIGHT.

22                 IF WE COULD PULL UP HERE EXHIBIT 70.

23                 MS. MEW:  AGAIN, JUST TO CLEAR THE RECORD

24   PX 17, DR. KITCHENS?

25                 DR. KITCHENS:  IF YOU CAN TAKE OFF THIS

1    DOCUMENT, PLEASE.

2                         YOUR HONOR, I HAVE NO FURTHER QUESTIONS.

3                         THE COURT:  SURE.

4                         MS. MEW, REDIRECT?

5                         MS. MEW:  I THINK I HAVE JUST A COUPLE.

6                         REDIRECT EXAMINATION

7    BY MS. MEW:

8    Q.      CAN WE PULL UP, I THINK IT WAS PX -- PX53,

9    PLEASE.  THIS IS THE CBSSA SCORE REPORT FOR DR. KITCHENS

10   FOR FEBRUARY 14, 2022.  AND IF WE CAN SCROLL DOWN, I AM

11   WANTING TO GET THE LANGUAGE AT THE BOTTOM AND THEN THE

12   TOP OF THE NEXT PAGE.  THANKS.

13                        DR. JURICH, IF YOU COULD READ FROM

14   BEGINNING WITH THE SECOND SENTENCE OF THAT PARAGRAPH

15   THROUGH THE END OF THE PARAGRAPH, PLEASE.  SO STARTING

16   WITH, YOUR CBSSA SCORE.

17   A.      SURE.

18                        YOUR CBSSA SCORE REPRESENTS AN ESTIMATE

19   OF YOUR PERFORMANCE AS THE USMLE STEP 1.  IF YOU HAVE

20   TAKEN BOTH THE EXAMS UNDER THE SAME CONDITIONS AND WITH

21   THE SAME LEVEL OF KNOWLEDGE.  ESTIMATED PERFORMANCE

22   BASED ON TAKING CBSSA IS NOT A GUARANTEE OF YOUR FUTURE

23   PERFORMANCE ON STEP 1.  MANY FACTORS, INCLUDING CHANGING

24   LEVELS OF KNOWLEDGE AND TESTING CONDITIONS MAY RESULT IN

25   A STEP 1 SCORE THAT IS HIGHER OR LOWER THAN YOUR

1    ESTIMATED SCORE.

2    Q.       JUST AS A FOLLOW-UP QUESTION, IF ANYONE -- IF AN

3    EXAMINEE WERE TO TAKE THE SAME CBSSA FORM TWICE, WOULD

4    THE SECOND SCORE HAVE THE SAME OR ANY PREDICTABLE VALUE

5    WITH RESPECT TO SUBSEQUENT PERFORMANCE ON THE STEP 1

6    EXAM?

7    A.       NO, BECAUSE THE SAME FORMS HAVE THE SAME ITEMS.

8    AND THE ANSWERS TO THE ITEMS ARE GIVEN TO STUDENTS AFTER

9    THEY COMPLETE A FORM.  IT WOULD BE HIGHLY UNLIKELY THAT

10   KNOWING -- HAVING SEEN THOSE ITEMS BEFORE, THE FUTURE,

11   THE SECOND ATTEMPT WOULD BE A VALID REPRESENTATION OF

12   THE OVERALL CONTENT RATHER THAN JUST THE KNOWLEDGE OF

13   THE SPECIFIC ITEMS.

14                    MS. MEW:  I DO NOT HAVE ANY FURTHER

15   QUESTIONS.

16                    THE COURT:  ALL RIGHT.

17                    DR. KITCHENS, DID YOU HAVE RECROSS FOR

18   THAT?

19                    DR. KITCHENS:  I HAVE ONE QUESTION, YOUR

20   HONOR.

21                    THE COURT:  ALL RIGHT.

22                        RECROSS EXAMINATION

23   BY DR. KITCHENS:

24   Q.    DR. JURICH, WOULD IT BE BENEFICIAL FOR AN

25   EXAMINEE WHO IS GETTING -- WHO IS PREPARING TO TAKE THE

1    STEP 1 EXAMINATION TO CHEAT ON THE CBSSA?

2    A.      NO.

3              DR. KITCHENS:  NO MORE FURTHER QUESTIONS,

4    YOUR HONOR.

5              THE COURT:  OKAY.  DR. JURICH I HAVE A

6    COUPLE QUESTIONS FOR YOU.

7    BY THE COURT:

8    Q.      AND I AM GOING TO GIVE MYSELF A LITTLE LEEWAY

9    HERE.  I HAVE LISTENED TO THIS WHOLE TRIAL AND THESE

10   QUESTIONS MIGHT NOT MAKE SENSE TO YOU, BUT THEY MAKE

11   SENSE TO ME.

12             DOES THE NBME, DO THEY EVER EXPUNGE TEST

13   RESULTS?

14   A.      YES.  THERE IS A PROCESS TO EXPUNGE TEST RESULTS

15   IN RARE CIRCUMSTANCES WHERE IS THE COMPUTER DELIVERY

16   METHOD HAS AN ERROR THAT AFFECTS THE RESPONSE TIME

17   ALLOTTED TO THE EXAMINEE OR THE ACTUAL OUTCOMES THAT

18   THEY HAVE PROVIDED.

19   Q.      OTHER THAN A COMPUTER GLITCH, ARE YOU AWARE OF

20   ANYTIME NBME HAS EXPUNGED A TEST RESULT?

21   A.      NO, I AM NOT AWARE.

22   Q.      IS THERE EVER AN OCCASION WHERE NBME WHEN IT

23   PROVIDES A TRANSCRIPT HAS INCLUDED ANY EXPLANATORY

24   LETTER WITH THE TRANSCRIPT SPECIFIC TO THAT PARTICULAR

25   TEST TAKER?

1    A.        I AM NOT FAMILIAR WITH ADDITIONAL SUPPLEMENTAL

2    LETTERS.

3    Q.        OKAY.   WHY IS -- IT'S A VERY GENERAL QUESTION,

4    BUT I AM JUST CURIOUS FROM YOUR POINT OF VIEW, YOUR

5    EXPERTISE THE ANSWER.   WHY IS THE NBME EXAM TIMED?   THE

6    USMLE, I SUPPOSE?

7    A.        SURE, SURE.   SEVERAL FACTORS I WOULD SAY.   I

8    THINK ONE IS PRACTICALITY AND HAVING IT BE WITHIN A

9    CERTAIN SET AMOUNT OF TIME FOR EVERYONE.   BECAUSE FOR

10   EQUITY PURPOSES, INDIVIDUALS WHO MAYBE DO NOT HAVE THE

11   RESOURCES TO SPEND, MORE ADDITIONAL TIME ON THE EXAM

12   MIGHT BE AN ADVANTAGE POTENTIALLY BY THAT AND

13   VISE-VERSA.   AND SO IT ADDS THIS LEVEL OF

14   STANDARDIZATION AND COMPARABILITY, I THINK THAT WOULD BE

15   THE MAIN REASON I WOULD SAY IT'S TIME.

16   Q.        IS PART OF WHAT THE USMLE IS TESTING, THE SPEED

17   AT WHICH A TEST TAKER CAN ACCOMPLISH ANSWERING THE

18   QUESTIONS?

19   A.        NO, SPEED IS NOT A PART OF THE CONSTRUCT.

20   Q.        HAVE YOU, I SUPPOSE, IN YOUR DUTIES AT NBME,

21   HAVE YOU EVER BEEN INVOLVED WITH USING THE PSYCHOMETRIC

22   DATA THAT YOU COLLECT TO STUDY THE EFFECTS OF

23   ACCOMMODATIONS?

24   A.        NOT ME PERSONALLY, AND NOT THAT I AM AWARE OF.

25   Q.        OKAY.   THERE WAS ONE PART OF YOUR TESTIMONY I

1    REMEMBER I WROTE DOWN THE EXHIBIT NUMBER.  WE DON'T HAVE

2    TO BRING IT UP, BUT IT WAS JX21, WHICH WAS ONE OF THE

3    ANSWER -- IT WAS A TABLE OF ANSWERS AND THE VARIOUS

4    AMOUNT OF TIME SPENT ON EACH ANSWERS, AND THEN IT ALSO

5    LISTED WHAT THE ANSWERS WERE.

6              SO A GENERAL QUESTION, WE DON'T NEED THE

7    EXHIBIT, BUT YOUR ANSWERED TO DO WITH THE PREPONDERANCE

8    OF THE C RESPONSE.

9              DO YOU REMEMBER THAT?

10   A.    YES, SIR.  YES, YOUR HONOR.

11   Q.    I THINK THE QUESTION YOU WERE ASKED WAS

12   SOMETHING ALONG THE LINES, WELL, DO YOU SEE AN UNUSUAL

13   NUMBER OF C'S SOMETHING LIKE THAT.  AND IN YOUR ANSWER

14   YOU WERE USING WORDS LIKE, WELL, IT SEEMS LIKE THERE IS

15   NOT AN UNUSUAL NUMBER OR C'S OR IT FEELS LIKE IT.  AND

16   IT JUST RAISES A QUESTION IN MY MIND.

17              DID YOU TAKE THE STEP OF ACTUALLY

18   CALCULATING HOW MANY -- ADDING UP HOW MANY C'S THERE

19   WERE AND COMPARING IT TO WHAT WAS IN THE DECLARATION?

20   A.    I DID, YOUR HONOR, AND THERE WAS ESSENTIALLY AN

21   EVEN NUMBER OF DISTRIBUTION BETWEEN THE FIVE PRIMARY

22   RESPONSES, A THROUGH E.

23   Q.    OKAY.  ALL RIGHT.

24              THE COURT:  THOSE WERE MY QUESTIONS.

25              BUT IN THE SPIRIT OF FAIRNESS, DR.

1    JURICH, I LIKE TO GIVE THE LAWYERS A CHANCE TO ASK ANY

2    FOLLOW-UP TO MY QUESTIONS.

3                      I WILL START WITH YOU, DR. KITCHENS,

4    ANYTHING?

5                      DR. KITCHENS:  NO FOLLOW-UP QUESTIONS,

6    YOUR HONOR.

7                      THE COURT:  ALL RIGHT.

8                      MS. MEW?

9                      MS. MEW:  I JUST WANTED TO PASS ONE

10   FOLLOW UP, DR. JURICH.

11                     FURTHER REDIRECT

12   BY MS. MEW:

13   Q.        YOU MENTIONED STANDARDIZATION COMPARABILITY AS

14   SORT -- AND AGAIN, WE DON'T NEED TO START A WHOLE NEW

15   THING, BUT JUST WHAT DOES IT MEAN -- HOW DOES

16   STANDARDIZATION HELP WITH COMPARABILITY?

17   A.        SURE.  SO THE PROCESS OF STANDARDIZING DIFFERENT

18   COMPONENTS OF THE EXAM, FOR EXAMPLE, THE PROCEDURES, THE

19   LENGTH OF AN ASSESSMENT, THE TIMING.  IT HELPS ENSURE

20   THAT THESE FACTORS, WHICH ARE UNRELATED TO WHAT IS BEING

21   MEASURED, ARE NOT INTRODUCING VARIATION IN PERFORMANCE.

22   SO THAT EXAMINEE'S ARE NOT UNFAIRLY ADVANTAGED OR

23   DISADVANTAGED BY HAVING DIFFERENT, FOR EXAMPLE, COMPUTER

24   SCREENS, AS ONE EXAMPLE.  SO THAT IMPROVES THE

25   COMPARABILITY OF SCORES.

1    Q.        AND THE TIME ELEMENT IS ALSO PART OF THAT?

2    A.        YES, THE TIME ELEMENT IS PART OF THAT.

3              MS. MEW:  I'M SORRY, NO FURTHER

4    QUESTIONS, YOUR HONOR.

5              THE COURT:  I THOUGHT YOU WERE THINKING.

6              MS. MEW:  I HAVE BEEN TAKING THESE

7    PAUSES.

8              THE COURT:  DR. KITCHENS, DID YOU HAVE A

9    FOLLOW UP TO JUST THOSE QUESTIONS?

10             DR. KITCHENS:  YES, YOUR HONOR, BECAUSE I

11   THOUGHT OF MY QUESTION AFTER YOU HAD ASKED ME.

12             FURTHER CROSS EXAMINATION

13   BY DR. KITCHENS:

14   Q.        DR. JURICH, IS THE USMLE STEP EXAMINATION CLOSED

15   BOOK?

16   A.        YES.

17   Q.        AND SO IT IS CLOSED BOOK, IS THAT WHAT YOU SAID?

18   A.        CLOSED BOOK.  MEANING THERE IS NO MATERIALS

19   ALLOWED IN THE TESTING CENTER.  IT IS JUST THE EXAMINEE

20   AND THE EXAM.

21   Q.        AND ON A STANDARD EXAMINATION, A STUDENT WOULD

22   NOT BE ABLE TO GO HOME AND COME BACK, CORRECT, TO FINISH

23   THE EXAM?

24   A.        NOT TO COMPLETE THE SAME ITEMS THEY WOULD HAVE

25   SEEN BEFORE.

1    Q.        SO IF AN EXAMINEE IS ON A QUESTION FOR SAY FIVE

2    MINUTES AND THEY DON'T KNOW THE ANSWER BECAUSE THEY

3    DON'T ACTUALLY KNOW THE INFORMATION, IS IT SAFE TO SAY

4    THAT THEY WON'T NECESSARILY -- THAT THEY ARE NOT

5    NECESSARILY GETTING A FAIR ADVANTAGE BECAUSE THEY SPENT

6    FIVE MINUTES ON THAT QUESTION?

7    A.        I GUESS I AM A LITTLE -- THE WORDS FAIR

8    ADVANTAGE IN THAT SENTENCE.  CAN YOU CLARIFY?

9    Q.        YES, I'M SORRY.

10   A.        IT'S OKAY.

11   Q.        IF AN EXAMINEE IS TAKING THE EXAM AND THEY ARE

12   AT THE PROMETRIC CENTER, AND THEY ARE ON A PARTICULAR

13   QUESTION FOR FIVE MINUTES, BECAUSE THEY WERE ON THAT

14   QUESTION FOR FIVE MINUTES LONG, DOES THAT GIVE ANY

15   INDICATION THAT THEY WILL SELECT THE CORRECT ANSWER?

16   A.        NOT NECESSARILY, NO.

17              DR. KITCHENS:  NO FURTHER QUESTIONS, YOUR

18   HONOR.

19              THE COURT:  ALL RIGHT.

20              IN THAT CASE, DR. JURICH, THANK YOU FOR

21   YOUR TIME, YOU MAYBE EXCUSED.

22              THE WITNESS:  THANK YOU, YOUR HONOR.

23              THE COURT:  AND DOES THAT BRING US TO THE

24   END OF YOUR CASE, MS. MEW?

25              MS. MEW:  YES, YOUR HONOR, NBME RESTS.

```
1                    THE COURT:  ALL RIGHT.

2                    NOW, DR. KITCHENS, DO YOU HAVE IN MIND

3      ANYTHING FURTHER BY WAY OF REBUTTAL?

4                    DR. KITCHENS:  CAN YOU CLARIFY, YOUR

5      HONOR?

6                    THE COURT:  WELL, SO BASICALLY THERE IS

7      DIFFERENT WAYS TO DO THIS, OKAY, BUT FOR THIS PARTICULAR

8      TRIAL, IN MY MIND, IF YOU HAD IN MIND TO ADD ANYTHING

9      FURTHER, FOR INSTANCE, YOU COULD RECALL YOURSELF AS A

10     WITNESS IF YOU WANTED TO.  IF YOU HAD IN MIND TO ADD

11     ANYTHING FURTHER, I WOULD ALLOW IT, BUT I WOULD BE

12     RESTRICTING TO YOU ISSUES THAT WERE REALLY -- THAT WERE

13     RAISED BY MS. MEW IN HER CASE THAT IN MY MIND I DON'T

14     THINK YOU HAD A FULL AND FAIR OPPORTUNITY TO ADDRESS IN

15     YOUR CASE AND CHIEF.

16                   I DON'T WANT TO HEAR ANYTHING AGAIN.  I

17     DON'T NEED THAT.  BUT -- AND I WILL SAY, IF YOU WERE

18     THINKING THE ANSWER IS NO, I WAS GIVING SOME THOUGHT TO

19     ASKING YOU IF YOU WOULD BE WILLING TO TAKE THE STAND

20     AGAIN TO ADDRESS IN PARTICULAR DR. JURICH'S TESTIMONY

21     ABOUT -- WHERE HE WAS COMPARING YOUR DECLARATION TO DATA

22     THAT THEY HAD.  AND IF YOU WOULD BE WILLING, YOU DON'T

23     HAVE TO, BUT IF YOU WOULD BE INTERESTED IN DOING THAT, I

24     WOULD ALLOW YOU TO TAKE THE STAND AND PROVIDE SOME

25     NARRATIVE TESTIMONY ON THAT ISSUE.
```

1              DR. KITCHENS:  YES, YOUR HONOR, I WOULD

2      GREATLY APPRECIATE THAT.

3              THE COURT:  ALL RIGHT.

4              MS. MEW, DO YOU HAVE ANY OBJECTION TO

5      THAT?  I WILL HEAR IT IF YOU DO.

6              MS. MEW:  NO, YOUR HONOR.  I THINK I WILL

7      JUST SAVE IT FOR THE MERITS, SO HE CAN GO AHEAD.

8              THE COURT:  SO DR. KITCHENS, IF YOU

9      DIDN'T HAVE ANY OTHER ISSUES TO RAISE WITH ME, I WELCOME

10     YOU TO RETURN TO THE STAND AND ADDRESS THAT PARTICULAR

11     QUESTION THAT I ASKED YOU, OKAY?

12             DR. KITCHENS:  YES, YOUR HONOR.

13             THE COURT:  WELL, THEN YOU CAN RESUME

14     TESTIMONY.  YOU HAVE READY BEEN SWORN IN IN THIS CASE,

15     SO I WILL JUST REMIND YOU YOU ARE STILL UNDER OATH FOR

16     YOUR TESTIMONY.

17             DR. KITCHENS:  YES.

18             YOU WOULD LIKE ME TO START NOW, YOUR

19     HONOR?

20             THE COURT:  PLEASE.

21             DR. KITCHENS:  SO IT WAS BROUGHT UP --

22     WHAT DR. JURICH WAS SAYING WAS THAT IN MY DECLARATION,

23     IT DID NOT CORRELATE WITH WHAT THE DOCUMENT THAT THEY --

24     THAT WAS PROVIDED BY THE NBME.  THIS WAS SOMETHING THAT

25     I EVEN BROUGHT UP IN DISCOVERY THAT I FIGURED WOULD BE

1    AN ISSUE.

2                     AND WHEN I AM LOOKING AT THE COLUMNS ON

3    THAT PARTICULAR DOCUMENT, IT WAS NOT A FAIR

4    REPRESENTATION.  IT DIDN'T SHOW -- AND I WILL GIVE SOME

5    CONTEXT TO THAT, YOUR HONOR.  THERE IS SO MANY -- THERE

6    ARE MANY DIFFERENT OTHER REPARABLE RESOURCES, SUCH AS

7    UWORLD, WHICH IS THE NUMBER ONE TEST PROGRAM THAT ALL

8    MEDICAL STUDENTS PARTICULARLY USES.  THEY ARE SO

9    REPARABLE FOR JUST THAT ONE MONTH OF A SUBSCRIPTION FOR

10   THEM IS ROUGHLY $250, FOR ONE MONTH SUBSCRIPTION.

11                     AND EVEN ON THAT PARTICULAR PLATFORM THAT

12   THEY ARE SUPPOSED TO REPRESENT -- THIS PLATFORM

13   REPRESENTS LIKE THE ACTUAL USMLE.  AND A LOT OF PEOPLE

14   MAKE SURE THAT THEY USE THIS ALONG WITH THE CBSSA'S.

15                     BUT EVEN ON THAT PLATFORM, AFTER YOU

16   FINISH COMPLETING THAT BLOCK, IT WILL GIVE YOU FEEDBACK.

17   AND THAT FEEDBACK, WHAT IT WILL DO IS IT WILL TELL YOU

18   YOUR PERCENTAGE OF CORRECTNESS, YOUR PERCENTAGE OF

19   INCORRECTNESS, YOUR PERCENTAGE OF CHANGING YOUR ANSWER

20   FROM INCORRECT TO CORRECT, AND FROM CORRECT TO

21   INCORRECT.

22                     WHAT THAT IS USED FOR IS SO THAT WE ARE

23   TRAINING OURSELVES, LISTEN, WHEN YOU PICK AN ANSWER,

24   STICK WITH WHAT ANSWER.

25                     WELL, ON THIS PARTICULAR EXAMINATION

1    HERE, ON THE NBME ON THE DOCUMENT THAT YOU WAS GIVEN,

2    YOU WAS NOT ABLE TO SEE FULLY ANY OF THOSE ANSWER -- I

3    MEAN, THE OTHER ANSWERS THAT I EVEN CHOSE OR ALSO MY

4    THOUGHT PROCESS.  AND EVEN IN THE THREE DIFFERENT TEST

5    PREP PROGRAMS THAT I -- THAT I PAID FOR TO INVEST IN

6    MYSELF TO MAKE SURE THAT I DO WELL.  OVER $4,000 OF THIS

7    TEST PREP, BECAUSE THAT WAS AN INVESTMENT.

8                    THEY EVEN WOULD TEACH YOU THAT, LISTEN,

9    NO ONE KNOWS REALLY HOW MANY EXPERIMENTAL QUESTIONS, BUT

10   GIVE OR TAKE MAYBE OUT OF THE 280 QUESTIONS, MAYBE 80 OF

11   THEM ARE EXPERIMENTAL BECAUSE IT WOULD GIVE AN EVEN

12   NUMBER OF THE 200.  AND SO BY LOOKING AT THAT -- AND

13   THEY WILL ALSO SAY, LISTEN, IF YOU GET ON A PARTICULAR

14   QUESTION AND IT JUST DOES NOT SEEM -- AND IT SEEMS KIND

15   OF FAR-FETCHED, DO NOT SPEND A LOT OF TIME ON IT,

16   BECAUSE IT COULD BE AN EXPERIMENTAL QUESTION, WHICH IS

17   THE REASON WHY, YOUR HONOR, YOU SAW ON SOME OF THOSE

18   QUESTIONS IT WAS VERY SHORT, 20 PLUS SECONDS, YOU KNOW,

19   OR 40 SECONDS.  BECAUSE WHAT THAT DID WAS IT GAVE ME

20   TIME TO READ THROUGH IT REALLY QUICKLY, TO KIND OF SKIM

21   OVER THE INFORMATION THAT WAS GIVEN THERE, AND TO SAY TO

22   MYSELF, THIS DOES NOT REALLY SOUND PRACTICAL, OR DOES

23   NOT SOUND LIKE IT RELATES TO DAILY LIFE.

24                    AND SO -- AND EVERYONE ALSO KNOWS THAT

25   THE USMLE SPEAKS AND TESTS ON TOPICS THAT ARE RELEVANT

1       TO TODAY'S TIME, AND ALSO TO TODAY'S PATHOLOGIES.

2                   SO IF THERE WAS A QUESTION THAT SEEMED

3       LIKE IT WAS AN EXPERIMENTAL QUESTION, NO. I AM GOING TO

4       MOVE ON FROM IT.  AND NOT ONLY THAT, WHEN I GO IN EVEN

5       ON MY CBSSA'S, I WILL GO THROUGH AND FROM A CERTAIN

6       POINT AND I WILL PUT ALL C'S DOWN.  WE ARE TRAINED TO DO

7       THIS AS A TECHNIQUE, YOUR HONOR.  THEY WOULD TEACH YOU

8       THAT THE FIRST THING THAT YOU DO WHEN YOU ARE LOOKING AT

9       THESE LONG PASSAGES IS TO READ THE ACTUAL QUESTION AT

10      THE BOTTOM FIRST SO THAT YOU KNOW IN YOUR MIND WHAT THEY

11      ARE GOING TO BE ASKING YOU ABOUT IN THE VIGNETTE SO THAT

12      YOU LOOK FOR IT.

13                  SO WHEN YOU ARE GOING THROUGH THE

14      VIGNETTE, NOW YOU CAN KNOW WHAT KEY THINGS TO LOOK FOR.

15      AND THEN WHEN YOU GET TO YOUR ANSWER CHOICES, START FROM

16      THE BOTTOM AND THEN WORK YOUR WAY UP.

17                  WHY IS THAT IS BECAUSE WE DON'T GO --

18      WHEN WE GO A, B, C, D, E, OUR ADRENALIN IS RUNNING, AND

19      IT GOES DOWN.  SO IF YOU GO FROM BOTTOM TO TOP, IT SLOWS

20      YOU DOWN.  AND MY COACH, DOCTOR -- I FORGET HER NAME.

21      IT'S A FOREIGN NAME.  SHE IS THE DIRECTOR OVER PREP

22      EAGLE.  SHE KNEW THAT I HAD MY -- THAT I HAD ADHD, AND

23      SHE PREPPED, GAVE ME TRAINING, ON HOW AS -- WITH ADHD,

24      HOW TO TAKE THESE EXAMS.  AND THAT'S WHY SHE TOLD ME TO

25      START FROM THE BOTTOM AND GO UP, THAT WAY I CAN TRY TO

1    HELP CONTROL THOSE SYMPTOMS OF ADHD AND MY ANXIETY.

2                   SO WHEN I GO TO THE END OF THE EXAM AND

3    PICK ALL C, THAT'S JUST BECAUSE ONCE TO TIMELINE GOES

4    OUT, THERE IS NO GOING BACK.  SO IF YOU ARE FOCUSED ON

5    THAT QUESTION AND NOT NECESSARILY ON THE LINE THAT -- ON

6    THE TIME THAT'S GOING DOWN, IF YOU HAVE ANY BLANK

7    ANSWERS WHICH IS ON THE NBME'S WEBSITE, IT IS COUNTED

8    AGAINST YOU.  UNLIKE A LOT OF OTHER TEST PROGRAMS OR

9    DIFFERENT BOARD EXAMS WHERE IF YOU DON'T ANSWER IT, IT

10   MAY NOT GO AGAINST -- IT'S BETTER TO LEAVE IT BLANK.

11   BY THE COURT:

12   Q.      WELL, SO THE SUGGESTION -- FIRST OF ALL, LET ME

13   ASK THIS GENERAL QUESTION.

14                   DO YOU STAND BY YOUR DECLARATION, YOU

15   STILL STAND BY THE STATEMENTS IN THE DECLARATION?

16   A.      YES, I STAND BY THE DECLARATION THAT I DID NOT

17   HAVE ENOUGH TIME WHEN I WAS READING AND MY ANSWERS, YES,

18   YOUR HONOR.

19   Q.      OKAY.  THAT'S FIRST.

20                   LET ME BREAK IT INTO TWO SUBQUESTIONS.

21                   THE FIRST ONE IS, WITH RESPECT TO TIME,

22   DR. JURICH I UNDERSTOOD HIS TESTIMONY TO BE SUGGESTING

23   THAT YOU DID HAVE ENOUGH TIME TO ADDRESS ALL OF THE

24   QUESTIONS THE WAY YOU WANTED TO BECAUSE THE AMOUNT OF

25   TIME THAT YOU HAD -- AND SOMETIMES YOU HAD TIME LEFT

1    OVER AND OTHER TIMES THE TIME WAS SPREAD OUT EVENLY

2    AMONG THE QUESTIONS AND NOT JUST CRUNCHED AT THE BOTTOM.

3              IF I AM UNDERSTANDING YOUR TESTIMONY IT'S

4    THAT, WELL, I DIDN'T DO THE QUESTIONS IN ORDER, AND

5    THERE WERE SOME QUESTIONS THAT I PURPOSELY IGNORED.  IS

6    THAT WHAT I AM UNDERSTANDING?

7    A.       YES, YOUR HONOR.  IT IS ALSO PART OF THE

8    TRAINING THAT YOU WILL FLAG THAT PARTICULAR QUESTION.

9    SO ON THE PLATFORM, THEY HAVE A BUTTON UP THERE THAT YOU

10   CAN HIT FLAG.  AND ON THE SIDE IT HAS ALL OF THE

11   QUESTIONS -- I MEAN ALL OF THE NUMBERS 1 THROUGH 40.

12   AND IT WILL HAVE A DOT BESIDE IT IF IT HAS NOT BEEN

13   ANSWERED.  AND IF I HAVE FLAGGED IT, YOU PUT A FLAG

14   THERE.  THAT WAY YOU SKIP IT, MOVE ON AND THEN YOU CAN

15   GO BACK TO THAT PARTICULAR QUESTION.

16   Q.       WHAT ABOUT THE LETTER C'S.  DR. JURICH WAS

17   LOOKING TO SEE IF THERE WERE A PREPONDERANCE OF C'S IN

18   THERE, BUT HE DIDN'T SEE THAT.

19              HOW DO YOU EXPLAIN THAT?

20   A.       YES.  SO AGAIN, YOUR HONOR, IN THE DOCUMENTS

21   THAT WAS PROVIDED THERE, IT ONLY SHOWS THE ANSWERS THAT

22   WERE -- THAT WAS FINALIZED.  AGAIN, WHEN I SAY THE C'S,

23   IT'S WHEN I GO THROUGH FIRST, PUT ALL OF THOSE C'S

24   THROUGH AND THEN AS I GET MORE TIME TO GO THROUGH, THEN

25   I WOULD CHANGE IT TO GET TO A PARTICULAR ANSWER THAT I

1    FELT WAS GOING TO BE THE RIGHT -- CORRECT ANSWER.  AS I

2    STATED EARLIER, I WOULD GO FROM 20 DOWN AND HIT ALL C'S

3    JUST IN CASE I RUN OUT OF TIME BY NOT PAYING ATTENTION

4    TO IT, AND THE EXAM JUST CLOSES YOU OUT.  AT LEAST I

5    HAVE SOMETHING THERE, I HAVE A CHANCE TO, YOU KNOW, GET

6    IN THE ANSWER CORRECT.

7    Q.      SO THINKING ABOUT YOUR DESCRIPTION OF THIS, YOUR

8    TEST TAKING STRATEGY.  IF YOU HAD EXTRA TIME, WHAT WOULD

9    YOU DO WITH IT?  HOW WOULD YOU HELP YOU?

10   A.      ONE, YOUR HONOR, IT WOULD NOT REQUIRE ME TO GO

11   THROUGH THE EXAM AND DO ALL OF THESE LITTLE EXTRA

12   THINGS, SUCH AS PUTTING C DOWN.  AND ALSO IT WOULD NOT

13   -- IT WOULD ALSO HELP ME BE ABLE TO -- EVEN ON QUESTIONS

14   THAT I MIGHT NOT EVEN FEEL ARE EXPERIMENTAL QUESTIONS, I

15   WON'T HAVE THE PRESSURE THAT I HAVE TO SKIP IT, BECAUSE

16   IT JUST SEEMS TOO FARFETCHED, I WILL ACTUALLY HAVE TIME

17   TO FOCUS ON THE QUESTION AND HAVE A CHANCE TO SELECT THE

18   CORRECT ANSWER.

19              THE COURT:  OKAY.  THOSE ARE THE

20   QUESTIONS I HAD ABOUT DR. JURICH'S TESTIMONY, SO I

21   APPRECIATE YOU ANSWERING THOSE QUESTIONS.

22              ON THAT SAME TOPIC OF DR. JURICH'S

23   TESTIMONY, DID YOU HAVE ANYTHING ELSE YOU WANTED TO ADD?

24              DR. KITCHENS:  YES, YOUR HONOR.

25              HE SPOKE ABOUT THE EXTRA BREAK TIMES AND

1    SUCH ON THOSE.  AND THAT WAS ANOTHER STRATEGY THAT THEY

2    -- THAT EVERYBODY, IT IS PRETTY MUCH KNOWN THAT THE

3    TUTORIAL BREAK TIME, THAT TIME IS GIVEN TO YOU.  SO IT'S

4    ALWAYS SUGGESTED THAT KNOW WHAT THAT TUTORIAL IS BEFORE

5    GOING INTO THE EXAM, WHICH YOU DO HAVE THAT OPPORTUNITY

6    BECAUSE ON THE NBME'S WEBSITE, THEY GIVE YOU THE

7    TUTORIAL SO YOU KNOW BEFORE YOU GO INTO THE TEST CENTER,

8    YOU KNOW HOW TO ANSWER WHAT THE DIFFERENT FUNCTIONS ARE,

9    WHICH IS ALL IN THAT TUTORIAL.

10                   SO IMMEDIATELY THAT'S WHY YOU NOTICE,

11   YOUR HONOR, ON EACH AND LAST ONE OF THOSE I NEVER

12   REVIEWED THAT TUTORIAL TO GIVE ME EXTRA TIME THERE.

13                   AND EVEN THEN AT THE END, THE MAJORITY OF

14   THE TIME WAS COMPLETELY EXPIRED BY THE END OF THE

15   COMPLETE EXAM.  SO WITHOUT THAT, IT WOULD NOT BE ENOUGH

16   TIME.

17                   THE COURT:  ALL RIGHT.

18                   MS. MEW, YOU HAVE THE OPPORTUNITY TO

19   CROSS-EXAMINE, IF YOU WOULD LIKE.

20                   MS. MEW:  I DON'T HAVE ANY MORE

21   QUESTIONS, YOUR HONOR, THANK YOU.

22                   THE COURT:  OKAY.  UNLESS EITHER OF YOU

23   OBJECT, I AM GOING TO CALL THAT A CONCLUSION TO OUR CASE

24   TO THE TRIAL, OKAY.

25                   DR. KITCHENS:  NO OBJECTION, YOUR HONOR.

1          MS. MEW:  NO OBJECTION.

2          THE COURT:  THERE IS NO JURY, SO WE DON'T

3     HAVE ANYTHING CEREMONIAL, BUT THAT'S THE END OF THE

4     EVIDENTIARY RECORD FOR TRIAL.

5          DR. KITCHENS, YES.

6          DR. KITCHENS:  YES, YOUR HONOR, AND MS.

7     MEW, I'M SORRY FOR MY IGNORANCE.  I WAS NOT AWARE THAT I

8     SHOULD SUBMIT THE C.V. OF MY WITNESSES, WHICH I DID NOT

9     DO, INTO THE RECORD, JUST THEIR C.V.'S THAT WE

10    EXCHANGED.

11         THE COURT:  WELL, I DON'T KNOW IF I NEED

12    THOSE.  IT DIDN'T SURPRISE ME THAT MS. MEW DID THAT, BUT

13    I DON'T KNOW THAT THEY ARE GOING TO BE ANY PARTICULAR

14    RELEVANCE.

15         DR. KITCHENS:  OKAY.

16         THE COURT:  I DON'T THINK I NEED THOSE.

17         MS. MEW HAS ON THE DOCKET A CHALLENGE TO

18    ONE OF YOUR EXPERTS, DR. SENOGA, AND YOU WILL BE

19    RESPONDING TO THAT IN WRITING.  AND IT WOULD NOT

20    SURPRISE ME -- HER C.V. IS PROBABLY IN MS. MEW'S MOTION,

21    I DON'T KNOW.  I FORGET.  SO THAT'S THE EXPERT WHERE THE

22    C.V. MIGHT BE RELEVANT, BECAUSE THERE IS A CHALLENGE

23    THERE, AND YOU WILL HAVE A CHANCE TO RESPOND TO THAT IN

24    WRITING.

25         OTHER THAN THAT, I AM NOT THAT WORRIED

1    ABOUT IT.

2                    DR. KITCHENS:  UNDERSTOOD, YOUR HONOR.

3                    THE COURT:  BECAUSE IT WAS LIVE TESTIMONY

4    FROM ALL OF THE WITNESSES ABOUT THEIR BACKGROUND AND SO

5    FORTH, AND THAT'S WHAT I WOULD LOOK TO.  INTERPRETING AN

6    EXPERT'S C.V. WITHOUT HELP FROM THE WITNESS IS NOT EASY

7    ANYWAY.

8                    DR. KITCHENS:  YES, SIR.

9                    THE COURT:  LET'S PUT OUR LAWYER HATS ON

10   NOW AND TALK ABOUT WHAT IS GOING ON HAPPEN NEXT.

11                   I HAD THOUGHT ABOUT HOW TO RUN THIS

12   TRIAL, AND I DECIDED A WHILE BACK TO HAVE POST TRIAL

13   BRIEFINGS, SO THAT'S THE WAY WE ARE GOING TO GO.  IT IS

14   WORK FOR BOTH OF YOU, OF COURSE, BUT I THINK IT WILL

15   HELP US GET A LITTLE COMPLETE SET OF ARGUMENT THAT TAKES

16   EVERYTHING THAT WE HAD IN THIS TRIAL AND PUT IT SO YOU

17   CAN ARGUE IT THE WAY YOU WANT TO ARGUE IT TO ME.

18                   I HAVE A DRAFT ORDER THAT I THINK I CAN

19   GET OUT TODAY THAT WILL GIVE YOU ALL THE TIMING AND

20   GUIDANCE, AND I WANT TO GO THROUGH IT TOGETHER.  BECAUSE

21   THERE IS ARE SOME DATES ON THERE, I WANT TO MAKE SURE WE

22   ARE OKAY ON DATES, AND ALSO PROCEDURES, MAKE SURE THEY

23   MAKE SENSE TO YOU.

24                   THE FIRST THING IS IF IT'S NOT SOMETHING

25   YOU HAVE ALREADY TAKEN CARE OF ALREADY, YOU NEED TO

1    ARRANGE WITH THE CLERK'S OFFICE TO ORDER A COMPLETE

2    TRIAL TRANSCRIPT SO MAKE SURE THAT WE HAVE THAT.

3                    SECOND, FOR EXHIBITS, WE HAVE TALKED

4    ABOUT THIS A LITTLE BEFORE, BUT IT WILL BE IN THE ORDER.

5    YOU ARE GOING TO MEET AND CONFER AND AGREE ON A COMPLETE

6    LIST OF ADMITTED EXHIBITS.  IF THERE IS ANY CORRECTIONS,

7    FOR EXAMPLE, TO MISIDENTIFIED STAMPS OR PAGES OR

8    SOMETHING LIKE THAT, MAKE THOSE CORRECTIONS.  AND IF

9    THERE ARE ANY APPROPRIATE AGREED REDACTIONS FOR PERSONAL

10   IDENTIFYING INFORMATION THAT HAVE NOT BEEN MADE YET,

11   MAKE THOSE.

12                   THEN NO LATER THAN JUNE 1ST, 2023, I WILL

13   MAKE THAT MS. MEW'S JOB.  THE DEFENDANT SHALL FILE ON

14   THE DOCKET AND TRANSMIT TO US ELECTRONICALLY AT CHAMBERS

15   BY E-MAIL A COMPLETE SET OF EXHIBITS AND AN EXHIBIT

16   LIST.  THE EXHIBIT LIST SHOULD BE ANOTHER THING THAT YOU

17   WORK ON TOGETHER.  THE EXHIBIT LIST SHOULD HAVE

18   DESCRIPTIONS OF THE DOCUMENTS, THAT'S KIND OF OUR SHEET,

19   SO THAT WE CAN LOOK AT IT AND FIND THINGS.

20                   IF THERE IS ANY DISPUTES ABOUT WHETHER

21   SOMETHING IS ADMITTED, YOU CAN BRING THOSE TO MY

22   ATTENTION, WE WILL GET THAT RESOLVED.  IF IT'S A REAL

23   DISPUTE THAT AMONG THE THREE OF US WE REALLY CAN'T AGREE

24   ON IT, WHEN WE GET THE TRANSCRIPT WE WILL USE THAT TO

25   THE BEST OF OUR ABILITY.  SO THAT'S EXHIBITS.

1                    AND THIS ALL WILL BE WRITING.

2                    FOR DEPOSITION DESIGNATIONS, IF YOU HAVE

3     NOT ALREADY, YOU SHOULD EXCHANGE THOSE DEPOSITION

4     DESIGNATIONS AND ANY RESPONSIVE COUNTER DESIGNATIONS AND

5     OBJECTIONS, AND THEN YOU SHOULD MEET AND CONFER TO

6     ELIMINATE AS MANY OF THOSE OBJECTIONS AS POSSIBLE.  AND

7     THEN AGAIN ON THAT SAME DATE, JUNE 1ST, BY THEN

8     DEFENDANT SHALL FILE ON THE DOCKET THE DESIGNATIONS,

9     COUNTER DESIGNATIONS, OBJECTIONS AS WELL AS ANY OF THE

10    RELEVANT TRANSCRIPTS.

11                    I KIND OF DOUBT GIVEN HOW WHAT HAPPENED

12    AT THE TRIAL, BUT IF THERE IS AN EXHIBIT THAT IS COMING

13    IN THROUGH A DEPOSITION, YOU SHOULD INCLUDE THAT AS

14    WELL.

15                    IF IT'S TECHNICALLY PRACTICAL TO DO IT,

16    THE BEST WAY TO DO THIS IS FOR THE DEPOSITION TRANSCRIPT

17    TO BE MARKED UP WITH COLORED HIGHLIGHTING, YOU KNOW, SO

18    IT'S DESIGNATION IS YELLOW, COUNTER DESIGNATION IS BLUE,

19    AND THEN THE OBJECTIONS ARE IN COMMENT BUBBLES.  THAT'S

20    A REALLY GREAT WAY TO DO IT FOR ME.

21                    IF IT'S BURDENSOME, IF IT' JUST TOO

22    CUMBERSOME FOR YOU ALL TO WORK OUT, I WILL JUST TAKE THE

23    DESIGNATIONS, COUNTER DESIGNATIONS AND OBJECTIONS IN

24    WRITING AND THE TRANSCRIPTS ON THE SIDE.  NOT AS GOOD,

25    BUT HAVING BEEN THERE, SOMETIMES THESE THINGS ARE VERY

1     HARD TO ARRANGE, SO I WILL LEAVE IT TO YOU.

2                   THAT'S FOR THOSE FOR COMPLETING THE

3     RECORD.

4                   FOR BRIEFING, WE ARE GOING TO DO THIS.

5     INSTEAD OF -- SOMETIMES PEOPLE DO BRIEFING AT THE SAME

6     TIME, BUT I AM NOT GOING TO DO THAT HERE BECAUSE IT'S

7     GOING TO BE LIKE SHIPS PASSING IN THE NIGHT.

8                   I AM ACTUALLY GOING TO HAVE THE DEFENDANT

9     FILE A BRIEF FIRST, WHICH IS NORMALLY THE PLAINTIFF

10    WOULD GO FIRST, BUT I AM GOING TO HAVE THE DEFENDANT GO

11    FIRST HERE IN PART BECAUSE I WANT DR. KITCHENS TO KNOW

12    WHAT HE IS SHOOTING BACK AT.  BUT I AM GOING TO MAKE IT

13    UP TO THE DEFENDANT BY GIVING THE DEFENDANT TWO BRIEFS

14    HERE INSTEAD OF -- SOMETIMES THE DEFENDANT WOULD ONLY

15    GET ONE.

16                   SO THERE WILL BE A FIRST BRIEF FROM THE

17    DEFENDANT WITH PROPOSED FINDINGS OF FACTS AND

18    CONCLUSIONS OF LAW, AND I HAVE THAT ONE TARGETED FOR

19    JUNE 15TH.  AND SO THAT GIVES YOU A HEALTHY AMOUNT OF

20    TIME FROM NOW, AND ALSO TWO WEEKS FROM THE TRANSCRIPT SO

21    YOU CAN GET YOUR CITATIONS AND SO FORTH IN.

22                   AND LET ME GIVE YOU ALL THE DATES, AND

23    THEN WE CAN TALK ABOUT THE DATES.

24                   THEN I HAVE FOR DR. KITCHENS A RESPONSIVE

25    BRIEF AND PURPOSED FINDINGS OF FACT IN THAT RESPONSIVE

1    BRIEF ON JULY 6TH.  THEN DEFENDANT GETS A SECOND BRIEF

2    ON JULY 20TH, AND PLAINTIFF GETS A FINAL BRIEF ON

3    AUGUST 3RD.  SO IT WOULD BE FOUR BRIEFS, TWO FOR EACH

4    SIDE, THE DEFENDANT GOING FIRST, LAID OUT FROM JUNE 15TH

5    TO AUGUST 3RD.

6              I KNOW IT'S SUMMERTIME, BUT I AM

7    SENSITIVE TO THE INTEREST -- THE IMPORTANT INTEREST OF

8    MAKING FORWARD PROGRESS AS WELL.

9              SO THOSE DATES, SINCE WE ARE ALL HERE

10   TALKING ABOUT IT, I MIGHT AS WELL ASK.  IS ANYONE ON A

11   CRUISE SHIP ON ONE OF THOSE DAYS?

12             MS. MEW:  I MISSED THE -- SO DEFENDANT IS

13   JUNE 15TH, PLAINTIFF'S RESPONSE JULY 6TH AND THEN

14   JULY 20TH.

15             THE COURT:  AND THEN PLAINTIFF COMES BACK

16   AUGUST 3RD.

17             MS. MEW:  OKAY.  YOUR HONOR, MAY I ASK,

18   ARE YOU THINKING OF -- WHAT YOU ARE ENVISIONING, BECAUSE

19   YOU ARE TALKING ABOUT A BRIEFING -- LIKE BRIEFING, A

20   BRIEF AND THEN PROPOSED FINDINGS OF FACT AND CONCLUSIONS

21   OF LAW?  WHAT ARE YOU ENVISIONING?

22             THE COURT:  SINCE YOU ARE GOING FIRST,

23   MS. MEW, YOU ARE GOING TO GET TO SET THE TONE HERE.  BUT

24   I THINK WHAT WILL PROBABLY MAKE SENSE ARE PROPOSED

25   FINDINGS OF FACT, NUMBERED PROPOSED FINDINGS OF FACT

1    WITH CITATIONS AFTER THEM, AND THEN CONCLUSIONS OF LAW

2    IN YOUR ARGUMENT BELOW THAT.

3                 I WAS GOING TO SET THE PAGE LIMIT FOR THE

4    FIRST TWO BRIEFS AT EITHER 50 PAGES OR 17,500 WORDS.  A

5    BIG TRIAL, A LOT OF GOING ON, SO I WILL GIVE YOU PLENTY

6    OF SPACE.  AND THEN THE SECOND ROUND I WILL CUT IN HALF

7    TO 25 PAGES OR 8,750 WORDS.

8                 AND SO, DR. KITCHENS, MS. MEW, FOR

9    OPENING BRIEF, WILL HAVE NUMBERED FACT FINDINGS THAT

10   DEFENDANT IS PROPOSING THAT I MAKE, THAT I ADOPT THOSE

11   AS MY FACT FINDINGS WITH CITATIONS TO THE RECORD.  WHEN

12   YOU RESPOND.  YOU WILL RESPOND TO THOSE FACT FINDINGS.

13   YOU WILL SAY, I DISAGREE, AND HERE IS THE COUNTER CITE

14   OR WHATEVER IT IS.  AND YOU WILL ALSO PROPOSE YOUR OWN

15   FACT FINDINGS.

16                 I MAY, IN MANY CASES, MAY ADOPT SOMEONE'S

17   FACT FINDINGS, BUT IN OTHERS I MAY MAKE MY OWN.  BUT

18   IT'S USEFUL EXERCISE FOR YOU BOTH TO DO THAT AND GETS

19   YOU FOCUSED ON WHAT EXACTLY IS IN THE RECORD, AND IT

20   WILL HELP ME AS WELL.

21                 THEN THE REPLY AND SUR-REPLY BRIEFS, THE

22   LAST TWO BRIEFS PROBABLY ALL HAVE ADDITIONAL PROPOSED

23   FACT FINDINGS OR ANYTHING LIKE THAT, ALTHOUGH MS. MEW

24   WILL NEED TO RESPOND TO ANY FACT FINDINGS YOU PROPOSE,

25   DR. KITCHENS, SO SHE CAN DO THAT.  BUT THEN BEYOND THAT

1    IT WILL BE MORE ADDITIONAL ARGUMENT THAT IS WHAT WILL BE

2    IN THOSE LATTER TWO BRIEFS, FOR THE MOST PART, OKAY.

3                    MS. MEW:  YOUR HONOR, I'M SORRY.

4                    THE COURT:  GO AHEAD.

5                    MS. MEW:  I THINK MAYBE BECAUSE I AM NOT

6    -- THE SUR-REPLY -- FOR THERE TO BE FOUR ROUNDS OR FOR

7    IF PLAINTIFF TO GET TWO OPPORTUNITIES --

8                    THE COURT:  PLAINTIFF WOULD NORMALLY GET

9    TWO, IF THE PLAINTIFF GOES FIRST.  I AM TRYING TO STRIKE

10   A BALANCE HERE.  I AM LETTING THE DEFENDANT GO FIRST,

11   WHICH NORMALLY I WOULD NOT DO BUT I AM DOING HERE

12   BECAUSE ONE OF THE THINGS YOU WILL DO IS SET OUT A

13   STRUCTURED LEGAL FRAMEWORK FOR THE REASONS YOU THINK THE

14   DEFENDANTS SHOULD PREVAIL, AND MAKE SURE DR. KITCHENS

15   CAN FULLY RESPOND TO THAT.  HE WILL RESPOND ON THE SAME

16   LEGAL FRAMEWORK THAT YOU HAVE SET FORTH, AND I WANT

17   THAT.  I WANT TO HAVE THAT FROM HIM.

18                    AND THEN IN ORDER TO MAKE -- I THINK IN

19   MY MIND IN ORDER TO KIND OF EVEN THE SCALES THERE, I

20   WANT TO MAKE SURE THE PLAINTIFF -- THAT DR. KITCHENS HAS

21   TWO BRIEFS, THAT'S WHY I LANDED ON THAT.  IT'S NOT A

22   PERFECT SYSTEM, BUT TO ME IT BALANCES THE CHANCE FOR

23   EVERYONE TO BE HEARD AND ALSO TO GIVE ME THE MOST HELP I

24   CAN GET.

25                    I AM GOING TO LAYOUT IN THE ORDER -- IT'S

1    NOT QUITE FINISHED.  BUT I AM GOING TO LAYOUT IN THE

2    ORDER -- I WILL JUST READ IT.

3              IT'S GOING TO SAY, IN THE BRIEFING, THE

4    PARTIES SHALL PROPOSE THE FACT FINDINGS AND ADDRESS

5    LEGAL ARGUMENTS FOR AT LEAST THE FOLLOWING ISSUES, BUT

6    MAY ADDRESS OTHER ISSUES IF THEY BELIEVE IT IS NECESSARY

7    FOR THE COURT TO CONSIDER THEM.

8              SO I DON'T WANT TO -- IF I ORDER YOU TO

9    ONLY ADDRESS CERTAIN ISSUES, I WOULD BE BY IMPLICATION,

10   LIKE, I DON'T KNOW, SORT OF LIMITING YOUR CASES, RIGHT,

11   AND I DON'T WANT TO DO THAT.  SO YOU BRIEF WHAT YOU FEEL

12   LIKE WHAT YOU FEEL LIKE YOU NEED TO BRIEF TO HAVE IN THE

13   RECORD OF THE CASE.  HOWEVER, I AM GOING TO GIVE YOU

14   SOME GUIDANCE TO MAKE SURE I GET WHAT I THINK I NEED.

15   MAYBE YOU WILL CONVINCE ME I NEED SOMETHING DIFFERENT.

16   AND THE QUESTIONS ARE, I WILL GO THROUGH THEM, I AM

17   STILL WORKING ON THIS, BUT THE FIRST QUESTION IS GOING

18   TO BE BASED ON THE ENTIRE EVIDENTIARY RECORD, INCLUDING

19   THE TRIAL RECORD, DOES DR. KITCHENS HAVE A MENTAL

20   IMPAIRMENT THAT SUBSTANTIALLY LIMITS HIS ABILITY TO

21   PERFORM ONE OR MORE MAJOR LIFE ACTIVITIES THAT ARE

22   RELEVANT TO TAKING THE USMLE AS COMPARED TO MOST PEOPLE

23   IN THE GENERAL POPULATION.

24             THAT TRACKS PRETTY WELL DR. KITCHENS'S

25   FIRST QUESTION IN THE PRETRIAL ORDER.

```
1                    THE SECOND QUESTION IS GOING TO BE, HOW,
2       IF AT ALL, IS THE ANALYSIS FOR QUESTION ONE DIFFERENT IF
3       THE EVIDENCE IS LIMITED TO THE DOCUMENTATION THAT DR.
4       KITCHENS PROVIDED TO NBME WHEN HE MADE HIS REQUEST FOR
5       EXTRA TESTING TIME.  SO THAT WILL GIVE BOTH MS. MEW AN
6       OPPORTUNITY TO DRAW THAT DISCONTINUING, AND GIVE ME
7       ARGUMENTS BASED ON THE FULL EVIDENTIARY RECORD AND THE
8       LIMITED ONE; AND ALSO DR. KITCHENS TO DO THE SAME THING,
9       SO I CAN KIND OF -- THOSE ARGUMENTS ARE GOING TO BE
10      SLIGHTLY DIFFERENT.
11                   QUESTION THREE IS GOING TO BE A LEGAL
12      QUESTION.  SITTING HERE, I HONESTLY DON'T KNOW THE
13      ANSWER FOR YOU.  I TRIED TO LOOK INTO IT MYSELF BUT I
14      NEED BRIEFING.
15                   QUESTION THREE, AS A MATTER OF LAW, IS
16      THE RELEVANT TIME FRAME FOR EVIDENCE THE PRESENT, AS IN
17      MY QUESTION ONE, OR THE PAST AS IN MY QUESTION TWO; OR
18      DOES THE ANSWER DEPEND ON WHETHER THE REMEDY IS
19      EXPUNGEMENT OF PAST RESULTS OR A FUTURE ACCOMMODATION.
20                   SO I JUST DON'T KNOW THE ANSWER TO THAT
21      NOW.  SO I AM GOING TO GIVE YOU THE OPPORTUNITY TO BRIEF
22      THAT AS A QUESTION OF LAW TO ME AS WELL.
23                   THEN QUESTION FOUR I HAVE DOWN AS, IF THE
24      ANSWER TO ONE OF THESE -- TO QUESTION ONE, LET'S SAY IS
25      YES, IS DOUBLE TESTING TIME OR ANY OTHER ACCOMMODATION
```

1    RELEVANT TO THE RECORD IN THIS CASE, BECAUSE I MAY HAVE
2    MISSED SOMETHING, A REASONABLE ACCOMMODATION?  OKAY.  WE
3    CAN DISCUSS THAT.
4                    AND THEN THAT'S KIND OF THE FIRST CHUNK.
5                    THE SECOND CHUNK IS IF THE ANSWERS TO
6    THOSE TO QUESTIONS -- YOU MIGHT NOT REMEMBER WHICH
7    QUESTION IS WHICH.  BUT IT SAYS, IF THE ANSWERS TO
8    QUESTIONS ONE AND FOUR ARE YES, MEANING I BASICALLY FIND
9    IN DR. KITCHENS'S FAVOR ON THE ADA QUESTION, ARE THERE
10   ANY REASONS WHY THE COURT SHOULD NOT ISSUE AN INJUNCTION
11   ORDERING THE NBME TO ACCOMMODATE DR. KITCHENS
12   ACCORDINGLY ON A FUTURE TEST.
13                    SO I PUT THAT IN THERE.  OBVIOUSLY IT'S A
14   MORE FOR MS. MEW, BUT IF I FIND FOR DR. KITCHENS ON THE
15   ADA QUESTIONS, I MEAN, IN MY MIND, I AM LIKE, OKAY, TIME
16   FOR AN INJUNCTION.  BUT I WANT TO GIVE ME MS. MEW A
17   CHANCE TO TELL ME, WAIT, HOLD ON, THERE ARE SOME OTHER
18   THINGS YOU NEED TO THINK ABOUT, SO I JUST PUT THAT OUT
19   THERE.
20                    THEN QUESTION SIX AND SEVEN BOTH HAVE TO
21   DO WITH EXPUNGEMENT, OKAY.  AND FOR BOTH QUESTIONS SIX
22   AND SEVEN, THEY START OUT BY SAYING, ONLY IF YOU HAVE
23   SOMETHING FURTHER TO ADD TO YOUR PRETRIAL BRIEFING.  SO
24   IF YOUR PRETRIAL -- YOU DON'T HAVE TO REPEAT ANYTHING IN
25   THE PRETRIAL BRIEFING, I ALREADY HAVE IT.  IF YOU HAVE

1    SAID YOUR PIECE, FINE.  I AM NOT GOING TO HOLD IT

2    AGAINST YOU.  IF YOU SAID WHAT YOU ARE GOING TO SAY,

3    THAT'S WHAT I WILL GO ON.  BUT I WILL SAY ONLY IF YOU

4    HAVE SOMETHING FURTHER TO ADD TO YOUR PRETRIAL BRIEFING,

5    IS EXPUNGEMENT OF PAST TEST RESULTS A LEGALLY

6    PERMISSIBLE FORM OF RELIEF IN THIS MATTER?

7              SO YOU WILL BOTH BRIEF THIS TO ME.  I

8    WILL BE TOTALLY BLUNT HERE, THE INFORMATION THAT YOU

9    GAVE ME DID NOT ANSWER THE QUESTION.  AND SO BE IT,

10    SOMETIMES COURTS GET ASKED TOUGH QUESTIONS, AND I WILL

11    CONTINUE TO DO MY OWN RESEARCH AS WELL.  BUT IF YOU COME

12    UP WITH SOMETHING, PLEASE TELL ME IN THE MEANTIME.  SO I

13    WILL WORK ON THAT.

14              THEN QUESTION SEVEN IS GOING TO BE,

15    AGAIN, ONLY IF YOU HAVE SOMETHING FURTHER TO ADD.  IF

16    EXPUNGEMENT IS LEGALLY PERMISSIBLE, SHOULD EXPUNGEMENT

17    BE UNAVAILABLE TO DR. KITCHENS FOR ONE, EXAMS WHERE HE

18    DECLINED TO SEEK AN ACCOMMODATION; OR TWO, EXAMS WHERE

19    HE SOUGHT ACCOMMODATION, WAS DENIED BUT CHOSE TO TAKE

20    THE EXAM ANYWAY.

21              SO, AGAIN, I KNOW THIS WAS ADDRESSED

22    SOMEWHAT IN THE PRETRIAL BRIEFING, BUT I WANT TO GIVE

23    YOU BOTH A CHANCE TO ADD ANYTHING TO THAT ON THOSE

24    QUESTION, WHICH I THINK ARE IMPORTANT, IMPORTANT

25    QUESTIONS.

1            AND THEN QUESTION -- THAT'S GOING TO BE,

2     I THINK, WHERE THE QUESTIONS STOP.  AND IT RAISES IN MY

3     MIND, THINKING ABOUT THIS, I THINK, WELL, IF DR.

4     KITCHENS IS RIGHT ON THE ADA QUESTIONS AND EXPUNGEMENT

5     IS LEGALLY AVAILABLE AND APPROPRIATE HERE, THERE IS --

6     IN MY MIND, THERE IS A FURTHER QUESTION OF WHETHER IS

7     THAT INJUNCTION ORDER APPROPRIATE UNDER GENERAL

8     INJUNCTION LAW, OKAY, BECAUSE I THINK THAT WOULD BE LIKE

9     A MANDATORY INJUNCTION THAT GENERALLY SPEAKING YOU HAVE

10    TO CONSIDER FACTORS LIKE THE PUBLIC INTEREST, OR YOU

11    HAVE TO WEIGH THE EQUITIES AND SO FORTH, THE THINGS YOU

12    NEED TO DO IN GIVING AN INJUNCTION.

13            I AM NOT GOING TO ASK FOR BRIEFING ON

14    THAT, OKAY.  THE WAY I AM GOING TO DO IT IS IF WE GET

15    THROUGH THIS STAGE, LET'S SAY, AND SUPPOSE I FIND FOR

16    DR. KITCHENS ON THE ADA QUESTIONS, SUPPOSE I ORDER

17    ACCOMMODATIONS FOR A FUTURE TEST AND SUPPOSE I SAY, I

18    THINK EXPUNGEMENT COULD HAPPEN IN SOME FORM.  I AM

19    ACTUALLY GOING TO ORDER FURTHER BRIEFING ON THE FINAL

20    QUESTION OF WHAT SHOULD THAT INJUNCTION LOOK LIKE, AND

21    IS IT APPROPRIATE UNDER INJUNCTION LAW.

22            AND I DON'T WANT TO INCLUDE THAT HERE FOR

23    TWO REASONS.  ONE, IS IT WOULD BURN A LOT OF SPACE,

24    MAYBE, AND SWEEP IN A LOT OF QUESTIONS THAT I DON'T

25    THINK I WANT TO FOCUS ON RIGHT NOW; AND TWO IS, AS I

```
1    HAVE ALERTED YOU BOTH TO -- I REALLY -- I WOULD SAY

2    ALTHOUGH I HAVE NOT ANSWERED THE QUESTION IN MY MIND, I

3    AM PRETTY SKEPTICAL ABOUT EXPUNGEMENT.  AND SO I DON'T

4    WANT TO WAIST YOUR TIME ON THE DETAILS OF HOW

5    EXPUNGEMENT WOULD WORK AND WEATHER AN INJUNCTION SHOULD

6    ISSUE UNTIL I AM SATISFIED THAT IT CAN AND SHOULD IN

7    THIS CASE BECAUSE -- ON THE FACTS OF THE CASE.

8                    SO I AM GOING TO LEAVE THAT FOR THE

9    FUTURE.  I AM GOING TO PUT THIS IN THE ORDER, I AM

10   TRYING TO PHRASE IT NOW, BUT I DON'T NEED TO YOU BRIEF

11   THAT TYPE OF THING.

12                   OKAY.  ALL RIGHT, QUESTIONS?

13                   MS. MEW:  I HAD JUST A COUPLE OF

14   MINISTERIAL ONES.  FOR THE EXHIBIT LIST, I USUALLY JUST

15   DO MINE WHERE IT'S THE EXHIBIT NUMBER AND THE

16   DESCRIPTION THAT YOU REQUESTED.  AND THEN, YOU KNOW,

17   OFFERED, ADMITTED, NOT ADMITTED AND THE DATE.

18                   IS THAT SUFFICIENT INFORMATION?

19                   THE COURT:  SURE.  YOU MAY WANT TO

20   INDICATE -- WHETHER IT'S A SEPARATE COLUMN OR IN THE

21   DESCRIPTION, YOU MAY WANT TO INCLUDE SOMETHING THAT IS

22   MORE DEFINITIVE THAN A VERBAL DESCRIPTION.  MOST OF

23   THOSE DOCUMENTS HAD BATES NUMBERS OR DEPOSITION EXHIBIT

24   NUMBERS OR WHATEVER.  IF YOU HAVE A NUMBER YOU CAN PUT

25   ON IT, THAT MY HELP.
```

1              MS. MEW:  NO PROBLEM.  YES, YOUR HONOR,

2    NO PROBLEM.

3              AND THEN AFTER THE P.I. HEARING, YOU

4    ORDERED US TO ORDER THE TRANSCRIPT AND THEN YOU

5    DISCUSSED THE PARTIES SPLITTING THE COST.  WOULD THAT

6    ALSO BE THE CASE HERE?

7              THE COURT:  DR. KITCHENS, WHAT DO YOU

8    THINK ABOUT THAT?

9              DR. KITCHENS:  HOW MUCH IS THIS?

10             THE COURT:  WELL, SO, I THINK IN ORDER TO

11   MINIMIZE THE COST, YOU ARE NOT GOING TO WANT TO RUSH IT.

12   SO I AM ACTUALLY NOT SURE WHAT THE COURT'S TIMELINES

13   ARE.  I THINK I PUT THE SCHEDULE IN HERE TO WORK FOR A

14   NON RUSH TRANSCRIPT.

15             LYNN, DO YOU KNOW WHAT THE STANDARD

16   TIMELINE IS FOR A TRIAL TRANSCRIPT.

17             THE COURT REPORTER:  THE MOST AMOUNT OF

18   DAYS IS 30 DAYS.

19             THE COURT:  I WAS KIND OF THINKING 14.

20             SO THE ANSWER TO THE YOUR QUESTION, DR.

21   KITCHENS, YOU KNOW, THIS IS -- IT'S A HARD THING TO SAY,

22   AND I DO APPRECIATE THAT YOU ARE REPRESENTING YOURSELF,

23   AND I KNOW THERE IS A HARDSHIP FACTOR HERE, BUT IT WAS

24   ALSO -- THIS ENTIRE ENTERPRISES OF YOUR CHOOSING, AND I

25   THINK THERE IS A LIMIT -- AND I HAVE ASKED DEFENDANT TO

1   TAKE ON A LOT OF THE RESPONSIBILITIES IN THIS CASE FROM

2   TIME TO TIME, AND DO I THINK IT'S APPROPRIATE THAT YOU

3   SHARE HALF OF THE COST OF THE TRIAL TRANSCRIPT.

4                   HOWEVER, WHEN YOU -- I THINK I AM GOING

5   TO LEAVE THE DATES ON THE ORDER AS IS ON THE THINKING OF

6   A 14-DAY TRANSCRIPT.  IF WHEN YOU LOOK AT IT YOU DECIDE

7   -- BECAUSE THE TIME PRESSURE IS ALSO MORE ON YOUR SIDE,

8   DR. KITCHENS.

9                   SO IF YOU LOOK AT IT AND SAY I WANT TO DO

10  THE 30-DAY TRANSCRIPT, IT'S A SIGNIFICANT SAVINGS FOR

11  YOU, IT'S WORTH IT TO YOU AND YOU NEED THESE DATES

12  ADJUSTED, YOU CAN COME BACK TO ME AND I CAN PUSH ALL OF

13  THE DATES BACK TO MAKE THAT WORK, OKAY.

14                  DR. KITCHENS:  YOUR HONOR, BECAUSE I

15  REALLY DON'T KNOW HOW THIS PART HERE WORKS NOW, WHERE I

16  HAD BEEN -- SO IT'S CLEAR THAT -- IS IT CLEAR THAT I

17  NEED TO WAIT TO TAKE THOSE EXAMS UNTIL AFTER ALL OF

18  THIS, SO I SHOULD BE THINKING LIKE AUGUST TO TAKE THE --

19  AFTER YOU HAVE ALREADY MADE YOUR RULING ON IT?  BECAUSE

20  I AM TRYING TO FIGURE OUT HOW --

21                  THE COURT:  SO GOOD QUESTION.  THIS

22  BRIEFING WILL BE FINISHED ON AUGUST 3RD.  AND SOMETHING

23  OF THIS SIZE AND DIFFICULTY, I MEAN, EVEN IF WE HURRY

24  UP, IT'S SIX WEEKS, PROBABLY.  I CANNOT MAKE ANY

25  PROMISES, BUT EVEN IF WE HURRY UP, IT'S SIX WEEKS, BUT

1    IT COULD EASILY BE LONGER THAN THAT SO YOU SHOULD NOT BE

2    PLANNING TO TAKE THAT EXAM ANY EARLIER THAN, YOU KNOW,

3    MID-FALL, I WOULD THINK.

4                    DR. KITCHENS:  OKAY, NO PROBLEM.

5                    THE COURT:  THAT'S JUST THE NATURE OF

6    FEDERAL LITIGATION.

7                    DR. KITCHENS:  YES, SIR.  YES, JUDGE.

8                    MS. MEW:  ANOTHER MINISTERIAL QUESTION.

9    WE TALKED ABOUT THE EXHIBIT LIST.  FOR THE ACTUAL

10   EXHIBITS, SO YOU WILL JUST NEED A COMPLETE SET, YOUR

11   HONOR, OF WHAT WAS ADMITTED, CORRECT, SO WE JUST NEED TO

12   PUT THAT TOGETHER.  AND THEN DO YOU WANT THAT ON THE

13   DOCKET OR DO YOU JUST WANT THAT E-MAILED TO YOU.

14                   THE COURT:  ON THE DOCKET WOULD BE GOOD.

15   I THINK IT'S A HEALTHY THING TO FILE STUFF ON THE

16   DOCKET.

17                   MS. MEW:  I WILL FIGURE OUT SO THAT CLERK

18   -- I DO THINK THAT WITH DR. KITCHENS, WE SHOULD TAKE

19   AWAY -- THERE'S A FULL SET OF EXHIBITS OF NOT EVERYTHING

20   THAT WAS ADMITTED, SO TO JUST GET THAT OFF THE DOCKET.

21                   THE COURT:  SURE IF YOU WOULD LIKE THAT,

22   JUST LET ME KNOW.

23                   MS. MEW:  IS THAT SOMETHING THAT YOU

24   COULD DO WITHOUT US HAVING TO GO THROUGH -- IS THAT

25   SOMETHING THAT YOU COULD USE YOUR JUDGE MAGIC BEHIND THE

1  SCENES IF WE JUST TOLD WHAT YOU IT WAS.

2              THE COURT:  YES, ABSOLUTELY, BUT I DON'T

3  WANT DO IT IN FORM OF NOTE TAKING BECAUSE OF THE CHANCE

4  THAT I CONVEY IT WRONG.  SO IF YOU E-MAIL CHAMBERS WITH

5  WHAT YOU WOULD LIKE UP, WE CAN DO THAT.

6              MS. MEW:  THANK YOU, YOUR HONOR.

7              THE COURT:  YES.  THAT WAY IT'S IN

8  WRITING, AND I AM NOT GOING TO MESS IT UP.  OF IF I DO,

9  IF YOU SEND ME THE WRONG NUMBER, THEN THAT'S YOUR FAULT.

10             MS. MEW:  I KNOW.  I AM NOT GOING TO DO

11  IT TODAY, YOUR HONOR.  I WILL DO IT AFTER A GOOD NIGHT'S

12  SLEEP.

13             WHAT DO YOU THINK, DR. KITCHENS?

14             DR. KITCHENS:  I AGREE 110 PERCENT.

15             MS. MEW:  OKAY.

16             DR. KITCHENS:  I FEEL I HAVE LOST TEN

17  YEARS OFF MY LIFE IN THE PAST FOUR DAYS.

18             THE COURT:  AFTER THE LAST TRIAL I HAD IN

19  PRIVATE PRACTICE BEFORE TAKING THIS JOB, I TOLD EVERYONE

20  ON THE TRIAL TEAM, I SAID, I DON'T KNOW HOW MANY TIMES I

21  CAN DO THIS.  I THINK, I DON'T KNOW.

22             DR. KITCHENS:  THIS IS NOT FOR ME.

23             THE COURT:  I DON'T WANT TO BRAG, BUT

24  IT'S WAY EASIER TO BE HERE.

25             OKAY.  ANY OTHER QUESTIONS FOR NOW?

1                    MS. MEW:  NOT FOR NOW.  I AM SURE WE WILL

2          THINK OF SOME LATER, RIGHT, DR. KITCHENS?  BUT THIS

3          SOUNDS LIKE A LOT TO WORK WITH RIGHT NOW.

4                    DR. KITCHENS:  WE WILL MANAGE.

5                    THE COURT:  LET ME SAY BEFORE WE SHUT

6          DOWN THAT THIS WAS -- I KNEW FROM THE PRELIMINARY

7          INJUNCTION HEARING, I KNEW THAT THIS TRIAL WAS GOING TO

8          BE POSSIBLE.  GOING INTO THE P.I. HEARING, I DIDN'T KNOW

9          WHAT TO EXPECT BECAUSE I DON'T KNOW.

10                    DR. KITCHENS, I WILL PROBABLY -- HONESTLY

11          I WILL PROBABLY GO THROUGH MY WHOLE CAREER AND NEVER SEE

12          A PRO SE LITIGANT WHOSE ACT IS AS TOGETHER AS YOURS.

13          IT'S PROBABLY NEVER GOING TO HAPPEN.  SO BELIEVE ME,

14          IT'S NOT LIKE THIS AT ALL NORMALLY.  VERY, VERY

15          DIFFERENT WHEN YOU ARE WORKING WITH A PRO SE LITIGANT.

16          ALTHOUGH THERE'S A COUPLE OF FREQUENT FLYERS IN THIS

17          COURTROOM.  THERE ARE PRO SE LITIGANTS WHO ARE LAWYERS.

18          THAT'S PROBABLY ACTUALLY MAYBE THE WORST.

19                    SO ANYWAY, SO AFTER THE P.I. HEARING, I

20          WAS REASSURED THE TRIAL WAS GOING TO WORK THIS WAY, AND

21          IT DID.  SO IT'S A REAL CREDIT TO BOTH OF YOU, TO YOUR

22          PROFESSIONALISM AND THE ABILITY THAT YOU HAD TO WORK

23          TOGETHER, STAY ORGANIZED, STAY ON TRACK AND MAKE SURE

24          THAT ALL OF THE ISSUES GOT PRESENTED IN A REALLY FULL

25          AND FAIR WAY SO THAT YOU CAN GET THE DECISION THAT YOU

1    DESERVE FOR HAVING DONE ALL OF THAT HARD WORK, A

2    DECISION THAT IS BASED ON ALL OF THE INFORMATION THAT

3    OUGHT TO BE CONSIDERED.  SO I THINK THAT'S GREAT.  AND

4    YOU BOTH ARE TO BE COMMENDED FOR ALL OF THE HARD WORK

5    AND PROFESSIONALISM, SO THANK YOU.

6                    DR. KITCHENS:  THANK YOU, JUDGE.

7                    MS. MEW:  THANK YOU, YOUR HONOR.

8                    THE COURT:  ALL RIGHT.  ANY FURTHER

9    BUSINESS?

10                   DR. KITCHENS:  NO.

11                   MS. MEW:  NO.

12                   THE COURT:  EVERYONE, WE WILL GO BACK TO

13   OUR CORNERS, WE WILL DO OUR THINGS, AND YOU SEE THIS

14   ORDER FROM US HOPEFULLY TODAY, OKAY?

15                   DR. KITCHENS:  THANK YOU, YOUR HONOR.

16                   THANK YOU, MS. MEW.

17                   MS. MEW:  THANK YOU, DR. KITCHENS.

18                   THE COURT:  THANK YOU BOTH.  BE WELL.

19                   (COURT ADJOURNED.)

20                   I CERTIFY THAT THE FOREGOING IS A CORRECT

21   TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

22   ABOVE-ENTITLED MATTER.

23       6-7-23                        *Lynn Gligor*

24   DATE                      OFFICIAL COURT REPORTER

25                             LYNN GLIGOR, RMR

```
1                    I  N  D  E  X

2    WITNESS              DIRECT  CROSS  REDIRECT  RECROSS

3      DR. TIMOTHY ALLEN

4    BY MS. MEW              4      --      --        --

5    BY DR. KITCHENS        --      45      --        --

6      DR. DANIEL JURICH

7    BY MS. MEW             80      --    128, 133    --

8    BY DR. KITCHENS        --     110      --     129, 134

9    EXHIBITS                            PAGE

10   D 57                                 7
     PJX 25                              48
11   PJX 49                              65
     DJX 15                              86
12   DJX 16                              87
     DJX 17                              87
13   DJX 18                              88
     DJX 19                              90
14   DJX 20                              90
     DJX 21                              91
15   DJX 22                              91
     DJX 23                              92
16

17

18

19

20

21

22

23

24

25
```

## $

**$250** [1] - 138:10
**$4,000** [1] - 139:6

## '

**'20** [1] - 90:7
**'22** [1] - 76:4

## 1

**1** [47] - 15:22, 28:4, 82:13, 82:14, 82:22, 84:6, 84:7, 84:13, 85:25, 86:13, 86:16, 87:24, 90:8, 90:19, 91:5, 96:6, 96:16, 96:22, 97:7, 99:15, 99:22, 100:4, 102:1, 102:22, 104:5, 105:15, 107:24, 108:10, 109:1, 111:25, 112:1, 112:4, 114:1, 114:3, 115:3, 115:4, 115:12, 116:12, 116:16, 116:19, 120:3, 128:19, 128:23, 128:25, 129:5, 130:1, 142:11
**10** [5] - 3:7, 3:8, 27:13, 38:2, 67:3
**100** [5] - 21:13, 21:17, 22:15, 28:3, 44:25
**10:20** [1] - 35:18
**11** [1] - 28:10
**110** [2] - 162:14, 165:8
**110,000,000** [1] - 65:13
**1164** [1] - 38:3
**120** [1] - 105:17
**128** [1] - 165:7
**129** [1] - 165:8
**12:15** [3] - 79:18, 80:2, 102:19
**130** [1] - 66:12
**133** [1] - 165:7
**134** [1] - 165:8
**136** [1] - 125:13
**14** [4] - 117:24, 118:2, 128:10, 159:19
**14-DAY** [1] - 160:6
**14.2** [1] - 117:24
**1442** [1] - 117:17
**15** [15] - 3:8, 9:24, 30:1, 45:23, 58:5, 58:22, 69:24, 84:10, 84:16, 84:24, 86:22, 111:7, 117:14,
117:21, 165:11
**15-MINUTE** [1] - 84:15
**15TH** [3] - 149:19, 150:4, 150:13
**16** [3] - 87:8, 88:9, 165:12
**17** [3] - 88:9, 127:24, 165:12
**17,500** [1] - 151:4
**18** [6] - 1:8, 22:2, 22:8, 88:5, 88:10, 165:13
**19** [2] - 92:2, 165:13
**19106** [2] - 1:9, 1:20
**193** [1] - 125:18
**1994** [1] - 5:1
**1998** [1] - 5:2
**1999** [1] - 5:9
**1:00** [2] - 79:19, 102:24
**1ST** [2] - 147:12, 148:7

## 2

**2** [24] - 1:15, 51:1, 83:1, 83:2, 83:6, 84:18, 84:19, 87:2, 87:13, 91:16, 92:2, 92:7, 106:8, 106:10, 106:11, 106:12, 106:14, 106:17, 106:21, 107:5, 107:12, 108:14, 108:20, 112:1
**20** [8] - 12:16, 37:4, 56:20, 105:6, 109:5, 139:18, 143:2, 165:14
**200** [2] - 105:3, 139:12
**20005** [1] - 2:3
**2002** [1] - 5:2
**2003** [2] - 5:4, 5:21
**2011** [1] - 76:7
**2013** [6] - 28:10, 28:25, 29:4, 55:23, 56:9, 73:17
**2014** [3] - 8:3, 29:11, 73:18
**2016** [1] - 30:1
**2017** [2] - 25:13, 30:15
**2018** [4] - 24:14, 24:22, 26:22, 30:23
**2020** [4] - 22:12, 27:5, 27:13, 56:3
**2021** [1] - 69:13
**2022** [42] - 15:22, 16:19, 20:25, 22:1, 22:3, 22:10, 27:22, 30:16, 36:5, 36:11, 37:4, 86:14, 86:17, 87:2, 87:13, 87:24,
90:8, 90:19, 91:5, 91:16, 92:2, 92:7, 96:5, 96:15, 97:7, 99:15, 99:22, 100:4, 102:1, 104:5, 104:11, 105:15, 106:17, 106:20, 107:5, 107:12, 107:23, 108:10, 108:14, 108:20, 109:1, 128:10
**2023** [13] - 1:8, 31:17, 36:21, 36:25, 37:5, 38:2, 38:25, 39:1, 40:2, 96:11, 99:18, 104:8, 147:12
**20TH** [2] - 150:2, 150:14
**21** [2] - 104:18, 165:14
**21ST** [1] - 104:17
**22** [5] - 20:25, 36:5, 36:11, 90:7, 165:15
**22-3301** [1] - 1:5
**220** [1] - 125:8
**222** [1] - 76:17
**22ND** [2] - 32:20, 92:3
**23** [3] - 31:17, 108:23, 165:15
**24** [3] - 29:14, 40:2, 118:19
**24-HOUR** [1] - 86:5
**25** [10] - 24:14, 30:23, 48:25, 49:14, 90:8, 96:5, 96:15, 107:23, 151:7, 165:10
**25TH** [1] - 120:3
**26** [2] - 30:15, 38:25
**2609** [1] - 1:19
**27** [1] - 27:5
**28** [6] - 87:2, 91:16, 106:20, 107:5, 107:12, 108:13
**280** [2] - 84:7, 139:10
**29** [11] - 87:13, 87:24, 91:5, 92:7, 99:22, 104:5, 104:11, 105:15, 106:17, 108:20, 109:1
**29TH** [2] - 92:4

## 3

**3** [3] - 83:7, 83:9, 112:1
**3/24/2023** [1] - 72:4
**30** [8] - 49:14, 56:17, 57:24, 58:19, 58:23, 97:21, 98:2, 159:18
**30-DAY** [1] - 160:10
**30-MINUTE** [1] - 3:10
90:8, 90:19, 91:5, 91:16, 92:2, 92:7, 96:5, 96:15, 97:7, 99:15, 99:22, 100:4, 102:1, 104:5, 104:11, 105:15, 106:17, 106:20, 107:5, 107:12, 107:23, 108:10, 108:14, 108:20, 109:1, 128:10
**2023** [13] - 1:8, 31:17, 36:21, 36:25, 37:5, 38:2, 38:25, 39:1, 40:2, 96:11, 99:18, 104:8, 147:12
**20TH** [2] - 150:2, 150:14
**21** [2] - 104:18, 165:14
**21ST** [1] - 104:17
**22** [5] - 20:25, 36:5, 36:11, 90:7, 165:15
**22-3301** [1] - 1:5
**220** [1] - 125:8
**222** [1] - 76:17
**22ND** [2] - 32:20, 92:3
**23** [3] - 31:17, 108:23, 165:15
**24** [3] - 29:14, 40:2, 118:19
**24-HOUR** [1] - 86:5
**25** [10] - 24:14, 30:23, 48:25, 49:14, 90:8, 96:5, 96:15, 107:23, 151:7, 165:10
**25TH** [1] - 120:3
**26** [2] - 30:15, 38:25
**2609** [1] - 1:19
**27** [1] - 27:5
**28** [6] - 87:2, 91:16, 106:20, 107:5, 107:12, 108:13
**280** [2] - 84:7, 139:10
**29** [11] - 87:13, 87:24, 91:5, 92:7, 99:22, 104:5, 104:11, 105:15, 106:17, 108:20, 109:1
**29TH** [2] - 92:4

**318** [1] - 84:20
**32** [1] - 108:11
**320** [1] - 105:4
**35** [3] - 96:12, 96:14
**36** [2] - 96:12, 96:18
**3RD** [4] - 150:3, 150:5, 150:16, 160:22

## 4

**4** [2] - 1:12, 165:4
**40** [14] - 56:20, 56:24, 57:25, 58:20, 59:5, 84:8, 84:21, 84:22, 95:20, 97:21, 98:2, 104:18, 139:19, 142:11
**40475** [1] - 1:16
**41** [1] - 99:19
**41840** [1] - 25:21
**42** [5] - 106:7, 106:22, 107:4, 117:24, 118:2
**43** [1] - 107:1
**45** [4] - 84:10, 84:14, 84:23, 165:5
**47** [4] - 104:9, 119:7, 119:9, 119:10
**48** [2] - 104:14, 165:10
**49** [3] - 65:20, 104:24, 165:11

## 5

**5** [8] - 22:12, 28:25, 29:4, 36:21, 36:25, 37:5, 56:3, 125:19
**50** [5] - 45:24, 67:3, 104:25, 108:17, 151:4
**50/50** [1] - 3:17
**500** [1] - 45:23
**51** [2] - 104:25, 105:1
**57** [2] - 7:18, 165:10
**5TH** [2] - 36:23, 37:3

## 6

**6** [1] - 38:25
**60** [2] - 84:8, 95:20
**600** [1] - 2:3
**601** [1] - 1:19
**61** [1] - 39:2
**625** [1] - 1:15
**65** [1] - 165:11
**6TH** [2] - 150:1, 150:13

## 7

**7** [5] - 69:22, 96:11,

99:18, 104:8, 165:10
**70** [4] - 39:20, 127:2, 127:4, 127:22
**700-13TH** [1] - 2:3
**75** [1] - 67:4
**76** [1] - 67:3

## 8

**8** [1] - 29:11
**8,750** [1] - 151:7
**80** [2] - 139:10, 165:7
**856)649-4774** [1] - 1:20
**86** [1] - 165:11
**87** [2] - 165:12, 165:12
**88** [1] - 165:13
**8:50** [2] - 3:7, 3:10

## 9

**9** [9] - 3:7, 22:11, 86:13, 86:17, 90:19, 99:15, 100:4, 102:1, 108:9
**90** [7] - 95:21, 95:25, 96:3, 124:25, 125:1, 165:13, 165:14
**90.9** [1] - 17:17
**91** [2] - 165:14, 165:15
**92** [1] - 165:15
**9:00** [1] - 3:8
**9:20** [2] - 3:9, 3:10

## A

**A-L-L-E-N** [1] - 4:18
**A-PRIME** [1] - 70:8
**ABILITY** [11] - 15:3, 16:8, 18:8, 19:11, 25:4, 41:5, 65:5, 65:9, 147:25, 153:20, 163:22
**ABLE** [13] - 55:10, 59:4, 64:8, 85:3, 105:3, 107:8, 111:8, 117:20, 119:16, 124:15, 134:22, 139:2, 143:13
**ABOUT** [99] - 3:7, 6:24, 7:1, 8:10, 9:3, 16:6, 18:10, 18:23, 18:25, 19:3, 19:23, 20:19, 21:6, 21:9, 21:16, 21:24, 22:5, 24:11, 25:1, 26:12, 26:14, 29:5, 29:19, 30:3, 30:8, 31:1, 31:23, 32:14, 32:18, 33:7, 33:24, 35:5,

35:25, 38:12, 38:15, 39:5, 40:11, 42:24, 43:4, 44:11, 46:6, 53:10, 59:10, 62:13, 62:19, 66:20, 67:5, 68:25, 70:20, 70:21, 72:5, 72:8, 72:10, 74:25, 76:2, 77:16, 78:8, 81:7, 84:21, 85:3, 85:12, 86:6, 96:6, 96:15, 99:16, 104:6, 106:1, 106:10, 106:11, 110:22, 111:14, 116:6, 121:14, 121:23, 124:13, 124:25, 125:22, 136:21, 140:11, 142:16, 143:7, 143:20, 143:25, 146:1, 146:4, 146:10, 146:11, 147:4, 147:20, 149:23, 150:10, 150:19, 155:18, 157:3, 158:3, 159:8, 161:9

**ABOVE** [4] - 85:24, 104:19, 115:3, 164:22

**ABOVE-ENTITLED** [1] - 164:22

**ABSOLUTELY** [5] - 7:24, 9:16, 18:6, 73:12, 162:2

**ABSORBED** [1] - 57:12

**ABUOT** [1] - 56:22

**ABUSE** [1] - 73:24

**ACADEMIC** [6] - 16:7, 16:13, 21:18, 41:6, 73:3, 73:7

**ACADEMICALLY** [1] - 34:3

**ACCEPTED** [1] - 10:21

**ACCEPTING** [1] - 38:14

**ACCESS** [6] - 28:3, 45:1, 64:7, 64:9, 64:12, 72:23

**ACCOMMODATE** [1] - 155:11

**ACCOMMODATION** [17] - 10:9, 10:17, 19:25, 21:14, 21:17, 21:19, 22:16, 30:16, 78:23, 127:5, 127:8, 154:19, 154:25, 155:2, 156:18,

156:19

**ACCOMMODATIONS** [12] - 9:20, 10:2, 10:3, 15:21, 15:24, 16:18, 27:22, 39:18, 43:8, 126:15, 131:23, 157:17

**ACCOMPLISH** [1] - 131:17

**ACCORDING** [4] - 56:5, 70:4, 73:2, 122:23

**ACCORDINGLY** [2] - 107:7, 155:12

**ACCOUNT** [1] - 60:9

**ACCOUNTS** [1] - 65:12

**ACCURATE** [1] - 124:4

**ACHENBACH** [7] - 66:15, 66:19, 67:13, 68:19, 68:20, 68:21, 68:23

**ACKNOWLEDGE** [1] - 68:8

**ACKNOWLEDGED** [1] - 66:23

**ACKNOWLEDGING** [1] - 26:3

**ACQUIRED** [1] - 37:24

**ACRONYM** [1] - 111:17

**ACROSS** [2] - 95:25, 96:2

**ACT** [2] - 12:6, 163:12

**ACTING** [1] - 56:19

**ACTION** [2] - 75:5, 84:1

**ACTIVE** [1] - 24:25

**ACTIVITIES** [3] - 40:22, 62:13, 153:21

**ACTIVITY** [2] - 27:24, 44:20

**ACTUAL** [11] - 16:3, 21:10, 26:19, 40:15, 62:15, 85:23, 124:17, 130:17, 138:13, 140:9, 161:9

**ACTUALLY** [18] - 25:12, 30:25, 31:3, 32:22, 36:7, 50:2, 57:18, 72:6, 74:4, 75:12, 118:24, 132:17, 135:3, 143:16, 149:8, 157:19, 159:12, 163:18

**ADA** [7] - 10:9, 10:15, 10:17, 155:9, 155:15, 157:4,

157:16

**ADAPTIVE** [1] - 11:4

**ADD** [10] - 65:17, 109:25, 110:1, 136:8, 136:10, 143:23, 155:23, 156:4, 156:15, 156:23

**ADDED** [1] - 5:15

**ADDEND** [3] - 37:14, 37:19, 37:20

**ADDENDED** [1] - 37:7

**ADDENDUM** [5] - 36:18, 36:21, 37:1, 37:4, 37:11

**ADDERALL** [28] - 24:4, 26:2, 26:15, 33:20, 38:18, 54:8, 56:12, 56:16, 57:14, 57:15, 57:24, 58:19, 59:13, 73:21, 73:24, 74:3, 74:6, 74:15, 74:16, 74:22, 75:5, 76:24, 77:5, 77:8, 77:11, 77:14, 77:23, 78:3

**ADDING** [1] - 132:18

**ADDITION** [1] - 126:13

**ADDITIONAL** [11] - 19:4, 28:6, 37:17, 37:23, 84:20, 126:2, 126:13, 131:1, 131:11, 151:22, 152:1

**ADDRESS** [8] - 56:2, 136:14, 136:20, 137:10, 141:23, 153:4, 153:6, 153:9

**ADDRESSED** [1] - 156:21

**ADDRESSING** [2] - 22:20, 48:5

**ADDS** [2] - 122:22, 131:13

**ADEQUATELY** [2] - 39:11, 71:3

**ADHD** [62] - 8:16, 8:17, 8:21, 9:2, 9:15, 10:6, 10:7, 17:17, 17:19, 22:19, 22:22, 24:6, 24:22, 24:23, 25:16, 25:21, 25:23, 26:4, 33:25, 34:1, 34:4, 34:12, 34:15, 38:17, 39:11, 41:11, 41:13, 44:12, 49:8, 49:12, 49:17, 49:22, 51:1, 51:10, 51:18, 52:16, 52:23, 53:13, 53:15, 54:16, 56:6,

56:9, 58:2, 58:21, 61:4, 61:12, 61:18, 69:17, 69:22, 69:25, 71:3, 73:13, 73:17, 74:3, 74:6, 74:15, 74:23, 76:24, 77:12, 140:22, 140:23, 141:1

**ADJOURNED** [1] - 164:19

**ADJUSTED** [1] - 160:12

**ADJUSTING** [1] - 127:8

**ADMINISTER** [3] - 50:7, 50:18, 50:19

**ADMINISTERED** [5] - 50:21, 50:24, 94:22, 95:1, 120:24

**ADMINISTRATION** [8] - 81:18, 85:14, 94:25, 96:6, 96:22, 109:4, 114:3, 127:7

**ADMIT** [11] - 7:15, 48:24, 86:18, 87:4, 87:15, 88:1, 90:10, 90:21, 91:7, 91:18, 92:9

**ADMITTED** [31] - 7:17, 7:18, 48:25, 65:19, 65:20, 85:2, 85:5, 86:21, 86:22, 87:7, 87:8, 87:18, 87:19, 88:4, 88:5, 90:13, 90:14, 90:24, 90:25, 91:10, 91:11, 91:21, 91:22, 92:12, 92:13, 147:6, 147:21, 158:17, 161:11, 161:20

**ADOPT** [2] - 151:10, 151:16

**ADOPTED** [1] - 13:10

**ADRENALIN** [1] - 140:18

**ADULTS** [3] - 57:19, 65:10, 77:18

**ADVANTAGE** [3] - 131:12, 135:5, 135:8

**ADVANTAGED** [1] - 133:22

**ADVERSE** [1] - 77:23

**AFFECT** [5] - 18:15, 29:22, 30:9, 57:12, 77:23

**AFFECTS** [1] - 130:16

**AFFIRMATIVE** [5] - 16:24, 28:17, 35:22, 93:9, 103:5

**AFRICAN** [2] - 51:25,

63:10

**AFTER** [19] - 31:17, 37:12, 82:16, 82:17, 82:21, 82:23, 83:3, 86:10, 105:4, 129:8, 134:11, 138:15, 151:1, 159:3, 160:17, 160:19, 162:11, 162:18, 163:19

**AFTERNOON** [1] - 110:13

**AGAIN** [50] - 13:17, 13:23, 14:7, 14:16, 17:1, 17:3, 17:13, 20:5, 20:22, 21:25, 23:12, 24:10, 24:24, 25:10, 25:20, 30:9, 31:7, 31:10, 32:10, 33:16, 35:6, 41:2, 41:11, 41:16, 48:12, 50:18, 67:18, 68:9, 74:24, 92:5, 94:16, 96:5, 99:16, 99:21, 99:23, 104:9, 106:16, 106:21, 107:3, 122:16, 124:9, 127:23, 133:14, 136:16, 136:20, 142:20, 142:22, 148:7, 156:15, 156:21

**AGAINST** [3] - 141:8, 141:10, 156:2

**AGENCIES** [1] - 9:23

**AGENCY** [1] - 5:23

**AGO** [1] - 22:8

**AGREE** [11] - 49:3, 57:23, 58:18, 61:2, 61:10, 71:15, 89:15, 119:15, 147:5, 147:23, 162:14

**AGREED** [1] - 147:9

**AGREEMENT** [1] - 90:6

**AHEAD** [10] - 48:10, 110:9, 113:3, 113:6, 114:15, 114:16, 116:21, 123:8, 137:7, 152:4

**AIDED** [1] - 1:22

**ALERT** [3] - 13:13, 14:1, 14:3

**ALERTED** [1] - 158:1

**ALERTS** [1] - 14:5

**ALIGNING** [1] - 83:18

**ALL** [112] - 3:10, 3:22, 4:2, 7:1, 8:6, 8:7, 11:3, 12:12, 13:2, 13:10, 16:1, 19:6,

20:9, 20:13, 20:23,
21:1, 22:7, 24:1,
27:20, 30:20, 34:2,
34:7, 35:15, 35:18,
40:25, 41:1, 42:20,
44:15, 45:5, 45:8,
45:16, 47:3, 50:1,
52:7, 53:6, 57:13,
57:16, 57:21, 58:16,
68:10, 68:11, 68:19,
78:13, 79:14, 80:5,
84:2, 84:4, 85:2,
89:7, 90:1, 90:5,
96:2, 96:19, 102:16,
102:22, 102:25,
103:2, 104:17,
106:13, 108:8,
108:15, 108:21,
109:2, 109:9,
109:12, 110:6,
112:22, 116:22,
117:4, 117:7, 118:5,
118:7, 119:16,
121:7, 127:21,
129:16, 129:21,
132:23, 133:7,
135:19, 136:1,
137:3, 138:7, 140:6,
141:3, 141:12,
141:23, 142:10,
142:11, 142:23,
143:2, 143:11,
144:9, 144:17,
146:4, 146:19,
148:1, 148:22,
149:22, 150:9,
151:22, 154:2,
158:12, 160:12,
160:17, 163:14,
163:24, 164:1,
164:2, 164:4, 164:8
**ALLEN** [43] - 4:6, 4:7,
4:12, 4:13, 4:17,
4:21, 7:12, 7:22,
10:6, 10:23, 15:20,
35:12, 36:5, 39:4,
45:11, 45:17, 46:15,
47:9, 48:13, 48:20,
49:3, 52:9, 56:14,
61:4, 62:17, 63:1,
63:11, 65:15, 66:1,
70:13, 71:19, 72:15,
75:23, 76:22, 77:15,
77:22, 78:9, 78:22,
79:11, 110:13,
110:16, 111:13,
165:3
**ALLEN'S** [1] - 62:10
**ALLEVIATE** [1] - 12:9
**ALLOTTED** [13] -
84:15, 86:1, 86:2,

93:24, 94:2, 94:4,
94:13, 117:19,
117:23, 124:24,
125:23, 130:17
**ALLOW** [2] - 136:11,
136:24
**ALLOWED** [3] - 58:1,
93:25, 134:19
**ALLOWING** [1] -
126:21
**ALLOWS** [2] - 127:6,
127:10
**ALMOST** [10] - 8:20,
8:22, 9:9, 13:10,
17:23, 21:21, 22:2,
46:12, 59:15, 69:22
**ALONE** [1] - 21:17
**ALONG** [5] - 5:12,
84:24, 124:17,
132:12, 138:14
**ALREADY** [10] -
19:20, 39:7, 78:21,
83:17, 85:4, 146:25,
148:3, 155:25,
160:19
**ALSO** [53] - 5:9, 6:3,
6:13, 6:20, 6:25,
8:15, 9:13, 9:19,
11:11, 19:25, 25:9,
32:8, 41:10, 44:12,
47:21, 55:2, 57:12,
59:1, 70:4, 73:20,
75:1, 75:2, 75:13,
83:20, 83:23, 84:9,
85:24, 97:24, 98:2,
98:11, 105:25,
112:15, 120:19,
121:1, 124:5,
124:17, 132:4,
134:1, 139:3,
139:13, 139:24,
140:1, 142:7,
143:12, 143:13,
146:22, 149:20,
151:14, 152:23,
154:8, 159:6,
159:24, 160:7
**ALTER** [7] - 126:3,
126:5, 126:16,
126:24, 127:4,
127:13, 127:17
**ALTERATION** [1] -
37:8
**ALTERATIONS** [1] -
22:7
**ALTERS** [1] - 127:16
**ALTHOUGH** [3] -
151:23, 158:2,
163:16
**ALWAYS** [6] - 6:23,

9:9, 42:1, 44:15,
111:17, 144:4
**AM** [113] - 5:8, 5:13,
5:19, 7:2, 7:3, 8:18,
9:8, 9:16, 16:1, 16:2,
16:3, 16:5, 16:12,
16:16, 17:24, 20:15,
22:3, 24:12, 33:11,
37:16, 40:24, 41:25,
44:14, 44:15, 45:7,
45:12, 45:13, 46:12,
47:11, 47:15, 48:4,
48:23, 49:11, 50:7,
51:2, 51:17, 52:6,
54:1, 54:3, 54:5,
56:17, 56:21, 59:12,
66:14, 68:18, 72:10,
75:23, 75:25, 78:24,
81:2, 82:4, 86:12,
89:22, 103:9,
103:11, 106:18,
107:6, 109:11,
110:14, 111:13,
111:22, 112:6,
112:24, 113:11,
116:3, 121:13,
123:4, 126:6, 126:7,
126:17, 128:10,
130:8, 130:21,
131:1, 131:4,
131:24, 135:7,
138:2, 140:3, 142:3,
142:6, 144:23,
145:25, 149:6,
149:8, 149:10,
149:12, 150:6,
152:5, 152:9,
152:10, 152:11,
152:25, 153:1,
153:13, 153:16,
154:21, 155:15,
156:1, 157:13,
157:14, 157:18,
158:3, 158:6, 158:8,
158:9, 159:12,
160:4, 160:20,
162:8, 162:10, 163:1
**AMENABLE** [1] - 15:5
**AMERICAN** [5] - 5:13,
51:25, 63:10, 111:5,
111:6
**AMERICAN-BASED**
[1] - 111:6
**AMONG** [2] - 142:2,
147:23
**AMOUNT** [19] - 21:4,
56:25, 58:19, 68:7,
95:9, 95:21, 97:14,
97:22, 98:10,
100:16, 101:21,

107:20, 117:13,
121:2, 131:9, 132:4,
141:24, 149:19,
159:17
**AMPHETAMINE** [2] -
24:3, 24:5
**AN** [96] - 3:14, 9:20,
10:6, 10:15, 11:4,
12:17, 13:18, 14:23,
18:5, 20:3, 21:19,
22:12, 23:4, 24:25,
31:12, 32:1, 34:11,
36:14, 36:17, 36:18,
37:4, 37:8, 37:11,
40:14, 41:5, 41:21,
44:12, 49:22, 49:23,
55:17, 58:25, 59:1,
61:2, 61:24, 64:9,
68:7, 69:12, 69:25,
72:2, 72:8, 72:23,
73:8, 81:18, 84:8,
84:11, 84:19, 84:22,
85:12, 88:11, 89:1,
92:18, 93:16, 93:20,
93:25, 94:6, 95:16,
95:18, 95:19, 95:25,
96:3, 109:23, 111:4,
111:9, 112:7,
116:11, 117:5,
122:14, 122:16,
128:18, 129:2,
129:24, 130:16,
130:22, 131:12,
132:12, 132:15,
132:20, 133:19,
135:1, 135:11,
138:1, 138:23,
139:7, 139:11,
139:16, 140:3,
146:5, 147:15,
148:12, 154:5,
155:10, 155:16,
156:18, 157:12,
158:5
**ANA** [1] - 65:13
**ANALOGOUS** [1] -
50:8
**ANALYSIS** [3] - 67:2,
69:20, 154:2
**ANCESTORS** [1] -
11:7
**AND** [703] - 3:16, 3:18,
3:19, 4:3, 4:16, 5:3,
5:10, 5:13, 5:14,
5:15, 5:22, 5:24, 6:1,
6:3, 6:9, 6:16, 6:18,
6:23, 7:5, 7:8, 7:12,
8:2, 8:5, 8:6, 8:11,
8:12, 8:16, 8:23, 9:3,
9:11, 9:13, 9:14,

9:18, 10:1, 10:6,
10:7, 10:9, 10:16,
11:13, 11:17, 11:18,
11:19, 11:22, 12:5,
12:6, 12:7, 12:10,
12:13, 12:20, 12:21,
13:1, 13:8, 13:9,
13:12, 13:16, 13:22,
13:24, 14:2, 14:5,
14:11, 14:14, 14:16,
15:1, 15:7, 15:17,
16:9, 16:19, 17:1,
17:3, 17:9, 17:11,
18:7, 18:13, 18:18,
18:25, 19:3, 19:5,
19:9, 19:13, 19:23,
20:4, 20:8, 20:13,
20:17, 20:22, 21:9,
21:10, 21:11, 21:21,
21:22, 22:6, 22:7,
22:18, 22:21, 23:8,
23:13, 23:14, 23:18,
23:24, 24:6, 24:7,
24:8, 24:12, 24:15,
24:16, 25:3, 25:4,
25:5, 25:6, 25:8,
25:11, 25:22, 26:3,
26:8, 26:9, 26:10,
26:22, 27:5, 27:11,
27:12, 28:7, 28:12,
29:8, 29:13, 29:17,
29:22, 30:7, 30:9,
30:11, 30:22, 31:7,
31:11, 31:15, 31:25,
32:3, 32:5, 32:7,
32:21, 33:5, 33:13,
33:18, 34:3, 34:6,
34:8, 34:12, 34:22,
35:7, 35:9, 35:10,
35:17, 36:1, 36:7,
36:12, 36:14, 36:16,
36:18, 37:4, 37:13,
37:17, 38:1, 38:3,
38:9, 38:14, 38:17,
38:18, 39:1, 39:10,
39:20, 40:4, 40:8,
40:22, 40:25, 41:12,
41:24, 42:11, 42:20,
42:24, 43:1, 43:10,
43:11, 43:17, 44:7,
44:10, 44:16, 44:24,
45:24, 46:3, 46:5,
46:19, 46:25, 47:1,
48:3, 48:9, 48:20,
49:4, 49:15, 49:24,
50:5, 50:9, 50:12,
50:19, 50:21, 50:25,
51:4, 51:12, 51:14,
51:20, 51:23, 52:4,
52:7, 52:16, 52:18,
53:6, 54:5, 54:8,

54:10, 54:11, 54:12, 54:15, 54:18, 54:23, 55:7, 55:15, 55:16, 55:19, 55:22, 55:24, 56:8, 56:14, 56:24, 59:10, 59:16, 59:18, 60:12, 60:24, 61:16, 61:25, 62:4, 62:7, 62:9, 62:12, 62:14, 62:18, 62:19, 62:23, 63:1, 63:10, 63:15, 63:17, 63:25, 64:1, 64:5, 64:10, 64:13, 64:15, 64:17, 64:20, 64:24, 65:1, 65:2, 65:3, 65:9, 65:10, 65:24, 65:25, 66:9, 66:12, 66:18, 66:21, 66:24, 66:25, 67:3, 67:4, 67:8, 67:9, 68:1, 68:4, 68:8, 68:9, 68:11, 68:13, 69:6, 69:14, 69:17, 69:18, 69:19, 69:23, 70:4, 70:9, 70:16, 70:20, 70:24, 71:19, 71:22, 71:23, 72:7, 72:11, 73:2, 73:13, 73:17, 73:20, 73:23, 73:24, 74:3, 74:9, 74:10, 74:11, 74:17, 74:19, 74:21, 75:1, 75:4, 75:5, 75:12, 75:19, 76:5, 76:8, 76:11, 76:18, 76:20, 77:14, 77:22, 78:7, 79:25, 80:1, 80:19, 81:8, 81:12, 81:17, 81:18, 81:22, 81:23, 82:2, 82:5, 82:20, 82:25, 83:7, 83:11, 83:18, 83:20, 83:23, 84:9, 84:10, 84:15, 84:23, 85:2, 85:3, 85:15, 85:21, 85:23, 86:2, 86:3, 86:6, 86:25, 87:4, 88:10, 88:14, 88:16, 88:20, 89:3, 89:5, 89:11, 90:6, 90:17, 91:25, 92:16, 92:17, 92:21, 93:3, 93:17, 93:20, 94:2, 94:7, 94:10, 94:11, 94:23, 95:2, 95:3, 95:6, 95:8, 95:11, 95:13, 95:15, 95:20, 95:22, 96:4, 96:5, 96:11, 96:12, 96:17, 96:22, 97:11, 97:13, 97:16, 97:19, 97:23, 98:1, 98:6,

98:10, 98:11, 98:19, 98:23, 99:2, 99:4, 99:8, 99:13, 99:15, 99:21, 99:24, 100:6, 100:13, 100:17, 100:25, 101:14, 101:17, 101:22, 102:4, 102:10, 102:12, 102:21, 103:6, 103:19, 104:5, 104:11, 104:13, 104:17, 104:24, 104:25, 105:1, 105:21, 106:13, 106:23, 107:5, 107:6, 107:8, 107:13, 107:17, 107:18, 108:3, 108:25, 109:13, 109:23, 109:24, 110:3, 110:19, 110:24, 111:3, 113:17, 113:19, 113:20, 114:7, 114:25, 115:16, 115:21, 116:20, 116:23, 117:8, 117:12, 117:14, 117:22, 117:24, 118:2, 118:5, 118:6, 118:15, 118:21, 118:24, 118:25, 119:3, 119:4, 119:7, 119:12, 119:19, 119:23, 119:25, 120:2, 120:5, 120:11, 120:20, 121:6, 122:6, 122:7, 122:15, 122:18, 123:1, 123:19, 124:1, 124:4, 124:6, 124:16, 124:19, 124:24, 125:9, 125:22, 125:23, 127:3, 127:6, 127:12, 128:10, 128:11, 128:20, 128:24, 129:8, 130:8, 130:9, 131:8, 131:12, 131:13, 131:14, 131:24, 132:3, 132:4, 132:13, 132:15, 132:19, 132:20, 133:14, 134:1, 134:17, 134:20, 134:21, 134:22, 135:2, 135:11, 135:12, 135:23, 136:14, 136:15, 136:17, 136:22,

136:24, 137:10, 138:2, 138:4, 138:11, 138:13, 138:17, 138:20, 139:4, 139:12, 139:14, 139:21, 139:24, 139:25, 140:1, 140:4, 140:5, 140:6, 140:15, 140:16, 140:18, 140:20, 140:22, 140:24, 140:25, 141:1, 141:2, 141:5, 141:17, 141:25, 142:1, 142:2, 142:4, 142:10, 142:12, 142:13, 142:14, 142:24, 143:2, 143:4, 143:11, 143:12, 143:17, 143:25, 144:1, 144:11, 144:13, 145:6, 145:18, 145:19, 145:23, 146:4, 146:5, 146:10, 146:12, 146:16, 146:19, 146:20, 146:22, 147:5, 147:8, 147:14, 147:15, 147:19, 148:1, 148:4, 148:5, 148:6, 148:19, 148:23, 148:24, 149:17, 149:18, 149:19, 149:20, 149:21, 149:22, 149:25, 150:2, 150:13, 150:15, 150:20, 151:1, 151:6, 151:8, 151:13, 151:14, 151:18, 151:19, 151:21, 152:14, 152:16, 152:18, 152:23, 153:4, 153:11, 153:16, 154:6, 154:7, 154:8, 155:4, 155:8, 155:20, 155:21, 155:22, 156:9, 156:10, 157:1, 157:2, 157:4, 157:5, 157:11, 157:15, 157:17, 157:20, 157:22, 157:24, 157:25, 158:3, 158:5, 158:6, 158:15, 158:16, 158:17, 159:3, 159:4, 159:22, 159:23, 159:24,

159:25, 160:2, 160:9, 160:11, 160:12, 160:22, 160:23, 161:12, 162:8, 163:11, 163:20, 163:22, 163:23, 163:25, 164:3, 164:5, 164:13
**AND/OR** [1] – 66:22
**ANHEDONIA** [1] – 40:21
**ANOTHER** [10] – 17:18, 50:6, 88:20, 102:18, 104:7, 124:6, 124:15, 144:1, 147:16, 161:8
**ANSWER** [47] – 13:15, 53:20, 73:10, 77:2, 102:12, 104:20, 105:20, 105:22, 109:23, 110:5, 119:16, 119:20, 120:8, 120:17, 121:10, 121:15, 122:11, 122:25, 123:6, 124:6, 124:7, 124:11, 124:15, 125:6, 131:5, 132:3, 132:13, 135:2, 135:15, 136:18, 138:19, 138:23, 138:24, 139:2, 140:15, 141:9, 142:25, 143:1, 143:6, 143:18, 144:8, 154:13, 154:18, 154:20, 154:24, 156:9, 159:20
**ANSWERED** [4] – 82:11, 132:7, 142:13, 158:2
**ANSWERING** [5] – 66:20, 96:21, 116:3, 131:17, 143:21
**ANSWERS** [14] – 89:18, 105:4, 105:6, 105:17, 129:8, 132:3, 132:4, 132:5, 139:3, 141:7, 141:17, 142:21, 155:5, 155:7
**ANTICIPATED** [1] – 62:16
**ANTIDEPRESSANTS** [2] – 13:1, 23:21
**ANXIETY** [102] – 7:23, 8:8, 8:11, 8:19, 8:23, 9:1, 9:14, 10:6, 10:7, 10:24, 10:25, 11:2,

11:9, 11:10, 11:11, 11:21, 11:25, 12:10, 13:1, 13:3, 13:21, 14:9, 14:15, 14:21, 15:10, 15:16, 17:2, 17:6, 17:9, 17:11, 17:14, 18:15, 18:23, 18:24, 18:25, 19:3, 19:5, 19:7, 19:15, 20:1, 20:4, 20:5, 20:7, 20:9, 21:3, 21:9, 22:4, 22:9, 23:5, 23:6, 23:12, 25:9, 26:6, 28:8, 28:20, 29:1, 29:6, 29:17, 29:19, 30:3, 30:8, 30:10, 30:12, 30:19, 30:21, 31:1, 31:6, 31:10, 31:25, 32:2, 32:5, 33:1, 33:9, 33:14, 33:17, 38:7, 38:17, 39:6, 39:23, 39:24, 40:6, 40:12, 40:18, 40:25, 41:13, 41:17, 44:12, 62:2, 62:11, 62:12, 62:14, 62:20, 62:22, 63:8, 63:18, 64:18, 65:6, 65:8, 65:12, 141:1
**ANXIETY-TYPE** [1] – 11:25
**ANXIOUS** [3] – 11:5, 32:5, 35:7
**ANY** [58] – 3:23, 5:11, 21:17, 22:18, 25:10, 26:12, 26:24, 27:24, 31:5, 32:17, 39:23, 40:15, 41:4, 41:21, 44:20, 45:3, 63:9, 67:9, 69:9, 70:1, 78:25, 82:17, 84:12, 84:15, 86:6, 99:2, 105:22, 107:14, 107:25, 109:7, 121:10, 121:14, 126:20, 129:4, 129:14, 130:23, 133:1, 135:14, 137:4, 137:9, 139:2, 141:6, 144:20, 145:13, 147:6, 147:9, 147:20, 148:4, 148:9, 151:24, 154:25, 155:10, 160:24, 161:2, 162:25, 164:8
**ANYONE** [3] – 42:17, 129:2, 150:10
**ANYTHING** [28] – 21:9,

21:16, 24:11, 26:25,
28:19, 28:24, 29:1,
29:5, 29:18, 29:19,
30:3, 30:8, 30:11,
30:18, 32:14, 79:6,
106:1, 133:4, 136:3,
136:8, 136:11,
136:16, 143:23,
145:3, 151:23,
155:24, 156:23
**ANYTIME** [1] - 130:20
**ANYWAY** [5] - 5:6,
126:25, 146:7,
156:20, 163:19
**APOLOGIES** [1] -
106:19
**APOLOGIZE** [3] -
106:23, 112:16,
126:17
**APPALACHIA** [1] -
51:13
**APPEAR** [3] - 97:14,
100:4, 100:9
**APPEARANCES** [2] -
1:13, 2:1
**APPEARS** [1] - 98:12
**APPETITE** [1] - 77:17
**APPLICANT** [1] - 18:9
**APPLICANT'S** [1] -
111:9
**APPLICANTS** [1] -
27:19
**APPLICATION** [2] -
51:17, 81:16
**APPLICATIONS** [1] -
20:11
**APPLIES** [1] - 17:5
**APPLYING** [2] - 47:19,
111:9
**APPRECIATE** [4] -
112:10, 137:2,
143:21, 159:22
**APPREHENSIVE** [1] -
62:12
**APPROACH** [1] -
96:24
**APPROPRIATE** [9] -
29:22, 30:9, 109:23,
127:5, 147:9, 157:5,
157:7, 157:21, 160:2
**APPROXIMATELY** [5]
- 82:6, 84:20, 84:22,
105:3, 105:17
**APRIL** [1] - 20:25
**ARE** [229] - 3:6, 5:7,
5:18, 6:22, 7:4, 7:5,
7:22, 8:9, 8:10, 8:12,
8:15, 8:25, 9:9, 9:13,
9:19, 10:11, 11:17,
12:6, 12:8, 12:15,

12:17, 15:14, 15:25,
16:6, 16:14, 17:6,
17:7, 17:22, 18:13,
18:14, 18:17, 18:23,
18:24, 19:8, 19:25,
20:1, 20:10, 24:6,
25:11, 26:18, 27:4,
28:8, 30:25, 33:17,
33:19, 34:2, 34:24,
35:20, 37:21, 38:18,
38:22, 39:11, 40:24,
41:2, 41:3, 41:15,
41:21, 42:6, 42:8,
42:10, 42:16, 42:24,
42:25, 43:1, 44:16,
45:6, 45:11, 45:13,
46:22, 47:4, 47:9,
49:15, 50:1, 50:15,
51:12, 51:23, 52:6,
53:22, 53:23, 54:9,
55:3, 55:8, 56:24,
57:8, 57:12, 57:13,
57:20, 57:21, 59:22,
59:25, 61:16, 61:18,
63:1, 63:11, 64:8,
64:11, 65:11, 66:14,
66:20, 66:22, 67:2,
67:4, 68:6, 68:11,
68:23, 70:5, 70:21,
71:3, 72:6, 72:16,
72:24, 72:25, 74:18,
75:1, 75:13, 75:23,
77:3, 77:14, 78:22,
79:4, 80:6, 81:24,
82:2, 82:6, 83:5,
83:24, 84:2, 85:23,
88:8, 88:10, 88:16,
92:17, 94:14, 95:1,
95:16, 95:20, 96:15,
103:3, 103:8,
103:25, 106:10,
106:11, 107:5,
109:21, 109:22,
110:6, 110:13,
110:16, 110:24,
111:8, 111:12,
111:16, 112:12,
114:10, 115:2,
115:3, 116:14,
118:8, 120:17,
120:24, 121:5,
121:6, 121:7,
121:19, 122:1,
122:4, 122:15,
123:11, 123:19,
124:9, 129:8,
130:19, 133:20,
133:21, 133:22,
135:4, 135:11,
135:12, 137:15,
138:6, 138:8,

138:12, 138:22,
139:11, 139:25,
140:6, 140:8,
140:11, 140:13,
141:4, 143:14,
143:19, 144:8,
145:13, 146:13,
146:21, 146:22,
147:5, 147:9,
148:19, 148:25,
149:4, 150:9,
150:18, 150:19,
150:21, 150:22,
150:23, 150:24,
153:16, 153:21,
154:9, 155:8, 155:9,
155:17, 156:2,
156:24, 159:11,
159:13, 159:22,
163:15, 163:17,
164:4
**AREA** [4] - 35:24,
113:22, 114:20,
115:1
**AREAS** [5] - 20:9,
20:13, 20:23, 51:24,
62:24
**AREN'T** [1] - 67:18
**ARGUE** [2] - 146:17
**ARGUMENT** [3] -
146:15, 151:2, 152:1
**ARGUMENTS** [3] -
153:5, 154:7, 154:9
**AROUND** [7] - 9:14,
10:7, 23:14, 96:3,
97:9, 98:2, 110:20
**ARRANGE** [2] - 147:1,
149:1
**ARTICLE** [1] - 69:12
**AS** [132] - 3:25, 6:7,
7:23, 8:7, 8:25, 9:5,
9:20, 10:6, 10:8,
10:15, 10:17, 10:18,
11:11, 13:11, 14:3,
14:20, 15:2, 15:6,
15:18, 15:23, 18:5,
19:20, 21:13, 22:4,
22:15, 22:22, 23:19,
23:20, 25:22, 26:9,
27:25, 28:7, 32:3,
34:1, 34:6, 34:10,
35:7, 37:8, 37:12,
39:18, 41:18, 44:13,
46:11, 49:4, 55:7,
56:17, 57:5, 60:17,
66:5, 66:19, 68:6,
72:9, 74:13, 76:2,
76:16, 76:21, 77:18,
77:25, 78:1, 82:1,
82:2, 82:5, 82:8,

88:11, 89:23, 94:10,
95:19, 96:24, 97:17,
98:3, 98:17, 99:14,
99:16, 101:24,
102:14, 104:4,
104:19, 107:16,
109:18, 109:25,
112:22, 115:15,
116:14, 116:16,
116:18, 125:24,
127:11, 128:19,
129:2, 133:13,
133:24, 136:9,
138:6, 140:7,
140:23, 142:24,
143:1, 143:12,
148:6, 148:9,
148:13, 148:24,
150:8, 150:10,
151:11, 151:20,
153:22, 154:15,
154:16, 154:17,
154:22, 154:23,
156:11, 157:25,
160:5, 163:12
**ASIAN** [1] - 63:9
**ASK** [24] - 19:23,
33:20, 41:20, 45:17,
47:21, 48:12, 57:23,
61:10, 72:18, 79:7,
82:11, 89:14, 89:18,
96:6, 99:15, 102:13,
104:6, 110:3, 126:2,
133:1, 141:13,
150:10, 150:17,
157:13
**ASKED** [9] - 78:21,
79:8, 109:21, 110:6,
132:11, 134:11,
137:11, 156:10,
159:25
**ASKING** [6] - 72:10,
78:20, 114:11,
126:18, 136:19,
140:11
**ASKS** [1] - 13:12
**ASSESS** [3] - 31:14,
81:20, 113:25
**ASSESSED** [1] - 83:5
**ASSESSMENT** [13] -
25:8, 31:8, 31:9,
41:21, 46:12, 66:4,
81:23, 111:19,
112:4, 114:2,
127:10, 127:18,
133:19
**ASSESSMENTS** [5] -
5:25, 6:15, 6:16, 7:8,
66:7
**ASSOCIATE** [2] -

81:2, 82:1
**ASSOCIATED** [4] -
65:1, 65:8, 73:13,
83:21
**ASSUMING** [2] -
33:11, 79:20
**AT** [128] - 3:7, 3:8, 3:9,
5:2, 5:3, 5:20, 6:10,
7:2, 7:3, 7:7, 9:23,
11:3, 12:5, 16:20,
17:16, 18:1, 18:19,
19:24, 24:1, 24:14,
25:1, 25:7, 25:11,
25:13, 27:15, 28:6,
28:7, 31:19, 33:4,
33:8, 34:17, 35:13,
35:18, 36:4, 37:22,
38:12, 38:23, 39:13,
42:9, 44:7, 44:17,
45:16, 47:16, 48:17,
55:4, 56:18, 59:15,
59:23, 64:25, 65:16,
65:24, 69:12, 69:13,
75:20, 76:24, 78:7,
81:7, 82:6, 85:10,
88:14, 89:18, 90:5,
92:21, 94:5, 94:6,
94:17, 96:22, 96:25,
97:2, 97:5, 97:13,
97:15, 98:1, 98:2,
98:13, 99:18, 99:24,
100:3, 100:6,
100:12, 100:17,
101:2, 101:20,
102:4, 102:19,
102:21, 102:23,
104:16, 105:1,
105:14, 105:25,
106:1, 106:6, 106:8,
106:21, 107:6,
108:1, 108:2, 108:5,
108:7, 108:11,
108:18, 119:19,
121:7, 128:11,
131:17, 131:20,
135:12, 138:2,
139:12, 140:8,
140:9, 142:2, 143:4,
144:13, 147:14,
147:19, 148:12,
149:5, 149:12,
151:4, 153:5, 154:2,
160:6, 160:9, 163:14
**ATTACH** [1] - 15:15
**ATTEMPT** [4] - 83:18,
83:22, 106:8, 129:11
**ATTEMPTS** [2] -
83:15, 84:2, 84:4
**ATTENTION** [8] -
17:22, 25:22, 49:24,

69:7, 69:13, 74:9,
143:3, 147:22
**AUGUST** [6] - 28:25,
150:3, 150:5,
150:16, 160:18,
160:22
**AUTHENTICATED** [1]
- 48:20
**AVAILABLE** [14] -
5:17, 12:12, 17:25,
19:11, 70:10, 72:25,
75:6, 94:5, 108:2,
108:9, 108:16,
108:22, 109:3, 157:5
**AVERAGE** [10] - 67:3,
69:23, 95:17, 95:21,
95:25, 96:3, 124:19,
124:23, 124:24
**AWARE** [7] - 70:5,
109:21, 112:12,
130:19, 130:21,
131:24, 145:7
**AWAY** [6] - 34:11,
45:15, 45:16, 89:9,
117:14, 161:19

# B

**BACHELOR'S** [1] -
4:25
**BACK** [42] - 25:12,
25:13, 26:8, 26:21,
29:14, 33:3, 35:25,
36:17, 36:19, 37:10,
38:4, 38:9, 40:8,
54:8, 54:12, 55:13,
73:19, 88:21, 93:1,
96:4, 97:2, 99:17,
102:23, 105:13,
106:6, 106:21,
107:3, 115:10,
120:11, 121:9,
123:14, 124:21,
134:22, 141:4,
142:15, 146:12,
149:12, 150:15,
160:12, 160:13,
164:12
**BACKGROUND** [3] -
4:23, 81:21, 146:4
**BACON** [2] - 43:17,
58:6
**BACON'S** [1] - 70:4
**BAD** [1] - 41:9
**BALANCE** [1] - 152:10
**BALANCES** [1] -
152:22
**BALLA** [3] - 40:3,
40:5, 72:9
**BALLA'S** [2] - 72:3,

72:12
**BALLPARK** [1] -
49:14
**BAPTIST** [3] - 39:1,
40:2, 43:15
**BAR** [1] - 27:18
**BASE** [1] - 42:13
**BASED** [25] - 21:14,
22:16, 32:9, 39:23,
53:5, 55:15, 57:7,
63:21, 63:24, 67:6,
67:14, 67:16, 68:11,
73:16, 79:19, 88:10,
92:17, 111:6, 113:3,
115:23, 124:24,
128:22, 153:18,
154:7, 164:2
**BASELINE** [2] - 15:2,
15:23
**BASIC** [4] - 6:18, 27:9,
34:7, 111:18
**BASICALLY** [5] - 8:7,
25:21, 86:12, 136:6,
155:8
**BASING** [1] - 42:23
**BASIS** [4] - 6:25, 8:20,
11:16, 46:12
**BATES** [3] - 29:9,
29:25, 158:23
**BE** [144] - 3:8, 3:15,
6:14, 9:1, 10:20,
11:5, 11:6, 11:13,
11:19, 12:12, 18:11,
23:11, 23:16, 23:17,
23:22, 32:15, 33:10,
36:18, 37:24, 42:2,
46:9, 51:5, 52:18,
52:24, 53:7, 53:13,
55:10, 57:16, 58:1,
58:20, 60:22, 60:25,
61:8, 61:11, 61:12,
64:7, 64:8, 70:9,
71:9, 73:3, 73:21,
73:24, 75:7, 76:25,
77:4, 77:19, 77:24,
78:20, 79:12, 79:18,
83:13, 84:4, 84:14,
84:25, 85:3, 93:14,
94:10, 96:3, 97:1,
97:16, 98:8, 99:25,
100:7, 102:5,
105:21, 109:18,
109:21, 111:1,
112:17, 112:21,
113:24, 114:24,
115:12, 116:9,
117:13, 117:17,
117:20, 119:20,
121:4, 121:25,
122:1, 122:6, 123:1,

124:3, 124:8,
124:14, 124:15,
124:18, 129:9,
129:11, 129:24,
131:8, 131:12,
131:14, 134:22,
136:11, 136:19,
136:22, 136:23,
137:25, 139:16,
140:11, 141:22,
143:1, 143:13,
144:15, 145:13,
145:18, 145:22,
147:4, 147:16,
148:1, 148:17,
149:7, 149:16,
150:3, 152:1, 152:6,
152:23, 153:9,
153:18, 154:1,
154:9, 154:11,
156:8, 156:9,
156:14, 156:17,
157:1, 157:8, 159:6,
160:18, 160:22,
161:1, 161:14,
162:24, 163:8,
164:3, 164:4, 164:18
**BEAR** [1] - 11:7
**BECAME** [1] - 74:17
**BECAUSE** [54] - 6:22,
18:8, 18:12, 20:3,
23:7, 23:9, 23:13,
37:21, 38:16, 42:13,
43:4, 47:19, 53:2,
53:6, 56:18, 57:11,
57:20, 58:3, 89:25,
94:12, 121:13,
121:18, 122:13,
129:7, 131:9,
134:10, 135:2,
135:5, 135:13,
139:7, 139:11,
139:16, 139:19,
140:17, 141:3,
141:24, 143:15,
144:6, 145:22,
146:3, 146:20,
149:6, 149:11,
150:18, 152:5,
152:12, 155:1,
157:8, 158:7, 160:7,
160:14, 160:19,
162:3, 163:9
**BECOME** [2] - 9:25,
77:17
**BECOMES** [1] - 127:7
**BEEN** [36] - 5:21, 5:22,
9:23, 13:10, 19:9,
20:18, 23:14, 24:24,
25:1, 28:7, 31:16,

32:13, 33:12, 34:17,
37:7, 37:8, 43:4,
44:22, 48:20, 60:23,
74:1, 74:10, 81:4,
85:5, 103:11,
103:16, 112:15,
113:4, 131:21,
134:6, 137:14,
142:12, 147:10,
148:25, 160:16
**BEFORE** [28] - 1:11,
22:3, 45:18, 46:17,
47:14, 49:18, 50:17,
72:12, 76:2, 82:15,
86:6, 102:24,
105:19, 109:14,
118:1, 121:18,
121:21, 122:8,
123:3, 125:12,
127:3, 129:10,
134:25, 144:4,
144:7, 147:4,
162:19, 163:5
**BEGIN** [3] - 99:24,
100:6, 102:4
**BEGINNING** [4] -
41:20, 104:16,
106:3, 128:14
**BEHAVIOR** [7] -
53:14, 100:10,
102:9, 121:18,
122:17, 122:21,
124:10
**BEHAVIORAL** [1] -
34:18
**BEHIND** [1] - 161:25
**BEING** [17] - 17:23,
18:16, 20:5, 22:5,
31:24, 32:4, 53:1,
58:10, 58:25, 71:23,
75:2, 77:11, 118:2,
120:22, 121:22,
127:9, 133:20
**BELIEVE** [8] - 21:15,
22:17, 28:1, 67:17,
104:19, 119:20,
153:6, 163:13
**BELOW** [5] - 27:18,
69:21, 76:17, 151:2
**BENCH** [1] - 1:12
**BENEFICIAL** [2] -
12:19, 129:24
**BENEFIT** [4] - 12:22,
24:1, 75:2, 82:17
**BENEFITTED** [1] -
60:16
**BEREA** [5] - 28:11,
28:25, 29:4, 43:10,
75:21
**BESIDE** [1] - 142:12

**BEST** [3] - 83:19,
147:25, 148:16
**BETTER** [6] - 26:15,
26:17, 73:25, 74:25,
75:3, 141:10
**BETWEEN** [7] - 6:9,
19:13, 32:4, 57:11,
93:21, 114:5, 132:21
**BEYOND** [2] - 47:25,
151:25
**BID** [1] - 58:22
**BIG** [5] - 6:12, 74:17,
77:18, 88:8, 151:5
**BIGGER** [1] - 41:19
**BILLING** [1] - 17:6
**BILLS** [1] - 34:5
**BIOCHEMICAL** [1] -
22:6
**BIOLOGICAL** [1] -
63:23
**BIOLOGY** [1] - 76:4
**BIT** [23] - 3:13, 24:15,
27:6, 28:9, 28:13,
38:4, 39:2, 47:12,
47:13, 54:19, 54:23,
54:24, 62:9, 70:18,
70:20, 71:2, 96:18,
98:4, 111:18,
112:25, 113:20,
115:21, 118:6
**BLANK** [7] - 97:1,
100:1, 100:8, 102:6,
104:21, 141:6,
141:10
**BLOCK** [54] - 93:13,
93:15, 94:24, 95:3,
95:14, 95:15, 95:19,
96:25, 97:23, 97:25,
98:1, 98:7, 98:12,
98:13, 98:14, 98:19,
98:23, 99:4, 99:8,
100:12, 100:14,
100:19, 100:21,
100:23, 101:2,
101:6, 101:10,
101:14, 101:15,
101:21, 101:23,
102:9, 102:10,
102:11, 104:16,
104:18, 107:10,
107:16, 107:19,
107:20, 107:21,
108:4, 117:18,
118:9, 118:10,
118:11, 118:13,
118:15, 118:18,
119:17, 138:16
**BLOCKS** [18] - 93:19,
95:20, 98:9, 98:15,
98:17, 98:21, 98:25,

99:6, 99:10, 100:25, 101:4, 101:8, 101:12, 101:17, 107:15, 107:18, 114:5, 118:22
**BLOOD** [4] - 32:1, 50:8, 50:9, 77:20
**BLUE** [2] - 11:18, 148:18
**BLUNT** [1] - 156:8
**BOARD** [7] - 4:5, 5:13, 6:8, 80:8, 83:24, 83:25, 141:9
**BOARDS** [4] - 47:5, 83:16, 83:17, 111:8
**BODY** [3] - 40:20, 57:10, 57:18
**BOOK** [4] - 15:14, 134:15, 134:17, 134:18
**BOTANY** [2] - 76:9, 76:10
**BOTH** [19] - 7:2, 17:23, 67:5, 67:7, 75:12, 75:13, 128:20, 146:14, 151:18, 154:5, 155:20, 155:21, 156:7, 156:23, 158:1, 163:21, 164:4, 164:18
**BOTTOM** [9] - 66:25, 67:22, 119:19, 128:11, 140:10, 140:16, 140:19, 140:25, 142:2
**BOX** [4] - 56:2, 85:17, 85:19, 85:23
**BRAG** [1] - 162:23
**BRAIN** [5] - 5:15, 14:24, 15:1, 15:4, 75:7
**BRAND** [2] - 23:4, 24:4
**BREAK** [34] - 3:10, 32:3, 35:17, 79:18, 79:23, 79:24, 84:10, 84:12, 84:14, 84:17, 84:23, 84:25, 86:3, 93:21, 94:5, 94:6, 102:21, 107:25, 108:2, 108:5, 108:8, 108:11, 108:15, 108:17, 108:21, 108:24, 109:2, 109:5, 117:5, 117:7, 117:15, 141:20, 143:25, 144:3
**BREAKS** [4] - 32:7, 93:20, 114:5, 118:3

**BREATH** [1] - 32:6
**BRIEF** [15] - 13:16, 114:5, 149:9, 149:16, 149:25, 150:1, 150:2, 150:20, 151:9, 153:11, 153:12, 154:21, 156:7, 158:10
**BRIEFING** [13] - 149:4, 149:5, 150:19, 153:3, 154:14, 155:23, 155:25, 156:4, 156:22, 157:13, 157:19, 160:22
**BRIEFINGS** [1] - 146:13
**BRIEFLY** [3] - 72:13, 81:8, 81:15
**BRIEFS** [7] - 149:13, 150:3, 151:4, 151:21, 151:22, 152:2, 152:21
**BRING** [6] - 71:17, 123:14, 124:21, 132:2, 135:23, 147:21
**BROAD** [4] - 18:10, 18:13, 20:15, 25:22
**BROADER** [3] - 24:24, 25:24, 25:25
**BROUGHT** [2] - 137:21, 137:25
**BUBBLES** [1] - 148:19
**BUG** [1] - 31:4
**BUILD** [1] - 23:24
**BUILDS** [1] - 23:11
**BUILT** [2] - 67:19, 70:6
**BUILT-IN** [1] - 70:6
**BURDEN** [3] - 16:4, 32:11, 33:18
**BURDENSOME** [1] - 148:21
**BURN** [1] - 157:23
**BUSINESS** [5] - 3:6, 3:23, 88:18, 92:24, 164:9
**BUSPAR** [1] - 23:4
**BUSPIRONE** [6] - 13:2, 23:3, 23:4, 23:20, 23:23, 31:23
**BUSY** [1] - 42:4
**BUT** [144] - 6:13, 6:20, 8:23, 9:10, 9:18, 10:18, 11:9, 11:11, 12:14, 15:16, 17:13, 17:24, 20:20, 22:22, 23:12, 23:14, 24:10,

25:2, 25:7, 25:10, 26:1, 26:4, 26:11, 26:15, 26:17, 30:17, 31:3, 31:4, 33:14, 33:16, 35:6, 35:16, 37:7, 37:20, 39:10, 41:2, 41:3, 41:10, 41:13, 41:17, 42:8, 42:15, 43:5, 44:12, 46:7, 46:11, 47:11, 48:8, 50:11, 50:12, 51:2, 52:25, 53:2, 53:9, 54:3, 54:9, 56:18, 56:22, 57:12, 57:14, 58:25, 59:1, 59:4, 60:16, 61:15, 63:14, 63:23, 64:6, 67:18, 68:11, 70:3, 72:8, 72:10, 72:13, 75:2, 75:8, 75:13, 77:4, 78:1, 78:22, 89:7, 89:10, 89:18, 103:10, 103:21, 110:1, 110:5, 111:2, 111:4, 111:18, 112:11, 112:18, 114:10, 116:16, 124:23, 126:17, 127:17, 130:10, 131:4, 132:2, 132:7, 132:25, 133:15, 136:7, 136:11, 136:17, 136:23, 138:15, 139:9, 142:18, 145:3, 145:12, 146:14, 147:4, 148:12, 148:25, 149:6, 149:10, 149:12, 150:6, 150:23, 151:17, 151:25, 152:11, 152:22, 153:1, 153:5, 153:17, 154:13, 155:7, 155:14, 155:16, 156:3, 156:11, 156:19, 156:22, 158:10, 159:23, 160:25, 162:2, 162:23, 163:2
**BUT..** [1] - 48:21
**BUTTON** [1] - 142:9
**BY** [100] - 1:22, 1:22, 4:20, 5:13, 7:20, 9:6, 10:22, 13:10, 13:17, 13:18, 15:1, 15:5, 16:25, 24:20, 24:25, 28:18, 33:13, 36:2, 42:25, 45:10, 48:11, 48:20, 49:2, 49:5, 50:14, 52:25, 53:1,

54:14, 58:15, 59:5, 60:25, 65:22, 68:22, 71:7, 71:13, 75:22, 78:18, 79:15, 80:23, 83:16, 85:11, 86:24, 87:10, 87:21, 88:7, 88:10, 88:17, 89:18, 90:4, 90:16, 91:2, 91:13, 91:24, 92:15, 92:23, 93:10, 93:11, 93:12, 93:15, 93:16, 94:18, 96:20, 103:13, 104:2, 105:12, 106:25, 109:5, 110:12, 113:8, 114:18, 116:8, 119:11, 123:12, 126:12, 128:7, 129:23, 130:7, 131:12, 133:12, 133:23, 134:13, 136:3, 136:13, 137:24, 139:12, 141:11, 141:14, 141:15, 141:16, 143:3, 144:14, 147:15, 148:7, 149:13, 153:9, 155:22, 165:4, 165:5, 165:7, 165:8

---

# C

**C'S** [9] - 132:13, 132:15, 132:18, 140:6, 142:16, 142:17, 142:22, 142:23, 143:2
**C.V** [5] - 7:13, 145:8, 145:20, 145:22, 146:6
**C.V.'S** [1] - 145:9
**CABINET** [1] - 5:24
**CALCULATING** [1] - 132:18
**CALENDAR** [3] - 86:5, 93:22, 93:23
**CALL** [4] - 4:3, 17:12, 79:22, 144:23
**CALLED** [3] - 24:4, 70:8, 111:12
**CALLS** [3] - 4:6, 79:19, 80:9
**CALMING** [1] - 32:8
**CAME** [3] - 8:4, 96:24, 124:6
**CAMERA** [4] - 80:9, 103:10, 103:20, 103:21

**CAN** [221] - 4:15, 6:14, 7:21, 8:7, 9:1, 12:23, 14:10, 14:12, 14:15, 16:22, 22:11, 23:3, 24:14, 24:15, 25:13, 25:17, 25:18, 26:21, 28:9, 28:12, 28:14, 30:14, 32:3, 32:21, 33:4, 34:23, 35:25, 38:1, 41:20, 41:22, 47:7, 47:8, 50:12, 52:6, 52:7, 52:14, 53:20, 54:18, 54:19, 54:20, 54:23, 55:4, 55:13, 55:24, 56:1, 57:1, 57:6, 57:16, 58:20, 61:12, 61:14, 61:21, 62:7, 62:8, 62:18, 63:4, 63:5, 64:13, 64:15, 64:20, 66:6, 66:12, 66:18, 67:12, 67:20, 67:21, 68:13, 68:16, 69:6, 70:8, 70:11, 70:12, 70:16, 70:25, 71:16, 71:17, 71:22, 73:10, 75:15, 76:2, 76:3, 76:5, 76:8, 76:11, 77:17, 77:19, 77:24, 78:2, 78:5, 79:23, 80:9, 80:14, 80:18, 81:8, 83:13, 84:24, 85:2, 85:4, 85:7, 86:15, 87:11, 88:21, 88:22, 88:23, 90:17, 91:3, 91:14, 93:3, 93:4, 93:6, 94:16, 94:17, 94:18, 95:11, 96:9, 96:12, 96:18, 96:19, 97:19, 98:2, 98:3, 98:4, 99:12, 99:17, 99:18, 100:2, 101:25, 102:13, 103:15, 104:3, 104:8, 104:9, 104:14, 104:23, 106:22, 107:1, 107:3, 107:17, 112:5, 113:9, 113:12, 113:13, 113:14, 113:17, 113:19, 113:22, 113:24, 114:7, 114:9, 114:19, 114:25, 115:1, 115:14, 115:15, 115:16, 115:18, 115:21, 115:22, 116:2, 116:22, 116:25, 118:5, 118:7, 118:15,

118:24, 119:6, 119:23, 120:5, 120:6, 121:15, 122:11, 123:6, 123:10, 123:14, 125:14, 125:20, 126:5, 127:2, 127:25, 128:8, 128:10, 131:17, 135:8, 136:4, 137:7, 137:13, 140:14, 140:25, 142:10, 142:14, 146:17, 146:18, 147:19, 147:21, 149:21, 149:23, 151:25, 152:15, 152:24, 154:9, 155:3, 158:6, 158:24, 160:12, 162:5, 162:21, 163:25

CAN'T [8] - 34:4, 42:13, 43:2, 58:10, 70:18, 89:17, 109:14, 147:23

CANDIDATE [1] - 85:20

CANDIDATE'S [1] - 85:21

CANNOT [6] - 36:16, 61:8, 61:11, 77:1, 77:2, 160:24

CAPACITIES [1] - 120:21

CAPACITY [1] - 64:24

CAPTURED [2] - 88:10, 92:18

CARE [3] - 31:22, 51:14, 146:25

CAREER [1] - 163:11

CAROLINE [1] - 2:2

CARRIED [1] - 84:25

CARRY [1] - 84:16

CASE [29] - 1:3, 4:2, 6:19, 44:3, 44:15, 55:19, 57:14, 79:1, 79:7, 94:12, 101:18, 106:11, 112:23, 117:17, 122:20, 123:24, 135:20, 135:24, 136:13, 136:15, 137:14, 143:3, 144:23, 153:13, 155:1, 158:7, 159:6, 160:1

CASES [4] - 6:14, 45:22, 151:16, 153:10

CATCHALL [1] - 17:11

CATEGORY [2] -

15:13, 29:16

CAUCASIANS [1] - 63:13

CAUSE [2] - 16:11, 42:11

CAUSED [1] - 19:10

CAUSES [2] - 11:14, 63:23

CAUSING [1] - 20:23

CBSSA [12] - 111:24, 112:3, 113:24, 115:1, 115:2, 116:10, 128:9, 128:16, 128:18, 128:22, 129:3, 130:1

CBSSA'S [5] - 111:16, 113:19, 116:24, 138:14, 140:5

CELL [1] - 108:4

CENTER [3] - 134:19, 135:12, 144:7

CENTRIFUGE [1] - 50:10

CEREMONIAL [1] - 145:3

CERTAIN [4] - 68:7, 131:9, 140:5, 153:9

CERTAINLY [3] - 14:12, 77:2, 78:2

CERTIFIED [1] - 5:13

CERTIFY [1] - 164:20

CHALLENGE [2] - 145:17, 145:22

CHALLENGING [1] - 33:23

CHAMBERS [2] - 147:14, 162:4

CHANCE [12] - 29:13, 96:13, 104:12, 105:6, 133:1, 143:5, 143:17, 145:23, 152:22, 155:17, 156:23, 162:3

CHANGE [23] - 8:4, 14:10, 14:12, 14:13, 22:7, 31:21, 32:10, 32:13, 36:17, 37:2, 37:11, 71:8, 74:7, 99:2, 101:23, 126:3, 126:5, 126:16, 126:20, 126:24, 127:4, 127:13, 142:25

CHANGED [4] - 31:25, 32:15, 71:9, 120:8

CHANGES [3] - 15:6, 22:6, 120:17

CHANGING [2] - 128:23, 138:19

CHAOTIC [1] - 34:6

CHART [1] - 28:12

CHEAT [1] - 130:1

CHECK [1] - 54:5

CHEMISTRY [2] - 76:6, 76:20

CHIEF [2] - 79:1, 136:15

CHILDREN [2] - 57:17, 65:7

CHOICE [9] - 23:9, 93:19, 106:12, 118:20, 120:17, 121:10, 124:6, 124:7, 124:16

CHOICES [2] - 120:8, 140:15

CHOOSING [1] - 159:24

CHOSE [4] - 17:9, 32:10, 139:3, 156:19

CHRISTINA [1] - 43:17

CHRISTINE [1] - 40:3

CHUNK [2] - 155:4, 155:5

CIRCUMSTANCES [7] - 14:11, 14:13, 22:6, 35:6, 40:18, 63:25, 130:15

CITATIONS [3] - 149:21, 151:1, 151:11

CITE [1] - 151:13

CIVIL [4] - 1:3, 6:13, 45:24, 46:9

CK [16] - 83:1, 83:2, 83:6, 84:18, 84:19, 91:16, 106:8, 106:11, 106:13, 106:15, 106:17, 106:21, 107:5, 107:12, 108:14, 108:20

CLAIM [1] - 35:9

CLAIMED [6] - 18:23, 18:25, 19:20, 33:9, 33:25, 40:12

CLAIMING [1] - 19:18

CLAIMS [2] - 33:10, 46:8

CLARIFICATION [2] - 64:6, 105:9

CLARIFY [8] - 36:3, 49:10, 52:21, 74:5, 123:10, 126:5, 135:8, 136:4

CLARIFYING [1] - 48:4

CLASS [1] - 76:3

CLAUSE [1] - 94:10

CLEAN [1] - 34:4

CLEAR [11] - 19:14, 24:25, 36:24, 84:14, 119:8, 122:7, 123:1, 124:4, 127:23, 160:16

CLEARLY [2] - 10:13, 18:19

CLERK [2] - 3:1, 161:17

CLERK'S [1] - 147:1

CLERKSHIPS [2] - 82:16, 83:4

CLICK [1] - 103:18

CLINIC [8] - 7:6, 12:7, 13:24, 13:25, 22:20, 31:23, 51:11, 74:19

CLINICAL [18] - 10:23, 11:8, 11:20, 12:2, 13:3, 19:12, 23:25, 32:12, 32:17, 42:4, 55:7, 57:5, 67:5, 67:7, 82:15, 83:4, 83:5, 106:15

CLINICIAN [10] - 12:18, 12:23, 13:13, 14:1, 14:5, 22:19, 52:25, 53:3, 54:7, 60:15

CLINICIAN'S [1] - 12:12

CLINICIANS [3] - 12:5, 12:6, 15:14

CLINICS [6] - 7:2, 29:12, 30:2, 30:15, 43:13, 74:19

CLOCK [5] - 97:1, 97:6, 99:25, 100:7, 102:5

CLOSE [3] - 43:3, 48:22, 119:23

CLOSED [6] - 86:4, 94:14, 102:11, 134:14, 134:17, 134:18

CLOSER [1] - 69:25

CLOSES [1] - 143:4

CO [1] - 65:9

CO-MORBID [1] - 65:9

COACH [1] - 140:20

COCAINE [1] - 75:8

CODE [11] - 16:4, 17:5, 17:13, 17:15, 17:16, 17:17, 17:18, 17:20, 25:21, 25:24, 25:25

CODES [1] - 17:6

COGNITION [1] - 15:6

COGNITIVE [5] - 15:8, 16:12, 26:19, 34:10, 41:17

COIE [1] - 2:2

COLLATERAL [1] - 42:1

COLLEAGUES [1] - 49:21

COLLECT [1] - 131:22

COLLECTS [1] - 120:8

COLLEGE [10] - 5:1, 28:11, 28:25, 29:4, 43:10, 73:24, 74:21, 75:20, 75:21, 106:15

COLORED [1] - 148:17

COLUMN [11] - 89:6, 89:14, 93:15, 94:18, 107:16, 108:2, 118:11, 118:16, 123:19, 124:5, 158:20

COLUMNS [2] - 120:5, 138:2

COMBINED [1] - 69:8

COME [6] - 28:9, 74:18, 80:9, 134:22, 156:11, 160:12

COMES [3] - 8:22, 13:24, 150:15

COMFORTABLE [1] - 26:2

COMING [2] - 53:11, 148:12

COMMENDED [1] - 164:4

COMMENT [1] - 148:19

COMMON [9] - 8:23, 11:10, 20:10, 46:10, 53:10, 63:23, 71:6, 102:13, 120:23

COMMONLY [5] - 11:19, 12:10, 12:15, 42:6, 57:19

COMP [1] - 46:8

COMPANIES [1] - 13:11

COMPARABILITY [5] - 127:16, 131:14, 133:13, 133:16, 133:25

COMPARABLE [2] - 127:7, 127:11

COMPARED [9] - 16:14, 27:25, 41:7, 42:12, 42:16, 44:19, 69:14, 111:5, 153:22

COMPARING [4] - 42:25, 43:1, 132:19, 136:21

COMPETENCY [3] - 5:25, 6:11, 46:13

COMPILES [1] - 66:24
COMPLAINING [2] -
25:25, 42:15
COMPLAINT [1] -
42:13
COMPLAINTS [7] -
24:7, 26:4, 32:10,
42:7, 42:22, 67:16,
67:18
COMPLETE [13] -
30:18, 30:23, 33:22,
94:15, 122:7, 129:9,
134:24, 144:15,
146:15, 147:1,
147:5, 147:15,
161:10
COMPLETED [5] - 5:2,
37:3, 85:21, 93:24,
116:18
COMPLETELY [2] -
115:3, 144:14
COMPLETENESS [5]
- 26:25, 30:17, 31:7,
83:7, 101:17
COMPLETES [1] -
86:10
COMPLETING [2] -
138:16, 149:2
COMPLEX [1] - 63:14
COMPONENT [4] -
6:12, 6:13, 41:17,
57:12
COMPONENTS [2] -
73:11, 133:18
COMPREHENSIVE [3]
- 27:9, 111:17,
111:18
COMPULSIVE [1] -
63:21
COMPUTER [6] - 1:22,
1:22, 68:6, 130:15,
130:19, 133:23
COMPUTER-AIDED
[1] - 1:22
CONCENTRATING [1]
- 65:3
CONCENTRATION [6]
- 24:7, 25:23, 34:21,
49:24, 74:9, 77:6
CONCEPTS [1] -
81:17
CONCERN [1] - 67:5
CONCERNING [1] -
47:22
CONCLUDING [1] -
105:2
CONCLUSION [1] -
144:23
CONCLUSIONS [3] -
149:18, 150:20,
151:1
CONDITION [5] - 14:9,
16:10, 24:9, 26:2
CONDITIONS [11] -
12:1, 64:14, 72:6,
83:25, 114:3, 114:8,
114:22, 115:11,
127:12, 128:20,
128:24
CONDUCTED [2] -
49:8, 52:24
CONFER [2] - 147:5,
148:5
CONFERENCE [1] -
3:7
CONFIDENCE [2] -
3:17, 65:7
CONFIDENT [2] -
115:24, 120:12
CONJUNCTION [1] -
113:24
CONNECTION [1] -
19:13
CONNOR'S [1] - 50:17
CONNORS [1] - 68:11
CONSEQUENCES [1]
- 64:18
CONSIDER [6] -
12:14, 46:1, 59:3,
73:7, 153:7, 157:10
CONSIDERED [4] -
57:13, 57:17, 57:21,
164:3
CONSIDERING [3] -
17:24, 41:1, 83:20
CONSISTENT [25] -
29:23, 97:8, 97:24,
98:8, 98:9, 98:12,
98:15, 98:17, 98:20,
98:22, 98:24, 99:5,
99:9, 100:5, 100:9,
100:20, 100:24,
101:3, 101:7,
101:11, 101:16,
101:19, 102:8,
105:23, 106:4
CONSTANT [1] -
62:23
CONSTANTLY [1] -
33:13
CONSTITUTIONAL [1]
- 6:19
CONSTRUCT [1] -
131:19
CONTAINED [2] -
93:12, 120:24
CONTAINS [3] -
85:19, 85:24, 111:10
CONTEMPORANEO
US [1] - 82:18
CONTENT [3] - 82:22,
82:24, 129:12
CONTEXT [2] - 96:15,
138:5
CONTINUATION [1] -
50:22
CONTINUE [1] -
156:11
CONTINUED [1] - 2:1
CONTINUES [2] -
39:11, 71:3
CONTINUOUS [2] -
49:24, 68:5
CONTRADICTORY [1]
- 34:14
CONTRIBUTE [1] -
65:4
CONTROL [2] - 33:19,
141:1
CONTROLLED [8] -
33:15, 35:9, 38:18,
38:23, 39:12, 41:15,
41:18, 71:4
CONVENIENCE [2] -
62:10, 113:21
CONVEY [1] - 162:4
CONVEYED [1] -
94:19
CONVINCE [1] -
153:15
COPY [1] - 7:13
CORNER [1] - 54:20
CORNERS [1] -
164:13
CORRECT [42] - 7:12,
46:23, 50:15, 51:21,
55:20, 56:9, 56:12,
56:24, 61:5, 61:19,
63:2, 66:10, 72:4,
72:12, 73:5, 73:18,
73:21, 77:6, 77:9,
77:12, 92:3, 95:6,
105:6, 110:17,
110:21, 117:10,
117:11, 117:24,
118:4, 119:24,
124:1, 125:24,
127:14, 134:22,
135:15, 138:20,
143:1, 143:6,
143:18, 161:11,
164:20
CORRECTIONS [2] -
147:6, 147:8
CORRECTNESS [1] -
138:18
CORRELATE [1] -
137:23
CORRELATES [2] -
27:13, 35:4
COST [3] - 159:5,
159:11, 160:3
COULD [27] - 4:12,
14:13, 47:7, 53:7,
64:7, 77:4, 93:11,
94:9, 96:3, 104:12,
114:24, 116:9,
118:6, 120:10,
121:7, 121:8, 122:6,
124:18, 126:9,
127:22, 128:13,
136:9, 139:16,
157:18, 161:1,
161:24, 161:25
COUNSEL [3] - 2:4,
109:16, 122:24
COUNSELOR [2] -
25:3, 31:13
COUNT [2] - 79:15,
94:8
COUNTED [1] - 141:7
COUNTER [6] - 94:3,
148:4, 148:9,
148:18, 148:23,
151:13
COUNTRY [1] - 64:10
COUPLE [8] - 10:25,
21:15, 78:16, 79:19,
128:5, 130:6,
158:13, 163:16
COURSE [2] - 20:18,
22:8, 25:2, 88:17,
92:24, 94:9, 95:22,
146:14
COURT [127] - 1:1,
1:18, 3:1, 3:2, 3:5,
3:13, 3:22, 4:2, 4:7,
4:9, 4:11, 4:15, 7:17,
10:10, 10:20, 35:11,
35:15, 35:20, 35:23,
45:5, 45:8, 45:18,
45:21, 48:7, 48:22,
53:20, 58:8, 65:19,
78:13, 78:16, 78:18,
79:4, 79:11, 79:14,
79:17, 79:25, 80:5,
80:10, 80:12, 80:14,
80:18, 86:21, 87:7,
87:18, 88:4, 90:13,
90:24, 91:10, 91:21,
92:12, 102:20,
102:25, 103:2,
103:6, 103:13,
103:16, 103:25,
106:24, 109:9,
109:12, 109:16,
110:9, 112:9,
112:17, 114:15,
116:5, 116:24,
121:15, 122:8,
122:10, 123:3,
123:6, 123:8, 124:3,
124:14, 126:9,
128:3, 129:16,
129:21, 130:5,
130:7, 132:24,
133:7, 134:5, 134:8,
135:19, 135:23,
136:1, 136:6, 137:3,
137:8, 137:13,
137:20, 141:11,
143:19, 144:17,
144:22, 145:2,
145:11, 145:16,
146:3, 146:9,
150:15, 150:22,
152:4, 152:8, 153:7,
155:10, 158:19,
159:7, 159:10,
159:17, 159:19,
160:21, 161:5,
161:14, 161:21,
162:2, 162:7,
162:18, 162:23,
163:5, 164:8,
164:12, 164:18,
164:19, 164:24
COURT'S [1] - 159:12
COURTHOUSE [1] -
1:19
COURTROOM [1] -
163:17
COURTS [1] - 156:10
COVERED [1] - 82:22
CP3 [1] - 50:17
CRAMMING [1] -
74:12
CREATED [1] - 37:5
CREATES [1] - 89:8
CREDIT [1] - 163:21
CRIMINAL [7] - 5:25,
6:1, 6:10, 6:11, 7:8,
45:22, 46:11
CRITERIA [9] - 8:1,
8:4, 8:5, 8:16, 13:3,
34:1, 42:9, 60:17,
74:20
CRITICAL [1] - 42:8
CROSS [10] - 45:6,
45:9, 109:10,
109:20, 110:11,
112:18, 112:19,
134:12, 144:19,
165:2
CROSS-
EXAMINATION [2] -
45:9, 110:11
CROSS-EXAMINE [1]
- 144:19
CROWD [1] - 18:16

CROWDS [1] - 20:8
CRUISE [1] - 150:11
CRUNCHED [1] - 142:2
CULTURE [4] - 63:15, 63:16, 63:21, 63:25
CULTURES [1] - 64:1
CUMBERSOME [1] - 148:22
CUMULATIVE [1] - 94:8
CURED [2] - 61:8, 61:11
CURIOUS [1] - 131:4
CURRENT [12] - 22:25, 24:11, 38:15, 39:5, 39:10, 39:17, 40:18, 52:4, 57:2, 71:4, 81:1, 84:2
CURRENTLY [2] - 5:18, 84:3
CURRICULUM [2] - 82:22, 83:5
CUT [1] - 151:6
CVS [1] - 27:12
CYCLE [2] - 32:4, 32:7

D

D2 [1] - 18:2
DAILY [4] - 8:20, 23:19, 58:5, 139:23
DANGEROUSNESS [1] - 6:15
DANIEL [5] - 80:9, 80:16, 80:20, 165:6
DATA [60] - 42:1, 82:7, 83:21, 85:15, 86:7, 86:9, 88:10, 88:11, 88:12, 88:14, 88:17, 88:23, 88:25, 89:7, 89:12, 89:15, 89:21, 90:5, 90:7, 90:18, 91:4, 91:15, 92:1, 92:6, 92:17, 92:23, 94:19, 96:7, 97:4, 97:8, 97:14, 97:19, 98:6, 98:14, 98:20, 98:24, 99:5, 99:9, 99:15, 99:16, 100:3, 101:3, 101:7, 101:11, 101:15, 101:19, 102:3, 102:7, 104:4, 104:6, 105:14, 105:16, 105:19, 105:23, 105:25, 106:13, 107:14, 122:22, 131:22, 136:21
DATE [16] - 22:4, 36:5,

36:11, 36:20, 36:25, 55:19, 55:22, 55:25, 56:3, 94:21, 94:22, 115:15, 148:7, 158:17, 164:24
DATES [10] - 36:3, 73:19, 146:21, 146:22, 149:22, 149:23, 150:9, 160:5, 160:11, 160:13
DAY [27] - 1:12, 8:14, 11:16, 14:16, 23:11, 23:17, 23:23, 31:24, 36:12, 36:13, 37:8, 37:12, 37:18, 38:19, 39:7, 39:8, 56:20, 58:23, 77:25, 86:1, 92:18, 108:1
DAY-TO-DAY [1] - 11:16
DAYS [10] - 13:9, 37:15, 37:19, 51:11, 65:13, 79:1, 150:11, 159:18, 162:17
DAYTIME [3] - 86:1, 94:3, 94:7
DC [1] - 2:3
DECEMBER [1] - 27:13
DECIDE [2] - 121:2, 160:6
DECIDED [1] - 146:12
DECISION [3] - 83:20, 163:25, 164:2
DECLARATION [13] - 43:20, 43:23, 96:10, 99:18, 104:8, 119:6, 122:24, 132:19, 136:21, 137:22, 141:14, 141:15, 141:16
DECLINED [1] - 156:18
DECREASE [3] - 19:5, 78:3, 97:17
DECREASED [2] - 34:21, 40:21
DEFENDANT [17] - 2:4, 7:15, 49:6, 147:13, 148:8, 149:8, 149:10, 149:13, 149:14, 149:17, 150:1, 150:4, 150:12, 151:10, 152:10, 159:25
DEFENDANTS [3] - 1:7, 5:25, 152:14
DEFENSE [12] - 4:13,

7:18, 80:16, 86:22, 87:8, 87:19, 88:5, 90:14, 90:25, 91:11, 91:22, 92:13
DEFICIT [2] - 25:23, 69:7
DEFICIT-
HYPERACTIVITY [1] - 69:7
DEFICITS [1] - 24:8
DEFINE [1] - 40:25
DEFINITELY [3] - 46:11, 54:8, 103:18
DEFINITION [1] - 42:25
DEFINITIVE [1] - 158:22
DEGREE [4] - 4:25, 77:2, 105:3, 105:23
DEGREES [2] - 11:3, 107:19
DELIVERY [1] - 130:15
DEMAND [1] - 34:10
DEMOGRAPHICS [1] - 51:5
DEMONSTRATE [1] - 27:23
DEMONSTRATES [1] - 29:21
DENIED [1] - 156:19
DEPARTMENT [3] - 3:14, 5:21, 81:13
DEPEND [2] - 124:11, 154:18
DEPENDING [5] - 14:11, 14:12, 14:14, 16:9, 22:5
DEPENDS [2] - 41:24, 53:21
DEPOSITION [6] - 70:4, 148:2, 148:3, 148:13, 148:16, 158:23
DEPRESSED [2] - 34:22, 35:6
DEPRESSION [8] - 6:5, 13:12, 13:14, 13:19, 29:17, 33:15, 38:17, 63:20
DEPRESSION/
ANXIETY [1] - 39:9
DEPTH [1] - 31:14
DEPUTY [1] - 3:16
DERMATOLOGIST [2] - 54:12, 54:15
DERMATOLOGY [2] - 22:13, 22:20
DESCENT [4] - 63:7, 63:9, 63:12, 63:17

DESCRIBE [2] - 21:16, 32:11
DESCRIBED [10] - 15:17, 16:7, 33:17, 33:18, 40:19, 41:11, 63:23, 100:21, 101:4, 121:18
DESCRIBES [3] - 19:7, 21:3, 40:17
DESCRIBING [1] - 41:3
DESCRIPTION [11] - 16:3, 20:11, 22:21, 25:10, 31:1, 33:6, 40:15, 143:7, 158:16, 158:21, 158:22
DESCRIPTIONS [1] - 147:18
DESERVE [1] - 164:1
DESIGNATION [1] - 148:18
DESIGNATIONS [7] - 148:2, 148:4, 148:6, 148:9, 148:23
DESIGNED [1] - 111:24
DESIRE [1] - 25:4
DESPITE [1] - 96:23
DETAILS [1] - 158:4
DETERMINE [1] - 8:6
DETERMINING [1] - 73:4
DEVELOP [1] - 111:20
DEVELOPED [1] - 95:17
DEVELOPMENT [1] - 81:18
DEVELOPMENTAL [2] - 72:16, 72:19
DEVELOPS [1] - 111:22
DEVIATION [1] - 69:21
DEXTROAMPHETAM INE [1] - 24:3
DEXTROAMPHETAM INE-
AMPHETAMINE [1] - 24:3
DIAGNOSE [4] - 21:2, 21:11, 22:23, 40:5
DIAGNOSED [7] - 24:22, 24:24, 25:16, 26:6, 64:8, 69:16, 73:17
DIAGNOSES [13] - 8:6, 18:12, 25:9, 42:6, 52:20, 52:23, 55:19, 55:20, 56:6, 57:6, 60:14, 61:1,

74:22
DIAGNOSING [2] - 49:16, 51:24
DIAGNOSIS [48] - 11:8, 11:20, 13:3, 15:8, 15:10, 15:12, 16:1, 16:4, 16:9, 17:5, 17:10, 18:7, 18:11, 19:2, 19:13, 19:15, 19:17, 19:20, 19:21, 20:16, 22:18, 22:19, 24:25, 25:4, 25:20, 25:22, 25:23, 26:4, 26:10, 32:25, 34:12, 34:15, 38:6, 39:18, 39:19, 41:2, 41:3, 42:9, 42:10, 42:17, 50:6, 50:12, 52:16, 53:14, 54:13, 55:15, 56:9, 74:17
DIAGNOSTIC [14] - 7:23, 8:1, 8:2, 8:15, 13:17, 14:8, 17:6, 17:16, 17:17, 34:1, 49:15, 50:2, 62:5, 69:3
DICTIONARY [1] - 8:7
DID [50] - 18:23, 23:16, 28:2, 32:25, 33:2, 38:6, 43:17, 43:19, 43:20, 43:22, 43:23, 44:1, 44:2, 44:5, 44:7, 44:9, 46:15, 78:25, 84:12, 89:14, 89:18, 94:2, 94:4, 100:4, 105:7, 105:25, 107:14, 107:25, 108:8, 108:15, 108:21, 109:2, 112:19, 112:21, 115:18, 122:25, 125:6, 129:17, 132:17, 132:20, 134:8, 137:23, 139:19, 141:16, 141:23, 143:23, 145:8, 145:12, 156:9, 163:21
DIDN'T [7] - 78:19, 137:9, 138:4, 142:4, 142:18, 145:12, 163:8
DIFFERENCE [1] - 57:11
DIFFERENT [33] - 6:22, 6:23, 9:22, 11:9, 46:6, 46:23, 47:20, 48:3, 51:7, 56:15, 60:5, 60:25,

63:24, 64:3, 68:10, 71:12, 85:13, 93:17, 106:2, 110:20, 120:21, 133:17, 133:23, 136:7, 138:6, 139:4, 141:9, 144:8, 153:15, 154:2, 154:10, 163:15

**DIFFERENTLY** [1] - 57:9

**DIFFICULT** [2] - 111:1, 114:10

**DIFFICULTIES** [1] - 16:13

**DIFFICULTY** [5] - 20:7, 20:8, 34:12, 65:3, 160:23

**DIFFUSELY** [1] - 15:3

**DIRECT** [9] - 4:19, 45:4, 48:1, 80:22, 112:8, 112:11, 112:20, 113:1, 165:2

**DIRECTLY** [3] - 16:7, 18:8, 19:10

**DIRECTOR** [1] - 140:21

**DISABILITIES** [1] - 21:20

**DISABILITY** [8] - 6:16, 19:13, 21:14, 22:16, 42:25, 43:10, 65:13, 78:23

**DISABILITY-BASED** [2] - 21:14, 22:16

**DISABLED** [2] - 18:11, 65:11

**DISADVANTAGED** [1] - 133:23

**DISAGREE** [1] - 151:13

**DISCIPLINARY** [1] - 84:1

**DISCONTINUING** [1] - 154:6

**DISCOVERY** [1] - 137:25

**DISCUSS** [1] - 155:3

**DISCUSSED** [5] - 27:22, 40:16, 86:3, 124:12, 159:5

**DISCUSSING** [4] - 104:11, 106:7, 106:16, 107:4

**DISCUSSION** [2] - 31:11, 96:20

**DISFUNCTION** [1] - 34:2

**DISORDER** [31] - 8:9, 12:2, 13:4, 17:4,

18:25, 20:1, 20:4, 20:5, 33:1, 41:22, 54:4, 61:5, 61:7, 61:13, 62:2, 62:12, 62:20, 62:22, 63:8, 63:18, 63:20, 64:18, 65:6, 65:8, 65:11, 65:12, 69:7, 69:13, 72:16, 72:20

**DISORDERS** [3] - 7:23, 8:13, 65:10

**DISPLAY** [1] - 63:24

**DISPROPORTIONAT ELY** [1] - 64:11

**DISPUTE** [1] - 147:23

**DISPUTES** [1] - 147:20

**DISTINCTION** [1] - 127:15

**DISTRACTABILITY** [2] - 18:16, 41:12

**DISTRACTIVE** [1] - 50:22

**DISTRESS** [3] - 12:10, 62:22, 65:9

**DISTRESSING** [1] - 12:8

**DISTRIBUTE** [1] - 117:16

**DISTRIBUTED** [1] - 105:21

**DISTRIBUTION** [1] - 132:21

**DISTRICT** [2] - 1:1, 1:2

**DISTURBANCE** [1] - 34:22

**DISTURBED** [1] - 65:3

**DIVA** [1] - 51:1

**DJX** [9] - 165:11, 165:12, 165:12, 165:13, 165:13, 165:14, 165:14, 165:15, 165:15

**DO** [185] - 3:22, 5:11, 5:12, 6:2, 6:3, 7:1, 7:6, 7:8, 8:11, 8:24, 9:5, 9:12, 9:18, 9:22, 11:16, 11:24, 12:11, 12:25, 14:24, 19:16, 21:20, 21:21, 22:17, 22:25, 24:21, 25:15, 26:5, 26:7, 26:11, 34:7, 35:24, 36:18, 41:7, 42:9, 44:16, 45:3, 50:10, 50:13, 51:11, 52:9, 52:11, 52:12, 57:2, 57:10, 58:9, 59:10, 59:16, 59:19, 61:23, 62:4, 62:6, 62:20, 63:9,

63:11, 64:17, 64:24, 66:1, 66:3, 66:4, 66:9, 66:11, 66:16, 67:23, 68:1, 68:3, 68:4, 69:3, 69:5, 70:13, 70:15, 70:17, 70:21, 70:23, 70:24, 71:2, 71:19, 71:21, 71:22, 71:25, 72:1, 74:14, 74:16, 74:20, 74:21, 74:22, 75:3, 75:16, 75:17, 76:6, 76:9, 76:12, 76:17, 76:18, 76:20, 79:20, 79:21, 82:10, 82:12, 82:25, 83:22, 84:12, 85:1, 89:15, 89:25, 92:5, 102:18, 103:19, 104:22, 109:7, 111:20, 112:25, 114:8, 114:11, 117:1, 118:9, 118:18, 119:3, 120:2, 121:3, 123:16, 123:19, 125:3, 125:9, 125:24, 126:18, 129:14, 130:12, 131:10, 132:7, 132:9, 132:12, 136:2, 136:7, 137:4, 137:5, 138:17, 139:6, 139:15, 140:6, 140:8, 141:14, 142:4, 142:19, 143:9, 143:11, 144:5, 145:9, 148:15, 148:16, 148:20, 149:4, 149:5, 149:6, 151:18, 151:25, 152:11, 152:12, 153:11, 154:8, 155:21, 156:11, 157:12, 157:14, 158:15, 159:7, 159:15, 159:22, 160:2, 160:9, 161:12, 161:13, 161:18, 161:24, 162:3, 162:5, 162:8, 162:10, 162:11, 162:13, 162:21, 164:13

**DOCKET** [7] - 145:17, 147:14, 148:8, 161:13, 161:14, 161:16, 161:20

**DOCTOR** [3] - 51:14, 53:22, 140:20

**DOCTORATE** [1] -

81:23

**DOCUMENT** [52] - 27:15, 29:5, 30:12, 33:4, 36:8, 36:12, 37:6, 38:3, 47:10, 47:16, 48:23, 49:4, 52:7, 52:10, 52:18, 61:23, 66:1, 67:10, 70:11, 70:14, 70:25, 71:20, 72:12, 75:16, 75:20, 85:7, 85:10, 86:16, 90:6, 94:25, 95:16, 99:12, 112:5, 113:9, 113:13, 113:14, 115:10, 115:22, 117:2, 119:3, 120:2, 121:21, 122:1, 122:8, 123:14, 124:5, 124:21, 125:20, 128:1, 137:23, 138:3, 139:1

**DOCUMENTATION** [12] - 10:8, 10:16, 27:20, 28:2, 42:2, 49:4, 50:14, 53:11, 72:4, 72:12, 72:20, 154:3

**DOCUMENTED** [1] - 49:20

**DOCUMENTS** [11] - 28:6, 34:17, 71:13, 85:2, 88:9, 88:20, 120:15, 123:2, 142:20, 147:18, 158:23

**DOES** [94] - 11:19, 14:21, 15:13, 16:10, 17:13, 18:12, 19:7, 21:1, 21:3, 21:9, 21:12, 21:16, 21:23, 22:14, 22:17, 22:23, 23:12, 23:18, 23:23, 24:10, 25:2, 26:1, 26:18, 27:8, 27:15, 27:23, 28:1, 28:19, 28:21, 28:24, 28:25, 29:2, 29:5, 29:16, 32:10, 32:14, 32:17, 32:24, 33:6, 33:21, 33:22, 33:24, 35:3, 36:9, 36:20, 36:21, 37:1, 37:6, 38:11, 38:19, 39:4, 39:14, 39:22, 40:5, 40:7, 40:10, 41:13, 42:9, 42:24, 58:22, 60:16, 71:8, 73:1, 74:20, 82:5, 86:7, 95:24, 97:4, 98:6, 98:14,

99:2, 100:9, 100:17, 102:3, 103:11, 105:16, 105:23, 107:13, 122:13, 126:2, 127:13, 127:17, 130:12, 133:15, 135:14, 135:23, 139:14, 139:22, 153:19, 154:18

**DOESN'T** [2] - 8:4, 58:4

**DOG** [3] - 31:12, 76:16, 76:21

**DOING** [17] - 3:15, 7:2, 9:9, 9:23, 11:15, 41:21, 41:25, 45:12, 46:12, 50:13, 52:20, 53:22, 103:16, 110:14, 136:23, 152:11

**DON'T** [71] - 3:9, 3:17, 17:11, 20:19, 21:4, 21:8, 21:15, 28:1, 34:5, 42:14, 42:15, 42:17, 42:18, 44:22, 47:15, 47:18, 48:19, 48:20, 50:2, 50:9, 50:18, 53:2, 53:5, 70:1, 70:9, 77:1, 77:4, 79:17, 79:25, 102:19, 103:10, 103:21, 105:21, 113:4, 114:9, 122:16, 122:21, 124:23, 132:1, 132:6, 133:14, 135:2, 135:3, 136:13, 136:16, 136:17, 136:22, 140:17, 141:9, 144:20, 145:2, 145:11, 145:13, 145:16, 145:21, 153:8, 153:10, 153:11, 154:12, 154:20, 155:24, 157:22, 157:24, 158:3, 158:10, 160:15, 162:2, 162:20, 162:21, 162:23, 163:9

**DONE** [4] - 17:20, 46:3, 68:22, 164:1

**DOOR** [1] - 48:3

**DOPAMINE** [2] - 75:6, 75:10

**DOSAGE** [5] - 56:12, 56:14, 57:25, 58:17, 59:4

**DOSAGES** [1] - 71:8
**DOSES** [1] - 57:19
**DOSING** [1] - 77:25
**DOT** [1] - 142:12
**DOUBLE** [2] - 54:5, 154:25
**DOUBT** [4] - 64:9, 67:9, 69:9, 148:11
**DOWN** [66] - 3:18, 7:21, 17:21, 17:24, 22:24, 28:11, 29:12, 30:6, 30:11, 30:24, 31:7, 32:24, 33:4, 34:16, 34:24, 38:1, 38:9, 40:4, 40:9, 41:20, 45:13, 47:13, 52:7, 54:23, 57:1, 62:18, 64:15, 66:6, 66:12, 67:20, 67:21, 68:24, 68:25, 70:17, 70:25, 71:23, 76:5, 96:11, 96:17, 96:18, 97:20, 99:12, 101:14, 104:9, 104:14, 104:25, 106:22, 107:1, 108:3, 114:7, 114:25, 115:21, 116:2, 118:6, 118:7, 118:16, 128:10, 132:1, 140:6, 140:19, 140:20, 141:6, 143:2, 143:12, 154:23, 163:6
**DR** [328] - 1:3, 1:14, 3:3, 3:4, 3:25, 4:6, 4:7, 4:11, 4:13, 4:21, 7:12, 7:16, 7:22, 10:5, 10:10, 10:12, 10:19, 10:23, 15:20, 16:20, 16:22, 16:23, 18:21, 21:25, 22:14, 24:16, 24:21, 24:22, 25:12, 25:15, 25:16, 26:5, 26:6, 26:12, 27:20, 28:2, 28:14, 28:16, 31:18, 31:22, 31:25, 32:9, 32:14, 32:25, 33:7, 35:12, 35:20, 35:21, 36:4, 38:6, 38:12, 39:4, 39:5, 39:14, 40:3, 40:5, 40:11, 43:7, 43:20, 43:23, 44:2, 44:5, 44:7, 44:18, 44:25, 45:6, 45:7, 45:10, 45:11, 45:17, 46:15, 47:9, 48:2, 48:7, 48:11, 48:12,

48:17, 48:20, 49:2, 49:3, 52:9, 54:14, 54:24, 55:2, 55:16, 56:14, 58:6, 58:8, 58:15, 61:4, 62:10, 62:17, 63:1, 63:11, 65:15, 65:16, 65:22, 66:1, 70:13, 71:19, 72:3, 72:9, 72:12, 72:15, 75:19, 75:22, 75:23, 76:22, 77:14, 77:22, 78:7, 78:9, 78:11, 78:22, 79:1, 79:7, 79:10, 79:11, 80:9, 80:10, 80:16, 80:24, 85:9, 86:13, 86:16, 86:20, 87:1, 87:2, 87:6, 87:12, 87:17, 87:23, 88:3, 88:8, 88:11, 89:7, 89:10, 89:13, 89:17, 89:22, 90:2, 90:7, 90:12, 90:19, 90:23, 91:5, 91:9, 91:16, 91:20, 92:2, 92:7, 92:11, 92:16, 92:19, 93:6, 93:8, 93:11, 94:18, 96:7, 96:20, 96:23, 97:5, 98:7, 99:17, 100:4, 100:5, 102:1, 102:3, 102:23, 103:3, 103:4, 103:10, 104:5, 104:7, 104:10, 105:8, 105:10, 105:11, 105:14, 105:15, 105:16, 105:25, 106:7, 106:10, 106:23, 107:13, 107:14, 107:25, 108:8, 108:15, 108:21, 109:2, 109:6, 109:9, 109:11, 109:13, 110:9, 110:12, 110:13, 110:16, 111:12, 111:13, 112:9, 112:13, 112:21, 113:3, 113:7, 113:8, 113:14, 114:11, 114:13, 114:15, 114:17, 114:18, 114:19, 115:5, 116:2, 116:5, 116:7, 116:8, 116:9, 117:1, 119:4, 119:9, 119:10, 119:11, 120:7, 121:12, 121:15, 123:12,

123:16, 123:20, 124:19, 125:21, 126:1, 126:9, 126:11, 126:12, 126:22, 127:3, 127:24, 127:25, 128:9, 128:13, 129:17, 129:19, 129:23, 129:24, 130:3, 130:5, 132:25, 133:3, 133:5, 133:10, 134:8, 134:10, 134:13, 134:14, 135:17, 135:20, 136:2, 136:4, 136:20, 137:1, 137:8, 137:12, 137:17, 137:21, 137:22, 141:22, 142:16, 143:20, 143:22, 143:24, 144:25, 145:5, 145:6, 145:15, 145:18, 146:2, 146:8, 149:11, 149:24, 151:8, 151:25, 152:14, 152:20, 153:19, 153:24, 154:3, 154:8, 155:9, 155:11, 155:14, 156:17, 157:3, 157:16, 159:7, 159:9, 159:20, 160:8, 160:14, 161:4, 161:7, 161:18, 162:13, 162:14, 162:16, 162:22, 163:2, 163:4, 163:10, 164:6, 164:10, 164:15, 164:17, 165:3, 165:5, 165:6, 165:8
**DRAFT** [1] - 146:18
**DRAW** [2] - 50:9, 154:6
**DRILLED** [1] - 17:21
**DRUG** [2] - 31:24, 74:15
**DRUGS** [3] - 57:9, 57:12, 57:18
**DSM** [8] - 13:4, 15:11, 15:12, 15:17, 17:10, 17:25, 21:6, 60:18
**DSM5** [1] - 61:24
**DUE** [6] - 6:19, 39:8, 39:9, 41:13, 62:23
**DURATION** [2] -

62:14, 74:11
**DURING** [2] - 92:18, 117:5
**DUTIES** [3] - 112:16, 112:18, 131:20
**DUTY** [1] - 6:15
**DX** [1] - 119:1
**DX12** [1] - 29:3
**DX2** [1] - 27:23
**DX28** [1] - 38:1
**DX3** [11] - 96:9, 96:14, 99:18, 104:8, 105:10, 106:6, 107:4, 118:24, 118:25, 119:2, 119:6
**DX35** [2] - 38:24, 70:12
**DX57** [2] - 7:11, 7:15
**DX7** [4] - 29:8, 30:1, 30:14, 30:22

# E

**E-MAIL** [4] - 3:14, 27:5, 147:15, 162:4
**E-MAILED** [1] - 161:13
**EACH** [25] - 47:22, 48:14, 51:7, 53:24, 63:18, 66:24, 83:12, 83:13, 84:8, 84:22, 93:12, 95:19, 95:20, 96:24, 104:16, 104:18, 104:19, 107:9, 120:23, 124:20, 132:4, 144:11, 150:3
**EAGLE** [1] - 140:22
**EARLIER** [24] - 7:10, 22:5, 31:24, 35:5, 35:7, 46:22, 53:10, 64:5, 71:20, 73:20, 77:5, 77:8, 86:3, 93:19, 110:19, 111:13, 112:5, 117:8, 117:22, 119:13, 120:19, 120:20, 143:2, 161:2
**EARLY** [1] - 78:1
**EASIER** [5] - 12:18, 73:10, 85:4, 162:24
**EASILY** [2] - 71:23, 161:1
**EASTERN** [1] - 1:2
**EASY** [2] - 6:23, 146:6
**EDGE** [1] - 65:2
**EDIT** [1] - 36:16
**EDUCATION** [1] - 5:5
**EDUCATIONAL** [3] - 4:23, 72:24, 81:21
**EFFECT** [5] - 3:16,

14:21, 23:24, 32:8, 122:17
**EFFECTED** [2] - 15:1, 15:5
**EFFECTING** [2] - 20:17, 72:6
**EFFECTIVE** [3] - 23:11, 23:17, 23:21
**EFFECTS** [6] - 12:21, 20:13, 23:7, 38:21, 77:14, 131:22
**EFFICIENTLY** [1] - 64:25
**EFFORT** [2] - 38:20, 49:25
**EIGHT** [8] - 84:11, 84:21, 99:8, 101:14, 101:15, 102:10, 107:21, 108:4
**EIGHT-HOUR** [1] - 84:11
**EIGHTH** [1] - 107:18
**EITHER** [5] - 3:22, 63:20, 72:23, 144:22, 151:4
**ELAPSE** [1] - 94:7
**ELAPSED** [1] - 94:3
**ELECTRONIC** [6] - 13:11, 14:2, 17:8, 36:14, 53:4, 53:8
**ELECTRONICALLY** [1] - 147:14
**ELECTRONICS** [1] - 107:2
**ELEMENT** [2] - 134:1, 134:2
**ELEVATED** [1] - 67:4
**ELIMINATE** [1] - 148:6
**ELSE** [7] - 17:12, 29:18, 30:12, 42:18, 79:6, 103:12, 143:23
**ELUDED** [1] - 72:22
**EMOTIONAL** [1] - 31:12
**EMPLOYED** [2] - 5:18, 96:21
**EMPLOYMENTS** [1] - 5:19
**ENCOUNTER** [3] - 36:5, 36:11, 94:23
**ENCOURAGE** [1] - 65:7
**END** [37] - 5:5, 17:23, 36:8, 86:4, 93:23, 94:5, 94:6, 94:10, 96:23, 96:24, 97:10, 97:13, 97:15, 97:20, 98:3, 98:6, 98:11, 99:3, 100:10, 100:12, 100:14,

100:17, 101:21,
101:23, 106:1,
108:1, 108:2, 108:6,
108:12, 108:18,
109:5, 128:15,
135:24, 141:2,
144:13, 144:14,
145:3
**ENDED** [1] - 94:12
**ENERGY** [2] - 65:1,
77:12
**ENJOYABLE** [1] -
40:22
**ENJOYMENT** [1] -
40:21
**ENOUGH** [8] - 13:15,
18:12, 35:16, 42:10,
48:23, 141:17,
141:23, 144:15
**ENSUING** [1] - 104:20
**ENSURE** [3] - 81:19,
104:20, 133:19
**ENTER** [1] - 48:18
**ENTERED** [1] - 28:7
**ENTERPRISES** [1] -
159:24
**ENTIRE** [4] - 44:17,
113:13, 153:18,
159:24
**ENTIRETY** [1] -
119:14
**ENTITIES** [1] - 10:2
**ENTITLED** [2] - 62:1,
164:22
**ENVISIONING** [2] -
150:18, 150:21
**EPISODES** [1] - 31:2
**EPISODIC** [1] - 32:2
**EQUAL** [2] - 6:20,
17:14
**EQUITIES** [1] - 157:11
**EQUITY** [1] - 131:10
**ERROR** [2] - 36:17,
130:16
**ESPECIALLY** [4] -
47:19, 53:13, 77:24,
114:2
**ESQUIRE** [1] - 2:2
**ESSENTIAL** [2] - 62:9,
62:11
**ESSENTIALLY** [5] -
19:6, 19:12, 23:25,
127:10, 132:20
**ESTIMATE** [3] - 105:2,
111:4, 128:18
**ESTIMATED** [2] -
128:21, 129:1
**EUROPEAN** [4] - 63:7,
63:9, 63:12, 63:17
**EVAL** [1] - 49:22

**EVALUATE** [3] - 8:12,
25:3, 46:15
**EVALUATED** [2] -
8:19, 8:21, 49:11
**EVALUATING** [1] -
25:8
**EVALUATION** [7] -
13:19, 17:21, 41:25,
42:1, 52:24, 66:5,
69:10
**EVALUATIONS** [5] -
6:2, 6:3, 14:25,
46:19, 49:8
**EVEN** [28] - 15:1,
15:13, 21:20, 22:20,
25:7, 26:10, 37:18,
42:18, 57:19, 63:20,
70:18, 77:1, 103:20,
132:21, 137:25,
138:11, 138:15,
139:3, 139:4, 139:8,
139:11, 140:4,
143:13, 143:14,
144:13, 152:19,
160:23, 160:25
**EVENLY** [3] - 105:20,
122:15, 142:1
**EVENT** [2] - 11:6,
62:16
**EVENTS** [1] - 62:13
**EVER** [12] - 11:25,
40:14, 45:18, 46:15,
46:17, 50:17, 50:21,
50:25, 109:13,
130:12, 130:22,
131:21
**EVERY** [16] - 8:14,
8:22, 9:11, 13:24,
13:25, 17:8, 23:10,
23:16, 23:22, 31:24,
38:19, 59:15, 59:22,
60:7, 63:15
**EVERYBODY** [1] -
8:9, 57:9, 144:2
**EVERYONE** [13] -
29:13, 32:21, 35:18,
93:6, 96:13, 103:12,
104:12, 104:23,
131:9, 139:24,
152:23, 162:19,
164:12
**EVERYTHING** [2] -
146:16, 161:19
**EVIDENCE** [22] - 6:21,
7:19, 16:5, 28:7,
30:10, 31:16, 34:14,
49:1, 58:4, 65:21,
86:19, 86:23, 87:9,
87:20, 88:6, 90:15,
91:1, 91:12, 91:23,

92:14, 154:3, 154:16
**EVIDENTIARY** [3] -
145:4, 153:18, 154:7
**EVOLUTIONARY** [1] -
11:4
**EXACTLY** [4] - 8:9,
18:7, 56:21, 151:19
**EXAM** [90] - 15:22,
27:10, 27:17, 28:4,
29:21, 30:7, 34:11,
49:25, 68:7, 70:3,
81:18, 81:19, 83:12,
83:13, 84:3, 84:6,
84:11, 84:13, 84:18,
85:14, 85:20, 85:22,
85:25, 86:1, 86:13,
86:16, 87:2, 87:13,
87:24, 90:8, 90:9,
91:5, 91:16, 92:2,
92:7, 94:8, 94:9,
94:21, 94:22, 96:16,
99:15, 99:22, 100:4,
102:2, 104:5,
104:11, 105:15,
106:2, 106:5, 106:8,
106:13, 106:15,
107:8, 107:24,
108:6, 108:9,
108:12, 108:14,
108:18, 108:20,
109:1, 109:5,
111:23, 115:7,
115:12, 115:25,
116:16, 116:19,
120:23, 121:6,
126:20, 127:4,
127:6, 127:18,
129:6, 131:5,
131:11, 133:18,
134:20, 134:23,
135:11, 141:2,
143:4, 143:11,
144:5, 144:15,
156:20, 161:2
**EXAMINATION** [37] -
1:6, 4:19, 9:9, 45:9,
80:22, 82:3, 82:13,
83:1, 83:2, 97:7,
109:4, 109:10,
110:11, 111:21,
112:1, 112:2,
112:18, 112:20,
113:1, 114:1, 115:8,
115:9, 116:12,
117:5, 117:24,
120:3, 126:4,
126:16, 126:25,
127:13, 128:6,
129:22, 130:1,
134:12, 134:14,

134:21, 138:25
**EXAMINATIONS** [2] -
6:17, 110:21
**EXAMINE** [3] - 94:21,
112:19, 144:19
**EXAMINEE** [34] - 82:7,
85:12, 86:10, 89:2,
93:16, 93:20, 93:22,
93:24, 93:25, 94:2,
94:4, 94:6, 94:13,
94:22, 94:24, 95:7,
95:8, 95:9, 97:18,
102:11, 108:5,
115:24, 116:11,
117:7, 121:14,
122:18, 123:23,
127:17, 129:3,
129:25, 130:17,
134:19, 135:1,
135:11
**EXAMINEE'S** [3] -
88:11, 92:18, 133:22
**EXAMINEES** [12] -
82:23, 83:3, 83:11,
83:22, 84:12, 84:23,
95:18, 102:13,
102:16, 117:4,
117:6, 122:16
**EXAMINERS** [2] - 4:5,
80:8
**EXAMPLE** [10] - 8:8,
14:24, 20:5, 102:9,
114:4, 116:16,
133:18, 133:23,
133:24, 147:7
**EXAMS** [10] - 6:3,
33:11, 68:5, 111:11,
128:20, 140:24,
141:9, 156:17,
156:18, 160:17
**EXCERPT** [2] - 61:24,
61:25
**EXCESSIVE** [3] -
62:12, 64:23, 65:5
**EXCHANGE** [1] -
148:3
**EXCHANGED** [1] -
145:10
**EXCUSE** [2] - 35:11,
52:21
**EXCUSED** [2] - 79:12,
135:21
**EXECUTIVE** [3] -
61:19, 73:8, 73:9
**EXERCISE** [1] -
151:18
**EXHIBIT** [50] - 7:11,
7:18, 16:16, 27:23,
28:9, 29:3, 29:8,
40:1, 48:25, 65:20,

86:7, 86:18, 86:22,
87:4, 87:8, 87:15,
87:19, 88:1, 88:5,
90:10, 90:14, 90:17,
90:25, 91:3, 91:7,
91:11, 91:18, 91:22,
92:13, 96:14, 97:3,
99:13, 101:25,
104:3, 105:9,
108:19, 114:10,
127:2, 127:4,
127:22, 132:1,
132:7, 147:15,
147:16, 147:17,
148:12, 158:14,
158:15, 158:23,
161:9
**EXHIBITS** [7] - 147:3,
147:6, 147:15,
147:25, 161:10,
161:19, 165:9
**EXPECT** [2] - 102:8,
163:9
**EXPECTATION** [1] -
62:13
**EXPERIENCE** [8] -
11:1, 11:22, 18:9,
42:19, 55:7, 63:8,
86:11, 92:19
**EXPERIENCED** [1] -
109:18
**EXPERIENCES** [3] -
21:10, 42:18, 72:7
**EXPERIENCING** [1] -
8:13
**EXPERIMENTAL** [14] -
120:24, 121:6,
121:19, 121:24,
122:1, 122:4,
122:14, 122:17,
122:22, 139:9,
139:11, 139:16,
140:3, 143:14
**EXPERT** [5] - 10:6,
10:15, 43:4, 46:2,
145:21
**EXPERT'S** [1] - 146:6
**EXPERTISE** [2] - 48:6,
131:5
**EXPERTS** [1] - 145:18
**EXPIRED** [3] - 94:13,
118:22, 144:14
**EXPLAIN** [7] - 19:12,
66:18, 85:7, 85:15,
88:23, 94:18, 142:19
**EXPLAINING** [1] -
64:6, 93:11
**EXPLAINS** [1] - 18:7
**EXPLANATION** [1] -
20:16

**EXPLANATORY** [1] - 130:23

**EXPLICIT** [1] - 25:7

**EXPLICITLY** [1] - 37:7

**EXPLODES** [1] - 3:18

**EXPLORATORY** [1] - 113:1

**EXPOSURE** [1] - 82:24

**EXPRESS** [1] - 64:2

**EXPUNGE** [2] - 130:12, 130:14

**EXPUNGED** [1] - 130:20

**EXPUNGEMENT** [9] - 154:19, 155:21, 156:5, 156:16, 157:4, 157:18, 158:3, 158:5

**EXTENDED** [2] - 27:13, 56:16

**EXTENT** [3] - 10:1, 31:5, 53:17

**EXTERNAL** [2] - 18:5, 42:1

**EXTRA** [13] - 21:13, 21:18, 27:10, 28:3, 44:25, 77:12, 118:2, 126:15, 143:8, 143:11, 143:25, 144:12, 154:5

**EXTRAORDINARY** [1] - 21:19

### F

**F90.9** [1] - 17:16

**FACE** [1] - 67:14

**FACT** [12] - 149:25, 150:20, 150:25, 151:9, 151:11, 151:12, 151:15, 151:17, 151:23, 151:24, 153:4

**FACTOR** [1] - 159:23

**FACTORS** [8] - 57:8, 59:2, 116:14, 128:23, 131:7, 133:20, 157:10

**FACTS** [2] - 149:17, 158:7

**FACULTY** [2] - 5:20, 82:20

**FAIR** [7] - 81:19, 112:21, 135:5, 135:7, 136:14, 138:3, 163:25

**FAIRLY** [1] - 23:13

**FAIRNESS** [1] - 132:25

**FAKING** [1] - 70:7

**FALL** [4] - 76:4, 76:7, 114:23, 161:3

**FAMILIAR** [18] - 7:22, 8:15, 8:25, 9:13, 9:19, 9:25, 47:4, 47:9, 47:15, 51:2, 52:7, 75:23, 82:3, 82:4, 82:7, 111:12, 111:16, 131:1

**FAMILY** [4] - 5:24, 9:11, 42:2, 42:4

**FAR** [6] - 27:18, 45:15, 45:16, 46:11, 106:14, 139:15

**FAR-FETCHED** [1] - 139:15

**FARFETCHED** [1] - 143:16

**FASTER** [2] - 57:18, 57:21

**FAT** [1] - 57:11

**FAULT** [1] - 162:9

**FAVOR** [1] - 155:9

**FDA** [2] - 56:11, 59:5

**FEAR** [1] - 18:16

**FEATURE** [1] - 62:11

**FEATURES** [2] - 62:5, 62:9

**FEBRUARY** [18] - 30:1, 36:23, 36:25, 37:3, 37:5, 38:25, 90:7, 90:8, 96:5, 96:11, 96:15, 97:7, 99:18, 104:8, 107:23, 120:3, 128:10

**FED** [1] - 117:15

**FEDERAL** [1] - 161:6

**FEDERATION** [1] - 47:5

**FEEDBACK** [2] - 138:16, 138:17

**FEEL** [12] - 11:13, 26:1, 26:17, 39:11, 71:3, 74:25, 97:18, 115:24, 143:14, 153:11, 153:12, 162:16

**FEELING** [2] - 65:2, 71:23

**FEELINGS** [1] - 40:23

**FEELS** [5] - 19:4, 33:14, 38:17, 40:19, 132:15

**FELLOWSHIP** [1] - 5:3

**FELT** [3] - 38:16, 83:18, 143:1

**FETCHED** [1] - 139:15

**FEW** [5] - 5:16, 5:19, 11:9, 37:19, 52:1, 79:1

**FIELDS** [1] - 93:18

**FIFTH** [1] - 107:18

**FIGGITY** [1] - 29:23

**FIGURE** [3] - 3:19, 160:20, 161:17

**FIGURED** [1] - 137:25

**FILE** [7] - 36:20, 36:25, 43:18, 147:13, 148:8, 149:9, 161:15

**FILED** [2] - 39:7, 96:10

**FILING** [1] - 39:8

**FILL** [2] - 14:4, 54:10

**FILLED** [2] - 105:5, 105:18

**FINAL** [11] - 50:11, 123:23, 123:24, 124:1, 124:7, 124:17, 125:7, 125:12, 125:17, 150:2, 157:19

**FINALIZED** [1] - 142:22

**FIND** [6] - 18:4, 64:13, 147:19, 155:8, 155:14, 157:15

**FINDINGS** [14] - 66:18, 149:17, 149:25, 150:20, 150:25, 151:9, 151:11, 151:12, 151:15, 151:17, 151:23, 151:24, 153:4

**FINE** [5] - 38:4, 62:21, 90:2, 90:3, 156:1

**FINISH** [3] - 83:23, 134:22, 138:16

**FINISHED** [3] - 83:3, 153:1, 160:22

**FINISHING** [1] - 82:16

**FIRST** [46] - 13:18, 16:1, 21:1, 23:6, 23:8, 26:22, 32:23, 33:3, 36:1, 38:9, 39:13, 40:13, 40:14, 60:1, 76:13, 79:1, 83:10, 85:4, 85:6, 85:9, 88:22, 97:14, 106:7, 113:17, 118:18, 118:20, 140:8, 140:10, 141:12, 141:19, 141:21, 142:23, 146:24, 149:9, 149:10, 149:11, 149:16, 150:4,

150:22, 151:4, 152:9, 152:10, 153:17, 153:25, 155:4

**FIRST-LINE** [1] - 23:6

**FIRSTHAND** [1] - 55:10

**FITNESS** [2] - 6:2, 6:15

**FIVE** [12] - 8:2, 79:24, 79:25, 98:19, 101:2, 102:9, 125:9, 132:21, 135:1, 135:6, 135:13, 135:14

**FIVE-MINUTE** [1] - 79:24

**FLAG** [3] - 142:8, 142:10, 142:13

**FLAGGED** [1] - 142:13

**FLOW** [1] - 109:20

**FLUID** [1] - 22:5

**FLYERS** [1] - 163:16

**FOCUS** [9] - 18:24, 19:5, 24:7, 32:22, 54:11, 74:11, 99:20, 143:17, 157:25

**FOCUSED** [7] - 28:8, 73:21, 73:24, 82:22, 83:5, 141:4, 151:19

**FOCUSING** [2] - 26:15, 41:14

**FOLLOW** [5] - 129:2, 133:2, 133:5, 133:10, 134:9

**FOLLOW-UP** [3] - 129:2, 133:2, 133:5

**FOLLOWING** [1] - 153:5

**FOOTER** [1] - 24:14

**FOR** [326] - 1:2, 2:4, 3:23, 4:16, 5:22, 5:23, 5:24, 5:25, 6:5, 6:15, 7:23, 8:8, 8:16, 8:19, 8:21, 8:23, 9:1, 9:14, 9:22, 9:23, 10:3, 11:25, 12:4, 12:18, 13:3, 13:12, 13:19, 14:15, 14:19, 15:21, 15:22, 15:23, 15:25, 16:1, 16:2, 16:3, 16:5, 16:12, 16:18, 17:6, 17:16, 18:24, 20:1, 20:2, 20:15, 21:13, 21:17, 22:15, 23:6, 23:11, 23:14, 23:20, 24:6, 24:7, 24:8, 24:9, 25:8, 26:2, 26:21, 26:25, 27:4, 27:21,

28:3, 28:22, 29:17, 30:7, 30:17, 31:7, 31:11, 31:12, 31:22, 32:2, 34:1, 34:13, 34:21, 35:1, 35:16, 36:7, 36:24, 39:7, 40:25, 41:3, 41:21, 42:5, 42:9, 43:7, 45:6, 45:22, 47:20, 47:23, 47:25, 48:12, 48:15, 49:12, 49:20, 49:22, 49:23, 49:25, 50:19, 51:3, 51:7, 51:10, 52:22, 53:9, 53:10, 53:14, 53:24, 54:9, 54:16, 55:1, 55:16, 55:17, 56:15, 57:14, 57:15, 57:17, 58:11, 58:23, 59:18, 59:25, 60:1, 60:24, 61:16, 62:7, 62:10, 62:12, 63:5, 64:6, 64:10, 64:20, 65:12, 66:9, 67:9, 68:7, 68:16, 68:17, 68:20, 69:6, 69:9, 69:18, 70:1, 73:4, 74:12, 75:19, 76:17, 78:23, 79:11, 80:2, 80:19, 81:7, 81:24, 82:2, 82:14, 82:23, 83:7, 84:1, 84:10, 86:13, 87:1, 87:12, 87:23, 89:23, 90:2, 90:7, 90:18, 91:4, 91:15, 92:1, 92:5, 92:6, 95:17, 95:18, 96:5, 96:14, 96:24, 98:6, 98:14, 99:6, 99:9, 99:10, 99:15, 100:3, 101:4, 101:8, 101:12, 101:15, 101:17, 102:1, 102:9, 102:13, 103:19, 103:20, 104:4, 104:19, 105:8, 105:13, 105:14, 106:9, 106:15, 107:12, 107:14, 107:23, 108:9, 108:13, 108:19, 108:25, 109:10, 109:17, 110:3, 110:4, 111:3, 111:9, 111:13, 111:25, 112:4, 112:16, 113:20, 114:3, 114:11, 115:25, 116:16, 116:23, 117:9, 117:23, 117:25,

118:18, 118:25, 119:4, 119:12, 120:3, 120:21, 120:23, 121:1, 123:1, 124:3, 124:6, 124:14, 125:6, 125:23, 126:15, 126:18, 126:23, 127:8, 127:16, 127:19, 128:9, 128:10, 129:17, 129:24, 130:6, 131:9, 133:18, 133:23, 135:1, 135:13, 135:14, 135:20, 136:7, 136:9, 137:7, 137:15, 138:9, 138:10, 138:22, 139:5, 140:12, 140:14, 145:4, 145:7, 146:14, 147:3, 147:7, 147:9, 148:2, 148:16, 148:20, 148:22, 149:2, 149:4, 149:18, 149:24, 150:3, 151:3, 151:8, 151:18, 152:2, 152:6, 152:13, 152:22, 153:5, 153:7, 154:2, 154:4, 154:13, 154:16, 155:14, 155:16, 155:21, 156:17, 157:13, 157:15, 157:17, 157:22, 158:8, 158:14, 159:13, 159:16, 160:10, 161:9, 162:22, 162:25, 163:1, 164:1, 164:4
FORCED [3] - 99:24, 100:6, 102:4
FOREGOING [1] - 164:20
FOREIGN [2] - 110:25, 140:21
FORENSIC [8] - 5:3, 5:14, 6:6, 6:7, 7:7, 9:5, 9:9, 41:25
FORGET [2] - 140:20, 145:21
FORM [9] - 13:7, 13:20, 19:19, 126:7, 129:3, 129:9, 156:6, 157:18, 162:3
FORMAL [1] - 26:4
FORMAT [1] - 114:4
FORMATTING [1] -

28:22
FORMS [3] - 13:7, 89:11, 129:7
FORMULATIONS [1] - 56:15
FORTH [5] - 8:1, 146:5, 149:21, 152:16, 157:11
FORWARD [3] - 47:19, 122:25, 150:8
FOUNDATIONS [1] - 76:6
FOUR [16] - 16:20, 83:13, 83:17, 83:22, 98:13, 98:14, 100:23, 101:4, 102:9, 114:23, 114:24, 150:3, 152:6, 154:23, 155:8, 162:17
FOURTH [3] - 64:15, 83:3, 107:18
FRAME [1] - 154:16
FRAMEWORK [2] - 152:13, 152:16
FREE [2] - 13:9, 103:25
FREQUENCY [1] - 62:14
FREQUENT [1] - 163:16
FREQUENTLY [1] - 63:8
FROM [94] - 3:10, 3:14, 3:19, 3:24, 3:25, 4:24, 8:17, 9:19, 10:23, 11:4, 11:7, 11:15, 11:22, 11:23, 12:5, 14:12, 20:25, 21:22, 24:14, 25:6, 26:16, 27:5, 27:12, 28:11, 28:24, 28:25, 29:4, 29:11, 30:1, 30:15, 30:23, 31:3, 31:18, 32:20, 34:11, 38:2, 39:1, 39:21, 39:24, 40:2, 43:10, 43:13, 43:15, 43:18, 43:20, 43:24, 44:12, 44:18, 44:24, 47:10, 53:3, 53:4, 53:7, 53:11, 60:16, 61:24, 61:25, 70:25, 71:12, 71:20, 72:23, 79:6, 82:20, 82:24, 86:16, 87:24, 94:2, 94:25, 95:14, 104:18, 106:2, 117:8, 117:14, 128:13, 131:4,

138:20, 140:4, 140:5, 140:15, 140:19, 140:25, 143:2, 146:4, 146:6, 149:16, 149:20, 150:4, 152:17, 160:1, 163:6, 164:14, 164:21
FSMB [1] - 47:4
FSMB'S [1] - 47:10
FULL [7] - 5:22, 17:20, 95:12, 136:14, 154:7, 161:19, 163:24
FULL-TIME [1] - 5:22
FULLY [2] - 139:2, 152:15
FUNCTION [11] - 16:8, 41:25, 61:19, 73:8, 73:9, 75:13, 126:3, 126:16, 126:18, 126:24, 127:17
FUNCTIONAL [14] - 11:14, 19:1, 20:23, 21:16, 22:10, 22:22, 26:13, 26:20, 27:1, 32:15, 39:23, 41:5, 42:11, 64:17
FUNCTIONING [8] - 20:6, 33:8, 33:25, 38:12, 39:5, 40:12, 62:24, 73:4
FUNCTIONS [2] - 34:8, 144:8
FUNDAMENTAL [1] - 14:23
FURTHER [22] - 13:14, 14:2, 30:11, 45:3, 78:11, 116:24, 128:2, 129:14, 130:3, 133:11, 134:3, 134:12, 135:17, 136:3, 136:9, 136:11, 155:23, 156:4, 156:15, 157:6, 157:19, 164:8
FUTURE [6] - 128:22, 129:10, 154:19, 155:12, 157:17, 158:9

## G

GAD [1] - 13:20
GAD7 [1] - 13:20
GAP [1] - 59:21
GATHERED [2] - 88:14, 92:21
GAVE [6] - 67:4,

69:15, 125:17, 139:19, 140:23, 156:9
GENERAL [14] - 5:14, 15:9, 16:15, 23:12, 42:12, 43:1, 85:19, 85:25, 102:14, 131:3, 132:6, 141:13, 153:23, 157:7
GENERALIZED [15] - 8:8, 11:10, 13:3, 20:4, 33:1, 62:2, 62:11, 62:20, 62:22, 63:8, 63:17, 64:18, 65:6, 65:7, 65:12
GENERALLY [12] - 12:21, 14:22, 15:7, 20:1, 47:11, 47:15, 73:15, 77:7, 85:9, 88:23, 98:24, 157:9
GENEROUSLY [1] - 23:13
GET [33] - 18:19, 24:18, 28:12, 68:7, 71:16, 85:2, 88:20, 93:3, 104:24, 107:7, 109:20, 128:11, 139:13, 140:15, 142:24, 142:25, 143:5, 146:15, 146:19, 147:22, 147:24, 149:15, 149:21, 150:23, 152:7, 152:8, 152:24, 153:14, 156:10, 157:14, 161:20, 163:25
GETS [3] - 150:1, 150:2, 151:18
GETTING [3] - 106:18, 129:25, 135:5
GI [1] - 31:4
GIVE [40] - 13:23, 14:23, 29:13, 32:17, 43:3, 43:5, 48:9, 59:4, 59:5, 66:25, 77:11, 104:12, 105:5, 109:23, 111:1, 111:4, 112:12, 112:24, 116:11, 122:7, 123:1, 130:8, 133:1, 135:14, 138:4, 138:16, 139:10, 139:11, 144:6, 144:12, 146:19, 149:22, 151:5, 152:23, 153:13, 154:5, 154:6,

154:21, 155:16, 156:22
GIVEN [29] - 46:20, 48:23, 49:5, 50:14, 52:19, 58:1, 58:17, 58:19, 58:20, 59:18, 83:24, 84:8, 95:19, 116:11, 116:12, 118:1, 118:2, 119:17, 121:5, 121:10, 126:2, 126:14, 127:5, 129:8, 139:1, 139:21, 144:3, 148:11
GIVES [2] - 21:11, 149:19
GIVING [6] - 46:2, 67:15, 126:13, 136:18, 149:13, 157:12
GLIGOR [2] - 1:18, 164:25
GLITCH [1] - 130:19
GO [99] - 25:14, 25:17, 25:18, 25:19, 26:21, 26:22, 27:3, 28:23, 29:8, 29:9, 29:14, 29:25, 30:14, 30:22, 32:22, 36:1, 36:7, 36:8, 36:17, 36:19, 37:10, 38:3, 38:9, 39:1, 40:3, 40:8, 48:10, 49:16, 52:7, 53:10, 54:2, 54:8, 54:12, 54:24, 55:13, 56:23, 57:8, 76:8, 76:13, 77:3, 88:21, 93:1, 93:14, 96:4, 96:11, 98:5, 98:23, 99:4, 99:8, 99:17, 99:18, 101:10, 101:14, 104:24, 105:13, 106:22, 107:1, 107:3, 110:9, 113:3, 113:6, 114:15, 116:21, 116:22, 116:24, 119:7, 119:25, 123:8, 125:14, 134:22, 137:7, 140:4, 140:5, 140:17, 140:18, 140:19, 140:25, 141:2, 141:10, 142:15, 142:23, 142:24, 143:2, 143:10, 144:7, 146:13, 146:20, 149:10, 152:4,

152:10, 153:16,
156:3, 161:24,
163:11, 164:12
**GOES** [5] - 48:9,
66:24, 140:19,
141:3, 152:9
**GOING** [78] - 3:6,
3:15, 16:16, 18:24,
25:12, 25:13, 33:3,
34:23, 34:24, 39:15,
47:19, 48:23, 54:1,
54:4, 54:5, 67:21,
69:1, 82:11, 102:17,
102:19, 104:13,
109:21, 112:6,
112:24, 113:4,
118:16, 130:8,
140:3, 140:11,
140:13, 141:4,
141:6, 143:1, 144:5,
144:23, 145:13,
146:10, 146:13,
147:5, 149:4, 149:6,
149:7, 149:8,
149:10, 149:12,
150:4, 150:22,
150:23, 151:3,
151:5, 152:25,
153:1, 153:3,
153:13, 153:17,
154:1, 154:9,
154:11, 154:21,
156:1, 156:2,
156:14, 157:1,
157:13, 157:14,
157:19, 158:8,
158:9, 159:11,
160:4, 162:8,
162:10, 163:7,
163:8, 163:13,
163:20
**GONE** [1] - 120:11
**GOOD** [24] - 3:2, 3:3,
3:4, 4:7, 4:8, 4:11,
4:21, 15:17, 20:5,
29:10, 35:16, 45:11,
48:8, 61:1, 74:24,
80:24, 80:25,
102:20, 110:13,
148:24, 160:21,
161:14, 162:11
**GORY** [1] - 20:25
**GOT** [12] - 3:13, 5:1,
35:5, 48:22, 53:3,
53:4, 90:1, 95:5,
95:7, 95:25, 119:1,
163:24
**GOTTEN** [2] - 17:24,
37:23
**GRADE** [4] - 74:7,

76:7, 76:10, 76:15
**GRADED** [1] - 121:7
**GRADES** [3] - 73:25,
76:24, 77:4
**GRADUATE** [1] -
82:14
**GRADUATED** [1] -
4:24
**GRADUATES** [1] -
110:25
**GRAY** [1] - 56:2
**GREAT** [2] - 148:20,
164:3
**GREATLY** [1] - 137:2
**GROUP** [3] - 51:15,
69:16, 69:17
**GROUPS** [2] - 63:19,
69:14
**GROWING** [1] - 74:1
**GUARANTEE** [1] -
128:22
**GUESS** [8] - 5:5,
34:13, 79:6, 86:12,
96:25, 112:14,
121:25, 135:7
**GUESSED** [1] -
120:11
**GUESSING** [8] - 97:5,
97:9, 97:13, 99:24,
100:6, 100:10,
102:4, 122:21
**GUIDANCE** [2] -
146:20, 153:14
**GUILT** [1] - 40:23

---

# H

**HABITS** [1] - 78:4
**HACKMAN** [4] - 24:21,
25:12, 25:15, 26:5
**HAD** [39] - 17:8, 22:8,
26:19, 37:23, 46:7,
49:19, 50:23, 50:24,
69:19, 78:16, 83:17,
94:6, 94:13, 102:19,
105:5, 107:19,
108:5, 116:17,
122:24, 125:12,
134:11, 136:8,
136:10, 136:14,
136:22, 140:22,
141:25, 143:8,
143:20, 146:11,
146:16, 158:13,
158:23, 160:16,
162:18, 163:22
**HALF** [5] - 6:10, 7:2,
68:21, 151:6, 160:3
**HAMPTON** [1] - 1:15
**HAND** [2] - 4:12, 80:15

**HANDLE** [1] - 110:2
**HAPPEN** [5] - 73:1,
74:20, 146:10,
157:18, 163:13
**HAPPENED** [2] - 3:19,
148:11
**HAPPENS** [2] - 36:14,
72:22
**HARD** [7] - 34:13,
102:19, 111:3,
149:1, 159:21,
164:1, 164:4
**HARDSHIP** [1] -
159:23
**HARM** [1] - 12:24
**HAS** [50] - 10:25,
11:13, 13:10, 13:14,
19:9, 19:19, 20:18,
22:9, 23:7, 23:8,
23:16, 23:25, 24:24,
25:1, 25:2, 29:13,
31:25, 32:8, 32:13,
33:12, 37:7, 37:8,
39:6, 44:22, 47:22,
48:14, 58:1, 60:23,
61:1, 63:15, 63:17,
70:6, 72:15, 72:19,
74:1, 74:9, 75:12,
84:19, 84:21, 85:4,
93:21, 96:8, 130:16,
130:20, 130:23,
142:10, 142:12,
145:17, 152:20
**HATS** [1] - 146:9
**HAVE** [253] - 3:5, 3:7,
3:23, 5:9, 5:11, 5:19,
5:21, 5:22, 6:1, 6:4,
8:19, 8:21, 9:23,
9:25, 10:2, 10:14,
11:3, 11:11, 11:19,
12:3, 12:21, 13:6,
14:2, 14:4, 14:15,
14:16, 14:18, 14:23,
15:13, 15:15, 17:7,
17:20, 17:21, 17:24,
18:11, 18:14, 20:3,
20:6, 23:10, 23:22,
23:23, 24:17, 26:10,
27:22, 28:7, 31:16,
33:22, 34:3, 34:17,
35:12, 35:24, 37:22,
40:14, 40:16, 41:19,
42:1, 42:10, 42:15,
43:4, 44:11, 45:3,
45:17, 45:20, 45:22,
45:23, 46:3, 46:7,
46:17, 47:15, 48:22,
49:8, 49:19, 50:10,
50:17, 50:18, 50:19,
50:21, 50:23, 50:25,

51:2, 51:8, 52:19,
52:20, 52:22, 52:24,
53:2, 53:6, 53:25,
56:6, 56:8, 56:18,
57:10, 57:19, 57:21,
60:4, 60:21, 62:7,
63:19, 63:22, 63:23,
64:1, 67:7, 67:17,
68:8, 69:12, 70:1,
71:11, 72:2, 72:9,
72:11, 72:20, 72:22,
72:23, 73:3, 74:8,
74:10, 74:22, 78:11,
79:15, 79:18, 79:19,
79:21, 81:4, 81:6,
81:9, 81:22, 82:8,
83:3, 83:24, 84:23,
85:21, 86:3, 88:9,
89:2, 89:10, 96:4,
96:13, 97:4, 98:15,
98:20, 98:25, 99:5,
99:9, 99:14, 100:17,
100:25, 101:4,
101:8, 101:12,
101:16, 103:11,
103:16, 103:17,
104:3, 105:7,
106:14, 107:14,
107:25, 109:7,
109:13, 109:15,
109:16, 109:24,
111:2, 112:15,
113:2, 113:4,
114:11, 120:10,
121:8, 121:17,
124:4, 124:6,
124:23, 128:2,
128:5, 128:19,
129:4, 129:7,
129:14, 129:17,
129:19, 130:5,
130:9, 130:18,
131:10, 131:20,
131:21, 132:1,
134:6, 134:8,
134:24, 136:2,
136:23, 137:4,
137:9, 137:14,
141:6, 141:17,
141:23, 142:9,
142:12, 142:13,
143:5, 143:15,
143:16, 143:17,
143:23, 144:5,
144:18, 144:20,
145:3, 145:23,
146:12, 146:18,
146:25, 147:2,
147:3, 147:10,
147:17, 148:2,
149:8, 149:10,

149:18, 149:24,
151:9, 151:22,
152:16, 152:17,
153:12, 153:19,
154:23, 155:1,
155:20, 155:22,
155:24, 155:25,
156:4, 156:15,
157:9, 157:11,
158:1, 158:2,
158:24, 159:25,
160:19, 162:16
**HAVING** [12] - 41:16,
74:4, 82:23, 89:7,
105:19, 129:10,
131:8, 133:23,
148:25, 161:24,
164:1
**HE** [63] - 19:4, 19:14,
19:18, 19:19, 19:21,
21:10, 22:8, 22:9,
25:25, 27:10, 29:22,
31:23, 33:10, 33:11,
33:12, 33:13, 33:14,
33:18, 33:21, 33:22,
34:9, 35:5, 38:14,
38:15, 38:16, 38:17,
38:19, 39:6, 39:8,
39:10, 39:17, 40:13,
40:17, 40:25, 41:9,
41:14, 41:16, 47:8,
48:2, 48:3, 55:17,
58:10, 96:21, 97:6,
112:25, 113:13,
136:21, 137:7,
142:18, 143:25,
149:12, 152:15,
154:4, 156:17,
156:19
**HE'S** [1] - 38:16
**HEAD** [5] - 16:23,
28:17, 56:21, 103:5,
121:9
**HEADACHES** [1] -
77:19
**HEADERS** [1] - 93:13
**HEALTH** [13] - 5:24,
13:25, 25:3, 25:8,
28:11, 28:25, 29:4,
31:13, 39:1, 43:11,
43:15, 64:10, 74:19
**HEALTHCARE** [3] -
9:7, 11:24
**HEALTHY** [2] -
149:19, 161:15
**HEAR** [3] - 10:12,
136:16, 137:5
**HEARD** [2] - 121:17,
152:23
**HEARING** [5] - 44:8,

159:3, 163:7, 163:8, 163:19

**HEARINGS** [2] - 45:24, 46:13
**HEART** [1] - 32:6
**HEIGHTENED** [1] - 40:17
**HELD** [1] - 81:9
**HELLO** [3] - 4:22, 80:10, 80:11
**HELP** [13] - 12:9, 12:23, 109:20, 117:16, 133:16, 141:1, 143:9, 143:13, 146:6, 146:15, 151:20, 152:23, 158:25
**HELPFUL** [6] - 18:5, 122:7, 123:1, 124:3, 124:14, 124:18
**HELPS** [3] - 32:3, 77:5, 133:19
**HER** [14] - 24:25, 25:4, 25:5, 25:6, 36:12, 41:2, 43:18, 70:4, 70:9, 110:4, 112:19, 136:13, 140:20, 145:20
**HERE** [96] - 17:1, 17:11, 19:12, 24:22, 26:10, 27:6, 27:23, 28:12, 29:12, 30:7, 30:24, 31:19, 32:24, 36:4, 48:8, 48:9, 52:18, 52:22, 54:19, 54:21, 55:1, 55:3, 55:18, 56:17, 58:17, 59:9, 61:23, 62:1, 63:4, 66:9, 66:14, 67:22, 67:24, 68:19, 68:23, 68:24, 69:2, 70:2, 71:22, 71:25, 76:3, 78:6, 86:7, 88:8, 88:11, 90:5, 92:19, 94:17, 97:20, 100:20, 101:7, 101:11, 102:21, 104:10, 106:21, 108:3, 108:17, 113:9, 113:14, 114:20, 115:1, 115:15, 115:22, 118:7, 119:2, 119:4, 119:6, 119:12, 119:24, 120:2, 120:6, 120:20, 124:13, 125:20, 126:23, 127:22, 130:9, 139:1, 149:6, 149:11, 149:14,

150:9, 150:23, 151:13, 152:10, 152:11, 154:12, 156:8, 157:5, 157:22, 159:6, 159:13, 159:23, 160:15, 162:24
**HEY** [2] - 14:1, 14:6
**HIGH** [1] - 42:20
**HIGHER** [6] - 57:19, 76:25, 77:4, 83:24, 114:24, 128:25
**HIGHEST** [4] - 34:10, 56:19, 56:22, 107:20
**HIGHLIGHT** [3] - 62:8, 71:22, 113:19
**HIGHLIGHTED** [5] - 62:8, 63:5, 113:22, 114:20, 115:1
**HIGHLIGHTING** [1] - 148:17
**HIGHLY** [1] - 129:9
**HIM** [14] - 10:14, 19:10, 21:11, 31:13, 31:25, 79:22, 103:12, 103:15, 108:9, 108:16, 108:22, 109:3, 112:24, 152:17
**HIMSELF** [2] - 31:2, 58:11
**HIS** [46] - 10:18, 16:20, 18:22, 18:23, 18:25, 19:5, 19:8, 19:10, 19:15, 19:16, 21:16, 25:9, 26:3, 26:14, 27:21, 28:16, 32:15, 33:8, 33:18, 34:10, 35:5, 35:8, 38:15, 38:16, 38:17, 38:22, 39:6, 39:9, 39:11, 40:12, 40:18, 40:20, 41:4, 43:10, 48:5, 96:21, 103:4, 104:11, 112:14, 112:16, 112:18, 141:22, 153:20, 154:4
**HISTORY** [30] - 19:9, 26:9, 30:4, 30:24, 33:4, 33:7, 38:10, 38:11, 39:14, 40:9, 40:10, 49:20, 52:4, 52:12, 52:15, 53:1, 53:2, 53:23, 53:24, 54:1, 54:3, 54:10, 55:19, 60:5, 60:10, 60:13, 60:19, 60:20, 70:22
**HIT** [2] - 142:10, 143:2

**HMM** [1] - 118:17
**HOLBROOK** [8] - 32:20, 32:25, 36:10, 38:3, 38:6, 39:21, 39:22, 70:25
**HOLD** [6] - 25:16, 58:8, 106:17, 118:25, 155:17, 156:1
**HOLDOVER** [1] - 53:7
**HOME** [3] - 34:4, 64:25, 134:22
**HONESTLY** [3] - 53:6, 154:12, 163:10
**HONOR** [70] - 3:24, 4:1, 4:4, 4:8, 10:5, 35:14, 45:4, 45:7, 47:24, 48:17, 65:16, 78:8, 78:12, 78:15, 79:9, 79:10, 79:16, 80:7, 80:11, 86:20, 102:17, 103:23, 109:8, 109:11, 110:7, 112:6, 112:13, 116:1, 121:11, 122:9, 122:12, 123:7, 128:2, 129:20, 130:4, 132:10, 132:20, 133:6, 134:4, 134:10, 135:18, 135:22, 135:25, 136:5, 137:1, 137:6, 137:12, 137:19, 138:5, 139:17, 140:7, 141:18, 142:7, 142:20, 143:10, 143:24, 144:11, 144:21, 144:25, 145:6, 146:2, 150:17, 152:3, 159:1, 160:14, 161:11, 162:6, 162:11, 164:7, 164:15
**HONORABLE** [1] - 1:11
**HOPEFULLY** [1] - 164:14
**HOPELESSNESS** [1] - 40:23
**HORMONAL** [1] - 22:6
**HOSPITAL** [5] - 7:8, 54:21, 55:2, 55:5, 55:9
**HOUR** [9] - 14:11, 14:12, 84:9, 84:11, 84:23, 95:19, 96:24
**HOURS** [3] - 84:9,

94:8, 94:9
**HOUSE** [4] - 29:12, 30:2, 30:15, 43:13
**HOW** [64] - 6:21, 16:6, 18:7, 19:9, 20:16, 21:4, 21:11, 32:14, 32:15, 41:4, 42:15, 42:17, 42:19, 44:15, 45:11, 45:20, 49:8, 51:23, 51:24, 59:9, 59:12, 59:19, 60:1, 68:4, 72:6, 81:4, 81:6, 84:6, 84:18, 85:12, 94:5, 95:22, 95:24, 98:6, 110:13, 110:24, 113:3, 117:12, 117:22, 125:6, 125:11, 125:22, 125:23, 127:4, 132:18, 133:15, 139:9, 140:23, 140:24, 142:19, 143:9, 144:8, 146:11, 148:11, 154:1, 158:4, 159:9, 160:15, 160:20, 162:20
**HOWEVER** [3] - 99:23, 153:13, 160:4
**HUE** [1] - 42:23
**HUGE** [2] - 33:17, 77:17
**HURRY** [2] - 160:23, 160:25
**HYPERACTIVITY** [1] - 69:7
**HYPERACTIVITY/IMPULSIVITY** [2] - 66:22, 67:8
**HYPERTHYROIDISM** [1] - 54:1
**HYPOTHETICALLY** [1] - 60:21

---

## I

**I'M** [19] - 7:4, 35:13, 36:24, 53:19, 58:13, 78:19, 78:20, 92:3, 104:13, 107:1, 112:13, 113:11, 115:6, 118:12, 134:3, 135:9, 145:7, 152:3
**I'VE** [2] - 47:14, 90:1
**I-TIME** [1] - 95:8
**I.D** [2] - 85:20, 89:6
**I.Q** [1] - 49:23
**I.T** [1] - 3:14

**ICD-10** [1] - 17:14
**IDEAS** [1] - 35:1
**IDENTIFIED** [2] - 99:14, 104:4
**IDENTIFY** [1] - 89:6
**IDENTIFYING** [1] - 147:10
**IF** [240] - 3:18, 11:7, 11:17, 12:10, 12:13, 13:14, 14:18, 16:10, 16:19, 17:14, 17:16, 18:1, 18:21, 20:3, 21:24, 23:20, 23:24, 24:17, 25:13, 26:8, 26:10, 26:21, 27:5, 28:11, 28:12, 30:11, 30:22, 31:7, 32:24, 33:4, 34:9, 34:16, 34:17, 35:25, 36:4, 36:17, 37:11, 37:16, 37:24, 38:3, 39:13, 40:3, 40:8, 47:7, 49:19, 52:6, 53:25, 54:3, 54:7, 54:9, 54:18, 55:8, 55:18, 55:24, 57:1, 59:22, 59:25, 60:4, 61:11, 61:21, 62:8, 66:12, 67:21, 70:12, 70:16, 71:16, 71:17, 71:22, 72:15, 72:19, 72:23, 73:10, 74:3, 74:6, 74:25, 76:12, 76:23, 77:24, 78:1, 78:20, 79:14, 85:2, 85:4, 85:7, 85:23, 87:11, 87:22, 90:17, 91:3, 91:25, 93:3, 93:14, 93:20, 94:16, 95:5, 95:6, 95:11, 95:24, 96:9, 96:12, 96:14, 98:19, 98:23, 99:4, 99:8, 99:17, 99:18, 100:2, 100:19, 100:23, 101:2, 101:6, 101:10, 101:14, 101:18, 101:25, 102:19, 103:17, 103:18, 103:20, 104:3, 104:9, 104:11, 104:14, 105:1, 105:13, 106:1, 106:6, 106:12, 106:21, 107:1, 107:3, 107:11, 107:23, 108:3, 108:7, 108:13, 108:19, 108:25, 109:14, 109:17,

110:3, 112:5,
112:25, 113:19,
114:25, 115:2,
115:6, 115:21,
116:5, 116:22,
116:25, 118:5,
118:6, 118:7, 119:6,
119:24, 120:5,
122:11, 123:14,
124:5, 126:22,
127:22, 127:25,
128:10, 128:13,
128:19, 129:2,
135:1, 135:11,
136:8, 136:10,
136:17, 136:19,
136:22, 136:23,
137:5, 137:8,
139:13, 140:2,
140:19, 141:4,
141:6, 141:9, 142:3,
142:12, 142:13,
142:17, 143:8,
144:19, 145:11,
146:24, 147:6,
147:8, 147:20,
147:22, 148:2,
148:12, 148:15,
148:21, 152:7,
152:9, 153:6, 153:8,
154:2, 154:23,
155:5, 155:7,
155:14, 155:22,
155:24, 155:25,
156:2, 156:3,
156:11, 156:15,
157:3, 157:14,
158:24, 160:6,
160:9, 160:23,
160:25, 161:21,
162:1, 162:4, 162:8,
162:9
**IGNORANCE** [1] -
145:7
**IGNORE** [1] - 68:8
**IGNORED** [1] - 142:5
**ILLNESS** [23] - 6:9,
11:20, 12:4, 14:20,
15:19, 16:2, 20:22,
21:5, 21:7, 26:9,
30:4, 30:24, 33:5,
33:7, 38:11, 39:3,
39:14, 40:9, 40:10,
63:16, 63:22, 64:2,
70:22
**ILLNESSES** [3] - 13:5,
52:4, 63:22
**IMAGINE** [1] - 46:14
**IMMEDIATE** [1] -
23:23

**IMMEDIATELY** [2] -
14:6, 144:10
**IMPACT** [7] - 16:7,
18:8, 19:24, 20:20,
41:4, 62:16, 64:13
**IMPACTED** [1] - 19:10
**IMPACTS** [1] - 21:11
**IMPAIR** [1] - 65:5
**IMPAIRED** [1] - 26:18
**IMPAIRMENT** [12] -
8:17, 16:11, 16:13,
20:2, 20:6, 22:10,
26:12, 33:9, 39:24,
62:23, 65:4, 153:20
**IMPAIRMENTS** [4] -
16:21, 27:1, 61:19,
72:16
**IMPAIRS** [1] - 64:23
**IMPLICATION** [1] -
153:9
**IMPORTANT** [8] -
13:10, 18:18, 20:20,
41:3, 62:24, 150:7,
156:24
**IMPORTANTLY** [3] -
12:20, 16:8, 65:4
**IMPRESSION** [3] -
100:13, 100:15,
112:14
**IMPRESSIONS** [1] -
69:4
**IMPROVED** [1] - 74:11
**IMPROVEMENT** [2] -
26:19, 74:9
**IMPROVES** [1] -
133:24
**IN** [397] - 1:1, 4:2,
4:10, 4:25, 5:1, 5:2,
5:4, 5:8, 5:9, 5:15,
5:20, 5:23, 6:23, 7:9,
8:3, 8:11, 8:16, 8:22,
9:5, 10:6, 10:8, 11:6,
11:18, 11:22, 12:9,
12:12, 12:15, 12:19,
13:6, 13:15, 13:18,
13:25, 14:14, 15:4,
15:6, 15:10, 15:12,
15:14, 15:17, 15:22,
15:25, 16:5, 16:7,
16:19, 16:24, 17:9,
17:25, 18:1, 18:16,
19:9, 19:11, 19:19,
19:24, 20:2, 20:8,
20:10, 20:12, 20:23,
21:5, 21:7, 21:25,
22:10, 22:12, 23:11,
23:12, 23:24, 24:22,
25:5, 25:12, 25:24,
26:25, 27:6, 27:21,
27:22, 27:23, 27:24,

28:17, 28:24, 29:18,
29:20, 29:25, 30:3,
30:12, 30:14, 30:16,
30:18, 30:21, 30:22,
31:9, 31:14, 31:22,
32:22, 33:5, 34:2,
34:8, 34:18, 35:21,
36:14, 36:21, 36:25,
37:9, 38:7, 39:2,
39:8, 39:13, 39:18,
39:21, 40:6, 40:15,
40:20, 40:21, 40:25,
41:2, 41:4, 41:5,
41:20, 42:4, 42:19,
42:20, 44:3, 44:16,
44:20, 44:22, 44:25,
45:13, 45:18, 45:21,
45:22, 45:23, 45:24,
46:2, 46:4, 46:8,
46:9, 46:11, 46:22,
47:16, 48:3, 49:8,
49:14, 49:22, 50:10,
51:4, 51:13, 51:24,
53:1, 53:9, 53:15,
54:3, 54:20, 55:2,
55:19, 56:2, 58:5,
60:18, 61:14, 62:9,
62:23, 63:12, 63:16,
63:24, 64:3, 64:10,
65:7, 65:13, 65:17,
65:25, 66:23, 67:7,
69:12, 69:13, 70:4,
70:5, 70:6, 70:9,
70:17, 70:18, 70:19,
71:7, 71:13, 72:7,
72:11, 73:17, 74:7,
74:9, 74:13, 74:18,
74:21, 75:6, 75:7,
75:9, 76:7, 76:16,
76:21, 77:17, 77:18,
77:24, 79:1, 79:7,
80:13, 81:4, 81:10,
81:12, 81:16, 81:22,
81:23, 82:1, 82:15,
82:22, 83:2, 83:6,
83:9, 83:10, 83:20,
85:16, 85:17, 86:4,
86:6, 86:15, 88:17,
88:20, 88:23, 89:1,
89:11, 92:23, 93:3,
93:8, 94:11, 94:19,
94:23, 95:1, 95:16,
96:2, 96:7, 96:8,
96:14, 97:4, 97:7,
97:12, 97:14, 97:19,
97:23, 97:24, 99:2,
100:16, 101:20,
102:7, 102:14,
102:23, 103:5,
104:7, 105:2, 105:4,
105:5, 105:18,

106:14, 106:20,
107:9, 108:4,
108:23, 109:20,
109:24, 110:22,
111:23, 112:3,
112:14, 112:23,
113:20, 113:24,
114:2, 114:4,
114:19, 115:24,
116:15, 116:24,
117:15, 117:17,
117:18, 119:7,
119:13, 119:17,
120:5, 120:6, 121:9,
122:20, 123:10,
123:24, 124:9,
126:13, 126:20,
126:24, 127:7,
127:9, 127:11,
128:24, 130:15,
131:20, 132:13,
132:16, 132:19,
132:25, 133:21,
134:19, 135:8,
135:20, 136:2,
136:8, 136:10,
136:13, 136:14,
136:20, 136:23,
137:14, 137:22,
137:25, 139:4,
139:5, 140:4,
140:10, 140:11,
141:15, 142:4,
142:17, 142:20,
143:3, 143:6, 144:9,
145:19, 145:20,
145:23, 146:16,
147:4, 148:13,
148:19, 148:23,
149:7, 149:11,
149:21, 149:25,
151:2, 151:6,
151:16, 151:17,
151:19, 152:2,
152:18, 152:19,
152:25, 153:1,
153:3, 153:12,
153:23, 153:25,
154:16, 154:17,
155:1, 155:9,
155:13, 155:15,
155:24, 156:6,
156:12, 156:22,
157:2, 157:6,
157:12, 157:18,
157:24, 158:2,
158:6, 158:9,
158:20, 159:10,
159:13, 160:1,
162:3, 162:7,
162:17, 162:18,

163:16, 163:24,
164:21
**INATTENTION** [3] -
66:22, 67:8, 69:18
**INCLUDE** [5] - 54:3,
116:14, 148:13,
157:22, 158:21
**INCLUDED** [1] -
130:23
**INCLUDES** [2] - 6:18,
52:4
**INCLUDING** [4] -
54:10, 101:20,
128:23, 153:18
**INCORPORATE** [2] -
50:12, 122:14
**INCORRECT** [3] -
95:7, 138:20, 138:21
**INCORRECTNESS** [1]
- 138:19
**INCREASE** [3] - 11:5,
19:5, 77:19
**INCREASED** [2] - 32:6
**INCREASES** [2] -
75:6, 77:6
**INDEPENDENT** [3] -
6:3, 6:16, 65:9
**INDEPENDENTLY** [3]
- 54:2, 54:13, 95:2
**INDICATE** [10] - 16:13,
21:2, 58:20, 60:13,
71:7, 71:8, 73:3,
73:7, 116:17, 158:20
**INDICATED** [10] -
67:7, 72:11, 76:15,
77:5, 77:8, 115:15,
120:15, 120:17,
121:21, 122:2
**INDICATES** [6] -
33:18, 37:2, 56:10,
70:6, 86:4, 94:12
**INDICATING** [6] -
25:4, 66:21, 67:5,
94:14, 105:17,
122:24
**INDICATION** [3] -
72:3, 116:11, 135:15
**INDICATIVE** [2] -
14:17, 22:9
**INDICATOR** [4] -
58:25, 59:1, 61:1,
61:2
**INDIVIDUAL** [6] -
18:18, 89:1, 95:18,
95:22, 95:24, 127:10
**INDIVIDUAL'S** [2] -
64:24, 73:8
**INDIVIDUALLY** [1] -
95:2
**INDIVIDUALS** [9] -

9:19, 10:1, 62:19, 62:21, 63:7, 63:9, 63:12, 65:6, 131:10
**INEXPENSIVE** [1] - 23:14
**INFER** [1] - 57:6
**INFORMAL** [1] - 43:4
**INFORMATION** [37] - 18:4, 18:12, 19:12, 26:12, 27:23, 32:17, 37:17, 37:23, 37:25, 42:2, 47:14, 70:2, 70:10, 85:12, 85:19, 85:20, 85:25, 93:2, 93:12, 94:19, 113:25, 118:1, 120:14, 121:5, 121:20, 121:22, 121:24, 122:6, 123:1, 123:11, 135:3, 139:21, 147:10, 156:8, 158:18, 164:2
**INFORMED** [1] - 83:16
**INITIATION** [1] - 78:2
**INJUNCTION** [14] - 43:21, 43:24, 44:8, 70:5, 155:10, 155:16, 157:7, 157:8, 157:9, 157:12, 157:20, 157:21, 158:5, 163:7
**INJUNCTIVE** [1] - 39:7
**INJURY** [3] - 5:15, 14:24, 15:1
**INPATIENTS** [1] - 7:7
**INSIDE** [2] - 55:9
**INSOMNIA** [1] - 77:22
**INSTANCE** [7] - 51:10, 53:25, 57:17, 69:18, 108:23, 123:10, 136:9
**INSTANCES** [1] - 102:7
**INSTEAD** [4] - 34:12, 89:7, 149:5, 149:14
**INSTRUCTIONS** [1] - 31:18
**INTAKE** [1] - 28:12
**INTENDING** [1] - 81:20
**INTENSITY** [1] - 62:14
**INTENTIONALLY** [1] - 121:2
**INTERACT** [1] - 44:16
**INTERACTED** [2] - 47:14, 82:8
**INTEREST** [3] - 150:7, 157:10
**INTERESTED** [1] -

136:23
**INTERFACES** [1] - 6:9
**INTERFERE** [1] - 78:2
**INTERNAL** [1] - 18:9
**INTERNATIONAL** [2] - 110:24, 111:2
**INTERNIST** [1] - 55:17
**INTERNISTS** [1] - 9:11
**INTERPLAY** [1] - 44:16
**INTERPRET** [1] - 50:12
**INTERPRETATION** [1] - 67:15
**INTERPRETING** [2] - 10:15, 146:5
**INTERRUPT** [2] - 35:12, 126:6
**INTERSPERSED** [1] - 122:15
**INTO** [48] - 7:18, 13:24, 14:4, 14:6, 17:8, 31:16, 39:15, 44:15, 48:18, 49:1, 50:12, 57:9, 60:9, 65:17, 65:21, 66:24, 67:19, 77:3, 84:7, 84:16, 84:25, 86:19, 86:22, 87:5, 87:8, 87:16, 87:19, 88:1, 88:5, 89:23, 90:11, 90:14, 90:21, 90:25, 91:8, 91:11, 91:19, 91:22, 92:9, 92:13, 104:13, 104:15, 141:20, 144:5, 144:7, 145:9, 154:13, 163:8
**INTRODUCED** [1] - 31:16
**INTRODUCING** [1] - 133:21
**INTRUSIVE** [1] - 40:22
**INVEST** [2] - 121:2, 139:5
**INVESTMENT** [1] - 139:7
**INVOLVED** [2] - 111:23, 131:21
**IRREGULAR** [1] - 53:14
**IS** [606] - 3:6, 3:13, 3:17, 4:13, 4:23, 5:16, 6:6, 6:7, 6:10, 6:12, 6:13, 7:5, 7:12, 7:14, 7:18, 7:25, 8:3, 8:7, 10:23, 10:25, 11:1, 11:2, 11:8, 11:9, 11:10, 11:12, 12:10, 12:15, 12:23,

12:24, 13:7, 13:8, 13:10, 13:16, 13:18, 13:20, 13:21, 14:9, 14:22, 14:25, 15:3, 15:4, 15:5, 15:10, 15:12, 15:16, 15:17, 15:24, 16:17, 17:3, 17:10, 17:11, 17:17, 17:18, 17:25, 18:4, 18:11, 18:18, 18:19, 19:10, 19:11, 19:12, 19:14, 19:18, 19:21, 19:22, 20:11, 20:12, 20:13, 20:21, 20:22, 20:24, 21:4, 21:15, 21:19, 21:21, 22:2, 22:9, 22:11, 22:19, 22:20, 22:21, 23:3, 23:4, 23:5, 23:6, 23:12, 23:13, 23:19, 23:23, 24:2, 24:3, 24:4, 24:24, 25:5, 25:7, 25:8, 25:12, 25:20, 25:21, 25:24, 25:25, 26:3, 26:11, 26:20, 26:22, 26:24, 26:25, 27:12, 28:10, 29:3, 29:11, 29:18, 29:22, 29:23, 30:1, 30:3, 30:7, 30:11, 30:13, 30:14, 30:17, 30:20, 31:9, 31:11, 31:13, 31:17, 31:19, 31:21, 32:1, 32:2, 32:19, 32:21, 33:11, 33:13, 33:15, 33:17, 34:5, 34:10, 34:13, 34:14, 34:20, 35:2, 35:5, 35:6, 35:16, 36:5, 36:11, 36:15, 36:17, 37:9, 37:10, 37:11, 37:19, 37:21, 37:22, 38:2, 38:14, 38:20, 38:24, 39:8, 39:15, 39:17, 39:21, 40:1, 40:13, 40:14, 40:20, 40:25, 41:1, 41:9, 41:12, 41:14, 41:16, 41:18, 42:5, 42:23, 44:18, 44:19, 44:24, 47:25, 48:8, 48:23, 48:25, 51:11, 51:12, 51:20, 53:6, 53:22, 54:6, 55:2, 55:5, 55:17, 55:18, 55:22, 56:3, 56:11, 56:14, 56:17, 56:20, 56:22, 56:24, 57:12, 57:14, 57:24, 57:25, 58:10, 58:18, 58:20, 58:23, 58:25, 59:1,

59:2, 59:5, 59:12, 59:23, 61:2, 61:4, 61:15, 61:24, 61:25, 62:12, 62:15, 63:12, 63:15, 63:16, 64:9, 64:12, 64:14, 65:8, 65:9, 65:20, 66:19, 66:21, 67:3, 67:5, 67:9, 67:13, 67:14, 67:18, 68:9, 68:18, 68:19, 68:20, 68:21, 68:22, 68:24, 69:9, 69:11, 69:19, 69:20, 69:24, 70:7, 70:8, 70:24, 71:6, 72:10, 72:18, 73:9, 73:11, 73:13, 73:23, 74:24, 75:1, 75:3, 75:5, 75:10, 75:20, 76:15, 76:18, 77:8, 77:16, 77:22, 77:25, 78:3, 78:19, 78:25, 79:21, 80:16, 81:1, 81:14, 81:15, 81:19, 81:20, 81:21, 81:23, 82:17, 82:21, 82:22, 83:2, 83:4, 83:7, 83:9, 83:15, 84:6, 84:7, 84:8, 84:9, 84:14, 84:15, 84:18, 84:22, 85:1, 85:7, 85:10, 85:11, 85:15, 85:17, 85:25, 86:2, 86:7, 86:9, 86:12, 86:16, 86:22, 87:1, 87:8, 87:12, 87:19, 87:23, 88:5, 88:14, 89:12, 89:15, 90:1, 90:6, 90:14, 90:18, 90:25, 91:4, 91:11, 91:15, 91:21, 91:22, 92:1, 92:6, 92:13, 92:18, 92:23, 93:3, 93:12, 93:16, 93:18, 93:20, 93:22, 93:23, 93:25, 94:3, 94:7, 94:19, 94:21, 94:22, 95:4, 95:7, 95:14, 95:16, 95:17, 95:19, 95:21, 96:5, 96:10, 96:14, 96:20, 97:8, 97:11, 97:12, 97:14, 97:16, 97:24, 98:14, 98:20, 98:24, 99:5, 99:9, 100:13, 100:20, 100:24, 101:3, 101:7, 101:11, 101:15, 101:21, 101:22, 101:25, 102:7, 102:13, 102:15, 102:20,

103:17, 104:10, 104:16, 105:14, 106:4, 106:7, 106:13, 106:14, 106:16, 106:20, 107:4, 107:11, 107:13, 107:21, 108:2, 108:11, 108:13, 108:17, 108:19, 108:23, 108:25, 109:4, 109:17, 109:25, 110:2, 110:5, 110:18, 111:17, 111:24, 112:3, 112:7, 112:10, 112:19, 114:2, 114:10, 115:2, 115:8, 115:19, 116:12, 117:6, 117:9, 117:12, 117:15, 117:19, 117:20, 117:24, 118:18, 118:21, 118:23, 119:6, 119:8, 119:9, 119:16, 119:24, 120:3, 120:14, 120:23, 121:18, 121:20, 122:14, 122:16, 123:19, 124:1, 124:14, 124:19, 124:20, 124:25, 125:23, 126:2, 126:14, 127:5, 127:9, 128:9, 128:22, 128:25, 129:25, 130:14, 130:15, 130:22, 131:3, 131:5, 131:8, 131:16, 131:19, 132:14, 133:20, 134:1, 134:2, 134:14, 134:17, 134:18, 134:19, 135:1, 135:3, 135:11, 136:6, 136:18, 138:5, 138:7, 138:10, 138:17, 138:22, 139:16, 140:9, 140:17, 140:18, 140:21, 141:4, 141:7, 141:21, 142:5, 142:7, 144:2, 144:3, 144:4, 144:9, 145:2, 145:20, 145:22, 146:6, 146:10, 146:13, 146:21, 146:24, 147:6, 147:20,

147:21, 148:12, 148:16, 148:18, 149:9, 149:12, 150:10, 150:12, 151:10, 151:13, 151:14, 151:19, 152:1, 152:12, 153:6, 153:17, 154:1, 154:2, 154:3, 154:11, 154:15, 154:18, 154:24, 154:25, 155:5, 155:7, 156:5, 156:14, 156:16, 157:4, 157:5, 157:6, 157:14, 157:21, 157:23, 157:25, 158:18, 158:21, 159:9, 159:16, 159:18, 159:21, 159:23, 159:25, 160:5, 160:7, 160:16, 161:23, 161:24, 162:22, 163:12, 164:2, 164:20

**ISLANDER** [1] - 63:10

**ISN'T** [42] - 46:5, 46:7, 46:23, 47:22, 48:14, 52:3, 52:23, 55:8, 56:5, 56:9, 56:11, 57:5, 60:12, 60:19, 60:20, 60:23, 61:7, 61:12, 71:6, 71:11, 72:19, 73:13, 73:23, 76:23, 111:24, 115:5, 115:24, 116:9, 116:10, 117:4, 117:10, 120:7, 120:10, 120:14, 120:22, 121:1, 121:7, 121:20, 121:23, 122:3, 122:6

**ISSUE** [5] - 113:1, 136:25, 138:1, 155:10, 158:6

**ISSUES** [8] - 103:11, 110:23, 136:12, 137:9, 153:5, 153:6, 153:9, 163:24

**IT** [445] - 3:8, 3:19, 6:8, 7:1, 7:14, 8:7, 8:22, 11:6, 11:11, 11:12, 11:14, 11:15, 11:19, 12:13, 12:19, 13:12, 13:16, 13:18, 13:22, 14:5, 14:9, 14:12, 14:13, 14:16, 14:18, 15:2, 15:12, 15:13,

15:15, 15:16, 15:18, 17:12, 17:14, 17:20, 18:23, 19:2, 19:3, 19:7, 19:9, 20:14, 21:3, 21:9, 21:12, 21:16, 21:19, 21:22, 22:17, 22:18, 22:20, 23:6, 23:7, 23:11, 23:12, 23:13, 23:16, 23:18, 23:23, 23:25, 24:23, 25:2, 25:6, 25:22, 26:14, 26:17, 27:9, 27:17, 28:1, 28:21, 29:2, 29:14, 29:16, 29:17, 29:21, 30:15, 30:16, 30:20, 31:4, 32:3, 32:8, 32:10, 32:12, 32:14, 32:17, 32:21, 33:16, 33:21, 34:10, 36:13, 36:15, 36:16, 36:17, 36:24, 37:13, 37:14, 38:19, 38:22, 39:7, 41:9, 41:10, 41:13, 41:24, 42:2, 42:23, 44:11, 44:18, 44:24, 46:3, 46:5, 46:7, 46:25, 47:8, 47:15, 47:22, 48:4, 48:14, 48:24, 50:9, 50:18, 50:19, 51:3, 51:12, 52:3, 52:12, 52:16, 52:22, 52:23, 53:1, 53:3, 53:4, 53:9, 53:13, 53:17, 53:21, 54:3, 54:5, 54:9, 54:10, 55:8, 56:1, 56:5, 56:11, 57:2, 57:5, 57:10, 57:20, 58:4, 58:6, 58:11, 58:22, 58:23, 58:25, 59:1, 59:2, 59:23, 60:12, 60:15, 60:16, 60:19, 60:20, 60:23, 61:2, 61:7, 61:11, 61:12, 61:15, 62:8, 62:21, 63:4, 63:12, 64:14, 66:6, 66:10, 66:12, 66:24, 67:13, 67:14, 69:3, 69:14, 70:9, 70:21, 71:6, 71:11, 71:23, 72:10, 72:19, 72:22, 72:23, 73:11, 73:13, 73:23, 74:4, 74:17, 74:25, 75:4, 75:6, 75:9, 75:12, 75:24, 76:18, 76:23, 77:4, 77:19, 77:24, 78:1, 78:3, 78:5, 78:20, 79:3, 82:17, 82:19, 82:21,

82:23, 84:20, 85:17, 85:20, 86:16, 89:21, 92:5, 93:3, 93:14, 94:9, 95:6, 95:13, 98:4, 98:8, 98:14, 98:22, 99:16, 99:23, 100:4, 100:9, 102:13, 103:20, 103:22, 104:13, 104:21, 105:2, 107:7, 107:21, 111:1, 111:24, 112:7, 112:10, 112:17, 113:12, 113:19, 114:7, 114:24, 114:25, 115:5, 115:8, 115:11, 115:16, 115:17, 115:24, 116:9, 116:10, 116:17, 117:4, 117:13, 117:16, 117:17, 118:21, 119:9, 119:13, 119:19, 119:20, 120:7, 120:10, 120:14, 120:22, 120:23, 121:1, 121:7, 121:8, 121:13, 121:18, 121:20, 121:24, 122:3, 122:6, 122:17, 123:16, 124:3, 124:5, 124:8, 124:14, 124:18, 124:22, 125:3, 125:6, 125:22, 126:15, 126:20, 126:21, 126:24, 127:4, 127:6, 127:10, 127:13, 127:16, 127:17, 128:8, 129:9, 129:24, 130:22, 131:8, 131:13, 132:2, 132:3, 132:4, 132:14, 132:15, 132:16, 132:19, 133:15, 133:19, 134:17, 134:19, 135:3, 136:11, 137:5, 137:7, 137:21, 137:23, 138:3, 138:4, 138:16, 138:17, 139:11, 139:14, 139:15, 139:16, 139:18, 139:19, 139:20, 139:23, 140:3, 140:4, 140:12, 140:19,

141:7, 141:9, 141:10, 141:20, 142:7, 142:10, 142:12, 142:13, 142:14, 142:21, 142:25, 143:4, 143:9, 143:10, 143:12, 143:13, 143:15, 143:16, 144:2, 144:15, 145:12, 145:19, 146:1, 146:3, 146:13, 146:14, 146:16, 146:17, 146:20, 147:4, 147:19, 147:24, 148:15, 148:20, 149:1, 149:12, 150:3, 150:10, 151:14, 151:19, 152:1, 152:22, 153:2, 153:6, 154:13, 155:7, 155:25, 156:1, 156:9, 157:2, 157:14, 157:21, 157:23, 158:6, 158:10, 158:25, 159:11, 159:23, 160:6, 160:9, 160:11, 160:16, 160:19, 161:1, 162:1, 162:3, 162:4, 162:8, 162:11, 163:21

**IT'** [1] - 148:21

**IT'S** [121] - 6:10, 6:23, 8:23, 11:3, 11:12, 12:18, 12:19, 13:9, 13:17, 13:22, 13:23, 14:10, 15:4, 15:5, 15:7, 15:13, 16:10, 17:10, 17:13, 17:18, 19:21, 20:16, 23:8, 23:10, 23:18, 23:20, 23:21, 24:5, 24:8, 24:25, 25:21, 25:23, 27:19, 31:8, 31:10, 37:12, 37:19, 37:20, 42:14, 46:3, 46:11, 48:19, 48:20, 50:8, 51:7, 51:8, 51:14, 53:1, 53:5, 53:10, 56:15, 61:11, 67:16, 67:21, 68:9, 72:8, 75:8, 77:4, 81:24, 82:15, 82:23, 84:11, 84:20, 86:1, 90:2, 90:3, 92:3, 92:21, 94:3, 98:17, 106:12, 109:23, 110:1,

111:3, 112:17, 113:4, 117:7, 118:18, 124:13, 126:22, 131:3, 131:15, 135:10, 140:21, 141:10, 142:3, 142:23, 144:3, 146:24, 147:22, 148:15, 148:18, 148:21, 149:6, 150:6, 151:18, 152:21, 152:25, 153:3, 155:13, 158:15, 158:20, 159:21, 160:2, 160:10, 160:11, 160:16, 160:24, 160:25, 161:15, 162:7, 162:24, 163:13, 163:14, 163:21

**ITEM** [14] - 89:2, 89:4, 95:3, 95:5, 95:7, 95:10, 95:15, 95:21, 96:3, 99:2, 122:14, 122:16, 125:3, 125:9

**ITEMS** [32] - 84:7, 84:8, 84:20, 84:21, 84:22, 89:1, 93:20, 94:24, 95:1, 95:3, 95:4, 95:20, 95:22, 95:25, 96:2, 97:15, 97:18, 97:21, 97:22, 97:23, 97:24, 98:2, 98:10, 101:22, 102:12, 121:19, 129:7, 129:8, 129:10, 129:13, 134:24

**ITS** [5] - 47:22, 48:14, 88:18, 92:24, 119:13

**ITSELF** [2] - 13:18, 53:12

---

# J

**J-U-R-I-C-H** [1] - 80:21

**JANUARY** [6] - 16:19, 22:1, 22:3, 22:10, 28:10, 38:2

**JOB** [7] - 110:5, 112:16, 112:18, 120:21, 125:24, 147:13, 162:19

**JOHN** [1] - 1:11

**JOINT** [2] - 48:25, 65:20

**JORDAN** [1] - 80:10

**JOURNAL** [1] - 69:13

**JR** [2] - 1:3, 1:14

**JUDGE** [5] - 3:4, 126:11, 161:7, 161:25, 164:6
**JULY** [9] - 25:13, 29:11, 30:15, 108:20, 150:1, 150:2, 150:13, 150:14
**JUMPY** [1] - 29:22
**JUNE** [10] - 87:13, 92:2, 92:3, 92:4, 92:7, 147:12, 148:7, 149:19, 150:4, 150:13
**JURICH** [49] - 80:9, 80:16, 80:20, 80:24, 85:9, 87:1, 88:8, 92:16, 93:11, 94:18, 98:7, 100:4, 102:23, 103:10, 105:14, 105:25, 106:10, 107:13, 109:6, 109:13, 111:12, 112:22, 113:14, 114:11, 114:19, 115:5, 116:9, 117:1, 119:4, 120:7, 121:16, 123:16, 123:20, 124:19, 125:21, 126:1, 126:22, 127:3, 128:13, 129:24, 130:5, 133:1, 133:10, 134:14, 135:20, 137:22, 141:22, 142:16, 165:6
**JURICH'S** [3] - 136:20, 143:20, 143:22
**JURY** [1] - 145:2
**JUST** [143] - 3:18, 8:4, 11:12, 11:18, 14:1, 16:4, 18:10, 19:14, 19:19, 20:1, 20:8, 20:19, 23:16, 23:21, 24:15, 24:16, 26:21, 26:24, 27:6, 27:22, 29:12, 30:17, 32:8, 32:12, 34:3, 34:6, 34:12, 35:10, 35:24, 36:3, 36:7, 42:13, 43:2, 43:3, 43:5, 47:12, 47:13, 47:24, 48:4, 48:7, 53:7, 53:22, 54:9, 54:10, 54:18, 54:23, 54:24, 55:1, 58:3, 62:9, 63:23, 64:2, 64:20, 66:9, 68:16, 70:18,

71:1, 72:2, 73:10, 75:19, 78:16, 79:7, 79:8, 79:19, 79:22, 79:23, 82:10, 83:7, 85:6, 85:9, 85:15, 86:25, 89:5, 89:8, 89:18, 92:5, 93:2, 93:11, 93:15, 94:7, 95:11, 96:13, 96:18, 98:3, 101:17, 102:23, 104:15, 104:23, 104:24, 106:9, 106:17, 109:21, 110:5, 111:3, 111:4, 112:6, 113:3, 113:20, 115:21, 117:16, 118:6, 119:8, 120:20, 121:13, 124:14, 126:7, 127:23, 128:5, 129:2, 129:12, 131:4, 132:16, 133:9, 133:15, 134:9, 134:19, 137:7, 137:15, 138:9, 139:14, 141:3, 142:2, 143:3, 143:4, 143:16, 145:9, 148:21, 148:22, 153:2, 154:20, 155:18, 158:13, 158:14, 161:5, 161:10, 161:11, 161:13, 161:20, 161:22, 162:1
**JUSTIFIED** [1] - 127:6
**JX** [3] - 86:22, 87:8, 88:5
**JX04** [2] - 75:15, 75:20
**JX14** [5] - 85:4, 88:9, 93:1, 107:23, 116:25
**JX15** [6] - 85:6, 86:7, 86:18, 88:9, 101:25, 108:7
**JX16** [4] - 86:25, 87:5, 107:11, 108:13
**JX17** [4] - 87:11, 87:15, 87:19, 108:19
**JX18** [4] - 87:22, 88:1, 108:25, 119:24
**JX19** [13] - 88:21, 90:5, 90:11, 90:14, 92:17, 94:16, 96:4, 96:7, 97:3, 97:5, 120:1, 120:3
**JX20** [6] - 90:17, 90:21, 90:25, 92:17, 99:13, 100:2

**JX21** [7] - 91:3, 91:8, 91:11, 92:17, 104:3, 105:13, 132:2
**JX22** [5] - 91:14, 91:19, 91:21, 91:22, 92:17
**JX23** [4] - 91:25, 92:9, 92:13, 92:17
**JX25** [2] - 47:7, 48:18

## K

**KEEP** [10] - 34:4, 34:23, 34:25, 67:21, 68:25, 69:1, 98:2, 102:18, 104:12, 112:10
**KEEPING** [2] - 10:8, 35:8
**KEEPS** [1] - 122:3
**KENTUCKY** [5] - 5:8, 5:20, 5:23, 47:1, 63:2
**KEY** [1] - 140:14
**KEYED** [2] - 65:2, 90:1
**KHAN** [3] - 20:25, 55:2, 55:16
**KHAN'S** [1] - 54:24
**KIDS** [1] - 77:17
**KIND** [21] - 12:16, 19:20, 24:24, 25:24, 29:12, 32:7, 42:5, 44:14, 66:24, 72:8, 72:22, 85:24, 119:12, 139:14, 139:20, 147:18, 148:11, 152:19, 154:9, 155:4, 155:19
**KINDS** [1] - 9:22
**KING** [1] - 43:23
**KITCHENS** [177] - 1:3, 1:14, 3:3, 3:4, 3:25, 7:16, 10:10, 10:12, 10:19, 16:19, 16:20, 16:22, 16:23, 24:16, 24:22, 25:16, 26:6, 27:21, 28:15, 28:16, 32:14, 32:25, 35:20, 35:21, 38:7, 39:15, 40:5, 44:19, 44:25, 45:6, 45:7, 45:10, 48:2, 48:7, 48:11, 48:17, 49:2, 54:14, 58:6, 58:8, 58:15, 65:16, 65:22, 75:19, 75:22, 78:7, 78:11, 79:7, 79:10, 86:20, 87:6, 87:17, 88:3, 89:10, 89:13, 89:17, 89:22, 90:2, 90:12,

90:23, 91:9, 91:20, 92:11, 92:19, 93:7, 93:8, 96:8, 96:20, 96:23, 97:5, 100:5, 102:3, 103:3, 103:4, 104:10, 105:8, 105:10, 105:11, 106:23, 107:14, 107:25, 108:8, 108:15, 108:21, 109:2, 109:9, 109:11, 110:10, 110:12, 112:9, 112:13, 113:3, 113:7, 113:8, 114:13, 114:15, 114:17, 114:18, 116:2, 116:6, 116:7, 116:8, 119:9, 119:10, 119:11, 121:12, 123:12, 126:9, 126:11, 126:12, 127:24, 127:25, 128:9, 129:17, 129:19, 129:23, 130:3, 133:3, 133:5, 134:8, 134:10, 134:13, 135:17, 136:2, 136:4, 137:1, 137:8, 137:12, 137:17, 137:21, 143:24, 144:25, 145:5, 145:6, 145:15, 146:2, 146:8, 149:11, 149:24, 151:8, 151:25, 152:14, 152:20, 153:19, 154:4, 154:8, 155:11, 155:14, 156:17, 157:4, 157:16, 159:7, 159:9, 159:21, 160:8, 160:14, 161:4, 161:7, 161:18, 162:13, 162:14, 162:16, 162:22, 163:2, 163:4, 163:10, 164:6, 164:10, 164:15, 164:17, 165:5, 165:8
**KITCHENS'S** [40] - 15:21, 18:21, 21:25, 22:14, 26:12, 28:2, 32:9, 33:7, 38:12, 39:5, 40:11, 43:7, 43:20, 43:24, 44:2, 44:5, 44:7, 79:1, 86:13, 86:16, 87:2, 87:13, 87:24, 88:12,

89:7, 90:7, 90:19, 91:5, 91:16, 92:2, 92:7, 99:17, 102:1, 104:5, 104:7, 105:15, 105:16, 106:7, 153:24, 155:9
**KNEW** [3] - 140:22, 163:6, 163:7
**KNOW** [54] - 3:17, 17:11, 20:4, 21:4, 21:8, 24:17, 25:7, 26:16, 37:7, 41:5, 42:17, 42:18, 42:21, 47:15, 47:19, 53:2, 77:1, 102:19, 103:21, 111:3, 121:3, 122:16, 125:23, 135:2, 135:3, 139:18, 140:10, 140:14, 143:5, 144:4, 144:7, 144:8, 145:11, 145:13, 145:21, 148:17, 149:11, 150:6, 153:10, 154:12, 154:20, 156:21, 158:16, 159:15, 159:21, 159:23, 160:15, 161:2, 161:22, 162:10, 162:20, 162:21, 163:8, 163:9
**KNOWING** [2] - 57:25, 129:10
**KNOWLEDGE** [6] - 83:5, 120:23, 122:22, 128:21, 128:24, 129:12
**KNOWN** [2] - 37:22, 144:2
**KNOWS** [3] - 8:9, 139:9, 139:24
**KY** [1] - 1:16

## L

**LAB** [3] - 50:9, 50:10, 54:5
**LACK** [4] - 40:21, 64:7, 64:12, 72:23
**LAG** [1] - 89:8
**LAID** [3] - 60:17, 109:17, 150:4
**LANDED** [1] - 152:21
**LANGUAGE** [3] - 67:23, 71:12, 128:11
**LARGEST** [1] - 56:16
**LAST** [15] - 5:16, 6:10, 8:4, 15:9, 45:23, 47:16, 58:14, 74:18,

94:25, 96:23, 97:21, 99:20, 144:11, 151:22, 162:18
**LASTS** [1] - 14:19
**LATER** [9] - 25:6, 37:10, 37:21, 37:23, 41:11, 77:24, 78:1, 147:12, 163:2
**LATIN** [1] - 58:23
**LATTER** [1] - 152:2
**LAW** [9] - 6:19, 149:18, 150:21, 151:1, 154:15, 154:22, 157:8, 157:21
**LAWSUIT** [1] - 39:6
**LAWYER** [2] - 10:17, 146:9
**LAWYERS** [2] - 133:1, 163:17
**LAYOUT** [2] - 152:25, 153:1
**LEADS** [2] - 19:7, 34:11
**LEARN** [2] - 6:24, 37:17
**LEARNED** [2] - 103:13, 103:17
**LEARNING** [1] - 82:24
**LEAST** [6] - 9:23, 18:19, 47:16, 59:15, 143:4, 153:5
**LEAVE** [5] - 17:19, 141:10, 149:1, 158:8, 160:5
**LEEWAY** [4] - 48:9, 112:12, 112:25, 130:8
**LEFT** [18] - 35:25, 54:20, 76:11, 97:1, 100:1, 100:8, 102:6, 102:11, 104:21, 107:14, 107:20, 107:25, 108:11, 108:17, 108:23, 109:5, 118:19, 141:25
**LEGAL** [7] - 6:9, 6:21, 110:4, 152:13, 152:16, 153:5, 154:11
**LEGALLY** [3] - 156:5, 156:16, 157:5
**LENGTH** [4] - 60:10, 95:17, 96:3, 133:19
**LENGTHY** [3] - 38:24, 38:25, 60:13
**LESS** [4] - 8:23, 12:19, 52:1, 52:2
**LET** [17] - 19:23,

21:17, 24:16, 33:20, 49:10, 52:21, 57:23, 58:10, 60:21, 61:10, 74:5, 119:24, 141:12, 141:20, 149:22, 161:22, 163:5
**LET'S** [55] - 3:5, 20:4, 20:24, 22:24, 24:12, 27:3, 29:3, 29:8, 29:14, 29:25, 30:23, 35:17, 36:7, 36:19, 36:24, 38:1, 38:9, 38:24, 39:2, 39:20, 59:9, 60:20, 78:6, 78:8, 79:14, 85:6, 85:15, 86:25, 88:20, 88:21, 89:25, 92:5, 93:1, 94:16, 94:17, 96:4, 98:1, 98:13, 100:12, 102:21, 107:3, 116:22, 118:5, 118:24, 119:1, 119:2, 119:25, 146:9, 154:24, 157:15
**LETTER** [15] - 19:6, 20:25, 21:1, 21:12, 21:24, 22:14, 39:17, 39:21, 54:24, 95:8, 104:19, 105:18, 119:20, 130:24, 142:16
**LETTERS** [2] - 105:5, 131:2
**LETTING** [1] - 152:10
**LEVEL** [13] - 3:17, 11:20, 12:1, 12:13, 26:12, 31:2, 33:8, 38:12, 40:11, 58:2, 58:21, 128:21, 131:13
**LEVELS** [3] - 64:2, 73:4, 128:24
**LICENSED** [4] - 5:7, 5:8, 46:22, 48:3
**LICENSES** [1] - 5:9
**LICENSING** [2] - 1:6, 114:1
**LICENSURE** [4] - 34:11, 47:23, 48:15, 111:9
**LIFE** [17] - 6:12, 8:22, 14:15, 20:13, 20:23, 22:8, 27:24, 34:3, 34:5, 34:6, 44:20, 61:12, 61:17, 72:7, 139:23, 153:21, 162:17
**LIFETIME** [2] - 15:7,

61:15
**LIKE** [70] - 3:17, 10:14, 11:12, 13:1, 13:2, 14:3, 17:24, 19:16, 21:21, 23:21, 23:22, 31:4, 32:5, 39:1, 45:13, 45:17, 47:21, 48:18, 49:11, 49:24, 53:7, 59:12, 59:23, 65:17, 65:24, 68:10, 72:7, 72:18, 75:8, 76:18, 79:18, 82:18, 85:1, 95:13, 96:11, 97:2, 99:2, 104:6, 107:21, 109:25, 110:1, 115:17, 126:1, 132:13, 132:14, 132:15, 133:1, 137:18, 138:13, 139:23, 140:3, 144:19, 147:8, 149:7, 150:19, 151:23, 153:10, 153:12, 155:15, 157:8, 157:10, 157:20, 160:18, 161:21, 162:5, 163:3, 163:14
**LIKELIHOOD** [1] - 62:15
**LIKELY** [5] - 76:25, 115:2, 115:4, 115:8, 116:12
**LIMIT** [6] - 42:12, 83:15, 83:16, 83:18, 151:3, 159:25
**LIMITATION** [10] - 11:15, 20:23, 21:17, 22:22, 26:13, 26:20, 27:24, 41:5, 41:7, 42:11
**LIMITATIONS** [2] - 19:1, 32:15
**LIMITED** [4] - 16:14, 44:19, 154:3, 154:8
**LIMITING** [2] - 42:24, 153:10
**LIMITS** [1] - 153:20
**LINE** [10] - 23:6, 36:10, 62:19, 70:24, 71:2, 93:13, 119:7, 121:25, 125:3, 141:5
**LINES** [2] - 62:7, 132:12
**LIST** [9] - 53:6, 81:8, 112:21, 147:6, 147:16, 147:17, 158:14, 161:9
**LISTED** [3] - 25:20,

112:22, 132:5
**LISTEN** [3] - 138:23, 139:8, 139:13
**LISTENED** [1] - 130:9
**LISTING** [1] - 53:22
**LISTS** [3] - 16:20, 22:18, 55:19
**LITERALLY** [3] - 11:5, 12:3, 14:10
**LITIGANT** [2] - 163:12, 163:15
**LITIGANTS** [1] - 163:17
**LITIGATION** [2] - 96:8, 161:6
**LITTLE** [35] - 22:3, 24:15, 27:6, 28:9, 28:13, 29:13, 33:5, 38:4, 39:2, 47:12, 47:13, 54:18, 54:23, 54:24, 62:9, 70:18, 70:19, 70:20, 81:5, 85:3, 96:18, 97:20, 98:4, 102:24, 109:18, 112:25, 113:20, 115:21, 118:6, 130:8, 135:7, 143:11, 146:15, 147:4
**LIVE** [2] - 51:13, 146:3
**LIVES** [1] - 11:3
**LLP** [1] - 2:2
**LOCATION** [1] - 51:4
**LOCATIONS** [1] - 51:8
**LOCKED** [1] - 36:15
**LODGE** [1] - 112:7
**LOG** [1] - 102:23
**LOGGING** [1] - 123:4
**LONG** [13] - 14:14, 14:17, 23:14, 49:19, 81:4, 81:6, 84:6, 84:18, 89:23, 95:22, 113:5, 135:14, 140:9
**LONG-TERM** [2] - 14:14, 14:17
**LONGER** [1] - 161:1
**LONGEVITY** [1] - 16:2
**LOOK** [53] - 12:5, 13:14, 14:2, 14:6, 16:20, 17:14, 17:16, 18:1, 24:12, 24:14, 25:11, 25:13, 26:8, 28:6, 30:11, 31:7, 32:24, 33:4, 34:16, 36:4, 39:13, 42:8, 44:17, 49:23, 49:25, 94:17, 97:2, 98:1, 98:2, 98:6, 98:13, 98:19, 99:2, 100:12, 100:19, 100:23,

101:2, 101:6, 105:1, 105:25, 106:6, 106:21, 108:7, 140:12, 140:14, 146:5, 147:19, 154:13, 157:20, 160:6, 160:9
**LOOKED** [7] - 24:18, 47:16, 56:18, 69:12, 69:13, 100:3, 106:2
**LOOKING** [26] - 15:25, 16:1, 16:2, 16:3, 16:5, 16:12, 19:24, 20:1, 20:2, 20:15, 27:15, 34:16, 34:17, 35:13, 40:24, 44:12, 44:15, 68:18, 89:18, 105:14, 107:5, 107:6, 138:2, 139:12, 140:8, 142:17
**LOOKS** [4] - 76:18, 95:13, 98:22, 107:21
**LOST** [1] - 162:16
**LOT** [19] - 14:24, 19:23, 28:22, 33:16, 37:25, 44:11, 46:3, 46:14, 63:22, 89:8, 125:22, 138:13, 139:15, 141:8, 151:5, 157:23, 157:24, 160:1, 163:3
**LOTTED** [1] - 86:2
**LOUD** [1] - 69:6
**LOUISVILLE** [1] - 4:25
**LOW** [5] - 12:21, 23:7, 27:19, 51:15
**LOW/PASS** [1] - 115:3
**LOWER** [2] - 114:24, 128:25
**LOWEST** [1] - 27:18
**LUNCH** [2] - 79:18, 80:2
**LUNCHEON** [1] - 103:1
**LYNN** [5] - 1:18, 4:9, 80:12, 159:15, 164:25

---

# M

**M.D** [1] - 5:1
**MA'AM** [1] - 105:11
**MADE** [8] - 32:13, 36:17, 42:6, 55:20, 71:7, 147:10, 154:4, 160:19
**MAGIC** [1] - 161:25
**MAGNETIC** [1] - 6:4
**MAIL** [4] - 3:14, 27:5,

147:15, 162:4
**MAILED** [1] - 161:13
**MAIN** [1] - 131:15
**MAINTAINED** [2] - 88:17, 92:23
**MAJOR** [3] - 27:24, 44:20, 153:21
**MAJORITY** [4] - 83:17, 118:21, 118:22, 144:13
**MAKE** [33] - 10:13, 26:24, 29:13, 32:10, 36:24, 50:1, 54:5, 77:25, 78:19, 79:20, 114:10, 130:10, 138:14, 139:6, 146:21, 146:22, 146:23, 147:2, 147:8, 147:11, 147:13, 149:12, 150:24, 151:10, 151:17, 152:14, 152:18, 152:20, 153:14, 160:13, 160:24, 163:23
**MAKES** [1] - 103:19
**MAKING** [5] - 18:10, 26:4, 31:2, 48:8, 150:8
**MALPRACTICE** [1] - 6:14
**MANAGE** [1] - 163:4
**MANAGER** [1] - 81:12
**MANAGING** [1] - 38:16
**MANDATES** [1] - 56:12
**MANDATORY** [1] - 157:9
**MANNER** [4] - 13:15, 21:7, 34:8, 75:9
**MANNERS** [1] - 64:3
**MANUAL** [1] - 8:2
**MANUALLY** [1] - 94:14
**MANY** [24] - 18:17, 45:20, 47:16, 47:17, 49:8, 50:20, 51:15, 51:24, 61:18, 77:3, 81:24, 110:24, 117:22, 128:23, 132:18, 138:5, 138:6, 139:9, 148:6, 151:16, 162:20
**MARCH** [2] - 31:17, 40:2
**MARKCUS** [3] - 1:3, 1:14, 16:18
**MARKED** [2] - 104:17, 148:17

**MARKET** [1] - 1:19
**MASS** [1] - 57:18
**MASTER'S** [1] - 81:22
**MATERIAL** [1] - 43:18
**MATERIALS** [2] - 116:16, 134:18
**MATTER** [4] - 102:14, 154:15, 156:6, 164:22
**MAXIMUM** [8] - 56:12, 56:14, 56:22, 56:25, 57:25, 58:19, 59:4, 117:19
**MAY** [48] - 1:8, 4:3, 12:1, 12:12, 12:14, 14:1, 24:14, 24:22, 26:21, 30:23, 35:23, 45:8, 54:11, 57:10, 65:5, 72:20, 73:3, 79:12, 83:11, 86:13, 86:17, 87:2, 90:19, 91:16, 95:22, 99:15, 99:22, 100:3, 102:1, 106:20, 107:5, 107:12, 108:9, 108:13, 109:16, 109:24, 112:17, 117:4, 128:24, 141:10, 150:17, 151:16, 151:17, 153:6, 155:1, 158:19, 158:21
**MAYBE** [18] - 13:13, 18:15, 24:15, 36:8, 37:18, 63:20, 85:7, 93:3, 94:16, 101:17, 131:10, 135:21, 139:10, 152:5, 153:15, 157:24, 163:18
**NBME** [2] - 88:11, 88:17
**ME** [77] - 3:16, 3:23, 3:24, 3:25, 11:23, 19:7, 19:23, 21:9, 22:9, 23:3, 24:16, 27:9, 27:17, 31:21, 33:20, 34:25, 35:11, 37:7, 37:14, 46:15, 46:17, 46:20, 49:10, 50:19, 52:21, 53:25, 57:23, 60:21, 61:10, 62:7, 70:10, 74:5, 102:18, 103:19, 104:21, 105:5, 106:9, 115:17, 117:23, 119:24, 125:6, 130:11, 131:24, 134:11, 137:9, 137:18,

139:19, 140:23, 140:24, 141:12, 141:20, 143:10, 143:13, 144:12, 145:12, 145:20, 146:17, 148:20, 149:22, 151:20, 152:22, 152:23, 153:15, 154:6, 154:22, 155:16, 155:17, 156:7, 156:9, 156:12, 160:12, 161:22, 162:9, 162:22, 163:5, 163:13
**MEAN** [16] - 18:8, 19:16, 20:3, 26:18, 44:14, 49:11, 52:25, 60:15, 69:21, 73:11, 126:18, 133:15, 139:3, 142:11, 155:15, 160:23
**MEANING** [3] - 102:10, 134:18, 155:8
**MEANINGFUL** [4] - 97:22, 98:10, 100:16, 101:21
**MEANINGS** [1] - 11:1
**MEANS** [6] - 17:19, 17:20, 21:9, 53:1, 69:16, 126:8
**MEANT** [1] - 41:19
**MEANTIME** [1] - 156:12
**MEASURE** [4] - 66:20, 66:23, 67:7, 81:19
**MEASURED** [2] - 127:9, 133:21
**MEASUREMENT** [2] - 81:17, 81:23
**MEASURES** [1] - 16:12
**MECHANISM** [2] - 11:4, 75:5
**MEDICAID** [1] - 51:16
**MEDICAL** [48] - 1:6, 4:5, 6:3, 6:14, 6:16, 9:6, 10:8, 11:23, 12:4, 13:6, 13:11, 14:2, 16:7, 17:8, 36:15, 37:3, 40:16, 47:5, 52:3, 52:8, 52:12, 52:14, 53:1, 53:4, 53:15, 53:23, 54:3, 55:10, 55:18, 55:25, 60:5, 71:7, 71:12, 72:24, 77:2, 80:8, 82:12, 82:14, 82:18, 82:25, 83:16,

83:17, 83:25, 110:25, 111:8, 114:1, 138:8
**MEDICALIZED** [1] - 12:16
**MEDICATION** [27] - 9:14, 12:24, 23:5, 23:6, 23:10, 24:6, 24:9, 31:21, 32:12, 32:16, 33:15, 34:7, 54:16, 57:7, 58:17, 59:11, 59:16, 59:19, 59:25, 60:6, 60:16, 60:24, 60:25, 61:8, 61:12, 71:4, 71:8
**MEDICATIONS** [12] - 9:1, 12:14, 12:17, 12:20, 14:18, 23:1, 24:6, 26:17, 33:21, 35:8, 49:19, 57:3
**MEDICINE** [7] - 5:1, 5:15, 13:1, 22:12, 32:1, 54:22, 55:6
**MEET** [7] - 42:9, 59:10, 60:1, 74:20, 110:22, 147:5, 148:5
**MEETING** [3] - 13:2, 20:8, 60:6
**MEMBER** [1] - 5:20
**MENTAL** [18] - 6:9, 8:13, 11:20, 12:4, 13:25, 14:20, 16:2, 17:3, 21:5, 25:3, 25:8, 31:13, 38:20, 41:22, 63:16, 64:2, 64:10, 153:19
**MENTALLY** [1] - 33:23
**MENTION** [1] - 84:12
**MENTIONED** [10] - 6:7, 7:10, 15:14, 46:22, 48:2, 51:8, 59:2, 64:5, 66:19, 133:13
**MENTIONS** [2] - 19:2, 19:3
**MERITS** [1] - 137:7
**MESS** [1] - 162:8
**MET** [3] - 46:17, 60:17, 111:2
**METABOLIZE** [2] - 57:17, 57:20
**METABOLIZES** [1] - 57:9
**METHOD** [1] - 130:16
**MEW** [143] - 2:2, 3:2, 3:12, 3:21, 3:24, 4:3, 4:4, 4:20, 7:15, 7:20, 10:5, 10:16, 10:22, 16:22, 16:25, 24:16, 24:20, 28:14, 28:18,

35:11, 35:13, 35:23, 35:24, 36:2, 45:3, 47:24, 48:5, 48:8, 48:19, 53:17, 58:3, 58:9, 58:12, 65:18, 78:14, 78:15, 79:7, 79:9, 79:15, 79:16, 79:22, 80:3, 80:6, 80:7, 80:23, 86:18, 86:24, 87:4, 87:10, 87:15, 87:21, 88:1, 88:7, 89:10, 89:15, 89:20, 89:25, 90:4, 90:10, 90:16, 90:21, 91:2, 91:7, 91:13, 91:18, 91:24, 92:9, 92:15, 93:6, 93:10, 102:17, 102:23, 103:6, 103:9, 103:15, 103:23, 104:1, 104:2, 105:8, 105:10, 105:12, 106:23, 106:25, 109:6, 110:3, 112:6, 112:19, 112:24, 114:9, 114:14, 116:1, 119:8, 121:11, 121:13, 122:9, 123:4, 126:6, 127:23, 128:4, 128:5, 128:7, 129:14, 133:8, 133:9, 133:12, 134:3, 134:6, 135:24, 135:25, 136:13, 137:4, 137:6, 144:18, 144:20, 145:1, 145:7, 145:12, 145:17, 150:12, 150:17, 150:23, 151:8, 151:23, 152:3, 152:5, 154:5, 155:14, 155:16, 158:13, 159:1, 161:8, 161:17, 161:23, 162:6, 162:10, 162:15, 163:1, 164:7, 164:11, 164:16, 164:17, 165:4, 165:7
**MEW'S** [3] - 112:22, 145:20, 147:13
**MEWS** [1] - 103:17
**MICROBIOLOGY** [1] - 76:17
**MICROSOFT** [2] - 1:9, 3:15
**MID** [1] - 161:3
**MID-FALL** [1] - 161:3

**MIDDLE** [5] - 18:1, 27:6, 29:20, 34:18, 107:6
**MIDST** [1] - 39:8
**MIGHT** [9] - 32:15, 54:2, 109:18, 130:10, 131:12, 143:14, 145:22, 150:10, 155:6
**MILD** [2] - 18:13, 21:6
**MILDER** [1] - 75:8
**MILLIGRAM** [1] - 57:25
**MILLIGRAMS** [11] - 56:17, 56:20, 56:24, 57:24, 58:5, 58:19, 58:20, 58:22, 58:23, 59:5
**MIND** [14] - 79:23, 109:24, 132:16, 136:2, 136:8, 136:10, 136:13, 140:10, 152:19, 155:15, 157:3, 157:6, 158:2
**MINE** [2] - 12:7, 158:15
**MINIMAL** [1] - 97:16
**MINIMIZE** [1] - 159:11
**MINISTERIAL** [2] - 158:14, 161:8
**MINORITIES** [1] - 64:11
**MINUS** [5] - 69:20, 69:22, 69:23, 69:24
**MINUTE** [6] - 25:16, 26:21, 36:7, 79:24, 95:11, 106:18
**MINUTES** [24] - 3:8, 84:8, 84:10, 84:14, 84:16, 84:23, 84:24, 94:10, 95:20, 107:22, 108:5, 108:11, 108:17, 108:23, 109:5, 117:14, 117:21, 117:24, 118:2, 135:2, 135:6, 135:13, 135:14
**MIRROR** [1] - 114:3
**MISCHARACTERIZE S** [2] - 53:18, 58:4
**MISIDENTIFIED** [1] - 147:7
**MISSED** [2] - 150:12, 155:2
**MISSIE** [1] - 43:23
**MIXED** [1] - 119:2
**MIXTURE** [1] - 24:5
**MK12** [1] - 30:22

**MK16** [1] - 30:14
**MK19** [1] - 29:25
**MK24** [1] - 29:9
**MM** [1] - 118:17
**MM-HMM** [1] - 118:17
**MODERATE** [3] - 21:6, 58:1, 58:21
**MODERATELY** [1] - 65:11
**MODERN** [1] - 76:4
**MODULATING** [1] - 23:5
**MONTH** [6] - 14:13, 60:3, 60:7, 138:9, 138:10
**MONTHS** [8] - 14:19, 22:2, 22:8, 37:10, 37:21, 37:23, 59:23, 59:24
**MOOD** [8] - 7:23, 11:1, 14:14, 15:6, 29:22, 30:9, 34:22, 35:6
**MOON** [1] - 11:18
**MORBID** [1] - 65:9
**MORE** [51] - 11:10, 11:12, 11:18, 12:16, 14:6, 16:8, 22:3, 25:7, 30:22, 31:14, 31:15, 38:5, 38:14, 40:11, 43:4, 45:25, 46:3, 51:2, 54:9, 59:21, 59:24, 60:22, 63:8, 63:11, 63:17, 63:19, 68:25, 70:18, 70:19, 73:21, 73:24, 79:15, 79:16, 83:12, 83:22, 86:12, 96:18, 105:20, 107:5, 115:22, 127:7, 127:11, 130:3, 131:11, 142:24, 144:20, 152:1, 153:21, 155:14, 158:22, 160:7
**MORNING** [10] - 3:2, 3:3, 3:4, 4:7, 4:8, 4:11, 4:21, 45:11, 80:24, 80:25
**MOST** [23] - 12:19, 14:22, 18:19, 21:20, 27:25, 34:13, 35:8, 41:8, 44:19, 46:3, 46:10, 59:23, 64:1, 65:10, 68:5, 76:25, 82:12, 82:25, 152:2, 152:23, 153:22, 158:22, 159:17
**MOSTLY** [2] - 51:11, 51:18
**MOTHER** [1] - 43:24

**MOTION** [3] - 43:21, 43:25, 145:20
**MOTIVATION** [1] - 40:20
**MOVE** [9] - 31:15, 71:17, 86:18, 87:4, 87:15, 88:1, 103:25, 140:4, 142:14
**MOVES** [6] - 7:15, 90:10, 90:21, 91:7, 91:18, 92:9
**MOVING** [1] - 122:25
**MOXO** [14] - 50:21, 67:22, 68:2, 68:4, 68:11, 68:22, 68:24, 69:10, 69:11, 69:14, 69:15, 69:24, 70:6
**MS** [150] - 3:2, 3:12, 3:21, 3:24, 4:2, 4:4, 4:20, 7:15, 7:20, 10:5, 10:16, 10:22, 16:22, 16:25, 24:16, 24:20, 28:14, 28:18, 35:11, 35:13, 35:23, 35:24, 36:2, 36:10, 45:3, 47:24, 48:5, 48:8, 48:19, 53:17, 58:3, 58:6, 58:9, 58:12, 65:18, 70:4, 70:25, 78:14, 78:15, 79:7, 79:9, 79:15, 79:16, 79:22, 80:3, 80:6, 80:7, 80:23, 86:18, 86:24, 87:4, 87:10, 87:15, 87:21, 88:1, 88:7, 89:10, 89:15, 89:20, 89:25, 90:4, 90:10, 90:16, 90:21, 91:2, 91:7, 91:13, 91:18, 91:24, 92:9, 92:15, 93:6, 93:10, 102:17, 102:23, 103:6, 103:9, 103:15, 103:16, 103:23, 104:1, 104:2, 105:8, 105:10, 105:12, 106:23, 106:25, 109:6, 110:3, 112:6, 112:19, 112:22, 112:24, 114:9, 114:14, 116:1, 119:8, 121:11, 121:13, 122:9, 123:4, 126:6, 127:23, 128:4, 128:5, 128:7, 129:14, 133:8, 133:9, 133:12, 134:3, 134:6,

135:24, 135:25, 136:13, 137:4, 137:6, 144:18, 144:20, 145:1, 145:6, 145:12, 145:17, 145:20, 147:13, 150:12, 150:17, 150:23, 151:8, 151:23, 152:3, 152:5, 154:5, 155:14, 155:16, 158:13, 159:1, 161:8, 161:17, 161:23, 162:6, 162:10, 162:15, 163:1, 164:7, 164:11, 164:16, 164:17, 165:4, 165:7
**MUCH** [16] - 18:24, 57:20, 69:24, 75:8, 94:6, 98:3, 113:2, 116:24, 117:12, 121:9, 122:22, 125:6, 125:12, 125:22, 144:2, 159:9
**MULTIPLE** [3] - 93:19, 106:12, 118:20
**MURPHY** [1] - 1:11
**MUSCLE** [2] - 57:11, 65:2
**MUST** [4] - 18:11, 23:24, 83:25, 117:6
**MUTE** [1] - 10:11
**MY** [74] - 3:16, 3:17, 5:1, 5:12, 6:12, 7:2, 7:9, 37:6, 46:4, 49:21, 50:12, 51:3, 53:24, 54:3, 55:16, 55:18, 56:21, 63:14, 75:20, 76:3, 79:4, 79:15, 82:20, 100:15, 103:17, 104:16, 105:13, 106:18, 107:7, 107:13, 110:18, 110:22, 113:11, 119:1, 119:6, 120:3, 121:4, 122:24, 123:17, 124:1, 124:11, 124:16, 125:6, 125:12, 125:17, 132:16, 132:24, 133:2, 134:11, 136:8, 136:13, 137:22, 139:3, 140:5, 140:20, 140:22, 141:1, 141:17, 145:7, 145:8, 147:21, 151:11,

151:17, 152:19, 154:17, 155:15, 156:11, 157:2, 157:6, 158:2, 158:25, 162:17, 163:11
**MYSELF** [4] - 130:8, 139:6, 139:22, 154:13

## N

**NAME** [9] - 4:16, 23:4, 24:4, 54:19, 54:21, 80:19, 85:21, 140:20, 140:21
**NARRATIVE** [1] - 136:25
**NARROW** [1] - 109:22
**NATIONAL** [2] - 4:5, 80:8
**NATIVE** [1] - 63:10
**NATURE** [3] - 8:16, 53:1, 161:5
**NBME** [30] - 10:5, 15:22, 16:19, 71:14, 81:6, 81:7, 82:2, 82:6, 85:11, 86:9, 90:10, 90:21, 91:7, 91:18, 92:9, 92:23, 111:22, 113:10, 120:7, 122:3, 130:12, 130:20, 130:22, 131:5, 131:20, 135:25, 137:24, 139:1, 154:4, 155:11
**NBME'S** [3] - 78:22, 141:7, 144:6
**NEARLY** [1] - 72:9
**NECESSARILY** [14] - 12:1, 14:17, 26:18, 42:14, 52:25, 54:2, 89:17, 119:13, 121:18, 124:13, 135:4, 135:5, 135:16, 141:5
**NECESSARY** [3] - 17:6, 112:10, 153:6
**NEED** [29] - 11:5, 11:16, 14:1, 18:6, 18:9, 20:20, 21:22, 31:12, 34:7, 79:22, 126:17, 132:6, 133:14, 136:17, 145:11, 145:16, 146:25, 151:24, 153:12, 153:14, 153:15, 154:14, 155:18, 157:12,

158:10, 160:11, 160:17, 161:10, 161:11

**NEEDED** [5] - 23:19, 23:21, 32:3, 39:18

**NEEDING** [1] - 14:17

**NEEDS** [4] - 19:4, 34:9, 44:25, 127:15

**NEGATIVE** [3] - 29:17, 35:1, 40:22

**NEIGHBORS** [1] - 45:13

**NEITHER** [1] - 120:15

**NERVOUS** [1] - 11:13

**NERVOUS/ANXIOUS** [1] - 35:2

**NEURODEVELOPM ENTAL** [2] - 61:4, 61:7

**NEUROLOGY** [1] - 5:14

**NEUROPSYCHIATRI C** [1] - 29:15

**NEVER** [6] - 14:16, 46:21, 59:24, 144:11, 163:11, 163:13

**NEW** [6] - 5:4, 5:16, 13:24, 20:8, 37:24, 133:14

**NEXT** [11] - 4:3, 20:24, 22:11, 24:12, 25:11, 25:14, 37:18, 85:1, 128:12, 146:10

**NICE** [1] - 109:20

**NIGHT** [1] - 149:7

**NIGHT'S** [1] - 162:11

**NINE** [4] - 13:12, 69:23, 81:7, 82:6

**NINTH** [1] - 107:18

**NO** [89] - 7:16, 10:19, 13:12, 14:10, 14:22, 17:5, 19:12, 20:3, 21:11, 22:21, 23:25, 28:5, 29:7, 30:5, 30:9, 31:11, 32:17, 38:8, 38:21, 39:25, 41:9, 45:2, 46:16, 46:18, 54:17, 58:6, 58:16, 59:21, 60:8, 60:21, 64:9, 65:18, 67:13, 67:17, 67:19, 72:16, 73:10, 78:10, 78:11, 78:15, 79:9, 79:10, 86:20, 87:6, 87:17, 88:3, 90:12, 90:23, 91:9, 91:20, 92:11, 97:8, 100:9, 104:20, 105:22, 108:11, 108:17,

108:23, 109:4, 111:15, 112:17, 117:6, 126:22, 128:2, 129:7, 130:2, 130:3, 130:21, 131:19, 133:5, 134:3, 134:18, 135:16, 135:17, 136:18, 137:6, 139:9, 140:3, 141:4, 144:25, 145:1, 145:2, 147:12, 159:1, 159:2, 161:4, 164:10, 164:11

**NODDED** [2] - 35:21, 93:8

**NODS** [1] - 103:4

**NON** [2] - 63:9, 159:14

**NON-EUROPEAN** [1] - 63:9

**NONE** [3] - 19:11, 74:14, 79:3

**NONINSTITUTIONAL IZED** [1] - 65:10

**NOR** [1] - 113:25

**NOREPINEPHRINE** [2] - 75:10, 75:13

**NORM** [1] - 37:20

**NORMAL** [7] - 11:2, 69:15, 69:16, 69:19, 69:20, 69:21, 69:22

**NORMALCY** [1] - 42:19

**NORMALITY** [1] - 42:19

**NORMALLY** [7] - 94:11, 94:12, 117:12, 149:9, 152:8, 152:11, 163:14

**NORTHWEST** [3] - 22:12, 54:22, 55:6

**NOT** [231] - 3:16, 3:24, 3:25, 6:23, 9:10, 9:16, 10:17, 11:12, 12:1, 12:12, 12:24, 13:17, 14:7, 14:17, 14:25, 15:5, 15:12, 15:13, 15:16, 15:17, 16:4, 16:10, 17:10, 17:13, 17:20, 17:21, 17:24, 18:12, 19:7, 19:21, 21:3, 21:4, 21:9, 21:16, 21:20, 21:21, 21:23, 22:9, 22:17, 22:19, 22:21, 22:23, 23:19, 23:21, 23:23, 24:10, 24:25, 25:5, 25:7, 25:23, 26:1, 26:4, 26:7,

26:11, 26:18, 26:20, 28:21, 29:2, 29:22, 29:23, 30:13, 32:11, 32:17, 33:17, 33:21, 33:22, 34:3, 34:24, 35:2, 35:7, 35:13, 37:6, 37:19, 37:20, 37:22, 38:19, 41:3, 41:10, 42:5, 42:14, 42:24, 44:16, 45:3, 45:15, 45:16, 47:11, 47:16, 49:19, 50:7, 50:13, 50:23, 51:2, 52:25, 53:10, 53:24, 54:1, 54:10, 54:11, 54:12, 56:17, 56:18, 56:21, 60:17, 64:8, 68:22, 70:10, 71:8, 71:9, 72:2, 72:9, 72:10, 72:20, 72:25, 74:20, 74:22, 77:18, 78:19, 78:20, 79:23, 83:23, 94:2, 97:8, 99:2, 100:9, 100:17, 101:22, 102:7, 102:13, 103:20, 104:13, 105:7, 105:23, 107:8, 109:7, 109:15, 109:18, 109:25, 110:2, 111:22, 116:5, 117:4, 118:25, 119:16, 120:12, 120:14, 120:17, 121:2, 121:3, 121:7, 121:17, 121:20, 122:1, 122:2, 122:14, 122:17, 124:13, 126:6, 127:13, 127:17, 128:22, 129:14, 130:10, 130:21, 131:1, 131:10, 131:19, 131:24, 132:15, 133:21, 133:22, 134:22, 134:24, 135:4, 135:16, 137:23, 138:3, 139:2, 139:14, 139:15, 139:22, 139:23, 140:4, 141:5, 141:10, 141:16, 142:2, 142:12, 143:3, 143:10, 143:12, 143:14, 144:15, 145:7, 145:8, 145:19, 145:25, 146:6, 146:24, 147:10,

148:3, 148:24, 149:6, 152:5, 152:11, 152:21, 153:1, 155:6, 155:10, 156:1, 156:9, 157:13, 158:2, 158:17, 159:11, 159:12, 161:1, 161:19, 162:8, 162:10, 162:22, 163:1, 163:14

**NOTATION** [1] - 31:10

**NOTE** [14] - 32:20, 36:4, 36:12, 37:3, 37:8, 37:11, 37:12, 37:13, 37:24, 38:2, 40:2, 53:8, 78:19, 162:3

**NOTED** [2] - 104:19, 116:14

**NOTES** [2] - 38:14, 38:19

**NOTHING** [7] - 26:14, 27:2, 30:20, 97:1, 99:25, 100:7, 102:6

**NOTICE** [1] - 144:10

**NOTICEABLE** [2] - 100:18, 101:23

**NOTICED** [2] - 35:7, 71:11

**NOTION** [1] - 121:9

**NOW** [52] - 12:16, 14:2, 25:13, 25:21, 27:3, 28:6, 29:8, 30:14, 30:22, 31:15, 32:19, 33:3, 35:17, 38:24, 40:1, 41:1, 51:18, 52:6, 56:8, 61:21, 62:18, 64:15, 70:12, 70:21, 71:17, 88:22, 89:23, 97:2, 98:1, 98:13, 99:13, 103:15, 104:3, 107:11, 114:25, 118:7, 118:25, 124:3, 136:2, 137:18, 140:14, 146:10, 149:20, 154:21, 157:25, 158:10, 160:15, 162:25, 163:1, 163:3

**NUMBER** [22] - 1:3, 62:13, 68:16, 83:15, 89:6, 105:9, 111:1, 111:4, 124:25, 125:4, 125:9, 125:14, 125:15, 132:1, 132:13, 132:15, 132:21,

138:7, 139:12, 158:15, 158:24, 162:9

**NUMBERED** [4] - 29:9, 29:25, 150:25, 151:9

**NUMBERS** [6] - 89:21, 119:1, 142:11, 158:23, 158:24

**NURSE** [3] - 32:25, 38:6, 39:22

**NW** [1] - 2:3

---

**O**

---

**O'CLOCK** [1] - 102:22

**OATH** [1] - 137:15

**OBJECT** [4] - 47:25, 58:3, 114:9, 144:23

**OBJECTING** [2] - 121:13, 126:7

**OBJECTION** [12] - 10:19, 53:17, 65:18, 87:6, 112:7, 116:1, 121:11, 122:9, 123:5, 137:4, 144:25, 145:1

**OBJECTIONS** [14] - 7:16, 86:20, 87:17, 88:3, 90:12, 90:23, 91:9, 91:20, 92:11, 148:5, 148:6, 148:9, 148:19, 148:23

**OBJECTIVE** [1] - 16:12

**OBSESSIVE** [1] - 63:21

**OBVIOUSLY** [2] - 47:11, 155:13

**OCCASION** [1] - 130:22

**OCCASIONALLY** [1] - 23:25

**OCCUPATIONAL** [1] - 62:24

**OCCUR** [2] - 11:18, 11:19

**OCCURS** [1] - 20:16

**OCTOBER** [3] - 22:12, 27:5, 56:3

**OF** [651] - 1:2, 3:6, 3:7, 3:13, 3:22, 4:5, 4:24, 5:1, 5:5, 5:20, 5:21, 5:25, 6:4, 6:8, 6:9, 6:10, 6:12, 6:19, 6:20, 7:2, 7:13, 8:6, 8:7, 8:11, 8:16, 8:22, 9:10, 9:22, 10:1, 10:9, 10:15, 10:16, 10:25, 11:1, 11:3,

11:7, 11:8, 11:10,
11:11, 11:14, 11:20,
11:21, 11:22, 12:1,
12:3, 12:7, 12:13,
12:16, 12:22, 13:2,
13:3, 13:15, 13:21,
14:3, 14:17, 14:20,
14:22, 14:24, 14:25,
15:8, 15:23, 16:1,
16:2, 16:3, 16:11,
16:12, 16:19, 17:10,
17:22, 17:23, 18:1,
18:4, 18:9, 18:15,
18:16, 18:18, 18:24,
19:11, 19:15, 19:20,
19:24, 20:9, 20:12,
20:13, 20:14, 20:16,
20:23, 21:1, 21:3,
21:6, 21:15, 21:18,
21:19, 21:24, 22:1,
22:7, 22:11, 22:19,
22:21, 23:7, 23:9,
24:5, 24:7, 24:24,
25:2, 25:10, 25:20,
25:21, 25:22, 25:23,
25:24, 25:25, 26:3,
26:4, 26:12, 26:15,
27:6, 27:17, 27:18,
27:20, 27:21, 28:22,
29:12, 29:20, 30:4,
30:10, 30:16, 30:24,
31:1, 31:2, 31:5,
31:10, 31:12, 32:4,
32:5, 32:6, 32:7,
33:3, 33:5, 33:6,
33:7, 33:8, 33:9,
33:11, 33:16, 33:24,
34:1, 34:2, 34:5,
34:7, 34:12, 34:15,
35:8, 35:24, 36:1,
36:3, 36:4, 36:8,
36:10, 36:20, 36:25,
37:6, 37:8, 37:25,
38:3, 38:11, 38:12,
38:13, 38:16, 38:25,
39:8, 39:14, 39:15,
39:20, 39:23, 40:9,
40:10, 40:11, 40:13,
40:15, 40:17, 40:19,
40:21, 40:23, 40:25,
41:1, 41:17, 41:22,
41:25, 42:5, 42:19,
42:20, 43:5, 43:23,
44:14, 44:15, 46:4,
46:14, 47:5, 48:1,
49:21, 49:23, 50:1,
50:11, 50:13, 51:4,
51:5, 51:7, 51:14,
51:15, 51:23, 51:24,
52:23, 53:1, 53:24,
54:1, 54:20, 54:21,

55:1, 55:9, 55:25,
56:6, 56:9, 56:12,
56:16, 56:19, 56:21,
57:6, 57:7, 57:13,
57:16, 57:18, 57:21,
57:24, 58:2, 58:17,
58:19, 58:21, 59:1,
59:2, 59:5, 60:5,
60:10, 60:14, 60:19,
60:20, 61:18, 62:11,
62:13, 62:14, 62:15,
62:16, 62:24, 63:2,
63:7, 63:9, 63:12,
63:18, 63:22, 64:2,
64:7, 64:12, 64:14,
64:14, 65:1, 65:5,
65:9, 66:5, 66:15,
66:21, 66:24, 67:3,
67:6, 67:10, 67:15,
68:2, 68:5, 68:6,
68:7, 68:21, 69:10,
69:13, 70:2, 70:22,
71:16, 72:3, 72:6,
72:8, 72:16, 72:21,
72:22, 72:23, 73:2,
73:4, 73:11, 73:16,
74:11, 74:12, 74:23,
75:5, 75:8, 76:4,
76:6, 76:7, 77:2,
77:14, 77:18, 77:22,
77:23, 78:16, 78:19,
78:22, 79:1, 79:3,
79:19, 80:8, 81:2,
81:16, 81:18, 81:20,
81:24, 82:1, 82:5,
82:9, 83:15, 83:17,
83:19, 84:7, 84:10,
84:14, 84:16, 84:21,
84:22, 84:24, 85:2,
85:14, 85:23, 85:24,
86:4, 86:5, 86:6,
86:15, 88:11, 88:14,
88:17, 88:20, 88:24,
89:1, 89:8, 92:21,
92:24, 93:12, 93:15,
93:17, 93:20, 94:6,
94:8, 94:9, 94:24,
95:3, 95:6, 95:9,
95:14, 95:17, 95:21,
95:22, 95:25, 96:2,
96:3, 96:6, 96:19,
96:21, 96:24, 97:7,
97:15, 97:20, 97:22,
98:3, 98:6, 98:10,
98:11, 99:20, 99:23,
100:6, 100:10,
100:12, 100:14,
100:16, 101:21,
101:23, 102:4,
102:8, 102:16,
103:14, 104:16,

104:18, 105:1,
105:3, 105:4, 105:6,
105:17, 105:19,
105:22, 105:23,
106:1, 107:4, 107:6,
107:9, 107:15,
107:19, 107:20,
107:22, 108:1,
108:5, 108:6, 108:8,
108:11, 108:12,
108:15, 108:17,
108:18, 108:21,
108:24, 109:2,
109:5, 110:24,
111:5, 112:7,
112:10, 112:12,
112:15, 112:18,
112:22, 112:25,
114:23, 114:24,
115:7, 115:22,
116:23, 117:4,
117:7, 117:13,
117:17, 118:21,
118:22, 119:12,
119:16, 119:23,
119:25, 120:15,
121:3, 121:9,
121:18, 121:25,
122:3, 122:7,
122:13, 122:18,
122:20, 122:22,
123:2, 123:10,
124:4, 124:9,
124:25, 125:24,
126:3, 126:7,
126:16, 126:18,
126:19, 126:21,
127:7, 127:18,
128:12, 128:14,
128:15, 128:19,
128:21, 128:22,
128:24, 129:11,
129:12, 130:19,
131:4, 131:9,
131:13, 131:16,
131:19, 131:22,
131:24, 131:25,
132:2, 132:3, 132:4,
132:8, 132:13,
132:17, 132:21,
132:25, 133:17,
133:18, 133:19,
133:25, 134:1,
134:2, 134:11,
135:24, 136:3,
138:9, 138:13,
138:18, 138:19,
139:2, 139:6,
139:10, 139:12,
139:15, 139:17,
139:20, 141:1,

141:2, 141:8,
141:12, 141:23,
141:24, 142:7,
142:10, 142:11,
142:17, 142:23,
143:3, 143:7,
143:11, 143:22,
144:11, 144:13,
144:14, 144:22,
145:3, 145:8,
145:18, 146:4,
146:14, 146:15,
146:25, 147:6,
147:15, 147:18,
147:23, 147:25,
148:6, 148:9,
148:11, 149:5,
149:14, 149:17,
149:18, 149:19,
149:25, 150:7,
150:11, 150:18,
150:20, 150:21,
150:25, 151:1,
151:5, 151:6,
152:12, 152:19,
153:10, 153:13,
154:9, 154:15,
154:19, 154:22,
154:24, 155:4,
156:5, 156:6, 157:6,
157:20, 157:23,
157:24, 158:4,
158:7, 158:11,
158:13, 158:22,
159:17, 159:19,
159:24, 160:1,
160:3, 160:5,
160:12, 160:17,
160:23, 161:5,
161:11, 161:19,
162:3, 162:8, 163:2,
163:16, 163:21,
163:24, 164:1,
164:2, 164:4, 164:21

**OFF** [5] - 56:21, 73:16,
127:25, 161:20,
162:17

**OFFERED** [1] - 158:17
**OFFERS** [1] - 10:5
**OFFICE** [2] - 22:12,
147:1
**OFFICES** [1] - 12:12
**OFFICIAL** [2] - 1:18,
164:24
**OFTEN** [9] - 13:23,
23:8, 37:11, 51:23,
59:9, 59:10, 59:12,
59:19, 60:1
**OKAY** [72] - 3:9, 3:12,
3:20, 3:21, 26:23,

28:10, 28:13, 28:14,
33:6, 38:5, 44:10,
50:21, 53:21, 54:18,
55:1, 55:17, 56:4,
58:12, 60:12, 60:19,
62:3, 70:16, 72:14,
78:25, 79:4, 79:17,
79:20, 80:3, 89:22,
89:25, 93:6, 98:5,
103:23, 103:24,
106:18, 107:2,
107:4, 109:16,
113:7, 114:6,
114:14, 121:5,
121:15, 124:19,
125:19, 126:23,
130:5, 131:3,
131:25, 132:23,
135:10, 136:7,
137:11, 141:19,
143:19, 144:22,
144:24, 145:15,
146:22, 150:17,
152:2, 155:2,
155:15, 155:21,
157:8, 157:14,
158:12, 160:13,
161:4, 162:15,
162:25, 164:14
**OKLAHOMA** [2] -
5:10, 46:25
**OLD** [1] - 32:1
**OMINOUS** [1] - 3:14
**ON** [250] - 6:25, 8:11,
8:20, 9:20, 10:11,
11:16, 14:12, 14:14,
16:9, 17:21, 18:24,
19:24, 22:5, 24:18,
25:16, 26:15, 26:16,
26:17, 26:19, 27:4,
27:9, 27:20, 28:8,
28:13, 28:23, 32:9,
32:15, 33:5, 33:21,
34:5, 34:10, 34:24,
36:11, 37:3, 37:4,
37:5, 38:18, 39:2,
39:23, 41:22, 41:24,
42:7, 42:13, 42:15,
42:23, 45:4, 50:14,
51:1, 51:15, 52:19,
52:20, 52:22, 53:5,
53:11, 53:21, 54:19,
55:15, 57:7, 58:8,
60:24, 63:21, 63:24,
65:2, 66:1, 66:14,
66:25, 67:6, 67:13,
67:14, 67:16, 67:24,
68:11, 69:11, 69:18,
69:22, 69:23, 69:24,
70:3, 71:12, 71:22,
72:4, 72:8, 79:19,

80:9, 82:22, 83:5, 84:2, 84:3, 84:4, 84:13, 85:19, 86:13, 87:2, 87:13, 88:10, 88:22, 89:1, 89:2, 89:4, 89:21, 92:17, 95:10, 95:18, 96:10, 96:22, 97:15, 97:20, 97:22, 99:20, 101:22, 102:18, 103:14, 103:19, 103:20, 103:25, 105:6, 106:17, 107:15, 107:21, 108:9, 110:4, 111:11, 111:20, 111:25, 112:19, 112:20, 113:1, 113:3, 113:15, 115:19, 115:23, 117:13, 117:23, 118:2, 118:3, 118:25, 120:5, 120:11, 120:12, 120:15, 121:3, 121:4, 121:6, 121:10, 121:21, 121:24, 122:1, 122:23, 122:24, 124:20, 124:24, 125:3, 125:7, 125:8, 125:11, 125:16, 128:22, 128:23, 129:5, 130:1, 131:11, 132:4, 134:21, 135:1, 135:6, 135:12, 135:13, 136:25, 138:2, 138:11, 138:15, 138:25, 139:1, 139:13, 139:15, 139:17, 139:25, 140:4, 140:5, 140:23, 141:4, 141:5, 141:7, 142:9, 142:10, 142:14, 143:13, 143:17, 143:22, 144:1, 144:6, 144:11, 145:17, 146:9, 146:10, 146:21, 146:22, 147:5, 147:13, 147:17, 147:24, 148:7, 148:8, 148:24, 150:1, 150:2, 150:10, 150:11, 151:5, 151:19, 152:15, 152:21, 153:17, 153:18, 154:7,

154:18, 155:9, 155:12, 155:14, 155:17, 156:3, 156:13, 156:23, 157:4, 157:13, 157:16, 157:19, 157:25, 158:4, 158:7, 158:25, 160:1, 160:5, 160:7, 160:19, 160:22, 161:12, 161:14, 161:15, 162:20, 163:23, 164:2
**ONCE** [3] - 36:14, 36:15, 141:3
**ONE** [95] - 3:5, 3:6, 11:7, 11:10, 13:4, 14:8, 14:22, 14:25, 15:5, 15:9, 21:15, 28:13, 29:9, 35:24, 36:8, 37:19, 37:20, 40:8, 40:13, 41:19, 42:23, 43:2, 47:21, 49:21, 50:23, 51:2, 53:3, 53:24, 58:5, 59:2, 59:15, 59:18, 60:15, 66:24, 69:15, 69:16, 69:17, 69:20, 70:3, 71:16, 72:18, 73:9, 73:11, 76:20, 77:16, 78:8, 78:19, 78:22, 79:15, 79:16, 81:24, 83:12, 86:1, 88:22, 89:23, 95:5, 96:21, 99:6, 100:25, 103:14, 106:17, 114:4, 116:13, 119:24, 119:25, 126:1, 129:19, 131:8, 131:25, 132:2, 133:9, 133:24, 138:7, 138:9, 138:10, 139:9, 141:21, 143:10, 144:11, 145:18, 149:15, 149:18, 150:11, 152:12, 153:21, 154:2, 154:8, 154:17, 154:24, 155:8, 156:17, 157:23
**ONES** [1] - 158:14
**ONLY** [22] - 3:8, 9:16, 11:17, 20:2, 22:21, 23:20, 23:25, 34:9, 36:16, 38:19, 42:21, 49:3, 53:2, 79:4, 113:2, 140:4, 142:21, 149:14, 153:9, 155:22,

156:3, 156:15
**OPENED** [1] - 48:3
**OPENING** [1] - 151:9
**OPENS** [1] - 3:1
**OPINION** [3] - 44:18, 44:24, 74:13
**OPPORTUNITIES** [1] - 152:7
**OPPORTUNITY** [5] - 136:14, 144:5, 144:18, 154:6, 154:21
**OPTION** [4] - 105:22, 123:21, 123:23, 123:24
**OR** [127] - 6:15, 7:25, 9:1, 11:1, 11:6, 11:20, 12:10, 13:4, 13:20, 14:11, 14:16, 14:19, 15:5, 15:6, 15:8, 15:15, 16:4, 16:5, 16:8, 16:13, 19:10, 21:21, 22:2, 24:9, 24:13, 25:1, 26:13, 26:18, 32:11, 33:22, 34:6, 37:15, 37:16, 37:18, 39:7, 39:23, 40:21, 41:5, 41:13, 42:19, 45:25, 46:10, 49:14, 53:4, 53:5, 53:23, 57:10, 59:1, 61:14, 62:13, 62:14, 62:15, 63:20, 64:25, 65:2, 66:23, 68:6, 69:22, 71:9, 72:24, 73:10, 75:10, 79:7, 79:19, 79:21, 83:10, 84:8, 94:13, 95:19, 97:21, 98:2, 98:15, 102:13, 102:24, 104:21, 105:22, 110:25, 112:1, 114:24, 117:9, 120:5, 120:23, 121:10, 122:14, 122:25, 126:3, 126:16, 126:22, 126:24, 127:4, 127:6, 127:13, 127:17, 128:25, 129:4, 130:17, 132:15, 133:22, 139:3, 139:10, 139:19, 139:22, 141:8, 147:7, 151:4, 151:7, 151:14, 151:23, 152:6, 153:21, 154:17, 154:19, 154:25, 156:18,

157:10, 158:20, 158:23, 158:24, 161:13
**ORDER** [23] - 44:25, 50:8, 53:9, 71:7, 94:23, 142:4, 146:18, 147:1, 147:4, 152:18, 152:19, 152:25, 153:2, 153:8, 153:25, 157:7, 157:16, 157:19, 158:9, 159:4, 159:10, 160:5, 164:14
**ORDERED** [1] - 159:4
**ORDERING** [1] - 155:11
**ORDINARY** [2] - 88:17, 92:23
**ORGANIC** [1] - 76:20
**ORGANIZED** [1] - 163:23
**ORIENTED** [1] - 104:24
**ORIGINAL** [1] - 124:16
**ORLEANS** [1] - 5:4
**OTHER** [42] - 3:13, 7:25, 9:6, 9:10, 11:24, 12:4, 12:5, 13:1, 13:4, 14:14, 20:9, 21:10, 22:7, 27:18, 34:17, 42:16, 42:21, 57:8, 59:1, 62:24, 63:19, 81:8, 98:15, 98:25, 99:10, 101:8, 101:12, 101:16, 109:7, 113:25, 130:19, 137:9, 138:6, 139:3, 141:8, 142:1, 145:25, 153:6, 154:25, 155:17, 162:25
**OTHERS** [4] - 43:1, 68:9, 77:19, 151:17
**OUGHT** [1] - 164:3
**OUR** [14] - 3:14, 11:3, 11:7, 43:4, 48:1, 74:19, 113:20, 140:18, 144:23, 146:9, 147:18, 147:25, 164:13
**OURSELVES** [1] - 138:23
**OUT** [50] - 3:19, 8:4, 8:5, 14:4, 24:15, 25:6, 28:9, 35:5, 41:9, 50:3, 54:10,

59:5, 60:17, 62:15, 67:21, 69:6, 74:15, 74:22, 88:22, 95:11, 95:24, 97:1, 97:6, 97:16, 98:4, 99:23, 99:25, 100:5, 100:7, 102:4, 102:5, 109:17, 110:5, 111:5, 112:7, 119:23, 119:25, 139:10, 141:4, 142:1, 143:3, 143:4, 146:19, 148:22, 150:4, 152:12, 155:18, 155:22, 160:20, 161:17
**OUTCOME** [16] - 86:9, 90:7, 90:18, 91:4, 91:15, 92:1, 92:6, 92:16, 94:19, 99:14, 101:7, 101:11, 101:15, 102:18, 104:4, 105:14
**OUTCOMES** [1] - 130:17
**OUTPATIENT** [2] - 23:1, 57:2
**OUTREACH** [1] - 51:12
**OUTSIDE** [1] - 9:20
**OVER** [16] - 15:20, 22:8, 32:21, 39:6, 41:9, 61:15, 76:8, 76:11, 81:5, 82:6, 84:16, 119:13, 139:6, 139:21, 140:21, 142:1
**OVERALL** [5] - 32:8, 33:14, 41:14, 64:1, 129:12
**OVERLAP** [1] - 41:12
**OVERLEARNED** [2] - 14:23, 15:4
**OVERRULED** [1] - 122:10
**OVERWHELMED** [3] - 33:10, 33:13, 71:24
**OWN** [8] - 15:13, 47:23, 48:14, 52:20, 63:16, 151:14, 151:17, 156:11

---

**P**

**P.I** [3] - 159:3, 163:8, 163:19
**PA** [2] - 1:9, 1:20
**PACIFIC** [1] - 63:10
**PACING** [1] - 122:17
**PAGE** [41] - 16:20,

18:1, 20:24, 22:11, 24:18, 25:14, 25:17, 25:18, 26:8, 26:22, 27:3, 27:4, 27:7, 29:9, 29:20, 29:25, 30:14, 30:22, 32:23, 33:3, 34:16, 36:1, 38:3, 38:9, 39:2, 39:20, 40:3, 40:8, 52:22, 53:3, 62:19, 64:15, 66:12, 70:17, 88:22, 95:12, 128:12, 151:3, 165:9

**PAGES** [11] - 24:12, 24:14, 24:21, 25:11, 25:15, 26:5, 26:7, 26:11, 147:7, 151:4, 151:7

**PAID** [1] - 139:5

**PAIN** [1] - 77:19

**PANIC** [2] - 13:4, 63:20

**PARAGRAPH** [21] - 96:12, 96:14, 96:17, 96:19, 99:19, 99:21, 104:9, 104:14, 104:24, 104:25, 106:7, 106:21, 107:1, 107:4, 107:6, 113:17, 119:9, 119:10, 119:16, 128:14, 128:15

**PART** [33] - 5:6, 5:19, 5:22, 5:23, 6:12, 11:11, 20:14, 30:16, 34:1, 46:4, 51:20, 52:8, 63:1, 66:5, 73:16, 77:22, 82:5, 82:9, 88:11, 105:2, 112:15, 112:17, 121:4, 125:24, 131:16, 131:19, 131:25, 134:1, 134:2, 142:7, 149:11, 152:2, 160:15

**PART-TIME** [5] - 5:19, 5:22, 5:23, 51:20, 63:1

**PARTICULAR** [28] - 5:11, 18:17, 51:4, 55:11, 55:15, 59:11, 74:21, 94:7, 97:9, 112:3, 112:15, 116:10, 117:15, 117:23, 119:15, 130:24, 135:12, 136:7, 136:20, 137:10, 138:3, 138:11, 138:25,

139:13, 142:8, 142:15, 142:25, 145:13

**PARTICULARLY** [4] - 51:3, 101:22, 107:17, 138:8

**PARTIES** [2] - 153:4, 159:5

**PARTS** [1] - 46:6

**PASS** [3] - 115:9, 116:12, 133:9

**PASSAGES** [1] - 140:9

**PASSING** [3] - 27:18, 33:11, 149:7

**PAST** [16] - 19:11, 22:19, 28:12, 49:9, 52:4, 52:12, 52:14, 53:1, 53:23, 54:3, 60:4, 82:6, 154:17, 154:19, 156:5, 162:17

**PATHOLOGIES** [1] - 140:1

**PATIENT** [24] - 12:19, 13:24, 13:25, 17:7, 29:21, 35:1, 37:16, 49:11, 49:16, 50:23, 53:11, 53:15, 57:24, 58:18, 59:18, 59:25, 60:2, 60:4, 60:21, 60:23, 70:7, 72:15, 115:6

**PATIENT'S** [6] - 41:23, 52:3, 57:6, 60:12, 60:19, 60:20

**PATIENTS** [20] - 6:25, 7:4, 7:5, 7:9, 8:19, 8:21, 11:25, 14:15, 34:3, 42:15, 51:1, 51:3, 51:6, 51:11, 51:13, 51:18, 51:23, 59:10, 74:14, 74:16

**PAUSES** [1] - 134:7

**PAXIL** [1] - 23:22

**PAY** [1] - 34:5

**PAYING** [1] - 143:3

**PDR** [1] - 56:18

**PE** [1] - 61:22

**PEAKING** [1] - 31:2

**PENNSYLVANIA** [1] - 1:2

**PEOPLE** [24] - 8:12, 12:4, 12:20, 12:25, 18:13, 18:14, 20:8, 21:20, 26:16, 27:25, 34:14, 41:8, 42:19, 44:20, 57:20, 61:14, 64:8, 69:19, 69:21, 74:18, 111:25,

138:13, 149:5, 153:22

**PEOPLE'S** [1] - 42:16

**PER** [6] - 13:11, 57:18, 65:13, 95:21, 104:22, 118:9

**PERCEIVE** [2] - 63:11, 74:14

**PERCENT** [10] - 21:13, 21:17, 22:15, 28:3, 44:25, 52:1, 52:2, 105:6, 111:7, 162:14

**PERCENTAGE** [4] - 111:5, 138:18, 138:19

**PERCENTILE** [1] - 67:4

**PERCEPTION** [2] - 32:4, 63:15

**PERFECT** [1] - 152:22

**PERFORM** [2] - 50:2, 153:21

**PERFORMANCE** [28] - 11:6, 15:16, 49:25, 50:22, 68:5, 73:14, 74:7, 75:2, 82:7, 82:8, 83:21, 97:17, 97:24, 98:11, 99:3, 100:17, 100:20, 100:24, 101:3, 101:23, 111:11, 122:18, 127:6, 128:19, 128:21, 128:23, 129:5, 133:21

**PERFORMED** [1] - 66:4

**PERFORMING** [1] - 75:1

**PERFORMS** [1] - 115:7

**PERHAPS** [2] - 93:14, 97:19

**PERIOD** [2] - 82:16, 83:4

**PERIODS** [1] - 82:21

**PERKINS** [1] - 2:2

**PERMANENT** [1] - 61:15

**PERMISSIBLE** [2] - 156:6, 156:16

**PERSON** [15] - 13:14, 14:3, 42:14, 50:6, 50:15, 58:1, 61:1, 67:15, 72:19, 73:20, 74:3, 74:6, 77:11, 117:19, 126:14

**PERSON'S** [3] - 18:20, 43:2, 78:4

**PERSONAL** [6] - 16:5, 18:2, 18:6, 18:21, 18:22, 147:9

**PERSONALLY** [3] - 50:23, 50:25, 131:24

**PERSPECTIVE** [4] - 20:21, 42:15, 43:2, 44:13

**PERSUASIVELY** [1] - 14:18

**PERSUASIVENESS** [1] - 12:14

**PERTAINS** [1] - 89:16

**PERVASIVE** [4] - 11:19, 20:12, 20:22, 63:16

**PERVASIVENESS** [1] - 11:13

**PHILADELPHIA** [2] - 1:9, 1:20

**PHILOSOPHY** [1] - 68:12

**PHOBIAS** [1] - 15:15

**PHQ** [3] - 13:7, 13:8

**PHQ9** [2] - 13:8, 13:21

**PHRASE** [1] - 158:10

**PHYSICAL** [3] - 29:21, 30:7, 32:5

**PHYSICALLY** [2] - 7:4, 49:12

**PHYSICIAN** [8] - 5:7, 9:13, 10:7, 52:19, 53:10, 53:14, 55:2, 55:16

**PHYSICIANS** [1] - 60:25

**PICK** [2] - 138:23, 141:3

**PICKED** [1] - 124:6

**PICTURE** [4] - 41:19, 44:17, 88:8, 103:19

**PIECE** [3] - 3:5, 115:10, 156:1

**PILL** [2] - 54:4, 56:16

**PIN** [1] - 103:19

**PINKING** [1] - 40:20

**PJX** [2] - 165:10, 165:11

**PLAINTIFF** [10] - 1:4, 16:18, 48:25, 149:9, 150:2, 150:15, 152:7, 152:8, 152:9, 152:20

**PLAINTIFF'S** [1] - 150:13

**PLAINTIFFS** [1] - 65:20

**PLAN** [2] - 3:9, 31:8

**PLANNING** [2] - 111:25, 161:2

**PERSONAL** (duplicate in column) **PLATFORM** [4] - 138:11, 138:12, 138:15, 142:9

**PLEASE** [54] - 4:9, 4:12, 4:15, 29:9, 32:23, 40:9, 47:7, 47:8, 52:8, 54:19, 54:24, 55:13, 55:24, 57:1, 62:10, 63:6, 64:16, 64:20, 64:21, 67:20, 68:25, 69:1, 70:11, 71:18, 75:15, 78:8, 80:12, 80:14, 80:18, 105:14, 113:9, 113:10, 113:12, 113:20, 113:22, 114:19, 115:14, 115:22, 116:25, 118:24, 119:2, 119:7, 120:5, 123:6, 123:15, 124:21, 127:2, 128:1, 128:9, 128:15, 137:20, 156:12

**PLENTY** [1] - 151:5

**PLUS** [2] - 76:4, 139:18

**POINT** [4] - 48:8, 108:3, 131:4, 140:6

**POINTS** [2] - 114:23, 114:24

**POLICIES** [1] - 84:2

**POLITICAL** [1] - 4:25

**POP** [1] - 51:17

**POPULATION** [5] - 16:15, 42:12, 43:1, 65:14, 153:23

**PORTION** [1] - 107:9

**POSITION** [4] - 51:20, 81:1, 81:4, 81:10

**POSITIONS** [1] - 81:8

**POSITIVE** [3] - 13:15, 34:21, 38:14

**POSSIBILITY** [1] - 14:20

**POSSIBLE** [10] - 64:14, 77:4, 78:1, 96:13, 115:5, 121:1, 121:8, 124:8, 148:6, 163:8

**POSSIBLY** [1] - 124:15

**POST** [1] - 146:12

**POTENTIAL** [2] - 93:17, 112:23

**POTENTIALLY** [4] - 57:8, 108:9, 124:18, 131:12

**POUND** [1] - 57:18

POWERFUL [1] - 75:3
PRACTICAL [2] -
139:22, 148:15
PRACTICALITY [1] -
131:8
PRACTICE [11] - 5:8,
6:2, 6:4, 7:9, 37:9,
42:5, 46:4, 51:5,
51:9, 73:3, 162:19
PRACTICES [4] -
9:14, 10:7, 10:18
PRACTICING [2] -
8:25, 12:17
PRACTITIONERS [1] -
9:11
PRE [1] - 72:16
PRECEDING [1] -
101:4
PRECISE [3] - 111:1,
111:4, 123:2
PRECLERKSHIP [2] -
82:16, 82:21
PREDICTABLE [1] -
129:4
PREEMPTIVELY [1] -
104:17
PREFER [1] - 50:5
PREFERRED [1] -
19:17
PRELIMINARY [5] -
43:21, 43:24, 44:8,
70:5, 163:6
PREMATURE [1] -
72:20
PREP [3] - 139:5,
139:7, 140:21
PREPARED [1] - 9:6
PREPARING [1] -
129:25
PREPONDERANCE
[3] - 105:21, 132:7,
142:17
PREPPED [1] - 140:23
PRESCRIBE [5] - 9:3,
54:4, 54:16, 56:19,
59:16
PRESCRIBED [8] -
9:1, 12:25, 23:13,
24:7, 57:24, 58:18,
59:19, 60:24
PRESCRIBING [5] -
9:14, 12:23, 26:2,
49:18, 54:8
PRESCRIPTION [5] -
10:6, 23:20, 57:7,
60:9, 60:13
PRESENT [13] - 26:9,
30:4, 30:24, 33:5,
33:7, 38:11, 39:2,
39:14, 40:9, 40:10,

46:19, 70:22, 154:16
PRESENTATION [2] -
39:4, 69:8
PRESENTED [2] -
106:14, 163:24
PRESENTING [1] -
12:8
PRESENTS [2] - 12:7,
88:25
PRESIDENT [2] - 81:2,
82:1
PRESSURE [5] - 32:1,
33:10, 77:20,
143:15, 160:7
PRETRIAL [6] -
153:25, 155:23,
155:24, 155:25,
156:4, 156:22
PRETTY [5] - 45:12,
75:3, 144:2, 153:24,
158:3
PREVAIL [1] - 152:14
PREVALENCE [2] -
63:4, 64:14
PREVALENT [1] -
63:12
PREVENT [1] - 31:25
PREVENTS [1] - 11:15
PREVIOUS [2] -
97:23, 98:17
PREVIOUSLY [1] -
104:4
PRIMARILY [2] - 28:8,
46:5, 46:8
PRIMARY [5] - 31:22,
51:14, 54:11, 77:16,
132:21
PRIME [1] - 70:8
PRIOR [11] - 19:9,
19:19, 26:8, 29:23,
53:7, 53:18, 72:3,
73:4, 81:10, 98:21,
99:17
PRIVATE [5] - 6:2, 7:9,
51:9, 73:2, 162:19
PRO [4] - 1:15,
163:12, 163:15,
163:17
PROBABLY [19] -
12:24, 45:23, 45:24,
47:18, 49:14, 74:8,
74:10, 75:1, 75:23,
104:21, 109:22,
145:20, 150:24,
151:22, 160:24,
163:10, 163:11,
163:13, 163:18
PROBLEM [11] -
20:12, 64:10, 74:2,
74:17, 77:18, 78:10,

111:15, 159:1,
159:2, 161:4
PROBLEMS [3] -
17:22, 67:6, 67:7
PROCEDURES [4] -
66:4, 66:7, 133:18,
146:22
PROCEED [3] - 4:3,
35:23, 45:8
PROCEEDINGS [2] -
1:22, 164:21
PROCESS [10] - 6:10,
6:20, 6:21, 9:8,
33:14, 50:13, 68:6,
130:14, 133:17,
139:4
PRODUCED [3] -
1:22, 44:3, 85:11
PROFESSIONAL [4] -
6:12, 11:25, 46:1,
74:13
PROFESSIONALISM
[2] - 163:22, 164:5
PROFESSIONALS [4]
- 9:7, 9:10, 11:24,
71:7
PROFESSOR [1] -
63:2
PROGRAM [4] -
51:12, 81:3, 83:11,
138:7
PROGRAMS [2] -
139:5, 141:8
PROGRESS [5] -
32:20, 36:4, 38:2,
40:2, 150:8
PROMETRIC [3] -
27:3, 27:5, 135:12
PROMISES [1] -
160:25
PROOF [1] - 70:2
PROPER [1] - 23:19
PROPORTION [1] -
62:15
PROPOSE [3] -
151:14, 151:24,
153:4
PROPOSED [5] -
149:17, 150:20,
150:24, 150:25,
151:22
PROPOSING [1] -
151:10
PROPRANOLOL [2] -
32:1, 32:7
PROTECTING [1] -
83:19
PROTECTION [1] -
6:20
PROVEN [1] - 74:10

PROVIDE [6] - 6:21,
18:12, 21:22, 22:17,
26:11, 136:24
PROVIDED [9] -
27:10, 49:5, 71:13,
89:3, 96:8, 130:18,
137:24, 142:21,
154:4
PROVIDERS [1] -
71:13
PROVIDES [2] -
85:12, 130:23
PROVIDING [1] - 5:24
PROVISION [1] - 8:3
PROZAC [2] - 23:22,
38:16
PSYCHIATRIC [9] -
15:8, 15:18, 20:22,
29:21, 31:5, 34:18,
49:19, 53:23, 54:13
PSYCHIATRIST [4] -
8:25, 9:5, 57:5,
74:13
PSYCHIATRISTS [1] -
9:10
PSYCHIATRY [9] -
5:2, 5:3, 5:13, 5:14,
5:15, 5:21, 6:6, 6:7,
6:8
PSYCHOLOGICAL [2]
- 42:3, 49:20
PSYCHOLOGIST [2] -
49:21, 55:8
PSYCHOLOGY [1] -
81:22
PSYCHOMETRIC [1] -
131:21
PSYCHOMETRICIAN
[7] - 81:11, 81:12,
81:14, 81:15, 82:2,
82:5, 110:16
PSYCHOMETRICS [3]
- 81:11, 81:12, 81:24
PSYCHOTHERAPY
[1] - 12:11
PUBLIC [2] - 83:19,
157:10
PUBLICATION [1] -
8:1
PUBLICATIONS [1] -
8:5
PUBLISHED [1] - 8:3
PULL [54] - 7:11,
16:16, 28:8, 29:3,
31:16, 32:19, 35:25,
38:1, 38:24, 40:1,
47:7, 52:6, 61:21,
65:24, 70:12, 75:15,
85:1, 85:4, 85:6,
86:25, 87:22, 88:21,

90:17, 91:3, 91:14,
91:25, 94:16, 96:9,
98:4, 99:13, 100:2,
101:25, 104:3,
104:8, 107:11,
107:23, 108:13,
108:19, 108:25,
112:5, 113:9,
115:14, 116:25,
118:24, 118:25,
119:1, 119:2,
119:23, 119:25,
127:2, 127:3,
127:22, 128:8
PURPOSE [5] - 23:15,
39:15, 41:24,
126:19, 126:21
PURPOSED [1] -
149:25
PURPOSELY [1] -
142:5
PURPOSES [1] -
131:10
PUSH [1] - 160:12
PUT [17] - 7:1, 17:7,
17:8, 50:9, 119:19,
122:8, 140:6,
142:13, 142:23,
146:9, 146:16,
155:13, 155:18,
158:9, 158:24,
159:13, 161:12
PUTTING [2] - 25:24,
143:12
PUZZLE [1] - 110:5
PX [2] - 127:24, 128:8
PX03 [1] - 55:14
PX19 [1] - 31:17
PX2 [1] - 16:16
PX3 [1] - 52:6
PX30 [1] - 65:25
PX35 [1] - 39:20
PX37 [4] - 32:19,
35:25, 71:17
PX46 [1] - 40:1
PX49 [2] - 61:22,
65:17
PX52 [1] - 27:11
PX53 [2] - 115:14,
128:8
PX6 [1] - 28:9
PX9 [1] - 28:23

## Q

QUALIFIED [3] - 50:7,
126:3, 126:7
QUALIFY [1] - 21:5
QUANTITATIVE [1] -
81:22

**QUESTION** [83] - 15:9, 15:23, 28:23, 41:19, 48:12, 49:10, 55:18, 58:14, 60:22, 63:14, 77:3, 78:25, 82:11, 93:19, 93:21, 95:18, 99:16, 104:6, 104:17, 104:22, 105:13, 107:13, 109:24, 109:25, 110:4, 114:11, 116:4, 118:20, 121:12, 124:14, 124:20, 125:7, 125:11, 125:17, 126:10, 126:22, 129:2, 129:19, 131:3, 132:6, 132:11, 132:16, 134:11, 135:1, 135:6, 135:13, 135:14, 137:11, 139:14, 139:16, 140:2, 140:3, 140:9, 141:5, 141:13, 142:8, 142:15, 143:17, 153:17, 153:25, 154:1, 154:2, 154:11, 154:12, 154:15, 154:17, 154:22, 154:23, 154:24, 155:7, 155:9, 155:20, 156:9, 156:14, 156:24, 157:1, 157:6, 157:20, 158:2, 159:20, 160:21, 161:8
**QUESTIONING** [1] - 35:25
**QUESTIONNAIRE** [2] - 13:9, 13:16
**QUESTIONS** [76] - 13:13, 13:15, 13:22, 14:5, 45:4, 66:20, 78:12, 78:17, 79:5, 96:22, 96:25, 97:6, 99:24, 100:6, 102:5, 104:18, 104:20, 105:4, 105:7, 109:7, 109:22, 110:4, 110:6, 111:20, 111:22, 112:11, 119:17, 120:11, 120:24, 121:3, 121:6, 121:7, 121:24, 121:25, 122:1, 122:4, 124:25, 128:2, 129:15, 130:3,

130:6, 130:10, 131:18, 132:24, 133:2, 133:5, 134:4, 134:9, 135:17, 139:9, 139:10, 139:18, 141:24, 142:2, 142:4, 142:5, 142:11, 143:13, 143:14, 143:20, 143:21, 144:21, 153:16, 155:6, 155:8, 155:15, 155:21, 156:10, 156:25, 157:2, 157:4, 157:16, 157:24, 158:12, 162:25
**QUICK** [1] - 79:23
**QUICKLY** [2] - 64:24, 139:20
**QUITE** [2] - 109:18, 153:1
**QUOTE** [1] - 69:15

**R**

**RAISE** [3] - 4:12, 80:14, 137:9
**RAISED** [1] - 136:13
**RAISES** [2] - 132:16, 157:2
**RAN** [8] - 97:1, 97:6, 99:23, 99:25, 100:5, 100:7, 102:4, 102:5
**RANDOM** [1] - 100:10
**RANDOMLY** [7] - 96:25, 97:5, 97:9, 99:25, 100:7, 102:5, 120:11
**RANGE** [2] - 115:2, 115:3
**RAPID** [1] - 122:21
**RARE** [1] - 130:15
**RATE** [1] - 32:6
**RATES** [1] - 21:6
**RATHER** [4] - 89:20, 98:9, 101:19, 129:12
**RATIO** [1] - 12:22
**RAW** [1] - 66:25
**REACH** [1] - 97:17
**READ** [36] - 15:3, 43:17, 43:20, 43:23, 44:5, 44:7, 52:14, 55:5, 58:10, 58:11, 62:7, 63:5, 64:20, 69:6, 76:3, 96:13, 104:12, 104:13, 104:15, 104:23, 105:3, 105:7, 107:9, 113:22, 114:19,

115:1, 115:11, 115:16, 115:17, 119:13, 122:23, 122:24, 128:13, 139:20, 140:9, 153:2
**READINESS** [2] - 112:3, 113:25
**READING** [6] - 14:21, 14:22, 14:25, 16:11, 34:25, 141:17
**READS** [1] - 99:23
**READY** [10] - 35:20, 45:6, 79:21, 80:6, 103:3, 103:8, 109:10, 115:4, 116:17, 137:14
**REAL** [5] - 20:22, 40:15, 72:7, 147:22, 163:21
**REALIZE** [1] - 36:17
**REALLY** [26] - 12:20, 15:13, 17:10, 19:21, 20:20, 21:8, 22:19, 31:4, 34:13, 40:14, 42:23, 47:18, 47:25, 63:14, 74:10, 77:1, 97:13, 136:12, 139:9, 139:20, 139:22, 147:23, 148:20, 158:1, 160:15, 163:24
**REALM** [1] - 20:2
**REASK** [1] - 60:22
**REASON** [9] - 64:7, 67:9, 67:17, 69:9, 74:14, 103:20, 113:2, 131:15, 139:17
**REASONABLE** [4] - 34:8, 77:2, 82:23, 155:2
**REASONABLY** [1] - 38:20
**REASONS** [3] - 152:13, 155:10, 157:23
**REASSURED** [1] - 163:20
**REBUTTAL** [1] - 136:3
**RECALL** [3] - 94:25, 95:19, 136:9
**RECEIVE** [2] - 73:25, 84:12
**RECEIVED** [2] - 86:10, 89:11
**RECENT** [2] - 31:15, 40:11
**RECENTLY** [3] - 39:9, 56:18, 69:12
**RECESS** [3] - 35:19,

80:4, 103:1
**RECOGNIZE** [12] - 52:9, 61:23, 66:9, 66:11, 70:13, 71:19, 71:25, 75:16, 115:18, 117:1, 119:3, 120:2
**RECOGNIZED** [5] - 6:8, 7:25, 13:5, 15:10, 17:3
**RECOLLECTION** [1] - 104:16
**RECOMMEND** [2] - 39:22, 60:6
**RECOMMENDED** [1] - 56:22
**RECORD** [74] - 4:16, 16:5, 16:7, 17:8, 19:14, 20:7, 24:10, 24:15, 26:9, 26:25, 27:4, 27:8, 27:14, 27:16, 28:10, 28:19, 28:24, 29:4, 29:11, 29:18, 30:1, 30:15, 30:18, 30:23, 31:19, 36:15, 36:24, 37:3, 38:7, 38:25, 39:1, 39:21, 47:25, 48:18, 53:8, 55:25, 56:5, 64:20, 65:17, 68:16, 69:6, 70:1, 75:19, 80:19, 87:5, 87:16, 88:2, 89:24, 90:11, 90:22, 91:8, 91:19, 92:5, 92:10, 104:13, 104:15, 106:10, 111:3, 111:13, 119:4, 119:8, 122:3, 127:23, 145:4, 145:9, 149:3, 151:11, 151:19, 153:13, 153:18, 153:19, 154:7, 155:1, 164:21
**RECORDED** [1] - 1:22
**RECORDS** [32] - 9:6, 9:10, 10:1, 10:8, 11:23, 12:4, 12:15, 13:6, 13:11, 14:2, 15:25, 20:12, 25:6, 31:15, 40:16, 40:25, 43:6, 43:10, 43:13, 43:15, 44:10, 44:23, 49:5, 52:8, 53:15, 55:10, 72:17, 72:25, 73:3, 73:7, 73:17, 92:16
**RECROSS** [3] - 129:17, 129:22, 165:2

**REDACTIONS** [2] - 89:7, 147:9
**REDIRECT** [7] - 78:14, 78:15, 110:4, 128:4, 128:6, 133:11, 165:2
**REDUCE** [1] - 23:12
**REDUCED** [1] - 73:14
**REFER** [5] - 25:5, 49:18, 49:20, 50:3, 50:5
**REFERENCE** [9] - 17:1, 22:25, 24:2, 33:20, 73:19, 106:14, 106:20, 107:17, 108:3
**REFERENCED** [1] - 93:19
**REFERENCES** [1] - 13:6
**REFERENCING** [1] - 115:10
**REFERRAL** [1] - 31:12
**REFERRED** [4] - 9:18, 19:14, 25:2, 50:15
**REFERRING** [5] - 31:13, 33:12, 106:12, 123:11, 124:9
**REFLECT** [3] - 97:5, 102:3, 105:16
**REFLECTING** [1] - 27:20
**REFLECTS** [1] - 93:15
**REFRACTORY** [1] - 6:5
**REFUNDED** [3] - 117:9, 117:12, 117:20
**REGARDING** [3] - 29:1, 110:20, 120:21
**REGARDLESS** [2] - 15:8, 59:6
**REGIMENT** [1] - 71:4
**REGISTERING** [1] - 115:25
**REGULAR** [2] - 6:25, 117:9
**REGULARLY** [2] - 8:12, 8:24, 9:6
**REGULATION** [1] - 59:5
**REITERATE** [1] - 101:17
**REJOIN** [1] - 35:18
**RELATED** [8] - 22:18, 22:22, 30:21, 31:5, 40:18, 62:23, 85:20, 88:25
**RELATES** [2] - 99:16, 139:23

RELATION [1] - 39:18
RELATIVE [5] - 30:12, 33:8, 33:25, 40:12, 96:7
RELATIVELY [3] - 97:24, 106:4, 109:22
RELEASE [1] - 56:17
RELEVANCE [1] - 145:14
RELEVANT [13] - 27:25, 28:19, 30:19, 44:20, 48:19, 104:7, 112:11, 139:25, 145:22, 148:10, 153:22, 154:16, 155:1
RELIABLE [2] - 49:15, 81:19
RELIEF [2] - 39:7, 156:6
RELY [5] - 41:22, 43:2, 50:14, 52:19, 52:20
REMAINING [3] - 102:15, 108:5, 117:15
REMAINS [1] - 98:8
REMARKABLY [1] - 23:7
REMEDY [1] - 154:18
REMEMBER [4] - 109:14, 132:1, 132:9, 155:6
REMIND [1] - 137:15
REMINDED [1] - 106:9
REMINDER [1] - 3:6
REMOTE [1] - 103:24
REMOVE [5] - 70:11, 89:14, 89:19, 124:22, 125:20
REMOVED [1] - 21:22
REPARABLE [2] - 138:6, 138:9
REPEAT [1] - 155:24
REPETITIVE [1] - 78:20
REPHRASE [2] - 116:6, 126:10
REPLY [3] - 151:21, 152:6
REPORT [21] - 26:15, 27:12, 35:4, 38:13, 40:6, 41:23, 43:5, 43:17, 62:22, 66:11, 66:15, 66:20, 66:23, 67:6, 67:14, 70:9, 85:11, 85:16, 88:24, 88:25, 128:9
REPORTED [11] - 34:20, 41:18, 66:23,

70:9, 84:3, 84:4, 99:6, 99:10, 101:8, 101:12, 114:23
REPORTEDLY [1] - 53:23
REPORTER [7] - 1:18, 4:11, 4:15, 80:14, 80:18, 159:17, 164:24
REPORTING [2] - 19:22, 41:1
REPORTS [4] - 39:6, 40:13, 44:5, 94:20
REPRESENT [4] - 16:17, 24:13, 89:5, 138:12
REPRESENTATION [6] - 90:6, 122:7, 123:2, 124:4, 129:11, 138:4
REPRESENTING [1] - 159:22
REPRESENTS [8] - 94:1, 94:5, 94:10, 94:23, 95:5, 95:9, 128:18, 138:13
REQUEST [12] - 10:17, 15:21, 16:18, 19:25, 21:13, 21:25, 22:15, 27:21, 28:3, 30:16, 43:7, 154:4
REQUESTED [1] - 158:16
REQUESTING [2] - 15:24, 39:17
REQUESTS [4] - 9:19, 10:3, 10:9, 78:23
REQUIRE [2] - 21:20, 143:10
REQUIRED [1] - 38:20
REQUIREMENTS [2] - 47:23, 48:15
RESEARCH [6] - 15:18, 21:18, 26:16, 69:11, 74:24, 156:11
RESIDENCY [3] - 5:2, 5:12, 83:9
RESIDENTS [4] - 7:3, 7:4, 9:3, 37:13
RESIDUAL [1] - 61:16
RESOLVE [1] - 102:14
RESOLVED [1] - 147:22
RESOURCES [2] - 131:11, 138:6
RESP [1] - 123:17
RESPECT [7] - 99:21, 100:13, 100:21, 100:25, 116:23, 129:5, 141:21

RESPOND [6] - 145:23, 151:12, 151:24, 152:15
RESPONDING [3] - 105:24, 122:21, 145:19
RESPONSE [17] - 11:2, 69:25, 79:7, 89:3, 95:7, 105:22, 123:17, 123:24, 124:16, 124:17, 125:7, 125:12, 125:17, 130:16, 132:8, 150:13
RESPONSES [3] - 67:15, 105:20, 132:22
RESPONSIBILITIES [1] - 160:1
RESPONSIBILITY [2] - 6:1, 6:11
RESPONSIVE [3] - 148:4, 149:24, 149:25
REST [3] - 28:13, 34:5, 105:4
RESTRICTING [1] - 136:12
RESTS [1] - 135:25
RESULT [4] - 15:6, 22:22, 128:24, 130:20
RESULTING [1] - 72:7
RESULTS [14] - 27:17, 50:11, 50:20, 66:13, 66:15, 68:2, 68:22, 68:23, 69:1, 113:24, 130:13, 130:14, 154:19, 156:5
RESUME [5] - 3:9, 80:1, 102:21, 103:8, 137:13
RETURN [1] - 137:10
REVIEW [27] - 6:2, 9:6, 9:19, 10:9, 10:16, 11:22, 20:11, 37:6, 44:2, 44:18, 44:24, 49:3, 59:10, 85:10, 86:13, 87:1, 87:12, 87:23, 88:9, 88:17, 102:1, 102:12, 102:18, 107:12, 111:8, 111:10, 124:8
REVIEWED [10] - 12:3, 18:22, 43:6, 43:7, 44:10, 44:23, 50:19, 83:21, 97:4, 144:12
REVIEWER [3] - 9:21,

10:18, 18:5
REVIEWERS [1] - 78:23
REVIEWING [4] - 6:14, 6:15, 44:11, 44:14
REVIEWS [3] - 9:23, 88:16, 93:2
RICHMOND [2] - 1:16, 45:14
RID [1] - 71:16
RIGHT [63] - 3:11, 3:22, 4:2, 4:12, 22:2, 25:19, 29:20, 35:15, 35:18, 36:6, 36:23, 45:5, 45:8, 47:3, 50:4, 50:16, 51:22, 52:21, 54:15, 55:4, 56:1, 57:14, 58:16, 70:14, 72:5, 76:7, 78:13, 79:14, 80:5, 80:15, 88:22, 90:5, 95:14, 102:22, 102:25, 103:2, 103:18, 109:9, 109:12, 110:6, 115:19, 116:22, 118:3, 118:6, 118:7, 127:21, 129:16, 129:21, 132:23, 133:7, 135:19, 136:1, 137:3, 143:1, 144:17, 153:10, 157:4, 157:25, 158:12, 163:2, 163:3, 164:8
RISE [2] - 11:19, 12:1
RISES [1] - 12:13
RISK [2] - 12:21, 12:22
RMR [2] - 1:18, 164:25
ROLE [3] - 82:9, 110:22, 112:15
ROOM [1] - 1:19
ROPED [1] - 84:7
ROUGHLY [3] - 45:20, 125:2, 138:10
ROUND [1] - 151:6
ROUNDS [1] - 152:6
ROUTINE [1] - 9:8
ROUTINELY [4] - 9:12, 10:4, 13:2, 88:10
ROYAL [1] - 51:12
RULE [1] - 117:6
RULES [1] - 83:11
RULING [1] - 160:19
RUN [2] - 143:3, 146:11
RUNDOWN [1] - 43:5

RUNNING [3] - 11:7, 97:16, 140:18
RUNS [1] - 95:13
RURAL [2] - 51:15, 51:24
RUSH [2] - 159:11, 159:14
RUSHED [1] - 97:18
RUSHING [1] - 97:13

# S

SAD [1] - 71:23
SAFE [4] - 23:8, 23:13, 118:21, 135:3
SAID [16] - 10:14, 19:21, 46:25, 58:25, 68:24, 94:9, 109:14, 110:19, 117:22, 118:1, 120:22, 124:20, 134:17, 156:1, 156:2, 162:20
SAKE [6] - 55:1, 66:9, 90:2, 116:23, 119:12, 126:23
SALTS [1] - 24:5
SAME [30] - 7:3, 23:23, 36:12, 41:10, 42:17, 55:2, 55:9, 57:14, 68:6, 68:11, 71:11, 75:9, 84:23, 97:23, 97:25, 104:19, 106:11, 123:4, 128:20, 128:21, 129:3, 129:4, 129:7, 134:24, 143:22, 148:7, 149:5, 152:15, 154:8
SANCTION [1] - 83:25
SANCTIONS [1] - 83:24
SATISFIED [1] - 158:6
SAVE [1] - 137:7
SAVINGS [1] - 160:10
SAW [6] - 19:19, 53:5, 94:24, 95:3, 95:4, 139:17
SAY [38] - 20:4, 23:16, 23:18, 25:2, 25:25, 29:5, 29:21, 41:13, 48:8, 58:22, 59:15, 60:17, 60:21, 68:16, 70:3, 81:15, 86:9, 110:2, 118:21, 131:7, 131:15, 135:1, 135:3, 136:17, 139:13, 139:21, 142:22, 151:13, 153:3,

154:24, 156:2, 156:3, 157:15, 157:17, 158:1, 159:21, 160:9, 163:5

**SAYING** [7] - 3:14, 22:8, 37:22, 70:2, 119:16, 137:22, 155:22

**SAYS** [36] - 8:8, 13:22, 25:22, 26:14, 29:17, 33:14, 33:21, 39:9, 39:17, 52:12, 52:16, 56:1, 57:2, 58:7, 58:9, 62:8, 62:19, 63:4, 66:6, 68:13, 69:3, 70:21, 71:23, 105:2, 107:7, 113:19, 114:7, 114:25, 115:16, 117:6, 119:19, 123:16, 125:3, 155:7

**SCALE** [4] - 67:13, 67:19, 69:19, 70:8

**SCALES** [1] - 152:19

**SCENES** [1] - 162:1

**SCHEDULE** [1] - 159:13

**SCHOOL** [7] - 34:6, 44:2, 49:5, 73:14, 82:18, 110:25, 111:8

**SCIENCE** [5] - 4:25, 27:10, 76:3, 81:17, 111:18

**SCIENTIFIC** [1] - 6:21

**SCOPE** [3] - 48:1, 112:7, 112:10

**SCORE** [27] - 27:12, 27:19, 44:5, 66:25, 67:1, 68:13, 68:17, 68:18, 69:19, 69:24, 84:3, 89:2, 95:5, 111:9, 114:22, 114:23, 115:2, 115:16, 115:23, 116:11, 128:9, 128:16, 128:18, 128:25, 129:1, 129:4

**SCORES** [5] - 67:2, 67:3, 68:15, 115:18, 133:25

**SCORING** [1] - 81:18

**SCREEN** [6] - 24:19, 28:13, 66:2, 67:24, 113:15, 115:23

**SCREENER** [1] - 13:17

**SCREENING** [3] - 13:11, 13:23, 14:7

**SCREENS** [1] - 133:24

**SCROLL** [49] - 22:24,

24:15, 24:17, 28:11, 28:13, 29:12, 30:6, 30:24, 32:21, 38:4, 39:2, 40:4, 47:8, 54:18, 54:23, 55:24, 57:1, 62:18, 64:15, 66:6, 66:12, 67:12, 67:20, 68:24, 68:25, 70:16, 70:17, 70:18, 70:25, 76:5, 76:11, 76:12, 88:21, 95:11, 96:17, 96:18, 104:9, 104:14, 108:3, 113:12, 114:7, 114:25, 115:21, 116:2, 118:6, 118:7, 128:10

**SCROLLED** [1] - 30:20

**SCROLLING** [2] - 33:4, 104:12

**SE** [4] - 1:15, 163:12, 163:15, 163:17

**SECOND** [20] - 25:17, 25:18, 34:16, 62:18, 68:21, 78:8, 78:25, 82:15, 82:18, 83:10, 97:16, 107:17, 128:14, 129:4, 129:11, 147:3, 150:1, 151:6, 154:1, 155:5

**SECONDS** [13] - 95:21, 95:25, 96:3, 104:22, 117:24, 118:2, 118:19, 124:25, 125:1, 125:8, 125:13, 139:18, 139:19

**SECTION** [26] - 18:1, 31:9, 34:19, 62:1, 63:5, 84:8, 84:20, 93:17, 93:23, 93:24, 94:1, 94:4, 94:7, 94:11, 94:12, 94:14, 94:15, 94:23, 95:5, 96:1, 96:2, 97:15, 97:20, 100:11, 122:13, 122:19

**SECTIONS** [11] - 84:7, 84:21, 84:22, 85:13, 93:16, 93:21, 95:1, 98:11, 101:20, 102:15, 122:15

**SEE** [114] - 3:5, 12:15, 12:25, 13:8, 16:22, 17:1, 20:9, 20:21, 22:25, 25:6, 28:12, 28:14, 30:25, 32:21, 34:2, 47:8, 48:9,

52:12, 53:25, 54:19, 54:20, 55:4, 55:10, 55:22, 55:24, 56:1, 57:2, 59:9, 59:21, 60:3, 62:4, 62:20, 62:21, 63:4, 63:18, 64:17, 66:1, 66:4, 66:8, 66:16, 67:23, 68:13, 68:19, 69:3, 70:9, 70:18, 70:19, 70:21, 70:24, 71:2, 71:22, 74:7, 76:3, 76:6, 76:9, 76:12, 76:17, 76:20, 78:6, 78:8, 79:14, 85:2, 86:15, 88:22, 93:4, 93:6, 93:17, 95:11, 96:19, 97:13, 97:17, 97:21, 98:3, 98:4, 99:1, 100:15, 102:25, 103:6, 103:10, 103:12, 103:15, 103:18, 106:1, 107:17, 113:13, 113:14, 113:17, 114:8, 115:15, 115:18, 115:22, 115:23, 116:22, 118:5, 118:9, 118:15, 118:18, 119:1, 119:24, 120:6, 121:21, 123:16, 123:19, 124:15, 125:3, 125:9, 132:12, 139:2, 142:17, 142:18, 163:11, 164:13

**SEEING** [10] - 7:3, 17:7, 17:22, 37:16, 49:12, 51:10, 51:13, 51:18, 59:12, 74:18

**SEEK** [4] - 74:15, 74:16, 74:22, 156:18

**SEEKING** [2] - 9:19, 10:1

**SEEM** [4] - 100:17, 105:20, 105:23, 139:14

**SEEMED** [1] - 140:2

**SEEMS** [5] - 45:13, 98:8, 132:14, 139:14, 143:16

**SEEN** [18] - 13:6, 29:14, 40:14, 56:8, 72:2, 72:11, 88:9, 89:2, 93:16, 98:16, 98:21, 98:25, 100:25, 101:16, 105:19, 105:21,

129:10, 134:25

**SELECT** [2] - 135:15, 143:17

**SELECTED** [4] - 95:8, 123:21, 123:23, 123:24

**SELECTION** [1] - 124:1

**SELECTIONS** [1] - 120:8

**SELF** [7] - 41:23, 66:20, 66:23, 67:6, 67:14, 111:19, 114:2

**SELF-ASSESSMENT** [2] - 111:19, 114:2

**SELF-REPORT** [4] - 66:20, 66:23, 67:6, 67:14

**SEND** [4] - 37:13, 37:14, 50:9, 162:9

**SENIOR** [1] - 81:11

**SENOGA** [1] - 145:18

**SENSE** [5] - 40:17, 40:19, 41:6, 43:3, 46:4, 130:10, 130:11, 146:23, 150:24

**SENSITIVE** [1] - 150:7

**SENTENCE** [6] - 39:13, 96:23, 99:20, 107:7, 128:14, 135:8

**SEPARATE** [1] - 158:20

**SEPTEMBER** [14] - 29:3, 32:20, 36:5, 36:11, 36:21, 37:4, 87:24, 91:5, 104:5, 104:11, 105:15, 106:16, 106:17, 109:1

**SEQUENCE** [9] - 83:23, 89:1, 93:15, 94:23, 95:2, 95:4, 125:4, 125:14

**SEQUENTIALLY** [1] - 95:14

**SERIES** [1] - 85:1

**SERIOUSLY** [1] - 65:11

**SEROTONIN** [2] - 23:5, 31:24

**SERVES** [1] - 107:16

**SERVICE** [1] - 31:12

**SERVICES** [8] - 5:24, 28:11, 28:25, 29:4, 43:11, 64:10, 83:19

**SESSION** [2] - 86:4

**SET** [12] - 8:5, 88:20, 93:20, 131:9, 146:15, 147:15,

150:23, 151:3, 152:12, 152:16, 161:10, 161:19

**SETS** [1] - 8:1

**SETTING** [5] - 42:4, 42:5, 116:15, 116:18, 127:11

**SEVEN** [10] - 5:22, 13:22, 84:7, 84:9, 99:4, 101:10, 102:9, 155:20, 155:22, 156:14

**SEVENTH** [1] - 107:18

**SEVERAL** [8] - 9:22, 46:23, 60:5, 60:24, 60:25, 71:12, 116:14, 131:7

**SEVERE** [8] - 11:18, 14:15, 18:14, 19:2, 19:15, 21:6, 58:2, 58:21

**SEVERITY** [6] - 11:14, 12:13, 57:6, 59:1, 61:14, 72:8

**SHAKES** [2] - 16:23, 28:16

**SHALL** [3] - 147:13, 148:8, 153:4

**SHARE** [1] - 160:3

**SHE** [21] - 25:1, 25:2, 25:5, 25:8, 25:24, 26:1, 26:3, 31:13, 33:2, 36:12, 40:7, 41:1, 71:2, 110:3, 140:21, 140:22, 140:23, 140:24, 151:25

**SHEET** [1] - 147:18

**SHIFT** [2] - 15:20, 100:18

**SHIP** [1] - 150:11

**SHIPS** [1] - 149:7

**SHOOTING** [1] - 149:12

**SHORT** [5] - 28:22, 31:3, 35:19, 56:19, 139:18

**SHORT-TERM** [1] - 31:3

**SHORTNESS** [1] - 32:6

**SHOULD** [26] - 3:8, 13:14, 20:7, 36:18, 37:22, 37:24, 54:8, 71:9, 72:9, 83:21, 122:17, 145:8, 147:16, 147:17, 148:3, 148:5, 148:13, 152:14, 155:10, 156:16,

157:20, 158:5,
158:6, 160:18,
161:1, 161:18
**SHOW** [19] - 17:7,
20:7, 24:21, 25:15,
26:5, 26:20, 28:19,
29:1, 32:24, 36:9,
37:7, 39:14, 41:7,
58:5, 74:24, 96:12,
107:14, 108:4, 138:4
**SHOWED** [1] - 124:5
**SHOWING** [5] - 31:19,
66:14, 68:19, 90:6,
103:21
**SHOWN** [6] - 56:9,
58:10, 68:7, 85:16,
93:3, 123:2
**SHOWS** [12] - 24:23,
25:6, 27:17, 31:21,
32:12, 36:10, 41:9,
60:4, 60:15, 66:12,
101:18, 142:21
**SHUT** [1] - 163:5
**SHUTS** [1] - 3:18
**SIC** [1] - 58:6
**SICK** [1] - 31:2
**SIDE** [8] - 12:21, 23:7,
38:21, 77:14,
142:10, 148:24,
150:4, 160:7
**SIGN** [2] - 14:4, 37:16
**SIGNATURE** [1] -
36:10
**SIGNED** [4] - 36:11,
36:12, 36:15, 37:4
**SIGNIFICANT** [7] -
16:11, 21:4, 21:8,
22:9, 65:8, 121:2,
160:10
**SIGNIFICANTLY** [1] -
76:25
**SIGNS** [1] - 72:11
**SILOS** [1] - 44:16
**SIMILAR** [8] - 64:2,
84:19, 85:24, 97:22,
115:12, 116:15,
116:18, 120:15
**SIMPLE** [1] - 13:12
**SIMULATOR** [1] -
69:25
**SIMULATORS** [2] -
69:17, 69:23
**SINCE** [6] - 5:9, 5:21,
5:22, 56:9, 150:9,
150:22
**SINGLE** [1] - 119:20
**SINGULAR** [1] -
105:24
**SIR** [7] - 49:13, 52:13,
61:6, 72:13, 132:10,

146:8, 161:7
**SIT** [1] - 56:17
**SITTING** [2] - 114:4,
154:12
**SITUATION** [4] -
38:15, 39:10, 41:10,
46:10
**SITUATIONS** [2] -
42:20, 97:12
**SIX** [10] - 37:10, 37:23,
98:23, 99:6, 101:6,
108:5, 155:20,
155:21, 160:24,
160:25
**SIXTH** [1] - 107:18
**SIZE** [3] - 56:16,
57:10, 160:23
**SIZEABLE** [1] - 107:9
**SKEPTICAL** [1] -
158:3
**SKILL** [1] - 15:4
**SKILLS** [3] - 14:21,
14:23, 127:9
**SKIM** [1] - 139:20
**SKIN** [1] - 40:20
**SKIP** [2] - 142:14,
143:15
**SLEEP** [4] - 34:21,
65:3, 78:2, 162:12
**SLEEPING** [2] - 38:20,
78:4
**SLIGHT** [3] - 15:5,
68:6, 68:10
**SLIGHTLY** [1] -
154:10
**SLOWS** [1] - 140:19
**SMALL** [1] - 78:17
**SMALLER** [1] - 57:20
**SO** [324] - 3:8, 3:10,
3:18, 4:24, 5:8, 5:12,
5:19, 6:7, 6:23, 7:1,
7:5, 8:5, 8:7, 8:23,
9:12, 12:22, 12:25,
13:8, 13:16, 13:21,
14:7, 14:9, 14:11,
14:15, 15:3, 15:4,
17:8, 17:18, 17:22,
18:6, 18:17, 19:14,
20:6, 20:10, 20:15,
20:19, 21:8, 21:15,
21:21, 22:2, 22:4,
22:19, 22:20, 22:21,
22:23, 23:4, 23:8,
23:13, 24:4, 24:21,
25:12, 25:20, 25:24,
26:19, 27:9, 27:19,
29:22, 29:23, 30:14,
31:9, 31:12, 32:9,
32:21, 33:10, 33:16,
34:1, 34:3, 34:6,

34:14, 35:4, 35:17,
36:3, 36:9, 36:12,
36:16, 36:20, 38:6,
38:22, 39:6, 39:8,
39:20, 40:24, 41:1,
41:16, 41:24, 42:6,
42:23, 43:1, 43:3,
44:17, 46:1, 46:4,
47:8, 48:10, 48:12,
48:23, 49:10, 50:2,
50:14, 51:9, 51:12,
51:14, 52:6, 52:22,
53:9, 53:13, 53:19,
53:21, 54:7, 54:15,
54:19, 55:18, 55:24,
56:5, 56:11, 56:20,
57:5, 57:12, 57:18,
57:21, 58:22, 58:23,
59:2, 60:4, 60:9,
61:11, 63:17, 63:21,
64:1, 64:7, 64:13,
66:14, 66:19, 66:21,
67:3, 67:6, 67:14,
67:15, 67:17, 67:20,
68:15, 69:22, 69:24,
70:1, 70:9, 70:20,
74:8, 74:18, 75:10,
76:23, 77:3, 77:17,
77:25, 78:3, 78:19,
79:14, 79:19, 81:24,
82:23, 84:9, 84:11,
85:4, 85:6, 85:17,
86:1, 88:11, 88:21,
88:22, 90:5, 92:16,
93:3, 93:4, 94:4,
95:2, 95:11, 95:13,
96:4, 96:9, 96:10,
96:15, 96:18, 96:20,
97:2, 97:12, 97:21,
98:1, 98:2, 98:3,
98:4, 99:14, 99:17,
100:2, 102:7,
102:14, 102:21,
104:8, 104:10,
105:22, 106:14,
106:16, 106:21,
107:4, 107:11,
110:16, 111:13,
112:12, 112:16,
112:24, 113:2,
113:12, 115:5,
115:22, 117:13,
118:1, 119:8,
119:13, 120:6,
121:5, 121:23,
122:20, 124:8,
124:23, 126:1,
127:5, 127:10,
127:13, 127:15,
127:16, 128:15,
131:13, 132:6,

133:17, 133:22,
133:24, 134:17,
135:1, 136:6, 137:7,
137:8, 137:15,
137:21, 138:5,
138:8, 138:22,
139:12, 139:24,
140:2, 140:10,
140:11, 140:13,
140:19, 141:2,
141:4, 141:12,
142:9, 142:20,
143:7, 143:20,
144:3, 144:7,
144:10, 144:15,
145:2, 145:21,
146:4, 146:13,
146:16, 147:2,
147:19, 147:25,
148:17, 149:1,
149:16, 149:19,
149:20, 149:21,
150:3, 150:9,
150:12, 151:5,
151:8, 151:25,
153:8, 153:11,
154:5, 154:9,
154:20, 154:21,
155:13, 155:18,
155:23, 156:7,
156:9, 156:12,
156:21, 157:11,
158:3, 158:8,
159:10, 159:12,
159:20, 160:9,
160:16, 160:18,
160:21, 161:1,
161:10, 161:11,
161:17, 161:20,
162:4, 163:13,
163:19, 163:21,
163:25, 164:3, 164:5
**SOCIAL** [2] - 20:7,
62:23
**SOCIETY** [2] - 12:16,
63:15
**SOCIOECONOMIC** [1]
- 51:15
**SOLELY** [4] - 41:22,
42:6, 42:23, 53:11
**SOME** [44] - 6:18,
12:9, 15:14, 17:11,
28:6, 30:25, 31:15,
35:6, 41:12, 41:16,
46:4, 48:9, 52:23,
61:14, 61:16, 68:8,
68:25, 69:11, 74:11,
74:24, 75:1, 75:7,
75:12, 84:1, 96:7,
98:10, 102:7,

103:20, 105:3,
109:21, 111:2,
112:12, 113:1,
116:11, 136:18,
136:24, 138:4,
139:17, 142:5,
146:21, 153:14,
155:17, 157:18,
163:2
**SOMEBODY** [6] - 8:8,
12:7, 37:12, 42:12,
53:25, 59:12
**SOMEONE** [4] - 15:24,
50:19, 81:15, 103:18
**SOMEONE'S** [1] -
151:16
**SOMETHING** [29] -
6:24, 8:24, 9:12,
14:10, 17:9, 18:4,
25:1, 32:3, 37:17,
57:10, 109:24,
110:1, 132:12,
132:13, 137:24,
143:5, 146:24,
147:8, 147:21,
153:15, 155:2,
155:23, 156:4,
156:12, 156:15,
158:21, 160:22,
161:23, 161:25
**SOMETIMES** [9] -
13:25, 32:2, 72:22,
110:22, 141:25,
148:25, 149:5,
149:14, 156:10
**SOMEWHAT** [2] -
34:14, 156:22
**SOMEWHERE** [1] -
49:14
**SORRY** [38] - 28:23,
34:25, 35:11, 35:13,
36:24, 53:19, 58:9,
58:12, 58:13, 61:22,
61:25, 68:25, 74:4,
74:5, 78:8, 92:3,
92:4, 107:1, 111:12,
111:13, 112:1,
112:14, 113:11,
115:6, 116:21,
116:23, 118:5,
118:12, 119:1,
119:25, 123:7,
125:14, 127:20,
134:3, 135:9, 145:7,
152:3
**SORT** [25] - 6:9, 6:20,
14:3, 15:23, 16:11,
17:10, 17:23, 19:24,
21:6, 21:18, 21:19,
23:7, 26:3, 33:24,

36:3, 43:5, 51:14,
52:23, 74:11, 74:12,
95:14, 105:1,
133:14, 153:10
SOUGHT [1] - 156:19
SOUND [2] - 139:22,
139:23
SOUNDS [2] - 31:4,
163:3
SOURCE [1] - 43:18
SPACE [2] - 151:6,
157:23
SPAN [1] - 61:13
SPEAK [1] - 120:20
SPEAKING [2] -
85:23, 157:9
SPEAKS [2] - 27:1,
139:25
SPECIALIZES [1] -
81:16
SPECIALTIES [1] -
5:11
SPECIALTY [1] - 9:12
SPECIFIC [11] - 15:15,
16:6, 40:19, 72:5,
72:9, 85:14, 95:8,
105:22, 122:25,
129:13, 130:24
SPECIFICALLY [12] -
15:16, 26:1, 32:11,
41:4, 41:13, 47:11,
60:17, 60:22, 69:14,
111:25, 122:20,
123:11
SPECIFICITY [2] -
17:21, 17:25
SPECIFICS [3] -
18:18, 72:10, 86:6
SPECULATION [1] -
121:4
SPEED [2] - 131:16,
131:19
SPEEDED [1] - 97:12
SPELL [2] - 4:16,
80:19
SPEND [4] - 93:25,
95:18, 131:11,
139:15
SPENDING [1] - 121:9
SPENT [16] - 89:4,
95:9, 97:15, 97:22,
98:10, 100:16,
101:20, 101:22,
117:13, 124:20,
124:23, 125:8,
125:11, 125:16,
132:4, 135:5
SPIRIT [1] - 132:25
SPLITTING [1] - 159:5
SPOKE [4] - 53:9,

110:20, 120:19,
143:25
SPORTING [1] - 11:6
SPOT [1] - 35:16
SPOUSE [1] - 68:22
SPREAD [1] - 142:1
SSRI'S [1] - 13:1
STABLE [2] - 15:7,
59:22
STAGE [1] - 157:15
STAMPS [1] - 147:7
STAND [8] - 6:1, 6:11,
136:19, 136:24,
137:10, 141:14,
141:15, 141:16
STANDALONE [1] -
15:18
STANDARD [4] - 24:8,
67:3, 69:21, 99:1,
127:11, 127:12,
134:21, 159:15
STANDARDIZATION
[3] - 131:14, 133:13,
133:16
STANDARDIZED [2] -
9:20, 114:4
STANDARDIZING [1]
- 133:17
STANDARDS [1] -
6:22
STANDPOINT [4] -
10:23, 11:5, 72:24
START [13] - 14:19,
80:1, 93:11, 93:22,
94:17, 102:18,
107:3, 133:3,
133:14, 137:18,
140:15, 140:25,
155:22
STARTED [2] - 12:17,
93:23
STARTING [4] - 30:25,
82:15, 93:13, 128:15
STARTS [2] - 3:8,
97:18
STATE [12] - 4:15,
5:23, 29:16, 45:22,
47:5, 47:22, 48:14,
80:18, 83:16, 83:17,
83:25, 111:8
STATED [1] - 143:2
STATEMENT [14] -
16:6, 18:2, 18:6,
18:20, 18:21, 18:22,
29:24, 59:23, 71:6,
71:25, 97:9, 100:5,
104:7, 124:8
STATEMENTS [2] -
18:10, 141:15
STATES [8] - 1:1, 1:6,

26:1, 46:23, 47:20,
48:3, 71:2, 114:1
STATIC [1] - 14:9
STATISTICAL [5] -
8:2, 67:2, 69:20,
81:16, 105:6
STATUS [2] - 36:21,
37:1
STAY [2] - 163:23
STENOTYPE [1] -
1:22
STENOTYPE-
COMPUTER [1] -
1:22
STEP [84] - 13:18,
15:22, 28:4, 66:15,
82:13, 82:14, 82:22,
83:1, 83:2, 83:6,
83:7, 83:9, 83:12,
83:13, 84:3, 84:6,
84:7, 84:13, 84:18,
84:19, 85:14, 85:25,
86:13, 86:16, 87:2,
87:13, 87:24, 90:8,
90:19, 91:5, 91:16,
92:2, 92:7, 94:21,
96:6, 96:16, 96:22,
97:6, 99:15, 99:22,
100:4, 102:1, 104:5,
105:15, 106:8,
106:10, 106:11,
106:12, 106:13,
106:14, 106:17,
106:21, 107:5,
107:12, 107:24,
108:10, 108:14,
108:20, 109:1,
110:21, 111:25,
112:1, 112:4, 114:1,
114:3, 115:3, 115:4,
115:8, 115:12,
116:12, 116:16,
116:18, 120:3,
120:23, 128:19,
128:23, 128:25,
129:5, 130:1,
132:17, 134:14
STEPS [1] - 21:21
STICK [1] - 138:24
STIGMA [1] - 73:23
STILL [9] - 34:24,
68:19, 97:21, 99:1,
100:15, 102:11,
137:15, 141:15,
153:17
STIMULANT [3] -
24:5, 77:9, 77:11
STIMULANTS [2] -
26:16, 74:20
STIMULATING [3] -

75:7, 75:11, 75:14
STIMULATION [1] -
6:5
STIMULI [1] - 68:9
STIPULATE [2] -
89:11, 89:13
STIPULATING [1] -
75:10
STOMACH [1] - 77:19
STOP [7] - 3:7, 34:18,
69:2, 80:2, 102:19,
102:20, 157:2
STOPPED [2] - 31:23,
38:15
STORED [1] - 15:4
STRATEGIES [1] -
96:21
STRATEGY [5] -
107:7, 124:12,
124:13, 143:8, 144:1
STREET [2] - 1:19, 2:3
STRESS [6] - 11:2,
31:1, 31:2, 33:16,
34:22, 42:20
STRESSED [2] - 35:5,
41:9
STRESSORS [3] -
14:14, 39:10, 63:25
STRIKE [2] - 106:18,
152:9
STRONGLY [1] -
74:10
STRUCTURE [1] -
84:19
STRUCTURED [1] -
152:13
STUDENT [3] - 74:19,
116:17, 134:21
STUDENTS [16] -
73:24, 74:21, 75:3,
82:12, 82:20, 82:25,
110:20, 110:22,
110:24, 110:25,
111:2, 111:6,
120:20, 120:21,
129:8, 138:8
STUDY [1] - 131:22
STUDYING [1] - 33:13
STUFF [2] - 103:24,
161:15
SUBHEADING [2] -
52:14, 62:4
SUBJECTED [2] -
62:22, 64:11
SUBJECTIVE [11] -
26:15, 32:4, 35:4,
41:16, 42:7, 42:13,
42:21, 67:16, 67:18,
74:8, 75:2
SUBJECTIVELY [1] -

26:17
SUBMISSION [1] -
22:4
SUBMIT [2] - 89:23,
145:8
SUBMITTED [4] -
10:2, 16:19, 21:25,
27:21
SUBQUESTIONS [1] -
141:20
SUBSCRIPTION [2] -
138:9, 138:10
SUBSEQUENT [1] -
129:5
SUBSPECIALTY [2] -
5:16, 6:8
SUBSTANTIAL [2] -
27:24, 41:7
SUBSTANTIALLY [4]
- 16:14, 42:11,
44:19, 153:20
SUBSTANTIATED [1]
- 44:22
SUBSTANTIATES [1]
- 35:9
SUCH [7] - 7:23, 9:23,
34:10, 49:4, 138:6,
143:12, 144:1
SUFFICIENT [5] -
13:18, 26:20, 42:10,
105:7, 158:18
SUGGEST [2] - 21:19,
34:9
SUGGESTED [1] -
144:4
SUGGESTING [1] -
141:22
SUGGESTION [1] -
141:12
SUGGESTS [4] -
34:12, 38:22, 41:11,
101:19
SUICIDAL [1] - 35:1
SUITE [1] - 2:3
SUM [1] - 105:4
SUMMARY [1] - 31:17
SUMMERTIME [1] -
150:6
SUPERVISES [1] -
37:12
SUPPLEMENTAL [1] -
131:1
SUPPORT [8] - 10:3,
15:18, 21:12, 22:14,
22:23, 27:21, 28:2
SUPPOSE [5] - 131:6,
131:20, 157:15,
157:16, 157:17
SUPPOSED [2] - 34:2,
138:12

**SUPPRESSING** [1] - 77:16
**SUR** [2] - 151:21, 152:6
**SUR-REPLY** [2] - 151:21, 152:6
**SURE** [43] - 8:23, 10:13, 26:24, 29:13, 47:20, 50:1, 52:6, 54:5, 56:17, 56:21, 64:22, 75:23, 77:25, 78:20, 88:25, 94:21, 97:1, 99:25, 100:7, 102:5, 111:7, 113:23, 114:21, 116:5, 128:3, 128:17, 131:7, 133:17, 138:14, 139:6, 146:21, 146:22, 147:2, 152:14, 152:20, 153:14, 158:19, 159:12, 161:21, 163:1, 163:23
**SURGEONS** [1] - 9:11
**SURPRISE** [2] - 145:12, 145:20
**SUSTAINED** [1] - 38:20
**SWEAR** [2] - 4:9, 80:12
**SWEATING** [1] - 32:6
**SWEEP** [1] - 157:24
**SWORN** [3] - 4:14, 80:17, 137:14
**SYMPTOM** [9] - 11:1, 11:11, 11:14, 16:4, 19:21, 21:3, 22:5, 32:11, 33:18
**SYMPTOMS** [53] - 8:10, 8:16, 11:17, 12:6, 12:8, 12:9, 16:3, 16:6, 18:7, 18:13, 18:14, 18:15, 18:17, 19:8, 21:10, 22:18, 22:21, 24:11, 25:10, 25:25, 31:1, 31:5, 32:5, 33:17, 33:19, 35:8, 38:16, 38:18, 38:22, 39:11, 39:23, 40:15, 40:19, 40:24, 41:2, 41:12, 41:15, 41:17, 42:10, 42:16, 61:16, 61:18, 63:19, 65:1, 66:21, 71:3, 72:3, 72:6, 72:11, 141:1
**SYNAPSES** [1] - 75:6
**SYSTEM** [6] - 14:3, 23:11, 23:24, 55:11,

70:7, 152:22
**SYSTEMS** [2] - 70:6, 85:12

# T

**TABLE** [6] - 85:24, 93:4, 93:12, 132:3
**TABLET** [1] - 58:5
**TAKE** [45] - 3:10, 7:21, 23:10, 31:24, 32:3, 33:21, 35:17, 38:1, 38:19, 41:20, 54:9, 60:9, 74:25, 75:4, 77:24, 78:1, 79:23, 79:25, 82:12, 82:23, 82:25, 83:12, 95:6, 95:23, 99:12, 102:21, 113:4, 115:4, 125:6, 125:23, 127:25, 129:3, 129:25, 132:17, 136:19, 136:24, 139:10, 140:24, 148:22, 156:19, 160:1, 160:17, 160:18, 161:2, 161:18
**TAKEN** [22] - 23:16, 23:18, 23:20, 23:22, 35:19, 77:25, 80:4, 82:15, 83:2, 83:8, 83:9, 83:13, 85:25, 87:2, 93:21, 103:1, 114:2, 115:12, 116:15, 117:14, 128:20, 146:25
**TAKER** [7] - 115:7, 121:1, 121:8, 126:3, 126:8, 130:25, 131:17
**TAKES** [5] - 12:19, 46:14, 65:1, 74:6, 146:15
**TAKING** [30] - 19:8, 19:9, 19:10, 22:3, 23:24, 26:9, 27:25, 38:15, 38:18, 41:4, 42:8, 42:20, 44:20, 59:13, 73:21, 74:3, 76:23, 82:17, 82:21, 111:25, 115:7, 126:14, 126:15, 128:22, 134:6, 135:11, 143:8, 153:22, 162:3, 162:19
**TALK** [6] - 11:7, 21:5, 85:3, 86:6, 146:10, 149:23

**TALKED** [10] - 19:3, 20:19, 22:4, 31:23, 44:11, 46:6, 70:20, 125:22, 147:3, 161:9
**TALKING** [16] - 8:9, 8:10, 19:23, 42:24, 70:21, 72:5, 76:2, 96:15, 106:10, 106:11, 113:11, 121:14, 121:23, 122:20, 150:10, 150:19
**TALKS** [2] - 31:1, 72:8
**TARGETED** [1] - 149:18
**TASKS** [2] - 33:23, 34:13
**TEACH** [4] - 9:3, 9:17, 139:8, 140:7
**TEACHING** [1] - 7:3
**TEAM** [1] - 162:20
**TEAMS** [2] - 1:9, 3:15
**TEARFULNESS** [1] - 40:23
**TECH** [1] - 50:10
**TECHNICALLY** [1] - 148:15
**TECHNIQUE** [1] - 140:7
**TECHNIQUES** [1] - 81:17
**TELEHEALTH** [1] - 14:4
**TELEMEDICINE** [1] - 51:13
**TELL** [23] - 11:23, 18:23, 19:7, 21:9, 23:3, 24:10, 27:8, 27:16, 32:14, 33:7, 33:24, 35:3, 36:22, 37:1, 38:12, 39:5, 40:11, 69:2, 89:18, 124:22, 138:17, 155:17, 156:12
**TELLING** [1] - 85:17
**TELLS** [5] - 3:16, 27:9, 29:18, 30:18, 53:25
**TEMPORARY** [1] - 12:11
**TEN** [9] - 52:1, 52:2, 74:18, 97:21, 107:21, 111:7, 125:14, 125:15, 162:16
**TEND** [4] - 49:16, 63:7, 63:19, 102:16
**TENDS** [2] - 51:5, 75:7
**TENNESSEE** [2] - 5:10, 46:25
**TENSION** [1] - 65:2

**TERM** [4] - 14:14, 14:17, 24:24, 31:3
**TERMINATED** [1] - 94:11
**TERMS** [6] - 6:22, 81:24, 86:5, 89:1, 124:9, 127:7
**TEST** [54] - 9:22, 15:10, 17:1, 17:14, 19:2, 19:8, 19:10, 19:15, 20:20, 41:4, 42:20, 49:23, 50:8, 50:17, 50:22, 51:1, 67:19, 68:2, 68:4, 82:7, 82:8, 86:2, 88:11, 89:16, 92:18, 94:21, 95:17, 95:18, 107:15, 115:7, 117:9, 121:1, 121:8, 126:3, 126:7, 126:13, 126:15, 127:11, 130:12, 130:14, 130:20, 130:25, 131:17, 138:7, 139:4, 139:7, 141:8, 143:8, 144:7, 155:12, 156:5, 157:17
**TESTIFIED** [13] - 26:11, 45:18, 45:21, 45:22, 45:24, 46:7, 72:2, 73:20, 109:13, 110:19, 117:8, 120:16, 120:19
**TESTIFY** [2] - 46:8, 46:10
**TESTIFYING** [1] - 18:25
**TESTIMONIES** [1] - 46:2
**TESTIMONY** [20] - 10:20, 44:7, 46:2, 53:18, 70:5, 73:16, 96:7, 99:17, 105:17, 125:21, 131:25, 136:20, 136:25, 137:14, 137:16, 141:22, 142:3, 143:20, 143:23, 146:3
**TESTING** [32] - 10:2, 10:3, 15:21, 15:24, 16:8, 18:8, 19:24, 19:25, 20:2, 20:13, 21:13, 21:14, 22:15, 22:16, 26:19, 28:3, 39:22, 42:3, 49:21, 49:25, 50:11, 50:13, 86:10, 88:14, 92:21, 114:4, 126:2,

128:24, 131:16, 134:19, 154:5, 154:25
**TESTS** [7] - 9:20, 19:9, 49:22, 50:3, 50:8, 74:12, 139:25
**TEXT** [1] - 8:3
**THAN** [27] - 8:23, 11:12, 11:18, 12:16, 21:10, 22:3, 46:3, 52:1, 52:2, 54:9, 57:19, 59:21, 59:24, 63:9, 63:13, 69:25, 83:12, 83:22, 106:2, 128:25, 129:12, 130:19, 145:25, 147:12, 158:22, 161:1, 161:2
**THANK** [57] - 4:4, 29:10, 45:12, 51:19, 52:17, 55:13, 56:4, 59:8, 61:3, 62:3, 62:17, 62:25, 64:4, 65:15, 65:23, 65:25, 67:20, 70:11, 71:16, 72:14, 76:22, 79:11, 79:13, 80:3, 80:7, 82:10, 93:5, 102:24, 104:1, 105:11, 109:6, 110:7, 110:14, 113:7, 114:6, 114:17, 115:13, 118:4, 118:8, 118:25, 119:22, 120:6, 122:12, 123:9, 125:19, 127:19, 135:20, 135:22, 144:21, 162:6, 164:5, 164:6, 164:7, 164:15, 164:16, 164:17, 164:18
**THANKS** [1] - 128:12
**THAT** [733] - 3:6, 3:7, 3:14, 3:16, 4:2, 6:10, 6:12, 6:20, 6:23, 6:24, 7:5, 7:9, 7:21, 8:1, 8:4, 8:6, 8:24, 9:1, 9:25, 10:1, 10:14, 10:25, 11:2, 11:14, 11:17, 12:1, 12:8, 12:11, 12:12, 12:15, 12:17, 13:10, 13:13, 13:22, 13:23, 13:24, 14:10, 14:25, 15:4, 15:5, 15:17, 16:6, 16:10, 16:11, 16:13, 16:14, 16:17, 16:18, 17:5, 17:13, 17:25, 18:6, 18:15,

19:4, 19:11, 19:16,
19:18, 19:21, 20:9,
20:11, 20:13, 20:22,
21:5, 21:7, 21:10,
21:11, 21:20, 21:25,
22:3, 22:4, 22:7,
22:9, 22:23, 23:5,
23:9, 23:16, 23:22,
24:3, 24:8, 24:9,
24:21, 24:23, 24:24,
25:1, 25:2, 25:4,
25:6, 25:15, 25:21,
26:1, 26:2, 26:5,
26:14, 26:16, 26:18,
26:20, 26:25, 27:8,
27:9, 27:13, 27:17,
27:20, 27:23, 28:7,
28:22, 29:18, 30:18,
30:23, 31:3, 31:11,
31:14, 31:16, 31:21,
31:23, 31:24, 32:2,
32:7, 32:12, 32:18,
33:5, 33:8, 33:12,
33:13, 33:14, 33:18,
33:21, 33:24, 34:11,
34:14, 35:5, 35:9,
35:25, 36:13, 36:14,
36:22, 37:1, 37:2,
37:8, 37:17, 37:19,
37:20, 37:22, 37:24,
38:14, 38:15, 38:17,
38:19, 38:22, 39:7,
39:8, 39:9, 39:21,
40:24, 41:1, 41:9,
41:11, 41:14, 41:17,
41:19, 41:25, 42:9,
42:10, 42:13, 42:14,
44:3, 44:18, 44:22,
44:24, 45:16, 46:5,
46:6, 46:7, 46:9,
46:10, 46:14, 46:22,
46:23, 47:15, 47:22,
47:25, 48:2, 48:3,
48:5, 48:14, 49:3,
49:14, 49:16, 50:1,
50:10, 50:13, 50:23,
50:24, 50:25, 51:2,
51:13, 51:23, 52:3,
52:18, 52:23, 53:7,
53:10, 53:23, 54:2,
54:4, 55:5, 55:8,
55:9, 55:10, 55:22,
56:6, 56:8, 56:9,
56:10, 56:11, 56:14,
57:6, 57:8, 57:9,
57:14, 57:23, 57:25,
58:1, 58:10, 58:18,
58:19, 58:20, 58:25,
59:2, 59:3, 59:4,
59:18, 59:19, 60:4,
60:12, 60:15, 60:16,

60:19, 60:20, 60:22,
60:23, 61:1, 61:7,
61:10, 61:12, 62:20,
63:5, 63:12, 63:15,
63:16, 63:18, 64:7,
64:9, 64:11, 64:12,
64:13, 65:9, 66:8,
67:5, 67:17, 67:19,
68:18, 68:20, 68:21,
68:25, 69:6, 69:11,
69:13, 69:14, 69:16,
70:2, 70:6, 70:9,
70:13, 70:19, 71:3,
71:6, 71:8, 71:11,
71:16, 72:2, 72:11,
72:19, 72:20, 72:25,
73:3, 73:9, 73:13,
73:20, 73:23, 74:1,
74:9, 74:11, 74:12,
74:16, 74:20, 74:25,
76:17, 76:23, 76:24,
77:3, 77:5, 77:8,
78:3, 81:19, 82:21,
82:24, 83:4, 83:18,
83:21, 84:16, 84:24,
85:12, 85:15, 85:24,
86:9, 86:16, 88:9,
89:2, 89:3, 89:5,
89:9, 89:11, 89:13,
89:14, 89:15, 89:16,
89:19, 89:20, 89:23,
90:5, 92:18, 93:3,
93:4, 93:23, 93:24,
94:1, 94:4, 94:6,
94:11, 94:12, 94:13,
94:15, 94:24, 95:1,
95:3, 95:4, 95:8,
95:10, 95:14, 95:24,
95:25, 96:7, 96:21,
97:4, 97:5, 97:8,
97:11, 97:14, 97:23,
97:25, 98:15, 100:5,
100:7, 100:13,
101:18, 102:3,
102:8, 102:11,
103:17, 103:19,
103:21, 104:16,
104:20, 105:2,
105:9, 105:17,
105:23, 106:2,
106:13, 106:18,
108:4, 109:14,
109:21, 109:22,
109:25, 110:1,
110:2, 110:6, 110:9,
110:18, 110:19,
111:14, 111:20,
111:23, 111:24,
112:7, 112:10,
112:12, 112:14,
112:15, 112:16,

112:17, 112:19,
113:13, 114:3,
114:8, 114:11,
115:6, 115:8,
115:11, 115:16,
115:19, 115:24,
116:9, 116:10,
116:11, 116:14,
116:17, 117:4,
117:6, 117:8,
117:10, 117:19,
117:22, 118:16,
118:18, 118:21,
119:15, 119:16,
119:19, 119:23,
119:25, 120:7,
120:10, 120:11,
120:14, 120:16,
120:19, 120:20,
120:22, 120:24,
121:4, 121:5, 121:6,
121:8, 121:17,
121:20, 121:24,
122:3, 122:6,
122:23, 122:24,
122:25, 123:2,
123:14, 123:19,
123:22, 123:23,
124:5, 124:9,
124:12, 124:15,
124:16, 124:21,
125:16, 125:17,
125:23, 126:1,
127:8, 127:10,
127:16, 127:19,
128:14, 128:25,
129:9, 129:18,
130:16, 130:17,
130:24, 131:12,
131:14, 131:22,
131:24, 132:9,
132:13, 133:20,
133:22, 133:24,
134:1, 134:2,
134:17, 135:4,
135:6, 135:8,
135:13, 135:14,
135:15, 135:20,
135:23, 136:12,
136:13, 136:17,
136:22, 136:23,
136:25, 137:2,
137:5, 137:10,
137:11, 137:22,
137:23, 137:24,
137:25, 138:3,
138:5, 138:7, 138:9,
138:11, 138:14,
138:15, 138:16,
138:17, 138:22,
139:1, 139:3, 139:5,

139:6, 139:7, 139:8,
139:12, 139:19,
139:21, 139:24,
139:25, 140:2,
140:4, 140:8,
140:10, 140:11,
140:17, 140:22,
140:25, 141:5,
141:16, 141:23,
141:25, 142:4,
142:5, 142:6, 142:8,
142:9, 142:14,
142:15, 142:18,
142:19, 142:21,
142:22, 142:25,
143:14, 143:15,
143:22, 144:1,
144:2, 144:3, 144:4,
144:5, 144:9,
144:14, 144:15,
144:23, 145:7,
145:9, 145:12,
145:13, 145:19,
145:23, 145:25,
146:15, 146:16,
146:18, 146:19,
147:2, 147:8,
147:10, 147:13,
147:16, 147:19,
147:22, 147:23,
147:24, 148:7,
148:12, 148:13,
149:6, 149:18,
149:19, 149:25,
151:2, 151:9,
151:10, 151:18,
151:23, 151:25,
152:1, 152:15,
152:16, 152:17,
152:20, 152:21,
153:11, 153:20,
153:21, 153:24,
154:3, 154:5, 154:6,
154:20, 154:22,
155:3, 155:13,
155:18, 156:8,
156:13, 156:23,
157:7, 157:8, 157:9,
157:14, 157:20,
157:22, 157:24,
158:6, 158:8,
158:11, 158:16,
158:18, 158:21,
158:25, 159:5,
159:8, 159:22,
160:2, 160:13,
160:16, 161:1,
161:2, 161:12,
161:13, 161:17,
161:18, 161:20,
161:21, 161:23,

161:24, 161:25,
162:4, 162:5, 162:7,
163:6, 163:7,
163:22, 163:24,
163:25, 164:1,
164:2, 164:20
**THAT'S** [74] - 3:19,
5:5, 8:20, 9:8, 9:12,
13:22, 14:16, 14:19,
18:9, 19:6, 19:18,
19:19, 20:20, 23:14,
31:4, 31:10, 35:15,
37:14, 38:4, 41:10,
46:12, 49:7, 50:4,
50:16, 51:17, 51:22,
52:5, 54:10, 56:10,
56:22, 58:16, 62:21,
63:14, 68:19, 73:10,
74:17, 76:7, 76:16,
76:21, 79:20, 84:9,
95:2, 100:15,
101:18, 110:4,
117:11, 117:25,
118:15, 122:2,
126:22, 127:21,
140:24, 141:3,
141:6, 141:19,
144:10, 145:3,
145:21, 146:5,
146:13, 147:18,
147:25, 148:19,
149:2, 152:21,
155:4, 156:3, 157:1,
161:5, 162:9,
163:18, 164:3
**THE** [1465] - 1:1, 1:2,
1:11, 2:4, 3:2, 3:5,
3:13, 3:22, 4:2, 4:5,
4:7, 4:8, 4:9, 4:10,
4:11, 4:15, 4:16,
4:17, 4:24, 5:5, 5:13,
5:16, 5:20, 5:23,
6:18, 6:22, 7:3, 7:4,
7:5, 7:7, 7:8, 7:9,
7:17, 8:2, 8:4, 8:5,
8:10, 8:11, 8:15,
8:16, 10:1, 10:8,
10:9, 10:10, 10:15,
10:16, 10:17, 10:20,
11:1, 11:10, 11:11,
11:14, 11:15, 11:20,
12:1, 12:10, 12:13,
12:15, 12:18, 12:20,
12:22, 12:23, 13:2,
13:4, 13:8, 13:13,
13:15, 13:18, 13:21,
14:1, 14:3, 14:5,
14:13, 14:21, 14:22,
15:3, 15:4, 15:7,
15:11, 15:12, 15:14,
15:17, 15:21, 15:22,

16:3, 16:5, 16:7,
16:9, 16:14, 16:24,
17:1, 17:14, 17:16,
17:21, 17:22, 17:25,
18:1, 18:2, 18:7,
18:8, 18:9, 18:17,
18:18, 18:19, 18:20,
19:7, 19:8, 19:11,
19:13, 19:14, 19:19,
19:24, 19:25, 20:1,
20:2, 20:9, 20:10,
20:17, 20:20, 20:21,
20:24, 21:6, 21:10,
21:24, 22:4, 22:8,
22:11, 22:25, 23:4,
23:15, 23:23, 24:2,
24:4, 24:11, 24:12,
24:14, 24:18, 25:11,
25:14, 25:17, 25:18,
25:23, 26:8, 26:9,
26:21, 26:22, 27:3,
27:4, 27:5, 27:6,
27:9, 27:12, 27:17,
27:18, 27:20, 27:25,
28:2, 28:3, 28:12,
28:13, 28:17, 29:9,
29:15, 29:20, 29:23,
29:25, 30:3, 30:7,
30:15, 30:16, 30:18,
30:24, 31:5, 31:8,
31:9, 31:19, 31:22,
32:3, 32:5, 32:11,
32:16, 32:22, 33:3,
33:4, 33:10, 33:11,
33:22, 33:25, 34:1,
34:2, 34:5, 34:7,
34:10, 34:11, 34:15,
34:16, 34:17, 34:18,
34:24, 35:1, 35:4,
35:7, 35:11, 35:14,
35:15, 35:20, 35:22,
35:23, 36:1, 36:3,
36:4, 36:5, 36:7,
36:8, 36:11, 36:16,
36:19, 36:24, 36:25,
37:3, 37:8, 37:11,
37:12, 37:18, 37:20,
37:22, 38:9, 38:10,
38:11, 38:13, 39:8,
39:10, 39:13, 39:15,
39:19, 40:3, 40:9,
40:13, 40:14, 40:15,
41:3, 41:10, 41:17,
41:20, 41:24, 42:6,
42:12, 42:14, 42:17,
42:19, 42:25, 43:5,
43:17, 43:18, 43:20,
43:23, 43:24, 44:7,
44:17, 44:20, 44:22,
45:1, 45:5, 45:8,
45:22, 45:23, 46:9,

46:11, 46:19, 47:4,
47:8, 47:10, 47:16,
47:25, 48:7, 48:12,
48:18, 48:22, 48:23,
49:3, 49:4, 49:6,
49:9, 49:10, 50:9,
50:10, 50:11, 50:13,
50:14, 50:15, 50:17,
50:19, 50:21, 50:25,
51:5, 51:7, 51:10,
51:11, 51:20, 52:8,
52:14, 53:2, 53:3,
53:6, 53:11, 53:17,
53:19, 53:20, 53:21,
53:22, 54:5, 54:9,
54:10, 54:11, 54:19,
54:20, 54:21, 55:1,
55:2, 55:4, 55:9,
55:10, 55:19, 55:20,
55:22, 55:25, 56:2,
56:3, 56:11, 56:15,
56:16, 56:18, 56:19,
56:21, 56:22, 56:24,
57:6, 57:7, 57:10,
57:11, 57:14, 57:25,
58:4, 58:8, 58:9,
58:10, 58:13, 58:17,
58:19, 59:1, 59:2,
59:4, 59:5, 59:21,
60:1, 60:9, 60:10,
60:16, 60:17, 60:18,
61:14, 61:15, 61:18,
61:24, 62:4, 62:7,
62:11, 62:13, 62:14,
62:15, 62:16, 62:18,
62:19, 63:2, 63:5,
63:7, 63:22, 64:13,
64:14, 64:15, 64:20,
64:23, 64:25, 65:1,
65:4, 65:5, 65:8,
65:13, 65:17, 65:19,
66:2, 66:4, 66:13,
66:14, 66:15, 66:19,
66:25, 67:9, 67:13,
67:14, 67:15, 67:22,
67:23, 67:24, 68:1,
68:4, 68:5, 68:6,
68:10, 68:11, 68:13,
68:15, 68:16, 68:17,
68:18, 68:20, 68:21,
68:22, 68:24, 69:1,
69:3, 69:6, 69:9,
69:10, 69:11, 69:12,
69:13, 69:15, 69:18,
69:21, 69:23, 70:1,
70:5, 70:6, 70:7,
70:17, 70:24, 71:2,
71:8, 71:12, 71:13,
72:8, 73:11, 74:14,
74:15, 74:18, 74:19,
74:22, 74:25, 75:2,

75:3, 75:5, 75:6,
75:7, 75:9, 75:19,
76:6, 76:7, 76:11,
77:16, 77:17, 77:19,
77:22, 77:25, 78:10,
78:13, 78:16, 78:18,
78:22, 78:25, 79:1,
79:4, 79:11, 79:13,
79:14, 79:17, 79:18,
79:21, 79:25, 80:1,
80:5, 80:8, 80:10,
80:11, 80:12, 80:13,
80:14, 80:18, 80:19,
80:20, 81:2, 81:7,
81:8, 81:10, 81:12,
81:16, 81:17, 81:19,
82:3, 82:4, 82:6,
82:9, 82:11, 82:13,
82:15, 82:16, 82:17,
82:20, 82:21, 82:22,
82:25, 83:2, 83:3,
83:4, 83:10, 83:15,
83:16, 83:17, 83:19,
83:23, 83:25, 84:4,
84:6, 84:10, 84:13,
84:16, 84:18, 84:19,
84:22, 84:23, 84:24,
85:10, 85:11, 85:13,
85:15, 85:16, 85:19,
85:20, 85:21, 85:23,
85:24, 85:25, 86:1,
86:2, 86:3, 86:4,
86:5, 86:6, 86:10,
86:12, 86:15, 86:21,
87:1, 87:5, 87:7,
87:12, 87:16, 87:18,
87:23, 88:2, 88:4,
88:8, 88:14, 88:16,
88:17, 88:22, 88:23,
88:25, 89:1, 89:3,
89:4, 89:6, 89:21,
89:23, 90:7, 90:11,
90:13, 90:18, 90:22,
90:24, 91:4, 91:8,
91:10, 91:15, 91:19,
91:21, 92:1, 92:3,
92:5, 92:6, 92:10,
92:12, 92:16, 92:21,
92:23, 93:1, 93:2,
93:4, 93:9, 93:13,
93:15, 93:16, 93:18,
93:19, 93:21, 93:22,
93:23, 93:24, 93:25,
94:1, 94:2, 94:3,
94:4, 94:5, 94:6,
94:7, 94:8, 94:9,
94:10, 94:12, 94:13,
94:14, 94:21, 94:22,
94:23, 94:24, 94:25,
95:2, 95:3, 95:4,
95:5, 95:6, 95:7,

95:8, 95:9, 95:12,
95:17, 95:21, 95:24,
96:2, 96:5, 96:6,
96:19, 96:23, 96:24,
97:1, 97:4, 97:6,
97:8, 97:10, 97:13,
97:14, 97:15, 97:17,
97:18, 97:20, 97:23,
98:3, 98:6, 98:8,
98:9, 98:10, 98:11,
98:12, 98:14, 98:15,
98:17, 98:25, 99:1,
99:3, 99:14, 99:15,
99:20, 99:21, 99:25,
100:3, 100:5, 100:7,
100:10, 100:12,
100:14, 100:15,
100:16, 100:17,
100:20, 100:24,
101:3, 101:4, 101:7,
101:8, 101:11,
101:12, 101:15,
101:16, 101:18,
101:19, 101:20,
101:21, 101:23,
101:25, 102:5,
102:10, 102:14,
102:20, 102:25,
103:2, 103:5, 103:6,
103:11, 103:13,
103:14, 103:16,
103:25, 104:4,
104:13, 104:15,
104:16, 104:17,
104:18, 105:1,
105:4, 105:5,
105:14, 105:16,
105:18, 105:19,
105:20, 105:22,
105:23, 106:1,
106:2, 106:4, 106:5,
106:8, 106:9,
106:11, 106:12,
106:13, 106:14,
106:16, 106:17,
106:20, 106:24,
107:4, 107:6, 107:8,
107:11, 107:12,
107:15, 107:16,
107:17, 107:20,
107:23, 108:1,
108:2, 108:3, 108:4,
108:5, 108:6, 108:9,
108:12, 108:13,
108:15, 108:18,
108:19, 108:21,
108:25, 109:2,
109:5, 109:9,
109:12, 109:15,
109:16, 109:20,
109:25, 110:1,

110:2, 110:5, 110:7,
110:9, 111:3, 111:5,
111:10, 111:11,
111:13, 111:16,
111:17, 111:18,
111:22, 111:24,
111:25, 112:1,
112:3, 112:5, 112:7,
112:9, 112:10,
112:11, 112:14,
112:17, 112:18,
112:19, 113:9,
113:13, 113:14,
113:15, 113:17,
113:22, 113:25,
114:2, 114:15,
114:19, 114:23,
114:24, 115:1,
115:3, 115:9,
115:10, 115:11,
115:12, 115:15,
115:16, 115:18,
115:22, 115:23,
115:24, 115:25,
116:3, 116:5,
116:12, 116:16,
116:17, 116:18,
116:23, 116:24,
117:7, 117:8, 117:9,
117:13, 117:14,
117:15, 117:16,
117:17, 117:18,
117:19, 117:22,
117:25, 118:1,
118:11, 118:15,
118:18, 118:20,
118:21, 118:22,
119:4, 119:8,
119:12, 119:17,
119:19, 119:24,
120:5, 120:7,
120:15, 120:17,
121:5, 121:6, 121:9,
121:15, 121:17,
121:21, 121:22,
121:23, 121:24,
122:3, 122:8,
122:10, 122:12,
122:13, 122:16,
122:17, 122:18,
122:20, 122:22,
123:2, 123:3, 123:4,
123:6, 123:7, 123:8,
123:9, 123:21,
123:23, 124:7,
124:8, 124:9,
124:11, 124:13,
124:14, 124:17,
124:19, 124:23,
124:24, 125:8,
126:3, 126:7, 126:9,

126:10, 126:16,
126:18, 126:19,
126:20, 126:21,
126:24, 126:25,
127:4, 127:5, 127:6,
127:8, 127:9,
127:11, 127:12,
127:13, 127:15,
127:16, 127:17,
127:18, 127:23,
128:3, 128:9,
128:11, 128:12,
128:14, 128:15,
128:19, 128:20,
128:21, 129:3,
129:4, 129:5, 129:7,
129:8, 129:10,
129:11, 129:12,
129:13, 129:16,
129:21, 129:25,
130:1, 130:5, 130:7,
130:12, 130:15,
130:16, 130:17,
130:24, 131:5,
131:10, 131:11,
131:15, 131:16,
131:17, 131:19,
131:21, 131:22,
132:1, 132:2, 132:3,
132:5, 132:6, 132:7,
132:8, 132:11,
132:12, 132:17,
132:19, 132:21,
132:24, 132:25,
133:1, 133:7,
133:17, 133:18,
133:19, 133:24,
134:1, 134:2, 134:5,
134:8, 134:14,
134:19, 134:20,
134:23, 134:24,
135:2, 135:3, 135:7,
135:11, 135:12,
135:15, 135:19,
135:22, 135:23,
136:1, 136:6,
136:18, 136:19,
136:24, 137:3,
137:7, 137:8,
137:10, 137:13,
137:20, 137:23,
137:24, 138:2,
138:7, 138:13,
138:14, 139:1,
139:3, 139:4,
139:10, 139:12,
139:17, 139:21,
139:25, 140:8,
140:9, 140:10,
140:11, 140:13,
140:16, 140:21,

140:25, 141:2,
141:5, 141:6, 141:7,
141:11, 141:12,
141:15, 141:16,
141:21, 141:23,
141:24, 142:1,
142:2, 142:4, 142:7,
142:9, 142:10,
142:11, 142:16,
142:20, 142:21,
142:22, 143:1,
143:4, 143:6,
143:11, 143:15,
143:17, 143:19,
143:25, 144:2,
144:5, 144:6, 144:7,
144:8, 144:13,
144:14, 144:17,
144:18, 144:22,
144:24, 145:2,
145:3, 145:8, 145:9,
145:11, 145:16,
145:17, 145:21,
146:3, 146:4, 146:6,
146:9, 146:13,
146:17, 146:19,
146:24, 147:1,
147:4, 147:13,
147:14, 147:16,
147:17, 147:18,
147:23, 147:24,
147:25, 148:8,
148:9, 148:12,
148:16, 148:19,
148:22, 148:24,
149:2, 149:5, 149:7,
149:8, 149:9,
149:10, 149:13,
149:14, 149:16,
149:20, 149:22,
149:23, 150:4,
150:7, 150:12,
150:15, 150:22,
150:23, 151:3,
151:6, 151:11,
151:13, 151:19,
151:21, 152:2,
152:4, 152:6, 152:8,
152:9, 152:10,
152:12, 152:13,
152:15, 152:19,
152:20, 152:22,
152:23, 152:25,
153:1, 153:3, 153:4,
153:5, 153:7,
153:12, 153:13,
153:16, 153:17,
153:18, 153:19,
153:22, 153:23,
153:25, 154:1,
154:2, 154:3, 154:7,

154:8, 154:12,
154:16, 154:17,
154:18, 154:20,
154:21, 154:23,
155:1, 155:4, 155:5,
155:7, 155:9,
155:10, 155:11,
155:14, 155:25,
156:8, 156:9,
156:12, 156:20,
156:22, 157:2,
157:4, 157:10,
157:11, 157:14,
157:16, 157:19,
158:2, 158:4, 158:7,
158:8, 158:9,
158:14, 158:15,
158:17, 158:19,
158:20, 159:3,
159:4, 159:5, 159:6,
159:7, 159:10,
159:11, 159:12,
159:13, 159:15,
159:17, 159:19,
159:20, 160:1,
160:3, 160:5, 160:7,
160:10, 160:13,
160:18, 160:21,
161:5, 161:9,
161:12, 161:14,
161:15, 161:20,
161:21, 161:25,
162:2, 162:3, 162:7,
162:9, 162:17,
162:18, 162:20,
162:23, 163:5,
163:6, 163:8,
163:18, 163:19,
163:20, 163:22,
163:24, 163:25,
164:2, 164:4, 164:8,
164:12, 164:18,
164:20, 164:21

**THEIR** [35] - 14:4,
15:25, 18:15, 18:16,
20:12, 20:13, 34:4,
34:5, 34:6, 42:16,
42:21, 51:14, 52:20,
53:15, 61:16, 63:15,
65:7, 67:16, 74:7,
83:3, 85:13, 86:10,
89:2, 102:14,
102:16, 103:19,
103:20, 103:21,
115:8, 117:5, 117:7,
121:9, 145:9, 146:4

**THEM** [31] - 9:3, 9:4,
9:17, 17:7, 20:17,
41:1, 44:12, 49:18,
49:20, 50:3, 50:5,
50:6, 51:15, 51:24,

53:5, 59:16, 59:20,
59:21, 60:3, 60:7,
81:25, 83:18, 84:1,
85:3, 89:2, 89:11,
138:10, 139:11,
151:1, 153:7, 153:16

**THEMSELVES** [3] -
63:24, 64:3, 104:23

**THEN** [107] - 5:15, 6:1,
6:13, 7:8, 11:8,
11:12, 14:5, 14:16,
19:3, 20:17, 27:11,
33:14, 34:11, 35:10,
36:16, 37:4, 37:13,
37:14, 37:17, 39:5,
52:16, 54:11, 61:12,
66:24, 67:4, 68:9,
74:17, 75:1, 76:8,
80:1, 81:12, 82:25,
84:9, 84:21, 85:3,
85:15, 86:2, 87:22,
88:16, 88:20, 89:3,
91:25, 93:16, 93:20,
94:3, 94:7, 94:10,
95:3, 95:21, 95:24,
96:4, 96:17, 96:22,
96:25, 98:19, 98:23,
99:4, 99:8, 101:14,
102:25, 103:19,
104:13, 104:23,
104:24, 104:25,
106:13, 117:9,
117:14, 121:8,
124:6, 124:16,
128:11, 132:4,
137:13, 140:15,
140:16, 142:14,
142:24, 144:13,
147:12, 148:5,
148:7, 148:19,
149:23, 149:24,
150:1, 150:13,
150:15, 150:20,
151:1, 151:6,
151:21, 151:25,
152:18, 154:23,
155:4, 155:20,
156:14, 157:1,
158:16, 159:3,
159:4, 161:12, 162:9

**THERE** [165] - 3:20,
6:13, 7:4, 7:5, 7:25,
8:3, 9:9, 11:1, 11:8,
11:9, 11:12, 11:13,
12:24, 15:14, 15:17,
17:11, 18:13, 18:14,
18:17, 19:11, 20:11,
21:21, 22:21, 24:2,
25:19, 25:20, 26:10,
26:11, 26:24, 26:25,
29:15, 29:18, 29:20,

30:3, 30:7, 30:8,
30:11, 30:13, 30:17,
30:20, 30:21, 31:9,
31:11, 31:21, 33:17,
34:18, 34:20, 35:6,
37:2, 37:8, 37:11,
41:12, 42:5, 54:6,
55:22, 56:11, 56:25,
57:8, 61:16, 62:9,
63:11, 64:9, 67:5,
67:9, 67:13, 67:18,
68:9, 68:14, 68:24,
69:4, 69:9, 69:11,
70:8, 72:16, 72:24,
73:19, 73:23, 74:24,
75:1, 76:9, 76:15,
77:3, 81:24, 82:17,
83:15, 84:9, 84:15,
89:5, 93:18, 95:16,
95:20, 96:20, 97:12,
98:5, 101:22,
102:10, 102:15,
103:11, 103:17,
105:21, 106:1,
107:21, 108:11,
108:17, 108:23,
109:4, 109:17,
113:17, 115:16,
115:19, 116:14,
116:15, 117:6,
118:9, 121:5,
123:20, 124:5,
124:15, 124:16,
130:14, 130:22,
131:25, 132:14,
132:18, 132:20,
134:18, 136:6,
138:5, 139:21,
140:2, 141:4, 142:5,
142:9, 142:14,
142:17, 142:18,
142:21, 143:5,
144:12, 145:2,
145:22, 145:23,
146:21, 147:6,
147:9, 147:20,
148:12, 148:25,
149:16, 152:6,
152:19, 155:9,
155:13, 155:17,
155:19, 157:5,
157:6, 159:23,
159:25, 163:17

**THERE'S** [2] - 161:19,
163:16

**THEREFORE** [1] -
18:11

**THESE** [41] - 8:6, 13:9,
14:5, 17:23, 22:7,
24:6, 24:13, 24:21,
25:15, 25:25, 26:5,

26:7, 26:11, 40:24,
40:25, 41:2, 42:18,
44:10, 44:15, 50:2,
51:11, 51:24, 63:19,
64:14, 66:18, 67:6,
67:17, 68:23, 72:6,
93:12, 94:19, 114:8,
130:9, 133:20,
134:6, 140:9,
140:24, 143:11,
148:25, 154:24,
160:11

**THEY** [104] - 3:15,
11:18, 12:8, 13:14,
14:3, 14:4, 16:14,
17:8, 17:9, 26:18,
26:19, 34:4, 34:7,
37:13, 37:14, 41:3,
41:4, 41:7, 41:11,
42:9, 42:17, 42:18,
42:21, 44:16, 49:19,
50:15, 53:22, 53:24,
53:25, 54:7, 54:8,
54:9, 54:11, 57:18,
57:20, 59:22, 60:4,
60:16, 60:17, 63:24,
64:2, 67:4, 68:11,
69:15, 72:20, 74:8,
74:10, 74:21, 75:3,
75:4, 75:12, 75:13,
83:23, 85:21, 88:10,
89:3, 89:4, 92:17,
94:14, 95:3, 95:4,
95:5, 95:22, 96:14,
111:10, 115:8,
115:11, 116:18,
121:3, 122:15,
129:9, 130:10,
130:12, 130:18,
134:24, 135:2,
135:4, 135:5,
135:11, 135:12,
135:13, 135:15,
136:22, 137:23,
138:8, 138:12,
138:14, 139:8,
139:13, 140:7,
140:10, 142:9,
144:1, 144:6,
145:13, 146:22,
153:6, 155:22

**THIN** [1] - 58:4

**THING** [17] - 6:20,
16:12, 31:3, 41:10,
47:21, 70:3, 72:18,
74:12, 126:1,
133:15, 140:8,
146:24, 147:16,
154:8, 158:11,
159:21, 161:15

**THINGS** [31] - 11:15,

12:25, 14:25, 21:15,
22:7, 32:7, 42:6,
42:18, 42:21, 44:15,
53:22, 57:13, 57:16,
57:22, 64:24, 68:7,
68:8, 74:11, 77:3,
97:14, 103:14,
110:3, 113:4,
140:14, 143:12,
147:19, 148:25,
152:12, 155:18,
157:11, 164:13

**THINK** [65] - 8:7, 9:18,
19:14, 24:17, 36:23,
44:22, 46:25, 48:19,
48:20, 48:22, 53:5,
54:25, 63:18, 63:22,
64:1, 67:21, 69:12,
74:16, 75:3, 82:10,
92:3, 94:17, 96:12,
112:9, 112:11,
112:21, 113:4,
122:22, 124:11,
127:15, 128:5,
128:8, 131:8,
131:14, 132:11,
136:14, 137:6,
145:16, 146:14,
146:18, 150:24,
152:5, 152:13,
152:18, 153:14,
155:18, 156:24,
157:2, 157:3, 157:8,
157:18, 157:25,
159:8, 159:10,
159:13, 159:25,
160:2, 160:4, 161:3,
161:15, 161:18,
162:13, 162:21,
163:2, 164:3

**THINKING** [11] -
10:13, 14:20, 32:12,
134:5, 136:18,
143:7, 150:18,
157:3, 159:19,
160:5, 160:18

**THIRD** [2] - 32:22,
40:3

**THIRDS** [1] - 114:23

**THIS** [346] - 3:16, 3:18,
7:12, 9:18, 13:9,
13:13, 13:21, 14:3,
14:6, 16:17, 16:22,
17:3, 17:9, 17:18,
17:24, 18:4, 18:19,
19:6, 20:12, 20:15,
20:16, 20:21, 20:24,
21:1, 21:12, 21:22,
22:2, 22:11, 22:14,
22:18, 22:19, 22:20,

22:23, 23:18, 24:4,
24:10, 24:18, 25:1,
25:5, 25:7, 25:9,
25:12, 26:22, 26:25,
27:12, 27:15, 27:17,
28:7, 28:10, 28:14,
28:19, 28:24, 29:1,
29:3, 29:5, 29:11,
29:18, 29:20, 29:23,
30:1, 30:12, 30:14,
31:17, 31:19, 31:21,
31:22, 32:2, 32:10,
32:19, 32:24, 33:6,
33:20, 33:25, 35:3,
35:4, 35:9, 35:16,
36:9, 36:10, 36:20,
36:21, 37:2, 37:6,
37:9, 37:22, 38:1,
38:2, 38:3, 38:7,
38:13, 38:23, 38:24,
39:4, 39:10, 39:13,
39:14, 39:15, 39:20,
39:21, 40:1, 40:2,
40:6, 40:10, 40:13,
40:14, 41:20, 44:3,
47:9, 47:14, 47:16,
47:22, 47:25, 48:9,
48:17, 51:20, 52:7,
52:9, 52:18, 52:19,
52:22, 52:25, 53:3,
53:6, 54:7, 55:15,
55:25, 56:5, 57:23,
58:1, 58:4, 59:10,
59:16, 59:23, 59:25,
60:2, 60:5, 60:24,
61:1, 61:10, 61:23,
61:24, 61:25, 62:1,
64:6, 64:10, 64:21,
65:10, 65:16, 65:24,
66:1, 66:5, 66:11,
66:21, 66:23, 67:6,
67:10, 67:23, 68:2,
68:21, 68:22, 69:24,
70:2, 70:3, 70:11,
70:24, 71:6, 71:11,
71:19, 71:25, 72:7,
72:11, 72:21, 75:16,
75:20, 76:24, 78:7,
78:9, 78:19, 79:1,
81:4, 81:10, 83:20,
85:7, 85:10, 85:11,
86:7, 86:8, 86:9,
86:12, 87:1, 87:12,
87:23, 88:22, 88:24,
88:25, 89:12, 89:15,
89:23, 89:25, 90:1,
90:5, 90:6, 90:18,
91:4, 91:15, 92:1,
92:6, 93:3, 93:6,
94:11, 94:17, 95:13,
95:16, 96:1, 96:5,

96:8, 96:10, 96:22,
96:24, 97:19, 97:20,
98:20, 98:24, 99:5,
99:9, 99:12, 99:14,
99:16, 99:21, 100:9,
101:25, 102:3,
102:7, 102:20,
103:16, 103:17,
103:23, 104:4,
104:6, 104:15,
104:20, 104:22,
105:19, 105:25,
106:7, 106:16,
106:20, 107:4,
107:11, 107:13,
107:15, 108:9,
108:12, 108:13,
108:19, 108:23,
108:25, 109:4,
109:17, 109:18,
110:20, 114:10,
115:7, 116:10,
116:18, 117:1,
117:17, 117:23,
119:3, 119:6,
119:15, 119:24,
120:2, 120:14,
120:15, 121:8,
121:20, 122:1,
122:6, 123:10,
123:24, 124:1,
124:3, 124:4, 125:7,
125:11, 125:20,
125:23, 127:15,
127:25, 128:9,
130:9, 131:13,
136:7, 137:14,
137:24, 138:12,
138:14, 138:25,
139:6, 139:22,
140:7, 141:13,
143:7, 146:11,
146:16, 147:4,
148:1, 148:16,
149:4, 153:17,
155:1, 156:6, 156:7,
156:21, 157:3,
157:15, 158:7,
158:9, 159:9,
159:21, 159:24,
160:1, 160:15,
160:18, 160:21,
160:23, 162:19,
162:21, 162:22,
163:2, 163:6, 163:7,
163:14, 163:16,
163:20, 164:13

**THIS.** [1] - 54:21

**THOSE** [74] - 8:1, 8:5,
9:17, 11:17, 12:9,
14:25, 16:6, 20:10,

25:14, 26:17, 32:7,
37:14, 41:15, 42:5,
42:20, 49:22, 50:1,
50:7, 51:23, 53:24,
57:13, 57:16, 57:21,
63:22, 66:16, 66:25,
72:25, 73:19, 74:22,
76:24, 79:4, 85:2,
89:11, 97:22,
101:20, 101:22,
105:7, 109:23,
110:2, 110:24,
111:20, 111:22,
114:22, 121:7,
123:19, 129:10,
132:24, 134:9,
139:2, 139:17,
141:1, 142:23,
143:19, 143:21,
144:1, 144:11,
145:12, 145:16,
147:8, 147:11,
147:21, 148:3,
148:6, 149:2, 150:9,
150:11, 151:10,
151:12, 152:2,
154:9, 155:6,
156:23, 158:23,
160:17

**THOUGH** [2] - 57:19,
109:25

**THOUGHT** [7] - 35:7,
60:15, 134:5,
134:11, 136:18,
139:4, 146:11

**THOUGHTS** [1] -
40:22

**THOUSANDS** [2] -
11:23, 12:3

**THREE** [16] - 37:15,
49:15, 59:23, 59:24,
69:14, 93:17, 98:1,
98:4, 98:7, 100:19,
104:22, 125:4,
139:4, 147:23,
154:11, 154:15

**THROUGH** [36] - 9:25,
11:3, 12:11, 15:7,
18:20, 24:17, 24:18,
30:20, 51:14, 67:12,
93:2, 93:14, 94:8,
94:9, 97:21, 99:6,
107:8, 107:9,
113:12, 122:15,
128:15, 132:22,
139:20, 140:5,
140:13, 142:11,
142:23, 142:24,
143:11, 146:20,
148:13, 153:16,

157:15, 161:24,
163:11

**THROUGHOUT** [8] -
20:6, 85:13, 89:8,
98:9, 98:12, 101:20,
106:5, 122:18

**THYROID** [1] - 54:4

**TIGHTNESS** [1] -
40:19

**TIME** [188] - 5:19, 5:22,
5:23, 7:2, 7:3, 12:19,
14:1, 19:4, 21:13,
21:18, 22:15, 23:14,
25:1, 25:7, 25:12,
27:10, 27:14, 28:3,
33:8, 34:5, 35:14,
37:22, 38:13, 38:23,
40:2, 40:14, 42:5,
44:25, 46:14, 48:17,
51:20, 55:1, 60:1,
63:1, 65:1, 65:16,
65:24, 68:8, 76:24,
78:7, 79:12, 83:12,
84:11, 84:13, 84:14,
84:15, 84:17, 84:24,
86:2, 86:3, 86:5,
88:14, 89:4, 89:8,
90:2, 92:21, 93:22,
93:23, 93:25, 94:1,
94:2, 94:3, 94:5,
94:6, 94:9, 94:13,
95:8, 95:9, 95:17,
95:21, 97:15, 97:16,
97:22, 98:10, 99:24,
100:6, 100:16,
101:19, 101:21,
102:4, 102:10,
102:11, 102:14,
102:15, 102:16,
102:20, 105:7,
107:14, 107:16,
107:19, 107:20,
107:22, 107:25,
108:2, 108:5, 108:8,
108:11, 108:16,
108:17, 108:22,
108:24, 109:3,
109:5, 113:2,
114:24, 116:23,
117:5, 117:7, 117:8,
117:12, 117:13,
117:15, 117:18,
117:19, 117:23,
117:25, 118:9,
118:10, 118:11,
118:13, 118:15,
118:22, 119:12,
121:3, 121:10,
124:19, 124:23,
124:24, 125:6,
125:8, 125:11,

125:12, 125:16,
125:22, 126:2,
126:14, 126:15,
126:23, 127:11,
130:16, 131:9,
131:11, 131:15,
132:4, 134:1, 134:2,
135:21, 139:15,
139:20, 140:1,
141:6, 141:17,
141:21, 141:23,
141:25, 142:1,
142:24, 143:3,
143:8, 143:16,
144:3, 144:12,
144:14, 144:16,
149:6, 149:20,
154:5, 154:16,
154:25, 155:15,
158:4, 160:2, 160:7

**TIME'S** [1] - 66:9

**TIMED** [2] - 95:1,
131:5

**TIMELINE** [2] - 141:3,
159:16

**TIMELINES** [1] -
159:12

**TIMELY** [1] - 34:8

**TIMES** [13] - 23:18,
40:13, 45:20, 45:23,
45:24, 50:20, 72:25,
83:14, 83:22, 99:2,
142:1, 143:25,
162:20

**TIMING** [22] - 21:24,
85:10, 85:13, 86:13,
87:1, 87:12, 87:23,
88:8, 88:16, 89:3,
93:1, 98:8, 102:1,
106:1, 106:2, 106:4,
107:12, 122:13,
125:22, 133:19,
146:19

**TIMOTHY** [5] - 4:6,
4:13, 4:17, 4:18,
165:3

**TINA** [4] - 32:20, 38:2,
39:21, 70:25

**TIREDNESS** [1] - 65:3

**TITLE** [1] - 16:4

**TMS** [1] - 7:9

**TO** [755] - 3:6, 3:9,
3:10, 3:15, 5:1, 5:8,
5:25, 6:11, 6:21,
7:15, 8:6, 9:18, 10:2,
10:12, 10:14, 11:2,
11:5, 11:7, 11:12,
11:13, 11:16, 11:19,
11:20, 12:1, 12:7,
12:9, 12:11, 12:13,

13:6, 13:23, 14:1,
14:4, 14:11, 14:12,
14:13, 14:23, 15:3,
15:15, 15:18, 15:20,
15:21, 16:14, 16:16,
16:17, 16:19, 17:1,
17:5, 17:6, 17:7,
17:8, 17:12, 17:25,
18:10, 18:21, 18:24,
18:25, 19:8, 19:12,
19:15, 20:20, 20:21,
20:24, 21:1, 21:5,
21:22, 22:9, 22:21,
22:18, 22:22, 22:25,
23:10, 23:11, 23:16,
23:17, 23:22, 24:2,
24:12, 24:13, 24:17,
24:18, 25:2, 25:3,
25:4, 25:5, 25:13,
25:14, 25:17, 25:18,
25:25, 26:8, 26:20,
26:21, 26:22, 26:24,
27:1, 27:3, 27:6,
27:11, 27:25, 28:3,
28:6, 28:19, 28:23,
29:8, 29:13, 29:14,
29:25, 30:12, 30:14,
30:19, 30:21, 30:22,
30:24, 30:25, 31:5,
31:13, 31:15, 31:25,
32:10, 32:11, 32:22,
33:3, 33:8, 33:10,
33:12, 33:20, 33:22,
33:25, 34:2, 34:7,
34:14, 34:16, 34:25,
35:12, 36:1, 36:3,
36:7, 36:16, 36:17,
36:19, 37:2, 37:8,
37:10, 37:11, 37:14,
37:18, 37:20, 38:3,
38:4, 38:9, 38:10,
39:1, 39:2, 39:10,
39:11, 39:19, 39:20,
40:3, 40:8, 40:9,
40:12, 40:18, 40:25,
41:8, 41:13, 41:20,
42:10, 42:16, 42:25,
43:1, 43:3, 43:5,
44:17, 44:19, 44:20,
44:25, 45:17, 46:7,
46:20, 47:8, 47:21,
47:24, 48:8, 48:18,
48:23, 49:5, 49:16,
49:21, 49:25, 50:5,
50:6, 50:7, 50:8,
50:9, 50:14, 50:15,
51:5, 52:7, 52:19,
52:20, 52:22, 52:24,
53:9, 53:10, 53:14,
53:17, 54:1, 54:4,
54:5, 54:10, 54:24,

55:10, 55:13, 56:5,
57:10, 57:21, 58:1,
58:3, 58:21, 59:4,
59:16, 59:22, 60:22,
62:15, 62:18, 62:23,
63:7, 63:19, 64:8,
64:11, 64:15, 64:24,
65:4, 65:6, 65:11,
65:17, 65:24, 66:12,
66:25, 67:9, 67:17,
68:8, 69:2, 69:9,
69:15, 69:25, 70:4,
70:10, 70:16, 70:17,
71:3, 71:7, 71:17,
72:3, 72:18, 72:23,
73:2, 73:7, 73:19,
73:24, 73:25, 74:14,
74:18, 74:24, 75:4,
75:7, 76:11, 77:25,
78:20, 79:8, 79:18,
79:19, 79:20, 79:21,
79:22, 81:10, 81:17,
81:18, 81:20, 82:11,
82:17, 82:23, 83:13,
83:15, 84:14, 85:1,
85:3, 85:20, 86:2,
86:18, 87:4, 87:11,
87:15, 88:1, 88:25,
89:6, 89:14, 89:16,
89:18, 90:10, 90:21,
91:7, 91:18, 92:9,
93:1, 93:2, 93:25,
95:14, 95:15, 95:18,
96:4, 96:6, 96:7,
96:11, 96:13, 96:17,
96:21, 96:24, 97:1,
97:2, 97:18, 97:20,
97:23, 98:2, 98:8,
98:19, 98:23, 99:4,
99:8, 99:15, 99:16,
99:17, 99:18, 99:20,
99:21, 99:24, 99:25,
100:6, 100:7,
100:14, 100:17,
100:19, 100:21,
100:23, 100:25,
101:6, 101:10,
101:14, 102:4,
102:5, 102:11,
102:13, 102:16,
102:17, 102:18,
102:20, 103:8,
103:18, 103:25,
104:6, 104:7, 104:9,
104:12, 104:13,
104:14, 104:17,
104:20, 104:22,
104:23, 104:24,
104:25, 105:3,
105:5, 105:7,
105:13, 105:21,

105:25, 106:6,
106:12, 106:14,
106:20, 107:1,
107:3, 107:7, 107:8,
108:3, 108:9,
108:16, 108:22,
109:3, 109:20,
109:21, 109:23,
110:1, 110:2, 110:3,
110:5, 111:1, 111:3,
111:5, 111:7, 111:8,
112:6, 112:10,
112:11, 112:21,
112:24, 112:25,
113:4, 113:11,
113:25, 114:9,
114:25, 115:4,
115:10, 115:12,
115:17, 116:6,
116:12, 116:22,
117:7, 117:15,
117:20, 118:21,
119:7, 119:16,
119:20, 120:15,
120:16, 120:20,
121:1, 121:2, 122:7,
122:23, 123:1,
123:11, 124:3,
124:8, 124:9,
124:14, 124:15,
124:22, 125:6,
125:14, 126:1,
126:2, 126:6, 126:7,
126:13, 126:14,
127:9, 127:10,
127:23, 128:11,
129:3, 129:5, 129:8,
129:25, 130:1,
130:8, 130:9,
130:10, 130:11,
130:14, 130:17,
130:24, 131:11,
131:22, 132:2,
132:7, 132:19,
133:1, 133:2, 133:9,
133:14, 133:20,
134:9, 134:22,
134:24, 135:3,
135:23, 136:7,
136:8, 136:10,
136:12, 136:14,
136:16, 136:18,
136:19, 136:20,
136:21, 136:23,
136:24, 137:4,
137:9, 137:10,
137:18, 138:5,
138:12, 138:20,
139:2, 139:5, 139:6,
139:20, 139:21,
139:23, 140:1,

140:3, 140:6, 140:9, 140:11, 140:14, 140:15, 140:19, 140:24, 140:25, 141:2, 141:3, 141:10, 141:21, 141:22, 141:23, 141:24, 142:15, 142:17, 142:24, 142:25, 143:1, 143:4, 143:5, 143:10, 143:13, 143:15, 143:17, 143:23, 144:3, 144:8, 144:12, 144:18, 144:23, 144:24, 145:13, 145:17, 145:19, 145:23, 146:5, 146:11, 146:12, 146:13, 146:17, 146:20, 146:21, 146:23, 146:25, 147:1, 147:5, 147:7, 147:14, 147:21, 147:24, 148:5, 148:15, 148:16, 148:17, 148:20, 148:22, 149:1, 149:4, 149:6, 149:7, 149:8, 149:10, 149:11, 149:12, 149:13, 150:5, 150:7, 150:23, 151:3, 151:7, 151:11, 151:12, 151:18, 151:24, 152:6, 152:7, 152:9, 152:15, 152:17, 152:18, 152:19, 152:20, 152:22, 152:23, 152:25, 153:1, 153:3, 153:7, 153:8, 153:11, 153:12, 153:13, 153:14, 153:18, 153:20, 153:22, 154:1, 154:3, 154:4, 154:6, 154:8, 154:9, 154:11, 154:13, 154:20, 154:21, 154:22, 154:24, 155:1, 155:5, 155:6, 155:7, 155:11, 155:16, 155:17, 155:18, 155:20, 155:23, 155:24, 156:1, 156:2, 156:4, 156:7, 156:11, 156:14, 156:15, 156:17, 156:18,

156:19, 156:22, 156:23, 157:1, 157:10, 157:11, 157:12, 157:13, 157:14, 157:19, 157:22, 157:25, 158:1, 158:4, 158:8, 158:9, 158:10, 158:19, 158:21, 159:4, 159:10, 159:11, 159:13, 159:20, 159:21, 159:25, 160:2, 160:5, 160:9, 160:11, 160:12, 160:13, 160:17, 160:18, 160:20, 161:2, 161:11, 161:13, 161:15, 161:20, 161:24, 162:8, 162:10, 162:23, 162:24, 163:3, 163:7, 163:9, 163:13, 163:20, 163:21, 163:22, 164:3, 164:4, 164:12

**TODAY** [15] - 3:16, 40:16, 44:11, 45:11, 45:18, 46:17, 73:16, 79:18, 120:16, 120:19, 122:8, 125:21, 146:19, 162:11, 164:14

**TODAY'S** [2] - 140:1

**TOGETHER** [6] - 7:1, 146:20, 147:17, 161:12, 163:12, 163:23

**TOLD** [5] - 21:24, 25:1, 140:24, 162:1, 162:19

**TONE** [1] - 150:23

**TOO** [6] - 113:5, 114:10, 116:24, 121:9, 143:16, 148:21

**TOOK** [4] - 89:9, 97:6, 104:21, 115:11

**TOOL** [4] - 13:12, 13:23, 14:7, 50:25

**TOOLS** [1] - 49:16

**TOP** [15] - 31:20, 36:1, 36:4, 36:19, 47:8, 49:15, 54:20, 55:4, 56:21, 85:10, 85:17, 85:19, 86:15, 128:12, 140:19

**TOPIC** [2] - 8:11, 143:22

**TOPICS** [2] - 112:19,

139:25

**TOTAL** [5] - 58:24, 94:8, 95:9, 105:2, 125:8

**TOTALITY** [1] - 105:19

**TOTALLY** [1] - 156:8

**TOUGH** [1] - 156:10

**TOWARD** [1] - 67:22

**TOWARDS** [9] - 69:1, 76:12, 97:9, 98:11, 99:3, 100:10, 101:23, 107:5, 122:21

**TRACK** [1] - 163:23

**TRACKED** [1] - 36:18

**TRACKS** [1] - 153:24

**TRAINED** [1] - 140:6

**TRAINING** [7] - 5:12, 6:18, 6:24, 110:18, 138:23, 140:23, 142:8

**TRAITS** [1] - 63:21

**TRANSCRANIAL** [1] - 6:4

**TRANSCRIPT** [17] - 1:22, 75:20, 84:5, 111:10, 130:23, 130:24, 147:2, 147:24, 148:16, 149:20, 159:4, 159:14, 159:16, 160:3, 160:6, 160:10, 164:21

**TRANSCRIPTION** [1] - 1:22

**TRANSCRIPTS** [5] - 44:2, 49:4, 84:3, 148:10, 148:24

**TRANSMIT** [1] - 147:14

**TRANSMITTERS** [1] - 75:14

**TRAUMATIC** [2] - 14:24, 15:1

**TREAT** [8] - 6:25, 7:7, 7:9, 8:12, 11:25, 12:6, 25:3, 54:4

**TREATING** [3] - 7:2, 12:6, 55:16

**TREATISE** [1] - 7:25

**TREATMENT** [8] - 6:4, 12:18, 20:7, 20:12, 20:17, 23:6, 24:8, 31:11

**TRIAL** [22] - 1:12, 3:17, 6:1, 6:11, 28:7, 130:9, 136:8, 144:24, 145:4, 146:12, 146:16, 147:2, 148:12,

151:5, 153:19, 159:16, 160:3, 162:18, 162:20, 163:7, 163:20

**TRIALS** [1] - 45:24

**TRICK** [2] - 103:13, 103:17

**TRICKY** [1] - 111:18

**TRIED** [2] - 15:15, 154:13

**TRUE** [43] - 7:12, 34:13, 46:5, 46:7, 47:22, 48:14, 49:7, 52:3, 52:5, 52:23, 55:8, 56:6, 56:11, 57:5, 60:12, 60:19, 60:20, 60:23, 61:7, 61:9, 61:12, 71:6, 71:11, 72:10, 72:19, 73:13, 73:23, 76:23, 78:3, 111:24, 115:6, 115:24, 116:9, 116:10, 117:4, 120:7, 120:10, 120:14, 120:22, 121:20, 121:24, 122:3, 122:6

**TRUST** [1] - 42:14

**TRY** [4] - 12:11, 44:17, 77:25, 140:25

**TRYING** [6] - 10:12, 24:13, 126:6, 152:9, 158:10, 160:20

**TULANE** [1] - 5:3

**TURN** [8] - 18:21, 20:24, 22:11, 27:11, 29:8, 39:20, 87:11, 103:20

**TUTORIAL** [14] - 84:10, 84:15, 84:24, 93:18, 117:9, 117:14, 117:18, 117:25, 144:3, 144:4, 144:7, 144:9, 144:12

**TWEAKS** [1] - 68:10

**TWICE** [3] - 56:20, 58:23, 129:3

**TWO** [35] - 21:21, 23:18, 24:12, 24:13, 24:21, 25:11, 25:15, 26:5, 26:7, 26:11, 37:15, 59:22, 69:22, 93:21, 97:14, 100:12, 100:14, 100:21, 100:25, 104:21, 114:23, 141:20, 149:13, 149:20, 150:3, 151:4, 151:22,

152:2, 152:7, 152:9, 152:21, 154:17, 156:18, 157:23, 157:25

**TYPE** [13] - 10:1, 11:25, 17:22, 18:4, 24:23, 41:22, 88:24, 93:16, 100:9, 102:8, 121:17, 158:11

**TYPES** [2] - 18:14, 68:10

**TYPICAL** [1] - 97:12

**TYPICALLY** [21] - 12:7, 13:8, 15:1, 16:10, 17:19, 18:19, 20:9, 40:21, 54:12, 54:15, 56:19, 59:21, 59:22, 61:15, 77:18, 82:14, 83:2, 83:8, 83:9, 83:22, 83:23

---

## U

**U.S** [2] - 65:13, 82:14

**UK** [4] - 5:1, 5:2, 7:2, 51:11

**ULTIMATELY** [3] - 20:17, 26:3, 42:11

**UNAVAILABLE** [1] - 156:17

**UNAVAILING** [1] - 107:8

**UNCOMMON** [2] - 37:19, 37:20

**UNDER** [26] - 10:9, 10:17, 17:10, 17:14, 29:15, 29:20, 33:19, 52:14, 56:1, 56:2, 63:4, 64:17, 83:11, 83:24, 84:2, 102:8, 102:9, 112:14, 114:8, 114:22, 115:11, 116:18, 128:20, 137:15, 157:7, 157:21

**UNDERNEATH** [1] - 62:4

**UNDERSTAND** [6] - 18:10, 20:21, 68:1, 68:4, 110:8

**UNDERSTANDING** [4] - 6:19, 82:20, 142:3, 142:6

**UNDERSTOOD** [3] - 47:18, 141:22, 146:2

**UNDOUBTED** [1] - 64:12

**UNFAIRLY** [1] - 133:22

**UNFORTUNATELY**

[1] - 74:1

**UNIT** [1] - 81:11
**UNITED** [3] - 1:1, 1:6, 114:1
**UNIVERSITY** [4] - 4:24, 5:4, 5:20, 63:2
**UNKNOWN** [1] - 121:19
**UNLESS** [3] - 58:9, 89:22, 144:22
**UNLIKE** [1] - 141:8
**UNLIKELY** [1] - 129:9
**UNQUOTE** [1] - 69:15
**UNRELATED** [2] - 127:9, 133:20
**UNSPECIFIED** [9] - 17:5, 17:9, 17:18, 17:19, 17:20, 17:23, 24:23, 25:9, 31:10
**UNTIL** [7] - 96:25, 97:6, 99:25, 100:7, 102:5, 158:6, 160:17
**UNUSED** [12] - 84:16, 94:1, 102:10, 107:16, 107:19, 107:22, 117:18, 117:25, 118:11, 118:12, 118:13, 118:15
**UNUSUAL** [6] - 37:9, 37:10, 37:21, 109:19, 132:12, 132:15
**UP** [100] - 7:11, 8:22, 16:16, 17:14, 17:23, 23:11, 28:8, 29:3, 29:9, 29:14, 31:16, 32:19, 36:1, 36:8, 36:19, 38:1, 38:4, 38:9, 38:24, 40:1, 46:14, 47:7, 52:6, 54:18, 54:24, 55:24, 56:2, 61:21, 62:1, 65:2, 65:24, 70:12, 71:17, 75:15, 76:12, 76:13, 83:13, 85:1, 85:4, 85:6, 85:17, 86:25, 87:22, 88:21, 90:1, 90:17, 91:3, 91:14, 91:25, 94:16, 96:4, 96:9, 98:3, 99:13, 100:2, 101:25, 104:3, 104:8, 107:11, 107:23, 108:13, 108:19, 108:25, 112:5, 113:9, 115:14, 116:25, 117:7, 118:24, 118:25, 119:1,

119:2, 119:23, 119:25, 123:14, 127:2, 127:3, 127:22, 128:8, 129:2, 132:2, 132:18, 133:2, 133:5, 133:10, 134:9, 137:21, 137:25, 140:16, 140:25, 142:9, 148:17, 149:13, 156:12, 160:24, 160:25, 162:5, 162:8
**UPBRINGING** [1] - 63:25
**UPDATE** [1] - 3:15
**UPON** [2] - 43:2, 124:11
**UPTAKE** [1] - 72:8
**US** [16] - 8:6, 24:10, 24:17, 32:11, 32:12, 32:17, 63:5, 121:21, 123:1, 135:23, 146:15, 147:14, 147:23, 159:4, 161:24, 164:14
**USE** [19] - 8:6, 15:2, 32:2, 46:5, 82:10, 85:13, 89:20, 94:2, 94:4, 102:16, 108:8, 108:15, 108:21, 109:2, 117:4, 117:7, 138:14, 147:24, 161:25
**USED** [9] - 24:6, 50:17, 50:25, 51:3, 113:24, 117:9, 118:9, 118:10, 138:22
**USEFUL** [3] - 73:4, 93:14, 151:18
**USES** [1] - 138:8
**USING** [4] - 52:21, 116:16, 131:21, 132:14
**USMLE** [30] - 27:25, 33:12, 34:11, 44:5, 44:21, 45:1, 81:2, 82:2, 82:3, 82:4, 83:11, 83:23, 89:6, 89:21, 96:15, 99:21, 110:23, 111:9, 111:11, 126:4, 126:16, 126:18, 126:19, 128:19, 131:6, 131:16, 134:14, 138:13, 139:25, 153:22
**USUALLY** [4] - 21:5, 37:15, 83:9, 158:14

**UWORLD** [1] - 138:7

**V**

**VAGUER** [1] - 25:24
**VALID** [4] - 50:1, 67:14, 81:19, 129:11
**VALIDATION** [1] - 60:13
**VALIDITY** [4] - 67:10, 67:13, 67:19, 69:10
**VALUE** [3] - 95:6, 108:4, 129:4
**VARIATION** [3] - 99:1, 100:16, 133:21
**VARIATIONS** [1] - 68:6
**VARIOUS** [2] - 18:14, 132:3
**VARY** [2] - 95:22, 95:25
**VARYING** [2] - 11:3, 107:19
**VERBAL** [1] - 158:22
**VERBALIZED** [1] - 33:21
**VERBALLY** [1] - 53:4
**VERIFICATION** [2] - 53:16, 126:17
**VERIFY** [3] - 53:24, 54:2, 54:13
**VERSA** [1] - 131:13
**VERSION** [2] - 13:21, 75:8
**VERSIONS** [1] - 11:9
**VERSUS** [4] - 1:5, 18:16, 18:17, 57:11
**VERUS** [1] - 106:11
**VERY** [31] - 12:10, 12:15, 12:21, 13:16, 15:7, 18:18, 20:10, 23:8, 29:9, 37:10, 37:21, 38:24, 38:25, 42:6, 49:19, 51:7, 57:19, 59:22, 60:1, 72:5, 72:13, 79:23, 86:15, 97:16, 131:3, 139:18, 148:25, 163:14
**VIA** [2] - 1:9, 51:13
**VICE** [2] - 81:2, 82:1
**VICE-PRESIDENT** [2] - 81:2, 82:1
**VIEW** [1] - 131:4
**VIGNETTE** [2] - 140:11, 140:14
**VIGNETTES** [1] - 107:9
**VIRGINIA** [4] - 5:9, 47:1, 47:2, 47:3

**VISE** [1] - 131:13
**VISE-VERSA** [1] - 131:13
**VISIT** [8] - 14:4, 22:12, 30:23, 31:17, 31:22, 39:16, 56:3, 59:19
**VOLUME** [1] - 46:11
**VOMITING** [1] - 31:3

**W**

**WAIST** [1] - 158:4
**WAIT** [3] - 110:3, 155:17, 160:17
**WAITING** [1] - 35:16
**WALK** [2] - 8:22, 93:2
**WALKS** [1] - 34:2
**WANT** [45] - 12:9, 15:20, 20:19, 24:17, 24:18, 26:24, 28:6, 32:22, 34:25, 47:24, 48:8, 58:3, 75:4, 79:20, 96:6, 96:13, 99:15, 99:20, 102:18, 103:18, 106:6, 114:9, 136:16, 146:17, 146:20, 146:21, 149:11, 152:16, 152:17, 152:20, 153:8, 153:11, 155:16, 156:22, 157:22, 157:25, 158:4, 158:19, 158:21, 159:11, 160:9, 161:12, 161:13, 162:3, 162:23
**WANTED** [9] - 36:3, 43:3, 93:2, 96:5, 96:14, 133:9, 136:10, 141:24, 143:23
**WANTING** [2] - 74:19, 128:11
**WANTS** [2] - 25:5, 112:25
**WAS** [126] - 5:21, 10:12, 10:13, 19:16, 21:25, 26:10, 27:10, 28:22, 30:16, 31:3, 35:13, 35:15, 37:2, 37:3, 37:4, 39:7, 46:25, 48:2, 48:5, 55:16, 55:20, 58:13, 68:22, 69:15, 69:16, 69:17, 69:24, 70:10, 72:5, 73:16, 73:17, 73:19, 76:2, 76:4, 76:10, 76:23, 78:20,

81:11, 82:11, 83:16, 85:20, 85:25, 86:4, 89:5, 94:22, 97:1, 97:5, 99:24, 99:25, 100:6, 100:8, 102:4, 102:6, 102:10, 102:17, 103:20, 104:20, 105:3, 105:9, 106:1, 107:8, 107:20, 112:14, 116:5, 116:6, 116:15, 116:17, 118:1, 119:16, 120:11, 121:14, 124:5, 124:12, 124:15, 124:16, 125:8, 125:11, 125:16, 128:8, 131:25, 132:2, 132:3, 132:11, 132:19, 132:20, 136:18, 136:21, 137:21, 137:22, 137:24, 138:3, 139:1, 139:2, 139:7, 139:18, 139:19, 139:21, 140:2, 140:3, 141:17, 142:1, 142:16, 142:21, 142:22, 143:1, 144:1, 144:14, 145:7, 146:3, 151:3, 156:19, 156:21, 159:19, 159:23, 161:11, 161:20, 162:1, 163:6, 163:7, 163:20
**WASHINGTON** [1] - 2:3
**WATCH** [1] - 78:25
**WAX** [1] - 61:14
**WAY** [30] - 1:15, 12:9, 15:17, 18:19, 36:16, 41:4, 57:11, 64:13, 74:25, 95:17, 103:13, 109:20, 110:2, 112:18, 115:12, 126:20, 136:3, 140:16, 140:25, 141:24, 142:14, 146:13, 146:17, 148:16, 148:20, 157:14, 162:7, 162:24, 163:20, 163:25
**WAYNE** [1] - 61:15
**WAYS** [3] - 63:24, 75:8, 136:7
**WE** [290] - 3:6, 3:9,

3:10, 3:19, 6:24,
7:21, 11:2, 11:7,
12:5, 12:6, 12:11,
12:15, 12:25, 13:6,
13:8, 14:23, 15:2,
18:19, 18:21, 18:23,
19:3, 19:18, 19:20,
20:9, 21:5, 22:4,
22:11, 24:14, 24:15,
24:17, 25:6, 25:7,
25:11, 25:13, 25:17,
25:18, 25:19, 26:15,
26:21, 27:4, 27:5,
27:11, 27:22, 28:7,
28:8, 28:11, 28:12,
28:23, 29:8, 29:12,
30:11, 30:14, 30:22,
30:25, 31:7, 31:15,
31:23, 32:2, 32:20,
32:21, 32:24, 33:4,
34:16, 34:17, 34:24,
35:4, 35:7, 35:17,
35:25, 36:4, 37:7,
38:1, 38:3, 40:3,
40:8, 40:14, 40:16,
42:8, 42:14, 42:24,
43:4, 44:11, 45:13,
47:7, 48:22, 51:12,
52:6, 53:2, 53:6,
54:18, 54:19, 54:23,
55:3, 55:24, 56:8,
56:22, 57:1, 58:10,
59:21, 63:18, 64:13,
64:15, 66:12, 67:12,
67:20, 67:21, 70:1,
70:11, 70:12, 70:16,
70:21, 70:25, 71:16,
71:17, 71:22, 74:18,
75:15, 76:2, 76:5,
76:11, 77:4, 77:16,
77:25, 79:17, 79:23,
79:25, 80:1, 83:18,
83:20, 85:2, 85:3,
85:4, 85:7, 85:8,
86:3, 86:6, 86:9,
86:18, 87:4, 87:11,
87:15, 87:22, 88:9,
88:21, 88:22, 89:8,
89:20, 89:23, 90:17,
91:3, 91:14, 91:25,
93:3, 93:18, 94:16,
94:17, 95:11, 95:16,
96:4, 96:9, 96:12,
96:15, 96:17, 96:18,
97:19, 98:3, 98:4,
98:5, 98:15, 98:19,
98:20, 98:23, 98:25,
99:1, 99:4, 99:5,
99:8, 99:9, 99:12,
99:14, 99:17, 99:18,
100:2, 100:23,

100:25, 101:2,
101:4, 101:6,
101:10, 101:14,
101:25, 102:8,
102:21, 104:3,
104:8, 104:9,
104:14, 104:24,
105:1, 105:13,
106:6, 106:10,
106:11, 106:14,
106:21, 107:1,
107:3, 107:5,
107:11, 107:17,
107:23, 108:7,
108:13, 108:19,
108:25, 112:5,
113:2, 113:19,
115:14, 115:21,
115:22, 116:25,
118:5, 118:6, 118:7,
118:8, 118:24,
119:6, 119:12,
119:13, 119:23,
120:5, 120:6,
121:21, 121:23,
122:23, 127:2,
127:3, 127:22,
128:8, 128:10,
132:1, 132:6,
133:14, 138:22,
140:6, 140:17,
140:18, 145:2,
145:9, 146:13,
146:16, 146:21,
147:2, 147:3,
147:19, 147:22,
147:23, 147:24,
149:4, 149:23,
150:9, 155:2,
157:14, 160:23,
160:25, 161:9,
161:11, 161:18,
162:1, 162:5, 163:1,
163:4, 163:5,
164:12, 164:13
**WEATHER** [1] - 158:5
**WEBSITE** [5] - 47:10,
73:2, 113:10, 141:7,
144:6
**WEEK** [6] - 14:16,
37:18, 59:15, 79:2,
115:7, 116:13
**WEEKENDS** [1] -
33:22
**WEEKLY** [2] - 7:5,
46:12
**WEEKS** [4] - 14:19,
149:20, 160:24,
160:25
**WEIGH** [1] - 157:11

**WELCOME** [2] -
110:15, 137:9
**WELL** [63] - 3:25,
7:25, 10:8, 10:25,
11:23, 19:2, 20:3,
24:23, 27:17, 33:15,
35:8, 38:17, 38:21,
38:22, 39:18, 41:14,
41:15, 41:18, 41:24,
44:13, 45:12, 46:9,
49:18, 50:7, 51:7,
51:10, 60:15, 61:10,
67:11, 68:15, 68:18,
73:11, 74:24, 75:2,
89:17, 94:10, 94:17,
98:18, 101:24,
103:23, 110:1,
110:14, 111:6,
132:12, 132:14,
136:6, 137:13,
138:25, 139:6,
141:12, 142:4,
145:11, 148:9,
148:14, 150:8,
150:10, 151:20,
153:24, 154:22,
156:11, 157:3,
159:10, 164:18
**WELL-BEING** [1] -
75:2
**WELL-RECOGNIZED**
[1] - 7:25
**WENT** [3] - 5:1,
104:17, 119:12
**WERE** [37] - 3:15,
19:23, 27:18, 35:8,
39:9, 44:3, 44:11,
44:12, 46:19, 49:5,
54:7, 64:5, 66:18,
69:21, 69:23, 70:2,
71:13, 104:21,
105:5, 105:18,
121:23, 123:2,
129:3, 132:5,
132:11, 132:14,
132:19, 132:24,
134:5, 135:13,
136:12, 136:17,
142:5, 142:17,
142:22
**WEST** [3] - 5:9, 47:2,
47:3
**WHAT** [146] - 3:19,
4:23, 6:6, 8:9, 10:23,
12:14, 13:7, 13:20,
15:24, 16:1, 17:12,
17:17, 18:23, 18:24,
19:7, 19:8, 19:18,
20:17, 21:8, 21:22,
21:24, 23:3, 24:2,

24:3, 27:8, 27:15,
29:16, 31:19, 32:21,
33:6, 33:24, 34:9,
34:20, 35:3, 36:9,
36:20, 36:21, 37:1,
37:7, 37:21, 38:11,
39:4, 39:14, 39:15,
40:10, 48:23, 49:15,
51:5, 53:5, 53:22,
55:5, 55:22, 56:10,
56:14, 56:21, 58:10,
58:13, 61:25, 66:14,
66:18, 68:13, 74:14,
75:5, 76:15, 77:14,
79:8, 81:1, 81:14,
81:20, 81:21, 85:1,
85:7, 85:9, 85:17,
85:19, 86:7, 90:1,
93:12, 94:19, 98:20,
98:25, 99:5, 99:9,
100:21, 100:24,
101:4, 101:8,
101:12, 101:16,
101:17, 102:8,
105:9, 107:20,
117:19, 122:23,
123:10, 123:19,
124:19, 125:11,
125:16, 125:24,
126:7, 131:16,
132:5, 132:19,
133:15, 133:20,
134:17, 137:22,
137:23, 138:17,
138:22, 138:24,
139:19, 140:10,
140:14, 142:6,
142:16, 143:8,
144:4, 144:8, 146:5,
146:10, 148:11,
149:12, 150:18,
150:21, 150:24,
151:19, 152:1,
153:11, 153:12,
153:14, 156:2,
156:3, 157:20,
159:7, 159:12,
159:15, 161:11,
162:1, 162:5,
162:13, 163:9
**WHATEVER** [3] -
69:16, 151:14,
158:24
**WHEELHOUSE** [1] -
25:5
**WHEN** [63] - 8:8, 12:5,
12:7, 12:17, 14:19,
17:19, 18:22, 19:25,
33:22, 34:10, 37:16,
38:19, 41:21, 41:25,
42:8, 42:24, 44:10,

44:14, 46:19, 49:16,
50:8, 53:4, 55:20,
64:5, 69:2, 70:6,
74:12, 82:12, 82:21,
82:25, 83:7, 85:25,
86:4, 93:22, 93:24,
97:6, 97:15, 100:3,
106:10, 111:9,
114:2, 121:9,
124:22, 127:5,
127:8, 130:22,
138:2, 138:23,
140:4, 140:8,
140:13, 140:15,
140:18, 141:2,
141:17, 142:22,
142:23, 147:24,
151:11, 154:4,
160:4, 160:6, 163:15
**WHENEVER** [1] - 9:8
**WHERE** [52] - 5:18,
6:2, 6:8, 7:8, 11:4,
11:10, 14:3, 16:20,
20:11, 38:4, 48:9,
51:10, 51:17, 52:12,
57:2, 62:8, 63:4,
66:6, 67:2, 69:3,
69:20, 70:17, 70:21,
70:24, 71:2, 71:23,
73:17, 83:25, 85:21,
97:12, 97:18,
101:21, 102:15,
103:11, 104:10,
107:7, 113:19,
114:7, 114:25,
123:16, 124:5,
125:3, 130:15,
130:22, 136:21,
141:9, 145:21,
156:17, 156:18,
157:2, 158:15,
160:15
**WHEREAS** [1] - 14:18
**WHETHER** [13] - 11:6,
20:21, 24:25, 42:2,
53:3, 64:25, 116:15,
122:14, 122:16,
147:20, 154:18,
157:6, 158:20
**WHICH** [56] - 5:16,
6:14, 8:3, 11:2, 11:9,
15:14, 17:10, 17:19,
19:3, 19:20, 21:4,
21:18, 23:19, 24:23,
27:22, 31:23, 32:1,
33:11, 34:13, 36:18,
51:12, 58:22, 66:21,
70:8, 75:7, 81:23,
83:4, 83:24, 86:2,
86:3, 89:8, 93:18,

93:20, 94:24, 105:5, 110:2, 111:10, 121:19, 121:22, 121:25, 122:4, 131:17, 132:2, 133:20, 138:7, 139:16, 141:7, 144:5, 144:9, 145:8, 149:9, 152:11, 155:6, 155:7, 156:24
**WHILE** [5] - 19:8, 38:18, 63:17, 95:16, 146:12
**WHITE** [4] - 29:11, 30:1, 30:15, 43:13
**WHO** [23] - 8:12, 9:19, 15:24, 18:14, 34:4, 37:12, 50:15, 50:23, 53:25, 57:24, 58:18, 59:12, 60:23, 74:22, 81:16, 83:22, 103:18, 109:17, 126:14, 129:25, 131:10, 163:17
**WHOLE** [11] - 20:21, 24:18, 26:10, 33:13, 37:24, 61:16, 93:4, 130:9, 133:14, 163:11
**WHOLENESS** [2] - 55:16, 55:17
**WHOLLY** [1] - 67:16
**WHOSE** [1] - 163:12
**WHOSE'S** [1] - 86:7
**WHY** [21] - 3:9, 12:5, 13:22, 17:7, 50:5, 63:11, 74:14, 74:21, 79:17, 79:25, 83:15, 97:11, 103:21, 131:3, 131:5, 139:17, 140:17, 140:24, 144:10, 152:21, 155:10
**WIFE** [1] - 113:11
**WIFE'S** [1] - 68:23
**WILL** [120] - 3:9, 3:10, 3:16, 3:19, 7:11, 10:20, 12:11, 13:13, 16:17, 20:5, 24:13, 25:11, 27:11, 28:8, 28:23, 29:8, 29:12, 31:15, 31:16, 32:19, 32:21, 32:22, 35:17, 37:14, 40:1, 48:12, 49:18, 49:20, 49:22, 49:23, 49:25, 50:3, 56:19, 56:23, 58:10, 69:1, 70:1, 70:3, 79:6, 79:22, 80:1, 80:2, 85:3, 88:21,

89:5, 89:11, 89:13, 93:17, 94:24, 95:6, 96:17, 99:13, 102:21, 104:15, 104:24, 108:4, 112:12, 117:13, 124:21, 133:3, 135:15, 136:17, 137:5, 137:6, 137:15, 138:4, 138:16, 138:17, 139:13, 140:5, 140:6, 142:8, 142:12, 143:16, 145:18, 145:23, 146:14, 146:19, 147:4, 147:12, 147:22, 147:24, 148:1, 148:22, 149:1, 149:16, 150:24, 151:5, 151:6, 151:9, 151:12, 151:13, 151:14, 151:20, 151:24, 152:1, 152:12, 152:15, 153:2, 153:15, 153:16, 154:5, 156:3, 156:7, 156:8, 156:10, 156:13, 160:22, 161:10, 161:17, 162:11, 163:1, 163:4, 163:10, 163:11, 164:12, 164:13
**WILLING** [2] - 136:19, 136:22
**WISHES** [1] - 110:3
**WITH** [159] - 4:25, 5:12, 7:9, 7:22, 8:15, 9:1, 9:13, 9:16, 9:25, 12:4, 12:8, 12:23, 14:9, 18:13, 20:8, 21:20, 24:22, 25:12, 25:16, 26:6, 27:4, 27:13, 29:23, 31:17, 31:22, 32:25, 33:10, 33:15, 33:20, 34:4, 34:13, 35:4, 38:7, 39:17, 40:3, 40:5, 40:18, 41:12, 42:17, 47:4, 47:9, 47:14, 47:15, 47:19, 49:5, 49:17, 51:1, 51:2, 51:11, 52:7, 53:13, 53:15, 57:10, 59:10, 59:19, 59:20, 59:23, 60:1, 60:7, 61:8, 61:11, 62:19, 62:21, 65:6, 65:8, 65:10, 68:10, 69:17, 71:4,

73:13, 73:17, 75:24, 78:2, 79:20, 81:6, 82:3, 82:4, 82:7, 82:8, 82:18, 83:18, 83:19, 83:21, 84:19, 84:24, 85:10, 89:6, 89:21, 89:22, 90:5, 92:16, 93:13, 94:15, 97:8, 97:24, 98:9, 98:15, 98:17, 98:20, 98:21, 98:24, 98:25, 99:1, 99:5, 99:21, 100:5, 100:9, 100:13, 100:20, 100:21, 100:24, 100:25, 101:3, 101:7, 101:11, 101:16, 102:8, 102:11, 104:18, 105:5, 105:18, 105:23, 110:9, 110:20, 110:22, 111:2, 111:16, 113:25, 114:5, 124:17, 128:14, 128:16, 128:20, 129:5, 130:24, 131:1, 131:21, 132:7, 133:3, 133:16, 137:9, 137:23, 138:14, 138:24, 140:23, 141:21, 143:9, 147:1, 148:17, 149:17, 151:1, 151:11, 155:21, 156:12, 161:18, 162:4, 163:3, 163:15
**WITHDRAW/ FAILING** [2] - 76:18, 76:19
**WITHIN** [15] - 37:15, 37:19, 55:10, 60:3, 77:1, 93:25, 94:4, 95:4, 95:15, 95:20, 113:1, 114:23, 115:7, 116:12, 131:8
**WITHOUT** [15] - 13:2, 25:10, 53:15, 74:3, 74:4, 74:6, 74:15, 74:16, 76:24, 77:12, 116:15, 144:15, 146:6, 161:24
**WITNESS** [34] - 4:3, 4:8, 4:10, 4:13, 4:17, 53:19, 53:21, 58:9, 58:11, 58:13, 78:10, 79:13, 79:15, 79:16, 79:21, 80:1, 80:11, 80:13, 80:16, 80:20,

103:7, 109:15, 109:17, 110:7, 112:22, 116:3, 121:17, 122:12, 123:7, 123:9, 135:22, 136:10, 146:6, 165:2
**WITNESSES** [3] - 112:23, 145:8, 146:4
**WON'T** [4] - 116:24, 119:13, 135:4, 143:15
**WORD** [3] - 10:25, 54:9, 126:18
**WORDS** [4] - 132:14, 135:7, 151:4, 151:7
**WORK** [23] - 5:23, 8:11, 9:5, 9:25, 34:6, 54:5, 64:25, 82:1, 82:5, 95:24, 140:16, 146:14, 147:17, 148:22, 156:13, 158:5, 159:13, 160:13, 163:3, 163:20, 163:22, 164:1, 164:4
**WORKED** [5] - 81:6, 81:7, 81:10, 103:21, 103:22
**WORKER'S** [1] - 46:8
**WORKING** [3] - 55:8, 153:17, 163:15
**WORKS** [4] - 68:4, 75:9, 112:18, 160:15
**WORLD** [2] - 46:9, 46:10
**WORRIED** [1] - 145:25
**WORRY** [4] - 62:12, 62:15, 62:23, 77:16
**WORRYING** [3] - 64:23, 64:25, 65:5
**WORSE** [1] - 39:9
**WORST** [1] - 163:18
**WORTH** [1] - 160:11
**WOULD** [139] - 4:9, 10:14, 16:13, 19:5, 21:12, 21:18, 21:22, 34:9, 39:1, 45:17, 46:1, 46:6, 46:9, 47:21, 48:7, 48:18, 49:3, 50:5, 52:18, 52:19, 52:24, 54:12, 54:15, 55:7, 55:9, 57:23, 58:18, 58:20, 59:15, 60:1, 60:3, 60:6, 60:9, 60:13, 60:25, 61:10, 63:18, 65:17, 65:24, 72:18, 73:7, 73:21, 76:25, 77:11, 78:3, 79:18,

79:23, 80:12, 81:15, 84:4, 84:16, 85:1, 85:13, 86:9, 89:20, 93:14, 96:11, 96:25, 97:2, 97:13, 97:16, 97:17, 102:8, 104:6, 109:25, 110:1, 111:1, 112:15, 114:22, 115:8, 115:12, 115:17, 115:24, 116:11, 116:17, 117:17, 119:15, 120:22, 121:4, 121:25, 124:8, 124:11, 124:14, 125:22, 126:1, 126:15, 126:20, 126:24, 127:4, 129:3, 129:9, 129:11, 129:24, 131:7, 131:14, 131:15, 134:21, 134:24, 136:11, 136:19, 136:22, 136:23, 136:24, 137:1, 137:18, 137:25, 139:8, 139:11, 140:7, 142:25, 143:2, 143:8, 143:9, 143:10, 143:12, 143:13, 144:15, 144:19, 145:19, 146:5, 149:10, 149:14, 150:3, 152:8, 152:11, 153:9, 157:8, 157:23, 158:1, 158:5, 159:5, 161:3, 161:14, 161:21, 162:5
**WOULDN'T** [4] - 53:13, 74:7, 122:25, 124:3
**WRITE** [1] - 37:13
**WRITES** [1] - 96:23
**WRITING** [6] - 59:25, 145:19, 145:24, 148:1, 148:24, 162:8
**WRITTEN** [1] - 19:19
**WRONG** [2] - 162:4, 162:9
**WROTE** [2] - 36:12, 132:1

---

# X

**XR** [1] - 56:16

# Y

**YEAR** [8] - 5:16, 8:5, 49:9, 81:5, 82:15, 82:18, 83:3, 83:10

**YEARS** [11] - 5:22, 9:24, 12:16, 45:23, 47:17, 60:5, 60:24, 74:18, 81:7, 82:6, 162:17

**YELLOW** [1] - 148:18

**YES** [218] - 5:8, 5:12, 8:2, 8:14, 8:20, 8:22, 9:3, 9:8, 9:16, 10:4, 12:3, 12:24, 13:12, 18:3, 19:18, 23:2, 30:25, 31:9, 43:9, 43:12, 43:14, 43:16, 44:4, 44:6, 44:14, 45:7, 45:19, 46:4, 46:9, 46:24, 47:2, 47:3, 47:6, 48:16, 49:13, 50:18, 52:13, 52:17, 53:9, 55:12, 55:21, 56:3, 56:7, 56:10, 56:13, 57:4, 57:16, 58:22, 59:3, 59:7, 59:14, 59:17, 60:11, 61:6, 61:14, 61:20, 61:24, 63:3, 64:19, 66:8, 66:11, 66:13, 66:17, 67:22, 67:25, 68:5, 68:13, 69:5, 69:11, 70:8, 70:17, 71:5, 71:10, 71:21, 72:13, 72:25, 73:6, 73:10, 73:15, 73:19, 73:22, 74:1, 75:25, 76:1, 76:5, 76:14, 76:21, 77:7, 77:10, 77:13, 77:21, 80:7, 81:10, 82:4, 82:8, 83:13, 84:4, 84:14, 85:11, 86:15, 87:3, 87:14, 87:25, 88:13, 88:15, 88:19, 89:13, 90:9, 90:20, 91:6, 91:17, 92:8, 92:20, 92:22, 92:25, 93:14, 98:17, 98:22, 99:1, 99:7, 99:11, 100:15, 100:22, 101:1, 101:5, 101:9, 101:13, 101:19, 102:16, 106:4, 106:13, 107:16, 108:2, 109:11, 110:7, 110:18, 110:23, 111:2, 111:10, 111:17,

111:19, 112:13, 113:16, 113:18, 114:13, 115:11, 115:18, 115:20, 116:7, 116:17, 117:3, 117:6, 118:7, 118:12, 118:14, 118:17, 118:20, 118:23, 118:25, 119:2, 119:5, 119:10, 119:18, 119:21, 119:24, 120:4, 120:6, 120:9, 120:13, 120:18, 120:25, 121:23, 122:2, 122:5, 123:13, 123:18, 123:23, 123:25, 124:2, 125:2, 125:5, 125:10, 125:25, 126:11, 126:22, 127:1, 130:14, 132:10, 134:2, 134:10, 134:16, 135:9, 135:25, 137:1, 137:12, 137:17, 141:16, 141:17, 142:7, 142:20, 143:24, 145:5, 145:6, 146:8, 154:25, 155:8, 159:1, 161:7, 162:2, 162:7

**YET** [1] - 147:10

**YIN** [4] - 31:18, 31:22, 31:25, 32:9

**YOU** [719] - 3:22, 4:3, 4:4, 4:9, 4:12, 4:15, 5:7, 5:11, 5:18, 6:25, 7:22, 8:9, 8:10, 8:12, 8:15, 8:19, 8:21, 8:25, 9:5, 9:13, 9:18, 9:25, 10:11, 10:12, 10:14, 11:5, 11:10, 11:15, 11:23, 13:14, 13:23, 14:1, 14:18, 14:19, 14:23, 15:25, 16:17, 16:20, 16:22, 17:7, 17:14, 17:16, 17:19, 17:20, 17:21, 17:22, 18:1, 18:4, 18:12, 18:23, 18:24, 19:16, 19:23, 19:25, 20:1, 20:3, 20:4, 20:5, 21:1, 21:25, 22:25, 23:3, 23:10, 23:16, 23:24, 24:13, 24:17, 26:8, 26:10, 27:8, 27:16, 28:9, 28:14, 29:10, 29:13, 29:19, 30:18, 30:20,

31:24, 32:3, 32:14, 33:7, 33:20, 33:24, 34:2, 34:9, 34:17, 34:23, 34:25, 35:3, 35:20, 35:23, 36:15, 36:17, 36:22, 37:21, 37:24, 38:12, 39:5, 39:13, 40:11, 41:5, 41:20, 41:21, 41:22, 42:12, 42:25, 43:1, 43:2, 43:6, 43:7, 43:17, 43:20, 43:23, 44:2, 44:5, 44:7, 44:10, 44:12, 45:6, 45:8, 45:11, 45:12, 45:17, 45:18, 45:20, 46:1, 46:5, 46:6, 46:7, 46:15, 46:17, 46:19, 46:22, 46:25, 47:4, 47:9, 47:18, 47:21, 48:9, 48:12, 49:3, 49:5, 49:8, 49:11, 49:16, 49:22, 49:23, 50:2, 50:3, 50:5, 50:14, 50:17, 50:21, 50:25, 51:19, 51:23, 52:7, 52:9, 52:12, 52:14, 52:17, 53:4, 53:9, 53:20, 54:20, 55:4, 55:8, 55:9, 55:13, 55:22, 56:1, 56:4, 56:24, 57:2, 57:6, 57:21, 57:23, 58:18, 59:4, 59:8, 59:9, 59:10, 59:16, 59:18, 59:19, 59:25, 60:1, 60:4, 60:6, 60:9, 60:21, 61:3, 61:10, 61:21, 61:23, 62:3, 62:4, 62:7, 62:8, 62:17, 62:18, 62:20, 62:25, 63:1, 63:4, 63:5, 63:11, 63:22, 64:4, 64:5, 64:17, 64:20, 65:15, 65:23, 65:25, 66:1, 66:4, 66:6, 66:9, 66:14, 66:16, 66:18, 66:19, 66:20, 66:25, 67:7, 67:9, 67:20, 67:23, 68:1, 68:4, 68:7, 68:8, 68:13, 68:16, 68:24, 69:2, 69:3, 69:6, 69:9, 70:2, 70:5, 70:11, 70:13, 70:17, 70:20, 70:21, 70:24, 71:2, 71:11, 71:13, 71:16, 71:17, 71:19, 71:22, 71:25, 72:2, 72:11, 72:14, 72:18,

72:22, 72:23, 73:3, 73:7, 73:10, 73:20, 74:7, 74:14, 74:25, 75:16, 75:23, 76:2, 76:3, 76:6, 76:8, 76:9, 76:12, 76:17, 76:20, 76:22, 77:5, 77:8, 77:24, 78:1, 78:22, 78:25, 79:11, 79:12, 79:13, 79:15, 79:20, 79:21, 80:3, 80:6, 80:7, 80:9, 80:12, 80:14, 80:18, 81:4, 81:6, 81:8, 82:2, 82:6, 82:10, 82:12, 84:12, 85:18, 85:23, 86:15, 88:23, 89:10, 89:11, 89:14, 89:15, 89:18, 89:20, 93:3, 93:5, 93:11, 93:17, 94:18, 94:24, 95:25, 96:6, 96:18, 97:4, 97:13, 97:17, 97:21, 98:2, 98:3, 98:4, 99:16, 100:3, 100:15, 100:19, 100:21, 101:8, 101:12, 101:16, 102:18, 102:19, 102:24, 102:25, 103:3, 103:6, 103:8, 103:25, 104:1, 104:6, 104:11, 105:11, 105:13, 105:25, 106:9, 106:22, 108:3, 108:4, 109:6, 109:13, 109:14, 109:17, 109:21, 109:24, 109:25, 110:1, 110:3, 110:6, 110:7, 110:13, 110:14, 110:16, 110:19, 110:20, 111:12, 111:13, 111:16, 111:20, 112:5, 112:9, 112:11, 112:12, 112:19, 112:21, 112:22, 113:7, 113:9, 113:12, 113:14, 113:17, 113:22, 114:6, 114:7, 114:8, 114:11, 114:12, 114:17, 114:19, 114:25, 115:1, 115:2, 115:3, 115:13, 115:15, 115:16, 115:17, 115:18, 115:23,

116:2, 117:1, 117:8, 117:22, 118:1, 118:4, 118:8, 118:9, 118:15, 118:18, 118:25, 119:3, 119:15, 119:22, 120:2, 120:6, 120:16, 120:19, 120:20, 121:15, 122:11, 122:12, 122:24, 123:6, 123:9, 123:10, 123:11, 123:14, 123:16, 123:19, 124:9, 124:20, 124:22, 125:3, 125:9, 125:14, 125:19, 125:20, 125:21, 125:23, 125:24, 126:2, 126:5, 126:9, 126:18, 127:19, 127:25, 128:13, 128:19, 129:17, 130:6, 130:10, 130:19, 131:20, 131:21, 131:22, 132:9, 132:11, 132:12, 132:14, 132:17, 133:3, 133:13, 134:5, 134:8, 134:11, 134:17, 135:8, 135:20, 135:21, 135:22, 136:2, 136:4, 136:8, 136:9, 136:10, 136:12, 136:14, 136:17, 136:19, 136:22, 136:23, 136:24, 137:4, 137:5, 137:8, 137:10, 137:11, 137:13, 137:14, 137:15, 137:18, 138:15, 138:16, 138:17, 138:23, 139:1, 139:2, 139:8, 139:13, 139:17, 139:18, 140:7, 140:8, 140:10, 140:11, 140:12, 140:13, 140:14, 140:15, 140:19, 140:20, 141:4, 141:6, 141:8, 141:9, 141:14, 141:23, 141:24, 141:25, 142:8, 142:9, 142:13, 142:14, 142:19, 143:4, 143:5, 143:8, 143:9,

143:21, 143:23,
144:3, 144:5, 144:6,
144:7, 144:8,
144:10, 144:18,
144:19, 144:21,
144:22, 145:18,
145:23, 146:14,
146:16, 146:17,
146:19, 146:23,
146:25, 147:5,
147:16, 147:21,
148:2, 148:3, 148:5,
148:13, 148:17,
148:22, 149:1,
149:19, 149:21,
149:22, 150:18,
150:19, 150:21,
150:22, 150:23,
151:5, 151:12,
151:13, 151:14,
151:18, 151:19,
151:24, 152:12,
152:13, 152:16,
153:8, 153:11,
153:12, 153:13,
153:15, 154:13,
154:21, 155:6,
155:18, 155:22,
155:24, 155:25,
156:2, 156:3, 156:7,
156:8, 156:11,
156:15, 156:23,
157:9, 157:10,
157:11, 158:1,
158:10, 158:16,
158:19, 158:21,
158:24, 159:3,
159:4, 159:7,
159:11, 159:15,
159:21, 159:22,
160:2, 160:4, 160:6,
160:9, 160:11,
160:12, 160:19,
161:1, 161:2,
161:10, 161:12,
161:13, 161:21,
161:23, 161:25,
162:1, 162:4, 162:5,
162:6, 162:9,
162:13, 163:15,
163:21, 163:22,
163:25, 164:4,
164:5, 164:6, 164:7,
164:13, 164:15,
164:16, 164:17,
164:18
**YOU'RE** [1] - 110:15
**YOUNG** [2] - 57:17,
77:17
**YOUR** [181] - 3:24,
3:25, 4:3, 4:4, 4:8,

4:12, 4:16, 4:23,
7:13, 8:11, 9:5, 10:5,
11:6, 11:22, 14:11,
14:14, 14:15, 15:6,
20:6, 22:5, 23:11,
23:24, 32:4, 35:14,
44:18, 44:24, 45:4,
45:7, 46:14, 47:24,
48:17, 49:15, 51:4,
51:5, 55:7, 63:21,
63:24, 65:16, 67:18,
68:22, 68:23, 73:2,
73:16, 74:13, 78:7,
78:12, 78:15, 79:9,
79:10, 79:11, 79:16,
80:7, 80:11, 80:15,
80:19, 81:1, 81:21,
82:1, 82:5, 85:17,
86:20, 89:12, 89:16,
89:21, 100:13,
102:17, 103:6,
103:10, 103:23,
109:7, 109:10,
109:11, 109:16,
109:24, 110:5,
110:7, 112:6,
112:11, 112:13,
112:23, 114:22,
116:1, 120:21,
121:11, 122:9,
122:12, 123:7,
123:24, 125:21,
125:24, 126:4,
128:2, 128:16,
128:18, 128:19,
128:22, 128:25,
129:19, 130:4,
131:4, 131:20,
131:25, 132:7,
132:10, 132:13,
132:20, 133:6,
134:4, 134:10,
135:17, 135:21,
135:22, 135:24,
135:25, 136:4,
136:15, 136:21,
137:1, 137:6,
137:12, 137:16,
137:18, 138:5,
138:18, 138:19,
139:17, 140:7,
140:10, 140:15,
140:16, 141:14,
141:18, 142:3,
142:7, 142:20,
143:7, 143:10,
143:24, 144:11,
144:21, 144:25,
145:6, 145:18,
146:2, 149:21,
150:17, 151:2,

151:14, 152:3,
153:10, 155:23,
155:24, 156:1,
156:4, 158:4, 159:1,
159:20, 159:24,
160:7, 160:14,
160:19, 161:10,
161:25, 162:6,
162:9, 162:11,
163:21, 164:7,
164:15
**YOURS** [1] - 163:12
**YOURSELF** [3] - 46:1,
136:9, 159:22

---

# Z

**ZERO** [3] - 69:20,
95:6, 102:15
**ZOLOFT** [1] - 23:22
**ZOOLOGY** [1] - 76:13
**ZOOM** [11] - 27:6,
33:5, 62:9, 65:25,
67:21, 70:19, 97:19,
113:20, 119:7,
120:5, 120:6