IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. MARKCUS KITCHENS, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES MEDICAL LICENSING EXAMINATION and NATIONAL BOARD OF MEDICAL EXAMINERS, <br><br> Defendants. | Civil Action No. 2:22-CV-03301-JFM |

## ORDER

This matter is before the Court on the unopposed motion of Defendant National Board of Medical Examiners ("NBME") for a one-day extension of time to file its proposed findings of fact and conclusions of law, from June 15, 2023 to June 16, 2023, due to delayed receipt of the trial transcript. Plaintiff does not oppose this request.

For good cause shown, the motion is GRANTED. NBME must file its proposed findings of fact and conclusions of law no later than June 16, 2023. The other post-trial briefing deadlines will not change.

SO ORDERED.

Dated: June 12, 2023.

Hon. John F. Murphy
United States District Judge