Dr. Markcus Kitchens Jr.
625 Hampton Way #2
Richmond, KY 40475
Markzwanz@gmail.com
June 27, 2023

The Honorable Judge John Murphy
Eastern District of Pennsylvania
615 Chestnut Street
Philadelphia, PA 19106

Re: Waiver of Court Transcript Fee - Case No. 2:22-CV-03301-JMY

Dear Judge Murphy,

I hope this letter finds you in good health and high spirits. I am writing to respectfully request your kind consideration in waiving the court transcript fee of $2,485.20, as outlined in the attached invoice. I have recently contacted the Court's Clerk to inquire about the possibility of waiving this fee, and I was advised that the decision ultimately lies with Your Honor.

During the trial proceedings of the aforementioned case, I raised the concern of the financial burden imposed by the court transcript fee. Given the circumstances and the financial strain I currently face, I firmly believe that waiving this fee would be just and equitable. I humbly request that you exercise your discretionary power in this matter to alleviate the undue financial hardship I would endure by paying the transcript fee.

I understand the costs associated with maintaining court records and providing copies of transcripts. However, considering the exceptional circumstances of my financial situation, I respectfully urge Your Honor to exercise your authority to waive the transcript fee, which would allow me to proceed without compromising my constitutional rights to due process and equal protection under the law.

Furthermore, I have attached the invoice for the court transcript fee to this letter, providing a clear record of the financial burden it poses. I have been in constant contact with Ms. Lynn

Gligor, the Court Reporter, regarding this matter. Despite my efforts, I have encountered significant challenges in paying the fee. By granting this waiver, Your Honor would not only alleviate my financial hardship but also demonstrate the court's commitment to fairness, impartiality, and equal access to the legal system.

      In closing, I sincerely appreciate your attention to this matter. I have the utmost confidence in the integrity of the court and its commitment to ensuring justice for all. Your favorable consideration in waiving the court transcript fee would significantly alleviate the financial burden placed upon me and enable me to continue pursuing justice in an equitable manner.

      I thank Your Honor in advance for your time and consideration to this matter.


Yours faithfully,

Dr. Markcus Kitchens Jr.

| ST44 Rev. 04/18 Derived from AO44 Rev. 04/18 | UNITED STATES DISTRICT COURT For the |
|---|---|

| INVOICE 20230261 | |
|---|---|
| Markcus Kitchens | **MAKE CHECKS PAYABLE TO:** LYNN GLIGOR, LYNN GLIGOR, RMR Mrs. Lynn Gligor 24 Holly Drive West Deptford, NJ 08096 (856) 649-4774 lynn66sullivan@comcast.net |

| __ CRIMINAL | X CIVIL | DATE ORDERED: 05-22-2023 | DATE DELIVERED: 06-07-2023 |
|---|---|---|---|

**In the matter of:** 22-3301, Dr. Kitchens v USMLE

bench trial via teams from 5-15-23 through 5-18 23

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 1090 | 2.28 | 2485.20 | | | | 2485.20 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 2485.20 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 2485.20 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Lynn Gligor | DATE: 06-08-2023 |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR