IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. MARKCUS KITCHENS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3301 |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | : | |
| | : | |

# ORDER

AND NOW, this 31st day of October 2023, upon considering plaintiff's request for injunctive relief (DI 15), defendant's motion *in limine* to exclude the testimony of Dr. Joanne Senoga (DI 62), plaintiff's opposition (DI 75), defendant's proposed finding of facts and conclusions of law (DI 85), plaintiff's post-trial brief (DI 88), defendant's reply (DI 91), plaintiff's sur-reply (DI 92), and the evidentiary record established during the February 24, 2023 preliminary injunction hearing (DI 37) and the May 16, 2023 bench trial (DI 76-81), it is **ORDERED**:

1. The Clerk of Court shall **amend** the caption as above to reflect the correct defendant named in the amended complaint (DI 15);

2. Defendant's motion *in limine* to exclude testimony of Dr. Joanne Senoga (DI 62) is **DENIED as moot**.[1]

3. We enter final judgment as reflected in the accompanying Memorandum and Order.

MURPHY, J.

---

[1] We did not rely on testimony by Dr. Senoga to find the facts or make the legal conclusions incorporated by our Order of final judgment in this case.